**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Hearing Date:  May 15, 2014
Time:  10:00 a.m.

Objection Deadline:  May 8, 2014
Time:  5:00 p.m.

*Attorneys for Irving H. Picard, Trustee*
*for the substantively consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                   Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                   Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                   Plaintiff,<br><br>           v.<br><br>KINGATE GLOBAL FUND, LTD., by its Liquidators; and KINGATE EURO FUND, LTD., by its Liquidators,<br><br>                                   Defendants. | Adv. Pro. No. 12-01920 |

<u>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**</u>

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will move before

the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States

Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 723, One Bowling Green,

New York, NY 10004, on May 15, 2014 at 10:00 a.m., or as soon thereafter as counsel may be

heard, for entry of an order pursuant to § 105(a) of title 11 of the United States Code, 11 U.S.C.

§§ 101 *et seq.*, on the grounds and for the reasons set forth in the accompanying Memorandum of

Law in Support of Trustee's Motion for Preliminary Injunctive Relief and the Declaration of

Gonzalo S. Zeballos, Esq. in Support of Trustee's Motion for Preliminary Injunctive Relief,

preliminarily enjoining the Joint Liquidators acting on behalf of defendants Kingate Global

Fund, Ltd. and Kingate Euro Fund, Ltd. (the "Kingate Funds"), and all those acting on the Joint

Liquidators' behalf or in concert with them, from taking any action in connection with, or to

accomplish, the actual or attempted dissipation, transfer, disposition, disbursement, or

distribution of any or all assets that the Joint Liquidators may recover from, or collect upon, any

settlement reached or judgment entered in favor of either of the Kingate Funds in the civil action

commenced in the Supreme Court of Bermuda, Commercial Court against Federico Ceretti,

Carlo Grosso, Kingate Management Limited, FIM Advisers LLP, FIM Limited, Ashby Trust,

First Peninsula Trustees Limited (as trustee of Ashby Trust), El Prela Trust, Port of Hercules

Trustees Limited (as trustee of El Prela Trust), Alpine Trustees Limited (as former trustee of El

Prela Trust), El Prela Group Holding Services Limited, Ashby Holding Services Limited, Ashby

Investment Services Limited, and El Prela Trading Investments Limited.

    **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion

must:  (i) be in writing, conform to applicable rules of this Court, and be filed with the Clerk of

the United States Bankruptcy Court, One Bowling Green, New York, NY 10004, in accordance

with General Order 242, by no later than **5:00 p.m. on May 8, 2014** (the "Objection Deadline")

(with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein); and (ii)

be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New

York, NY 10111, Attn: David J. Sheehan and Geraldine E. Ponto; and (b) Securities Investor

Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005, Attn:  Kevin

H. Bell, so as to be received no later than the Objection Deadline.  Any objections must

specifically state the interest that the objecting party has in these proceedings and the specific

basis of any objection to the Motion.

       **PLEASE TAKE FURTHER NOTICE** that notice of the Motion will be provided by

U.S. Mail or email to all defendants in this adversary proceeding in accordance with the Order

Establishing Notice Procedures (ECF No. 4560).  The Trustee submits that no other or further

notice is required.

       **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted.

Dated: April 23, 2014
      New York, NY

                          /s/ *David J. Sheehan*
                          Baker & Hostetler LLP
                          45 Rockefeller Plaza
                          New York, NY 10111
                          Telephone: (212) 589-4200
                          Facsimile: (212) 589-4201
                          David J. Sheehan
                          Email:  dsheehan@bakerlaw.com
                          Geraldine E. Ponto
                          Email:  gponto@bakerlaw.com
                          *Attorneys for Irving H. Picard, Trustee for the*
                          *substantively consolidated SIPA Liquidation of*
                          *Bernard L. Madoff Investment Securities LLC*
Of Counsel:                      *and estate of Bernard L. Madoff*
Anthony M. Gruppuso
Email:  agruppuso@bakerlaw.com