(3) Alternatively, a declaration that Mr Grosso and Mr Ceretti held on resulting, alternatively constructive trusts for the Funds, from the moment of receipt or subsequently, the overpaid fees and/or their traceable proceeds which were paid on by Kingate Management and then by the Shareholders to Mr Grosso and Mr Ceretti, together with an order that Mr Grosso and Mr Ceretti account to the Funds in respect of those fees and their proceeds.

(4) Damages for breach of tortious duty of care and/or negligent misstatement, to be assessed

**Against the Investment Companies**

(1) Orders for restitution, as follows:

(a) an order that the Investment Companies pay to Kingate Global the amount of the fees overpaid by Kingate Global and/or their traceable proceeds which were paid on by Kingate Management and then by the Shareholders to the Investment Companies; and

(b) an order that the Investment Companies pay to Kingate Euro the amount of the fees overpaid by Kingate Euro and/or their traceable proceeds which were paid on by Kingate Management and then by the Shareholders to the Investment Companies.

(2) Alternatively,

(a) an order that the Investment Companies pay to the Funds the amount of the overpaid fees and/or their traceable proceeds which were paid on by Kingate Management and then by the Shareholders to the Investment Companies;

(b) alternatively, a declaration that the overpaid fees and/or their traceable proceeds which were paid on by Kingate Management and then by the Shareholder to the Investment Companies constituted property to which the Funds retained legal title and/or its traceable proceeds, together with an order that the Investment Companies return those fees and/or their traceable proceeds to the Funds.

(3) Alternatively, a declaration that the Investment Companies held on resulting, alternatively constructive trusts for the Funds, from the moment of receipt or subsequently, the overpaid fees and/or their traceable proceeds which were paid on by Kingate Management and then by the Shareholders to the Investment Companies, together with an order that the Investment Companies account to the Funds in respect of those fees and their proceeds.

Against all Defendants

(1) Interest

DATED this 20th day of January, 2011

LN/31289501

SEDGWICK CHUDLEIGH

Attorneys for the Plaintiffs

*Sedgwick Chudleigh*

SEDGWICK CHUDLEIGH

Attorneys for the Plaintiffs

Amended the 13th day of February, 2012, under RSC, Order 20, Rule 3.

DATED this 13 day of February 2012

LN/31288Sv1

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2011: 454

B E T W E E N:

KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)                    First Plaintiff

KINGATE EURO FUND LIMITED (IN LIQUIDATION)                    Second Plaintiff

and

KINGATE MANAGEMENT LIMITED                    First Defendant

FIM LIMITED                    Second Defendant

FIM ADVISERS LLP                    Third Defendant

FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)
                    Fourth Defendant

PORT OF HERCULES TRUSTEES LIMITED (AS TRSUTEE OF THE EL PRELA TRUST)
                    Fifth Defendant

ASHBY HOLDING SERVICES LIMITED                    Sixth Defendant

EL PRELA GROUP HOLDING SERVICES LIMITED                    Seventh Defendant

MR CARLO GROSSO                    Eighth Defendant

MR FEDERICO CERETTI                    Ninth Defendant

Annex A

Kingate Global Fund
Transfers to and from Madoff

Data From BLMIS Trustee

| Date | Trf out of Madoff | Trf into Madoff |
|---|---|---|
| 02/05/1994 | | $ 2,000,000.00 |
| 1994 - $ | 6,537.00 | |
| 1995 - $ | 47,655.00 | |
| 1995 | | |
| 28-Dec-95 | | $ 22,415,000.00 |
| 04-Jan-99 | | $ 3,000,000.00 |
| 04-Jan-99 | | $ 4,000,000.00 |
| 04-Feb-95 | | $ 4,450,000.00 |
| 03-Apr-95 | | $ 2,400,000.00 |
| 03-May-95 | | $ 700,000.00 |
| 05-Jun-95 | | $ 7,500,000.00 |
| 05-Jul-95 | | $ 6,500,000.00 |
| 05-Jul-95 | | $ 1,000,000.00 |
| 07-Aug-95 | | $ 4,500,000.00 |
| 03-Sep-95 | | $ 11,000,000.00 |
| 04-Oct-95 | | $ 8,000,000.00 |
| 07-Nov-95 | | $ 9,000,000.00 |
| 05-Dec-95 | | $ 9,000,000.00 |
| 29-Jan-97 | | $ 11,000,000.00 |
| 25-Feb-97 | | $ 15,000,000.00 |
| 13-Mar-97 | $ 3,820,000.00 | $ 3,270,000.00 |
| 17-Mar-97 - $ | | |
| 29-Apr-97 | | $ 15,000,000.00 |
| 09-May-97 | | $ 20,000,000.00 |
| 19-Jun-97 | | $ 27,000,000.00 |
| 02-Jul-97 | | $ 27,000,000.00 |
| 11-Aug-97 | | $ 12,000,000.00 |
| 08-Sep-97 | | $ 7,500,000.00 |
| 08-Oct-97 | | $ 7,000,000.00 |
| 13-Nov-97 | | $ 27,500,000.00 |
| 09-Jan-98 | | $ 9,000,000.00 |
| 03-Feb-98 | | $ 25,000,000.00 |
| 09-Mar-98 | | $ 21,000,000.00 |
| 09-Apr-98 | | $ 45,000,000.00 |
| 05-May-98 | | $ 30,000,000.00 |
| 05-Jun-98 | | $ 9,000,000.00 |
| 03-Jul-98 | | $ 3,000,000.00 |
| 03-Aug-98 | | $ 47,000,000.00 |
| 09-Sep-98 | | $ 15,000,000.00 |
| 21-Oct-98 | | $ 8,000,000.00 |
| 13-Nov-98 | | $ 10,000,000.00 |
| 14-Jan-99 | | $ 7,000,000.00 |
| 01-Feb-99 | | $ 8,000,000.00 |
| 03-Apr-99 | | $ 10,000,000.00 |
| 05-Apr-99 | | $ 5,000,000.00 |
| 05-Apr-99 | | $ 15,000,000.00 |
| 12-Jan-99 | | $ 15,000,000.00 |
| 03-Mar-99 | | $ 15,000,000.00 |
| 11-May-99 | $ 7,000,000.00 | $ 7,000,000.00 |
| 00-Jun-99 | | $ 15,000,000.00 |
| 02-Jul-99 | | $ 15,000,000.00 |
| 29-Jul-99 | | $ 15,000,000.00 |
| 16-Aug-99 | | $ 15,000,000.00 |
| 08-Sep-99 | | $ 20,000,000.00 |
| 06-Oct-99 | | $ 15,000,000.00 |
| 18-Nov-99 | | $ 10,000,000.00 |
| 06-Dec-99 | | $ 15,000,000.00 |
| 12-Jan-00 | | $ 15,000,000.00 |
| 03-Mar-00 | $ 30,000,000.00 | $ 15,000,000.00 |
| 12-Apr-00 | | |
| 13-Jun-00 | $ 40,000,000.00 | $ 6,000,000.00 |
| 14-Dec-00 | $ 45,000,000.00 | $ 20,000,000.00 |
| 26-Jan-00 | $ 25,000,000.00 | $ 20,000,000.00 |
| 21-Feb-06 - $ | 52,000,000.00 | $ 20,000,000.00 |
| 21-Mar-06 - $ | 22,000,000.00 | $ 20,000,000.00 |
| 15-May-06 | 10,000,000.00 | $ 13,000,000.00 |
| 16-Jan-06 - $ | 30,000,000.00 | $ 30,000,000.00 |
| 10-Jul-06 - $ | 30,000,000.00 | $ 50,000,000.00 |
| 17-Oct-06 - $ | 52,000,000.00 | $ 70,000,000.00 |
| 26-Nov-08 - $ | 53,000,000.00 | |

| | Trf out of Madoff | Trf into Madoff |
|---|---|---|
| Gross Transfer to Madoff | | $ 967,630,320.00 |
| | -$ 400,264,792.00 | |
| Net Transfer to Madoff | | $ 567,405,208.00 |



IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2011: 454

B E T W E E N:

KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)                   First Plaintiff

KINGATE EURO FUND LIMITED (IN LIQUIDATION)                    Second Plaintiff

and

KINGATE MANAGEMENT LIMITED                                    First Defendant

FIM LIMITED                                                  Second Defendant

FIM ADVISERS LLP                                             Third Defendant

FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)
                                                             Fourth Defendant

PORT OF HERCULES TRUSTEES LIMITED (AS TRSUTEE OF THE EL PRELA TRUST)
                                                              Fifth Defendant

ASHBY HOLDING SERVICES LIMITED                                Sixth Defendant

EL PRELA GROUP HOLDING SERVICES LIMITED                     Seventh Defendant

MR CARLO GROSSO                                              Eighth Defendant

MR FEDERICO CERETTI                                          Ninth Defendant

_____

Annex B

_____

Kingate Management Limited
Statement of Operations and Retained Earnings
Years Ended December 1995 - 2007

| | 1995 US$ | 1996 US$ | 1997 US$ | 1998 US$ | 1999 US$ | 2000 US$ | 2001 US$ | 2002 US$ | 2003 US$ | 2004 US$ | 2005 US$ | 2006 US$ | 2007 US$ | 2008 US$ | Total US$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | | | |
| Management fee income | | | | | | | | | | | | | | | |
| Kingate Global - Class B | 373,245 | 1,255,247 | 3,745,672 | 9,332,436 | 15,552,261 | 17,120,756 | 22,645,985 | 25,636,637 | 29,495,137 | 31,665,169 | 34,017,453 | 34,462,747 | 38,781,479 | 31,201,035 | 294,312,278 |
| Kingate Euro Fund | - | - | | - | - | 3,557,273 | 4,304,167 | 5,461,973 | 7,270,413 | 8,605,772 | 9,757,738 | 9,352,021 | 11,732,816 | 11,697,300 | 71,124,471 |
| Administration fee income | | | | | | | | | | | | | | | |
| Kingate Euro Fund | | 3,815 | 17,931 | 81,741 | 161,539 | 215,016 | 280,585 | 363,677 | 480,418 | 573,001 | 649,659 | 622,657 | 781,210 | 738,729 | 5,000,546 |
| Rebate income | - | 54,076 | 797,605 | 1,429,507 | - | - | - | - | - | - | - | | - | | 2,281,084 |
| Subscription and redemption income | - | - | - | - | 1,735,048 | 1,480,546 | 1,153,471 | 771,747 | 505,565 | 660,519 | 280,041 | 441,749 | 574,639 | 176,267 | 7,784,393 |
| Interest income | 4,520 | 3,971 | 12,268 | 11,275 | 3,189 | 992 | 1,178 | | - | - | - | - | - | | 42,344 |
| Performance fees | - | 516,765 | 321,664 | 18,171 | | - | - | | - | | | | - | | 836,580 |
| Other income | - | 31,937 | | | | | 3,177 | - | - | - | - | 60,002 | 3,654 | | 98,567 |
| Total income | 376,765 | 1,870,707 | 4,894,905 | 10,873,287 | 17,456,037 | 22,429,603 | 28,393,519 | 32,254,014 | 36,776,589 | 41,504,454 | 44,705,729 | 44,866,096 | 51,075,790 | 43,202,875 | 391,500,263 |
| Expenses | | | | | | | | | | | | | | | |
| General office expenses | | | | | | | | | | | | | | | |
| Director's fee | 1,000 | 1,000 | - | - | - | 66,314 | 80,000 | 60,000 | 93,000 | 110,000 | 110,000 | 125,000 | 140,000 | | 803,314 |
| Salaries | - | | - | - | - | 142,422 | 281,939 | 335,602 | 420,269 | 465,614 | 449,400 | 425,837 | 477,293 | | 2,004,736 |
| Rent expense | - | | - | - | - | 47,737 | 49,379 | 33,848 | 54,441 | 56,379 | 58,024 | 50,255 | 36,139 | | 404,900 |
| Office expense | - | - | | | - | 48,844 | 56,655 | 178,593 | 103,194 | 103,574 | 106,102 | 73,717 | 48,377 | | 584,461 |
| Insurance | - | - | | - | - | 11,767 | 17,969 | 18,757 | 33,471 | 44,394 | 38,976 | 33,841 | 45,495 | | 244,606 |
| Accounting fee | - | - | - | - | | 12,113 | 6,099 | - | | - | - | - | | | 40,162 |
| Administration fees | 7,650 | 7,600 | 12,000 | 12,250 | 12,000 | 7,912 | 4,788 | 2,084 | - | | - | - | - | | 60,669 |
| Professional fees | 5,721 | - | 5,250 | 21,259 | 4,598 | 765 | - | - | - | | - | | - | | 38,038 |
| Audit fee | - | - | - | | | 18,000 | 18,392 | 15,791 | 17,995 | 10,140 | 24,085 | 12,325 | 26,400 | | 171,728 |
| Corporate secretarial fee & legal fees | 3,500 | 3,500 | 1,000 | 4,000 | 4,000 | 14,229 | 6,333 | 22,442 | 21,601 | 22,452 | 13,273 | 4,724 | 35,642 | | 158,726 |
| Annual company fee | | | - | - | 1,695 | 3,492 | 1,702 | 1,414 | 1,722 | 1,762 | 1,757 | 1,506 | - | | 15,800 |
| Bank charges and miscellaneous | 10,269 | 5,923 | 13,044 | 26,973 | 10,763 | 15,744 | 7,354 | 9,374 | 3,427 | 3,516 | 1,485 | 3,130 | 2,485 | | 114,500 |
| Sub-total | 28,335 | 18,223 | 31,297 | 64,523 | 33,473 | 384,975 | 541,552 | 655,496 | 752,917 | 832,256 | 805,929 | 757,517 | 813,772 | | 3,732,761 |
| Other expenses | | | | | | | | | | | | | | | |
| Co-Manager fees | | | | | | | | | | | | | | | |
| Tremont | 74,957 | 310,103 | 653,667 | 1,383,375 | 2,438,437 | 3,070,676 | 3,540,947 | 2,762,461 | 4,093,341 | 4,384,543 | 4,849,313 | | | | 28,628,050 |
| Consulting fees | - | | - | - | | - | | | - | | - | | - | | |
| FIM | - | | | | | | | 180,000 | 180,000 | 180,000 | 180,000 | 147,000 | 180,000 | | 1,080,000 |
| Tremont | - | | - | | | - | - | | - | | | 1,374,000 | 1,717,525 | | 10,536,371 |
| Other | 132,129 | 506,741 | 491,818 | 592,534 | 540,000 | 540,000 | 300,000 | - | - | | - | - | - | | 3,203,242 |
| Distribution fees | | | | | | - | 173,550 | 249,753 | 241,312 | 295,728 | 257,234 | 249,435 | 313,421 | | 1,834,595 |
| Load fees | - | - | - | - | 1,060,344 | 609,034 | 497,341 | 238,753 | 237,295 | 36,463 | 37,872 | 30,424 | 23,437 | | 2,018,897 |
| Trail fees | | | - | | 2,719,331 | 3,461,665 | 3,215,000 | 2,554,057 | 2,540,792 | 3,038,442 | 2,769,303 | 3,174,240 | 2,733,242 | | 24,351,722 |
| Rebate fees | - | 129,642 | 783,437 | 2,521,385 | - | | | | | | | - | | | 3,416,324 |
| | | | | | | | | | | | | | | | 0 |
| | 207,086 | 1,096,346 | 1,937,938 | 4,476,294 | 6,748,764 | 6,801,597 | 7,734,977 | 6,945,019 | 7,342,591 | 7,984,678 | 8,087,742 | 7,973,279 | 8,532,133 | | 75,858,751 |
| Amortization of capital assets | | | | | | | | | | | | | | | |
| Amortization | - | - | - | - | - | 24,248 | 24,659 | 26,037 | 25,659 | 15,750 | 730 | 730 | 220 | | 116,602 |
| Total expenses | 235,437 | 1,114,569 | 1,969,237 | 4,540,817 | 6,782,237 | 7,211,907 | 8,301,423 | 7,637,602 | 8,121,717 | 8,832,664 | 8,894,401 | 8,731,916 | 9,346,135 | | 81,720,135 |
| Net income for the Year | 141,328 | 756,218 | 2,925,669 | 6,332,390 | 10,673,800 | 15,217,663 | 20,092,096 | 24,616,432 | 28,654,872 | 32,671,790 | 35,811,328 | 36,154,090 | 42,529,643 | | 256,577,319 |
| Retained Earnings at Start of the Year | 67,453 | 196,781 | 952,999 | 1,346,668 | 487,364 | 640,564 | 694,077 | 686,173 | 1,252,605 | 2,057,477 | 5,619,267 | 2,150,595 | 3,004,685 | 3,234,248 | |
| Dividends | (13,000) | - | (2,532,000) | (6,666,000) | (10,500,500) | (15,164,150) | (20,100,000) | (24,050,000) | (27,850,000) | (29,110,000) | (39,260,000) | (35,300,000) | (42,300,000) | (41,050,000) | (295,314,730) |
| Retained earnings at the End of the Year | 196,781 | 952,999 | 1,346,668 | 1,013,059 | 640,564 | 694,077 | 686,173 | 1,252,605 | 2,057,477 | 5,619,267 | 2,150,595 | 3,004,685 | 3,234,248 | | |

