# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2002

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov* | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 356,950,305.26 | € 369,034,190.57 | € 371,823,072.35 | € 377,948,940.71 | € 378,631,021.59 | € 376,026,337.91 | € 384,763,465.50 | € 389,109,927.31 | € 394,308,439.54 | € 393,664,554.47 | € 397,721,637.65 | € 395,591,685.96 | € 4,587,774,479.77 |
| Reported NAV of investments | € 347,989,541.27 | € 348,402,477.69 | € 350,538,914.58 | € 342,871,777.90 | € 350,727,711.41 | € 341,811,696.16 | € 359,093,605.77 | € 359,177,323.63 | € 355,510,179.40 | € 360,206,567.62 | € 361,542,126.10 | € 355,527,357.03 | € 4,218,379,561.97 |
| True gross assets before management and performance fees | € 8,960,764.99 | € 20,631,712.88 | € 21,284,157.77 | € 35,077,162.81 | € 27,904,210.18 | € 34,214,650.75 | € 25,669,859.73 | € 29,932,603.68 | € 38,798,260.13 | € 33,457,636.85 | € 36,179,511.55 | € 40,064,328.93 | € 369,394,898.20 |
| Management fee paid | € 449,657.31 | € 461,292.74 | € 464,778.84 | € 472,436.18 | € 473,289.90 | € 470,032.99 | € 480,979.33 | € 486,397.41 | € 492,385.55 | € 492,305.63 | € 497,152.05 | € 494,409.61 | € 5,734,718.10 |
| True management fee due | € 11,200.41 | € 25,789.64 | € 26,605.20 | € 43,846.45 | € 34,880.26 | € 42,768.36 | € 32,112.32 | € 37,415.75 | € 44,747.83 | € 41,822.05 | € 45,224.39 | € 50,080.41 | € 436,493.67 |
| Over payment | € 437,456.93 | € 435,503.10 | € 438,173.64 | € 428,589.72 | € 438,409.64 | € 427,264.62 | € 448,867.01 | € 448,971.65 | € 448,137.72 | € 450,483.58 | € 451,927.66 | € 444,409.20 | € 5,298,224.43 |
| Admin fee paid | € 29,875.13 | € 30,714.41 | € 30,946.52 | € 31,454.38 | € 31,513.22 | € 31,296.36 | € 32,025.21 | € 32,385.29 | € 32,817.96 | € 32,777.35 | € 33,102.94 | € 32,974.77 | € 381,836.65 |
| True admin fee due | € 745.80 | € 1,717.16 | € 1,771.46 | € 2,919.44 | € 2,322.44 | € 2,847.66 | € 2,138.15 | € 2,491.27 | € 2,979.46 | € 2,784.65 | € 3,011.79 | € 3,334.61 | € 29,063.20 |
| Over payment | € 29,129.34 | € 28,997.25 | € 29,175.06 | € 28,535.93 | € 29,190.78 | € 28,448.70 | € 29,887.06 | € 29,894.02 | € 29,838.50 | € 29,992.70 | € 30,090.95 | € 29,590.16 | € 352,773.45 |

