# EXHIBIT F

IN THE MATTER OF:

FIRST PENINSULA TRUSTEES LIMITED AS TRUSTEES OF THE ASHBY TRUST

PORT OF HERCULES TRUSTEES LIMITED AS TRUSTEES OF THE EL PRELA TRUST

MR FEDERICO CERETTI

MR CARLO GROSSO

-and-

THE PUBLIC PROSECUTOR OF THE PRINCIPALITY OF MONACO

---

## WITNESS STATEMENT OF ANDREW WITTS

---

I, ANDREW WITTS, solicitor of 4 More London Riverside, London SE1 2AU, WILL SAY as follows:

### Introduction

1. I am a partner at the firm of Lawrence Graham LLP in London. Lawrence Graham LLP is an international, full-service law firm and the only English law firm licensed to practice in the Principality of Monaco. The firm's registered address in London is 4 More London Riverside, London SE1 2AU. Its registered address in Monaco is Est Ouest, 24 Boulevard Princesse Charlotte, MC98000, Monaco.

2. Save where otherwise stated, the facts and matters referred to in this witness statement are within my own knowledge and are true. Where they are not within my own knowledge, I have stated the source of my information and I believe them to be true.

3. Exhibited to this witness statement are a bundle of documents marked "Exhibit AW1". References in this witness statement to tab numbers are to tab numbers in Exhibit AW1.

4. This witness statement is structured as follows:

| Section heading | Page |
|---|---|
| Introduction | 1 |
| Overview | 4 |
| Background to the Madoff affair | 4 |
| Dramatis Personae | 6 |
| The Kingate Funds | 8 |

7447031.3

370

| | |
|---|---|
| Kingate Management Limited – management of the Kingate Funds | 9 |
| BMIS's role as investment advisor to the Kingate Funds | 14 |
| Other entities' role in the Kingate Funds | 15 |
| FIM's role as consultant and distributor to Kingate Management Limited | 18 |
| Explanation of the Trusts' structure | 25 |
| Trusts' investment in the Kingate Funds | 28 |
| No payments to or from Madoff or BMIS | 29 |
| Instructions for transfer of the Trusts' funds | 31 |
| Federico 61 | 33 |
| No sequestration/freezing orders in other jurisdictions | 34 |
| Conclusion | 35 |

5. I make this witness statement in support of the application by First Peninsula Trustees Limited as Trustees of The Ashby Trust, Port of Hercules Trustees Limited as Trustees of The El Prela Trust, Mr Federico Ceretti and Mr Carlo Grosso (together, the "**Applicants**") to discharge the sequestration order made by the President of the Court of First Instance of the Principality of Monaco on 19 December 2008 (the "**Freezing Order**"), which ordered the immediate attachment of assets held in the following accounts held with HSBC Private Bank (Monaco) S.A. ("**HSBC Monaco**"):

- Account number 53062, entitled "FIRST PENINSULA TRUSTEES LTD AS TRUSTEE OF THE ASHBY TRUST";

- Account number 53063, entitled "PORT OF HERCULES TRUSTEES LTD AS TRUSTEE OF THE EL PRELA TRUST";

- Account number 61961, entitled "ASHBY HOLDING SERVICES LTD";

- Account number 61962, entitled "ASHBY INVESTMENT SERVICES LIMITED";

- Account number 61978, entitled "EL PRELA TRADING INVESTMENTS LTD";

- Account number 61979, entitled "EL PRELA GROUP HOLDING SERVICES LTD"; and

- Account number 60543, being the personal account of Mr Federico Ceretti, entitled "Federico 61".

6. I understand that the accounts referred to above (together the "**Accounts**") were made subject to the Freezing Order following representations made in writing by SICCFIN to the Public Prosecutor of the Principality of Monaco and dated 17

7447031.3

371

December 2008 regarding two individuals, namely Mr Federico Ceretti and Mr Carlo Grosso (the "SICCFIN Report"). A copy of the SICCFIN Report is at tab 1.

7. Mr. Carlo Grosso is not the holder of an account with HSBC Monaco, and therefore is not directly concerned by the Freezing Order. However, his name appears prominently in the SICCFIN Report, and he has a clear indirect interest in these proceedings as a beneficiary of The Ashby Trust.

