# EXHIBIT M

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Attorneys for Kingate Global Ltd. and Kingate Euro Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> PLAINTIFF-APPLICANT, <br><br> V. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> DEFENDANT. | NO. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (SUBSTANTIVELY CONSOLIDATED) |
| IN RE: <br> BERNARD L. MADOFF, <br><br> DEBTOR. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> PLAINTIFF <br><br> V. <br><br> KINGATE GLOBAL FUND, LTD., by its Liquidators, and KINGATE EURO FUND, LTD., by its Liquidators. <br><br> DEFENDANTS. | Adv. Pro. No. 12-01920 (SMB) |

## MEMORANDUM IN SUPPORT OF OPPOSITION OF KINGATE GLOBAL FUND, LTD. AND KINGATE EURO FUND, LTD. TO TRUSTEE'S APPLICATION FOR <u>ENFORCEMENT OF AUTOMATIC STAY AND INJUNCTION</u>

# TABLE OF CONTENTS

**Page**

PRELIMINARY STATEMENT ............................................................................................1

FACTUAL BACKGROUND ..............................................................................................4

A.    The Kingate Funds ...........................................................................................4

B.    The Kingate Funds' Investment Manager and Related Parties.............................5

C.    The Kingate Funds' Claims .............................................................................5

D.    The Trustee Has Long Been Aware of the Kingate Funds' Claims ......................6

E.    The Trustee's Subsequently-Filed Claims Against the Bermuda
      Defendants ....................................................................................................8

F.    The Common Interest Agreement between the Trustee and the Kingate
      Funds...........................................................................................................9

G.    The Trustee's New Challenge to the Kingate Funds' Claims................................9

ARGUMENT .................................................................................................................10

A.    The Automatic Stay Imposed by Section 362(a) Does Not Apply .......................10

      1.    There is No Basis for Applying the Automatic Stay Under Section
            362(a)(1) ...........................................................................................11

      2.    There is No Basis for Applying the Automatic Stay Under Section
            362(a)(3) ...........................................................................................14

            (a)    The Estate Does Not Have a Property Interest in the
                   Kingate Funds' Claims ...............................................................14

            (b)    The Claims Are Not Subject to the Stay Simply Because
                   They Are Asserted Against a Third-Party Also Sued by the
                   Estate ......................................................................................18

B.    The Trustee Cannot Fulfill the Requirements for Imposition of an
      Injunction Under Section 105 ...........................................................................19

      1.    The Section 105(a) Factors Are Not Satisfied Here .................................20

      2.    The Trustee's "Race to the Courthouse" Argument Is Without
            Merit..................................................................................................24

12-01929-smb    Doc 24-1    Filed 02/19/14    Entered 02/19/14 20:18:14    Main Document
Pg 3 of 194

3.    The Second Circuit's *China Trade* Decision Prohibits the
       Bankruptcy Court from Enjoining the Claims in the Bermuda
       Action ........................................................................................................... 26

C.    The Trustee Cannot Challenge The Bermuda Action After More Than a
       Three-Year Delay .......................................................................................... 28

CONCLUSION ....................................................................................................................... 31

## TABLE OF AUTHORITIES

**Page**

### Cases

*Baker v. Andover Assocs. Mgmt. Corp.*,
  924 N.Y.S.2d 307 (Sup. Ct. Westchester Cnty. 2009)............................................15

*Boles v. Turner (In re Enivid, Inc.)*,
  364 B.R. 139 (Bankr. D. Mass. 2007) ....................................................................24

*China Trade & Development Corp. v. M.V. Choong Yong*,
  837 F.2d 33 (2d Cir. 1987)......................................................................................26

*City of New York v Exxon Corp.*,
  932 F.2d 1020 (2d Cir. 1991)..................................................................................24

*Crysen/Montenay Energy Co. v. Esselen Assocs., Inc.*
  *(In re Crysen/Montenay Energy Co.)*,
  902 F.2d 1098 (2d Cir. 1990).............................................................................. 12-13

*Curtis v. Citibank, N.A.*,
  226 F.3d 133 (2d Cir. 2000)....................................................................................24

*FDIC v. Hirsch (In re Colonial Realty Co.)*,
  980 F.2d 125 (2d Cir. 1992)................................................................................ 11-12

*Fisher v. Apostolou*,
  155 F.3d 876 (7th Cir. 1998) ............................................................................20, 21

*Fox v. Picard (In re Bernard L. Madoff Inv. Secs. LLC)*,
  429 B.R. 430 (Bankr. S.D.N.Y. 2010) ............................................................ *passim*

*Fox v. Picard (In re Bernard L. Madoff Inv. Secs. LLC)*,
  848 F. Supp. 2d 469 (S.D.N.Y. 2012).....................................................................20

*Garrity v. Leffler (In re Neuman)*,
  71 B.R. 567 (S.D.N.Y. 1987)..................................................................................22

*Gucci v. Sinatra (In re Gucci)*,
  197 Fed. App'x 58, 60 (2d Cir. 2006)................................................................ 28-29

*Highland Capital Mgmt. LP v. Chesapeake Energy Corp.*
  *(In re Seven Seas Petroleum Inc.)*,
  522 F.3d 575 (5th Cir. 2008) ..................................................................................16

*Hirsch v. Arthur Andersen & Co.*,
  72 F.3d 1085 (2d Cir. 1995).............................................................................14, 19

*Ibeto Petrochemical Indus. Ltd. v. M/T Beffen*,
  475 F.3d 56 (2d Cir. 2007)......................................................................................26

*In re A&P Indus., Inc.*,
   117 B.R. 789 (Bankr. S.D.N.Y. 1990) .................................................................11

*In re Chiles Power Supply Co., Inc.*,
   264 B.R. 533 (Bankr. W.D. Mo. 2001) ...............................................................23

*In re Granite Partners, L.P.*,
   194 B.R. 318 (Bankr. S.D.N.Y. 1996) ...........................................................19, 25

*In re Phar-Mor, Inc. Secs. Litig.*,
   164 B.R. 903 (W.D. Pa. 1994) .................................................................16, 19, 24

*In re Probulk*, 407 B.R. 56
   (Bankr. S.D.N.Y. 2009) ......................................................................................23

*In re Reliance Acceptance Grp., Inc.*,
   235 B.R. 548 (D. Del. 1999) ..........................................................................16, 24

*In re Saunders*,
   101 B.R. 303 (Bankr. N.D. Fla. 1989) ...............................................................12

*In re Smith Corset Shops, Inc.*,
   696 F.2d 971 (1st Cir. 1982) ..............................................................................29

*In re Wingspread Corp.*,
   92 B.R. 87 (Bankr. S.D.N.Y. 1988) ...................................................................22

*Jamaica Shipping Co. Ltd. v. Orient Shipping Rotterdam B.V.*
   *(In re Millennium Seacarriers, Inc.)*,
   458 F.3d 92 (2d Cir. 2006) .................................................................................27

*Job v. Calder (In re Calder)*,
   907 F.2d 953 (10th Cir. 1990) ...........................................................................30

*Kagan v. Saint Vincents Catholic Med. Ctrs. of N.Y.*
   *(In re Saint Vincents Catholic Med. Ctrs. of N.Y.)*,
   449 B.R. 209 (S.D.N.Y. 2011) ...........................................................................22

*Keene Corp. v. Coleman (In re Keene Corp.)*,
   164 B.R. 844 (Bankr. S.D.N.Y. 1994) .........................................................12, 13

*Lautenberg Found. v. Picard*
   *(In re Bernard L. Madoff Inv. Secs. LLC)*,
   512 Fed. App'x 18 (2d Cir. 2013) ......................................................................12

*Lyondell Chem. Co. v. Centerpoint Energy Gas Servs., Inc.*
   *(In re Lyondell Chem. Co.)*,
   402 B.R. 571 (Bankr. S.D.N.Y. 2009) .........................................................22, 27-28

*Marshall v. Picard (In re Bernard L. Madoff Inv. Secs. LLC)*,
   2014 WL 103988 (2d Cir. Jan. 13, 2014) ..............................................12, 13, 17

*Matthews v. Rosene*,
   739 F.2d 249 (7th Cir. 1984) ..............................................................................29

*Nevada Power Co. v. Calpine Corp.*
(*In re Calpine*), 354 B.R. 45 (Bankr. S.D.N.Y. 2007)............................................................22

*Picard v. Fairfield Greenwich Ltd.*,
490 B.R. 59 (S.D.N.Y. 2013)...................................................................................... *passim*

*Picard v. Maxam Absolute Return Fund, L.P.*,
460 B.R. 106 (Bankr. S.D.N.Y. 2011).......................................................................... *passim*

*Picard v. Merkin (In re Bernard L. Madoff Inv. Securities, LLC)*,
440 B.R. 243 (Bankr. S.D.N.Y. 2010)..................................................................................11

*Picard v. Schneiderman*,
491 B.R. 27 (S.D.N.Y. 2013)...................................................................................... *passim*

*Picard v. Stahl*,
443 B.R. 295 (Bankr. S.D.N.Y. 2011)........................................................................ *passim*

*SSR II, LLC v. John Hancock Life Ins. Co. (U.S.A.)*,
37 Misc. 3d 1204(A) (Sup. Ct. N.Y. Cnty. 2012).................................................................15

*Stonington Capital Appreciation 1994 Fund, L.P. v.*
*Lernout & Hauspie Speech Products N.V. (In re Stonington Prtnrs., Inc.)*,
310 F.3d 118 (3d Cir. 2002).........................................................................................27

*Thornton v. First State Bank of Joplin*,
4 F.3d 650 (8th Cir. 1993) .........................................................................................30

## Statutes

11 U.S.C. § 105(a) .........................................................................................................20

11 U.S.C. § 362(a) .........................................................................................................10

Defendants Kingate Global Fund Ltd. ("Kingate Global") and Kingate Euro Fund Ltd.

("Kingate Euro" and, collectively with Kingate Global, the "Kingate Funds" or the "Funds")

respectfully submit this memorandum of law in support of the opposition to the Trustee's

application for enforcement of the automatic stay and injunction.

## PRELIMINARY STATEMENT

Prior to the collapse of Bernard Madoff's fraudulent BLMIS operation, the Kingate

Funds invested more than $1.7 billion in BLMIS. The Funds are massive "net losers"; they

invested $800 million more than they withdrew over their many years as investors. Having

fallen victim to Madoff, the two Kingate Funds are now subject to a permanent liquidation

process under the direction of the High Court of Justice of the British Virgin Islands (the "BVI

Court").

For years, the Kingate Funds were managed by Kingate Management Limited ("Kingate

Management"), their Bermuda-based investment manager. Thus from the very outset of their

formal liquidations, the Kingate Funds investigated claims against Kingate Management and

related parties. As the only entities that paid Kingate Management, the Kingate Funds have

unique claims that no other investor could possibly assert, including claims for the return of the

management fees they paid. The Joint Liquidators of the Kingate Funds, as well as their legal

counsel, frequently and openly discussed these claims with counsel to the Trustee starting as

early as December 2009.

In December 2010, after obtaining authorization from both the BVI Court and the

Supreme Court of Bermuda, the Kingate Funds, through their court-appointed liquidators,

commenced claims against Kingate Management and related entities, including Kingate

Management's advisors and owners, in the Supreme Court of Bermuda. The Trustee was

immediately aware of the action, and discussed the case with the Kingate Funds' counsel less

than a week after the action was commenced. Indeed, in prolonged settlement discussions

between the Kingate Funds and the Trustee that have spanned several years, the parties have

frequently discussed the Kingate Funds' claims and the specific defendants against whom those

claims are asserted. The Trustee has long recognized that these are valuable claims that the

Kingate Funds, and the Kingate Funds alone, have a right to assert against their own managers.

Nearly two years after the Kingate Funds commenced their action, however, the Trustee

abruptly underwent a purported about-face; instead of acknowledging the Funds' claims in the

Bermuda Action, the Trustee decided to challenge them. Specifically, for the first time since the

Bermuda Action was commenced, the Trustee asserted that the Kingate Funds cannot pursue

claims *against their own manager* because, the Trustee posits, those claims, or the proceeds of

those claims, are property of the BLMIS estate. Nearly six months *after* the Kingate Funds

commenced their action in Bermuda, the Trustee brought claims in New York against the same

defendants, asserting that those defendants are subsequent transferees of the Kingate Funds'

withdrawals from BLMIS (notwithstanding the Kingate Funds' undeniable and massive losses).

The Trustee asserts that his claims in New York take precedence over the Kingate Funds' claims

in Bermuda, and that the Kingate Funds must therefore forego their action to recover the fees

that they paid to their managers.[1]

The Trustee's adversary proceeding, and this application for an injunction in particular, is

wholly without basis. As an initial matter, having waited years to seek such relief, and having

encouraged the Kingate Funds to pursue their claims (and expend resources in doing so) during

---

[1]  The Trustee suggests that he commenced his action seeking recovery from the same set of
defendants in April 2009, and that the Kingate Funds commenced their action "almost two years later."
(Tr. Mem. at 2.) The record is clear: the Trustee did not assert claims against Kingate Management and
its related parties until May 2011, almost six months after the Kingate Funds sued those defendants. The
Trustee's purposefully misleading chronology is inexcusable.

that period, the Trustee cannot now invoke the automatic stay of section 362.  The doctrine of

laches bars such inequitable and untimely efforts.

Substantively, the Trustee's claims fare no better.  First, the money that the Trustee is

now pursuing from the alleged subsequent transferees is plainly not property of the BLMIS

estate.  Unless and until those transfers are avoided, and the money recovered by the estate,

property held by the common defendants does not belong to the BLMIS estate.

Second, the claims asserted by the Kingate Funds in their Bermuda action are not subject

to the section 362 automatic stay:  (a) far from being common to all BLMIS creditors, the claims

belong solely to the Kingate Funds; (b) the claims are not asserted against the Trustee or the

BLMIS estate; and (c) the Kingate Funds brought these claims wholly independent from any

claims the Trustee has asserted or could assert.  Indeed, the Kingate Funds are the direct—and

the only—parties to have suffered as the result of Kingate Management's conduct.  The Kingate

Funds' claims against their own managers are quintessential investor claims that only the

Kingate Funds themselves have standing to pursue.

The Trustee's application fails for other reasons, as well.  Under these circumstances, the

Trustee cannot possibly fulfill the Bankruptcy Code § 105 requirements for imposition of an

injunction.  Moreover, the Trustee's attempt to enjoin claims in a foreign proceeding—claims

brought by entities that, much like the BLMIS estate, are being administered in formal court-

supervised liquidation proceedings—cannot be squared with the Second Circuit's *China Trade*

doctrine, which sets sharp limits on the issuance of "anti-foreign-suit injunctions."  There is no

need to reach these issues, however, as the Trustee's newly-minted claims are devoid of any

legal basis.

The Trustee has commenced this novel adversary proceeding, and sought the imposition

of unprecedented relief, not because he believes that the claims belong to the BLMIS estate. The

Trustee's conduct prior to filing this action belies any such assertion. Rather, the Trustee now

seeks an injunction to create leverage in negotiations with the Kingate Funds that have not

resulted in a settlement. That does not, of course, provide a legal basis for relief. The Trustee's

application should be denied.

## FACTUAL BACKGROUND

### A.    The Kingate Funds

The Kingate Funds were investors in, and victims of, BLMIS. As the Trustee has

acknowledged, the Kingate Funds collectively invested more than $1.7 billion dollars in BLMIS.

(Trustee's Third Amended Complaint, ¶ 8, attached as Exhibit A to the Declaration of Robert S.

Loigman (the "Loigman Dec.").) The Kingate Funds were massive net losers. Applying the

Trustee's "net equity" methodology (i.e., subtracting out their withdrawals from BLMIS), the

Kingate Funds lost *$800 million* by the time Madoff's fraud collapsed. (Loigman Dec. ¶ 3 n.2.)

The investors in the Kingate Funds, like direct investors in BLMIS, have little hope of ever

recovering all of their invested capital.

As a result of their massive losses, on May 8, 2009, the Kingate Funds were placed into

provisional liquidation and provisional liquidators were appointed. On June 4, 2009, permanent

liquidation orders were issued, and thus the two funds became the subjects of a permanent

liquidation process under the direction of the BVI Court. (Loigman Dec. ¶ 3.) The current

court-appointed Joint Liquidators are William Tacon and Stuart Mackellar. The Joint

Liquidators are officers of the court. (Affidavit of Mark Guy Chudleigh (the "Chudleigh Aff.")

¶ 7.)

## B.    The Kingate Funds' Investment Manager and Related Parties

The Kingate Funds were managed by Kingate Management, a Bermuda-based company
that operated solely as the Funds' manager.  As the Trustee has alleged, over a several year
period, Kingate Management "collected hundreds of millions in fees from the Kingate Funds, its
sole source of revenue."  (Loigman Dec. Ex. A (Third Amended Complaint), ¶ 118.)

Kingate Management, in turn, contracted with FIM Limited and FIM Advisers LLP
(collectively, "FIM") to act as Kingate Management's consultants in connection with the
management of the two Kingate Funds.  (Loigman Dec. ¶ 4, Loigman Dec. Exs. B-G.)  FIM was
created and operated by Carlo Grosso and Federico Ceretti, the same two individuals who,
through a series of trusts, were the ultimate owners of Kingate Management.  (Loigman Dec.
¶ 5.)

## C.    The Kingate Funds' Claims

At the very outset of their appointment by the BVI Court, the Joint Liquidators and their
advisors began investigating and analyzing potential claims against Kingate Management, FIM,
Grosso, Ceretti, and the various trusts that own Kingate Management (the "Bermuda
Defendants").  As a simple example of such a claim, the Kingate Funds paid management fees to
Kingate Management that were based on the stated value of the Funds' assets.  Because those
asset values were incorrect—as a result of the false reports disseminated by BLMIS—the
management fees paid to Kingate Management were hugely inflated.

In order to file these claims, the Joint Liquidators applied for and obtained orders from
both the BVI and Bermuda Courts.  (Chudleigh Aff. ¶ 10.)  On December 22, 2010, having
received such authorizations, the Kingate Funds commenced an action in the Bermuda Supreme

Court against Kingate Management and the related parties (the "Bermuda Action").[2]  (Loigman

Dec. ¶ 6; Chudleigh Aff. ¶ 10.)  The action states claims against the Bermuda Defendants for

unjust enrichment arising from the Bermuda Defendants' receipt of unearned management fees,

and for damages for breach of contract and negligence flowing from duties owed directly to the

Kingate Funds.  No other BLMIS customer has asserted, or possibly could assert, similar claims

against the Bermuda Defendants.

**D.**    **The Trustee Has Long Been Aware of the Kingate Funds' Claims**

Since the summer of 2009, more than a year before the claims were commenced, the

Joint Liquidators and their counsel have openly discussed these claims with the Trustee's

counsel.  For example, before the Kingate Funds filed the Bermuda Action:

- On December 15, 2009, counsel for the Joint Liquidators spoke with Frederick
  Chockley and Marc Hirschfield, counsel to the Trustee, to explain that Kingate
  Management and FIM were primary targets for potential claims by the Kingate
  Funds.  (Loigman Dec. ¶ 7(a).)

- On February 25, 2010, counsel for the Joint Liquidators sent to Messrs. Chockley
  and Hirschfield discovery demands they had served upon Kingate Management
  and FIM.  Additional discovery demands were similarly provided to the Trustee's
  counsel on March 12, 2010.  (Loigman Dec. ¶ 7(b), Loigman Dec. Ex. H.)

- On April 28, 2010, the Trustee's counsel provided questions to the Joint
  Liquidators to ask Messrs. Grosso and Ceretti in formal interviews.  The Trustee's
  counsel explained that it was doing so because of the Trustee's common interest
  with the Joint Liquidators.  (Loigman Dec. ¶ 7(c).)

Less than a week after the claims were filed, the Trustee's counsel spoke directly with

counsel to the Joint Liquidators to discuss the claims.  (Loigman Dec. ¶ 7(d).)  In August 2011,

the Joint Liquidators provided a complete copy of the complaint in the Bermuda Action to the

---

[2]    On October 1, 2007, the Bermuda Supreme Court adopted the Guidelines for communications
between courts in cross-border insolvency proceedings that were first promulgated by the American Law
Institute in '*Transnational Insolvency: Principles of Cooperation Among the NAFTA Countries*' and
subsequently adopted by the International Insolvency Institute.  The Guidelines "are intended to enhance
coordination and harmonization of insolvency proceedings that involve more than one country through
communications among the jurisdictions involved."

Trustee. (Loigman Dec. ¶ 7(e).)[3] Discussions about the Kingate Funds' Bermuda Action have

remained active during each of the subsequent years. (Loigman Dec. ¶ 8.)

The Kingate Funds and the Trustee have also discussed the Kingate Funds' claims in

Bermuda on countless occasions while negotiating a potential resolution to the Trustee's claims

against the Kingate Funds. Notwithstanding the Kingate Funds' massive losses as the result of

Madoff's fraud, shortly after the collapse of BLMIS, the Trustee initiated an adversary

proceeding against the Kingate Funds seeking the return of amounts withdrawn from BLMIS.

As is typical in such cases, the Trustee and his counsel have long been negotiating potential

resolutions of that action with the Joint Liquidators and their counsel. Since the outset of those

negotiations, the parties have repeatedly discussed the Kingate Funds' claims against the

Bermuda Defendants. (Loigman Dec. ¶ 8.) Prior to filing this application on October 22, 2012,

the Trustee never—not once—contended that the Kingate Funds had improperly asserted claims

---

[3] When he initiated this proceeding, the Trustee attempted to evade the fact that the Bermuda
Action had been pending for nearly two years by claiming that "it ha[d] not materially progressed." (Tr.
Mem. at 2 & 9.) That bald assertion is incorrect. The Kingate Funds have taken a variety of steps to
advance the Bermuda Action. The Funds sought and obtained sanction to proceed against the Bermuda
Defendants from both the Bermuda Court and the BVI Court. (Chudleigh Aff. ¶ 10.) After the initial
writ was issued, the Kingate Funds (a) framed and drafted detailed particulars to support their claims
based on extensive documentary records, (b) negotiated service with multiple defendants outside of the
Bermuda jurisdiction, (c) addressed extensive applications before the BVI Court filed by the various
trustee defendants to the Bermuda Proceedings for permission to defend against the Kingate Funds'
claims and to fund the defense from the trusts, (d) successfully participated—in conjunction with the
Trustee—in the hearing of an application before the Bermuda Court to wind-up KML and to appoint the
Official Receiver of Bermuda as its provisional liquidator in place of its previous  provisional liquidators,
(e) sought and obtained relief from the Bermuda Court, which ordered the lifting of the KML stay to
enable the action to proceed against KML, (f) engaged in extensive exchanges of pleadings and amended
pleadings with KML and the other defendants, including a Court hearing of an application to re-amend
the Kingate Funds' pleadings (which was initially resisted by the Bermuda Defendants but then resolved
by agreement), (g) engaged in negotiations with KML and the other Bermuda Defendants regarding case
management directions, and (h) commenced extensive document management and review. (*Id.* ¶ 11)
Through a portion of this time in 2012, the Trustee and the Joint Liquidators were operating pursuant to a
Common Interest Agreement that specifically addressed proceedings in Bermuda. The Common Interest
Agreement eventually expired pursuant to its terms. (*Id.*)

against their own investment manager and related parties.  Completely to the contrary, the

Trustee repeatedly has acknowledged the viability of those claims.

**E.**    **The Trustee's Subsequently-Filed Claims Against the Bermuda Defendants**

Nearly six months *after* the Kingate Funds commenced the Bermuda Action, in May

2011 the Trustee amended his adversary proceeding against the Kingate Funds to add claims

against the Bermuda Defendants.

Even prior to commencing his claims against the Bermuda Defendants, the Trustee had

been advised of infirmities with his claims against them.  The Trustee's claims assert that, by

virtue of the management fees paid to Kingate Management, the Bermuda Defendants received

subsequent transfers of the Kingate Funds' withdrawals from BLMIS.  On several occasions,

however, the Trustee has received information demonstrating that a substantial majority of

management fees paid to Kingate Management *never came from BLMIS*.  Rather, the Kingate

Funds maintained accounts with investor deposits and used those accounts to pay the majority of

their management fees.  On July 15, 2010, counsel for the Joint Liquidators sent to the Trustee's

counsel a preliminary tracing analysis demonstrating that a substantial majority of money paid

by the Kingate Funds to Kingate Management never flowed through BLMIS.  (Loigman Dec. ¶

9, Loigman Dec. Ex. J.)  Several months later, on November 12, 2010, counsel for the Joint

Liquidators provided a more detailed analysis (subject to further revision, if required), again

demonstrating that most payments to Kingate Management did not involve monies withdrawn

from BLMIS.  (Loigman Dec. ¶ 9, Loigman Dec. Ex. K.)  Separate and apart from the Joint

Liquidators' analyses, in January 2012, the trust defendants in the Bermuda Action provided the

Trustee with yet another, much more detailed analysis demonstrating that the substantial

majority of money used to pay Kingate Management's fees was never held by BLMIS.

(Loigman Dec. ¶ 9.)  The Trustee has never provided a response to the multiple tracing analyses.

F.    **The Common Interest Agreement between the Trustee and the Kingate Funds**

In January 2012, long after both the Kingate Funds and the Trustee had commenced

claims against the Bermuda Defendants, the Joint Liquidators and the Trustee entered into a

common interest agreement with respect to certain actions relating to Kingate Management in

Bermuda.  (Loigman Dec. ¶ 10.)  The agreement arose because each of the Trustee and the

Kingate Funds were pursuing claims against some of the same defendants in Bermuda.  The

agreement expired several months later.

G.    **The Trustee's New Challenge to the Kingate Funds' Claims**

On October 15, 2012, for the very first time, the Trustee asserted in a letter to the Joint

Liquidators' counsel that the Kingate Funds' claims against the Bermuda Defendants were

barred by the automatic stay under section 362 of the Bankruptcy Code.  Although the Trustee

had been aware of the Kingate Funds' claims for more than three years, the letter demanded a

response by 4:00 p.m. the following day.  (Loigman Dec. ¶ 11.)

The Kingate Funds provided a detailed response to the Trustee later that week.  (Loigman

Dec. ¶ 11.)  The response made it clear that the Kingate Funds' claims against their own

investment manager, seeking to recover fees that they (and no one else) paid to their manager,

are properly asserted by the Kingate Funds, and cannot belong to the BLMIS estate.  The Trustee

never replied to the letter or sought any further discussion of the issue.  Rather, the following

Monday evening, on October 22, 2012, the Trustee filed this adversary proceeding.[4]

---

[4]    On January 24, 2014, counsel for the Kingate Funds asked that the Trustee advise, by February
1, 2014, whether the Trustee intended to amend his complaint in this action.  The Trustee did not respond
to that inquiry by the requested date.

## **ARGUMENT**

**A.     The Automatic Stay Imposed by Section 362(a) Does Not Apply**[5]

Nearly two years after learning of claims that are now pending in the Bermuda Action,

the Trustee suddenly asserted that the automatic stay imposed by 11 U.S.C. § 362(a) ("Section

362(a)") bars the Kingate Funds from proceeding with the claims they have asserted to redress

harms that only they suffered.[6]  The Bermuda Action involves neither property of the estate nor

claims asserted against the debtor and consequently, because the automatic stay does not apply

under the plain language of Section 362(a), the Trustee's belated attempt to "enforce" the

automatic stay must be rejected.

---

[5]    In addition to claiming that the automatic stay applies, the Trustee also alleges that the
Bermuda Action is enjoined by stay orders issued by the United States District Court for the Southern
District of New York on December 15, 2008, December 18, 2008, and February 9, 2009, Case No. 08-
10791 (collectively the "Stay Orders").  For the reasons stated herein, the Trustee's assertion that the
Bermuda Action "violates" or is otherwise enjoined by the Stay Orders must also be rejected.

[6]    Section 362(a) provides in pertinent part that:  "[e]xcept as provided in subsection (b) of this
section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section
5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—
(1) the commencement or continuation, including the issuance or employment of process, of a judicial,
administrative, or other action or proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim against the debtor that arose
before the commencement of the case under this title; (2) the enforcement, against the debtor or against
property of the estate, of a judgment obtained before the commencement of the case under this title; (3)
any act to obtain possession of property of the estate or of property from the estate or to exercise control
over property of the estate; (4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien
secures a claim that arose before the commencement of the case under this title; (6) any act to collect,
assess, or recover a claim against the debtor that arose before the commencement of the case under this
title . . . ."  11 U.S.C. § 362(a)(1)-(6).

1.    <u>There is No Basis for Applying the Automatic Stay Under Section
362(a)(1)[7]</u>

In an attempt to squeeze the Bermuda Action within the ambit of the automatic stay, the

Trustee insists that the Kingate Funds' claims against their own manager, seeking return of what

they—and only they—paid to their manager, are actually claims seeking to recover fraudulent

transfers or claims against the debtor.  This contention is baseless and must be rejected.

The Trustee cites no authority for his now-rejected argument that claims seeking to

recover for a particularized injury, like the Kingate Funds' breach of duty and negligent

management claims, are actually fraudulent transfer claims.  *See Picard v. Fairfield Greenwich

Ltd.*, 490 B.R. 59, 67 n.5 (S.D.N.Y. 2013) (rejecting the Trustee's attempt to stretch the stay's

reach to independent claims against non-debtors and stating that "while the Trustee may have a

fraudulent conveyance action pending . . . that [ ] does not transform the nature of the claims at

issue . . . and subsume and extinguish the otherwise independent legal claims of the [ ]

Plaintiffs").  Instead, intent on evading the conclusion reached by the *Fairfield* court, the Trustee

cites cases that either involved claims asserted against a trustee or that stand for nothing more

than the proposition that a claimant cannot seek to recover a fraudulent transfer.  *See In re A&P

Indus., Inc.*, 117 B.R. 789, 794 (Bankr. S.D.N.Y. 1990) (involving claims asserted against the

debtors' directors and officers and the crisis management firm retained to manage the debtor that

"[e]ssentially . . . center[ed] upon the allegation that the

[ ] [t]ransaction constituted a fraudulent transfer of the Debtor's property"); *see also In re*

---

[7]    To the extent that the Trustee argues that the Kingate Funds' claims involve property of the
estate because the Funds may recover some monies that the Trustee alleges were transferred to the
Bermuda Defendants as fraudulent conveyances, this argument must be rejected.  11 U.S.C. § 541(a)
("Section 541(a)") establishes that, as a matter of law, funds "do not become 'property of the estate'
unless and until they are recovered through a successful avoidance action . . . ."  *See Picard v. Merkin (In
re Bernard L. Madoff Inv. Securities, LLC)*, 440 B.R. 243, 271 (Bankr. S.D.N.Y. 2010); *see also FDIC v.
Hirsch (In re Colonial Realty Co.)*, 980 F.2d 125, 131 (2d Cir. 1992).

*Colonial Realty*, 980 F.2d at 131-32 (concluding that the automatic stay precluded the FDIC from recovering fraudulent transfers from defendants); *Keene Corp. v. Coleman (In re Keene Corp.)*, 164 B.R. 844, 850, 854 (Bankr. S.D.N.Y. 1994) (refusing to permit creditors to pursue claims common to all creditors against actors closely tied *to* the debtor); *see also In re Saunders*, 101 B.R. 303, 306 (Bankr. N.D. Fla. 1989) (finding that a creditor's claims against "entities or individuals to whom the debtor had allegedly transferred certain assets for the purpose of hindering, delaying, or defrauding creditors" were subject to the automatic stay); *see Picard v. Maxam Absolute Return Fund, L.P.*, 460 B.R. 106, 113-115 (Bankr. S.D.N.Y. 2011) (finding the stay barred claims asserted *against the Trustee*).  None of these cases even suggests—let alone supports a finding—that the claims asserted in the Bermuda Action are actually claims to avoid and recover fraudulent transfers.

Similarly, none of the Trustee's cases concerning other torts or claims supports his contention that the Kingate Funds' claims are somehow fraudulent transfer claims or otherwise claims against the Trustee or BLMIS.  *See, e.g.*, *Picard v. Stahl*, 443 B.R. 295, 312-14 (Bankr. S.D.N.Y. 2011) (holding that plaintiffs "assert[ed] violations of duties owed derivatively to all customers and creditors . . . , the breach of which resulted in losses to all Madoff victims" and determining that certain of the plaintiffs' claims for "loss of deferred compensation and back pay" were claims that must be asserted against the debtor), *aff'd*, *Lautenberg Found. v. Picard (In re Bernard L. Madoff Inv. Secs. LLC)*, 512 Fed. App'x 18 (2d Cir. 2013); *see also Fox*, 429 B.R. 430, 431-32 (Bankr. S.D.N.Y. 2010), *aff'd*, *Marshall v. Picard (In re Bernard L. Madoff Inv. Secs. LLC)*, 2014 WL 103988 (2d Cir. Jan. 13, 2014) (affirming bankruptcy court's determination that claims belonged to the debtor because they were asserted to redress a harm common to all BLMIS customers); *see also Crysen/Montenay Energy Co. v. Esselen Assocs.*,

*Inc. (In re Crysen/Montenay Energy Co.)*, 902 F.2d 1098, 1101-1103 (2d Cir. 1990) (concluding

that tort claim did not belong to plaintiff, but recognizing that, if the plaintiff had a direct

interest, the claim would not belong to debtor alone and automatic stay would not apply); *see

also Keene*, 164 B.R. at 854 (holding that the automatic stay barred individual assertion of claims

alleging "a general, indirect injury to the creditor" that would increase assets available to satisfy

all creditor claims).

The Trustee's cases here stand only for the proposition that the automatic stay applies if a

party asserts (1) a claim that is a fraudulent transfer or its equivalent or (2) a claim against the

debtor itself.  But, not one of the cases cited by the Trustee suggests that a breach of contract or

breach of duty of care action asserted to redress a direct harm to a party—i.e., the type of claims

asserted by the Kingate Funds in the Bermuda Action—is such a fraudulent transfer action or

claim against the estate.  Nor could the cases possibly so hold.  Courts routinely permit parties

like the Kingate Funds, including in Madoff-related cases, to assert claims against third-parties

where those claims seek a remedy for a distinct injury visited upon the plaintiff.  *See Fairfield*,

490 B.R. at 68 (holding that the "stay clearly cannot be extended to the non-debtor," where

plaintiffs asserted claims that were "in no way contingent on the Fairfield Defendants' possible

liability to the BLMIS estate") (internal quotations omitted); *see also Picard v. Schneiderman*,

491 B.R. 27, 36 (S.D.N.Y. 2013) ("Because the NYAG's and Receiver's actions are independent

claims against a non-debtor, the Trustee cannot seek application of the automatic stay under

Section 362(a)(1).").  None of the Trustee's cases compels a different result here—to the

contrary, at least one of the cases upon which the Trustee so heavily relies embraces the rule

followed in *Fairfield* and *Schneiderman*.  *Marshall*, 2014 WL 103988 at *4-6 (recognizing that

"'when creditors . . . have a claim for injury that is particularized as to them, they are exclusively

entitled to pursue that claim, and the bankruptcy trustee is precluded from doing so,'" but,

because claims at issue were generalized, holding that the claims did belong to the estate).  The

Trustee's attempt to impose the automatic stay pursuant to Section 362(a)(1) must be rejected.

      2.    <u>There is No Basis for Applying the Automatic Stay Under Section
362(a)(3)</u>

      (a)    *The Estate Does Not Have a Property Interest in the Kingate
Funds' Claims*

The Trustee's next claim that the automatic stay imposed by Section 362(a)(3) applies is

also erroneous because the claims asserted in the Bermuda Action are not "property of the

estate."  In the Second Circuit, a cause of action is "property of the estate" where "[it] is a

general one, with no particularized injury arising from it . . . that [ ] . . . could be brought by any

creditor of the debtor . . . ."  *Stahl*, 443 B.R. at 311-312 (noting that, in such circumstances, "the

trustee is the proper person to assert the claim") (citing *St. Paul Fire & Marine Ins. Co. v.

PepsiCo, Inc.*, 884 F.2d 688, 701 (2d Cir. 1989)); *see Hirsch v. Arthur Andersen & Co.*, 72 F.3d

1085, 1093 (2d Cir. 1995).  "'[I]f the cause of action does not explicitly or implicitly allege harm

*to the debtor*, then the cause of action could not have been asserted by the debtor . . . and thus is

not property of the estate."  *Stahl*, 443 B.R. at 312 (emphasis added); *see also Fox*, 429 B.R. at

431 (recognizing that "'if the cause of action does not explicitly or implicitly allege harm to the

debtor, then the cause of action could not have been asserted by the debtor as of the

commencement of the case, and thus is not property of the estate.'").  In short, where, as here, a

claim seeks to redress a "particularized injury," it is not property of the estate.

      Courts determining which party can assert a claim seek first to determine which party's

rights are at issue.  "Whether [ ] rights belong to the debtor or the individual creditors is a

question of state law."  *Hirsch*, 72 F.3d at 1093.  In New York, and generally, a stranger to a

relationship—like the Trustee, here—cannot assert a claim for unjust enrichment, breach of

contract, and breach of the duties of care against the Kingate Funds' managers.  *See, e.g.*, *Baker v. Andover Assocs. Mgmt. Corp.*, 30 Misc.3d 1218(A), 22, 924 N.Y.S.2d 307 (Sup. Ct. Westchester Cnty. 2009) ("It is uncontested that the breach of fiduciary duty, negligent misrepresentation and gross negligence claims are contingent upon there being a relationship of privity (or a near privity relationship).  Because the Verified Complaint is bereft of any such allegations, these claims cannot stand") (citation omitted); *see also SSR II, LLC v. John Hancock Life Ins. Co. (U.S.A.)*, 37 Misc. 3d 1204(A), at \*3 (Sup. Ct. N.Y. Cnty. 2012) (holding that "claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, and unjust enrichment fail because the underlying duties do not relate directly or derivatively to [plaintiff]. . . . [Plaintiff] lacks standing.  They were owed no duty relating to their three causes of action . . . .").

The Kingate Funds' claims in the Bermuda Action seek redress for particularized injuries arising from the Funds' relationship with Kingate Management and parties related to Kingate Management.  No other BLMIS customer had a relationship with Kingate Management (or the other Bermuda Defendants) and, as a result, under New York law, no other BLMIS customer could bring the claims asserted in the Bermuda Action.  *See SSR II*, 37 Misc. 3d 1204(A) at \*3; *Baker*, 30 Misc.3d 1218(A) at 22.  In other words, the claims plead in the Bermuda Action are not common to all BLMIS customers and are, consequently, not claims that the Trustee would have standing to assert.  This fact is a critical one.  As explained below, the reason that the courts concluded in *Stahl* and *Marshall* that claims belonged to the estate was because they were common to all creditors.  Here, in contrast, there is no basis to wrestle away from the Kingate Funds claims that belong only to them.

It is no surprise, given that well established principles foreclose the Trustee from asserting the Kingate Funds' direct claims, that facts similar to the ones at hand have compelled other courts to hold that such causes of action do not belong to a debtor's estate.  For example, in *Schneiderman*, the district court concluded that, because Schneiderman asserted "independent claims based on separate facts, theories, and duties than the Trustee's fraudulent transfer claims against Merkin," Schneiderman's claims did not belong to the estate.  491 B.R. at 36.  Likewise, in *Fairfield*, the district court held that the stay could not apply where it found that the plaintiffs had brought "an action wholly independent of the BLMIS estate that alleges, among other things, violations by the Fairfield Defendants of . . . alleged duties flowing directly from the Fairfield Defendants to the Anwar plaintiffs."  490 B.R. at 67-68.  Similarly, in *In re Reliance Acceptance Grp., Inc.*, 235 B.R. 548 (D. Del. 1999), the court stated that "while the lawsuits filed by the Shareholders and by the Debtors may be against the same parties and may be based on the same or similar facts, they state different claims for relief.  They seek relief for alleged breaches of different duties.  They allege different injuries.  And they seek to recover different damages."  235 B.R. at 555.  The court concluded that, because only the plaintiffs could have asserted their claims, the claims did not belong to the estate.  *Id.* at 555-56; *see also Highland Capital Mgmt. LP v. Chesapeake Energy Corp. (In re Seven Seas Petroleum Inc.)*, 522 F.3d 575, 585-86 (5th Cir. 2008) (rejecting the bankruptcy court's and district court's conclusion that various tort claims asserted against secured bondholders and a consulting firm belonged to the debtor's estate, and finding that—like here—the claims were asserted to redress a harm specific to the bondholders); *In re Phar-Mor, Inc. Secs. Litig.*, 164 B.R. 903, 905 (W.D. Pa. 1994) (concluding that the bankruptcy court had correctly refused to find that the automatic stay applied to "claims of the [ ] Plaintiffs seek[ing] recovery of money that they invested . . . allegedly in reliance on

the unqualified audit opinions of a non-bankrupt third party [ ].  The claims and the alleged harm
are distinct and personal to each [ ] Plaintiff and are not derivative of the Debtor's claims against
[defendant] . . . ."); *cf. Marshall*, 2014 WL 103988 at *5-9 (distinguishing derivative causes of
action from direct causes of action and holding that plaintiffs had brought derivative claims
because they had "not alleged that the Picower Defendants took any [ ] 'particularized' actions
aimed at BLMIS customers.").  The well established principles of law reflected in these cases
(and recognized by the cases the Trustee relies upon) mandate that the claims asserted in the
Bermuda Action plainly are not property of the BLMIS estate.  Indeed, as in *Schneiderman*, the
individual nature of the claims is clear because only the Kingate Funds—not other BLMIS
customers—have claims against the Bermuda Defendants.

 The Trustee's cases do not militate in favor of a result contrary to *Fairfield* and
*Schneiderman*.  In *Stahl*, for example, the court found that the plaintiffs' claims were subject to
the automatic stay because the plaintiffs "[we]re not seeking to redress a particularized injury or
alleging harm caused directly to them by the Madoff Defendants.  Rather, the Third Party
Actions assert violations of duties owed derivatively to all customers and creditors by virtue of
the Madoff Defendants' positions generally at BLMIS, the breach of which resulted in losses to
all Madoff victims."  *See Stahl*, 443 B.R. at 312.  Likewise, in *Fox*, the named plaintiffs, who
were also BLMIS customers, asserted claims "on behalf of a similarly situated class of BLMIS
customers" against Jeffry Picower (and related entities), purported participants in the BLMIS
fraud.  *Fox*, 429 B.R. at 429.  This Court found that the plaintiffs "[i]n substance . . . [sought] to
redress the depletion of the BLMIS customer property fund, a harm that derivatively injures all
customer claimants in the BLMIS liquidation," and that "[n]owhere do the [ ] Plaintiffs contend
that the [ ] Defendants owed a separate duty, or caused a separate harm to them."  *Id*. at 431-32.

Finally, *Maxam* involved a suit *against the Trustee* in which the fund sought "a declaration that

Maxam Limited is not liable to the Trustee . . . ." *Maxam*, 460 B.R. at 113, 114-115.

The Trustee's cases have no bearing on the facts here. The Kingate Funds—and the

Kingate Funds alone—had a direct relationship with, and had duties owing from, the Bermuda

Defendants. The Kingate Funds—and the Kingate Funds alone—were harmed by the conduct

alleged in the Bermuda Action. And thus, under binding Second Circuit law and the very cases

the Trustee cites, the Kingate Funds' claims in the Bermuda Action belong to the Kingate Funds,

and *not* to the Trustee.

> (b)    *The Claims Are Not Subject to the Stay Simply Because They Are
> Asserted Against a Third-Party Also Sued by the Estate*

The Trustee contends that the automatic stay must apply because, if the Kingate Funds

successfully prosecute the Bermuda Action, that will reduce the monies available to satisfy the

Trustee's claims against the same third-parties. This position is patently absurd. The fact that a

party may recover from the same "pocket" as the bankruptcy estate is not sufficient, on its own,

to bar a party from pursuing its rights through assertion of a cause of action. *See Schneiderman*,

491 B.R. at 37-38 (rejecting this argument and holding that the Trustee's "conclusory and

speculative assertions that . . . if the settlement goes forward, the Merkin defendants would be

unable to pay any fraudulent transfer judgment" did not justify extending the stay); *see also*

*Fairfield*, 490 B.R. at 68-69 (rejecting "the Trustee's legal theory [that] the mere presence of a

limited pool of assets possessed by a target of a bankruptcy estate's adversary proceeding, in and

of itself, can convert wholly unrelated and independent claims by non-creditors filed against that

non-debtor target into 'acts to collect or recover a claim against the debtor' merely because they

'prejudice the Trustee's ability to pursue his claims,' and recognizing that "[s]uch an expansive

interpretation of § 362 would obliterate the requirement that stayed actions bear some relation to

the 'debtor' and would enable the Trustee to subjugate independent legal claims of parties

unrelated to the bankruptcy estate merely because both parties seek recovery from the same

limited pool of fund"); *Phar-Mor*, 164 B.R. at 905-906 (noting the absence of any authority that

elevates the claims of a debtor over the claims of equity owners, even when there is a potential

shortfall in assets available for recovery); *see also In re Granite Partners, L.P.*, 194 B.R. 318,

337-38 (Bankr. S.D.N.Y. 1996) (rejecting the argument that dissipation of insurance proceeds

alone implicated the automatic stay and stating that "[w]e are not convinced that an action by a

third party to recover a judgment against another third party, whose liability may be covered

under an insurance policy that also grants the debtor separate rights, implicates the automatic

stay").  Indeed, where a creditor, like the Kingate Funds, owns a claim, courts routinely allow

plaintiffs, including in BLMIS-related cases, to litigate (or settle) claims against defendants also

being sued by a trustee or debtor.[8]  *See, e.g.*, *Schneiderman*, 491 B.R. at 36-39; *Fairfield*, 490

B.R. at 70, 72; *Stahl*, 443 B.R. at 311-312 (discussing which entity "owns" claims); *see also*

*Hirsch*, 72 F.3d at 1093 (same).  It would be impossible to list all of the cases in which creditors

or shareholders have pursued claims against the same defendants targeted by the estates in which

they have claims.  Were there any merit to the Trustee's "depletion of assets" theory, all such

cases would be derailed from the outset.

**B.**     **The Trustee Cannot Fulfill the Requirements for Imposition of an Injunction Under
Section 105**

Despite two years having elapsed between the filing of the Bermuda Action and the

Trustee's application, the Trustee insisted in his application that the Bermuda Action "poses a

---

[8]    *See, e.g.*, *In re Optimal U.S. Litig.*, 837 F. Supp. 2d 244 (S.D.N.Y. 2011); *In re Banco
Santander Secs.-Optimal Litig.*, 732 F. Supp. 2d 1305 (S.D. Fla. 2010) (dismissing certain claims on
grounds unrelated to the automatic stay); *In re Herald, Primeo, and Thema Secs. Litig.*, No. 09 Civ. 289
(RMB), 2011 WL 5928952 (S.D.N.Y. Nov. 29, 2011); *Wailea Partners, L.P. v. HSBC Bank, N.A.*, Case
No. 3:11-cv-03544, Dkt. No. 42 (N.D. Cal. 2011) (dismissed on grounds other than the automatic stay or
Section 105(a)).

clear threat to the jurisdiction of this Court," and thus should be enjoined pursuant to 11 U.S.C. §

105(a) ("Section 105(a)").  Trustee Mem. at 21.  The assertion that the Kingate Funds' long-

pending (and court-sanctioned) claims against *their* managers has any effect on this Court's

jurisdiction—let alone that the Bermuda Action "threatens" this Court's jurisdiction—is absurd.

### 1.    The Section 105(a) Factors Are Not Satisfied Here

Under Section 105(a),[9] a bankruptcy court may enjoin suits if:  (i) a third-party suit would

impair the court's jurisdiction with respect to a case before it, or (ii) the third-party suits threaten

to thwart or frustrate the debtor's reorganization efforts and the stay is necessary to preserve or

protect the debtor's estate.  *See, e.g.*, *Fox v. Picard (In re Bernard L. Madoff Inv. Secs. LLC)*

*("Fox II")*, 848 F.Supp.2d 469, 486 (S.D.N.Y. 2012); *see Fox*, 429 B.R. at 436; *see Stahl*, 443

B.R. at 318; *see  Fisher v. Apostolou*, 155 F.3d 876, 882 (7th Cir. 1998).  Neither requirement is

satisfied here.

First, the Bermuda Action has no impact whatsoever on this Court's jurisdiction.  To be

clear, it is worth repeating that, in the Bermuda Action, the two Kingate Funds are suing the

parties that were responsible for managing the Funds.  The action does not, in any way, prevent

the Trustee from pursuing his separate and distinct claims against the Bermuda Defendants, and

does not, in any way, prevent this Court from ordering any appropriate relief in connection with

the Trustee's claims.[10]

---

[9]    Section 105(a) provides that "[t]he court may issue any order, process, or judgment that is
necessary or appropriate to carry out the provisions of this title.  No provision of this title providing for
the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*,
taking any action or making any determination necessary or appropriate to enforce or implement court
orders or rules, or to prevent an abuse of process."  11 U.S.C. § 105(a).

[10]    As noted above, the Trustee's claims are not strong, given that the substantial majority of the
fees paid to Kingate Management did not come from BLMIS at all; rather, those fees were paid from
amounts held by the Kingate Funds that had never been invested in BLMIS.  But this Court need not
resolve the merits of the Trustee's claims against the Bermuda Defendants in connection with this
application.

Unable to demonstrate any effect on this Court's jurisdiction, the Trustee cites a series of
inapposite cases involving (1) assertion of claims against a trustee, and (2) assertion of claims
common to *all* creditors that, as a result, belong to the estate. Cases in the latter category
typically target defendants at the heart of the debtor's fraud that participated in conduct affecting
all of the creditors; that is, defendants this Court has described as "precisely the non-debtors
against whom third-party actions 'will have an immediate adverse economic consequence for the
debtor's estate.'" *Stahl*, 443 B.R. at 316-18 (quotations omitted); *see also Maxam*, 460 B.R. at
113-115 (describing nature of claims in context of stay analysis); *Fox*, 429 B.R. at 429, 431-32,
435.

The Trustee's heavy reliance on the Seventh Circuit's decision in *Fisher*, for example,
demonstrates why the Kingate Funds' claims in Bermuda have no impact on this Court's
jurisdiction over the Trustee's action. In *Fisher*, a group of 244 investors in a bankrupt
commodities business—out of 450 "similarly situated investors"—sued the accomplices of the
principal fraudster, who had disappeared when the fraud was disclosed. The court explained that
the hundreds of plaintiffs stood "in exactly the same position as the rest of the aggrieved
investors," and that they were seeking redress for "identical" harms suffered by all investors in
the company. 155 F.3d at 881. As a result, their claims were "so closely related" to the estate
that they had to "wait their turn behind the trustee, who has the responsibility to recover assets
for the estate on behalf of the creditors as a whole." *Id.*[11] Like the plaintiffs in *Schneiderman*
and *Fairfield*, the Kingate Funds have asserted claims against their own managers for money that

---

[11]    In evaluating the impact on the estate, the *Schneiderman* court differentiated between claims
like those in *Fox* (and *Fisher*) and claims similar to those held by the Kingate Funds. *Schneiderman*, 491
B.R. at 40 ("Unlike in *Fox*, the independent claims at issue in the settled actions are not so 'closely
related' to those belonging to the estate that the settlement risks 'converting the bankruptcy proceeding
into a race to the courthouse that would derail the bankruptcy proceedings.'") (citation omitted).

the Kingate Funds, *and no other investor*, paid to those managers. Their claims, in contrast to

those of the *Fisher* and *Fox* plaintiffs, are not "related" to the estate at all, let alone "so closely

related" as to impact this Court's jurisdiction with respect to the estate's claims.

Simply put, none of the cases cited by the Trustee has any relevance to the Kingate

Funds' targeted and long-standing claims. In contrast to both *Stahl* and *Fisher*, the claims in the

Bermuda Action are not asserted against parties closely related to the debtor, which claims

would be common to virtually all of the debtor's creditors. Unlike *Maxam*, the claims in the

Bermuda Action are not asserted against the Trustee. And unlike *Fox*, *Fisher*, and *Stahl*, the

Kingate Funds do not stand in the same position as other BLMIS customers with respect to the

Bermuda Defendants.[12] The Trustee cannot cite a single similar case in which a bankruptcy

court has opted to exercise its power to issue an injunction under Section 105(a).

---

[12] The remainder of the cases cited by the Trustee involve claims against parties closely situated to the debtors, *e.g.*, insurers, or, unlike the Bermuda Action, involve issues that are close to, if not at, the center of the bankruptcy process, *e.g.*, sale of the debtor's assets. *See Nevada Power Co. v. Calpine Corp. (In re Calpine)*, 354 B.R. 45, 50 (Bankr. S.D.N.Y. 2007) (enjoining plaintiff's suits against a non-debtor co-plaintiff that had served as a surety on certain agreements with the debtor because "the liability of Fireman's [wa]s contingent on Calpine's liability to [plaintiff]. The claims against Fireman's are based on the identical facts as [plaintiff's] claims against Calpine and are inextricably tied to those claims"); *Garrity v. Leffler (In re Neuman)*, 71 B.R. 567, 572-74 (S.D.N.Y. 1987) (enjoining debtor's action to determine whether license to operate the nursing home was property of the estate and stating that "forays to other forums to determine what is property of the estate for purposes of bankruptcy law are not only time-consuming, but disrupt the heart of the duties that the court is designed to perform"); *see also In re Wingspread Corp.*, 92 B.R. 87, 91-92 (Bankr. S.D.N.Y. 1988) (enjoining action where plaintiff sought a determination of ownership of certain claims sold as part of debtor's bankruptcy process because if the plaintiff succeeded in the action, "the integrity of the bankruptcy sales process would be seriously undermined"); *Kagan v. Saint Vincents Catholic Med. Ctrs. of N.Y. (In re Saint Vincents Catholic Med. Ctrs. of N.Y.)*, 449 B.R. 209, 217-18 (S.D.N.Y. 2011) (finding that plaintiff's causes of action constituted "property of the estate" and enjoining the plaintiff's action because "[a]llowing . . . [it] to continue [ ] would have the effect of exerting control over property of the estate . . . ." (citation and internal quotation marks omitted)); *Lyondell Chem. Co. v. Centerpoint Energy Gas Servs., Inc. (In re Lyondell Chem. Co.)*, 402 B.R. 571, 577-82, 584, 590-94 (Bankr. S.D.N.Y. 2009) (enjoining plaintiffs from asserting claims on guaranties provided by a non-debtor where such claims could potentially lead to the non-debtor being placed in an involuntary bankruptcy, stating that "each of the entities owned directly and indirectly by [non-debtor guarantor] . . . is an important part of the *integrated operations* of the Debtor and nondebtors," and finding that the plaintiffs were unlikely to recover much even if the court did not enjoin the action (emphasis in original)).

Second, there is no basis to assert that the Bermuda Action "threaten[s] to thwart or

frustrate the debtor's reorganization efforts and the stay is necessary to preserve or protect the

debtor's estate." *Fox II*, 848 F.Supp.2d at 486. Any such claim fails for multiple reasons. First,

BLMIS is not reorganizing; it is liquidating. Thus, there are no "reorganization efforts" capable

of disruption. Second, even if there were a reorganization at issue, the Bermuda Action does not

involve property of the BLMIS estate. Thus cases like *In re Chiles Power Supply Co., Inc.*, 264

B.R. 533, 538 (Bankr. W.D. Mo. 2001), and *In re Probulk*, 407 B.R. 56, 59-60 (Bankr. S.D.N.Y.

2009), both of which directly and expressly implicated property of the estate, have no relevance.

And because the Bermuda Action does not involve property of the BLMIS estate, a stay cannot

be justified in order to "preserve or protect" the estate.

Moreover, unlike cases such as *Stahl*, in which the third-party claimants' actions

burdened the Trustee in the administration of the BLMIS estate, the Kingate Funds' Bermuda

Action has had just the opposite effect. At the request of the Trustee, for example, the Kingate

Funds consulted with the Trustee prior to conducting interviews of certain of the Bermuda

Defendants to obtain specific information requested by the Trustee. Indeed, for a portion of

2012, the Kingate Funds and the Trustee operated pursuant to a common interest agreement with

respect to certain proceedings in Bermuda involving the Bermuda Defendants. And the Trustee

and the Joint Liquidators worked together in Bermuda to challenge the permanent appointment

of Kingate Management's provisional liquidators on the grounds of their manifest conflicts. Far

from interfering with the Trustee's efforts, the Kingate Funds' continued prosecution of its

claims in the Bermuda Action have served to assist the Trustee with his claims.[13]

---

[13]    Similarly, the Trustee's assertions that the existence of the Bermuda Action somehow
impedes his ability to "effectively prosecute his action" and raises the "possibility of inconsistent
decisions," Trustee Mem. at 24-25, are without merit. The Trustee has not explained how continued
prosecution of the Bermuda Action—which has been pending longer than the Trustee's claims against the

2.    The Trustee's "Race to the Courthouse" Argument Is Without Merit

The Trustee erroneously contends that a Section 105(a) injunction here would prevent a "race to the courthouse." Trustee Mem. at 24-25.

As an initial matter, multiple courts have rejected the "race to the courthouse" rationale as a basis for awarding injunctions under Section 105(a). In *Reliance Acceptance*, the court rejected the very same argument, finding that the risk that a common defendant might have insufficient funds did not justify elevating the debtor's claims over those of a creditor with its own direct claims. 235 B.R. at 561-62. The court in *Phar-Mor* similarly declined to enjoin independent claims pursuant to Section 105(a), explaining that "the Debtor has no greater rights to assert its claims against [defendant] than the [ ] Plaintiffs precisely because the [ ] Plaintiffs are not attempting to assert claims belonging to the Debtor." 164 B.R. at 907. The court continued, "the Bankruptcy Code was designed to protect the Debtor and to prioritize claims by creditors and equity owners against the Debtor's estate. It was not designed to destroy independent claims that the creditors and equity owners may have against non-bankrupt entities, or place a higher priority on the Debtor's claims against such entities." *Id.* at 908; *see also Boles v. Turner (In re Enivid, Inc.)*, 364 B.R. 139, 157 (Bankr. D. Mass. 2007) (holding that "[w]hile the amount of insurance proceeds available to the Plan Trustees will be reduced, that is not so extraordinary a circumstance as to warrant . . . [issuing] an injunction under § 105(a) . . . ."); *see*

---

Bermuda Defendants—has any negative effect on the Trustee's pursuit of his claims. And, unlike the case of *City of New York v Exxon Corp.*, 932 F.2d 1020, 1026 (2d Cir. 1991), in which the court found that enjoining the City of New York's action under the "first filed" rule served interests of "judicial economy" because the two cases "involve[d] identical parties and present the same issue," the Trustee's avoidance action and the Kingate Funds' direct claims involve *neither* the same parties nor the same issues. Because the two actions concern different subject matter, the Bermuda Action—which, under the "first filed" rule noted in *Exxon*, should be permitted to proceed in any event—is not duplicative of the Trustee's action. *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) ("The [duplicative litigation] doctrine is [ ] meant to protect parties from 'the vexation of concurrent litigation over the same subject matter.'") (citation omitted).

*also Granite Partners*, 194 B.R. at 337-338 (refusing to enjoin claims despite risk that the claims

would dissipate insurance proceeds otherwise available to satisfy estate claims).

As these courts have recognized, where individual creditors have standing to assert their

own claims, a bankruptcy trustee has no greater right to pursue claims against third-parties than

individual creditors do.  Applied here, there is no reason to prioritize the Trustee's avoidance

claims against the Bermuda Defendants over the Kingate Funds' claims for the return of fees that

they (and *only* they) paid to their managers.  Moreover, as noted by the court in *Phar-Mor*, the

Bankruptcy Code was not "designed to destroy" creditors' "independent claims."  It must be

recognized that, if an injunction were to issue here, there is a serious risk that the Kingate Funds'

claims against the Bermuda Defendants—and thus the only way for them to recover the massive

fees that they paid over many years—might be lost *in their entirety*.  In the event that the Kingate

Funds are enjoined from pursuing claims in Bermuda, the Bermuda Defendants will almost

certainly move to strike the action, and there is a real risk that such motions would be successful

if there is an extended period without prosecution of those claims.  (Chudleigh Aff. ¶¶ 12-13.)

Finally, as a factual matter, there is no reason to believe that failure to award an

injunction here actually encourages any "race to the courthouse."  The Kingate Funds initiated

their claims against the Bermuda Defendants more than three years ago.  Far from racing to the

courthouse to assert those claims, the Joint Liquidators and their counsel discussed the claims

with the Trustee for more than a year before the Bermuda Action was filed.  And the Trustee did

not add the Bermuda Defendants to his action for many months after that.  Plainly, there was no

race to the courthouse, and wiping out claims that were filed more than three years ago will serve

only to promote late-filed, strategically motivated objections.

3.      The Second Circuit's *China Trade* Decision Prohibits the Bankruptcy
Court from Enjoining the Claims in the Bermuda Action

The injunctive relief the Trustee seeks, if granted, would violate the doctrine articulated

by the Second Circuit in *China Trade & Development Corp. v. M.V. Choong Yong*, 837 F.2d 33

(2d Cir. 1987). *China Trade* establishes that "an anti-foreign-suit injunction should be 'used

sparingly', . . . and should be granted 'only with care and great restraint.'" *Id.* at 36. As the

Second Circuit has explained, "due regard for principles of international comity and reciprocity

require a delicate touch in the issuance of anti-foreign suit injunctions," and "the pendency of a

suit involving the same parties and same issues does not alone form the basis for such an

injunction." *Ibeto Petrochemical Indus. Ltd. v. M/T Beffen*, 475 F.3d 56, 65 (2d Cir. 2007).

Under *China Trade*, the threshold requirements to justify enjoining a foreign proceeding

are "(1) the parties must be the same in both matters, and (2) resolution of the case before the

enjoining court must be dispositive of the action to be enjoined." *China Trade*, 837 F.2d at 35.

> When these threshold requirements are met, five factors are suggested in
> determining whether the foregoing action should be enjoined: (1) frustration of a
> policy in the enjoining forum; (2) the foreign action would be vexatious; (3) a
> threat to the issuing court's in rem or quasi in rem jurisdiction; (4) the
> proceedings in the other forum prejudice other equitable considerations; or (5)
> adjudication of the same issues in separate actions would result in delay,
> inconvenience, expense, inconsistency, or a race to judgment.

> *Id*.

As an initial matter, it is plain that *China Trade* applies here. The Trustee attempts to

avoid the circuit precedent by arguing that the automatic stay needs no "parallel proceeding"

(i.e., foreign proceeding) to apply, and if applicable to Section 105(a) claims, *China Trade* would

"frequently" prevent bankruptcy courts from being able "to enforce the automatic stay and

related Stay Orders . . . ." Trustee Mem. at 33. The plain language of the *China Trade* test does

not, however, contemplate the carve-outs to its applicability that the Trustee attempts to

26

manufacture.  Nor is the frequency of *China Trade*'s application relevant.  Rather, as the Second

Circuit made clear, it is inappropriate for U.S. courts to interfere with the orderly conduct of

foreign proceedings without a complete evaluation of principles of comity.  That proper

evaluation should not be bypassed simply because a case involves a bankruptcy or an asserted

application of Section 105(a).

    As the Second and Third Circuits have held, *China Trade* does apply in the bankruptcy

context.  *See Jamaica Shipping Co. Ltd. v. Orient Shipping Rotterdam B.V. (In re Millennium*

*Seacarriers, Inc.)*, 458 F.3d 92, 97-98 (2d Cir. 2006) (rejecting bankruptcy court's conclusion

that *China Trade* did not apply to applications for preliminary injunction and remanding for

consideration of *China Trade*); *see also Stonington Capital Appreciation 1994 Fund, L.P. v.*

*Lernout & Hauspie Speech Products N.V. (In re Stonington Prtnrs., Inc.)*, 310 F.3d 118, 128-29

(3d Cir. 2002) (rejecting the argument that there is a "bankruptcy" exception to the anti-suit

injunction inquiry and remanding to the bankruptcy court "to apply the approach to anti-suit

injunctions . . . developed . . . and to consider comity concerns . . . .").  Here, in particular, (a)

where the foreign action was authorized by the BVI and Bermuda Courts and filed more than

three years ago, (b) where it was initiated by the court-appointed liquidators of investment funds

subject to formal liquidation proceedings, (c) where it asserts claims that were known to, and

extensively discussed with, the Trustee *prior* to filing, and (d) where the foreign action is

pending in a jurisdiction—one in which the plaintiffs are subject to a court supervised

liquidation—that has subscribed to internationally recognized trans-national insolvency

guidelines, considerations of comity and reciprocity are paramount.[14]

---

[14]   The Trustee further attempts to evade *China Trade* by pointing to inapposite decisions
reviewing the issuance of Section 105(a) injunctions that either did not analyze *China Trade* or involved
facts that are absent here, i.e., the filing in a foreign court of an action *against the Trustee* that involved
the same parties and issues.  *See* Trustee Mem. at 34 (citing *In re Lyondell Chem. Co.*, 402 B.R. 571 [sic]

Turning to the substance of the *China Trade* test, it is clear that the threshold

requirements for issuance of an injunction are not met.  First, the parties to the Bermuda Action

are not the same as those in the Trustee's Action.  The Bermuda Action is between the Kingate

Funds, their managers, and the entities that owned and controlled their managers.  The Trustee is

not a party to that action.  Second, resolution of the Trustee's action will not dispose of the

claims at issue in the Bermuda Action.  Whether the Kingate Funds have a right to recover from

their managers is not in any way dependent on whether the Trustee has viable claims against *any*

of the defendants in his action.  The two actions present entirely distinct claims.  Under binding

law, accordingly, even if an injunction were otherwise appropriate under Section 105(a)—which,

for the reasons noted, it is not—principles of comity and reciprocity reflected in *China Trade*

foreclose enjoining the Bermuda Action.[15]

## C.      The Trustee Cannot Challenge the Bermuda Action After More Than a Three-Year Delay

In all events, the Trustee's belated attempt to invoke the stay and enjoin the Bermuda

Action is barred by the doctrine of laches.  Application of laches is appropriate where a

defendant can establish three elements:  "(1) that he lacked knowledge that the claim might be

asserted against him; (2) that the plaintiff delayed asserting the claim despite the opportunity to

do so; and (3) that he would be prejudiced if the claim were now allowed to go forward."  *Gucci*

---

at 590-94 (Bankr. S.D.N.Y. 2009), and *Maxam*, 460 B.R. at 113, 122 (applying *China Trade* because "both suits involve the Trustee and Maxam Limited, and resolution of the Trustee's action in this Court is dispositive of the Cayman Action which seeks a determination of non-liability in the Trustee's action.").

[15]    Even if the two prerequisites for issuing injunctive relief were satisfied, an injunction would still be inappropriate under *China Trade* because the five listed factors disfavor issuance of an injunction. For example, the Bermuda Action is not vexatious in any way, is not (as discussed above) a threat to this Court's jurisdiction, and does not create any delay in the adjudication of the Trustee's action.  Because the threshold requirements are not met, however, there is no need to address these factors.

v. Sinatra (*In re Gucci*), 197 Fed. App'x 58, 60 (2d Cir. 2006) (citing *Rapf v. Suffolk Cnty.*, 755

F.2d 282, 292 (2d Cir. 1985)).  Here, all three elements are easily satisfied.

First, the Kingate Funds have been actively developing and pursuing their claims in the

Bermuda Action for more than three years.  Until the Trustee filed this application, they had no

reason to suspect that the Trustee would attempt to block those claims; indeed, they have openly

discussed the claims with the Trustee and his counsel since the summer of 2009.

Second, the Trustee could have invoked the stay and sought an injunction at any time.

He chose, however, to wait three years, and to seek the stay as a strategic tool to influence

negotiations.

Third, the Kingate Funds would undoubtedly be prejudiced if the proceeding is permitted

to go forward.  As the Trustee well knows, the Joint Liquidators and their counsel have expended

substantial time and resources on the pursuit of their claims in the Bermuda Action.  And any

threat to the continuation of those claims places at risk one of the Kingate Funds' most

substantial assets; i.e., their claims to recover the hundreds of millions of dollars in management

fees that they paid over the course of more than a decade.

Faced with similar facts, courts have applied laches to preclude a debtor or trustee from

raising the automatic stay after a long delay—like the multi-year delay here.  *See, e.g.*,

*Schneiderman*, 491 B.R. at 34-35; *Fairfield*, 490 B.R. at 73-74; *cf. In re Smith Corset Shops,*

*Inc.*, 696 F.2d 971, 977 (1st Cir. 1982) (applying equitable principles to hold that a debtor "could

not remain stealthily silent . . . and then turn around and successfully sue the [creditors] for the

alleged conversion of the goods.  We do not think Congress envisioned any such misuse of

the automatic stay"); *Matthews v. Rosene*, 739 F.2d 249, 251-52 (7th Cir. 1984) (stating that "[a]

33-month delay rarely can be reasonable unless excused" and affirming the lower courts'

decision that laches was proper where the debtor waited thirty-three months before challenging

the state court's jurisdiction); *see also Thornton v. First State Bank of Joplin*, 4 F.3d 650, 653

(8th Cir. 1993); *cf. Job v. Calder* (*In re Calder*), 907 F.2d 953, 956-57 (10th Cir. 1990) (applying

equitable principles to bar debtor from objecting to a creditor's claim on grounds that the creditor

had obtained the judgment leading to its claim after the debtor filed his petition).

  In applying laches to bar the Trustee's claims, the *Schneiderman* court, which analyzed

facts similar to those at hand, emphasized that (1) the "Trustee sought no judicial action to stay

the NYAG's action until the filing of the instant action in August 2012, more than three years

later" and (2) "the Trustee could have acted at any of a number of points in the history of these

cases to enforce the automatic stay . . .  Instead, . . . the Trustee allowed these cases to proceed

for over three years before attempting to enforce the automatic stay.  It is clear, therefore, that the

Trustee unreasonably and inexcusably slept on his rights."  *Schneiderman*, 491 B.R. at 33-35

(recognizing also the prejudice to the plaintiffs of imposing the stay after a prolonged period);

*see also Fairfield*, 490 B.R. at 74 (applying laches and noting that the "Trustee waited on the

sidelines for nearly four years prior to seeking to declare the *Anwar* Action void *ab initio*,

watching while the parties expended significant resources litigating the *Anwar* Action . . . .").  As

in *Fairfield* and *Schneiderman*, the Trustee stood still for years while the Kingate Funds, with the

Trustee's full knowledge and acquiescence, expended resources pursuing their independent

claims in the Bermuda Action.  The "Trustee's [s]tay [a]pplication is a textbook example of

unreasonable delay [that] [sh]ould be barred as untimely under the equitable doctrine of laches."

*Fairfield*, 490 B.R. at 74.  The Kingate Funds, and their many investors, should not be forced to

suffer the consequences of the Trustee's decision to engage in a sudden and long-delayed about-

face.

## CONCLUSION

For the reasons set forth above, the Joint Liquidators respectfully request that the

Court deny the Trustee's application and grant such other further relief as this Court deems

appropriate.

Dated: February 18, 2014
      New York, New York

                    **QUINN EMANUEL URQUHART &
                    SULLIVAN, LLP**

                    /s/ Robert S. Loigman
                    Susheel Kirpalani
                    Robert S. Loigman

                    51 Madison Avenue, 22nd Floor
                    New York, New York 10010
                    Telephone No.:  (212) 849-7000

                    *Counsel to Joint Liquidators of Kingate
                    Global Fund Ltd. and Kingate Euro Fund Ltd.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Attorneys for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> PLAINTIFF-APPLICANT, <br><br> V. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> DEFENDANT. | NO. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (SUBSTANTIVELY CONSOLIDATED) |
| IN RE: <br> BERNARD L. MADOFF, <br><br> DEBTOR. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> PLAINTIFF <br><br> V. <br><br> KINGATE GLOBAL FUND, LTD., by its Liquidators, and KINGATE EURO FUND, LTD., by its Liquidators. <br><br> DEFENDANTS. | Adv. Pro. No. 12-01920 (SMB) |

## DECLARATION OF ROBERT S. LOIGMAN IN SUPPORT OF OPPOSITION OF KINGATE GLOBAL FUND, LTD. AND KINGATE EURO FUND, LTD. TO TRUSTEE'S APPLICATION FOR ENFORCEMENT OF AUTOMATIC STAY AND INJUNCTION[1]

---

[1]    Capitalized terms not defined herein shall take the meaning ascribed to them in *The Opposition of Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd. to Trustee's Application for Enforcement of Automatic Stay and Injunction*, which is being filed contemporaneously herewith.

I, Robert S. Loigman, hereby declare:

1.      I am a member of the bar of the State of New York and a partner with Quinn
Emanuel Urquhart & Sullivan, LLP, attorneys for the defendants, Kingate Global Fund, Ltd.
("Kingate Global") and Kingate Euro Fund, Ltd. ("Kingate Euro" and together with Kingate
Global, the "Kingate Funds").

2.      This declaration is submitted to provide the Court with certain evidentiary
materials and a chronology of facts in support of the *Opposition of Kingate Global Fund, Ltd.
and Kingate Euro Fund, Ltd. to Trustee's Application for Enforcement of Automatic Stay and
Injunction.*  Unless otherwise indicated, I make this declaration of personal knowledge.

**Chronology of Facts**

**The Kingate Funds' Liquidation**

3.      On June 4, 2009, as a result of the massive losses[2] related to the collapse of
Bernard L. Madoff Investment Securities LLC ("BLMIS"), the Kingate Funds became subject to
a formal liquidation order and are now engaged in a permanent liquidation process under the
direction of the High Court of Justice of the British Virgin Islands.

**The Kingate Funds' Relationship With—and Subsequent Suit Against—the Bermuda
Defendants**

4.      Kingate Management Limited ("Kingate Management"), with the assistance of
FIM Limited or FIM Advisors (together "FIM"), managed (1) Kingate Global from 1995 until its
liquidation on June 4, 2009, and (2) Kingate Euro from 2000 until its liquidation on June 4,
2009.  The management relationship between each of the Kingate Funds, on the one hand, and
Kingate Management and FIM, on the other hand, is documented by contracts that were executed
by and between the Kingate Funds and the managers.  Neither BLMIS nor Irving Picard, the

---

[2]   As a result of BLMIS's collapse, the Kingate Funds lost approximately $800 million, when
measured using the net equity method employed by the Trustee.

SIPA Trustee (the "Trustee") appointed to oversee the liquidation of BLMIS, was a party to, or

third party beneficiary of, these agreements.

5.      I understand that FIM was created and operated by Carlo Grosso and Federico

Ceretti, who, through a series of trusts, were the ultimate owners of Kingate Management.

6.      On December 22, 2010, the Kingate Funds filed suit in Bermuda against the

Bermuda Defendants, asserting claims against the Bermuda Defendants for unjust enrichment

arising from the Bermuda Defendants' receipt of unearned management fees, and for damages

for breach of contract and negligence flowing from duties owed directly to the Kingate Funds.

**The Trustee Has Long Been Aware of the Kingate Funds' Claims in Bermuda**

7.      Following the December 2008 collapse of BLMIS and the subsequent

appointment of the Trustee, the Trustee filed suit against the Kingate Funds.[3]  The Kingate Funds

have engaged in settlement discussions with the Trustee at various points in time since the

Trustee filed his initial complaint against the Kingate Funds.  Throughout these discussions, the

Kingate Funds have discussed the Bermuda Action claims with the Trustee.  For example:

(a)      On December 15, 2009, counsel for the Joint Liquidators spoke with Frederick

Chockley and Marc Hirschfeld, counsel to the Trustee, to explain that Kingate

Management and FIM were primary targets for potential claims by the Kingate Funds.

(b)      On February 25, 2010, counsel for the Joint Liquidators sent to Messrs. Chockley

and Hirschfeld discovery demands they had served upon Kingate Management and FIM.

Additional discovery demands were similarly provided to the Trustee's counsel on March

12, 2010.

---

[3]   The Trustee has since amended his complaint three times, filing the Third Amended Complaint
in May 2011.  Based on communications with the Trustee, it is expected that the Trustee will propose an
additional amendment to his complaint in February 2014.

(c)      On April 28, 2010, the Trustee's counsel provided questions to the Joint

Liquidators to ask Messrs. Grosso and Ceretti in formal interviews.  When doing so, the

Trustee noted his common interest in the Kingate Funds' claims.

(d)      The Trustee's counsel spoke directly with counsel to the Joint Liquidators to

discuss the claims less than a week after the Bermuda Action was filed in December

2010.

(e)      In August 2011, the Joint Liquidators provided a complete copy of the complaint

in the Bermuda Action to the Trustee.

8.      Since the beginning of the parties' settlement discussions, now several years ago,

the parties repeatedly have discussed the Kingate Funds' claims in Bermuda, including the

specific claims asserted and the specific defendants.

9.      On July 15, 2010, counsel for the Joint Liquidators sent to the Trustee's counsel a

preliminary tracing analysis demonstrating that the substantial majority of money paid by the

Kingate Funds to Kingate Management never flowed through BLMIS.  On November 12, 2010,

counsel for the Joint Liquidators provided the Trustee with a more detailed analysis (subject to

further revision, if required), again demonstrating that most payments to Kingate Management

did not involve monies withdrawn from BLMIS.  In January 2012, the trust defendants in the

Bermuda Action separately provided the Trustee with yet another, much more detailed analysis

demonstrating that the substantial majority of the money used to pay Kingate Management's fees

was never held by BLMIS.

10.      In January 2012, long after both the Kingate Funds and the Trustee had

commenced claims against the Bermuda Defendants, the Joint Liquidators and the Trustee

entered into a common interest agreement with respect to certain actions relating to Kingate

4

Management in Bermuda.  The agreement arose because each of the Trustee and the Kingate

Funds were pursuing claims against some of the same defendants in Bermuda.  The agreement

expired after several months.

11.     Despite the Trustee's long-standing knowledge of both the claims and sources of

Kingate Management Limited's funds, on October 15, 2012, the Trustee sent a letter to counsel

for the Kingate Funds asserting that the automatic stay precluded the Kingate Funds from

continued prosecution of the Bermuda Action.  The Trustee's counsel demanded a response by 4

p.m. the following day, but upon the request of counsel for the Joint Liquidators, extended the

response time to Thursday, October 18, 2012.  Counsel for the Joint Liquidators sent the Trustee

a response to his letter, but did not receive a response.  On Monday, October 22, 2012, the

Trustee commenced this adversary proceeding.

### Exhibits

12.     Attached as Exhibit A is a true and correct copy of the Third Amended Complaint

filed in May 2011 by Irving Picard, Trustee for the liquidation of Bernard L. Madoff Investment

Securities, LLC, against the Kingate Funds, *et al.*

13.     Attached as Exhibit B is a true and correct copy of the Manager's Agreement

between Kingate Global and Kingate Management dated March 1, 1995.

14.     Attached as Exhibit C is a true and correct copy of the Consulting Agreement

between Kingate Global, Kingate Management, and FIM Limited dated December 1, 1995.

15.     Attached as Exhibit D is a true and correct copy of the Deed of Novation between

Kingate Management, FIM Limited, and FIM Advisors respecting obligations related to Kingate

Global dated July 29, 2005.

16.     Attached as Exhibit E is a true and correct copy of the Manager's Agreement

between Kingate Euro and Kingate Management dated May 1, 2000.

5

17.     Attached as Exhibit F is a true and correct copy of the Consulting Agreement
between Kingate Euro, Kingate Management, and FIM Limited dated April 23, 2001.

18.     Attached as Exhibit G is a true and correct copy of the Deed of Novation between
Kingate Management, FIM Limited, and FIM Advisors respecting obligations related to Kingate
Euro dated July 29, 2005.

19.     Attached as Exhibit H is a true and correct copy of a February 25, 2010 e-mail
from Robert Loigman to Frederick W. Chockley III and Marc E. Hirschfield, attaching letters
between counsel for the Joint Liquidators of the Kingate Funds and, *inter alia*, Kingate
Management and FIM.

20.     Attached as Exhibit I is a true and correct copy of a March 12, 2010 email from
Robert Dakis to Marc Hirschfield and Frederick Chockley attaching correspondence between
counsel to the Joint Liquidators and counsel to Kingate Management and FIM regarding the
Kingate Funds' discovery requests.

21.     Attached as Exhibit J is a true and correct copy of a July 15, 2010 e-mail from
Robert S. Loigman to Marc E. Hirschfield and Frederick W. Chockley III, attaching a draft
tracing analysis.

22.     Attached as Exhibit K is a true and correct copy of a November 12, 2010 e-mail
from Robert Dakis to Frederick Chockley, *et al.*, attaching the summary pages of the draft
tracing analysis (the email attached the entire draft tracing analysis, which backs up the
summaries).

I declare under penalty of perjury under the laws of the State of New York that the
foregoing is true and correct.

Executed on February 18, 2014, at New York, New York.


/s/ Robert S. Loigman
       Robert S. Loigman

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Timothy S. Pfeifer
Keith R. Murphy
Geraldine Ponto
Michelle R. Kaplan

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, CARLO GROSSO, KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD., KINGATE MANAGEMENT | Adv. Pro. No. 09-1161 (BRL) <br><br><br> **THIRD AMENDED COMPLAINT** |

LIMITED, FIM ADVISERS LLP, FIM LIMITED,
CITI HEDGE FUND SERVICES LIMITED,
FIRST PENINSULA INDIVIDUALLY AND AS
TRUSTEES OF THE ASHBY TRUST, THE
ASHBY TRUST, ASHBY INVESTMENT
SERVICES LIMITED INDIVIDUALLY AND AS
TRUSTEES OF THE ASHBY TRUST, ALPINE
TRUSTEES LIMITED INDIVIDUALLY AND AS
TRUSTEES OF THE EL PRELA TRUST, PORT
OF HERCULES LTD. INDIVIDUALLY AND AS
TRUSTEE OF THE EL PRELA TRUST, EL
PRELA TRUST, EL PRELA GROUP HOLDING
SERVICES, ASHBY HOLDING SERVICES
LIMITED, AND EL PRELA TRADING
INVESTMENTS LIMITED AND HSBC BANK
BERMUDA LIMITED,

     Defendants.

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of

Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated

estate of Bernard L. Madoff ("Madoff"), under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*. ("SIPA"), by his undersigned counsel, under Rule 15 of the Federal Rules of

Civil Procedure for his Third Amended Complaint, states as follows:

**I.**  **FEDERICO CERETTI AND CARLO GROSSO FEED BLMIS THROUGH
KINGATE**

**Madoff's Ponzi Scheme**

1.  As is now well-known, Madoff masterminded a Ponzi scheme of breathtaking

scale, scope, and duration.  For at least two decades before he confessed on December 11, 2008

(the "Filing Date"), Madoff stole approximately $20 billion from the customers of his fraudulent

brokerage BLMIS.

2.  Madoff did not invest any of the $20 billion that he stole.  Rather, he gave old

"investors" some of the money that new "investors" injected into his Ponzi scheme.

3.  By the Filing Date, BLMIS fabricated account statements for its nearly 4,900

customer accounts that purported to show approximately $65 billion invested with BLMIS.
These customer accounts, however, had not accrued any real profits because no investments had
ever been made.

4.      All Ponzi schemes must collapse eventually.  The world's supply of money is
finite.  Madoff, however, sustained his Ponzi scheme for so long with capital from around the
globe.  Madoff could not and did not accomplish this alone.

5.      The Trustee has identified a complex web of interconnected people and financial
institutions that solicited billions of dollars for BLMIS in Europe, Russia, the Middle East, and
elsewhere.  Defendants Federico Ceretti ("Ceretti") and Carlo Grosso ("Grosso"), Italian
nationals operating from England and reaching into continental Europe, were an important part
of Madoff's de facto global sales force.

6.      Both Ceretti and Grosso had close and long-lasting business and personal
relationships with Madoff.  Both regularly met with Madoff in New York and elsewhere for over
a decade.  Moreover, Ceretti and Grosso worked together with the principals of certain other
BLMIS "feeder funds" that also fed hundreds of millions into BLMIS.

7.      Like any sales force that sells only one product, Ceretti and Grosso fought with
these other feeder funds over territory and over what they earned off of Madoff's victims.

### Ceretti and Grosso

8.      Ceretti and Grosso established and operated two large feeder funds that together
fed approximately $1.7 billion of other people's money into BLMIS:  Defendants Kingate Global
Fund, Ltd. ("Kingate Global") beginning in 1994, and its offshoot Kingate Euro Fund, Ltd.
("Kingate Euro") beginning in 2000 (together, the "Kingate Funds").  The Kingate Funds were
both 100 percent invested in BLMIS.

9.      As alleged fully herein, Ceretti and Grosso shielded the Kingate Funds from

outside scrutiny and, consistent with Madoff's pattern of secrecy, permitted no genuine due diligence.

10.     Since their inception, the Kingate Funds redeemed nearly a billion dollars from BLMIS under circumstances that put Ceretti, Grosso, the Kingate Funds (and, as set forth fully herein, certain of the other Defendants) on notice of fraudulent activity at BLMIS.  These avoidable transfers to the Kingate Funds are Customer Property that must be returned to the estate.[1]

### Ceretti and Grosso Work with Tremont to Exploit European Capital

11.     In the early 1990s, Ceretti and Grosso were introduced to Madoff by Sandra Manzke ("Manzke"), a hedge fund manager then affiliated with Tremont (Bermuda) Limited ("Tremont") and a key player in feeding primarily U.S.-based capital into BLMIS.[2]

12.     Ceretti and Grosso sought to establish a BLMIS feeder fund that targeted primarily European investors.  With the assistance of Manzke and Tremont, Ceretti and Grosso formed Kingate Global in 1994.

13.     Around the same time, Ceretti and Grosso created Kingate Management Limited ("Kingate Management") to act as "co-manager" of Kingate Global with Tremont.  Manzke also acted as a vice-president of Kingate Global.

14.     Kingate Management, in fact, had only three employees who, as alleged fully herein, were unclear about the scope of their duties.

15.     Neither Kingate Management nor Tremont "managed" anything about the

---

[1] Under SIPA § 78lll, "The term 'customer property' means cash and securities (except customer name securities delivered to the customer) at any time received, acquired, or held by or for the account from a debtor from or for the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted."
[2] The Trustee has filed a separate action in this Court against Manzke and Tremont in adversary proceeding No. 10-5310.

Kingate Funds.

16.     Rather, Kingate Management and Tremont began taking fees for feeding
hundreds of millions of dollars of other people's money into BLMIS through the Kingate Funds.

17.     Initially, Ceretti and Grosso received a fee of 1 percent of the assets that they
introduced to the Kingate Funds.  Tremont would receive a 0.5 percent fee on these same assets.
Reciprocally, if Tremont introduced the assets to the Kingate Funds, it would receive the 1
percent fee and Kingate Management would receive the 0.5 percent fee.  This lucrative
arrangement lasted in several configurations for over a decade until the day Madoff confessed,
although Tremont's role diminished over time.

### Ceretti and Grosso Contrive to Insulate BLMIS and the Kingate Funds from Scrutiny

18.     Ceretti and Grosso enriched themselves on the back of the Kingate Funds'
investors through Kingate Management and their other companies, Defendants FIM Limited and
its affiliate FIM Advisers LLP ("FIM Advisers" and together "FIM").

19.     Kingate Management and FIM (together, the "Management Defendants"), owned
(directly or beneficially) and controlled by Ceretti and Grosso, purported to "advise," "consult,"
and "manage" the Kingate Funds and received millions of dollars in management and consulting
fees simply for feeding money into BLMIS.

20.     The Management Defendants further purported to conduct "due diligence" on the
Kingate Funds, but no genuine due diligence took place.  Moreover, Ceretti and Grosso took
active measures to prevent any due diligence on BLMIS and the Kingate Funds.  Ceretti and
Grosso repeatedly and staunchly suppressed the concerns of investors (and even FIM employees)
regarding the lack of transparency of the Kingate Funds and BLMIS.  Ceretti and Grosso
expressly directed that no such diligence be performed.

21.     The Management Defendants collected hundreds of millions of dollars in fees

from investors in the Kingate Funds who were, of course, 100 percent invested in BLMIS.  Most of this money went to Ceretti and Grosso personally.

## Citi Hedge Fails to Properly Examine BLMIS and the Kingate Funds

22.     Citi Hedge Fund Services Limited ("Citi Hedge") acted as the administrator for the Kingate Funds.  Despite its commitment to do so, Citi Hedge failed to independently verify the pricing information provided by Madoff.  Rather, it relied solely on information provided by Madoff to calculate and disseminate the Kingate Funds' Net Asset Value ("NAV").

23.     Ceretti and Grosso, the Management Defendants, and Citi Hedge did not perform any meaningful, substantive, or reasonable due diligence on the Kingate Funds or BLMIS's operations, its returns, or the basis for its consistency.  As alleged fully herein, Ceretti, Grosso, and the Management Defendants knowingly and purposely ignored countless red flags of fraudulent activity at BLMIS.

24.     Ceretti, Grosso, the Management Defendants, and Citi Hedge consistently disregarded the red flags raised by the BLMIS account statements, trade confirmations, market activity, and external and internal sources that indicated BLMIS's fraudulent activity.  In fact, many of the account statements and trade confirmations reviewed by Ceretti, Grosso, the Management Defendants, and Citi Hedge reflected trades that were facially impossible.

25.     Every dollar received by Ceretti, Grosso, the Management Defendants, and Citi Hedge is Customer Property and must be returned to the estate for equitable distribution.

## Ceretti and Grosso's Shell Companies

26.     Ceretti and Grosso also established and controlled a complex network of trusts and shell companies to ensure that Ceretti and Grosso were the ultimate beneficiaries of the monies collected by Kingate Management.

### Ceretti's Shell Companies

27.     Ceretti is the ultimate beneficiary of Defendant El Prela Trust ("El Prela Trust").
Ceretti set up and acted as principal for Defendant El Prela Trading Investments Limited, as
Trustee of El Prela Trust ("El Prela Trading"), Defendant Port of Hercules Trustees Ltd., as
Trustee of El Prela Trust ("Port of Hercules"), and Defendant Alpine Trustees Limited, as
Trustee of El Prela Trust ("Alpine Trustees").  Ceretti also created Defendant El Prela Group
Holding Services ("El Prela Group") as the holding company for these Ceretti entities.

28.     At least $87 million was transferred from Kingate Management into, and among,
bank accounts belonging to these entities since at least 2001.  These entities, on behalf of Ceretti
and Grosso, also actively bought and sold securities, including self-dealing in shares of Kingate
Global.

### Grosso's Shell Companies

29.     Grosso is the ultimate beneficiary of Defendant Ashby Trust ("Ashby Trust").
Grosso set up and acted as principal for Defendant First Peninsula, as Trustee of the Ashby Trust
("First Peninsula") and Defendant Ashby Investments, as Trustee of the Ashby Trust ("Ashby
Investments").  Grosso also created Defendant Ashby Holding Services Limited ("Ashby
Holding") as the holding company for these Grosso entities.

30.     At least $87 million was transferred from Kingate Management into, and among,
bank accounts belonging to these entities since at least 2001.  These entities, on behalf of Ceretti
and Grosso, also actively bought and sold securities.

31.     Together, the Ashby Trust, First Peninsula, Ashby Investments, Alpine Trustees,
Port of Hercules, El Prela Trading, El Prela Trust, El Prela Group, and Ashby Holding shall be
referred to as the "Ceretti and Grosso Shell Company Defendants."

32.     An organizational chart depicting the network of entities and shell companies

Ceretti and Grosso used to funnel funds from BLMIS to themselves is attached hereto as Exhibit C.

## II.    NATURE OF PROCEEDING

33.    BLMIS made avoidable and recoverable initial transfers to, or for the benefit of, the Kingate Funds in the amount of at least $975,541,729.  A number of defendants received subsequent transfers in the form of fees, which are recoverable subsequent transfers.  This action is brought to recover these avoidable transfers so that this Customer Property can be equitably distributed by the Trustee in accordance with his statutory authority.

34.    The Trustee brings this adversary proceeding under the statutory authority afforded to him by SIPA §§ 78fff(b), 78fff-1(a), and 78fff-2(c)(3), sections 105(a), 502(d), 510(c), 544, 547, 548(a), 550(a), and 551 of Title 11, United States Code (the "Bankruptcy Code"), the New York Fraudulent Conveyance Act (N.Y. Debt. & Cred. § 270, et seq. (McKinney 2001)) ("DCL"), NY C.P.L.R. § § 203(g) and 213(8), and other applicable law, for avoidance and recovery of preferential transfers and fraudulent transfers, recovery of subsequent transfers, disallowance of customer claims, equitable subordination, unjust enrichment, conversion, and money had and received.

## III.    JURISDICTION AND VENUE

35.    This is an adversary proceeding commenced before the same Court before which the main underlying SIPA Proceeding, No. 08-01789 (BRL) (the "SIPA Proceeding"), is pending.  The SIPA Proceeding was originally brought in the United States District Court for the Southern District of New York as Securities Exchange Commission v. Bernard L. Madoff Investment Securities LLC, et al., No. 08-CV-10791 (the "District Court Proceeding") and has been referred to this Court.  This Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(b) and 15 U.S.C. §§ 78eee(b)(2)(A), (b)(4).

36.     This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (F), (H) and (O).

37.     Venue in this district is proper under 28 U.S.C. § 1409.

## IV.   **BACKGROUND**

38.     On the Filing Date, Madoff was arrested by federal agents for violation of the criminal securities laws, including, inter alia, securities fraud, investment adviser fraud, and mail and wire fraud.  Contemporaneously, the Securities and Exchange Commission ("SEC") commenced a District Court Proceeding against Madoff and BLMIS.  The SEC complaint alleges that Madoff and BLMIS engaged in fraud through the investment adviser activities of BLMIS.  The District Court Proceeding remains pending.

39.     On December 12, 2008 The Honorable Louis L. Stanton of the District Court entered an order appointing Lee S. Richards, Esq. (the "Receiver") as receiver for the assets of BLMIS.

40.     On December 15, 2008 under section 78eee(a)(4)(A), the SEC consented to a combination of its own action with an application of SIPC.  Thereafter, under section 78eee(a)(4)(B) of SIPA, SIPC filed an application in the District Court alleging, inter alia, that BLMIS was not able to meet its obligations to securities customers as they came due and, accordingly, its customers needed the protections afforded by SIPA.

41.     Also on December 15, 2008 Judge Stanton granted the SIPC application and entered an order under SIPA (known as the "Protective Decree"), which, in pertinent part:

a.     appointed the Trustee for the liquidation of the business of BLMIS under SIPA section 78eee(b)(3);

b.     appointed Baker & Hostetler LLP as counsel to the Trustee under SIPA section 78eee(b)(3); and

c.     removed the case to this Bankruptcy Court under section 78eee(b)(4) of SIPA.

By this protective Decree, the Receiver was removed as Receiver for BLMIS.

42.      By orders dated December 23, 2008 and February 4, 2009, respectively, the

Bankruptcy Court approved the Trustee's bond and found the Trustee was a disinterested person.

Accordingly, the Trustee is duly qualified to serve and act on behalf of the estate of BLMIS.

43.      At a plea hearing (the "Plea Hearing") on March 12, 2009 in the case captioned

United States v. Madoff, Case No. 09-CR-213 (DC) (S.D.N.Y. March 12, 2009) (Docket No.

50), Madoff pleaded guilty to an eleven-count criminal information filed against him by the

United States Attorney's Office for the Southern District of New York.  At the Plea Hearing,

Madoff admitted that he "operated a Ponzi scheme through the investment advisory side of

[BLMIS]."  Id. at 23.  Additionally, Madoff admitted "[a]s I engaged in my fraud, I knew what I

was doing [was] wrong, indeed criminal."  Id.  On June 29, 2009 Madoff was sentenced to 150

years in prison.

44.      On August 11, 2009 a former BLMIS employee, Frank DiPascali, pled guilty to

participating in and conspiring to perpetuate the Ponzi scheme.  At a plea hearing on August 11,

2009 in the case entitled United States v. DiPascali, Case No. 09-CR-764 (RJS) (S.D.N.Y. Aug.

11, 2009), DiPascali pleaded guilty to a ten-count criminal information.  Among other things,

DiPascali admitted that the Ponzi scheme had been ongoing at BLMIS since at least the 1980s.

Id. at 46.

## V.      THE TRUSTEE'S POWER AND STANDING

45.      As Trustee appointed under SIPA, the Trustee is charged with recovering and

paying out Customer Property to BLMIS customers, assessing claims, and liquidating any other

assets of BLMIS for the benefit of the estate and its creditors.  The Trustee is in the process of

marshalling BLMIS's assets, and this liquidation is well underway.  However, the estate's

present assets will not be sufficient to reimburse BLMIS customers for the billions of dollars

they invested with BLMIS over the years.  Consequently, the Trustee must use his broad

authority under SIPA and the Bankruptcy Code to pursue recovery from customers who received preferences and fraudulent transfers to the detriment of other defrauded customers whose money was consumed by the Ponzi scheme. Absent this and other recovery actions, the Trustee will be unable to satisfy the claims described in subparagraphs (A) through (D) of SIPA section 78fff-2(c)(1).

46.     Under SIPA section 78fff-1(a), the Trustee has the general powers of a bankruptcy trustee in a case under the Bankruptcy Code, in addition to the powers granted by SIPA under section 78fff-1(b). Chapters 1, 3, 5 and subchapters I and II of chapter 7 of the Bankruptcy Code apply to this case to the extent consistent with SIPA.

47.     Under SIPA sections 78fff(b) and 78lll(7)(B), the Filing Date is deemed to be the date of the filing of the petition within the meaning of section 548 of the Bankruptcy Code and the date of commencement of the case within the meaning of section 544 of the Bankruptcy Code.

48.     The Trustee has standing to bring these claims under section 78fff-1(a) of SIPA and the Bankruptcy Code, including sections 323(b), 544 and 704(a)(1), because, among other reasons:

  a.     the Defendants received Customer Property;

  b.     BLMIS incurred losses as a result of the claims set forth herein;

  c.     BLMIS customers were injured as a result of the conduct detailed herein;

  d.     SIPC has not reimbursed, and statutorily cannot fully reimburse, all customers for their losses;

  e.     the Trustee will not be able to fully satisfy all claims;

  f.     the Trustee, as bailee of Customer Property, can sue on behalf of the customer-bailors;

  g.     the Trustee is the assignee of claims paid, and to be paid, to customers of

BLMIS who have filed claim in the liquidation proceeding (such claim-filing customers, collectively, "Accountholders"). As of this date, the Trustee has received multiple, express unconditional assignments of applicable Accountholders' causes of action, which actions could have been asserted against Defendants. As assignee, the Trustee stands in the shoes of persons who have suffered injury in fact and a distinct loss for which the Trustee is entitled to reimbursement in the form of monetary damages; the Trustee brings this action on behalf of, among others, those defrauded customers of BLMIS who invested more money in BLMIS than they withdrew;

    h.    SIPC is the subrogee of claims paid, and to be paid, to customers of BLMIS who filed claims in the liquidation proceeding. SIPC has expressly conferred upon the Trustee enforcement of its rights of subrogation with respect to payments it has made and is making to customers of BLMIS from SIPC funds; and

    i.    the Trustee has the power and authority to avoid and recover transfers under §§ 544, 547, 548, 550(a), and 551 of the Bankruptcy Code and SIPA §§ 78fff-1(a) and 78fff-2(c)(3).

## VI.   **DEFENDANTS**

### *A.*   *The Masterminds*

49.    **Federico Ceretti:** Ceretti is a resident of the United Kingdom and maintains an address at 37 Queens Gate Gardens, London, SW7 5RR, United Kingdom.

50.    **Carlo Grosso:** Grosso is a resident of the United Kingdom and maintains an address at 22 Cathcart Road, London SW10 9NN, United Kingdom.

51.    Grosso founded FIM Limited in 1981 and remains its Executive Chairman.

52.    Ceretti and Grosso established the Kingate Funds in 1994 and 2000 and created Kingate Management in 1994.

53.    Ceretti and Grosso co-founded FIM Advisers in 2004. Grosso is acting Executive Chairman and Chief Investment Officer while Ceretti holds the position of Chief Executive Officer.

54.    Ceretti and Grosso have operating authority over Kingate Management, and FIM's business operations, and had operating authority over the Kingate Funds, including the

Kingate Funds' investments with BLMIS in New York.

55.     On information and belief, Ceretti and Grosso controlled and dominated all
aspects of the Kingate Funds' business operations and Kingate Management and FIM, including
the transfer of millions of dollars in fees collected by Kingate Management for "managing" the
Kingate Funds to Ceretti and Grosso's Shell Company Defendants, ultimately for their own
benefit.

56.     Ceretti and Gross communicated regularly with persons in New York regarding
BLMIS.

### B.     *The BLMIS Feeder Funds*

57.     **<u>Kingate Global:</u>**  Kingate Global is an international business company organized
under the laws of the British Virgin Islands with a registered address at Bison Court, P.O. Box
3460, Road Town, Tortola, British Virgin Islands.

58.     Ceretti and Grosso commenced Kingate Global operations in 1994 and shares in
Kingate Global were first sold on March 1, 1995.  Since its inception, all or substantially all of
Kingate Global's assets were invested through BLMIS.

59.     According to BLMIS's records, Kingate Global maintained an account with
BLMIS designated 1FN061 (the "Kingate Global Account").  The Kingate Global Account was
opened on or about March 2, 1994 when a Customer Agreement, an Option Agreement, and a
Trading Authorization Limited to Purchases and Sales of Securities and Options (the "Kingate
Global Account Opening Documents") were executed and delivered to BLMIS at its
headquarters at 885 Third Avenue, New York, New York.  This account was still open when
Madoff was arrested on December 11, 2008.

60.     Kingate Global used New York banks to transfer funds into BLMIS, transferring
investor funds to, as well as receiving monies and receipts from, the BLMIS account at

JPMorgan Chase & Co., Account #xxxxxxxxxxxxx703 ("the 703 Account").

61.     **Kingate Euro:**  Defendant Kingate Euro is an international business company organized under the laws of the British Virgin Islands with a registered address at Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands.

62.     According to BLMIS's records, Kingate Euro maintained an account with BLMIS designated 1FN086 (the "Kingate Euro Account").  The account that came to be known as the Kingate Euro Account was opened originally on or about January 4, 1996 for a sub-fund of Kingate Global created to handle investments that were made in Deutsche Marks.  In May 2000, that sub-fund became a separate legal entity, Kingate Euro, which handled investments denominated in Euros and assumed the rights to the old sub-fund's account at BLMIS.  A Customer Agreement, an Option Agreement, and a Trading Authorization Limited to Purchases and Sales of Securities and Options (the "Kingate Euro Account Opening Documents") were executed and delivered on behalf of Kingate Euro to BLMIS at its headquarters at 885 Third Avenue, New York, New York.

63.     Kingate Euro used New York banks to transfer funds into BLMIS, transferring investor funds to, as well as receiving monies and receipts from, the 703 Account.

64.     The Kingate Funds are currently in liquidation.  On June 4, 2009 the Eastern Caribbean Supreme Court in the High Court of Justice of the Virgin Islands appointed Joint Liquidators of the Kingate Funds.  On October 5, 2009 the Supreme Court of Bermuda appointed the same Joint Liquidators.  The Joint Liquidators have filed several actions in Bermuda, including an action against HSBC Bank Bermuda Limited f/k/a Bank Bermuda Limited ("Bank Bermuda") seeking the release of the proceeds of the transfers at issue in this action which are held in the Kingate Funds' accounts.

### C.    *The Management Defendants*

65.    **Kingate Management**: Defendant Kingate Management is a corporation

organized, controlled, and beneficially owned by Ceretti and Grosso under the laws of Bermuda

on February 24, 1994 with a registered address at 2 Reid Street, Hamilton HM11, Bermuda.

66.    Kingate Management's purported purpose was to manage the Kingate Funds. Its

duties included selecting the Kingate Funds' sole investment adviser (BLMIS) and arranging

accounting and administrative services for the Kingate Funds.

67.    As manager of the Kingate Funds, Kingate Management directed that the Kingate

Funds transact and conduct business in New York, by inter alia, investing all of the assets of the

Kingate Funds through BLMIS in New York.

68.    **FIM Limited**: FIM Limited is an asset management company incorporated by

Grosso under the laws of the United Kingdom with a registered address at Buchanan House, 1st

Floor, 3 St. James's Square, London, SW1Y4JU, United Kingdom. Ceretti and Grosso control

and beneficially own FIM Limited.

69.    FIM Limited provided consultancy services to Kingate Management from 1995

until 2005, when Ceretti and Grosso created FIM Advisers, an affiliate which assumed the

contract for consultancy services for Kingate Management. Kingate Management paid fees to

FIM Limited at its account with Brown Brothers Harriman & Co. in New York, New York.

70.    **FIM Advisers**: FIM Advisers is a limited liability partnership formed,

controlled, and beneficially owned by Ceretti and Grosso under the laws of the United Kingdom

with a registered address at 20 St. James Square, London, SW1A 1ES, United Kingdom.

71.    FIM Advisers entered into a contract with Kingate Management on August 1,

2005 whereby FIM Advisers would render consulting advice and services for the Kingate Funds.

72.    FIM Advisers and its New York affiliate, FIM (USA), Inc. ("FIM (USA)"),

actively marketed FIM Advisers' services in the United States.  FIM (USA) also performed

research functions in New York on behalf and under the direction of FIM Advisers, FIM

Limited, Kingate Management, and Ceretti and Grosso.

### D.    *The Administrator*

73.    **Citi Hedge**:  Citi Hedge, formerly known as BISYS Hedge Fund Services

Limited and previously known as Hemisphere Management Limited ("Hemisphere"), is

incorporated under the laws of Bermuda with a registered address at 9 Church Street, PO Box

HM 951, Hamilton HM11, Bermuda.

74.    Citi Hedge is an affiliate of Citigroup, Inc. and Citi Hedge Fund Services, Inc., a

Delaware corporation registered to do business in New York with a registered address at 3435

Stelzer Road, Columbus, OH 43219.  The Kingate Funds paid Citi Hedge via accounts at J.P.

Morgan Chase in New York.

### E.    *The Ceretti and Grosso Shell Companies*

75.    Ceretti and Grosso moved hundreds of millions of dollars in fraudulent transfers

from the Kingate Funds through Kingate Management to shell companies that they owned and

controlled.

76.    The Ceretti and Grosso Shell Company Defendants routinely received funds

originating from New York and derived substantial revenue from the receipt of these funds.

77.    **Ashby Holding**:  Ashby Holding is a limited liability company organized under

the laws of the British Virgin Islands with a registered address at Palm Grove House, P.O. Box

3186, Road Town, Tortola, British Virgin Islands and its registered agent is Moore Stephens

International Services (BVI) Limited.  It also has an administrative office located at c/o Moore

Stephens Services SAM, L'Estoril, Bloc C, 31 Avenue Princess Grace, MC 38000 Monaco.

Ashby Holding received tens of millions of dollars in fraudulent transfers from Kingate

Management from April to December 2008.  At all material times, Ashby Holding was the
owner of 50 percent of the issued share capital in Kingate Management.

78.    **First Peninsula**:  First Peninsula is a limited liability company incorporated
under the laws of Liberia with a registered address of 80 Broad Street, Monrovia, Liberia.  First
Peninsula received tens of millions of dollars in fraudulent transfers from Kingate Management
from 2001 to 2008.  First Peninsula was a registered holder of the issued share capital in Ashby
Holding, which it held in trust for the beneficiaries of the Ashby Trust, including Grosso.

79.    **Ashby Investment**:  Ashby Investment is a limited liability company
incorporated under the laws of  the British Virgin Islands with a registered address at Palm
Grove House, P.O. Box 3186, Road Town, Tortola, British Virgin Islands and its registered
agent is Moore Stephens International Services (BVI) Limited.  It also has an administrative
office located at c/o Moore Stephens Services SAM, L'Estoril, Bloc C, 31 Avenue Princess
Grace, MC 38000 Monaco.  Ashby Investment received millions of dollars in fraudulent
transfers from Kingate Management in 2008.  Ashby Investment was a registered holder of the
issued share capital in Ashby Holding, which it held in trust for the beneficiaries of the Ashby
Trust, including Grosso.

80.    **Ashby Trust:**  On information and belief, Ashby Trust is a trust company formed
in either Tortola, British Virgin Islands or Monrovia, Liberia and hundreds of millions of dollars
in fraudulent transfers were funneled from Kingate Management through certain of the Ceretti
and Grosso Shell Company Defendants and into the Ashby Trust for its beneficiaries, including
Grosso.

81.    **El Prela Group**:  El Prela Group is a limited liability company incorporated
under the laws of the British Virgin Islands with a registered address at  Palm Grove House, P.O.
Box 3186, Road Town, Tortola, British Virgin Islands and its registered agent is Moore Stephens

International Services (BVI) Limited.  It also has an administrative office located at c/o Moore
Stephens Services SAM, L'Estoril, Bloc C, 31 Avenue Princess Grace, MC 38000 Monaco.  El
Prela Group received millions of dollars in fraudulent transfers from Kingate Management from
April to December 2008.  At all material times, El Prela Group was the owner of 50 percent of
the issued share capital in Kingate Management.

82.    **Alpine Trustees**:  Alpine Trustees is a limited liability company incorporated
under the laws of Liberia with a registered address at 80 Broad Street, Monrovia, Liberia.
Alpine Trustee received tens of millions of dollars in fraudulent transfers from Kingate
Management from 2001 to 2008.  At all material times, Alpine was a registered holder of the
issued share capital in El Prela Group.

83.    **Port of Hercules**:  Port of Hercules is a limited liability company incorporated
under the laws of the British Virgin Islands with a registered address at Palm Grove House, P.O.
Box 3186, Road Town, Tortola, British Virgin Islands and its registered agent is Moore Stephens
International Services (BVI) Limited.  Port of Hercules received millions of dollars in fraudulent
transfers from Kingate Management from 2001 to 2008.  At all material times, Port of Hercules
was a registered holder of the issued share capital in El Prela Group, which it held in trust for the
beneficiaries of El Prela Trust, including Ceretti.

84.    **El Prela Trading**:  El Prela Trading is a limited liability company organized
under the laws of the British Virgin Islands with a registered address located at Palm Grove
House, P.O. Box 3186, Road Town, Tortola, British Virgin Islands and its registered agent is
Moore Stephens International Services (BVI) Limited.  It also has an administrative office
located at c/o Moore Stephens Services SAM, L'Estoril, Bloc C, 31 Avenue Princess Grace, MC
38000 Monaco.  El Prela Trading received tens of millions of dollars in fraudulent transfers from
Kingate Management during 2008.  At all material times, El Prela Trading was a registered

holder of the issued share capital in El Prela Group, which it held in trust for the beneficiaries of
the El Prela Trust, including Ceretti.

85.    **El Prela Trust:**  On information and belief, El Prela Trust is a trust company
formed in either Tortola, British Virgin Islands or Monrovia, Liberia and hundreds of millions of
dollars in fraudulent transfers were funneled from Kingate Management through certain of the
Ceretti and Grosso Shell Company Defendants and into the El Prela Trust for its beneficiaries,
including Ceretti.

86.    On information and belief, the Ceretti and Grosso Shell Company Defendants
transferred funds to New York bank accounts at the request of and for the benefit of Ceretti and
Grosso.  For example, on or about March 31, 2008, Ashby Holding transferred $5 million to a
bank account in New York at the request of Grosso.

### F.    *The Custodian*

87.    **Bank Bermuda:**  Bank Bermuda is a banking institution with a registered address
at 9 Bermudiana Road, Compass Point, 5th Floor, Pembroke, Bermuda.

88.    On March 1, 1994 and May 1, 2000, Kingate Global and Kingate Euro,
respectively, entered into Custodian Agreements with Bank Bermuda whereby Bank Bermuda
would serve as custodian for the Kingate Funds as the repository for the assets of the Kingate
Funds.

89.    Bank Bermuda used New York banks to transfer funds into BLMIS, transferring
investor funds into, and receiving monies and receipts from, the 703 Account.

### G.    *This Court Has Personal Jurisdiction Over All Defendants*

90.    This Court has personal jurisdiction over all defendants named herein under New
York Civil Practice Law Rule 302 and Bankruptcy Rule 7004 because each defendant has
intentionally taken full advantage of the rights, benefits and privileges of conducting business

and/or transactions in the State of New York, purposely availed itself of the laws of the State of

New York by undertaking significant commercial activities in New York, and by receiving

Customer Property to its benefit, derived significant revenue from New York and maintained

minimum contacts with New York in connection with the claims alleged herein.  Additionally,

the defendants have committed tortious acts both within and without New York, causing injury

in New York and to customers and creditors of BLMIS, derived substantial revenue from direct

or indirect investments with BLMIS and Madoff and expect or should reasonably expect that

their conduct would have consequences in New York.

## VII.   **THE PONZI SCHEME**

91.    BLMIS was founded by Madoff in 1959 and, for most of its existence, operated

from its principal place of business at 885 Third Avenue, New York, New York.  Madoff, as

founder, chairman, chief executive officer, and sole owner, operated BLMIS together with

several of his friends and family members.  BLMIS was registered with the SEC as a securities

broker-dealer under Section 15(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78o(b).

By virtue of that registration, BLMIS was a member of SIPC.  BLMIS had three business units:

market making, proprietary trading, and investment advisery (the "IA Business").

92.    Outwardly, Madoff ascribed the consistent success of the IA Business to the so-

called split-strike conversion strategy ("SSC Strategy").  Under that strategy, Madoff purported

to invest BLMIS customers' funds in a basket of common stocks within the Standard & Poor's

100 Index ("S&P 100") – a collection of the 100 largest publicly traded companies.  Madoff

claimed that his basket of stocks would mimic the movement of the S&P 100.  He also asserted

that he would carefully time purchases and sales to maximize value, and BLMIS customers'

funds would, intermittently, be out of the equity markets.

93.    The second part of the SSC Strategy was the hedge of Madoff's stock purchases

with options contracts. Those option contracts acted as a "collar" to limit both the potential

gains and losses on the basket of stocks. Madoff purported to use proceeds from the sale of S&P

100 call options to finance the cost of purchasing S&P 100 put options. Madoff told BLMIS

customers that when he exited the market, he would close out all equity and option positions and

invest all the resulting cash in United States Treasury bills or in mutual funds holding Treasury

bills. Madoff also told customers, including Ceretti and Grosso and certain of the other

Defendants named herein, that these "round-trips" into the market would occur between six and

ten times each year.

94.     BLMIS's IA Business customers received fabricated monthly or quarterly

statements showing that securities were held in, or had been traded through, their accounts. The

securities purchases and sales shown in the account statements never occurred, and the profits

reported were entirely fictitious. At the Plea Hearing, Madoff admitted that he never made the

investments he promised clients, who believed they were invested with him in the split strike

conversion strategy. He further admitted that he never purchased any of the securities he

claimed to have purchased for IA Business' customer accounts. In fact, there is no record of

BLMIS having cleared a single purchase or sale of securities in connection with the SSC

Strategy on any trading platform on which BLMIS reasonably could have traded securities.

Instead, investors' funds were principally deposited into the 703 Account.

95.     Prior to his arrest, Madoff assured clients and regulators that he purchased and

sold the put and call options on the over-the-counter ("OTC") market after hours, rather than

through any listed exchange. Based on the Trustee's investigation to date, there is no evidence

that the IA Business ever entered into any OTC options trades on behalf of IA Business account

holders.

96.     For all periods relevant hereto, the IA Business was operated as a Ponzi scheme.

The money received from investors was not invested in stocks and options, but rather used to pay

withdrawals and to make other avoidable transfers.  Madoff also used his customers' investments

to enrich himself, his associates, and his family.

97.     The falsified monthly account statements reported that the accounts of the IA

Business customers had made substantial gains, but in reality, due to the siphoning and diversion

of new investments to fulfill payment requests or withdrawals from other BLMIS

Accountholders, BLMIS did not have the funds to pay investors for those new investments.

BLMIS only survived as long as it did by using the stolen principal invested by customers to pay

other customers.  Almost ten percent of this stolen principal was fed into the Ponzi scheme by

Ceretti and Grosso's Kingate Funds.

98.     It was essential for BLMIS to honor requests for payments in accordance with the

falsely inflated account statements, because failure to do so promptly could have resulted in

demand, investigation, the filing of a claim, and disclosure of the fraud.

99.     In an effort to hinder, delay or defraud authorities from detecting the fraud,

BLMIS did not register as an investment adviser until August 2006.  In or about January 2008,

BLMIS filed with the SEC an amended Uniform Application for Investment Adviser

Registration.  The application represented, inter alia, that BLMIS had 23 customer accounts and

assets under management of approximately $17.1 billion.  In fact, in January 2008, BLMIS had

approximately 4,900 active client accounts with a purported value of approximately $65 billion

under management.

100.    Madoff's scheme continued until December 2008 when the requests for

withdrawals overwhelmed the flow of new investments and caused the inevitable collapse of the

Ponzi scheme.

101.    Based upon the Trustee's ongoing investigation, there were more than 8,000

customer accounts at BLMIS over the life of the scheme. In early December 2008, BLMIS

generated account statements for its approximately 4,900 open customer accounts. When added

together, these statements purportedly showed that BLMIS customers had approximately $65

billion invested through BLMIS. In reality, BLMIS had assets on hand worth only a fraction of

that amount. Customer accounts had not accrued any real profits because virtually no

investments were ever made. By the time the Ponzi scheme came to light on December 11,

2008, with Madoff's arrest, investors had already lost approximately $20 billion in principal.

102.     Thus, at all times relevant hereto, the liabilities of BLMIS were billions of dollars

greater than its assets. BLMIS was insolvent in that: (i) its assets were worth less than the value

of its liabilities; (ii) it could not meet its obligations as they came due; and (iii) at the time of the

transfers, BLMIS was left with insufficient capital.

## VIII.  THE KINGATE FUNDS AND DEFENDANTS' ROLE IN PERPETUATING THE FRAUD

### A.     *Ceretti and Grosso Create The Kingate Funds*

103.     With over 60 years of experience in the financial industry between them, Ceretti

and Grosso used their expertise to induce investors to hand over millions of dollars to BLMIS

through the Kingate Funds, all the while collecting staggering "fees" from management and

consulting companies specifically instructed to turn a blind eye.

104.     Ceretti and Grosso orchestrated a complex network of funds, fund managers, and

shell companies to launder the money they siphoned from the Kingate Funds' investors.

105.     Manzke, a U.S. hedge fund manager then affiliated with Tremont and a key player

in funneling billions of dollars into the Ponzi scheme, personally introduced Grosso and Ceretti

to Madoff in the early 1990s.

106.     Following a 1993 investigation of BLMIS by the SEC, Madoff informed fund

managers, including Manzke, that going forward BLMIS would only accept funds for its IA

Business, rather than individual accounts.  Manzke proceeded to form a domestic fund, the

Tremont Broad Market Fund, and Ceretti and Grosso joined with Manzke to create Kingate

Global as the foreign fund counterpart.

107.    Ceretti and Grosso were the founders of Kingate Global and Manzke was a

director of Kingate Global.  Ceretti, Grosso, and Manzke used the Kingate Funds as vehicles to

funnel investments directly and exclusively into BLMIS.

108.    Around the same time, Ceretti and Grosso created Kingate Management,

incorporated in Bermuda in 1994.  Ceretti and Grosso formed Kingate Management to act as co-

manager of Kingate Global with Tremont.  Kingate Management and Tremont executed a Co-

Manager Agreement with Kingate Global on or about December 1, 1995.

109.    Under these agreements, Kingate Management and Tremont were to evaluate and

monitor the "Investment Adviser" (i.e., BLMIS) and to provide all necessary management

services to the funds.  Kingate Management and Tremont set up a fee structure whereby each co-

manager divided the fees earned and calculated based on the NAV of the Kingate Funds.

110.    Thereafter, Kingate Management and Tremont began placing hundreds of

millions, if not billions of dollars, with BLMIS through Kingate Global.

111.    Unlike other BLMIS feeder funds, Kingate Global did not charge performance

fees.  This enticed even those already invested with BLMIS through other funds.  In fact, Madoff

himself instructed Manzke that Kingate Global could no longer accept investors already invested

with the BLMIS feeder fund Fairfield Sentry.[3]  Fairfield Sentry was managed by Madoff's

friend, Walter Noel, who was losing fees to Kingate Global.

_____

[3] The Trustee has filed a separate action in this Court against Fairfield Sentry in adversary proceeding No. 09-1239.

112.    Still, Ceretti and Grosso were not content to share the millions of dollars in fees

coming in from the Kingate Funds.  Ceretti and Grosso forced Manzke to resign as director of

Kingate Global and terminated the co-manager relationship with Tremont.  Tremont, however,

continued to earn fees from Kingate Management pursuant to a 2006 consulting agreement.

113.    In 2000, Ceretti and Grosso created as a separate entity the Euro-denominated

Kingate Euro, which had previously been a sub-fund of Kingate Global.  Ceretti and Grosso

operated this fund identically to Kingate Global and Kingate Management executed a Manager

Agreement with Kingate Euro on or about May 1, 2000.

### B.    *Ceretti and Grosso Honor Madoff's Request for Secrecy*

114.    Ceretti and Grosso maintained strong personal relationships with Madoff.  Grosso

also held face-to-face meetings with Madoff in New York and London about twice per year and

spoke to him frequently by telephone.  During these meetings and telephone conversations,

Grosso spoke to Madoff about his SSC Strategy and the performance of BLMIS and the Kingate

Funds.  Ceretti and Grosso also frequently met with Madoff for dinners in London, accompanied

by their wives.  On information and belief, Ceretti and Grosso relied on Madoff for information

concerning his performance on behalf of the Kingate Funds.

115.    Madoff refused to be publicly associated with the Kingate Funds.  Neither

Kingate Global nor Kingate Euro identified BLMIS or Madoff by name in their Information

Memoranda.  Instead, they referred to BLMIS as a "New York based NASD registered broker-

dealer."  Ceretti and Grosso allowed Madoff to maintain his charade.

116.    The Kingate Funds' Information Memoranda stated that they were "open-ended"

investment companies that sought long-term capital growth by allocating their shares to a

selected investment adviser (i.e., BLMIS) to execute the Kingate Funds' investment objectives.

The Kingate Funds' investment objectives were to obtain capital appreciation through a non-

traditional stock/options trading strategy.

117.    Ceretti and Grosso recruited investors for their scheme primarily from continental

Europe with a particular concentration in Italy and Switzerland.  Major financial institutions such

as HSBC, Grupo BBVA, Banque Privee Edmond de Rothschild, and Anglo Irish Bank invested

with BLMIS through the Kingate Funds.

### C.    *FIM Managed the Kingate Funds While Kingate Management Collected the Bulk of the Fees*

118.    Kingate Management operated as an alter ego of Ceretti and Grosso.  It was

simply a shell company with only three employees, yet it collected hundreds of millions in fees

from the Kingate Funds, its sole source of revenue.

119.    Kingate Management's contracts with the Kingate Funds specified that it was to

be paid 1.5 percent of the Kingate Funds' NAV annually.  This fee was calculated and paid to

Kingate Management on a monthly basis.  The NAV was, of course, calculated based upon the

false statements of the accounts prepared by BLMIS.  For example, Kingate Global paid Kingate

Management over $38 million in 2007, and Kingate Euro paid Kingate Management over €9

million for the same year.  These fees were based on an "asset value" that did not exist.

120.    The Information Memoranda for both Kingate Funds stated that Kingate

Management would make all decisions related to the general management of the Kingate Funds

and would have complete authority and discretion in the management and control of the business

of each fund.  In fact, Kingate Management played a minimal role in managing the Kingate

Funds.

121.    Even though Kingate Management received the bulk of the fees from the Kingate

Funds, Ceretti and Grosso enlisted FIM to perform the work of a typical fund manager.

Critically, however, Ceretti and Grosso prevented FIM from undertaking genuine due diligence

on BLMIS or the Kingate Funds.

122.    In place of such diligence, Ceretti and Grosso "vouched" for Madoff.

123.    On December 1, 1995 Kingate Management signed a Consulting Services
Agreement with FIM Limited.  FIM Limited was retained to provide consulting advice with
respect to Kingate Management's financial and operational decisions related to the Kingate
Funds.  Under the Consulting Services Agreements, FIM Limited's fees were paid by Kingate
Management out of the fees Kingate Management received from the Kingate Funds.

124.    On August 1, 2005 FIM Limited was replaced as the consultant for Kingate
Management by FIM Advisers under two Consulting Services Agreements between FIM
Advisers, Kingate Management, and the Kingate Funds.  It has been recently reported that
Ceretti and Grosso intend to close FIM Advisers and FIM Limited.

125.    Among other things, FIM Limited identified and solicited investors for the
Kingate Funds, prepared marketing materials, and reviewed the funds' structure and operating
procedures.

126.    According to the Kingate Global Information Memorandum, FIM Advisers
"renders consulting advice to [Kingate Management] with respect to certain aspects of the
Fund's operational, administrative, marketing, accounting and legal matters."  FIM Advisers'
website, before it was taken down within the past year, stated that FIM Advisers is:

> a leading alternative investment company specializing in the creation and
> management of portfolios of hedge funds for institutional and private clients.  The
> company has more than twenty five years of experience in asset management,
> with almost fifteen years of advising and managing portfolios of hedge funds.
> Today, FIM has 30 employees based in London and Bermuda.

The website further stated that:

> FIM's investment model is based upon a disciplined and structured approach to
> research, portfolio management, and risk management.  The model gives FIM a
> clear edge in the sourcing of new managers, in conducting in-depth due-diligence,

and in structuring portfolios.  At the foundation of the company's approach to investment is a highly experienced team of investment professionals, who have operated in a variety of market cycles and environments.

127.     Despite these statements about expertise, disciplined and structured research, and clear fund management duties made by Kingate Management and FIM, neither company actually performed any meaningful research or due diligence on the Kingate Funds or BLMIS.

128.     In fact, an email exchange between two FIM employees shows how even FIM employees were unclear about the structure of FIM and Kingate Management and the role they played vis-à-vis the Kingate Funds.

129.     In November 2008, Eric Lazear ("Lazear"), FIM's Head of Operational Due Diligence, instructs FIM employee, Jose Verde, to contact Shazieh Salahuddin, Director of Kingate Management, for issues regarding the Kingate Funds.  Verde responds, "But isn't she working for FIM in the Bermuda office?  I am a bit Confused."  Lazear responds, "Yes, but she handles all kingate [sic] questions."

### D.     *Ceretti and Grosso Conceal Their Profits*

130.     Ceretti and Grosso set up an intricate network of shell companies to conceal that they personally received the fees collected on the Kingate Funds' investments with BLMIS. Various bank accounts were set up in each of the Ceretti and Grosso Shell Company Defendants' names to facilitate these transfers.

131.     El Prela Group, whose beneficial owner is Ceretti, received millions of dollars in transfers from the Kingate Funds during 2008.  El Prela Group received approximately $18 million in transfers from Kingate Management from April through December 2008.  Using those funds, El Prela Group transferred out at least $18 million to Port of Hercules.

132.     Port of Hercules, whose beneficial owner is Ceretti, received millions of dollars in transfers from the Kingate Funds since 2001.  For example, from 2006 through 2008, Port of

Hercules' HSBC account received approximately $60 million in transfers from Kingate Management, El Prela Group, and El Prela Trading. Using some of those funds, Port of Hercules transferred out at least $50 million to Ceretti's personal bank account, El Prela Trading, and other accounts held by Port of Hercules at Fortis Bank.

133.    Alpine Investments, whose beneficial owner is Ceretti, received millions of dollars in transfers from the Kingate Funds since 2001. For example, from 2006 through 2008, Alpine Investments received approximately $16 million in transfers from Kingate Management. Using those funds, El Prela transferred out at least $7 million to Ceretti's personal bank account.

134.    El Prela Trading, whose beneficial owner is Ceretti, received millions of dollars in transfers from Port of Hercules during 2008. El Prela Trading received approximately $3 million in transfers from Port of Hercules. Using those funds, El Prela Trading transferred out at least $3 million back to Port of Hercules.

135.    Upon information and belief, El Prela Trust, whose beneficial owner is Ceretti, received millions of dollars in transfers ultimately originating from Kingate Management.

136.    Ashby Holding, whose beneficial owner is Grosso, received millions of dollars in transfers from the Kingate Funds during 2008. Ashby Holding received approximately $18 million in transfers from Kingate Management from April through December 2008. Using those funds, Ashby Holding transferred out at least $18 million to First Peninsula.

137.    First Peninsula, whose beneficial owner is Grosso, received millions of dollars in transfers from the Kingate Funds since 2001. For example, from 2006 through 2008, First Peninsula's HSBC account received approximately $61 million in transfers from Kingate Management, Ashby Investment, and Ashby Holding. Using some of those funds, First Peninsula transferred out at least $23 million to other accounts held by First Peninsula at Fortis Bank.

-29-

138.    Ashby Investment, whose beneficial owner is Grosso, received millions of dollars in transfers from the Kingate Funds during 2008.  Ashby Investment transferred approximately $7 million between its own bank accounts in October 2008.  Using those funds, Ashby Investments transferred out at least $7 million to First Peninsula.

139.    Upon information and belief, Ashby Trust, whose beneficial owner is Grosso, received millions of dollars in transfers ultimately originating from Kingate Management.

### E.    *Citi Hedge Failed to Perform Its Duties as an Administrator*

140.    Citi Hedge and its predecessors served as the purported administrator of the Kingate Funds at all relevant times.  Specifically, from the inception of the Kingate Funds through 2002, the administrator was Bermuda-based Hemisphere.  In 2003, BISYS Group, Inc. (BISYS's parent) acquired Hemisphere and renamed it BISYS Hedge Fund Services Ltd. (Bermuda).  In 2007,  Citigroup acquired BISYS Group, Inc. and gave the administrator its present name, Citi Hedge.

141.    Citi Hedge was purportedly responsible for performing day-to-day administrative services for the Kingate Funds, including preparing and distributing monthly reports to the investors setting forth their NAV, the amounts of any distributions from the funds, accounting and legal fees, and all other fees and expenses of the Kingate Funds.

142.    Citi Hedge, however, failed to:  (i) take reasonable, industry-standard steps to calculate the Kingate Funds' NAV; (ii) independently confirm and verify the pricing information provided by Madoff; (iii) reconcile information provided by Madoff as the Kingate Funds' prime broker with information provided by the Kingate Funds' managers; (iv) prepare the monthly financial statements in accordance with generally accepted accounting principles; or (v) relay accurate information to investors.

143.    As administrator, Citi Hedge was subject to the Administration Agreement, as

amended and restated effective June 1, 2007 (the "Administration Agreement"), and the

Registrar Agreement, as amended and restated effective January 1, 2002.

144.    Under these agreements, one of Citi Hedge's critical responsibilities included the

calculation of the Kingate Funds' NAV:

> The Administrator will determine the net asset value of the Fund's portfolio assets
> attributable to the USD shares of the close of business on the last Business Day of
> each calendar month.  The Administrator verifies the prices attributed to the
> securities held by the USD shares of the Fund by reference to pricing sources
> independent of the Investment Adviser whenever reasonably possible.

145.    The information Memoranda further explained that the NAV "is the market value

of the Fund[s'] total assets, calculated as described below, less all accrued debts and liabilities . .

.  The Fund[s'] total assets include:  (i) all cash and cash equivalent, including bank deposits and

interest bearing obligations; (ii) all securities positions; and (iii) all options positions."

146.    Although the securities and options positions were reported and purportedly

custodied by Madoff, Citi Hedge failed to independently verify the pricing information provided

by Madoff.  Rather, Citi Hedge relied solely on information provided by Madoff to calculate and

disseminate the Kingate Funds' NAV.

147.    Citi Hedge failed to verify the prices provided by Madoff in at least 185 separate

instances where the prices were not possible based on market prices.  In all instances, the

information necessary for Citi Hedge to verify the prices of the securities traded by Madoff –

consisting of S&P 100 stocks – was readily available through private financial services, such as

Bloomberg, as well as on the Internet.  Citi Hedge either did not verify Madoff's reported prices

or ignored the inconsistencies with market prices.

148.    Citi Hedge received millions of dollars in fees for its failed duties as administrator

to the Kingate Funds.  Between 2000 and 2007, Citi Hedge received $4,177,479 for serving as

the administrator to Kingate Global.  Between 2000 and 2007, Citi Hedge received €926,640 for

serving as the administrator to Kingate Euro.  These payments were based on the illusory NAV

of the Kingate Funds, as calculated by Citi Hedge itself.

### F.    *Bank Bermuda as Custodian*

149.    Bank Bermuda served as the custodian for the Kingate Funds from 1994 through

2008.  As such, over $975,541,729 was improperly transferred from BLMIS to the Kingate

Funds through Bank Bermuda.

150.    The Kingate Funds maintain at least three accounts at Bank Bermuda, including

Account # 010-503324-511, Account # 010-5033324-512, and Account # 010-424174-561

(collectively, the "Bank Bermuda Accounts").

151.    Bank Bermuda currently holds the remainder of monies not paid out to the

Kingate Funds in the Bank Bermuda Accounts.  The Bank Bermuda Account statements

collectively reflect ending balances of approximately $133 million as of December 2008, of

which approximately $108 million originated from BLMIS.[4]

### G.    *The Kingate Funds as a Gateway to Madoff*

152.    Ceretti and Grosso further profited from the Kingate Funds by offering them to

other fund managers as a gateway to BLMIS.  Certain of the Kingate Fund's investors invested

with BLMIS through multiple channels.

153.    For example, Reliance Management (BVI) Limited, which was the manager of

Defender Fund,[5] first gained access to BLMIS in 1999 through investments it was managing in

Kingate Global for its flagship fund, Reliance Multi-Adviser Fund Limited.

154.    The Kingate Funds also provided another avenue for fund managers such as

Pioneer Alternative Investments Ltd. ("Pioneer") to reach BLMIS.  Pioneer is owned by

UniCredit S.p.A. (which also owns Bank Austria and Sonja Kohn's Bank Medici)[6]. Pioneer, through at least nine of the funds within its Momentum Group funds, was a substantial investor in Kingate from 2000 through 2008. Pioneer also invested in BLMIS through Fairfield Sentry and certain Bank Medici related funds.

## IX. CERETTI, GROSSO, AND THE MANAGEMENT DEFENDANTS REPEATEDLY FAILED TO CONDUCT DUE DILIGENCE ON BLMIS AND THE KINGATE FUNDS

155. FIM Limited and its successor, FIM Advisers, were paid due diligence experts. When it came to Madoff, however, FIM did nothing at all. Rather than perform meaningful, independent, and reasonable due diligence, FIM, directed by Ceretti and Grosso (and Kingate Management), turned a knowing blind eye to all the indicia of fraud at BLMIS.

### A. Contrary to Its Practice and Policy, FIM Conducted No Meaningful Due Diligence on BLMIS or the Kingate Funds

156. Ceretti and Grosso enlisted their own Management Defendants to pretend that they performed due diligence on their own Kingate Funds. This structure avoided all independence and allowed Ceretti and Grosso to maintain the façade of a legitimate investment fund.

157. FIM claimed that it undertook extensive due diligence by regular reviews of markets, strategies, managers, and peer groups and that research specialists conducted in-depth analysis into every aspect of every potential investment. Moreover, FIM stated that each portfolio is subject to continuous analysis to ensure all risk factors are identified and controlled and all internal and external management portfolio policies are followed. Additionally, FIM

---

[4] Approximately $15 million in subscription money that came into the Bank Bermuda Accounts in December 2008 was returned to the subscribers as a result of an order of the Supreme Court of Bermuda.
[5] The Trustee has filed a separate action in this Court against Defender in adversary proceeding No. 10-05229.
[6] The Trustee has filed a separate action in this Court against Kohn, Pioneer, and HSBC in adversary proceeding No. 09-1364 and against Sonja Kohn and Pioneer in adversary proceeding No. 10-5411.

claimed that the Kingate Funds were actively monitored by research teams, the investment

committee, and risk management to ensure accuracy.

158.     Grosso claimed in November 2008 that FIM had "transparency" with respect to

BLMIS and its operations.  Ceretti, Grosso, and the Management Defendants routinely

represented that they would exercise the proper care in selecting and monitoring the investment

adviser (i.e., BLMIS).

159.     Grosso admitted that the requisite due diligence was not performed on the Kingate

Funds, writing in November 2008 that "[w]e have never done much [due diligence on Kingate],

as it will be impossible to go inside Madoff to do a proper D[ue]D[iligence]."  He went on to

claim, however, that he "knew enough about Madoff" to suffice as due diligence.

160.     No genuine due diligence on BLMIS or the Kingate Funds ever took place.  When

confronted in 2005 by an investor asking that a due diligence questionnaire be completed on

Kingate Global, Grosso responded that due to Kingate Global's uniqueness, it "has never

completed a due diligence questionnaire."  Grosso continued that he would not be able to give

her all the information she wants but the information she will get represents "all the information

that will be available."  Grosso knew enough not to share.

161.     Ceretti and Grosso directed that FIM's due diligence procedures should not be

applied to BLMIS or the Kingate Funds and FIM obeyed.

162.     FIM recognized the disparate treatment given to BLMIS and the Kingate Funds

when it came to due diligence.  In an email to Grosso after news of the fraud broke, Lazear

stated:

> I know we have to do what is right for FIM, but we need to be cognizant of how
> this portrays our (FIM) process.  [Kingate] is not a fund that went through our
> normal diligence process and I think it should not be depicted as if it had.  We all
> worked hard to build our process to be the best in the industry, which I think it is,
> and I do not want it to get out there that one slipped past us when it did not.

163.    Ceretti, Grosso, and the Management Defendants treated the Kingate Funds with

the kid gloves that Madoff demanded and conducted no proper due diligence.

   **B.    Certain FIM Employees Actively Suppressed Investigations by Other FIM
           Employees**

164.    As early as 2004, senior FIM employees knew of serious fraud risks at BLMIS.

165.    In January 2004, Brendan Robertson ("Robertson") joined FIM as director in the

research and investment department.

166.    Scott Dragoo ("Dragoo") joined FIM as its head of research in January 2005.

167.    Prior to their employment with FIM, both Dragoo and Robertson worked for Ivy

Asset Management ("Ivy"), a fund manager.  Dragoo worked for Ivy as a research analyst while

Robertson was a senior research analyst.[7]

168.    By 2002, Ivy had developed such strong suspicions about BLMIS and Madoff

that it instituted a company policy of refusing to invest with BLMIS.  On information and belief,

Dragoo and Robertson, by virtue of their employment at Ivy, were aware of the basis for Ivy's

policy.

169.    A February 2008 email from Dragoo to another FIM employee demonstrates that

Dragoo nonetheless actively dissuaded investigation into the Kingate Funds.  In response to the

FIM employee's statement that he could try to get information from Madoff about Kingate at a

dinner event, Dragoo made his fellow employee "promise not to push Bernie for any

information."  When the employee questioned whether he could "even mention FIM or Carlo

[Grosso]," Dragoo directed that the employee discuss the matter with him in person.

170.    On information and belief, based on their prior employment, these senior FIM

---

[7] The Trustee has filed a separate action in this Court against Ivy in adversary proceeding No. 10-05356.

officers had actual or constructive knowledge of indicia of fraudulent activity at BLMIS. FIM

nonetheless ignored these and other red flags and continued to actively solicit and oversee the

investment of hundreds of millions of dollars with BLMIS.

  **C.**  ***Ceretti and Grosso Suppressed Their Employee's Concerns and Requests to***
    ***Conduct Proper Due Diligence on BLMIS and the Kingate Funds***

  171.  Certain FIM personnel urged Ceretti and Grosso to allow FIM to conduct

extensive and independent due diligence into BLMIS. Instead of acting on these

recommendations, Ceretti and Grosso expressly directed FIM due diligence personnel to refrain

from conducting any due diligence on BLMIS.

  172.  In June 2008, HSBC issued a warning on the Kingate Funds due to the lack of

communication and information coming from Madoff. Grosso suppressed these warnings and

dismissed the HSBC analyst as a "junior guy" and a "joker" for "rehashing old arguments"

against Madoff. Grosso admitted that such concerns about Madoff were "not new" and that

"[t]his has been going on for 20 years."

  173.  In November 2008, another analyst's caution regarding the Kingate Funds was

passed along to Grosso. The analyst cited BLMIS's lack of transparency, Madoff's possible

conflict of interest, and other due diligence concerns. Grosso attacked the analyst's

professionalism and experience and dismissed the analyst's concerns stating that it was "quite

evident that he [the analyst] has only a very limited knowledge of options strategies, as well as a

very imperfect understanding of the Kingate structure, and possibly a poor understanding of the

U.S. broker-dealer industry, its structure, functioning, and regulation."

  174.  When discussing Madoff's remarkably consistent returns with one of his own

analysts, Grosso rejected the analyst's conclusion that Madoff's returns were <u>impossible</u>.

  175.  Lazear repeatedly tried to convince Ceretti and Grosso that the Kingate Funds

should have nothing to do with BLMIS. In e-mails sent from Lazear in the aftermath of Madoff's arrest, he expressed great frustration that his analysis and recommendations had been rejected despite their merit. Lazear stated that he had believed BLMIS was a "scam" and had emailed Grosso "all the details" to support his beliefs <u>before</u> Madoff confessed. He recounted telling Grosso that if Grosso did not own FIM and the Kingate Funds, Lazear would "veto" FIM's involvement with Madoff.

176.     Additionally, as FIM prepared communications to the Kingate Funds investors in early 2009, Lazear expressed concerns over how FIM's due diligence process was presented. Lazear was concerned that FIM represented to investors that it had conducted the standard due diligence for the Kingate Funds when in fact, it had not.

177.     Thus, Ceretti and Grosso prevented the Management Defendants and their employees from conducting any meaningful due diligence into the Kingate Funds or BLMIS.

### D. Grosso and FIM Rationalized BLMIS's Remarkably Consistent Performance as a Result of Illegal Front-Running

178.     In 2001, an investment industry analyst published an article that called into question the legitimacy of BLMIS's operations. A May 2001 MAR/Hedge newsletter entitled "Madoff Tops Charts; Skeptics Ask How" reported on Fairfield Sentry's consistent returns and stated that experts were bewildered how Madoff achieved such returns so consistently and for so long. The article observed that "others who use or used the strategy are known to have had nowhere near the same degree of success."

179.     In response to the article, Grosso prepared a "question and answer" document for FIM employees marked "INTERNAL NOTE – NOT FOR DISTRIBUTION" purporting to explain the numerous "red flags" raised in the article, including the following:

(i) "How can there be such a relative complete lack of volatility in reported monthly returns?"

(ii) "How can Madoff have the ability to time the market and to turn to cash before market conditions become negative?"

(iii) "How can Madoff have the ability to buy and sell stocks without noticeably affecting the market?"

(iv) "Why has no-one been able to duplicate similar results?"

(v) "How come other Wall Street firms have not become aware of the strategy and traded against it?"

(vi) "Why is Madoff willing to earn commissions on trades, but not set up a separate asset management division to offer hedge funds directly to investors?" and

(vii) "Why doesn't Madoff borrow money and manage funds on a proprietary basis?"

180.    Grosso's stated explanation to his own employees was that Madoff was illegally front running his own market-making business.  In response to "[h]ow can Madoff have the ability to time the market and turn to cash before market conditions become negative," Grosso wrote that "Madoff benefits from unique market intelligence derived from the massive amount of order flow it handles daily."

181.    In response to "Why has no one been able to duplicate similar results," Grosso wrote that "[b]eing such a large market maker (Madoff currently accounts for about 15 percent of all equity transactions in the United States), he sees the flows."

182.    Remarkably, Grosso was stating that Madoff saw the pending orders that were due to be executed by the market-making department of BLMIS and was able to generate high returns for feeder funds by taking advantage of this insider knowledge.  This illegal insider trading relies on material, non-public information that is acted on for the benefit of one of his clients to the detriment of his other Madoff client.

183.    In this case, Grosso's justification for Madoff's readily apparent fraudulent activity simply substituted another kind of illegal activity.

E.   *Ceretti, Grosso, the Kingate Funds, and the Management Defendants Exploited PricewaterhouseCoopers' Deficient Audits*

184.   Grosso and Kingate Management knew that PricewaterhouseCoopers ("PwC") relied heavily on reports from Madoff's auditors and did not perform any independent verification of the money flowing in and out of BLMIS's accounts.  In fact, Grosso knew that all PwC did was check "the testing at Madoff" against the Kingate Funds' records (also provided by BLMIS) and found no need to "double audit."

185.   Further, as Grosso stated in an email in February 2008, Grosso was cautious about how the Kingate Funds portrayed PwC's auditing to investors fearing that PwC might actually "start to ask all sort of questions next time they visit Madoff."

X.   **CERETTI, GROSSO, THE KINGATE FUNDS, THE MANAGEMENT DEFENDANTS, AND CITI HEDGE WERE ON NOTICE OF INDICIA OF FRAUDULENT ACTIVITY AT BLMIS**

186.   Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge are sophisticated investors and/or financial institutions that had regular access to the trade confirmations and account statements for the Kingate Funds' BLMIS accounts.  Also, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge accepted fees in consideration for the independent, meaningful, and reasonable due diligence they were expected to exercise, but did not, in selecting and monitoring BLMIS as their investment manager.

187.   Not only did Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge fail to inquire further, Ceretti, Grosso, and certain FIM employees suppressed any attempt by FIM to do so.

188.   Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge each regularly received false account statements and trade confirmations from BLMIS that demonstrated (among other things):

     a.     The Kingate Funds' returns were consistent over too many years;

     b.     Impossible options volume trading;

     c.     Numerous instances where BLMIS reported selling securities outside the daily price ranges;

     d.     BLMIS traded more equities than were available on the relevant exchanges;

     e.     The Kingate Funds frequently had a negative cash balance;

     f.     BLMIS purchased Treasurys before selling the securities from which the cash for the purchases originated;

     g.     The options trades could not have been conducted in the Over-The-Counter Market;

     h.     Madoff's options trades were inconsistent with the SSC strategy; and

     i.     Settlement anomalies in options transactions.

189.    Moreover, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge were on inquiry notice of BLMIS's fraud based on knowledge that:

     j.     Purported excessive trading volumes never impacted the market;

     k.     Madoff had supernatural timing when buying and selling stocks;

     l.     The Kingate Funds entered into risky options contracts with unidentified counterparties;

     m.     The structure of BLMIS was opaque, secretive, and lacked independent oversight and customary internal controls;

     n.     BLMIS, known as high-technology firm, provided only paper statements;

     o.     A capable auditor was absent; and

     p.     BLMIS did not charge management fees.

**The Kingate Funds Account Statements Reflected
Substantial Quantitative Evidence of Fraud**

190.    Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge had access to vast amounts of information about BLMIS that was not available to the public.

They received account statements and trade confirmations that demonstrated (among many other things):  (1) impossibly consistent rates of returns that seemed to have no correlation to the S&P 100; (2) the inexplicable volume of trades of stocks, and options that BLMIS was allegedly executing; and (3) options trades that had no relation to the SSC Strategy.

### A.    *The Kingate Funds' Returns Were Consistent over Too Many Years*

191.    Ceretti, Grosso, the Kingate Funds, and the Management Defendants promoted the Kingate Funds by highlighting their number of positive months of returns and their rare draw-downs.  Like BLMIS, the Kingate Funds did not report unconscionably high returns but instead relied on their steady performance regardless of volatility in the market.

192.    Both the Kingate Funds and BLMIS were effectively immune from any number of market catastrophes, enjoying steady rates of return at times when the rest of the market was experiencing financial crises.  For example, from 2000 until 2008, the Kingate Funds averaged annual returns with BLMIS of approximately 11.7 percent.  BLMIS purported to achieve these results with only four months of negative returns during a 98 month period from October 2000 through November 2008, while the S&P 100 experienced 46 months of negative returns over the same period.

193.    The Kingate Funds and BLMIS maintained suspiciously and consistently positive rates of return during events that otherwise devastated financial markets such as:  (i) the burst of the "dot com" bubble in 2000; (ii) the 2000-2002 bear market, including the disastrous market impact of the 2001 September 11th tragedy; and (iii) the dramatic recession and housing crisis of 2008.  BLMIS continued to generate positive returns even during the last 14 months of BLMIS's existence, when the S&P fell no less than 39.4 percent.  Madoff's SSC strategy purported to track the performance of the S&P 100 and its results were not credible.  Such consistently positive returns have no correlation with the historical fluctuations of the S&P 100 Index, on

which BLMIS's trading activity was purportedly based.

**Figure 1**
**Kingate Funds Rates of Return v. S&P Rates of Return**
**2000-2008**

| YEAR | KINGATE EURO RATE OF RETURN | KINGATE GLOBAL RATE OF RETURN | S&P 100 RATE OF RETURN |
|---|---|---|---|
| 2000 | 14.8% | 14.6% | (13.4%) |
| 2001 | 13.7% | 13.7% | (14.9%) |
| 2002 | 12.1% | 12.2% | (23.9%) |
| 2003 | 10.9% | 10.8% | 23.8% |
| 2004 | 9.9% | 10.0% | 4.5% |
| 2005 | 10.3% | 10.5% | (0.9%) |
| 2006 | 13.4% | 13.2% | 15.9% |
| 2007 | 10.8% | 10.9% | 3.8% |
| 2008[8] | 9.3% | 9.4% | (36.9%) |

194.    Despite the Kingate Funds' abnormally consistent positive returns, Ceretti,

Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge took no meaningful,

reasonable or independent action to inquire further as to how such results could be achieved in

accordance with Madoff's SSC Strategy.

**B.      The Kingate Funds' Account Statements from BLMIS Reflected Impossible
         Options Volume Trading**

195.    Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge

frequently reviewed the Kingate Funds' BLMIS account statements and trade confirmations.

These account statements and trade confirmations demonstrated that Madoff was claiming to

engage in impossible option transactions.  BLMIS would have had to execute massive numbers

of options trades to implement its purported SSC strategy.  To implement this strategy, BLMIS

pretended to trade S&P 100  ("OEX") options to hedge the investment in a representative basket

---

[8] The 2008 numbers are as of November 30, 2008 because that is the last date for which BLMIS generated customer
account statements.

of stocks.  On many occasions, through the Kingate Funds' history of investment with BLMIS,

the options volume BLMIS reported to have engaged in on behalf of the Kingate Funds exceeded

the total number of OEX options traded on the Chicago Board Options Exchange ("CBOE") for

that contract on that day.  The following charts demonstrates this point with respect to the call

options BLMIS purported traded for the Kingate Funds over the last two years of its existence:

### Call Options Traded on Behalf of the Kingate Funds in 2007-2008



196.    In fact, since 2001, BLMIS had reported volumes for the Kingate Funds' calls

options that were many times over the total number of call options executed on the CBOE, with

the same purchase date, strike price, and expiration date.  The following chart illustrates this

point:



197.    For a specific example, on June 15, 2001 BLMIS purportedly bought on Kingate
Global's behalf a total of 6,271 OEX put options (with July expiration and a strike price of 625),
when the total volume traded on the CBOE for those OEX put options for that day was 1,149.
Similarly, on the same day, BLMIS purportedly sold on Kingate Global's behalf a total of 6,271
OEX call options (with July expiration and a strike price of 630), when the total volume traded
on the CBOE for those OEX call options for that day was 490.  It would have been impossible
for BLMIS's volume to exceed that of the CBOE for the identical contract on the same day.

198.    The same results are demonstrated by looking at the put option volume
purportedly traded by the Kingate Funds compared to the CBOE.  Specifically, the last two years

of the Kingate Funds' existence is demonstrated below:

## Put Options Traded on Behalf of the Kingate Funds in 2007-2008



199.   Similarly, since 2001, BLMIS had reported volumes for the put options that were many times over the total number of put options executed on the CBOE with the same purchase date, strike price, and expiration date.  The following chart illustrates this point:



200.    As a specific example, on January 16, 2004 BLMIS purportedly bought on

Kingate Euro's behalf a total of 9,088 OEX put options (with February expiration and a strike

price of 560), when the total volume traded on the CBOE for those OEX put options for that day

was 2,324.  Also on that day, BLMIS purportedly sold on Kingate Euro's behalf a total of 9,088

OEX call options (with February expiration and a strike price of 570) when the total volume

traded on the CBOE for those OEX call options for that day was 1,515.  Ceretti, Grosso, the

Management Defendants, and Citi Hedge knew or should have known that these option trading

volumes reported by BLMIS were impossible if exchange traded.

201.    In total, there were at least 1,162 instances of option trades exceeding the volume

traded on the CBOE on the Kingate Funds Accounts.

C.    *Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi
      Hedge Ignored Numerous Instances Where BLMIS Reported Selling Securities
      Outside the Daily Price Ranges*

202.    Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge

told the Kingate Funds' investors that they reviewed the BLMIS trade confirmations on a

monthly basis.  This "analysis" included reviewing the price paid or received on the purchase or

sale of stocks and options to ensure that such price was within the range of prices for such stocks

and options on the date of the trade.

203.    FIM knew that Madoff's trading activity often reflected average trade values that

were outside the daily range of prices for such securities.  Spreadsheets prepared by FIM

identified whether a given BLMIS trade was "within range" (i.e., whether the trade was within

the daily price range for the high and low that day).  FIM knew that a significant number of

BLMIS's purported trades were impossible.  FIM identified these "out of range" trades in a

spreadsheet.  In review of BLMIS records, BLMIS purported to make at least 320 "out of range"

equity and options trades on behalf of the Kingate Funds from 1998 to 2008.

204.    For example, the Kingate Funds' account statements for October 2003 reported

purchases of 984,137 shares and 240,240 shares respectively for Intel Corporation (INTC), with

a settlement date of October 7, 2003.  BLMIS's records indicate these stocks were purchased on

October 2, 2003 for $27.63 per share.  However, the daily price range for Intel Corporation stock

purchased on October 2, 2003 ranged from a low of $28.41 to a high of $28.95.  Ceretti, Grosso,

the Management Defendants, and Citi Hedge supposedly reviewed these confirmations and took

no action in response to this anomaly.

205.    In an illustration of another purported sale, the Kingate Funds' account statements

for December 2006 reported sales of 233,281 shares and 60,449 shares, respectively, for Merck

(MRK) with a settlement date of December 28, 2006.  BLMIS's records and the Kingate Funds'

trade confirmations reflect that these stocks were sold on December 22, 2006 for $44.61. This purported trade was not possible. The price range for Merck stock sold on December 22, 2006 was between $42.78 and $43.42.

206. The sales and purchases of securities and options outside the publicly-reported trading ranges was a huge red flag, requiring further independent inquiry. Even though Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge knew of these facially impossible anomalies and specifically identified them as red flags, they chose to ignore them.

### D. BLMIS Traded More Equities Than Were Available on the Relevant Exchanges

207. As sophisticated financial professionals, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge were, or should have been, on notice that the volume of shares being traded on behalf of the Kingate Funds was impossible as compared to the total assets under management by BLMIS and the total shares available on the market.

208. In 2006, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge could have easily deduced that BLMIS was trading in impossible volumes. When BLMIS was forced to register as an investment adviser in August 2006, it represented in the ADV Form filed with the SEC that BLMIS had approximately $11.7 billion of assets under management at the end of July 2006. Later filings stated that BLMIS managed $13.2 billion at the end of 2006. The Kingate Funds' account statements from BLMIS reported balances of approximately $2.8 billion as of July 2006 and $3.0 billion as of December 2006. Hence, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge knew that the Kingate Funds comprised about 23 percent of the publicly disclosed BLMIS assets under management.

209. Between 2006 and 2008, despite knowing that the Kingate Funds constituted approximately 23 percent of the investments under management by BLMIS, Ceretti, Grosso, the

Kingate Funds, the Management Defendants, and Citi Hedge completely ignored at least five

separate transactions where BLMIS alone purportedly represented over 50 percent of the market

trading for a particular security on that day.

210.     The Kingate Funds' account statements regularly indicated that BLMIS's trades

in a particular stock accounted for more than 10 percent of that stock's trading on the entire

composite tape, which includes all listed and unlisted market volumes.  On information and

belief, from 1998 through 2008, individual stock trades for just the Kingate Funds exceeded 10

percent of the market at least 236 times.

211.     For example, on September 22, 2006 the Kingate Funds purportedly traded

618,792 shares of Wells Fargo & Company, which made up 17.4 percent of the shares of that

security traded on the whole composite tape, which includes all listed and unlisted market

volumes for that day.  As such, Ceretti, Grosso, the Kingate Funds, the Management Defendants,

and Citi Hedge knew or should have known that BLMIS alone was purportedly trading over 70

percent of the shares of Wells Fargo & Company traded that day – an implausible percentage for

one manager to be trading.

### E.     *The Kingate Funds Frequently Had a Negative Cash Balance with BLMIS*

212.     Between 1998 and 2008, the Kingate Funds' cash accounts with BLMIS had a

negative balance on 225 separate occasions for a total of approximately 724 days.  Certain of the

negative balances resulted from either the purchase of equities that exceeded the value of the

Treasurys sold to fund the purchase, the purchase of put options prior to selling the call options

they were meant to fund, or cash being withdrawn prior to the sale of equities to fund the

withdrawal.  Normally, when a customer purchases assets prior to the funds being available in

the customer's account, the customer is buying on "margin."

213.     The Kingate Funds did not have a margin account with BLMIS and could not

have traded on margin. The fact that the Kingate Funds had a negative cash balance with

BLMIS on 255 separate occasions put Ceretti, Grosso, the Kingate Funds, the Management

Defendants, and Citi Hedge on inquiry notice of fraudulent activity at BLMIS.

214. Even if BLMIS was buying on margin with the permission of the Kingate Funds,

Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge knew or should

have known that BLMIS was acting in a suspiciously irregular if not unlawful manner. When

buying on margin, customers incur and are generally charged margin interest because buying on

margin is effectively buying the underlying security with a loan from the investment

adviser/broker dealer. On information and belief, BLMIS never charged the Kingate Funds any

margin interest for this extension of credit, effectively giving millions of dollars to the Kingate

Funds as a tax-free gift. These extensions of credit were not trivial.

215. The table below illustrates a sample of the numerous of instances the Kingate

Funds had negative cash balances.

**Figure 2**
**Kingate Funds Negative Cash Balances**
**2000-2008**

| DATE | KINGATE GLOBAL AVERAGE BALANCE | KINGATE EURO AVERAGE BALANCE | NUMBER OF DAYS |
|---|---|---|---|
| 7/19/1999 | (28,421,606) | (5,272,252) | 2 |
| 6/14/2000 | (1,449,661) | (286,613) | 2 |
| 7/25/2002 | (5,082,198) | (1,051,713) | 6 |
| 6/3/2004 | (13,815,039) | (3,742,508) | 6 |
| 5/22/2008 | (23,015,541) | (7,848,209) | 1 |

**F. BLMIS Purchased Treasurys Before Selling the Securities from Which the Cash for the Purchases Originated**

216. As part of the SSC Strategy, Madoff would allegedly move the Kingate Funds'

money into Treasurys when it was no longer advantageous to be in the market. When market

conditions improved, Madoff would sell the Treasurys and use the proceeds to purchase a new

basket of stocks.

217.    In reviewing the Kingate Funds' account statements, Ceretti, Grosso, the Kingate
Funds, the Management Defendants, and Citi Hedge should have noted the impossible
transactions ostensibly taking place with regard to BLMIS's purported SSC Strategy.  The
account statements reflected occasions where BLMIS purchased securities before selling the
Treasurys, an implausible scenario since the Kingate Funds' cash was supposedly tied up in
Treasurys with no cash available to settle the equities purchases.  Likewise, the trading
confirmations would show a move from equities back into Treasurys before the Kingate Funds
would have obtained cash from the sale of the equities.

218.    Despite these clear indicia of fraudulent activity at BLMIS, Ceretti, Grosso, the
Kingate Funds, the Management Defendants, and Citi Hedge made no further inquiry and took
no action.

### G. *The Options Trades Could Not Have Been Conducted in the Over-The-Counter Market*

219.    At times, when questioned about the availability of sufficient exchange traded
options for the SSC Strategy, Madoff often responded that he traded in the OTC Market.  This
claim was facially implausible, as the options purportedly traded on the Kingate Funds' behalf
could not have been sold in the OTC market.  Trading options in the OTC market would have
been more expensive than trading on the CBOE, yet on information and belief, those costs were
not incurred by BLMIS or passed on to its investors.  The absence of such costs, together with
BLMIS's representation that it was trading in the OTC market, should have prompted
sophisticated investors like Ceretti, Grosso, the Kingate Funds, the Management Defendants, and
Citi Hedge to request verification of the trades and demand more concrete information about the
operations of BLMIS.

220.    Also, in the OTC market, option counterparties are typically expressly identified
on trade confirmations.  On information and belief, as was typical for all BLMIS accounts, none
of the options trade confirmations sent on behalf of the Kingate Funds ever identified the
counterparty.

221.    Finally, options traded on the CBOE have a unique identifier known as a
"CUSIP" number that allows traders to quickly access electronic information regarding a
particular transaction.  OTC options are not assigned a CUSIP number.  Despite this fundamental
difference, the Madoff confirmations reviewed by Ceretti, Grosso, the Kingate Funds, the
Management Defendants, and Citi Hedge included a CUSIP number, even though the ostensible
trades were private OTC transactions.

### H.    Madoff's Options Trades Were Inconsistent with the SSC Strategy

222.    As part of the SSC Strategy, BLMIS claimed to buy puts and write calls to hedge
gains and losses of the underlying equities.  Upon information and belief, on a number of
occasions, account statements purported to show gains on behalf of the Kingate Funds, resulting
from transactions inconsistent with the SSC Strategy.  Certain of these transactions involved
short term option trading that resulted in substantial gains for the Kingate Funds.  For example,
in 2008, Kingate Global and Kingate Euro each participated in two of these trades, which
generated gains of approximately $25.5 million and $8.8 million, respectively.  These
transactions represented approximately 11% of the total return for Kingate Global and Kingate
Euro in 2008.  These gains were purportedly achieved through speculation in the options market,
which would contradict the premise of the SSC Strategy.  Between 1996 and 2008, Kingate
Global and Kingate Euro benefitted in excess of $136 million and $33 million, respectively, from
such trades.

223.    Additionally, the SSC Strategy required that the hedge be adjusted to reflect a

change in the equities being hedged if some of the underlying equities were sold early.  BLMIS,

however, often sold out of an equity prior to liquidation of the entire basket and did not adjust

the hedge for that partial sale of the underlying equities.  Between January 2000 and November

2008, the underlying equities for the Kingate Funds changed without a corresponding adjustment

to the hedge approximately 79 times.

224.    All of these occurrences should have pointed Ceretti, Grosso, the Kingate Funds,

the Management Defendants, and Citi Hedge to the fact that BLMIS's options trades were

inconsistent with Madoff's SSC Strategy and served as an indicia of fraud.  Yet, despite Ceretti,

Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge's sophistication, no

investigation was conducted.

### I.    *The Kingate Funds' Trade Confirmations Frequently Contained Settlement Anomalies in Options Transactions*

225.    Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge

ignored options transactions made on behalf of the Kingate Funds that settled in a time range

outside of industry norms.  According to industry standards, the settlement date for listed options

is the business day following the trade date, referred to as T+1.  However, BLMIS's statements

for the Kingate Funds showed that a high percentage of options contracts settled as late as three

days after the trade date.

226.    Demonstrably, at least 555 out of the 2,149 total options contracts transacted on

behalf of the Kingate Funds settled outside the normal period of T+1.  Therefore, almost 26

percent of all purported options activity in the Kingate Funds' BLMIS accounts did not comply

with standard trading practices.

227.    Anyone performing verification or monitoring should have raised this settlement

date anomaly as a red flag.  Ceretti, Grosso, the Kingate Funds, the Management Defendants,

and Citi Hedge were either aware of these irregularities and ignored them, or failed to reasonably and meaningfully investigate them on behalf of their investors.

### Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge Were on Inquiry Notice of Fraudulent Activity at BLMIS

#### J.  *The Purported Excessive Trading Volumes Never Impacted the Market*

228.  Madoff told Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge that the SSC Strategy involved moving all assets into the market over the span of a few days.  Then, when Madoff's computer model so indicated, BLMIS purportedly sold those securities over a similar period.  Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge knew that BLMIS had over $13.6 billion under management as of 2006.

229.  Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge, therefore, understood that BLMIS purported to move over $13 billion into and out of the market over the course of just a few days numerous times every year.  This enormous volume should have caused significant market reactions and price displacement.  Such displacement was never observed because the trading did not occur.  Based on the lack of observable market reaction, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge knew or should have known that Madoff's trades were not happening as he claimed.

#### K.  *Madoff's Supernatural Timing When Buying and Selling Stocks*

230.  Pricing reflected on the Kingate Funds' trade confirmations and account statements further demonstrated the implausibility of Madoff's trades, which almost always occurred at precisely the right time of the day.  With remarkable consistency, when Madoff was purchasing shares, the reported average price was in the lower half of the daily trade range, and when selling shares, the sale price was in the upper half of the daily trade range.

231.    Madoff's success rate alone was a red flag.  Madoff also represented to investors that he was time-slicing (entering the market at specific intervals over the course of a trading day), and thus the reported price was an average.  In purchasing or selling a stock several times during the trading day, Madoff's reported prices should have gravitated toward the daily midpoint.  Instead, they gravitated toward Madoff's optimal price point—a statistical impossibility.

232.    For example, the Kingate Funds' account statements and trade confirmations indicate that, from 1998 to 2008, 77 percent of equity buys occurred in the lower half of the daily price range and 70 percent of equity sells occurred in the upper half of the daily price range.  For example, the Kingate Global March 2000 BLMIS account statement indicated that 42 of 66 purported equity sells occurred in the upper half of the daily price range.

233.    As further example, BLMIS reported that on March 3, 2000, it bought for the Kingate Funds 68,244 shares of Texas Instruments at a price of $178.50.  The low for Texas Instruments that day was $178 while the high was $188.13.  The Volume Weighted Average Price was $182.32.  Considering that the Kingate Funds share alone would have been roughly 10 percent of the market transactions that day for Texas Instruments (6,605,600 shares were bought and sold that day), it would not have been possible for BLMIS to have purchased that many shares of Texas Instruments on that day for that extremely low average price.

234.    Because Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge are sophisticated financial professionals and had access to the Kingate Funds' account statements and trade confirmations, they should have known that these purported trades were statistically impossible.  Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge accepted that BLMIS's purported trading activity defied laws of supply and demand, common sense and industry practice.

### L. *The Kingate Funds Entered Into Risky Options Contracts with Unidentified Counterparties*

235.     Trading OTC options would have required BLMIS to enter into private, individually negotiated contracts with willing counterparties.  The Kingate Funds executed a Master Agreement for OTC Options.  Under the agreement, BLMIS served as the agent to the Kingate Funds in entering into any options trades.  Those trades are private contracts between the Kingate Funds and the counterparty.  If the counterparty failed to perform, it was the Kingate Funds, not BLMIS, that were exposed.

236.     BLMIS was supposed to act only as an agent for the Kingate Funds.  Indeed, the Master Agreement explicitly states that the Kingate Funds could not seek recourse from BLMIS if the counterparty failed to perform.  On information and belief, BLMIS refused to identify these counterparties to its clients.  The fact that the Kingate Funds' options contracts contained unidentified counterparties put Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge on inquiry notice of fraudulent activity at BLMIS.

237.     Madoff claimed the options counterparties entered into agreements identical to ones executed by BLMIS's investors.  Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge never reviewed such an agreement, undoubtedly because such an agreement is likely impossible.  Because BLMIS allegedly traded options in large blocks, dividing contracts proportionally among its investors, an options counterparty would not know which party it was relying on to perform the agreement.  Options dealers handling the volumes claimed by BLMIS do not expose themselves to such credit risks without knowing the other party.

238.     Madoff knew that such lack of transparency would concern investors in BLMIS and its feeder funds.  Thus he claimed to force the options counterparties to deposit Treasurys to

ensure performance.  Despite Madoff's claim, Ceretti, Grosso, the Kingate Funds, the

Management Defendants, and Citi Hedge never received any evidence of where and how these

imaginary Treasurys were posted.

239.     Madoff also claimed that because the investors were holding the basket of stocks,

the counterparty used the stocks as collateral.  Such a claim leads to further inconsistencies.

First, Madoff claimed the option counterparty could not seize the investors' equities, which

would make the entire "collateral" claim illusory.  Second, there was no restriction on Madoff's

investors closing out or partially withdrawing from their accounts, creating the possibility that an

account could quickly become null and again leave no collateral for an option trader.  Again,

despite this flawed logic, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and

Citi Hedge blindly accepted Madoff's explanation.

240.     On information and belief, Ceretti, Grosso, the Kingate Funds, the Management

Defendants, and Citi Hedge never questioned Madoff about these matters.  Nor did they perform

any independent due diligence.  Sophisticated financial professionals like Ceretti, Grosso, the

Kingate Funds, the Management Defendants, and Citi Hedge should have easily detected the

flawed structure and recognized it as yet another indicia of fraudulent activity at BLMIS.

### M.     The Structure of BLMIS Was Opaque, Secretive, and Lacked Independent Oversight and Customary Internal Controls

241.     Madoff purportedly held positions at BLMIS that would normally be occupied by

four separate entities – he was the investment adviser, custodian, and administrator of the 703

Account, as well as the broker-dealer who initiated and executed the phantom trades.  This meant

that there was neither an independent custodian to assure the proper segregation of assets, nor

was there an independent third-party to verify the existence and value of BLMIS's investments

or transactions.  This "self-custody" structure eliminated a critical internal control, widely

recognized as basic in both the brokerage and investment management industry, that prevents
fraud by having an independent custodian hold and confirm the actual existence of securities for
investors.

242.    In 2006, Grosso asked that certain statements in the Kingate Funds' disclosure to
investors regarding such conflicts of interests be removed because he claimed it would "bother"
investors.

243.    On information and belief, Ceretti, Grosso, the Kingate Funds, the Management
Defendants, and Citi Hedge did not reasonably or independently verify that the securities
purportedly bought, sold, or held for the Kingate Funds existed.  On information and belief,
Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge accepted
Madoff's explanation for this facially suspicious practice.  Ceretti, Grosso, the Kingate Funds,
the Management Defendants, and Citi Hedge did not perform any independent, meaningful, or
reasonable due diligence despite being on notice of this red flag.

### N.    BLMIS, Known as High-Technology Firm, Provided Only Paper Statements

244.    Despite being a technological pioneer of electronic trading, Madoff did not
provide his customers with real-time electronic access to their accounts, which was and is
customary in the industry for hedge fund and fund of fund investors.  Indeed, BLMIS used
outmoded technology and provided only printed account statements and paper trading
confirmations that were sent via U.S. mail, three to four days after the trades occurred, a practice
that enabled Madoff and BLMIS to pick trades for the statements using hindsight.

245.    Even though Ceretti, Grosso, the Kingate Funds, the Management Defendants,
and Citi Hedge knew that Madoff and BLMIS were technologically savvy and Grosso himself
called Madoff a "technology addict," Ceretti, Grosso, the Kingate Funds, the Management
Defendants, and Citi Hedge accepted without protest paper copies of Kingate Funds' trade

confirmations.  This was a practice plainly rife with the risk of fraud.

### O.  *Absence of a Capable Auditor*

246.    Even the one institutional check on the IA Business's activities – the fact that it

was audited by an independent auditor – was itself a major warning sign for investors.  BLMIS

ostensibly had tens of billions of dollars under management, yet was audited by Friehling &

Horowitz C.P.A. P.C. ("F&H"), an accounting firm with only two accountants, one of whom was

semi-retired and living Florida.  The firm's offices were located in a strip mall and FIM knew

that the BLMIS auditor for BLMIS was a "small one in Rockland county [sic] NY."

247.    On November 3, 2009, David Friehling pleaded guilty to seven counts of

securities fraud, investment adviser fraud, obstructing or impeding the administration of Internal

Revenue laws, and making false filings with the SEC, all in connection with Madoff and BLMIS.

248.    On information and belief, Ceretti, Grosso, the Kingate Funds, the Management

Defendants, and Citi Hedge did not independently confirm whether F&H was adequately staffed,

technically equipped, or professionally qualified, or even capable of performing large scale

domestic and international auditing services at a time when Madoff was reporting over $13

billion under management.

249.    The size and lack of professional qualification of F&H and the nature of the

services they provided were readily accessible to Ceretti, Grosso, the Kingate Funds, the

Management Defendants, and Citi Hedge.  All accounting firms that perform audit work must

enroll in the peer review program of the American Institute of Certified Public Accountants'

("AICPA").  This program involves the assessment by experienced auditors of a firm's audit

quality.  F&H, while a member of the AICPA, had not been peer reviewed since 1993.  The firm

avoided the requirement by stating, in writing, that it did not actually perform any auditing work.

The results of these peer reviews are a matter of public record and on file with the AICPA.

250.    That BLMIS, with billions of dollars under management, relied on an auditor like F&H, should have been a red flag to Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge.  Instead, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge ignored this red flag, did not inquire further, and continued to develop their relationships with BLMIS.

### P.    Management Fees

251.    BLMIS gave Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge a powerful incentive to turn a blind eye to its numerous indicia of fraud.  Madoff, contrary to industry standards, agreed to a compensation structure that left hundreds of millions, if not billions, of dollars on the table.  Madoff purported to be satisfied with simply earning a trading commission of four-cents per share and one dollar per option contract.  The standard investment advisery fee charged by a hedge fund manager ranges from 1 percent to 2 percent of assets under management plus a performance fee of 10 percent to 20 percent of any profits earned by the investment.  Fees normally run higher for investment advisers with a history of success.  By contrast, Ceretti, Grosso, the Kingate Funds, the Management Defendants, and Citi Hedge, whose only role was to feed money to BLMIS, received substantial management and administrative fees and a share of the profits that would normally go to the entity in the position of BLMIS.

## XI.    **THE TRANSFERS**

252.    According to BLMIS's records, Kingate Global and Kingate Euro maintained accounts 1FN061 and 1FN086, respectively, with BLMIS set forth on Exhibit A (the "Accounts").  For their respective accounts, Kingate Global and Kingate Euro executed a Customer Agreement, an Option Agreement, and/or a Trading Authorization Limited to Purchases and Sales of Securities and Options (collectively, the "Account Agreements"), and

delivered such documents to BLMIS at its headquarters at 885 Third Avenue, New York, New

York.

253.    The Account Agreements were to be performed in New York, New York through

securities trading activities that would take place in New York, New York.  The Accounts were

held in New York, New York, and Kingate Global and Kingate Euro sent funds to BLMIS in

New York, New York for application to the Accounts and for the purported conducting of

trading activities.

254.    Prior to the Filing Date, BLMIS transferred at least $975,541,729 to, or for the

benefit of, Kingate Global and Kingate Euro in the form of withdrawals from their accounts (the

"Transfers"), as set forth in Exhibit B, under circumstances that should have put Kingate Global

and Kingate Euro on actual or inquiry notice that the purported account activity was inconsistent

with legitimate trading activity and credible returns, that Ceretti, Grosso, the Kingate Funds, the

Management Defendants, the Ceretti and Grosso Shell Company Defendants, and Citi Hedge

were benefitting from fraudulent transactions in the Kingate Global and Kingate Euro accounts,

that the IA Business was predicated on fraudulent activities, and/or that the transfers were

fraudulent.

255.    Of the Transfers, avoidable and recoverable initial transfers in the approximate

total amount of $437,501,112 were transferred to, or for the benefit of, Kingate Global (the

"Kingate Global Transfers").  See Exhibit B, Column 5.  Of the Transfers, avoidable and

recoverable initial transfers in the total amount of $538,040,617 were transferred to, or for the

benefit of, Kingate Euro (the "Kingate Euro Transfers").  See Exhibit B, Column 5.  Kingate

Global and Kingate Euro were initial transferees of the avoidable transfers set forth above.

256.    The Kingate Global Transfers and the Kingate Euro Transfers were and continue

to be Customer Property within the meaning of section 78*lll*(4) of SIPA, and are avoidable and

recoverable under sections 544, 547, 548, 550(a), and 551 of the Bankruptcy Code, applicable

provisions of SIPA, particularly section 78fff-2(c)(3), and applicable provisions of N.Y. CPLR

203(g) and 213(8) (McKinney 2001) and DCL sections 273 – 279 (McKinney 2001).

257.     Of the Transfers, BLMIS made payments or other transfers to, or for the benefit

of, Kingate Global totaling at least $101,753,145 during the 90 days prior to the Filing Date (the

"Kingate Global Preference Period Transfers").  See Exhibit B, Column 9.

258.     Of the Transfers, BLMIS made payments or other transfers to, or for the benefit

of, Kingate Euro totaling at least $155,606,833 during the 90 days prior to the Filing Date (the

"Kingate Euro Preference Period Transfers").  See Exhibit B, Column 9.

259.     The Kingate Global Preference Period Transfers and Kingate Euro Preference

Period Transfers were and continue to be Customer Property within the meaning of section

78lll(4) of SIPA, and are avoidable and recoverable under sections 547, 550(a) and 551 of the

Bankruptcy Code and applicable provisions of SIPA, particularly section 78fff-2(c)(3).

260.     Of the Transfers, BLMIS made transfers to, or for the benefit of, Kingate Global

totaling at least $163,447,509 during the two years prior to the Filing Date (the "Kingate Global

Two-Year Transfers").  See Exhibit B, Column 10.

261.     Of the Transfers, BLMIS made transfers to, or for the benefit of, Kingate Euro

totaling at least $248,979,674 during the two years prior to the Filing Date (the "Kingate Euro

Two-Year Transfers").  See Exhibit B, Column 10.

262.     The Kingate Global Two-Year Transfers and the Kingate Euro Two-Year

Transfers were and continue to be Customer Property within the meaning of section 78*lll*(4) of

SIPA, and are avoidable and recoverable under sections 548, 550(a) and 551 of the Bankruptcy

Code and applicable provisions of SIPA, particularly section 78fff-2(c)(3).

263.     Of the Transfers, BLMIS made transfers to Kingate Global totaling at least

$398,704,065 during the six years prior to the Filing Date (the "Kingate Global Six-Year

Transfers). See Exhibit B, Column 11.

264.    Of the Transfers, BLMIS made transfers to, or for the benefit of, Kingate Euro

totaling at least $475,485,759 during the six years prior to the Filing Date (the "Kingate Euro

Six-Year Transfers"). See Exhibit B, Column 11.

265.    The Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers

were and continue to be Customer Property within the meaning of section 78*lll*(4) of SIPA, and

are avoidable and recoverable under sections 544, 550(a) and 551 of the Bankruptcy Code,

applicable provisions of SIPA, particularly 78fff-2(c)(3), and applicable provisions of DCL

sections 273 – 279.

266.    On information and belief, the Management Defendants received subsequent

transfers of the avoidable transfers in the form of fees from Kingate Euro and Kingate Global,

which are recoverable under section 550(a) of the Bankruptcy Code (the "Management

Defendants Subsequent Transfers").

267.    On information and belief, the Ceretti and Grosso Shell Company Defendants

received subsequent transfers of avoidable and recoverable transfers in the form of fees from the

Management Defendants, which are recoverable under section 550(a) of the Bankruptcy Code

(the "Ceretti and Grosso Shell Company Defendant Subsequent Transfers").

268.    On information and belief, Ceretti and Grosso received subsequent transfers of

avoidable and recoverable transfers in the form of fees from the Ceretti and Grosso Shell

Company Defendants and/or the Management Defendants, which are recoverable under section

550(a) of the Bankruptcy Code (the "Ceretti and Grosso Subsequent Transfers").

269.    On information and belief, Citi Hedge received subsequent transfers of the

avoidable and recoverable transfers in the form of fees from Kingate Euro and Kingate Global,

which are recoverable under section 550(a) of the Bankruptcy Code (the "Citi Hedge Subsequent Transfers").

270.    The Management Defendants Subsequent Transfers, the Ceretti and Grosso Shell Company Defendant Subsequent Transfers, Ceretti and Grosso Subsequent Transfers, and Citi Hedge Subsequent Transfers (collectively the "Subsequent Transfers") were made to, or for the benefit of, the Management Defendants, the Ceretti and Grosso Shell Company Defendants, Cerretti, Grosso, and Citi Hedge (collectively the "Subsequent Transferee Defendants").

271.    The Subsequent Transfers, or the value thereof, are recoverable from the Subsequent Transferee Defendants under section 550(a) of the Bankruptcy Code.

272.    To the extent that any of the recovery counts may be inconsistent with each other, they are to be treated as being pleaded in the alternative.

273.    The Trustee's investigation is ongoing and the Trustee reserves the right to:  (i) supplement the information regarding the Transfers and any additional transfers; and (ii) seek recovery of such additional transfers.

## CUSTOMER CLAIMS

274.    Kingate Global filed Customer Claim No. 15359 on or about July 2, 2009 and Kingate Euro filed Customer Claim No. 15358 on or about July 2, 2009, (collectively, the "Customer Claims").  To date, the Trustee has yet to determine the Customer Claims.

275.    On December 23, 2008, this Court entered an Order on Application for Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claim, and Providing Other Relief ("Claims Procedures Order"; Docket No. 12).  The Claims Procedures Order includes a process for determination and allowance of claims under which the Trustee has been operating.  The Trustee intends to pursue resolution of the Customer Claims, their objections and any other

related objections to the Trustee's determination of such claims through a separate hearing as

contemplated by the Claims Procedures Order.

### COUNT ONE
### PREFERENTIAL TRANSFERS
### 11 U.S.C. §§ 547(b), 550(a), AND 551

*(Against Kingate Global and Kingate Euro)*

276.    The Trustee incorporates by reference the allegations contained in the previous

paragraphs of this Complaint as if fully rewritten herein.

277.    At the time of each of the Kingate Global Preference Period Transfers and

Kingate Euro Preference Period Transfers, Kingate Global and Kingate Euro were "creditors" of

BLMIS within the meaning of section 101(10) of the Bankruptcy Code and under SIPA § 78fff-

2(c)(3).

278.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers constitutes a transfer of an interest of BLMIS in property within the

meaning of section 101(54) of the Bankruptcy Code and under SIPA § 78fff-2(c)(3).

279.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers was to, or for the benefit of, Kingate Global and Kingate Euro.

280.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers was made for, or on account of, an antecedent debt owed by BLMIS

before such transfer was made.

281.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers was made while BLMIS was insolvent.

282.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers was made during the 90-day preference period under section

547(b)(4) of the Bankruptcy Code.

283.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers enabled Kingate Global and Kingate Euro to receive more than

Kingate Global or Kingate Euro would receive if:  (i) this case was a case under chapter 7 of the

Bankruptcy Code; (ii) the transfers had not been made; and (iii) such transferee received

payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

284.    Each of the Kingate Global Preference Period Transfers and Kingate Euro

Preference Period Transfers constitutes a preferential transfer avoidable by the Trustee under

section 547(b) of the Bankruptcy Code and recoverable from Kingate Global and Kingate Euro

as initial transferees or the entities for whose benefit such transfers were made under section

550(a) of the Bankruptcy Code.

285.    As a result of the foregoing, under sections 547(b), 550(a), and 551 of the

Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment:  (i) avoiding

and preserving the Kingate Global Preference Period Transfers and the Kingate Euro Preference

Period Transfers; (ii) directing that the Kingate Global Preference Period Transfers and Kingate

Euro Preference Period Transfers be set aside; and (iii) recovering the Kingate Global Preference

Period Transfers and the Kingate Euro Preference Period Transfers, or the value thereof, from

Kingate Global and Kingate Euro for the benefit of the estate of BLMIS.

### COUNT TWO
### ACTUAL FRAUDULENT TRANSFER
### 11 U.S.C. §§ 548(a)(1)(A), 550(a), AND 551

*(Against Kingate Global and Kingate Euro)*

286.    The Trustee incorporates by reference the allegations contained in the previous

paragraphs of this Complaint as if fully rewritten herein.

287.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers was made on or within two years before the Filing Date.

288.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers constituted a transfer of an interest of BLMIS in property within the meaning of sections 101(54) and 548(a) of the Bankruptcy Code and under SIPA § 78fff-2(c)(3).

289.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers were made by BLMIS with the actual intent to hinder, delay, or defraud some or all of BLMIS's then existing or future creditors.  BLMIS made the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers to, or for the benefit of, Kingate Global and Kingate Euro in furtherance of a fraudulent investment scheme.

290.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers constitute a fraudulent transfer avoidable by the Trustee under section 548(a)(1)(A) of the Bankruptcy Code and recoverable from Kingate Global and Kingate Euro under section 550(a) of the Bankruptcy Code and SIPA § 78fff-(2)(c)(3).

291.    As a result of the foregoing, under sections 548(a)(1)(A), 550(a), and 551 of the Bankruptcy Code, the Trustee is entitled to a judgment:  (i) avoiding and preserving the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers; (ii) directing that the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers be set aside; and (iii) recovering the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers, or the value thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS.

### COUNT THREE
### CONSTRUCTIVE FRAUDULENT TRANSFER
### 11 U.S.C. §§ 548(a)(1)(B), 550(a), AND 551

*(Against Kingate Global and Kingate Euro)*

292.    The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint as if fully rewritten herein.

293.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers was made on or within two years before the Filing Date.

294.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers constitutes a transfer of an interest of BLMIS in property within the meaning of sections 101(54) and 548(a) of the Bankruptcy Code and under SIPA § 78fff-2(c)(3).

295.    BLMIS received less than a reasonably equivalent value in exchange for each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers.

296.    At the time of each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers, BLMIS was insolvent, or became insolvent as a result of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers.

297.    At the time of each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers, BLMIS was engaged in a business or a transaction, or was about to engage in a business or a transaction, for which any property remaining with BLMIS was an unreasonably small capital.

298.    At the time of each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers, BLMIS intended to incur, or believed that it would incur, debts that would be beyond BLMIS's ability to pay as such debts matured.

299.    Each of the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers constitute fraudulent transfers avoidable by the Trustee under section 548(a)(1)(B) of

the Bankruptcy Code and recoverable from Kingate Global and Kingate Euro under section
550(a) and SIPA § 78fff-(2)(c)(3).

300.    As a result of the foregoing, under sections 548(a)(1)(B), 550(a), and 551 of the
Bankruptcy Code, the Trustee is entitled to a judgment against Kingate Global and Kingate Euro:
(i) avoiding and preserving the Kingate Global Two-Year Transfers and the Kingate Euro Two-
Year Transfers; (ii) directing that the Kingate Global Two-Year Transfers and the Kingate Euro
Two-Year Transfers; and (iii) recovering the Two-Year Transfers, or the value thereof, from
Kingate Global and Kingate Euro for the benefit of the estate of BLMIS.

### COUNT FOUR
### ACTUAL FRAUDULENT TRANSFER –
### NEW YORK DEBTOR AND CREDITOR LAW
### §§ 276, 276-a, 278, AND/OR 279, AND 11 U.S.C. §§ 544, 550(a), AND 551

#### (Against Kingate Global and Kingate Euro)

301.    The Trustee incorporates by reference the allegations contained in the previous
paragraphs of this Complaint as if fully rewritten herein.

302.    At all times relevant to the Kingate Global Transfers and the Kingate Euro
Transfers, there have been one or more creditors who have held and still hold matured or
unmatured unsecured claims against BLMIS that are allowable under section 502 of the
Bankruptcy Code or that are not allowable only under section 502(e) of the Bankruptcy Code.

303.    Each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year
Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

304.    Each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year
Transfers was made by BLMIS with the actual intent to hinder, delay, or defraud the creditors of
BLMIS.  BLMIS made the Kingate Global Six-Year Transfers and Kingate Euro Six-Year
Transfers to or for the benefit of Kingate Global and Kingate Euro in furtherance of a fraudulent

investment scheme.

305.    Each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year
Transfers was received by Kingate Global and Kingate Euro with actual intent to hinder, delay or
defraud creditors of BLMIS at the time of each of the Kingate Global Six-Year Transfers and
Kingate Euro Six-Year Transfers, and/or future creditors of BLMIS.

306.    As a result of the foregoing, under DCL sections 276, 276-a, 278, and/or 279,
sections 544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee
is entitled to a judgment against Kingate Global and Kingate Euro:  (i) avoiding and preserving
the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that
the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; (iii)
recovering the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the
value thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS; and
(iv) recovering attorneys' fees from Kingate Global and Kingate Euro.

## COUNT FIVE
## CONSTRUCTIVE FRAUDULENT TRANSFER –
## NEW YORK DEBTOR AND CREDITOR LAW
## §§ 273 AND 278, AND/OR 279, AND 11 U.S.C. §§ 544, 550(a), AND 551

### *(Against Kingate Global and Kingate Euro)*

307.    The Trustee incorporates by reference the allegations contained in the previous
paragraphs of the Complaint as if fully rewritten herein.

308.    At all relevant times there was and is at least one or more creditors who held and
hold matured or unmatured unsecured claims against BLMIS that were and are allowable under
section 502 of the Bankruptcy Code or that were and are not allowable only under section 502(e)
of the Bankruptcy Code.

309.    Each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year

Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

310.    BLMIS did not receive fair consideration for the Kingate Global Six-Year

Transfers and Kingate Euro Six-Year Transfers.

311.    BLMIS was insolvent at the time it made each of the Kingate Global Six-Year

Transfers and Kingate Euro Six-Year Transfers or, in the alternative, BLMIS became insolvent

as a result of each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year

Transfers.

312.    As a result of the foregoing, under DCL sections 273, 278, and/or 279, sections

544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled

to a judgment against Kingate Global and Kingate Euro:  (i) avoiding and preserving the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; and (iii) recovering

the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value

thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS.

## COUNT SIX
### CONSTRUCTIVE FRAUDULENT TRANSFER –
### NEW YORK DEBTOR AND CREDITOR LAW
### §§274, 278 AND/OR 279, AND 11 U.S.C. §§ 544, 550(a), AND 551

### *(Against Kingate Global and Kingate Euro)*

313.    The Trustee incorporates by reference the allegations contained in the previous

paragraphs of the Complaint as if fully rewritten herein.

314.    At all relevant times there was and is at least one or more creditors who held and

hold matured or unmatured unsecured claims against BLMIS that were and are allowable under

section 502 of the Bankruptcy Code or that were and are not allowable only under section 502(e)

of the Bankruptcy Code.

315.    Each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year
Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

316.    BLMIS did not receive fair consideration for the Kingate Global Six-Year
Transfers and Kingate Euro Six-Year Transfers.

317.    At the time BLMIS made each of the Kingate Global Six-Year Transfers and
Kingate Euro Six-Year Transfers, BLMIS was engaged or was about to engage in a business or
transaction for which the property remaining in its hands after each of the Kingate Global Six-
Year Transfers and Kingate Euro Six-Year Transfers was an unreasonably small capital.

318.    As a result of the foregoing, under DCL sections 274, 278, and/or 279, sections
544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled
to a judgment against Kingate Global and Kingate Euro:  (i) avoiding and preserving the Kingate
Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate
Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; and (iii) recovering
the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value
thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS.

## COUNT SEVEN
## CONSTRUCTIVE FRAUDULENT TRANSFER –
## NEW YORK DEBTOR AND CREDITOR LAW
## §§ 275, 278 AND/OR 279, AND 11 U.S.C. §§ 544, 550(a), AND 551

### *(Against Kingate Global and Kingate Euro)*

319.    The Trustee incorporates by reference the allegations contained in the previous
paragraphs of the Complaint as if fully rewritten herein.

320.    At all relevant times there was and is at least one or more creditors who held and
hold matured or unmatured unsecured claims against BLMIS that are allowable under section
502 of the Bankruptcy Code or that are not allowable only under section 502(e) of the

Bankruptcy Code.

321.     Each of the Kingate Global Six-Year Transfers and Kingate Euro Six-Year

Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

322.     BLMIS did not receive fair consideration for the Kingate Global Six-Year

Transfers and Kingate Euro Six-Year Transfers.

323.     At the time BLMIS made each of the Kingate Global Six-Year Transfers and

Kingate Euro Six-Year Transfers, BLMIS had incurred, was intending to incur, or believed that

it would incur debts beyond its ability to pay them as the debts matured.

324.     As a result of the foregoing, under DCL sections 275, 278, and/or 279, sections

544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled

to a judgment against Kingate Global and Kingate Euro:  (i) avoiding and preserving the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; and (iii) recovering

the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value

thereof, from the Kingate Global and Kingate Euro for the benefit of the estate of BLMIS.

## COUNT EIGHT
### RECOVERY OF ALL FRAUDULENT TRANSFERS – NEW YORK CIVIL PROCEDURE LAW AND RULES 203(g), 213(8) AND NEW YORK DEBTOR AND CREDITOR LAW §§ 276, 276-a, 278, AND/OR 279, 11 U.S.C. §§ 544, 550(a), AND 551

### (*Against Kingate Global and Kingate Euro*)

325.     The Trustee incorporates by reference the allegations contained in the previous

paragraphs of this Complaint as if fully rewritten herein.

326.     At all times relevant to the Kingate Global Transfers and the Kingate Euro

Transfers, the fraudulent scheme perpetrated by BLMIS was not reasonably discoverable by at

least one unsecured creditor of BLMIS.

327.     Each of the Kingate Global Transfers and Kingate Euro Transfers constituted a
conveyance by BLMIS as defined under DCL section 270.

328.     Each of the Kingate Global Transfers and the Kingate Euro Transfers was made
by BLMIS with the actual intent to hinder, delay, or defraud the creditors of BLMIS.  BLMIS
made the Transfers to or for the benefit of Kingate Global and Kingate Euro in furtherance of a
fraudulent investment scheme.

329.     Each of the Kingate Global Transfers and the Kingate Euro Transfers was
received by Kingate Global and Kingate Euro with actual intent to hinder, delay or defraud
creditors of BLMIS at the time of each of the Kingate Global Transfers and the Kingate Euro
Transfers, and/or future creditors of BLMIS.

330.     As a result of the foregoing, under NY CPLR 203(g), 213(8), DCL sections 276,
276-a, 278, and/or 279, sections 544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA §
78fff-2(c)(3), the Trustee is entitled to a judgment against Kingate Global and Kingate Euro:  (i)
avoiding and preserving the Kingate Global Transfers and the Kingate Euro Transfers; (ii)
directing that the Kingate Global Transfers and the Kingate Euro Transfers be set aside; (iii)
recovering the Kingate Global Transfers and the Kingate Euro Transfers, or the value thereof,
from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS; and (iv)
recovering attorneys' fees from Kingate Global and Kingate Euro.

## COUNT NINE
## RECOVERY OF SUBSEQUENT TRANSFERS – NEW YORK DEBTOR AND
## CREDITOR LAW §§ 273 – 279 AND 11 U.S.C. §§ 544, 547(b), 548, 550(a), AND 551

### *(Against the Subsequent Transferee Defendants)*

331.     The Trustee incorporates by reference the allegations contained in the previous
paragraphs of this Complaint as if fully rewritten herein.

332.     Each of the Kingate Global Transfers and Kingate Euro Transfers is avoidable

under section 78fff-2(c)(3) of SIPA, DCL sections 273, 274, 275, 276, 276-a, 277, 278 and/or

279, and sections 544, 547, 548(a), 550(a), and 551 of the Bankruptcy Code and constitutes a

transfer of an interest of BLMIS in property within the meaning of section 101(54) of the

Bankruptcy Code and under SIPA § 78fff-2(c)(3).

333.    On information and belief, the Subsequent Transferee Defendants received

Subsequent Transfers, which are recoverable under section 550(a) of the Bankruptcy Code.

334.    The Subsequent Transferee Defendants were immediate or mediate transferees of

some or all of the Kingate Global Transfers and Kingate Euro Transfers under section 550(a) of

the Bankruptcy Code.

335.    Each of the Subsequent Transfers was made directly or indirectly to, or for the

benefit of, the Subsequent Transferee Defendants.

336.    Each of the Subsequent Transfers was received by the Subsequent Transferee

Defendants with actual intent to hinder, delay, or defraud creditors of BLMIS at the time of each

of the Subsequent Transfers, and/or future creditors of BLMIS.

337.    As a result of the foregoing and the avoidance of the within Transfers, pursuant to

DCL sections 273 - 279, sections 544, 547(b), 548(a), 550(a), and 551 of the Bankruptcy Code

and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment against the Subsequent Transferee

Defendants recovering the Subsequent Transfers, or the value thereof, from the Subsequent

Transferee Defendants for the benefit of the estate of BLMIS and recovering attorneys' fees from

the Subsequent Transferee Defendants.

**COUNT TEN**
**DISALLOWANCE OF CUSTOMER CLAIMS**

***(Against Kingate Global and Kingate Euro)***

338.    The Trustee incorporates by reference the allegations contained in the previous

paragraphs of this Complaint as if fully rewritten herein.

339. Kingate Global and Kingate Euro filed Customer Claims, which have not yet been determined.

340. Such Customer Claims should not be allowed pursuant to section 502(d) of the Bankruptcy Code, as Kingate Global and Kingate Euro, who filed the Customer Claims are the recipient(s) of transfers of BLMIS's property which are avoidable and recoverable under sections 544, 547, 548 and/or 550(a) of the Bankruptcy Code, DCL sections 273, 274, 275 and 276 and section 78fff-2(c)(3) as set forth above, and Kingate Global and Kingate Euro have not returned the transfers to the Trustee.

341. The Claims Procedures Order includes a process for determination and allowance of claims under which the Trustee has been operating. As a result of the foregoing, the Trustee intends to resolve the Customer Claims of Kingate Global and Kingate Euro, the Claims Objections, and any related objections through the mechanisms contemplated by the Claims Procedures Order.

## COUNT ELEVEN
## EQUITABLE SUBORDINATION OF CUSTOMER CLAIMS

### *(Against Kingate Global and Kingate Euro)*

342. The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint as if fully rewritten herein.

343. Kingate Global and Kingate Euro, engaged in inequitable conduct, including behavior described in this Complaint, that has resulted in injury to the customers and creditors of the estate and has conferred an unfair advantage on Kingate Global and Kingate Euro.

344. Based on the inequitable conduct of Kingate Global and Kingate Euro, the customers of BLMIS have been misled as to the true financial condition of the debtor, customers

have been induced to invest without knowledge of the actual facts regarding BLMIS's financial

condition, and/or customers and creditors are less likely to recover the full amounts due to them

because of the conduct of Kingate Global and Kingate Euro.

345.    The Court should exercise the full extent of its equitable powers to ensure that

claims, payments, or benefits, of whatever kind or nature, which are asserted or sought by

Kingate Global and Kingate Euro directly or indirectly against the estate – and only to the extent

such claims are allowed –  are subordinated for distribution purposes pursuant to sections

510(c)(1) and 105(a) of the Bankruptcy Code.

346.    Equitable subordination as requested herein is consistent with the provisions and

purposes of the Bankruptcy Code.

## COUNT TWELVE
## UNJUST ENRICHMENT

***(Against Ceretti, Grosso, the Management Defendants, the  Ceretti and Grosso Shell Company
Defendants, and Citi Hedge)***

347.    The Trustee incorporates by reference the allegations contained in the previous

paragraphs of this Complaint as if fully rewritten herein.

348.    Ceretti, Grosso, the Management Defendants, the Ceretti and Grosso Shell

Company Defendants, and Citi Hedge have been unjustly enriched by profiting from Madoff's

Ponzi scheme.  They have wrongfully and unconscionably benefited from the receipt of

Customer Property from BLMIS, for which they did not, in good faith, provide fair value.

349.    These proceeds took the form of, among other things, retrocession fees,

management fees, consulting fees, advisery fees, incentive fees, and interest payments.  None of

this money has been returned to the Trustee for distribution in the liquidation of the BLMIS

estate.

350.    Accordingly, equity and good conscience require full restitution of all proceeds of

the illegal scheme, all of which should rightfully be returned to the Trustee for distribution in the
liquidation of the BLMIS estate.

## COUNT THIRTEEN
## CONVERSION

### *(Against Ceretti, Grosso, the Management Defendants, the Ceretti and Grosso Shell Company Defendants, and Citi Hedge)*

351.    The Trustee incorporates by reference the allegations contained in the previous
paragraphs of this Complaint as if fully rewritten herein.

352.    BLMIS customers have the possessory right to and interest in the billions of
dollars they personally invested with BLMIS.

353.    Ceretti, Grosso, the Management Defendants, the Ceretti and Grosso Shell
Company Defendants, and Citi Hedge have intentionally exercised dominion and control over
Customer Property in a manner inconsistent with and in willful disregard of the solvency of the
BLMIS estate.  These Defendants are therefore liable for having wrongfully converted these
monies and are now obligated to return all such monies to the Trustee for distribution in the
liquidation of the BLMIS estate.

## COUNT FOURTEEN
## MONEY HAD AND RECEIVED

### *(Against All Defendants)*

354.    The Trustee incorporates by reference the allegations contained in the previous
paragraphs of this Complaint as if fully rewritten herein.

355.    The Defendants are currently in possession of, or have control over, Customer
Property.  These monies belong to the customer fund under the Trustee's control.  The
Defendants have no lawful or equitable right to these monies, having obtained the monies
through fraud, deceit, or mistake.

356.     In equity and good conscience, the Defendants may not retain possession or
control of these monies, which rightfully belong to the customer fund under the Trustee's
control.  The Defendants are obligated to return all such monies to the Trustee for distribution in
the liquidation of the BLMIS estate.

**COUNT FIFTEEN**
**DECLARATORY JUDGMENT PURSUANT TO 28 U.S.C. § 2201**

***(Against Bank Bermuda)***

357.     The Trustee incorporates by reference the allegations contained in the previous
paragraphs of this Complaint as if fully rewritten herein.

358.     Bank Bermuda is currently in possession of, or has control over, Customer
Property.

359.     The specific monies currently remaining in the Bank Bermuda Accounts
constitute improper transfers to those accounts by BLMIS.  These monies belong to the customer
fund under the Trustee's control.  The Trustee is entitled to a judgment pursuant to 28 U.S.C. §
2201 declaring that Bank Bermuda is obligated to return all remaining monies to the Trustee for
distribution in the liquidation of the BLMIS estate.

**WHEREFORE**, the Trustee respectfully requests that this Court enter judgment in favor
of the Trustee and against Defendants as follows:

i.     On the First Count, under sections 547(b), 550(a), and 551 of the Bankruptcy
Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment:  (i) avoiding and
preserving the Kingate Global Preference Period Transfers and the Kingate Euro Preference
Period Transfers; (ii) directing that the Kingate Global Preference Period Transfers and Kingate
Euro Preference Period Transfers be set aside; and (iii) recovering the Kingate Global Preference
Period Transfers and the Kingate Euro Preference Period Transfers, or the value thereof, from

Kingate Global and Kingate Euro for the benefit of the estate of BLMIS;

  ii.  On the Second Count, under sections 548(a)(1)(A), 550(a), and 551 of the

Bankruptcy Code, the Trustee is entitled to a judgment:  (i) avoiding and preserving the Kingate

Global Two-Year Transfers and the Kingate Euro Two-Year Transfers; (ii) directing that the

Kingate Global Two-Year Transfers and the Kingate Euro Two-Year Transfers be set aside; and

(iii) recovering the Kingate Global Two-Year Transfers and the Kingate Euro Two-Year

Transfers, or the value thereof, from Kingate Global and Kingate Euro for the benefit of the

estate of BLMIS;

  iii.  On the Third Count, under sections 548(a)(1)(B), 550(a), and 551 of the

Bankruptcy Code, the Trustee is entitled to a judgment against Kingate Global and Kingate Euro:

(i) avoiding and preserving the Kingate Global Two-Year Transfers and the Kingate Euro Two-

Year Transfers; (ii) directing that the Kingate Global Two-Year Transfers and the Kingate Euro

Two-Year Transfers; and (iii) recovering the Two-Year Transfers, or the value thereof, from

Kingate Global and Kingate Euro for the benefit of the estate of BLMIS;

  iv.  On the Fourth Count, under DCL sections 276, 276-a, 278 and/or 279, sections

544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled

to a judgment against Kingate Global and Kingate Euro:  (i) avoiding and preserving the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; (iii) recovering the

Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value thereof,

from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS; and (iv)

recovering attorneys' fees from Kingate Global and Kingate Euro;

  v.  On the Fifth Count, under DCL sections 273, 278 and/or 279, sections 544(b),

550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a

judgment against Kingate Global and Kingate Euro: (i) avoiding and preserving the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; and (iii) recovering

the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value

thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS;

vi.     On the Sixth Count, under DCL sections 274, 278 and/or 279, sections 544(b),

550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a

judgment against Kingate Global and Kingate Euro: (i) avoiding and preserving the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; and (iii) recovering

the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value

thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS;

vii.    On the Seventh Count, under DCL sections 275, 278 and/or 279, sections 544(b),

550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a

judgment against Kingate Global and Kingate Euro: (i) avoiding and preserving the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers; (ii) directing that the Kingate

Global Six-Year Transfers and Kingate Euro Six-Year Transfers be set aside; and (iii) recovering

the Kingate Global Six-Year Transfers and Kingate Euro Six-Year Transfers, or the value

thereof, from the Kingate Global and Kingate Euro for the benefit of the estate of BLMIS;

viii.   On the Eighth Count, under NY CPLR 203(g), 213(8), DCL sections 276, 276-a,

278 and/or 279, sections 544(b), 550(a), and 551 of the Bankruptcy Code, and SIPA § 78fff-

2(c)(3), the Trustee is entitled to a judgment against Kingate Global and Kingate Euro: (i)

avoiding and preserving the Kingate Global Transfers and the Kingate Euro Transfers; (ii)

directing that the Kingate Global Transfers and the Kingate Euro Transfers be set aside; (iii)

recovering the Kingate Global Transfers and the Kingate Euro Transfers, or the value thereof, from Kingate Global and Kingate Euro for the benefit of the estate of BLMIS; and (iv) recovering attorneys' fees from Kingate Global and Kingate Euro;

ix.     On the Ninth Count, under DCL sections 273 - 279, 544, 547(b), 548(a), 550(a), and 551 of the Bankruptcy Code and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment recovering the Subsequent Transfers, or the value thereof, from the Subsequent Transferee Defendants for the benefit of the estate of BLMIS and recovery attorneys' fees from the Subsequent Transferee Defendants;

x.     On the Tenth Count, that the Customer Claims shall be disallowed pursuant to section 502(d) of the Bankruptcy Code;

xi.     On the Eleventh Count, that the Customer Claims, to the extent allowed, shall be subordinated for distribution purposes pursuant to sections 510(c)(1) and 105(a) of the Bankruptcy Code.

xii.     On the Twelfth Count, that defendants to this count be found liable for unlawfully converting the investors' assets and be held liable for the restitution of such assets;

xiii.     On the Thirteenth Count, that defendants to this count return and all monies received as a result from any and all of their business associated with the Kingate Funds;

xiv.     On the Fourteenth Count, such compensatory, consequential, general, and punitive damages in an amount to be determined at trial;

xv.     On the Fifteenth Count, a declaratory judgment pursuant to 28 U.S.C. § 2201 that Bank Bermuda shall return all monies remaining in the Bank Bermuda Accounts to the Trustee for the benefit of the customer fund.

xvi.     On all Counts, under federal common law and N.Y. CPLR 5001, 5004, awarding the Trustee prejudgment interest from the date on which the Initial or Subsequent Transfers were

received by Defendants;

xvii.　　On all Counts, establishment of a constructive trust over the proceeds of the Initial

and Subsequent Transfers in favor of the Trustee for the benefit of BLMIS's estate;

xviii.　　On all Counts, assignment of Defendants' right to seek refunds from the

government for federal, state, and local taxes paid on fictitious profits during the course of the

scheme;

xix.　　Awarding the Trustee all applicable interest, costs, and disbursements of this

action; and

xx.　　Granting Plaintiff such other, further, and different relief as the Court deems just,

proper, and equitable.

Dated: May 20, 2011

/s/ David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Timothy S. Pfeifer
Keith R. Murphy
Geraldine Ponto
Michelle R. Kaplan


*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

Of Counsel:

Frederick W. Chockley, III
John J. Burke
Loura L. Alaverdi
Adam J. Smith

12-01920-smb Doc 43-1 Filed 02/10/14 Entered 02/10/14 10:45:28 Exhibit A
Pg 129 of 194

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND | 1FN061 |
| KINGATE EURO FUND LTD | 1FN086 |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/1996 | CHECK WIRE | 1,370,000 | 1,370,000 | - | - | - | 1,370,000 | - | - | - | - |
| 2/5/1996 | CHECK WIRE | 185,000 | 185,000 | - | - | - | 1,555,000 | - | - | - | - |
| 2/20/1996 | W/H TAX DIV CCI | (54) | - | (54) | - | - | 1,554,946 | - | - | - | (54) |
| 2/20/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (24) | - | (24) | - | - | 1,554,922 | - | - | - | (24) |
| 3/1/1996 | W/H TAX DIV KOL | (4) | - | (4) | - | - | 1,554,918 | - | - | - | (4) |
| 3/1/1996 | W/H TAX DIV BA | (24) | - | (24) | - | - | 1,554,894 | - | - | - | (24) |
| 3/1/1996 | W/H TAX DIV INTC | (9) | - | (9) | - | - | 1,554,885 | - | - | - | (9) |
| 3/1/1996 | W/H TAX DIV F | (103) | - | (103) | - | - | 1,554,782 | - | - | - | (103) |
| 3/11/1996 | W/H TAX DIV AN | (87) | - | (87) | - | - | 1,554,695 | - | - | - | (87) |
| 3/11/1996 | W/H TAX DIV IBM | (40) | - | (40) | - | - | 1,554,656 | - | - | - | (40) |
| 3/11/1996 | W/H TAX DIV GM | (81) | - | (81) | - | - | 1,554,575 | - | - | - | (81) |
| 3/11/1996 | W/H TAX DIV XON | (255) | - | (255) | - | - | 1,554,319 | - | - | - | (255) |
| 3/12/1996 | W/H TAX DIV MOB | (102) | - | (102) | - | - | 1,554,217 | - | - | - | (102) |
| 3/12/1996 | W/H TAX DIV BAC | (56) | - | (56) | - | - | 1,554,161 | - | - | - | (56) |
| 3/12/1996 | W/H TAX DIV JNJ | (62) | - | (62) | - | - | 1,554,099 | - | - | - | (62) |
| 3/14/1996 | W/H TAX DIV DD | (79) | - | (79) | - | - | 1,554,020 | - | - | - | (79) |
| 3/15/1996 | W/H TAX DIV DIS | (57) | - | (57) | - | - | 1,553,963 | - | - | - | (57) |
| 3/21/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (8) | - | (8) | - | - | 1,553,955 | - | - | - | (8) |
| 3/22/1996 | W/H TAX DIV AIG | (11) | - | (11) | - | - | 1,553,944 | - | - | - | (11) |
| 3/29/1996 | W/H TAX DIV PEP | (45) | - | (45) | - | - | 1,553,899 | - | - | - | (45) |
| 4/1/1996 | W/H TAX DIV MRK | (120) | - | (120) | - | - | 1,553,779 | - | - | - | (120) |
| 4/1/1996 | W/H TAX DIV KO | (90) | - | (90) | - | - | 1,553,689 | - | - | - | (90) |
| 4/2/1996 | W/H TAX DIV C | (68) | - | (68) | - | - | 1,553,621 | - | - | - | (68) |
| 4/3/1996 | CHECK WIRE | - | 110,000 | - | - | - | 1,663,621 | - | - | - | - |
| 4/8/1996 | W/H TAX DIV WMT | (35) | - | (35) | - | - | 1,663,587 | - | - | - | (35) |
| 4/30/1996 | W/H TAX DIV HWP | (30) | - | (30) | - | - | 1,663,557 | - | - | - | (30) |
| 4/17/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (8) | - | (8) | - | - | 1,663,548 | - | - | - | (8) |
| 4/30/1996 | W/H TAX DIV GE | (59) | - | (59) | - | - | 1,663,490 | - | - | - | (59) |
| 5/1/1996 | W/H TAX DIV AIT | (87) | - | (87) | - | - | 1,663,403 | - | - | - | (87) |
| 5/2/1996 | W/H TAX DIV GCI | (74) | - | (74) | - | - | 1,663,330 | - | - | - | (74) |
| 5/1/1996 | W/H TAX DIV BEL | (95) | - | (95) | - | - | 1,663,234 | - | - | - | (95) |
| 5/1/1996 | W/H TAX DIV T | (157) | - | (157) | - | - | 1,663,077 | - | - | - | (157) |
| 5/13/1996 | W/H TAX DIV BMY | (117) | - | (117) | - | - | 1,662,960 | - | - | - | (117) |
| 5/20/1996 | W/H TAX DIV PNU | (42) | - | (42) | - | - | 1,662,918 | - | - | - | (42) |
| 5/10/1996 | W/H TAX DIV AXP | (33) | - | (33) | - | - | 1,662,885 | - | - | - | (33) |
| 5/14/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (17) | - | (17) | - | - | 1,662,868 | - | - | - | (17) |
| 5/17/1996 | W/H TAX DIV DIS | (17) | - | (17) | - | - | 1,662,851 | - | - | - | (17) |
| 5/17/1996 | W/H TAX DIV GCI | (71) | - | (71) | - | - | 1,662,779 | - | - | - | (71) |
| 5/21/1996 | W/H TAX DIV AIG | (13) | - | (13) | - | - | 1,662,767 | - | - | - | (13) |
| 6/3/1996 | AMERICAN INTL GROUP INC CXL W/H TAX $.07/96 AIG | 13 | - | 13 | - | - | 1,662,779 | - | - | - | 13 |
| 6/3/1996 | W/H TAX DIV BA | (121) | - | (121) | - | - | 1,662,659 | - | - | - | (121) |
| 6/3/1996 | W/H TAX DIV KOL | (4) | - | (4) | - | - | 1,662,654 | - | - | - | (4) |
| 6/3/1996 | W/H TAX DIV INTC | (11) | - | (11) | - | - | 1,662,644 | - | - | - | (11) |
| 6/5/1996 | CHECK WIRE | - | 1,630,000 | - | - | - | 3,292,644 | - | - | - | - |
| 6/7/1996 | W/H TAX DIV BA | (29) | - | (29) | - | - | 3,292,614 | - | - | - | (29) |
| 6/10/1996 | W/H TAX DIV GCI | (104) | - | (104) | - | - | 3,292,511 | - | - | - | (104) |
| 6/10/1996 | W/H TAX DIV IBM | (67) | - | (67) | - | - | 3,292,443 | - | - | - | (67) |
| 6/10/1996 | W/H TAX DIV MOB | (126) | - | (126) | - | - | 3,292,317 | - | - | - | (126) |
| 6/11/1996 | W/H TAX DIV XON | (80) | - | (80) | - | - | 3,292,237 | - | - | - | (80) |
| 6/12/1996 | W/H TAX DIV BMY | (61) | - | (61) | - | - | 3,292,176 | - | - | - | (61) |
| 6/12/1996 | W/H TAX DIV RAL | (57) | - | (57) | - | - | 3,292,119 | - | - | - | (57) |
| 6/12/1996 | W/H TAX DIV MCD | (16) | - | (16) | - | - | 3,292,103 | - | - | - | (16) |
| 6/21/1996 | W/H TAX DIV AIG | (12) | - | (12) | - | - | 3,292,091 | - | - | - | (12) |
| 6/25/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (55) | - | (55) | - | - | 3,292,036 | - | - | - | (55) |
| 6/28/1996 | W/H TAX DIV PEP | (56) | - | (56) | - | - | 3,291,980 | - | - | - | (56) |
| 7/1/1996 | W/H TAX DIV MRK | (37) | - | (37) | - | - | 3,291,943 | - | - | - | (37) |
| 7/1/1996 | W/H TAX DIV KO | (129) | - | (129) | - | - | 3,291,814 | - | - | - | (129) |
| 7/3/1996 | CHECK WIRE | 795,000 | 795,000 | (99) | - | - | 3,291,715 | - | - | - | (99) |
| 7/3/1996 | CHECK WIRE | - | - | - | - | - | 4,086,715 | - | - | - | - |
| 7/5/1996 | W/H TAX DIV SLB | (27) | - | (27) | - | - | 4,086,687 | - | - | - | (27) |
| 7/10/1996 | W/H TAX DIV HWP | (39) | - | (39) | - | - | 4,086,648 | - | - | - | (39) |
| 7/10/1996 | W/H TAX DIV GE | (79) | - | (79) | - | - | 4,086,569 | - | - | - | (79) |
| 7/15/1996 | W/H TAX DIV DOW | (31) | - | (31) | - | - | 4,086,538 | - | - | - | (31) |
| 7/25/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (464) | - | (464) | - | - | 4,086,074 | - | - | - | (464) |
| 7/30/1996 | W/H TAX DIV BEL | (55) | - | (55) | - | - | 4,086,019 | - | - | - | (55) |
| 8/1/1996 | W/H TAX DIV DOW | (189) | - | (189) | - | - | 4,085,831 | - | - | - | (189) |
| 8/1/1996 | W/H TAX DIV BEL | (173) | - | (173) | - | - | 4,085,658 | - | - | - | (173) |
| 8/1/1996 | W/H TAX DIV T | (84) | - | (84) | - | - | 4,085,574 | - | - | - | (84) |
| 8/1/1996 | W/H TAX DIV PNU | (155) | - | (155) | - | - | 4,085,419 | - | - | - | (155) |
| 8/1/1996 | W/H TAX DIV NYN | (320) | - | (320) | - | - | 4,085,099 | - | - | - | (320) |
| 8/1/1996 | W/H TAX DIV BMY | (227) | - | (227) | - | - | 4,084,873 | - | - | - | (227) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/1996 | W/H TAX DIV EK | (42) | - | (42) | - | - | 4,084,831 | - | - | - | (42) |
| 8/6/1996 | CHECK WIRE | 540,000 | 540,000 | - | - | - | 4,624,831 | - | - | - | - |
| 8/9/1996 | W/H TAX DIV AXP | (66) | - | (66) | - | - | 4,624,765 | - | - | - | (66) |
| 8/16/1996 | W/H TAX DIV DIS | (45) | - | (45) | - | - | 4,624,720 | - | - | - | (45) |
| 8/19/1996 | W/H TAX DIV DIS | (78) | - | (78) | - | - | 4,624,642 | - | - | - | (78) |
| 8/19/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (127) | - | (127) | - | - | 4,624,515 | - | - | - | (127) |
| 9/3/1996 | W/H TAX DIV COL | (11) | - | (11) | - | - | 4,624,504 | - | - | - | (11) |
| 9/3/1996 | W/H TAX DIV INTC | (34) | - | (34) | - | - | 4,624,470 | - | - | - | (34) |
| 9/5/1996 | W/H TAX DIV EK | (79) | - | (79) | - | - | 4,624,391 | - | - | - | (79) |
| 9/6/1996 | W/H TAX DIV BA | (289) | - | (289) | - | - | 4,624,102 | - | - | - | (289) |
| 9/9/1996 | W/H TAX DIV IBM | (79) | - | (79) | - | - | 4,624,023 | - | - | - | (79) |
| 9/10/1996 | W/H TAX DIV MOB | (160) | - | (160) | - | - | 4,623,863 | - | - | - | (160) |
| 9/10/1996 | W/H TAX DIV INJ | (324) | - | (324) | - | - | 4,623,539 | - | - | - | (324) |
| 9/10/1996 | W/H TAX DIV GM | (210) | - | (210) | - | - | 4,623,329 | - | - | - | (210) |
| 9/10/1996 | W/H TAX DIV XON | (251) | - | (251) | - | - | 4,623,078 | - | - | - | (251) |
| 9/10/1996 | W/H TAX DIV AN | (805) | - | (805) | - | - | 4,622,273 | - | - | - | (805) |
| 9/10/1996 | W/H TAX DIV DD | (262) | - | (262) | - | - | 4,622,011 | - | - | - | (262) |
| 9/11/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (64) | - | (64) | - | - | 4,621,947 | - | - | - | (64) |
| 9/12/1996 | W/H TAX DIV DD | (102) | - | (102) | - | - | 4,621,845 | - | - | - | (102) |
| 9/12/1996 | W/H TAX DIV DD | (267) | - | (267) | - | - | 4,621,578 | - | - | - | (267) |
| 9/13/1996 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 4,771,578 | - | - | - | - |
| 9/13/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (48) | - | (48) | - | - | 4,771,530 | - | - | - | (48) |
| 9/13/1996 | W/H TAX DIV MCD | (45) | - | (45) | - | - | 4,771,485 | - | - | - | (45) |
| 9/13/1996 | W/H TAX DIV ARC | (43) | - | (43) | - | - | 4,771,442 | - | - | - | (43) |
| 9/20/1996 | W/H TAX DIV AIG | (168) | - | (168) | - | - | 4,771,274 | - | - | - | (168) |
| 9/27/1996 | W/H TAX DIV PEP | (128) | - | (128) | - | - | 4,771,146 | - | - | - | (128) |
| 10/1/1996 | W/H TAX DIV EK | (294) | - | (294) | - | - | 4,770,852 | - | - | - | (294) |
| 10/1/1996 | W/H TAX DIV MRK | (461) | - | (461) | - | - | 4,770,391 | - | - | - | (461) |
| 10/1/1996 | W/H TAX DIV WMT | (112) | - | (112) | - | - | 4,770,279 | - | - | - | (112) |
| 10/1/1996 | CHECK WIRE | 250,000 | 250,000 | - | - | - | 5,020,279 | - | - | - | - |
| 10/11/1996 | W/H TAX DIV T | (500) | - | (500) | - | - | 5,019,779 | - | - | - | (500) |
| 11/7/1996 | CHECK WIRE | 1,300,000 | 1,300,000 | - | - | - | 6,319,779 | - | - | - | - |
| 11/12/1996 | W/H TAX DIV T | (205) | - | (205) | - | - | 6,319,574 | - | - | - | (205) |
| 11/14/1996 | W/H TAX DIV GE | (28) | - | (28) | - | - | 6,319,546 | - | - | - | (28) |
| 11/22/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (43) | - | (43) | - | - | 6,319,503 | - | - | - | (43) |
| 12/2/1996 | W/H TAX DIV INTC | (443) | - | (443) | - | - | 6,319,060 | - | - | - | (443) |
| 12/5/1996 | CHECK WIRE | 630,000 | 630,000 | - | - | - | 6,949,060 | - | - | - | - |
| 12/6/1996 | W/H TAX DIV F | (116) | - | (116) | - | - | 6,948,944 | - | - | - | (116) |
| 12/10/1996 | W/H TAX DIV BA | (384) | - | (384) | - | - | 6,948,560 | - | - | - | (384) |
| 12/10/1996 | W/H TAX DIV MOB | (312) | - | (312) | - | - | 6,948,248 | - | - | - | (312) |
| 12/10/1996 | W/H TAX DIV AN | (297) | - | (297) | - | - | 6,947,951 | - | - | - | (297) |
| 12/10/1996 | W/H TAX DIV INJ | (360) | - | (360) | - | - | 6,947,591 | - | - | - | (360) |
| 12/10/1996 | W/H TAX DIV IBM | (176) | - | (176) | - | - | 6,947,415 | - | - | - | (176) |
| 12/20/1996 | W/H TAX DIV MRK | (1,162) | - | (1,162) | - | - | 6,946,253 | - | - | - | (1,162) |
| 12/20/1996 | W/H TAX DIV BAC | (235) | - | (235) | - | - | 6,946,018 | - | - | - | (235) |
| 12/22/1996 | W/H TAX DIV KO | (245) | - | (245) | - | - | 6,945,773 | - | - | - | (245) |
| 12/23/1996 | W/H TAX DIV MMM | (107) | - | (107) | - | - | 6,945,666 | - | - | - | (107) |
| 12/23/1996 | W/H TAX DIV MTC | (64) | - | (64) | - | - | 6,945,602 | - | - | - | (64) |
| 12/13/1996 | W/H TAX DIV MCD | (361) | - | (361) | - | - | 6,945,241 | - | - | - | (361) |
| 12/16/1996 | W/H TAX DIV KO | (386) | - | (386) | - | - | 6,944,855 | - | - | - | (386) |
| 12/16/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (31) | - | (31) | - | - | 6,944,824 | - | - | - | (31) |
| 12/16/1996 | W/H TAX DIV AIG | (55) | - | (55) | - | - | 6,944,769 | - | - | - | (55) |
| 1/2/1997 | W/H TAX DIV EK | (579) | - | (579) | - | - | 6,944,190 | - | - | - | (579) |
| 1/2/1997 | W/H TAX DIV MRK | (164) | - | (164) | - | - | 6,944,026 | - | - | - | (164) |
| 1/2/1997 | W/H TAX DIV PEP | (213) | - | (213) | - | - | 6,943,813 | - | - | - | (213) |
| 1/9/1997 | CHECK WIRE | 11,000,000 | 11,000,000 | - | - | - | 17,943,813 | - | - | - | - |
| 1/9/1997 | CANCEL WIRE | (11,000,000) | (11,000,000) | - | - | - | 6,943,813 | - | - | - | - |
| 1/10/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 6,943,812 | - | - | - | (1) |
| 1/10/1997 | CHECK WIRE | 380,000 | 380,000 | - | - | - | 7,323,812 | - | - | - | - |
| 1/13/1997 | W/H TAX DIV C | (358) | - | (358) | - | - | 7,323,454 | - | - | - | (358) |
| 1/15/1997 | W/H TAX DIV WMT | (142) | - | (142) | - | - | 7,323,312 | - | - | - | (142) |
| 1/17/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | - | - | - | - | - | 7,323,312 | - | - | - | - |
| 2/6/1997 | CHECK WIRE | 1,200,000 | 1,200,000 | - | - | - | 8,523,312 | - | - | - | - |
| 2/18/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (43) | - | (43) | - | - | 8,523,269 | - | - | - | (43) |
| 2/20/1997 | W/H TAX DIV CCI | (323) | - | (323) | - | - | 8,522,946 | - | - | - | (323) |
| 2/20/1997 | W/H TAX DIV EK | (586) | - | (586) | - | - | 8,522,360 | - | - | - | (586) |
| 3/3/1997 | W/H TAX DIV INTC | (52) | - | (52) | - | - | 8,522,308 | - | - | - | (52) |
| 3/3/1997 | W/H TAX DIV BA | (17) | - | (17) | - | - | 8,522,291 | - | - | - | (17) |
| 3/7/1997 | W/H TAX DIV AN | (127) | - | (127) | - | - | 8,522,164 | - | - | - | (127) |
| 3/10/1997 | W/H TAX DIV BA | (453) | - | (453) | - | - | 8,521,711 | - | - | - | (453) |
| 3/10/1997 | W/H TAX DIV AN | (550) | - | (550) | - | - | 8,521,161 | - | - | - | (550) |
| 3/10/1997 | W/H TAX DIV GM | (471) | - | (471) | - | - | 8,520,690 | - | - | - | (471) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 – KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/10/1997 | W/H TAX DIV XON | (1,255) | - | (1,255) | - | - | 8,519,435 | - | - | - | (1,255) |
| 3/10/1997 | W/H TAX DIV IBM | (228) | - | (228) | - | - | 8,519,207 | - | - | - | (228) |
| 3/11/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4) | - | (4) | - | - | 8,519,203 | - | - | - | (4) |
| 3/11/1997 | W/H TAX DIV INJ | (369) | - | (369) | - | - | 8,518,834 | - | - | - | (369) |
| 3/12/1997 | W/H TAX DIV T | (319) | - | (319) | - | - | 8,518,515 | - | - | - | (319) |
| 3/12/1997 | W/H TAX DIV MMM | (316) | - | (316) | - | - | 8,518,199 | - | - | - | (316) |
| 3/14/1997 | W/H TAX DIV DD | (407) | - | (407) | - | - | 8,517,792 | - | - | - | (407) |
| 3/17/1997 | TRANS FROM 1FN063130 (1FN061) | 3,200,000 | - | - | 3,200,000 | - | 11,717,792 | - | - | - | - |
| 3/31/1997 | W/H TAX DIV PEP | (227) | - | (227) | - | - | 11,717,565 | - | - | - | (227) |
| 4/01/1997 | W/H TAX DIV KO | (440) | - | (440) | - | - | 11,717,125 | - | - | - | (440) |
| 4/04/1997 | W/H TAX DIV SLB | (140) | - | (140) | - | - | 11,716,985 | - | - | - | (140) |
| 4/08/1997 | CHECK WIRE | 1,300,000 | 1,300,000 | - | - | - | 13,016,985 | - | - | - | - |
| 4/09/1997 | W/H TAX DIV WMT | (197) | - | (197) | - | - | 13,016,788 | - | - | - | (197) |
| 4/15/1997 | W/H TAX DIV C | (376) | - | (376) | - | - | 13,016,413 | - | - | - | (376) |
| 4/16/1997 | W/H TAX DIV HWP | (216) | - | (216) | - | - | 13,016,197 | - | - | - | (216) |
| 4/24/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (33) | - | (33) | - | - | 13,016,163 | - | - | - | (33) |
| 5/01/1997 | W/H TAX DIV INT | (946) | - | (946) | - | - | 13,015,217 | - | - | - | (946) |
| 5/01/1997 | W/H TAX DIV AIT | (559) | - | (559) | - | - | 13,014,658 | - | - | - | (559) |
| 5/01/1997 | W/H TAX DIV BMY | (689) | - | (689) | - | - | 13,013,969 | - | - | - | (689) |
| 5/01/1997 | W/H TAX DIV PEP | (566) | - | (566) | - | - | 13,013,403 | - | - | - | (566) |
| 5/02/1997 | W/H TAX DIV KO | (192) | - | (192) | - | - | 13,013,210 | - | - | - | (192) |
| 5/12/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (35) | - | (35) | - | - | 13,013,176 | - | - | - | (35) |
| 5/16/1997 | W/H TAX DIV DIS | (161) | - | (161) | - | - | 13,013,015 | - | - | - | (161) |
| 5/19/1997 | W/H TAX DIV CCI | (539) | - | (539) | - | - | 13,012,476 | - | - | - | (539) |
| 6/02/1997 | W/H TAX DIV T | (1,125) | - | (1,125) | - | - | 13,011,351 | - | - | - | (1,125) |
| 6/02/1997 | W/H TAX DIV AN | (31) | - | (31) | - | - | 13,011,320 | - | - | - | (31) |
| 6/02/1997 | W/H TAX DIV INTC | (94) | - | (94) | - | - | 13,011,226 | - | - | - | (94) |
| 6/04/1997 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 15,011,226 | - | - | - | - |
| 6/10/1997 | W/H TAX DIV IBM | (502) | - | (502) | - | - | 15,010,724 | - | - | - | (502) |
| 6/10/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (806) | - | (806) | - | - | 15,009,938 | - | - | - | (806) |
| 6/10/1997 | W/H TAX DIV WMT | (758) | - | (758) | - | - | 15,009,060 | - | - | - | (758) |
| 6/11/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 15,009,052 | - | - | - | (8) |
| 7/01/1997 | CHECK WIRE | 2,300,000 | 2,300,000 | - | - | - | 17,309,052 | - | - | - | - |
| 7/10/1997 | W/H TAX DIV T | (334) | - | (334) | - | - | 17,308,718 | - | - | - | (334) |
| 7/14/1997 | W/H TAX DIV WMT | (363) | - | (363) | - | - | 17,308,355 | - | - | - | (363) |
| 7/18/1997 | W/H TAX DIV GE | (10) | - | (10) | - | - | 17,308,345 | - | - | - | (10) |
| 7/25/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1,987) | - | (1,987) | - | - | 17,306,358 | - | - | - | (1,987) |
| 8/01/1997 | W/H TAX DIV BMY | (885) | - | (885) | - | - | 17,305,473 | - | - | - | (885) |
| 8/01/1997 | W/H TAX DIV T | (1,241) | - | (1,241) | - | - | 17,304,232 | - | - | - | (1,241) |
| 8/01/1997 | W/H TAX DIV AIT | (708) | - | (708) | - | - | 17,303,524 | - | - | - | (708) |
| 8/01/1997 | W/H TAX DIV HEL | (751) | - | (751) | - | - | 17,302,773 | - | - | - | (751) |
| 8/01/1997 | W/H TAX DIV AXP | (242) | - | (242) | - | - | 17,302,531 | - | - | - | (242) |
| 8/11/1997 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 20,302,531 | - | - | - | - |
| 8/20/1997 | W/H TAX DIV DIS | (10) | - | (10) | - | - | 20,302,521 | - | - | - | (10) |
| 8/22/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (206) | - | (206) | - | - | 20,302,315 | - | - | - | (206) |
| 9/02/1997 | W/H TAX DIV MMM | (606) | - | (606) | - | - | 20,301,709 | - | - | - | (606) |
| 9/12/1997 | W/H TAX DIV MCD | (163) | - | (163) | - | - | 20,301,546 | - | - | - | (163) |
| 9/09/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (149) | - | (149) | - | - | 20,301,397 | - | - | - | (149) |
| 9/22/1997 | W/H TAX DIV AIG | (62) | - | (62) | - | - | 20,301,335 | - | - | - | (62) |
| 9/23/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (679) | - | (679) | - | - | 20,300,657 | - | - | - | (679) |
| 9/26/1997 | W/H TAX DIV NB | (1,399) | - | (1,399) | - | - | 20,299,148 | - | - | - | (1,399) |
| 10/01/1997 | W/H TAX DIV BMY | (939) | - | (939) | - | - | 20,298,209 | - | - | - | (939) |
| 10/01/1997 | W/H TAX DIV BEL | (245) | - | (245) | - | - | 20,297,964 | - | - | - | (245) |
| 10/01/1997 | W/H TAX DIV KO | (524) | - | (524) | - | - | 20,297,440 | - | - | - | (524) |
| 10/10/1997 | CHECK WIRE | 1,800,000 | 1,800,000 | - | - | - | 22,097,440 | - | - | - | - |
| 10/10/1997 | W/H TAX DIV SLB | (257) | - | (257) | - | - | 22,097,183 | - | - | - | (257) |
| 10/14/1997 | W/H TAX DIV WMT | (422) | - | (422) | - | - | 22,096,761 | - | - | - | (422) |
| 10/15/1997 | W/H TAX DIV HWP | (384) | - | (384) | - | - | 22,096,377 | - | - | - | (384) |
| 10/22/1997 | W/H TAX DIV MCD | (762) | - | (762) | - | - | 22,095,615 | - | - | - | (762) |
| 10/22/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (18) | - | (18) | - | - | 22,095,597 | - | - | - | (18) |
| 10/27/1997 | W/H TAX DIV GE | (2,318) | - | (2,318) | - | - | 22,093,280 | - | - | - | (2,318) |
| 11/03/1997 | W/H TAX DIV BMY | (1,051) | - | (1,051) | - | - | 22,092,229 | - | - | - | (1,051) |
| 11/03/1997 | W/H TAX DIV AXP | (1,657) | - | (1,657) | - | - | 22,090,572 | - | - | - | (1,657) |
| 11/03/1997 | W/H TAX DIV BEL | (868) | - | (868) | - | - | 22,089,704 | - | - | - | (868) |
| 11/10/1997 | W/H TAX DIV AIT | (1,470) | - | (1,470) | - | - | 22,088,234 | - | - | - | (1,470) |
| 11/10/1997 | W/H TAX DIV T | (294) | - | (294) | - | - | 22,087,940 | - | - | - | (294) |
| 11/10/1997 | CHECK WIRE | 800,000 | 800,000 | - | - | - | 22,887,940 | - | - | - | - |
| 11/21/1997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (17) | - | (17) | - | - | 22,887,922 | - | - | - | (17) |
| 11/21/1997 | W/H TAX DIV DIS | (244) | - | (244) | - | - | 22,887,678 | - | - | - | (244) |
| 12/01/1997 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 27,887,678 | - | - | - | - |
| 12/01/1997 | W/H TAX DIV MCD | (137) | - | (137) | - | - | 27,887,541 | - | - | - | (137) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/1997 | W/H TAX DIV KO | (839) | - | (839) | - | - | 27,886,702 | | | | (839) |
| 12/17/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (52) | - | (52) | - | - | 27,886,650 | | | | (52) |
| 12/19/1997 | W/H TAX DIV AIG | (125) | - | (125) | - | - | 27,886,525 | | | | (125) |
| 12/24/1997 | W/H TAX DIV NB | (658) | - | (658) | - | - | 27,885,867 | | | | (658) |
| 1/2/1998 | W/H TAX DIV MBR | (466) | - | (466) | - | - | 27,885,401 | | | | (466) |
| 1/21/1998 | W/H TAX DIV MRK | (1,319) | - | (1,319) | - | - | 27,884,082 | | | | (1,319) |
| 1/9/1998 | CHECK WIRE | 3,300,000 | 3,300,000 | - | - | - | 31,184,082 | | | | |
| 1/15/1998 | W/H TAX DIV C | (639) | - | (639) | - | - | 31,183,443 | | | | (639) |
| 1/20/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 31,183,440 | | | | (3) |
| 2/9/1998 | CHECK WIRE | 3,500,000 | 3,500,000 | - | - | - | 34,683,440 | | | | |
| 2/9/1998 | W/H TAX DIV CCI | (760) | - | (760) | - | - | 34,682,680 | | | | (760) |
| 2/24/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (20) | - | (20) | - | - | 34,682,659 | | | | (20) |
| 2/25/1998 | W/H TAX DIV MER | (198) | - | (198) | - | - | 34,682,461 | | | | (198) |
| 3/2/1998 | W/H TAX DIV F | (1,488) | - | (1,488) | - | - | 34,680,973 | | | | (1,488) |
| 3/2/1998 | W/H TAX DIV INTC | (146) | - | (146) | - | - | 34,680,827 | | | | (146) |
| 3/6/1998 | CHECK WIRE | 9,000,000 | 9,000,000 | - | - | - | 43,680,827 | | | | |
| 3/6/1998 | W/H TAX DIV BA | (579) | - | (579) | - | - | 43,680,248 | | | | (579) |
| 3/10/1998 | W/H TAX DIV IBM | (562) | - | (562) | - | - | 43,679,686 | | | | (562) |
| 3/10/1998 | W/H TAX DIV MOB | (1,319) | - | (1,319) | - | - | 43,678,367 | | | | (1,319) |
| 3/10/1998 | W/H TAX DIV GM | (1,494) | - | (1,494) | - | - | 43,676,873 | | | | (1,494) |
| 3/10/1998 | W/H TAX DIV AN | (1,551) | - | (1,551) | - | - | 43,675,322 | | | | (1,551) |
| 3/10/1998 | W/H TAX DIV JNJ | (1,213) | - | (1,213) | - | - | 43,674,109 | | | | (1,213) |
| 3/10/1998 | W/H TAX DIV INTC | (2,973) | - | (2,973) | - | - | 43,671,136 | | | | (2,973) |
| 3/11/1998 | W/H TAX DIV BAC | (998) | - | (998) | - | - | 43,670,137 | | | | (998) |
| 3/12/1998 | W/H TAX DIV MMM | (885) | - | (885) | - | - | 43,669,252 | | | | (885) |
| 3/13/1998 | W/H TAX DIV GE | (707) | - | (707) | - | - | 43,668,546 | | | | (707) |
| 3/16/1998 | W/H TAX DIV DD | (1,448) | - | (1,448) | - | - | 43,667,098 | | | | (1,448) |
| 3/17/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (16) | - | (16) | - | - | 43,667,082 | | | | (16) |
| 4/3/1998 | W/H TAX DIV SLB | (388) | - | (388) | - | - | 43,666,694 | | | | (388) |
| 4/6/1998 | W/H TAX DIV WMT | (453) | - | (453) | - | - | 43,666,242 | | | | (453) |
| 4/8/1998 | CHECK WIRE | 7,000,000 | 7,000,000 | - | - | - | 50,666,242 | | | | |
| 4/15/1998 | W/H TAX DIV HWP | (737) | - | (737) | - | - | 50,665,504 | | | | (737) |
| 4/22/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (32) | - | (32) | - | - | 50,665,472 | | | | (32) |
| 5/1/1998 | W/H TAX DIV GT | (1,751) | - | (1,751) | - | - | 50,663,721 | | | | (1,751) |
| 5/1/1998 | W/H TAX DIV BEL | (3,069) | - | (3,069) | - | - | 50,660,652 | | | | (3,069) |
| 5/11/1998 | W/H TAX DIV BMY | (1,999) | - | (1,999) | - | - | 50,658,653 | | | | (1,999) |
| 5/1/1998 | W/H TAX DIV T | (2,772) | - | (2,772) | - | - | 50,655,882 | | | | (2,772) |
| 5/8/1998 | CHECK WIRE | 9,500,000 | 9,500,000 | - | - | - | 60,155,882 | | | | |
| 5/8/1998 | W/H TAX DIV AXP | (545) | - | (545) | - | - | 60,155,337 | | | | (545) |
| 5/19/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (14) | - | (14) | - | - | 60,155,323 | | | | (14) |
| 5/22/1998 | W/H TAX DIV DIS | (538) | - | (538) | - | - | 60,154,785 | | | | (538) |
| 5/28/1998 | CHECK WIRE | 8,200,000 | 8,200,000 | - | - | - | 68,354,785 | | | | |
| 6/5/1998 | W/H TAX DIV BA | (941) | - | (941) | - | - | 68,353,844 | | | | (941) |
| 6/10/1998 | W/H TAX DIV JNJ | (2,241) | - | (2,241) | - | - | 68,351,603 | | | | (2,241) |
| 6/10/1998 | W/H TAX DIV MOB | (843) | - | (843) | - | - | 68,350,761 | | | | (843) |
| 6/10/1998 | W/H TAX DIV AIG | (1,753) | - | (1,753) | - | - | 68,349,008 | | | | (1,753) |
| 6/10/1998 | W/H TAX DIV AN | (3,518) | - | (3,518) | - | - | 68,345,490 | | | | (3,518) |
| 6/10/1998 | W/H TAX DIV XON | (4,865) | - | (4,865) | - | - | 68,340,624 | | | | (4,865) |
| 6/11/1998 | W/H TAX DIV IBM | (418) | - | (418) | - | - | 68,340,206 | | | | (418) |
| 6/11/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (26) | - | (26) | - | - | 68,340,181 | | | | (26) |
| 6/12/1998 | W/H TAX DIV MMM | (1,639) | - | (1,639) | - | - | 68,338,542 | | | | (1,639) |
| 6/12/1998 | W/H TAX DIV MCD | (1,438) | - | (1,438) | - | - | 68,337,124 | | | | (1,438) |
| 6/12/1998 | W/H TAX DIV KO | (413) | - | (413) | - | - | 68,336,711 | | | | (413) |
| 6/26/1998 | W/H TAX DIV NB | (2,745) | - | (2,745) | - | - | 68,333,965 | | | | (2,745) |
| 6/30/1998 | W/H TAX DIV NT | (365) | - | (365) | - | - | 68,333,601 | | | | (365) |
| 6/30/1998 | W/H TAX DIV PEP | (2,417) | - | (2,417) | - | - | 68,331,184 | | | | (2,417) |
| 7/1/1998 | W/H TAX DIV NT | (215) | - | (215) | - | - | 68,330,969 | | | | (215) |
| 7/1/1998 | W/H TAX DIV MRK | (1,313) | - | (1,313) | - | - | 68,329,656 | | | | (1,313) |
| 7/1/1998 | AMOCO CORP CANCEL W/H TAX DIV | 3,518 | - | 3,518 | - | - | 68,333,174 | | | | 3,518 |
| 7/1/1998 | AMOCO CORP W/H TAX DIV | (3,609) | - | (3,609) | - | - | 68,329,565 | | | | (3,609) |
| 7/1/1998 | W/H TAX DIV KO | (1,759) | - | (1,759) | - | - | 68,327,806 | | | | (1,759) |
| 6/26/1998 | W/H TAX DIV GE | (2,599) | - | (2,599) | - | - | 68,325,296 | | | | (2,599) |
| 7/7/1998 | CHECK WIRE | 7,000,000 | 7,000,000 | - | - | - | 75,325,296 | | | | |
| 7/10/1998 | W/H TAX DIV SLB | (631) | - | (631) | - | - | 75,324,665 | | | | (631) |
| 7/13/1998 | W/H TAX DIV WMT | (1,168) | - | (1,168) | - | - | 75,323,497 | | | | (1,168) |
| 7/15/1998 | W/H TAX DIV C | (1,754) | - | (1,754) | - | - | 75,321,743 | | | | (1,754) |
| 7/15/1998 | W/H TAX DIV GE | (137) | - | (137) | - | - | 75,321,606 | | | | (137) |
| 7/27/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (36) | - | (36) | - | - | 75,320,570 | | | | (36) |
| 7/27/1998 | W/H TAX DIV GE | (6,590) | - | (6,590) | - | - | 75,313,980 | | | | (6,590) |
| 8/3/1998 | W/H TAX DIV SWP | (2,626) | - | (2,626) | - | - | 75,311,353 | | | | (2,626) |
| 8/3/1998 | W/H TAX DIV BEL | (4,033) | - | (4,033) | - | - | 75,307,321 | | | | (4,033) |

**Exhibit B**

BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/1998 | W/H TAX DIV T | (3,580) | - | (3,580) | - | - | 75,303,740 | - | - | - | (3,580) |
| 8/3/1998 | W/H TAX DIV AIT | (2,213) | - | (2,213) | - | - | 75,301,527 | - | - | - | (2,213) |
| 8/5/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (9) | - | (9) | - | - | 75,301,517 | - | - | - | (9) |
| 8/7/1998 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 85,301,517 | - | - | - | - |
| 8/10/1998 | W/H TAX DIV AXP | (734) | - | (734) | - | - | 85,300,784 | - | - | - | (734) |
| 9/4/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (8) | - | (8) | - | - | 85,300,776 | - | - | - | (8) |
| 9/10/1998 | W/H TAX DIV MO | (425) | - | (425) | - | - | 85,300,350 | - | - | - | (425) |
| 9/30/1998 | W/H TAX DIV PEP | (454) | - | (454) | - | - | 85,299,896 | - | - | - | (454) |
| 10/1/1998 | W/H TAX DIV PEP | (2) | - | (2) | - | - | 85,299,894 | - | - | - | (2) |
| 10/21/1998 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 86,299,894 | - | - | - | - |
| 11/13/1998 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 91,299,894 | - | - | - | - |
| 11/23/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (19) | - | (19) | - | - | 91,299,875 | - | - | - | (19) |
| 12/1/1998 | W/H TAX DIV MCD | (314) | - | (314) | - | - | 91,299,561 | - | - | - | (314) |
| 12/15/1998 | W/H TAX DIV KO | (1,856) | - | (1,856) | - | - | 91,297,705 | - | - | - | (1,856) |
| 12/18/1998 | W/H TAX DIV ABG | (293) | - | (293) | - | - | 91,297,413 | - | - | - | (293) |
| 12/22/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (38) | - | (38) | - | - | 91,297,374 | - | - | - | (38) |
| 12/23/1998 | W/H TAX DIV DIS | (3,920) | - | (3,920) | - | - | 91,293,454 | - | - | - | (3,920) |
| 1/4/1999 | W/H TAX DIV MRK | (3,269) | - | (3,269) | - | - | 91,290,185 | - | - | - | (3,269) |
| 1/4/1999 | W/H TAX DIV PEP | (2,207) | - | (2,207) | - | - | 91,287,978 | - | - | - | (2,207) |
| 1/4/1999 | W/H TAX DIV ONE | (961) | - | (961) | - | - | 91,287,017 | - | - | - | (961) |
| 1/11/1999 | W/H TAX DIV WMT | (855) | - | (855) | - | - | 91,286,162 | - | - | - | (855) |
| 1/13/1999 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 96,286,162 | - | - | - | - |
| 1/14/1999 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 99,286,162 | - | - | - | - |
| 1/22/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 99,286,159 | - | - | - | (2) |
| 1/27/1999 | CHECK WIRE | 1,500,000 | 1,500,000 | - | - | - | 100,786,159 | - | - | - | - |
| 2/10/1999 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 105,786,159 | - | - | - | - |
| 2/16/1999 | W/H TAX DIV PG | (2,511) | - | (2,511) | - | - | 105,783,649 | - | - | - | (2,511) |
| 2/16/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (324) | - | (324) | - | - | 105,783,324 | - | - | - | (324) |
| 2/24/1999 | W/H TAX DIV XON | (1) | - | (1) | - | - | 105,783,323 | - | - | - | (1) |
| 2/26/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3,854) | - | (3,854) | - | - | 105,779,469 | - | - | - | (3,854) |
| 3/1/1999 | W/H TAX DIV BAC | (5,244) | - | (5,244) | - | - | 105,774,225 | - | - | - | (5,244) |
| 3/1/1999 | W/H TAX DIV F | (2,806) | - | (2,806) | - | - | 105,771,419 | - | - | - | (2,806) |
| 3/1/1999 | W/H TAX DIV WFC | (629) | - | (629) | - | - | 105,770,790 | - | - | - | (629) |
| 3/1/1999 | W/H TAX DIV INTC | (3) | - | (3) | - | - | 105,770,787 | - | - | - | (3) |
| 3/4/1999 | W/H TAX DIV ONE | (855) | - | (855) | - | - | 105,769,932 | - | - | - | (855) |
| 3/8/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 105,769,929 | - | - | - | (3) |
| 3/9/1999 | W/H TAX DIV KO | (414) | - | (414) | - | - | 105,769,515 | - | - | - | (414) |
| 3/9/1999 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 110,769,515 | - | - | - | - |
| 3/10/1999 | W/H TAX DIV JNJ | (3,122) | - | (3,122) | - | - | 110,766,393 | - | - | - | (3,122) |
| 3/10/1999 | W/H TAX DIV MOB | (3,122) | - | (3,122) | - | - | 110,763,271 | - | - | - | (3,122) |
| 3/10/1999 | W/H TAX DIV XON | (5,877) | - | (5,877) | - | - | 110,757,394 | - | - | - | (5,877) |
| 3/10/1999 | W/H TAX DIV IBM | (2,008) | - | (2,008) | - | - | 110,755,386 | - | - | - | (2,008) |
| 3/15/1999 | W/H TAX DIV DD | (3,702) | - | (3,702) | - | - | 110,751,684 | - | - | - | (3,702) |
| 3/31/1999 | W/H TAX DIV PEP | (1,827) | - | (1,827) | - | - | 110,749,857 | - | - | - | (1,827) |
| 3/31/1999 | W/H TAX DIV WFC | (613) | - | (613) | - | - | 110,749,244 | - | - | - | (613) |
| 3/31/1999 | W/H TAX DIV MCD | (4,769) | - | (4,769) | - | - | 110,744,476 | - | - | - | (4,769) |
| 4/1/1999 | W/H TAX DIV C | (3,778) | - | (3,778) | - | - | 110,740,697 | - | - | - | (3,778) |
| 4/1/1999 | W/H TAX DIV KO | (35) | - | (35) | - | - | 110,740,662 | - | - | - | (35) |
| 4/14/1999 | CHECK WIRE | 4,000,000 | 4,000,000 | - | - | - | 114,740,662 | - | - | - | - |
| 4/19/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2,182) | - | (2,182) | - | - | 114,738,480 | - | - | - | (2,182) |
| 4/22/1999 | W/H TAX DIV PG | (2,000,000) | - | (2,000,000) | - | - | 112,738,480 | - | - | - | (2,000,000) |
| 4/26/1999 | W/H TAX DIV GE | (2,070) | - | (2,070) | - | - | 112,736,410 | - | - | - | (2,070) |
| 5/14/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (14) | - | (14) | - | - | 112,735,797 | - | - | - | (14) |
| 5/14/1999 | W/H TAX DIV PG | (598) | - | (598) | - | - | 112,735,799 | - | - | - | (598) |
| 5/14/1999 | CHECK WIRE A/O 5/11/99 (1FN06L) | 7,000,000 | - | - | 7,000,000 | - | 119,735,799 | - | - | - | - |
| 5/24/1999 | W/H TAX DIV BDK | (51) | - | (51) | - | - | 119,735,748 | - | - | - | (51) |
| 5/28/1999 | W/H TAX DIV C | (755) | - | (755) | - | - | 119,734,992 | - | - | - | (755) |
| 6/1/1999 | W/H TAX DIV F | (873) | - | (873) | - | - | 119,734,119 | - | - | - | (873) |
| 6/1/1999 | W/H TAX DIV JNJ | (1,650) | - | (1,650) | - | - | 119,732,469 | - | - | - | (1,650) |
| 6/1/1999 | W/H TAX DIV LLY | (160) | - | (160) | - | - | 119,732,309 | - | - | - | (160) |
| 6/1/1999 | W/H TAX DIV LUC | (515) | - | (515) | - | - | 119,731,794 | - | - | - | (515) |
| 6/4/1999 | W/H TAX DIV BAC | (1,301) | - | (1,301) | - | - | 119,730,493 | - | - | - | (1,301) |
| 6/8/1999 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 124,730,493 | - | - | - | - |
| 6/8/1999 | W/H TAX DIV JNJ | (3,558) | - | (3,558) | - | - | 124,726,935 | - | - | - | (3,558) |
| 6/10/1999 | W/H TAX DIV MOB | (4,320) | - | (4,320) | - | - | 124,722,615 | - | - | - | (4,320) |
| 6/10/1999 | W/H TAX DIV XON | (9,558) | - | (9,558) | - | - | 124,713,058 | - | - | - | (9,558) |
| 6/10/1999 | W/H TAX DIV GM | (3,134) | - | (3,134) | - | - | 124,709,923 | - | - | - | (3,134) |
| 6/10/1999 | W/H TAX DIV IBM | (1,119) | - | (1,119) | - | - | 124,708,805 | - | - | - | (1,119) |
| 6/16/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (313) | - | (313) | - | - | 124,708,492 | - | - | - | (313) |
| 7/2/1999 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 124,708,467 | - | - | - | (25) |
| 7/2/1999 | W/H TAX DIV WMT | (1,271) | - | (1,271) | - | - | 129,703,596 | - | - | - | (1,271) |
| 7/14/1999 | W/H TAX DIV HWP | (929) | - | (929) | - | - | 129,702,667 | - | - | - | (929) |

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (58) | - | (58) | - | - | 129,702,609 | - | - | - | (58) |
| 7/26/1999 | W/H TAX DIV GE | (6,734) | - | (6,734) | - | - | 129,695,875 | - | - | - | (6,734) |
| 8/2/1999 | W/H TAX DIV BMY | (2,419) | - | (2,419) | - | - | 129,693,456 | - | - | - | (2,419) |
| 8/2/1999 | W/H TAX DIV MO | (3,494) | - | (3,494) | - | - | 129,689,962 | - | - | - | (3,494) |
| 8/2/1999 | W/H TAX DIV AXP | (3,993) | - | (3,993) | - | - | 129,685,969 | - | - | - | (3,993) |
| 8/2/1999 | W/H TAX DIV AIT | (1,959) | - | (1,959) | - | - | 129,684,010 | - | - | - | (1,959) |
| 8/5/1999 | W/H TAX DIV AIG | (14) | - | (14) | - | - | 129,683,996 | - | - | - | (14) |
| 8/10/1999 | CHECK WIRE | 8,000,000 | 8,000,000 | - | - | - | 137,683,996 | - | - | - | - |
| 8/10/1999 | W/H TAX DIV AXP | (572) | - | (572) | - | - | 137,683,424 | - | - | - | (572) |
| 8/16/1999 | W/H TAX DIV TXN | (74) | - | (74) | - | - | 137,683,351 | - | - | - | (74) |
| 8/24/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (60) | - | (60) | - | - | 137,683,291 | - | - | - | (60) |
| 8/27/1999 | W/H TAX DIV C | (1,051) | - | (1,051) | - | - | 137,682,240 | - | - | - | (1,051) |
| 9/1/1999 | W/H TAX DIV BA | (1,261) | - | (1,261) | - | - | 137,680,979 | - | - | - | (1,261) |
| 9/1/1999 | W/H TAX DIV WFC | (750) | - | (750) | - | - | 137,680,229 | - | - | - | (750) |
| 9/1/1999 | W/H TAX DIV INTC | (234) | - | (234) | - | - | 137,679,995 | - | - | - | (234) |
| 9/1/1999 | W/H TAX DIV LU | (139) | - | (139) | - | - | 137,679,856 | - | - | - | (139) |
| 9/3/1999 | W/H TAX DIV BA | (303) | - | (303) | - | - | 137,679,553 | - | - | - | (303) |
| 9/7/1999 | W/H TAX DIV INJ | (1,729) | - | (1,729) | - | - | 137,677,825 | - | - | - | (1,729) |
| 9/8/1999 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 140,677,825 | - | - | - | - |
| 9/10/1999 | W/H TAX DIV GM | (722) | - | (722) | - | - | 140,677,103 | - | - | - | (722) |
| 9/10/1999 | W/H TAX DIV MOB | (987) | - | (987) | - | - | 140,676,116 | - | - | - | (987) |
| 9/10/1999 | W/H TAX DIV IBM | (485) | - | (485) | - | - | 140,675,631 | - | - | - | (485) |
| 9/10/1999 | W/H TAX DIV XON | (2,248) | - | (2,248) | - | - | 140,673,383 | - | - | - | (2,248) |
| 9/13/1999 | W/H TAX DIV MMM | (988) | - | (988) | - | - | 140,672,395 | - | - | - | (988) |
| 9/13/1999 | W/H TAX DIV DD | (909) | - | (909) | - | - | 140,671,486 | - | - | - | (909) |
| 9/15/1999 | W/H TAX DIV MCD | (741) | - | (741) | - | - | 140,670,745 | - | - | - | (741) |
| 9/17/1999 | W/H TAX DIV AIG | (881) | - | (881) | - | - | 140,669,864 | - | - | - | (881) |
| 9/20/1999 | W/H TAX DIV GM | (8,859) | - | (8,859) | - | - | 140,661,005 | - | - | - | (8,859) |
| 9/20/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (108) | - | (108) | - | - | 140,660,897 | - | - | - | (108) |
| 9/30/1999 | W/H TAX DIV MRK | (2,247) | - | (2,247) | - | - | 140,658,650 | - | - | - | (2,247) |
| 10/1/1999 | W/H TAX DIV KO | (5,470) | - | (5,470) | - | - | 140,653,180 | - | - | - | (5,470) |
| 10/1/1999 | W/H TAX DIV T | (4,492) | - | (4,492) | - | - | 140,648,688 | - | - | - | (4,492) |
| 10/1/1999 | W/H TAX DIV MO | (7,890) | - | (7,890) | - | - | 140,640,798 | - | - | - | (7,890) |
| 10/12/1999 | CHECK WIRE | 11,000,000 | 11,000,000 | - | - | - | 151,640,798 | - | - | - | - |
| 10/12/1999 | W/H TAX DIV WMT | (2,518) | - | (2,518) | - | - | 151,638,279 | - | - | - | (2,518) |
| 10/13/1999 | W/H TAX DIV HWP | (1,852) | - | (1,852) | - | - | 151,636,427 | - | - | - | (1,852) |
| 10/20/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 151,636,419 | - | - | - | (8) |
| 10/25/1999 | W/H TAX DIV AIT | (13,019) | - | (13,019) | - | - | 151,623,409 | - | - | - | (13,019) |
| 10/31/1999 | W/H TAX DIV T | (3,906) | - | (3,906) | - | - | 151,619,494 | - | - | - | (3,906) |
| 11/1/1999 | W/H TAX DIV T | (7,865) | - | (7,865) | - | - | 151,611,629 | - | - | - | (7,865) |
| 11/1/1999 | W/H TAX DIV BEL | (4,854) | - | (4,854) | - | - | 151,606,775 | - | - | - | (4,854) |
| 11/1/1999 | W/H TAX DIV MOB | (6,744) | - | (6,744) | - | - | 151,600,032 | - | - | - | (6,744) |
| 11/10/1999 | CHECK WIRE | 9,500,000 | 9,500,000 | - | - | - | 161,100,032 | - | - | - | - |
| 11/10/1999 | W/H TAX DIV AXP | (1,140) | - | (1,140) | - | - | 161,098,892 | - | - | - | (1,140) |
| 11/15/1999 | CHECK WIRE | (3,000,000) | - | (3,000,000) | - | - | 158,098,892 | - | - | - | (3,000,000) |
| 11/15/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 158,098,887 | - | - | - | (5) |
| 11/17/1999 | W/H TAX DIV DIS | (620) | - | (620) | - | - | 158,098,267 | - | - | - | (620) |
| 12/7/1999 | W/H TAX DIV MOB | (1,771) | - | (1,771) | - | - | 158,096,497 | - | - | - | (1,771) |
| 12/10/1999 | W/H TAX DIV INJ | (2,163) | - | (2,163) | - | - | 158,094,334 | - | - | - | (2,163) |
| 12/10/1999 | W/H TAX DIV GM | (1,581) | - | (1,581) | - | - | 158,092,753 | - | - | - | (1,581) |
| 12/10/1999 | W/H TAX DIV DD | (5,188) | - | (5,188) | - | - | 158,087,565 | - | - | - | (5,188) |
| 12/13/1999 | W/H TAX DIV MMM | (1,062) | - | (1,062) | - | - | 158,086,503 | - | - | - | (1,062) |
| 12/13/1999 | W/H TAX DIV IBM | (2,743) | - | (2,743) | - | - | 158,083,800 | - | - | - | (2,743) |
| 12/14/1999 | W/H TAX DIV DD | (1,660) | - | (1,660) | - | - | 158,082,140 | - | - | - | (1,660) |
| 12/16/1999 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 163,082,140 | - | - | - | - |
| 12/17/1999 | W/H TAX DIV DIS | (1,992) | - | (1,992) | - | - | 163,080,148 | - | - | - | (1,992) |
| 12/23/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (103) | - | (103) | - | - | 163,080,045 | - | - | - | (103) |
| 1/5/2000 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 168,080,045 | - | - | - | - |
| 1/18/2000 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 173,080,040 | - | - | - | - |
| 1/25/2000 | CHECK WIRE | (4,000,000) | - | (4,000,000) | - | - | 169,080,040 | - | - | - | (4,000,000) |
| 2/1/2000 | W/H TAX DIV BEL | (2,864) | - | (2,864) | - | - | 169,077,177 | - | - | - | (2,864) |
| 2/14/2000 | W/H TAX DIV TXN | (422) | - | (422) | - | - | 169,076,755 | - | - | - | (422) |
| 2/15/2000 | W/H TAX DIV PG | (5,271) | - | (5,271) | - | - | 169,071,484 | - | - | - | (5,271) |
| 2/17/2000 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 172,071,484 | - | - | - | - |
| 2/24/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (78) | - | (78) | - | - | 172,071,406 | - | - | - | (78) |
| 2/25/2000 | W/H TAX DIV C | (6,718) | - | (6,718) | - | - | 172,064,688 | - | - | - | (6,718) |
| 2/28/2000 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 175,064,688 | - | - | - | - |
| 3/1/2000 | W/H TAX DIV INTC | (1,246) | - | (1,246) | - | - | 175,063,442 | - | - | - | (1,246) |
| 3/1/2000 | W/H TAX DIV MO | (7,600) | - | (7,600) | - | - | 175,055,842 | - | - | - | (7,600) |
| 3/1/2000 | W/H TAX DIV LU | (745) | - | (745) | - | - | 175,055,097 | - | - | - | (745) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2000 | W/H TAX DIV WFC | (4,437) | - | (4,437) | - | - | 175,050,660 | - | - | - | (4,437) |
| 3/3/2000 | W/H TAX DIV BA | (1,621) | - | (1,621) | - | - | 175,049,040 | - | - | - | (1,621) |
| 3/7/2000 | W/H TAX DIV JNJ | (4,862) | - | (4,862) | - | - | 175,044,178 | - | - | - | (4,862) |
| 3/3/2000 | W/H TAX DIV XOM | (3,971) | - | (3,971) | - | - | 175,040,208 | - | - | - | (3,971) |
| 3/9/2000 | W/H TAX DIV QCM | (18,900) | - | (18,900) | - | - | 175,021,308 | - | - | - | (18,900) |
| 3/10/2000 | W/H TAX DIV IBM | (2,619) | - | (2,619) | - | - | 175,018,689 | - | - | - | (2,619) |
| 3/10/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6) | - | (6) | - | - | 175,018,683 | - | - | - | (6) |
| 3/14/2000 | W/H TAX DIV DD | (4,567) | - | (4,567) | - | - | 175,014,116 | - | - | - | (4,567) |
| 3/15/2000 | W/H TAX DIV HD | (378) | - | (378) | - | - | 175,013,738 | - | - | - | (378) |
| 3/31/2000 | W/H TAX DIV PEP | (1,661) | - | (1,661) | - | - | 175,012,077 | - | - | - | (1,661) |
| 4/3/2000 | W/H TAX DIV KO | (5,430) | - | (5,430) | - | - | 175,006,647 | - | - | - | (5,430) |
| 4/10/2000 | W/H TAX DIV WMT | (3,510) | - | (3,510) | - | - | 175,003,136 | - | - | - | (3,510) |
| 4/11/2000 | CHECK WIRE | (4,000,000) | - | (4,000,000) | - | - | 171,003,136 | - | - | - | (4,000,000) |
| 4/20/2000 | CHECK WIRE | (8,000,000) | - | (8,000,000) | - | - | 163,003,136 | - | - | - | (8,000,000) |
| 4/25/2000 | W/H TAX DIV GE | (5,632) | - | (5,632) | - | - | 162,997,504 | - | - | - | (5,632) |
| 4/28/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 162,997,494 | - | - | - | (9) |
| 5/1/2000 | W/H TAX DIV WFC | (758) | - | (758) | - | - | 162,996,736 | - | - | - | (758) |
| 5/2/2000 | W/H TAX DIV INTC | (15) | - | (15) | - | - | 162,996,721 | - | - | - | (15) |
| 5/15/2000 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 167,996,721 | - | - | - | - |
| 5/23/2000 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 157,996,721 | - | - | - | (10,000,000) |
| 6/9/2000 | W/H TAX DIV GM | (1,922) | - | (1,922) | - | - | 157,994,799 | - | - | - | (1,922) |
| 6/12/2000 | W/H TAX DIV DD | (1,709) | - | (1,709) | - | - | 157,993,090 | - | - | - | (1,709) |
| 6/12/2000 | W/H TAX DIV XOM | (4,238) | - | (4,238) | - | - | 184,988,338 | - | - | - | (4,238) |
| 6/12/2000 | W/H TAX DIV IBM | (17,941) | - | (17,941) | - | - | 184,970,396 | - | - | - | (17,941) |
| 6/13/2000 | W/H TAX DIV IBM | (1,234) | - | (1,234) | - | - | 184,909,162 | - | - | - | (1,234) |
| 6/19/2000 | TRANS TO 1FN06(30 (1FN061) | (8,000,000) | - | - | - | (8,000,000) | 176,906,421 | - | - | - | - |
| 6/21/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (29) | - | (29) | - | - | 176,906,392 | - | - | - | (29) |
| 6/22/2000 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 166,906,392 | - | - | - | (10,000,000) |
| 7/18/2000 | CHECK WIRE | 9,000,000 | 9,000,000 | - | - | - | 166,906,441 | - | - | - | - |
| 7/18/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 9,000,000 | 9,000,000 | - | - | - | 166,965,432 | - | - | - | - |
| 8/5/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (951) | - | (951) | - | - | 166,962,694 | - | - | - | (951) |
| 8/15/2000 | W/H TAX DIV PG | (9) | - | (9) | - | - | 166,962,682 | - | - | - | (9) |
| 8/15/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2,739) | - | (2,739) | - | - | 156,962,299 | - | - | - | (2,739) |
| 8/23/2000 | CHECK WIRE | (11) | - | (11) | - | - | 156,959,025 | - | - | - | (11) |
| 8/24/2000 | W/H TAX DIV MER | (384) | - | (384) | - | - | 156,953,872 | - | - | - | (384) |
| 8/25/2000 | W/H TAX DIV T | (10,000,000) | - | (10,000,000) | - | - | 156,958,031 | - | - | - | (10,000,000) |
| 9/1/2000 | W/H TAX DIV AFC | (1,374) | - | (1,374) | - | - | 156,949,029 | - | - | - | (1,374) |
| 9/1/2000 | W/H TAX DIV LU | (7,053) | - | (7,053) | - | - | 156,947,500 | - | - | - | (7,053) |
| 9/11/2000 | W/H TAX DIV IBM | (4,061) | - | (4,061) | - | - | 156,944,820 | - | - | - | (4,061) |
| 9/11/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (782) | - | (782) | - | - | 156,939,053 | - | - | - | (782) |
| 9/15/2000 | W/H TAX DIV INTC | (1,529) | - | (1,529) | - | - | 156,935,025 | - | - | - | (1,529) |
| 9/22/2000 | CHECK WIRE | (2,680) | - | (2,680) | - | - | 156,935,025 | - | - | - | (2,680) |
| 10/2/2000 | CHECK WIRE | (9,767) | - | (9,767) | - | - | 146,932,199 | - | - | - | (9,767) |
| 10/4/2000 | W/H TAX DIV AV | (28) | - | (28) | - | - | 148,930,387 | - | - | - | (28) |
| 10/5/2000 | W/H TAX DIV WMT | (10,000,000) | - | (10,000,000) | - | - | 148,930,387 | - | - | - | (10,000,000) |
| 10/10/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2,827) | - | (2,827) | - | - | 148,928,992 | - | - | - | (2,827) |
| 10/11/2000 | W/H TAX DIV HWP | 2,000,000 | 2,000,000 | - | - | - | 148,928,580 | - | - | - | - |
| 10/18/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 148,931,321 | - | - | - | (2) |
| 10/25/2000 | W/H TAX DIV MWD | (1,810) | - | (1,810) | - | - | 148,901,747 | - | - | - | (1,810) |
| 10/27/2000 | W/H TAX DIV T | (1,795) | - | (1,795) | - | - | 148,901,797 | - | - | - | (1,795) |
| 11/1/2000 | W/H TAX DIV VZ | (12) | - | (12) | - | - | 148,889,459 | - | - | - | (12) |
| 11/1/2000 | W/H TAX DIV MMY | (15,259) | - | (15,259) | - | - | 148,889,864 | - | - | - | (15,259) |
| 11/7/2000 | W/H TAX DIV AXP | (2,574) | - | (2,574) | - | - | 148,882,782 | - | - | - | (2,574) |
| 11/10/2000 | W/H TAX DIV JNJ | (9,450) | - | (9,450) | - | - | 148,881,748 | - | - | - | (9,450) |
| 12/12/2000 | CHECK WIRE | (11,837) | - | (11,837) | - | - | 148,881,575 | - | - | - | (11,837) |
| 12/18/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5,475) | - | (5,475) | - | - | 148,881,575 | - | - | - | (5,475) |
| 1/2/2001 | CHECK WIRE | (1,202) | - | (1,202) | - | - | 175,881,551 | - | - | - | (1,202) |
| 1/18/2001 | W/H TAX DIV MWD | (1,034) | - | (1,034) | - | - | 175,880,125 | - | - | - | (1,034) |
| 1/30/2001 | W/H TAX DIV ORA | (173) | - | (173) | - | - | 175,878,252 | - | - | - | (173) |
| 2/1/2001 | W/H TAX DIV VZ | 17,000,000 | 17,000,000 | - | - | - | 175,873,222 | - | - | - | - |
| 2/12/2001 | W/H TAX DIV TXN | 10,000,000 | 10,000,000 | - | - | - | 175,872,732 | - | - | - | - |
| 2/15/2001 | W/H TAX DIV VZ | (24) | - | (24) | - | - | 175,868,744 | - | - | - | (24) |
| 2/22/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1,426) | - | (1,426) | - | - | 175,868,729 | - | - | - | (1,426) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2001 | W/H TAX DIV C | (9,772) | - | (9,772) | - | - | 175,858,958 | - | - | - | (9,772) |
| 3/1/2001 | W/H TAX DIV LU | (551) | - | (551) | - | - | 175,858,406 | - | - | - | (551) |
| 3/1/2001 | W/H TAX DIV INTC | (1,938) | - | (1,938) | - | - | 175,856,469 | - | - | - | (1,938) |
| 3/1/2001 | W/H TAX DIV WFC | (5,601) | - | (5,601) | - | - | 175,850,867 | - | - | - | (5,601) |
| 3/5/2001 | W/H TAX DIV WRE | (10,036) | - | (10,036) | - | - | 175,840,832 | - | - | - | (10,036) |
| 3/9/2001 | W/H TAX DIV XOM | (20,912) | - | (20,912) | - | - | 175,819,920 | - | - | - | (20,912) |
| 3/12/2001 | W/H TAX DIV IBM | (3,304) | - | (3,304) | - | - | 175,816,615 | - | - | - | (3,304) |
| 3/13/2001 | W/H TAX DIV NJ | (2,674) | - | (2,674) | - | - | 175,813,942 | - | - | - | (2,674) |
| 3/19/2001 | W/H TAX DIV HD | (77) | - | (77) | - | - | 175,813,865 | - | - | - | (77) |
| 3/22/2001 | W/H TAX DIV PEP | (272) | - | (272) | - | - | 175,813,593 | - | - | - | (272) |
| 3/30/2001 | W/H TAX DIV MRK | (625) | - | (625) | - | - | 175,812,968 | - | - | - | (625) |
| 4/2/2001 | W/H TAX DIV KO | (2,236) | - | (2,236) | - | - | 175,810,732 | - | - | - | (2,236) |
| 4/2/2001 | W/H TAX DIV WMT | (1,311) | - | (1,311) | - | - | 175,809,421 | - | - | - | (1,311) |
| 4/9/2001 | W/H TAX DIV HWP | (3,567) | - | (3,567) | - | - | 175,805,854 | - | - | - | (3,567) |
| 4/11/2001 | W/H TAX DIV WFC | (1,870) | - | (1,870) | - | - | 175,803,985 | - | - | - | (1,870) |
| 4/24/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (18) | - | (18) | - | - | 175,803,967 | - | - | - | (18) |
| 4/27/2001 | W/H TAX DIV MWD | (2,939) | - | (2,939) | - | - | 175,801,048 | - | - | - | (2,939) |
| 4/30/2001 | W/H TAX DIV JPM | (7,341) | - | (7,341) | - | - | 175,793,707 | - | - | - | (7,341) |
| 5/1/2001 | W/H TAX DIV BMY | (6,117) | - | (6,117) | - | - | 175,787,590 | - | - | - | (6,117) |
| 5/1/2001 | W/H TAX DIV VZ | (11,990) | - | (11,990) | - | - | 175,775,600 | - | - | - | (11,990) |
| 5/1/2001 | W/H TAX DIV PHA | (1,787) | - | (1,787) | - | - | 175,773,813 | - | - | - | (1,787) |
| 5/2/2001 | W/H TAX DIV TYC | (1,619) | - | (1,619) | - | - | 175,772,193 | - | - | - | (1,619) |
| 5/10/2001 | W/H TAX DIV AXP | (256) | - | (256) | - | - | 175,771,937 | - | - | - | (256) |
| 5/15/2001 | W/H TAX DIV GE | (1,210) | - | (1,210) | - | - | 175,770,727 | - | - | - | (1,210) |
| 6/2/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5,212) | - | (5,212) | - | - | 175,765,515 | - | - | - | (5,212) |
| 7/9/2001 | W/H TAX DIV GE | (121) | - | (121) | - | - | 175,765,394 | - | - | - | (121) |
| 7/11/2001 | W/H TAX DIV JPM | (3,015) | - | (3,015) | - | - | 175,762,379 | - | - | - | (3,015) |
| 7/11/2001 | W/H TAX DIV BMY | (654) | - | (654) | - | - | 175,761,724 | - | - | - | (654) |
| 7/25/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (293) | - | (293) | - | - | 175,761,431 | - | - | - | (293) |
| 7/25/2001 | W/H TAX DIV AXP | (44,186) | - | (44,186) | - | - | 175,717,245 | - | - | - | (44,186) |
| 7/31/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (33) | - | (33) | - | - | 175,717,212 | - | - | - | (33) |
| 8/1/2001 | W/H TAX DIV GE | (25,369) | - | (25,369) | - | - | 175,691,843 | - | - | - | (25,369) |
| 8/1/2001 | W/H TAX DIV MWD | (10,864) | - | (10,864) | - | - | 175,680,979 | - | - | - | (10,864) |
| 8/1/2001 | W/H TAX DIV PHA | (174) | - | (174) | - | - | 175,680,805 | - | - | - | (174) |
| 8/1/2001 | W/H TAX DIV TYC | (8,346) | - | (8,346) | - | - | 175,672,459 | - | - | - | (8,346) |
| 8/15/2001 | W/H TAX DIV XOM | (16,552) | - | (16,552) | - | - | 175,655,907 | - | - | - | (16,552) |
| 8/15/2001 | W/H TAX DIV PG | (2,835) | - | (2,835) | - | - | 175,653,072 | - | - | - | (2,835) |
| 8/15/2001 | W/H TAX DIV BMY | (1,720) | - | (1,720) | - | - | 175,651,352 | - | - | - | (1,720) |
| 8/15/2001 | W/H TAX DIV PG | (3,603) | - | (3,603) | - | - | 175,647,749 | - | - | - | (3,603) |
| 8/20/2001 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 185,687,549 | - | - | - | - |
| 8/24/2001 | W/H TAX DIV GE | (8) | - | (8) | - | - | 185,687,541 | - | - | - | (8) |
| 9/13/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1,647) | - | (1,647) | - | - | 185,685,893 | - | - | - | (1,647) |
| 9/28/2001 | W/H TAX DIV DD | (4,566) | - | (4,566) | - | - | 185,681,347 | - | - | - | (4,566) |
| 9/28/2001 | W/H TAX DIV PEP | (15,718) | - | (15,718) | - | - | 185,665,629 | - | - | - | (15,718) |
| 10/1/2001 | W/H TAX DIV JPM | (14,245) | - | (14,245) | - | - | 185,651,384 | - | - | - | (14,245) |
| 10/3/2001 | W/H TAX DIV MRK | (7,831) | - | (7,831) | - | - | 185,643,554 | - | - | - | (7,831) |
| 10/9/2001 | W/H TAX DIV BAC | (5,535) | - | (5,535) | - | - | 185,638,018 | - | - | - | (5,535) |
| 10/10/2001 | W/H TAX DIV HWP | (2,772) | - | (2,772) | - | - | 185,635,247 | - | - | - | (2,772) |
| 10/10/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (47) | - | (47) | - | - | 185,635,199 | - | - | - | (47) |
| 10/15/2001 | W/H TAX DIV XOM | (28,300) | - | (28,300) | - | - | 185,606,899 | - | - | - | (28,300) |
| 10/25/2001 | W/H TAX DIV JPM | (4,633) | - | (4,633) | - | - | 185,602,269 | - | - | - | (4,633) |
| 10/25/2001 | W/H TAX DIV MWD | (11,929) | - | (11,929) | - | - | 185,590,340 | - | - | - | (11,929) |
| 10/31/2001 | W/H TAX DIV JPM | (3,031) | - | (3,031) | - | - | 185,587,308 | - | - | - | (3,031) |
| 11/1/2001 | W/H TAX DIV PHA | (18,371) | - | (18,371) | - | - | 185,568,938 | - | - | - | (18,371) |
| 11/1/2001 | W/H TAX DIV MRK | (9,585) | - | (9,585) | - | - | 185,559,423 | - | - | - | (9,585) |
| 11/1/2001 | W/H TAX DIV WMT | (433) | - | (433) | - | - | 185,558,990 | - | - | - | (433) |
| 11/1/2001 | W/H TAX DIV T | (2,299) | - | (2,299) | - | - | 185,556,691 | - | - | - | (2,299) |
| 11/15/2001 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 195,556,691 | - | - | - | - |
| 11/15/2001 | W/H TAX DIV PG | (1,874) | - | (1,874) | - | - | 195,554,817 | - | - | - | (1,874) |
| 11/19/2001 | W/H TAX DIV AXP | (8,533) | - | (8,533) | - | - | 195,546,285 | - | - | - | (8,533) |
| 11/19/2001 | W/H TAX DIV TXN | (666) | - | (666) | - | - | 195,545,618 | - | - | - | (666) |
| 12/3/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (16) | - | (16) | - | - | 195,545,602 | - | - | - | (16) |
| 12/3/2001 | W/H TAX DIV MCD | (14,301) | - | (14,301) | - | - | 195,531,301 | - | - | - | (14,301) |
| 12/3/2001 | W/H TAX DIV INTC | (4,946) | - | (4,946) | - | - | 195,526,355 | - | - | - | (4,946) |
| 12/3/2001 | W/H TAX DIV WFC | (2,424) | - | (2,424) | - | - | 195,523,930 | - | - | - | (2,424) |
| 12/6/2001 | W/H TAX DIV WFC | (7,913) | - | (7,913) | - | - | 195,516,017 | - | - | - | (7,913) |
| 12/10/2001 | W/H TAX DIV IBM | (8,094) | - | (8,094) | - | - | 195,507,922 | - | - | - | (8,094) |
| 12/10/2001 | W/H TAX DIV IBM | (4,322) | - | (4,322) | - | - | 195,503,610 | - | - | - | (4,322) |
| 12/14/2001 | W/H TAX DIV XOM | (28,313) | - | (28,313) | - | - | 195,475,297 | - | - | - | (28,313) |
| 12/31/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 195,469,045 | - | - | - | (1) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2002 | W/H TAX DIV WMT | (1,056) | | (1,056) | | | 195,467,989 | | | | (1,056) |
| 1/10/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6) | | (6) | | | 195,467,983 | | | | (6) |
| 1/25/2002 | W/H TAX DIV MWD | (3,380) | | (3,380) | | | 195,464,604 | | | | (3,380) |
| 2/1/2002 | W/H TAX DIV WFC | (13,753) | | (13,753) | | | 195,450,851 | | | | (13,753) |
| 2/1/2002 | W/H TAX DIV XAC | (11,385) | | (11,385) | | | 195,439,466 | | | | (11,385) |
| 2/1/2002 | W/H TAX DIV PHA | (2,289) | | (2,289) | | | 195,437,177 | | | | (2,289) |
| 2/11/2002 | W/H TAX DIV PHA | (654) | | (654) | | | 195,436,523 | | | | (654) |
| 2/15/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8,673) | | (8,673) | | | 195,427,850 | | | | (8,673) |
| 2/21/2002 | W/H TAX DIV PG | (10) | | (10) | | | 195,427,840 | | | | (10) |
| 2/22/2002 | W/H TAX DIV C | (14,463) | | (14,463) | | | 195,413,377 | | | | (14,463) |
| 3/1/2002 | W/H TAX DIV WFC | (7,912) | | (7,912) | | | 195,405,465 | | | | (7,912) |
| 3/1/2002 | W/H TAX DIV INTC | (2,440) | | (2,440) | | | 195,403,025 | | | | (2,440) |
| 3/6/2002 | W/H TAX DIV C | (0) | | (0) | | | 195,403,024 | | | | (0) |
| 3/7/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4,505) | | (4,505) | | | 195,398,519 | | | | (4,505) |
| 3/11/2002 | W/H TAX DIV PFE | (27,931) | | (27,931) | | | 195,360,588 | | | | (27,931) |
| 3/11/2002 | W/H TAX DIV BUD | (3,119) | | (3,119) | | | 195,357,469 | | | | (3,119) |
| 3/11/2002 | W/H TAX DIV IBM | (4,260) | | (4,260) | | | 195,353,209 | | | | (4,260) |
| 3/12/2002 | W/H TAX DIV JNJ | (6,075) | | (6,075) | | | 195,347,134 | | | | (6,075) |
| 3/14/2002 | W/H TAX DIV DD | (6,391) | | (6,391) | | | 195,340,743 | | | | (6,391) |
| 3/15/2002 | W/H TAX DIV WMT | (886) | | (886) | | | 195,339,857 | | | | (886) |
| 3/21/2002 | W/H TAX DIV AIG | (732) | | (732) | | | 195,339,125 | | | | (732) |
| 3/28/2002 | W/H TAX DIV HD | (2,167) | | (2,167) | | | 195,329,958 | | | | (2,167) |
| 4/1/2002 | W/H TAX DIV PEP | (4,705) | | (4,705) | | | 195,325,253 | | | | (4,705) |
| 4/1/2002 | W/H TAX DIV ONE | (2,536) | | (2,536) | | | 195,322,717 | | | | (2,536) |
| 4/1/2002 | W/H TAX DIV SBC | (9,410) | | (9,410) | | | 195,313,307 | | | | (9,410) |
| 4/10/2002 | W/H TAX DIV MWD | (15,086) | | (15,086) | | | 195,298,221 | | | | (15,086) |
| 4/10/2002 | W/H TAX DIV MRK | (6,293) | | (6,293) | | | 195,291,928 | | | | (6,293) |
| 4/10/2002 | W/H TAX DIV MO | (15) | | (15) | | | 195,268,403 | | | | (15) |
| 4/18/2002 | W/H TAX DIV WMT | (475) | | (475) | | | 195,268,389 | | | | (475) |
| 4/23/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (14,719) | | (14,719) | | | 195,253,670 | | | | (14,719) |
| 4/25/2002 | W/H TAX DIV T | (4,743) | | (4,743) | | | 195,248,927 | | | | (4,743) |
| 4/26/2002 | W/H TAX DIV MWD | (1,306) | | (1,306) | | | 195,247,621 | | | | (1,306) |
| 4/26/2002 | W/H TAX DIV JPM | (12,687) | | (12,687) | | | 195,234,933 | | | | (12,687) |
| 4/30/2002 | W/H TAX DIV XOM | (1,475) | | (1,475) | | | 195,217,786 | | | | (1,475) |
| 4/30/2002 | W/H TAX DIV SLB | (2,494) | | (2,494) | | | 195,215,292 | | | | (2,494) |
| 5/1/2002 | W/H TAX DIV T | (475) | | (475) | | | 195,214,817 | | | | (475) |
| 5/1/2002 | W/H TAX DIV TYC | (3,285) | | (3,285) | | | 195,211,531 | | | | (3,285) |
| 5/1/2002 | W/H TAX DIV PHA | (0) | | (0) | | | 195,201,528 | | | | (0) |
| 5/1/2002 | W/H TAX DIV VZ | (19,811) | | (19,811) | | | 195,181,467 | | | | (19,811) |
| 5/2/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | | (5) | | | 195,181,462 | | | | (5) |
| 5/10/2002 | W/H TAX DIV MMM | (4,883) | | (4,883) | | | 205,181,462 | | | | (4,883) |
| 5/14/2002 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 205,176,579 | | | | |
| 5/15/2002 | W/H TAX DIV PG | (9,647) | | (9,647) | | | 205,166,932 | | | | (9,647) |
| 5/24/2002 | W/H TAX DIV C | (1,368) | | (1,368) | | | 205,165,564 | | | | (1,368) |
| 6/3/2002 | W/H TAX DIV WFC | (9,979) | | (9,979) | | | 205,155,584 | | | | (9,979) |
| 6/3/2002 | W/H TAX DIV INTC | (17,377) | | (17,377) | | | 205,138,207 | | | | (17,377) |
| 6/6/2002 | W/H TAX DIV BUD | (2,448) | | (2,448) | | | 205,135,759 | | | | (2,448) |
| 6/10/2002 | W/H TAX DIV XOM | (33,199) | | (33,199) | | | 205,102,561 | | | | (33,199) |
| 6/10/2002 | W/H TAX DIV MWD | (5,552) | | (5,552) | | | 205,097,008 | | | | (5,552) |
| 6/11/2002 | W/H TAX DIV HD | (4,767) | | (4,767) | | | 205,092,241 | | | | (4,767) |
| 6/12/2002 | W/H TAX DIV JPM | (5,253) | | (5,253) | | | 205,086,987 | | | | (5,253) |
| 6/25/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (7) | | (7) | | | 205,086,707 | | | | (7) |
| 6/27/2002 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 215,086,707 | | | | |
| 7/10/2002 | W/H TAX DIV MWD | (4,147) | | (4,147) | | | 215,082,560 | | | | (4,147) |
| 7/10/2002 | W/H TAX DIV C | (1,336) | | (1,336) | | | 215,081,224 | | | | (1,336) |
| 7/19/2002 | W/H TAX DIV USB | (12) | | (12) | | | 215,081,212 | | | | (12) |
| 7/25/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6,381) | | (6,381) | | | 215,074,831 | | | | (6,381) |
| 7/26/2002 | W/H TAX DIV GE | (0) | | (0) | | | 215,074,940 | | | | (0) |
| 7/26/2002 | W/H TAX DIV WFC | (891) | | (891) | | | 215,075,680 | | | | (891) |
| 7/31/2002 | W/H TAX DIV MWD | (260) | | (260) | | | 215,071,249 | | | | (260) |
| 8/1/2002 | W/H TAX DIV XOM | (2,431) | | (2,431) | | | 215,070,746 | | | | (2,431) |
| 8/1/2002 | W/H TAX DIV BUD | (503) | | (503) | | | 215,068,828 | | | | (503) |
| 8/1/2002 | W/H TAX DIV JPM | (1,918) | | (1,918) | | | 215,068,225 | | | | (1,918) |
| 8/1/2002 | W/H TAX DIV PHA | (603) | | (603) | | | 215,064,554 | | | | (603) |
| 8/7/2002 | W/H TAX DIV BMY | (3,670) | | (3,670) | | | 215,061,417 | | | | (3,670) |
| 8/9/2002 | W/H TAX DIV SBC | (3,137) | | (3,137) | | | 215,061,360 | | | | (3,137) |
| 8/9/2002 | W/H TAX DIV TXN | (57) | | (57) | | | 215,060,013 | | | | (57) |
| 8/19/2002 | W/H TAX DIV MON | (1,047) | | (1,047) | | | 215,060,012 | | | | (1,047) |
| 8/26/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 215,032,714 | | | | (1) |
| | | (27,298) | | (27,298) | | | 215,032,707 | | | | (27,298) |
| | | (8) | | (8) | | | | | | | (8) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 9/3/2002 | W/H TAX DIV INTC | (3,839) | - | (3,839) | - | - | 215,028,867 | - | - | - | (3,839) |
| 9/3/2002 | W/H TAX DIV WFC | (13,801) | - | (13,801) | - | - | 215,015,066 | - | - | - | (13,801) |
| 9/5/2002 | W/H TAX DIV G | (4,806) | - | (4,806) | - | - | 215,010,260 | - | - | - | (4,806) |
| 9/5/2002 | W/H TAX DIV PG | (23,507) | - | (23,507) | - | - | 214,986,753 | - | - | - | (23,507) |
| 9/6/2002 | W/H TAX DIV PHA | (4,037) | - | (4,037) | - | - | 214,982,716 | - | - | - | (4,037) |
| 9/9/2002 | W/H TAX DIV BUD | (4,806) | - | (4,806) | - | - | 214,977,910 | - | - | - | (4,806) |
| 9/10/2002 | W/H TAX DIV XOM | (44,420) | - | (44,420) | - | - | 214,933,491 | - | - | - | (44,420) |
| 9/10/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5) | - | (5) | - | - | 214,933,486 | - | - | - | (5) |
| 9/10/2002 | W/H TAX DIV SLB | (5,738) | - | (5,738) | - | - | 214,927,748 | - | - | - | (5,738) |
| 9/10/2002 | W/H TAX DIV IBM | (7,259) | - | (7,259) | - | - | 214,920,489 | - | - | - | (7,259) |
| 9/12/2002 | W/H TAX DIV DD | (9,809) | - | (9,809) | - | - | 214,910,681 | - | - | - | (9,809) |
| 10/17/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 214,910,660 | - | - | - | (2) |
| 11/15/2002 | W/H TAX DIV PG | (1,635) | - | (1,635) | - | - | 214,909,025 | - | - | - | (1,635) |
| 11/15/2002 | W/H TAX DIV PG | (5,671) | - | (5,671) | - | - | 214,903,355 | - | - | - | (5,671) |
| 11/18/2002 | W/H TAX DIV TXN | (580) | - | (580) | - | - | 214,902,774 | - | - | - | (580) |
| 11/22/2002 | W/H TAX DIV G | (14,461) | - | (14,461) | - | - | 214,888,313 | - | - | - | (14,461) |
| 11/25/2002 | W/H TAX DIV MER | (908) | - | (908) | - | - | 214,887,405 | - | - | - | (908) |
| 11/27/2002 | W/H TAX DIV MER | (2,264) | - | (2,264) | - | - | 214,885,142 | - | - | - | (2,264) |
| 12/17/2002 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 229,885,142 | - | - | - | - |
| 1/6/2003 | W/H TAX DIV BA | (1,644) | - | (1,644) | - | - | 229,883,498 | - | - | (1,644) | (1,644) |
| 1/6/2003 | W/H TAX DIV PFE | (9,220) | - | (9,220) | - | - | 229,874,277 | - | - | (9,220) | (9,220) |
| 1/6/2003 | W/H TAX DIV JNJ | (2,652) | - | (2,652) | - | - | 229,871,625 | - | - | (2,652) | (2,652) |
| 1/6/2003 | W/H TAX DIV WFC | (7,758) | - | (7,758) | - | - | 229,863,867 | - | - | (7,758) | (7,758) |
| 1/6/2003 | W/H TAX DIV INTC | (2,161) | - | (2,161) | - | - | 229,861,706 | - | - | (2,161) | (2,161) |
| 1/6/2003 | W/H TAX DIV C | (4,022) | - | (4,022) | - | - | 229,857,684 | - | - | (4,022) | (4,022) |
| 1/6/2003 | W/H TAX DIV DX | (1,316) | - | (1,316) | - | - | 229,856,368 | - | - | (1,316) | (1,316) |
| 1/6/2003 | W/H TAX DIV XOM | (25,050) | - | (25,050) | - | - | 229,831,318 | - | - | (25,050) | (25,050) |
| 1/6/2003 | W/H TAX DIV G | (2,781) | - | (2,781) | - | - | 229,828,537 | - | - | (2,781) | (2,781) |
| 1/6/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (49) | - | (49) | - | - | 229,828,488 | - | - | (49) | (49) |
| 1/6/2003 | W/H TAX DIV MCD | (182) | - | (182) | - | - | 229,828,307 | - | - | (182) | (182) |
| 1/6/2003 | W/H TAX DIV IBM | (4,096) | - | (4,096) | - | - | 229,824,211 | - | - | (4,096) | (4,096) |
| 1/6/2003 | W/H TAX DIV BUD | (2,747) | - | (2,747) | - | - | 229,821,464 | - | - | (2,747) | (2,747) |
| 1/10/2003 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 244,821,464 | - | - | - | - |
| 1/28/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 244,821,463 | - | - | (1) | (1) |
| 1/28/2003 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 259,821,463 | - | - | - | - |
| 1/31/2003 | W/H TAX DIV MWD | (3,667) | - | (3,667) | - | - | 259,817,796 | - | - | (3,667) | (3,667) |
| 2/3/2003 | W/H TAX DIV VZ | (15,603) | - | (15,603) | - | - | 259,802,193 | - | - | (15,603) | (15,603) |
| 2/3/2003 | W/H TAX DIV PSC | (13,275) | - | (13,275) | - | - | 259,788,918 | - | - | (13,275) | (13,275) |
| 2/3/2003 | W/H TAX DIV PHA | (4,584) | - | (4,584) | - | - | 259,784,334 | - | - | (4,584) | (4,584) |
| 2/10/2003 | W/H TAX DIV TXN | (965) | - | (965) | - | - | 259,783,369 | - | - | (965) | (965) |
| 2/14/2003 | W/H TAX DIV XOM | (13,922) | - | (13,922) | - | - | 259,769,446 | - | - | (13,922) | (13,922) |
| 2/14/2003 | W/H TAX DIV PE | (24,353) | - | (24,353) | - | - | 259,745,093 | - | - | (24,353) | (24,353) |
| 2/14/2003 | W/H TAX DIV CL | (2,620) | - | (2,620) | - | - | 259,742,474 | - | - | (2,620) | (2,620) |
| 2/27/2003 | W/H TAX DIV GS | (1,455) | - | (1,455) | - | - | 259,741,019 | - | - | (1,455) | (1,455) |
| 2/28/2003 | W/H TAX DIV DD | (27,299) | - | (27,299) | - | - | 259,713,720 | - | - | (27,299) | (27,299) |
| 2/26/2003 | W/H TAX DIV MER | (3,599) | - | (3,599) | - | - | 259,710,120 | - | - | (3,599) | (3,599) |
| 3/3/2003 | W/H TAX DIV INTC | (3,515) | - | (3,515) | - | - | 259,706,606 | - | - | (3,515) | (3,515) |
| 3/3/2003 | W/H TAX DIV WFC | (13,451) | - | (13,451) | - | - | 259,693,155 | - | - | (13,451) | (13,451) |
| 3/5/2003 | W/H 1131/OG | (4,527) | - | (4,527) | - | - | 259,688,628 | - | - | (4,527) | (4,527) |
| 3/7/2003 | W/H TAX DIV G | (3,711) | - | (3,711) | - | - | 259,684,917 | - | - | (3,711) | (3,711) |
| 3/10/2003 | W/H TAX DIV MSFT | (17,703) | - | (17,703) | - | - | 259,667,214 | - | - | (17,703) | (17,703) |
| 3/10/2003 | W/H TAX DIV UTX | (40,842) | - | (40,842) | - | - | 259,626,372 | - | - | (40,842) | (40,842) |
| 3/10/2003 | W/H TAX DIV BUD | (4,257) | - | (4,257) | - | - | 259,622,115 | - | - | (4,257) | (4,257) |
| 3/11/2003 | W/H TAX DIV MER | (2,971) | - | (2,971) | - | - | 259,619,144 | - | - | (2,971) | (2,971) |
| 3/12/2003 | W/H TAX DIV JNJ | (6,648) | - | (6,648) | - | - | 259,612,496 | - | - | (6,648) | (6,648) |
| 3/12/2003 | W/H TAX DIV IMM | (16,016) | - | (16,016) | - | - | 259,596,480 | - | - | (16,016) | (16,016) |
| 3/14/2003 | W/H TAX DIV DD | (4,995) | - | (4,995) | - | - | 259,591,485 | - | - | (4,995) | (4,995) |
| 3/17/2003 | W/H TAX DIV GS | (9,338) | - | (9,338) | - | - | 259,582,147 | - | - | (9,338) | (9,338) |
| 3/26/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (42) | - | (42) | - | - | 259,582,105 | - | - | (42) | (42) |
| 4/7/2003 | W/H TAX DIV WMT | (12,710) | - | (12,710) | - | - | 259,569,395 | - | - | (12,710) | (12,710) |
| 4/9/2003 | W/H TAX DIV HPQ | (8,015) | - | (8,015) | - | - | 259,561,380 | - | - | (8,015) | (8,015) |
| 4/15/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (19) | - | (19) | - | - | 259,561,361 | - | - | (19) | (19) |
| 4/28/2003 | W/H TAX DIV BUD | (4) | - | (4) | - | - | 259,561,357 | - | - | (4) | (4) |
| 5/13/2003 | CHECK WIRE | 25,000,000 | 25,000,000 | - | - | - | 284,561,357 | - | - | - | - |
| 5/9/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (11) | - | (11) | - | - | 284,561,346 | - | - | (11) | (11) |
| 5/28/2003 | W/H TAX DIV MER | (3,130) | - | (3,130) | - | - | 284,558,215 | - | - | (3,130) | (3,130) |
| 5/30/2003 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 294,558,215 | - | - | - | - |
| 6/2/2003 | W/H TAX DIV INTC | (1,694) | - | (1,694) | - | - | 294,556,521 | - | - | (1,694) | (1,694) |
| 6/2/2003 | W/H TAX DIV PFE | (11,739) | - | (11,739) | - | - | 294,544,782 | - | - | (11,739) | (11,739) |
| 6/5/2003 | W/H TAX DIV PFE | (28,105) | - | (28,105) | - | - | 294,516,677 | - | - | (28,105) | (28,105) |

BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/2003 | W/H TAX DIV BUD | (3,815) | | (3,815) | | | 294,512,862 | | | (3,815) | (3,815) |
| 6/10/2003 | W/H TAX DIV JNJ | (16,695) | | (16,695) | | | 294,496,167 | | | (16,695) | (16,695) |
| 6/10/2003 | W/H TAX DIV XOM | (39,378) | | (39,378) | | | 294,456,789 | | | (39,378) | (39,378) |
| 6/10/2003 | W/H TAX DIV IBM | (6,261) | | (6,261) | | | 294,450,529 | | | (6,261) | (6,261) |
| 6/10/2003 | W/H TAX DIV TX | (2,935) | | (2,935) | | | 294,447,594 | | | (2,935) | (2,935) |
| 6/12/2003 | W/H TAX DIV DD | (8,369) | | (8,369) | | | 294,439,225 | | | (8,369) | (8,369) |
| 6/12/2003 | W/H TAX DIV MMM | (5,739) | | (5,739) | | | 294,433,486 | | | (5,739) | (5,739) |
| 6/16/2003 | W/H TAX DIV AIG | (3,752) | | (3,752) | | | 294,429,734 | | | (3,752) | (3,752) |
| 6/20/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | | (8) | | | 294,429,726 | | | (8) | (8) |
| 6/26/2003 | W/H TAX DIV HD | (4,288) | | (4,288) | | | 294,425,438 | | | (4,288) | (4,288) |
| 6/27/2003 | W/H TAX DIV BAC | (29,307) | | (29,307) | | | 294,396,131 | | | (29,307) | (29,307) |
| 7/1/2003 | W/H TAX DIV PEP | (8,455) | | (8,455) | | | 294,387,676 | | | (8,455) | (8,455) |
| 7/1/2003 | W/H TAX DIV ONE | (7,587) | | (7,587) | | | 294,380,089 | | | (7,587) | (7,587) |
| 7/1/2003 | W/H TAX DIV KO | (16,815) | | (16,815) | | | 294,363,274 | | | (16,815) | (16,815) |
| 7/1/2003 | W/H TAX DIV MRK | (24,507) | | (24,507) | | | 294,338,767 | | | (24,507) | (24,507) |
| 7/1/2003 | W/H TAX DIV ALL | (4,000) | | (4,000) | | | 294,334,767 | | | (4,000) | (4,000) |
| 7/3/2003 | W/H TAX DIV C | (2,446) | | (2,446) | | | 294,332,321 | | | (2,446) | (2,446) |
| 7/7/2003 | W/H TAX DIV WMT | (5,675) | | (5,675) | | | 294,326,646 | | | (5,675) | (5,675) |
| 7/8/2003 | W/H TAX DIV MO | (40,663) | | (40,663) | | | 294,285,983 | | | (40,663) | (40,663) |
| 7/9/2003 | W/H TAX DIV HPQ | (7,501) | | (7,501) | | | 294,278,482 | | | (7,501) | (7,501) |
| 7/17/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | | (3) | | | 294,278,479 | | | (3) | (3) |
| 7/21/2003 | CHECK WIRE | (15,000,000) | | (15,000,000) | | | 279,278,479 | | | (15,000,000) | (15,000,000) |
| 7/31/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 279,278,478 | | | (1) | (1) |
| 8/1/2003 | W/H TAX DIV MWD | (7,354) | | (7,354) | | | 279,271,124 | | | (7,354) | (7,354) |
| 8/1/2003 | W/H TAX DIV INTC | (30,776) | | (30,776) | | | 279,240,348 | | | (30,776) | (30,776) |
| 8/5/2003 | W/H TAX DIV SBC | (36,692) | | (36,692) | | | 279,203,656 | | | (36,692) | (36,692) |
| 8/15/2003 | W/H TAX DIV CL | (3,837) | | (3,837) | | | 279,199,819 | | | (3,837) | (3,837) |
| 8/15/2003 | W/H TAX DIV PG | (16,974) | | (16,974) | | | 279,182,845 | | | (16,974) | (16,974) |
| 8/18/2003 | W/H TAX DIV TXN | (1,059) | | (1,059) | | | 279,181,786 | | | (1,059) | (1,059) |
| 8/22/2003 | W/H TAX DIV S | (23,533) | | (23,533) | | | 279,158,253 | | | (23,533) | (23,533) |
| 8/27/2003 | W/H TAX DIV MER | (4,263) | | (4,263) | | | 279,153,990 | | | (4,263) | (4,263) |
| 8/28/2003 | W/H TAX DIV GS | (3,331) | | (3,331) | | | 279,150,659 | | | (3,331) | (3,331) |
| 9/2/2003 | W/H TAX DIV MCD | (21,583) | | (21,583) | | | 279,129,076 | | | (21,583) | (21,583) |
| 9/2/2003 | W/H TAX DIV SLB | (3,399) | | (3,399) | | | 279,125,677 | | | (3,399) | (3,399) |
| 9/4/2003 | W/H TAX DIV PFE | (21,179) | | (21,179) | | | 279,104,498 | | | (21,179) | (21,179) |
| 9/5/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (21) | | (21) | | | 279,104,477 | | | (21) | (21) |
| 9/5/2003 | W/H TAX DIV G | (4,763) | | (4,763) | | | 279,099,714 | | | (4,763) | (4,763) |
| 9/5/2003 | W/H TAX DIV ONE | (2,528) | | (2,528) | | | 279,097,186 | | | (2,528) | (2,528) |
| 9/2/2003 | W/H TAX DIV BUD | (5,276) | | (5,276) | | | 279,091,910 | | | (5,276) | (5,276) |
| 9/10/2003 | W/H TAX DIV IBM | (8,100) | | (8,100) | | | 279,083,810 | | | (8,100) | (8,100) |
| 9/5/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 279,083,809 | | | (1) | (1) |
| 9/12/2003 | W/H TAX DIV DD | (48,467) | | (48,467) | | | 279,035,342 | | | (48,467) | (48,467) |
| 9/9/2003 | W/H TAX DIV AIG | (6,360) | | (6,360) | | | 279,028,982 | | | (6,360) | (6,360) |
| 9/23/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1,607) | | (1,607) | | | 279,027,375 | | | (1,607) | (1,607) |
| 9/26/2003 | W/H TAX DIV BAC | (14) | | (14) | | | 279,027,361 | | | (14) | (14) |
| 9/30/2003 | W/H TAX DIV HD | (11,895) | | (11,895) | | | 279,015,466 | | | (11,895) | (11,895) |
| 10/1/2003 | W/H TAX DIV VIA.B | (6,276) | | (6,276) | | | 279,009,190 | | | (6,276) | (6,276) |
| 10/1/2003 | W/H TAX DIV ONE | (1,883) | | (1,883) | | | 279,007,307 | | | (1,883) | (1,883) |
| 10/1/2003 | W/H TAX DIV MRK | (6,710) | | (6,710) | | | 279,000,597 | | | (6,710) | (6,710) |
| 10/1/2003 | W/H TAX DIV KO | (7,887) | | (7,887) | | | 278,992,710 | | | (7,887) | (7,887) |
| 10/1/2003 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 288,992,710 | | | | |
| 10/8/2003 | W/H TAX DIV HPQ | (5,616) | | (5,616) | | | 288,987,094 | | | (5,616) | (5,616) |
| 10/8/2003 | W/H TAX DIV MER | (32,290) | | (32,290) | | | 288,945,543 | | | (32,290) | (32,290) |
| 10/14/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | | (8) | | | 288,913,245 | | | (8) | (8) |
| 10/31/2003 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 298,913,245 | | | | |
| 10/31/2003 | W/H TAX DIV MWD | (4,970) | | (4,970) | | | 298,908,275 | | | (4,970) | (4,970) |
| 11/3/2003 | W/H TAX DIV VZ | (21,494) | | (21,494) | | | 298,886,781 | | | (21,494) | (21,494) |
| 11/3/2003 | W/H TAX DIV SLB | (6,665) | | (6,665) | | | 298,880,116 | | | (6,665) | (6,665) |
| 11/3/2003 | W/H TAX DIV SBC | (18,824) | | (18,824) | | | 298,861,294 | | | (18,824) | (18,824) |
| 11/7/2003 | W/H TAX DIV MSFT | (52,893) | | (52,893) | | | 298,808,401 | | | (52,893) | (52,893) |
| 11/14/2003 | W/H TAX DIV PG | (17,793) | | (17,793) | | | 298,790,608 | | | (17,793) | (17,793) |
| 11/17/2003 | W/H TAX DIV TXN | (1,141) | | (1,141) | | | 298,789,466 | | | (1,141) | (1,141) |
| 11/24/2003 | W/H TAX DIV GS | (3,414) | | (3,414) | | | 298,786,052 | | | (3,414) | (3,414) |
| 11/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (14) | | (14) | | | 298,786,038 | | | (14) | (14) |
| 11/26/2003 | W/H TAX DIV MER | (4,659) | | (4,659) | | | 298,781,379 | | | (4,659) | (4,659) |
| 11/28/2003 | W/H TAX DIV S | (55,122) | | (55,122) | | | 298,726,257 | | | (55,122) | (55,122) |
| 12/1/2003 | W/H TAX DIV WFC | (23,354) | | (23,354) | | | 298,702,903 | | | (23,354) | (23,354) |
| 12/1/2003 | W/H TAX DIV INTC | (4,062) | | (4,062) | | | 298,698,842 | | | (4,062) | (4,062) |
| 12/2/2003 | W/H TAX DIV MO | (15,296) | | (15,296) | | | 298,683,545 | | | (15,296) | (15,296) |
| 12/4/2003 | W/H TAX DIV PFE | (35,506) | | (35,506) | | | 298,648,040 | | | (35,506) | (35,506) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2003 | W/H TAX DIV G | (4,883) | | (4,883) | | | 298,643,157 | | | (4,883) | (4,883) |
| 12/9/2003 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 313,643,157 | | | | |
| 12/9/2003 | W/H TAX DIV BUD | (5,408) | | (5,408) | | | 313,637,749 | | | (5,408) | (5,408) |
| 12/9/2003 | W/H TAX DIV NA | (21,633) | | (21,633) | | | 313,616,115 | | | (21,633) | (21,633) |
| 12/9/2003 | W/H TAX DIV TTX | (4,780) | | (4,780) | | | 313,611,335 | | | (4,780) | (4,780) |
| 12/10/2003 | W/H TAX DIV XOM | (50,749) | | (50,749) | | | 313,560,586 | | | (50,749) | (50,749) |
| 12/10/2003 | W/H TAX DIV MO | (8,304) | | (8,304) | | | 313,552,282 | | | (8,304) | (8,304) |
| 12/12/2003 | W/H TAX DIV MMM | (4,310) | | (4,310) | | | 313,547,972 | | | (4,310) | (4,310) |
| 12/15/2003 | W/H TAX DIV DD | (10,516) | | (10,516) | | | 313,537,456 | | | (10,516) | (10,516) |
| 12/16/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | | (2) | | | 313,537,453 | | | (2) | (2) |
| 12/31/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | | (0) | | | 313,537,453 | | | (0) | (0) |
| 1/2/2004 | W/H TAX DIV ONE | (1,810) | | (1,810) | | | 313,535,643 | | | (1,810) | (1,810) |
| 1/2/2004 | W/H TAX DIV PFE | (1,834) | | (1,834) | | | 313,533,809 | | | (1,834) | (1,834) |
| 2/2/2004 | W/H TAX DIV SBC | (2,606) | | (2,606) | | | 313,531,203 | | | (2,606) | (2,606) |
| 1/6/2004 | W/H TAX DIV WMT | (2,914) | | (2,914) | | | 313,528,289 | | | (2,914) | (2,914) |
| 1/7/2004 | W/H TAX DIV PG | (1,641) | | (1,641) | | | 313,526,648 | | | (1,641) | (1,641) |
| 1/9/2004 | W/H TAX DIV HPQ | (1) | | (1) | | | 313,526,647 | | | (1) | (1) |
| 1/9/2004 | W/H TAX DIV MO | (9,436) | | (9,436) | | | 313,517,211 | | | (9,436) | (9,436) |
| 1/15/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | | (0) | | | 313,517,211 | | | (0) | (0) |
| 1/30/2004 | W/H TAX DIV MWD | (3,085) | | (3,085) | | | 313,514,126 | | | (3,085) | (3,085) |
| 2/2/2004 | W/H TAX DIV BA | (1,891) | | (1,891) | | | 313,512,235 | | | (1,891) | (1,891) |
| 2/20/2004 | W/H TAX DIV SBC | (12,274) | | (12,274) | | | 313,499,961 | | | (12,274) | (12,274) |
| 2/17/2004 | W/H TAX DIV PG | (18,608) | | (18,608) | | | 313,481,354 | | | (18,608) | (18,608) |
| 2/26/2004 | W/H TAX DIV GS | (3,408) | | (3,408) | | | 313,477,946 | | | (3,408) | (3,408) |
| 2/27/2004 | W/H TAX DIV MER | (4,798) | | (4,798) | | | 313,473,147 | | | (4,798) | (4,798) |
| 2/27/2004 | W/H TAX DIV MO | (63,252) | | (63,252) | | | 313,409,895 | | | (63,252) | (63,252) |
| 3/1/2004 | W/H TAX DIV INTC | (7,927) | | (7,927) | | | 313,391,967 | | | (7,927) | (7,927) |
| 3/1/2004 | W/H TAX DIV MO | (23,311) | | (23,311) | | | 313,368,657 | | | (23,311) | (23,311) |
| 3/5/2004 | W/H TAX DIV BA | (4,171) | | (4,171) | | | 313,364,485 | | | (4,171) | (4,171) |
| 3/5/2004 | W/H TAX DIV PFE | (39,541) | | (39,541) | | | 313,324,945 | | | (39,541) | (39,541) |
| 3/5/2004 | W/H TAX DIV G | (4,873) | | (4,873) | | | 313,320,071 | | | (4,873) | (4,873) |
| 3/9/2004 | W/H TAX DIV BUD | (5,398) | | (5,398) | | | 313,314,673 | | | (5,398) | (5,398) |
| 3/4/2004 | W/H TAX DIV JPM | (21,797) | | (21,797) | | | 313,292,876 | | | (21,797) | (21,797) |
| 3/9/2004 | W/H TAX DIV DIM | (8,288) | | (8,288) | | | 313,284,588 | | | (8,288) | (8,288) |
| 3/10/2004 | W/H TAX DIV UTX | (3,006) | | (3,006) | | | 313,281,582 | | | (3,006) | (3,006) |
| 3/10/2004 | W/H TAX DIV MMM | (50,651) | | (50,651) | | | 313,230,931 | | | (50,651) | (50,651) |
| 3/12/2004 | W/H TAX DIV MMM | (5,565) | | (5,565) | | | 313,225,366 | | | (5,565) | (5,565) |
| 3/11/2004 | W/H TAX DIV DD | (10,497) | | (10,497) | | | 313,214,869 | | | (10,497) | (10,497) |
| 4/6/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (46) | | (46) | | | 313,214,824 | | | (46) | (46) |
| 4/8/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | | (0) | | | 313,214,824 | | | (0) | (0) |
| 4/19/2004 | CHECK WIRE | (20,000,000) | | (20,000,000) | | | 293,214,824 | | | (20,000,000) | (20,000,000) |
| 4/19/2004 | W/H TAX DIV BUD | (5,051) | | (5,051) | | | 293,209,773 | | | (5,051) | (5,051) |
| 4/30/2004 | W/H TAX DIV JPM | (6,576) | | (6,576) | | | 293,203,196 | | | (6,576) | (6,576) |
| 4/30/2004 | W/H TAX DIV SBC | (24,911) | | (24,911) | | | 293,178,285 | | | (24,911) | (24,911) |
| 5/3/2004 | W/H TAX DIV VZ | (25,319) | | (25,319) | | | 293,152,967 | | | (25,319) | (25,319) |
| 5/4/2004 | W/H TAX DIV PG | (18,396) | | (18,396) | | | 293,134,571 | | | (18,396) | (18,396) |
| 5/17/2004 | W/H TAX DIV TXN | (1,073) | | (1,073) | | | 293,133,498 | | | (1,073) | (1,073) |
| 5/26/2004 | W/H TAX DIV MER | (4,625) | | (4,625) | | | 293,128,873 | | | (4,625) | (4,625) |
| 5/27/2004 | W/H TAX DIV GS | (3,285) | | (3,285) | | | 293,125,588 | | | (3,285) | (3,285) |
| 5/28/2004 | W/H TAX DIV C | (39,918) | | (39,918) | | | 293,085,670 | | | (39,918) | (39,918) |
| 6/1/2004 | W/H TAX DIV MER | (22,469) | | (22,469) | | | 293,063,200 | | | (22,469) | (22,469) |
| 6/1/2004 | W/H TAX DIV INTC | (7,485) | | (7,485) | | | 293,055,715 | | | (7,485) | (7,485) |
| 6/4/2004 | W/H TAX DIV PFE | (37,423) | | (37,423) | | | 293,018,291 | | | (37,423) | (37,423) |
| 6/2/2004 | W/H TAX DIV G | (4,698) | | (4,698) | | | 293,013,594 | | | (4,698) | (4,698) |
| 6/7/2004 | W/H TAX DIV WMT | (11,034) | | (11,034) | | | 293,002,560 | | | (11,034) | (11,034) |
| 6/7/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (19) | | (19) | | | 292,982,541 | | | (19) | (19) |
| 6/8/2004 | W/H TAX DIV BUD | (24,541) | | (24,541) | | | 292,958,000 | | | (24,541) | (24,541) |
| 6/10/2004 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 302,952,796 | | | | |
| 6/10/2004 | W/H TAX DIV IBM | (8,988) | | (8,988) | | | 302,943,809 | | | (8,988) | (8,988) |
| 6/9/2004 | W/H TAX DIV UTX | (3,753) | | (3,753) | | | 302,940,056 | | | (3,753) | (3,753) |
| 6/9/2004 | W/H TAX DIV XOM | (51,088) | | (51,088) | | | 302,888,968 | | | (51,088) | (51,088) |
| 6/11/2004 | W/H TAX DIV BA | (3,217) | | (3,217) | | | 302,885,751 | | | (3,217) | (3,217) |
| 6/14/2004 | W/H TAX DIV DD | (10,118) | | (10,118) | | | 302,875,633 | | | (10,118) | (10,118) |
| 6/14/2004 | W/H TAX DIV MMM | (5,790) | | (5,790) | | | 302,869,843 | | | (5,790) | (5,790) |
| 6/14/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | | (1) | | | 302,869,842 | | | (1) | (1) |
| 6/24/2004 | W/H TAX DIV HD | (5,813) | | (5,813) | | | 302,864,028 | | | (5,813) | (5,813) |
| 6/30/2004 | W/H TAX DIV PEP | (11,955) | | (11,955) | | | 302,852,073 | | | (11,955) | (11,955) |
| 7/1/2004 | W/H TAX DIV KO | (18,466) | | (18,466) | | | 302,833,607 | | | (18,466) | (18,466) |
| 7/7/2004 | W/H TAX DIV HPQ | (7,441) | | (7,441) | | | 302,826,166 | | | (7,441) | (7,441) |

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/9/2004 | W/H TAX DIV MO | (42,135) | - | (42,135) | - | - | 302,784,031 | | | (42,135) | (42,135) |
| 7/26/2004 | W/H TAX DIV GE | (6,830) | - | (6,830) | - | - | 302,777,201 | | | (6,830) | (6,830) |
| 8/18/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (91) | - | (91) | - | - | 302,777,110 | | | (91) | (91) |
| 8/23/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 302,777,109 | | | (0) | (0) |
| 9/7/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 302,777,109 | | | (0) | (0) |
| 9/7/2004 | W/H TAX DIV WMT | (13,559) | - | (13,559) | - | - | 302,763,551 | | | (13,559) | (13,559) |
| 9/10/2004 | W/H TAX DIV UTX | (4,563) | - | (4,563) | - | - | 302,758,987 | | | (4,563) | (4,563) |
| 9/13/2004 | W/H TAX DIV MMM | (7,040) | - | (7,040) | - | - | 302,751,947 | | | (7,040) | (7,040) |
| 9/14/2004 | W/H TAX DIV MSFT | (28,441) | - | (28,441) | - | - | 302,723,506 | | | (28,441) | (28,441) |
| 9/16/2004 | W/H TAX DIV HD | (6,325) | - | (6,325) | - | - | 302,717,181 | | | (6,325) | (6,325) |
| 9/17/2004 | W/H TAX DIV AIG | (6,473) | - | (6,473) | - | - | 302,710,708 | | | (6,473) | (6,473) |
| 9/24/2004 | W/H TAX DIV BAC | (61,609) | - | (61,609) | - | - | 302,649,098 | | | (61,609) | (61,609) |
| 9/30/2004 | W/H TAX DIV PEP | (13,006) | - | (13,006) | - | - | 302,636,092 | | | (13,006) | (13,006) |
| 10/1/2004 | W/H TAX DIV JNJ | (20,090) | - | (20,090) | - | - | 302,616,002 | | | (20,090) | (20,090) |
| 10/1/2004 | W/H TAX DIV VIAB | (3,491) | - | (3,491) | - | - | 302,612,511 | | | (3,491) | (3,491) |
| 10/1/2004 | W/H TAX DIV MRK | (28,275) | - | (28,275) | - | - | 302,584,236 | | | (28,275) | (28,275) |
| 10/6/2004 | W/H TAX DIV HPQ | (8,096) | - | (8,096) | - | - | 302,576,140 | | | (8,096) | (8,096) |
| 10/12/2004 | W/H TAX DIV MO | (49,972) | - | (49,972) | - | - | 302,526,168 | | | (49,972) | (49,972) |
| 11/1/2004 | CHECK WIRE | 20,000,000 | 20,000,000 | - | - | - | 322,526,168 | | | | |
| 11/3/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (69) | - | (69) | - | - | 322,526,100 | | | (69) | (69) |
| 11/4/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 322,526,099 | | | (0) | (0) |
| 11/12/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 322,526,099 | | | (1) | (1) |
| 11/24/2004 | W/H TAX DIV MER | (2,642) | - | (2,642) | - | - | 322,523,457 | | | (2,642) | (2,642) |
| 11/29/2004 | CHECK WIRE | 30,000,000 | 30,000,000 | - | - | - | 352,523,457 | | | | |
| 12/1/2004 | W/H TAX DIV INTC | (4,349) | - | (4,349) | - | - | 352,519,107 | | | (4,349) | (4,349) |
| 12/1/2004 | W/H TAX DIV JNJ | (13,691) | - | (13,691) | - | - | 352,505,417 | | | (13,691) | (13,691) |
| 12/1/2004 | W/H TAX DIV BA | (4,396) | - | (4,396) | - | - | 352,501,020 | | | (4,396) | (4,396) |
| 12/3/2004 | W/H TAX DIV PFE | (35,066) | - | (35,066) | - | - | 352,465,954 | | | (35,066) | (35,066) |
| 12/7/2004 | W/H TAX DIV C | (8,844) | - | (8,844) | - | - | 352,457,110 | | | (8,844) | (8,844) |
| 12/10/2004 | W/H TAX DIV IBM | (8,353) | - | (8,353) | - | - | 352,448,757 | | | (8,353) | (8,353) |
| 12/10/2004 | W/H TAX DIV BA | (48,338) | - | (48,338) | - | - | 352,400,419 | | | (48,338) | (48,338) |
| 12/13/2004 | W/H TAX DIV MSFT | (86) | - | (86) | - | - | 352,400,533 | | | (86) | (86) |
| 12/14/2004 | W/H TAX DIV DD | (9,403) | - | (9,403) | - | - | 352,391,130 | | | (9,403) | (9,403) |
| 12/16/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 352,391,129 | | | (1) | (1) |
| 12/31/2004 | CHECK WIRE | 30,000,000 | 30,000,000 | - | - | - | 382,391,122 | | | | |
| 12/31/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (7) | - | (7) | - | - | 382,391,122 | | | (7) | (7) |
| 1/3/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4,976) | - | (4,976) | - | - | 382,386,146 | | | (4,976) | (4,976) |
| 2/14/2005 | W/H TAX DIV TXN | (1,591) | - | (1,591) | - | - | 382,384,555 | | | (1,591) | (1,591) |
| 2/23/2005 | W/H TAX DIV IGS | (663) | - | (663) | - | - | 382,383,892 | | | (663) | (663) |
| 2/25/2005 | W/H TAX DIV C | (84,005) | - | (84,005) | - | - | 382,299,887 | | | (84,005) | (84,005) |
| 2/28/2005 | W/H TAX DIV MER | (5,359) | - | (5,359) | - | - | 382,294,528 | | | (5,359) | (5,359) |
| 3/1/2005 | W/H TAX DIV KO | (30,547) | - | (30,547) | - | - | 382,263,980 | | | (30,547) | (30,547) |
| 3/1/2005 | W/H TAX DIV INTC | (18,690) | - | (18,690) | - | - | 382,245,290 | | | (18,690) | (18,690) |
| 3/2/2005 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 397,245,290 | | | | |
| 3/4/2005 | W/H TAX DIV BA | (7,536) | - | (7,536) | - | - | 397,237,754 | | | (7,536) | (7,536) |
| 3/4/2005 | W/H TAX DIV G | (5,987) | - | (5,987) | - | - | 397,231,767 | | | (5,987) | (5,987) |
| 3/9/2005 | W/H TAX DIV HPQ | (71) | - | (71) | - | - | 397,231,696 | | | (71) | (71) |
| 3/9/2005 | W/H TAX DIV JNJ | (31,262) | - | (31,262) | - | - | 397,200,434 | | | (31,262) | (31,262) |
| 3/8/2005 | W/H TAX DIV PFE | (52,822) | - | (52,822) | - | - | 397,147,612 | | | (52,822) | (52,822) |
| 3/9/2005 | W/H TAX DIV C | (7,386) | - | (7,386) | - | - | 397,140,226 | | | (7,386) | (7,386) |
| 3/10/2005 | W/H TAX DIV IBM | (10,852) | - | (10,852) | - | - | 397,129,374 | | | (10,852) | (10,852) |
| 3/10/2005 | W/H TAX DIV BA | (64,210) | - | (64,210) | - | - | 397,065,163 | | | (64,210) | (64,210) |
| 3/10/2005 | W/H TAX DIV UTX | (8,843) | - | (8,843) | - | - | 397,056,321 | | | (8,843) | (8,843) |
| 3/10/2005 | W/H TAX DIV INTC | (32,021) | - | (32,021) | - | - | 397,024,301 | | | (32,021) | (32,021) |
| 3/14/2005 | W/H TAX DIV MSFT | (12,661) | - | (12,661) | - | - | 397,011,639 | | | (12,661) | (12,661) |
| 3/14/2005 | W/H TAX DIV MMM | (12,896) | - | (12,896) | - | - | 396,998,744 | | | (12,896) | (12,896) |
| 3/18/2005 | W/H TAX DIV KO | (12,142) | - | (12,142) | - | - | 396,986,602 | | | (12,142) | (12,142) |
| 3/18/2005 | W/H TAX DIV AIG | (8,039) | - | (8,039) | - | - | 396,978,563 | | | (8,039) | (8,039) |
| 3/24/2005 | W/H TAX DIV HD | (67,071) | - | (67,071) | - | - | 396,911,492 | | | (67,071) | (67,071) |
| 3/29/2005 | W/H TAX DIV BAC | (14,637) | - | (14,637) | - | - | 396,896,854 | | | (14,637) | (14,637) |
| 3/31/2005 | W/H TAX DIV PEP | (30,547) | - | (30,547) | - | - | 396,866,307 | | | (30,547) | (30,547) |
| 4/1/2005 | W/H TAX DIV MRK | (4,455) | - | (4,455) | - | - | 396,861,852 | | | (4,455) | (4,455) |
| 4/1/2005 | W/H TAX DIV VIAB | (19,751) | - | (19,751) | - | - | 396,842,101 | | | (19,751) | (19,751) |
| 4/1/2005 | W/H TAX DIV HPQ | (44,415) | - | (44,415) | - | - | 396,797,686 | | | (44,415) | (44,415) |
| 4/1/2005 | W/H TAX DIV MO | (43,866) | - | (43,866) | - | - | 396,793,821 | | | (43,866) | (43,866) |
| 4/13/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (35) | - | (35) | - | - | 396,793,785 | | | (35) | (35) |
| 4/25/2005 | W/H TAX DIV GE | (85,662) | - | (85,662) | - | - | 396,708,124 | | | (85,662) | (85,662) |
| 5/2/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (21) | - | (21) | - | - | 396,708,103 | | | (21) | (21) |
| 5/31/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (16) | - | (16) | - | - | 396,708,087 | | | (16) | (16) |
| 6/6/2005 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 386,708,087 | (10,000,000) | | (10,000,000) | (10,000,000) |
| 6/6/2005 | CHECK WIRE | (15,000,000) | - | (15,000,000) | - | - | 371,708,087 | (15,000,000) | | (15,000,000) | (15,000,000) |
| 6/6/2005 | W/H TAX DIV WMT | (5,663) | - | (5,663) | - | - | 371,702,424 | (5,663) | | (5,663) | (5,663) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 371,702,422 | - | - | (2) | (2) |
| 6/10/2005 | W/H TAX DIV UTX | (2,694) | - | (2,694) | - | - | 371,699,728 | - | - | (2,694) | (2,694) |
| 6/13/2005 | W/H TAX DIV MMM | (3,857) | - | (3,857) | - | - | 371,695,872 | - | - | (3,857) | (3,857) |
| 6/15/2005 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 361,695,872 | - | - | (10,000,000) | (10,000,000) |
| 6/17/2005 | W/H TAX DIV AIG | (9,400) | - | (9,400) | - | - | 361,686,471 | - | - | (9,400) | (9,400) |
| 6/20/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 361,686,468 | - | - | (3) | (3) |
| 6/21/2005 | W/H TAX DIV HD | (6,297) | - | (6,297) | - | - | 361,680,171 | - | - | (6,297) | (6,297) |
| 6/24/2005 | W/H TAX DIV BAC | (52,512) | - | (52,512) | - | - | 361,627,659 | - | - | (52,512) | (52,512) |
| 6/30/2005 | W/H TAX DIV PEP | (12,810) | - | (12,810) | - | - | 361,614,848 | - | - | (12,810) | (12,810) |
| 7/1/2005 | W/H TAX DIV KO | (18,152) | - | (18,152) | - | - | 361,596,696 | - | - | (18,152) | (18,152) |
| 7/1/2005 | W/H TAX DIV ALL | (6,370) | - | (6,370) | - | - | 361,590,326 | - | - | (6,370) | (6,370) |
| 7/1/2005 | W/H TAX DIV MRK | (23,650) | - | (23,650) | - | - | 361,566,676 | - | - | (23,650) | (23,650) |
| 7/1/2005 | W/H TAX DIV VIA.B | (3,449) | - | (3,449) | - | - | 361,563,227 | - | - | (3,449) | (3,449) |
| 7/6/2005 | W/H TAX DIV HPQ | (6,779) | - | (6,779) | - | - | 361,556,448 | - | - | (6,779) | (6,779) |
| 7/6/2005 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 351,556,448 | - | - | (10,000,000) | (10,000,000) |
| 7/8/2005 | W/H TAX DIV SLB | (3,812) | - | (3,812) | - | - | 351,552,636 | - | - | (3,812) | (3,812) |
| 7/11/2005 | W/H TAX DIV MO | (43,540) | - | (43,540) | - | - | 351,509,096 | - | - | (43,540) | (43,540) |
| 7/12/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (12) | - | (12) | - | - | 351,509,084 | - | - | (12) | (12) |
| 7/25/2005 | W/H TAX DIV GE | (67,135) | - | (67,135) | - | - | 351,441,949 | - | - | (67,135) | (67,135) |
| 8/8/2005 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 366,441,949 | - | - | - | - |
| 8/9/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (116) | - | (116) | - | - | 366,441,833 | - | - | (116) | (116) |
| 9/12/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 366,441,831 | - | - | (2) | (2) |
| 9/30/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (8,576) | - | (8,576) | - | - | 366,433,255 | - | - | (8,576) | (8,576) |
| 9/30/2005 | W/H TAX DIV S | (1,432) | - | (1,432) | - | - | 366,431,823 | - | - | (1,432) | (1,432) |
| 10/3/2005 | W/H TAX DIV KO | (24,088) | - | (24,088) | - | - | 366,407,735 | - | - | (24,088) | (24,088) |
| 10/4/2005 | W/H TAX DIV PEP | (8,731) | - | (8,731) | - | - | 366,401,735 | - | - | (8,731) | (8,731) |
| 10/5/2005 | W/H TAX DIV HPQ | (92) | - | (92) | - | - | 306,399,003 | - | - | (92) | (92) |
| 10/7/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (62,111) | - | (62,111) | - | - | 306,398,912 | - | - | (62,111) | (62,111) |
| 10/11/2005 | W/H TAX DIV WMT | (6) | - | (6) | - | - | 306,336,801 | - | - | (6) | (6) |
| 10/11/2005 | W/H TAX DIV MO | (1) | - | (1) | - | - | 306,336,405 | - | - | (1) | (1) |
| 10/12/2005 | W/H TAX DIV MO | (0) | - | (0) | - | - | 306,336,794 | - | - | (0) | (0) |
| 10/13/2005 | W/H TAX DIV PEP | (1) | - | (1) | - | - | 306,336,793 | - | - | (1) | (1) |
| 10/14/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (64,595) | - | (64,595) | - | - | 306,336,793 | - | - | (64,595) | (64,595) |
| 10/19/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (14) | - | (14) | - | - | 306,336,192 | - | - | (14) | (14) |
| 10/25/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (10,000,000) | - | (10,000,000) | - | - | 306,272,197 | - | (10,000,000) | (10,000,000) | (10,000,000) |
| 10/26/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6,939) | - | (6,939) | - | - | 306,272,183 | - | - | (6,939) | (6,939) |
| 10/26/2005 | CHECK WIRE | (34,939) | - | (34,939) | - | - | 296,272,183 | - | (34,939) | (34,939) | (34,939) |
| 10/31/2005 | W/H TAX DIV MWD | (10,570) | - | (10,570) | - | - | 296,265,264 | - | (10,570) | (10,570) | (10,570) |
| 11/1/2005 | W/H TAX DIV MO | (40,000,000) | - | (40,000,000) | - | - | 296,230,325 | - | (40,000,000) | (40,000,000) | (40,000,000) |
| 11/15/2005 | W/H TAX DIV WFC | (10) | - | (10) | - | - | 296,239,756 | - | - | (10) | (10) |
| 11/15/2005 | W/H TAX DIV INTC | (3,999) | - | (3,999) | - | - | 256,219,756 | - | (3,999) | (3,999) | (3,999) |
| 11/16/2005 | W/H TAX DIV BA | (1,794) | - | (1,794) | - | - | 256,219,745 | - | (1,794) | (1,794) | (1,794) |
| 11/17/2005 | W/H TAX DIV MSFT | (6,399) | - | (6,399) | - | - | 256,219,746 | - | (6,399) | (6,399) | (6,399) |
| 11/21/2005 | W/H TAX DIV XOM | (81,651) | - | (81,651) | - | - | 256,213,952 | - | (81,651) | (81,651) | (81,651) |
| 11/23/2005 | W/H TAX DIV UTX | (8) | - | (8) | - | - | 256,207,553 | - | (8) | (8) | (8) |
| 11/23/2005 | W/H TAX DIV MER | (31,611) | - | (31,611) | - | - | 256,125,902 | - | (31,611) | (31,611) | (31,611) |
| 12/1/2005 | W/H TAX DIV C | (17,497) | - | (17,497) | - | - | 256,126,150 | - | (17,497) | (17,497) | (17,497) |
| 12/1/2005 | CHECK WIRE | (7,199) | - | (7,199) | - | - | 256,094,282 | - | (7,199) | (7,199) | (7,199) |
| 12/6/2005 | W/H TAX DIV MMM | (50,862) | - | (50,862) | - | - | 256,076,785 | - | (50,862) | (50,862) | (50,862) |
| 12/9/2005 | W/H TAX DIV MMM | (23,883) | - | (23,883) | - | - | 256,069,886 | - | (23,883) | (23,883) | (23,883) |
| 12/12/2005 | W/H TAX DIV C | (66,109) | - | (66,109) | - | - | 256,018,724 | - | (66,109) | (66,109) | (66,109) |
| 12/12/2005 | W/H TAX DIV KO | (7,391) | - | (7,391) | - | - | 255,899,343 | - | (7,391) | (7,391) | (7,391) |
| 12/12/2005 | W/H TAX DIV JNJ | (10,885) | - | (10,885) | - | - | 255,928,734 | - | (10,885) | (10,885) | (10,885) |
| 12/13/2005 | W/H TAX DIV KO | (11,518) | - | (11,518) | - | - | 255,921,343 | - | (11,518) | (11,518) | (11,518) |
| 12/15/2005 | W/H TAX DIV S | (33,291) | - | (33,291) | - | - | 255,910,458 | - | (33,291) | (33,291) | (33,291) |
| 12/15/2005 | W/H TAX DIV TWX | (32,204) | - | (32,204) | - | - | 255,914,940 | - | (32,204) | (32,204) | (32,204) |
| 12/15/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (18,633) | - | (18,633) | - | - | 255,865,649 | - | (18,633) | (18,633) | (18,633) |
| 12/16/2005 | W/H TAX DIV UTX | (6,911) | - | (6,911) | - | - | 255,833,444 | - | (6,911) | (6,911) | (6,911) |
| 12/16/2005 | W/H TAX DIV WMT | (7,583) | - | (7,583) | - | - | 255,814,812 | - | (7,583) | (7,583) | (7,583) |
| 12/23/2005 | W/H TAX DIV BAC | (1) | - | (1) | - | - | 255,807,001 | - | (1) | (1) | (1) |
| 12/30/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (12,526) | - | (12,526) | - | - | 255,800,318 | - | (12,526) | (12,526) | (12,526) |
| 1/3/2006 | W/H TAX DIV MMM | (177) | - | (177) | - | - | 255,800,316 | - | (177) | (177) | (177) |
| 1/3/2006 | W/H TAX DIV BAC | (64,790) | - | (64,790) | - | - | 255,787,790 | - | (64,790) | (64,790) | (64,790) |
| 1/3/2006 | W/H TAX DIV VIA.B | (2,376) | - | (2,376) | - | - | 255,793,733 | - | (2,376) | (2,376) | (2,376) |
| 1/4/2006 | W/H TAX DIV HPQ | (4) | - | (4) | - | - | 255,722,983 | - | (4) | (4) | (4) |
| | | (14,225) | - | (14,225) | - | - | 255,720,607 | - | (14,225) | (14,225) | (14,225) |
| | | (7,982) | - | (7,982) | - | - | 255,720,603 | - | (7,982) | (7,982) | (7,982) |
| | | (3,628) | - | (3,628) | - | - | 255,726,378 | - | (3,628) | (3,628) | (3,628) |
| | | (27,356) | - | (27,356) | - | - | 255,698,396 | - | (27,356) | (27,356) | (27,356) |
| | | (7,454) | - | (7,454) | - | - | 255,659,957 | - | (7,454) | (7,454) | (7,454) |

Exhibit B

08-01789-smb Doc 6433-30 Filed 04/23/14 Entered 04/23/14 19:12:50 Exhibit M -
12-01692-smb Doc 48-10 Filed 02/18/14 Entered 02/18/14 10:45:13 Exhibit A -
Part 4 Pg 145 of 194

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6/2006 | W/H TAX DIV DIS | (17,882) | - | (17,882) | - | - | 255,642,075 | - | (17,882) | (17,882) | (17,882) |
| 1/13/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (18) | - | (18) | - | - | 255,642,057 | - | (18) | (18) | (18) |
| 1/31/2006 | W/H TAX DIV MS | (9,348) | - | (9,348) | - | - | 255,632,709 | - | (9,348) | (9,348) | (9,348) |
| 1/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (29) | - | (29) | - | - | 255,632,680 | - | (29) | (29) | (29) |
| 2/1/2006 | W/H TAX DIV VZ | (8,456) | - | (8,456) | - | - | 255,624,224 | - | (8,456) | (8,456) | (8,456) |
| 2/1/2006 | W/H TAX DIV T | (9,720) | - | (9,720) | - | - | 255,614,504 | - | (9,720) | (9,720) | (9,720) |
| 2/13/2006 | W/H TAX DIV TXN | (1,526) | - | (1,526) | - | - | 255,612,977 | - | (1,526) | (1,526) | (1,526) |
| 2/15/2006 | W/H TAX DIV PG | (29,890) | - | (29,890) | - | - | 255,583,088 | - | (29,890) | (29,890) | (29,890) |
| 2/15/2006 | W/H TAX DIV ABT | (13,488) | - | (13,488) | - | - | 255,569,600 | - | (13,488) | (13,488) | (13,488) |
| 2/23/2006 | W/H TAX DIV GS | (3,606) | - | (3,606) | - | - | 255,565,994 | - | (3,606) | (3,606) | (3,606) |
| 2/24/2006 | W/H TAX DIV C | (78,312) | - | (78,312) | - | - | 255,487,681 | - | (78,312) | (78,312) | (78,312) |
| 2/28/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (45) | - | (45) | - | - | 255,487,637 | - | (45) | (45) | (45) |
| 2/28/2006 | W/H TAX DIV WFC | (7,213) | - | (7,213) | - | - | 255,480,424 | - | (7,213) | (7,213) | (7,213) |
| 3/1/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 255,480,423 | - | (1) | (1) | (1) |
| 3/1/2006 | CHECK WIRE | (25,000,000) | - | (25,000,000) | - | - | 230,480,423 | - | (25,000,000) | (25,000,000) | (25,000,000) |
| 3/1/2006 | W/H TAX DIV INTC | (18,981) | - | (18,981) | - | - | 230,461,442 | - | (18,981) | (18,981) | (18,981) |
| 3/1/2006 | W/H TAX DIV WFC | (27,005) | - | (27,005) | - | - | 230,434,438 | - | (27,005) | (27,005) | (27,005) |
| 3/3/2006 | W/H TAX DIV BA | (7,790) | - | (7,790) | - | - | 230,426,648 | - | (7,790) | (7,790) | (7,790) |
| 3/7/2006 | W/H TAX DIV UPS | (13,156) | - | (13,156) | - | - | 230,413,492 | - | (13,156) | (13,156) | (13,156) |
| 3/7/2006 | W/H TAX DIV PFE | (55,941) | - | (55,941) | - | - | 230,357,550 | - | (55,941) | (55,941) | (55,941) |
| 3/9/2006 | W/H TAX DIV MSFT | (26,163) | - | (26,163) | - | - | 230,331,388 | - | (26,163) | (26,163) | (26,163) |
| 3/10/2006 | W/H TAX DIV CVX | (31,985) | - | (31,985) | - | - | 230,299,402 | - | (31,985) | (31,985) | (31,985) |
| 3/10/2006 | W/H TAX DIV TGT | (2,885) | - | (2,885) | - | - | 230,296,517 | - | (2,885) | (2,885) | (2,885) |
| 3/10/2006 | W/H TAX DIV XOM | (62,626) | - | (62,626) | - | - | 230,233,891 | - | (62,626) | (62,626) | (62,626) |
| 3/10/2006 | W/H TAX DIV IBM | (9,923) | - | (9,923) | - | - | 230,223,969 | - | (9,923) | (9,923) | (9,923) |
| 3/10/2006 | W/H TAX DIV HPQ | (6,982) | - | (6,982) | - | - | 230,216,987 | - | (6,982) | (6,982) | (6,982) |
| 3/10/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 230,216,984 | - | (3) | (3) | (3) |
| 3/10/2006 | W/H TAX DIV MMM | (10,617) | - | (10,617) | - | - | 230,206,366 | - | (10,617) | (10,617) | (10,617) |
| 3/14/2006 | W/H TAX DIV JNJ | (31,419) | - | (31,419) | - | - | 230,174,948 | - | (31,419) | (31,419) | (31,419) |
| 3/15/2006 | W/H TAX DIV BAC | (7,385) | - | (7,385) | - | - | 230,167,562 | - | (7,385) | (7,385) | (7,385) |
| 3/16/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 230,167,561 | - | (1) | (1) | (1) |
| 3/17/2006 | W/H TAX DIV AIG | (11,836) | - | (11,836) | - | - | 230,155,725 | - | (11,836) | (11,836) | (11,836) |
| 3/23/2006 | W/H TAX DIV HD | (9,655) | - | (9,655) | - | - | 230,146,070 | - | (9,655) | (9,655) | (9,655) |
| 3/30/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (24) | - | (24) | - | - | 230,074,683 | - | (24) | (24) | (24) |
| 3/31/2006 | W/H TAX DIV S | (2,290) | - | (2,290) | - | - | 230,072,394 | - | (2,290) | (2,290) | (2,290) |
| 3/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 230,072,393 | - | (1) | (1) | (1) |
| 3/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (13,134) | - | (13,134) | - | - | 230,059,259 | - | (13,134) | (13,134) | (13,134) |
| 4/3/2006 | W/H TAX DIV WMT | (13,067) | - | (13,067) | - | - | 230,046,192 | - | (13,067) | (13,067) | (13,067) |
| 4/3/2006 | W/H TAX DIV MRK | (25,593) | - | (25,593) | - | - | 230,020,600 | - | (25,593) | (25,593) | (25,593) |
| 4/3/2006 | W/H TAX DIV KO | (19,692) | - | (19,692) | - | - | 230,000,908 | - | (19,692) | (19,692) | (19,692) |
| 4/3/2006 | W/H TAX DIV GE | (7,048) | - | (7,048) | - | - | 229,993,859 | - | (7,048) | (7,048) | (7,048) |
| 4/5/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 229,993,858 | - | (1) | (1) | (1) |
| 4/5/2006 | W/H TAX DIV S | (2) | - | (2) | - | - | 229,993,857 | - | (2) | (2) | (2) |
| 4/7/2006 | W/H TAX DIV SLB | (13,134) | - | (13,134) | - | - | 229,937,387 | - | (13,134) | (13,134) | (13,134) |
| 4/20/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (51,635) | - | (51,635) | - | - | 229,937,746 | - | (51,635) | (51,635) | (51,635) |
| 4/21/2006 | W/H TAX DIV WMT | (13,667) | - | (13,667) | - | - | 229,854,199 | - | (13,667) | (13,667) | (13,667) |
| 4/25/2006 | W/H TAX DIV GE | (83,547) | - | (83,547) | - | - | 229,858,668 | - | (83,547) | (83,547) | (83,547) |
| 4/28/2006 | CXL W/H TAX DIV SLB | 4,469 | - | 4,469 | - | - | 229,858,657 | - | 4,469 | 4,469 | 4,469 |
| 4/28/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (11) | - | (11) | - | - | 229,855,120 | - | (11) | (11) | (11) |
| 4/28/2006 | W/H TAX DIV MS | (3,537) | - | (3,537) | - | - | 229,846,147 | - | (3,537) | (3,537) | (3,537) |
| 4/28/2006 | W/H TAX DIV MER | (8,974) | - | (8,974) | - | - | 229,806,548 | - | (8,974) | (8,974) | (8,974) |
| 5/1/2006 | W/H TAX DIV T | (39,598) | - | (39,598) | - | - | 229,779,697 | - | (39,598) | (39,598) | (39,598) |
| 5/1/2006 | W/H TAX DIV GS | (26,852) | - | (26,852) | - | - | 229,743,063 | - | (26,852) | (26,852) | (26,852) |
| 5/1/2006 | W/H TAX DIV C | (36,634) | - | (36,634) | - | - | 239,743,063 | - | (36,634) | (36,634) | (36,634) |
| 5/2/2006 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 239,743,063 | - | - | - | - |
| 5/5/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5) | - | (5) | - | - | 239,743,058 | - | (5) | (5) | (5) |
| 5/10/2006 | W/H TAX DIV AXP | (4,653) | - | (4,653) | - | - | 239,738,405 | - | (4,653) | (4,653) | (4,653) |
| 5/10/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (44) | - | (44) | - | - | 239,737,401 | - | (44) | (44) | (44) |
| 5/15/2006 | W/H TAX DIV DJ | (31,767) | - | (31,767) | - | - | 239,706,634 | - | (31,767) | (31,767) | (31,767) |
| 5/15/2006 | W/H TAX DIV ABI | (13,890) | - | (13,890) | - | - | 239,692,744 | - | (13,890) | (13,890) | (13,890) |
| 5/22/2006 | W/H TAX DIV CAT | (5,303) | - | (5,303) | - | - | 239,687,441 | - | (5,303) | (5,303) | (5,303) |
| 5/23/2006 | W/H TAX DIV TXN | (1,496) | - | (1,496) | - | - | 239,686,145 | - | (1,496) | (1,496) | (1,496) |
| 5/24/2006 | W/H TAX DIV MER | (7,145) | - | (7,145) | - | - | 239,678,801 | - | (7,145) | (7,145) | (7,145) |
| 5/25/2006 | W/H TAX DIV C | (4,847) | - | (4,847) | - | - | 239,673,954 | - | (4,847) | (4,847) | (4,847) |
| 5/26/2006 | W/H TAX DIV C | (75,998) | - | (75,998) | - | - | 239,597,956 | - | (75,998) | (75,998) | (75,998) |
| 5/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (13,032) | - | (13,032) | - | - | 239,584,923 | - | (13,032) | (13,032) | (13,032) |
| 5/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (35) | - | (35) | - | - | 239,584,889 | - | (35) | (35) | (35) |
| 5/31/2006 | W/H TAX DIV WFC | (28,235) | - | (28,235) | - | - | 239,556,654 | - | (28,235) | (28,235) | (28,235) |
| 6/1/2006 | W/H TAX DIV INTC | (18,576) | - | (18,576) | - | - | 239,538,078 | - | (18,576) | (18,576) | (18,576) |
| 6/1/2006 | W/H TAX DIV BA | (7,716) | - | (7,716) | - | - | 239,530,362 | - | (7,716) | (7,716) | (7,716) |

Exhibit B

08-01789-cgm   Doc 6433-30   Filed 04/23/14   Entered 04/23/14 19:52:50   Exhibit M -
12-12019-cgm   Doc 485-30   Filed 02/18/14   Entered 02/18/14 14:45:45   Exhibit A -
Part B   Pg 146 of 194

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2006 | W/H TAX DIV WMT | (13,403) | - | (13,403) | - | - | 239,516,959 | - | - | (13,403) | (13,403) |
| 6/6/2006 | W/H TAX DIV PFE | (56,242) | - | (56,242) | - | - | 239,460,718 | - | - | (56,242) | (56,242) |
| 6/6/2006 | W/H TAX DIV BMY | (17,061) | - | (17,061) | - | - | 239,443,657 | - | - | (17,061) | (17,061) |
| 6/9/2006 | W/H TAX DIV MSFT | (25,463) | - | (25,463) | - | - | 239,418,194 | - | - | (25,463) | (25,463) |
| 6/9/2006 | W/H TAX DIV S | (62,924) | - | (62,924) | - | - | 239,355,270 | - | - | (62,924) | (62,924) |
| 6/12/2006 | W/H TAX DIV MMM | (10,517) | - | (10,517) | - | - | 239,345,253 | - | - | (10,517) | (10,517) |
| 6/12/2006 | W/H TAX DIV IBM | (14,926) | - | (14,926) | - | - | 239,330,327 | - | - | (14,926) | (14,926) |
| 6/12/2006 | W/H TAX DIV UTX | (4,165) | - | (4,165) | - | - | 239,326,162 | - | - | (4,165) | (4,165) |
| 6/12/2006 | W/H TAX DIV INJ | (35,365) | - | (35,365) | - | - | 239,290,797 | - | - | (35,365) | (35,365) |
| 6/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (27) | - | (27) | - | - | 239,290,770 | - | - | (27) | (27) |
| 6/15/2006 | W/H TAX DIV TWX | (7,149) | - | (7,149) | - | - | 239,283,621 | - | - | (7,149) | (7,149) |
| 6/22/2006 | W/H TAX DIV HD | (10,288) | - | (10,288) | - | - | 239,273,333 | - | - | (10,288) | (10,288) |
| 6/23/2006 | W/H TAX DIV BAC | (74,003) | - | (74,003) | - | - | 239,199,404 | - | - | (74,003) | (74,003) |
| 6/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (91) | - | (91) | - | - | 239,196,940 | - | - | (91) | (91) |
| 6/30/2006 | W/H TAX DIV S | (2,358) | - | (2,358) | - | - | 239,196,582 | - | - | (2,358) | (2,358) |
| 6/30/2006 | W/H TAX DIV PEP | (15,459) | - | (15,459) | - | - | 239,181,123 | - | - | (15,459) | (15,459) |
| 7/3/2006 | W/H TAX DIV KO | (14,060) | - | (14,060) | - | - | 239,167,064 | - | - | (14,060) | (14,060) |
| 7/3/2006 | W/H TAX DIV AIG | (12,431) | - | (12,431) | - | - | 239,154,632 | - | - | (12,431) | (12,431) |
| 7/3/2006 | W/H TAX DIV MRK | (26,063) | - | (26,063) | - | - | 239,128,569 | - | - | (26,063) | (26,063) |
| 7/3/2006 | W/H TAX DIV CVX | (37,151) | - | (37,151) | - | - | 239,091,418 | - | - | (37,151) | (37,151) |
| 7/3/2006 | W/H TAX DIV MQ | (7,256) | - | (7,256) | - | - | 239,084,161 | - | - | (7,256) | (7,256) |
| 7/7/2006 | W/H TAX DIV SLB | (4,990) | - | (4,990) | - | - | 239,079,171 | - | - | (4,990) | (4,990) |
| 7/10/2006 | W/H TAX DIV MO | (36,283) | - | (36,283) | - | - | 239,042,889 | - | - | (36,283) | (36,283) |
| 7/14/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (25) | - | (25) | - | - | 239,042,864 | - | - | (25) | (25) |
| 7/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6) | - | (6) | - | - | 239,042,858 | - | - | (6) | (6) |
| 7/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3,850) | - | (3,850) | - | - | 239,039,008 | - | - | (3,850) | (3,850) |
| 7/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (10) | - | (10) | - | - | 239,038,997 | - | - | (10) | (10) |
| 7/7/2006 | CXL W/H TAX DIV SLB | 4,990 | - | 4,990 | - | - | 239,043,987 | - | - | 4,990 | 4,990 |
| 8/15/2006 | W/H TAX DIV PG | (24,118) | - | (24,118) | - | - | 239,019,869 | - | - | (24,118) | (24,118) |
| 8/21/2006 | W/H TAX DIV PJ | (59) | - | (59) | - | - | 239,019,810 | - | - | (59) | (59) |
| 8/17/2006 | W/H TAX DIV AIG | (32) | - | (32) | - | - | 239,013,878 | - | - | (32) | (32) |
| 8/21/2006 | W/H TAX DIV TXN | (1,100) | - | (1,100) | - | - | 239,012,778 | - | - | (1,100) | (1,100) |
| 8/21/2006 | W/H TAX DIV CAT | (2,495) | - | (2,495) | - | - | 239,010,283 | - | - | (2,495) | (2,495) |
| 8/25/2006 | W/H TAX DIV MER | (5,257) | - | (5,257) | - | - | 239,005,026 | - | - | (5,257) | (5,257) |
| 8/24/2006 | W/H TAX DIV GS | (3,680) | - | (3,680) | - | - | 239,001,346 | - | - | (3,680) | (3,680) |
| 8/25/2006 | W/H TAX DIV C | (57,250) | - | (57,250) | - | - | 238,944,096 | - | - | (57,250) | (57,250) |
| 9/1/2006 | W/H TAX DIV BA | (5,677) | - | (5,677) | - | - | 238,938,419 | - | - | (5,677) | (5,677) |
| 9/1/2006 | W/H TAX DIV TC | (13,759) | - | (13,759) | - | - | 238,924,660 | - | - | (13,759) | (13,759) |
| 9/1/2006 | W/H TAX DIV WFC | (22,373) | - | (22,373) | - | - | 238,902,287 | - | - | (22,373) | (22,373) |
| 9/1/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (21) | - | (21) | - | - | 238,902,267 | - | - | (21) | (21) |
| 9/5/2006 | W/H TAX DIV WMT | (41,447) | - | (41,447) | - | - | 238,860,820 | - | - | (41,447) | (41,447) |
| 9/5/2006 | W/H TAX DIV PFE | (9,862) | - | (9,862) | - | - | 238,850,958 | - | - | (9,862) | (9,862) |
| 9/6/2006 | W/H TAX DIV UPS | (9,588) | - | (9,588) | - | - | 238,841,370 | - | - | (9,588) | (9,588) |
| 9/11/2006 | W/H TAX DIV IBM | (10,724) | - | (10,724) | - | - | 238,830,646 | - | - | (10,724) | (10,724) |
| 9/11/2006 | W/H TAX DIV XOM | (45,375) | - | (45,375) | - | - | 238,785,272 | - | - | (45,375) | (45,375) |
| 9/12/2006 | W/H TAX DIV CVX | (27,335) | - | (27,335) | - | - | 238,757,936 | - | - | (27,335) | (27,335) |
| 9/11/2006 | W/H TAX DIV UTX | (6,129) | - | (6,129) | - | - | 238,751,807 | - | - | (6,129) | (6,129) |
| 9/12/2006 | W/H TAX DIV JNJ | (26,021) | - | (26,021) | - | - | 238,725,786 | - | - | (26,021) | (26,021) |
| 9/14/2006 | W/H TAX DIV MMM | (7,738) | - | (7,738) | - | - | 238,718,048 | - | - | (7,738) | (7,738) |
| 9/14/2006 | W/H TAX DIV MSFT | (18,653) | - | (18,653) | - | - | 238,699,395 | - | - | (18,653) | (18,653) |
| 9/18/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (80) | - | (80) | - | - | 238,699,315 | - | - | (80) | (80) |
| 9/15/2006 | W/H TAX DIV TWX | (10,061) | - | (10,061) | - | - | 238,689,315 | - | - | (10,061) | (10,061) |
| 9/25/2006 | W/H TAX DIV TWX | (5,616) | - | (5,616) | - | - | 238,683,699 | - | - | (5,616) | (5,616) |
| 9/22/2006 | W/H TAX DIV WMT | (7,254) | - | (7,254) | - | - | 238,676,444 | - | - | (7,254) | (7,254) |
| 9/25/2006 | W/H TAX DIV BAC | (60,053) | - | (60,053) | - | - | 238,616,391 | - | - | (60,053) | (60,053) |
| 9/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (16) | - | (16) | - | - | 238,616,376 | - | - | (16) | (16) |
| 9/29/2006 | W/H TAX DIV PEP | (11,629) | - | (11,629) | - | - | 238,604,747 | - | - | (11,629) | (11,629) |
| 9/29/2006 | W/H TAX DIV S | (1,764) | - | (1,764) | - | - | 238,602,982 | - | - | (1,764) | (1,764) |
| 10/2/2006 | W/H TAX DIV KO | (13,177) | - | (13,177) | - | - | 238,589,805 | - | - | (13,177) | (13,177) |
| 10/2/2006 | W/H TAX DIV MRK | (14,992) | - | (14,992) | - | - | 238,574,814 | - | - | (14,992) | (14,992) |
| 10/4/2006 | W/H TAX DIV HPQ | (5,215) | - | (5,215) | - | - | 238,569,599 | - | - | (5,215) | (5,215) |
| 10/10/2006 | W/H TAX DIV MO | (42,378) | - | (42,378) | - | - | 238,521,221 | - | - | (42,378) | (42,378) |
| 10/13/2006 | W/H TAX DIV FON | (8) | - | (8) | - | - | 238,521,213 | - | - | (8) | (8) |
| 10/23/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 238,521,208 | - | - | (5) | (5) |
| 10/25/2006 | W/H TAX DIV GE | (61,275) | - | (61,275) | - | - | 238,459,932 | - | - | (61,275) | (61,275) |
| 10/25/2006 | CHECK WIRE | (5,000,000) | - | (5,000,000) | - | - | 233,459,932 | - | - | (5,000,000) | (5,000,000) |
| 10/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 233,459,931 | - | - | (1) | (1) |
| 10/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 233,459,929 | - | - | (2) | (2) |
| 10/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4) | - | (4) | - | - | 233,459,925 | - | - | (4) | (4) |
| 10/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 233,459,924 | - | - | (1) | (1) |
| 11/3/2006 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 243,459,924 | - | - | - | - |

Exhibit B

BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2006 | W/H TAX DIV TXN | (1,886) | | (1,886) | | | 243,458,038 | | - | - | (1,886) |
| 11/20/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (11) | | (11) | | | 243,458,028 | | - | - | (11) |
| 11/22/2006 | W/H TAX DIV C | (72,028) | | (72,028) | | | 243,386,000 | | - | - | (72,028) |
| 11/30/2006 | W/H TAX DIV MER | (6,934) | | (6,934) | | | 243,379,066 | | - | - | (6,934) |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | | (9) | | | 243,379,057 | | - | - | (9) |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 243,379,056 | | - | - | (1) |
| 12/4/2006 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 253,379,056 | | | | |
| 1/2/2007 | W/H TAX DIV MRK | (25,279) | | (25,279) | | | 253,353,777 | | (25,279) | (25,279) | (25,279) |
| 1/2/2007 | W/H TAX DIV PEP | (15,416) | | (15,416) | | | 253,338,361 | | (15,416) | (15,416) | (15,416) |
| 1/2/2007 | W/H TAX DIV WMT | (12,742) | | (12,742) | | | 253,325,619 | | (12,742) | (12,742) | (12,742) |
| 1/3/2007 | W/H TAX DIV UTX | (8,085) | | (8,085) | | | 253,317,535 | | (8,085) | (8,085) | (8,085) |
| 1/3/2007 | W/H TAX DIV INTC | (17,282) | | (17,282) | | | 253,300,253 | | (17,282) | (17,282) | (17,282) |
| 1/3/2007 | W/H TAX DIV MST | (25,880) | | (25,880) | | | 253,274,373 | | (25,880) | (25,880) | (25,880) |
| 1/3/2007 | W/H TAX DIV AIG | (13,189) | | (13,189) | | | 253,261,184 | | (13,189) | (13,189) | (13,189) |
| 1/3/2007 | W/H TAX DIV JNJ | (2,995) | | (2,995) | | | 253,258,188 | | (2,995) | (2,995) | (2,995) |
| 1/3/2007 | W/H TAX DIV MMM | (10,206) | | (10,206) | | | 253,247,982 | | (10,206) | (10,206) | (10,206) |
| 1/3/2007 | W/H TAX DIV MO | (78,290) | | (78,290) | | | 253,169,691 | | (78,290) | (78,290) | (78,290) |
| 1/3/2007 | W/H TAX DIV TWX | (6,909) | | (6,909) | | | 253,162,783 | | (6,909) | (6,909) | (6,909) |
| 1/3/2007 | W/H TAX DIV WFC | (28,199) | | (28,199) | | | 253,134,584 | | (28,199) | (28,199) | (28,199) |
| 1/3/2007 | W/H TAX DIV DIS | (36,056) | | (36,056) | | | 253,098,529 | | (36,056) | (36,056) | (36,056) |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6,773) | | (6,773) | | | 253,091,756 | | (6,773) | (6,773) | (6,773) |
| 1/3/2007 | W/H TAX DIV JNJ | (33,282) | | (33,282) | | | 253,088,474 | | (33,282) | (33,282) | (33,282) |
| 1/3/2007 | W/H TAX DIV WB | (33,527) | | (33,527) | | | 253,024,946 | | (33,527) | (33,527) | (33,527) |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 253,024,946 | | (1) | (1) | (1) |
| 1/3/2007 | W/H TAX DIV XOM | (57,078) | | (57,078) | | | 252,967,868 | | (57,078) | (57,078) | (57,078) |
| 1/3/2007 | W/H TAX DIV KO | (7,766) | | (7,766) | | | 252,960,102 | | (7,766) | (7,766) | (7,766) |
| 1/3/2007 | W/H TAX DIV UTX | (19,470) | | (19,470) | | | 252,940,632 | | (19,470) | (19,470) | (19,470) |
| 1/3/2007 | W/H TAX DIV IBM | (34,613) | | (34,613) | | | 252,906,019 | | (34,613) | (34,613) | (34,613) |
| 1/3/2007 | W/H TAX DIV CVX | (13,572) | | (13,572) | | | 252,892,447 | | (13,572) | (13,572) | (13,572) |
| 1/3/2007 | W/H TAX DIV S | (27) | | (27) | | | 252,890,420 | | (27) | (27) | (27) |
| 1/3/2007 | W/H TAX DIV PFE | (2,284) | | (2,284) | | | 252,890,136 | | (2,284) | (2,284) | (2,284) |
| 1/3/2007 | W/H TAX DIV HD | (2,284) | | (2,284) | | | 252,887,309 | | (2,284) | (2,284) | (2,284) |
| 1/4/2007 | W/H TAX DIV WB | (14,131) | | (14,131) | | | 252,873,177 | | (14,131) | (14,131) | (14,131) |
| 1/10/2007 | W/H TAX DIV MO | (7,488) | | (7,488) | | | 252,861,088 | | (7,488) | (7,488) | (7,488) |
| 1/12/2007 | W/H TAX DIV UPS | (12,647) | | (12,647) | | | 252,803,042 | | (12,647) | (12,647) | (12,647) |
| 1/16/2007 | W/H TAX DIV DIS | (15,172) | | (15,172) | | | 252,787,870 | | (15,172) | (15,172) | (15,172) |
| 1/29/2007 | W/H TAX DIV MO | (20,050) | | (20,050) | | | 252,767,820 | | (20,050) | (20,050) | (20,050) |
| 1/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (31,602) | | (31,602) | | | 252,746,820 | | (31,602) | (31,602) | (31,602) |
| 2/2/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (42) | | (42) | | | 252,716,176 | | (42) | (42) | (42) |
| 2/2/2007 | W/H TAX DIV CMCSA | (0) | | (0) | | | 252,716,176 | | (0) | (0) | (0) |
| 2/2/2007 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 262,716,176 | | | | |
| 2/9/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (7) | | (7) | | | 262,716,169 | | (7) | (7) | (7) |
| 2/13/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (13) | | (13) | | | 262,716,156 | | (13) | (13) | (13) |
| 2/16/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | | (5) | | | 262,716,151 | | (5) | (5) | (5) |
| 2/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4) | | (4) | | | 262,716,147 | | (4) | (4) | (4) |
| 2/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 262,716,146 | | (1) | (1) | (1) |
| 2/23/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | | (2) | | | 262,716,144 | | (2) | (2) | (2) |
| 2/23/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4) | | (4) | | | 262,716,140 | | (4) | (4) | (4) |
| 2/27/2007 | W/H TAX DIV CMCSA | (5) | | (5) | | | 262,716,135 | | (5) | (5) | (5) |
| 2/27/2007 | W/H TAX DIV COP | (11,544) | | (11,544) | | | 262,704,591 | | (11,544) | (11,544) | (11,544) |
| 3/1/2007 | W/H TAX DIV GE | (7,652) | | (7,652) | | | 262,696,938 | | (7,652) | (7,652) | (7,652) |
| 3/2/2007 | W/H TAX DIV HPQ | (9) | | (9) | | | 262,696,929 | | (9) | (9) | (9) |
| 3/12/2007 | W/H TAX DIV TGT | (1,789) | | (1,789) | | | 262,695,140 | | (1,789) | (1,789) | (1,789) |
| 3/12/2007 | W/H TAX DIV CVX | (10,796) | | (10,796) | | | 262,684,344 | | (10,796) | (10,796) | (10,796) |
| 3/12/2007 | W/H TAX DIV UTX | (2,631) | | (2,631) | | | 262,681,713 | | (2,631) | (2,631) | (2,631) |
| 3/12/2007 | W/H TAX DIV MMM | (9,474) | | (9,474) | | | 262,672,239 | | (9,474) | (9,474) | (9,474) |
| 3/15/2007 | W/H TAX DIV JNJ | (28,681) | | (28,681) | | | 262,643,557 | | (28,681) | (28,681) | (28,681) |
| 3/16/2007 | W/H TAX DIV TWX | (5,699) | | (5,699) | | | 262,637,858 | | (5,699) | (5,699) | (5,699) |
| 3/20/2007 | W/H TAX DIV S | (27,633) | | (27,633) | | | 262,613,633 | | (27,633) | (27,633) | (27,633) |
| 3/22/2007 | W/H TAX DIV AIG | (10,991) | | (10,991) | | | 262,599,234 | | (10,991) | (10,991) | (10,991) |
| 3/22/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (29) | | (29) | | | 262,599,205 | | (29) | (29) | (29) |
| 3/28/2007 | W/H TAX DIV PEP | (12,213) | | (12,213) | | | 262,596,993 | | (12,213) | (12,213) | (12,213) |
| 3/28/2007 | W/H TAX DIV MRK | (64,937) | | (64,937) | | | 262,594,807 | | (64,937) | (64,937) | (64,937) |
| 3/30/2007 | W/H TAX DIV KO | (17) | | (17) | | | 262,592,039 | | (17) | (17) | (17) |
| 3/30/2007 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 272,592,039 | | | | |
| 3/30/2007 | W/H TAX DIV PEP | (14,925) | | (14,925) | | | 272,577,114 | | (14,925) | (14,925) | (14,925) |
| 4/2/2007 | W/H TAX DIV MRK | (6) | | (6) | | | 272,590,108 | | (6) | (6) | (6) |
| 4/2/2007 | W/H TAX DIV KO | (2,186) | | (2,186) | | | 272,590,022 | | (2,186) | (2,186) | (2,186) |
| 4/2/2007 | W/H TAX DIV MRK | (25,578) | | (25,578) | | | 272,574,344 | | (25,578) | (25,578) | (25,578) |
| 4/2/2007 | W/H TAX DIV WMT | (21,427) | | (21,427) | | | 272,457,917 | | (21,427) | (21,427) | (21,427) |
| 4/22/2007 | W/H TAX DIV WMT | (16,561) | | (16,561) | | | 272,441,356 | | (16,561) | (16,561) | (16,561) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2007 | W/H TAX DIV HPQ | (6,789) | - | (6,789) | - | - | 272,434,566 | - | (6,789) | (6,789) | (6,789) |
| 4/10/2007 | W/H TAX DIV MO | (55,369) | - | (55,369) | - | - | 272,379,197 | - | (55,369) | (55,369) | (55,369) |
| 4/18/2007 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 282,379,197 | - | - | - | - |
| 4/19/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (65) | - | (65) | - | - | 282,379,132 | - | (65) | (65) | (65) |
| 4/20/2007 | W/H TAX DIV GE | (0) | - | (0) | - | - | 282,379,132 | - | (0) | (0) | (0) |
| 4/25/2007 | W/H TAX DIV GE | (75,299) | - | (75,299) | - | - | 282,303,832 | - | (75,299) | (75,299) | (75,299) |
| 4/30/2007 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 287,303,832 | - | - | - | - |
| 4/30/2007 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 297,303,832 | - | - | - | - |
| 5/4/2007 | W/H TAX DIV CVS | (2,008) | - | (2,008) | - | - | 297,301,824 | - | (2,008) | (2,008) | (2,008) |
| 5/15/2007 | W/H TAX DIV PG | (36,128) | - | (36,128) | - | - | 297,265,696 | - | (36,128) | (36,128) | (36,128) |
| 5/21/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (8) | - | (8) | - | - | 297,265,688 | - | (8) | (8) | (8) |
| 5/23/2007 | W/H TAX DIV MER | (9,563) | - | (9,563) | - | - | 297,256,125 | - | (9,563) | (9,563) | (9,563) |
| 5/24/2007 | W/H TAX DIV GS | (2,756) | - | (2,756) | - | - | 297,255,368 | - | (2,756) | (2,756) | (2,756) |
| 5/25/2007 | W/H TAX DIV C | (85,251) | - | (85,251) | - | - | 297,168,117 | - | (85,251) | (85,251) | (85,251) |
| 5/31/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (7) | - | (7) | - | - | 297,168,111 | - | (7) | (7) | (7) |
| 6/1/2007 | W/H TAX DIV BA | (8,823) | - | (8,823) | - | - | 297,159,288 | - | (8,823) | (8,823) | (8,823) |
| 6/1/2007 | W/H TAX DIV COP | (21,968) | - | (21,968) | - | - | 297,137,320 | - | (21,968) | (21,968) | (21,968) |
| 6/1/2007 | W/H TAX DIV INTC | (21,176) | - | (21,176) | - | - | 297,116,144 | - | (21,176) | (21,176) | (21,176) |
| 6/1/2007 | W/H TAX DIV WFC | (30,603) | - | (30,603) | - | - | 297,085,541 | - | (30,603) | (30,603) | (30,603) |
| 6/4/2007 | W/H TAX DIV WMT | (17,366) | - | (17,366) | - | - | 297,068,175 | - | (17,366) | (17,366) | (17,366) |
| 6/5/2007 | W/H TAX DIV UPS | (14,026) | - | (14,026) | - | - | 297,054,149 | - | (14,026) | (14,026) | (14,026) |
| 6/5/2007 | W/H TAX DIV PFE | (66,913) | - | (66,913) | - | - | 296,987,236 | - | (66,913) | (66,913) | (66,913) |
| 6/6/2007 | W/H TAX DIV TXN | (6,468) | - | (6,468) | - | - | 296,980,768 | - | (6,468) | (6,468) | (6,468) |
| 6/11/2007 | W/H TAX DIV IBM | (19,430) | - | (19,430) | - | - | 296,961,338 | - | (19,430) | (19,430) | (19,430) |
| 6/11/2007 | W/H TAX DIV XOM | (64,445) | - | (64,445) | - | - | 296,896,893 | - | (64,445) | (64,445) | (64,445) |
| 6/11/2007 | W/H TAX DIV AIG | (8,850) | - | (8,850) | - | - | 296,888,043 | - | (8,850) | (8,850) | (8,850) |
| 6/11/2007 | W/H TAX DIV TXX | (40,500) | - | (40,500) | - | - | 296,847,543 | - | (40,500) | (40,500) | (40,500) |
| 6/12/2007 | W/H TAX DIV CVX | (38,676) | - | (38,676) | - | - | 296,808,865 | - | (38,676) | (38,676) | (38,676) |
| 6/12/2007 | W/H TAX DIV MMM | (11,658) | - | (11,658) | - | - | 296,797,207 | - | (11,658) | (11,658) | (11,658) |
| 6/12/2007 | W/H TAX DIV JNJ | (28,128) | - | (28,128) | - | - | 296,769,081 | - | (28,128) | (28,128) | (28,128) |
| 6/15/2007 | W/H TAX DIV WB | (34,003) | - | (34,003) | - | - | 296,735,076 | - | (34,003) | (34,003) | (34,003) |
| 6/15/2007 | W/H TAX DIV MRK | (6,897) | - | (6,897) | - | - | 296,728,179 | - | (6,897) | (6,897) | (6,897) |
| 6/15/2007 | W/H TAX DIV KO | (9) | - | (9) | - | - | 296,728,170 | - | (9) | (9) | (9) |
| 6/15/2007 | W/H TAX DIV UTX | (14,026) | - | (14,026) | - | - | 296,714,143 | - | (14,026) | (14,026) | (14,026) |
| 6/21/2007 | W/H TAX DIV MO | (15,028) | - | (15,028) | - | - | 296,699,115 | - | (15,028) | (15,028) | (15,028) |
| 6/21/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (81,608) | - | (81,608) | - | - | 296,617,508 | - | (81,608) | (81,608) | (81,608) |
| 6/22/2007 | W/H TAX DIV HD | (20,093) | - | (20,093) | - | - | 296,597,415 | - | (20,093) | (20,093) | (20,093) |
| 6/29/2007 | W/H TAX DIV BAC | (2,355) | - | (2,355) | - | - | 296,595,062 | - | (2,355) | (2,355) | (2,355) |
| 6/29/2007 | W/H TAX DIV PEP | (15) | - | (15) | - | - | 296,595,047 | - | (15) | (15) | (15) |
| 7/2/2007 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 306,595,047 | - | - | - | - |
| 7/2/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (26,535) | - | (26,535) | - | - | 296,568,513 | - | (26,535) | (26,535) | (26,535) |
| 7/2/2007 | W/H TAX DIV MRK | (22,034) | - | (22,034) | - | - | 296,546,479 | - | (22,034) | (22,034) | (22,034) |
| 7/10/2007 | W/H TAX DIV KO | (7,044) | - | (7,044) | - | - | 296,539,436 | - | (7,044) | (7,044) | (7,044) |
| 7/10/2007 | W/H TAX DIV MO | (46,722) | - | (46,722) | - | - | 296,492,714 | - | (46,722) | (46,722) | (46,722) |
| 7/11/2007 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 306,492,714 | - | - | - | - |
| 7/17/2007 | CSL W/H TAX DIV TYC | 6,468 | - | 6,468 | - | - | 306,499,182 | - | 6,468 | 6,468 | 6,468 |
| 7/17/2007 | W/H TAX DIV TYC | (7) | - | (7) | - | - | 306,499,174 | - | (7) | (7) | (7) |
| 8/6/2007 | W/H TAX DIV MO | (15) | - | (15) | - | - | 306,499,159 | - | (15) | (15) | (15) |
| 8/9/2007 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 321,499,159 | - | - | - | - |
| 8/24/2007 | W/H TAX DIV VFC | (36,551) | - | (36,551) | - | - | 321,462,608 | - | (36,551) | (36,551) | (36,551) |
| 9/4/2007 | W/H TAX DIV INTC | (14,252) | - | (14,252) | - | - | 321,448,356 | - | (14,252) | (14,252) | (14,252) |
| 9/4/2007 | W/H TAX DIV WMT | (9,053) | - | (9,053) | - | - | 321,439,303 | - | (9,053) | (9,053) | (9,053) |
| 9/5/2007 | W/H TAX DIV PFE | (7,305) | - | (7,305) | - | - | 321,431,999 | - | (7,305) | (7,305) | (7,305) |
| 9/5/2007 | W/H TAX DIV KO | (28,147) | - | (28,147) | - | - | 321,403,852 | - | (28,147) | (28,147) | (28,147) |
| 9/7/2007 | W/H TAX DIV JNJ | (3,576) | - | (3,576) | - | - | 321,400,276 | - | (3,576) | (3,576) | (3,576) |
| 9/10/2007 | W/H TAX DIV XOM | (4,495) | - | (4,495) | - | - | 321,395,781 | - | (4,495) | (4,495) | (4,495) |
| 9/10/2007 | W/H TAX DIV IBM | (27,266) | - | (27,266) | - | - | 321,368,515 | - | (27,266) | (27,266) | (27,266) |
| 9/10/2007 | W/H TAX DIV CVX | (17,037) | - | (17,037) | - | - | 321,351,478 | - | (17,037) | (17,037) | (17,037) |
| 9/10/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (7,663) | - | (7,663) | - | - | 321,343,816 | - | (7,663) | (7,663) | (7,663) |
| 9/14/2007 | W/H TAX DIV KO | (11,622) | - | (11,622) | - | - | 321,332,194 | - | (11,622) | (11,622) | (11,622) |
| 9/18/2007 | W/H TAX DIV MO | (92) | - | (92) | - | - | 321,332,102 | - | (92) | (92) | (92) |
| 9/20/2007 | W/H TAX DIV GE | (3) | - | (3) | - | - | 321,332,100 | - | (3) | (3) | (3) |
| 9/26/2007 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 326,332,100 | - | - | - | - |
| 10/1/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (8) | - | (8) | - | - | 326,332,091 | - | (8) | (8) | (8) |
| 10/10/2007 | W/H TAX DIV KO | (8,861) | - | (8,861) | - | - | 326,323,230 | - | (8,861) | (8,861) | (8,861) |
| 10/25/2007 | W/H TAX DIV GE | (20,478) | - | (20,478) | - | - | 326,302,752 | - | (20,478) | (20,478) | (20,478) |
| 10/31/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (54,072) | - | (54,072) | - | - | 326,248,680 | - | (54,072) | (54,072) | (54,072) |
| 11/7/2007 | CHECK WIRE | 45,000,000 | 45,000,000 | - | - | - | 371,248,680 | - | - | - | - |
| 11/13/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (57) | - | (57) | - | - | 371,248,623 | - | (57) | (57) | (57) |
| 11/15/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (13) | - | (13) | - | - | 371,248,610 | - | (13) | (13) | (13) |
| | FIDELITY SPARTAN US TREASURY MONEY MARKET | (7) | - | (7) | - | - | 371,248,604 | - | (7) | (7) | (7) |
| | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 371,248,601 | - | (2) | (2) | (2) |

Exhibit B

BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 371,248,599 | - | (3) | (3) | (3) |
| 11/21/2007 | W/H TAX DIV C | (24,716) | - | (24,716) | - | - | 371,223,882 | - | (24,716) | (24,716) | (24,716) |
| 11/21/2007 | W/H TAX DIV MER | (2,913) | - | (2,913) | - | - | 371,220,970 | - | (2,913) | (2,913) | (2,913) |
| 11/21/2007 | CHECK WIRE | 30,000,000 | 30,000,000 | - | - | - | 401,220,970 | - | - | - | - |
| 11/30/2007 | W/H TAX DIV MCD | (8) | - | (8) | - | - | 401,220,962 | - | (8) | (8) | (8) |
| 12/3/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (25,535) | - | (25,535) | - | - | 401,195,426 | - | (25,535) | (25,535) | (25,535) |
| 12/3/2007 | W/H TAX DIV COP | (6,142) | - | (6,142) | - | - | 401,189,285 | - | (6,142) | (6,142) | (6,142) |
| 12/10/2007 | W/H TAX DIV EXC | (4,033) | - | (4,033) | - | - | 401,185,251 | - | (4,033) | (4,033) | (4,033) |
| 12/10/2007 | W/H TAX DIV UTX | (4,609) | - | (4,609) | - | - | 401,180,642 | - | (4,609) | (4,609) | (4,609) |
| 12/10/2007 | W/H TAX DIV CVX | (17,469) | - | (17,469) | - | - | 401,163,173 | - | (17,469) | (17,469) | (17,469) |
| 12/11/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (14) | - | (14) | - | - | 401,163,160 | - | (14) | (14) | (14) |
| 12/11/2007 | W/H TAX DIV JNJ | (33,030) | - | (33,030) | - | - | 401,130,130 | - | (33,030) | (33,030) | (33,030) |
| 12/12/2007 | W/H TAX DIV MMM | (9,859) | - | (9,859) | - | - | 401,120,271 | - | (9,859) | (9,859) | (9,859) |
| 12/13/2007 | W/H TAX DIV MSFT | (12,676) | - | (12,676) | - | - | 401,107,595 | - | (12,676) | (12,676) | (12,676) |
| 12/20/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | - | - | 401,107,592 | - | (4) | (4) | (4) |
| 12/31/2007 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | - | - | 401,107,588 | - | (4) | (4) | (4) |
| 1/2/2008 | W/H TAX DIV HPQ | (1,981) | - | (1,981) | - | - | 401,105,606 | - | (1,981) | (1,981) | (1,981) |
| 1/2/2008 | W/H TAX DIV WMT | (5,059) | - | (5,059) | - | - | 401,100,548 | - | (5,059) | (5,059) | (5,059) |
| 1/3/2008 | W/H TAX DIV UPS | (6,050) | - | (6,050) | - | - | 401,094,498 | - | (6,050) | (6,050) | (6,050) |
| 1/28/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (13) | - | (13) | - | - | 401,094,485 | - | (13) | (13) | (13) |
| 2/1/2008 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 411,094,485 | - | - | - | - |
| 2/20/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (10) | - | (10) | - | - | 411,094,475 | - | (10) | (10) | (10) |
| 2/22/2008 | CHECK W/RE | (29,870) | - | (29,870) | - | - | 411,064,605 | - | (29,870) | (29,870) | (29,870) |
| 2/27/2008 | CHECK W/RE | 10,000,000 | 10,000,000 | - | - | - | 421,064,605 | - | - | - | - |
| 2/28/2008 | W/H TAX DIV GS | (2,420) | - | (2,420) | - | - | 421,062,185 | - | (2,420) | (2,420) | (2,420) |
| 3/3/2008 | W/H TAX DIV WFC | (19,827) | - | (19,827) | - | - | 421,042,358 | - | (19,827) | (19,827) | (19,827) |
| 3/3/2008 | W/H TAX DIV INTC | (13,885) | - | (13,885) | - | - | 421,028,473 | - | (13,885) | (13,885) | (13,885) |
| 3/3/2008 | W/H TAX DIV EXC | (13,812) | - | (13,812) | - | - | 421,014,661 | - | (13,812) | (13,812) | (13,812) |
| 3/4/2008 | W/H TAX DIV UPS | (39,827) | - | (39,827) | - | - | 420,974,834 | - | (39,827) | (39,827) | (39,827) |
| 3/5/2008 | W/H TAX DIV PFE | (8,557) | - | (8,557) | - | - | 420,966,278 | - | (8,557) | (8,557) | (8,557) |
| 3/5/2008 | CHECK W/RE | 10,000,000 | 10,000,000 | - | - | - | 430,966,278 | - | - | - | - |
| 3/5/2008 | W/H TAX DIV MER | (5,445) | - | (5,445) | - | - | 430,960,832 | - | (5,445) | (5,445) | (5,445) |
| 3/7/2008 | W/H TAX DIV BA | (5,532) | - | (5,532) | - | - | 430,955,301 | - | (5,532) | (5,532) | (5,532) |
| 3/7/2008 | W/H TAX DIV GE | (23,060) | - | (23,060) | - | - | 430,932,241 | - | (23,060) | (23,060) | (23,060) |
| 3/10/2008 | W/H TAX DIV XOM | (36,301) | - | (36,301) | - | - | 430,895,941 | - | (36,301) | (36,301) | (36,301) |
| 3/10/2008 | W/H TAX DIV EXC | (6,050) | - | (6,050) | - | - | 430,889,941 | - | (6,050) | (6,050) | (6,050) |
| 3/10/2008 | W/H TAX DIV IBM | (10,372) | - | (10,372) | - | - | 430,879,569 | - | (10,372) | (10,372) | (10,372) |
| 3/11/2008 | W/H TAX DIV BAC | (6,085) | - | (6,085) | - | - | 430,873,484 | - | (6,085) | (6,085) | (6,085) |
| 3/11/2008 | W/H TAX DIV JNJ | (22,238) | - | (22,238) | - | - | 430,851,196 | - | (22,238) | (22,238) | (22,238) |
| 3/12/2008 | W/H TAX DIV MMM | (6,914) | - | (6,914) | - | - | 430,844,282 | - | (6,914) | (6,914) | (6,914) |
| 3/13/2008 | W/H TAX DIV MSFT | (16,543) | - | (16,543) | - | - | 430,827,739 | - | (16,543) | (16,543) | (16,543) |
| 3/17/2008 | W/H TAX DIV RTD | (8,427) | - | (8,427) | - | - | 430,823,412 | - | (8,427) | (8,427) | (8,427) |
| 3/17/2008 | W/H TAX DIV WB | (24,339) | - | (24,339) | - | - | 430,794,973 | - | (24,339) | (24,339) | (24,339) |
| 3/17/2008 | W/H TAX DIV KFT | (4,213) | - | (4,213) | - | - | 430,790,760 | - | (4,213) | (4,213) | (4,213) |
| 3/17/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (29) | - | (29) | - | - | 430,790,731 | - | (29) | (29) | (29) |
| 3/20/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 430,790,731 | - | (0) | (0) | (0) |
| 3/24/2008 | W/H TAX DIV AIG | (9,680) | - | (9,680) | - | - | 430,781,051 | - | (9,680) | (9,680) | (9,680) |
| 3/27/2008 | W/H TAX DIV HD | (7,001) | - | (7,001) | - | - | 430,774,050 | - | (7,001) | (7,001) | (7,001) |
| 3/31/2008 | W/H TAX DIV BAC | (53,103) | - | (53,103) | - | - | 430,720,947 | - | (53,103) | (53,103) | (53,103) |
| 3/31/2008 | W/H TAX DIV PEP | (11,020) | - | (11,020) | - | - | 430,709,927 | - | (11,020) | (11,020) | (11,020) |
| 4/1/2008 | W/H TAX DIV MDT | (2,372) | - | (2,372) | - | - | 430,707,555 | - | (2,372) | (2,372) | (2,372) |
| 4/1/2008 | W/H TAX DIV JPM | (21,632) | - | (21,632) | - | - | 430,685,923 | - | (21,632) | (21,632) | (21,632) |
| 4/1/2008 | W/H TAX DIV KO | (15,765) | - | (15,765) | - | - | 430,679,711 | - | (15,765) | (15,765) | (15,765) |
| 4/2/2008 | W/H TAX DIV HPQ | (14,451) | - | (14,451) | - | - | 430,675,839 | - | (14,451) | (14,451) | (14,451) |
| 4/2/2008 | W/H TAX DIV VZ | (3,872) | - | (3,872) | - | - | 430,675,839 | - | (3,872) | (3,872) | (3,872) |
| 4/3/2008 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 440,675,834 | - | - | - | - |
| 4/4/2008 | W/H TAX DIV T | (41,114) | - | (41,114) | - | - | 440,667,900 | - | (41,114) | (41,114) | (41,114) |
| 4/4/2008 | W/H TAX DIV BK | (4,554) | - | (4,554) | - | - | 440,657,636 | - | (4,554) | (4,554) | (4,554) |
| 4/7/2008 | W/H TAX DIV WS | (1,518) | - | (1,518) | - | - | 456,657,636 | - | (1,518) | (1,518) | (1,518) |
| 4/10/2008 | CHECK WIRE | 16,000,000 | 16,000,000 | - | - | - | 456,657,636 | - | - | - | - |
| 4/25/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (7) | - | (7) | - | - | 456,599,220 | - | (7) | (7) | (7) |
| 4/25/2008 | W/H TAX DIV GE | (58,409) | - | (58,409) | - | - | 456,599,220 | - | (58,409) | (58,409) | (58,409) |
| 4/25/2008 | W/H TAX DIV MDT | (2,372) | - | (2,372) | - | - | 456,596,948 | - | (2,372) | (2,372) | (2,372) |
| 4/30/2008 | W/H TAX DIV JPM | (21,632) | - | (21,632) | - | - | 456,575,216 | - | (21,632) | (21,632) | (21,632) |
| 5/1/2008 | W/H TAX DIV KO | (4,696) | - | (4,696) | - | - | 456,570,519 | - | (4,696) | (4,696) | (4,696) |
| 5/1/2008 | W/H TAX DIV VZ | (21,079) | - | (21,079) | - | - | 456,549,441 | - | (21,079) | (21,079) | (21,079) |
| 5/1/2008 | W/H TAX DIV T | (41,114) | - | (41,114) | - | - | 456,588,327 | - | (41,114) | (41,114) | (41,114) |
| 5/2/2008 | W/H TAX DIV BK | (4,554) | - | (4,554) | - | - | 456,503,773 | - | (4,554) | (4,554) | (4,554) |
| 5/5/2008 | W/H TAX DIV WS | (1,518) | - | (1,518) | - | - | 456,502,255 | - | (1,518) | (1,518) | (1,518) |
| 5/9/2008 | W/H TAX DIV AXP | (3,416) | - | (3,416) | - | - | 456,498,839 | - | (3,416) | (3,416) | (3,416) |
| 5/15/2008 | W/H TAX DIV ABT | (9,678) | - | (9,678) | - | - | 456,489,162 | - | (9,678) | (9,678) | (9,678) |
| 5/15/2008 | W/H TAX DIV PG | (21,506) | - | (21,506) | - | - | 456,467,656 | - | (21,506) | (21,506) | (21,506) |
| 5/20/2008 | W/H TAX DIV CAT | (3,985) | - | (3,985) | - | - | 456,463,671 | - | (3,985) | (3,985) | (3,985) |

BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23/2008 | W/H TAX DIV C | (27,325) | - | (27,325) | - | - | 456,436,346 | - | (27,325) | (27,325) | (27,325) |
| 5/28/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (28) | - | (28) | - | - | 456,436,318 | - | (28) | (28) | (28) |
| 5/29/2008 | W/H TAX DIV GS | (2,214) | - | (2,214) | - | - | 456,434,104 | - | (2,214) | (2,214) | (2,214) |
| 6/2/2008 | W/H TAX DIV WMT | (18,271) | - | (18,271) | - | - | 456,415,833 | - | (18,271) | (18,271) | (18,271) |
| 6/2/2008 | W/H TAX DIV RTC | (32,531) | - | (32,531) | - | - | 456,383,302 | - | (32,531) | (32,531) | (32,531) |
| 6/2/2008 | W/H TAX DIV INTC | (13,947) | - | (13,947) | - | - | 456,369,355 | - | (13,947) | (13,947) | (13,947) |
| 6/2/2008 | W/H TAX DIV COP | (8,038) | - | (8,038) | - | - | 456,361,316 | - | (8,038) | (8,038) | (8,038) |
| 6/3/2008 | W/H TAX DIV UPS | (14,647) | - | (14,647) | - | - | 456,346,670 | - | (14,647) | (14,647) | (14,647) |
| 6/5/2008 | W/H TAX DIV PFE | (70,067) | - | (70,067) | - | - | 456,276,603 | - | (70,067) | (70,067) | (70,067) |
| 6/6/2008 | W/H TAX DIV BA | (9,468) | - | (9,468) | - | - | 456,267,135 | - | (9,468) | (9,468) | (9,468) |
| 6/10/2008 | W/H TAX DIV IBM | (22,192) | - | (22,192) | - | - | 456,244,943 | - | (22,192) | (22,192) | (22,192) |
| 6/10/2008 | W/H TAX DIV UTX | (10,415) | - | (10,415) | - | - | 456,234,528 | - | (10,415) | (10,415) | (10,415) |
| 6/10/2008 | W/H TAX DIV MER | (14,346) | - | (14,346) | - | - | 456,220,181 | - | (14,346) | (14,346) | (14,346) |
| 6/10/2008 | W/H TAX DIV CVX | (44,236) | - | (44,236) | - | - | 456,175,946 | - | (44,236) | (44,236) | (44,236) |
| 6/10/2008 | W/H TAX DIV XOM | (69,279) | - | (69,279) | - | - | 456,106,667 | - | (69,279) | (69,279) | (69,279) |
| 6/10/2008 | W/H TAX DIV EXC | (10,356) | - | (10,356) | - | - | 456,096,311 | - | (10,356) | (10,356) | (10,356) |
| 6/12/2008 | W/H TAX DIV MMM | (11,836) | - | (11,836) | - | - | 456,084,475 | - | (11,836) | (11,836) | (11,836) |
| 6/12/2008 | W/H TAX DIV MSFT | (28,317) | - | (28,317) | - | - | 456,056,159 | - | (28,317) | (28,317) | (28,317) |
| 7/21/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (46) | - | (46) | - | - | 456,056,113 | - | (46) | (46) | (46) |
| 7/23/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 456,056,112 | - | (1) | (1) | (1) |
| 8/7/2008 | W/H TAX DIV CVS | (2,264) | - | (2,264) | - | - | 456,053,848 | - | (2,264) | (2,264) | (2,264) |
| 8/8/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 456,053,845 | - | (3) | (3) | (3) |
| 8/13/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 456,053,844 | - | (1) | (1) | (1) |
| 8/13/2008 | CHECK WIRE | (20,000,000) | - | (20,000,000) | - | - | 436,053,844 | - | (20,000,000) | (20,000,000) | (20,000,000) |
| 8/14/2008 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 426,053,844 | - | (10,000,000) | (10,000,000) | (10,000,000) |
| 8/18/2008 | CHECK WIRE | (30,000,000) | - | (30,000,000) | - | - | 396,053,844 | - | (30,000,000) | (30,000,000) | (30,000,000) |
| 8/18/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 396,053,842 | - | (2) | (2) | (2) |
| 8/20/2008 | W/H TAX DIV CAT | (6,030) | - | (6,030) | - | - | 396,047,812 | - | (6,030) | (6,030) | (6,030) |
| 8/22/2008 | W/H TAX DIV G | (38,725) | - | (38,725) | - | - | 396,009,087 | - | (38,725) | (38,725) | (38,725) |
| 8/28/2008 | W/H TAX DIV DD | (2,872) | - | (2,872) | - | - | 396,006,215 | - | (2,872) | (2,872) | (2,872) |
| 9/9/2008 | CHECK WIRE | (20,000,000) | - | (20,000,000) | - | - | 376,006,215 | - | (20,000,000) | (20,000,000) | (20,000,000) |
| 9/10/2008 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 366,006,215 | - | (10,000,000) | (10,000,000) | (10,000,000) |
| 9/18/2008 | W/H TAX DIV WFC | (21,619) | - | (21,619) | - | - | 365,984,597 | - | (21,619) | (21,619) | (21,619) |
| 10/1/2008 | W/H TAX DIV BAC | (90,279) | - | (90,279) | - | - | 365,894,318 | - | (90,279) | (90,279) | (90,279) |
| 10/2/2008 | W/H TAX DIV PEP | (21,653) | - | (21,653) | - | - | 365,869,665 | - | (21,653) | (21,653) | (21,653) |
| 10/2/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 365,869,665 | - | (0) | (0) | (0) |
| 10/22/2008 | W/H TAX DIV BA | (6,564) | - | (6,564) | - | - | 365,863,101 | - | (6,564) | (6,564) | (6,564) |
| 10/22/2008 | W/H TAX DIV WMT | (17,795) | - | (17,795) | - | - | 365,845,306 | - | (17,795) | (17,795) | (17,795) |
| 10/22/2008 | W/H TAX DIV HD | (4,044) | - | (4,044) | - | - | 365,841,263 | - | (4,044) | (4,044) | (4,044) |
| 10/22/2008 | W/H TAX DIV TWX | (7,423) | - | (7,423) | - | - | 365,833,839 | - | (7,423) | (7,423) | (7,423) |
| 10/22/2008 | W/H TAX DIV INJ | (42,302) | - | (42,302) | - | - | 365,791,537 | - | (42,302) | (42,302) | (42,302) |
| 10/22/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | - | - | 365,791,533 | - | (4) | (4) | (4) |
| 10/22/2008 | W/H TAX DIV COP | (69,152) | - | (69,152) | - | - | 365,722,381 | - | (69,152) | (69,152) | (69,152) |
| 10/22/2008 | W/H TAX DIV BUD | (6,071) | - | (6,071) | - | - | 365,716,310 | - | (6,071) | (6,071) | (6,071) |
| 10/22/2008 | W/H TAX DIV MCD | (13,841) | - | (13,841) | - | - | 365,702,469 | - | (13,841) | (13,841) | (13,841) |
| 10/22/2008 | W/H TAX DIV UTX | (17,804) | - | (17,804) | - | - | 365,684,665 | - | (17,804) | (17,804) | (17,804) |
| 10/22/2008 | W/H TAX DIV XOM | (10,549) | - | (10,549) | - | - | 365,674,116 | - | (10,549) | (10,549) | (10,549) |
| 10/22/2008 | W/H TAX DIV AIG | (14,835) | - | (14,835) | - | - | 365,659,281 | - | (14,835) | (14,835) | (14,835) |
| 10/22/2008 | W/H TAX DIV MMM | (19,329) | - | (19,329) | - | - | 365,639,952 | - | (19,329) | (19,329) | (19,329) |
| 10/22/2008 | W/H TAX DIV QCOM | (11,988) | - | (11,988) | - | - | 365,627,964 | - | (11,988) | (11,988) | (11,988) |
| 10/22/2008 | W/H TAX DIV EXC | (10,490) | - | (10,490) | - | - | 365,617,474 | - | (10,490) | (10,490) | (10,490) |
| 10/22/2008 | W/H TAX DIV IBM | (2,724) | - | (2,724) | - | - | 365,614,750 | - | (2,724) | (2,724) | (2,724) |
| 10/22/2008 | W/H TAX DIV KO | (15,383) | - | (15,383) | - | - | 365,461,301 | - | (15,383) | (15,383) | (15,383) |
| 10/3/2008 | CHECK WIRE | (40,000,000) | - | (40,000,000) | - | - | 325,461,301 | - | (40,000,000) | (40,000,000) | (40,000,000) |
| 10/8/2008 | CHECK WIRE | (65,000,000) | - | (65,000,000) | - | - | 260,461,301 | - | (65,000,000) | (65,000,000) | (65,000,000) |
| 10/22/2008 | CHECK WIRE | (30,000,000) | - | (30,000,000) | - | - | 230,461,301 | - | (30,000,000) | (30,000,000) | (30,000,000) |
| 11/4/2008 | W/H TAX DIV KO | (8,018) | - | (8,018) | - | - | 230,453,283 | - | (8,018) | (8,018) | (8,018) |
| 11/4/2008 | W/H TAX DIV PM | (11,911) | - | (11,911) | - | - | 230,441,372 | - | (11,911) | (11,911) | (11,911) |
| 11/4/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 230,441,372 | - | (0) | (0) | (0) |
| 11/4/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 230,441,372 | - | (0) | (0) | (0) |
| 11/4/2008 | W/H TAX DIV HPQ | (6,398) | - | (6,398) | - | - | 230,434,974 | - | (6,398) | (6,398) | (6,398) |
| 11/4/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 230,434,973 | - | (0) | (0) | (0) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN086 - KINGATE EURO FUND LTD**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported In Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 11/4/2008 | W/H TAX DIV MRK | (26,194) | - | (26,194) | - | - | 230,408,780 | (26,194) | (26,194) | (26,194) | (26,194) |
| 11/4/2008 | W/H TAX DIV BAX | (4,563) | - | (4,563) | - | - | 230,404,217 | (4,563) | (4,563) | (4,563) | (4,563) |
| 11/4/2008 | W/H TAX DIV MO | (4,831) | - | (4,831) | - | - | 230,399,386 | (4,831) | (4,831) | (4,831) | (4,831) |
| 11/28/2008 | CHECK WIRE | (20,000,000) | - | (20,000,000) | - | - | 210,399,386 | (20,000,000) | (20,000,000) | (20,000,000) | (20,000,000) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 210,399,385 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 210,399,385 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 210,399,385 | (0) | (0) | (0) | (0) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 210,399,384 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 210,399,383 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 210,399,383 | (0) | (0) | (0) | (0) |
| | Total: | | $ 746,240,000 | $ (538,040,617) | $ 10,200,000 | $ (8,000,000) | $ 210,399,383 | $ (155,606,833) | $ (248,979,674) | $ (475,485,759) | $ (538,040,617) |

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/1994 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 2,000,000 | - | - | - | - |
| 9/1/1994 | W/H TAX DIV INTC | (1) | - | (1) | - | - | 1,999,999 | - | - | - | (1) |
| 9/1/1994 | W/H TAX DIV F | (189) | - | (189) | - | - | 1,999,810 | - | - | - | (189) |
| 9/1/1994 | W/H TAX DIV INTC | (0) | - | (0) | - | - | 1,999,810 | - | - | - | (0) |
| 9/2/1994 | W/H TAX DIV DIA | (7) | - | (7) | - | - | 1,999,803 | - | - | - | (7) |
| 9/6/1994 | W/H TAX DIV JNJ | (125) | - | (125) | - | - | 1,999,678 | - | - | - | (125) |
| 9/12/1994 | W/H TAX DIV GM | (103) | - | (103) | - | - | 1,999,576 | - | - | - | (103) |
| 9/12/1994 | W/H TAX DIV DD | (238) | - | (238) | - | - | 1,999,337 | - | - | - | (238) |
| 9/12/1994 | W/H TAX DIV INTC | (15) | - | (15) | - | - | 1,999,322 | - | - | - | (15) |
| 9/12/1994 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (107) | - | (107) | - | - | 1,999,215 | - | - | - | (107) |
| 9/12/1994 | W/H TAX DIV IBM | (137) | - | (137) | - | - | 1,999,078 | - | - | - | (137) |
| 9/12/1994 | W/H TAX DIV MMM | (219) | - | (219) | - | - | 1,998,859 | - | - | - | (219) |
| 9/12/1994 | W/H TAX DIV MOB | (619) | - | (619) | - | - | 1,998,240 | - | - | - | (619) |
| 9/12/1994 | W/H TAX DIV XON | (188) | - | (188) | - | - | 1,998,052 | - | - | - | (188) |
| 9/12/1994 | W/H TAX DIV AN | (102) | - | (102) | - | - | 1,997,950 | - | - | - | (102) |
| 9/15/1994 | W/H TAX DIV BAC | (120) | - | (120) | - | - | 1,997,830 | - | - | - | (120) |
| 9/15/1994 | W/H TAX DIV ARC | (29) | - | (29) | - | - | 1,997,801 | - | - | - | (29) |
| 9/16/1994 | W/H TAX DIV GE | (1) | - | (1) | - | - | 1,997,800 | - | - | - | (1) |
| 9/16/1994 | W/H TAX DIV MCD | (94) | - | (94) | - | - | 1,997,706 | - | - | - | (94) |
| 9/30/1994 | W/H TAX DIV PEP | (305) | - | (305) | - | - | 1,997,401 | - | - | - | (305) |
| 10/3/1994 | W/H TAX DIV MRK | (12) | - | (12) | - | - | 1,997,389 | - | - | - | (12) |
| 10/3/1994 | W/H TAX DIV XON | (69) | - | (69) | - | - | 1,997,320 | - | - | - | (69) |
| 10/3/1994 | W/H TAX DIV KO | (67) | - | (67) | - | - | 1,997,253 | - | - | - | (67) |
| 10/3/1994 | W/H TAX DIV WMT | (4) | - | (4) | - | - | 1,997,149 | - | - | - | (4) |
| 10/11/1994 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (53) | - | (53) | - | - | 1,997,096 | - | - | - | (53) |
| 10/12/1994 | W/H TAX DIV HWP | (8) | - | (8) | - | - | 1,997,088 | - | - | - | (8) |
| 10/21/1994 | W/H TAX DIV DOW | (441) | - | (441) | - | - | 1,996,647 | - | - | - | (441) |
| 10/25/1994 | W/H TAX DIV GE | (114) | - | (114) | - | - | 1,996,533 | - | - | - | (114) |
| 10/28/1994 | W/H TAX DIV AIT | (169) | - | (169) | - | - | 1,996,363 | - | - | - | (169) |
| 11/1/1994 | W/H TAX DIV T | (102) | - | (102) | - | - | 1,996,261 | - | - | - | (102) |
| 11/1/1994 | W/H TAX DIV S | (238) | - | (238) | - | - | 1,996,023 | - | - | - | (238) |
| 11/1/1994 | W/H TAX DIV BEL | (255) | - | (255) | - | - | 1,995,767 | - | - | - | (255) |
| 11/7/1994 | W/H TAX DIV BMY | (343) | - | (343) | - | - | 1,995,424 | - | - | - | (343) |
| 11/1/1994 | W/H TAX DIV WX | (9) | - | (9) | - | - | 1,995,415 | - | - | - | (9) |
| 11/17/1994 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (37) | - | (37) | - | - | 1,995,378 | - | - | - | (37) |
| 11/17/1994 | W/H TAX DIV CCI | (16) | - | (16) | - | - | 1,995,362 | - | - | - | (16) |
| 11/17/1994 | W/H TAX DIV INTC | (163) | - | (163) | - | - | 1,995,199 | - | - | - | (163) |
| 12/1/1994 | W/H TAX DIV F | (120) | - | (120) | - | - | 1,995,080 | - | - | - | (120) |
| 12/1/1994 | W/H TAX DIV S | (10) | - | (10) | - | - | 1,995,069 | - | - | - | (10) |
| 12/9/1994 | W/H TAX DIV MCIC | (96) | - | (96) | - | - | 1,994,974 | - | - | - | (96) |
| 12/2/1994 | W/H TAX DIV GM | (224) | - | (224) | - | - | 1,994,749 | - | - | - | (224) |
| 12/2/1994 | W/H TAX DIV DOW | (61) | - | (61) | - | - | 1,994,689 | - | - | - | (61) |
| 12/1/1994 | W/H TAX DIV IBM | (582) | - | (582) | - | - | 1,994,077 | - | - | - | (582) |
| 12/12/1994 | W/H TAX DIV XON | (116) | - | (116) | - | - | 1,993,961 | - | - | - | (116) |
| 12/12/1994 | W/H TAX DIV MMM | (172) | - | (172) | - | - | 1,993,788 | - | - | - | (172) |
| 12/14/1994 | W/H TAX DIV DAC | (62) | - | (62) | - | - | 1,993,090 | - | - | - | (62) |
| 12/14/1994 | W/H TAX DIV DD | (240) | - | (240) | - | - | 1,993,063 | - | - | - | (240) |
| 12/15/1994 | W/H TAX DIV KO | (161) | - | (161) | - | - | 1,993,295 | - | - | - | (161) |
| 12/15/1994 | W/H TAX DIV ARC | (136) | - | (136) | - | - | 1,993,159 | - | - | - | (136) |
| 12/15/1994 | FIDELITY CASH RESERVES SBI | (46) | - | (46) | - | - | 1,993,113 | - | - | - | (46) |
| 2/15/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (23) | - | (23) | - | - | 1,993,090 | - | - | - | (23) |
| 2/16/1995 | W/H TAX DIV MCD | (27) | - | (27) | - | - | 1,993,063 | - | - | - | (27) |
| 1/3/1995 | W/H TAX DIV S | (86) | - | (86) | - | - | 1,992,978 | - | - | - | (86) |
| 1/3/1995 | W/H TAX DIV PEP | (89) | - | (89) | - | - | 1,992,889 | - | - | - | (89) |
| 1/3/1995 | W/H TAX DIV INTC | (86) | - | (86) | - | - | 1,992,803 | - | - | - | (86) |
| 1/3/1995 | W/H TAX DIV DIA | (243) | - | (243) | - | - | 1,992,560 | - | - | - | (243) |
| 1/5/1995 | W/H TAX DIV WMT | (60) | - | (60) | - | - | 1,992,500 | - | - | - | (60) |
| 3/1/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (16) | - | (16) | - | - | 1,992,484 | - | - | - | (16) |
| 3/1/1995 | W/H TAX DIV F | (5) | - | (5) | - | - | 1,992,480 | - | - | - | (5) |
| 3/1/1995 | W/H TAX DIV PEP | (77) | - | (77) | - | - | 1,992,403 | - | - | - | (77) |
| 3/1/1995 | W/H TAX DIV DIA | (165) | - | (165) | - | - | 1,992,238 | - | - | - | (165) |
| 3/1/1995 | W/H TAX DIV MRK | (15) | - | (15) | - | - | 1,992,223 | - | - | - | (15) |
| 3/6/1995 | W/H TAX DIV SO | (51) | - | (51) | - | - | 1,992,171 | - | - | - | (51) |
| 3/6/1995 | W/H TAX DIV INTC | (125) | - | (125) | - | - | 1,992,046 | - | - | - | (125) |
| 3/7/1995 | W/H TAX DIV MRK | (119) | - | (119) | - | - | 1,991,927 | - | - | - | (119) |
| 3/9/1995 | CHECK WIRE | 1,300,000 | 1,300,000 | - | - | - | 3,291,927 | - | - | - | - |
| 3/10/1995 | W/H TAX DIV XON | (590) | - | (590) | - | - | 3,291,337 | - | - | - | (590) |
| 3/10/1995 | W/H TAX DIV MOB | (203) | - | (203) | - | - | 3,291,134 | - | - | - | (203) |
| 3/10/1995 | W/H TAX DIV GM | (96) | - | (96) | - | - | 3,291,038 | - | - | - | (96) |
| 3/10/1995 | W/H TAX DIV IBM | (90) | - | (90) | - | - | 3,290,948 | - | - | - | (90) |
| 3/10/1995 | W/H TAX DIV AN | (195) | - | (195) | - | - | 3,290,753 | - | - | - | (195) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/1995 | W/H TAX DIV MMM | (129) | - | (129) | - | - | 3,290,625 | - | - | - | (129) |
| 3/14/1995 | W/H TAX DIV BAC | (102) | - | (102) | - | - | 3,290,522 | - | - | - | (102) |
| 3/14/1995 | W/H TAX DIV DD | (201) | - | (201) | - | - | 3,290,322 | - | - | - | (201) |
| 3/15/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (6) | - | (6) | - | - | 3,290,316 | - | - | - | (6) |
| 3/15/1995 | W/H TAX DIV ORCL | (41) | - | (41) | - | - | 3,290,275 | - | - | - | (41) |
| 3/17/1995 | W/H TAX DIV MCD | (27) | - | (27) | - | - | 3,290,148 | - | - | - | (27) |
| 3/31/1995 | W/H TAX DIV PEP | (95) | - | (95) | - | - | 3,290,052 | - | - | - | (95) |
| 4/3/1995 | W/H TAX DIV AIG | (22) | - | (22) | - | - | 3,290,031 | - | - | - | (22) |
| 4/3/1995 | W/H TAX DIV KO | (188) | - | (188) | - | - | 3,289,843 | - | - | - | (188) |
| 4/3/1995 | W/H TAX DIV MRK | (246) | - | (246) | - | - | 3,289,597 | - | - | - | (246) |
| 4/3/1995 | W/H TAX DIV EK | (82) | - | (82) | - | - | 3,289,514 | - | - | - | (82) |
| 4/3/1995 | W/H TAX DIV S | (82) | - | (82) | - | - | 3,289,432 | - | - | - | (82) |
| 4/11/1995 | CHECK WIRE | 2,450,000 | 2,450,000 | - | - | - | 5,739,432 | - | - | - | - |
| 4/12/1995 | W/H TAX DIV JWP | (65) | - | (65) | - | - | 5,739,367 | - | - | - | (65) |
| 4/17/1995 | W/H TAX DIV WMT | (101) | - | (101) | - | - | 5,739,266 | - | - | - | (101) |
| 4/17/1995 | W/H TAX DIV C | (82) | - | (82) | - | - | 5,739,184 | - | - | - | (82) |
| 4/24/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (42) | - | (42) | - | - | 5,738,742 | - | - | - | (42) |
| 4/25/1995 | W/H TAX DIV GE | (442) | - | (442) | - | - | 5,738,700 | - | - | - | (442) |
| 4/28/1995 | W/H TAX DIV DOW | (173) | - | (173) | - | - | 5,738,527 | - | - | - | (173) |
| 5/1/1995 | W/H TAX DIV T | (531) | - | (531) | - | - | 5,737,996 | - | - | - | (531) |
| 5/1/1995 | W/H TAX DIV GE | (363) | - | (363) | - | - | 5,737,633 | - | - | - | (363) |
| 5/1/1995 | W/H TAX DIV AIT | (267) | - | (267) | - | - | 5,737,366 | - | - | - | (267) |
| 5/1/1995 | W/H TAX DIV BEL | (301) | - | (301) | - | - | 5,737,065 | - | - | - | (301) |
| 5/2/1995 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 6,237,065 | - | - | - | - |
| 5/5/1995 | CHECK | 250,000 | 250,000 | - | - | - | 6,487,065 | - | - | - | - |
| 5/5/1995 | CHECK WIRE | 250,000 | 250,000 | - | - | - | 6,737,065 | - | - | - | - |
| 5/5/1995 | CANCEL CHECK | (250,000) | (250,000) | - | - | - | 6,487,065 | - | - | - | - |
| 5/17/1995 | W/H TAX DIV CCI | (178) | - | (178) | - | - | 6,486,887 | - | - | - | (178) |
| 5/19/1995 | W/H TAX DIV MOB | (47) | - | (47) | - | - | 6,486,840 | - | - | - | (47) |
| 5/31/1995 | FIDELITY CASH RESERVE SBI W/H TAX DIV FOR FCRXX | (50) | - | (50) | - | - | 6,486,790 | - | - | - | (50) |
| 6/1/1995 | W/H TAX DIV INTC | (38) | - | (38) | - | - | 6,486,752 | - | - | - | (38) |
| 6/1/1995 | W/H TAX DIV F | (491) | - | (491) | - | - | 6,486,261 | - | - | - | (491) |
| 6/2/1995 | W/H TAX DIV PEP | (129) | - | (129) | - | - | 6,486,132 | - | - | - | (129) |
| 6/6/1995 | CHECK WIRE | 1,900,000 | 1,900,000 | - | - | - | 8,386,132 | - | - | - | - |
| 6/6/1995 | W/H TAX DIV SO | (302) | - | (302) | - | - | 8,385,830 | - | - | - | (302) |
| 6/6/1995 | W/H TAX DIV JNJ | (327) | - | (327) | - | - | 8,385,504 | - | - | - | (327) |
| 6/12/1995 | W/H TAX DIV MOB | (549) | - | (549) | - | - | 8,384,954 | - | - | - | (549) |
| 6/12/1995 | W/H TAX DIV GM | (345) | - | (345) | - | - | 8,384,610 | - | - | - | (345) |
| 6/12/1995 | W/H TAX DIV IBM | (228) | - | (228) | - | - | 8,384,382 | - | - | - | (228) |
| 6/12/1995 | W/H TAX DIV DD | (432) | - | (432) | - | - | 8,383,949 | - | - | - | (432) |
| 6/12/1995 | W/H TAX DIV MRK | (298) | - | (298) | - | - | 8,383,652 | - | - | - | (298) |
| 6/12/1995 | W/H TAX DIV XON | (451) | - | (451) | - | - | 8,383,200 | - | - | - | (451) |
| 6/12/1995 | W/H TAX DIV XON | (1,426) | - | (1,426) | - | - | 8,381,775 | - | - | - | (1,426) |
| 6/14/1995 | W/H TAX DIV BAC | (255) | - | (255) | - | - | 8,381,520 | - | - | - | (255) |
| 6/15/1995 | W/H TAX DIV ARC | (327) | - | (327) | - | - | 8,381,193 | - | - | - | (327) |
| 6/16/1995 | W/H TAX DIV GM | (62) | - | (62) | - | - | 8,381,131 | - | - | - | (62) |
| 6/16/1995 | W/H TAX DIV MO | (81) | - | (81) | - | - | 8,381,050 | - | - | - | (81) |
| 6/19/1995 | FIDELITY ASH RESERVES SBI W/H TAX DIV FORXX | (29) | - | (29) | - | - | 8,381,020 | - | - | - | (29) |
| 6/23/1995 | W/H TAX DIV MCIC | (30) | - | (30) | - | - | 8,380,990 | - | - | - | (30) |
| 6/30/1995 | W/H TAX DIV PEP | (276) | - | (276) | - | - | 8,380,714 | - | - | - | (276) |
| 7/3/1995 | W/H TAX DIV DIS | (233) | - | (233) | - | - | 8,380,481 | - | - | - | (233) |
| 7/3/1995 | W/H TAX DIV MRK | (667) | - | (667) | - | - | 8,379,814 | - | - | - | (667) |
| 7/3/1995 | W/H TAX DIV KO | (491) | - | (491) | - | - | 8,379,323 | - | - | - | (491) |
| 7/3/1995 | W/H TAX DIV SLB | (152) | - | (152) | - | - | 8,379,172 | - | - | - | (152) |
| 7/5/1995 | CHECK WIRE | 2,350,000 | 2,350,000 | - | - | - | 10,729,172 | - | - | - | - |
| 7/10/1995 | W/H TAX DIV WMT | (202) | - | (202) | - | - | 10,728,970 | - | - | - | (202) |
| 7/14/1995 | W/H TAX DIV AIG | (311) | - | (311) | - | - | 10,728,659 | - | - | - | (311) |
| 7/19/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (36) | - | (36) | - | - | 10,728,622 | - | - | - | (36) |
| 7/25/1995 | W/H TAX DIV DOW | (1,155) | - | (1,155) | - | - | 10,727,468 | - | - | - | (1,155) |
| 7/28/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (433) | - | (433) | - | - | 10,726,635 | - | - | - | (433) |
| 8/1/1995 | W/H TAX DIV AIT | (597) | - | (597) | - | - | 10,726,037 | - | - | - | (597) |
| 8/1/1995 | W/H TAX DIV BEL | (668) | - | (668) | - | - | 10,725,370 | - | - | - | (668) |
| 8/1/1995 | W/H TAX DIV KO | (1,148) | - | (1,148) | - | - | 10,724,222 | - | - | - | (1,148) |
| 8/1/1995 | W/H TAX DIV BMY | (834) | - | (834) | - | - | 10,723,388 | - | - | - | (834) |
| 8/2/1995 | CHECK WIRE | 4,760,000 | 4,760,000 | - | - | - | 15,483,388 | - | - | - | - |
| 8/3/1995 | W/H TAX DIV AIG | (11) | - | (11) | - | - | 15,483,377 | - | - | - | (11) |
| 8/3/1995 | W/H TAX DIV SLB | (244) | - | (244) | - | - | 15,483,133 | - | - | - | (244) |
| 8/16/1995 | W/H TAX DIV DOW | (14) | - | (14) | - | - | 15,483,119 | - | - | - | (14) |
| 8/17/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (326) | - | (326) | - | - | 15,482,793 | - | - | - | (326) |
| 8/18/1995 | W/H TAX DIV CCI | (104) | - | (104) | - | - | 15,482,690 | - | - | - | (104) |
| 9/1/1995 | W/H TAX DIV BA | (234) | - | (234) | - | - | 15,482,456 | - | - | - | (234) |

Exhibit B

BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/1995 | W/H TAX DIV INTC | (92) | - | (92) | - | - | 15,482,364 | - | - | - | (92) |
| 9/1/1995 | W/H TAX DIV F | (880) | - | (880) | - | - | 15,481,484 | - | - | - | (880) |
| 9/5/1995 | W/H TAX DIV JNJ | (584) | - | (584) | - | - | 15,480,900 | - | - | - | (584) |
| 9/6/1995 | CHECK WIRE | 800,000 | 800,000 | - | - | - | 16,280,900 | - | - | - | - |
| 9/6/1995 | W/H TAX DIV SO | (544) | - | (544) | - | - | 16,280,356 | - | - | - | (544) |
| 9/11/1995 | W/H TAX DIV GM | (622) | - | (622) | - | - | 16,279,735 | - | - | - | (622) |
| 9/11/1995 | W/H TAX DIV IBM | (404) | - | (404) | - | - | 16,279,330 | - | - | - | (404) |
| 9/11/1995 | W/H TAX DIV AN | (811) | - | (811) | - | - | 16,278,519 | - | - | - | (811) |
| 9/11/1995 | W/H TAX DIV MOB | (083) | - | (083) | - | - | 16,278,436 | - | - | - | (083) |
| 9/11/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (23) | - | (23) | - | - | 16,275,513 | - | - | - | (23) |
| 9/11/1995 | W/H TAX DIV XON | (2,561) | - | (2,561) | - | - | 16,274,952 | - | - | - | (2,561) |
| 9/12/1995 | W/H TAX DIV MMM | (771) | - | (771) | - | - | 16,274,182 | - | - | - | (771) |
| 9/12/1995 | W/H TAX DIV DD | (783) | - | (783) | - | - | 16,273,399 | - | - | - | (783) |
| 9/15/1995 | W/H TAX DIV BAC | (664) | - | (664) | - | - | 16,272,735 | - | - | - | (664) |
| 9/15/1995 | W/H TAX DIV ARC | (59) | - | (59) | - | - | 16,272,676 | - | - | - | (59) |
| 9/15/1995 | W/H TAX DIV ARC | (809) | - | (809) | - | - | 16,271,867 | - | - | - | (809) |
| 9/22/1995 | W/H TAX DIV AIG | (183) | - | (183) | - | - | 16,271,684 | - | - | - | (183) |
| 9/29/1995 | W/H TAX DIV PEP | (155) | - | (155) | - | - | 16,271,529 | - | - | - | (155) |
| 10/2/1995 | W/H TAX DIV MRK | (618) | - | (618) | - | - | 16,270,912 | - | - | - | (618) |
| 10/2/1995 | W/H TAX DIV DIS | (1,674) | - | (1,674) | - | - | 16,269,238 | - | - | - | (1,674) |
| 10/2/1995 | W/H TAX DIV KO | (533) | - | (533) | - | - | 16,268,705 | - | - | - | (533) |
| 10/2/1995 | W/H TAX DIV WMT | (1,357) | - | (1,357) | - | - | 16,267,348 | - | - | - | (1,357) |
| 10/3/1995 | W/H TAX DIV SLB | (237) | - | (237) | - | - | 16,267,111 | - | - | - | (237) |
| 10/3/1995 | W/H TAX DIV WMT | (455) | - | (455) | - | - | 16,266,856 | - | - | - | (455) |
| 10/6/1995 | CHECK WIRE | 800,000 | 800,000 | - | - | - | 17,066,856 | - | - | - | - |
| 10/10/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (45) | - | (45) | - | - | 17,066,811 | - | - | - | (45) |
| 10/25/1995 | W/H TAX DIV GE | (2,795) | - | (2,795) | - | - | 17,064,017 | - | - | - | (2,795) |
| 10/25/1995 | W/H TAX DIV DOW | (792) | - | (792) | - | - | 17,063,225 | - | - | - | (792) |
| 11/1/1995 | W/H TAX DIV BMY | (1,492) | - | (1,492) | - | - | 17,061,733 | - | - | - | (1,492) |
| 11/1/1995 | W/H TAX DIV MO | (983) | - | (983) | - | - | 17,060,750 | - | - | - | (983) |
| 11/1/1995 | W/H TAX DIV AIT | (1,104) | - | (1,104) | - | - | 17,059,666 | - | - | - | (1,104) |
| 11/7/1995 | W/H TAX DIV BEL | (1,210) | - | (1,210) | - | - | 17,058,456 | - | - | - | (1,210) |
| 11/7/1995 | W/H TAX DIV F | (2,091) | - | (2,091) | - | - | 17,056,365 | - | - | - | (2,091) |
| 11/10/1995 | CHECK WIRE | 7,300,000 | 7,300,000 | - | - | - | 24,356,365 | - | - | - | - |
| 11/10/1995 | W/H TAX DIV AXP | (432) | - | (432) | - | - | 24,355,933 | - | - | - | (432) |
| 11/17/1995 | W/H TAX DIV DIS | (181) | - | (181) | - | - | 24,355,752 | - | - | - | (181) |
| 11/17/1995 | W/H TAX DIV CCI | (481) | - | (481) | - | - | 24,355,271 | - | - | - | (481) |
| 11/17/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (63) | - | (63) | - | - | 24,355,208 | - | - | - | (63) |
| 12/1/1995 | W/H TAX DIV BA | (351) | - | (351) | - | - | 24,354,858 | - | - | - | (351) |
| 12/1/1995 | W/H TAX DIV INTC | (132) | - | (132) | - | - | 24,354,725 | - | - | - | (132) |
| 12/1/1995 | W/H TAX DIV F | (1,543) | - | (1,543) | - | - | 24,353,182 | - | - | - | (1,543) |
| 12/5/1995 | W/H TAX DIV JNJ | (860) | - | (860) | - | - | 24,352,322 | - | - | - | (860) |
| 12/6/1995 | CHECK WIRE | 3,200,000 | 3,200,000 | - | - | - | 27,552,322 | - | - | - | - |
| 12/8/1995 | W/H TAX DIV MCIC | (70) | - | (70) | - | - | 27,552,252 | - | - | - | (70) |
| 12/11/1995 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (8) | - | (8) | - | - | 27,552,244 | - | - | - | (8) |
| 12/11/1995 | W/H TAX DIV GE | (1,483) | - | (1,483) | - | - | 27,550,761 | - | - | - | (1,483) |
| 12/11/1995 | W/H TAX DIV IBM | (576) | - | (576) | - | - | 27,550,185 | - | - | - | (576) |
| 12/13/1995 | W/H TAX DIV BA | (1,202) | - | (1,202) | - | - | 27,548,983 | - | - | - | (1,202) |
| 12/13/1995 | W/H TAX DIV AN | (902) | - | (902) | - | - | 27,548,081 | - | - | - | (902) |
| 12/21/1995 | W/H TAX DIV XON | (3,830) | - | (3,830) | - | - | 27,544,252 | - | - | - | (3,830) |
| 12/21/1995 | W/H TAX DIV MMM | (601) | - | (601) | - | - | 27,543,651 | - | - | - | (601) |
| 12/14/1995 | W/H TAX DIV DD | (691) | - | (691) | - | - | 27,542,760 | - | - | - | (691) |
| 12/15/1995 | W/H TAX DIV BAC | (1,198) | - | (1,198) | - | - | 27,541,561 | - | - | - | (1,198) |
| 12/15/1995 | W/H TAX DIV DID | (267) | - | (267) | - | - | 27,541,294 | - | - | - | (267) |
| 12/15/1995 | W/H TAX DIV KO | (35) | - | (35) | - | - | 27,541,260 | - | - | - | (35) |
| 12/15/1995 | W/H TAX DIV ARC | (1,620) | - | (1,620) | - | - | 27,539,640 | - | - | - | (1,620) |
| 12/15/1995 | W/H TAX DIV KO | (226) | - | (226) | - | - | 27,539,414 | - | - | - | (226) |
| 12/22/1995 | W/H TAX DIV AKG | (2,442) | - | (2,442) | - | - | 27,536,973 | - | - | - | (2,442) |
| 12/22/1995 | W/H TAX DIV MRK | (78) | - | (78) | - | - | 27,536,191 | - | - | - | (78) |
| 12/22/1995 | W/H TAX DIV WMT | (914) | - | (914) | - | - | 27,535,277 | - | - | - | (914) |
| 1/4/1996 | CHECK WIRE | 4,000,000 | 4,000,000 | - | - | - | 31,535,277 | - | - | - | - |
| 1/5/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (664) | - | (664) | - | - | 31,534,614 | - | - | - | (664) |
| 1/8/1996 | W/H TAX DIV WMT | (1,440) | - | (1,440) | - | - | 31,533,173 | - | - | - | (1,440) |
| 1/8/1996 | W/H TAX DIV F | (6) | - | (6) | - | - | 31,533,167 | - | - | - | (6) |
| 2/5/1996 | CHECK WIRE | 4,450,000 | 4,450,000 | - | - | - | 35,983,167 | - | - | - | - |
| 2/20/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (21) | - | (21) | - | - | 35,983,146 | - | - | - | (21) |
| 2/20/1996 | W/H TAX DIV F | (1,352) | - | (1,352) | - | - | 35,981,794 | - | - | - | (1,352) |
| 2/20/1996 | W/H TAX DIV F | (2,596) | - | (2,596) | - | - | 35,979,198 | - | - | - | (2,596) |
| 3/1/1996 | W/H TAX DIV INTC | (229) | - | (229) | - | - | 35,978,969 | - | - | - | (229) |
| 3/1/1996 | W/H TAX DIV BA | (608) | - | (608) | - | - | 35,978,361 | - | - | - | (608) |
| 3/1/1996 | W/H TAX DIV COL | (90) | - | (90) | - | - | 35,978,271 | - | - | - | (90) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/1996 | W/H TAX DIV IBM | (999) | - | (999) | - | - | 35,977,272 | - | - | - | (999) |
| 3/11/1996 | W/H TAX DIV XON | (6,422) | - | (6,422) | - | - | 35,970,850 | - | - | - | (6,422) |
| 3/11/1996 | W/H TAX DIV MOB | (2,571) | - | (2,571) | - | - | 35,968,279 | - | - | - | (2,571) |
| 3/11/1996 | W/H TAX DIV AN | (2,179) | - | (2,179) | - | - | 35,966,100 | - | - | - | (2,179) |
| 3/11/1996 | W/H TAX DIV GM | (2,036) | - | (2,036) | - | - | 35,964,065 | - | - | - | (2,036) |
| 3/12/1996 | W/H TAX DIV BAC | (1,407) | - | (1,407) | - | - | 35,962,658 | - | - | - | (1,407) |
| 3/12/1996 | W/H TAX DIV JNJ | (1,558) | - | (1,558) | - | - | 35,961,099 | - | - | - | (1,558) |
| 3/14/1996 | W/H TAX DIV DD | (1,987) | - | (1,987) | - | - | 35,959,112 | - | - | - | (1,987) |
| 3/14/1996 | W/H TAX DIV DD | (1,433) | - | (1,433) | - | - | 35,957,679 | - | - | - | (1,433) |
| 3/15/1996 | W/H TAX DIV MCD | (69) | - | (69) | - | - | 35,957,610 | - | - | - | (69) |
| 3/21/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (27) | - | (27) | - | - | 35,957,583 | - | - | - | (27) |
| 3/22/1996 | W/H TAX DIV AIG | (179) | - | (179) | - | - | 35,957,405 | - | - | - | (179) |
| 3/29/1996 | W/H TAX DIV PEP | (700) | - | (700) | - | - | 35,956,705 | - | - | - | (700) |
| 4/1/1996 | W/H TAX DIV S | (130) | - | (130) | - | - | 35,956,574 | - | - | - | (130) |
| 4/1/1996 | W/H TAX DIV SLB | (197) | - | (197) | - | - | 35,956,378 | - | - | - | (197) |
| 4/1/1996 | W/H TAX DIV MRK | (1,878) | - | (1,878) | - | - | 35,954,500 | - | - | - | (1,878) |
| 4/1/1996 | W/H TAX DIV KO | (2,321) | - | (2,321) | - | - | 35,952,178 | - | - | - | (2,321) |
| 4/2/1996 | W/H TAX DIV C | (1,697) | - | (1,697) | - | - | 35,950,481 | - | - | - | (1,697) |
| 4/3/1996 | CHECK WIRE | 2,400,000 | 2,400,000 | - | - | - | 38,350,481 | - | - | - | - |
| 4/8/1996 | W/H TAX DIV WMT | (900) | - | (900) | - | - | 38,349,581 | - | - | - | (900) |
| 4/8/1996 | W/H TAX DIV T | (764) | - | (764) | - | - | 38,348,816 | - | - | - | (764) |
| 4/10/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (67) | - | (67) | - | - | 38,348,750 | - | - | - | (67) |
| 4/25/1996 | W/H TAX DIV GE | (1,130) | - | (1,130) | - | - | 38,347,620 | - | - | - | (1,130) |
| 4/30/1996 | W/H TAX DIV DOW | (1,454) | - | (1,454) | - | - | 38,346,166 | - | - | - | (1,454) |
| 5/1/1996 | W/H TAX DIV MKB | (3,938) | - | (3,938) | - | - | 38,342,228 | - | - | - | (3,938) |
| 5/1/1996 | W/H TAX DIV BEL | (2,317) | - | (2,317) | - | - | 38,339,911 | - | - | - | (2,317) |
| 5/1/1996 | W/H TAX DIV BMY | (2,877) | - | (2,877) | - | - | 38,337,035 | - | - | - | (2,877) |
| 5/1/1996 | W/H TAX DIV AIT | (2,157) | - | (2,157) | - | - | 38,334,878 | - | - | - | (2,157) |
| 5/1/1996 | W/H TAX DIV NYN | (1,829) | - | (1,829) | - | - | 38,333,048 | - | - | - | (1,829) |
| 5/2/1996 | W/H TAX DIV PNU | (1,016) | - | (1,016) | - | - | 38,332,033 | - | - | - | (1,016) |
| 5/3/1996 | CHECK WIRE | 700,000 | 700,000 | - | - | - | 39,032,033 | - | - | - | - |
| 5/10/1996 | W/H TAX DIV AXP | (828) | - | (828) | - | - | 39,031,205 | - | - | - | (828) |
| 5/14/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (40) | - | (40) | - | - | 39,031,164 | - | - | - | (40) |
| 5/14/1996 | W/H TAX DIV KO | (1,734) | - | (1,734) | - | - | 39,030,729 | - | - | - | (1,734) |
| 5/17/1996 | W/H TAX DIV DIS | (428) | - | (428) | - | - | 39,030,002 | - | - | - | (428) |
| 5/21/1996 | W/H TAX DIV AIG | (321) | - | (321) | - | - | 39,028,681 | - | - | - | (321) |
| 6/3/1996 | AMERICAN INTL GROUP INC CXL W/H TAX 5/07/96 AIG | 321 | - | 321 | - | - | 39,029,002 | - | - | - | 321 |
| 6/3/1996 | W/H TAX DIV INTC | (105) | - | (105) | - | - | 39,028,898 | - | - | - | (105) |
| 6/3/1996 | W/H TAX DIV F | (268) | - | (268) | - | - | 39,028,629 | - | - | - | (268) |
| 6/5/1996 | CHECK WIRE | (3,040) | 7,300,000 | (3,040) | - | - | 39,025,589 | - | - | - | (3,040) |
| 6/5/1996 | CHECK WIRE | 7,300,000 | 7,300,000 | - | - | - | 46,325,589 | - | - | - | - |
| 6/7/1996 | W/H TAX DIV BA | (437) | - | (437) | - | - | 46,325,153 | - | - | - | (437) |
| 6/10/1996 | W/H TAX DIV MOB | (3,148) | - | (3,148) | - | - | 46,322,004 | - | - | - | (3,148) |
| 6/10/1996 | W/H TAX DIV IBM | (1,642) | - | (1,642) | - | - | 46,320,362 | - | - | - | (1,642) |
| 6/10/1996 | W/H TAX DIV AN | (2,588) | - | (2,588) | - | - | 46,317,774 | - | - | - | (2,588) |
| 6/11/1996 | W/H TAX DIV DIS | (1,186) | - | (1,186) | - | - | 46,316,588 | - | - | - | (1,186) |
| 6/12/1996 | W/H TAX DIV BAC | (907) | - | (907) | - | - | 46,315,681 | - | - | - | (907) |
| 6/12/1996 | W/H TAX DIV MMM | (1,438) | - | (1,438) | - | - | 46,314,243 | - | - | - | (1,438) |
| 6/14/1996 | W/H TAX DIV MCD | (398) | - | (398) | - | - | 46,313,845 | - | - | - | (398) |
| 6/21/1996 | W/H TAX DIV DD | (295) | - | (295) | - | - | 46,313,550 | - | - | - | (295) |
| 6/21/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (51) | - | (51) | - | - | 46,313,499 | - | - | - | (51) |
| 6/24/1996 | W/H TAX DIV PEP | (1,408) | - | (1,408) | - | - | 46,312,092 | - | - | - | (1,408) |
| 7/1/1996 | W/H TAX DIV WMT | (932) | - | (932) | - | - | 46,311,160 | - | - | - | (932) |
| 7/1/1996 | W/H TAX DIV KO | (2,499) | - | (2,499) | - | - | 46,308,661 | - | - | - | (2,499) |
| 7/1/1996 | W/H TAX DIV MRK | (3,260) | - | (3,260) | - | - | 46,305,401 | - | - | - | (3,260) |
| 7/3/1996 | CHECK WIRE | 6,500,000 | 6,500,000 | - | - | - | 52,805,401 | - | - | - | - |
| 7/5/1996 | W/H TAX DIV SLB | (689) | - | (689) | - | - | 52,804,712 | - | - | - | (689) |
| 7/8/1996 | CHECK WIRE | 1,500,000 | 1,500,000 | - | - | - | 54,304,712 | - | - | - | - |
| 7/15/1996 | W/H TAX DIV HWP | (979) | - | (979) | - | - | 54,303,733 | - | - | - | (979) |
| 7/22/1996 | W/H TAX DIV KO | (1,999) | - | (1,999) | - | - | 54,301,734 | - | - | - | (1,999) |
| 7/25/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (40) | - | (40) | - | - | 54,301,694 | - | - | - | (40) |
| 7/30/1996 | W/H TAX DIV DOW | (6,989) | - | (6,989) | - | - | 54,294,704 | - | - | - | (6,989) |
| 8/1/1996 | W/H TAX DIV BEL | (1,377) | - | (1,377) | - | - | 54,292,327 | - | - | - | (1,377) |
| 8/1/1996 | W/H TAX DIV T | (2,798) | - | (2,798) | - | - | 54,290,929 | - | - | - | (2,798) |
| 8/1/1996 | W/H TAX DIV EK | (4,843) | - | (4,843) | - | - | 54,285,686 | - | - | - | (4,843) |
| 8/1/1996 | W/H TAX DIV GM | (1,061) | - | (1,061) | - | - | 54,284,625 | - | - | - | (1,061) |
| 8/1/1996 | W/H TAX DIV NYN | (1,244) | - | (1,244) | - | - | 54,283,081 | - | - | - | (1,244) |
| 8/1/1996 | W/H TAX DIV AIT | (2,293) | - | (2,293) | - | - | 54,281,088 | - | - | - | (2,293) |
| 8/1/1996 | CHECK WIRE | (2,570) | - | (2,570) | - | - | 54,278,519 | - | - | - | (2,570) |
| 8/1/1996 | W/H TAX DIV BMY | (3,429) | - | (3,429) | - | - | 54,275,090 | - | - | - | (3,429) |
| 8/1/1996 | CHECK WIRE | 4,500,000 | 4,500,000 | - | - | - | 58,775,090 | - | - | - | - |

BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/9/1996 | W/H TAX DIV AXP | (983) | | (983) | | | 58,774,107 | | | | (983) |
| 8/16/1996 | W/H TAX DIV DIS | (666) | | (666) | | | 58,773,442 | | | | (666) |
| 8/19/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (51) | | (51) | | | 58,773,390 | | | | (51) |
| 8/30/1996 | W/H TAX DIV CCI | (2,594) | | (2,594) | | | 58,770,886 | | | | (2,594) |
| 8/30/1996 | W/H TAX DIV CTC | (486) | | (486) | | | 58,770,460 | | | | (486) |
| 9/3/1996 | W/H TAX DIV COL | (157) | | (157) | | | 58,770,244 | | | | (157) |
| 9/3/1996 | W/H TAX DIV | (5,206) | | (5,206) | | | 58,765,038 | | | | (5,206) |
| 9/6/1996 | W/H TAX DIV BA | (1,123) | | (1,123) | | | 58,763,915 | | | | (1,123) |
| 9/9/1996 | W/H TAX DIV C | 11,200,000 | 11,200,000 | | | | 69,963,915 | | | | |
| 9/10/1996 | W/H TAX DIV MOB | (4,617) | | (4,617) | | | 69,959,298 | | | | (4,617) |
| 9/10/1996 | W/H TAX DIV XON | (11,401) | | (11,401) | | | 69,947,897 | | | | (11,401) |
| 9/10/1996 | W/H TAX DIV GM | (3,767) | | (3,767) | | | 69,944,131 | | | | (3,767) |
| 9/10/1996 | W/H TAX DIV AN | (3,603) | | (3,603) | | | 69,940,527 | | | | (3,603) |
| 9/10/1996 | W/H TAX DIV IBM | (2,303) | | (2,303) | | | 69,938,224 | | | | (2,303) |
| 9/10/1996 | W/H TAX DIV | (3,005) | | (3,005) | | | 69,935,220 | | | | (3,005) |
| 9/12/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (33) | | (33) | | | 69,935,187 | | | | (33) |
| 9/13/1996 | W/H TAX DIV DD | (3,807) | | (3,807) | | | 69,931,380 | | | | (3,807) |
| 9/13/1996 | W/H TAX DIV BAC | (2,329) | | (2,329) | | | 69,929,051 | | | | (2,329) |
| 9/13/1996 | W/H TAX DIV ARC | (520) | | (520) | | | 69,928,531 | | | | (520) |
| 9/13/1996 | W/H TAX DIV MCD | (646) | | (646) | | | 69,927,885 | | | | (646) |
| 9/20/1996 | W/H TAX DIV AIG | (573) | | (573) | | | 69,927,312 | | | | (573) |
| 9/27/1996 | W/H TAX DIV PEP | (2,265) | | (2,265) | | | 69,925,047 | | | | (2,265) |
| 10/1/1996 | W/H TAX DIV KO | (4,616) | | (4,616) | | | 69,920,431 | | | | (4,616) |
| 10/1/1996 | W/H TAX DIV EK | (1,723) | | (1,723) | | | 69,918,708 | | | | (1,723) |
| 10/9/1996 | W/H TAX DIV MRK | (6,199) | | (6,199) | | | 69,912,509 | | | | (6,199) |
| 10/7/1996 | W/H TAX DIV WMT | (1,506) | | (1,506) | | | 69,911,003 | | | | (1,506) |
| 10/8/1996 | CHECK WIRE | 6,500,000 | 6,500,000 | | | | 76,411,003 | | | | |
| 10/15/1996 | W/H TAX DIV C | (523) | | (523) | | | 76,410,480 | | | | (523) |
| 10/15/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (7) | | (7) | | | 76,410,473 | | | | (7) |
| 11/1/1996 | W/H TAX DIV T | (6,617) | | (6,617) | | | 76,403,856 | | | | (6,617) |
| 11/7/1996 | CHECK WIRE | 9,000,000 | 9,000,000 | | | | 85,403,856 | | | | |
| 11/8/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (16) | | (16) | | | 85,403,840 | | | | (16) |
| 11/19/1996 | W/H TAX DIV CCI | (1,752) | | (1,752) | | | 85,402,088 | | | | (1,752) |
| 11/29/1996 | W/H TAX DIV CTC | (369) | | (369) | | | 85,401,720 | | | | (369) |
| 12/2/1996 | W/H TAX DIV F | (3,787) | | (3,787) | | | 85,397,933 | | | | (3,787) |
| 12/5/1996 | CHECK WIRE | 9,500,000 | 9,500,000 | | | | 94,897,933 | | | | |
| 12/6/1996 | W/H TAX DIV BA | (1,615) | | (1,615) | | | 94,896,318 | | | | (1,615) |
| 12/10/1996 | W/H TAX DIV AXJ | (4,187) | | (4,187) | | | 94,892,131 | | | | (4,187) |
| 12/10/1996 | W/H TAX DIV IBM | (1,506) | | (1,506) | | | 94,890,625 | | | | (1,506) |
| 12/10/1996 | W/H TAX DIV AN | (2,664) | | (2,664) | | | 94,887,962 | | | | (2,664) |
| 12/10/1996 | W/H TAX DIV F | (6,270) | | (6,270) | | | 94,881,692 | | | | (6,270) |
| 12/10/1996 | W/H TAX DIV MOB | (4,942) | | (4,942) | | | 94,876,750 | | | | (4,942) |
| 12/10/1996 | W/H TAX DIV INTC | (3,278) | | (3,278) | | | 94,873,471 | | | | (3,278) |
| 12/12/1996 | W/H TAX DIV BA | (3,225) | | (3,225) | | | 94,870,247 | | | | (3,225) |
| 12/12/1996 | W/H TAX DIV MTC | (1,451) | | (1,451) | | | 94,868,795 | | | | (1,451) |
| 12/13/1996 | W/H TAX DIV MCD | (3,431) | | (3,431) | | | 94,865,364 | | | | (3,431) |
| 12/13/1996 | W/H TAX DIV DD | (865) | | (865) | | | 94,864,499 | | | | (865) |
| 12/16/1996 | W/H TAX DIV DD | (5,400) | | (5,400) | | | 94,849,099 | | | | (5,400) |
| 12/16/1996 | W/H TAX DIV KO | (5,098) | | (5,098) | | | 94,844,002 | | | | (5,098) |
| 12/16/1996 | FIDELITY CASH RESERVES SBI W/H TAX DIV FCRXX | (22) | | (22) | | | 94,843,980 | | | | (22) |
| 12/18/1996 | W/H TAX DIV T | (783) | | (783) | | | 94,843,197 | | | | (783) |
| 1/2/1997 | W/H TAX DIV MRK | (8,156) | | (8,156) | | | 94,835,041 | | | | (8,156) |
| 1/2/1997 | W/H TAX DIV PEP | (2,960) | | (2,960) | | | 94,832,081 | | | | (2,960) |
| 1/21/1997 | W/H TAX DIV EK | (2,307) | | (2,307) | | | 94,829,774 | | | | (2,307) |
| 1/9/1997 | CHECK WIRE | 11,000,000 | 11,000,000 | | | | 105,829,774 | | | | |
| 1/10/1997 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | (2) | | (2) | | | 105,829,772 | | | | (2) |
| 1/15/1997 | W/H TAX DIV C | (4,619) | | (4,619) | | | 105,825,153 | | | | (4,619) |
| 1/17/1997 | W/H TAX DIV WMT | (1,989) | | (1,989) | | | 105,823,164 | | | | (1,989) |
| 2/6/1997 | CHECK WIRE | 13,000,000 | 13,000,000 | | | | 118,823,164 | | | | |
| 2/18/1997 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | (40) | | (40) | | | 118,823,124 | | | | (40) |
| 2/20/1997 | W/H TAX DIV CCI | (4,830) | | (4,830) | | | 118,818,294 | | | | (4,830) |
| 3/3/1997 | W/H TAX DIV F | (8,762) | | (8,762) | | | 118,809,532 | | | | (8,762) |
| 3/3/1997 | W/H TAX DIV CTC | (252) | | (252) | | | 118,809,280 | | | | (252) |
| 3/3/1997 | W/H TAX DIV COL | (775) | | (775) | | | 118,808,506 | | | | (775) |
| 3/7/1997 | W/H TAX DIV BA | (1,898) | | (1,898) | | | 118,806,608 | | | | (1,898) |
| 3/4/1997 | CHECK WIRE | 3,200,000 | 3,200,000 | | | | 122,006,608 | | | | |
| 3/10/1997 | W/H TAX DIV C | (7,022) | | (7,022) | | | 121,999,585 | | | | (7,022) |
| 3/10/1997 | W/H TAX DIV MOB | (8,212) | | (8,212) | | | 121,991,373 | | | | (8,212) |
| 3/10/1997 | W/H TAX DIV XON | (18,745) | | (18,745) | | | 121,972,628 | | | | (18,745) |
| 3/10/1997 | W/H TAX DIV GM | (6,779) | | (6,779) | | | 121,965,849 | | | | (6,779) |
| 3/10/1997 | W/H TAX DIV IBM | (3,391) | | (3,391) | | | 121,962,458 | | | | (3,391) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 99-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 3/11/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5) | - | (5) | - | - | 121,962,453 | - | - | - | (5) |
| 3/11/1997 | W/H TAX DIV INJ | (5,301) | - | (5,301) | - | - | 121,957,152 | - | - | - | (5,301) |
| 3/12/1997 | W/H TAX DIV MMM | (4,542) | - | (4,542) | - | - | 121,952,610 | - | - | - | (4,542) |
| 3/12/1997 | W/H TAX DIV BAC | (4,575) | - | (4,575) | - | - | 121,948,035 | - | - | - | (4,575) |
| 3/14/1997 | W/H TAX DIV BMY | (6,073) | - | (6,073) | - | - | 121,941,962 | - | - | - | (6,073) |
| 3/17/1997 | TRANS TO 1FN08630 / 1FN066) | (3,200,000) | - | - | - | (3,200,000) | 118,741,962 | - | - | - | - |
| 3/31/1997 | W/H TAX DIV PEP | (1,204) | - | (1,204) | - | - | 118,740,758 | - | - | - | (1,204) |
| 4/1/1997 | W/H TAX DIV KO | (2,330) | - | (2,330) | - | - | 118,738,428 | - | - | - | (2,330) |
| 4/4/1997 | W/H TAX DIV SLB | (2,008) | - | (2,008) | - | - | 118,736,419 | - | - | - | (2,008) |
| 4/8/1997 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 133,736,419 | - | - | - | - |
| 4/9/1997 | W/H TAX DIV WMT | (1,042) | - | (1,042) | - | - | 133,735,377 | - | - | - | (1,042) |
| 4/15/1997 | W/H TAX DIV G | (1,991) | - | (1,991) | - | - | 133,733,386 | - | - | - | (1,991) |
| 4/16/1997 | W/H TAX DIV HWP | (1,604) | - | (1,604) | - | - | 133,731,782 | - | - | - | (1,604) |
| 4/24/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (42) | - | (42) | - | - | 133,731,740 | - | - | - | (42) |
| 5/1/1997 | W/H TAX DIV T | (5,142) | - | (5,142) | - | - | 133,726,598 | - | - | - | (5,142) |
| 5/1/1997 | W/H TAX DIV F | (7,005) | - | (7,005) | - | - | 133,719,593 | - | - | - | (7,005) |
| 5/2/1997 | W/H TAX DIV HD | (4,204) | - | (4,204) | - | - | 133,715,389 | - | - | - | (4,204) |
| 5/1/1997 | W/H TAX DIV AIT | (4,154) | - | (4,154) | - | - | 133,711,235 | - | - | - | (4,154) |
| 5/9/1997 | CHECK WIRE | 20,000,000 | 20,000,000 | - | - | - | 153,711,235 | - | - | - | - |
| 5/9/1997 | W/H TAX DIV AXP | (1,429) | - | (1,429) | - | - | 153,709,806 | - | - | - | (1,429) |
| 5/12/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (12) | - | (12) | - | - | 153,709,795 | - | - | - | (12) |
| 5/16/1997 | W/H TAX DIV DIS | (1,196) | - | (1,196) | - | - | 153,708,599 | - | - | - | (1,196) |
| 5/19/1997 | W/H TAX DIV COL | (2,900) | - | (2,900) | - | - | 153,705,699 | - | - | - | (2,900) |
| 6/2/1997 | W/H TAX DIV F | (6,058) | - | (6,058) | - | - | 153,699,641 | - | - | - | (6,058) |
| 6/2/1997 | W/H TAX DIV INTC | (506) | - | (506) | - | - | 153,699,134 | - | - | - | (506) |
| 6/2/1997 | W/H TAX DIV COL | (166) | - | (166) | - | - | 153,698,969 | - | - | - | (166) |
| 6/9/1997 | CHECK WIRE | 27,000,000 | 27,000,000 | - | - | - | 180,698,969 | - | - | - | - |
| 6/10/1997 | W/H TAX DIV AN | (4,082) | - | (4,082) | - | - | 180,694,887 | - | - | - | (4,082) |
| 6/10/1997 | W/H TAX DIV BM | (2,701) | - | (2,701) | - | - | 180,692,186 | - | - | - | (2,701) |
| 6/10/1997 | W/H TAX DIV GM | (4,880) | - | (4,880) | - | - | 180,687,306 | - | - | - | (4,880) |
| 6/11/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (33) | - | (33) | - | - | 180,687,273 | - | - | - | (33) |
| 7/8/1997 | CHECK WIRE | 27,000,000 | 27,000,000 | - | - | - | 207,687,273 | - | - | - | - |
| 7/9/1997 | W/H TAX DIV HWP | (3,959) | - | (3,959) | - | - | 207,683,313 | - | - | - | (3,959) |
| 7/14/1997 | W/H TAX DIV BA | (4,381) | - | (4,381) | - | - | 207,678,933 | - | - | - | (4,381) |
| 7/18/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (43) | - | (43) | - | - | 207,678,889 | - | - | - | (43) |
| 7/25/1997 | W/H TAX DIV F | (23,944) | - | (23,944) | - | - | 207,654,946 | - | - | - | (23,944) |
| 8/1/1997 | W/H TAX DIV BEL | (9,122) | - | (9,122) | - | - | 207,645,824 | - | - | - | (9,122) |
| 8/1/1997 | W/H TAX DIV GE | (14,956) | - | (14,956) | - | - | 207,630,869 | - | - | - | (14,956) |
| 8/1/1997 | W/H TAX DIV AIT | (8,603) | - | (8,603) | - | - | 207,622,265 | - | - | - | (8,603) |
| 8/1/1997 | W/H TAX DIV BMY | (10,609) | - | (10,609) | - | - | 207,611,657 | - | - | - | (10,609) |
| 8/8/1997 | W/H TAX DIV AXP | (2,937) | - | (2,937) | - | - | 207,608,720 | - | - | - | (2,937) |
| 8/12/1997 | CHECK WIRE | 12,000,000 | 12,000,000 | - | - | - | 219,608,720 | - | - | - | - |
| 8/20/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (65) | - | (65) | - | - | 219,608,655 | - | - | - | (65) |
| 8/22/1997 | W/H TAX DIV DIS | (2,498) | - | (2,498) | - | - | 219,606,157 | - | - | - | (2,498) |
| 9/8/1997 | CHECK WIRE | 7,000,000 | 7,000,000 | - | - | - | 226,606,157 | - | - | - | - |
| 9/8/1997 | W/H TAX DIV MCD | (1,782) | - | (1,782) | - | - | 226,604,375 | - | - | - | (1,782) |
| 9/12/1997 | W/H TAX DIV MMM | (4,559) | - | (4,559) | - | - | 226,599,816 | - | - | - | (4,559) |
| 9/19/1997 | W/H TAX DIV AIG | (1,620) | - | (1,620) | - | - | 226,598,216 | - | - | - | (1,620) |
| 9/23/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 226,598,216 | - | - | - | (1) |
| 9/26/1997 | W/H TAX DIV NB | (7,446) | - | (7,446) | - | - | 226,590,810 | - | - | - | (7,446) |
| 10/1/1997 | W/H TAX DIV BMY | (10,364) | - | (10,364) | - | - | 226,580,446 | - | - | - | (10,364) |
| 10/1/1997 | W/H TAX DIV MRK | (16,656) | - | (16,656) | - | - | 226,563,790 | - | - | - | (16,656) |
| 10/1/1997 | W/H TAX DIV S | (2,709) | - | (2,709) | - | - | 226,561,082 | - | - | - | (2,709) |
| 10/7/1997 | W/H TAX DIV PEP | (5,851) | - | (5,851) | - | - | 226,555,231 | - | - | - | (5,851) |
| 10/8/1997 | CHECK WIRE | 7,000,000 | 7,000,000 | - | - | - | 233,555,231 | - | - | - | - |
| 10/10/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2,839) | - | (2,839) | - | - | 233,552,392 | - | - | - | (2,839) |
| 10/14/1997 | W/H TAX DIV WMT | (4,656) | - | (4,656) | - | - | 233,547,736 | - | - | - | (4,656) |
| 10/15/1997 | W/H TAX DIV HWP | (4,240) | - | (4,240) | - | - | 233,543,496 | - | - | - | (4,240) |
| 10/15/1997 | W/H TAX DIV GE | (8,412) | - | (8,412) | - | - | 233,535,084 | - | - | - | (8,412) |
| 10/22/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (48) | - | (48) | - | - | 233,535,036 | - | - | - | (48) |
| 10/27/1997 | W/H TAX DIV GE | (26,193) | - | (26,193) | - | - | 233,508,843 | - | - | - | (26,193) |
| 11/3/1997 | W/H TAX DIV BMY | (11,876) | - | (11,876) | - | - | 233,496,967 | - | - | - | (11,876) |
| 11/3/1997 | W/H TAX DIV MRK | (16,686) | - | (16,686) | - | - | 233,480,281 | - | - | - | (16,686) |
| 11/3/1997 | W/H TAX DIV AIT | (9,794) | - | (9,794) | - | - | 233,470,487 | - | - | - | (9,794) |
| 11/3/1997 | W/H TAX DIV KO | (18,725) | - | (18,725) | - | - | 233,451,762 | - | - | - | (18,725) |
| 11/10/1997 | W/H TAX DIV AXP | (3,321) | - | (3,321) | - | - | 233,448,441 | - | - | - | (3,321) |
| 11/10/1997 | CHECK WIRE | 27,500,000 | 27,500,000 | - | - | - | 260,948,441 | - | - | - | - |
| 11/11/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (16) | - | (16) | - | - | 260,948,425 | - | - | - | (16) |
| 11/20/1997 | W/H TAX DIV DIS | (2,763) | - | (2,763) | - | - | 260,945,662 | - | - | - | (2,763) |
| 11/21/1997 | W/H TAX DIV AIT | (1,576) | - | (1,576) | - | - | 260,944,086 | - | - | - | (1,576) |
| 12/15/1997 | W/H TAX DIV KO | (9,628) | - | (9,628) | - | - | 260,934,458 | - | - | - | (9,628) |

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 9b-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/1997 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (11) | - | (11) | | | 260,934,448 | | | | (11) |
| 12/19/1997 | W/H TAX DIV AIG | (1,433) | - | (1,433) | | | 260,933,015 | | | | (1,433) |
| 12/24/1997 | W/H TAX DIV NB | (7,549) | - | (7,549) | | | 260,925,466 | | | | (7,549) |
| 12/29/1997 | W/H TAX DIV MER | (15,129) | - | (15,129) | | | 260,910,336 | | | | (15,129) |
| 1/2/1998 | W/H TAX DIV PEP | (5,349) | - | (5,349) | | | 260,904,988 | | | | (5,349) |
| 1/9/1998 | CHECK WIRE | 19,000,000 | 19,000,000 | - | | | 279,904,988 | | | | |
| 1/15/1998 | W/H TAX DIV C | (7,335) | - | (7,335) | | | 279,897,652 | | | | (7,335) |
| 1/20/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | | | 279,897,648 | | | | (4) |
| 2/9/1998 | CHECK WIRE | 25,000,000 | 25,000,000 | - | | | 304,897,648 | | | | |
| 2/19/1998 | W/H TAX DIV CCI | (6,765) | - | (6,765) | | | 304,890,883 | | | | (6,765) |
| 2/24/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (28) | - | (28) | | | 304,890,856 | | | | (28) |
| 2/25/1998 | W/H TAX DIV MER | (1,765) | - | (1,765) | | | 304,889,091 | | | | (1,765) |
| 3/2/1998 | W/H TAX DIV NTC | (1,302) | - | (1,302) | | | 304,887,789 | | | | (1,302) |
| 3/2/1998 | W/H TAX DIV F | (13,280) | - | (13,280) | | | 304,874,509 | | | | (13,280) |
| 3/6/1998 | CHECK WIRE | 21,000,000 | 21,000,000 | - | | | 325,874,509 | | | | |
| 3/6/1998 | W/H TAX DIV BA | (5,374) | - | (5,374) | | | 325,869,135 | | | | (5,374) |
| 3/10/1998 | W/H TAX DIV BMY | (5,000) | - | (5,000) | | | 325,864,135 | | | | (5,000) |
| 3/10/1998 | W/H TAX DIV AN | (14,396) | - | (14,396) | | | 325,849,739 | | | | (14,396) |
| 3/10/1998 | W/H TAX DIV GM | (13,863) | - | (13,863) | | | 325,835,877 | | | | (13,863) |
| 3/10/1998 | W/H TAX DIV MOB | (1,735) | - | (1,735) | | | 325,834,141 | | | | (1,735) |
| 3/10/1998 | W/H TAX DIV XON | (26,531) | - | (26,531) | | | 325,807,610 | | | | (26,531) |
| 3/10/1998 | W/H TAX DIV INJ | (11,261) | - | (11,261) | | | 325,796,350 | | | | (11,261) |
| 3/11/1998 | W/H TAX DIV BAC | (9,312) | - | (9,312) | | | 325,787,038 | | | | (9,312) |
| 3/12/1998 | W/H TAX DIV MMM | (8,211) | - | (8,211) | | | 325,778,827 | | | | (8,211) |
| 3/13/1998 | W/H TAX DIV KO | (6,287) | - | (6,287) | | | 325,772,540 | | | | (6,287) |
| 3/16/1998 | W/H TAX DIV ARC | (13,436) | - | (13,436) | | | 325,759,104 | | | | (13,436) |
| 3/17/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (50) | - | (50) | | | 325,759,054 | | | | (50) |
| 4/3/1998 | W/H TAX DIV WMT | (3,599) | - | (3,599) | | | 325,755,455 | | | | (3,599) |
| 4/6/1998 | W/H TAX DIV WMT | (3,565) | - | (3,565) | | | 325,751,891 | | | | (3,565) |
| 4/8/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 45,000,000 | 45,000,000 | - | | | 370,751,891 | | | | (5,796) |
| 4/15/1998 | W/H TAX DIV HWP | (5,796) | - | (5,796) | | | 370,746,095 | | | | (5,796) |
| 4/22/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (25) | - | (25) | | | 370,746,071 | | | | (25) |
| 5/1/1998 | W/H TAX DIV GM | (24,122) | - | (24,122) | | | 370,721,948 | | | | (24,122) |
| 5/1/1998 | W/H TAX DIV BMY | (21,785) | - | (21,785) | | | 370,700,163 | | | | (21,785) |
| 5/1/1998 | W/H TAX DIV AIT | (15,709) | - | (15,709) | | | 370,684,455 | | | | (15,709) |
| 5/1/1998 | W/H TAX DIV AIT | (13,763) | - | (13,763) | | | 370,670,692 | | | | (13,763) |
| 5/8/1998 | CHECK WIRE | 30,000,000 | 30,000,000 | - | | | 400,670,692 | | | | |
| 5/8/1998 | W/H TAX DIV AXP | (4,280) | - | (4,280) | | | 400,666,412 | | | | (4,280) |
| 5/19/1998 | W/H TAX DIV BAC | (26) | - | (26) | | | 400,656,386 | | | | (26) |
| 5/22/1998 | W/H TAX DIV DIS | (4,229) | - | (4,229) | | | 400,652,157 | | | | (4,229) |
| 6/5/1998 | CHECK WIRE | 18,000,000 | 18,000,000 | - | | | 418,652,157 | | | | |
| 6/5/1998 | W/H TAX DIV BA | (6,618) | - | (6,618) | | | 418,645,539 | | | | (6,618) |
| 6/9/1998 | W/H TAX DIV INJ | (15,754) | - | (15,754) | | | 418,629,785 | | | | (15,754) |
| 6/10/1998 | W/H TAX DIV XON | (11,881) | - | (11,881) | | | 418,617,904 | | | | (11,881) |
| 6/10/1998 | W/H TAX DIV XOM | (32,975) | - | (32,975) | | | 418,584,928 | | | | (32,975) |
| 6/10/1998 | W/H TAX DIV IBM | (6,476) | - | (6,476) | | | 418,578,452 | | | | (6,476) |
| 6/10/1998 | W/H TAX DIV AN | (3,214) | - | (3,214) | | | 418,575,239 | | | | (3,214) |
| 6/11/1998 | W/H TAX DIV AN | (23,914) | - | (23,914) | | | 418,551,325 | | | | (23,914) |
| 6/11/1998 | W/H TAX DIV PEP | (11,428) | - | (11,428) | | | 418,539,897 | | | | (11,428) |
| 6/11/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | | | 418,539,896 | | | | (1) |
| 6/12/1998 | W/H TAX DIV KO | (2,913) | - | (2,913) | | | 418,536,982 | | | | (2,913) |
| 6/12/1998 | W/H TAX DIV DD | (19,303) | - | (19,303) | | | 418,517,680 | | | | (19,303) |
| 6/12/1998 | W/H TAX DIV MMM | (10,111) | - | (10,111) | | | 418,507,569 | | | | (10,111) |
| 6/19/1998 | W/H TAX DIV AIG | (2,565) | - | (2,565) | | | 418,505,004 | | | | (2,565) |
| 6/19/1998 | W/H TAX DIV NB | (6,992) | - | (6,992) | | | 418,498,012 | | | | (6,992) |
| 6/30/1998 | W/H TAX DIV MRK | (1,509) | - | (1,509) | | | 418,496,503 | | | | (1,509) |
| 6/30/1998 | W/H TAX DIV PEP | (9,233) | - | (9,233) | | | 418,487,269 | | | | (9,233) |
| 7/1/1998 | AMOCO CORP CANCEL W/H | 23,914 | - | 23,914 | | | 418,511,184 | | | | 23,914 |
| 7/1/1998 | W/H TAX DIV XO | (17,633) | - | (17,633) | | | 418,493,550 | | | | (17,633) |
| 7/1/1998 | AMOCO CORP W/H TAX DIV | (11,957) | - | (11,957) | | | 418,481,593 | | | | (11,957) |
| 7/1/1998 | W/H TAX DIV MRK | (25,317) | - | (25,317) | | | 418,446,277 | | | | (25,317) |
| 7/9/1998 | CHECK WIRE | 3,000,000 | 3,000,000 | - | | | 421,446,277 | | | | |
| 7/9/1998 | CHECK WIRE | 52,000,000 | 52,000,000 | - | | | 473,446,277 | | | | |
| 7/10/1998 | W/H TAX DIV SLB | (4,439) | - | (4,439) | | | 473,441,838 | | | | (4,439) |
| 7/13/1998 | W/H TAX DIV WMT | (8,216) | - | (8,216) | | | 473,433,621 | | | | (8,216) |
| 7/15/1998 | W/H TAX DIV C | (12,307) | - | (12,307) | | | 473,421,315 | | | | (12,307) |
| 7/17/1998 | W/H TAX DIV GTP | (7,896) | - | (7,896) | | | 473,413,418 | | | | (7,896) |
| 7/22/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (40) | - | (40) | | | 473,413,278 | | | | (40) |
| 7/27/1998 | W/H TAX DIV GE | (46,316) | - | (46,316) | | | 473,366,962 | | | | (46,316) |
| 8/3/1998 | W/H TAX DIV BMY | (18,465) | - | (18,465) | | | 473,348,497 | | | | (18,465) |
| 8/31/1998 | W/H TAX DIV BEL | (28,356) | - | (28,356) | | | 473,320,141 | | | | (28,356) |

Exhibit B

## BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/1998 | W/H TAX DIV T | (25,174) | | (25,174) | | | 473,294,967 | | | | (25,174) |
| 8/31/1998 | W/H TAX DIV AIT | (15,543) | | (15,543) | | | 473,279,424 | | | | (15,543) |
| 8/5/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | | (4) | | | 473,279,420 | | | | (4) |
| 8/7/1998 | CHECK WIRE | 47,000,000 | 47,000,000 | | | | 520,279,420 | | | | |
| 8/10/1998 | W/H TAX DIV AXP | (5,143) | | (5,143) | | | 520,274,277 | | | | (5,143) |
| 9/4/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | | (1) | | | 520,274,277 | | | | (1) |
| 9/9/1998 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 535,274,277 | | | | |
| 9/11/1998 | W/H TAX DIV MCD | (2,700) | | (2,700) | | | 535,271,577 | | | | (2,700) |
| 9/30/1998 | W/H TAX DIV PEP | (3,079) | | (3,079) | | | 535,268,498 | | | | (3,079) |
| 10/15/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (12) | | (12) | | | 535,268,486 | | | | (12) |
| 10/21/1998 | CHECK WIRE | 8,000,000 | 8,000,000 | | | | 543,268,486 | | | | |
| 11/13/1998 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 553,268,486 | | | | |
| 11/13/1998 | W/H TAX DIV MCD | (4) | | (4) | | | 553,268,482 | | | | (4) |
| 12/11/1998 | W/H TAX DIV MCD | (1,935) | | (1,935) | | | 553,266,547 | | | | (1,935) |
| 12/15/1998 | W/H TAX DIV KO | (11,436) | | (11,436) | | | 553,255,111 | | | | (11,436) |
| 12/18/1998 | W/H TAX DIV AIG | (1,806) | | (1,806) | | | 553,253,305 | | | | (1,806) |
| 12/23/1998 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (22) | | (22) | | | 553,253,283 | | | | (22) |
| 12/23/1998 | W/H TAX DIV BAC | (24,187) | | (24,187) | | | 553,229,097 | | | | (24,187) |
| 1/4/1999 | W/H TAX DIV MRK | (20,251) | | (20,251) | | | 553,208,845 | | | | (20,251) |
| 1/4/1999 | W/H TAX DIV PEP | (5,936) | | (5,936) | | | 553,202,909 | | | | (5,936) |
| 1/4/1999 | W/H TAX DIV ONE | (13,616) | | (13,616) | | | 553,189,293 | | | | (13,616) |
| 1/11/1999 | W/H TAX DIV WMT | (5,276) | | (5,276) | | | 553,184,017 | | | | (5,276) |
| 1/14/1999 | CHECK WIRE | 7,000,000 | 7,000,000 | | | | 560,184,017 | | | | |
| 1/22/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | | (3) | | | 560,184,014 | | | | (3) |
| 2/1/1999 | CHECK WIRE | 8,000,000 | 8,000,000 | | | | 568,184,014 | | | | |
| 2/16/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 583,184,014 | | | | |
| 2/16/1999 | W/H TAX DIV TXN | (1,959) | | (1,959) | | | 583,182,055 | | | | (1,959) |
| 2/16/1999 | W/H TAX DIV KO | (16,320) | | (16,320) | | | 583,165,735 | | | | (16,320) |
| 2/24/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (11) | | (11) | | | 583,165,724 | | | | (11) |
| 2/26/1999 | W/H TAX DIV C | (23,101) | | (23,101) | | | 583,142,623 | | | | (23,101) |
| 3/1/1999 | W/H TAX DIV F | (31,527) | | (31,527) | | | 583,111,096 | | | | (31,527) |
| 3/1/1999 | W/H TAX DIV WFC | (16,830) | | (16,830) | | | 583,094,266 | | | | (16,830) |
| 3/1/1999 | W/H TAX DIV INTC | (3,775) | | (3,775) | | | 583,090,491 | | | | (3,775) |
| 3/3/1999 | W/H TAX DIV DD | (7,608) | | (7,608) | | | 583,082,882 | | | | (7,608) |
| 3/4/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (28) | | (28) | | | 583,082,854 | | | | (28) |
| 3/9/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 598,082,854 | | | | |
| 3/9/1999 | W/H TAX DIV JNJ | (18,681) | | (18,681) | | | 598,064,173 | | | | (18,681) |
| 3/10/1999 | W/H TAX DIV XON | (36,170) | | (36,170) | | | 598,028,003 | | | | (36,170) |
| 3/10/1999 | W/H TAX DIV IBM | (12,086) | | (12,086) | | | 598,015,917 | | | | (12,086) |
| 3/10/1999 | W/H TAX DIV GM | (18,681) | | (18,681) | | | 597,997,235 | | | | (18,681) |
| 3/15/1999 | W/H TAX DIV DIP | (22,119) | | (22,119) | | | 597,975,116 | | | | (22,119) |
| 3/31/1999 | W/H TAX DIV PG | (10,710) | | (10,710) | | | 597,964,406 | | | | (10,710) |
| 3/3/1999 | W/H TAX DIV MCD | (3,590) | | (3,590) | | | 597,960,816 | | | | (3,590) |
| 4/1/1999 | W/H TAX DIV ONE | (27,972) | | (27,972) | | | 597,932,845 | | | | (27,972) |
| 4/1/1999 | W/H TAX DIV KO | (22,155) | | (22,155) | | | 597,910,690 | | | | (22,155) |
| 4/30/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 612,910,690 | | | | |
| 4/4/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (23) | | (23) | | | 612,910,667 | | | | (23) |
| 4/19/1999 | W/H TAX DIV WMT | (12,795) | | (12,795) | | | 612,897,872 | | | | (12,795) |
| 4/26/1999 | W/H TAX DIV GE | (11,152) | | (11,152) | | | 612,886,719 | | | | (11,152) |
| 5/5/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 627,886,719 | | | | |
| 5/11/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | | (2) | | | 627,886,717 | | | | (2) |
| 5/14/1999 | CHECK WIRE | 7,000,000 | 7,000,000 | | | | 634,886,717 | | | | |
| 5/14/1999 | W/H TAX DIV PG | (3,508) | | (3,508) | | | 634,883,209 | | | | (3,508) |
| 5/14/1999 | TRANS TO 1FN06630 A/O 5/11/99 (FN086) | (7,000,000) | | | | (7,000,000) | 627,883,209 | | | | |
| 5/24/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (299) | | (299) | | | 627,882,910 | | | | (299) |
| 5/28/1999 | W/H TAX DIV C | (4,432) | | (4,432) | | | 627,878,478 | | | | (4,432) |
| 6/1/1999 | W/H TAX DIV LU | (938) | | (938) | | | 627,877,540 | | | | (938) |
| 6/1/1999 | W/H TAX DIV WFC | (9,132) | | (9,132) | | | 627,868,408 | | | | (9,132) |
| 6/1/1999 | W/H TAX DIV INTC | (2,845) | | (2,845) | | | 627,865,563 | | | | (2,845) |
| 6/1/1999 | W/H TAX DIV DD | (5,123) | | (5,123) | | | 627,860,439 | | | | (5,123) |
| 6/2/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 642,860,439 | | | | |
| 6/4/1999 | W/H TAX DIV BA | (7,653) | | (7,653) | | | 642,852,786 | | | | (7,653) |
| 6/8/1999 | W/H TAX DIV JNJ | (24,370) | | (24,370) | | | 642,828,416 | | | | (24,370) |
| 6/10/1999 | W/H TAX DIV IBM | (2,782) | | (2,782) | | | 642,825,634 | | | | (2,782) |
| 6/10/1999 | W/H TAX DIV MOB | (18,417) | | (18,417) | | | 642,807,217 | | | | (18,417) |
| 6/10/1999 | W/H TAX DIV GM | (25,395) | | (25,395) | | | 642,781,822 | | | | (25,395) |
| 6/14/1999 | W/H TAX DIV KO | (51,325) | | (51,325) | | | 642,730,497 | | | | (51,325) |
| 6/15/1999 | W/H TAX DIV XON | (28,062) | | (28,062) | | | 642,702,435 | | | | (28,062) |
| 6/16/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (35) | | (35) | | | 642,702,401 | | | | (35) |
| 7/1/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | | | | 657,702,401 | | | | |
| 7/2/1999 | W/H TAX DIV WMT | (6,825) | | (6,825) | | | 657,695,576 | | | | (6,825) |

Exhibit B

08-01789-cgm  Doc 6433-30  Filed 04/23/14  Entered 04/23/14 19:12:50  Exhibit M -
12-01290-smb  Doc 48-13  Filed 02/16/14  Entered 02/16/14 10:45:45  Exhibit A -
Part a  Pg 160 of 194
Pg 161 of 194

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/1999 | W/H TAX DIV HWP | (4,992) | - | (4,992) | - | - | 657,600,584 | - | - | - | (4,992) |
| 7/21/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (36) | - | (36) | - | - | 657,600,548 | - | - | - | (36) |
| 7/26/1999 | W/H TAX DIV GE | (36,173) | - | (36,173) | - | - | 657,564,375 | - | - | - | (36,173) |
| 7/29/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 672,564,375 | - | - | - | - |
| 8/2/1999 | W/H TAX DIV BEL | (18,769) | - | (18,769) | - | - | 672,545,607 | - | - | - | (18,769) |
| 8/2/1999 | W/H TAX DIV AIT | (10,525) | - | (10,525) | - | - | 672,535,081 | - | - | - | (10,525) |
| 8/2/1999 | W/H TAX DIV BMY | (12,997) | - | (12,997) | - | - | 672,612,085 | - | - | - | (12,997) |
| 8/2/1999 | W/H TAX DIV T | (21,450) | - | (21,450) | - | - | 672,590,635 | - | - | - | (21,450) |
| 8/5/1999 | W/H TAX DIV AIG | (14) | - | (14) | - | - | 672,590,621 | - | - | - | (14) |
| 8/10/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 687,590,621 | - | - | - | - |
| 8/10/1999 | W/H TAX DIV AXP | (3,071) | - | (3,071) | - | - | 687,587,550 | - | - | - | (3,071) |
| 8/16/1999 | W/H TAX DIV TXN | (420) | - | (420) | - | - | 687,587,130 | - | - | - | (420) |
| 8/24/1999 | W/H TAX DIV KO | (111) | - | (111) | - | - | 687,587,019 | - | - | - | (111) |
| 8/27/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5,995) | - | (5,995) | - | - | 687,581,024 | - | - | - | (5,995) |
| 9/1/1999 | W/H TAX DIV WFC | (4,282) | - | (4,282) | - | - | 687,576,742 | - | - | - | (4,282) |
| 9/1/1999 | W/H TAX DIV F | (7,197) | - | (7,197) | - | - | 687,569,544 | - | - | - | (7,197) |
| 9/1/1999 | W/H TAX DIV C | (791) | - | (791) | - | - | 687,568,754 | - | - | - | (791) |
| 9/1/1999 | W/H TAX DIV INTC | (1,334) | - | (1,334) | - | - | 687,567,420 | - | - | - | (1,334) |
| 9/3/1999 | W/H TAX DIV BA | (1,729) | - | (1,729) | - | - | 687,565,690 | - | - | - | (1,729) |
| 9/7/1999 | W/H TAX DIV JNJ | (9,995) | - | (9,995) | - | - | 687,555,696 | - | - | - | (9,995) |
| 9/9/1999 | CHECK WIRE | 20,000,000 | 20,000,000 | - | - | - | 707,555,696 | - | - | - | - |
| 9/9/1999 | W/H TAX DIV MOB | (5,633) | - | (5,633) | - | - | 707,550,063 | - | - | - | (5,633) |
| 9/10/1999 | W/H TAX DIV XON | (12,830) | - | (12,830) | - | - | 707,537,233 | - | - | - | (12,830) |
| 9/10/1999 | W/H TAX DIV GM | (4,118) | - | (4,118) | - | - | 707,533,115 | - | - | - | (4,118) |
| 9/10/1999 | W/H TAX DIV IBM | (2,767) | - | (2,767) | - | - | 707,530,348 | - | - | - | (2,767) |
| 9/10/1999 | W/H TAX DIV ONE | (5,188) | - | (5,188) | - | - | 707,525,160 | - | - | - | (5,188) |
| 9/13/1999 | W/H TAX DIV MRK | (5,711) | - | (5,711) | - | - | 707,519,449 | - | - | - | (5,711) |
| 9/15/1999 | W/H TAX DIV MMM | (3,968) | - | (3,968) | - | - | 707,515,480 | - | - | - | (3,968) |
| 9/17/1999 | W/H TAX DIV MCD | (4,227) | - | (4,227) | - | - | 707,510,753 | - | - | - | (4,227) |
| 9/17/1999 | W/H TAX DIV AIG | (47,491) | - | (47,491) | - | - | 707,463,262 | - | - | - | (47,491) |
| 9/30/1999 | W/H TAX DIV JNJ | (3) | - | (3) | - | - | 707,463,258 | - | - | - | (3) |
| 9/30/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (12,036) | - | (12,036) | - | - | 707,451,222 | - | - | - | (12,036) |
| 9/30/1999 | W/H TAX DIV PEP | (24,056) | - | (24,056) | - | - | 707,427,166 | - | - | - | (24,056) |
| 10/1/1999 | W/H TAX DIV KO | (29,434) | - | (29,434) | - | - | 707,397,735 | - | - | - | (29,434) |
| 10/1/1999 | W/H TAX DIV MRK | (42,232) | - | (42,232) | - | - | 707,355,783 | - | - | - | (42,232) |
| 10/5/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 722,355,783 | - | - | - | - |
| 10/12/1999 | W/H TAX DIV WMT | (13,485) | - | (13,485) | - | - | 722,342,299 | - | - | - | (13,485) |
| 10/20/1999 | W/H TAX DIV INTC | (9,923) | - | (9,923) | - | - | 722,332,375 | - | - | - | (9,923) |
| 10/20/1999 | W/H TAX DIV AIG | (9) | - | (9) | - | - | 722,332,367 | - | - | - | (9) |
| 10/25/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (69,796) | - | (69,796) | - | - | 722,262,571 | - | - | - | (69,796) |
| 11/1/1999 | W/H TAX DIV GE | (42,166) | - | (42,166) | - | - | 722,220,405 | - | - | - | (42,166) |
| 11/1/1999 | W/H TAX DIV BEL | (36,154) | - | (36,154) | - | - | 722,184,251 | - | - | - | (36,154) |
| 11/1/1999 | W/H TAX DIV BMY | (26,018) | - | (26,018) | - | - | 722,158,233 | - | - | - | (26,018) |
| 11/1/1999 | W/H TAX DIV AIT | (20,922) | - | (20,922) | - | - | 722,137,310 | - | - | - | (20,922) |
| 11/10/1999 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 732,137,310 | - | - | - | - |
| 11/17/1999 | W/H TAX DIV AXP | (6,105) | - | (6,105) | - | - | 732,131,205 | - | - | - | (6,105) |
| 11/17/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6) | - | (6) | - | - | 732,131,199 | - | - | - | (6) |
| 12/1/1999 | W/H TAX DIV BA | (3,223) | - | (3,223) | - | - | 732,127,976 | - | - | - | (3,223) |
| 12/1/1999 | W/H TAX DIV PEP | (9,210) | - | (9,210) | - | - | 732,118,766 | - | - | - | (9,210) |
| 12/28/1999 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 747,118,766 | - | - | - | - |
| 12/10/1999 | W/H TAX DIV GM | (8,223) | - | (8,223) | - | - | 747,110,543 | - | - | - | (8,223) |
| 12/10/1999 | W/H TAX DIV IBM | (5,526) | - | (5,526) | - | - | 747,105,017 | - | - | - | (5,526) |
| 12/10/1999 | W/H TAX DIV XON | (26,774) | - | (26,774) | - | - | 747,078,243 | - | - | - | (26,774) |
| 12/10/1999 | W/H TAX DIV MOB | (11,209) | - | (11,209) | - | - | 747,067,034 | - | - | - | (11,209) |
| 12/13/1999 | W/H TAX DIV MMM | (13,778) | - | (13,778) | - | - | 747,053,256 | - | - | - | (13,778) |
| 12/14/1999 | W/H TAX DIV DD | (8,634) | - | (8,634) | - | - | 747,044,582 | - | - | - | (8,634) |
| 12/17/1999 | W/H TAX DIV DIS | (10,361) | - | (10,361) | - | - | 747,034,189 | - | - | - | (10,361) |
| 12/31/1999 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (32) | - | (32) | - | - | 747,034,189 | - | - | - | (32) |
| 1/2/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 747,034,187 | - | - | - | (2) |
| 1/2/2000 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 762,034,187 | - | - | - | - |
| 2/1/2000 | W/H TAX DIV BEL | (14,236) | - | (14,236) | - | - | 762,019,950 | - | - | - | (14,236) |
| 2/4/2000 | W/H TAX DIV TXN | (2,068) | - | (2,068) | - | - | 762,017,883 | - | - | - | (2,068) |
| 2/15/2000 | W/H TAX DIV PEP | (25,595) | - | (25,595) | - | - | 761,992,288 | - | - | - | (25,595) |
| 2/24/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (43) | - | (43) | - | - | 761,992,245 | - | - | - | (43) |
| 2/25/2000 | W/H TAX DIV C | (32,961) | - | (32,961) | - | - | 761,959,284 | - | - | - | (32,961) |
| 3/1/2000 | W/H TAX DIV UTC | (3,655) | - | (3,655) | - | - | 761,955,629 | - | - | - | (3,655) |
| 3/1/2000 | W/H TAX DIV LU | (21,769) | - | (21,769) | - | - | 761,933,860 | - | - | - | (21,769) |
| 3/1/2000 | W/H TAX DIV INTC | (6,106) | - | (6,106) | - | - | 761,927,755 | - | - | - | (6,106) |
| 3/1/2000 | W/H TAX DIV F | (37,257) | - | (37,257) | - | - | 761,890,498 | - | - | - | (37,257) |
| 3/3/2000 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 776,890,498 | - | - | - | - |
| 3/3/2000 | W/H TAX DIV BA | (7,946) | - | (7,946) | - | - | 776,882,552 | - | - | - | (7,946) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD AC/F KINGATE GLOBAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 3/7/2000 | W/H TAX DIV DNJ | (23,839) | | (23,839) | | | 776,858,713 | | | | (23,839) |
| 3/10/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (44) | | (44) | | | 776,858,670 | | | | (44) |
| 3/10/2000 | W/H TAX DIV IBM | (12,844) | | (12,844) | | | 776,845,826 | | | | (12,844) |
| 3/10/2000 | W/H TAX DIV WMT | (92,740) | | (92,740) | | | 776,753,086 | | | | (92,740) |
| 3/10/2000 | W/H TAX DIV XOM | (91,440) | | (91,440) | | | 776,661,646 | | | | (91,440) |
| 3/14/2000 | W/H TAX DIV DD | (22,424) | | (22,424) | | | 776,711,222 | | | | (22,424) |
| 3/23/2000 | W/H TAX DIV PEP | (1,874) | | (1,874) | | | 776,709,348 | | | | (1,874) |
| 3/31/2000 | W/H TAX DIV PG | (8,243) | | (8,243) | | | 776,701,105 | | | | (8,243) |
| 3/31/2000 | W/H TAX DIV KO | (26,272) | | (26,272) | | | 776,674,833 | | | | (26,272) |
| 4/10/2000 | W/H TAX DIV WMT | (16,977) | | (16,977) | | | 776,657,856 | | | | (16,977) |
| 4/25/2000 | W/H TAX DIV GE | (27,944) | | (27,944) | | | 776,629,913 | | | | (27,944) |
| 4/28/2000 | W/H TAX DIV MWD | (3,680) | | (3,680) | | | 776,626,233 | | | | (3,680) |
| 4/28/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (41) | | (41) | | | 776,626,192 | | | | (41) |
| 5/1/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (16) | | (16) | | | 776,626,175 | | | | (16) |
| 5/2/2000 | CHECK WIRE | (30,000,000) | | (30,000,000) | | | 746,626,175 | | | | (30,000,000) |
| 6/1/2000 | W/H TAX DIV WFC | (9,861) | | (9,861) | | | 746,616,315 | | | | (9,861) |
| 6/1/2000 | W/H TAX DIV INTC | (2,689) | | (2,689) | | | 746,613,625 | | | | (2,689) |
| 6/12/2000 | W/H TAX DIV GM | (8,770) | | (8,770) | | | 746,604,856 | | | | (8,770) |
| 6/12/2000 | W/H TAX DIV DD | (22,026) | | (22,026) | | | 746,582,829 | | | | (22,026) |
| 6/12/2000 | W/H TAX DIV IBM | (6,334) | | (6,334) | | | 746,576,496 | | | | (6,334) |
| 6/12/2000 | W/H TAX DIV JNJ | (93,444) | | (93,444) | | | 746,543,052 | | | | (93,444) |
| 6/13/2000 | W/H TAX DIV JNJ | (14,450) | | (14,450) | | | 746,488,602 | | | | (14,450) |
| 6/19/2000 | TRANS FROM 1FN06310 (1/7/06) | 8,000,000 | | | 8,000,000 | | 754,468,602 | | | | |
| 6/21/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (34) | | (34) | | | 754,468,568 | | | | (34) |
| 7/10/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4,838) | | (4,838) | | | 754,463,730 | | | | (4,838) |
| 7/5/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (113) | | (113) | | | 754,461,617 | | | | (113) |
| 8/15/2000 | W/H TAX DIV PG | (13,156) | | (13,156) | | | 754,450,561 | | | | (13,156) |
| 8/15/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (46) | | (46) | | | 754,449,514 | | | | (46) |
| 8/21/2000 | W/H TAX DIV TXN | (1,883) | | (1,883) | | | 754,448,631 | | | | (1,883) |
| 8/24/2000 | W/H TAX DIV MER | (6,756) | | (6,756) | | | 754,441,875 | | | | (6,756) |
| 8/25/2000 | W/H TAX DIV C | (34,690) | | (34,690) | | | 754,407,185 | | | | (34,690) |
| 9/1/2000 | W/H TAX DIV LU | (3,841) | | (3,841) | | | 754,403,344 | | | | (3,841) |
| 9/1/2000 | W/H TAX DIV INTC | (7,515) | | (7,515) | | | 754,355,829 | | | | (7,515) |
| 9/8/2000 | W/H TAX DIV WFC | (19,977) | | (19,977) | | | 754,338,851 | | | | (19,977) |
| 9/8/2000 | CHECK WIRE | 20,000,000 | 20,000,000 | | | | 774,375,851 | | | | |
| 9/11/2000 | W/H TAX DIV IBM | (13,174) | | (13,174) | | | 774,362,677 | | | | (13,174) |
| 9/11/2000 | W/H TAX DIV XOM | (48,038) | | (48,038) | | | 774,314,039 | | | | (48,038) |
| 9/11/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (106) | | (106) | | | 774,314,533 | | | | (106) |
| 10/2/2000 | W/H TAX DIV KO | (13,902) | | (13,902) | | | 774,300,631 | | | | (13,902) |
| 10/3/2000 | CHECK WIRE | 20,000,000 | 20,000,000 | | | | 794,300,631 | | | | |
| 10/5/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | | (2) | | | 794,300,629 | | | | (2) |
| 10/11/2000 | W/H TAX DIV IBM | (8,903) | | (8,903) | | | 794,291,726 | | | | (8,903) |
| 10/11/2000 | W/H TAX DIV HWP | (9,404) | | (9,404) | | | 794,282,321 | | | | (9,404) |
| 10/18/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6) | | (6) | | | 794,282,315 | | | | (6) |
| 10/25/2000 | W/H TAX DIV GE | (79,768) | | (79,768) | | | 794,282,347 | | | | (79,768) |
| 10/27/2000 | W/H TAX DIV MWD | (13,487) | | (13,487) | | | 794,189,860 | | | | (13,487) |
| 11/1/2000 | W/H TAX DIV PHA | (9,049) | | (9,049) | | | 794,180,011 | | | | (9,049) |
| 11/1/2000 | W/H TAX DIV VZ | (61,893) | | (61,893) | | | 794,118,118 | | | | (61,893) |
| 11/1/2000 | W/H TAX DIV T | (49,371) | | (49,371) | | | 794,068,747 | | | | (49,371) |
| 11/1/2000 | W/H TAX DIV BMY | (28,634) | | (28,634) | | | 794,040,113 | | | | (28,634) |
| 11/6/2000 | CHECK WIRE | 20,000,000 | 20,000,000 | | | | 814,033,832 | | | | |
| 11/7/2000 | W/H TAX DIV WMT | (6) | | (6) | | | 814,033,832 | | | | (6) |
| 11/10/2000 | CHECK WIRE | 20,000,000 | 20,000,000 | | | | 834,027,928 | | | | |
| 11/17/2000 | W/H TAX DIV | (71) | | (71) | | | 834,027,857 | | | | (71) |
| 12/12/2000 | CHECK WIRE | 20,000,000 | 20,000,000 | | | | 854,027,857 | | | | |
| 12/26/2000 | CHECK WIRE | 30,000,000 | 30,000,000 | | | | 884,027,835 | | | | |
| 12/26/2000 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (22) | | (22) | | | 884,027,835 | | | | (22) |
| 1/4/2001 | CHECK WIRE | 60,000,000 | 60,000,000 | | | | 944,020,170 | | | | |
| 1/18/2001 | W/H TAX DIV MWD | (32,077) | | (32,077) | | | 943,988,093 | | | | (32,077) |
| 1/26/2001 | W/H TAX DIV PG | (4,856) | | (4,856) | | | 943,983,236 | | | | (4,856) |
| 1/30/2001 | W/H TAX DIV | (2,765) | | (2,765) | | | 943,980,472 | | | | (2,765) |
| 2/1/2001 | W/H TAX DIV XOM | (20,719) | | (20,719) | | | 943,959,753 | | | | (20,719) |
| 2/1/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6) | | (6) | | | 943,959,747 | | | | (6) |
| 2/15/2001 | W/H TAX DIV C | (51,536) | | (51,536) | | | 943,908,211 | | | | (51,536) |
| 2/22/2001 | W/H TAX DIV PG | (2,875) | | (2,875) | | | 943,905,336 | | | | (2,875) |
| 2/23/2001 | W/H TAX DIV INTC | (29,552) | | (29,552) | | | 943,875,784 | | | | (29,552) |
| 3/1/2001 | W/H TAX DIV PFE | (10,241) | | (10,241) | | | 943,865,543 | | | | (10,241) |
| 3/1/2001 | W/H TAX DIV | (53,000) | | (53,000) | | | 943,812,544 | | | | (53,000) |
| 3/9/2001 | W/H TAX DIV XOM | (110,378) | | (110,378) | | | 943,702,165 | | | | (110,378) |

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/2001 | W/H TAX DIV IBM | (17,469) | - | (17,469) | - | - | 943,684,697 | - | - | - | (17,469) |
| 3/13/2001 | W/H TAX DIV JNJ | (14,112) | - | (14,112) | - | - | 943,670,585 | - | - | - | (14,112) |
| 3/19/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (10) | - | (10) | - | - | 943,670,575 | - | - | - | (10) |
| 3/22/2001 | W/H TAX DIV HD | (1,530) | - | (1,530) | - | - | 943,669,045 | - | - | - | (1,530) |
| 3/30/2001 | W/H TAX DIV AXP | (3,508) | - | (3,508) | - | - | 943,665,537 | - | - | - | (3,508) |
| 4/2/2001 | W/H TAX DIV KO | (7,359) | - | (7,359) | - | - | 943,658,178 | - | - | - | (7,359) |
| 4/2/2001 | W/H TAX DIV MRK | (12,555) | - | (12,555) | - | - | 943,645,623 | - | - | - | (12,555) |
| 4/9/2001 | W/H TAX DIV WMT | (20,021) | - | (20,021) | - | - | 943,625,602 | - | - | - | (20,021) |
| 4/11/2001 | W/H TAX DIV HWP | (10,494) | - | (10,494) | - | - | 943,615,108 | - | - | - | (10,494) |
| 4/24/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (23) | - | (23) | - | - | 943,615,085 | - | - | - | (23) |
| 4/27/2001 | W/H TAX DIV MWD | (16,386) | - | (16,386) | - | - | 943,598,699 | - | - | - | (16,386) |
| 4/30/2001 | W/H TAX DIV DIS | (41,205) | - | (41,205) | - | - | 943,557,493 | - | - | - | (41,205) |
| 5/1/2001 | W/H TAX DIV BMY | (34,339) | - | (34,339) | - | - | 943,523,155 | - | - | - | (34,339) |
| 5/1/2001 | W/H TAX DIV VZ | (67,304) | - | (67,304) | - | - | 943,455,851 | - | - | - | (67,304) |
| 5/1/2001 | W/H TAX DIV T | (9,089) | - | (9,089) | - | - | 943,446,762 | - | - | - | (9,089) |
| 5/1/2001 | W/H TAX DIV PHA | (10,031) | - | (10,031) | - | - | 943,436,731 | - | - | - | (10,031) |
| 5/2/2001 | W/H TAX DIV INTC | (1,436) | - | (1,436) | - | - | 943,435,295 | - | - | - | (1,436) |
| 5/10/2001 | W/H TAX DIV AXP | (6,793) | - | (6,793) | - | - | 943,428,502 | - | - | - | (6,793) |
| 5/15/2001 | W/H TAX DIV PG | (29,257) | - | (29,257) | - | - | 943,399,245 | - | - | - | (29,257) |
| 6/20/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (20) | - | (20) | - | - | 943,399,225 | - | - | - | (20) |
| 7/2/2001 | W/H TAX DIV WMT | (16,647) | - | (16,647) | - | - | 943,382,578 | - | - | - | (16,647) |
| 7/11/2001 | W/H TAX DIV HWP | (3,612) | - | (3,612) | - | - | 943,378,966 | - | - | - | (3,612) |
| 7/11/2001 | W/H TAX DIV MRK | (1,618) | - | (1,618) | - | - | 943,377,348 | - | - | - | (1,618) |
| 7/23/2001 | W/H TAX DIV MWD | (23,101) | - | (23,101) | - | - | 943,354,247 | - | - | - | (23,101) |
| 7/25/2001 | W/H TAX DIV JPM | (140,021) | - | (140,021) | - | - | 943,214,226 | - | - | - | (140,021) |
| 7/25/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (21) | - | (21) | - | - | 943,214,205 | - | - | - | (21) |
| 7/31/2001 | W/H TAX DIV JPM | (59,963) | - | (59,963) | - | - | 943,154,242 | - | - | - | (59,963) |
| 8/1/2001 | W/H TAX DIV PHA | (15,648) | - | (15,648) | - | - | 943,138,594 | - | - | - | (15,648) |
| 8/1/2001 | W/H TAX DIV BMY | (46,063) | - | (46,063) | - | - | 943,092,531 | - | - | - | (46,063) |
| 8/1/2001 | W/H TAX DIV T | (9,388) | - | (9,388) | - | - | 943,083,143 | - | - | - | (9,388) |
| 8/1/2001 | W/H TAX DIV TYC | (2,064) | - | (2,064) | - | - | 943,081,079 | - | - | - | (2,064) |
| 8/10/2001 | W/H TAX DIV AXP | (9,492) | - | (9,492) | - | - | 942,999,109 | - | - | - | (9,492) |
| 8/15/2001 | W/H TAX DIV DIS | (19,884) | - | (19,884) | - | - | 942,999,733 | - | - | - | (19,884) |
| 8/28/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (8,762) | - | (8,762) | - | - | 942,960,967 | - | - | - | (8,762) |
| 9/13/2001 | W/H TAX DIV HD | (24,181) | - | (24,181) | - | - | 942,936,786 | - | - | - | (24,181) |
| 9/28/2001 | W/H TAX DIV PEP | (83,600) | - | (83,600) | - | - | 942,853,186 | - | - | - | (83,600) |
| 9/28/2001 | W/H TAX DIV BAC | (41,651) | - | (41,651) | - | - | 942,821,035 | - | - | - | (41,651) |
| 10/1/2001 | W/H TAX DIV KO | (75,763) | - | (75,763) | - | - | 942,735,772 | - | - | - | (75,763) |
| 10/1/2001 | W/H TAX DIV MRK | (29,441) | - | (29,441) | - | - | 942,706,332 | - | - | - | (29,441) |
| 10/9/2001 | W/H TAX DIV WMT | (14,742) | - | (14,742) | - | - | 942,601,390 | - | - | - | (14,742) |
| 10/10/2001 | W/H TAX DIV HWP | (20) | - | (20) | - | - | 942,541,050 | - | - | - | (20) |
| 10/18/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (150,520) | - | (150,520) | - | - | 942,516,422 | - | - | - | (150,520) |
| 10/25/2001 | W/H TAX DIV GE | (24,629) | - | (24,629) | - | - | 942,452,975 | - | - | - | (24,629) |
| 10/26/2001 | W/H TAX DIV PHA | (63,447) | - | (63,447) | - | - | 942,450,672 | - | - | - | (63,447) |
| 10/31/2001 | W/H TAX DIV JPM | (2,303) | - | (2,303) | - | - | 942,438,443 | - | - | - | (2,303) |
| 11/1/2001 | W/H TAX DIV TYC | (12,229) | - | (12,229) | - | - | 942,387,836 | - | - | - | (12,229) |
| 11/1/2001 | W/H TAX DIV T | (50,607) | - | (50,607) | - | - | 942,371,713 | - | - | - | (50,607) |
| 11/1/2001 | W/H TAX DIV MRK | (16,123) | - | (16,123) | - | - | 942,274,005 | - | - | - | (16,123) |
| 11/7/2001 | W/H TAX DIV PHA | (97,708) | - | (97,708) | - | - | 942,264,040 | - | - | - | (97,708) |
| 11/9/2001 | W/H TAX DIV VZ | (9,965) | - | (9,965) | - | - | 942,218,658 | - | - | - | (9,965) |
| 11/9/2001 | W/H TAX DIV XOM | (45,383) | - | (45,383) | - | - | 942,215,113 | - | - | - | (45,383) |
| 11/15/2001 | W/H TAX DIV WMT | (3,544) | - | (3,544) | - | - | 942,211,569 | - | - | - | (3,544) |
| 11/19/2001 | W/H TAX DIV TXN | (5) | - | (5) | - | - | 942,139,047 | - | - | - | (5) |
| 11/19/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (76,061) | - | (76,061) | - | - | 942,112,737 | - | - | - | (76,061) |
| 12/3/2001 | W/H TAX DIV MCD | (26,310) | - | (26,310) | - | - | 942,099,943 | - | - | - | (26,310) |
| 12/3/2001 | W/H TAX DIV INTC | (12,895) | - | (12,895) | - | - | 942,057,754 | - | - | - | (12,895) |
| 12/3/2001 | W/H TAX DIV WFC | (42,089) | - | (42,089) | - | - | 942,014,726 | - | - | - | (42,089) |
| 12/26/2001 | W/H TAX DIV PTE | (42,498) | - | (42,498) | - | - | 941,991,766 | - | - | - | (42,498) |
| 12/26/2001 | W/H TAX DIV IBM | (22,990) | - | (22,990) | - | - | 941,841,176 | - | - | - | (22,990) |
| 12/10/2001 | W/H TAX DIV XOM | (150,590) | - | (150,590) | - | - | 941,807,923 | - | - | - | (150,590) |
| 12/10/2001 | W/H TAX DIV XOM | (33,253) | - | (33,253) | - | - | 941,807,909 | - | - | - | (33,253) |
| 12/12/2001 | W/H TAX DIV WMT | (14) | - | (14) | - | - | 941,802,477 | - | - | - | (14) |
| 12/14/2001 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5,432) | - | (5,432) | - | - | 941,785,008 | - | - | - | (5,432) |
| 1/2/2002 | W/H TAX DIV MWD | (6) | - | (6) | - | - | 941,773,181 | - | - | - | (6) |
| 1/7/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (17,463) | - | (17,463) | - | - | 941,702,124 | - | - | - | (17,463) |
| 1/10/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (11,827) | - | (11,827) | - | - | 941,727,608 | - | - | - | (11,827) |
| 1/25/2002 | W/H TAX DIV MWD | (71,057) | - | (71,057) | - | - | 941,702,124 | - | - | - | (71,057) |
| 2/1/2002 | W/H TAX DIV BMY | (58,820) | - | (58,820) | - | - | 941,643,304 | - | - | - | (58,820) |
| 2/1/2002 | W/H TAX DIV VZ | (3,362) | - | (3,362) | - | - | 941,639,943 | - | - | - | (3,362) |
| 2/11/2002 | W/H TAX DIV SBC | (44,587) | - | (44,587) | - | - | 941,595,556 | - | - | - | (44,587) |
| 2/15/2002 | W/H TAX DIV PG | | | | | | | | | | |

Exhibit B

BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (18) | - | (18) | - | - | 941,595,338 | - | - | - | (18) |
| 2/22/2002 | W/H TAX DIV C | (74,348) | - | (74,348) | - | - | 941,520,991 | - | - | - | (74,348) |
| 3/1/2002 | W/H TAX DIV INTC | (12,544) | - | (12,544) | - | - | 941,508,446 | - | - | - | (12,544) |
| 3/5/2002 | W/H TAX DIV INTC | (40,675) | - | (40,675) | - | - | 941,467,771 | - | - | - | (40,675) |
| 3/6/2002 | W/H TAX DIV C | (1) | - | (1) | - | - | 941,467,770 | - | - | - | (1) |
| 3/7/2002 | W/H TAX DIV PFE | (74,564) | - | (74,564) | - | - | 941,393,206 | - | - | - | (74,564) |
| 3/1/2002 | W/H TAX DIV IBM | (21,902) | - | (21,902) | - | - | 941,371,304 | - | - | - | (21,902) |
| 3/11/2002 | W/H TAX DIV XOM | (145,577) | - | (145,577) | - | - | 941,227,727 | - | - | - | (145,577) |
| 3/11/2002 | W/H TAX DIV HD | (16,033) | - | (16,033) | - | - | 941,211,694 | - | - | - | (16,033) |
| 3/12/2002 | W/H TAX DIV JNJ | (31,229) | - | (31,229) | - | - | 941,180,465 | - | - | - | (31,229) |
| 3/14/2002 | W/H TAX DIV DD | (32,853) | - | (32,853) | - | - | 941,147,611 | - | - | - | (32,853) |
| 3/15/2002 | W/H TAX DIV AIG | (4,553) | - | (4,553) | - | - | 941,143,058 | - | - | - | (4,553) |
| 3/22/2002 | W/H TAX DIV BAC | (39,749) | - | (39,749) | - | - | 941,103,309 | - | - | - | (39,749) |
| 3/28/2002 | W/H TAX DIV HD | (11,143) | - | (11,143) | - | - | 941,092,166 | - | - | - | (11,143) |
| 4/1/2002 | W/H TAX DIV ONE | (13,040) | - | (13,040) | - | - | 941,079,126 | - | - | - | (13,040) |
| 4/1/2002 | W/H TAX DIV KO | (48,381) | - | (48,381) | - | - | 941,030,746 | - | - | - | (48,381) |
| 4/1/2002 | W/H TAX DIV MWD | (77,562) | - | (77,562) | - | - | 940,953,184 | - | - | - | (77,562) |
| 4/1/2002 | W/H TAX DIV PEP | (24,190) | - | (24,190) | - | - | 940,928,993 | - | - | - | (24,190) |
| 4/10/2002 | W/H TAX DIV MO | (120,952) | - | (120,952) | - | - | 940,808,041 | - | - | - | (120,952) |
| 4/18/2002 | W/H TAX DIV WMT | (32,354) | - | (32,354) | - | - | 940,775,687 | - | - | - | (32,354) |
| 4/25/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (11) | - | (11) | - | - | 940,775,676 | - | - | - | (11) |
| 4/25/2002 | W/H TAX DIV GE | (75,667) | - | (75,667) | - | - | 940,700,009 | - | - | - | (75,667) |
| 4/26/2002 | W/H TAX DIV MWD | (24,387) | - | (24,387) | - | - | 940,675,622 | - | - | - | (24,387) |
| 4/26/2002 | W/H TAX DIV MDT | (6,715) | - | (6,715) | - | - | 940,668,907 | - | - | - | (6,715) |
| 4/30/2002 | W/H TAX DIV JPM | (65,231) | - | (65,231) | - | - | 940,603,677 | - | - | - | (65,231) |
| 5/1/2002 | W/H TAX DIV PZ | (101,855) | - | (101,855) | - | - | 940,501,821 | - | - | - | (101,855) |
| 5/1/2002 | W/H TAX DIV SBC | (88,162) | - | (88,162) | - | - | 940,413,660 | - | - | - | (88,162) |
| 5/1/2002 | W/H TAX DIV T | (12,825) | - | (12,825) | - | - | 940,400,835 | - | - | - | (12,825) |
| 5/1/2002 | W/H TAX DIV TYC | (2,443) | - | (2,443) | - | - | 940,398,392 | - | - | - | (2,443) |
| 5/1/2002 | W/H TAX DIV VIA.B | (53,718) | - | (53,718) | - | - | 940,344,674 | - | - | - | (53,718) |
| 5/1/2002 | W/H TAX DIV PHA | (16,892) | - | (16,892) | - | - | 940,328,782 | - | - | - | (16,892) |
| 5/10/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5) | - | (5) | - | - | 940,328,778 | - | - | - | (5) |
| 5/15/2002 | W/H TAX DIV PG | (25,106) | - | (25,106) | - | - | 940,303,671 | - | - | - | (25,106) |
| 5/24/2002 | W/H TAX DIV AXP | (49,647) | - | (49,647) | - | - | 940,254,024 | - | - | - | (49,647) |
| 6/3/2002 | W/H TAX DIV INTC | (7,042) | - | (7,042) | - | - | 940,246,982 | - | - | - | (7,042) |
| 6/3/2002 | W/H TAX DIV WFC | (51,300) | - | (51,300) | - | - | 940,195,682 | - | - | - | (51,300) |
| 6/6/2002 | W/H TAX DIV PFE | (89,331) | - | (89,331) | - | - | 940,106,350 | - | - | - | (89,331) |
| 6/10/2002 | W/H TAX DIV IBM | (28,542) | - | (28,542) | - | - | 940,077,809 | - | - | - | (28,542) |
| 6/10/2002 | W/H TAX DIV BUD | (12,594) | - | (12,594) | - | - | 940,065,214 | - | - | - | (12,594) |
| 6/10/2002 | W/H TAX DIV XOM | (170,666) | - | (170,666) | - | - | 939,894,549 | - | - | - | (170,666) |
| 6/21/2002 | W/H TAX DIV HD | (24,505) | - | (24,505) | - | - | 939,870,044 | - | - | - | (24,505) |
| 6/24/2002 | W/H TAX DIV JNJ | (28,441) | - | (28,441) | - | - | 939,841,603 | - | - | - | (28,441) |
| 6/25/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6) | - | (6) | - | - | 939,841,597 | - | - | - | (6) |
| 7/1/2002 | W/H TAX DIV DD | (20,680) | - | (20,680) | - | - | 939,820,918 | - | - | - | (20,680) |
| 7/1/2002 | W/H TAX DIV USB | (6,663) | - | (6,663) | - | - | 939,814,255 | - | - | - | (6,663) |
| 7/1/2002 | W/H TAX DIV MRK | (2) | - | (2) | - | - | 939,814,253 | - | - | - | (2) |
| 7/25/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (31,822) | - | (31,822) | - | - | 939,782,431 | - | - | - | (31,822) |
| 7/26/2002 | W/H TAX DIV GE | (1,300) | - | (1,300) | - | - | 939,781,131 | - | - | - | (1,300) |
| 7/26/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 939,781,131 | - | - | - | (0) |
| 7/26/2002 | W/H TAX DIV MWD | (44,442) | - | (44,442) | - | - | 939,736,689 | - | - | - | (44,442) |
| 7/26/2002 | W/H TAX DIV MDT | (12,123) | - | (12,123) | - | - | 939,724,567 | - | - | - | (12,123) |
| 8/1/2002 | W/H TAX DIV SBC | (15,643) | - | (15,643) | - | - | 939,748,923 | - | - | - | (15,643) |
| 8/1/2002 | W/H TAX DIV T | (2,507) | - | (2,507) | - | - | 939,746,416 | - | - | - | (2,507) |
| 8/1/2002 | W/H TAX DIV PHA | (3,008) | - | (3,008) | - | - | 939,743,408 | - | - | - | (3,008) |
| 8/1/2002 | W/H TAX DIV BMY | (9,567) | - | (9,567) | - | - | 939,733,841 | - | - | - | (9,567) |
| 8/1/2002 | W/H TAX DIV VZ | (18,303) | - | (18,303) | - | - | 939,715,538 | - | - | - | (18,303) |
| 8/9/2002 | W/H TAX DIV AXP | (1,783) | - | (1,783) | - | - | 939,713,755 | - | - | - | (1,783) |
| 8/19/2002 | W/H TAX DIV TXN | (5,066) | - | (5,066) | - | - | 939,708,689 | - | - | - | (5,066) |
| 8/19/2002 | W/H TAX DIV WMT | (43) | - | (43) | - | - | 939,708,666 | - | - | - | (43) |
| 8/23/2002 | W/H TAX DIV C | (132,031) | - | (132,031) | - | - | 939,576,655 | - | - | - | (132,031) |
| 8/26/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (10) | - | (10) | - | - | 939,576,645 | - | - | - | (10) |
| 8/30/2002 | W/H TAX DIV KO | (18,570) | - | (18,570) | - | - | 939,558,076 | - | - | - | (18,570) |
| 9/3/2002 | W/H TAX DIV WFC | (66,753) | - | (66,753) | - | - | 939,491,323 | - | - | - | (66,753) |
| 9/3/2002 | W/H TAX DIV GE | (23,244) | - | (23,244) | - | - | 939,468,078 | - | - | - | (23,244) |
| 9/5/2002 | W/H TAX DIV PFE | (113,699) | - | (113,699) | - | - | 939,354,379 | - | - | - | (113,699) |
| 9/6/2002 | W/H TAX DIV BA | (19,526) | - | (19,526) | - | - | 939,334,854 | - | - | - | (19,526) |
| 9/9/2002 | W/H TAX DIV PHA | (3,384) | - | (3,384) | - | - | 939,331,469 | - | - | - | (3,384) |
| 9/10/2002 | W/H TAX DIV XOM | (214,848) | - | (214,848) | - | - | 939,096,762 | - | - | - | (214,848) |
| 9/10/2002 | W/H TAX DIV JNJ | (27,751) | - | (27,751) | - | - | 939,069,011 | - | - | - | (27,751) |
| 9/10/2002 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6) | - | (6) | - | - | 939,069,005 | - | - | - | (6) |
| 9/10/2002 | W/H TAX DIV IBM | (35,109) | - | (35,109) | - | - | 939,033,896 | - | - | - | (35,109) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2002 | W/H TAX DIV DD | (47,444) | - | (47,444) | - | - | 938,986,453 | - | - | (47,444) | (47,444) |
| 10/17/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (22) | - | (22) | - | - | 938,986,430 | - | - | (22) | (22) |
| 11/15/2002 | W/H TAX DIV CL | (7,909) | - | (7,909) | - | - | 938,978,521 | - | - | (7,909) | (7,909) |
| 11/15/2002 | W/H TAX DIV PKJ | (27,438) | - | (27,438) | - | - | 938,951,083 | - | - | (27,438) | (27,438) |
| 11/18/2002 | W/H TAX DIV TXN | (2,807) | - | (2,807) | - | - | 938,948,276 | - | - | (2,807) | (2,807) |
| 11/22/2002 | W/H TAX DIV C | (69,969) | - | (69,969) | - | - | 938,878,307 | - | - | (69,969) | (69,969) |
| 11/25/2002 | W/H TAX DIV GS | (4,394) | - | (4,394) | - | - | 938,873,913 | - | - | (4,394) | (4,394) |
| 11/25/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 938,873,905 | - | - | (8) | (8) |
| 11/27/2002 | W/H TAX DIV MER | (10,952) | - | (10,952) | - | - | 938,862,953 | - | - | (10,952) | (10,952) |
| 12/6/2002 | W/H TAX DIV DD | (19,458) | - | (19,458) | - | - | 938,843,495 | - | - | (19,458) | (19,458) |
| 1/6/2003 | W/H TAX DIV BUD | (13,291) | - | (13,291) | - | - | 938,830,204 | - | - | (13,291) | (13,291) |
| 1/6/2003 | W/H TAX DIV BA | (7,955) | - | (7,955) | - | - | 938,822,249 | - | - | (7,955) | (7,955) |
| 1/6/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 938,822,247 | - | - | (1) | (1) |
| 1/6/2003 | W/H TAX DIV KO | (6,369) | - | (6,369) | - | - | 938,815,878 | - | - | (6,369) | (6,369) |
| 1/6/2003 | W/H TAX DIV UTX | (121,202) | - | (121,202) | - | - | 938,694,676 | - | - | (121,202) | (121,202) |
| 1/6/2003 | W/H TAX DIV IBM | (19,816) | - | (19,816) | - | - | 938,674,860 | - | - | (19,816) | (19,816) |
| 1/9/2003 | W/H TAX DIV HCA | (879) | - | (879) | - | - | 938,673,982 | - | - | (879) | (879) |
| 1/9/2003 | W/H TAX DIV G | (13,456) | - | (13,456) | - | - | 938,660,526 | - | - | (13,456) | (13,456) |
| 1/10/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 938,660,524 | - | - | (2) | (2) |
| 1/31/2003 | W/H TAX DIV MWD | (17,029) | - | (17,029) | - | - | 938,643,495 | - | - | (17,029) | (17,029) |
| 2/3/2003 | W/H TAX DIV PHA | (21,283) | - | (21,283) | - | - | 938,622,212 | - | - | (21,283) | (21,283) |
| 2/3/2003 | W/H TAX DIV HD | (12,832) | - | (12,832) | - | - | 938,609,380 | - | - | (12,832) | (12,832) |
| 2/3/2003 | W/H TAX DIV INTC | (10,455) | - | (10,455) | - | - | 938,598,925 | - | - | (10,455) | (10,455) |
| 2/3/2003 | W/H TAX DIV SBC | (61,643) | - | (61,643) | - | - | 938,537,282 | - | - | (61,643) | (61,643) |
| 2/10/2003 | W/H TAX DIV TXN | (4,481) | - | (4,481) | - | - | 938,532,801 | - | - | (4,481) | (4,481) |
| 2/14/2003 | W/H TAX DIV XOM | (12,162) | - | (12,162) | - | - | 938,520,639 | - | - | (12,162) | (12,162) |
| 2/14/2003 | W/H TAX DIV PG | (64,039) | - | (64,039) | - | - | 938,456,600 | - | - | (64,039) | (64,039) |
| 2/14/2003 | W/H TAX DIV PFE | (113,064) | - | (113,064) | - | - | 938,343,536 | - | - | (113,064) | (113,064) |
| 2/27/2003 | W/H TAX DIV GS | (6,757) | - | (6,757) | - | - | 938,336,779 | - | - | (6,757) | (6,757) |
| 2/28/2003 | W/H TAX DIV C | (126,744) | - | (126,744) | - | - | 938,210,035 | - | - | (126,744) | (126,744) |
| 2/28/2003 | W/H TAX DIV MER | (16,671) | - | (16,671) | - | - | 938,193,364 | - | - | (16,671) | (16,671) |
| 3/3/2003 | W/H TAX DIV WFC | (62,449) | - | (62,449) | - | - | 938,130,915 | - | - | (62,449) | (62,449) |
| 3/3/2003 | W/H TAX DIV INTC | (16,318) | - | (16,318) | - | - | 938,114,597 | - | - | (16,318) | (16,318) |
| 3/5/2003 | W/H TAX DIV G | (21,017) | - | (21,017) | - | - | 938,093,580 | - | - | (21,017) | (21,017) |
| 3/7/2003 | W/H TAX DIV MSFT | (82,101) | - | (82,101) | - | - | 938,011,479 | - | - | (82,101) | (82,101) |
| 3/7/2003 | W/H TAX DIV BA | (17,229) | - | (17,229) | - | - | 937,994,250 | - | - | (17,229) | (17,229) |
| 3/10/2003 | W/H TAX DIV XOM | (189,623) | - | (189,623) | - | - | 937,804,627 | - | - | (189,623) | (189,623) |
| 3/10/2003 | W/H TAX DIV UTX | (13,795) | - | (13,795) | - | - | 937,790,832 | - | - | (13,795) | (13,795) |
| 3/10/2003 | W/H TAX DIV HD | (19,763) | - | (19,763) | - | - | 937,771,069 | - | - | (19,763) | (19,763) |
| 3/10/2003 | W/H TAX DIV IBM | (30,866) | - | (30,866) | - | - | 937,740,203 | - | - | (30,866) | (30,866) |
| 3/11/2003 | W/H TAX DIV JNJ | (74,358) | - | (74,358) | - | - | 937,665,845 | - | - | (74,358) | (74,358) |
| 3/12/2003 | W/H TAX DIV MMM | (23,189) | - | (23,189) | - | - | 937,642,656 | - | - | (23,189) | (23,189) |
| 3/14/2003 | W/H TAX DIV WFC | (43,355) | - | (43,355) | - | - | 937,599,301 | - | - | (43,355) | (43,355) |
| 3/17/2003 | W/H TAX DIV MO | (61) | - | (61) | - | - | 937,599,240 | - | - | (61) | (61) |
| 3/17/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (54,596) | - | (54,596) | - | - | 937,544,644 | - | - | (54,596) | (54,596) |
| 4/2/2003 | W/H TAX DIV WMT | (34,427) | - | (34,427) | - | - | 937,510,217 | - | - | (34,427) | (34,427) |
| 4/9/2003 | W/H TAX DIV DPQ | (23) | - | (23) | - | - | 937,510,194 | - | - | (23) | (23) |
| 4/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (38) | - | (38) | - | - | 937,510,156 | - | - | (38) | (38) |
| 4/30/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 937,510,151 | - | - | (5) | (5) |
| 5/9/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (13,449) | - | (13,449) | - | - | 937,496,702 | - | - | (13,449) | (13,449) |
| 5/28/2003 | W/H TAX DIV MER | (1) | - | (1) | - | - | 937,496,701 | - | - | (1) | (1) |
| 5/30/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (7,278) | - | (7,278) | - | - | 937,489,423 | - | - | (7,278) | (7,278) |
| 6/2/2003 | W/H TAX DIV INTC | (50,432) | - | (50,432) | - | - | 937,438,991 | - | - | (50,432) | (50,432) |
| 6/2/2003 | W/H TAX DIV WFC | (120,748) | - | (120,748) | - | - | 937,318,243 | - | - | (120,748) | (120,748) |
| 6/5/2003 | W/H TAX DIV PFE | (6,390) | - | (6,390) | - | - | 937,311,853 | - | - | (6,390) | (6,390) |
| 6/9/2003 | W/H TAX DIV BUD | (26,897) | - | (26,897) | - | - | 937,284,956 | - | - | (26,897) | (26,897) |
| 6/9/2003 | W/H TAX DIV IBM | (169,179) | - | (169,179) | - | - | 937,115,777 | - | - | (169,179) | (169,179) |
| 6/10/2003 | W/H TAX DIV XOM | (12,608) | - | (12,608) | - | - | 937,103,169 | - | - | (12,608) | (12,608) |
| 6/10/2003 | W/H TAX DIV UTX | (71,226) | - | (71,226) | - | - | 936,933,990 | - | - | (71,226) | (71,226) |
| 6/10/2003 | W/H TAX DIV JNJ | (24,656) | - | (24,656) | - | - | 936,921,382 | - | - | (24,656) | (24,656) |
| 6/12/2003 | W/H TAX DIV MMM | (35,956) | - | (35,956) | - | - | 936,850,156 | - | - | (35,956) | (35,956) |
| 6/12/2003 | W/H TAX DIV DD | (15,130) | - | (15,130) | - | - | 936,825,500 | - | - | (15,130) | (15,130) |
| 6/20/2003 | W/H TAX DIV AIG | (9) | - | (9) | - | - | 936,789,544 | - | - | (9) | (9) |
| 6/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (17,283) | - | (17,283) | - | - | 936,774,414 | - | - | (17,283) | (17,283) |
| 6/25/2003 | W/H TAX DIV HD | (118,085) | - | (118,085) | - | - | 936,774,405 | - | - | (118,085) | (118,085) |
| 6/27/2003 | W/H TAX DIV BAC | (34,152) | - | (34,152) | - | - | 936,757,122 | - | - | (34,152) | (34,152) |
| 6/30/2003 | W/H TAX DIV PEP | (67,909) | - | (67,909) | - | - | 936,639,037 | - | - | (67,909) | (67,909) |
| 7/1/2003 | W/H TAX DIV KO | (98,932) | - | (98,932) | - | - | 936,604,885 | - | - | (98,932) | (98,932) |
| 7/1/2003 | W/H TAX DIV MRK | (98,932) | - | (98,932) | - | - | 936,454,018 | - | - | (98,932) | (98,932) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2003 | W/H TAX DIV ONE | (30,601) | - | (30,601) | - | - | 936,423,416 | - | - | (30,601) | (30,601) |
| 7/1/2003 | W/H TAX DIV ALL | (17,184) | - | (17,184) | - | - | 936,406,232 | - | - | (17,184) | (17,184) |
| 7/2/2003 | W/H TAX DIV SLB | (10,507) | - | (10,507) | - | - | 936,395,725 | - | - | (10,507) | (10,507) |
| 7/3/2003 | W/H TAX DIV WMT | (22,898) | - | (22,898) | - | - | 936,372,827 | - | - | (22,898) | (22,898) |
| 7/7/2003 | W/H TAX DIV HD | (103,833) | - | (103,833) | - | - | 936,268,994 | - | - | (103,833) | (103,833) |
| 7/9/2003 | W/H TAX DIV HPQ | (30,268) | - | (30,268) | - | - | 936,178,726 | - | - | (30,268) | (30,268) |
| 7/10/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 936,178,723 | - | - | (3) | (3) |
| 7/21/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 936,178,719 | - | - | (3) | (3) |
| 7/31/2003 | W/H TAX DIV MWD | (29,141) | - | (29,141) | - | - | 936,104,578 | - | - | (29,141) | (29,141) |
| 8/1/2003 | W/H TAX DIV SBC | (145,391) | - | (145,391) | - | - | 936,004,187 | - | - | (145,391) | (145,391) |
| 8/1/2003 | W/H TAX DIV VZ | (121,951) | - | (121,951) | - | - | 935,882,236 | - | - | (121,951) | (121,951) |
| 8/15/2003 | W/H TAX DIV PG | (67,258) | - | (67,258) | - | - | 935,814,979 | - | - | (67,258) | (67,258) |
| 8/15/2003 | W/H TAX DIV WFC | (15,204) | - | (15,204) | - | - | 935,799,774 | - | - | (15,204) | (15,204) |
| 8/18/2003 | W/H TAX DIV TXN | (4,197) | - | (4,197) | - | - | 935,795,577 | - | - | (4,197) | (4,197) |
| 8/22/2003 | W/H TAX DIV C | (208,162) | - | (208,162) | - | - | 935,587,415 | - | - | (208,162) | (208,162) |
| 8/27/2003 | W/H TAX DIV MER | (16,894) | - | (16,894) | - | - | 935,570,521 | - | - | (16,894) | (16,894) |
| 8/28/2003 | W/H TAX DIV GS | (13,198) | - | (13,198) | - | - | 935,557,323 | - | - | (13,198) | (13,198) |
| 9/2/2003 | W/H TAX DIV WFC | (85,524) | - | (85,524) | - | - | 935,471,800 | - | - | (85,524) | (85,524) |
| 9/2/2003 | W/H TAX DIV INTC | (15,052) | - | (15,052) | - | - | 935,456,748 | - | - | (15,052) | (15,052) |
| 9/4/2003 | W/H TAX DIV PFE | (83,921) | - | (83,921) | - | - | 935,372,827 | - | - | (83,921) | (83,921) |
| 9/5/2003 | W/H TAX DIV BA | (18,873) | - | (18,873) | - | - | 935,353,954 | - | - | (18,873) | (18,873) |
| 9/5/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (13) | - | (13) | - | - | 935,353,941 | - | - | (13) | (13) |
| 9/5/2003 | W/H TAX DIV BA | (10,016) | - | (10,016) | - | - | 935,343,925 | - | - | (10,016) | (10,016) |
| 9/9/2003 | W/H TAX DIV BUD | (20,906) | - | (20,906) | - | - | 935,323,019 | - | - | (20,906) | (20,906) |
| 9/10/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (192,052) | - | (192,052) | - | - | 935,130,967 | - | - | (192,052) | (192,052) |
| 9/10/2003 | W/H TAX DIV KO | (100) | - | (100) | - | - | 935,130,867 | - | - | (100) | (100) |
| 9/10/2003 | W/H TAX DIV IBM | (32,098) | - | (32,098) | - | - | 935,098,869 | - | - | (32,098) | (32,098) |
| 9/12/2003 | W/H TAX DIV DD | (25,203) | - | (25,203) | - | - | 935,073,666 | - | - | (25,203) | (25,203) |
| 9/12/2003 | W/H TAX DIV C | (6,579) | - | (6,579) | - | - | 935,067,087 | - | - | (6,579) | (6,579) |
| 9/23/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 935,067,084 | - | - | (3) | (3) |
| 9/26/2003 | W/H TAX DIV BAC | (47,467) | - | (47,467) | - | - | 935,019,589 | - | - | (47,467) | (47,467) |
| 9/30/2003 | W/H TAX DIV PEP | (25,697) | - | (25,697) | - | - | 934,993,893 | - | - | (25,697) | (25,697) |
| 10/1/2003 | W/H TAX DIV SBC | (32,284) | - | (32,284) | - | - | 934,961,608 | - | - | (32,284) | (32,284) |
| 10/1/2003 | W/H TAX DIV XOM | (27,472) | - | (27,472) | - | - | 934,934,137 | - | - | (27,472) | (27,472) |
| 10/1/2003 | W/H TAX DIV KO | (50,977) | - | (50,977) | - | - | 934,883,159 | - | - | (50,977) | (50,977) |
| 10/1/2003 | W/H TAX DIV VIA.B | (7,463) | - | (7,463) | - | - | 934,875,697 | - | - | (7,463) | (7,463) |
| 10/8/2003 | W/H TAX DIV HPQ | (22,992) | - | (22,992) | - | - | 934,852,705 | - | - | (22,992) | (22,992) |
| 10/10/2003 | W/H TAX DIV DIS | (132,202) | - | (132,202) | - | - | 934,720,503 | - | - | (132,202) | (132,202) |
| 10/14/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | - | (3) | - | - | 934,720,500 | - | - | (3) | (3) |
| 10/31/2003 | W/H TAX DIV MWD | (20,354) | - | (20,354) | - | - | 934,700,146 | - | - | (20,354) | (20,354) |
| 11/3/2003 | W/H TAX DIV SBC | (27,286) | - | (27,286) | - | - | 934,672,860 | - | - | (27,286) | (27,286) |
| 11/3/2003 | W/H TAX DIV SBC | (77,083) | - | (77,083) | - | - | 934,595,777 | - | - | (77,083) | (77,083) |
| 11/3/2003 | W/H TAX DIV VZ | (88,016) | - | (88,016) | - | - | 934,507,761 | - | - | (88,016) | (88,016) |
| 11/4/2003 | W/H TAX DIV MSFT | (211,900) | - | (211,900) | - | - | 934,295,861 | - | - | (211,900) | (211,900) |
| 11/7/2003 | W/H TAX DIV PG | (71,316) | - | (71,316) | - | - | 934,224,545 | - | - | (71,316) | (71,316) |
| 11/14/2003 | W/H TAX DIV PFE | (4,575) | - | (4,575) | - | - | 934,219,970 | - | - | (4,575) | (4,575) |
| 11/24/2003 | W/H TAX DIV GS | (13,679) | - | (13,679) | - | - | 934,206,291 | - | - | (13,679) | (13,679) |
| 11/25/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (15) | - | (15) | - | - | 934,206,276 | - | - | (15) | (15) |
| 11/26/2003 | W/H TAX DIV MER | (18,688) | - | (18,688) | - | - | 934,187,588 | - | - | (18,688) | (18,688) |
| 11/26/2003 | W/H TAX DIV UTX | (19,150) | - | (19,150) | - | - | 934,168,438 | - | - | (19,150) | (19,150) |
| 12/1/2003 | W/H TAX DIV MCD | (20,327) | - | (20,327) | - | - | 934,148,111 | - | - | (20,327) | (20,327) |
| 12/1/2003 | W/H TAX DIV SBC | (61,280) | - | (61,280) | - | - | 934,086,831 | - | - | (61,280) | (61,280) |
| 12/1/2003 | W/H TAX DIV VZ | (93,561) | - | (93,561) | - | - | 933,993,270 | - | - | (93,561) | (93,561) |
| 12/1/2003 | W/H TAX DIV INTC | (16,283) | - | (16,283) | - | - | 933,976,987 | - | - | (16,283) | (16,283) |
| 12/2/2003 | W/H TAX DIV PG | (142,228) | - | (142,228) | - | - | 933,834,759 | - | - | (142,228) | (142,228) |
| 12/4/2003 | W/H TAX DIV PFE | (4,575) | - | (4,575) | - | - | 933,830,184 | - | - | (4,575) | (4,575) |
| 12/5/2003 | W/H TAX DIV GS | (13,679) | - | (13,679) | - | - | 933,816,505 | - | - | (13,679) | (13,679) |
| 12/9/2003 | W/H TAX DIV JNJ | (86,667) | - | (86,667) | - | - | 933,729,838 | - | - | (86,667) | (86,667) |
| 12/9/2003 | W/H TAX DIV BUD | (21,667) | - | (21,667) | - | - | 933,708,171 | - | - | (21,667) | (21,667) |
| 12/10/2003 | W/H TAX DIV UTX | (19,150) | - | (19,150) | - | - | 933,689,021 | - | - | (19,150) | (19,150) |
| 12/10/2003 | W/H TAX DIV WMT | (20,327) | - | (20,327) | - | - | 933,668,694 | - | - | (20,327) | (20,327) |
| 12/10/2003 | W/H TAX DIV MMM | (33,266) | - | (33,266) | - | - | 933,635,428 | - | - | (33,266) | (33,266) |
| 12/12/2003 | W/H TAX DIV ONE | (17,267) | - | (17,267) | - | - | 933,618,161 | - | - | (17,267) | (17,267) |
| 12/15/2003 | W/H TAX DIV PEP | (42,130) | - | (42,130) | - | - | 933,576,031 | - | - | (42,130) | (42,130) |
| 12/15/2003 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 933,576,031 | - | - | (0) | (0) |
| 1/2/2004 | W/H TAX DIV ONE | (7,104) | - | (7,104) | - | - | 933,203,293 | - | - | (7,104) | (7,104) |
| 1/2/2004 | W/H TAX DIV PEP | (7,198) | - | (7,198) | - | - | 933,196,094 | - | - | (7,198) | (7,198) |
| 1/5/2004 | W/H TAX DIV WMT | (10,229) | - | (10,229) | - | - | 933,185,865 | - | - | (10,229) | (10,229) |
| 1/6/2004 | W/H TAX DIV HPQ | (11,473) | - | (11,473) | - | - | 933,174,392 | - | - | (11,473) | (11,473) |
| 1/7/2004 | W/H TAX DIV IBM | (6,441) | - | (6,441) | - | - | 933,167,951 | - | - | (6,441) | (6,441) |
| 1/8/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 933,167,987 | - | - | (0) | (0) |
| 1/12/2004 | W/H TAX DIV MO | (37,034) | - | (37,034) | - | - | 933,130,953 | - | - | (37,034) | (37,034) |
| 1/15/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 933,130,953 | - | - | (0) | (0) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2004 | W/H TAX DIV MWD | (11,746) | - | (11,746) | - | - | 933,119,207 | - | - | (11,746) | (11,746) |
| 2/2/2004 | W/H TAX DIV VZ | (46,729) | - | (46,729) | - | - | 933,072,478 | - | - | (46,729) | (46,729) |
| 2/2/2004 | W/H TAX DIV SBC | (45,271) | - | (45,271) | - | - | 933,027,207 | - | - | (45,271) | (45,271) |
| 2/23/2004 | W/H TAX DIV PG | (70,835) | - | (70,835) | - | - | 932,956,372 | - | - | (70,835) | (70,835) |
| 2/26/2004 | W/H TAX DIV JNJ | (12,974) | - | (12,974) | - | - | 932,943,398 | - | - | (12,974) | (12,974) |
| 2/27/2004 | W/H TAX DIV MER | (18,267) | - | (18,267) | - | - | 932,925,132 | - | - | (18,267) | (18,267) |
| 2/27/2004 | W/H TAX DIV C | (240,788) | - | (240,788) | - | - | 932,684,343 | - | - | (240,788) | (240,788) |
| 3/1/2004 | W/H TAX DIV WFC | (88,739) | - | (88,739) | - | - | 932,595,605 | - | - | (88,739) | (88,739) |
| 3/1/2004 | W/H TAX DIV INTC | (30,177) | - | (30,177) | - | - | 932,565,428 | - | - | (30,177) | (30,177) |
| 3/5/2004 | W/H TAX DIV G | (18,552) | - | (18,552) | - | - | 932,546,876 | - | - | (18,552) | (18,552) |
| 3/5/2004 | W/H TAX DIV BA | (15,880) | - | (15,880) | - | - | 932,530,996 | - | - | (15,880) | (15,880) |
| 3/9/2004 | W/H TAX DIV PFE | (50,523) | - | (50,523) | - | - | 932,480,473 | - | - | (50,523) | (50,523) |
| 3/9/2004 | W/H TAX DIV PHJ | (62,976) | - | (62,976) | - | - | 932,417,497 | - | - | (62,976) | (62,976) |
| 3/9/2004 | W/H TAX DIV BUD | (20,550) | - | (20,550) | - | - | 932,396,947 | - | - | (20,550) | (20,550) |
| 3/10/2004 | W/H TAX DIV IBM | (31,552) | - | (31,552) | - | - | 932,365,396 | - | - | (31,552) | (31,552) |
| 3/10/2004 | W/H TAX DIV XOM | (92,815) | - | (92,815) | - | - | 932,272,580 | - | - | (92,815) | (92,815) |
| 3/12/2004 | W/H TAX DIV PG | (11,443) | - | (11,443) | - | - | 932,261,138 | - | - | (11,443) | (11,443) |
| 3/12/2004 | W/H TAX DIV MMM | (21,185) | - | (21,185) | - | - | 932,019,952 | - | - | (21,185) | (21,185) |
| 3/15/2004 | W/H TAX DIV DD | (39,958) | - | (39,958) | - | - | 931,979,994 | - | - | (39,958) | (39,958) |
| 4/6/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (53) | - | (53) | - | - | 931,979,941 | - | - | (53) | (53) |
| 4/6/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 0 | - | 0 | - | - | 931,979,941 | - | - | 0 | 0 |
| 4/30/2004 | W/H TAX DIV MWD | (25,035) | - | (25,035) | - | - | 931,954,906 | - | - | (25,035) | (25,035) |
| 4/30/2004 | W/H TAX DIV JPM | (19,225) | - | (19,225) | - | - | 931,935,681 | - | - | (19,225) | (19,225) |
| 5/3/2004 | W/H TAX DIV SBC | (94,833) | - | (94,833) | - | - | 931,840,847 | - | - | (94,833) | (94,833) |
| 5/3/2004 | W/H TAX DIV PG | (96,386) | - | (96,386) | - | - | 931,744,461 | - | - | (96,386) | (96,386) |
| 5/14/2004 | W/H TAX DIV PG | (73,721) | - | (73,721) | - | - | 931,670,741 | - | - | (73,721) | (73,721) |
| 5/17/2004 | W/H TAX DIV TXN | (4,299) | - | (4,299) | - | - | 931,666,442 | - | - | (4,299) | (4,299) |
| 5/26/2004 | W/H TAX DIV UTX | (18,535) | - | (18,535) | - | - | 931,647,907 | - | - | (18,535) | (18,535) |
| 5/27/2004 | W/H TAX DIV GS | (13,164) | - | (13,164) | - | - | 931,634,743 | - | - | (13,164) | (13,164) |
| 5/28/2004 | W/H TAX DIV MER | (30,119) | - | (30,119) | - | - | 931,604,624 | - | - | (30,119) | (30,119) |
| 6/1/2004 | W/H TAX DIV MMM | (90,044) | - | (90,044) | - | - | 931,514,580 | - | - | (90,044) | (90,044) |
| 6/1/2004 | W/H TAX DIV INTC | (29,997) | - | (29,997) | - | - | 931,484,583 | - | - | (29,997) | (29,997) |
| 6/4/2004 | W/H TAX DIV WFC | (149,972) | - | (149,972) | - | - | 931,334,611 | - | - | (149,972) | (149,972) |
| 6/4/2004 | W/H TAX DIV BA | (18,825) | - | (18,825) | - | - | 931,315,786 | - | - | (18,825) | (18,825) |
| 6/7/2004 | W/H TAX DIV WMT | (44,219) | - | (44,219) | - | - | 931,271,568 | - | - | (44,219) | (44,219) |
| 6/7/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (18) | - | (18) | - | - | 931,061,568 | - | - | (18) | (18) |
| 6/8/2004 | W/H TAX DIV JNJ | (98,348) | - | (98,348) | - | - | 930,963,202 | - | - | (98,348) | (98,348) |
| 6/8/2004 | W/H TAX DIV KHD | (20,852) | - | (20,852) | - | - | 930,942,349 | - | - | (20,852) | (20,852) |
| 6/10/2004 | W/H TAX DIV UTX | (15,039) | - | (15,039) | - | - | 930,927,310 | - | - | (15,039) | (15,039) |
| 6/10/2004 | W/H TAX DIV XOM | (204,732) | - | (204,732) | - | - | 930,722,578 | - | - | (204,732) | (204,732) |
| 6/10/2004 | W/H TAX DIV MO | (36,018) | - | (36,018) | - | - | 930,686,560 | - | - | (36,018) | (36,018) |
| 6/11/2004 | W/H TAX DIV C | (12,891) | - | (12,891) | - | - | 930,673,669 | - | - | (12,891) | (12,891) |
| 6/14/2004 | W/H TAX DIV MMM | (23,203) | - | (23,203) | - | - | 930,650,466 | - | - | (23,203) | (23,203) |
| 6/14/2004 | W/H TAX DIV GE | (40,546) | - | (40,546) | - | - | 930,609,920 | - | - | (40,546) | (40,546) |
| 6/18/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 930,609,919 | - | - | (1) | (1) |
| 6/18/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 0 | - | 0 | - | - | 930,609,919 | - | - | 0 | 0 |
| 6/30/2004 | W/H TAX DIV PEP | (23,024) | - | (23,024) | - | - | 930,586,895 | - | - | (23,024) | (23,024) |
| 6/30/2004 | W/H TAX DIV KO | (47,348) | - | (47,348) | - | - | 930,539,547 | - | - | (47,348) | (47,348) |
| 7/1/2004 | W/H TAX DIV UTX | (73,135) | - | (73,135) | - | - | 930,466,412 | - | - | (73,135) | (73,135) |
| 7/1/2004 | W/H TAX DIV HPQ | (29,471) | - | (29,471) | - | - | 930,436,941 | - | - | (29,471) | (29,471) |
| 7/9/2004 | W/H TAX DIV MSFT | (110,474) | - | (110,474) | - | - | 930,034,799 | - | - | (110,474) | (110,474) |
| 7/9/2004 | W/H TAX DIV ITD | (24,567) | - | (24,567) | - | - | 930,010,143 | - | - | (24,567) | (24,567) |
| 7/16/2004 | W/H TAX DIV AIG | (25,145) | - | (25,145) | - | - | 929,784,799 | - | - | (25,145) | (25,145) |
| 8/18/2004 | W/H TAX DIV BAC | (239,309) | - | (239,309) | - | - | 929,545,689 | - | - | (239,309) | (239,309) |
| 9/30/2004 | W/H TAX DIV PEP | (50,521) | - | (50,521) | - | - | 929,495,169 | - | - | (50,521) | (50,521) |
| 9/7/2004 | W/H TAX DIV UTX | (52,672) | - | (52,672) | - | - | 929,683,607 | - | - | (52,672) | (52,672) |
| 10/1/2004 | W/H TAX DIV KO | (17,726) | - | (17,726) | - | - | 929,585,555 | - | - | (17,726) | (17,726) |
| 9/13/2004 | W/H TAX DIV MSFT | (27,349) | - | (27,349) | - | - | 930,145,184 | - | - | (27,349) | (27,349) |
| 9/14/2004 | W/H TAX DIV ITD | (110,474) | - | (110,474) | - | - | 930,034,799 | - | - | (110,474) | (110,474) |
| 9/16/2004 | W/H TAX DIV AIG | (24,567) | - | (24,567) | - | - | 930,010,143 | - | - | (24,567) | (24,567) |
| 9/17/2004 | W/H TAX DIV AIG | (25,145) | - | (25,145) | - | - | 929,784,799 | - | - | (25,145) | (25,145) |
| 9/24/2004 | W/H TAX DIV BAC | (239,309) | - | (239,309) | - | - | 929,545,689 | - | - | (239,309) | (239,309) |
| 9/30/2004 | W/H TAX DIV PEP | (50,521) | - | (50,521) | - | - | 929,495,169 | - | - | (50,521) | (50,521) |
| 10/1/2004 | W/H TAX DIV KO | (13,561) | - | (13,561) | - | - | 929,682,607 | - | - | (13,561) | (13,561) |
| 10/7/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (78,035) | - | (78,035) | - | - | 929,605,072 | - | - | (78,035) | (78,035) |
| 10/12/2004 | W/H TAX DIV MRK | (109,828) | - | (109,828) | - | - | 929,493,744 | - | - | (109,828) | (109,828) |
| 10/12/2004 | W/H TAX DIV WMT | (31,445) | - | (31,445) | - | - | 929,462,299 | - | - | (31,445) | (31,445) |
| 10/12/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (194,106) | - | (194,106) | - | - | 929,268,193 | - | - | (194,106) | (194,106) |
| 10/13/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (71) | - | (71) | - | - | 929,268,122 | - | - | (71) | (71) |
| 11/9/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 929,268,122 | - | - | (0) | (0) |
| 11/24/2004 | W/H TAX DIV HPQ | (9,891) | - | (9,891) | - | - | 929,258,231 | - | - | (9,891) | (9,891) |
| 12/1/2004 | W/H TAX DIV INTC | (16,281) | - | (16,281) | - | - | 929,241,949 | - | - | (16,281) | (16,281) |

Exhibit B

BLMIS ACCOUNT NO. 1FN661 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2004 | W/H TAX DIV WFC | (51,253) | - | (51,253) | - | - | 929,190,696 | - | - | (51,253) | (51,253) |
| 12/3/2004 | W/H TAX DIV PFE | (131,276) | - | (131,276) | - | - | 929,059,419 | - | - | (131,276) | (131,276) |
| 12/3/2004 | W/H TAX DIV BA | (16,458) | - | (16,458) | - | - | 929,042,962 | - | - | (16,458) | (16,458) |
| 12/7/2004 | W/H TAX DIV EK | (33,110) | - | (33,110) | - | - | 929,009,852 | - | - | (33,110) | (33,110) |
| 12/9/2004 | W/H TAX DIV IMM | (31,269) | - | (31,269) | - | - | 928,978,582 | - | - | (31,269) | (31,269) |
| 12/10/2004 | W/H TAX DIV XOM | (180,211) | - | (180,211) | - | - | 928,798,372 | - | - | (180,211) | (180,211) |
| 12/13/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (85) | - | (85) | - | - | 928,798,287 | - | - | (85) | (85) |
| 12/14/2004 | W/H TAX DIV DD | (35,201) | - | (35,201) | - | - | 928,763,086 | - | - | (35,201) | (35,201) |
| 12/31/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 928,763,083 | - | - | (2) | (2) |
| 12/31/2004 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (15) | - | (15) | - | - | 928,763,068 | - | - | (15) | (15) |
| 1/3/2005 | W/H TAX DIV WMT | (17,679) | - | (17,679) | - | - | 928,745,389 | - | - | (17,679) | (17,679) |
| 2/14/2005 | W/H TAX DIV TXN | (5,380) | - | (5,380) | - | - | 928,740,009 | - | - | (5,380) | (5,380) |
| 2/24/2005 | W/H TAX DIV GIS | (2,242) | - | (2,242) | - | - | 928,737,767 | - | - | (2,242) | (2,242) |
| 2/25/2005 | W/H TAX DIV C | (284,046) | - | (284,046) | - | - | 928,453,721 | - | - | (284,046) | (284,046) |
| 2/28/2005 | W/H TAX DIV MER | (18,121) | - | (18,121) | - | - | 928,435,600 | - | - | (18,121) | (18,121) |
| 3/1/2005 | W/H TAX DIV WFC | (103,289) | - | (103,289) | - | - | 928,332,311 | - | - | (103,289) | (103,289) |
| 3/3/2005 | W/H TAX DIV IBM | (63,396) | - | (63,396) | - | - | 928,268,915 | - | - | (63,396) | (63,396) |
| 3/4/2005 | W/H TAX DIV G | (20,245) | - | (20,245) | - | - | 928,248,670 | - | - | (20,245) | (20,245) |
| 3/4/2005 | W/H TAX DIV BA | (25,483) | - | (25,483) | - | - | 928,223,388 | - | - | (25,483) | (25,483) |
| 3/7/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (60) | - | (60) | - | - | 928,223,328 | - | - | (60) | (60) |
| 3/9/2005 | W/H TAX DIV JNJ | (105,707) | - | (105,707) | - | - | 928,117,621 | - | - | (105,707) | (105,707) |
| 3/8/2005 | W/H TAX DIV PFE | (178,695) | - | (178,695) | - | - | 927,939,016 | - | - | (178,695) | (178,695) |
| 3/9/2005 | W/H TAX DIV GS | (24,973) | - | (24,973) | - | - | 927,914,043 | - | - | (24,973) | (24,973) |
| 3/10/2005 | W/H TAX DIV UTX | (29,900) | - | (29,900) | - | - | 927,884,144 | - | - | (29,900) | (29,900) |
| 3/10/2005 | W/H TAX DIV IBM | (36,695) | - | (36,695) | - | - | 927,847,449 | - | - | (36,695) | (36,695) |
| 3/10/2005 | W/H TAX DIV MO | (217,112) | - | (217,112) | - | - | 927,630,337 | - | - | (217,112) | (217,112) |
| 3/10/2005 | W/H TAX DIV MSFT | (108,271) | - | (108,271) | - | - | 927,522,066 | - | - | (108,271) | (108,271) |
| 3/14/2005 | W/H TAX DIV MMM | (42,811) | - | (42,811) | - | - | 927,479,255 | - | - | (42,811) | (42,811) |
| 3/14/2005 | W/H TAX DIV DD | (43,604) | - | (43,604) | - | - | 927,435,651 | - | - | (43,604) | (43,604) |
| 3/18/2005 | W/H TAX DIV AIG | (41,055) | - | (41,055) | - | - | 927,394,596 | - | - | (41,055) | (41,055) |
| 3/24/2005 | W/H TAX DIV HD | (27,181) | - | (27,181) | - | - | 927,367,415 | - | - | (27,181) | (27,181) |
| 3/28/2005 | W/H TAX DIV BAC | (226,787) | - | (226,787) | - | - | 927,140,627 | - | - | (226,787) | (226,787) |
| 3/31/2005 | W/H TAX DIV PEP | (49,493) | - | (49,493) | - | - | 927,091,134 | - | - | (49,493) | (49,493) |
| 4/1/2005 | W/H TAX DIV MRK | (103,289) | - | (103,289) | - | - | 926,987,845 | - | - | (103,289) | (103,289) |
| 4/1/2005 | W/H TAX DIV KO | (66,785) | - | (66,785) | - | - | 926,921,060 | - | - | (66,785) | (66,785) |
| 4/1/2005 | W/H TAX DIV VIAB | (15,063) | - | (15,063) | - | - | 926,905,997 | - | - | (15,063) | (15,063) |
| 4/7/2005 | W/H TAX DIV HPQ | (14,926) | - | (14,926) | - | - | 926,891,071 | - | - | (14,926) | (14,926) |
| 4/11/2005 | W/H TAX DIV HPQ | (27) | - | (27) | - | - | 926,891,044 | - | - | (27) | (27) |
| 4/13/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (56) | - | (56) | - | - | 926,742,693 | - | - | (56) | (56) |
| 4/25/2005 | W/H TAX DIV GE | (289,646) | - | (289,646) | - | - | 926,453,047 | - | - | (289,646) | (289,646) |
| 5/23/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (44) | - | (44) | - | - | 926,453,003 | - | - | (44) | (44) |
| 6/1/2005 | W/H TAX DIV MTT | (18,703) | - | (18,703) | - | - | 926,434,300 | - | - | (18,703) | (18,703) |
| 6/1/2005 | W/H TAX DIV UTX | (8,897) | - | (8,897) | - | - | 926,425,404 | - | - | (8,897) | (8,897) |
| 6/10/2005 | W/H TAX DIV MMM | (12,738) | - | (12,738) | - | - | 926,412,666 | - | - | (12,738) | (12,738) |
| 6/17/2005 | W/H TAX DIV AIG | (31,049) | - | (31,049) | - | - | 926,381,617 | - | - | (31,049) | (31,049) |
| 6/21/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (27) | - | (27) | - | - | 926,381,590 | - | - | (27) | (27) |
| 6/23/2005 | W/H TAX DIV HD | (20,799) | - | (20,799) | - | - | 926,360,790 | - | - | (20,799) | (20,799) |
| 6/24/2005 | W/H TAX DIV BAC | (173,447) | - | (173,447) | - | - | 926,187,343 | - | - | (173,447) | (173,447) |
| 6/30/2005 | W/H TAX DIV PEP | (42,313) | - | (42,313) | - | - | 926,145,030 | - | - | (42,313) | (42,313) |
| 7/1/2005 | W/H TAX DIV KO | (59,957) | - | (59,957) | - | - | 926,085,073 | - | - | (59,957) | (59,957) |
| 7/1/2005 | W/H TAX DIV VIAB | (11,392) | - | (11,392) | - | - | 926,073,681 | - | - | (11,392) | (11,392) |
| 7/1/2005 | W/H TAX DIV ALL | (21,040) | - | (21,040) | - | - | 926,052,641 | - | - | (21,040) | (21,040) |
| 7/1/2005 | W/H TAX DIV MRK | (78,116) | - | (78,116) | - | - | 925,974,526 | - | - | (78,116) | (78,116) |
| 7/6/2005 | W/H TAX DIV HPQ | (22,391) | - | (22,391) | - | - | 925,952,135 | - | - | (22,391) | (22,391) |
| 7/8/2005 | W/H TAX DIV SLB | (12,593) | - | (12,593) | - | - | 925,939,544 | - | - | (12,593) | (12,593) |
| 7/11/2005 | W/H TAX DIV MO | (143,811) | - | (143,811) | - | - | 925,795,733 | - | - | (143,811) | (143,811) |
| 7/25/2005 | W/H TAX DIV GE | (221,745) | - | (221,745) | - | - | 925,573,987 | - | - | (221,745) | (221,745) |
| 9/8/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (359) | - | (359) | - | - | 925,573,628 | - | - | (359) | (359) |
| 9/28/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (35) | - | (35) | - | - | 925,573,623 | - | - | (35) | (35) |
| 9/30/2005 | W/H TAX DIV V | (4,956) | - | (4,956) | - | - | 925,568,667 | - | - | (4,956) | (4,956) |
| 9/30/2005 | W/H TAX DIV PEP | (29,677) | - | (29,677) | - | - | 925,538,990 | - | - | (29,677) | (29,677) |
| 10/3/2005 | W/H TAX DIV KO | (83,350) | - | (83,350) | - | - | 925,455,640 | - | - | (83,350) | (83,350) |
| 10/3/2005 | W/H TAX DIV C | (30,312) | - | (30,312) | - | - | 925,425,328 | - | - | (30,312) | (30,312) |
| 10/11/2005 | W/H TAX DIV MO | (214,916) | - | (214,916) | - | - | 925,210,512 | - | - | (214,916) | (214,916) |
| 10/12/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (170) | - | (170) | - | - | 925,210,342 | - | - | (170) | (170) |
| 10/13/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 925,210,341 | - | - | (1) | (1) |
| 10/13/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | - | (1) | - | - | 925,210,340 | - | - | (1) | (1) |
| 10/19/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 925,210,337 | - | - | (2) | (2) |
| 10/25/2005 | W/H TAX DIV GE | (223,511) | - | (223,511) | - | - | 924,986,826 | - | - | (223,511) | (223,511) |
| 10/25/2005 | W/H TAX DIV MWD | (26,402) | - | (26,402) | - | - | 924,960,424 | - | - | (26,402) | (26,402) |
| 11/15/2005 | W/H TAX DIV PG | (133,320) | - | (133,320) | - | - | 924,827,103 | - | - | (133,320) | (133,320) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 11/15/2005 | W/H TAX DIV ABT | (40,337) | - | (40,337) | - | - | 924,786,766 | - | - | (40,337) | (40,337) |
| 11/17/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (56) | - | (56) | - | - | 924,786,711 | - | - | (56) | (56) |
| 11/21/2005 | W/H TAX DIV TXN | (6,846) | - | (6,846) | - | - | 924,779,865 | - | - | (6,846) | (6,846) |
| 11/21/2005 | W/H TAX DIV GS | (15,261) | - | (15,261) | - | - | 924,764,604 | - | - | (15,261) | (15,261) |
| 11/23/2005 | W/H TAX DIV KER | (24,183) | - | (24,183) | - | - | 924,740,286 | - | - | (24,183) | (24,183) |
| 11/23/2005 | W/H TAX DIV C | (311,569) | - | (311,569) | - | - | 924,428,617 | - | - | (311,569) | (311,569) |
| 11/28/2005 | CHECK WIRE | (40,000,000) | - | (40,000,000) | - | - | 884,428,617 | - | - | (40,000,000) | (40,000,000) |
| 11/30/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (7) | - | (7) | - | - | 884,428,611 | - | - | (7) | (7) |
| 12/1/2005 | W/H TAX DIV WFC | (66,767) | - | (66,767) | - | - | 884,361,844 | - | - | (66,767) | (66,767) |
| 12/1/2005 | W/H TAX DIV WFC | (120,623) | - | (120,623) | - | - | 884,241,221 | - | - | (120,623) | (120,623) |
| 12/2/2005 | W/H TAX DIV BA | (27,470) | - | (27,470) | - | - | 884,213,751 | - | - | (27,470) | (27,470) |
| 12/6/2005 | W/H TAX DIV PFE | (194,081) | - | (194,081) | - | - | 884,019,670 | - | - | (194,081) | (194,081) |
| 12/9/2005 | W/H TAX DIV MST | (101,252) | - | (101,252) | - | - | 883,918,418 | - | - | (101,252) | (101,252) |
| 12/9/2005 | W/H TAX DIV XOM | (252,262) | - | (252,262) | - | - | 883,666,156 | - | - | (252,262) | (252,262) |
| 12/12/2005 | W/H TAX DIV UTX | (31,338) | - | (31,338) | - | - | 883,634,818 | - | - | (31,338) | (31,338) |
| 12/12/2005 | W/H TAX DIV CVX | (141,149) | - | (141,149) | - | - | 883,493,669 | - | - | (141,149) | (141,149) |
| 12/13/2005 | W/H TAX DIV MO | (43,952) | - | (43,952) | - | - | 883,449,717 | - | - | (43,952) | (43,952) |
| 12/12/2005 | W/H TAX DIV MMM | (46,149) | - | (46,149) | - | - | 883,403,568 | - | - | (46,149) | (46,149) |
| 12/13/2005 | W/H TAX DIV JNJ | (136,540) | - | (136,540) | - | - | 883,267,028 | - | - | (136,540) | (136,540) |
| 12/14/2005 | CHECK WIRE | (45,000,000) | - | (45,000,000) | - | - | 838,267,028 | - | - | (45,000,000) | (45,000,000) |
| 12/15/2005 | W/H TAX DIV TWX | (32,150) | - | (32,150) | - | - | 838,234,878 | - | - | (32,150) | (32,150) |
| 12/15/2005 | W/H TAX DIV HD | (29,301) | - | (29,301) | - | - | 838,205,576 | - | - | (29,301) | (29,301) |
| 12/15/2005 | W/H TAX DIV KO | (79,000) | - | (79,000) | - | - | 838,126,576 | - | - | (79,000) | (79,000) |
| 12/16/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (6) | - | (6) | - | - | 838,126,571 | - | - | (6) | (6) |
| 12/16/2005 | W/H TAX DIV UTX | (53,108) | - | (53,108) | - | - | 838,073,462 | - | - | (53,108) | (53,108) |
| 12/22/2005 | W/H TAX DIV BAC | (274,698) | - | (274,698) | - | - | 837,798,758 | - | - | (274,698) | (274,698) |
| 12/23/2005 | W/H TAX DIV BAC | (274,698) | - | (274,698) | - | - | 837,798,758 | - | - | (274,698) | (274,698) |
| 12/30/2005 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 837,798,758 | - | - | (0) | (0) |
| 12/30/2005 | W/H TAX DIV PEP | (10,072) | - | (10,072) | - | - | 837,788,685 | - | - | (10,072) | (10,072) |
| 1/3/2006 | W/H TAX DIV WMT | (60,631) | - | (60,631) | - | - | 837,728,055 | - | - | (60,631) | (60,631) |
| 1/31/2006 | W/H TAX DIV WMT | (33,843) | - | (33,843) | - | - | 837,694,531 | - | - | (33,843) | (33,843) |
| 1/3/2006 | W/H TAX DIV VIA.B | (15,383) | - | (15,383) | - | - | 837,679,148 | - | - | (15,383) | (15,383) |
| 1/3/2006 | W/H TAX DIV MRK | (115,984) | - | (115,984) | - | - | 837,563,164 | - | - | (115,984) | (115,984) |
| 1/6/2006 | W/H TAX DIV INTQ | (31,605) | - | (31,605) | - | - | 837,531,559 | - | - | (31,605) | (31,605) |
| 1/6/2006 | W/H TAX DIV DIS | (46,657) | - | (46,657) | - | - | 837,484,902 | - | - | (46,657) | (46,657) |
| 1/20/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (19) | - | (19) | - | - | 837,484,883 | - | - | (19) | (19) |
| 1/20/2006 | CHECK WIRE | (35,000,000) | - | (35,000,000) | - | - | 802,484,883 | - | - | (35,000,000) | (35,000,000) |
| 1/23/2006 | W/H TAX DIV GS | (10,261) | - | (10,261) | - | - | 802,484,622 | - | - | (10,261) | (10,261) |
| 2/23/2006 | W/H TAX DIV S | (14,469) | - | (14,469) | - | - | 802,447,373 | - | - | (14,469) | (14,469) |
| 1/31/2006 | W/H TAX DIV MS | (37,505) | - | (37,505) | - | - | 802,413,438 | - | - | (37,505) | (37,505) |
| 2/1/2006 | W/H TAX DIV VZ | (33,935) | - | (33,935) | - | - | 802,374,433 | - | - | (33,935) | (33,935) |
| 2/1/2006 | W/H TAX DIV T | (39,094) | - | (39,094) | - | - | 802,368,309 | - | - | (39,094) | (39,094) |
| 2/15/2006 | W/H TAX DIV PG | (6,125) | - | (6,125) | - | - | 802,248,387 | - | - | (6,125) | (6,125) |
| 2/15/2006 | W/H TAX DIV ABT | (119,922) | - | (119,922) | - | - | 802,194,271 | - | - | (119,922) | (119,922) |
| 2/15/2006 | W/H TAX DIV ABT | (54,115) | - | (54,115) | - | - | 772,194,271 | - | - | (54,115) | (54,115) |
| 2/21/2006 | W/H TAX DIV UPS | (52,784) | - | (52,784) | - | - | 772,194,271 | - | - | (52,784) | (52,784) |
| 2/21/2006 | CHECK WIRE | (30,000,000) | - | (30,000,000) | - | - | 772,179,792 | - | - | (30,000,000) | (30,000,000) |
| 2/23/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 771,865,591 | - | - | (0) | (0) |
| 2/23/2006 | W/H TAX DIV MS | (14,469) | - | (14,469) | - | - | 771,836,652 | - | - | (14,469) | (14,469) |
| 2/24/2006 | W/H TAX DIV C | (314,201) | - | (314,201) | - | - | 771,710,696 | - | - | (314,201) | (314,201) |
| 2/28/2006 | W/H TAX DIV MER | (28,939) | - | (28,939) | - | - | 771,805,347 | - | - | (28,939) | (28,939) |
| 3/1/2006 | W/H TAX DIV INTC | (78,156) | - | (78,156) | - | - | 771,620,896 | - | - | (78,156) | (78,156) |
| 3/1/2006 | W/H TAX DIV HD | (108,347) | - | (108,347) | - | - | 771,568,112 | - | - | (108,347) | (108,347) |
| 3/3/2006 | W/H TAX DIV BA | (31,254) | - | (31,254) | - | - | 771,343,666 | - | - | (31,254) | (31,254) |
| 3/7/2006 | W/H TAX DIV PG | (52,784) | - | (52,784) | - | - | 771,238,606 | - | - | (52,784) | (52,784) |
| 3/9/2006 | W/H TAX DIV UPS | (224,445) | - | (224,445) | - | - | 771,110,366 | - | - | (224,445) | (224,445) |
| 3/9/2006 | W/H TAX DIV MSFT | (104,970) | - | (104,970) | - | - | 771,070,554 | - | - | (104,970) | (104,970) |
| 3/10/2006 | W/H TAX DIV CVX | (128,331) | - | (128,331) | - | - | 771,042,541 | - | - | (128,331) | (128,331) |
| 3/10/2006 | W/H TAX DIV BAC | (39,812) | - | (39,812) | - | - | 771,012,538 | - | - | (39,812) | (39,812) |
| 3/10/2006 | W/H TAX DIV IBM | (28,013) | - | (28,013) | - | - | 771,030,962 | - | - | (28,013) | (28,013) |
| 3/10/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | - | - | 770,779,698 | - | - | (4) | (4) |
| 3/10/2006 | W/H TAX DIV TGT | (11,576) | - | (11,576) | - | - | 770,737,100 | - | - | (11,576) | (11,576) |
| 3/10/2006 | W/H TAX DIV XOM | (251,264) | - | (251,264) | - | - | 770,711,043 | - | - | (251,264) | (251,264) |
| 3/14/2006 | W/H TAX DIV INJ | (42,598) | - | (42,598) | - | - | 770,581,412 | - | - | (42,598) | (42,598) |
| 3/14/2006 | W/H TAX DIV TWX | (126,057) | - | (126,057) | - | - | 770,581,410 | - | - | (126,057) | (126,057) |
| 3/15/2006 | W/H TAX DIV TWX | (29,631) | - | (29,631) | - | - | 770,532,451 | - | - | (29,631) | (29,631) |
| 3/16/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 770,512,516 | - | - | (2) | (2) |
| 3/17/2006 | W/H TAX DIV AIG | (48,958) | - | (48,958) | - | - | 770,197,341 | - | - | (48,958) | (48,958) |
| 3/9/2006 | W/H TAX DIV AIG | (39,935) | - | (39,935) | - | - | 770,197,328 | - | - | (39,935) | (39,935) |
| 3/24/2006 | W/H TAX DIV BAC | (295,175) | - | (295,175) | - | - | 770,143,015 | - | - | (295,175) | (295,175) |
| 3/30/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (12) | - | (12) | - | - | 770,133,547 | - | - | (12) | (12) |
| 3/30/2006 | W/H TAX DIV PEP | (54,313) | - | (54,313) | - | - | | - | - | (54,313) | (54,313) |
| 3/31/2006 | W/H TAX DIV S | (9,468) | - | (9,468) | - | - | | - | - | (9,468) | (9,468) |

Exhibit B

08-01789-cgm Doc 6433-30 Filed 04/23/14 Entered 04/23/14 19:52:50 Exhibit M - Part g, Pg 169 of 194
12-01209-smb Doc 485-10 Filed 02/10/14 Entered 02/10/14 10:45:12 Exhibit A - Pg 169 of 194

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 3/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (1) | | (1) | | | 770,113,546 | | | (1) | (1) |
| 4/3/2006 | W/H TAX DIV WMT | (54,039) | | (54,039) | | | 770,079,507 | | | (54,039) | (54,039) |
| 4/3/2006 | W/H TAX DIV KO | (81,434) | | (81,434) | | | 769,998,073 | | | (81,434) | (81,434) |
| 4/3/2006 | W/H TAX DIV MER | (105,836) | | (105,836) | | | 769,892,237 | | | (105,836) | (105,836) |
| 4/3/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (3) | | (3) | | | 769,892,234 | | | (3) | (3) |
| 4/5/2006 | W/H TAX DIV HPQ | (29,148) | | (29,148) | | | 769,863,086 | | | (29,148) | (29,148) |
| 4/7/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | | (2) | | | 769,863,084 | | | (2) | (2) |
| 4/7/2006 | W/H TAX DIV SLB | (17,932) | | (17,932) | | | 769,845,153 | | | (17,932) | (17,932) |
| 4/10/2006 | W/H TAX DIV MO | (213,530) | | (213,530) | | | 769,631,622 | | | (213,530) | (213,530) |
| 4/21/2006 | CHECK WIRE | (20,000,000) | | (20,000,000) | | | 749,631,622 | | | (20,000,000) | (20,000,000) |
| 4/21/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (5) | | (5) | | | 749,631,618 | | | (5) | (5) |
| 4/25/2006 | W/H TAX DIV GE | (335,206) | | (335,206) | | | 749,296,412 | | | (335,206) | (335,206) |
| 4/28/2006 | W/H TAX DIV DIS | 17,932 | | 17,932 | | | 749,314,343 | | | 17,932 | 17,932 |
| 4/28/2006 | W/H TAX DIV MDT | (6) | | (6) | | | 749,314,337 | | | (6) | (6) |
| 4/28/2006 | W/H TAX DIV MS | (14,409) | | (14,409) | | | 749,277,928 | | | (14,409) | (14,409) |
| 5/1/2006 | W/H TAX DIV JNJ | (36,555) | | (36,555) | | | 749,263,373 | | | (36,555) | (36,555) |
| 5/1/2006 | W/H TAX DIV T | (49,233) | | (49,233) | | | 749,213,830 | | | (49,233) | (49,233) |
| 5/1/2006 | W/H TAX DIV JPM | (161,310) | | (161,310) | | | 748,952,830 | | | (161,310) | (161,310) |
| 5/5/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (109,375) | | (109,375) | | | 748,843,455 | | | (109,375) | (109,375) |
| 5/8/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (10) | | (10) | | | 748,843,444 | | | (10) | (10) |
| 5/10/2006 | W/H TAX DIV INTC | (8) | | (8) | | | 748,843,436 | | | (8) | (8) |
| 5/10/2006 | W/H TAX DIV MTE | (18,954) | | (18,954) | | | 748,824,481 | | | (18,954) | (18,954) |
| 5/15/2006 | W/H TAX DIV BA | (129,409) | | (129,409) | | | 748,695,072 | | | (129,409) | (129,409) |
| 5/15/2006 | W/H TAX DIV WMT | (56,581) | | (56,581) | | | 748,638,491 | | | (56,581) | (56,581) |
| 5/22/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (10,000,000) | | (10,000,000) | | | 738,638,491 | | | (10,000,000) | (10,000,000) |
| 5/22/2006 | W/H TAX DIV PFE | (6,093) | | (6,093) | | | 738,635,398 | | | (6,093) | (6,093) |
| 5/24/2006 | W/H TAX DIV TXN | (21,604) | | (21,604) | | | 738,610,794 | | | (21,604) | (21,604) |
| 5/25/2006 | W/H TAX DIV CAT | (28,336) | | (28,336) | | | 738,582,458 | | | (28,336) | (28,336) |
| 5/26/2006 | W/H TAX DIV MER | (19,744) | | (19,744) | | | 738,562,714 | | | (19,744) | (19,744) |
| 5/31/2006 | W/H TAX DIV GS | (309,589) | | (309,589) | | | 738,253,125 | | | (309,589) | (309,589) |
| 5/31/2006 | W/H TAX DIV UPS | (51,684) | | (51,684) | | | 738,201,441 | | | (51,684) | (51,684) |
| 6/1/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (46) | | (46) | | | 738,201,395 | | | (46) | (46) |
| 6/1/2006 | W/H TAX DIV INTC | (73,673) | | (73,673) | | | 738,127,722 | | | (73,673) | (73,673) |
| 6/2/2006 | W/H TAX DIV MTE | (111,983) | | (111,983) | | | 738,015,739 | | | (111,983) | (111,983) |
| 6/5/2006 | W/H TAX DIV BA | (30,603) | | (30,603) | | | 737,985,136 | | | (30,603) | (30,603) |
| 6/6/2006 | W/H TAX DIV PFE | (53,158) | | (53,158) | | | 737,931,978 | | | (53,158) | (53,158) |
| 6/6/2006 | W/H TAX DIV PG | (223,059) | | (223,059) | | | 737,708,919 | | | (223,059) | (223,059) |
| 6/8/2006 | W/H TAX DIV MMC | (69,500) | | (69,500) | | | 737,639,420 | | | (69,500) | (69,500) |
| 6/9/2006 | W/H TAX DIV XOM | (100,989) | | (100,989) | | | 737,538,831 | | | (100,989) | (100,989) |
| 6/12/2006 | W/H TAX DIV UTX | (247,605) | | (247,605) | | | 737,290,826 | | | (247,605) | (247,605) |
| 6/12/2006 | W/H TAX DIV C | (16,520) | | (16,520) | | | 737,274,306 | | | (16,520) | (16,520) |
| 6/12/2006 | W/H TAX DIV MRK | (59,143) | | (59,143) | | | 737,215,164 | | | (59,143) | (59,143) |
| 6/12/2006 | W/H TAX DIV MMM | (41,710) | | (41,710) | | | 737,173,454 | | | (41,710) | (41,710) |
| 6/15/2006 | W/H TAX DIV JNJ | (140,262) | | (140,262) | | | 737,033,192 | | | (140,262) | (140,262) |
| 6/15/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (46) | | (46) | | | 737,033,174 | | | (46) | (46) |
| 6/16/2006 | W/H TAX DIV BAC | (18) | | (18) | | | 737,014,836 | | | (18) | (18) |
| 6/16/2006 | W/H TAX DIV TWX | (28,338) | | (28,338) | | | 707,014,836 | | | (28,338) | (28,338) |
| 6/22/2006 | CHECK WIRE | (30,000,000) | | (30,000,000) | | | 707,014,836 | | | (30,000,000) | (30,000,000) |
| 6/23/2006 | W/H TAX DIV HD | (40,803) | | (40,803) | | | 706,974,032 | | | (40,803) | (40,803) |
| 6/30/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (294,692) | | (294,692) | | | 706,679,340 | | | (294,692) | (294,692) |
| 6/30/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (72) | | (72) | | | 706,609,268 | | | (72) | (72) |
| 7/3/2006 | W/H TAX DIV PEP | (9,351) | | (9,351) | | | 706,598,696 | | | (9,351) | (9,351) |
| 7/3/2006 | W/H TAX DIV AIG | (61,221) | | (61,221) | | | 706,499,631 | | | (61,221) | (61,221) |
| 7/3/2006 | W/H TAX DIV PEP | (49,304) | | (49,304) | | | 706,498,696 | | | (49,304) | (49,304) |
| 7/3/2006 | W/H TAX DIV MRK | (55,761) | | (55,761) | | | 706,398,631 | | | (55,761) | (55,761) |
| 7/5/2006 | W/H TAX DIV CVX | (103,569) | | (103,569) | | | 706,312,462 | | | (103,569) | (103,569) |
| 7/7/2006 | W/H TAX DIV SLB | (147,346) | | (147,346) | | | 706,214,143 | | | (147,346) | (147,346) |
| 7/14/2006 | W/H TAX DIV TXN | (28,773) | | (28,773) | | | 706,194,314 | | | (28,773) | (28,773) |
| 7/21/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (19,829) | | (19,829) | | | 706,050,414 | | | (19,829) | (19,829) |
| 7/31/2006 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (143,900) | | (143,900) | | | 706,050,383 | | | (143,900) | (143,900) |
| 7/31/2006 | W/H TAX DIV SLB | (31) | | (31) | | | 706,050,383 | | | (31) | (31) |
| 8/7/2006 | CXL W/H TAX DIV SLB | (0) | | (0) | | | 706,050,383 | | | (0) | (0) |
| 8/15/2006 | W/H TAX DIV PG | (14,999) | | (14,999) | | | 706,035,384 | | | (14,999) | (14,999) |
| 8/15/2006 | W/H TAX DIV ABT | (34) | | (34) | | | 706,035,178 | | | (34) | (34) |
| 8/21/2006 | W/H TAX DIV DIS | 19,829 | | 19,829 | | | 705,967,230 | | | 19,829 | 19,829 |
| 8/21/2006 | W/H TAX DIV PEP | (87,949) | | (87,949) | | | 705,944,014 | | | (87,949) | (87,949) |
| 8/24/2006 | W/H TAX DIV CAT | (23,216) | | (23,216) | | | 705,944,098 | | | (23,216) | (23,216) |
| | W/H TAX DIV TXN | (16) | | (16) | | | 705,934,276 | | | (16) | (16) |
| | W/H TAX DIV GS | (9,722) | | (9,722) | | | 705,934,276 | | | (9,722) | (9,722) |
| | | (4,002) | | (4,002) | | | 705,930,274 | | | (4,002) | (4,002) |
| | | (19,169) | | (19,169) | | | 705,911,105 | | | (19,169) | (19,169) |
| | | (13,418) | | (13,418) | | | 705,897,687 | | | (13,418) | (13,418) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/2006 | W/H TAX DIV C | (208,913) | | (208,913) | | | 705,688,774 | | (208,913) | (208,913) | (208,913) |
| 9/1/2006 | W/H TAX DIV WFC | (81,584) | | (81,584) | | | 705,607,190 | | (81,584) | (81,584) | (81,584) |
| 9/1/2006 | W/H TAX DIV INTC | (50,144) | | (50,144) | | | 705,557,046 | | (50,144) | (50,144) | (50,144) |
| 9/1/2006 | W/H TAX DIV BA | (20,703) | | (20,703) | | | 705,536,343 | | (20,703) | (20,703) | (20,703) |
| 9/1/2006 | W/H TAX DIV C | (17) | | (17) | | | 705,536,326 | | (17) | (17) | (17) |
| 9/5/2006 | W/H TAX DIV WMT | (35,962) | | (35,962) | | | 705,500,365 | | (35,962) | (35,962) | (35,962) |
| 9/5/2006 | W/H TAX DIV PFE | (151,282) | | (151,282) | | | 705,349,083 | | (151,282) | (151,282) | (151,282) |
| 9/6/2006 | W/H TAX DIV UPS | (34,965) | | (34,965) | | | 705,314,118 | | (34,965) | (34,965) | (34,965) |
| 9/11/2006 | W/H TAX DIV DD | (22,351) | | (22,351) | | | 705,291,767 | | (22,351) | (22,351) | (22,351) |
| 9/11/2006 | W/H TAX DIV CVX | (99,680) | | (99,680) | | | 705,192,087 | | (99,680) | (99,680) | (99,680) |
| 9/11/2006 | W/H TAX DIV XOM | (165,368) | | (165,368) | | | 705,026,719 | | (165,368) | (165,368) | (165,368) |
| 9/14/2006 | W/H TAX DIV HD | (39,105) | | (39,105) | | | 704,987,613 | | (39,105) | (39,105) | (39,105) |
| 9/14/2006 | W/H TAX DIV MSFT | (94,888) | | (94,888) | | | 704,892,726 | | (94,888) | (94,888) | (94,888) |
| 9/15/2006 | W/H TAX DIV MSFT | (28,217) | | (28,217) | | | 704,864,509 | | (28,217) | (28,217) | (28,217) |
| 9/14/2006 | W/H TAX DIV TWX | (68,046) | | (68,046) | | | 704,796,463 | | (68,046) | (68,046) | (68,046) |
| 9/15/2006 | W/H TAX DIV S | (20,497) | | (20,497) | | | 704,775,965 | | (20,497) | (20,497) | (20,497) |
| 9/15/2006 | W/H TAX DIV MO | (36,690) | | (36,690) | | | 704,739,275 | | (36,690) | (36,690) | (36,690) |
| 9/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | | (1) | | | 704,739,274 | | (1) | (1) | (1) |
| 9/21/2006 | W/H TAX DIV HD | (26,454) | | (26,454) | | | 704,712,820 | | (26,454) | (26,454) | (26,454) |
| 9/22/2006 | W/H TAX DIV BAC | (218,990) | | (218,990) | | | 704,493,831 | | (218,990) | (218,990) | (218,990) |
| 9/22/2006 | W/H TAX DIV JNJ | (12) | | (12) | | | 704,493,819 | | (12) | (12) | (12) |
| 9/29/2006 | W/H TAX DIV PEP | (42,317) | | (42,317) | | | 704,451,502 | | (42,317) | (42,317) | (42,317) |
| 9/29/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6,442) | | (6,442) | | | 704,445,060 | | (6,442) | (6,442) | (6,442) |
| 9/29/2006 | W/H TAX DIV S | (54,671) | | (54,671) | | | 704,390,390 | | (54,671) | (54,671) | (54,671) |
| 10/2/2006 | W/H TAX DIV KO | (69,929) | | (69,929) | | | 704,320,460 | | (69,929) | (69,929) | (69,929) |
| 10/2/2006 | W/H TAX DIV MRK | (19,016) | | (19,016) | | | 704,301,444 | | (19,016) | (19,016) | (19,016) |
| 10/10/2006 | W/H TAX DIV MO | (154,280) | | (154,280) | | | 704,147,164 | | (154,280) | (154,280) | (154,280) |
| 10/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (13) | | (13) | | | 704,147,151 | | (13) | (13) | (13) |
| 10/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (223,521) | | (223,521) | | | 703,923,630 | | (223,521) | (223,521) | (223,521) |
| 10/22/2006 | W/H TAX DIV C | (6) | | (6) | | | 703,923,624 | | (6) | (6) | (6) |
| 10/22/2006 | W/H TAX DIV MER | (1) | | (1) | | | 703,923,623 | | (1) | (1) | (1) |
| 10/25/2006 | W/H TAX DIV AIG | (2) | | (2) | | | 703,923,621 | | (2) | (2) | (2) |
| 10/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (13) | | (13) | | | 703,923,608 | | (13) | (13) | (13) |
| 10/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (7,400) | | (7,400) | | | 703,916,208 | | (7,400) | (7,400) | (7,400) |
| 10/31/2006 | W/H TAX DIV PEP | (282,603) | | (282,603) | | | 703,633,605 | | (282,603) | (282,603) | (282,603) |
| 11/1/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (27,205) | | (27,205) | | | 703,606,400 | | (27,205) | (27,205) | (27,205) |
| 11/20/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | | (3) | | | 703,606,397 | | (3) | (3) | (3) |
| 11/22/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | | (2) | | | 703,606,395 | | (2) | (2) | (2) |
| 11/22/2006 | W/H TAX DIV PEP | (59,486) | | (59,486) | | | 703,546,910 | | (59,486) | (59,486) | (59,486) |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (97,557) | | (97,557) | | | 703,449,353 | | (97,557) | (97,557) | (97,557) |
| 1/2/2007 | W/H TAX DIV CVX | (49,163) | | (49,163) | | | 703,400,190 | | (49,163) | (49,163) | (49,163) |
| 1/2/2007 | W/H TAX DIV WB | (135,806) | | (135,806) | | | 703,264,384 | | (135,806) | (135,806) | (135,806) |
| 1/2/2007 | W/H TAX DIV MSFT | (110,631) | | (110,631) | | | 703,153,754 | | (110,631) | (110,631) | (110,631) |
| 1/2/2007 | W/H TAX DIV BAC | (129,473) | | (129,473) | | | 703,024,281 | | (129,473) | (129,473) | (129,473) |
| 1/2/2007 | W/H TAX DIV S | (101,538) | | (101,538) | | | 702,922,743 | | (101,538) | (101,538) | (101,538) |
| 1/3/2007 | W/H TAX DIV INTC | (302,204) | | (302,204) | | | 702,620,539 | | (302,204) | (302,204) | (302,204) |
| 1/3/2007 | W/H TAX DIV MCD | (8,813) | | (8,813) | | | 702,611,726 | | (8,813) | (8,813) | (8,813) |
| 1/3/2007 | W/H TAX DIV MWD | (67,804) | | (67,804) | | | 702,543,922 | | (67,804) | (67,804) | (67,804) |
| 1/3/2007 | W/H TAX DIV TWX | (141,465) | | (141,465) | | | 702,402,458 | | (141,465) | (141,465) | (141,465) |
| 1/3/2007 | W/H TAX DIV IBM | (50,884) | | (50,884) | | | 702,351,574 | | (50,884) | (50,884) | (50,884) |
| 1/3/2007 | W/H TAX DIV HPQ | (26,659) | | (26,659) | | | 702,324,905 | | (26,659) | (26,659) | (26,659) |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (53,241) | | (53,241) | | | 702,271,664 | | (53,241) | (53,241) | (53,241) |
| 1/3/2007 | W/H TAX DIV PFE | (26,140) | | (26,140) | | | 702,245,524 | | (26,140) | (26,140) | (26,140) |
| 1/3/2007 | W/H TAX DIV EXC | (31,721) | | (31,721) | | | 702,213,803 | | (31,721) | (31,721) | (31,721) |
| 1/3/2007 | W/H TAX DIV HD | (30) | | (30) | | | 702,213,773 | | (30) | (30) | (30) |
| 1/3/2007 | W/H TAX DIV BA | (1) | | (1) | | | 702,213,772 | | (1) | (1) | (1) |
| 1/3/2007 | W/H TAX DIV MMM | (207,263) | | (207,263) | | | 702,006,510 | | (207,263) | (207,263) | (207,263) |
| 1/3/2007 | W/H TAX DIV XOM | (30,469) | | (30,469) | | | 701,976,040 | | (30,469) | (30,469) | (30,469) |
| 1/3/2007 | W/H TAX DIV TGT | (54,529) | | (54,529) | | | 701,921,511 | | (54,529) | (54,529) | (54,529) |
| 1/3/2007 | W/H TAX DIV UTX | (29,381) | | (29,381) | | | 701,892,130 | | (29,381) | (29,381) | (29,381) |
| 1/3/2007 | W/H TAX DIV MO | (130,583) | | (130,583) | | | 701,761,547 | | (130,583) | (130,583) | (130,583) |
| 1/3/2007 | W/H TAX DIV DIS | (40,045) | | (40,045) | | | 701,721,503 | | (40,045) | (40,045) | (40,045) |
| 1/3/2007 | W/H TAX DIV XOM | (223,937) | | (223,937) | | | 701,497,565 | | (223,937) | (223,937) | (223,937) |
| 1/3/2007 | W/H TAX DIV S | (75,129) | | (75,129) | | | 701,422,436 | | (75,129) | (75,129) | (75,129) |
| 1/3/2007 | W/H TAX DIV TGT | (11,752) | | (11,752) | | | 701,410,683 | | (11,752) | (11,752) | (11,752) |
| 1/3/2007 | W/H TAX DIV MO | (49,621) | | (49,621) | | | 701,361,062 | | (49,621) | (49,621) | (49,621) |
| 1/3/2007 | W/H TAX DIV EXC | (58,579) | | (58,579) | | | 701,302,483 | | (58,579) | (58,579) | (58,579) |
| 1/12/2007 | W/H TAX DIV DIS | (77,387) | | (77,387) | | | 701,225,095 | | (77,387) | (77,387) | (77,387) |
| 1/29/2007 | W/H TAX DIV GE | (199,125) | | (199,125) | | | 701,025,971 | | (199,125) | (199,125) | (199,125) |
| 1/29/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (45) | | (45) | | | 701,025,925 | | (45) | (45) | (45) |

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD AC/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 701,025,025 | - | (0) | (0) | (0) |
| 2/6/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 701,025,022 | - | (3) | (3) | (3) |
| 2/13/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 701,025,014 | - | (8) | (8) | (8) |
| 2/16/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 701,025,011 | - | (3) | (3) | (3) |
| 2/20/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 701,025,005 | - | (5) | (5) | (5) |
| 2/22/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 701,025,004 | - | (1) | (1) | (1) |
| 2/23/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 701,025,003 | - | (1) | (1) | (1) |
| 2/28/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (7) | - | (7) | - | - | 701,025,996 | - | (7) | (7) | (7) |
| 3/1/2007 | W/H TAX DIV COP | (43,144) | - | (43,144) | - | - | 700,982,852 | - | (43,144) | (43,144) | (43,144) |
| 3/6/2007 | W/H TAX DIV UPS | (28,597) | - | (28,597) | - | - | 700,954,155 | - | (28,597) | (28,597) | (28,597) |
| 3/9/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (13) | - | (13) | - | - | 700,954,143 | - | (13) | (13) | (13) |
| 3/12/2007 | W/H TAX DIV UTX | (9,833) | - | (9,833) | - | - | 700,944,310 | - | (9,833) | (9,833) | (9,833) |
| 3/12/2007 | W/H TAX DIV MMM | (35,407) | - | (35,407) | - | - | 700,908,903 | - | (35,407) | (35,407) | (35,407) |
| 3/12/2007 | W/H TAX DIV CVX | (40,343) | - | (40,343) | - | - | 700,868,559 | - | (40,343) | (40,343) | (40,343) |
| 3/13/2007 | W/H TAX DIV TGT | (6,685) | - | (6,685) | - | - | 700,861,874 | - | (6,685) | (6,685) | (6,685) |
| 3/13/2007 | W/H TAX DIV JNJ | (107,188) | - | (107,188) | - | - | 700,754,686 | - | (107,188) | (107,188) | (107,188) |
| 3/15/2007 | W/H TAX DIV PEP | (21,299) | - | (21,299) | - | - | 700,733,387 | - | (21,299) | (21,299) | (21,299) |
| 3/15/2007 | W/H TAX DIV WB | (103,270) | - | (103,270) | - | - | 700,630,117 | - | (103,270) | (103,270) | (103,270) |
| 3/16/2007 | W/H TAX DIV AIG | (41,077) | - | (41,077) | - | - | 700,589,040 | - | (41,077) | (41,077) | (41,077) |
| 3/20/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (27) | - | (27) | - | - | 700,589,013 | - | (27) | (27) | (27) |
| 3/22/2007 | W/H TAX DIV HD | (45,641) | - | (45,641) | - | - | 700,543,371 | - | (45,641) | (45,641) | (45,641) |
| 3/23/2007 | W/H TAX DIV BAC | (242,684) | - | (242,684) | - | - | 700,300,688 | - | (242,684) | (242,684) | (242,684) |
| 3/28/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (17) | - | (17) | - | - | 700,300,671 | - | (17) | (17) | (17) |
| 3/30/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 700,300,666 | - | (5) | (5) | (5) |
| 3/30/2007 | W/H TAX DIV PG | (8,169) | - | (8,169) | - | - | 700,292,497 | - | (8,169) | (8,169) | (8,169) |
| 3/30/2007 | W/H TAX DIV PEP | (55,773) | - | (55,773) | - | - | 700,236,724 | - | (55,773) | (55,773) | (55,773) |
| 4/2/2007 | W/H TAX DIV KO | (80,070) | - | (80,070) | - | - | 700,156,653 | - | (80,070) | (80,070) | (80,070) |
| 4/2/2007 | W/H TAX DIV MER | (95,580) | - | (95,580) | - | - | 700,061,074 | - | (95,580) | (95,580) | (95,580) |
| 4/2/2007 | W/H TAX DIV WMT | (61,887) | - | (61,887) | - | - | 699,999,187 | - | (61,887) | (61,887) | (61,887) |
| 4/2/2007 | W/H TAX DIV TWX | (25,371) | - | (25,371) | - | - | 699,973,816 | - | (25,371) | (25,371) | (25,371) |
| 4/10/2007 | W/H TAX DIV MO | (206,907) | - | (206,907) | - | - | 699,766,908 | - | (206,907) | (206,907) | (206,907) |
| 4/19/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (27) | - | (27) | - | - | 699,766,881 | - | (27) | (27) | (27) |
| 4/20/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 699,766,881 | - | (0) | (0) | (0) |
| 4/23/2007 | W/H TAX DIV BAC | (281,410) | - | (281,410) | - | - | 699,485,471 | - | (281,410) | (281,410) | (281,410) |
| 4/30/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (15) | - | (15) | - | - | 699,485,456 | - | (15) | (15) | (15) |
| 5/2/2007 | W/H TAX DIV PG | (7,393) | - | (7,393) | - | - | 699,478,064 | - | (7,393) | (7,393) | (7,393) |
| 5/15/2007 | W/H TAX DIV JPM | (130,987) | - | (130,987) | - | - | 699,347,077 | - | (130,987) | (130,987) | (130,987) |
| 5/21/2007 | W/H TAX DIV UTX | (34,673) | - | (34,673) | - | - | 699,312,384 | - | (34,673) | (34,673) | (34,673) |
| 5/24/2007 | W/H TAX DIV GS | (10,147) | - | (10,147) | - | - | 699,302,238 | - | (10,147) | (10,147) | (10,147) |
| 5/25/2007 | W/H TAX DIV MSFT | (309,085) | - | (309,085) | - | - | 698,993,153 | - | (309,085) | (309,085) | (309,085) |
| 5/31/2007 | W/H TAX DIV UPS | (23,454) | - | (23,454) | - | - | 698,969,699 | - | (23,454) | (23,454) | (23,454) |
| 6/1/2007 | W/H TAX DIV COP | (79,692) | - | (79,692) | - | - | 698,913,460 | - | (79,692) | (79,692) | (79,692) |
| 6/1/2007 | W/H TAX DIV WFC | (110,954) | - | (110,954) | - | - | 698,802,506 | - | (110,954) | (110,954) | (110,954) |
| 6/1/2007 | W/H TAX DIV BA | (32,006) | - | (32,006) | - | - | 698,778,500 | - | (32,006) | (32,006) | (32,006) |
| 6/5/2007 | W/H TAX DIV XOM | (76,776) | - | (76,776) | - | - | 698,716,776 | - | (76,776) | (76,776) | (76,776) |
| 6/5/2007 | W/H TAX DIV WMT | (62,962) | - | (62,962) | - | - | 698,690,763 | - | (62,962) | (62,962) | (62,962) |
| 6/11/2007 | W/H TAX DIV IBM | (70,447) | - | (70,447) | - | - | 698,388,162 | - | (70,447) | (70,447) | (70,447) |
| 6/11/2007 | W/H TAX DIV WMT | (42,268) | - | (42,268) | - | - | 698,237,308 | - | (42,268) | (42,268) | (42,268) |
| 6/12/2007 | W/H TAX DIV PFE | (140,203) | - | (140,203) | - | - | 698,113,854 | - | (140,203) | (140,203) | (140,203) |
| 6/14/2007 | W/H TAX DIV MSFT | (101,992) | - | (101,992) | - | - | 697,990,572 | - | (101,992) | (101,992) | (101,992) |
| 6/15/2007 | W/H TAX DIV WB | (123,282) | - | (123,282) | - | - | 697,648,322 | - | (123,282) | (123,282) | (123,282) |
| 6/15/2007 | W/H TAX DIV XOM | (25,088) | - | (25,088) | - | - | 697,546,331 | - | (25,088) | (25,088) | (25,088) |
| 6/15/2007 | W/H TAX DIV MO | (50,854) | - | (50,854) | - | - | 697,423,049 | - | (50,854) | (50,854) | (50,854) |
| 6/15/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (14) | - | (14) | - | - | 697,347,187 | - | (14) | (14) | (14) |
| 6/21/2007 | W/H TAX DIV HD | (54,486) | - | (54,486) | - | - | 697,347,174 | - | (54,486) | (54,486) | (54,486) |
| 6/22/2007 | W/H TAX DIV BAC | (295,876) | - | (295,876) | - | - | 697,292,688 | - | (295,876) | (295,876) | (295,876) |
| 6/29/2007 | W/H TAX DIV PEP | (72,889) | - | (72,889) | - | - | 696,996,813 | - | (72,889) | (72,889) | (72,889) |
| 6/29/2007 | W/H TAX DIV S | (10) | - | (10) | - | - | 696,923,912 | - | (10) | (10) | (10) |
| 6/29/2007 | W/H TAX DIV S | (8,531) | - | (8,531) | - | - | 696,915,381 | - | (8,531) | (8,531) | (8,531) |
| 7/2/2007 | W/H TAX DIV MRK | (79,204) | - | (79,204) | - | - | 696,836,177 | - | (79,204) | (79,204) | (79,204) |
| 7/2/2007 | W/H TAX DIV HPQ | (96,204) | - | (96,204) | - | - | 696,739,973 | - | (96,204) | (96,204) | (96,204) |
| 7/5/2007 | W/H TAX DIV MO | (25,537) | - | (25,537) | - | - | 696,714,436 | - | (25,537) | (25,537) | (25,537) |
| 7/1/2007 | CXL W/H TAX DIV TYC | (169,428) | - | (169,428) | - | - | 696,544,507 | - | (169,428) | (169,428) | (169,428) |
| | | 23,454 | | 23,454 | | | 696,567,761 | | 23,454 | 23,454 | 23,454 |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/17/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 696,567,752 | - | (9) | (9) | (9) |
| 8/6/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (20) | - | (20) | - | - | 696,567,732 | - | (20) | (20) | (20) |
| 8/24/2007 | W/H TAX DIV C | (127,897) | - | (127,897) | - | - | 696,439,835 | - | (127,897) | (127,897) | (127,897) |
| 9/4/2007 | W/H TAX DIV WFC | (49,872) | - | (49,872) | - | - | 696,389,963 | - | (49,872) | (49,872) | (49,872) |
| 9/4/2007 | W/H TAX DIV WMT | (25,562) | - | (25,562) | - | - | 696,364,402 | - | (25,562) | (25,562) | (25,562) |
| 9/4/2007 | W/H TAX DIV INTC | (31,673) | - | (31,673) | - | - | 696,332,729 | - | (31,673) | (31,673) | (31,673) |
| 9/5/2007 | W/H TAX DIV PFE | (98,492) | - | (98,492) | - | - | 696,234,237 | - | (98,492) | (98,492) | (98,492) |
| 9/7/2007 | W/H TAX DIV BA | (12,513) | - | (12,513) | - | - | 696,221,724 | - | (12,513) | (12,513) | (12,513) |
| 9/10/2007 | W/H TAX DIV CVX | (59,614) | - | (59,614) | - | - | 696,162,110 | - | (59,614) | (59,614) | (59,614) |
| 9/10/2007 | W/H TAX DIV UTX | (15,730) | - | (15,730) | - | - | 696,146,380 | - | (15,730) | (15,730) | (15,730) |
| 9/10/2007 | W/H TAX DIV IBM | (26,813) | - | (26,813) | - | - | 696,119,567 | - | (26,813) | (26,813) | (26,813) |
| 9/10/2007 | W/H TAX DIV XOM | (95,409) | - | (95,409) | - | - | 696,024,159 | - | (95,409) | (95,409) | (95,409) |
| 9/12/2007 | W/H TAX DIV MO | (40,666) | - | (40,666) | - | - | 695,983,492 | - | (40,666) | (40,666) | (40,666) |
| 9/14/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (21) | - | (21) | - | - | 695,983,472 | - | (21) | (21) | (21) |
| 9/18/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 695,983,470 | - | (2) | (2) | (2) |
| 9/26/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (16) | - | (16) | - | - | 695,983,454 | - | (16) | (16) | (16) |
| 9/28/2007 | W/H TAX DIV KO | (30,374) | - | (30,374) | - | - | 695,953,081 | - | (30,374) | (30,374) | (30,374) |
| 10/10/2007 | W/H TAX DIV MO | (70,191) | - | (70,191) | - | - | 695,882,890 | - | (70,191) | (70,191) | (70,191) |
| 10/25/2007 | W/H TAX DIV GE | (185,364) | - | (185,364) | - | - | 695,697,526 | - | (185,364) | (185,364) | (185,364) |
| 10/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (41) | - | (41) | - | - | 695,697,484 | - | (41) | (41) | (41) |
| 11/1/2007 | W/H TAX DIV MCD | (6) | - | (6) | - | - | 695,697,479 | - | (6) | (6) | (6) |
| 11/2/2007 | W/H TAX DIV MRK | (41) | - | (41) | - | - | 695,697,462 | - | (41) | (41) | (41) |
| 11/9/2007 | W/H TAX DIV HPQ | (6) | - | (6) | - | - | 695,697,456 | - | (6) | (6) | (6) |
| 11/13/2007 | W/H TAX DIV EXC | (16) | - | (16) | - | - | 695,697,457 | - | (16) | (16) | (16) |
| 11/15/2007 | W/H TAX DIV JNJ | (6) | - | (6) | - | - | 695,697,456 | - | (6) | (6) | (6) |
| 11/21/2007 | W/H TAX DIV MMM | (6) | - | (6) | - | - | 695,613,301 | - | (6) | (6) | (6) |
| 11/21/2007 | W/H TAX DIV MER | (1) | - | (1) | - | - | 695,603,383 | - | (1) | (1) | (1) |
| 11/30/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 695,603,375 | - | (8) | (8) | (8) |
| 12/3/2007 | W/H TAX DIV COP | (20,911) | - | (20,911) | - | - | 695,582,864 | - | (20,911) | (20,911) | (20,911) |
| 12/3/2007 | W/H TAX DIV MCD | (82,058) | - | (82,058) | - | - | 695,500,406 | - | (82,058) | (82,058) | (82,058) |
| 12/10/2007 | W/H TAX DIV MSFT | (56,166) | - | (56,166) | - | - | 695,444,270 | - | (56,166) | (56,166) | (56,166) |
| 12/10/2007 | W/H TAX DIV XOM | (14,813) | - | (14,813) | - | - | 695,429,457 | - | (14,813) | (14,813) | (14,813) |
| 12/10/2007 | W/H TAX DIV EXC | (12,961) | - | (12,961) | - | - | 695,416,496 | - | (12,961) | (12,961) | (12,961) |
| 12/11/2007 | W/H TAX DIV JNJ | (106,156) | - | (106,156) | - | - | 695,310,341 | - | (106,156) | (106,156) | (106,156) |
| 12/12/2007 | W/H TAX DIV MMM | (31,686) | - | (31,686) | - | - | 695,278,644 | - | (31,686) | (31,686) | (31,686) |
| 12/13/2007 | W/H TAX DIV MSFT | (40,734) | - | (40,734) | - | - | 695,237,910 | - | (40,734) | (40,734) | (40,734) |
| 12/20/2007 | W/H TAX DIV MER | (4) | - | (4) | - | - | 695,237,906 | - | (4) | (4) | (4) |
| 12/27/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (20) | - | (20) | - | - | 695,231,745 | - | (20) | (20) | (20) |
| 1/2/2008 | W/H TAX DIV HPQ | (6,141) | - | (6,141) | - | - | 695,216,064 | - | (6,141) | (6,141) | (6,141) |
| 1/2/2008 | W/H TAX DIV WMT | (15,681) | - | (15,681) | - | - | 695,196,623 | - | (15,681) | (15,681) | (15,681) |
| 1/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (19,441) | - | (19,441) | - | - | 695,104,019 | - | (19,441) | (19,441) | (19,441) |
| 1/3/2008 | W/H TAX DIV C | (92,581) | - | (92,581) | - | - | 695,096,518 | - | (92,581) | (92,581) | (92,581) |
| 2/28/2008 | W/H TAX DIV GS | (7,501) | - | (7,501) | - | - | 695,053,682 | - | (7,501) | (7,501) | (7,501) |
| 2/28/2008 | W/H TAX DIV WFC | (43,036) | - | (43,036) | - | - | 695,010,674 | - | (43,036) | (43,036) | (43,036) |
| 3/3/2008 | W/H TAX DIV COP | (42,808) | - | (42,808) | - | - | 694,949,221 | - | (42,808) | (42,808) | (42,808) |
| 3/3/2008 | W/H TAX DIV WFC | (61,453) | - | (61,453) | - | - | 694,922,701 | - | (61,453) | (61,453) | (61,453) |
| 3/4/2008 | W/H TAX DIV UPS | (26,521) | - | (26,521) | - | - | 694,799,259 | - | (26,521) | (26,521) | (26,521) |
| 3/4/2008 | W/H TAX DIV PFE | (123,441) | - | (123,441) | - | - | 694,782,382 | - | (123,441) | (123,441) | (123,441) |
| 3/6/2008 | W/H TAX DIV BA | (16,877) | - | (16,877) | - | - | 694,765,238 | - | (16,877) | (16,877) | (16,877) |
| 3/10/2008 | W/H TAX DIV CVX | (17,145) | - | (17,145) | - | - | 694,693,766 | - | (17,145) | (17,145) | (17,145) |
| 3/10/2008 | W/H TAX DIV IBM | (71,472) | - | (71,472) | - | - | 694,661,620 | - | (71,472) | (71,472) | (71,472) |
| 3/10/2008 | W/H TAX DIV XOM | (32,166) | - | (32,166) | - | - | 694,549,108 | - | (32,166) | (32,166) | (32,166) |
| 3/10/2008 | W/H TAX DIV UTX | (112,512) | - | (112,512) | - | - | 694,530,249 | - | (112,512) | (112,512) | (112,512) |
| 3/10/2008 | W/H TAX DIV EMC | (18,859) | - | (18,859) | - | - | 694,511,497 | - | (18,859) | (18,859) | (18,859) |
| 3/10/2008 | W/H TAX DIV EXC | (18,752) | - | (18,752) | - | - | 694,442,570 | - | (18,752) | (18,752) | (18,752) |
| 3/11/2008 | W/H TAX DIV JNJ | (68,927) | - | (68,927) | - | - | 694,421,139 | - | (68,927) | (68,927) | (68,927) |
| 3/12/2008 | W/H TAX DIV MMM | (21,431) | - | (21,431) | - | - | 694,369,866 | - | (21,431) | (21,431) | (21,431) |
| 3/13/2008 | W/H TAX DIV MSFT | (51,273) | - | (51,273) | - | - | 694,356,807 | - | (51,273) | (51,273) | (51,273) |
| 3/17/2008 | W/H TAX DIV TWX | (13,059) | - | (13,059) | - | - | 694,281,370 | - | (13,059) | (13,059) | (13,059) |
| 3/17/2008 | W/H TAX DIV UPS | (75,436) | - | (75,436) | - | - | 694,281,352 | - | (75,436) | (75,436) | (75,436) |
| 3/19/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (19) | - | (19) | - | - | 694,255,233 | - | (19) | (19) | (19) |
| 3/17/2008 | W/H TAX DIV MCD | (26,119) | - | (26,119) | - | - | 694,255,232 | - | (26,119) | (26,119) | (26,119) |
| 3/19/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 694,229,229 | - | (0) | (0) | (0) |
| 3/24/2008 | W/H TAX DIV AIG | (30,003) | - | (30,003) | - | - | 694,225,232 | - | (30,003) | (30,003) | (30,003) |
| 3/26/2008 | W/H TAX DIV PG | (21,699) | - | (21,699) | - | - | 694,038,942 | - | (21,699) | (21,699) | (21,699) |
| 3/28/2008 | W/H TAX DIV BAC | (164,589) | - | (164,589) | - | - | 694,004,787 | - | (164,589) | (164,589) | (164,589) |
| 3/31/2008 | W/H TAX DIV PEP | (34,155) | - | (34,155) | - | - | 693,955,925 | - | (34,155) | (34,155) | (34,155) |
| 4/1/2008 | W/H TAX DIV MRK | (48,862) | - | (48,862) | - | - | 693,911,134 | - | (48,862) | (48,862) | (48,862) |
| 4/1/2008 | W/H TAX DIV KO | (44,790) | - | (44,790) | - | - |  | - | (44,790) | (44,790) | (44,790) |

Exhibit B

**BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 4/2/2008 | W/H TAX DIV HPQ | (12,001) | - | (12,001) | - | - | 693,809,133 | - | (12,001) | (12,001) | (12,001) |
| 4/2/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | - | - | 693,809,129 | - | (4) | (4) | (4) |
| 4/2/2008 | W/H TAX DIV KFT | (24,592) | - | (24,592) | - | - | 693,874,537 | - | (24,592) | (24,592) | (24,592) |
| 4/7/2008 | W/H TAX DIV BAC | (31,811) | - | (31,811) | - | - | 693,842,726 | - | (31,811) | (31,811) | (31,811) |
| 4/25/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (4) | - | (4) | - | - | 693,842,719 | - | (4) | (4) | (4) |
| 4/25/2008 | W/H TAX DIV MDT | (7,104) | - | (7,104) | - | - | 693,835,615 | - | (7,104) | (7,104) | (7,104) |
| 4/25/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (181,037) | - | (181,037) | - | - | 693,654,578 | - | (181,037) | (181,037) | (181,037) |
| 4/30/2008 | W/H TAX DIV GE | (14,065) | - | (14,065) | - | - | 693,640,513 | - | (14,065) | (14,065) | (14,065) |
| 4/30/2008 | W/H TAX DIV MS | (64,786) | - | (64,786) | - | - | 693,575,727 | - | (64,786) | (64,786) | (64,786) |
| 5/1/2008 | W/H TAX DIV JPM | (63,128) | - | (63,128) | - | - | 693,512,599 | - | (63,128) | (63,128) | (63,128) |
| 5/1/2008 | W/H TAX DIV VZ | (123,131) | - | (123,131) | - | - | 693,389,468 | - | (123,131) | (123,131) | (123,131) |
| 5/2/2008 | W/H TAX DIV CVS | (4,546) | - | (4,546) | - | - | 693,384,922 | - | (4,546) | (4,546) | (4,546) |
| 5/2/2008 | W/H TAX DIV BAC | (13,639) | - | (13,639) | - | - | 693,371,283 | - | (13,639) | (13,639) | (13,639) |
| 5/9/2008 | W/H TAX DIV AXP | (10,229) | - | (10,229) | - | - | 693,361,054 | - | (10,229) | (10,229) | (10,229) |
| 5/15/2008 | W/H TAX DIV ABT | (28,983) | - | (28,983) | - | - | 693,332,070 | - | (28,983) | (28,983) | (28,983) |
| 5/15/2008 | W/H TAX DIV PG | (64,407) | - | (64,407) | - | - | 693,267,664 | - | (64,407) | (64,407) | (64,407) |
| 5/20/2008 | W/H TAX DIV | (11,934) | - | (11,934) | - | - | 693,255,729 | - | (11,934) | (11,934) | (11,934) |
| 5/23/2008 | W/H TAX DIV C | (81,835) | - | (81,835) | - | - | 693,173,895 | - | (81,835) | (81,835) | (81,835) |
| 5/28/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (14) | - | (14) | - | - | 693,173,880 | - | (14) | (14) | (14) |
| 5/29/2008 | W/H TAX DIV MS | (6,630) | - | (6,630) | - | - | 693,167,250 | - | (6,630) | (6,630) | (6,630) |
| 6/2/2008 | W/H TAX DIV INTC | (44,770) | - | (44,770) | - | - | 693,122,480 | - | (44,770) | (44,770) | (44,770) |
| 6/2/2008 | W/H TAX DIV WFC | (95,433) | - | (95,433) | - | - | 693,027,047 | - | (95,433) | (95,433) | (95,433) |
| 6/2/2008 | W/H TAX DIV WMT | (53,617) | - | (53,617) | - | - | 692,976,430 | - | (53,617) | (53,617) | (53,617) |
| 6/2/2008 | W/H TAX DIV COP | (23,588) | - | (23,588) | - | - | 692,952,842 | - | (23,588) | (23,588) | (23,588) |
| 6/6/2008 | W/H TAX DIV PFE | (205,611) | - | (205,611) | - | - | 692,747,231 | - | (205,611) | (205,611) | (205,611) |
| 6/6/2008 | W/H TAX DIV MMM | (42,980) | - | (42,980) | - | - | 692,704,251 | - | (42,980) | (42,980) | (42,980) |
| 6/6/2008 | W/H TAX DIV BA | (27,785) | - | (27,785) | - | - | 692,676,466 | - | (27,785) | (27,785) | (27,785) |
| 6/10/2008 | W/H TAX DIV CVX | (129,809) | - | (129,809) | - | - | 692,546,656 | - | (129,809) | (129,809) | (129,809) |
| 6/10/2008 | W/H TAX DIV JNJ | (42,098) | - | (42,098) | - | - | 692,504,558 | - | (42,098) | (42,098) | (42,098) |
| 6/10/2008 | W/H TAX DIV UTX | (65,122) | - | (65,122) | - | - | 692,439,426 | - | (65,122) | (65,122) | (65,122) |
| 6/10/2008 | W/H TAX DIV XOM | (203,338) | - | (203,338) | - | - | 692,236,088 | - | (203,338) | (203,338) | (203,338) |
| 6/10/2008 | W/H TAX DIV UTX | (30,564) | - | (30,564) | - | - | 692,205,535 | - | (30,564) | (30,564) | (30,564) |
| 6/10/2008 | W/H TAX DIV EXC | (30,390) | - | (30,390) | - | - | 692,175,145 | - | (30,390) | (30,390) | (30,390) |
| 6/12/2008 | W/H TAX DIV MSFT | (34,732) | - | (34,732) | - | - | 692,140,413 | - | (34,732) | (34,732) | (34,732) |
| 6/12/2008 | W/H TAX DIV MSFT | (83,095) | - | (83,095) | - | - | 692,057,318 | - | (83,095) | (83,095) | (83,095) |
| 7/18/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (25) | - | (25) | - | - | 692,057,293 | - | (25) | (25) | (25) |
| 7/18/2008 | CHECK WIRE | (50,000,000) | - | (50,000,000) | - | - | 642,057,293 | (50,000,000) | (50,000,000) | (50,000,000) | (50,000,000) |
| 7/21/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 642,057,293 | (0) | (0) | (0) | (0) |
| 7/23/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 642,057,293 | (0) | (0) | (0) | (0) |
| 8/1/2008 | W/H TAX DIV CVS | (6,593) | - | (6,593) | - | - | 642,050,700 | (6,593) | (6,593) | (6,593) | (6,593) |
| 8/8/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (2) | - | (2) | - | - | 642,050,698 | (2) | (2) | (2) | (2) |
| 8/20/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (0) | - | (0) | - | - | 642,050,698 | (0) | (0) | (0) | (0) |
| 8/20/2008 | W/H TAX DIV CAT | (17,557) | - | (17,557) | - | - | 642,033,141 | (17,557) | (17,557) | (17,557) | (17,557) |
| 8/22/2008 | W/H TAX DIV C | (112,748) | - | (112,748) | - | - | 641,920,393 | (112,748) | (112,748) | (112,748) | (112,748) |
| 8/28/2008 | W/H TAX DIV GS | (8,361) | - | (8,361) | - | - | 641,912,033 | (8,361) | (8,361) | (8,361) | (8,361) |
| 10/2/2008 | W/H TAX DIV MSFT | (83,356) | - | (83,356) | - | - | 641,828,677 | (83,356) | (83,356) | (83,356) | (83,356) |
| 10/2/2008 | W/H TAX DIV WMT | (51,309) | - | (51,309) | - | - | 641,777,368 | (51,309) | (51,309) | (51,309) | (51,309) |
| 10/2/2008 | W/H TAX DIV PFE | (141,412) | - | (141,412) | - | - | 641,635,956 | (141,412) | (141,412) | (141,412) | (141,412) |
| 10/2/2008 | W/H TAX DIV BUD | (17,677) | - | (17,677) | - | - | 641,618,279 | (17,677) | (17,677) | (17,677) | (17,677) |
| 10/2/2008 | W/H TAX DIV INJ | (11,413) | - | (11,413) | - | - | 641,606,866 | (11,413) | (11,413) | (11,413) | (11,413) |
| 10/2/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | (16) | - | (16) | - | - | 641,606,838 | (16) | (16) | (16) | (16) |
| 10/2/2008 | W/H TAX DIV UTX | (30,418) | - | (30,418) | - | - | 641,576,420 | (30,418) | (30,418) | (30,418) | (30,418) |
| 10/2/2008 | W/H TAX DIV BAC | (268,884) | - | (268,884) | - | - | 641,307,536 | (268,884) | (268,884) | (268,884) | (268,884) |
| 10/2/2008 | W/H TAX DIV PEP | (62,435) | - | (62,435) | - | - | 641,245,101 | (62,435) | (62,435) | (62,435) | (62,435) |
| 10/2/2008 | W/H TAX DIV UPS | (42,775) | - | (42,775) | - | - | 641,202,325 | (42,775) | (42,775) | (42,775) | (42,775) |
| 10/2/2008 | W/H TAX DIV WFC | (47,715) | - | (47,715) | - | - | 641,154,611 | (47,715) | (47,715) | (47,715) | (47,715) |
| 10/2/2008 | W/H TAX DIV CVX | (62,943) | - | (62,943) | - | - | 641,091,668 | (62,943) | (62,943) | (62,943) | (62,943) |
| 10/2/2008 | W/H TAX DIV JNJ | (122,000) | - | (122,000) | - | - | 640,969,666 | (122,000) | (122,000) | (122,000) | (122,000) |
| 10/2/2008 | W/H TAX DIV MMM | (34,560) | - | (34,560) | - | - | 640,935,106 | (34,560) | (34,560) | (34,560) | (34,560) |
| 10/2/2008 | W/H TAX DIV MCD | (21,397) | - | (21,397) | - | - | 640,913,709 | (21,397) | (21,397) | (21,397) | (21,397) |
| 10/2/2008 | W/H TAX DIV XOM | (7,689) | - | (7,689) | - | - | 640,875,769 | (7,689) | (7,689) | (7,689) | (7,689) |
| 10/2/2008 | W/H TAX DIV WFC | (127,455) | - | (127,455) | - | - | 640,748,313 | (127,455) | (127,455) | (127,455) | (127,455) |
| 10/2/2008 | W/H TAX DIV AIG | (55,720) | - | (55,720) | - | - | 640,692,593 | (55,720) | (55,720) | (55,720) | (55,720) |
| 10/2/2008 | W/H TAX DIV JNJ | (44,789) | - | (44,789) | - | - | 640,649,405 | (44,789) | (44,789) | (44,789) | (44,789) |
| 10/2/2008 | W/H TAX DIV XOM | (199,415) | - | (199,415) | - | - | 640,448,390 | (199,415) | (199,415) | (199,415) | (199,415) |
| 10/2/2008 | W/H TAX DIV MCD | (39,888) | - | (39,888) | - | - | 640,408,502 | (39,888) | (39,888) | (39,888) | (39,888) |
| 10/2/2008 | W/H TAX DIV BA | (19,110) | - | (19,110) | - | - | 640,389,392 | (19,110) | (19,110) | (19,110) | (19,110) |
| 10/2/2008 | W/H TAX DIV INTC | (51,835) | - | (51,835) | - | - | 640,337,557 | (51,835) | (51,835) | (51,835) | (51,835) |

BLMIS ACCOUNT NO. 1FN061 - KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported In Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 10/17/2008 | CHECK WIRE | (50,000,000) | - | (50,000,000) | - | - | 590,337,557 | (50,000,000) | (50,000,000) | (50,000,000) | (50,000,000) |
| 11/4/2008 | WH TAX DIV PM | (34,345) | - | (34,345) | - | - | 590,303,212 | (34,345) | (34,345) | (34,345) | (34,345) |
| 11/4/2008 | WH TAX DIV KO | (23,118) | - | (23,118) | - | - | 590,280,094 | (23,118) | (23,118) | (23,118) | (23,118) |
| 11/4/2008 | WH TAX DIV MRK | (75,527) | - | (75,527) | - | - | 590,204,568 | (75,527) | (75,527) | (75,527) | (75,527) |
| 11/4/2008 | WH TAX DIV MO | (14,065) | - | (14,065) | - | - | 590,190,503 | (14,065) | (14,065) | (14,065) | (14,065) |
| 11/4/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 590,190,502 | (1) | (1) | (1) | (1) |
| 11/4/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 590,190,500 | (2) | (2) | (2) | (2) |
| 11/4/2008 | WH TAX DIV BAX | (13,157) | - | (13,157) | - | - | 590,177,343 | (13,157) | (13,157) | (13,157) | (13,157) |
| 11/4/2008 | WH TAX DIV HPQ | (18,452) | - | (18,452) | - | - | 590,158,891 | (18,452) | (18,452) | (18,452) | (18,452) |
| 11/26/2008 | CHECK WIRE | (50,000,000) | - | (50,000,000) | - | - | 540,158,891 | (50,000,000) | (50,000,000) | (50,000,000) | (50,000,000) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 540,158,890 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 540,158,889 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 540,158,889 | (0) | (0) | (0) | (0) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 540,158,888 | (1) | (1) | (1) | (1) |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 540,158,888 | (1) | (1) | (1) | (1) |
| | Total: | | $ 979,860,000 | $ (437,501,112) | $ 8,800,000 | $ (10,200,000) | $ 540,158,888 | $ (101,753,145) | $ (163,447,599) | $ (398,704,065) | $ (437,501,112) |

# FIRST AMENDMENT TO THE KINGATE GLOBAL FUND, LTD. MANAGEMENT AGREEMENT

FIRST AMENDMENT (the "First Amendment"), dated as of March 1, 1995, to the Management Agreement of Kingate Global Fund, Ltd. (the "Fund") dated as of November 1994 (the "Management Agreement") by and between the Fund and Kingate Management Limited (the "Manager").

## W I T N E S S E T H :

WHEREAS, the Fund, pursuant to an Information Memorandum dated as of November 1994, offered common shares of the Fund (the "Common Shares") and simultaneously executed the Management Agreement; and

WHEREAS, as of March 1, 1995, the directors and members of the Fund approved a recapitalization of the Fund (the "Recapitalization") which involved a redesignation of the Common Shares as Class A Shares ("Class A Shares") and an issuance of a new class of common shares, Class B Shares ("Class B Shares"); and

WHEREAS, in order to effect the Recapitalization, the Fund, pursuant to a Restated Information Memorandum dated as of March 1, 1995, redesignated the Common Shares as Class A Shares (the "Restated Information Memorandum"); and

WHEREAS, in order to further effect the Recapitalization, the Fund, pursuant to an Information Memorandum dated as of March 1, 1995, offered the new Class B Shares (the "Class B Shares Information Memorandum"); and

WHEREAS, in order to effect the provisions of the Restated Information Memorandum and the Class B Shares Information Memorandum, the Fund wishes to amend the Management Agreement by executing this First Amendment.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, the parties hereby agree as follows:

1. Definitions

Unless otherwise defined herein, terms defined in the Management Agreement hereby shall have such defined meanings when used herein.

2. Amendment

(i) Section 1.1 of the Management Agreement is hereby amended by deleting the definition of "Shares" and adding the following new definition, of "Class A Common Shares," to appear as the fifth definition:

"Class A Common Shares" means the Class A Common Shares which were initially offered as Common Shares pursuant to the Fund's Information Memorandum dated as of November 1994 (the "Information Memorandum") and redesignated as Class A Shares pursuant to the Fund's Restated Information Memorandum dated as of March 1, 1995. (Simultaneously, the Fund issued a new class of shares, Class B Shares, pursuant to a separate Information Memorandum dated as of March 1, 1995. All references in this Agreement refer to Class A Shares only.)

3.  Effective Date

This First Amendment shall be effective as of the date first written above. Except as expressly set forth herein, all of the terms and conditions of the Management Agreement shall remain unchanged and shall continue in full force and effect and are hereby ratified and confirmed.

4.  Counterparts

This First Amendment may be executed in any number of counterparts, each of which shall be an original, with the same effect as if the signatures thereto and hereto were upon the same instrument.

5.  Governing Law

This First Amendment and the underlying Agreement shall hereafter be governed by and construed in accordance with the substantive laws of the Bermuda applicable to contracts made and entirely performed therein, without regard to principles of conflicts of law.

IN WITNESS WHEREOF, the parties hereto have signed this First Amendment to be duly executed and delivered as of the date and year first written above.

KINGATE GLOBAL FUND, LTD.

By: _____

Name: *Christopher Wetherhill*
Title: *Director*

KINGATE MANAGEMENT LIMITED
(the "Manager")

By: _____

Name: *Margaret Every*
Title: *Director*

2

"Class A Common Shares" means the Class A Common Shares which were initially offered as Common Shares pursuant to the Fund's Information Memorandum dated as of November 1994 (the "Information Memorandum") and redesignated as Class A Shares pursuant to the Fund's Restated Information Memorandum dated as of March 1, 1995. (Simultaneously, the Fund issued a new class of shares, Class B Shares, pursuant to a separate Information Memorandum dated as of March 1, 1995. All references in this Agreement refer to Class A Shares only.)

3.    Effective Date

This First Amendment shall be effective as of the date first written above. Except as expressly set forth herein, all of the terms and conditions of the Management Agreement shall remain unchanged and shall continue in full force and effect and are hereby ratified and confirmed.

4.    Counterparts

This First Amendment may be executed in any number of counterparts, each of which shall be an original, with the same effect as if the signatures thereto and hereto were upon the same instrument.

5.    Governing Law

This First Amendment and the underlying Agreement shall hereafter be governed by and construed in accordance with the substantive laws of the Bermuda applicable to contracts made and entirely performed therein, without regard to principles of conflicts of law.

IN WITNESS WHEREOF, the parties hereto have signed this First Amendment to be duly executed and delivered as of the date and year first written above.

KINGATE GLOBAL FUND, LTD.

By: _____

Name: *Christopher Wetherhill*
Title: *Director*

KINGATE MANAGEMENT LIMITED
(the "Manager")

By: _____
      Name:
      Title:

# KINGATE MANAGEMENT LIMITED

## - AND -

## KINGATE GLOBAL FUND, LTD.

### - AND

## FIM LIMITED

## CONSULTING SERVICES AGREEMENT

Attorney Eyes Only

**CONSULTING SERVICES AGREEMENT** made as of the 1st day of December 1995 by and between:

**Kingate Management Limited ("Kingate")**, a company incorporated under Bermuda law;

**Kingate Global Fund, Ltd.**(the "Fund") a company incorporated under the laws of the Territory of the British Virgin Islands; and

**FIM Limited ("FIM")**, a company incorporated under the laws of England and regulated by the Investment Management Regulatory Organisation Limited ("IMRO") in carrying on investment business relevant to this Agreement.

**WHEREAS**

(A) the Fund invests its assets by selecting a number of funds and investment management firms (the "Investment Advisors") who are appointed to manage the Fund's assets;

(B) the Fund currently has 3 (three) Classes of Common Shares, called respectively "Class A", "Class B" and "DM Class" and may, in the future, create further Classes of Shares;

(C) the Fund has appointed Kingate as Manager of the Class A Shares and as Co-Manager with respect to the Class B Shares and the DM Class Shares under the terms of Management and Co-Management Agreements by and between Kingate and the Fund;

(D) Kingate has engaged FIM to act as a consultant to Kingate with respect to the allocation of the assets of the Fund's Class A Shares among different equity and fixed-income markets, currencies and asset classes, under the terms of a Consulting Services Agreement effective November 1, 1994 for an initial term to expire on December 31, 1995;

(E) Kingate wishes to amend and replace the Consulting Services Agreement effective November 1, 1994 and wishes to engage FIM to act as Consultant with respect to the investment of the assets comprised in each Class of Shares in the Fund currently outstanding or to be created in the future.

**NOW THEREFORE,** in consideration of premises and mutual agreements hereinafter set forth, the parties hereto agree as follows:

*Appointment of the Consultant.* Effective December 1, 1995 and until this Agreement is terminated in accordance with clause 7 hereof, Kingate hereby appoints FIM as Consultant to Kingate to render consulting services with respect to the investments of the assets of each Class of Shares of the Fund currently outstanding or to be created in the future.

2. *Acceptance by the Consultant.* FIM hereby accepts such appointment as Consultant to Kingate as a "non-private customer" for IMRO purposes, and agrees to render such consulting services in accordance with the terms and conditions of this Agreement.

3. *Duties of FIM.* Without limiting the foregoing, FIM shall:

(a) analyse trends in the world's economies and financial markets (including equity, fixed-income and money markets, currencies and commodities markets) and recommend to

Attorney Eyes Only

Kingate an allocation of the Fund's assets in a manner consistent with the Fund's investment objectives and methodology;

(b) research, screen and nominate for selection by Kingate investment advisors that may be appointed by Kingate to manage the Fund's assets in a manner consistent with the Fund's investment objectives and methodology;

(c) advise Kingate concerning all actions which may appear to FIM that the Fund should take to carry into effect the purchase and sale of investments pursuant to clauses 3.(a) and 3.(b) above;

(c) provide relevant information covering the performance of each asset allocation, asset class and investment advisor recommended to Kingate;

(e) monitor on a continuing basis each recommendation and implementation of approved recommendations concerning the allocation of the Fund's assets and the appointment of investment advisors, including identification of additional or alternative asset allocations and investment advisors;

(f) prepare such reports as Kingate may request for inclusion in the annual or other reports of the Fund;

(g) provide such information as Kingate may require on matters related to the investment of the Fund's assets including, inter alia, such information as Kingate may require to calculate the value of each Class of Shares of the Fund;

(h) as requested, attend investment meetings with Kingate, its representatives and consultants;

(i) in general, comply with any reasonable requests made by Kingate.

4. *Other Agreements and Obligations.* It is understood that:

(a) FIM shall not have any power to enter into transactions on behalf of, or in any other way to bind, Kingate or the Fund and nothing herein contained shall be deemed to create or constitute a partnership between FIM, Kingate and the Fund;

(b) FIM may have business arrangements and/or consulting contracts with other persons, firms or organisations and other accounts for which it may act as consultant, investment supervisor, investment manager or otherwise;

(c) FIM may give advice and make recommendations to other clients which may differ from, may be the same as or similar to the advice and recommendations given and made to Kingate provided FIM acts in good faith and follows a consistent policy with respect to each client;

(d) personnel of FIM may be involved in the supervision and management of other investment companies, other investment programs or consulting activities;

(e) FIM may, at its own expense and under its own responsibility, employ or hire other consultants to assist it in the performance of its duties under the term of this Agreement;

Attorney Eyes Only

(f) Kingate may have consultancy agreements with other consultants while this Agreement is in force;

(g) Kingate shall at all times keep FIM fully informed of its investment objectives and methodology, its cash requirements, the investments comprised in the portfolio of each Class of Shares and the affairs of the Fund in so far as they are relevant to the duties to be performed by FIM under the terms of this Agreement.

5. **Remuneration.** In consideration for the services thereof, Kingate hereby agrees to pay to FIM the fees specified in Exhibit B.

6. **Liability.** FIM shall not be liable to Kingate, the Fund or its shareholders for any error of judgement or for any loss suffered by the Fund in connection with the subject matter of this Agreement howsoever any such loss may have occurred unless such loss arises from negligence, wilful default, fraud or dishonesty in the performance or non-performance by FIM or persons designated by it of its obligations or duties.

Kingate and the Fund hereby undertake to hold harmless and indemnify FIM against all actions proceedings claims costs demands and expenses which may be brought against, suffered or incurred by FIM by reason of its performance or non-performance of its duties under the terms of this Agreement (other than due to negligence, wilful default, fraud or dishonesty on the part of FIM or persons designated by it) including all legal professional and other expenses incurred by FIM or persons designated by it in the performance of its obligations or duties and including indemnity obligations owed by FIM to persons designated by it (except such as shall arise from negligence, wilful default, fraud, dishonesty in the performance of such obligations or duties).

7. **Term.** This Agreement shall come into force as of the date hereof and continue in effect for an initial term to end on December 31, 1996 and shall be automatically renewed for subsequent terms of one year unless terminated at the end of the initial or a subsequent term by 30 days' notice given by one party to the others.

Any party may terminate this Agreement at any time if one of the other parties shall go into liquidation (except a voluntary liquidation for the purposes of reconstruction or amalgamation upon terms previously approved in writing by the other parties) or be unable to pay its debts or is insolvent or deemed to be insolvent or if a receiver is appointed of any of the assets of the parties. Any party may terminate this Agreement at any time if one of the other parties shall commit any material breach of its obligations under this Agreement and (if such breach shall be capable of remedy) shall fail within thirty days of receipt of notice served by the other parties requiring it to do so to do to make good such breach.

This Agreement shall terminate forthwith upon the termination of the Manager or Co-Manager Agreements between Kingate and the Fund. Kingate and the Fund may terminate this Agreement at any time if FIM ceases to be permitted by applicable law or regulation to act as consultant, or if FIM ceases to be authorised by IMRO. FIM may terminate this Agreement at any time if it becomes unlawful for FIM to act as consultant pursuant to this Agreement.

On termination of the appointment of FIM under the provisions of this Clause, FIM shall be entitled to receive the fees referred-to in Exhibit B up to the effective date of termination but shall not be entitled to compensation in respect of such termination; and FIM shall deliver or procure to be delivered to Kingate, or as it shall direct, all books of account, records, other registers, correspondence, documents and assets relating to the affairs of or belonging to the Kingate or the Fund in the possession of or under the control of FIM.

KING_DIL_000694

8. **Records.** FIM agrees to hold for a period of three years all books of account, records, other registers, correspondence, documents and assets relating to the object matter of this Agreement, and to make them available for inspection by Kingate or the Fund.

9. **Confidentiality.** During and after the continuance of this Agreement, FIM agrees to maintain strict confidentiality in respect to Kingate and the Fund.

10. **Representations and Warranties.** FIM, Kingate and the Fund represent and warrant that information with respect to them and annexed hereto as Exhibit A is correct and each agrees to furnish each other with such information, authorisation and documentation as the others may from time to time require to enable it to carry out its obligations under this Agreement.

   **Authority.** Each of the parties to this Agreement hereby represents and warrants that it is duly authorised and empowered to execute, deliver and perform this Agreement and that such action does not conflict with or violate any provision of law, rule or regulation or contract or deed of trust to which it is a party.

12. **Amendments.** Any provision of this Agreement may be amended only if the parties so agree in writing.

13. **Assignment.** FIM may not assign this Agreement without the prior written agreement of Kingate and the Fund.

14. **Notices.** Any notice given by one party to the other under this Agreement shall be in writing and shall be delivered by hand or by telefax or mailed by registered or certified mail or by courier to the address shown on Exhibit A. A notice delivered by hand shall be deemed to be served upon such service. A notice delivered by telefax shall be deemed to have been given at the close of business on the day on which it is sent. A notice delivered by mail or courier shall be deemed to have been given at the expiration of seventy-two hours after posting. Evidence that the notice was properly addressed, faxed or stamped and put into the post or given to a courier shall be conclusive evidence of service A party may by notice hereunder to the other party designate a different address.

15. **Complaints.** FIM has in operation a written complaints procedure in accordance with IMRO rules for the effective consideration and proper handling of complaints from customers. Kingate and the Fund have the right to complain directly to FIM concerning the services rendered by FIM under the terms of this Agreement. FIM shall address to Kingate and the Fund a written reply within ten (10) days of receipt of such complaint, and the complaint shall be considered as settled if Kingate and the Fund do not indicate otherwise within one month of receipt of such reply. If within two months after the complaint is made it has not been resolved to the satisfaction of Kingate and the Fund, the complaint shall be notified to IMRO by FIM. Kingate and the Fund have the right to make complaints to the United Kingdom's Investment Ombudsman.

16. **Governing Law.** This Agreement shall be governed by, and construed in accordance with, the laws of Bermuda, and the parties hereto irrevocably agree to submit to the non-exclusive jurisdiction of the courts of Bermuda.

*********************

Attorney Eyes Only

IN WITNESS WHEREOF this Agreement has been duly executed on behalf of the parties on the day and year first above written.


Signed for and on behalf of
**KINGATE MANAGEMENT LIMITED**          by:          _____
                                                     Christopher Wetherhill


Signed for and on behalf of
**KINGATE GLOBAL FUND, LTD.**          by:          _____
                                                     Keith R. Bish


Signed for and on behalf of
**FIM LIMITED**          by:          _____
                                       Carlo Grosso

Attorney Eyes Only

## EXHIBIT A

### *INFORMATION REGARDING THE PARTIES*

KINGATE MANAGEMENT LIMITED      c/o Hemisphere Management Limited
Hemisphere House
9 Church Street
P.O. Box HM 951
Hamilton HM DX Bermuda

Authorised Party: Christopher Wetherhill


KINGATE GLOBAL FUND, LTD.      c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

Authorised Party: Keith R. Bish


FIM Limited      6-8 Sackville Street
London W1X 1DD
United Kingdom

Authorised Party: Carlo Grosso

Attorney Eyes Only

## EXHIBIT B

### *FEE SCHEDULE*

In consideration for the services detailed under Clause 3 of this Agreement, FIM shall be entitled to receive such fees as may be agreed from time to time between Kingate, the Fund and FIM. Such fees shall not abate and may be supplemented by reference to any other remuneration of FIM.

2. Such fees (payable to the extent that Kingate receives its management fee under the terms of its Management or Co-Management Agreement with the Fund) shall be no less than:

   • 0.50%      (one-half of one percent) per annum of the Net Asset Value of the Fund (being the sum of the Net Asset value of each Class of Shares of the Fund calculated in accordance to the Information Memorandum of each Class of Shares of the Fund), and

   • US$ 300,000 (three hundred thousand U.S. dollars)

3. Such fees shall be payable in twelve equal monthly instalments of the greater of 1/12th of 0.50% (one twelfth of one-half percent) of the Net Asset Value of the Fund calculated as of the close of business on the last Business Day of each calendar month (as defined in the Fund's Information Memorandum) and US$ 25,000 (twenty five thousand U.S. dollars). The first payment shall be due as of the last Business Day of the month of December 1995 and subsequent payments shall be due as of the last Business Day of each calendar month.

4. FIM shall at its own expense employ such staff as may be necessary for the proper performance of its duties under the terms of this Agreement, except that reasonable travel expenses as mutually agreed in advance by the parties may be reimbursed by Kingate to FIM upon presentation of statement by FIM.

Attorney Eyes Only

# Deed of Novation

between

**Kingate Management Limited**
as the Continuing Party

**FIM Limited**
as the Outgoing Party

and

**FIM Advisers LLP**
as the Incoming Party

relating to

the assumption of obligations and benefits by FIM
Advisers LLP of a consulting services agreement relating
to Kingate Global Fund, Ltd – USD Shares

**CONTENTS**

1.   Interpretation ................................................................................................... 1

2.   Novation ........................................................................................................... 1

3.   Confirmation of terms ....................................................................................... 2

4.   Limitation Periods ............................................................................................. 2

5.   Governing Law .................................................................................................. 2

**THIS DEED OF NOVATION** is dated       29th July 2005 and made

**BETWEEN:**

(1)     **KINGATE MANAGEMENT LIMITED**, (the "Continuing Party"), a limited liability company
        incorporated in Bermuda and having its registered office at 99 Front Street, Hamilton HM
        11, Bermuda; and

(2)     **FIM LIMITED**, (the "Outgoing Party"), a limited liability company registered in England and
        Wales and having its registered office at 20 St James's Street, London, SW1A 1ES,
        England; and

(3)     **FIM ADVISERS LLP**, (the "Incoming Party"), a limited liability partnership registered in
        England and Wales and having its registered office at 20 St James's Street, London,
        SW1A 1ES, England.


**Background:**

(A)     This Agreement is supplemental to the Original Agreement.

(B)     The parties hereto have agreed that with effect from the effective date the Outgoing Party
        shall cease to be a party to the Original Agreement and that the Incoming Party shall
        become a party thereto in place of the Outgoing Party and accordingly the Outgoing Party
        shall be released and discharged from the Original Agreement upon the terms and to the
        extent set out in this Agreement.

**THE PARTIES AGREE THAT:**

1.      **Interpretation**

        In this Agreement:

        "Original Agreement" means the Consulting Services Agreement dated 23rd April 2001 (as
        amended on June 7th 2001) made between the Continuing Party and the Outgoing Party.

        "Effective Date" means 1st August 2005.

2.      **Novation**

2.1     **Substitution of parties**

        (A)     The Incoming Party hereby undertakes to the Continuing Party to perform the
                Original Agreement and be bound by the terms thereof in every way as if the
                Incoming Party was, with effect from the Effective Date, a party to the Original
                Agreement in place of the Outgoing Party.

        (B)     The Continuing Party hereby releases and discharges the Outgoing Party from all
                obligations and liabilities of the Outgoing Party under the Original Agreement
                becoming due to be performed or satisfied on or after the Effective Date and all
                claims and demands whatsoever in respect thereof and accepts the performance
                thereof by the Incoming Party in place of performance by the Outgoing Party and
                hereby undertakes to the Incoming Party, with effect from the Effective Date, to

LN: 1CFD8C8

1

perform the Original Agreement and be bound by the terms thereof in every way as if the Incoming Party was a party to the Original Agreement in place of the Outgoing Party.

## 2.2   Surviving obligations

The Incoming Party shall be liable to the Continuing Party in respect of the respective obligations and liabilities of the Outgoing Party under the Original Agreement becoming due to be performed or satisfied prior to the Effective Date and all claims and demands in respect thereof in all respects as if this Agreement had not been made and the Incoming Party was a party to the Original Agreement in place of the Outgoing Party.

## 3.   Confirmation of terms

The Continuing Party and the Incoming Party hereby confirm the terms of the Original Agreement with the exception only of the substitution of parties hereby effected.

## 4.   Limitation Periods

Nothing in this Agreement shall have the effect of extending any limitation period set out in, or applicable to, the Original Agreement and nothing in this Agreement shall operate to enable any claims to be brought against the Incoming Party whether in tort, contract or otherwise which, but for this Agreement, would be statute barred if made against the Outgoing Party.

## 5.   Governing Law

This Agreement shall be governed by and construed in accordance with the laws of England and the parties hereto hereby submit to the non-exclusive jurisdiction of the English Courts.

IN WITNESS whereof this Deed of Novation has been executed as a deed by the parties hereto the day and year first above written.

EXECUTED AS A DEED by
KINGATE MANAGEMENT LIMITED acting by:


..................................
Director


EXECUTED AS A DEED by
FIM LIMITED acting by:


..................................
Director


EXECUTED AS A DEED by
FIM ADVISERS LLP
acting by:


..................................
Member

LN: 1D5F403

# MANAGER AGREEMENT

## KINGATE EURO FUND, LTD.

**MANAGER AGREEMENT** (the "Agreement"), as of May 1, 2000 by and among KINGATE MANAGEMENT LIMITED, a company organized under the laws of Bermuda (the "Manager"), and KINGATE EURO FUND, LTD., a company organized under the laws of the British Virgin Islands (the "Fund").

## W I T N E S S E T H:

WHEREAS, the Fund has been organized for the principal purpose of investing its assets pursuant to a strategy as more fully described in the Information Memorandum with respect to the Fund's Common Shares (the "Shares"), initially dated as of May 1, 2000, as the same may from time to time be amended and/or supplemented (the "Information Memorandum");

WHEREAS, the Fund may from time to time issue securities in addition to the Shares such as without limitation, common or preferred stock, interests, participations, rights, notes, derivative arrangements and property interests of all sorts (collectively, including the Shares, the "Securities" or individually a "Security"); and

WHEREAS, the Fund's Board of Directors (the "Directors") desires to continue to avail itself of the experience, advice and assistance of the Manager and others to whom the Manager may delegate all or part of its responsibilities hereunder, with respect to the investment of its assets and the performance of investment management, accounting, sales and marketing outside of the United States, administration, custodial, banking and other services on behalf of the Fund;

NOW, THEREFORE, in consideration of the mutual premises and covenants contained herein, the Manager and the Fund hereby agree as follows:

## PART 1. DEFINITIONS; SCOPE

All capitalized terms used herein and not otherwise defined herein shall have the meaning set forth in the Information Memorandum or if none, as set forth in the operative documents or subscription materials pursuant to which the particular Security was issued by the Fund (the "Operative Documents"). The parties intend that the scope of this

[615593-3]

Agreement be broad enough to cover all Securities issued by the Fund from time to time and that this Agreement be construed broadly in that regard.

## PART 2. INVESTMENT MANAGEMENT SERVICES

2.1 *Investment Program.* Subject to the ultimate supervision of the Directors, and in accordance with the investment objectives, policies, guidelines and restrictions which are set forth in each Information Memorandum or Operative Documents or which are otherwise communicated to the Manager, the Manager shall develop, update and effect an overall investment strategy for the investment of the assets of the Fund as well as evaluate and select potential investments which are consistent with such strategy.

2.2 *Authority of the Manager.* The Manager shall have full discretion and authority, without obtaining the Fund's prior approval, to implement the Investment Objective and investment program set forth in the Information Memorandum or Operative Documents and to manage the investment and reinvestment of the assets of the Fund in such manner as the Manager considers appropriate, market the Securities and otherwise act in connection with the directions of the Fund. In furtherance of the foregoing, the Fund hereby designates and appoints the Manager with full power and authority and without the need for further approval of the Fund (except as may be required by applicable law) to carry out the following with respect to the assets of the Fund:

(a) subject to compliance with any applicable regulatory requirements, to effect purchases and sales (including short sales) of securities and other transactions relating to the management of the assets of the Fund, at all times consistent with the investment strategy as set out in the Information Memorandum or any Operative Documents;

(b) to make loans, whether secured or unsecured, to any entity (other than an affiliate of the Manager) of any kind and on such terms and conditions as the Manager deems appropriate;

(c) to make all decisions relating to the manner, method and timing of investment transactions, and to select brokers and dealers (including affiliates of the Manager) for the execution, clearance and settlement of any transactions;

(d) to trade on margin, to borrow from banks, brokers or other financial institutions and to pledge assets of the Fund in connection therewith;

---

* In accordance with Information Memorandum, the Fund is authorized to invest following what is commonly known as a "split strike conversion" strategy by employing the services of an NASD registered broker dealer with expertise in such strategy.

(e)    to direct prime brokers and custodians to deliver funds or securities for the purpose of effecting transactions, and to instruct such entities to exercise or abstain from exercising any privilege or right attaching to such assets; and

(f)    to make and execute, in the name and on behalf of the Fund, or in nominee accounts, all such documents (including, without limitation, customer agreements and other documents in connection with the establishment and maintenance of brokerage accounts) and to take all such other actions which the Manager considers necessary or advisable to carry out its investment management duties hereunder;

(g)    to enter into one or more consulting arrangements with one or more consultants, who may be affiliated with the Manager (and upon whom the Manager shall be entitled to rely) in order to hedge the currency risk between the Euro and the U.S. Dollar, including without limitation, to cause the Fund to be a counterparty in one or more FX agreements intended to hedge such risk.; and

(h)    to retain auditors consultants, experts and attorneys including such firms with whom the Manager (or any director of the Manager) is or may be affiliated, and

(i)    all other actions as may be necessary or appropriate to further the offering and the Investment Objective and investment program as set forth in the Information Memorandum and administrative matters in connection therewith.

2.3    *Custody.*  Portfolio securities and other financial assets of the Fund shall be maintained at all times in the custody of one or more banks, prime brokers, trust companies, brokerage firms, investment advisers, brokers, dealers or other financial institutions as shall have been approved for that purpose by the Manager.

2.4    *Investments for the Accounts of Others.*  It is understood that the Manager and its affiliates hereof may effect investment transactions for their own account and for the accounts of other customers, and the Fund further understands and agrees that nothing herein shall restrict the ability of the Manager and its affiliates from engaging in any such transactions notwithstanding the fact that the Fund may have or may take a position of any kind; provided, however, that the Manager or its affiliates shall not without the consent of the Fund cause the Fund to purchase any asset from or sell any asset to the Manager or any of its affiliates or any other person or entity for which the Manager or its affiliates is acting, unless such transaction involves (i) the purchase or sale of a security listed on a recognized securities exchange and such transaction is effected at current market prices or (ii) the purchase or sale of an interest or share of a privately placed investment vehicle and such transaction is effected at a price determined by an independent third party or by the  Administrator of such investment vehicle.

When the Manager deems the purchase or sale of securities to be in the best interests of the Fund and of other clients, the Manager may aggregate the securities to be

purchased or sold. In such event, allocation of the securities purchased or sold, as well as expenses incurred in the transaction, shall be made in a manner which the Manager considers to be the most equitable, and if all such orders cannot be filled at the same price, the Manager may cause the Fund and the Manager's other clients to pay or receive the average of the prices at which such orders were filled. Similarly, if an order on behalf of more than one client cannot be fully executed under prevailing market conditions, the Manager may allocate the securities purchased or sold among the different clients on a basis which the Manager considers equitable.

2.5     *Access to Information.*  The Manager shall retain, for a period of at least five (5) years, copies of any documents generated or received by the Manager in the ordinary course of business pertaining to the financial condition of the Fund's assets or to the compensation payable to the Manager. At the request of the Fund, the Manager shall afford to the Fund's independent auditors reasonable access to such documents during customary business hours and shall permit the Fund's auditors to make copies thereof or extracts therefrom at the expense of the Fund.

2.6     *Delegation.*     The provisions of this Part 2 relating to investment management may be delegated to one or more persons or entities (including an affiliate of the Manager) pursuant to Section 4.8 hereof. It is expected that investment management functions described in subsections 2.2(a), 2.2(c) and 2.2(e) will be assigned and delegated to Bernard L. Madoff Investment Securities, a New York based NASD registered broker-dealer. Upon a proper delegation, the Manager shall be relieved of any responsibility for the acts or omissions of such delegate.

## PART 3.  PLACEMENT AND ADVISORY SERVICES

3.1     *Provision of Placement Duties and Advisory Services.*  In accordance with the provisions of the Memorandum and Articles of Association of the Fund, as they may exist from time to time, and the Information Memorandum or Operative Documents, as the case may be, and under the ultimate supervision of the Directors, the Manager shall be responsible for performing (or procuring the performance of), and is hereby authorized and empowered to perform (or procure the performance of), all duties and functions necessary or appropriate in connection with the placement of the Securities outside of the United States and advising the Fund on general matters affecting its structure and operations, including from time to time advising the Directors concerning:

(a)     the suitability of the Fund's structure and operating procedures in light of the expectations of prospective investors;

(b)     steps which may be taken to enhance the marketability of the Fund's Securities and to improve investor relations;

(c)     the identification and evaluation of candidates to serve as Directors;

[615593-3]