Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue
New York, NY 10022-0123
(212) 603-6345
Steven B. Eichel, Esq.

Quilling, Selander, Lownds, Winslett, & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
Linda S. LaRue, Esq.

Attorneys for Defendants Samuel-David Associates, Ltd.,
Ann M. Olesky, David E. Olesky, and Samuel J. Olesky

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>Plaintiff-Applicant,<br><br>-v-<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>**BERNARD L. MADOFF,**<br><br>Debtor. | |
| **IRVING H. PICARD, Trustee of the Liquidation of Bernard L. Madoff Investment Securities LLC,**<br><br>Plaintiff,<br><br>-v-<br><br>**SAMUEL-DAVID ASSOCIATES, LTD.; NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Ann M. Olesky; ANN M. OLESKY, individually and in her capacity as General Partner of Samuel-David Associates, Ltd.; DAVID E. OLESKY, individually and in his capacity as a Limited Partner of Samuel-David Associates Ltd.; and SAMUEL J. OLESKY, individually and his capacity as a Limited Partner of Samuel-David Associates, Ltd.,**<br><br>Defendants. | Adv. Pro. No. 10-04453 (SMB) |

**DECLARATION OF STEVEN B. EICHEL IN SUPPORT OF MOTION OF SAMUEL-DAVID ASSOCIATES, LTD., ANN M. OLESKY, DAVID E. OLESKY, AND SAMUEL J. <u>OLESKY TO DISMISS THE COMPLAINT OR ALTERNATIVELY, TO STAY PROCEEDING</u>**

I, Steven B. Eichel, declare pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner with the firm of Robinson Brog Leinwand Greene Genovese & Gluck PC, counsel to defendants Samuel-David Associates, Ltd., Ann M. Olesky, David E. Olesky, and Samuel J. Olesky (collectively, the "Defendants"). I submit this declaration in support of the Defendants' Motion to Dismiss the Complaint or Alternatively, to Stay Proceeding ("Motion").

2. Attached as **Exhibit A** is a true and correct copy of the Trustee's Compliant filed in the above-captioned Adversary Proceeding against the Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2014 in New York, New York.

/s/ Steven B. Eichel
Steven B. Eichel