UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 16, 2014, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000478)

Executed on _Apr 24_, 2014

_____
John S. Franks

Sworn to and subscribed before me this _24_ day of _April_, 2014

AMY RACITI
My Commission Expires
March 27, 2018

_____
(SEAL)

_____
Notary Public

# Exhibit A

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Richard Patterson and Barbara Patterson | | 2830 Mountain Laurel Drive | | Furlong | PA | 18925 | |