# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.:10-80252-CV-KLR

SUZANNE STONE MARSHALL, ADELE FOX,
MARSHA PESHKIN, and RUSSELL OASIS,
individually and on behalf of a class of similarly situated
Plaintiffs,

vs.                                                                                          **NOTICE OF APPEAL**

CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL
RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER;
BARBARA PICOWER, individually, and as Executor of
the Estate of Jeffry M. Picower, and as Trustee for the
Picower Foundation and for the Trust f/b/o Gabriel H.
Picower.
_____/

PLEASE TAKE NOTICE that Plaintiffs, SUZANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS, individually and on behalf of a class of similarly situated Plaintiffs, hereby appeal to the United States Court of Appeals for the Eleventh Circuit the March 14, 2014 Order (entered on March 17, 2014) denying Plaintiffs' cross-motion for a preliminary injunction and for an emergency hearing on the motion for a

{N0043888 }

preliminary injunction. (DE 58). A true and correct copy of the Order is annexed hereto as Exhibit "A".

DATED this 24th day of March 2014.

Respectfully submitted,

**BECKER & POLIAKOFF, P.A.**

*/s/ Allen M. Levine*_____
Florida Bar No. 315419
Becker and Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
ALevine@bplegal.com

and

**BECKER & POLIAKOFF LLP**

By:   */s/ Helen Davis Chaitman*
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
Email: hchaitman@bplegal.com
Email: jgorchkova@bplegal.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Allen M. Levine*_____
Allen M. Levine

**SERVICE LIST**

Sanford L. Bohrer
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Sandy.Bohrer@hklaw.com

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com

Lesley Guy Blackner
Blackner Stone & Associates
340 Royal Poinciana Way
St 317-377
Palm Beach, FL 33480
Phone: 561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com

Andrew Steven Kwan & Joseph George Galardi
505 South Flagler Drive
Ste. 1500
West Palm Beach, FL 33401
Phone: 561-835-0900
Fax: 561-835-0939
Email: kwan@beasleylaw.net
Email: Galardi@beasleylaw.net

David Sheehan
Counsel for Trustee Irving Picard
BakerHostetler
45 Rockefeller Plaza, #10
New York, NY 10111
Phone (212) 589-4616
dsheehan@bakerlaw.com
tkinne@bakerlaw.com

{N0043888 } 3

Case 9:10-cv-80252-KLR   Document 59-1   Entered on FLSD Docket 03/24/2014   Page 1 of 3

08-01789-cgm    Doc 6441-1    Filed 04/24/14    Entered 04/24/14 20:38:51    Exhibit A
Pg 5 of 7
Case: 14-11250    Date Filed: 03/24/2014    Page: 4 of 6

# EXHIBIT A

Case 08-01789-cgm Doc 6441-1 Filed 04/24/14 Entered 04/24/14 20:38:51 Exhibit A Pg 6 of 7
Case 9:10-cv-80252-KLR Document 59 Entered on FLSD Docket 03/24/2014 Page 5 of 23
Case: 14-11250   Date Filed: 03/24/2014   Page: 5 of 6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80252-CIV-RYSKAMP/HOPKINS

SUZANNE STONE MARSHALL, ADELE FOX,
MARSHA PESHKIN, and RUSSELL OASIS,
individually and on behalf of a class of similarly situated

    Plaintiffs,

v.

CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL
RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER;
BARBARA PICOWER, individually, and as Executor of
the Estate of Jeffry M. Picower, and as Trustee for the
Picower Foundation and for the Trust f/b/o Gabriel H.
Picower.

    Defendants.
_____/

## ORDER DENYING MOTION FOR EMERGENCY HEARING AND MOTION FOR LIMITED RELIEF FROM STAY

THIS CAUSE comes before the Court pursuant to Becker & Poliakoff LLP and Becker &

Poliakoff P.A., as counsel for Plaintiffs, March 12, 2014 **[DE 52]** motion requesting that this

Court lift the stay entered February 21, 2014 for the purpose of scheduling an emergency hearing on Defendants' motion to stay and on Plaintiffs' cross motion for injunctive relief.

On March 11, 2014, Bankruptcy Trustee Irving Picard filed an Amended Complaint against several parties, including the Plaintiffs, in the Bankruptcy Court for the Southern District of New York. *See Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC.*, Case No. 08-01789, DE 5807. Picard seeks an order enjoining Plaintiffs from proceeding in this Court on the ground that their claims are duplicative and derivative of the Trustee's settled action against the Picower defendants. It is hereby

ORDERED AND ADJUDGED that the motion is DENIED. The Court declines to conduct an emergency hearing on the question of whether to enjoin the New York action. Rather, this Court defers to the Bankruptcy Court for the Southern District of New York for a ruling on Picard's motion to enjoin the instant action.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 14th day of March, 2014.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE