# EXHIBIT B

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# NO. **14-11250**

SUZANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS, individually and on behalf of a class of similarly situated,

Appellants,

- versus -

CAPITAL GROWTH COMPANY; DECISIONS, INC.;  FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower.

Appellees.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**APPELLANTS' MOTION FOR EXPEDITED APPEAL**

> BECKER & POLIAKOFF, LLP
> Helen Davis Chaitman
> 45 Broadway
> New York, New York 10006
> Telephone: (212) 599-3322
> Facsimile:  (212) 557-0295
> HChaitman@bplegal.com
> *Counsel for Appellants*

{N0044888 }

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT
# OF APELLANTS SUZANNE STONE MARSHALL, ET AL.

## Certificate of Interested Persons

Undersigned counsel for Suzanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, individually and on behalf of a class of similarly situated Plaintiffs, pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, hereby certifies that the following is a complete list of persons and entities having an interest in the outcome of this appeal:

**Parties:**

**Plaintiffs/Appellants:**

SUZANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS, individually and on behalf of a class of similarly situated parties.

**Defendants/Appellees:**

CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP;
JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower.

{N0044888 }  ii

**Other Parties:**

Irving H. Picard, Trustee of Bernard L. Madoff Investment Securities, LLC.

**Counsel:**

Becker & Poliakoff, P.A. and Becker & Poliakoff, LLP (Helen Davis Chaitman and Lance Gotthoffer), counsel for Appellants

Baker & Hostetler, LLP (David Sheehan), counsel for Irving H. Picard

Holland & Knight LLP (Sanford Bohrer), counsel for Appellees

Shulte, Roth & Zabel LLP (William D. Zabel, Marcy Ressler Harris, Michael Kwon, and Frank LaSalle), counsel for Appellees

Beasley, Hauser, Kramer and Galardi, P.A. (Joseph Galardi) and Blackner Stone and Associates (Richard Stone), counsel for A & G Goldman Partnership
and Pamela Goldman (co-defendants in the New York injunction action)

**Judges:**

Kenneth L. Ryskamp, United States District Judge

William Matthewman, United States Magistrate Judge

James M. Hopkins, United States Magistrate Judge

Kenneth A. Marra, United States District Judge

/s/ Helen Davis Chaitman
Helen Davis Chaitman

## **Corporate Disclosure Statement**

Undersigned counsel for Suzanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, individually and on behalf of a class of similarly situated Plaintiffs, pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, hereby certifies that none of the Appellants is a corporate entity.

/s/ Helen Davis Chaitman
Helen Davis Chaitman

# MOTION FOR EXPEDITED APPEAL

Pursuant to FRAP 27-1 Appellants, plaintiffs below, respectfully request that the Court issue an expedited briefing schedule. This is an appeal of an order denying injunctive relief and as such Appellants are moving simultaneously for an expedited briefing schedule and an injunction pending appeal, preventing Appellees, and those in active concert and participation with them, from seeking to litigate the claims in this action other than in the court below.

Good cause exists for this request. The United States Court of Appeals for the Second Circuit in related bankruptcy proceedings, has expressly held that Appellants have leave to amend their proposed class action complaint, originally filed below in 2010, and that the merits of such an amended complaint is "a question in the first instance for the Southern District of Florida." *See In Re: Bernard L. Madoff Investment Securities LLC*, Case No. 12-1645, Document 164-1 (2d Cir. 2014)

Despite the Second Circuit's mandate, the Appellees, in concert with the SIPA appointed Trustee for the Estate of Bernard L. Madoff, LLC, are proceeding in the United States Bankruptcy Court for the Southern District of New York in an attempt to enjoin Appellants from exercising their right to proceed in the Southern District of Florida. As more fully explained in

the accompanying Motion for an Injunction Pending Appeal, this Court should not allow the Appellees to ignore the ruling of the Second Circuit and force Appellants to litigate the merits of their claims outside of the forum directed by it. Appellants must file their opposition papers in the Bankruptcy Court by April 18, 2014 and the matter is set for hearing on May 7, 2014.

Accordingly, Appellants respectfully suggest the following expedited briefing schedule for purposes of these time sensitive motions:

| Appellees' Response to Motion for Expedited Appeal | April 15, 2014 |
| --- | --- |
| Appellants' Reply to Appellee's Response re Expedited Appeal | April 21, 2014 |
| Appellees' Response to the Emergency Motion for an Injunction Pending Appeal | April 15, 2014 |
| Appellants' Reply to the Emergency Motion for an Injunction Pending Appeal | April 21, 2014 |
| Appellants' Initial Brief and Memorandum of Law | May 2, 2014 |
| Appellees' Response Brief and Memorandum of Law | May 16, 2014 |
| Appellants' Reply Brief | May 23, 2014 |

Respectfully submitted,

By: /s/ Helen Davis Chaitman
　　　BECKER & POLIAKOFF, LLP
　　　Helen Davis Chaitman
　　　45 Broadway
　　　New York, New York 10006
　　　Telephone:  (212) 599-3322
　　　Facsimile:   (212) 557-0295
　　　HChaitman@bplegal.com
　　　*Counsel for Appellants*

{N0044888 }　　　　　　　　　　2

# CERTIFICATE OF SERVICE

I hereby certify that an original and three copies of the foregoing Certificate of Interested Persons and Motion were delivered by overnight mail to the United States Court of Appeals for the Eleventh Circuit on the 9th day of April, 2014, and that a copy thereof was delivered by overnight mail on the same day to all those on the attached service list:

/s/ Helen Davis Chaitman
Helen Davis Chaitman

Sanford L. Bohrer
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Sandy.Bohrer@hklaw.com

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com

Lesley Guy Blackner
Blackner Stone & Associates
340 Royal Poinciana Way, St 317-377
Palm Beach, FL 33480
Phone: 561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com

{N0044888 }                        3

Andrew Steven Kwan & Joseph George Galardi
505 South Flagler Drive
Ste. 1500
West Palm Beach, FL 33401
Phone: 561-835-0900
Fax: 561-835-0939
Email: kwan@beasleylaw.net
Email: Galardi@beasleylaw.net

David Sheehan
Counsel for Trustee Irving Picard
BakerHostetler
45 Rockefeller Plaza, #10
New York, NY 10111
Phone (212) 589-4616
dsheehan@bakerlaw.com
tkinne@bakerlaw.com


The Honorable Kenneth L. Ryskamp
United States District Court for the Southern District of Florida
Paul G. Rogers Federal Building
701 Clematis Street, Room 416
West Palm Beach, FL 33401