# EXHIBIT F

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 17, 2014

Helen Davis Chaitman
Becker & Poliakoff LLP
45 BROADWAY FL 8
NEW YORK, NY 10006

Appeal Number: 14-11250-AA
Case Style: Adele Fox, et al v. Jerry Estate, et al
District Court Docket No: 9:10-cv-80252-KLR

Appellants' response to the recently filed motion to dismiss is due by 9:00 am on Tuesday, April 22, 2014.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

MP-1