**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MARJA LEE ENGLER, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity;<br><br>NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of Marja Lee Engler;<br><br><br>THE MENDEL J. ENGLER REVOCABLE TRUST UNDER AGREEMENT AND RESTATEMENT DATED JULY 8, 1993; and<br><br>THE MARJA LEE ENGLER 2003 | Adv. Pro. No. 10-04935 (SMB) |

| |
|---|
| GRANTOR RETAINED ANNUITY TRUST,<br><br>          Defendants. |

**ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL OF RECORD
AND SUBSTITUTING NEW COUNSEL OF RECORD**

      Kelley Drye & Warren LLP moved to withdraw as counsel of record for Marja Lee Engler, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity, the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993 and the Marja Lee Engler 2003 Grantor Retained Annuity Trust (collectively, the "Defendants"). The Movant has filed an affidavit showing service of the motion on the attorneys for the Trustee and upon Troutman Sanders LLP, proposed substitute counsel. Joshua A. Berman, Esq. of Troutman Sanders LLP has represented in to the Court in a letter dated April 24, 2014 that the Defendants consent to the substitution of Troutman Sanders LLP for Kelley Drye & Warren LLP. Accordingly, it is hereby

      ORDERED that Kelley Drye & Warren LLP is granted leave to withdraw as counsel of record for Defendants and Troutman Sanders LLP is substituted in its stead; and it is further

      ORDERED that the Clerk of the Court is directed to amend the docket in this adversary proceeding to reflect the withdrawal and substitution.

Dated: April 25th, 2014
       New York, New York

`

                                      /s/ *Stuart M. Bernstein*
                                      STUART M. BERNSTEIN
                                      United States Bankruptcy Judge