**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) FINAL DOCUMENT CLOSING ADVERSARY PROCEEDING |
| In re: BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff, v. SECOND ACT ASSOCIATES, L.P.; SECOND ACT ASSOCIATES, INC., in its capacity as general partner of Second Act Associates, L.P.; NANCILEE WYDRA; and ROBYN LEE GOODMAN,  Defendants. | Adv. Pro. No. 10-05276 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants, Second Act Associates, L.P., Second Act Associates, Inc., in its capacity as general partner of Second Act Associates, L.P., Nancilee Wydra and Robyn Lee Goodman ("Defendants"), by and through their counsel, Eric Vaughn-Flam (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 6, 2010, the Trustee filed and served the Complaint against Second Act Associates, L.P., Second Act Associates, Inc., in its capacity as general partner of Second Act Associates, L.P., Nancilee Wydra and Robyn Lee Goodman.

2. On March 19, 2013, Defendants, Second Act Associates, L.P., Second Act Associates, Inc., in its capacity as general partner of Second Act Associates, L.P., Nancilee Wydra and Robyn Lee Goodman, served an answer on the Trustee.

3. On March 25, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 25, 2014

        BAKER & HOSTETLER LLP

        By: /s/ _Nicholas J. Cremona_____
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: 212.589.4200
        Facsimile: 212.589.4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email: ncremona@bakerlaw.com
        Christa C. Turner
        Email: cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

        SANDERS ORTOLI VAUGHN-FLAM ROSENSTADT LLP

        By: /s/ _Eric Vaughn-Flam_____
        501 Madison Avenue, 14th Floor
        New York, New York 10022-5616
        Telephone: 212.588.0022 (Main)
        Facsimile: 212.826.9307 (Fax)
        Eric Vaughn-Flam
        Email: evf@sovrlaw.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN

Dated: April 25th, 2014      HON. STUART M. BERNSTEIN
New York, New York     UNITED STATES BANKRUPTCY JUDGE

4