UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BERNARD L. MADOFF INVESTMENT | : | Case No. 08-99000 (SMB) |
| SECURITIES LLC, | : | Adv. Proc. No. 08-01789 (SMB) |
| | : | SIPA LIQUIDATION |
| Debtor. | : | (Substantively Consolidated) |

---------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation | : | |
| of Bernard L. Madoff Investment Securities LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Proc. No. 09-01182 (SMB) |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., | : | |
| ARIEL FUND LTD., ASCOT PARTNERS, L.P., | : | |
| ASCOT FUND LTD., GABRIEL CAPITAL | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------X

## ORDER REGARDING ORAL ARGUMENT

The Court having scheduled the hearing on the defendants' motion to dismiss the Third Amended Complaint, dated Aug. 30, 2013 for 10:00 A.M. on April 30, 2014, it is hereby ordered as follows:

1.      The defendants are allotted 30 minutes in the aggregate (inclusive of rebuttal time).  They are encouraged to cooperate regarding the allocation of time and the issues to be argued to avoid duplicative arguments.

2.      The plaintiff is also allotted 30 minutes.


Dated: New York, New York
          April 25, 2014


                                        /s/ *Stuart M. Bernstein*
                                        STUART M. BERNSTEIN
                                        United States Bankruptcy Judge