UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>            Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>HSBC BANK PLC, *et al.*,<br><br>            Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**STIPULATION AND ORDER
APPOINTING MEDIATOR AND
PROVIDING OTHER RELIEF**

Upon this Court's Order Granting the Motion of Alpha Prime Fund Ltd. and Senator Fund SPC for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures (the "**Mediation Order**"; ECF No. 294) and requiring the Trustee, Alpha Prime Fund Ltd., and Senator Fund SPC (collectively, the "**Parties**") to choose a mediator within seven calendar days after entry of the Order; and the Parties having conferred and reached agreement.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' undersigned counsel:

1. Robert Rosenberg, Esq. is the Parties' choice to serve as the mediator (the "**Mediator**") and the Mediator, by his signature below, has accepted the appointment.

2. The Mediation shall be conducted during in-person session(s) attended by one or more representatives for each Party selected by that Party, or if the Mediator deems appropriate, in separate sessions with the chosen representatives of one Party or another.

3. The Mediator and the Parties' representatives shall participate in a conference call on Monday, April 28, 2014, at 10:00 a.m., or another mutually convenient date and time, to (i) schedule, as far as practicable, the dates of the Mediation session(s), and (ii) fix certain mediation procedures that the Parties must follow (the "Mediation Procedures").

4. The terms of the Mediator's compensation and expense reimbursements shall be set forth in a separate engagement agreement to be entered into by the Parties and the Mediator.

5. The Mediation session(s) shall take place at the offices of Baker & Hostetler LLP, 45 Rockefeller Center, New York, NY 10111.

6. Any terms of the Mediation not set forth herein shall be governed by the Order, the Mediation Procedures, or subsequent order of this Court.

*[signatures to follow on next page]*

Dated:   New York, NY
         April 28, 2014

| BAKER & HOSTETLER LLP | DUFFYAMEDEO LLP |
|---|---|
| By: /s/ Geoffrey A. North<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Geoffrey A. North<br>Email: gnorth@bakerlaw.com<br>Dominic A. Gentile<br>Email: dgentile@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* | By: /s/ Todd E. Duffy<br>    Todd E. Duffy<br>    Douglas A. Amedeo<br>275 Seventh Avenue, 7th Floor<br>New York, NY 10001<br>Tel: (212) 729-5832<br>Fax: (212) 208-2437<br><br>*Attorneys for Defendants Alpha Prime Fund Ltd. and Senator Fund SPC* |

Accepted:

**Robert J. Rosenberg, Esq.**
Mediator


/s/ Robert J. Rosenberg
      Robert J. Rosenberg, Esq.
      125 East 61st Street
      New York, NY 10065
      (917) 273-5216

**IT IS SO ORDERED:**

Dated: April 28th, 2014
       New York, NY

            /s/ STUART M. BERNSTEIN
         Stuart M. Bernstein
         United States Bankruptcy Judge

3