UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jonathan D. Fink (the "Claimant"), having filed an objection (the "Objection", Docket No. 376) to the Trustee's Notice of Determination respecting Claimant's customer claim (#001339), hereby gives notice that he withdraws such Objection. Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to the Claimant's customer claim in accordance with the Court's order.

Dated: March ~~April 21~~ 2014

                                                          _____
Jonathan D. Fink
4316 Marina City Drive, # 427
Marina Del Rey, CA 90292