**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | |
| In re:<br>BERNARD L. MADOFF,<br>  Debtor. | No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO,<br><br>    Defendants. | Adv. Pro. Nos. Listed on Exhibit A<br><br>**AMENDED CASE**<br>**MANAGEMENT NOTICE** |

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") (ECF No. 3141) entered by this Court on November 10, 2010 in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), the following deadlines are hereby made applicable to the adversary proceedings listed on Exhibit A attached hereto:

1. The Initial Disclosure shall be due: 7/25/11.

2. The Deadline for Service of Substantive Interrogatories shall be: 12/6/11.

3. Fact Discovery shall be completed according to the following schedule:
   a. 10-04984 shall be due: August 20, 2014.
   b. 10-04792 shall be due: August 21, 2014.
   c. 10-04957 shall be due: August 27, 2014.
   d. 10-05430 shall be due: August 28, 2014.
   e. 10-04894 shall be due: August 29, 2014.
   f. 10-05441 shall be due: September 3, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due according to the following schedule:
   a. 10-04984 shall be due: October 17, 2014.
   b. 10-04792 shall be due: October 20, 2014
   c. 10-04957 shall be due: October 24, 2014.
   d. 10-05430 shall be due: October 27, 2014.
   e. 10-04894 shall be due: October 29, 2014.
   f. 10-05441 shall be due: October 31, 2014.

5. The Disclosure of Rebuttal Experts shall be due according to the following schedule:
   a. 10-04984 shall be due: November 16, 2014.
   b. 10-04792 shall be due: November 19, 2014.

      c.   10-04957 shall be due: November 23, 2014.

      d.   10-05430 shall be due: November 26, 2014

      e.   10-04894 shall be due: November 28, 2014.

      f.   10-05441 shall be due: November 30, 2014.

6. The Deadline for Completion of Expert Discovery shall be: December 30, 2014.

7. The Deadline to file a Notice of Mediation Referral is January 30, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 27, 2015.

9. The Deadline for Conclusion of Mediation shall be: May 11, 2015.

| | |
|---|---|
| Dated: New York, New York<br>April 28, 2014 | BAKER & HOSTETLER LLP<br><br>By: /s/ *Marc E. Hirschfield*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>Jonathan B. New<br>Robertson D. Beckerlegge<br>Christopher B. Gallagher<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

# EXHIBIT A

| Adversary Proceeding Number | Named Defendants |
|---|---|
| 10-04984 | Arline F. Silna Altman |
| 10-04792 | Kenneth Landis; Rosalind Landis |
| 10-04957 | Gloria Landis; Shelley Michelmore |
| 10-05430 | Frances Levey Revocable Living Trust; Wendy Kapner Revocable Trust; Wendy Kapner; Joel Levey; James L. Kapner |
| 10-04894 | Aaron D. Levey Revocable Living Trust; Joel Levey; Wendy Kapner; Sandra Moore |
| 10-05441 | Aaron D. Levey Revocable Living Trust; Joel Levey; Wendy Kapner; Sandra Moore |