## File an Answer:

10-04960-smb Irving H. Picard, Trustee for the Liquidation of B v. Estate of Elizabeth H. Kahn aka Betty Kahn et al

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Nicholas Cremona entered on 4/28/2014 at 4:26 PM and filed on 4/28/2014

| | |
|---|---|
| **Case Name:** | Irving H. Picard, Trustee for the Liquidation of B v. Estate of Elizabeth H. Kahn aka Betty Kahn et al |
| **Case Number:** | 10-04960-smb |
| **Document Number:** | 36 |

**Docket Text:**
Statement - *Notice of Mediation Referral* filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Cremona, Nicholas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\sroberts\Documents\ECF Filings 4-28-14\10-04960 Estate of Elizabeth Kahn Notice of Mediation Referral.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=4/28/2014] [FileNumber=13541716-0]
[12c3238c4c7fbe22878f86dbe0c99c1fe069627872d68422a6057f2b8c45895304b7
50ed1968eb3322fa7d40a5c1f3ccbc3f779d041e036453fa001cf58dd1b9]]

**10-04960-smb Notice will be electronically mailed to:**

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

Barry R. Lax on behalf of Defendant Estate of Elizabeth H. Kahn aka Betty Kahn
blax@laxneville.com

Brian Neville on behalf of Defendant Estate of Elizabeth H. Kahn aka Betty Kahn
bneville@laxneville.com

Gabrielle J. Pretto on behalf of Defendant Estate of Elizabeth H. Kahn aka Betty Kahn
gpretto@laxneville.com

Marc F. Skapof on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

**10-04960-smb Notice will not be electronically mailed to:**

Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.
,

Gerard Heslin
,

Thomas Heslin
,

Cynthia Swaso
,

Renford Williams
,