**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and Alan Nisselson, Chapter 7 Trustee for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br>v.<br><br>XYZ3 CORP. (Redacted - Under Seal),<br><br>       Defendant. | Adv. Pro. No. 10-05319 (SMB) |

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                         ) SS.:
COUNTY OF NEW YORK  )

Matthew L. Corwin, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on April 28, 2014 I served the:

**Notice of Adjournment**

upon the interested parties by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

>                    */s/* Matthew L. Corwin
>                    MATTHEW L. CORWIN

Sworn to before me this
28th day of April 2014

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2017

## **Schedule A**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Counsel for XYZ3 CORP. – [Redacted – Under Seal]