|    | **Adv. Pro Nos** | **Case Caption** | **Counsel for Defendants** |
|----|------------------|------------------|----------------------------|
| 1. | 10-05186 | Picard v. Albert H. Small | Edward A. Smith<br><br>Vincent E. Verrochio<br>(*pro hac vice* pending) |
| 2. | 10-04703 | Picard v. Albert H. Small Charitable Remainder Unitrust; and Albert H. Small, individually and in his capacity as Trustee for the Albert H. Small Charitable Remainder Unitrust | Edward A. Smith<br><br>Vincent E. Verrochio<br>(*pro hac vice* pending) |
| 3. | 10-05081 | Picard v. Southern Engineering Corporation Employees' Profit Sharing Plan; Albert H. Small, in his capacity as Trustee of the Trust Maintained in connection with the Southern Engineering Corporation Employees' Profit Sharing Plan; Albert H. Small, individually | Edward A. Smith<br><br>Vincent E. Verrochio<br>(*pro hac vice* pending) |