# **<u>EXHIBIT B</u>**

## <u>MANNER OF PRODUCTION</u>

All documents produced to the Trustee shall be provided in accordance with and pursuant to the Protocol Governing the Production of Records, attached hereto as Schedule A.

## <u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>

300200988

## Schedule A:  Protocol Governing the Production of Records

I.      Locations of Electronically Stored Information ("ESI"):

A.          You shall identify and search the following locations for potentially relevant ESI:

    1.      Network Servers

        a.      Shared Drives on network servers

        b.      Personal Drives on network servers

    2.      Computers (including desktops, laptops, home computers)

    3.      PDAs (including blackberries, iPhones, other smartphones)

    4.      Email (both work and personal) on Email Servers and Computers

        a.      Email boxes in their entirety (including, Inboxes, Sent Folders, Subfolders)

        b.      Archives

    5.      Intranet

    6.      Document Management Systems (e.g., iManage, FileSite, Sharepoint)

    7.      CDs/DVDs/Flash Drives/External Drives

    8.      Voicemail Systems

    9.      Copy machines and scanners

    10.     Instant Message Programs

II.     Location(s) of Hard Copy Records

A.          You shall identify and search the following locations for potentially relevant hard copy records.

    1.      Employee Offices (including home offices)

    2.      On-site Record Storage Facilities

    3.      Off-site Record Storage Facilities

III.    Backups

A.          You shall identify backup programs/software, if any, in use since January 1, 2008. You shall also provide the procedures for backups and whether any backups have been overwritten or restored.  Procedures may include:

i

**Schedule A:  Protocol Governing the Production of Records**

1.    Who performs the backups?

2.    How often is the backup procedure performed?

3.    Are full or incremental backups created?

4.    How long are backups retained?  Is there a backup rotation schedule?

5.    What medium is the backup stored on?

6.    Where are the backups maintained?

7.    Are the backups indexed?  Are they searchable?

8.    How do You keep track of the existing backups?  Are there schedules or a database of existing backups?

9.    Have the policy/procedures changed since January 1, 2008?

10.    Whether any email server backups have been destroyed or overwritten since January 1, 2008?

11.    Whether an employee has ever asked for emails to be restored because they were inadvertently deleted (and if so, whether the emails were restored)?

12.    What steps are necessary to restore the email box of a specific employee as of a particular date and time, including costs involved?

IV.    <u>Manner of Production Generally</u>

A.    All documents produced to the Trustee shall be provided in either native file ("native") or single-page 300 dpi-resolution group IV TIF format ("TIFF") as specified below, along with appropriately formatted industry-standard database load files, and accompanied by true and correct copies or representations of unaltered attendant metadata.  Where documents are produced in TIFF format, each document shall be produced along with a multi-page, document-level searchable text file ("searchable text") as rendered by an industry-standard text extraction program in the case of electronic originals, or by an industry-standard Optical Character Recognition ("OCR") program in the case of scanned paper documents.  Searchable text of documents shall not be produced as fielded data within the ".dat file" as described below.  In addition to the fielded data to be provided as set forth below, the ".dat file" shall contain a field identifying if a document has been designated "confidential."

300200988

**Schedule A:  Protocol Governing the Production of Records**

V.      Production Formats of Electronic Records

Documents and other responsive data or materials created, stored, or displayed on electronic or electro-magnetic media shall be produced in the order in which the documents are or were stored in the ordinary course of business, including all reasonably accessible metadata, custodian or document source information, and searchable text as to allow the Trustee through a reasonable and modest effort, to fairly, accurately and completely access, search and display, comprehend and assess the documents' true and original content.

All responsive electronically stored information ("ESI") shall be produced in the following formats:

A.      TIFFs.

1.      All images shall be delivered as single-page 300 dpi-resolution group IV TIF format.  Image file names should not contain spaces.

B.      Unique IDs.

1.      Each image should have a unique file name and should be named with the Bates number assigned to it.

C.      Text File.

1.      Extracted full text in the form of multipage .txt files shall be provided. Text from redacted pages will be produced in optical character recognition ("OCR") format rather than extracted text.

D.      Parent-Child Relationship.

1.      Parent-child relationships (the association between an attachment and its parent record) should be preserved and produced.

E.      Database Load Files and Production Media Structure.

1.      Database load files shall consist of: (1) a comma-delimited values (".dat") file containing: production document identifier information, data designed to preserve "parent and child" relationships within document "families," reasonably accessible and properly preserved metadata (or bibliographic coding in the case of paper documents), custodian or document source information, as well as native file loading/linking information (where applicable); and (2) an Opticon (".opt") file to facilitate the loading of tiff images.  Load files should be provided in a root-level folder named "Data," images shall be provided within a root level "Images" folder containing reasonably structured subfolders, and searchable text files shall be provided in a single root-level "Text" folder.

300200988

**Schedule A:  Protocol Governing the Production of Records**

F.    Metadata.

   1.    You shall provide all metadata fields including, but not limited to, those set forth in the below metadata fields for emails and records that were originally created using common, off-the-shelf software (e.g., Microsoft Word, Microsoft PowerPoint, Microsoft Excel, Adobe PDF), whether attached to an email or created and produced as a stand-alone document.

