**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Michelle L. Young

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  MERCEDES P. REA, individually and in her | Adv. Pro. No. 10-05393 (SMB) |

capacity as a joint tenant,

           Defendant.

## STIPULATION EXTENDING TIME TO SELECT A MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the date by which the parties shall choose a mediator in accordance with the Mediation Order is extended by 60 calendar days from the date of the filing of this stipulation.

Dated: New York, New York

    April 29, 2014

| **LAW OFFICE OF RICHARD E. SIGNORELLI** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: s/ Richard E. Signorelli<br>799 Broadway, Suite 53<br>New York, NY 10003<br>Telephone: 212.254.4218<br>Facsimile: 212.254.1396<br>Richard E. Signorelli<br>Email: rsignorelli@aol.com and rsignorelli@nyclitigator.com<br>Bryan Ha<br>Email: bhanyc@gmail.com<br><br>*Attorneys for Defendant Mercedes P. Rea* | By: s/ Marc E. Hirschfield<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Jessie A. Kuhn<br>Email: jkuhn@bakerlaw.com<br>Michelle L. Young<br>Email: myoung@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |