**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### NOTICE OF CANCELLATION OF HEARING

**WHEREAS,** Baker & Hostetler LLP is counsel to Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually; and

**WHEREAS**, during a case conference held on February 14, 2014, the Honorable Stuart M. Bernstein scheduled a status conference on discovery related matters for March 18, 2014;

**WHEREAS**, counsel to the Trustee and counsel to certain defendants (the "Parties"), previously met and conferred on discovery issues and agreed to adjourn the March 18, 2014 discovery conference on consent to March 26, 2014;

**WHEREAS**, the Parties have continued to meet and confer concerning discovery related matters and agreed to adjourn the March 26, 2014 discovery conference on consent to April 30, 2014.

**PLEASE TAKE NOTICE** that the Parties have consensually resolved the discovery related issues and the status conference scheduled to be held on April 30, 2014 has been cancelled.

Dated: New York, New York
April 29, 2014

/s/ *Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

-2-

300320743.1