ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Thomas B. Hatch
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-1789 (SMB) |
| Securities Investor Protection Corporation | |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| Bernard L. Madoff Investment Securities LLC, | |
| Defendant. | |
| In re: | |
| Bernard L. Madoff | |
| Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04337 (SMB) |
| Plaintiff, | |
| v. | |
| Miles Q. Fiterman Revocable Trust, et al., | |
| Defendants. | |

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Metro Motor Imports, Inc.,<br><br>    Defendants. | Adv. Pro. No. 10-04499 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Hess Kline Revocable Trust; and Hess Kline, individually and in his capacity as Trustee of the Hess Kline Revocable Trust,<br><br>    Defendants. | Adv. Pro. No. 10-04719 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Miles & Shirley Fiterman Charitable Foundation; Steven Fiterman and Valerie Herschman in their capacities as Trustees for the Miles & Shirley Fiterman Charitable Foundation,<br><br>    Defendants. | Adv. Pro. No. 10-05067 (SMB) |

**Motion for Leave to Withdraw as Counsel of Record and
Removal from Service Lists in these Cases**

      Pursuant to Rule 1.3 of the Local Rules of the United States Bankruptcy court for the Southern District of New York, I, Thomas B. Hatch, hereby move this Court for an Order granting my Motion for Leave to Withdraw as Counsel of Record and Removal from Electronic Case Filing Service Lists in the above-captioned adversary proceedings. Mr. Hatch is no longer with the firm representing Defendants. All other counsel of record at Robins, Kaplan, Miller & Ciresi L.L.P. remain the same.

Dated: April 30, 2014

Respectfully submitted,

By: *s/Thomas B. Hatch*
Thomas B. Hatch
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
tbhatch@rkmc.com

*Attorneys for Defendants*

84761698.1