**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: BERNARD L. MADOFF

                              Debtor

Case No.: 08-01789 SMB

Chapter ___

------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

                              Plaintiff

                              v.

STUART J. RABIN, et al.

                              Defendant

Adversary Proceeding No.: 10-04443 SMB

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, Richard A. Kirby, request admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein, to represent Nine Thirty Partners and Stuart J. Rabin, defendants in the above-referenced ☐ case ☑ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of District of Columbia and, if applicable, the bar of the U.S. District Court for the _____ District of Columbia.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 4/30/14
Washington, D.C.

/s/ Richard A. Kirby

*Mailing Address*:

K&L Gates LLP
1601 K Street NW
Washington, D.C.

*E-mail address*: richard.kirby@klgates.com
*Telephone number*: (202) 661-3730