**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re: BERNARD L. MADOFF

                              Debtor

Case No.: 08-01789SMB

Chapter ___

-----------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

                              Plaintiff

                        v.

STUART J. RABIN, et al.

                              Defendant

Adversary Proceeding No.: 10-04443SMB

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of  Richard A. Kirby , to be admitted, *pro hac vice*, to represent Nine Thirty Partners and Stuart J. Rabin, (the "Client")  defendants  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  District of Columbia  and, if applicable, the bar of the U.S. District Court for the _____ District of  Columbia ,  it is hereby

      **ORDERED**, that  Richard A. Kirby , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                                UNITED STATES BANKRUPTCY JUDGE