# **EXHIBIT 1**

**EXHIBIT 1**
List Of ERISA Plans That Invested In Bernard L. Madoff Investment Securities LLC ("BLMIS")

| ERISA Plan Account Name[1] | ERISA Plan Name[2] | ERISA Plan Account Number[3] | Claim Filed By ERISA Fund | Total Outstanding Objections Received From Claimants Invested In The ERISA Plan |
|---|---|---|---|---|
| Daprex Profit Sharing And 401K Plan | Daprex Profit Sharing And 401K Plan | 1D0053 | Yes (002411) | 8 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Yes (005548) | 47 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan Plan | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan Plan | 1O0004 | Yes (006261) | 100 |
| Sterling Equities Employees Retirement Plan | Sterling Equities Employees Retirement Plan | 1KW182 | Yes (009955) | 160 |
| | | | | **Total: 315** |

---

[1] As per the available books and records of BLMIS.
[2] According to claim filed with the Trustee.
[3] As per the available books and records of BLMIS.

1