# **EXHIBIT 2**

**EXHIBIT 2**
List Of Claimants Invested In The ERISA Plans Identified In Exhibit 1 Who
Objected To The Trustee's Determination of Claim

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | 2860 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | 3401 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Kevin Galvis, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013645 | 2860 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Kevin Galvis, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013645 | 3401 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013646 | 2860 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013646 | 3401 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Thomas Shippam, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013647 | 2860 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Thomas Shippam, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013647 | 3401 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Battles, Daniel | 015844 | 3723 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Bennett, Ann | 015845 | 3743 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Brill, Beth | 015846 | 3732 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Couture, Holly | 015847 | 3718 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Daub, Robert | 015848 | 3754 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Felsen Moscoe Company Profit Sharing Tst Dtd 5/28/76, separate claim filed on behalf of its Participants | 005544 | 3680 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Fischer, Beth | 015849 | 3742 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |

---

[4] According to claim filed with the Trustee or objection filed with the Court.
[5] Objection to determination number 2860, filed 8/10/2010, is included in the Motion only insofar as it relates to claims 013645, 013646, 013647, and 013648, filed by Daprex Claimants. To the extent that it is also an objection to the determination of the Daprex ERISA Plan claim (002411), it will not be adjudicated by the Motion.

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Gardner, Angela | 015850 | 3724 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Golla, Kimberly | 015851 | 3728 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Holt, Theresa | 015852 | 3738 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Johnson, Pamela | 015853 | 3758 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Jones, Keith | 015854 | 3739 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Knooihuizen, Kathryn | 015855 | 3744 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Knooihuizen, Mark | 015856 | 3734 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Knooihuizen, Thomas | 015857 | 3737 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Kuhl, John | 015858 | 3756 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Long, Patricia | 015859 | 3726 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Malloy, Allison | 015860 | 3747 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Malloy, Kathleen | 015861 | 3733 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Mao, Carol | 015862 | 3746 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Mao, Sophat | 015863 | 3745 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Mcginty, John | 015864 | 3717 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Metz, Justin | 015865 | 3727 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Metz, Justin | 015865 | 3729 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Mortimer, Jeffrey | 015866 | 3755 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Moscoe, Don | 015867 | 3736 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Moscoe, Jaclyn | 015868 | 3720 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Moscoe, Scott | 015869 | 3748 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Moscoe, Tom | 015870 | 3719 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Nicholson, Stephanie | 015871 | 3750 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Paradise, Elizabeth | 015872 | 3725 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Polk, Robert | 015873 | 3715 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Reali, Christopher | 015874 | 3777 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Rhodes, Daphne | 015875 | 3749 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Sachs, Alice | 015876 | 3751 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Sachs, Jon | 015877 | 3752 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Schlichter, Brian | 015878 | 3714 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Schluck, Mary | 015879 | 3730 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Schoep, Marlin | 015880 | 3721 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Schoff, Benjamin | 015881 | 3716 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Sporich, Scott | 015882 | 3757 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Stark, Daniel | 015883 | 3731 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Stepanek, Ruthann | 015884 | 3740 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Sullivan, Susan | 015885 | 3741 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Thoresen, Suzanne | 015886 | 3753 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Tschimperle, Sara | 015887 | 3735 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |
