# **EXHIBIT 3**

# EXHIBIT 3
## Details Of Objections From Claimants Invested In ERISA Plans Identified In Exhibit 1

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Daprex Profit Sharing And 401K Plan | 1D0053 | Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | Claim for securities and/or credit balance denied (11/19/2010). | 8/10/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Kevin Galvis, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013645 | Claim for securities and/or credit balance denied (11/19/2010). | 8/10/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Kevin Galvis, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013645 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013646 | Claim for securities and/or credit balance denied (11/19/2010). | 8/10/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013646 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Thomas Shippam, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013647 | Claim for securities and/or credit balance denied (11/19/2010). | 8/10/2010 |
| Daprex Profit Sharing And 401K Plan | 1D0053 | Thomas Shippam, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013647 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Battles, Daniel | 015844 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Bennett, Ann | 015845 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Brill, Beth | 015846 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Couture, Holly | 015847 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Daub, Robert | 015848 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Felsen Moscoe Company Profit Sharing Tst Dtd 5/28/76, separate claim filed on behalf of its Participants | 005544 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Fischer, Beth | 015849 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Gardner, Angela | 015850 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Golla, Kimberly | 015851 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |

---

[6] Objection to determination number 2860, filed 8/10/2010, is included in the Motion only insofar as it relates to claims 013645, 013646, 013647, and 013648, filed by Daprex Claimants. To the extent that it is also an objection to the determination of the Daprex ERISA Plan claim (002411), it will not be adjudicated by the Motion.

