**Securities Investor Protection Corporation,**

**v.**

**Bernard L. Madoff Investment Securities LLC.**

**In re:  Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff, Debtors**

Case No. 08-1789 (BRL)
SIPA Liquidation
(Substantively Consolidated)

**Exhibits 4-19 to the Declaration of Vineet Sehgal are
available for review upon written or telephonic request to:**

**Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:  Bik Cheema, Esq.
Tel:  (212) 589-4613
Email:  bcheema@bakerlaw.com**