**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidate) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-04336 (BRL) |
| Plaintiff, | |
| v. | |
| THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM, | |
| Defendants. | |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Seunghwan Kim having moved to withdraw as counsel of record for Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and Emilie Apfelbaum (collectively, "Defendants"). Upon consideration of the motion, the Court has determined that the motion should be granted. Accordingly:

NY01\KimSe\2299364.1

IT IS ORDERED that the motion of Seunghwan Kim for leave to withdraw as counsel of record for Defendants is GRANTED.

IT IS FURTHER ORDERED that the case docket be amended to reflect withdrawal of Seunghwan Kim as counsel for Defendants.

Dated: April 30th, 2014

`

/s/ STUART M. BERNSTEIN
Stuart M. Bernstein
United States Bankruptcy Judge