ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Thomas B. Hatch
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Securities Investor Protection Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>Bernard L. Madoff<br><br>    Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-04337 (SMB) |

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Metro Motor Imports, Inc.,<br><br>  Defendants. | Adv. Pro. No. 10-04499 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Hess Kline Revocable Trust; and Hess Kline, individually and in his capacity as Trustee of the Hess Kline Revocable Trust,<br><br>  Defendants. | Adv. Pro. No. 10-04719 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Miles & Shirley Fiterman Charitable Foundation; Steven Fiterman and Valerie Herschman in their capacities as Trustees for the Miles & Shirley Fiterman Charitable Foundation,<br><br>  Defendants. | Adv. Pro. No. 10-05067 (SMB) |

### Order Granting Motion for Leave to Withdraw as Counsel of Record and Removal from Service Lists in these Cases

  Thomas B. Hatch moved to withdraw as counsel of record for the defendants in the above-captioned adversary proceedings, filed April 30, 2014. In the Motion, Mr. Hatch seeks to withdraw as counsel for Defendants in the above-captioned adversary proceedings, because he is longer with the firm representing those Defendants. After due consideration, it is hereby

  ORDERED that Thomas B. Hatch's Motion for Leave to Withdraw as Counsel of Record and Removal from Service Lists in These Cases is **GRANTED**.

Dated:  April 30th, 2014

/s/ STUART M. BERNSTEIN
STUART M. BERNSTEIN
United States Bankruptcy Judge

84761785.1