Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue
New York, NY  10022-0123
(212) 603-6345
Steven B. Eichel, Esq.

Quilling, Selander, Lownds, Winslett, & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX  75201
(214) 871-2100
Brent J. Rodine
Linda S. LaRue, Esq.

Attorneys for Defendants Samuel-David Associates, Ltd.,
Ann M. Olesky, David E. Olesky, and Samuel J. Olesky

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>Plaintiff-Applicant,<br><br>-v-<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>**BERNARD L. MADOFF,**<br><br>Debtor. | |
| **IRVING H. PICARD, Trustee of the Liquidation of Bernard L. Madoff Investment Securities LLC,**<br><br>Plaintiff,<br><br>-v-<br><br>**SAMUEL-DAVID ASSOCIATES, LTD.; NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Ann M. Olesky; ANN M. OLESKY, individually and in her capacity as General Partner of Samuel-David Associates, Ltd.; DAVID E. OLESKY, individually and in his capacity as a Limited Partner of Samuel-David Associates Ltd.; and SAMUEL J. OLESKY, individually and his capacity as a Limited Partner of Samuel-David Associates, Ltd.,**<br><br>Defendants. | Adv. Pro. No. 10-04453 (SMB) |

**WITHDRAWAL OF NOTICE OF APPEARANCE AND
REQUEST FOR REMOVAL OF SERVICE AND NOTICE**

{00673798.DOCX;2 }{00673798.DOCX;2 }1

PLEASE TAKE NOTICE that Brent J. Rodine ("Rodine") hereby withdraws his Appearance and Request for Service and Notice previously filed pursuant to Federal Rule of Bankruptcy Procedure 9010(b) for **ANN M. OLESKY, DAVID E. OLESKY** and **SAMUEL J. OLESKY,** defendants in the above-referenced proceedings. (Doc. 16). Linda S. LaRue ("LaRue") will continue to act as the attorney of record for **ANN M. OLESKY, DAVID E. OLESKY** and **SAMUEL J. OLESKY,** defendants and to receive notices through the ECF system.

Rodine requests that he be *removed* from all notices that are given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated:

Brent J. Rodine
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Office
(214) 871-2111 – Facsimile
brodine@qslwm.com

This request encompasses removal of Rodine's name, address, and email address from all notices and pleadings including, without limitation, the Clerk's deletion of his name from the *electronic court filing system,* notices of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

Request is also made that the Debtor and the Clerk of the Court remove and purge Rodine's name, address and email address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated: May 1, 2014
      New York, New York

Respectfully submitted,

Brent J. Rodine
Linda S. LaRue
Quilling, Selander, Lownds, Winslett, & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Tel. No.: 214-871-2100

and

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022
Tel. No.: 212-603-6345


By: /s/ Steven B. Eichel
     Steven B. Eichel

Attorneys for Defendants Samuel-David Associates, Ltd., Ann M. Olesky, David E. Olesky, and Samuel J. Olesky