ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Securities Investor Protection Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>    Defendant. | Case No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>Motion for Admission<br>Pro Hac Vice |
| In re:<br><br>Bernard L. Madoff<br><br>    Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Miles Q. Fiterman Revocable Trust, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-04337 (SMB) |

84759607.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Metro Motor Imports, Inc.,<br><br>  Defendants. | Adv. Pro. No. 10-04499 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Hess Kline Revocable Trust; and Hess Kline, individually and in his capacity as Trustee of the Hess Kline Revocable Trust,<br><br>  Defendants. | Adv. Pro. No. 10-04719 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Miles & Shirley Fiterman Charitable Foundation; Steven Fiterman and Valerie Hirschman in their capacities as Trustees for the Miles & Shirley Fiterman Charitable Foundation,<br><br>  Defendants. | Adv. Pro. No. 10-05067 (SMB) |

  Pursuant to Rule 1.3 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Stephen P. Safranski, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants in the above-captioned actions:

  I am a member in good standing of the Bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any State or Federal court. I have also already registered for an ECF password before this Court.

84759607.1

Dated: May 1, 2014          Respectfully submitted,

By:   */s/ Stephen P. Safranski*
Stephen P. Safranski
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone:     (612) 349-8500
Facsimile:      (612) 339-4181
ssafranski@rkmc.com

84759607.1