LAW OFFICE OF
RICHARD E. SIGNORELLI
799 Broadway, Suite 539
New York, NY 10003
Telephone:    212 254 4218
Facsimile:    212 254 1396
rsignorelli@nycLITIGATOR.com℠
www.nycLITIGATOR.com℠
*Attorneys for Defendant Mercedes P. Rea*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                           : Adv. Pro. No. 08-01789 (SMB)
                                       :
              Plaintiff-Applicant,     : SIPA LIQUIDATION
                                       :
       v.                              : (Substantively Consolidated)
                                       :
BERNARD L. MADOFF INVESTMENT           :
SECURITIES LLC,                        :
                                       :
              Defendant.               :
------------------------------------------------------------------------x
In re:                                 :
                                       :
BERNARD L. MADOFF,                     :
                                       :
              Debtor.                  :
------------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation   :
of Bernard L. Madoff Investment Securities LLC, :
                                       :
              Plaintiff,               : Adv. Pro. No. 10-5393 (SMB)
                                       :
       v.                              :
                                       :
MERCEDES P. REA, individually and in her :
capacity as a joint tenant,            :
                                       :
              Defendant.               :
------------------------------------------------------------------------x

**SUGGESTION OF DEATH**
**[Pursuant to Fed. R. Civ. P. 25(a)]**

PLEASE TAKE NOTICE that undersigned counsel regrets to inform the Court that Mercedes P. Rea died on April 9, 2014.

Dated: New York, New York
April 30, 2014

                Respectfully submitted,

                LAW OFFICE OF
                RICHARD E. SIGNORELLI

By:    /s/ Richard E. Signorelli
_____
Richard E. Signorelli (RS-7976)
Bryan Ha (BH-5295)
799 Broadway, Suite 539
New York, NY 10003
Telephone:    212 254 4218
Facsimile:    212 254 1396
rsignorelli@nycLITIGATOR.com℠
www.nycLITIGATOR.com℠
Attorneys for Defendant Mercedes P. Rea

FILING AND SERVICE VIA ELECTRONIC FILING