**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE LIVING TRUST, JOHN GREENBERGER MACCABEE, Individually and as Trustee of the John Greenberger Maccabee and Sherry Morse Maccabee Living Trust, and SHERRY MORSE MACCABEE, Individually and as Trustee of the John Greenberger Maccabee and Sherry Morse Maccabee Living Trust,<br><br>                Defendants. | Adv. Pro. No. 10-05407 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO AMEND COMPLAINT**
**AND TO RESPOND TO MOTION TO DISMISS**

WHEREAS, on December 10, 2010, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively consolidated estate of Bernard L. Madoff individually, commenced the above-captioned adversary proceeding (the "Adversary Proceeding"); and

WHEREAS, on April 17, 2014, Defendants filed a motion to dismiss the Adversary Proceeding (the "Motion to Dismiss"), which is pending before this Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The Trustee's time to file an opposition to the Motion to Dismiss is extended to May 15, 2014.

2. The Trustee's time to amend the complaint pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) is extended up to and including May 22, 2014.

3. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the presiding Court a further extension, or of any other party's right to object to any such request.

Dated: New York, New York
       May 1, 2014

| BAKER & HOSTETLER LLP | BERNFELD, DEMATTEO & BERNFELD, LLP |
|---|---|
| By: /s/ *Donna A. Tobin* | By: /s/ *Jeffrey Bernfeld* |
| 45 Rockefeller Plaza | 600 Third Avenue, 15th Floor |
| New York, New York 10111 | Telephone: 212.661.1661 |
| Telephone: 212.589.4200 | David B. Bernfeld |
| Facsimile: 212.589.4201 | Email: dbblaw@hotmail.com |
| David J. Sheehan | Jeffrey Bernfeld |
| Email: dsheehan@bakerlaw.com | Email: jeffreybernfeld@bernfeld-dematteo.com |
| Keith R. Murphy | |
| Email: kmurphy@bakerlaw.com | *Attorneys for Defendants John Greenberger* |

2

300320779.3

| | |
|---|---|
| Donna A. Tobin<br>Email: dtobin@bakerlaw.com<br>Kimberly M. Maynard<br>Email: kmaynard@bakerlaw.com | *Maccabee and Sherry Morse Maccabee Living Trust, John Greenberger Maccabee, and Sherry Morse Maccabee* |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED:

Dated: May 1st , 2014            /s/ STUART M. BERNSTEIN_____
New York, New York               HONORABLE STUART M. BERNSTEIN
                                 UNITED STATES BANKRUPTCY JUDGE

3

300320779.3