Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000

*Attorneys for Edward Zraick Jr., Nancy Zraick,
Patricia DeLuca and Karen Rich*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |

### AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　): SS
COUNTY OF NEW YORK　)

　　Constance Andonian being duly sworn, deposes and says:

　　1.　　I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

　　2.　　On May 1, 2014, I served a true and complete copy of the *Notice of Presentment of Stipulation and Order for Substitution of Counsel* [Docket No. 6507] on by electronic service

- 2 -

via the Court's CM/ECF system and United States Postal Service first class mail on the parties listed on the annexed service list.

Dated: New York, New York
      May 2, 2014

_____
Constance Andonian

Sworn to before me on this
2nd day of May 2014

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
My Commission Expires May 10, 20__

## SERVICE LIST

Helen Davis Chaitman, Esq.
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006

Josephine Wang, Esq.
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111