...

David J. Eiseman
Douglas L. Furth
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel for Defendant Queensgate Foundation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

-------------------------------------------------------------X

In re

BERNARD L. MADOFF,

      Debtor.

-------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05077 (SMB) |
| Plaintiff, | |
| v. | |
| QUEENSGATE FOUNDATION, | |
| Defendant. | |

-------------------------------------------------------------X

**<u>CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1</u>**

2003911.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Queensgate Foundation, defendant in the above-captioned adversary proceeding, by its undersigned counsel, certifies that there are no entities to report under FRBP 7007.1

Dated: New York, New York
May 2, 2014

**GOLENBOCK EISEMAN ASSOR BELL
 & PESKOE LLP**
437 Madison Avenue
New York, New York 10022
(212 907-7300


By:   /s/ David J. Eiseman
          David J. Eiseman

*Counsel to Defendant Queensgate Foundation*

2