ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> Securities Investor Protection Corporation <br><br> Plaintiff, <br><br> v. <br><br> Bernard L. Madoff Investment Securities LLC, <br><br> Defendant. | Case No. 08-1789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) <br><br> Order for Admission <br> Pro Hac Vice |
| In re: <br><br> Bernard L. Madoff <br><br> Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> Plaintiff, <br><br> v. <br><br> Miles Q. Fiterman Revocable Trust, *et al.*, <br><br> Defendants. | Adv. Pro. No. 10-04337 (SMB) |

84759547.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Metro Motor Imports, Inc.,<br><br>  Defendants. | Adv. Pro. No. 10-04499 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Hess Kline Revocable Trust; and Hess Kline, individually and in his capacity as Trustee of the Hess Kline Revocable Trust,<br><br>  Defendants. | Adv. Pro. No. 10-04719 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br><br>  v.<br><br>Miles & Shirley Fiterman Charitable Foundation; Steven Fiterman and Valerie Hirschman in their capacities as Trustees for the Miles & Shirley Fiterman Charitable Foundation,<br><br>  Defendants. | Adv. Pro. No. 10-05067 (SMB) |

  Upon the motion of Stephen P. Safranski, Esq. to be admitted, *pro hac vice*, to represent defendants in the above-captioned actions, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

  **ORDERED**, that Stephen P. Safranski, Esq. is admitted to practice, *pro hac vice*, in the above-captioned actions to represent those defendants, in the United

84759547.1

States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

| | | | |
|---|---|---|---|
| Dated: | May 5th, 2014<br>New York, New York | By: | /s/ STUART M. BERNSTEIN<br>Judge Stuart M. Bernstein |

84759547.1