UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff,

                    v.

BERNARD L. MADOFF INVESTMENT SECURITIES
LLC,

                    Defendant.

:   Adv. Proc. No. 08-01789 (SMB)

:   SIPA LIQUIDATION

:   (Substantively Consolidated)

-------------------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

                    Debtor,

-------------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

                    Plaintiff,

                    v.

MADELEINE GINS ARAKAWA, Individually and in
her capacity as Executrix of the Estate of Shusaku
Arakawa; and the ESTATE OF SHUSAKU
ARAKAWA,

                    Defendant.

:   Adv. Proc. No. 10- AP-4827 (SMB)

-------------------------------------------------------------------------X

**ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**
**AUTHORIZING SUBSTITUTION OF COUNSEL**

IT IS ORDERED, that the Motion, dated May 5, 2014 (the "Motion"), pursuant to Rule

2090-1(e) of the Local Bankruptcy Rules of the Southern District of New York, for entry of an

order authorizing Carter Ledyard & Milburn LLP to replace Lax & Neville LLP as counsel for

1

Defendants in this Action, all as more fully described in the Motion, after due deliberation and

sufficient cause appearing therefor, is hereby granted for cause shown.


Dated: New York, New York

      May 6th, 2014


                        /s/ STUART M. BERNSTEIN
                              Stuart M. Bernstein
                    United States Bankruptcy Judge