ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Thomas B. Hatch
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Securities Investor Protection Corporation<br><br>        Plaintiff,<br><br>        v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>Bernard L. Madoff<br><br>        Debtor | |

Pertains to:

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-04337 (SMB) |

−1−

84762851.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Metro Motor Imports, Inc.,<br><br>        Defendants. | Adv. Pro. No. 10-04499 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Hess Kline Revocable Trust; and Hess Kline, individually and in his capacity as Trustee of the Hess Kline Revocable Trust,<br><br>        Defendants. | Adv. Pro. No. 10-04719 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Miles & Shirley Fiterman Charitable Foundation; Steven Fiterman and Valerie Herschman in their capacities as Trustees for the Miles & Shirley Fiterman Charitable Foundation,<br><br>        Defendants. | Adv. Pro. No. 10-05067 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA   )
                                 ) ss.:
COUNTY OF HENNEPIN   )

      Michelle Schroeder, the undersigned, deposes and says: I am over 18 years of age, am not a party in the above-captioned cases, and am employed by the Firm of Robins, Kaplan, Miller & Ciresi L.L.P.

84762851.1

On April 30, 2014, I served via CM/ECF the parties to this action who receive electronic service a true and correct copy of the following documents:

- Thomas B. Hatch's Motion for Leave to Withdraw as Counsel of Record and Removal from Service Lists in these Cases;

On April 30, 2014, I served the same documents via First Class U.S. Mail and email on the parties listed below:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
David J. Sheehan (dsheehan@bakerlaw.com)
Irving H. Picard (ipicard@bakerlaw.com)

SIPC
805 15th Street NW, Suite 800
Washington, DC 20005
Kevin Bell (kbell@sipc.org)

Dated: May 6th, 2014

Michelle R. Schroeder

Subscribed and sworn to before me
this 6th day of May, 2014.

Barbara L. Stevens
Notary Public

BARBARA L STEVENS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18

– 3 –

84762851.1