### Schedule 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lemtag Associates LLLP (the "Claimant"), having filed an objection (the "Objection", Docket No. 2801) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011532 and #012975), hereby gives notice that it withdraws such Objection.

Dated: May ___, 6, 2014

                                              Michele Pahmer
                                              On behalf of Lemtag Associates LLLP
                                              Stroock & Stroock & Lavan LLP
                                              180 Maiden Lane
                                              New York, NY 10038
                                              Tel: (212) 806-6646