**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN; and PAMELA GOLDMAN,<br><br>　　　　　Defendants. | Adv. Pro. No. 14-01840 (SMB) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 7, 2014, AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Stanley M. Bernstein, Room 723, One Bowling Green, New York, NY  10004-1408

**CONTESTED MATTERS**

**Picard v. Susanne Stone Marshall, et. al., Adv. Pro. No. 14-01840**

1. Trustee's Notice of Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 3/11/2014) [ECF No. 2]

    Related Documents:

    A. Complaint filed by David J. Sheehan (Filed 3/11/2014) [Docket No. 1]

    B. Memorandum of Law in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 3/11/2014) [Docket No. 3]

    C. Declaration of Keith R. Murphy in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 3/11/2014) [Docket No. 4]

    D. Affidavit of Matthew Cohen in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 3/11/2014) [Docket No. 5]

    E. Affidavit of Service of Complaint, Notice of Application for Enforcement of Permanent Injunction and Automatic Stay, Memorandum of Law in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay, Declaration of Keith R. Murphy in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay, Affidavit of Matthew Cohen in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay and Summons and Notice of Pretrial Conference in Adversary Proceeding filed by Marc E. Hirschfield  (Filed: 3/21/2014) [Docket No. 8]

    Objections Due:    April 18, 2014

    Responses Filed:

    F. Defendants A & G Partnership and Pamela Goldman's Objection to Application for Enforcement of Permanent Injunction and Automatic Stay filed by Frederick Schmidt (Filed: April 18, 2014) [Docket No. 20]

2

G.   Notice of Cross-Motion to Dismiss filed by Helen Davis Chaitman (Filed: 4/21/2014) [Docket No. 21]

H.   Memorandum of Law (i) in Opposition to Trustee's Motion for Enforcement of Permanent Injunction & Automatic Stay and (ii) in Support of Cross-Motion to Dismiss Complaint for Failure to State a Claim by Marshall, Fox, Peshkin & Oasis filed by Helen Davis Chaitman (Filed: 4/21/2014) [Docket No. 22]

I.   Declaration of Helen Davis Chaitman (i) in Opposition to Trustee's Motion for Enforcement of Permanent Injunction & Automatic Stay and (ii) in Support of Cross-Motion to Dismiss Complaint for Failure to State a Claim by Marshall, Fox, Peshkin & Oasis filed by Helen Davis Chaitman (Filed: 4/21/2014) [Docket No. 23]

J.   Notice of Cross-Motion to Dismiss filed by Helen Davis Chaitman (Filed: 4/21/2014) [Docket No. 25]

K.   Trustee's Reply in Support of Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 5/1/2014) [Docket No. 32]

*[Remainder of page intentionally left blank]*

<u>Status</u>:    This matter is going forward.

Dated: May 6, 2014
       New York, New York

                BAKER & HOSTETLER LLP

                By: /s/ <u>David J. Sheehan</u>
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone: (212) 589-4200
                Facsimile: (212) 589-4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com
                Deborah H. Renner
                Email: drenner@bakerlaw.com
                Tracy L. Cole
                Email: tcole@bakerlaw.com
                Keith R. Murphy
                Email: kmurphy@bakerlaw.com
                Amy Vanderwal
                Email: avanderwal@bakerlaw.com
                Ferve Ozturk
                Email: fozturk@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC
Substantively Consolidated with the Estate of
Bernard L. Madoff*