ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Securities Investor Protection Corporation<br><br>Plaintiff,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Case No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>Affidavit of Service |
| In re:<br><br>Bernard L. Madoff<br><br>Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04337 (SMB) |

84765200.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Metro Motor Imports, Inc.,<br><br>        Defendants. | Adv. Pro. No. 10-04499 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Hess Kline Revocable Trust; and Hess Kline, individually and in his capacity as Trustee of the Hess Kline Revocable Trust,<br><br>        Defendants. | Adv. Pro. No. 10-04719 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>       v.<br><br>Miles & Shirley Fiterman Charitable Foundation; Steven Fiterman and Valerie Herschman in their capacities as Trustees for the Miles & Shirley Fiterman Charitable Foundation,<br><br>        Defendants. | Adv. Pro. No. 10-05067 (SMB) |

STATE OF MINNESOTA    )
                            ) ss.:
COUNTY OF HENNEPIN   )

      Michelle Schroeder, the undersigned, deposes and says: I am over 18 years of age, am not a party in the above-captioned cases, and am employed by the Firm of Robins, Kaplan, Miller & Ciresi L.L.P.

84765200.1

On May 1, 2014, I served via CM/ECF the parties to this action who receive electronic service a true and correct copy of the following documents:

- Stephen P. Safranski's Motion for Admission Pro Hac Vice;

On May 2, 2014, I served the same documents via First Class U.S. Mail and email on the parties listed below:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
David J. Sheehan (dsheehan@bakerlaw.com)
Irving H. Picard (ipicard@bakerlaw.com)

SIPC
805 15th Street NW, Suite 800
Washington, DC  20005
Kevin Bell (kbell@sipc.org)

Dated: May 6, 2014

_____
Michelle R. Schroeder

Subscribed and sworn to before me
this 6th day of May, 2014.

_____
Notary Public

BARBARA L STEVENS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18

84765200.1