**EXHIBIT K**

# Stim & Warmuth, P.C.
## Attorneys at Law
2 EIGHTH STREET
Farmingville, New York 11738

PAULA J. WARMUTH  
GLENN P. WARMUTH  
JOSEPH D. STIM (1949-2003)

TELEPHONE 631-732-2000  
FAX 631-732-2662

by fax: 310-820-8859

May 5, 2014

Baker Hostetler LLP  
Attn: Michael R. Matthias, Esq.  
12100 Wilshire Boulevard  
15th Floor  
Los Angeles, CA 90025-7120

RE: Picard - Michael Most  
    Adv. Pro. No. 10-04941 (SMB)  
    Picard - Marjorie Most  
    Adv. Pro. No. 10-04947 (SMB)

Dear Mr. Matthias:

I am writing in response to your letter in which you state that you intend to serve subpoenas on HSBC Bank USA, N.A., Wells Fargo Bank, N.A. and Wells Fargo Advisors, LLC in connection with the above adversary proceedings.

I am requesting that you do not serve these subpoenas. They are improper because the documentation and information demanded is not relevant, is outside the scope of the Order Establishing Litigation Case Management Procedures for Avoidance Procedures dated November 10, 2010 para. (4)(G), is outside of the scope of the two year period of the alleged claim, it subjects the defendants to annoyance, embarrassment and oppression, and it violates the defendants' right of privacy.

This letter is sent without prejudice to all rights and remedies. This letter represents my good faith effort to confer to resolve this discovery dispute.

```
Baker Hostetler LLP
Attn:   Michael R. Matthias, Esq.
May 5, 2014
page 2
```

If this dispute is not resolved today, I intend to bring an order to show cause for appropriate relief.

Very truly yours,

PAULA J. WARMUTH/swii
cc:  by email
cc:  Michael and Marjorie Most
most-134

```
************************************************************************
*                    TRANSACTION REPORT                                *
*                                                   MAY-05-2014 MON 10:44 AM *
*  FOR: STIM & WARMUTH, P.C.          1                                *
*---------------------------------------------------------------------*
* DATE   START     RECEIVER       TX TIME  PAGES TYPE    NOTE      M# DP *
*---------------------------------------------------------------------*
* MAY-05 10:43 AM 13108208859      41"      2   SEND    OK         248  *
*---------------------------------------------------------------------*
*                                   TOTAL :  41S PAGES:  2             *
************************************************************************
```

# Stim & Warmuth, P.C.
## Attorneys at Law
2 EIGHTH STREET
Farmingville, New York 11738

PAULA J. WARMUTH  
GLENN P. WARMUTH  
JOSEPH D. STIM (1949-2003)

TELEPHONE 631-732-2000  
FAX 631-732-2662

by fax:  310-820-8859

May 5, 2014

Baker Hostetler LLP
Attn:   Michael R. Matthias, Esq.
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120

RE:  Picard - Michael Most
     Adv. Pro. No. 10-04941 (SMB)
     Picard - Marjorie Most
     Adv. Pro. No. 10-04947 (SMB)

Dear Mr. Matthias:

**Subject:** RE: 10-04941 Michael Most & 10-04947 Marjorie Most
**From:** "Paula J. Warmuth" <pjw@stim-warmuth.com>
**Date:** 5/5/2014 10:46 AM
**To:** "Matthias, Michael" <mmatthias@bakerlaw.com>

Dear Mr. Matthias:
I have attached a letter to you.
--

Very Truly Yours,
PAULA J. WARMUTH/swii
att.
most-134

---

Stim & Warmuth, P.C.
2 Eighth Street
Farmingville, NY 11738
631-732-2000 (Telephone)
631-732-2662 (Fax)
Email: pjw@stim-warmuth.com
www.stim-warmuth.com

---

This message is intended only for the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us and delete the message.

In accordance with United States Treasury Department Circular 230, we advise you that any discussion of a federal tax issue in this communication is not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

— Attachments: —

most-134-letter to Matthias.PDF                                                    106 KB