**EXHIBIT M**

**Subject:** Your letter of today
**From:** "Matthias, Michael" <mmatthias@bakerlaw.com>
**Date:** 5/5/2014 9:26 PM
**To:** "Paula J. Warmuth (pjw@stim-warmuth.com)" <pjw@stim-warmuth.com>
**CC:** "Durkheimer, Michael J." <mdurkheimer@bakerlaw.com>, "Truong, Sarah Jane T.C." <struong@bakerlaw.com>

I have not been able to meet your arbitrary deadline to respond today to a letter I received from you today. I will however get you a response tomorrow. Given that any response to the subpoenas will not be for about 2 weeks, there is certainly no prejudice to your not receiving a response until tomorrow.

Michael Matthias | BakerHostetler
11601 Wilshire Boulevard | Suite 1400 | Los Angeles, CA 90025-0509
T 310.442.8802 | F 310.820.8859
mmatthias@bakerlaw.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.