# EXHIBIT L

**Subject:** 10-04941 Michael Most & 10-04947 Marjorie Most -- Rule 45 Subpoenas
**From:** "Matthias, Michael" <mmatthias@bakerlaw.com>
**Date:** 5/1/2014 4:09 PM
**To:** "Paula J. Warmuth (pjw@stim-warmuth.com)" <pjw@stim-warmuth.com>
**CC:** "Lovullo, Lisa" <llovullo@bakerlaw.com>

Please see attached.

**Michael Matthias | BakerHostetler**
11601 Wilshire Boulevard | Suite 1400 | Los Angeles, CA 90025-0509
T 310.442.8802 | F 310.820.8859
mmatthias@bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

— Attachments: —

| | |
|---|---|
| 10-04941 & 10-04947 Letter to Warmuth re Rule 45 subpoenas - Michael Most & Marjorie Most.PDF | 286 KB |
| 10-04941 Subpoena to Produce and Attachment A - Michael Most-HSBC Bank USA, N.A..PDF | 1.3 MB |
| 10-04941 Subpoena to Produce and Attachment A - Michael Most-Wells Fargo Advisors LLC.PDF | 1.3 MB |
| 10-04941 Subpoena to Produce and Attachment A - Michael Most-Wells Fargo Bank, N.A..PDF | 1.3 MB |
| 10-04947 Subpoena to Produce and Attachment A - Marjorie Most-HSBC Bank USA, N.A..PDF | 1.3 MB |
| 10-04947 Subpoena to Produce and Attachment A - Marjorie Most-Wells Fargo Advisors, LLC.PDF | 1.3 MB |
| 10-04947 Subpoena to Produce and Attachment A - Marjorie Most-Wells Fargo Bank, N.A..PDF | 1.3 MB |

# BakerHostetler

Baker&Hostetler LLP

11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025-0509

T 310.820.8800
F 310.820.8859
www.bakerlaw.com

Michael R. Matthias
direct dial: 310.442.8802
mmatthias@bakerlaw.com

May 1, 2014

Paula J. Warmuth
Glenn P. Warmuth
Stim & Warmuth, P.C.
2 Eigth Street
Farmingville, NY 11738

 Re: *BLMIS Adv. Pro. No. 10-04941*
   *Michael Most*

   *BLMIS Adv. Pro. No. 10-04947*
   *Marjorie Most*

Ms. Warmuth and Mr. Warmuth:

Attached, please find Rule 45 subpoenas that we intend to serve on HSBC Bank USA, N.A., Wells Fargo Bank, N.A. and Wells Fargo Advisors, LLC in connection with the above adversary proceedings. The subpoenas will be served on May 2, 2014.

Please contact me if you have any questions regarding the subpoenas.

Very truly yours,

Michael R. Matthias

 · Attachments