# EXHIBIT E

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION           Adv. Proc. No.
CORPORATION,                             08-01789 (SMB)

        Plaintiff-Applicant,            SIPA LIQUIDATION

    v.                                   (Substantively
                                       Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
----------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
----------------------------------------x
IRVING H. PICARD, Trustee for the        Adv. Proc. No.
Liquidation of Bernard L. Madoff         10-04941 (SMB)
Investment Securities LLC,

        Plaintiff,

    v.

MICHAEL MOST,

        Defendant.
----------------------------------------x

most-134

**DEFENDANT'S RESPONSE TO REQUESTS FOR ADMISSION**

The defendant, Michael Most, for his response to the requests for admission dated July 10, 2012 served by the plaintiff, states as follows:

Request No. 1. Admit that You received each of the Two year Transfer(s) set forth on Exhibit B to the Complaint, on each of the corresponding dates set forth on Exhibit B to the complaint, for BLMIS account number 1ZA781.

Response: Denies except admits that Michael Most received funds from his BLMIS brokerage account between December 11, 2006 and December 11, 2008 on or about the dates and in the amounts set forth in Exhibit B to the amended complaint.

Request No. 2. As to each of the Two Year Transfer(s), admit that You were the initial transferee, within the meaning of 11 U.S.C. § 550(a).

Response: Denies except admits that Michael Most withdrew funds from his brokerage account with BLMIS between December 11, 2006 and December 11, 2008 on or about the dates and in the amounts set forth in Exhibit B to the amended complaint.

Request No. 3. As to each of the Two Year Transfer(s), admit that You were the immediate or mediate transferee of an initial transferee, within the meaning of 11 U.S.C. § 550(a).

2

Response: Denies except admits that Michael Most withdrew funds from his brokerage account with BLMIS between December 11, 2006 and December 11, 2008 on or about the dates and in the amounts set forth in Exhibit B to the amended complaint.

Request No. 4. Admit that You have not returned any of the Two Year Transfer(s) to the Trustee.

Response: Denies except admits that Michael Most has not returned any funds to the Trustee that Michael Most withdrew from his brokerage account with BLMIS between December 11, 2006 and December 11, 2008.

Request No. 5. Admit that You received each of the Six Year Transfer(s) set forth on Exhibit B to the Complaint, on each of the corresponding dates set forth on Exhibit B to the Complaint, for BLMIS account number 1ZA781.

Response: Object as not relevant - 6 year claims dismissed.

Request No. 6. As to each of the Six Year Transfer(s), admit that You were the initial transferee within the meaning of 11 U.S.C. § 550(a).

Response: Object as not relevant - 6 year claims dismissed.

3

Request No. 7. As to each of the Six Year Transfer(s), admit that You were the immediate or mediate transferee of an initial transferee, within the meaning of 11 U.S.C. § 550(a.

Response: Object as not relevant - 6 year claims dismissed.

Request No. 8. Admit that You have not returned any of the Six Year Transfer(s) to the Trustee.

Response: Object as not relevant - 6 year claims dismissed.

Dated: Farmingville, NY
       January 29, 1014

STIM & WARMUTH, P.C.

By: /s/ Paula J. Warmuth
PAULA J. WARMUTH
Attorney for Defendant,
Michael Most
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Email: pjw@stim-warmuth.com
Glenn P. Warmuth
Email: gpw@stim-warmuth.com

4

TO:

BAKER & HOSTETLER LLP
Attorneys for Plaintiff
David J. Sheehan, Esq.
email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
email: mhirschfield@bakerlaw.com
Michael R. Matthias, Esq.
email: mmathias@bakerlaw.com
Karen Law, Esq.
email: klaw@bakerlaw.com

5

## VERIFICATION

STATE OF FLORIDA    )
                    ) SS:
COUNTY OF PALM BEACH)

MICHAEL MOST, being duly sworn, deposes and says:

1. I am the defendant in this action.

2. I have read the foregoing responses to requests for admission and know the contents and the same are true to my own knowledge, except as to matters herein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

Sworn to before me this

29 day of January, 2014

_____
NOTARY PUBLIC

_____
MICHAEL MOST

ROBERTA LEPPERT
Commission # EE 178410
Expires April 18, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION          Adv. Proc. No.
CORPORATION,                            08-01789 (SMB)

        Plaintiff-Applicant,           SIPA LIQUIDATION

     v.                                  (Substantively
                                                  Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------x
IRVING H. PICARD, Trustee for the       Adv. Proc. No.
Liquidation of Bernard L. Madoff        10-04941 (SMB)
Investment Securities LLC,

        Plaintiff,

     v.

MICHAEL MOST,

        Defendant.
------------------------------------x

                      CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On January 31, 2014, I served the annexed defendant's response to request for admissions on:

Baker Hostetler LLP
c/o Michael R. Matthias
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120

which address was designated by said attorney(s) or person(s), by depositing it enclosed in a postpaid properly addressed wrapper by first class mail [if excess of weight limit for first class mail, by priority mail] in the post office or official depository at Farmingville, New York State under the exclusive care and custody of the United States Postal Service.

Dated:  Farmingville, NY
        January 31, 2014

STIM & WARMUTH, P.C.

By: _____
    PAULA J. WARMUTH
    Attorney for Defendant,
    Michael Most
    2 Eighth Street
    Farmingville, NY 11738

2

Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-----------------------------------x

In Re:

BERNARD L. MADOFF,

    Debtor.

-----------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04941 (SMB) |
| Plaintiff, | |
| v. | |
| MICHAEL MOST, | |
| Defendant. | |

---

**DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS**

---

**STIM & WARMUTH, P.C.**
Attorneys for Defendant, Michael Most
Office and Post Office Address
**2 Eighth Street**
**Farmingville, New York 11738**
Phone: (631) 732-2000    Fax: (631) 732-2662