

BECKER &
POLIAKOFF, LLP

45 BROADWAY
8TH FLOOR
NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

WWW.BECKER-POLIAKOFF.COM
WWW.BECKERNY.COM

May 7, 2014

**Via ECF and Email**

Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004

   Re: ***Securities Investor Protection Corporation v. BLMIS***
      **Case No.: 08-01789 (SMB) (Substantively Consolidated)**

Dear Judge Bernstein:

  This firm represents the BLMIS Customers listed on Exhibit A hereto in connection with the Trustee's motion (the "Motion") seeking to affirm application of the net investment method to determination of customer transfers between BLMIS accounts. At the present time, the Customers' opposition to the Motion is due on May 16, 2014. The Motion raises an issue that the Customers have sought to litigate since 2009 but Judge Lifland had placed the timing of this litigation totally in the Trustee's hands. Upon receipt of the Motion, we served a document demand upon the Trustee so that we would have the documents necessary to properly put before the Court the relevant facts for each of our clients.

  By letter dated April 25, 2014, we received a CD containing the Trustee's first production of documents concerning the inter-account transfer issue. Rather than provide the actual responsive documents in some viewable medium, the Trustee produced a series of spreadsheets, containing bates references, which directed us to various documents housed in an internet-based electronic document repository known as "E-Data Room 1." We were further advised to contact the Trustee's counsel to obtain online credentials to access these documents. When we did so, we were notified that we would need to sign a non-disclosure agreement that provided, *inter alia*, "while reviewing documents in E-Data Room 1, Recipient shall not print, download, duplicate or save or retain any information from E-Data Room 1. Recipient may request documents for production out of E-Data Room 1." In other words, while we were invited to view these documents we could not save, print, or download any materials for later use. Of course, under these restrictive conditions, any review would have been useless because the responsive documents numbered over 267,000.

  Accordingly, we requested that the Trustee produce to us, in electronic form, all responsive documents housed in E-File Room 1.


**BECKER & POLIAKOFF, LLP**

Hon. Stuart M. Bernstein
May 7, 2014
Page 2

    On April 29, 2014, the Trustee provided a second production containing pdf versions of limited BLMIS client files.

    By email dated May 1, 2014, Baker Hostetler indicated that, if we wanted production of all responsive documents numbering over 267,000 pages, the turnaround time would be seven business days from the time of the request.

    The following day we conferred with Baker Hostetler, confirmed our request for production of all responsive of documents to us in electronic form and, given the volume of the production and the limited period within which to review it, we requested the Trustee's consent to a 60-day adjournment of our time to respond to the Motion.

    Three days later, on May 5, 2014, Baker Hostetler indicated that while it would consent to a 30-day adjournment; it would not agree to any further extension of time.

    Yet, we have still not received the Trustee's production, which we expect to receive by May 13, 2014. Under the Trustee's proposed extension, that would give us 33 days to review 247,000 pages of documents, confer with our scores of clients, and prepare and submit our opposition papers. This is an impossible task in a time-frame which is terribly unfair to our clients.

    Given the breadth of the expected discovery and the time limitations within which to review the production, any adjournment of less than 60 days is insufficient. Notwithstanding the Trustee's argument that the Court's disposition of the subject motion is largely a legal determination, the issues before the Court cannot be divorced from their factual underpinnings. Our clients have waited five years to have their claims determined and, in that context, a mere 60-day adjournment so that the Court can have all of the relevant facts before it in disposing of the Trustee's motion is eminently reasonable.

    For all of these reasons, we respectfully request that the Court adjourn the Trustee's motion for a period of 60 days to permit us a sufficient amount of time to review the voluminous production scheduled to be made on May 13, 2014 - - three days before our papers are due in the present schedule. Thus, we ask that our opposition papers be due on July 16, 2014.

    Thank you for your consideration.

    Respectfully yours,

    */s/ Helen Davis Chaitman/leb*

    Helen Davis Chaitman

HDC:leb

cc:    Bik Cheeman, Esq.
        Seanna R. Brown, Esq.

