```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
SECURITIES INVESTOR PROTECTION           Adv. Proc. No.
CORPORATION,                             08-01789 (SMB)

            Plaintiff-Applicant,         SIPA LIQUIDATION

      v.                                 (Substantively
                                          Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

            Defendant.
---------------------------------------x
In Re:

BERNARD L. MADOFF,

            Debtor.
---------------------------------------x
IRVING H. PICARD, Trustee for the        Adv. Proc. No.
Liquidation of Bernard L. Madoff         10-04947 (SMB)
Investment Securities LLC,

            Plaintiff,

      v.

MARJORIE MOST,

            Defendant.
---------------------------------------x
```

**ORDER TO SHOW CAUSE WHY SUBPOENAS ISSUED BY PLAINTIFF SHOULD NOT BE QUASHED AND PROTECTIVE ORDER SHOULD NOT BE GRANTED**

UPON REVIEW AND CONSIDERATION of the declaration in support of Paula J. Warmuth dated May 6, 2014 with exhibits annexed, the declaration of good and sufficient reasons of Paula J. Warmuth dated May 6, 2014 with exhibit annexed, the certification of good faith attempt to confer of Paula J.

most-134

Warmuth dated May 6, 2014 with exhibits annexed, and the memorandum of law in support, all submitted in support of the application for an order to show cause for the following relief:

1) for the issuance and entry of an order pursuant to Fed. R. Civ. P. 45(3)(A)(iii) and 26(c)(1)(D) and Bankruptcy Rule 9016(3)(A)(iii) and 7026(c)(1)(D) quashing the following subpoenas issued by counsel to Irving H. Picard, as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78111 *et seq* and the estate of Bernard L. Madoff, individually:

    a. Subpoena issued by counsel for plaintiff to HSBC Bank USA, N.A., c/o David E. Brodsky, James Corsiglia & Marla Decker, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, NY, NY 10006 to produce documents, information, or objects or to permit inspection of premises in a bankruptcy case (or adversary proceeding) regarding Marjorie Most's accounts.

    b. Subpoena issued by counsel for plaintiff to Wells Fargo Advisors, LLC, c/o Beverly Jo Slaughter, Esq., Managing Counsel, Wells Fargo Law Department, One North Jefferson Avenue, MAC H0004-101, St. Louis, MO 63103 to produce documents, information, or objects or to permit inspection of premises in a bankruptcy case (or adversary proceeding) regarding Marjorie Most's accounts.

    c. Subpoena issued by counsel for plaintiff to Wells Fargo Bank, N.A., c/o Beverly Jo Slaughter, Esq., Managing Counsel, Wells Fargo Law Department, One North Jefferson Avenue, MAC H0004-101, St. Louis, MO 63103 to produce documents, information, or objects or to permit inspection

2

of premises in a bankruptcy case (or adversary proceeding) regarding Marjorie Most's accounts.

because the documentation and information demanded is not relevant, is outside the scope of the Order Establishing Litigation Case Management Procedures for Avoidance Procedures dated November 10, 2010, Exhibit A, The Avoidance Procedures, para. (4)(G), is outside of the scope of the two year period of the alleged claim, it subjects the defendant to annoyance, embarrassment, oppression and is overbroad, and it violates the defendant's constitutional right of privacy, and

2) for the issuance and entry of a protective order for the same reasons prohibiting plaintiff from inquiry into defendant's and defendant's spouse's banking/brokerage records, and

3) for such other and further relief as to the Court is just and proper.

It is now hereby:

ORDERED that the plaintiff show cause before the Hon. Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 on May 13th, 2014 at 10:00 in Room 723, or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Fed.

R. Civ. P. 45(3)(A)(iii) and 26(c)(1)(D) and Bankruptcy Rule 9016(3)(A)(iii) and 7026(c)(1)(D) quashing the following subpoenas:

    a. Subpoena issued by counsel for plaintiff to HSBC Bank USA, N.A., c/o David E. Brodsky, James Corsiglia & Marla Decker, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, NY, NY 10006 to produce documents, information, or objects or to permit inspection of premises in a bankruptcy case (or adversary proceeding) regarding Marjorie Most's accounts.

    b. Subpoena issued by counsel for plaintiff to Wells Fargo Advisors, LLC, c/o Beverly Jo Slaughter, Esq., Managing Counsel, Wells Fargo Law Department, One North Jefferson Avenue, MAC H0004-101, St. Louis, MO 63103 to produce documents, information, or objects or to permit inspection of premises in a bankruptcy case (or adversary proceeding) regarding Marjorie Most's accounts.

    c. Subpoena issued by counsel for plaintiff to Wells Fargo Bank, N.A., c/o Beverly Jo Slaughter, Esq., Managing Counsel, Wells Fargo Law Department, One North Jefferson Avenue, MAC H0004-101, St. Louis, MO 63103 to produce documents, information, or objects or to permit inspection of premises in a bankruptcy case (or adversary proceeding) regarding Marjorie Most's accounts.

and issuing a protective order to the defendant, Marjorie Most, prohibiting plaintiff from inquiry into defendant's and defendant's spouse's banking/brokerage records together with such other and further relief as is just and proper; and it is further

~~ORDERED that in the meantime, pending the hearing and determination of this motion, the plaintiff, plaintiff's counsel, HSBC Bank USA, N.A., Wells Fargo Advisors, LLC, and~~

4

~~Wells Fargo Bank, N.A.,~~ **ARE STAYED** ~~from enforcing and/or complying with the above-described subpoenas.~~ **[SMB: 5/7/14]**

LET service of a copy of this order to show cause with supporting papers be served on plaintiff's counsel of record by **separate email on or before 3 p.m. on May 7, 2014** ~~electronically filing said documents on this Court's CM/ECF filing system for this adversary proceeding and in the Madoff main case, 08-01789,~~ **[SMB:5/7/14]** and by overnight delivery service on HSBC Bank USA, N.A., c/o David E. Brodsky, James Corsiglia & Marla Decker, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, NY, NY 10006, Wells Fargo Advisors, LLC, c/o Beverly Jo Slaughter, Esq., Managing Counsel, Wells Fargo Law Department, One North Jefferson Avenue, MAC H0004-101, St. Louis, MO 63103; and Wells Fargo Bank, N.A., c/o Beverly Jo Slaughter, Esq., Managing Counsel, Wells Fargo Law Department, One North Jefferson Avenue, MAC H0004-101, St. Louis, MO 63103, on or before May 7th, 2014.  Such service shall be deemed good and sufficient notice of this Order to Show Cause; and

ORDERED that responsive papers to this order to show cause, if any, shall be served so as to be actually received by counsel to the defendant, Stim & Warmuth, P.C., 2 Eighth Street, Farmingville, NY, and filed with the Court, and with a

copy to Chambers, not later than 5:00 p.m. on or before May __12___, 2014.

**IT IS SO ORDERED**

This  7th  day of May, 2014

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE