**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>CITRUS INVESTMENT HOLDINGS LTD.,<br><br>   Defendant. | Adv. Pro. No. 10-04471 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Citrus Investment Holdings Ltd. may move, answer or otherwise respond to the Complaint is extended up to and including July 16, 2014.

  The pre-trial conference will be adjourned from June 25, 2014, at 10:00 a.m. to September 17, 2014, at 10:00 a.m. This extension is the seventeenth extension of the date to move, answer or otherwise respond to the Complaint.

Nothing in this Stipulation is a waiver of Defendant's right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Undersigned counsel for the Defendant: (i) expressly represents that service of the Summons and Complaint in the above-captioned adversary proceeding was properly effected on the Defendant, and (ii) expressly represents that they have the authority to, and hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the Summons and Complaint on behalf of Defendant.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation, any objection to jurisdiction of this Court or to venue.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 5600).

This Stipulation may be modified by written agreement between counsel for the parties for good cause shown.

Dated: May 7, 2014  
 New York, New York

/s/ Benjamin D. Pergament  
David J. Sheehan  
Benjamin D. Pergament  
Karin Scholz Jenson  
Samir K. Ranade  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

/s/ Brian H. Polovoy  
**SHEARMAN & STERLING LLP**  
599 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 848-4000  
Facsimile: (212) 848-7179  
Brian H. Polovoy  
Email: bpolovoy@shearman.com  
Christopher R. Fenton  
Email: christopher.fenton@shearman.com  
Andrew Z. Lipson  
Email: andrew.lipson@shearman.com

*Attorneys for Citrus Investment Holdings Ltd.*