**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
hchaitman@bplegal.com

Conference Date: May 13, 2014
Conference Time: 10:00 a.m.

*Attorneys for BLMIS Customers Listed on Exhibit A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF CONFERENCE**

**PLEASE TAKE NOTICE** that on May 6, 2014, BLMIS Customers listed on Exhibit A hereto (the "Customers") requested that the Court adjourn the briefing schedule on the Trustee's motion seeking to affirm application of the net investment method to determination of customer transfers between BLMIS accounts [ECF Nos. 6084, 6085, and 6086] for a period of 60 days to permit them sufficient time to review voluminous production that is scheduled to be made by the Trustee on May 13, 2014 (the "Extension Request");

{N0046757 3 }

**PLEASE TAKE FURTHER NOTICE** that a conference in connection with the Extension Request is scheduled for **May 13, 2014 at 10:00 AM.**

**PLEASE TAKE FURTHER NOTICE** that the above-reference hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
        May 8, 2014

                                    **BECKER & POLIAKOFF LLP**

                            By:     */s/ Helen Davis Chaitman*

                                    Helen Davis Chaitman
                                    45 Broadway
                                    New York, New York 10006
                                    Telephone: (212) 599-3322
                                    Facsimile: (212) 557-0295
                                    hchaitman@bplegal.com

                                    *Attorneys for BLMIS Customers Listed on Exhibit A*

### CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 8, 2014                          */s/ Lourdes Blanco*

{N0046757 3}                              2

**EXHIBIT A**

**B&P Claimants Raising Inter-Account Transfer Issue**

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Adele Shapiro | 003856 | No | 1S0295 | Adele Shapiro | 2707 |
| Alan Roth | 002214 | No | 1R0190 | Millennium Trust Company, LLC FBO Alan Roth (19583) | 2861 |
| Amanda Alpern Trust DTD 4/12/08 | 002919 | No | 1A0067 | Amanda Alpern Trust Dtd 4/12/08 | 2363 |
| Angela Tiletnick | 009167 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 009591 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100136 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100153 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Barbara Kotlikoff Harman | 001418 | Yes | 1H0099 | Barbara Kotlikoff Harman | 2443 |
| Barbara Engel | 000869 | No | 1E0143 | Barbara Engel | 2353 |
| Ben Heller | 013764 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 013765 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 014058 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 014059 | Yes | 1H0022 | Ben Heller | 1082 |
| Benjamin Rechler Trust C/O Mitchell Rechler | 004179 | Yes | 1R0081 | The Benjamin Ian Rechler Trust | 2838 |
| Benjamin T. Heller Irrevocable Trust | 014192 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 014193 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 014251 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 014252 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Beth P. Feldman As Trustee | 002837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Beth P. Feldman As Trustee | 002838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee | 002837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee | 002838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 003254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Blake Palmer | 014215 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Blake Palmer | 014215 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Boyer H. Palmer | 012176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Boyer H. Palmer | 012176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Boyer H. Palmer | 012176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Boyer Palmer | 012944 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Boyer Palmer | 012944 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Bret Palmer | 012945 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Bret Palmer | 012945 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Bruce N Palmer | 000885 | Yes | 1EM494 | Bruce N Palmer | 2364 |
| Callie A. Ostenson/Murray | 012927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |

{N0044517 2 }

2

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Ca!lie A. Ostenson/Murray | 012927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 3139 |
| Carol Fisher | 000487 | No | 1F0116 | Carol Fisher | 2369 |
| Carol Fisher | 000488 | No | 1F0116 | Carol Fisher | 2369 |
| Carole Lipkin | 012861 | Yes | 1L0035 | Carole Lipkin | 3090 |
| Chalek Associates LLC | 006938 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Christine A. Murray | 003364 | No | 1EM491 | Christine A Murray | 2005 |
| Dana Lefavor | 012931 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Dana Lefavor | 012931 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| David Chalek | 014189 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| David Drucker | 010715 | No | 1S0297 | David Shapiro Nominee | 2714 |
| Calvin Berkowitz | 002605 | No | 1ZB453 | Berkowitz Blau Foundation Inc | 564 |
| Carla Szymanksi Rev Tst Dated 11/25/97 | 013612 | No | 1ZB252 | Carla Szymanski Rev Tst Dated 11/25/97 | 614 |
| Carol Kamenstein | 000184 | Yes | 1CM914 | Carol Kamenstein | 550 |
| David Shapiro | 003851 | Yes | 1S0297 | David Shapiro Nominee | 2713 |
| David Shapiro | 003851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 003851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 003850 | Yes | 1K0118 | David Shapiro Nominee 4 | 2722 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2775 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro | 003849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro Nominee | 003848 | Yes | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Deborah Shaprio | 003855 | No | 1S0301 | Deborah Shapiro | 2725 |

