STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (BRL)

        Plaintiff-Applicant,            SIPA LIQUIDATION

    v.                                    (Substantively
                                              Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
----------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
----------------------------------------x
IRVING H. PICARD, Trustee for the         Adv. Proc. No.
Liquidation of Bernard L. Madoff          10-04947 (BRL)
Investment Securities LLC,

        Plaintiff,

    v.

MARJORIE MOST,

        Defendant.
----------------------------------------x

                CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On May 7, 2014 at 1:41 p.m., I served the memorandum of law in support by emailing a true and correct copy via electronic transmission to the email addresses designated for delivery as set forth below:

BAKER & HOSTETLER LLP
Attorneys for Plaintiff
David J. Sheehan, Esq.
email:  dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
email:  mhirschfield@bakerlaw.com
Michael R. Matthias, Esq.
email:  mmathias@bakerlaw.com
~~Karen Law, Esq.~~
~~email:  klaw@bakerlaw.com~~

Dated:  Farmingville, NY
        May 7, 2014

                                STIM & WARMUTH, P.C.

                                By: _____
                                    PAULA J. WARMUTH
                                    Attorney for Defendant,
                                    Marjorie Most
                                    2 Eighth Street
                                    Farmingville, NY 11738
                                    Telephone:  631-732-2000
                                    Facsimile:  631-732-2662
                                    Paula J. Warmuth
                                    Email:  pjw@stim-warmuth.com
                                    Glenn P. Warmuth

2

Email:   gpw@stim-warmuth.com