STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION           Adv. Proc. No.
CORPORATION,                             08-01789 (SMB)

        Plaintiff-Applicant,            SIPA LIQUIDATION

    v.                                   (Substantively
                                                 Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
----------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
----------------------------------------x
IRVING H. PICARD, Trustee for the        Adv. Proc. No.
Liquidation of Bernard L. Madoff         10-04941 (SMB)
Investment Securities LLC,

        Plaintiff,

    v.

MICHAEL MOST,

        Defendant.
----------------------------------------x

                CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On May 7, 2014, I served the annexed memorandum of law in support on:

> HSBC Bank USA, N.A.
> c/o David E. Brodsky,
> James Corsiglia & Marla Decker
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> NY, NY 10006
>
> Wells Fargo Advisors, LLC
> c/o Beverly Jo Slaughter, Esq.,
> Managing Counsel
> Wells Fargo Law Department
> One North Jefferson Avenue
> MAC H0004-101
> St. Louis, MO 63103
>
> Wells Fargo Bank, N.A.
> c/o Beverly Jo Slaughter, Esq.,
> Managing Counsel
> Wells Fargo Law Department
> One North Jefferson Avenue
> MAC H0004-101
> St. Louis, MO 63103

which address was designated by said attorney(s) or person(s), by delivering same to United Parcel Service in Farmingville, New York under our account in a wrapper directing Overnight Delivery by United Parcel Service.

Dated: Farmingville, NY
      May 7, 2014

                      STIM & WARMUTH, P.C.

                      By: _____
                      PAULA J. WARMUTH
                      Attorney for Defendant,
                      Michael Most
                      2 Eighth Street
                      Farmingville, NY 11738
                      Telephone: 631-732-2000
                      Facsimile: 631-732-2662
                      Paula J. Warmuth
                      Email: pjw@stim-warmuth.com
                      Glenn P. Warmuth
                      Email: gpw@stim-warmuth.com