STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------x
In Re:

BERNARD L. MADOFF,

       Debtor.
------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Proc. No. 10-04941 (BRL) |
| Plaintiff, | |
| v. | |
| MICHAEL MOST, | |
| Defendant. | |

------------------------------------------x

                CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On May 7, 2014 at 1:47 p.m., I served the order to show cause with supporting papers by emailing a true and correct copy via electronic transmission to the email addresses designated for delivery as set forth below:

BAKER & HOSTETLER LLP
Attorneys for Plaintiff
David J. Sheehan, Esq.
email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
email: mhirschfield@bakerlaw.com
Michael R. Matthias, Esq.
email: mmathias@bakerlaw.com
~~Karen Law, Esq.~~
~~email: klaw@bakerlaw.com~~

Dated:  Farmingville, NY
        May 7, 2014

                        STIM & WARMUTH, P.C.

                        By: _____
                            PAULA J. WARMUTH
                            Attorney for Defendant,
                            Michael Most
                            2 Eighth Street
                            Farmingville, NY 11738
                            Telephone: 631-732-2000
                            Facsimile: 631-732-2662
                            Paula J. Warmuth

Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com