STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (SMB)

       Plaintiff-Applicant,             SIPA LIQUIDATION

   v.                                     (Substantively
                                           Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
-----------------------------------------x
In Re:

BERNARD L. MADOFF,

       Debtor.
-----------------------------------------x
IRVING H. PICARD, Trustee for the         Adv. Proc. No.
Liquidation of Bernard L. Madoff          10-04941 (SMB)
Investment Securities LLC,

       Plaintiff,

   v.

MICHAEL MOST,

       Defendant.
-----------------------------------------x

                    CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On May 7, 2014, I served the annexed order to show cause with supporting papers on:

    HSBC Bank USA, N.A.
    c/o David E. Brodsky,
    James Corsiglia & Marla Decker
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    NY, NY 10006

    Wells Fargo Advisors, LLC
    c/o Beverly Jo Slaughter, Esq.,
    Managing Counsel
    Wells Fargo Law Department
    One North Jefferson Avenue
    MAC H0004-101
    St. Louis, MO 63103

    Wells Fargo Bank, N.A.
    c/o Beverly Jo Slaughter, Esq.,
    Managing Counsel
    Wells Fargo Law Department
    One North Jefferson Avenue
    MAC H0004-101
    St. Louis, MO 63103

which address was designated by said attorney(s) or person(s), by delivering same to United Parcel Service in Farmingville, New York under our account in a wrapper directing Overnight Delivery by United Parcel Service.

Dated:   Farmingville, NY
         May 7, 2014

                    STIM & WARMUTH, P.C.

                    By: _____
                    PAULA J. WARMUTH
                    Attorney for Defendant,
                    Michael Most
                    2 Eighth Street
                    Farmingville, NY 11738
                    Telephone:  631-732-2000
                    Facsimile:  631-732-2662
                    Paula J. Warmuth
                    Email:  pjw@stim-warmuth.com
                    Glenn P. Warmuth
                    Email:  gpw@stim-warmuth.com