**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                     Plaintiff,<br><br>   v.<br><br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,<br><br>                     Defendants. | Adv. Pro. No. 14-01840 (SMB)<br><br>**NOTICE OF ISSUANCE OF ORDER BY ELEVENTH CIRCUIT COURT OF APPEALS** |

**PLEASE TAKE NOTICE** that defendants Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis ("Defendants") filed a Motion for Expedited Appeal and a Motion for an Injunction Pending Appeal ("Fox Motions") in the U.S. Court of Appeals for the Eleventh Circuit ("Eleventh Circuit") in the proceeding *Fox v. Jerry [sic] M. Picower Estate*, No. 14-11250 (11th Cir.).  The Picower Defendants[1] filed a Motion to Dismiss for Lack of Jurisdiction ("Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2014, the Eleventh Circuit issued an order denying the Fox Motions, and carrying the jurisdictional issue raised in the Motion to Dismiss with the case (the "Order").  A copy of the Order is appended as Exhibit A to this notice.  (*Id.*)  The Eleventh Circuit instructed that the parties may address the jurisdictional issue in the Motion to Dismiss in their appellate briefs.

Dated:  New York, New York  
       May 8, 2014

*/s/ Keith R. Murphy*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

---

[1] The term "Picower Defendants" is defined in the Memorandum of Law in Support of the Trustee's Application for Enforcement of the Permanent Injunction and Automatic Stay in the above-captioned proceeding.  *See* ECF No. 3 (Mar. 11, 2014).