**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On April 30, 2014, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Notice of Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans *and* Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans [Docket Number 6489]

    2.  Declaration of David J. Sheehan in Support of the Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans [Docket Number 6491]

    3.  Declaration of Vineet Seghal in Support of the Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Attachments: Exhibits 1-3)[Docket Number 6492]

Executed on ___May 7___ , 2014

_____
John S. Franks

Sworn to and subscribed before me this __7th__ day of __May__ , 2014


MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

(SEAL)

_____
Notary Public

Exhibit A

**Exhibit A**
**April 30, 2014**

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| | | | | New York | | |
| | | | | EDEN PRAIRIE | | |
| | | | | Boston | | |
| | | | | STAMFORD | | |
| | | | | STAMFORD | | |
| | | | | Locust Valley | | |
| | | | | ORLANDO | | |
| | | | | Stamford | | |
| | | | | Great Neck | | |
| | | | | NY | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |
| | | | | Boston | | |

**Exhibit A**
**April 30, 2014**

| | | |
|---|---|---|
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |
| [redacted] | Boston | [redacted] |

| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

| | Boston |
|---|---|
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

| | Boston |
|---|---|
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

Exhibit A

**April 30, 2014**

| | Boston |
|---|---|
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

Exhibit A
**April 30, 2014**

| | Boston |
|---|---|
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

| | Boston |
|---|---|
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

**Exhibit A**

**April 30, 2014**

| | Boston |
| --- | --- |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |
| | Boston |

**Exhibit A**
**April 30, 2014**

| | |
|---|---|
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Boston | |
| Stamford | |
| Stamford | |
| Stamford | |

**Exhibit A**
**April 30, 2014**

| | Stamford | |
|---|---|---|
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |

**Exhibit A**

**April 30, 2014**

| | |
|---|---|
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |

**Exhibit A**
**April 30, 2014**

| | Stamford |
|---|---|
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |
| | Stamford |

| | Stamford | |
|---|---|---|
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |
| | Stamford | |

**Exhibit A**
**April 30, 2014**

| | |
|---|---|
| Stamford | |
| Stamford | |
| Stamford | |
| Stamford | |