```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :
                                         :
         Plaintiff,                      :
                                         :       12 MC 115 (JSR)
         -v-                             :
                                         :
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
         Defendant.                      :
----------------------------------------x
In re:                                   :
                                         :
MADOFF SECURITIES                        :
----------------------------------------x
PERTAINS TO THE FOLLOWING CASE:          :
----------------------------------------x
IRVING H. PICARD,                        :
                                         :
         Plaintiff,                      :
                                         :
         -v-                             :       12 Civ. 5597 (JSR)
                                         :
ACCESS MANAGEMENT LUXEMBOURG, S.A.       :           ORDER
(f/k/a ACCESS INTERNATIONAL ADVISORS     :
(LUXEMBOURG) S.A.), as represented       :
by its Liquidator, FERNAND               :
ENTRINGER, PIERRE DELANDMETER, and       :
PATRICK LITTAYE,                         :
                                         :
         Defendants.                     :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

By Order dated September 27, 2012, the Court partially withdrew the reference of this case to the Bankruptcy Court so that it could address the so-called "China Trade issue," but by Order dated March 14, 2013, the Court deferred briefing of that issue until the Bankruptcy Court had an opportunity to determine the threshold issue

1

of personal jurisdiction, reference of which had not been withdrawn. <u>See</u> Memorandum Order, No. 12 Civ. 5597, ECF No. 22, (S.D.N.Y. Aug. 1, 2013). On March 27, 2014, the Bankruptcy Court so-ordered a stipulation of voluntary dismissal with prejudice. <u>See</u> Stipulation and Order of Dismissal of Adversary Proceeding, Adv. Pro. No. 12-01563, ECF No. 53 (Bankr. S.D.N.Y. Mar. 27, 2014). Accordingly, the matter as to which the Court withdrew the reference is now moot, and the Clerk of Court is directed to close case number 12 Civ. 5597.

SO ORDERED.

Dated: New York, NY
April 2, 2014

_____
JED S. RAKOFF, U.S.D.J.

2