## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

## MEDIATOR'S FINAL REPORT

1. Case name: Irving H. Picard v. Kostin Company et. al.

2. a. Case #: 08-01789     b. Adversary # (if applic.): 10-04950

3. Nature of dispute: Action to recover fraudulent transfers

4. Date of mediator appointment: September 14, 2011

5. a. Has case settled?: No

[ ]Yes, before first meeting  [ ]Yes, in mediation  [ ]Yes, after mediation, if you know  [x]Case did not settle

b. If settled, how long from appointment to settlement of case?:

c. What were the principal terms of the settlement? (Annex a brief description if necessary):

6. a. What was total fee?: $9,500     b. How was it paid?: by Plaintiff

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

Francis G. Conrad (Mediator)          Jason D. Cabico (Counsel for Plaintiff) .

Marc E. Hirschfield (Counsel for Plaintiff)          Bernard J. Garbutt III (Counsel for Defendants)

Heather J. McDonald (Counsel for Plaintiff)          Susan Kostin (Defendant)

Kimberly M. Maynard (Counsel for Plaintiff)

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Heather J. McDonald, Counsel for Plaintiff  Name: Bernard J. Garbutt III, Counsel for Defendants .

Address: Baker Hostetler, LLP          Address: Morgan, Lewis & Bockius LLP

45 Rockefeller Plaza, New York, NY 10111     101 Park Avenue, New York, NY 10178 .

Phone: 212.589.4200          Phone: 212.306.6000 .

**Signature of Mediator:** /s/ Francis G. Conrad          **Date 17 April 2014**

Address : PO Box 80 .

Point Lookout, New York 11569          Phone: 516 835 2287

.

300317153.2
300322254.1