**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ESTATE OF RUTH SCHLESINGER, MARCIA SCHLESINGER ROIFF, in her capacity as executrix of the Estate of Ruth Schlesinger and individually, and JENNY W. SCHLESINGER, individually,<br><br>       Defendants. | Adv. Pro. No. 10-05018 (SMB) |

# FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Trustee's Initial Disclosures were made on December 12, 2011.

2. Fact Discovery shall be completed by: November 5, 2014.

3. The Deadline for Service of Substantive Interrogatories shall be: September 5, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: January 21, 2015.

5. The Disclosure of Rebuttal Experts shall be due: February 18, 2015.

6. The Deadline for Completion of Expert Discovery shall be: May 4, 2015.

7. The Deadline to file a Notice of Mediation Referral shall be: June 15, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 29, 2015.

9. The Deadline for Conclusion of Mediation shall be: October 20, 2015.

300317022.2

Dated: May 12, 2014

| | |
|---|---|
| BAKER & HOSTETLER LLP | FOLEY HOAG LLP |
| | |
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Kenneth S. Leonetti* |
| 45 Rockefeller Plaza | 155 Seaport Boulevard |
| New York, New York 10111 | Boston, Massachusetts 02210 |
| Telephone: 212.589.4200 | Telephone: 617.832.1271 |
| Facsimile: 212.589.4201 | Kenneth S. Leonetti |
| David J. Sheehan | Email: kleonetti@foleyhoag.com |
| Email: dsheehan@bakerlaw.com | |
| Nicholas J. Cremona | *Attorneys for Defendants Estate of Ruth Schlesinger and Marcia Schlesinger Roiff* |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | |
| Email: cturner@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | SCHLESINGER GANNON & LAZETERA LLP |
| | By: /s/ *Ross S. Katz* |
| | 535 Madison Avenue |
| | New York, New York 10022 |
| | Telephone: 212.652.3713 |
| | Ross S. Katz |
| | Email: rkatz@sglllp.com |
| | |
| | *Attorneys for Defendant Jenny W. Schlesinger* |

300317022.2