Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 12, 2014

Robertson D. Beckerlegge
direct dial: 212.589.4209
rbeckerlegge@bakerlaw.com

**VIA ECF**

Vito Genna
Clerk of the Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

    Re:    *Picard v. Triangle Diversified Investments, et al., Adv. Pro No. 10-04463-smb*

Dear Mr. Genna:

We are counsel to Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, in the above-referenced matter. We received the letter from counsel to Triangle Diversified Investments LLC [Dkt. No. 37] on Friday, May 9, 2014 at the close of business. We wish to inform you that we will respond to this letter in the coming days.

Respectfully,

/s/ Robertson D. Beckerlegge

cc: Eric B. Fisher, Esq. (via email)

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*