**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MOST,<br><br>Defendant. | Adv. Pro. No. 10-04941 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARJORIE MOST,<br><br>Defendant. | Adv. Pro. No. 10-04947 (SMB) |

**DECLARATION OF SARAH JANE T.C. TRUONG IN SUPPORT OF THE TRUSTEE'S OPPOSITION TO DEFENDANTS' APPLICATIONS BY WAY OF ORDER TO SHOW CAUSE SEEKING ENTRY OF AN ORDER QUASHING THE SUBPOENAS ISSUED BY PLAINTIFF AND GRANTING A PROTECTIVE ORDER**

I, Sarah Jane T.C. Truong, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to the bar of this Court and an associate at the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, Esq., trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), and for Bernard L. Madoff ("Madoff") (collectively, "Debtor").

2. I make this Declaration to transmit to the Court a true and correct copy of a document in connection with the Trustee's Opposition to Defendants' Applications By Way of Order to Show Cause Seeking Entry of an Order Quashing the Subpoenas Issued by Plaintiff and Granting a Protective Order.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email I sent to Ms. Warmuth on May 6, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2014
      New York, New York

                                          */s/ Sarah Jane T.C. Truong*
                                          Sarah Jane T.C. Truong
                                          Baker & Hostetler LLP
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone: (212) 589-4200
                                          Facsimile: (212) 589-4201

                                          *Attorneys for Irving H. Picard, Esq.,*
                                          *Trustee for the Substantively Consolidated*
                                          *SIPA Liquidation of Bernard L. Madoff*
                                          *Investment Securities LLC and Bernard L.*
                                          *Madoff*