STROOCK & STROOCK & LAVAN LLP
Joel Cohen
Michele Pahmer
Patrick N. Petrocelli
180 Maiden Lane
New York, New York 10038
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No.: 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (SMB) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Proc. No.: 10-05132 (SMB) |
| Plaintiff, | **ECF CASE** |
| v. | |
| AMY R. ROTH, | |
| Defendant. | |

**CERTIFICATE OF SERVICE OF MOTION OF STROOCK & STROOCK & LAVAN LLP FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO WITHDRAW AS COUNSEL TO DEFENDANT AMY R. ROTH**

      I, Michele L. Pahmer, hereby certify that on May 12, 2014, I caused true and correct copies of the Motion of Stroock & Stroock & Lavan LLP for an Order Pursuant to Rule 2090-1(E) of the Local Bankruptcy Rules to Withdraw as Counsel to Defendant Amy R. Roth, to be served on all counsel of record via the Court's ECF system, and by overnight courier upon the defendant at the address listed below:

Amy R. Roth
5251 North Hillsboro Blvd, Apt. 106
Coconut Creek, FL 33433

Dated: New York, New York
         May 12, 2014

                                          /s/ Michele L. Pahmer
                                          Michele L. Pahmer