**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>SHARI BLOCK JASON,<br><br>　　　　Defendant. | Adv. Pro. No. 10-04812 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendant, Shari Block Jason ("Defendant"), by and through her counsel, Helen Davis Chaitman and Marc A. Pergament (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Shari Block Jason.

2. On October 1, 2013, Defendant, Shari Block Jason, served a motion to dismiss on the Trustee to which the Trustee filed an opposition memorandum on January 17, 2014. Defendant filed a reply memorandum on February 21, 2014.

3. On April 9, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  May 12, 2014

**BAKER & HOSTETLER LLP**

By:  /s/  *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Christa C. Turner
Email:  cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**BECKER & POLIAKOFF, LLP**

By:  /s/ *Helen Davis Chaitman*

45 Broadway
8th Floor
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
Helen Davis Chaitman
Email: HChaitman@becker-poliakoff.com

3

**WEINBERG, GROSS & PERGAMENT LLP**

By: /s/ *Marc A. Pergament*
Suite 403
400 Garden City Plaza
Garden City, New York  11530
Telephone:  516.877.2424
Facsimile:  516.877.2460
Marc A. Pergament
Email:  mpergament@wgplaw.com

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated:  May 13th, 2014    HON. STUART M. BERNSTEIN
New York, New York    UNITED STATES BANKRUPTCY JUDGE