**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD P. GURITZKY<br><br>    Defendant. | Adv. Pro. No. 10-04318 (SMB) |

### STIPULATION AND ORDER GRANTING EXTENSION OF TIME
### TO RESPOND TO ANSWER AND COUNTERCLAIMS

WHEREAS, on November 26, 2010, Irving H. Picard, as trustee (the "Trustee") for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, filed a complaint in the above-captioned matter (the "Complaint");

WHEREAS, the Trustee and the above-captioned defendant ("Defendant") mutually agreed to several extensions of the date by which the Defendant could move, answer, or otherwise respond to the Complaint;

WHEREAS, on April 17, 2014, Defendant answered the Complaint and filed counterclaims against the Trustee (the "Answer and Counterclaims");

WHEREAS, the Trustee and Defendant have agreed to extend the time by which the Trustee may move, answer, or otherwise respond to the Answer and Counterclaims.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that,

1. The date by which the Trustee may move, answer, or otherwise respond to the Answer and Counterclaims in the above-captioned adversary proceeding is extended up to and including June 23, 2014.

2. Within 30 days after the Trustee files an answer to the Answer and Counterclaims, or the Court's decision on a motion to dismiss the Answer and Counterclaims, whichever occurs later, in the above-captioned adversary proceeding, the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan.

3. The parties to this stipulation reserve all rights, claims and/or defenses they may have and entry into this stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

4. This stipulation may be executed in any number of counterparts and all such counterparts shall together constitute one and the same agreement.

Dated as of: May 12, 2014

| **BAKER & HOSTETLER LLP** | **ARENT FOX** |
|---|---|
| By: s/ *Nicholas J. Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com | By: /s/ *Hunter T. Carter*_____<br>1675 Broadway<br>New York, New York 10019-5820<br>Telephone: 212.484.3946<br>Hunter T. Carter<br>Email: carter.hunter@arentfox.com<br><br>*Attorney for Defendant Ronald P. Guritzky* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: New York, New York
      May 13th, 2014

    SO ORDERED:                  /s/ STUART M. BERNSTEIN_____
                                     HONORABLE STUART M. BERNSTEIN
                                     UNITED STATES BANKRUPTCY JUDGE