**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>DPF INVESTORS; DAVID A. PERSKY, in his capacity as a General Partner of DPF Investors; MARLENE PERSKY, in her capacity as a General Partner of DPF Investors, and in her capacity as Custodian for J.P. and L.P., Trustee of the Persky Family Trust, Trustee of the David A. Persky Trust for Minors for the benefit of L.P., Trustee of the | Adv. Pro. No. 10-04475 (SMB) |

David A. Persky Trust for Minors for the benefit of
J.P., all of which are General Partners of DPF
Investors; PERSKY FAMILY TRUST; DAVID A.
PERSKY TRUST FOR MINORS FOR THE
BENEFIT OF L.P.; DAVID A. PERSKY TRUST
FOR MINORS FOR THE BENEFIT OF J.P.; J.P.;
and L.P.,

                                    Defendants.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to
the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the
liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under
the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the
substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this
Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance
procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

On October 3, 2011 Defendants filed a motion to dismiss this adversary proceeding [Dkt.
No. 13] pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Bankruptcy
Rule 7012 (a "Rule 12(b)(6) Motion").

Pursuant to the Avoidance Procedures, upon the filing of a Rule 12(b)(6) Motion, the
issues raised in such motion, together with the issues raised in the Complaint, are immediately
referred to mediation. Avoidance Procedures, ¶2D.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Trustee and Defendants (the "Parties") shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶5C.

Dated: New York, New York

    May 13, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: _/s/ Nicholas J. Cremona_
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*