**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>STANLEY SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended,<br><br>RENEE SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended,<br><br>S&R INVESTMENT CO.,<br><br>LAD TRUST,<br><br>DAVID SHAPIRO, individually and as trustee for Trust f/b/o ▮▮▮▮ ▮▮▮▮ [W.P.S.] & ▮▮▮▮ ▮▮▮▮ [J.G.S.], | Adv. Pro. No. 10-05383 (SMB)<br><br><br>**STIPULATION EXTENDING TIME TO RESPOND AND PROVIDING CONSENT TO FILE SECOND AMENDED COMPLAINT** |

RACHEL SHAPIRO,

DAVID SHAPIRO 1989 TRUST, as amended,

TRUST F/B/O ▆▆▆ ▆▆▆ [W.P.S.] & ▆▆▆ ▆▆▆ [J.G.S.],

LESLIE SHAPIRO CITRON,

LESLIE SHAPIRO 1985 TRUST, as amended,

TRUST F/B/O ▆▆▆ ▆▆▆ [A.J.C.], ▆▆▆ ▆▆▆ [K.F.C.], and ▆▆▆ ▆▆▆ [L.C.C.], as amended, and

KENNETH CITRON, individually and as trustee for Trust f/b/o ▆▆▆ ▆▆▆ [A.J.C.], ▆▆▆ ▆▆▆ [K.F.C.], and ▆▆▆ ▆▆▆ [L.C.C.], as amended,

      Defendants.

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants Stanley Shapiro, Renee Shapiro, S&R Investment Co., LAD Trust, Rachel Shapiro, David Shapiro, David Shapiro 1989 Trust, as amended, Trust f/b/o W.P.S. & J.G.S., Leslie Shapiro Citron, Leslie Shapiro 1985 Trust, as amended, Trust f/b/o A.J.C., K.F.C., and L.C.C., as amended, and Kenneth Citron (collectively, "Defendants") may move, answer, or otherwise respond to the Trustee's First Amended Complaint (the "Complaint") is extended up to and including June 30, 2014.

  It is further stipulated and agreed, by and between the undersigned herein, that pursuant to Rule 7015 of the Federal Rules of Bankruptcy Procedure (making Rule 15(a)(2) of the Federal Rules of Civil Procedure applicable in adversary proceedings), Defendants consent to the Trustee filing a Second Amended Complaint on or before June 30, 2014. From the date of filing,

Defendants shall have thirty (30) days to move, answer, or otherwise respond to the Second Amended Complaint.

The purpose of this stipulated extension ("Stipulation") is to provide written consent for filing a Second Amended Complaint and additional time for Defendants to move, answer, or otherwise respond. Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to move, answer, or otherwise respond and/or the Trustee's right to object to any such request.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this Stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding are alive or that counsel has previously provided notice to the Trustee in writing of a Defendant's death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Defendant's estate or personal representative/executor, and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding. For the avoidance of doubt, the parties to this Stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the Stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

Except as expressly set forth above, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 5600).

Dated:  May 13, 2014
        New York, New York

                BAKER & HOSTETLER LLP

                By: /s/ David J. Sheehan
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone:  (212) 589-4200
                Facsimile:  (212) 589-4201
                David J. Sheehan
                Email:  dsheehan@bakerlaw.com
                Marc E. Hirschfield
                Email:  mhirschfield@bakerlaw.com
                Keith R. Murphy
                Email:  kmurphy@bakerlaw.com
                Ona T. Wang
                Email:  owang@bakerlaw.com

*Attorneys for Plaintiff Irving R. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC*

LAX & NEVILLE, LLP

By: /s/ Gabrielle J. Pretto
1450 Broadway, 35th floor
New York, New York 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Brian J. Neville
Email: bneville@laxneville.com
Barry R. Lax
Email: blax@laxneville.com
Gabrielle J. Pretto
Email: gpretto@laxneville.com

*Attorneys for Defendants Stanley Shapiro, Renee Shapiro, S&R Investment Co., LAD Trust, David Shapiro, Rachel Shapiro, David Shapiro 1989 Trust, Trust f/b/o W.P.S & J.G.S., Leslie Shapiro Citron, Leslie Shapiro 1985 Trust, Trust f/b/o A.J.C., K.F.C., and L.C.C., and Kenneth Citron*