**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GURITZKY FAMILY PARTNERSHIP LP,<br><br>SANFORD GURITZKY, individually, and as general partner of the Guritzky Family Partnership LP, | Adv. Pro. No. 10-04288 (SMB) |

and

BRENDA GURITZKY, individually, and as
general partner of the Guritzky Family Partnership
LP,

             Defendants.

### STIPULATION AND ORDER GRANTING EXTENSION OF TIME
### TO RESPOND TO ANSWER AND COUNTERCLAIMS

WHEREAS, on November 26, 2010, Irving H. Picard, as trustee (the "Trustee") for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, filed a complaint in the above-captioned matter (the "Complaint");

WHEREAS, the Trustee and the above-captioned defendants ("Defendants") mutually agreed to several extensions of the date by which the Defendants could move, answer, or otherwise respond to the Complaint;

WHEREAS, on April 17, 2014, Defendants answered the Complaint and filed counterclaims against the Trustee (the "Answer and Counterclaims");

WHEREAS, the Trustee and Defendants have agreed to extend the time by which the Trustee may move, answer, or otherwise respond to the Answer and Counterclaims.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that,

1. The date by which the Trustee may move, answer, or otherwise respond to the Answer and Counterclaims in the above-captioned adversary proceeding is extended up to and including June 23, 2014.

2. Within 30 days after the Trustee files an answer to the Answer and Counterclaims, or the Court's decision on a motion to dismiss the Answer and Counterclaims,

whichever occurs later, in the above-captioned adversary proceeding, the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan.

3. The parties to this stipulation reserve all rights, claims and/or defenses they may have and entry into this stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

4. This stipulation may be executed in any number of counterparts and all such counterparts shall together constitute one and the same agreement.

Dated as of:  May 12, 2014

**BAKER & HOSTETLER LLP**

By: s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**ARENT FOX**

By:  /s/ *Hunter T. Carter*
1675 Broadway
New York, New York 10019-5820
Telephone: 212.484.3946
Hunter T. Carter
Email: carter.hunter@arentfox.com

*Attorney for Defendants the Guritzky Family Partnership LP, Sanford Guritzky, and Brenda Guritzky*

Dated: New York, New York
May 14th, 2014

SO ORDERED:     /s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE