# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T  212.589.4200
F  212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

May 14, 2014

**VIA EMAIL: (Bernstein.chambers@NYSB.uscourts.gov)**
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      Re:    *Picard v. Irving J. Pinto 1996 Grantor Retained Trust, et al.*;
              Adv. Pro. No. 10-04744 (SMB)
              *Picard v. James B. Pinto Revocable Trust u/a dtd 12/1/03, et al.*;
              Adv. Pro. No. 10-04538 (SMB)
              *Picard v. Amy Pinto Lome Revocable Trust u/a/d 5/22/03, et al.*;
              Adv. Pro. No. 10-04588 (SMB)

Dear Judge Bernstein:

Defendants in the three cases listed above filed motions to dismiss (the "Motions") on January 26, 2011. The Motions, which were originally set for hearing on March 23, 2011, have been adjourned on multiple occasions and are presently scheduled for hearing on May 28, 2014.

On March 10, 2014, the Trustee responded to the Motions in his omnibus Memorandum of Law in Opposition to Defendants' Motion to Dismiss [Docket Nos. 28 in APN 10-04744, 31 in APN 10-04538 and 32 in APN 10-04588]. Defendants did not file a Reply to the Trustee's Response.

The parties have conferred and agreed, pending your approval, to adjourn the hearings on the Motions *sine die* until the date of the hearing on the omnibus Opposition.

The parties respectfully request that you sign below to indicate your approval of this adjournment.

Sincerely,

/s/ Nicholas Cremona         /s/ Robert McClay
Nicholas Cremona             Robert McClay
Baker & Hostetler, LLP       McClay·Alton, P.L.L.P
*Attorney for Plaintiff*     *Attorney for Defendants*

SO ORDERED

Dated: May 14th, 2014                     /s/ STUART M. BERNSTEIN
New York, New York                        HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE