Peter S. Partee, Sr.
Richard P. Norton
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone:  (212) 309-1000

*Attorneys for Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## NOTICE OF FILING OF CLIENT CONSENT
## STATEMENT REGARDING SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that on May 1, 2014, at the request of Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich (collectively, the "Clients"), Hunton & Williams LLP and Becker & Poliakoff LLP entered into a stipulation and order [Docket No. 6507] (the "Stipulation") substituting Hunton & Williams LLP for Becker & Poliakoff LLP as counsel to the Clients in the above-captioned SIPA proceeding.

**PLEASE TAKE FURTHER NOTICE** that on May 6, 2014, the Court "so-ordered" the Stipulation [Docket No. 6528].

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a true and correct copy of the Clients' statement of consent regarding the substitution of counsel.

| | |
|---|---|
| Dated: May 15, 2014<br>New York, New York | **HUNTON & WILLIAMS LLP**<br><br>/s/ *Robert A. Rich*<br>Peter S. Partee, Sr.<br>Richard P. Norton<br>Robert A. Rich<br>200 Park Avenue, 53rd Floor<br>New York, New York  10166-0136<br>Telephone:  (212) 309-1000<br><br>*Attorneys for Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich* |

2