BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### NOTICE OF RESCHEDULED OMNIBUS
### AVOIDANCE ACTION HEARING DATES

In accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Court's Order, please take notice that at the direction of the Court, the Avoidance Action Omnibus Hearing (as defined in the Order) scheduled to be held on October 29, 2014 has been rescheduled to **October 22, 2014 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the

Honorable Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York,

One Bowling Green, New York, New York 1004.

Dated: New York, New York
      May 15, 2014                       By: */s/ Nicholas J. Cremona*
                                          **BAKER & HOSTETLER LLP**
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone: (212) 589-4200
                                          Facsimile: (212) 589-4201
                                          David J. Sheehan
                                          Email:  dsheehan@bakerlaw.com
                                          Nicholas J. Cremona
                                          Email:  ncremona@bakerlaw.com

                                          *Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*