# EXHIBIT A

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York
Claim Number:    002158

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

FEB 13 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: 561-776-0809

1ZR098
MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Taxpayer I.D. Number (Social Security No.)
_____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_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
   a.    The Broker owes me a Credit (Cr.) Balance of        $____0____
   b.    I owe the Broker a Debit (Dr.) Balance of           $____0____

502180406

MWPTAP00187350

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed
with this claim form.**                                    $_____

d.  If balance is zero, insert "None."          _____NONE_____

2.      Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| 11/30/08 | AS PER STATEMENT | 17,650,207.70 | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or**

S02180406                                     2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ |  |

WE BELIEVE DISCRETION WAS
502180406 GIVEN TO BERNARD MADOFF SECURITIES

MWPTAP00187352

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.            _____    _____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:_____

        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __2/9/09_____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406



| | |
|---|---|
| **Traditional IRA** | Page 1 of 3 |
| **October 1, 2008 - December 31, 2008** | |

>03738 5666970 001 008145
MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH NY 33412

**Account Name:** MICHAEL MOST          **Contact:** CLIENT CONNECTION
**Account Number:** 019284470001

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
Brokerage Accounts          $17,246,539.49
*Cash          $9.67
**Total Account Value          $17,246,549.16**

Prior Period
Total Account Value          $17,246,549.16

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
Current Tax Year          $0.00

Contributions
Current Tax Year (2008)          $0.00
Prior Tax Year (2007)          $0.00

Employer Contributions
Current Tax Year (2008)          $0.00
Prior Tax Year (2007)          $0.00

Distributions
Current Tax Year (2008)          $0.00
Current Tax Year Withholding (2008)          $0.00
Prior Tax Year (2007)          $0.00
Prior Tax Year Withholding (2007)          $0.00

\* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.
No other investments are FDIC insured through this institution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

717 17th Street, Ste. 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

CLINS (01-09), RMD (01-09)          03738 5666970 007476 012281 00001/00002

**MWPTAP00187354**



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
MICHAEL ROST

8052 CRANES POINTE WAY
WEST PALM BEACH    FL    33412

PERIOD ENDING: 11/30/09

YOUR ACCOUNT NUMBER: 1-ZR098-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,061,189.51 | |
| 11/12 | 15,960 | | 1733 | WELLS FARGO & CO NEW | 29.800 | 474,765.00 | |
| 11/12 | 11,400 | | 2259 | HEWLETT PACKARD CO | 34.900 | 397,915.00 | |
| 11/12 | 9,800 | | 5659 | WAL-MART STORES INC | 55.830 | 551,995.40 | |
| 11/12 | 9,630 | | 6551 | INTERNATIONAL BUSINESS MACHS | 87.270 | 564,022.20 | |
| 11/12 | 23,940 | | 10305 | EXXON MOBIL CORP | 72.890 | 1,745,704.20 | |
| 11/12 | 26,220 | | 10887 | INTEL CORP | 14.510 | 381,590.20 | |
| 11/12 | 12,540 | | 15213 | JOHNSON & JOHNSON | 59.590 | 747,634.20 | |
| 11/12 | 17,100 | | 19533 | J.P. MORGAN CHASE & CO | 38.530 | 659,547.00 | |
| 11/12 | 9,120 | | 23064 | COCA COLA CO | 44.660 | 407,663.20 | |
| 11/12 | 5,320 | | 28190 | MCDONALDS CORP | 55.370 | 294,780.40 | |
| 11/12 | 7,890 | | 32516 | MERCK & CO | 28.550 | 282,469.00 | |
| 11/12 | 36,100 | | 36842 | MICROSOFT CORP | 21.810 | 789,735.00 | |
| 11/12 | 18,240 | | 41160 | ORACLE CORPORATION | 17.300 | 316,281.00 | |
| 11/12 | 4,220 | | 54246 | PEPSICO INC | 55.410 | 407,556.20 | |
| 11/12 | 4,190 | | 54249 | APPLE INC | 100.780 | 421,427.43 | |
| 11/12 | 31,180 | | 58472 | PFIZER INC | 16.940 | 522,564.20 | |
| 11/12 | 7,220 | | 58976 | ABBOTT LABORATORIES | 54.610 | 396,572.20 | |
| 11/12 | 13,680 | | 62798 | PROCTER & GAMBLE CO | 64.090 | 877,161.40 | |
| 11/12 | 4,943 | | 63300 | AMGEN INC | 59.160 | 292,447.40 | |
| 11/12 | 9,500 | | 67124 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 414,580.00 | |
| 11/12 | 22,900 | | 67626 | BANK OF AMERICA | 21.590 | 493,164.03 | |
| 11/12 | 7,600 | | 71450 | QUALCOMM INC | 33.770 | 256,956.00 | |
| 11/12 | 24,700 | | 71952 | CITI GROUP INC | 72.510 | 309,985.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00187355



