**EXHIBIT C**

**Subject:** RE: Inter-Account Transfer Motion
**From:** "Cheema, Bik" <bcheema@bakerlaw.com>
**Date:** 4/7/2014 12:42 PM
**To:** "pjw@stim-warmuth.com" <pjw@stim-warmuth.com>

Dear Ms. Warmuth,

As discussed, to the extent your client wishes to participate in the hearing on the Inter-Account Issue Motion, please go ahead and we will ensure that his claim objection is added to the revised exhibit that is submitted to the Court for filing along with the Court's order.

Regards,

Bik

---

**From:** Cheema, Bik
**Sent:** Monday, April 07, 2014 12:27 PM
**To:** pjw@stim-warmuth.com
**Subject:** FW: Inter-Account Transfer Motion
**Importance:** High

Dear Ms. Warmuth,

Thank you for your email. I have tried to reach you on the phone number below but there is no answer/voicemail. Please call me at your convenience at 212-589-4613.

Regards,

Bik

---

**From:** Paula J. Warmuth [mailto:pjw@stim-warmuth.com]
**Sent:** Tuesday, April 01, 2014 4:04 PM
**To:** Cheema, Bik
**Subject:** Re: Inter-Account Transfer Motion

Dear Mr. Cheema:
I reviewed your declaration in support of the trustee's motion regarding the inter-account transfers. I do not see my client listed in exhibit 1. My client is Michael Most claim no. 002158. Objections to the trustee's determination of claim were filed February 8, 2010 docket no. 1873. The objections raise the inter-account transfer issue. A copy of the objections are attached. My firm was substituted in the place of Helen Chaitman. If you need to see the consent to change attorney and notice of appearance, let me know. They are filed under docket nos. 5056 and 5057. Please let me know why my client is not listed in exhibit 1.
--

Very Truly Yours,
PAULA J. WARMUTH/swii
att.
most-136

Stim & Warmuth, P.C.
2 Eighth Street
Farmingville, NY 11738
631-732-2000 (Telephone)
631-732-2662 (Fax)
Email: **pjw@stim-warmuth.com**
**www.stim-warmuth.com**

This message is intended only for the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us and delete the message.

In accordance with United States Treasury Department Circular 230, we advise you that any discussion of a federal tax issue in this communication is not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.