STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
SECURITIES INVESTOR PROTECTION             Adv. Proc. No.
CORPORATION,                               08-01789 (SMB)

              Plaintiff,            SIPA LIQUIDATION

      v.                                   (Substantively
                                       Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.
----------------------------------x
In Re:

BERNARD L. MADOFF,

             Debtor.
----------------------------------x

CERTIFICATE OF SERVICE

    PAULA J. WARMUTH does hereby affirm under the penalties of
perjury:

    I am not a party to this action.  I am over the age of 21
years.  I reside at 2 Eighth Street, Farmingville, New York.  I
am duly admitted to practice law in the State of New York and
in the Southern District of New York.

most-136

On May 15, 2014, I served the memorandum of law in opposition to inter-account transfer motion by electronically filing said document on this Court's ECF filing system and by mailing a true copy to:

Baker & Hostetler LLP
Attn: David J. Sheehan, Esq.
Attorneys for Trustee
45 Rockefeller Plaza
New York, NY 10111

Securities Investor Protection Corporation
Attn: Kevin H. Bell, Esq.
805 15th Street, N.W.
Suite 800
Washington, DC 20005

which address was designated by said attorney(s) or person(s), by depositing it enclosed in a postpaid properly addressed wrapper by first class mail [if excess of weight limit for first class mail, by priority mail] in the post office or official depository at Farmingville, New York State under the exclusive care and custody of the United States Postal Service.

Dated:  Farmingville, NY
        May 15, 2014

                        STIM & WARMUTH, P.C.

                    By: /s/ _____
                        PAULA J. WARMUTH
                        Attorney for Claimant, Michael Most
                        2 Eighth Street
                        Farmingville, NY 11738
                        Telephone:  631-732-2000
                        Facsimile:  631-732-2662
                        Paula J. Warmuth

2

Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com