**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Justin T. Winquist

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br><br>           v.<br><br>HARRY PECH and JEFFREY PECH, individually and in their capacities as joint tenants with rights of survivorship,<br><br>           Defendants. | Adv. Pro. No. 10-04858 (SMB) |

## **NOTICE OF MEDIATOR SELECTION**

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on April 30, 2014 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 29], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to or upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register the Honorable Francis G. Conrad, United States Bankruptcy Judge (Ret.) from Cross-Continental Arbitration and Mediation Services, to act as Mediator in this matter. The Parties further agree to contact the Honorable Francis G. Conrad as soon as practicable after this Notice of Mediator Selection is filed with the Court.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York

May 14, 2014

| /s/ Nicholas J. Cremona | /s/ Gabrielle J. Pretto |
|---|---|
| BAKER & HOSTETLER LLP | LAX & NEVILLE, LLP |
| 45 Rockefeller Plaza | 1412 Broadway, Suite 1407 |
| New York, NY 10111 | New York, New York 10018 |
| Telephone: (212) 589-4200 | Telephone: 212.696.1999 |
| Facsimile: (212) 589-4201 | Facsimile: 212.566.4531 |
| David J. Sheehan | Gabrielle J. Pretto |
| e-mail: dsheehand@bakerlaw.com | Email: gpretto@laxneville.com |
| Nicholas J. Cremona | Brian J. Neville |
| email: ncremona@bakerlaw.com | Email: bneville@laxneville.com |
| Justin T. Winquist | Barry R. Lax |
| Email: jwinquist@bakerlaw.com | Email: blax@laxneville.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for HARRY PECH and JEFFREY PECH, individually and in their capacities as joint tenants with rights of survivorship*

3