**KLESTADT & WINTERS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott

*Attorneys for Defendants Lewis Alpern, Jane Alpern,
Gertrude E. Alpern Revocable Trust, and
The Estate of Gertrude E. Alpern*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>            v.<br><br>GERTRUDE E. ALPERN REVOCABLE TRUST, ROBERTA SCHWARTZ TRUST, PAUL ALPERN RESIDUARY TRUST, LEWIS ALPERN, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as beneficiary of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, THE ESTATE OF | Adv. Pro. No. 10-04327 (BRL) |

| |
|---|
| GERTRUDE E. ALPERN, JANE ALPERN, as beneficiary of the Gertrude E. Alpern Revocable Trust, JONATHAN SCHWARTZ, as beneficiary of the Gertrude E. Alpern Revocable Trust, and, ROBERTA SCHWARTZ, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settler and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta Schwartz Trust,<br><br>                    Defendants. |

## CERTIFICATE OF SERVICE

1. I am an attorney admitted to practice before this Court.

2. On May 14, 2014 the document listed below was filed electronically via the Court's CM/ECF System.

   - **Defendants' First Amended Answer With Affirmative Defenses**

3. Electronic notice of the filing of the Answer was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Answer through the Court's CM/ECF System.

4. Copies of the Answer were also served on May 15, 2014 via USPS First Class Mail, postage prepaid, return service requested to those parties listed on the attached Service List.

I declare, pursuant to USC Title 28 § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 15, 2014

                                        */s/Brendan M. Scott*
                                        Brendan M. Scott

## SERVICE LIST

Marc Hirschfield, Esq.
Oren J. Warshavsky, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin Bell, Esq.
Lauren Attard, Esq.
Securities Investor Protection Corporation
805 15th Street NW, Suite 800
Washington, DC 20005