**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br>EPIC VENTURES, LLC and ERIC P. STEIN, individually, and as Managing Member of EPIC VENTURES, LLC,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04466 (SMB) |

## STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his special counsel, Windels Marx Lane & Mittendorf, LLP, and defendants Epic Ventures, LLC and Eric P. Stein (together, the "Defendants"), by and through their counsel, Dentons US LLP (collectively, the "Parties"), represent as follows:

{10954210:2}

**WHEREAS**, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "LPO") [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]; and

**WHEREAS,** the Trustee commenced this action (the "Adversary Proceeding") by filing a complaint (the "Complaint") on November 30, 2010 [Dkt. No. 1]; and

**WHEREAS**, pursuant to stipulation filed on January 16, 2014 [Dkt. No. 23], the Defendants' time to respond to the Complaint was most recently extended to July 18, 2014; and

**WHEREAS**, pursuant to the Notice of Applicability filed by the Trustee in this Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the LPO and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter; and

**WHEREAS**, under the Avoidance Procedures, "the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan (the 'Initial Case Conference')" within 30 days after an answer is filed (the "Initial Case Conference Period"); and

**WHEREAS**, the Defendants filed an answer to the Complaint on April 17, 2014 [Dkt. No. 27]; and

**WHEREAS**, the parties have agreed to extend the Initial Case Conference Period in this Adversary Proceeding, which would otherwise end on May 17, 2014;

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, the following:

1.  The Initial Case Conference Period is hereby extended to August 18, 2014, or 30 days after July 18, 2014.

2. The Initial Case Conference in this Adversary Proceeding will be held on a date to be agreed upon by the parties which is within 30 days of July 18, 2014.

| | |
|---|---|
| Dated: New York, New York<br>May 15, 2014 | By: /s/ Howard L. Simon<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>Yani Indrajana Ho (yho@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |
| Dated: New York, New York<br>May 15, 2014 | By: /s/ Carole Neville<br>Carole Neville (carole.neville@dentons.com)<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6889<br>Facsimile: (212) 768-6800<br><br>*Attorney for Defendants* |

SO ORDERED ON May 16th, 2014:

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE