RADOSH PARTNERS
2533 NE 26 Avenue
Lighthouse Point, FL 33064

RE: Bernard L. Madoff Investment Securities LLC, in Liquidation
December 11, 2008

Withdrawal of Opposition to Trustee's Determination in
Claim 011415 (RADOSH PARTNERS)

Attention is drawn to Withdrawals of Oppositions in Claims of
Individual Members of RADOSH PARTNERS, Claims 014894
(Laura), 014895 (Lee), 014896 (Katherine), 014897(Burnett and
Katherine JTWOS), 014898(Burnett), xxxxxx*(Jeremy)

8 May 2014

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

And

Clerk of the US Bankruptcy Court for the SDNY
One Bowling Green
New York, NY 10004



RECEIVED
MAY 12 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Greetings:

**RADOSH PARTNERS hereby withdraws its Opposition to the Trustee's Determination of Claim, SIPC Claim #011415,** (except if a Federal Law should be enacted that retroactively modifies the net investment method used by the Trustee with applicability to the BLMIS situation, the Opposition may be reinstated). The reason for the withdrawal is that RADOSH PARTNERS would still be an ineligible "net winner" even if it were it to prevail on its unique "transfer" issues. This withdrawal will then save the parties and the Court the burden of litigating these unique issues alongside an already well-populated group of SIPC claimants who also have transfer issues of their own.

Please note that all of the Oppositions of the individual members of RADOSH PARTNERS who submitted their own claims contain the following language:

"On the other hand, if CICO prevails on final appeal, it is requested that this Opposition be withdrawn."

Presumably the Trustee correctly already considers these Oppositions as withdrawn, because none of these Claims are listed with the Motion, Memorandum of Law, and Declaration of Bik Cheema, all dated

31 March 2014, and the Exhibits thereto do contain the footnote "This exhibit excludes claims and objections raising the Inter-Account Transfer issue that have since been withdrawn."

*I regret I cannot give the Claim # for Jeremy Lee Radosh. Probably 014892 or 014899. Alaric, who I believe did not file an Opposition, had a Claim # of 014893, so I can account for 014893 thru 014898.

Respectfully,

RADOSH PARTNERS
By Burnett H. Radosh

Copy furnished:

Michael I. Goldberg, Esq., Akerman LLP
(Mr. Goldberg represents us in the clawback action, but we are Pro Se with regard to the SIPC Claims).