**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | |
| Plaintiff-Applicant, | ) ) | Adv. Pro. No. 08-01789 (BRL) |
| v. | ) ) | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) ) | (Substantively Consolidated) |
| Defendant. | ) ) | |
| In re: | ) ) ) | |
| BERNARD L. MADOFF, | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING THE DIANA MELTON TRUST DATED 12/05/05 UNOPPOSED MOTION FOR BRIEF TWO (2) DAY EXTENSION OF TIME TO FILE ITS OPPOSITION TO TRUSTEE'S INTER-ACCOUNT TRANSFER MOTION**

Pursuant to the Local Rules and upon consideration of the Unopposed Motion for Brief Two (2) Day Extension of Time to File its Opposition to Trustee's Inter-Account Transfer Motion (the "Motion"), filed by The Diana Melton Trust Dated 12/05/05 ("DMT"), and the Court having reviewed the Motion and the papers submitted therewith; and based upon the record of the case; **and the movant's representation that the Trustee does not oppose the requested relief,** and the Court having determined that the relief requested in the Motion is appropriate; and good and sufficient cause appearing therefore; it is hereby; **[SMB 5/15/14]**

~~ORDERED that the Motion is granted; and it is further~~ **[SMB 5/15/14]**

ORDERED that DMT shall have through and including Wednesday, May 21, 2014, to file its Opposition to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts.

Dated: New York, New York
May 15th , 2014

/s/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE