**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, ESTATE OF MARK D. MADOFF, STEPHANIE S. MACK, and DEBORAH MADOFF,<br><br>             Defendants. | Adv. Pro. No. 09-1503 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date by which Defendants Stephanie S. Mack and Deborah Madoff (individually and collectively, the "Defendants") may move, answer or otherwise respond to the Second Amended Complaint (the "Complaint") filed in the above-captioned adversary proceeding is extended up to and including June 18, 2014.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represent that, to the best of their knowledge, as of the date of this stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding (the "Client Defendants") are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agree to notify the Trustee in writing of the death of any Client Defendant within the later of thirty (30) days of the date of such Client Defendant's death or five (5) days of the date Counsel learns of the death (unless Counsel knows that the Trustee is already aware of the death), and to provide to the Trustee the county and state of residence at the time of death of the deceased Client Defendant; and (iii) expressly agree to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Client Defendant's estate or personal

2

representative/executor and/or (c) advising the Trustee who will represent the deceased Client Defendant's estate herein and in any probate proceeding. For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5600) in the above-captioned case (No. 08-01789 (SMB)).

Dated: May 16, 2014

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lauren Resnick
Email: lresnick@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

COOLEY LLP

By:  */s/ Laura Grossfield Birger*
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212.479.6000
Facsimile: 212.479.6275
Alan Levine
Email: alevine@cooley.com
Laura Grossfield Birger
Email: lbirger@cooley.com

*Attorneys for Defendant Stephanie S. Mack*

      Pg 4 of 4

COHEN & GRESSER LLP

By: */s/ Daniel H. Tabak*
800 Third Avenue
New York, New York 10022
Telephone: 212.957.7600
Facsimile: 212.957.4514
Mark S. Cohen
Email: mcohen@cohengresser.com
Daniel H. Tabak
Email: dtabak@cohengresser.com

*Attorneys for Defendant Deborah Madoff*