Susan F. Balaschak (SB 1901)
Michael I. Goldberg (MG 0869)
**AKERMAN LLP**
666 Fifth Avenue, 20th Floor
New York, NY 10103
Phone: (212) 880-3800
Fax: (212) 880-8965

*Counsel for The Mittlemann Family Foundation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**SECURITIES INVESTOR PROTECTION**
**CORPORATION,**                                                      Adv. Pro. No. 08-01789 (BRL)

    **Plaintiff- Applicant,**                              SIPA LIQUIDATION

v.

**BERNARD L. MADOFF INVESTMENT**                 (Substantively Consolidated)
**SECURITIES, LLC,**

    **Defendant.**
_____
**In re:**

**BERNARD L. MADOFF,**

    **Debtor.**
_____

**JOINDER OF INTERESTED PARTY, THE MITTLEMAN FAMILY FOUNDATION, IN SAMDIA FAMILY, LP'S MEMORANDUM OF LAW IN OPPOSITION TO THE TRUSTEE'S INTER-ACCOUNT TRANSFER MOTION AND ALL OTHER OBJECTIONS TO THE TRUSTEE'S INTER-ACCOUNT TRANSFER MOTION**

    Interested party, **THE MITTLEMANN FAMILY FOUNDATION,** (hereafter the "Foundation"), hereby files its Joinder in Samdia Family, LP's Memorandum of Law In Opposition to the Trustee's Inter-Account Transfer Motion and all other objections to the Trustee's Inter-Account Transfer Motion, and states:

    1.    The Foundation had an account at Bernard L. Madoff Securities, LLC ("BMLIS") bearing Account Number 1KW357 (the "Account").

    2.    The Foundation filed Claim Numbers 003353, 100256, 100359, 100418, 100429 and 003370 (the "Claims"), with respect to the Account.

{28693194;1}

3. Irving H. Picard (the "Trustee") sent the Foundation a Determination of Claims dated July 28, 2010 whereby he objected to the Claims.

4. The Foundation filed an Objection to the Trustee's Determination of Claims on August 26, 2010 [ECF No. 2901].

5. The Trustee filed Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (the "Motion") on March 31, 2014, [ECF No. 6084].

6. The Foundation Objects to the Motion and joins the objection filed by Samdia Family, LP's Memorandum of Law In Opposition to the Trustee's Inter-Account Transfer Motion. [ECF No. 6640].

7. Additionally, the Foundation joins in the objections filed by all other parties to the Motion.

Dated: New York, NY
May 16, 2014

                Respectfully submitted,

                **AKERMAN, LLP**

                By: /s/ Susan F. Balaschak
                Email: susan.balaschak@akerman.com
                335 Madison Avenue, Suite 2600
                New York, NY 10017
                Phone: (212) 880-3800
                Fax: (212) 880-8965

                Michael I. Goldberg (MG 0869)
                Email: michael.goldberg@akerman.com
                Las Olas Centre II, Suite 1600
                350 East Las Olas Boulevard
                Fort Lauderdale, FL 33301-2229
                Phone: (954) 463-2700
                Fax: (954) 463-2224

                *Counsel for Defendant Mittlemann Family Foundation*

{28693194;1}