| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 968-6000<br>David Parker<br>Matthew J. Gold | Hearing Date:  June 19, 2014<br>Hearing Time:  10:00 a.m. |

Counsel for Lawrence Elins

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                                              :    Adv. Pro. No. 08-01789 (SMB)
                                                                           :
                           Plaintiff,                              :    SIPA Liquidation
                                                                           :
                 v.                                                    :   (Substantively Consolidated)
                                                                           :
BERNARD L. MADOFF INVESTMENT   :
SECURITIES LLC,                                          :
                                                                           :
                           Defendant.                          :
------------------------------------------------------------x:
                                                                           :
In re:                                                                 :
                                                                           :
BERNARD L. MADOFF,                              :
                                                                           :
                           Debtor.                                :
------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

    I, **MATTHEW J. GOLD**, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On May 16, 2014, I served a true copy of the Objection of Lawrence Elins to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between Accounts, by email, addressed to the email address of the addressees as indicated below:

MGOLD\255104.1 - 05/16/14

Baker & Hostetler LLP

David J. Sheehan   Email: dsheehan@bakerlaw.com
Marc E. Hirschfield   Email: mhirschfield@bakerlaw.com

SIPC

Josephine Wang   Email: jwang@sipc.org
Kevin H. Bell    Email: kbell@sipc.org

                                         /s/ Matthew J. Gold
                                            Matthew J. Gold

Dated:  May 16, 2014

MGOLD\255104.1 - 05/16/14