| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Aaron Blecker | 3907 | No | 1B0022 | Aaron Blecker | 961 |
| Aaron Blecker | 3906 | No | 1B0156 | Aaron Blecker Rev. Trust U/A/D 3/15/07 | 2383 |
| Adele Shapiro | 3856 | No | 1S0295 | Adele Shapiro | 2707 |
| Angela Tiletnick | 9167 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 9591 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100136 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100153 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Aaron Blecker | 3900 | No | 1B0157 | Arthur Blecker and Sofie Blecker JT/WROS | 3072 |
| Barbara Engel | 869 | No | 1.00E+143 | Barbara Engel | 2353 |
| Barbara Kotlikoff Harman | 1418 | Yes | 1H0099 | Barbara Kotlikoff Harman | 2443 |
| Ben Heller | 13764 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 13765 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 14058 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 14059 | Yes | 1H0022 | Ben Heller | 1082 |
| Benjamin T. Heller Irrevocable Trust | 14192 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 14193 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 14251 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 14252 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Beth P. Feldman As Trustee | 2837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee | 2838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee | 2837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee | 2838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Bruce N Palmer | 885 | Yes | 1EM494 | Bruce N Palmer | 2364 |
| Carol Fisher | 487 | No | 1F0116 | Carol Fisher | 2369 |
| Carol Fisher | 488 | No | 1F0116 | Carol Fisher | 2369 |
| Carol Kamenstein | 184 | Yes | 1CM914 | Carol Kamenstein | 550 |
| Chalek Associates LLC | 6938 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| David Chalek | 14189 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Frances Reiss | 13179 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Frances Reiss | 13179 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Isabel Chalek | 14190 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Jessica Decker | 14346 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Jessica Decker | 14346 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| John Tzannes Trust | 14944 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Mitchel Chalek | 14191 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Morton Chalek | 898 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 13177 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 13177 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Peter Tzannes | 15021 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Peter Tzannes | 15021 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Richard Mark Chalek | 13741 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Richard Mark Chalek | 13741 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Robin Tzannes | 15022 | Yes | 1C1229 | Chalek Associates LLC | 3472 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 13646 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| David Drucker | 10715 | No | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 3851 | Yes | 1S0297 | David Shapiro Nominee | 2713 |
| David Shapiro | 3851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 3851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| Hilda Drucker | 10228 | No | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2775 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 13430 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 13430 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 13430 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| Myra M. Levine | 9397 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Myra M. Levine | 9397 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 9660 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Naomi Karp | 9660 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 9660 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro | 3850 | Yes | 1K0118 | David Shapiro Nominee 4 | 2722 |
| David Shapiro Nominee | 3848 | Yes | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Elaine Langweiler | 10899 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Frederick H Mandel (Partner) | 14728 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Irving M Sonnenfeld | 11045 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Deborah Shapiro | 3855 | No | 1S0301 | Deborah Shapiro | 2725 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Edwin Michalove | 755 | Yes | 1M0105 | Edwin Michalove | 2338 |
| Elaine R. Schaffer | 9540 | No | 1ZA309 | Elaine R Schaffer Or Carla R Hirschhorn Ttees | 577 |
| Estate Of Gabriel Friedman C/O Richard Friedman Executor | 11388 | Yes | 1F0227 | Estate Of Gabriel Friedman C/O Of Richard Friedman | 2871 |
| Boyer H. Palmer | 12176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Boyer H. Palmer | 12176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Boyer H. Palmer | 12176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 9582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 9582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 9582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Fern C. Palmer | 12193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C. Palmer | 12193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C. Palmer | 12193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Frieda Low | 1543 | Yes | 1L0147 | Frieda Low | 2003 |
| Glenn Rechler | 7218 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Glenn Rechler | 7504 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Gunther Unflat | 734 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| Gunther Unflat | 735 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Herbert Barbanel & Alice Barbanel NT Wros | 1393 | Yes | 1B0168 | Herbert Barbanel & Alice Barbanel NT Wros | 1081 |
