BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 20, 2014 AT 10:00 A.M.**

**Contested Matter:**

1.   Motion of the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust for (I) a Hearing to Determine Allowance of Claims and (II) Entry of an Order Allowing the Trust Claimants' Claims and Granting Related Relief (Filed: 2/7/14) [ECF No. 5645]

**Oppositions Filed:**

2.   Memorandum of Law in Opposition to the Motion of the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder

       Unitrust for Entry of an Order Allowing the Trust Claimants' Claims (Filed: 3/31/14) [ECF No. 6081]

         A. Declaration of Vineet Sehgal in Support of the Trustee's Opposition to Motion of the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust for Entry of an Order Allowing the Trust Claimants Claims (Filed: 3/31/14) [ECF No. 6082]

3. Memorandum of Law of the Securities Investor Protection Corporation in Opposition to the Fishman Claimants' Motion Regarding Inter-Account Transfers (Filed: 3/31/14) [ECF No. 6080]

**Reply Filed:**

4. Reply in Further Support of the Motion of the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust for (I) a Hearing to Determine Allowance of Claims and (II) Entry of an Order Allowing The Trust Claimants' Claims and Granting Related Relief (Filed: 4/14/14) [ECF No. 6221]

**Related Filings:**

5. Objection To Trustee's Determination of Claim by Irrevocable Charitable Remainder Trust of Yale Fishman (Filed: 5/25/10) [ECF No. 2337]

6. Objection To Trustee's Determination of Claim by Glenn Akiva Fishman Charitable Remainder Unitrust (Filed 5/26/10) [ECF No. 2341]

7. Objection to Trustee's Determination of Claim of Judaic Heritage Foundation, Inc. by Judaic Heritage Foundation, Inc. (Filed: 11/11/10) [ECF No. 3143]

8. February 10, 2014 Letter to Judge Bernstein in Response to Motion of Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust filed on February 7, 2014 [ECF No. 5652]

9. February 11, 2014 Letter to Judge Bernstein in Response to Trustee's Letter of February 10, 2014 [ECF No. 5657]

10. February 14, 2014 Letter to Judge Bernstein in Response to Letter Submitted by Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust on February 11, 2014 [ECF No. 5658]

Status: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>May 16, 2014 | Respectfully submitted,<br><br>*/s/ Nicholas J. Cremona*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Amy E. Vanderwal<br>Email: avanderwal@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>Bik Cheema<br>Email: bcheema@bakerlaw.com<br><br>Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff |

- 3 -