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2011: 454

B E T W E E N:

KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)                    First Plaintiff

KINGATE EURO FUND LIMITED (IN LIQUIDATION)                      Second Plaintiff

and

KINGATE MANAGEMENT LIMITED                                      First Defendant

FIM LIMITED                                                     Second Defendant

FIM ADVISERS LLP                                                Third Defendant

FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)
                                                                Fourth Defendant

PORT OF HERCULES TRUSTEES LIMITED (AS TRSUTEE OF THE EL PRELA TRUST)
                                                                Fifth Defendant

ASHBY HOLDING SERVICES LIMITED                                  Sixth Defendant

EL PRELA GROUP HOLDING SERVICES LIMITED                         Seventh Defendant

MR CARLO GROSSO                                                 Eighth Defendant

MR FEDERICO CERETTI                                             Ninth Defendant

Annex C

## Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management fees for 1995

| | Mar*** | Apr*** | May** | Jun** | Jul** | Aug | Sep | Oct* | Nov* | Dec* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | -$237,330.36 | $3,090,957.55 | $6,419,245.46 | $9,747,533.38 | $13,075,821.29 | $16,404,109.20 | $17,604,051.02 | $17,849,227.73 | $25,971,159.23 | $29,717,260.85 | $139,679,365.71 |
| Reported MV of investments | -$333,146.12 | $3,006,908.36 | $6,346,962.64 | $9,687,017.32 | $13,027,071.79 | $16,367,424.27 | $17,565,559.00 | $18,700,073.73 | $26,178,970.00 | $29,727,344.18 | $140,407,033.49 |
| True gross assets before management and performance fees | -$570,476.48 | $84,049.19 | $72,282.63 | $60,516.06 | $48,749.50 | $36,982.93 | $38,492.02 | -$850,846.00 | -$207,810.77 | -$10,083.33 | -$727,667.77 |
| Management fee paid | -$296.66 | $3,863.70 | $8,024.06 | $12,184.42 | $16,344.78 | $20,505.14 | $22,005.06 | $22,311.53 | $32,463.95 | $37,146.58 | $174,849.21 |
| True management fee due | $0.00 | $105.06 | $90.35 | $75.65 | $60.94 | $46.23 | $48.12 | $0.00 | $0.00 | $0.00 | $426.34 |
| Over payment | -$296.66 | $3,758.64 | $7,933.70 | $12,108.77 | $16,283.84 | $20,458.91 | $21,956.95 | $22,311.53 | $32,463.95 | $37,146.58 | $174,422.87 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

**No data available, so figures are based on average increases for months Aug to Dec

## Kingate Global Fund, Ltd. - In Liquidation

Re calculation of NAV and Management fees for 1996

| | Jan* | Feb | Mar | Apr* | May* | Jun | Jul | Aug* | Sep* | Oct* | Nov* | Dec* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $37,344,599.31 | $39,262,293.76 | $40,408,272.82 | $42,374,018.04 | $43,990,292.29 | $51,645,060.28 | $60,924,522.05 | $60,054,649.08 | $77,472,230.32 | $85,757,667.20 | $93,229,569.62 | [illegible] | [illegible] |
| Reported NAV of Investments | $37,346,992.38 | $39,260,021.00 | $39,742,635.35 | $42,509,556.45 | $44,010,075.00 | $51,502,124.25 | $60,923,834.00 | $60,645,077.09 | $78,044,255.00 | $85,772,912.13 | $96,671,346.60 | $100,801,442.00 | [illegible] |
| True gross assets before management and performance fees | -$2,393.07 | $2,271.39 | $665,637.47 | -$135,498.41 | -$19,782.71 | $137,944.03 | $4,488.05 | -$590,428.01 | -$572,024.68 | -$15,045.03 | -$3,441,777.01 | -$232,971.41 | -$4,199,377.17 |
| Management fee paid | $42,930.75 | $48,332.27 | $50,310.34 | $52,967.33 | $54,987.87 | $64,557.60 | $74,160.45 | $81,318.31 | $96,640.29 | $107,197.33 | $116,536.96 | $133,210.61 | $926,071.33 |
| True management fee due | $0.00 | $1.54 | $833.05 | $0.00 | $0.00 | $172.43 | $5.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,013.14 |
| Over payment | $42,930.75 | $48,330.03 | $49,476.29 | $52,967.33 | $54,987.87 | $64,385.17 | $74,154.79 | $81,318.31 | $96,640.21 | $107,197.33 | $116,536.96 | $133,210.61 | $925,057.95 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