*No data available, so figures are based on average increases for months prior

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2003

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 400,542,768.32 | € 403,574,835.85 | € 413,069,883.19 | € 410,297,074.45 | € 418,474,826.78 | € 420,542,188.91 | € 424,230,227.12 | € 43[illegible],785,379.02 | € 436,227,639.15 | € 447,002,871.21 | € 445,966,535.59 | € 449,131,245.80 | € 5,100,845,495.39 |
| Reported NAV of investments | € 373,015,851.04 | € 371,808,100.59 | € 377,537,236.60 | € 368,834,916.40 | € 375,140,773.44 | € 397,786,223.83 | € 401,674,930.39 | € 41[illegible],930,243.99 | € 393,046,276.81 | € 419,038,751.08 | € 404,479,673.41 | € 399,054,229.46 | € 4,693,347,207.04 |
| True gross assets before management and performance fees | € 27,526,937.28 | € 31,766,735.26 | € 35,532,646.59 | € 41,462,158.05 | € 43,334,053.33 | € 22,755,965.08 | € 22,555,296.73 | € 19,855,135.03 | € 43,181,362.34 | € 27,964,120.13 | € 41,486,862.18 | € 50,077,016.34 | € 407,498,288.35 |
| Management fee paid | € 500,678.49 | € 504,468.54 | € 516,337.35 | € 512,871.34 | € 523,093.53 | € 525,677.74 | € 530,287.78 | € 539,731.73 | € 545,284.55 | € 558,753.59 | € 557,458.17 | € 561,414.06 | € 6,376,056.87 |
| True management fee due | € 34,408.67 | € 39,708.42 | € 44,415.81 | € 51,827.70 | € 54,167.57 | € 28,444.96 | € 28,194.12 | € 24,818.92 | € 53,976.70 | € 34,955.15 | € 51,858.58 | € 62,596.27 | € 509,371.86 |
| Over payment | € 466,269.81 | € 464,760.12 | € 471,921.55 | € 461,043.65 | € 468,925.97 | € 497,232.78 | € 502,093.66 | € 514,912.80 | € 491,307.85 | € 523,798.44 | € 505,599.59 | € 498,817.79 | € 5,866,684.01 |
| Admin fee paid | € 33,336.84 | € 33,589.20 | € 34,379.46 | € 34,148.68 | € 34,829.31 | € 35,001.38 | € 35,308.33 | € 35,937.14 | € 36,306.86 | € 37,203.68 | € 37,117.42 | € 37,380.82 | € 424,534.12 |
| True admin fee due | € 2,291.04 | € 2,643.92 | € 2,957.35 | € 3,450.86 | € 3,606.66 | € 1,893.96 | € 1,877.26 | € 1,652.53 | € 3,593.95 | € 2,327.43 | € 3,452.92 | € 4,167.87 | € 33,915.74 |
| Over payment | € 31,045.80 | € 30,945.28 | € 31,422.11 | € 30,697.82 | € 31,222.65 | € 33,107.42 | € 33,431.07 | € 34,284.61 | € 32,712.91 | € 34,876.25 | € 33,664.51 | € 33,212.95 | € 390,623.35 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2004

| | Jan | Feb | Mar | Apr | May* | Jun | Jul | Aug | Sept | Oct | Nov* | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 450,828,654.74 | € 433,674,478.51 | € 437,046,604.34 | € 438,298,964.14 | € 434,122,400.61 | € 456,397,782.49 | € 459,192,456.11 | € 455,468,367.83 | € 472,593,373.22 | € 475,764,437.39 | € 480,605,101.37 | € 491,548,739.42 | € 5,485,542,360.39 |
| Reported NAV of investments | € 407,487,714.15 | € 409,622,068.96 | € 416,226,312.93 | € 413,450,811.72 | € 415,438,510.91 | € 424,911,616.58 | € 431,974,632.01 | € 433,574,797.80 | € 427,655,016.08 | € 431,865,407.48 | € 433,603,854.96 | € 458,233,714.22 | € 5,104,044,459.99 |
| True gross assets before management and performance fees | € 43,340,940.61 | € 24,052,409.55 | € 20,820,291.41 | € 24,848,152.42 | € 18,683,889.70 | € 31,486,163.91 | € 27,217,824.10 | € 21,893,570.03 | € 44,938,357.14 | € 43,899,029.91 | € 47,001,246.41 | € 33,315,025.20 | € 381,497,900.40 |
| Management fee paid | € 563,535.82 | € 542,093.10 | € 546,308.26 | € 547,873.71 | € 542,653.00 | € 570,497.23 | € 573,990.57 | € 569,335.46 | € 590,741.72 | € 594,705.55 | € 600,737.63 | € 614,435.92 | € 6,836,627.95 |
| True management fee due | € 54,176.18 | € 30,065.51 | € 26,025.36 | € 31,060.19 | € 23,354.86 | € 39,357.70 | € 34,022.28 | € 27,366.96 | € 56,172.95 | € 54,873.79 | € 58,732.81 | € 41,643.78 | € 476,072.38 |
| Over payment | € 509,359.64 | € 512,027.59 | € 520,282.89 | € 516,813.51 | € 519,298.14 | € 531,139.52 | € 539,968.29 | € 541,968.50 | € 534,568.77 | € 539,831.76 | € 542,004.82 | € 572,792.14 | € 6,360,555.57 |
| Admin fee paid | € 37,522.09 | € 36,094.37 | € 36,375.03 | € 36,479.26 | € 36,131.65 | € 37,985.61 | € 38,218.21 | € 37,908.25 | € 39,333.55 | € 39,597.46 | € 40,000.45 | € 40,911.19 | € 456,557.12 |
| True admin fee due | € 3,607.23 | € 2,001.85 | € 1,732.86 | € 2,065.09 | € 1,555.04 | € 2,620.57 | € 2,265.32 | € 1,822.18 | € 3,740.18 | € 3,653.66 | € 3,911.96 | € 2,772.78 | € 31,751.75 |
| Over payment | € 33,914.86 | € 34,092.52 | € 34,642.17 | € 34,411.17 | € 34,576.60 | € 35,365.04 | € 35,952.89 | € 36,086.07 | € 35,593.37 | € 35,943.80 | € 36,088.49 | € 38,138.41 | € 424,805.37 |