8. I have seen a translated copy of the SICCFIN Report. From my review of that document, I understand that the SICCFIN Report may have followed receipt by SICCFIN of an anti money laundering notification issued by HSBC Monaco on or about 15 December 2008. I understand that this notification followed receipt by HSBC Monaco of the following payment instructions (together, the "Payment Instructions"), copies of which are at tab 2:

- On 12 December 2008, First Peninsula Trustees Limited sent a payment instruction to HSBC Monaco relating to account number 53062 (referenced above), requesting transfer of the sum of US$36,300,000 from that account to an account held with Fortis Bank (C.I.) Limited in Guernsey, Channel Islands, which account is also held in the name of First Peninsula Trustees Limited as Trustees of The Ashby Trust;

- Also on 12 December 2008, Port of Hercules Trustees Limited sent a payment instruction to HSBC Monaco relating to account number 53063 (referenced above), requesting the transfer of the sum of US$15,000,000 to an account held with Lombard Odier Darier Hentsch & Cie in Geneva, Switzerland, which account is also held in the name of Port of Hercules Trustees Limited as Trustees of The El Prela Trust; and

- On 15 December 2008, First Peninsula Trustees Limited sent a payment instruction to HSBC Monaco relating to account number 53062 (referenced above), requesting the transfer of the sum of US$24,000,000 to an account held with Fortis Bank (C.I.) Limited in Guernsey, Channel Islands, which account is also held in the name of First Peninsula Trustees Limited as Trustees of the Ashby Trust.

9. From the translated copy of the SICCFIN Report I have seen, it is apparent to me that SICCFIN understands some or all of the monies in the Accounts to have derived from certain funds named "Kingate". The SICCFIN Report inaccurately characterises these funds as being "*managed by [Bernard] Madoff*", who is currently at the centre of investigations for securities fraud by the US authorities. The SICCFIN Report wrongly casts doubt over the legitimacy of the funds held in the Accounts, suggesting that they "*could have come from the proceeds of a large scale fraud*".

10. The SICCFIN Report reports that, according to information received from HSBC Monaco, "*Carlo Grosso and Federico Ceretti both have businesses as Financial Consultants through …..Ashby Holding Services Ltd and El Prela Group Holding Services Ltd*". This statement is untrue.

11. It is also apparent to me from the SICCFIN Report that SICCFIN considers that trust structures such as those referred to therein might be intended to superimpose "*screens likely to cut all links with the origin of the funds*" held in the Accounts. There was and is no such intention in this case.

7447031.3

372

Overview

12. In supporting the application of the Applicants, this witness statement will:

- Set out clearly and in full detail the relationship between the Applicants, the Kingate funds, Kingate Management Limited, FIM Advisers LLP, The Ashby Trust and The El Prela Trust;

- Explain the roles of all entities involved in providing services to the Kingate funds;

- Explain the source of assets held in the Accounts;

- Explain the legitimate reasons for the structure of The Ashby Trust and The El Prela Trust;

- Demonstrate that the entities and individuals referred to in the SICCFIN Report are innocent of any wrongdoing and have themselves fallen victim to the alleged unlawful activities of Bernard Madoff; and

- Explain the reasons for the Payment Instructions.

### Background to the Madoff affair

13. The Freezing Order was made in the light of the ongoing scandal relating to Bernard Madoff ("Madoff"), which first came to light on 11 December 2008 when Madoff was arrested and charged with securities fraud in connection with the operations of Bernard L. Madoff Investment Securities LLC ("BMIS"). It is alleged that Mr Madoff has admitted that the operations of BMIS were "all just one big lie" and "basically, a giant Ponzi scheme".

14. At or about the time of his arrest, Mr Madoff is reputed to have estimated the losses suffered by investors as a consequence of his actions to be in the region of US$50 billion. It is public knowledge that investors invested in so-called "feeder funds", which funds in turn entrusted these assets to BMIS to provide investment advisory services to them. Assets were transferred into the custody of BMIS in accordance with these engagements.

15. In addition to the substantial assets invested through funds, it is thought that as many as 8,000 institutional and private investors have invested their money directly with BMIS. These include some of the world's most sophisticated investors. A list of 13,567 known customers of BMIS (as filed in the ongoing New York bankruptcy proceedings) is at tab 3.