   2.    Metadata Fields.

       a.    Custodian

       b.    Beginning Bates Number

       c.    Ending Bates Number

       d.    Beginning Attachment Bates Number

       e.    Ending Attachment Bates Number

       f.    Record Type

       g.    Sent Date

       h.    Sent Time

       i.    Create Date

       j.    Create Time

       k.    Last Modified Date

       l.    Last Modified Time

       m.    Parent Folder

       n.    Author

       o.    To

       p.    From

       q.    CC

       r.    BCC

       s.    Subject/Title

       t.    Original Source

iv

**Schedule A:  Protocol Governing the Production of Records**

       u.       Native Path

       v.       File Extension

       w.      File Name

       x.       File Size

       y.       MD5Hash

G.      **Emails and Attachments, and Other Email Account-Related Documents.**

    1.      All documents and accompanying metadata created and/or stored in the ordinary course of business within commercial, off-the-shelf e-mail systems including but not limited to Microsoft Exchange™, Lotus Notes™ or Novell Groupwise™ shall be produced in TIFF format, accompanying metadata, and searchable text files or, alternately, in a format that fairly, accurately, and completely represents each document in such a manner as to make the document(s) reasonably useable, manageable, and comprehendible by the Trustee.

H.      **Documents and Data Created or Stored in or by Structured Electronic Databases.**

    1.      With the exclusion of email and email account-related documents and data, all documents and accompanying metadata created and/or stored in structured electronic databases or files shall be produced in a format that enables the Trustee to reasonably manage and import those documents into a useable, coherent database.  The documents must be accompanied with reasonably detailed, clear and focused documentation explaining the documents' content and format including but not limited to data dictionaries and diagrams.  Some acceptable formats, if and only if provided with definitive file(s), table(s) and field level schemas include:

       a.       XML format file(s);

       b.       Microsoft SQL database(s);

       c.       Access database(s); and/or

       d.       fixed or variable length ASCII delimited files.

I.      **Spreadsheets, Multimedia, and Non-Standard File Types.**

    1.      All documents generated or stored in software such as Microsoft Excel or other commercially available spreadsheet programs, as well as any multimedia files such as audio or video, shall be produced in their native format, along with an accompanying placeholder image in tiff format indicating a native file has been produced.  A "Nativelink" entry shall be

300200988

## Schedule A:  Protocol Governing the Production of Records

included in the .dat load file indicating the relative file path to each native file on the production media. To the extent the party has other file types that do not readily or easily and accurately convert to tiff and searchable text, the party may elect to produce those files in native format subject to the other requirements listed herein.  Native files may be produced within a separate root-level folder structure on deliverable media entitled "Natives."

2.      To the extent spreadsheets are being redacted, you shall produce the spreadsheets as redacted in TIFF format.  Where necessary, the parties will negotiate in good faith productions in native format of redacted spreadsheets where production in TIFF format is impracticable

J.      "Other" Electronic Documents.

1.      All other documents and accompanying metadata and embedded data created or stored in unstructured files generated by commercially available software systems (excluding e-mails, structured electronic databases, spreadsheets, or multimedia) such as but not limited to word processing (such as Microsoft Word), image files (such as Adobe .pdf files, and other formats), and text files shall be produced in tiff and searchable text format in the order the files are or were stored in the ordinary course of business.

VI.      Production Format of Hard Copy Records

Documents originally created or stored on paper shall be produced in TIFF format. Relationships between documents shall be identified within the .dat file utilizing document identifier numbers to express parent document/child attachment boundaries, folder boundaries, and other groupings.  In addition, the searchable text of each document shall be provided as a multi-page text file as provided for by these instructions.

All responsive hard copy records shall be produced in the following formats:

A.      TIFFs.

1.      All images shall be delivered as single-page 300 dpi-resolution group IV TIF format.  Image file names should not contain spaces.

B.      Unique IDs.

1.      Each image should have a unique file name and should be named with the Bates number assigned to it.

C.      OCR.

1.      High-quality multipage OCR text shall be provided.

D.      Database Load Files.

300200988

## Schedule A:  Protocol Governing the Production of Records

1.      Database load files shall consist of: (1) a comma-delimited values (".dat") file containing: production document identifier information, data designed to preserve "parent and child" relationships within document "families", reasonably accessible and properly preserved metadata (or bibliographic coding in the case of paper documents), custodian or document source information, as well as native file loading/linking information (where applicable); and (2) an Opticon (".opt") file to facilitate the loading of tiff images.  Load files should be provided in a root-level folder named "Data," images shall be provided within a root level "Images" folder containing reasonably structured subfolders, and searchable text files shall be provided in a single root-level "Text" folder.

E.      <u>Unitizing of Records</u>.

1.      In scanning hard copy records, distinct records shall not be merged into a single record, and single records shall not be split into multiple records.

F.      <u>Parent-Child Relationship</u>.

1.      Parent-child relationships (the association between an attachment and its parent record) should be preserved and produced.

G.      <u>Objective Coding Fields</u>.

1.      The following objective coding fields should be provided:

    a.      Beginning Bates Number

    b.      Ending Bates Number

    c.      Beginning Attachment Bates Number

    d.      Ending Attachment Bates Number

    e.      Source/Custodian

H.      <u>Objective Coding Format</u>

1.      Fields should be Pipe (|) delimited.

2.      String values within the file should be enclosed with Carats (^).

3.      Multiple entries in a field should have a semi-colon (;) delimiter.

4.      The first line should contain metadata headers and below the first line there should be exactly only one line for each record.

5.      Each field row must contain the same amount of fields as the header row.

300200988