| Walter, Marilyn | 015888 | 3722 | Pro Se Filing | Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Ailleen Delgado | 006709 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Amy Haydon-Ryan | 006725 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Angela Franzese Basta | 006684 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Ania Stopka | 006788 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Barbara Falkowski | 006714 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Barbara Raschke | 006767 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Brian Christy | 006698 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Brigette Dmowski | 006712 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Brooke Council | 006706 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Candace Platt | 006766 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Candace Vargas | 006793 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Carline St. Cloud | 006783 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Carmen Collazo | 006702 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Carol Heibler | 006726 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Christina Kettles | 006732 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Christine Schneider | 006778 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Claudia Sammartano | 006775 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Cuschine Laviolette | 006737 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Cynthia Brenia | 006690 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Cynthia Uhlan | 006792 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Dante Brittis | 006691 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| David Bindelglass | 006688 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| David Rosado | 006772 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Denise Ripley | 006768 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Diana Gutierrez | 006722 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Diana Moore | 006751 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Donna Favazza | 006715 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Donna Martino | 006746 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Edna Perez | 006761 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Elizabeth Mastroianni | 006747 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Elizabeth Slattery | 006781 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Erika Ianotti | 006729 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Fiore Soviero | 006782 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| George Libretti | 006740 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Herbert Hermele | 006727 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Isabel Rosa | 006771 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Ivette Ayala | 006682 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Jane Wilmot | 006795 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Janet Bell | 006687 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Janet Constantino | 006704 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Jeanne Belchak | 006685 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Jennifer Piccolo | 006764 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Jessica Cortez | 006705 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Joan Casimiro | 006696 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Joel Malin | 006745 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| John Awad | 006681 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Joyce Petrucelli | 006763 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| June Hagerty | 006723 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Kai Armstrong | 006680 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Karen Maxwell | 006748 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Katleen Mikos | 006750 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Kim Belcher | 006686 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Kim Nagy | 006753 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Laura Janik | 006730 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Lawrence Kirschenbaum | 006733 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Linda Alexander | 006679 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Linda Broadhurst | 006692 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Linda Schaefer | 006777 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Lisa Crasilli | 006707 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Lisa Delucia | 006711 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Lisa Delucia | 006720 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Lorina Cash | 006695 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Lynn Sipmson | 006780 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Madelyn Parisi | 006759 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Maria Gonzalez | 006721 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Marissa Lomax | 006742 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Martha Lewkowicz | 006739 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Melissa Pelton | 006760 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Michael Ciskowski | 006701 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Michael Saffir | 006774 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Monica Turner | 006791 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Murray Morrison | 006752 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Nicole Lay | 006738 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Nicole Stockmal | 006787 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Noreen Noll | 006754 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Patricia Nowlan | 006755 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Patricia Otero | 006756 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Perry Shear | 006779 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Raquel Rodriguez-Ortiz | 006770 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Rayna Kross | 006734 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Rebecca Stasolla | 006785 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Robert Dawe | 006708 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Robert Stanton | 006784 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Rolf Langeland | 006736 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Rosaura Castro | 006697 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Ryan Petrowsky | 006762 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Sarah Franzese | 006717 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Sarah Mcaleer | 006749 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Simone Towle | 006790 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Stacey Hash | 006724 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Stacy Lilly | 006741 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Susan Edelman | 006713 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Susana Teixeira | 006789 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Suzanne Pimpinella | 006765 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Taina Padilla | 006757 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Tiffany Stevens | 006786 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Tita Rosiello | 006773 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Tracey Chymeryc | 006699 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Wilhelmina Carney | 006694 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |