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Holt, Theresa | 015852 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Johnson, Pamela | 015853 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Jones, Keith | 015854 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Knooihuizen, Kathryn | 015855 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Knooihuizen, Mark | 015856 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Knooihuizen, Thomas | 015857 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Kuhl, John | 015858 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Long, Patricia | 015859 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Malloy, Allison | 015860 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Malloy, Kathleen | 015861 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Mao, Carol | 015862 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Mao, Sophat | 015863 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Mcginty, John | 015864 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Metz, Justin | 015865 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Mortimer, Jeffrey | 015866 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Moscoe, Don | 015867 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Moscoe, Jaclyn | 015868 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Moscoe, Scott | 015869 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Moscoe, Tom | 015870 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Nicholson, Stephanie | 015871 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Paradise, Elizabeth | 015872 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Polk, Robert | 015873 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Reali, Christopher | 015874 | Claim for securities and/or credit balance denied (12/17/2010). | 1/18/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Rhodes, Daphne | 015875 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Sachs, Alice | 015876 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Sachs, Jon | 015877 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Schlichter, Brian | 015878 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Schluck, Mary | 015879 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Schoep, Marlin | 015880 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Schoff, Benjamin | 015881 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Sporich, Scott | 015882 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Stark, Daniel | 015883 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Stepanek, Ruthann | 015884 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Sullivan, Susan | 015885 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Thoresen, Suzanne | 015886 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Tschimperle, Sara | 015887 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Felsen Moscoe Company Profit Sharing TST Dtd 5/28/76 | 1EM057 | Walter, Marilyn | 015888 | Claim for securities and/or credit balance denied (12/17/2010). | 1/13/2011 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Ailleen Delgado | 006709 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Amy Haydon-Ryan | 006725 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Angela Franzese Basta | 006684 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Ania Stopka | 006788 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Barbara Falkowski | 006714 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Barbara Raschke | 006767 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Brian Christy | 006698 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Brigette Dmowski | 006712 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Brooke Council | 006706 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Candace Platt | 006766 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Candace Vargas | 006793 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Carline St. Cloud | 006783 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Carmen Collazo | 006702 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Carol Heibler | 006726 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Christina Kettles | 006732 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Christine Schneider | 006778 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Claudia Sammartano | 006775 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Cuschine Laviolette | 006737 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Cynthia Brenia | 006690 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Cynthia Uhlan | 006792 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Dante Brittis | 006691 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | David Bindelglass | 006688 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | David Rosado | 006772 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Denise Ripley | 006768 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Diana Gutierrez | 006722 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Diana Moore | 006751 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Donna Favazza | 006715 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Donna Martino | 006746 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Edna Perez | 006761 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Elizabeth Mastroianni | 006747 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Elizabeth Slattery | 006781 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Erika Ianotti | 006729 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Fiore Soviero | 006782 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | George Libretti | 006740 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Herbert Hermele | 006727 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Isabel Rosa | 006771 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Ivette Ayala | 006682 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Jane Wilmot | 006795 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Janet Bell | 006687 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Janet Constantino | 006704 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Jeanne Belchak | 006685 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Jennifer Piccolo | 006764 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Jessica Cortez | 006705 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Joan Casimiro | 006696 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Joel Malin | 006745 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | John Awad | 006681 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Joyce Petrucelli | 006763 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | June Hagerty | 006723 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Kai Armstrong | 006680 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Karen Maxwell | 006748 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Katleen Mikos | 006750 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Kim Belcher | 006686 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Kim Nagy | 006753 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Laura Janik | 006730 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Lawrence Kirschenbaum | 006733 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Linda Alexander | 006679 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Linda Broadhurst | 006692 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Linda Schaefer | 006777 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Lisa Crasilli | 006707 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Lisa Delucia | 006711 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Lisa Delucia | 006720 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Lorina Cash | 006695 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Lynn Sipmson | 006780 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Madelyn Parisi | 006759 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Maria Gonzalez | 006721 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Marissa Lomax | 006742 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Martha Lewkowicz | 006739 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Melissa Pelton | 006760 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Michael Ciskowski | 006701 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Michael Saffir | 006774 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Monica Turner | 006791 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Murray Morrison | 006752 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Nicole Lay | 006738 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Nicole Stockmal | 006787 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Noreen Noll | 006754 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Patricia Nowlan | 006755 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Patricia Otero | 006756 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Perry Shear | 006779 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Raquel Rodriguez-Ortiz | 006770 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Rayna Kross | 006734 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Rebecca Stasolla | 006785 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Robert Dawe | 006708 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Robert Stanton | 006784 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Rolf Langeland | 006736 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Rosaura Castro | 006697 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Ryan Petrowsky | 006762 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Sarah Franzese | 006717 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Sarah Mcaleer | 006749 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Simone Towle | 006790 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Stacey Hash | 006724 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Stacy Lilly | 006741 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Susan Edelman | 006713 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Susana Teixeira | 006789 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Suzanne Pimpinella | 006765 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Taina Padilla | 006757 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Tiffany Stevens | 006786 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Tita Rosiello | 006773 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Tracey Chymeryc | 006699 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Wilhelmina Carney | 006694 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Orthopaedic Specialty GRP PC Defined Contribution Pension Plan | 1O0004 | Yesinia Rivera | 006769 | Claim for securities and/or credit balance denied (10/22/2010). | 11/18/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Abdallah Joseph Razzouk (Plan Participant In Sterling Equities Employees Retirement Plan) | 010074 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Adam A. Sabella (Plan Participant In Sterling Equities Employees Retirement Plan) | 010086 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Alexander Moroz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010048 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Alice Carson (Plan Participant In Sterling Equities Employees Retirement Plan) | 009984 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Alice M. Boczko (Plan Participant In Sterling Equities Employees Retirement Plan) | 009970 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Amanda Bedus (Plan Participant In Sterling Equities Employees Retirement Plan) | 009962 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Amy B. Tyson (Plan Participant In Sterling Equities Employees Retirement Plan) | 010098 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Amy Gold (Plan Participant In Sterling Equities Employees Retirement Plan) | 010014 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Andres Bodhert (Plan Participant In Sterling Equities Employees Retirement Plan) | 009971 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Andrew L Cairns (Plan Participant In Sterling Equities Employees Retirement Plan) | 009979 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Sterling Equities Employees Retirement Plan | 1KW182 | Andrzej Sak (Plan Participant In Sterling Equities Employees Retirement Plan) | 010088 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Angela Ferrara (Plan Participant In Sterling Equities Employees Retirement Plan) | 010002 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Anita M. Tappy (Plan Participant In Sterling Equities Employees Retirement Plan) | 010094 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Anne M. Pawelczak (Plan Participant In Sterling Equities Employees Retirement Plan) | 010064 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Anthony M. Sferrazza (Plan Participant In Sterling Equities Employees Retirement Plan) | 010104 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Arnold Glen Sarnel (Plan Participant In Sterling Equities Employees Retirement Plan) | 010090 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Arthur Friedman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010007 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Ayanna Drafts (Plan Participant In Sterling Equities Employees Retirement Plan) | 009998 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Barbara Moss (Deceased) (Plan Participant In Sterling Equities Employees Retirement Plan) | 010049 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Bill G. Blair (Plan Participant In Sterling Equities Employees Retirement Plan) | 009968 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Brian Fontanella (Plan Participant In Sterling Equities Employees Retirement Plan) | 010005 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Bruce Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010118 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Bryant Finerson (Plan Participant In Sterling Equities Employees Retirement Plan) | 010003 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Carrie O'Connell (Plan Participant In Sterling Equities Employees Retirement Plan) | 010057 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Catherine Jing Tang (Plan Participant In Sterling Equities Employees Retirement Plan) | 010093 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Charles E. Skolnick (Plan Participant In Sterling Equities Employees Retirement Plan) | 010109 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Christina Shkreli (Plan Participant In Sterling Equities Employees Retirement Plan) | 010107 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Christopher P. Lovely (Plan Participant In Sterling Equities Employees Retirement Plan) | 010035 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Claire Albino (Plan Participant In Sterling Equities Employees Retirement Plan) | 009956 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Cynthia Bernstein (Plan Participant In Sterling Equities Employees Retirement Plan) | 009965 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