{N0046678 2 }

# EXHIBIT A

## B&P Claimants Raising Inter-Account Transfer Issue

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Adele Shapiro | 003856 | No | 1S0295 | Adele Shapiro | 2707 |
| Alan Roth | 002214 | No | 1R0190 | Millennium Trust Company, LLC FBO Alan Roth (19583) | 2861 |
| Amanda Alpern Trust DTD 4/12/08 | 002919 | No | 1A0067 | Amanda Alpern Trust Dtd 4/12/08 | 2363 |
| Angela Tiletnick | 009167 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 009591 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100136 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100153 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Barbara Kotlikoff Harman | 001418 | Yes | 1H0099 | Barbara Kotlikoff Harman | 2443 |
| Barbara Engel | 000869 | No | 1E0143 | Barbara Engel | 2353 |
| Ben Heller | 013764 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 013765 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 014058 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 014059 | Yes | 1H0022 | Ben Heller | 1082 |
| Benjamin Rechler Trust C/O Mitchell Rechler | 004179 | Yes | 1R0081 | The Benjamin Ian Rechler Trust | 2838 |
| Benjamin T. Heller Irrevocable Trust | 014192 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 014193 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 014251 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 014252 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Beth P. Feldman As Trustee | 002837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Beth P. Feldman As Trustee | 002838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee | 002837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee | 002838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Blake Palmer | 014215 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Blake Palmer | 014215 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Boyer H. Palmer | 012176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Boyer H. Palmer | 012176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Boyer H. Palmer | 012176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Boyer Palmer | 012944 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Boyer Palmer | 012944 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Bret Palmer | 012945 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Bret Palmer | 012945 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Bruce N Palmer | 000885 | Yes | 1EM494 | Bruce N Palmer | 2364 |
| Callie A. Ostenson/Murray | 012927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Ca!lie A. Ostenson/Murray | 012927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 3139 |
| Carol Fisher | 000487 | No | 1F0116 | Carol Fisher | 2369 |
| Carol Fisher | 000488 | No | 1F0116 | Carol Fisher | 2369 |
| Carole Lipkin | 012861 | Yes | 1L0035 | Carole Lipkin | 3090 |
| Chalek Associates LLC | 006938 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Christine A. Murray | 003364 | No | 1EM491 | Christine A Murray | 2005 |
| Dana Lefavor | 012931 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Dana Lefavor | 012931 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| David Chalek | 014189 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| David Drucker | 010715 | No | 1S0297 | David Shapiro Nominee | 2714 |
| Calvin Berkowitz | 002605 | No | 1ZB453 | Berkowitz Blau Foundation Inc | 564 |
| Carla Szymanksi Rev Tst Dated 11/25/97 | 013612 | No | 1ZB252 | Carla Szymanski Rev Tst Dated 11/25/97 | 614 |
| Carol Kamenstein | 000184 | Yes | 1CM914 | Carol Kamenstein | 550 |
| David Shapiro | 003851 | Yes | 1S0297 | David Shapiro Nominee | 2713 |
| David Shapiro | 003851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 003851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 003850 | Yes | 1K0118 | David Shapiro Nominee 4 | 2722 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2775 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro Nominee | 003848 | Yes | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Deborah Shaprio | 003855 | No | 1S0301 | Deborah Shapiro | 2725 |