{N0044517 2}   3

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Debra Brown | 000294 | No | 1B0195 | Debra Brown | 2771 |
| Edmund A Nahas | 006354 | No | 1N0022 | Edmund A Nahas | 2476 |
| Edward A Zraick Jr, Patricia Deluca, Karen M Rich TIC | 002107 | Yes | 1Z0037 | Edward A Zraick Jr, Patricia Deluca, Karen M Rich TIC | 2445 |
| Edward A. Zraick Jr. & Nancy Zraick TIC | 002108 | Yes | 1Z0020 | Edward A Zraick Jr And Nancy Zraick T I C | 2355 |
| Edwin A. Grant li | 000505 | No | 1G0329 | Millennium Trust Company, LLC FBO Edwin A Grant li (18073) | 2430 |
| Edwin A. Grant li | 001030 | No | 1G0329 | Millennium Trust Company, LLC FBO Edwin A Grant li (18073) | 2430 |
| Edwin Michalove | 000755 | Yes | 1M0105 | Edwin Michalove | 2338 |
| Elaine Langweiler | 010899 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Elaine R. Schaffer | 009540 | No | 1ZA309 | Elaine R Schaffer Or Carla R Hurshhorn Ttees | 577 |
| Elaine R. Schaffer | 100140 | No | 1ZR013 | Ntc & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| Elaine Ruth Schaffer | 009541 | No | 1ZR013 | NTC & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 2860 |
| Elizabeth Cavanaugh As Participant In Daprex Profit Sharing Plan And 401K Plan | 013648 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Ellen Bernfeld | 002194 | Yes | 1B0221 | NTC & Co. FBO Ellen Bernfeld (112796) | 2324 |
| Ellen Bernfeld | 014649 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Ellen Bernfeld | 014649 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Ellen Bernfeld | 002194 | Yes | 1B0221 | NTC & Co. FBO Ellen Bernfeld (112796) | 845 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Estate Of Gabriel Friedman C/O Richard Friedman Executor | 011388 | Yes | 1F0227 | Estate Of Gabriel Friedman C/O Of Richard Friedman | 2871 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 009582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 009582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 009582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Fern C. Palmer | 012193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C. Palmer | 012193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C. Palmer | 012193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Frances Reiss | 013179 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Frances Reiss | 013179 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Frederick H Mandel (Partner) | 014728 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Frieda Low | 001543 | Yes | 1L0147 | Frieda Low | 2003 |
| Friedman Credit Shelter Trust | 011741 | No | 1F0226 | Friedman Credit Shelter Trust | 2870 |
| George & Theresa Lawrence Tic Trustees | 003372 | No | 1L0128 | Lawrence Family Trust George Lawrence | 2444 |
| Glenn Rechler | 007218 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Glenn Rechler | 007504 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Gunther K. Unflat | 000732 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |

{N0044517 2 }

5

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Gunther K. Unflat | 000733 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |
| Gunther Unflat | 000734 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| Gunther Unflat | 000735 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| H & E Company Partnership | 002165 | Yes | 1EM078 | H & E Company A Partnership | 3473 |
| Heidi Holmers | 012928 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Heidi Holmers | 012928 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Henry R Bessell Trust | 001497 | No | 1ZB407 | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 566 |
| Henry R Bessell Trust | 001497 | No | 1ZB407 | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 604 |
| Henry Siegman | 008249 | No | 1S0425 | Henry Siegman Susan Eisenstat NT Wros | 1181 |
| Henry Siegman | 008250 | No | 1S0278 | Millennium Trust Company, LLC FBO Henry Siegman (113934) | 1632 |
| Herbert Barbanel & Alice Barbanel NT Wros | 001393 | Yes | 1B0168 | Herbert Barbanel & Alice Barbanel NT Wros | 1081 |
| Herbert Bernfeld Residuary Trust | 014646 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Herbert Bernfeld Residuary Trust | 014646 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Herbert Silvera | 004588 | No | 1S0475 | Herbert Silvera | 613 |
| Hilda Drucker | 010228 | No | 1S0297 | David Shapiro Nominee | 2714 |
| Irving Jungreis Trust, Irving And Annette Jungreis, Ttees | 005057 | Yes | 1ZB304 | Irving Jungreis And Annette Jungreis Trustees | 573 |
| Irving Jungreis Trust,Irving And Annette Jungreis, Ttees | 005059 | Yes | 1ZB303 | Annette Jungreis And Irving Jungreis Trustees | 572 |
| Irving M Sonnenfeld | 011045 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Isabel Chalek | 014190 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Jessica Decker | 014346 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Jessica Decker | 014346 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| John F Rosenthal | 015233 | No | 1CM162 | John F Rosenthal | 2080 |
| John Tzannes Trust | 014944 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Jonathan Schwartz As Trustee Fbo Nancy M Riehm | 004891 | No | 1ZB496 | Jonathan Schwartz As Trustee FBO Nancy M Riehm | 2774 |
| Kathleen Forrest TIC | 002310 | No | 1F0136 | Estate Of William A Forrest & Kathleen Forrest TIC | 1084 |
| Keith Schaffer | 011596 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Keith Schaffer | 100399 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Kelly Bunch | 012926 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Kelly Bunch | 012926 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Kenneth M Kohl & Myrna Kohl | 000204 | Yes | 1ZB286 | Kenneth M Kohl & Myrna Kohl Jt/Wros | 575 |
| Kevin Galvis, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013645 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Kurt C. Palmer | 008191 | Yes | 1EM493 | Kurt C Palmer | 2073 |
| Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013646 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Laurel Paymer | 001788 | No | 1P0105 | Laurel Paymer | 1026 |
| Lawrence Roth | 004866 | No | 1R0192 | Millennium Trust Company, LLC FBO Lawrence Roth (19064) | 3040 |
| Leon Axelrod And Felicia Porges | 001669 | No | 1ZB229 | Axelrod Investments LLC | 2858 |
| Leona Redston | 003375 | Yes | 1ZR307 | Millennium Trust Company, LLC FBO Leona Redston (018004) | 1171 |