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
London W1J 8DT
Tel 020 7493 6222
Mayfair, London W1J 8DT

**PAGE** 2

**PERIOD ENDING** 11/30/08

**YOUR TAXPAYER IDENTIFICATION NUMBER** *****6253

**YOUR ACCOUNT NUMBER** 1-7R098-3-0

**\*\*DUPLICATE\*\***   FOR ACCOUNT   NTC & CO.
MICHAEL MOST

8052 CRANES POINTE WAY
WEST PALM BEACH    FL    33412

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 5,700 | | 75776 | SCHLUMBERGER LTD | 49.480 | 282,764.00 | |
| 11/12 | 13,920 | | 76278 | COMCAST CORP | 16.510 | 229,405.80 | |
| | | | | CL A | | | |
| 11/12 | 26,980 | | 80102 | AT&T INC | 27 | 729,539.00 | |
| 11/12 | 6,860 | | 80604 | CONOCOPHILLIPS | 52.510 | 359,641.40 | |
| 11/12 | 4,550 | | 84428 | UNITED PARCEL SVC INC | 52.040 | 237,494.50 | |
| | | | | CLASS B | | | |
| 11/12 | 27,740 | | 84930 | CISCO SYSTEMS INC | 16.790 | 465,199.20 | |
| 11/12 | 7,900 | | 88754 | U S BANCORP | 29.530 | 235,950.40 | |
| 11/12 | 9,500 | | 89256 | CHEVRON CORP | 73.430 | 697,965.00 | |
| 11/12 | 4,560 | | 93080 | UNITED TECHNOLOGIES CORP | 53.160 | 242,591.60 | |
| 11/12 | 48,260 | | 93582 | GENERAL ELECTRIC CO | 19.630 | 949,273.80 | |
| 11/12 | 12,920 | | 97406 | VERIZON COMMUNICATIONS | 30.410 | 393,613.20 | |
| 11/12 | 1,140 | | 97908 | GOOGLE | 337.400 | 384,631.00 | |
| 11/12 | | 100,000 | 20244 | U S TREASURY BILL | 99.942 | | 99,942.00 |
| | | | | CL A 12/24/2008 | | | |
| | | | | DUE 12/24/2008 | | | |
| 11/12 | | 17,125,000 | 24339 | U S TREASURY BILL | 99.936 | | 17,114,040.00 |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 89.02 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | 99,820 | | 19443 | FIDELITY SPARTAN | 1 | | 99,820.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00187356





| MADF | **BERNARD L. MADOFF** |
| --- | --- |
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*** FOR ACCOUNT    NTC & CO.
MICHAEL MOST

8052 CRANES POINTE WAY
WEST PALM BEACH    FL    33412

PERIOD ENDING: 11/30/08    PAGE 4

YOUR ACCOUNT NUMBER: 1-ZR0098-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*6,253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 13,630 | | | COMCAST CORP | 17.360 | | |
| | | | | CL A | | | |
| | 6,840 | | | CONOCOPHILLIPS | 52.520 | | |
| | 23,940 | | | EXXON MOBIL CORP | 80.150 | | |
| | 49,260 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 1,140 | | | GOOGLE | 292.950 | | |
| | 11,400 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 26,220 | | | INTEL CORP | 13.800 | | |
| | 6,460 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 17,100 | | | J.P. MORGAN CHASE & CO | 31.560 | | |
| | 12,540 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 5,320 | | | MCDONALDS CORP | 58.750 | | |
| | 9,880 | | | MERCK & CO | 25.720 | | |
| | 36,100 | | | MICROSOFT CORP | 20.220 | | |
| | 18,240 | | | ORACLE CORPORATION | 16.090 | | |
| | 7,220 | | | PEPSICO INC | 56.700 | | |
| | 30,780 | | | PFIZER INC | 16.430 | | |
| | 9,500 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 11,630 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 7,600 | | | QUALCOMM INC | 33.570 | | |
| | 5,700 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 16,791 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 7,980 | | | U S BANCORP | 26.980 | | |
| | 4,560 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MWPTAP00187359