| Jonathan Schwartz As Trustee Fbo Nancy M Riehm | 4891 | No | 1ZB496 | Jonathan Schwartz As Trustee FBO Nancy M Riehm | 2774 |
| Keith Schaffer | 11596 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Keith Schaffer | 100399 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Kenneth M Kohl & Myrna Kohl | 204 | Yes | 1ZB286 | Kenneth M Kohl & Myrna Kohl Jt/Wros | 575 |
| Kurt C. Palmer | 8191 | Yes | 1EM493 | Kurt C Palmer | 2073 |
| Theresa R Ryan | 856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3093 |
| Theresa R Ryan | 856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3084 |
| Marjorie Forrest | 698 | No | 1ZB450 | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1068 |
| Martin R. Harnick | 9772 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| Steven P. Norton | 9834 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| NTC & Co. Fbo Denis Casteli (19988) | 2488 | Yes | 1C1301 | Millennium Trust Company, LLC FBO Denis Castelli (19988) | 3022 |
| Gunther K. Unflat | 732 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |
| Gunther K. Unflat | 733 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |
| Manuel O Jaffe Md | 2167 | Yes | 1J0030 | Millennium Trust Company, LLC FBO Manuel O Jaffe (046272) | 2219 |
| Richard M Friedman | 2096 | Yes | 1F0134 | Millennium Trust Company, LLC FBO Richard M Friedman 115385 | 2862 |
| NTC & Co. Fbo Robert Halio (26849) | 2007 | No | 1ZR140 | Millennium Trust Company, LLC FBO Robert Halio (26849) | 606 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Robert Yaffe | 9613 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100138 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100152 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Mishkin Family Trust | 4174 | Yes | 1ZA030 | Mishkin Family Trust | 608 |
| NTC & Co. FBO Adele Fox (111257) | 2270 | Yes | 1F0125 | NTC & Co. FBO Adele Fox (111257) | 2354 |
| Elaine R. Schaffer | 100140 | No | 1ZR013 | Ntc & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| Elaine Ruth Schaffer | 9541 | No | 1ZR013 | NTC & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| NTC & Co Fbo Jeffrey Shankman (111772) | 2908 | Yes | 1S0277 | NTC & Co. FBO Jeffrey Shankman (111772) | 1028 |
| Marsh Peshkin Ira | 2628 | No | 1ZR312 | NTC & Co. FBO Marsha Peshkin (028652) | 439 |
| NTC & Co. Fbo Steven C. Schupak (096898) | 2977 | Yes | 1ZR332 | NTC & Co. FBO Steven C Schupak (096898) | 3503 |
| Blake Palmer | 14215 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Blake Palmer | 14215 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Boyer Palmer | 12944 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Boyer Palmer | 12944 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Bret Palmer | 12945 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Bret Palmer | 12945 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Ca!lie A. Ostenson/Murray | 12927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 3139 |
| Callie A. Ostenson/Murray | 12927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |
| Dana Lefavor | 12931 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Dana Lefavor | 12931 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Heidi Holmers | 12928 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Heidi Holmers | 12928 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Kelly Bunch | 12926 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Kelly Bunch | 12926 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Megan Bunch | 12982 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Megan Bunch | 12982 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Oscar Palmer | 13011 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Oscar Palmer | 13011 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Palmer Family Trust | 4451 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |
| Ryan Murray | 12917 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Ryan Murray | 12917 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Sophia Palmer | 13027 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Sophia Palmer | 13027 | Yes | lEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Pamela K. Marxen | 8083 | Yes | 1EM490 | Pamela K Marxen | 2072 |
| Philip E. Miller | 620 | Yes | 1M0187 | Philip E Miller Steven A Miller TIC | 2370 |
| Robert K. Low | 1547 | Yes | 1L0149 | Robert K Low | 2004 |
| Roberta Schwartz | 2946 | Yes | 150324 | Roberta Schwartz Trust U/A/D 2/11/08 | 2875 |
| Robin L. Warner & Jon Warner | 883 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner & Jon Warner | 100350 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner & Jon Warner | 100360 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner & Jon Warner | 100422 | No | 1ZA319 | Robin L Warner | 2030 |
| Rona Mast | 1432 | No | 1M0101 | Rona Mast | 2437 |
| Rona Mast | 15655 | No | 1M0101 | Rona Mast | 2437 |
| Sage Realty c/o Malcolm Sage | 10157 | Yes | 1S0316 | Sage Realty | 2297 |
| Sandy Sandler | 4076 | Yes | 1S0268 | Sandy Sandler | 2405 |
| Sloan G. Kamenstein | 177 | Yes | 1CM597 | Sloan G Kamenstein | 551 |
| Steven J Andelman | 13045 | Yes | 1ZA111 | Steven J Andelman | 2418 |
| Susan R Andelman | 13046 | Yes | 1ZA112 | Susan R Andelman | 2418 |
| Benjamin Rechler Trust C/O Mitchell Rechler | 4179 | Yes | 1R0081 | The Benjamin Ian Rechler Trust | 2838 |
| The Gaba Partnership | 2307 | No | 1ZA901 | The Gaba Partnership | 640 |
| Willi Rechler Trust C/O Mitchell Rechler | 4180 | Yes | 1R0082 | The Willi Rechler Trust | 2840 |

{N0045965-5}    7

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Theresa R Ryan & Lawrence J Ryan Trustees | 852 | Yes | 1R0133 | Theresa R Ryan Lawrence J Ryan Trustees | 2836 |
| Timothy Shawn Teufel And Valerie Anne Teufel | 1996 | Yes | 1KW143 | Timothy Shawn Teufel And Valerie Anne Teufel | 2038 |
| Timothy S Teufel | 1995 | Yes | 1KW219 | Timothy Teufel | 2037 |
| Tracy D. Kamenstein | 189 | Yes | 1CM596 | Tracy D Kamenstein | 552 |
| WDG Associates Inc Retirement Trust | 2036 | No | 1ZA538 | WDG Associates Inc Retirement Trust | 616 |