## Kingate Global Fund, Ltd. - in Liquidation

Recalculation of NAV and Management fees for 1997

| | Jan* | Feb* | Mar* | Apr* | May* | Jun* | Jul* | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $119,286,374.61 | $130,636,228.61 | $135,798,934.41 | $154,070,887.16 | $172,721,256.42 | $206,069,021.55 | $234,199,126.46 | $250,233,805.48 | $262,997,665.73 | $272,081,257.22 | $305,359,427.41 | $306,745,535.16 | $2,549,673,631.50 |
| Reported NAV of investments | $121,633,051.00 | $135,864,534.00 | $137,832,859.78 | $155,316,812.61 | $176,904,048.50 | $207,334,453.80 | $236,538,265.00 | $249,837,141.85 | $262,442,526.84 | $271,338,569.45 | $304,567,449.76 | $306,184,903.20 | $2,565,288,618.42 |
| True gross assets before management and performance fees | -$2,346,676.39 | -$5,228,305.39 | -$2,033,925.37 | -$1,245,924.45 | -$4,182,791.08 | -$1,265,432.25 | -$2,339,138.54 | $396,663.63 | $555,138.94 | $932,798.07 | $791,977.71 | $564,632.16 | -$15,614,986.98 |
| Management fee paid | $149,107.97 | $163,295.29 | $165,123.67 | $192,568.61 | $215,901.57 | $257,586.28 | $292,748.91 | $312,754.74 | $326,747.20 | $340,101.71 | $381,499.28 | $383,436.92 | $3,187,092.64 |
| True management fee due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $455.81 | $693.92 | $1,028.50 | $989.57 | $705.79 | $3,904.01 |
| Over payment | $149,107.97 | $163,295.29 | $165,123.67 | $192,568.61 | $215,901.57 | $257,586.28 | $292,748.91 | $312,298.93 | $326,053.16 | $339,073.21 | $380,509.71 | $382,731.13 | $3,183,178.63 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

## Kingate Global Fund, Ltd. - in Liquidation

Recalculation of NAV and Management fees for 1998

| | Jan | Feb* | Mar* | Apr* | May* | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $324,884,098.51 | $336,924,192.57 | $385,229,027.89 | $430,789,323.50 | $470,018,612.77 | $502,935,014.39 | $562,272,233.24 | $613,012,372.84 | $645,673,732.23 | $671,540,052.72 | $677,374,265.65 | $684,943,384.14 | $6,330,101,114.36 |
| Reported NAV of Investments | $324,652,215.00 | $339,327,470.00 | $388,473,719.93 | $435,695,912.00 | $475,941,930.00 | $501,886,014.00 | $562,520,845.00 | $612,116,558.00 | $634,710,539.00 | $658,874,049.00 | $675,176,339.00 | $678,023,016.00 | $6,310,996,609.61 |
| True gross assets before management and performance fees | $37,243.51 | -$2,303,277.03 | -$3,244,692.04 | -$4,906,588.50 | -$5,923,317.23 | $1,049,000.39 | $751,388.24 | $895,814.84 | $10,963,193.23 | $12,666,003.72 | $2,197,926.65 | $6,920,368.14 | $19,104,504.43 |
| Management fee paid | $411,110.12 | $446,155.24 | $481,536.28 | $531,110.12 | $587,523.27 | $625,669.27 | $704,090.29 | $766,265.47 | $807,092.17 | $838,550.07 | $846,717.33 | $856,171.33 | $7,405,244.86 |
| True management fee due | $47.33 | $0.00 | $0.00 | $0.00 | $0.00 | $1,312.25 | $928.24 | $1,114.22 | $13,303.94 | $15,832.50 | $2,747.41 | $8,650.46 | $44,352.93 |
| Over payment | $411,062.77 | $446,155.24 | $481,536.28 | $531,110.12 | $587,523.27 | $624,357.52 | $703,161.05 | $765,145.70 | $793,788.17 | $822,967.56 | $843,970.42 | $847,522.27 | $7,360,890.89 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

## Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management fees for 1999

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $710,368,589.16 | $741,480,366.69 | $772,350,208.54 | $791,245,482.18 | $824,381,785.48 | $871,991,705.71 | $891,363,770.93 | $922,043,817.63 | $957,775,489.47 | $983,476,557.15 | $1,033,426,105.93 | $1,017,923,420.04 | $10,491,735,359.90 |
| Reported MV of investments | $699,829,542.00 | $727,555,916.00 | $764,231,797.00 | $782,716,008.54 | $812,982,541.50 | $846,880,369.00 | $881,509,702.53 | $906,237,688.13 | $935,608,842.22 | $963,764,122.05 | $1,023,403,257.00 | $1,013,376,572.00 | $10,331,684,412.46 |
| True gross assets before management and performance fees | $10,539,047.16 | $13,924,450.69 | $8,118,411.54 | $8,529,473.64 | $11,399,243.98 | $25,111,336.71 | $9,854,068.40 | $15,806,129.50 | $22,166,647.25 | $19,712,435.10 | $10,022,848.93 | $4,546,848.04 | $160,050,947.44 |
| Management fee paid | $887,960.74 | $926,850.46 | $965,437.76 | $989,056.85 | $1,030,477.23 | $1,089,989.63 | $1,114,204.71 | $1,152,554.77 | $1,197,219.36 | $1,229,345.71 | $1,291,782.63 | $1,272,404.28 | $13,114,669.20 |
| True management fee due | $13,173.81 | $17,405.56 | $10,148.01 | $10,661.84 | $14,249.05 | $31,389.17 | $12,317.58 | $19,757.66 | $27,708.31 | $24,640.54 | $12,528.56 | $5,683.56 | $200,063.68 |
| Over payment | $874,786.93 | $909,444.90 | $955,289.75 | $978,395.01 | $1,016,228.18 | $1,058,600.46 | $1,101,887.13 | $1,132,797.11 | $1,169,511.05 | $1,204,705.17 | $1,279,254.07 | $1,266,720.72 | $12,914,605.52 |

Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management fees for 2001

| | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $1,399,299,879.03 | $1,428,029,044.27 | $1,450,742,541.04 | $1,473,687,672.24 | $1,469,412,498.33 | $1,481,302,672.87 | $1,523,063,913.81 |
| Reported MV of investments | [illegible] | [illegible] | $1,419,540,180.38 | [illegible] | [illegible] | [illegible] | [illegible] |
| True gross assets before management and performance fees | $1,260,155.31 | $27,604,676.37 | $36,202,361.26 | $29,845,777.24 | $19,399,717.33 | $26,810,688.56 | $60,940,943.83 |
| Management fee paid | $1,749,124.67 | $1,785,031.31 | $1,820,926.14 | $1,842,109.59 | $1,836,765.62 | $1,851,624.34 | $1,903,824.87 |
| True management fee due | $1,600.19 | $34,605.76 | $45,252.95 | $37,307.22 | $24,249.65 | $33,513.36 | $76,176.12 |
| Over payment | $1,747,524.48 | $1,750,425.51 | $1,775,673.23 | $1,804,802.37 | $1,812,515.92 | $1,818,114.92 | $1,827,653.72 |

| | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $1,533,959,812.79 | $1,535,598,393.53 | [illegible] | [illegible] | [illegible] | [illegible] |
| Reported MV of investments | [illegible] | $1,494,433,710.92 | $1,519,002,953.00 | [illegible] | [illegible] | $17,611,674,372.33 |
| True gross assets before management and performance fees | $52,944,251.39 | $61,164,682.63 | $45,549,660.06 | $75,745,273.62 | $67,539,432.36 | $505,107,645.07 |
| Management fee paid | $1,917,449.77 | $1,944,477.93 | $1,950,690.72 | $2,021,806.21 | $2,017,114.19 | [illegible] |
| True management fee due | $66,180.31 | $76,435.83 | $56,937.06 | $94,681.59 | $84,424.37 | $631,384.56 |
| Over payment | $1,851,269.42 | $1,868,042.14 | $1,893,753.69 | $1,927,124.62 | $1,932,689.81 | $22,014,092.97 |

# Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management Fees for 2002

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before management and Performance fees | $1,605,037,084.41 | $1,609,560,474.09 | $1,617,922,343.67 | $1,631,932,850.93 | $1,672,296,569.19 | $1,695,452,122.94 | $1,763,244,281.04 | $1,754,062,804.29 | $1,772,002,360.96 | $1,801,391,374.51 | $1,800,843,200.55 | $1,755,094,450.01 | [illegible] |
| Reported NAV of investments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| True gross assets before management and performance fees | [illegible] | $52,845,373.45 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Management fee paid | [illegible] | $2,012,488.09 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,193,578.31 | $2,115,033.20 | [illegible] | $2,251,060.25 | $2,243,868.09 | [illegible] |
| True management fee due | $74,415.72 | [illegible] | [illegible] | [illegible] | $64,974.65 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Over payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management fees for 2003

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug* | Sep* | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $1,792,271,155.40 | $1,794,244,250.27 | $1,833,641,640.27 | $1,847,077,925.56 | $1,858,654,919.17 | $1,903,494,083.73 | $1,927,204,609.30 | $1,949,724,555.57 | $1,975,640,255.21 | $1,976,706,886.57 | $1,987,764,743.73 | $1,983,742,903.99 | $22,830,255,170.39 |
| Reported MV of investments | $1,725,232,742.42 | $1,725,720,443.75 | $1,770,116,693.50 | $1,771,924,011.52 | $1,790,335,618.74 | $1,814,136,400.75 | $1,846,933,848.51 | $1,867,217,145.64 | $1,890,600,102.55 | $1,906,092,727.95 | $1,903,265,999.25 | $1,913,165,659.00 | $21,925,529,516.74 |
| True gross assets before management and performance fees | $66,835,410.06 | $68,523,306.52 | $63,533,946.77 | $75,149,927.04 | $68,319,300.43 | $89,357,684.98 | $80,270,760.85 | $82,509,485.93 | $84,040,152.56 | $70,614,158.32 | $84,474,744.33 | $70,581,244.99 | $904,725,653.65 |
| Management fee paid | $2,240,083.44 | $2,242,807.81 | $2,298,305.60 | $2,308,647.42 | $2,323,594.65 | $2,379,367.61 | $2,409,005.76 | $2,437,158.56 | $2,469,550.35 | $2,470,880.61 | $2,484,326.93 | $2,479,676.50 | $28,544,093.92 |
| True management fee due | $83,543.01 | $85,656.63 | $85,667.43 | $93,937.41 | $85,424.13 | $111,697.11 | $100,338.45 | $103,136.86 | $106,050.23 | $88,267.70 | $105,218.43 | $88,227.18 | $1,137,169.37 |
| Over payment | $2,156,540.92 | $2,157,151.18 | $2,212,638.37 | $2,214,710.01 | $2,238,169.52 | $2,267,670.50 | $2,308,667.31 | $2,334,021.71 | $2,363,500.13 | $2,382,613.91 | $2,379,457.50 | $2,391,451.32 | $27,406,924.40 |

*No data available, so figures are based on average increases for previous months

Kingate Global Fund, Ltd. - in Liquidation

Recalculation of NAV and Management fees for [illegible]

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov* | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | |
| [illegible] | $1,993,406,646.05 | $2,003,571,971.99 | $2,020,603,923.34 | [illegible] | $2,066,101,759.77 | $2,085,615,695.46 | $2,101,276,527.78 | $2,180,660,447.69 | $2,701,325,715.83 | $2,205,235,651.70 | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | $1,947,929,686.50 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $24,164,386,676.34 |
| [illegible] | | | | | | | | | | | | | |
| [illegible] | [illegible] | $55,642,285.43 | [illegible] | $90,127,371.78 | $88,263,422.47 | [illegible] | [illegible] | [illegible] | $135,912,392.30 | $134,244,410.70 | $144,927,374.97 | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | $2,364,426.06 | $2,592,627.20 | $2,607,619.62 | $2,626,515.66 | $2,725,020.34 | $2,751,607.14 | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | $72,207.42 | $63,352.36 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | $2,419,355.14 | [illegible] | $2,433,116.38 | $2,451,022.66 | $2,472,295.43 | $2,519,935.74 | [illegible] | $2,564,505.62 | [illegible] | [illegible] | $2,604,726.64 | [illegible] | [illegible] |

[illegible]

Kingate Global Fund, Ltd. - in Liquidation

Reconciliation of NAV and Management fees for [illegible]

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Reported NAV of Investments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| True gross assets before management and performance fees | [illegible] | [illegible] | [illegible] | $114,043,986.29 | $112,983,358.47 | [illegible] | [illegible] | [illegible] | [illegible] | $26,814,344.44 | [illegible] | [illegible] | [illegible] |
| Management fee paid | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,327,902.57 | [illegible] | [illegible] |
| True management fee due | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Over payments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,644,744.34 | [illegible] | [illegible] | [illegible] |

# Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management fees for 2006

| | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $2,225,471,718.54 | $2,207,049,912.96 | $2,227,633,780.50 | $2,235,560,296.04 | $2,247,095,093.37 | $2,241,331,527.20 | $2,266,886,248.33 |
| Reported MV of investments | $2,214,797,346.00 | $2,187,649,550.83 | $2,226,374,257.35 | $2,234,921,019.92 | $2,244,954,920.00 | $2,234,797,734.50 | $2,266,660,505.46 |
| True gross assets before management and performance fees | $10,674,372.54 | $11,400,362.13 | $1,259,523.25 | $659,250.06 | $2,140,173.37 | $6,533,792.70 | $225,738.85 |
| Management fee paid | $2,781,839.65 | $2,751,362.39 | $2,734,542.23 | $2,794,475.37 | $2,808,868.87 | $2,801,664.41 | $2,833,607.81 |
| True management fee due | $12,347.97 | $16,750.45 | $1,574.40 | $824.10 | $2,675.22 | $8,173.49 | $282.17 |
| Over payment | $2,769,491.68 | $2,734,611.94 | $2,732,967.82 | $2,793,651.27 | $2,806,193.65 | $2,793,490.92 | $2,833,325.64 |

| | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $2,322,632,124.68 | $2,345,451,793.15 | $2,373,902,197.66 | $2,374,703,442.47 | $2,465,260,832.76 | $27,520,996,987.58 |
| Reported MV of investments | $2,288,004,182.32 | $2,309,825,271.75 | $2,324,377,561.00 | $2,345,942,360.92 | $2,373,757,459.00 | $27,235,145,649.01 |
| True gross assets before management and performance fees | $34,543,942.34 | $35,606,521.40 | $49,524,626.66 | $28,761,081.55 | $91,503,373.76 | $274,851,338.57 |
| Management fee paid | $2,903,252.66 | $2,931,789.74 | $2,967,377.73 | $2,968,381.00 | $3,081,583.57 | $34,408,746.23 |
| True management fee due | $43,192.43 | $44,508.15 | $61,905.50 | $35,952.35 | $114,386.16 | $343,564.17 |
| Over payment | $2,860,070.23 | $2,887,281.59 | $2,905,471.93 | $2,932,427.93 | $2,967,197.42 | $34,065,182.06 |

## Kingate Global Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management fees for 2007

| | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $2,463,609,324.16 | $2,472,864,964.13 | $2,523,085,927.84 | $2,539,219,324.63 | $2,549,384,548.49 | $2,567,040,470.56 | $2,587,117,622.47 |
| Reported NAV of investments | $2,385,445,685.00 | $2,380,719,851.00 | $2,433,427,334.00 | $2,463,960,481.31 | $2,486,114,648.39 | $2,506,849,200.50 | $2,517,895,844.00 |
| True gross assets before management and performance fees | $77,563,639.14 | $92,145,033.13 | $89,658,593.84 | $75,258,843.32 | $63,269,900.10 | $60,191,270.06 | $69,221,778.47 |
| Management fee paid | $3,079,261.64 | $3,091,081.21 | $3,153,857.41 | $3,174,024.16 | $3,186,730.69 | $3,208,400.59 | $3,233,897.03 |
| True management fee due | $97,454.55 | $115,181.33 | $112,073.24 | $94,073.55 | $79,087.38 | $75,239.09 | $86,527.22 |
| Over payment | $2,981,807.11 | $2,975,899.85 | $3,041,784.17 | $3,079,950.60 | $3,107,643.31 | $3,133,161.50 | $3,147,369.81 |

| | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | $2,585,225,182.28 | $2,584,281,681.86 | $2,639,567,022.58 | $2,803,015,684.34 | $2,712,567,694.29 | $31,026,783,017.62 |
| Reported NAV of investments | $2,529,926,460.75 | $2,561,687,471.25 | $2,576,868,323.00 | $2,615,735,015.75 | $2,626,041,003.00 | $30,084,203,367.95 |
| True gross assets before management and performance fees | $55,252,721.53 | $22,594,410.61 | $62,698,699.58 | $187,280,058.59 | $86,526,691.29 | $942,526,693.68 |
| Management fee paid | $3,231,536.48 | $3,230,352.35 | $3,299,456.74 | $3,503,768.86 | $3,390,929.62 | $38,783,478.81 |
| True management fee due | $69,065.90 | $28,243.01 | $78,373.17 | $234,100.09 | $108,163.06 | $1,177,659.42 |
| Over payment | $3,162,445.58 | $3,202,109.34 | $3,221,083.40 | $3,269,668.77 | $3,282,553.75 | $37,605,819.18 |

# Kingate Global Fund, Ltd. - In Liquidation

Recalculation of NAV and Management fees for 2009

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recalculated gross assets before Management and Performance fees | $2,736,642,865.67 | $2,786,047,304.52 | $2,805,884,310.34 | $2,827,088,113.80 | $2,783,521,709.79 | $2,773,322,072.65 | $2,721,504,894.06 | $1,923,251,303.47 | $1,962,907,109.34 | $2,765,735,908.44 | $26,078,004,713.89 |
| Reported NAV of investments | $2,654,749,201.24 | $2,656,300,178.61 | $2,669,384,560.25 | $2,701,737,662.00 | $2,727,882,697.00 | $2,735,664,095.90 | $2,716,259,347.16 | $1,852,145,101.25 | $1,875,332,966.25 | $2,727,185,094.25 | $25,315,660,903.51 |
| True gross assets before management and performance fees | $73,893,634.43 | $129,747,125.91 | $136,499,750.09 | $125,350,451.80 | $55,639,012.79 | $37,667,976.75 | $5,245,546.90 | $71,106,204.22 | $87,578,143.09 | $38,550,814.19 | $762,373,810.38 |
| Management fee paid | $3,410,803.61 | $3,482,509.13 | $3,507,355.39 | $3,533,860.14 | $3,479,400.14 | $3,466,658.84 | $3,401,918.74 | $2,404,155.12 | $2,453,626.39 | $3,457,169.09 | $33,597,543.39 |
| True management fee due | $92,367.11 | $162,183.91 | $170,624.69 | $156,688.06 | $69,548.77 | $47,076.73 | $7,807.06 | $89,057.76 | $109,471.68 | $48,188.92 | $952,967.26 |
| Over payment | $3,318,436.50 | $3,320,325.22 | $3,336,730.70 | $3,377,172.08 | $3,409,853.37 | $3,419,580.12 | $3,394,111.68 | $2,315,101.36 | $2,344,153.71 | $3,408,981.37 | $31,644,576.13 |

## Kingate Global Fund, Ltd. - in Liquidation

Recalculation of NAV and management fees

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before management and Performance fees | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $32,213,962,793.55 | [illegible] | $31,026,763,047.43 | $26,078,054,713.89 | [illegible] |
| Reported NAV of investments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| True gross assets before management and performance fees | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Management fee paid | $174,849.21 | $926,071.13 | [illegible] | $7,905,249.86 | $12,114,669.20 | $17,160,723.45 | $22,643,977.52 | $25,656,645.17 | [illegible] | $31,677,937.25 | $34,017,452.45 | [illegible] | [illegible] | [illegible] | [illegible] |
| True management fee due | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Over payment | $174,422.87 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 1996