*No data available, so figures are based on average increases for month prior

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 20XX

| | Jan | Feb | Mar** | Apr | May | Jun | Jul | Aug | Sept* | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 503,636,684.55 | € 513,200,172.92 | € 522,763,461.25 | € 541,206,501.05 | € 543,239,713.34 | € 543,942,525.51 | € 539,890,434.13 | € 531,213,476.77 | € 524,027,931.09 | € 523,121,850.64 | € 503,561,818.66 | € 503,352,459.48 | € 6,292,164,281.36 |
| Reported NAV of Investments | € 479,685,491.90 | € 474,822,859.01 | € 469,960,026.15 | € 507,100,785.75 | € 527,097,386.34 | € 518,285,601.42 | € 510,806,793.70 | € 515,298,289.32 | € 535,081,937.47 | € 488,775,791.02 | € 467,408,582.46 | € 468,801,775.68 | € 5,962,126,520.23 |
| True gross assets before management and performance fees | € 23,951,192.65 | € 38,377,313.67 | € 52,803,435.09 | € 34,105,715.30 | € 16,142,327.00 | € 25,656,924.09 | € 29,083,640.43 | € 15,915,184.44 | -€ 11,053,956.38 | € 34,346,059.62 | € 36,153,236.21 | € 34,550,683.80 | € 330,037,761.12 |
| Management fee paid | € 629,545.11 | € 641,500.22 | € 653,454.33 | € 676,508.13 | € 679,049.64 | € 679,927.41 | € 674,970.54 | € 664,016.85 | € 655,034.92 | € 653,902.11 | € 629,452.27 | € 629,190.57 | € 7,866,458.35 |
| True management fee due | € 29,938.00 | € 47,971.64 | € 66,004.29 | € 42,632.18 | € 20,177.91 | € 32,071.16 | € 36,362.05 | € 19,893.99 | € 0.00 | € 42,932.37 | € 45,191.55 | € 43,188.35 | € 426,364.65 |
| Over payment | € 599,607.11 | € 593,528.57 | € 587,450.03 | € 633,875.95 | € 658,871.73 | € 647,856.25 | € 638,608.49 | € 644,122.86 | € 655,034.92 | € 610,969.74 | € 584,260.72 | € 586,002.22 | € 7,440,093.70 |
| Admin fee paid | € 41,917.28 | € 42,715.22 | € 43,509.17 | € 45,044.17 | € 45,213.39 | € 45,271.97 | € 44,935.13 | € 44,212.45 | € 43,614.41 | € 43,536.00 | € 41,911.01 | € 41,893.61 | € 523,774.83 |
| True admin fee due | € 1,993.44 | € 3,196.11 | € 4,394.79 | € 2,838.59 | € 1,343.55 | € 2,135.43 | € 2,421.11 | € 1,324.61 | € 0.00 | € 2,856.14 | € 3,009.00 | € 2,875.43 | € 28,368.76 |
| Over payment | € 39,923.84 | € 39,519.11 | € 39,114.38 | € 42,205.58 | € 43,869.84 | € 43,136.54 | € 42,514.02 | € 42,887.85 | € 43,614.41 | € 40,680.40 | € 38,902.01 | € 39,017.95 | € 495,356.04 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