16. As a consequence of BMIS's alleged fraudulent activity, both the funds and those investors who invested directly with BMIS are known to have suffered substantial losses. The following table sets out my current understanding of the funds (so-called "feeder funds") whose assets have been lost as a consequence of BMIS's alleged activities. I understand that these funds (and potentially others of which I am currently unaware) conducted activities similar to those conducted by the Kingate Funds:

7447031.3

373

| Fund name | Fund Manager | Assets under management (US$billion) | Estimated Loss (US$billion) |
|---|---|---|---|
| Ascot Partners | Ezra Merkin | 2.7 | 2.7 |
| Defender | Reliance Management | 0.5 | 0.5 |
| Fairfield Sentry | Fairfield Greenwich | 7.5 | 7.5 |
| Harley Fund | [Unknown] | 2.7 | 2.7 |
| Herald Fund | Bank Medici (Bank Austria) | 2.5 | 2.5 |
| Kingate Euro Fund | Kingate Management | 0.8 | 0.8 |
| Kingate Global Fund | Kingate Management | 2.7 | 2.7 |
| LIF – Landmark Investment Fund | M & B Capital | 0.2 | 0.2 |
| Luxalpha | Access Intl. Advisors | 1.4 | 1.4 |
| Maxam | Maxam | 0.28 | 0.28 |
| M-Invest | UBP | 0.8 | 0.8 |
| Mount Capital | Mount Capital | 0.5 | 0.5 |
| One Regent | Perinvest | 0.04 | 0.04 |
| Optimal | Banco Santander | 3.2 | 3.2 |
| Palmer | Hyposuisse | 0.5 | 0.5 |
| Plaza Fund | Notz Stucki | 0.8 | 0.8 |
| Primeo | Pioneer (Unicredit) | 0.7 | 0.7 |
| Rye Select etc. | Tremont (Mass Mutual) | 3.1 | 3.1 |
| Santa Barbara | Fix Asset Management | 0.4 | 0.4 |
| Thema | Genevalor Benbassat | 0.9 | 0.9 |
| Zeus Partners Ltd | Bank Safra | 0.3 | 0.3 |
| TOTAL | | | 32.52 |

[Source: Bloomberg, Reuters, Financial Times, Wall Street Journal]

17. As can be seen from the table above, the Kingate Euro Fund Limited and Kingate Global Fund Limited are among the many funds who between them are currently thought to have suffered losses in excess of US$32 billion as a consequence of BMIS's activities. However, I would stress that the table above is conservative – it is considered likely that other funds which have lost assets as a consequence of the alleged fraud will become public in time.

7447031.3

374

18. In summary, Kingate Euro Fund Limited and Kingate Global Fund Limited have been decimated by the alleged unlawful activities of Madoff and BMIS. The Ashby Trust and The El Prela Trust, who between them made significant investments in the Kingate Funds, have therefore suffered losses exceeding US$40 million when calculated by reference to the cost of those investments (the losses calculated by reference to the latest net asset value of those investments prior to 11 December 2008 being even higher).

**Dramatis Personae**

19. There follows brief summary details of the individuals and entities relevant to this matter. Their roles are explained further below.

| | |
|---|---|
| Kingate Global Fund Limited | A company incorporated on 11 February 1994 under the laws of the British Virgin Islands. Its registered office is at Craigmuir Chambers, PO Box 71, Road Town, Tortola, BVI. |
| Kingate Euro Fund Limited | A company incorporated on or about 19 April 2000 under the laws of the British Virgin Islands. Its registered address is Craigmuir Chambers, PO Box 71, Road Town, Tortola, BVI. |
| Kingate Management Limited | A company incorporated on 24 February 1994 under the laws of Bermuda. Its registered office is 99 Front Street, Hamilton HM11 Bermuda. It is wholly-owned in equal shares by Ashby Holding Services Limited and El Prela Group Holding Services Limited. |
| Citi Hedge Fund Services Limited | A company incorporated under the laws of Bermuda. Formerly Hemisphere Management Limited and BISYS Hedge Fund Services Limited. A 100% subsidiary of Citigroup Inc. Acted as administrator to Kingate Global Fund Limited and Kingate Euro Fund Limited since their inception (1994 and 2000 respectively). |
| The Bank of Bermuda Limited | A licensed bank incorporated under the laws of Bermuda under the Bank of Bermuda Act of 1890. An indirect 100% subsidiary of HSBC Holdings plc. Acted as bankers to Kingate Global Fund Limited and Kingate Euro Fund Limited since their inception (1994 and 2000 respectively). |
| Pricewaterhouse Coopers | Formerly Coopers & Lybrand. A firm of chartered accountants, being a member of the worldwide Pricewaterhouse Coopers organisation. Its registered office is at Dorchester House, 7 Church Street, Hamilton HM11, Bermuda. Acted as auditor to Kingate Global Fund Limited and Kingate Euro Fund Limited since inception (1994 and 2000 respectively). |
| Bernard L Madoff Investment Securities LLC | A limited liability company with registered office at 885, Third Avenue, New York, USA. A broker-dealer and investment advisor registered with the US Securities and Exchange Commission. |
| First Peninsula Trustees Limited | A company incorporated on 3 August 1984 under the laws of the Republic of Liberia. Its registered office is at 80 Broad Street, Monrovia, Republic of Liberia. Trustee of The Ashby Trust. A 100% subsidiary of Moore Stephens & Company, a Bermuda partnership. |
| The Ashby Trust | A trust formed under the laws of Jersey on 24 March 1994. The settlor of The Ashby Trust is Carlo Grosso. Its Trustee is First Peninsula Trustees Limited. Carlo Grosso is within the class of discretionary beneficiaries of the Trust. |