| Yesinia Rivera | 006769 | 3195 | Sandak Hennessey & Greco, LLP | Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Abdallah Joseph Razzouk (Plan Participant In Sterling Equities Employees Retirement Plan) | 010074 | 3403 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Adam A. Sabella (Plan Participant In Sterling Equities Employees Retirement Plan) | 010086 | 3390 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Alexander Moroz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010048 | 3351 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Alice Carson (Plan Participant In Sterling Equities Employees Retirement Plan) | 009984 | 3343 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Alice M. Boczko (Plan Participant In Sterling Equities Employees Retirement Plan) | 009970 | 3444 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Amanda Bedus (Plan Participant In Sterling Equities Employees Retirement Plan) | 009962 | 3451 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Amy B. Tyson (Plan Participant In Sterling Equities Employees Retirement Plan) | 010098 | 3363 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Amy Gold (Plan Participant In Sterling Equities Employees Retirement Plan) | 010014 | 3516 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Andres Bodhert (Plan Participant In Sterling Equities Employees Retirement Plan) | 009971 | 3443 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Andrew L Cairns (Plan Participant In Sterling Equities Employees Retirement Plan) | 009979 | 3439 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Andrzej Sak (Plan Participant In Sterling Equities Employees Retirement Plan) | 010088 | 3388 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Angela Ferrara (Plan Participant In Sterling Equities Employees Retirement Plan) | 010002 | 3422 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Anita M. Tappy (Plan Participant In Sterling Equities Employees Retirement Plan) | 010094 | 3369 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Anne M. Pawelczak (Plan Participant In Sterling Equities Employees Retirement Plan) | 010064 | 3411 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Anthony M. Sferrazza (Plan Participant In Sterling Equities Employees Retirement Plan) | 010104 | 3338 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Arnold Glen Sarnel (Plan Participant In Sterling Equities Employees Retirement Plan) | 010090 | 3386 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Arthur Friedman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010007 | 3511 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Ayanna Drafts (Plan Participant In Sterling Equities Employees Retirement Plan) | 009998 | 3425 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Barbara Moss (Deceased) (Plan Participant In Sterling Equities Employees Retirement Plan) | 010049 | 3484 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Bill G. Blair (Plan Participant In Sterling Equities Employees Retirement Plan) | 009968 | 3445 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Brian Fontanella (Plan Participant In Sterling Equities Employees Retirement Plan) | 010005 | 3420 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Bruce Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010118 | 3382 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Bryant Finerson (Plan Participant In Sterling Equities Employees Retirement Plan) | 010003 | 3345 | Sterling Equities | Sterling Equities Employees Retirement Plan | 1KW182 |
| Carrie O'Connell (Plan Participant In Sterling Equities Employees Retirement Plan) | 010057 | 3479 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Catherine Jing Tang (Plan Participant In Sterling Equities Employees Retirement Plan) | 010093 | 3375 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Charles E. Skolnick (Plan Participant In Sterling Equities Employees Retirement Plan) | 010109 | 3346 | Sterling Equities | Sterling Equities Employees Retirement Plan | 1KW182 |
| Christina Shkreli (Plan Participant In Sterling Equities Employees Retirement Plan) | 010107 | 3372 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Christopher P. Lovely (Plan Participant In Sterling Equities Employees Retirement Plan) | 010035 | 3492 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Claire Albino (Plan Participant In Sterling Equities Employees Retirement Plan) | 009956 | 3378 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Cynthia Bernstein (Plan Participant In Sterling Equities Employees Retirement Plan) | 009965 | 3448 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Daniel G. Rosenberg (Plan Participant In Sterling Equities Employees Retirement Plan) | 010079 | 3398 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| David Campanaro (Plan Participant In Sterling Equities Employees Retirement Plan) | 009980 | 3440 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| David Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010026 | 3466 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| David M. Diamond (Plan Participant In Sterling Equities Employees Retirement Plan) | 009994 | 3427 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| David Marrero (Plan Participant In Sterling Equities Employees Retirement Plan) | 010041 | 3488 