9

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| | | Plan) | | | |
| Sterling Equities Employees Retirement Plan | 1KW182 | Daniel G. Rosenberg (Plan Participant In Sterling Equities Employees Retirement Plan) | 010079 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | David Campanaro (Plan Participant In Sterling Equities Employees Retirement Plan) | 009980 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | David Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010026 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | David M. Diamond (Plan Participant In Sterling Equities Employees Retirement Plan) | 009994 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | David Marrero (Plan Participant In Sterling Equities Employees Retirement Plan) | 010041 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | David Sloss (Plan Participant In Sterling Equities Employees Retirement Plan) | 010110 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Dawn M. Richter (Plan Participant In Sterling Equities Employees Retirement Plan) | 010076 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Debra Dibartolomeo (Plan Participant In Sterling Equities Employees Retirement Plan) | 009995 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Edward F. Bryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 009977 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Eileen Mcmurrer (Plan Participant In Sterling Equities Employees Retirement Plan) | 010044 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Elaine M. Krupa (Plan Participant In Sterling Equities Employees Retirement Plan) | 010033 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Elizabeth A. Pepin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010066 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Emily O'Shea (Plan Participant In Sterling Equities Employees Retirement Plan) | 010059 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Eric S. Saretsky (Plan Participant In Sterling Equities Employees Retirement Plan) | 010089 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Eugene Dropkin (Plan Participant In Sterling Equities Employees Retirement Plan) | 009999 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Francisca Wibisono (Plan Participant In Sterling Equities Employees Retirement Plan) | 010116 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Fred Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010117 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Glenn Hamer (Plan Participant In Sterling Equities Employees Retirement Plan) | 010016 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Gloria Besser (Plan Participant In Sterling Equities Employees Retirement Plan) | 009966 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Sterling Equities Employees Retirement Plan | 1KW182 | Glynn E. Hargraves (Plan Participant In Sterling Equities Employees Retirement Plan) | 010017 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Gregory A. Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010027 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Gregory P. Nero (Plan Participant In Sterling Equities Employees Retirement Plan) | 010051 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Griselda O. Rodriguez (Plan Participant In Sterling Equities Employees Retirement Plan) | 010078 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Helene Kravitz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010032 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jackie L. Gaines (Plan Participant In Sterling Equities Employees Retirement Plan) | 010010 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jadienne Nolan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010054 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | James E. Seiler (Plan Participant In Sterling Equities Employees Retirement Plan) | 010103 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | James M. Doerr (Plan Participant In Sterling Equities Employees Retirement Plan) | 009996 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | James R. Sabiston (Plan Participant In Sterling Equities Employees Retirement Plan) | 010087 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | James Reagan Jr. (Plan Participant In Sterling Equities Employees Retirement Plan) | 010075 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jane A. Gavin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010012 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jeffrey Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010119 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jennifer L. Meredith (Plan Participant In Sterling Equities Employees Retirement Plan) | 010045 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jennifer Ranson (Plan Participant In Sterling Equities Employees Retirement Plan) | 010072 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jennifer Wortmann (Plan Participant In Sterling Equities Employees Retirement Plan) | 010121 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Jill L. Pupke (Plan Participant In Sterling Equities Employees Retirement Plan) | 010070 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Joanne Capozzoli (Plan Participant In Sterling Equities Employees Retirement Plan) | 009982 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | John Franklin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010006 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | John Nuernberger (Plan Participant In Sterling Equities Employees Retirement | 010055 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