{N0044517 2}    3

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Debra Brown | 000294 | No | 1B0195 | Debra Brown | 2771 |
| Edmund A Nahas | 006354 | No | 1N0022 | Edmund A Nahas | 2476 |
| Edward A Zraick Jr, Patricia Deluca, Karen M Rich TIC | 002107 | Yes | 1Z0037 | Edward A Zraick Jr, Patricia Deluca, Karen M Rich TIC | 2445 |
| Edward A. Zraick Jr. & Nancy Zraick TIC | 002108 | Yes | 1Z0020 | Edward A Zraick Jr And Nancy Zraick T I C | 2355 |
| Edwin A. Grant li | 000505 | No | 1G0329 | Millennium Trust Company, LLC FBO Edwin A Grant li (18073) | 2430 |
| Edwin A. Grant li | 001030 | No | 1G0329 | Millennium Trust Company, LLC FBO Edwin A Grant li (18073) | 2430 |
| Edwin Michalove | 000755 | Yes | 1M0105 | Edwin Michalove | 2338 |
| Elaine Langweiler | 010899 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Elaine R. Schaffer | 009540 | No | 1ZA309 | Elaine R Schaffer Or Carla R Hurshhorn Ttees | 577 |
| Elaine R. Schaffer | 100140 | No | 1ZR013 | Ntc & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| Elaine Ruth Schaffer | 009541 | No | 1ZR013 | NTC & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 2860 |
| Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Ellen Bernfeld | 002194 | Yes | 1B0221 | NTC & Co. FBO Ellen Bernfeld (112796) | 2324 |
| Ellen Bernfeld | 014649 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Ellen Bernfeld | 014649 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Ellen Bernfeld | 002194 | Yes | 1B0221 | NTC & Co. FBO Ellen Bernfeld (112796) | 845 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Estate Of Gabriel Friedman C/O Richard Friedman Executor | 011388 | Yes | 1F0227 | Estate Of Gabriel Friedman C/O Of Richard Friedman | 2871 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 009582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 009582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 009582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Fern C. Palmer | 012193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C. Palmer | 012193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C. Palmer | 012193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Frances Reiss | 013179 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Frances Reiss | 013179 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Frederick H Mandel (Partner) | 014728 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Frieda Low | 001543 | Yes | 1L0147 | Frieda Low | 2003 |
| Friedman Credit Shelter Trust | 011741 | No | 1F0226 | Friedman Credit Shelter Trust | 2870 |
| George & Theresa Lawrence Tic Trustees | 003372 | No | 1L0128 | Lawrence Family Trust George Lawrence | 2444 |
| Glenn Rechler | 007218 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Glenn Rechler | 007504 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Gunther K. Unflat | 000732 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |

{N0044517 2}

5

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Gunther K. Unflat | 000733 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |
| Gunther Unflat | 000734 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| Gunther Unflat | 000735 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| H & E Company Partnership | 002165 | Yes | 1EM078 | H & E Company A Partnership | 3473 |
| Heidi Holmers | 012928 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Heidi Holmers | 012928 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Henry R Bessell Trust | 001497 | No | 1ZB407 | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 566 |
| Henry R Bessell Trust | 001497 | No | 1ZB407 | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 604 |
| Henry Siegman | 008249 | No | 1S0425 | Henry Siegman Susan Eisenstat NT Wros | 1181 |
| Henry Siegman | 008250 | No | 1S0278 | Millennium Trust Company, LLC FBO Henry Siegman (113934) | 1632 |
| Herbert Barbanel & Alice Barbanel NT Wros | 001393 | Yes | 1B0168 | Herbert Barbanel & Alice Barbanel NT Wros | 1081 |
| Herbert Bernfeld Residuary Trust | 014646 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Herbert Bernfeld Residuary Trust | 014646 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Herbert Silvera | 004588 | No | 1S0475 | Herbert Silvera | 613 |
| Hilda Drucker | 010228 | No | 1S0297 | David Shapiro Nominee | 2714 |
| Irving Jungreis Trust, Irving And Annette Jungreis, Ttees | 005057 | Yes | 1ZB304 | Irving Jungreis And Annette Jungreis Trustees | 573 |
| Irving Jungreis Trust,Irving And Annette Jungreis, Ttees | 005059 | Yes | 1ZB303 | Annette Jungreis And Irving Jungreis Trustees | 572 |
| Irving M Sonnenfeld | 011045 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Isabel Chalek | 014190 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Jessica Decker | 014346 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Jessica Decker | 014346 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| John F Rosenthal | 015233 | No | 1CM162 | John F Rosenthal | 2080 |
| John Tzannes Trust | 014944 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Jonathan Schwartz As Trustee Fbo Nancy M Riehm | 004891 | No | 1ZB496 | Jonathan Schwartz As Trustee FBO Nancy M Riehm | 2774 |
| Kathleen Forrest TIC | 002310 | No | 1F0136 | Estate Of William A Forrest & Kathleen Forrest TIC | 1084 |
| Keith Schaffer | 011596 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Keith Schaffer | 100399 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Kelly Bunch | 012926 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Kelly Bunch | 012926 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Kenneth M Kohl & Myrna Kohl | 000204 | Yes | 1ZB286 | Kenneth M Kohl & Myrna Kohl Jt/Wros | 575 |
| Kevin Galvis, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013645 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Kurt C. Palmer | 008191 | Yes | 1EM493 | Kurt C Palmer | 2073 |
| Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013646 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Laurel Paymer | 001788 | No | 1P0105 | Laurel Paymer | 1026 |
| Lawrence Roth | 004866 | No | 1R0192 | Millennium Trust Company, LLC FBO Lawrence Roth (19064) | 3040 |
| Leon Axelrod And Felicia Porges | 001669 | No | 1ZB229 | Axelrod Investments LLC | 2858 |
| Leona Redston | 003375 | Yes | 1ZR307 | Millennium Trust Company, LLC FBO Leona Redston (018004) | 1171 |