{N0044517 2 }    7

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Leona Redston | 008251 | Yes | 1ZR307 | Millennium Trust Company, LLC FBO Leona Redston (018004) | 1171 |
| Linda A Abbit Trustee Survivors Trust Under Brodsky Family Trust 1/9/02 | 004903 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2368 |
| Linda A Abbit Trustee Survivors Trust Under Brodsky Family Trust 1/9/02 | 004903 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2427 |
| Linda Abbit Trustee Exemption Trust Under Brodsky Family Trust Dtd 1/9/05 | 004902 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2367 |
| Linda Abbit Trustee Exemption Trust Under Brodsky Family Trust Dtd 1/9/05 | 004902 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2426 |
| Linda Abbit, Trustee | 100370 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2367 |
| Linda Abbit, Trustee | 100409 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2368 |
| Linda Abbit, Trustee | 100370 | Yes | 1B0165 | Linda Abbit Trustee Exemption Trust Under Brodsky | 2426 |
| Linda Abbit, Trustee | 100409 | Yes | 1B0164 | Linda A Abbit Trustee Survivors Trust Under Brodsky | 2427 |
| Linda Anne Abbit & Jeffrey Brian Abbit Trustees The Avvit Family Trust 9/7/90 | 004904 | Yes | 1A0089 | Linda Anne Abbit & Jeffrey Brian Abbit Trustees | 2929 |
| Linda Anne Abbit, Trustee | 100367 | Yes | 1A0089 | Linda Anne Abbit & Jeffrey Brian Abbit Trustees | 2929 |
| Lisa Cavanaugh | 002411 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 2859 |
| Lisa Cavanaugh | 002411 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 2860 |

{N0044517 2}                                                                 8

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Manuel 0 Jaffe Md | 002167 | Yes | 1J0030 | Millennium Trust Company, LLC FBO Manuel 0 Jaffe (046272) | 2219 |
| Marc Lipkin | 013503 | Yes | 1L0093 | Marc Lipkin | 2404 |
| Marilyn Bernfeld | 014648 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Marilyn Bernfeld | 014648 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 013430 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 013430 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 013430 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| Marjorie Forrest | 000698 | No | 1ZB450 | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1068 |
| Marsh Peshkin Ira | 002628 | No | 1ZR312 | NTC & Co. FBO Marsha Peshkin (028652) | 439 |
| Martin R. Harnick | 009772 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| Megan Bunch | 012982 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Megan Bunch | 012982 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Miriam Cantor Siegman | 015350 | No | 1S0259 | Miriam Cantor Siegman | 1029 |
| Miriam Cantor Siegman | 100412 | No | 1S0259 | Miriam Cantor Siegman | 1029 |
| Mishkin Family Trust | 004174 | Yes | 1ZA030 | Mishkin Family Trust | 608 |
| Mitchel Chalek | 014191 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Morton Chalek | 000898 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 013177 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 013177 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Myra M. Levine | 009397 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Myra M. Levine | 009397 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 009660 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Naomi Karp | 009660 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 009660 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| NTC & Co Fbo Jeffrey Shankman (111772) | 002908 | Yes | 1S0277 | NTC & Co. FBO Jeffrey Shankman (111772) | 1028 |
| NTC & Co. Fbo Adele Fox (111257) | 002270 | Yes | 1F0125 | NTC & Co. FBO Adele Fox (111257) | 2354 |
| NTC & Co. Fbo Denis Casteli (19988) | 002488 | Yes | 1C1301 | Millennium Trust Company, LLC FBO Denis Castelli (19988) | 3022 |
| NTC & Co. Fbo Robert Halio (26849) | 002007 | No | 1ZR140 | Millennium Trust Company, LLC FBO Robert Halio (26849) | 606 |
| NTC & Co. Fbo Steven C. Schupak (096898) | 002977 | Yes | 1ZR332 | NTC & Co. FBO Steven C Schupak (096898) | 3503 |
| Oscar Palmer | 013011 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Oscar Palmer | 013011 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Palmer Family Trust | 004451 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |
| Pamela K. Marxen | 008083 | Yes | 1EM490 | Pamela K Marxen | 2072 |
| Peter Tzannes | 015021 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Peter Tzannes | 015021 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Philip E. Miller | 000620 | Yes | 1M0187 | Philip E Miller Steven A Miller TIC | 2370 |
| Radosh Partners | 011415 | Yes | 1R0090 | Radosh Partners Radosh Burnett H Gen Ptnr | 2826 |
| Richard M Friedman | 002096 | Yes | 1F0134 | Millennium Trust Company, LLC FBO Richard M Friedman 115385 | 2862 |
| Richard Mark Chalek | 013741 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Richard Mark Chalek | 013741 | Yes | 1C1229 | Chalek Associates LLC | 3472 |