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
MICHAEL MOST

8052 CRANES POINTE WAY
WEST PALM BEACH    FL    33412

PERIOD ENDING
11/30/08

YOUR ACCOUNT NUMBER
1-ZR098-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
******6753

PAGE
6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 119,335.03 |
| | | | | GROSS PROCEEDS FROM SALES | | | 99,677,027.56 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00187360



MWPTAP00187361



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 80102 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES: TR CAP SETT

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 26,980 | 00206R102 | AT&T INC | 729539.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 728460.00 | 1079.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 58974 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES: TR CAP SETT

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,220 | 002824100 | ABBOTT LABORATORIES | 394572.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 394284.20 | 288.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187362

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 63300 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,940 | 031162100 | AMGEN INC | 292447.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 292250.40 | 197.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 54648 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,180 | 037833100 | APPLE INC | 421427.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 421260.40 | 167.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187363



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 67626 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 22,800 | 060505104 | BANK OF AMERICA | 493164.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 21.590 | 492252.00 | 912.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 89256 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,500 | 166764100 | CHEVRON CORP | 697965.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 697585.00 | 380.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187364



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 84930 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 27,740 | 17275R102 | CISCO SYSTEMS INC | 465199.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 464090.20 | 1109.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 71952 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 24,700 | 172967101 | CITI GROUP INC | 309985.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 308997.00 | 988.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

MWPTAP00187365



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 23864 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.    **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,120 | 191216100 | COCA COLA CO | 407663.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 407299.20 | 364.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 76278 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.    **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13,680 | 20030N101 | COMCAST CORP CL A | 226403.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 225856.80 | 547.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187366

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 80604 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,840 | 20825C104 | CONOCOPHILIPS | 359441.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 359168.40 | 273.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 10385 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 23,940 | 30231G102 | EXXON MOBIL CORP | 1745704.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 72.880 | 1744747.20 | 957.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

MWPTAP00187367

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 93582 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 48,260 | 369604103 | GENERAL ELECTRIC CO | 949273.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 947343.80 | 1930.00 | | | | |

Affiliated with:
*Madoff Securities International Limited*
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 97908 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,140 | 38259P508 | GOOGLE | 384681.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 384636.00 | 45.00 | | | | |

Affiliated with:
*Madoff Securities International Limited*
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187368



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 02235 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11,400 | 428236103 | HEWLETT PACKARD CO | 398316.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 397860.00 | 456.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 10887 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 26,220 | 458140100 | INTEL CORP | 381500.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 380452.20 | 1048.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 06561 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,460 | 459200101 | INTERNATIONAL BUSINESS MACHS | 564022.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 563764.20 | 258.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 19538 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 17,100 | 46625H100 | J.P. MORGAN CHASE & CO | 659547.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 658863.00 | 684.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187370

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 15213 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,540 | 478160104 | JOHNSON & JOHNSON | 747634.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 747133.20 | 501.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 28190 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,320 | 580135101 | MCDONALDS CORP | 294780.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 294568.40 | 212.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187371



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 32516 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.      CONTRA PARTY      C.H. NUMBER      SPECIAL DELIVERY INSTRUCTIONS

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,880 | 589331107 | MERCK & CO | 282469.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 282074.00 | 395.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 36842 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.      CONTRA PARTY      C.H. NUMBER      SPECIAL DELIVERY INSTRUCTIONS

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 36,100 | 594918104 | MICROSOFT CORP | 788785.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 787341.00 | 1444.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187372

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 41168 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/ NTC & CO.     **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18,240 | 68389X105 | ORACLE CORPORATION | 316281.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 315552.00 | 729.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 54146 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH     FL 33412

ACCT OF/ NTC & CO.     **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,220 | 713448108 | PEPSICO INC | 407568.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 407280.20 | 288.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187373



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 58472 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 30,780 | 717081103 | PFIZER INC | 522644.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 16.940 | 521413.20 | 1231.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 67124 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,500 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 414580.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 414200.00 | 380.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187374

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 62798 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13,680 | 742718109 | PROCTER & GAMBLE CO | 877161.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 876614.40 | 547.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 71450 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,600 | 747525103 | QUALCOMM INC | 256956.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 33.770 | 256652.00 | 304.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 75776 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,700 | 806857108 | SCHLUMBERGER LTD | 282264.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 282036.00 | 228.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 88754 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,980 | 902973304 | U S BANCORP | 235968.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 235649.40 | 319.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187376