| | Jan* | Feb* | Mar* | Apr* | May | Jun | Jul | Aug | Sept* | Oct* | Nov* | Dec* | Total - DM | Total Euro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before management and Performance fees | 2,038,009.37 | 2,290,840.38 | 2,326,467.83 | 2,579,194.03 | 2,807,767.47 | 5,342,672.56 | 6,567,978.23 | 7,312,433.00 | 7,746,066.75 | 8,297,288.01 | 10,531,323.37 | 11,573,141.69 | 69,410,959.58 | € 35,487,263.15 |
| Reported NAV of investments | 2,073,939.61 | 2,333,477.55 | 2,380,639.23 | 2,661,155.10 | 2,706,614.84 | 5,225,736.26 | 6,357,527.35 | 7,229,637.13 | 7,781,223.33 | 8,310,502.06 | 10,596,494.58 | 11,655,682.00 | 69,314,828.79 | € 35,440,101.21 |
| True gross assets before management and performance fees | -35,382.24 | -42,637.57 | -54,171.40 | -81,961.07 | 96,157.63 | 116,936.30 | 210,450.88 | 82,795.87 | -35,156.83 | -13,214.05 | -65,166.21 | -82,540.31 | 96,130.90 | € 49,152.93 |
| Management fee paid | 2,548.26 | 2,363.55 | 2,908.08 | 3,223.94 | 3,503.48 | 6,678.59 | 8,212.47 | 9,140.54 | 9,682.58 | 10,371.61 | 13,164.16 | 14,466.43 | 85,763.73 | € 44,361.58 |
| True management fee due | 0.00 | 0.00 | 0.00 | 0.00 | 120.20 | 146.17 | 263.11 | 103.41 | 0.00 | 0.00 | 0.00 | 0.00 | 632.93 | € 333.64 |
| Over payment | 2,548.26 | 2,363.55 | 2,908.08 | 3,223.94 | 3,383.28 | 6,532.42 | 7,949.36 | 9,037.13 | 9,682.58 | 10,371.61 | 13,164.16 | 14,466.43 | 85,130.72 | € 44,027.94 |
| Admin fee paid | 169.67 | 193.65 | 193.63 | 214.86 | 233.37 | 444.66 | 545.91 | 608.61 | 644.70 | 690.58 | 876.51 | 963.22 | 5,777.02 | € 2,953.74 |
| True admin fee due | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 | 9.73 | 12.62 | 6.89 | 0.00 | 0.00 | 0.00 | 0.00 | 42.15 | € 21.55 |
| Over payment | 169.67 | 193.65 | 193.63 | 214.86 | 225.27 | 434.93 | 533.29 | 601.72 | 644.70 | 690.58 | 876.51 | 963.22 | 5,734.87 | € 2,932.19 |

* All figures in DM, except where otherwise noted

*Assume you cannot have a negative amount due to KML. Therefore amount owed for this month is 0.00

## Kingate Euro Fund, Ltd. - in Liquidation

Recalculation of NAV and Management and Admin fees for 1997

| | Jan* | Feb* | Mar* | Apr* | May | Jun* | Jul* | Aug* | Sept* | Oct | Nov* | Dec* | Total | Total - Euro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | 12,575,241.01 | 14,743,559.40 | 20,541,542.17 | 22,602,451.46 | 23,664,354.76 | 28,331,276.02 | 33,727,381.67 | 38,278,659.75 | 40,010,902.12 | 43,622,076.90 | 45,725,167.07 | 54,664,032.45 | 352,647,261.85 | € 150,746,750.06 |
| Reported MV of investments | 11,446,644.45 | 16,011,760.00 | 21,545,533.09 | 25,222,444.11 | 23,211,853.72 | 29,884,667.86 | 36,091,417.77 | 40,879,606.59 | 41,012,014.92 | 43,346,434.63 | 45,728,376.15 | 56,900,320.70 | 396,119,324.41 | € 202,634,750.62 |
| True gross assets before management and performance fees | -471,205.44 | -1,277,240.52 | -403,510.92 | -1,629,588.05 | 450,511.04 | -1,553,391.84 | -2,364,036.10 | -2,600,945.84 | -1,001,112.80 | 275,542.25 | -3,209.08 | -2,296,288.25 | -13,471,742.55 | € 6,887,592.59 |
| Management fee paid | 15,719.05 | 18,454.42 | 26,177.43 | 29,503.57 | 32,080.46 | 35,414.10 | 42,159.23 | 47,548.32 | 50,013.63 | 54,527.52 | 53,406.46 | 68,255.04 | 478,559.23 | € 244,681.45 |
| True management fee due | 0.00 | 0.00 | 0.00 | 0.00 | 563.14 | 0.00 | 0.00 | 0.00 | 0.00 | 344.45 | 0.00 | 0.00 | 907.59 | € 464.04 |
| Over payment | 15,719.05 | 18,454.42 | 26,177.43 | 29,503.57 | 31,517.32 | 35,414.10 | 42,159.23 | 47,548.32 | 50,013.63 | 54,183.07 | 53,406.46 | 68,255.04 | 477,651.64 | € 244,219.40 |
| Admin fee paid | 1,046.63 | 1,228.76 | 1,742.58 | 1,954.45 | 2,116.02 | 2,357.99 | 2,807.10 | 3,165.90 | 3,330.07 | 3,630.48 | 3,835.90 | 4,544.65 | 31,464.27 | € 16,291.84 |
| True admin fee due | 0.00 | 0.00 | 0.00 | 0.00 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 22.91 | 0.00 | 0.00 | 60.41 | € 30.90 |
| Over payment | 1,046.63 | 1,228.76 | 1,742.58 | 1,954.45 | 2,058.52 | 2,357.99 | 2,807.10 | 3,165.90 | 3,330.07 | 3,607.57 | 3,835.90 | 4,544.65 | 31,403.84 | € 16,260.94 |

* All figures in DM, except where otherwise noted

*Assume you cannot have a negative amount due to KML, therefore amount owed for the month is 0.00

Kingate Euro Fund, Ltd. - In Liquidation

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 1999

| | Jan | Feb* | Mar* | Apr* | May* | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 106,510,952.87 | € 109,975,383.28 | € 123,019,664.76 | € 127,260,359.16 | € 137,196,097.34 | € 152,730,377.68 | € 161,038,623.54 | € 166,489,121.27 | € 171,973,028.64 | € 184,575,594.88 | € 202,407,992.41 | € 217,462,650.17 | € 1,860,647,821.05 |
| Reported NAV of investments | € 104,530,558.00 | € 112,426,440.29 | € 123,326,897.42 | € 128,004,192.80 | € 139,180,507.11 | € 148,273,006.47 | € 148,814,576.01 | € 160,259,474.73 | € 162,791,982.77 | € 177,636,294.23 | € 196,107,541.15 | € 202,550,261.53 | € 1,803,901,716.55 |
| True gross assets before management and performance fees | € 1,980,394.87 | -€ 2,451,057.01 | -€ 307,232.66 | -€ 743,833.64 | -€ 1,984,409.77 | € 4,457,371.21 | € 12,224,052.54 | € 6,229,646.54 | € 9,181,045.87 | € 6,939,300.65 | € 6,300,451.26 | € 14,912,388.64 | € 56,746,104.50 |
| Management fee paid | € 133,148.69 | € 137,469.23 | € 153,774.58 | € 159,075.45 | € 171,495.12 | € 190,912.97 | € 201,298.29 | € 208,111.40 | € 214,966.29 | € 230,719.48 | € 253,009.99 | € 271,828.29 | € 2,325,809.78 |
| True management fee due | € 2,485.49 | € 0.00 | € 0.00 | € 0.00 | € 0.00 | € 5,571.71 | € 15,280.07 | € 7,787.06 | € 11,476.31 | € 8,674.11 | € 7,875.56 | € 18,640.49 | € 77,790.80 |
| Over payment | € 130,663.20 | € 137,469.23 | € 153,774.58 | € 159,075.45 | € 171,495.12 | € 185,341.26 | € 186,018.22 | € 200,324.34 | € 203,489.98 | € 222,045.37 | € 245,134.43 | € 253,187.80 | € 2,248,018.98 |
| Admin fee paid | € 8,865.48 | € 9,153.16 | € 10,238.82 | € 10,591.77 | € 11,418.72 | € 12,711.62 | € 13,403.11 | € 13,886.75 | € 14,313.17 | € 15,362.07 | € 16,846.25 | € 18,099.23 | € 154,860.17 |
| True admin fee due | € 165.49 | € 0.00 | € 0.00 | € 0.00 | € 0.00 | € 370.98 | € 1,017.40 | € 548.49 | € 764.13 | € 577.55 | € 524.38 | € 1,241.15 | € 5,179.57 |
| Over payment | € 8,699.99 | € 9,153.16 | € 10,238.82 | € 10,591.77 | € 11,418.72 | € 12,340.64 | € 12,385.71 | € 13,338.26 | € 13,549.04 | € 14,784.52 | € 16,321.87 | € 16,858.08 | € 149,680.60 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2000