**No data available, so figures are based on average increases for months prior

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2006

| | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 498,800,180.66 | € 478,634,880.41 | € 481,158,587.79 | € 488,171,145.56 | € 479,959,615.67 | € 561,986,926.56 | € 484,614,078.72 |
| Reported NAV of investments | € 461,378,955.25 | € 471,235,326.89 | € 451,072,168.47 | € 438,181,335.72 | € 443,944,207.30 | € 521,996,223.37 | € 456,088,085.49 |
| True gross assets before management and performance fees | € 37,421,225.41 | € 7,399,553.52 | € 30,086,419.33 | € 49,989,809.84 | € 36,015,408.38 | € 39,990,703.19 | € 28,525,990.23 |
| Management fee paid | € 623,500.23 | € 598,193.60 | € 601,448.23 | € 610,213.93 | € 599,949.52 | € 702,483.66 | € 605,767.60 |
| True management fee due | € 46,776.53 | € 9,249.44 | € 37,608.02 | € 62,487.26 | € 45,019.26 | € 49,988.38 | € 35,657.49 |
| Over payment | € 576,723.69 | € 589,044.16 | € 563,840.21 | € 547,726.67 | € 554,930.26 | € 652,495.28 | € 570,110.11 |
| Admin fee paid | € 41,514.72 | € 39,836.38 | € 40,046.43 | € 40,630.08 | € 39,946.64 | € 46,773.70 | € 40,334.02 |
| True admin fee due | € 3,114.54 | € 615.86 | € 2,504.07 | € 4,160.61 | € 2,997.53 | € 3,328.39 | € 2,374.19 |
| Over payment | € 38,400.19 | € 39,220.52 | € 37,542.36 | € 36,469.47 | € 36,949.11 | € 43,445.31 | € 37,959.83 |

| | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 488,234,240.32 | € 492,307,057.19 | € 496,152,615.93 | € 512,351,882.38 | € 525,470,316.39 | € 5,957,856,527.79 |
| Reported NAV of investments | € 458,875,246.03 | € 468,476,176.54 | € 464,279,310.45 | € 459,162,881.45 | € 473,746,463.37 | € 5,538,435,383.25 |
| True gross assets before management and performance fees | € 29,358,994.29 | € 23,826,880.66 | € 31,873,305.48 | € 53,189,000.90 | € 51,723,853.02 | € 419,421,144.54 |
| Management fee paid | € 610,317.80 | € 615,377.57 | € 620,190.77 | € 640,439.85 | € 656,837.90 | € 7,484,820.55 |
| True management fee due | € 36,723.74 | € 29,783.66 | € 39,841.63 | € 66,486.25 | € 64,654.82 | € 524,276.43 |
| Over payment | € 573,594.06 | € 585,593.97 | € 580,349.14 | € 573,953.60 | € 592,183.08 | € 6,960,544.22 |
| Admin fee paid | € 40,636.99 | € 40,973.89 | € 41,294.37 | € 42,642.62 | € 43,734.46 | € 498,364.31 |
| True admin fee due | € 2,445.19 | € 1,983.04 | € 2,652.79 | € 4,426.88 | € 4,304.93 | € 34,908.07 |
| Over payment | € 38,191.80 | € 38,990.80 | € 38,641.58 | € 38,215.74 | € 39,429.53 | € 463,456.24 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2007