| | |
|---|---|
| Ashby Holding Services Limited | A company incorporated on 23 November 2007 under the laws of the British Virgin Islands. Its registered office is at Palm Grove House, Wickhams Cay 1, Road Town, Tortola, BVI. 50% shareholder in KML. A 100% subsidiary of The Ashby Trust. |
| Ashby Investment Services Limited | A company incorporated on 12 October 2007 under the laws of the British Virgin Islands. Its registered office is at Palm Grove House, Wickhams Cay 1, Road Town, Tortola, BVI. A 100% subsidiary of The Ashby Trust. |
| Port of Hercules Trustees Limited | A company incorporated on 6 February 1993 under the laws of the British Virgin Islands. Its registered office is at Palm Grove House, Wickhams Cay 1, Road Town, Tortola, BVI. Trustee of The El Prela Trust. A 100% subsidiary of Moore Stephens & Company, a Bermuda partnership. |
| The El Prela Trust | A trust formed under the laws of Jersey on 7 April 1994. The settlor of The El Prela Trust is Federico Ceretti. Its Trustee is Port of Hercules Trustees Limited. Federico Ceretti is within the class of discretionary beneficiaries of the Trust. |
| El Prela Group Holding Services Limited | A company incorporated on 9 January 2008 under the laws of the British Virgin Islands. Its registered office is at Palm Grove House, Wickhams Cay 1, Road Town, Tortola, BVI. 50% shareholder in KML. 100% subsidiary of The El Prela Trust. |
| El Prela Trading Investments Limited | A company incorporated on 9 January 2008 under the laws of the British Virgin Islands. Its registered office is at Palm Grove House, Wickhams Cay 1, Road Town, Tortola, BVI. A 100% subsidiary of The El Prela Trust. |
| FIM Limited | A company incorporated on 31 December 1980 under the laws of England and Wales. Its registered office is 20 St James's Street, London SW1A 1ES. It is 100% owned by Federico Ceretti and Carlo Grosso in equal shares. |
| FIM Advisers LLP | A limited liability partnership incorporated on 8 October 2004 under the laws of England and Wales. Its registered office is 20 St James's Street, London SW1A 1ES. FIM Advisers LLP's immediate and ultimate parent undertaking is FIM Limited. |
| FIM Management Limited | A company incorporated on 21 January 2005 under the laws of Bermuda. Its registered office is Canon's Court, 22 Victoria Street, Hamilton, HM12, Bermuda. A 100% subsidiary of FIM Advisers LLP. |
| Carlo Grosso | Founder and Executive Chairman of FIM Limited. Founder member and the Chief Investment Officer of FIM Advisers LLP. Settlor and one of a class of discretionary beneficiaries of The Ashby Trust. An Italian citizen, who has been resident in the United Kingdom for 30 years. Mr Grosso holds a degree in law from the University of Milano, Italy. Prior to founding FIM Limited, he was securities analyst and foreign department manager at Tucker, Anthony & R.L. Day, Inc (1969-1972), account executive at White, Weld & Co. Inc. (1972-1974), president and general manager of Tucker Anthony S.A. (1974-1979) and executive director of Euromobiliare Limited (1979-1980). |