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| David Sloss (Plan Participant In Sterling Equities Employees Retirement Plan) | 010110 | 3368 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Dawn M. Richter (Plan Participant In Sterling Equities Employees Retirement Plan) | 010076 | 3400 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Debra Dibartolomeo (Plan Participant In Sterling Equities Employees Retirement Plan) | 009995 | 3426 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Edward F. Bryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 009977 | 3342 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Eileen Mcmurrer (Plan Participant In Sterling Equities Employees Retirement Plan) | 010044 | 3485 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Elaine M. Krupa (Plan Participant In Sterling Equities Employees Retirement Plan) | 010033 | 3495 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Elizabeth A. Pepin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010066 | 3409 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Emily O'Shea (Plan Participant In Sterling Equities Employees Retirement Plan) | 010059 | 3477 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Eric S. Saretsky (Plan Participant In Sterling Equities Employees Retirement Plan) | 010089 | 3387 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Eugene Dropkin (Plan Participant In Sterling Equities Employees Retirement Plan) | 009999 | 3424 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Francisca Wibisono (Plan Participant In Sterling Equities Employees Retirement Plan) | 010116 | 3384 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Fred Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010117 | 3381 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Glenn Hamer (Plan Participant In Sterling Equities Employees Retirement Plan) | 010016 | 3518 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Gloria Besser (Plan Participant In Sterling Equities Employees Retirement Plan) | 009966 | 3447 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Glynn E. Hargraves (Plan Participant In Sterling Equities Employees Retirement Plan) | 010017 | 3458 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Gregory A. Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010027 | 3468 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Gregory P. Nero (Plan Participant In Sterling Equities Employees Retirement Plan) | 010051 | 3482 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Griselda O. Rodriguez (Plan Participant In Sterling Equities Employees Retirement Plan) | 010078 | 3356 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Helene Kravitz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010032 | 3496 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jackie L. Gaines (Plan Participant In Sterling Equities Employees Retirement Plan) | 010010 | 3512 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jadienne Nolan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010054 | 3457 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| James E. Seiler (Plan Participant In Sterling Equities Employees Retirement Plan) | 010103 | 3374 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| James M. Doerr (Plan Participant In Sterling Equities Employees Retirement Plan) | 009996 | 3344 | Sterling Equities | Sterling Equities Employees Retirement Plan | 1KW182 |
| James R. Sabiston (Plan Participant In Sterling Equities Employees Retirement Plan) | 010087 | 3389 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| James Reagan Jr. (Plan Participant In Sterling Equities Employees Retirement Plan) | 010075 | 3402 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Jane A. Gavin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010012 | 3514 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jeffrey Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010119 | 3380 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jennifer L. Meredith (Plan Participant In Sterling Equities Employees Retirement Plan) | 010045 | 3348 | Sterling Equities | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jennifer Ranson (Plan Participant In Sterling Equities Employees Retirement Plan) | 010072 | 3404 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jennifer Wortmann (Plan Participant In Sterling Equities Employees Retirement Plan) | 010121 | 3355 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Jill L. Pupke (Plan Participant In Sterling Equities Employees Retirement Plan) | 010070 | 3406 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Joanne Capozzoli (Plan Participant In Sterling Equities Employees Retirement Plan) | 009982 | 3437 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| John Franklin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010006 | 3510 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| John Nuernberger (Plan Participant In Sterling Equities Employees Retirement Plan) | 010055 | 3480 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Joseph D. Hyman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010022 | 3463 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Justin Blair (Plan Participant In Sterling Equities Employees Retirement Plan) | 009969 | 3339 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Karen E. Malin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010039 | 3489 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Karen L. Deluca (Plan Participant In Sterling Equities Employees Retirement Plan) | 009993 | 3428 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Karen Schlissel (Plan Participant In Sterling Equities Employees Retirement Plan) | 010101 | 3377 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Karin E. Highfield (Plan Participant In Sterling Equities Employees Retirement Plan) | 010020 | 3461 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Karl Smolarz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010092 | 3366 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Katherine J. Fullam (Plan Participant In Sterling Equities Employees Retirement Plan) | 010008 | 3519 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Kathleen Bailey (Plan Participant In Sterling Equities Employees Retirement Plan) | 009959 | 3454 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Kathleen M. Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010083 | 3393 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Kathleen Mcgovern (Plan Participant In Sterling Equities Employees Retirement Plan) | 010043 | 3486 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Keith Campbell (Plan Participant In Sterling Equities Employees Retirement Plan) | 009981 | 3438 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Ken Bast (Plan Participant In Sterling Equities Employees Retirement Plan) | 009961 | 3452 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Kevin Mahoney (Plan Participant In Sterling Equities Employees Retirement Plan) | 010038 | 3490 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| L. Thomas Osterman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010060 | 3476 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Lanny Kotelchuck (Plan Participant In Sterling Equities Employees Retirement Plan) | 010031 | 3471 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Leonarda Cibelli (Plan Participant In Sterling Equities Employees Retirement Plan) | 009986 | 3434 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Lessly Y. Castillo (Plan Participant In Sterling Equities Employees Retirement Plan) | 009985 | 3435 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Leyla I. Ubillus (Plan Participant In Sterling Equities Employees Retirement Plan) | 010099 | 3362 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Lisa Brodie Shaughnessy (Plan Participant In Sterling Equities Employees Retirement Plan) | 009973 | 3442 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Liza Estebar (Plan Participant In Sterling Equities Employees Retirement Plan) | 010001 | 3423 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Lois M. Barnes (Plan Participant In Sterling Equities Employees Retirement Plan) | 009960 | 3453 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Marie C. Budano (Plan Participant In Sterling Equities Employees Retirement Plan) | 009978 | 3337 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Mark Peskin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010067 | 3408 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Martin Weinberg | 013532 | 3357 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Marvin B. Tepper (Plan Participant In Sterling Equities Employees Retirement Plan) | 010095 | 3364 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Mary Ann Mueller (Plan Participant In Sterling Equities Employees Retirement Plan) | 010050 | 3483 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Matthew H. Harvey (Plan Participant In Sterling Equities Employees Retirement Plan) | 010018 | 3459 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Maureen O'Rourke (Plan Participant In Sterling Equities Employees Retirement Plan) | 010058 | 3478 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Melissa A. Herrling (Plan Participant In Sterling Equities Employees Retirement Plan) | 010019 | 3460 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Melvin Mayers (Plan Participant In Sterling Equities Employees Retirement Plan) | 010042 | 3487 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Michael Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010028 | 3467 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Michael Simon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010108 | 3370 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Michael Tom (Plan Participant In Sterling Equities Employees Retirement Plan) | 010096 | 3360 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Michele Degrange (Plan Participant In Sterling Equities Employees Retirement Plan) | 009992 | 3429 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Miguel A. Gonzalez (Plan Participant In Sterling Equities Employees Retirement Plan) | 010015 | 3517 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Millicent Gillum (Plan Participant In Sterling Equities Employees Retirement Plan) | 010013 | 3515 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Neli Vilchitski (Plan Participant In Sterling Equities Employees Retirement Plan) | 010100 | 3361 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Patricia M. Minucci (Plan Participant In Sterling Equities Employees Retirement Plan) | 010047 | 3349 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Patricia Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010084 | 3336 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Patricia Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010084 | 3392 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Paul Powell (Plan Participant In Sterling Equities Employees Retirement Plan) | 010069 | 3299 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Paul Powell (Plan Participant In Sterling Equities Employees Retirement Plan) | 010069 | 3407 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Paul Schwartz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010102 | 3376 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Paula Brookshier (Plan Participant In Sterling Equities Employees Retirement Plan) | 009974 | 3441 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Paula Newton (Plan Participant In Sterling Equities Employees Retirement Plan) | 010052 | 3481 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Peter J. Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010085 | 3391 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Peter Scott Rumbold (Plan Participant In Sterling Equities Employees Retirement Plan) | 010082 | 3394 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Phillip Peluso (Plan Participant In Sterling Equities Employees Retirement Plan) | 010065 | 3410 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Phyllis Leone | 000672 | 3347 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Phyllis Leone (Plan Participant In Sterling Equities Employees Retirement Plan) | 010036 | 3494 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Rajiv Bhalla (Plan Participant In Sterling Equities Employees Retirement Plan) | 009967 | 3446 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Ralph V. Ardolina (Plan Participant In Sterling Equitites Employees Retirement Plan) | 009958 | 3455 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Ramona West (Plan Participant In Sterling Equities Employees Retirement Plan) | 010115 | 3383 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Ravinderjit S. Anand (Plan Participant In Sterling Equitites Employees Retirement Plan) | 009957 | 3456 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Regina Ross (Plan Participant In Sterling Equities Employees Retirement Plan) | 010080 | 3397 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Richard Janik (Plan Participant In Sterling Equities Employees Retirement Plan) | 010024 | 3465 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Richard Viola (Plan Participant In Sterling Equities Employees Retirement Plan) | 010111 | 3359 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Richard Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010120 | 3379 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Robert Carnevale (Plan Participant In Sterling Equities Employees Retirement Plan) | 009983 | 3436 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Robert D. Watman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010112 | 3358 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Robert S. Bergman (Plan Participant In Sterling Equities Employees Retirement Plan) | 009964 | 3449 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Roger Brown (Plan Participant In Sterling Equities Employees Retirement Plan) | 009975 | 3340 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Rosalie Fogelman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010004 | 3421 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Sagar A. Dalal (Plan Participant In Sterling Equities Employees Retirement Plan) | 009991 | 3430 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Sandi N. Behr (Plan Participant In Sterling Equities Employees Retirement Plan) | 009963 | 3450 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Sandy B. Drozdick (Plan Participant In Sterling Equities Employees Retirement Plan) | 010000 | 3315 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Sandy Cohen (Plan Participant In Sterling Equities Employees Retirement Plan) | 009987 | 3433 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Saul B. Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010029 | 3469 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Sharon Gately (Plan Participant In Sterling Equities Employees Retirement Plan) | 010011 | 3513 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Sherman L. Brown (Plan Participant In Sterling Equities Employees Retirement Plan) | 009976 | 3341 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |

| Claimant[4] | Claim Number | Objection To Determination Docket Number[5] | Counsel | ERISA Plan Invested In | ERISA Plan Account Number |
|---|---|---|---|---|---|
| Shu Q. Zhao (Plan Participant In Sterling Equities Employees Retirement Plan) | 010122 | 3353 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Soraya Cohen (Plan Participant In Sterling Equities Employees Retirement Plan) | 009988 | 3432 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Stacey B. Ross (Plan Participant In Sterling Equities Employees Retirement Plan) | 010081 | 3396 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Steven B. Kolsky (Plan Participant In Sterling Equities Employees Retirement Plan) | 010030 | 3470 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Steven J. Cohen (Plan Participant In Sterling Equities Employees Retirement Plan) | 009989 | 3431 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Tarak N. Patolia (Plan Participant In Sterling Equities Employees Retirement Plan) | 010063 | 3323 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Tatiana Isdith (Plan Participant In Sterling Equities Employees Retirement Plan) | 010023 | 3464 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Thomas A. Dolan (Plan Participant In Sterling Equities Employees Retirement Plan) | 009997 | 3350 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Thomas A. Shea (Plan Participant In Sterling Equities Employees Retirement Plan) | 010105 | 3373 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Thomas Lucarelli (Plan Participant In Sterling Equities Employees Retirement Plan) | 010037 | 3491 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Toby G. Pagano (Plan Participant In Sterling Equities Employees Retirement Plan) | 010062 | 3412 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Todd A. Wenner (Plan Participant In Sterling Equities Employees Retirement Plan) | 010114 | 3385 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Tommy J. Hill (Plan Participant In Sterling Equities Employees Retirement Plan) | 010021 | 3462 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Tram Nguyen (Plan Participant In Sterling Equities Employees Retirement Plan) | 010053 | 3352 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Vicki Rayfield (Plan Participant In Sterling Equities Employees Retirement Plan) | 010073 | 3354 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Vladimir Lipsman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010034 | 3493 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Wanda L. Quirk (Plan Participant In Sterling Equities Employees Retirement Plan) | 010071 | 3405 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| William J. Smith (Plan Participant In Sterling Equities Employees Retirement Plan) | 010091 | 3367 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| William Treiber (Plan Participant In Sterling Equities Employees Retirement Plan) | 010097 | 3365 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |
| Yanitzel E. Rivera (Plan Participant In Sterling Equities Employees Retirement Plan) | 010077 | 3399 | Pro Se Filing | Sterling Equities Employees Retirement Plan | 1KW182 |