11

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| | | Plan) | | | |
| Sterling Equities Employees Retirement Plan | 1KW182 | Joseph D. Hyman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010022 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Justin Blair (Plan Participant In Sterling Equities Employees Retirement Plan) | 009969 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Karen E. Malin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010039 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Karen L. Deluca (Plan Participant In Sterling Equities Employees Retirement Plan) | 009993 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Karen Schlissel (Plan Participant In Sterling Equities Employees Retirement Plan) | 010101 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Karin E. Highfield (Plan Participant In Sterling Equities Employees Retirement Plan) | 010020 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Karl Smolarz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010092 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Katherine J. Fullam (Plan Participant In Sterling Equities Employees Retirement Plan) | 010008 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Kathleen Bailey (Plan Participant In Sterling Equities Employees Retirement Plan) | 009959 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Kathleen M. Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010083 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Kathleen Mcgovern (Plan Participant In Sterling Equities Employees Retirement Plan) | 010043 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Keith Campbell (Plan Participant In Sterling Equities Employees Retirement Plan) | 009981 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Ken Bast (Plan Participant In Sterling Equities Employees Retirement Plan) | 009961 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Kevin Mahoney (Plan Participant In Sterling Equities Employees Retirement Plan) | 010038 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | L. Thomas Osterman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010060 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Lanny Kotelchuck (Plan Participant In Sterling Equities Employees Retirement Plan) | 010031 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Leonarda Cibelli (Plan Participant In Sterling Equities Employees Retirement Plan) | 009986 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Lessly Y. Castillo (Plan Participant In Sterling Equities Employees Retirement Plan) | 009985 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Leyla I. Ubillus (Plan Participant In Sterling Equities Employees Retirement Plan) | 010099 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Sterling Equities Employees Retirement Plan | 1KW182 | Lisa Brodie Shaughnessy (Plan Participant In Sterling Equities Employees Retirement Plan) | 009973 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Liza Estebar (Plan Participant In Sterling Equities Employees Retirement Plan) | 010001 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Lois M. Barnes (Plan Participant In Sterling Equities Employees Retirement Plan) | 009960 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Marie C. Budano (Plan Participant In Sterling Equities Employees Retirement Plan) | 009978 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Mark Peskin (Plan Participant In Sterling Equities Employees Retirement Plan) | 010067 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Martin Weinberg | 013532 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Marvin B. Tepper (Plan Participant In Sterling Equities Employees Retirement Plan) | 010095 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Mary Ann Mueller (Plan Participant In Sterling Equities Employees Retirement Plan) | 010050 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Matthew H. Harvey (Plan Participant In Sterling Equities Employees Retirement Plan) | 010018 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Maureen O'Rourke (Plan Participant In Sterling Equities Employees Retirement Plan) | 010058 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Melissa A. Herrling (Plan Participant In Sterling Equities Employees Retirement Plan) | 010019 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Melvin Mayers (Plan Participant In Sterling Equities Employees Retirement Plan) | 010042 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Michael Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010028 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Michael Simon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010108 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Michael Tom (Plan Participant In Sterling Equities Employees Retirement Plan) | 010096 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Michele Degrange (Plan Participant In Sterling Equities Employees Retirement Plan) | 009992 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Miguel A. Gonzalez (Plan Participant In Sterling Equities Employees Retirement Plan) | 010015 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Millicent Gillum (Plan Participant In Sterling Equities Employees Retirement Plan) | 010013 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Neli Vilchitski (Plan Participant In Sterling Equities Employees Retirement Plan) | 010100 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Patricia M. Minucci (Plan Participant In Sterling Equities Employees Retirement | 010047 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |

08-01789-cgm    Doc 6492-3    Filed 04/30/14    Entered 04/30/14 15:21:57    Exhibit 3
Pg 15 of 17

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| | | Plan) | | | |
| Sterling Equities Employees Retirement Plan | 1KW182 | Patricia Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010084 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Patricia Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010084 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Paul Powell (Plan Participant In Sterling Equities Employees Retirement Plan) | 010069 | Claim for securities and/or credit balance denied (11/12/2010). | 12/2/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Paul Powell (Plan Participant In Sterling Equities Employees Retirement Plan) | 010069 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Paul Schwartz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010102 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Paula Brookshier (Plan Participant In Sterling Equities Employees Retirement Plan) | 009974 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Paula Newton (Plan Participant In Sterling Equities Employees Retirement Plan) | 010052 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Peter J. Ryan (Plan Participant In Sterling Equities Employees Retirement Plan) | 010085 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Peter Scott Rumbold (Plan Participant In Sterling Equities Employees Retirement Plan) | 010082 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Phillip Peluso (Plan Participant In Sterling Equities Employees Retirement Plan) | 010065 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Phyllis Leone | 000672 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Phyllis Leone (Plan Participant In Sterling Equities Employees Retirement Plan) | 010036 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Rajiv Bhalla (Plan Participant In Sterling Equities Employees Retirement Plan) | 009967 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Ralph V. Ardolina (Plan Participant In Sterling Equitites Employees Retirement Plan) | 009958 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Ramona West (Plan Participant In Sterling Equities Employees Retirement Plan) | 010115 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Ravinderjit S. Anand (Plan Participant In Sterling Equitites Employees Retirement Plan) | 009957 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Regina Ross (Plan Participant In Sterling Equities Employees Retirement Plan) | 010080 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Richard Janik (Plan Participant In Sterling Equities Employees Retirement Plan) | 010024 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Richard Viola (Plan Participant In Sterling Equities Employees Retirement Plan) | 010111 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