{N0044517 2}    7

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Leona Redston | 008251 | Yes | 1ZR307 | Millennium Trust Company, LLC FBO Leona Redston (018004) | 1171 |
| Linda A Abbit Trustee Survivors Trust Under Brodsky Family Trust 1/9/02 | 004903 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2368 |
| Linda A Abbit Trustee Survivors Trust Under Brodsky Family Trust 1/9/02 | 004903 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2427 |
| Linda Abbit Trustee Exemption Trust Under Brodsky Family Trust Dtd 1/9/05 | 004902 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2367 |
| Linda Abbit Trustee Exemption Trust Under Brodsky Family Trust Dtd 1/9/05 | 004902 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2426 |
| Linda Abbit, Trustee | 100370 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2367 |
| Linda Abbit, Trustee | 100409 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2368 |
| Linda Abbit, Trustee | 100370 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2426 |
| Linda Abbit, Trustee | 100409 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2427 |
| Linda Anne Abbit & Jeffrey Brian Abbit Trustees The Avvit Family Trust 9/7/90 | 004904 | Yes | 1A0089 | Linda Anne Abbit & Jeffrey Brian Abbit Trustees | 2929 |
| Linda Anne Abbit, Trustee | 100367 | Yes | 1A0089 | Linda Anne Abbit & Jeffrey Brian Abbit Trustees | 2929 |
| Lisa Cavanaugh | 002411 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 2859 |
| Lisa Cavanaugh | 002411 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 2860 |

{N0044517 2}                                        8

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Manuel 0 Jaffe Md | 002167 | Yes | 1J0030 | Millennium Trust Company, LLC FBO Manuel 0 Jaffe (046272) | 2219 |
| Marc Lipkin | 013503 | Yes | 1L0093 | Marc Lipkin | 2404 |
| Marilyn Bernfeld | 014648 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Marilyn Bernfeld | 014648 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 013430 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 013430 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 013430 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| Marjorie Forrest | 000698 | No | 1ZB450 | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1068 |
| Marsh Peshkin Ira | 002628 | No | 1ZR312 | NTC & Co. FBO Marsha Peshkin (028652) | 439 |
| Martin R. Harnick | 009772 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| Megan Bunch | 012982 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Megan Bunch | 012982 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Miriam Cantor Siegman | 015350 | No | 1S0259 | Miriam Cantor Siegman | 1029 |
| Miriam Cantor Siegman | 100412 | No | 1S0259 | Miriam Cantor Siegman | 1029 |
| Mishkin Family Trust | 004174 | Yes | 1ZA030 | Mishkin Family Trust | 608 |
| Mitchel Chalek | 014191 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Morton Chalek | 000898 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 013177 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 013177 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Myra M. Levine | 009397 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Myra M. Levine | 009397 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 009660 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Naomi Karp | 009660 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 009660 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| NTC & Co Fbo Jeffrey Shankman (111772) | 002908 | Yes | 1S0277 | NTC & Co. FBO Jeffrey Shankman (111772) | 1028 |
| NTC & Co. Fbo Adele Fox (111257) | 002270 | Yes | 1F0125 | NTC & Co. FBO Adele Fox (111257) | 2354 |
| NTC & Co. Fbo Denis Casteli (19988) | 002488 | Yes | 1C1301 | Millennium Trust Company, LLC FBO Denis Castelli (19988) | 3022 |
| NTC & Co. Fbo Robert Halio (26849) | 002007 | No | 1ZR140 | Millennium Trust Company, LLC FBO Robert Halio (26849) | 606 |
| NTC & Co. Fbo Steven C. Schupak (096898) | 002977 | Yes | 1ZR332 | NTC & Co. FBO Steven C Schupak (096898) | 3503 |
| Oscar Palmer | 013011 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Oscar Palmer | 013011 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Palmer Family Trust | 004451 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |
| Pamela K. Marxen | 008083 | Yes | 1EM490 | Pamela K Marxen | 2072 |
| Peter Tzannes | 015021 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Peter Tzannes | 015021 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Philip E. Miller | 000620 | Yes | 1M0187 | Philip E Miller Steven A Miller TIC | 2370 |
| Radosh Partners | 011415 | Yes | 1R0090 | Radosh Partners Radosh Burnett H Gen Ptnr | 2826 |
| Richard M Friedman | 002096 | Yes | 1F0134 | Millennium Trust Company, LLC FBO Richard M Friedman 115385 | 2862 |
| Richard Mark Chalek | 013741 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Richard Mark Chalek | 013741 | Yes | 1C1229 | Chalek Associates LLC | 3472 |