{N0044517 2}    10

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Robert K. Low | 001547 | Yes | 1L0149 | Robert K Low | 2004 |
| Robert Yaffe | 009613 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100138 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100152 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Roberta Schwartz | 002946 | Yes | 150324 | Roberta Schwartz Trust U/A/D 2/11/08 | 2875 |
| Robin L. Warner | 000883 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner | 100350 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner | 100360 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner | 100422 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin Tzannes | 015022 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Rona Mast | 001432 | No | 1M0101 | Rona Mast | 2437 |
| Rona Mast | 015655 | No | 1M0101 | Rona Mast | 2437 |
| Russel Lipkin, Karen Yokomizo-Lipkin Jtwros | 013502 | Yes | 1L0094 | Russell Lipkin Karen Yokomizo-Lipkin J/T Wros | 2874 |
| Ryan Murray | 012917 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Ryan Murray | 012917 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Sage Realty c/o Malcolm Sage | 010157 | Yes | 1S0316 | Sage Realty | 2297 |
| Sandy Sandler | 004076 | Yes | 1S0268 | Sandy Sandler | 2405 |
| Sheldon Seissler | 002425 | No | 1S0336 | Sheldon Seissler | 2438 |
| Sloan G. Kamenstein | 000177 | Yes | 1CM597 | Sloan G Kamenstein | 551 |
| Sophia Palmer | 013027 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Sophia Palmer | 013027 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |

{N0044517 2}                                                    11

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Determination Docket Number |
|---|---|---|---|---|---|
| Steven J Andelman | 013045 | Yes | 1ZA111 | Steven J Andelman | 2418 |
| Steven P. Norton | 009834 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| Stewart Katz & Judith Katz | 005511 | Yes | 1CM274 | Stewart Katz | 3674 |
| Susan R Andelman | 013046 | Yes | 1ZA112 | Susan R Andelman | 2418 |
| The Gaba Partnership | 002307 | No | 1ZA901 | The Gaba Partnership | 640 |
| Theresa R Ryan | 000856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3084 |
| Theresa R Ryan | 000856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3093 |
| Theresa R Ryan & Lawrence J Ryan Trustees | 000852 | Yes | 1R0133 | Theresa R Ryan Lawrence J Ryan Trustees | 2836 |
| Thomas Bernfeld | 014650 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 2835 |
| Thomas Bernfeld | 014650 | Yes | 1EM013 | Bernfeld Joint Venture Herbert Bernfeld Managing Ptnr | 3168 |
| Thomas Shippam, As Participant In Daprex Profit Sharing Plan And 401K Plan | 013647 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| Timothy S Teufel | 001995 | Yes | 1KW219 | Timothy Teufel | 2037 |
| Timothy Shawn Teufel And Valerie Anne Teufel | 001996 | Yes | 1KW143 | Timothy Shawn Teufel And Valerie Anne Teufel | 2038 |
| Toby Lees | 002918 | No | 1KW448 | Toby Lees | 3507 |
| Tracy D. Kamenstein | 000189 | Yes | 1CM596 | Tracy D Kamenstein | 552 |
| WDG Associates Inc Retirement Trust | 002036 | No | 1ZA538 | WDG Associates Inc Retirement Trust | 616 |
| Willi Rechler Trust C/O Mitchell Rechler | 004180 | Yes | 1R0082 | The Willi Rechler Trust | 2840 |