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 84428 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,560 | 911312106 | UNITED PARCEL SVC INC CLASS B | 237484.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 237302.40 | 182.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 93080 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,560 | 913017109 | UNITED TECHNOLOGIES CORP | 242591.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 242409.60 | 182.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

MWPTAP00187377

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 97406 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,920 | 92343V104 | VERIZON COMMUNICATIONS | 393413.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 392897.20 | 516.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 06059 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,880 | 931142103 | WAL-MART STORES INC | 551995.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 551600.40 | 395.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

*CONFIRMATION (Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 01733 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES: TR CAP SETT

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 15,960 | 949746101 | WELLS FARGO & CO NEW | 476246.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 475608.00 | 638.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-4 | R | 45494 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES: TR CAP SETT

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 380 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 600020.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 600400.00 | 380.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187379



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR098-4 | D | 49820 | 8 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 380 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 676780.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 17.800 | 676400.00 | 380.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

MWPTAP00187380



**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York □ London

MEMBER: FINRA NSX SIPC NSCC DTC

New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | R | 20244 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 100,000 | 912795J36 | U S TREASURY BILL DUE 12/18/2008    12/18/2008 | 99942.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.942 | 99942.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York □ London

MEMBER: FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | R | 24339 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH    FL 33412

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 17,125,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009    2/12/2009 | 17114040.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 99.936 | 17114040.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187381



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-4 | R | 48899 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 380 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 1405620.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 1406000.00 | 380.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-4 | D | 40249 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 380 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 1140380.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 1140000.00 | 380.00 | | | | |

CONFIRMATION (Please see reverse for further details)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187382

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-4 | D | 44574 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 380 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 114380.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 3.000 | 114000.00 | 380.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-4 | R | 35924 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MICHAEL MOST
8052 CRANES POINTE WAY
WEST PALM BEACH      FL 33412

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 380 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 987620.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 988000.00 | 380.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187383



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR098-3 | D | 58766 | 5 | 1 | | 11/19/08 | 11/19/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

MICHAEL MOST
    8052 CRANES POINTE WAY
    WEST PALM BEACH    FL 33412

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,150,000 | 912795K91 | U S TREASURY BILL<br>DUE 03/26/2009    Y.T.M. .21%<br>3/26/2009 | 1149149.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 99.926 | 1149149.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00187384

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2004 THROUGH 12/31/2004

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | PCT | VESTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 705,787.35 | 75,922.00 | 41,000.00 | 0.00 | 0.00 | 822,709.35 | 100 | 822,709.35 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 705,787.31 | 75,922.00 | 41,000.00 | 0.00 | 0.00 | 822,709.31 | 100 | 822,709.31 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 705,787.34 | 75,922.00 | 41,000.00 | 0.00 | 0.00 | 822,709.34 | 100 | 822,709.34 |

TOTALS FOR EACH ACCOUNT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target Pension | $227,766.00 | | $0.00 | | $2,468,128.00 | | |
| | $2,117,362.00 | | $123,000.00 | | $0.00 | | $2,468,128.00 |

GRAND TOTALS: $2,117,362.00 $227,766.00 $123,000.00        $0.00        $0.00 $2,468,128.00        $2,468,128.00

MWPTAP00187385

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/1994 THROUGH 12/31/1994

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Employee: 1 Michael Most | | | | | | | | |
| Target Pension | 0.00 | 0.00 | 30,000.00 | 0.00 | 0.00 | 30,000.00 | 0 | 0.00 |
| Employee: 2 Frederick Knee | | | | | | | | |
| Target Pension | 0.00 | 0.00 | 30,000.00 | 0.00 | 0.00 | 30,000.00 | 0 | 0.00 |
| Employee: 3 Frank Klein | | | | | | | | |
| Target Pension | 0.00 | 0.00 | 30,000.00 | 0.00 | 0.00 | 30,000.00 | 0 | 0.00 |
| TOTALS FOR EACH ACCOUNT | | | | | | | | |
| Target Pension | | $0.00 | | $0.00 | | $90,000.00 | | |
| | $0.00 | | $90,000.00 | | $0.00 | | | $0.00 |
| GRAND TOTALS: | $0.00 | $0.00 | $90,000.00 | $0.00 | $0.00 | $90,000.00 | | $0.00 |