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 227,390,684.50 | € 234,048,181.38 | € 247,290,776.22 | € 245,982,940.76 | € 253,565,255.73 | € 258,821,325.25 | € 262,544,773.34 | € 261,870,318.39 | € 263,955,437.34 | € 267,672,248.79 | € 267,724,885.27 | € 276,373,460.39 | € 3,057,240,387.27 |
| Reported NAV of Investments | € 222,120,388.40 | € 228,150,976.36 | € 237,728,231.91 | € 236,929,738.35 | € 228,725,049.31 | € 237,092,462.34 | € 245,728,908.30 | € 249,365,675.75 | € 239,760,964.08 | € 255,303,937.78 | € 250,376,268.19 | € 251,110,908.03 | € 2,932,392,535.60 |
| True gross assets before management and performance fees | € 5,270,296.10 | € 5,897,205.02 | € 9,562,544.31 | € 9,053,202.43 | € 24,840,306.42 | € 21,728,862.91 | € 16,815,865.04 | € 12,504,642.63 | € 24,194,473.26 | € 12,369,311.01 | € 17,348,617.09 | € 25,262,552.36 | € 184,847,851.57 |
| Management fee paid | € 284,238.36 | € 292,560.23 | € 309,113.47 | € 307,478.68 | € 316,956.69 | € 323,526.66 | € 328,180.97 | € 327,337.90 | € 329,944.50 | € 334,590.31 | € 334,656.11 | € 345,466.83 | € 3,834,050.48 |
| True management fee due | € 6,587.97 | € 7,371.51 | € 11,953.18 | € 11,316.50 | € 31,050.38 | € 27,161.08 | € 21,019.84 | € 15,630.80 | € 30,243.09 | € 15,461.64 | € 21,685.77 | € 31,578.19 | € 231,059.85 |
| Over payment | € 277,650.49 | € 285,188.72 | € 297,160.29 | € 296,162.17 | € 285,906.31 | € 296,365.58 | € 307,161.13 | € 311,707.09 | € 299,701.21 | € 319,128.67 | € 312,970.34 | € 313,888.64 | € 3,602,990.63 |
| Admin fee paid | € 15,925.54 | € 19,479.64 | € 20,581.31 | € 20,472.96 | € 21,104.03 | € 21,541.46 | € 21,851.38 | € 21,795.25 | € 21,966.79 | € 22,274.14 | € 22,283.52 | € 23,002.31 | € 255,283.86 |
| True admin fee due | € 439.64 | € 490.82 | € 795.85 | € 753.49 | € 2,067.44 | € 1,808.48 | € 1,399.57 | € 1,040.75 | € 2,013.69 | € 1,029.49 | € 1,443.91 | € 2,102.58 | € 15,384.74 |
| Over payment | € 15,486.39 | € 18,988.82 | € 19,785.92 | € 19,719.46 | € 19,036.60 | € 19,733.01 | € 20,451.81 | € 20,754.50 | € 19,953.11 | € 21,245.65 | € 20,838.61 | € 20,899.73 | € 239,899.13 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2001

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | €289,519,078.15 | €289,527,995.53 | €298,356,753.71 | €309,994,805.35 | €312,845,501.01 | €322,952,634.44 | €375,370,800.78 | €328,199,184.11 | €332,402,027.61 | €339,137,077.32 | €351,515,943.43 | €360,512,010.94 | €3,660,432,812.36 |
| Reported NAV of Investments | €270,592,682.92 | €274,827,869.21 | €293,643,171.80 | €294,271,152.85 | €310,840,486.22 | €310,258,811.57 | €302,313,706.07 | €305,246,956.95 | €308,348,978.08 | €317,175,930.04 | €334,461,616.47 | €338,126,667.79 | €3,460,20[illegible].96 |
| True gross assets before management and performance fees | €18,926,395.23 | €14,700,126.32 | €4,713,581.90 | €15,723,652.50 | €2,005,014.79 | €12,693,822.86 | €73,057,094.71 | €22,952,227.15 | €24,053,049.54 | €21,961,147.28 | €17,054,326.96 | €22,385,343.15 | €200,225,782.40 |
| Management fee paid | €361,898.15 | €361,909.99 | €372,945.94 | €387,493.51 | €391,056.88 | €403,690.79 | €406,713.50 | €410,246.98 | €415,502.53 | €423,921.34 | €439,519.92 | €450,640.01 | €4,825,542.26 |
| True management fee due | €23,657.49 | €18,375.16 | €5,891.93 | €19,654.57 | €2,506.27 | €15,867.28 | €28,821.37 | €28,690.28 | €30,066.31 | €27,451.43 | €21,317.91 | €27,981.68 | €250,282.23 |
| Over payment | €338,240.65 | €343,534.84 | €367,053.96 | €367,838.94 | €388,550.61 | €387,823.51 | €377,892.13 | €381,556.70 | €385,436.22 | €396,469.91 | €418,202.02 | €422,658.33 | €4,575,260.03 |
| Admin fee paid | €24,096.43 | €24,097.17 | €24,831.98 | €25,800.61 | €26,037.37 | €26,879.08 | €27,080.34 | €27,315.74 | €27,665.54 | €28,226.10 | €29,264.70 | €30,005.11 | €321,300.69 |
| True admin fee due | €1,575.23 | €1,223.48 | €392.31 | €1,308.67 | €166.38 | €1,026.50 | €1,919.02 | €1,910.29 | €2,001.92 | €1,827.81 | €1,419.42 | €1,863.11 | €16,664.63 |
| Over payment | €22,521.20 | €22,873.69 | €24,439.66 | €24,491.94 | €25,870.99 | €25,852.58 | €25,161.32 | €25,405.45 | €25,663.62 | €26,398.29 | €27,845.28 | €28,142.00 | €304,636.06 |