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 512,862,090.78 | € 525,536,439.62 | € 540,541,427.08 | € 554,789,906.14 | € 558,484,416.93 | € 561,986,926.56 | € 567,837,448.46 | € 576,724,121.37 | € 577,644,990.00 | € 575,937,484.33 | € 608,101,351.01 | € 630,576,857.51 | € 6,791,073,959.98 |
| Reported NAV of Investments | € 482,155,986.19 | € 481,554,481.11 | € 495,013,513.92 | € 508,933,108.39 | € 520,740,690.26 | € 521,996,223.37 | € 525,950,986.72 | € 541,797,291.75 | € 527,640,783.00 | € 553,431,763.28 | € 576,715,865.10 | € 580,502,504.62 | € 6,316,433,197.68 |
| True gross assets before management and performance fees | € 30,706,104.60 | € 43,981,958.71 | € 45,527,913.16 | € 45,856,797.75 | € 37,743,726.67 | € 39,990,703.19 | € 41,936,461.75 | € 34,926,829.62 | € 50,004,207.00 | € 22,506,721.05 | € 31,385,485.91 | € 50,074,352.89 | € 474,640,762.30 |
| Management fee paid | € 641,077.61 | € 656,920.55 | € 679,676.78 | € 693,487.36 | € 698,105.52 | € 702,483.66 | € 709,859.31 | € 720,905.15 | € 722,056.24 | € 714,922.45 | € 760,125.69 | € 788,221.07 | € 8,488,842.45 |
| True management fee due | € 38,382.63 | € 54,977.45 | € 56,909.89 | € 57,321.00 | € 47,179.66 | € 49,988.35 | € 52,420.58 | € 43,658.54 | € 62,505.26 | € 23,132.76 | € 39,231.86 | € 62,592.94 | € 593,300.95 |
| Over payment | € 602,694.98 | € 601,943.10 | € 613,766.89 | € 636,166.37 | € 650,925.86 | € 652,495.26 | € 657,438.73 | € 677,246.61 | € 659,550.98 | € 691,789.70 | € 720,894.33 | € 725,628.13 | € 7,895,541.50 |
| Admin fee paid | € 42,685.08 | € 43,739.96 | € 44,988.81 | € 46,174.70 | € 46,482.19 | € 46,775.70 | € 47,264.80 | € 48,000.27 | € 48,076.91 | € 47,934.84 | € 50,611.77 | € 52,482.39 | € 565,215.43 |
| True admin fee due | € 2,555.64 | € 3,660.58 | € 3,789.25 | € 3,816.62 | € 3,141.38 | € 3,328.39 | € 3,490.34 | € 2,906.93 | € 4,161.81 | € 1,873.17 | € 2,612.19 | € 4,167.65 | € 39,503.96 |
| Over payment | € 40,129.44 | € 40,079.38 | € 41,199.56 | € 42,358.08 | € 43,340.81 | € 43,445.31 | € 43,774.46 | € 45,093.34 | € 43,915.10 | € 46,061.66 | € 47,999.58 | € 48,314.74 | € 525,711.47 |

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2008

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 624,466,046.31 | € 636,885,364.79 | € 646,518,722.97 | € 652,502,909.88 | € 656,343,490.62 | € 650,636,379.71 | € 656,049,748.44 | € 645,697,634.13 | € 650,844,258.80 | € 636,135,136.06 | € 6,456,079,691.71 |
| Reported MV of investments | € 575,798,690.84 | € 577,404,925.86 | € 564,608,857.87 | € 594,057,311.51 | € 602,071,367.33 | € 596,830,057.84 | € 608,611,172.15 | € 612,978,056.74 | € 624,250,198.04 | € 585,119,462.66 | € 5,941,730,100.85 |
| True gross assets before management and performance fees | € 48,667,355.46 | € 59,480,438.94 | € 81,909,865.11 | € 58,445,598.36 | € 54,272,123.29 | € 53,806,321.87 | € 47,438,576.29 | € 32,719,577.39 | € 26,594,060.76 | € 51,015,673.39 | € 514,349,590.86 |
| Management fee paid | € 780,582.56 | € 796,106.71 | € 808,148.40 | € 815,628.64 | € 820,429.36 | € 813,295.47 | € 820,062.19 | € 807,122.04 | € 813,555.32 | € 795,168.92 | € 8,070,099.61 |
| True management fee due | € 60,834.19 | € 74,350.55 | € 102,387.33 | € 73,057.00 | € 67,840.15 | € 67,257.90 | € 59,298.22 | € 40,899.47 | € 33,242.58 | € 63,769.59 | € 642,936.99 |
| Over payment | € 719,748.36 | € 721,756.16 | € 705,761.07 | € 742,571.64 | € 752,589.21 | € 746,037.57 | € 760,763.97 | € 766,222.57 | € 780,312.75 | € 731,399.33 | € 7,427,162.63 |
| Admin fee paid | € 51,973.79 | € 53,007.44 | € 53,809.21 | € 54,307.27 | € 54,626.92 | € 54,151.92 | € 54,602.47 | € 53,740.88 | € 54,169.23 | € 52,945.00 | € 537,334.13 |
| True admin fee due | € 4,050.54 | € 4,950.51 | € 6,817.29 | € 4,864.38 | € 4,517.02 | € 4,478.26 | € 3,948.27 | € 2,723.22 | € 2,213.40 | € 4,245.99 | € 42,808.89 |
| Over payment | € 47,923.25 | € 48,056.93 | € 46,991.92 | € 49,442.89 | € 50,109.90 | € 49,673.67 | € 50,654.20 | € 51,017.65 | € 51,955.82 | € 48,699.01 | € 494,525.24 |