14

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Sterling Equities Employees Retirement Plan | 1KW182 | Richard Wilpon (Plan Participant In Sterling Equities Employees Retirement Plan) | 010120 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Robert Carnevale (Plan Participant In Sterling Equities Employees Retirement Plan) | 009983 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Robert D. Watman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010112 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Robert S. Bergman (Plan Participant In Sterling Equities Employees Retirement Plan) | 009964 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Roger Brown (Plan Participant In Sterling Equities Employees Retirement Plan) | 009975 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Rosalie Fogelman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010004 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Sagar A. Dalal (Plan Participant In Sterling Equities Employees Retirement Plan) | 009991 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Sandi N. Behr (Plan Participant In Sterling Equities Employees Retirement Plan) | 009963 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Sandy B. Drozdick (Plan Participant In Sterling Equities Employees Retirement Plan) | 010000 | Claim for securities and/or credit balance denied (11/12/2010). | 12/7/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Sandy Cohen (Plan Participant In Sterling Equities Employees Retirement Plan) | 009987 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Saul B. Katz (Plan Participant In Sterling Equities Employees Retirement Plan) | 010029 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Sharon Gately (Plan Participant In Sterling Equities Employees Retirement Plan) | 010011 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Sherman L. Brown (Plan Participant In Sterling Equities Employees Retirement Plan) | 009976 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Shu Q. Zhao (Plan Participant In Sterling Equities Employees Retirement Plan) | 010122 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Soraya Cohen (Plan Participant In Sterling Equities Employees Retirement Plan) | 009988 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Stacey B. Ross (Plan Participant In Sterling Equities Employees Retirement Plan) | 010081 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Steven B. Kolsky (Plan Participant In Sterling Equities Employees Retirement Plan) | 010030 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Steven J. Cohen (Plan Participant In Sterling Equities Employees Retirement Plan) | 009989 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Tarak N. Patolia (Plan Participant In Sterling Equities Employees Retirement Plan) | 010063 | Claim for securities and/or credit balance denied (11/12/2010). | 12/7/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Tatiana Isdith (Plan Participant In Sterling Equities Employees Retirement Plan) | 010023 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |

| ERISA Plan | ERISA Plan Account Number | Claimant | Claim Number | Determination Status | Date Of Objection[6] |
|---|---|---|---|---|---|
| Sterling Equities Employees Retirement Plan | 1KW182 | Thomas A. Dolan (Plan Participant In Sterling Equities Employees Retirement Plan) | 009997 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Thomas A. Shea (Plan Participant In Sterling Equities Employees Retirement Plan) | 010105 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Thomas Lucarelli (Plan Participant In Sterling Equities Employees Retirement Plan) | 010037 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Toby G. Pagano (Plan Participant In Sterling Equities Employees Retirement Plan) | 010062 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Todd A. Wenner (Plan Participant In Sterling Equities Employees Retirement Plan) | 010114 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Tommy J. Hill (Plan Participant In Sterling Equities Employees Retirement Plan) | 010021 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Tram Nguyen (Plan Participant In Sterling Equities Employees Retirement Plan) | 010053 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Vicki Rayfield (Plan Participant In Sterling Equities Employees Retirement Plan) | 010073 | Claim for securities and/or credit balance denied (11/12/2010). | 12/10/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Vladimir Lipsman (Plan Participant In Sterling Equities Employees Retirement Plan) | 010034 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Wanda L. Quirk (Plan Participant In Sterling Equities Employees Retirement Plan) | 010071 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | William J. Smith (Plan Participant In Sterling Equities Employees Retirement Plan) | 010091 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | William Treiber (Plan Participant In Sterling Equities Employees Retirement Plan) | 010097 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |
| Sterling Equities Employees Retirement Plan | 1KW182 | Yanitzel E. Rivera (Plan Participant In Sterling Equities Employees Retirement Plan) | 010077 | Claim for securities and/or credit balance denied (11/12/2010). | 12/9/2010 |