{N0044517 2}                                                                 10

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Robert K. Low | 001547 | Yes | 1L0149 | Robert K Low | 2004 |
| Robert Yaffe | 009613 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100138 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100152 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Roberta Schwartz | 002946 | Yes | 150324 | Roberta Schwartz Trust U/A/D 2/11/08 | 2875 |
| Robin L. Warner | 000883 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner | 100350 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner | 100360 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner | 100422 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin Tzannes | 015022 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Rona Mast | 001432 | No | 1M0101 | Rona Mast | 2437 |
| Rona Mast | 015655 | No | 1M0101 | Rona Mast | 2437 |
| Russel Lipkin, Karen Yokomizo-Lipkin Jtwros | 013502 | Yes | 1L0094 | Russell Lipkin Karen Yokomizo-Lipkin J/T Wros | 2874 |
| Ryan Murray | 012917 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Ryan Murray | 012917 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Sage Realty c/o Malcolm Sage | 010157 | Yes | 1S0316 | Sage Realty | 2297 |
| Sandy Sandler | 004076 | Yes | 1S0268 | Sandy Sandler | 2405 |
| Sheldon Seissler | 002425 | No | 1S0336 | Sheldon Seissler | 2438 |
| Sloan G. Kamenstein | 000177 | Yes | 1CM597 | Sloan G Kamenstein | 551 |
| Sophia Palmer | 013027 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Sophia Palmer | 013027 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |

{N0044517 2}                                                                           11

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Steven J Andelman | 013045 | Yes | 1ZA111 | Steven J Andelman | 2418 |
| Steven P. Norton | 009834 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| Stewart Katz & Judith Katz | 005511 | Yes | 1CM274 | Stewart Katz | 3674 |
| Susan R Andelman | 013046 | Yes | 1ZA112 | Susan R Andelman | 2418 |
| The Gaba Partnership | 002307 | No | 1ZA901 | The Gaba Partnership | 640 |
| Theresa R Ryan | 000856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3084 |
| Theresa R Ryan | 000856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3093 |
| Theresa R Ryan & Lawrence J Ryan Trustees | 000852 | Yes | 1R0133 | Theresa R Ryan Lawrence J Ryan Trustees | 2836 |
| Thomas Bernfeld | 014650 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Thomas Bernfeld | 014650 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Thomas Shippam, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013647 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Timothy S Teufel | 001995 | Yes | 1KW219 | Timothy Teufel | 2037 |
| Timothy Shawn Teufel And Valerie Anne Teufel | 001996 | Yes | 1KW143 | Timothy Shawn Teufel And Valerie Anne Teufel | 2038 |
| Toby Lees | 002918 | No | 1KW448 | Toby Lees | 3507 |
| Tracy D. Kamenstein | 000189 | Yes | 1CM596 | Tracy D Kamenstein | 552 |
| WDG Associates Inc Retirement Trust | 002036 | No | 1ZA538 | WDG Associates Inc Retirement Trust | 616 |
| Willi Rechler Trust C/O Mitchell Rechler | 004180 | Yes | 1R0082 | The Willi Rechler Trust | 2840 |