MWPTAP00187386

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/1995 THROUGH 12/31/1995

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 30,000.00 | 7,476.00 | 30,000.00 | 0.00 | 0.00 | 67,476.00 | 20 | 13,495.20 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 30,000.00 | 7,476.00 | 30,000.00 | 0.00 | 0.00 | 67,476.00 | 20 | 13,495.20 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 30,000.00 | 7,476.00 | 30,000.00 | 0.00 | 0.00 | 67,476.00 | 20 | 13,495.20 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Target Pension | | $22,428.00 | | $0.00 | | $202,428.00 | | |
| | $90,000.00 | | $90,000.00 | | $0.00 | | | $40,485.60 |
| **GRAND TOTALS:** | $90,000.00 | $22,428.00 | $90,000.00 | $0.00 | $0.00 | $202,428.00 | | $40,485.60 |

MWPTAP00187387

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/1996 THROUGH 12/31/1996

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | PCT | -----VESTED----- AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Employee: 1 Michael Most | | | | | | | | |
| Target Pension | 67,476.00 | 16,506.33 | 30,000.00 | 0.00 | 0.00 | 113,982.33 | 40 | 45,592.93 |
| Employee: 2 Frederick Knee | | | | | | | | |
| Target Pension | 67,476.00 | 16,506.33 | 30,000.00 | 0.00 | 0.00 | 113,982.33 | 40 | 45,592.93 |
| Employee: 3 Frank Klein | | | | | | | | |
| Target Pension | 67,476.00 | 16,506.33 | 30,000.00 | 0.00 | 0.00 | 113,982.33 | 40 | 45,592.93 |
| TOTALS FOR EACH ACCOUNT | | | | | | | | |
| Target Pension | | $49,518.99 | | $0.00 | | $341,946.99 | | |
| | $202,428.00 | | $90,000.00 | | $0.00 | | | $136,778.79 |
| GRAND TOTALS: | $202,428.00 | $49,518.99 | $90,000.00 | $0.00 | $0.00 | $341,946.99 | | $136,778.79 |

MWPTAP00187388

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/1997 THROUGH 12/31/1997

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | VESTED PCT | VESTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Employee: 1 Michael Most | | | | | | | | |
| Target Pension | 113,982.33 | 28,634.00 | 30,000.00 | 0.00 | 0.00 | 172,616.33 | 60 | 103,569.80 |
| Employee: 2 Frederick Knee | | | | | | | | |
| Target Pension | 113,982.33 | 28,634.00 | 30,000.00 | 0.00 | 0.00 | 172,616.33 | 60 | 103,569.80 |
| Employee: 3 Frank Klein | | | | | | | | |
| Target Pension | 113,982.33 | 28,634.00 | 30,000.00 | 0.00 | 0.00 | 172,616.33 | 60 | 103,569.80 |
| TOTALS FOR EACH ACCOUNT | | | | | | | | |
| Target Pension | | $85,902.00 | | $0.00 | | $517,848.99 | | |
| | $341,946.99 | | $90,000.00 | | $0.00 | | | $310,709.40 |
| GRAND TOTALS: | $341,946.99 | $85,902.00 | $90,000.00 | $0.00 | $0.00 | $517,848.99 | | $310,709.40 |

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/1998 THROUGH 12/31/1998

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | PCT | -----VESTED----- AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Employee: 1 Michael Most | | | | | | | | |
| Target Pension | 172,616.33 | 33,250.76 | 30,000.00 | 0.00 | 0.00 | 235,867.09 | 80 | 188,693.67 |
| Employee: 2 Frederick Knee | | | | | | | | |
| Target Pension | 172,616.33 | 33,250.75 | 30,000.00 | 0.00 | 0.00 | 235,867.08 | 80 | 188,693.67 |
| Employee: 3 Frank Klein | | | | | | | | |
| Target Pension | 172,616.33 | 33,250.76 | 30,000.00 | 0.00 | 0.00 | 235,867.09 | 80 | 188,693.67 |
| TOTALS FOR EACH ACCOUNT | | | | | | | | |
| Target Pension | | $99,752.27 | | $0.00 | | $707,601.26 | | |
| | $517,848.99 | | $90,000.00 | | $0.00 | | | $566,081.01 |
| GRAND TOTALS: | $517,848.99 | $99,752.27 | $90,000.00 | $0.00 | $0.00 | $707,601.26 | | $566,081.01 |