Kingate Euro Fund, Ltd. - In Liquidation

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2011: 454

B E T W E E N:

KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)                     First Plaintiff

KINGATE EURO FUND LIMITED (IN LIQUIDATION)                       Second Plaintiff

and

KINGATE MANAGEMENT LIMITED                                      First Defendant

FIM LIMITED                                                     Second Defendant

FIM ADVISERS LLP                                                Third Defendant

FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)
                                                                Fourth Defendant

PORT OF HERCULES TRUSTEES LIMITED (AS TRSUTEE OF THE EL PRELA TRUST)
                                                                Fifth Defendant

ASHBY HOLDING SERVICES LIMITED                                  Sixth Defendant

EL PRELA GROUP HOLDING SERVICES LIMITED                         Seventh Defendant

MR CARLO GROSSO                                                 Eighth Defendant

MR FEDERICO CERETTI                                             Ninth Defendant

Annex D

Kingate Global

Redemptions per year - per audited accounts

| Year | Amount US$ |
|------|-----------|
| 1995 | 912,850 |
| 1996 | 5,576,991 |
| 1997 | 27,693,109 |
| 1998 | 106,077,591 |
| 1999 | 100,599,109 |
| 2000 | 289,609,315 |
| 2001 | 334,868,765 |
| 2002 | 361,043,478 |
| 2003 | 382,707,855 |
| 2004 | 376,755,400 |
| 2005 | 477,663,891 |
| 2006 | 466,838,862 |
| 2007 | 568,037,370 |
| 2008 | 574,993,835 |
| | 3,498,384,586 |

Kingate Euro
Redemptions per year - per audited accounts

| Year | Amount EUR |
|------|-----------|
| 2000 | 50,566,495 |
| 2001 | 38,977,268 |
| 2002 | 69,236,560 |
| 2003 | 60,217,286 |
| 2004 | 88,577,979 |
| 2005 | 110,141,597 |
| 2006 | 107,850,422 |
| 2007 | 110,119,291 |
| 2008 | 118,685,935 |
| | **635,686,898** |

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2010: 454

BETWEEN:

(1)    KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)

(2)    KINGATE EURO FUND LIMITED (IN LIQUIDATION)

Plaintiffs

and

(1) KINGATE MANAGEMENT LIMITED

(2) FIM LIMITED

(3) FIM ADVISERS LLP

(4) FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)

(5) PORT OF HERCULES TRUSTEES LIMITED (AS TRUSTEE OF THE EL PRELA TRUST)

(6) ASHBY HOLDINGS SERVICES LIMITED

(7) EL PRELA GROUP HOLDING SERVICES LIMITED

(8) MR CARLO GROSSO

(9) MR FEDERICO CERETTI

(10) ASHBY INVESTMENT SERVICES LIMITED

(11) EL PRELA TRADING INVESTMENTS LIMITED

(12) ALPINE TRUSTEES LIMITED

Defendants

_____

AMENDED STATEMENT OF CLAIM

_____

SEDGWICK CHUDLEIGH
E.W. Pearman Building
20 Brunswick Street
Hamilton, HM 10
Bermuda

(Attorneys for the First and Second Plaintiffs)



LN/31289Sv1