MWPTAP00187390

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/1999 THROUGH 12/31/1999

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | VESTED PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 235,867.09 | 48,190.59 | 30,000.00 | 0.00 | 0.00 | 314,057.68 | 100 | 314,057.68 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 235,867.08 | 48,190.58 | 30,000.00 | 0.00 | 0.00 | 314,057.66 | 100 | 314,057.66 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 235,867.09 | 48,190.59 | 30,000.00 | 0.00 | 0.00 | 314,057.68 | 100 | 314,057.68 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Target Pension | | $144,571.76 | | $0.00 | | $942,173.02 | | |
| | $707,601.26 | | $90,000.00 | | $0.00 | | | $942,173.02 |
| **GRAND TOTALS:** | $707,601.26 | $144,571.76 | $90,000.00 | $0.00 | $0.00 | $942,173.02 | | $942,173.02 |

MWPTAP00187391

SIXTHAVE

### ACCOUNT BALANCE SUMMARY
#### The Sixth Avenue Food Corp.
#### Target Benefit Pension Plan
#### FOR THE PLAN YEAR 01/01/2000 THROUGH 12/31/2000

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | VESTED PCT | VESTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 314,057.68 | 46,019.85 | 30,000.00 | 0.00 | 0.00 | 390,077.53 | 100 | 390,077.53 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 314,057.66 | 46,019.84 | 30,000.00 | 0.00 | 0.00 | 390,077.50 | 100 | 390,077.50 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 314,057.68 | 46,019.84 | 30,000.00 | 0.00 | 0.00 | 390,077.52 | 100 | 390,077.52 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Target Pension | | $138,059.53 | | $0.00 | | $1,170,232.55 | | |
| | $942,173.02 | | $90,000.00 | | $0.00 | | | $1,170,232.55 |
| **GRAND TOTALS:** | $942,173.02 | $138,059.53 | $90,000.00 | $0.00 | $0.00 | $1,170,232.55 | | $1,170,232.55 |

MWPTAP00187392

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2001 THROUGH 12/31/2001

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED-----  PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 390,077.53 | 60,468.36 | 35,000.00 | 0.00 | 0.00 | 485,545.89 | 100 | 548,545.89 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 390,077.50 | 60,468.36 | 35,000.00 | 0.00 | 0.00 | 485,545.86 | 100 | 548,545.86 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 390,077.52 | 60,468.36 | 35,000.00 | 0.00 | 0.00 | 485,545.88 | 100 | 485,545.88 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Target Pension | | $181,405.08 | | $0.00 | | $1,456,637.63 | | |
| | $1,170,232.55 | | $105,000.00 | | $0.00 | | | $1,456,637.63 |
| **GRAND TOTALS:** | $1,170,232.55 | $181,405.08 | $105,000.00 | $0.00 | $0.00 | $1,456,637.63 | | $1,456,637.63 |

MWPTAP00187393

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2002 THROUGH 12/31/2002

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | VESTED PCT | VESTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Employee: 1 Michael Most | | | | | | | | |
| Target Pension | 485,545.89 | 73,351.79 | 40,000.00 | 0.00 | 0.00 | 598,897.68 | 100 | 598,897.68 |
| Employee: 2 Frederick Knee | | | | | | | | |
| Target Pension | 485,545.86 | 73,351.79 | 40,000.00 | 0.00 | 0.00 | 598,897.65 | 100 | 598,897.65 |
| Employee: 3 Frank Klein | | | | | | | | |
| Target Pension | 485,545.88 | 73,351.79 | 40,000.00 | 0.00 | 0.00 | 598,897.67 | 100 | 598,897.67 |

TOTALS FOR EACH ACCOUNT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Target Pension | | $220,055.37 | | $0.00 | | $1,796,693.00 | | |
| | $1,456,637.63 | | $120,000.00 | | $0.00 | | | $1,796,693.00 |

GRAND TOTALS: $1,456,637.63 $220,055.37 $120,000.00 $0.00 $0.00 $1,796,693.00 $1,796,693.00

MWPTAP00187394

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2003 THROUGH 12/31/2003

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 598,897.68 | 66,889.67 | 40,000.00 | 0.00 | 0.00 | 705,787.35 | 100 | 705,787.35 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 598,897.65 | 66,889.66 | 40,000.00 | 0.00 | 0.00 | 705,787.31 | 100 | 705,787.31 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 598,897.67 | 66,889.67 | 40,000.00 | 0.00 | 0.00 | 705,787.34 | 100 | 705,787.34 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Target Pension | | $200,669.00 | | $0.00 | | $2,117,362.00 | | |
| | $1,796,693.00 | | $120,000.00 | | $0.00 | | | $2,117,362.00 |
| **GRAND TOTALS:** | $1,796,693.00 | $200,669.00 | $120,000.00 | $0.00 | $0.00 | $2,117,362.00 | | $2,117,362.00 |

MWPTAP00187395

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2004 THROUGH 12/31/2004

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 705,787.35 | 75,922.00 | 41,000.00 | 0.00 | 0.00 | 822,709.35 | 100 | 822,709.35 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 705,787.31 | 75,922.00 | 41,000.00 | 0.00 | 0.00 | 822,709.31 | 100 | 822,709.31 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 705,787.34 | 75,922.00 | 41,000.00 | 0.00 | 0.00 | 822,709.34 | 100 | 822,709.34 |

TOTALS FOR EACH ACCOUNT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Target Pension | $227,766.00 | | | $0.00 | | $2,468,128.00 | | |
| | $2,117,362.00 | | $123,000.00 | | $0.00 | | | $2,468,128.00 |

GRAND TOTALS: $2,117,362.00 $227,766.00 $123,000.00    $0.00    $0.00 $2,468,128.00    $2,468,128.00

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2005 THROUGH 12/31/2005

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Target Pension | 822,709.35 | 82,560.00 | 15,000.00 | 0.00 | 0.00 | 920,269.35 | 100 | 920,269.35 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Target Pension | 822,709.31 | 82,560.00 | 15,000.00 | 0.00 | 0.00 | 920,269.31 | 100 | 920,269.35 |
| **Employee: 3 Frank Klein** | | | | | | | | |
| Target Pension | 822,709.34 | 82,560.00 | 15,000.00 | 0.00 | 0.00 | 920,269.34 | 100 | 920,269.35 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Target Pension | | $247,680.00 | | $0.00 | | $2,760,808.00 | | |
| | $2,468,128.00 | | $45,000.00 | | $0.00 | | | $2,760,808.00 |
| **GRAND TOTALS:** | $2,468,128.00 | $247,680.00 | $45,000.00 | $0.00 | $0.00 | $2,760,808.00 | | $2,760,808.00 |

MWPTAP00187397

SIXTHAVE

ACCOUNT BALANCE SUMMARY
The Sixth Avenue Food Corp.
Target Benefit Pension Plan
FOR THE PLAN YEAR 01/01/2006 THROUGH 12/31/2006

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|

Employee: 1 Michael Most -- (terminated 12/31/2006 no break in service - paid this period)

| Target Pension | 920,269.35 | 124,876.65 | 44,000.00 | 0.00 | 1,089,146.00- | 0.00 | 100 | 0.00 |

Employee: 2 Frederick Knee -- (terminated 12/31/2006 no break in service - paid this period)

| Target Pension | 920,269.31 | 124,876.69 | 44,000.00 | 0.00 | 1,089,146.00- | 0.00 | 100 | 0.00 |

Employee: 3 Frank Klein -- (terminated 12/31/2006 no break in service - paid this period)

| Target Pension | 920,269.34 | 124,876.66 | 44,000.00 | 0.00 | 1,089,146.00- | 0.00 | 100 | 0.00 |

TOTALS FOR EACH ACCOUNT

| Target Pension | $374,630.00 | | | $0.00 | | $0.00 | | |
| $2,760,808.00 | | $132,000.00 | | $3,267,438.00- | | | $0.00 | |

GRAND TOTALS: $2,760,808.00 $374,630.00 $132,000.00        $0.00 $3,267,438.00-       $0.00        $0.00

MWPTAP00187398

*Planned Retirement Consultants
& Administrators, Inc.*

CONSULTING ACTUARIAL SERVICES

P. O. BOX 5126 • 555 GOFFLE ROAD • RIDGEWOOD, N. J. 07451-5126

TELEPHONE (201) 447-6010

FAX (201) 447-0913

January 7, 2009

Mr. Frederick Knee
138 Via Paradiso
Palm Beach, Florida 33418

Re:    **The Four Winds, Inc.
Retirement Trust**

Dear Mr. Knee:

As requested enclosed please find three (3) copies of the account balance summary for the above named
plan which details the contributions and ending balance for the entire life of the plan.

If you have any questions, please feel free to contact me.

Very truly yours,

Christopher D. Switaj,
Actuarial Assistant

CDS: ms
Enclosure

MWPTAP00187399

ACCOUNT BALANCE SUMMARY
The Four Winds, Inc.
Retirement Trust
FOR THE PLAN YEAR 01/01/1997 THROUGH 12/31/1997

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | VESTED PCT | VESTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Pension | 1,087,116.43 | 230,821.18 | 13,000.00 | 0.00 | 0.00 | 1,330,937.61 | 100 | 1,330,937.61 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Pension | 1,092,408.57 | 231,944.82 | 13,000.00 | 0.00 | 0.00 | 1,337,353.39 | 100 | 1,337,353.39 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Pension | | $462,766.00 | | $0.00 | | $2,668,291.00 | | |
| | $2,179,525.00 | | $26,000.00 | | $0.00 | | | $2,668,291.00 |
| **GRAND TOTALS:** | $2,179,525.00 | $462,766.00 | $26,000.00 | $0.00 | $0.00 | $2,668,291.00 | | $2,668,291.00 |

MWPTAP00187400

ACCOUNT BALANCE SUMMARY
The Four Winds, Inc.
Retirement Trust
FOR THE PLAN YEAR 01/01/1996 THROUGH 12/31/1996

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | VESTED PCT | VESTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Pension | 904,358.13 | 169,758.30 | 13,000.00 | 0.00 | 0.00 | 1,087,116.43 | 100 | 1,087,116.43 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Pension | 908,813.87 | 170,594.70 | 13,000.00 | 0.00 | 0.00 | 1,092,408.57 | 100 | 1,092,408.57 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Pension | | $340,353.00 | | $0.00 | | $2,179,525.00 | | |
| | $1,813,172.00 | | $26,000.00 | | $0.00 | | | $2,179,525.00 |
| **GRAND TOTALS:** | $1,813,172.00 | $340,353.00 | $26,000.00 | $0.00 | $0.00 | $2,179,525.00 | | $2,179,525.00 |

MWPTAP00187401

ACCOUNT BALANCE SUMMARY
The Four Winds, Inc.
Retirement Trust
FOR THE PLAN YEAR 01/01/1995 THROUGH 12/31/1995

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Employee: 1 Michael Most | | | | | | | | |
| Pension | 753,608.95 | 137,524.18 | 13,225.00 | 0.00 | 0.00 | 904,358.13 | 100 | 904,358.13 |
| | | | | | | | | |
| Employee: 2 Frederick Knee | | | | | | | | |
| Pension | 757,377.05 | 138,211.82 | 13,225.00 | 0.00 | 0.00 | 908,813.87 | 100 | 908,813.87 |
| | | | | | | | | |
| TOTALS FOR EACH ACCOUNT | | | | | | | | |
| | | | | | | | | |
| Pension | | $275,736.00 | | $0.00 | | $1,813,172.00 | | |
| | $1,510.986.00 | | $26,450.00 | | $0.00 | | | $1,813,172.00 |
| | | | | | | | | |
| GRAND TOTALS: | $1,510,986.00 | $275,736.00 | $26,450.00 | $0.00 | $0.00 | $1,813,172.00 | | $1,813,172.00 |

MWPTAP00187402

ACCOUNT BALANCE SUMMARY
The Four Winds, Inc.
Retirement Trust
FOR THE PLAN YEAR 01/01/1994 THROUGH 12/31/1994

| SOURCE OF FUNDS | BEGINNING BALANCE | GAIN (LOSS) | FUND CONTRIBUTION | FORFEITURES ALLOCATED | ADJUSTMENTS | ENDING BALANCE | -----VESTED----- PCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Employee: 1 Michael Most** | | | | | | | | |
| Pension | 639,891.17 | 100,717.78 | 13,000.00 | 0.00 | 0.00 | 753,608.95 | 100 | 753,608.95 |
| **Employee: 2 Frederick Knee** | | | | | | | | |
| Pension | 643,146.83 | 101,230.22 | 13,000.00 | 0.00 | 0.00 | 757,377.05 | 100 | 757,377.05 |
| **TOTALS FOR EACH ACCOUNT** | | | | | | | | |
| Pension | | $201,948.00 | | $0.00 | | $1,510,986.00 | | |
| | $1,283,038.00 | | $26,000.00 | | $0.00 | | | $1,510,986.00 |
| **GRAND TOTALS:** | $1,283,038.00 | $201,948.00 | $26,000.00 | $0.00 | $0.00 | $1,510,986.00 | | $1,510,986.00 |



Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00187404



MWPTAP00187405