# EXHIBIT A

JUN 14 2002



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 11th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please Direct mail to:
P.O. Box 173785
Denver, CO 80217-3785
303-294-5959

# Traditional IRA Transfer/Rollover Form

RECEIVED JUN 13 2002 RETIREMENT ACCOUNTS, INC.

(Please do not use this form for Roth IRA conversions or transfers.)

**Section 1 - Current (Resigning) Trustee Information** Complete for Transfers and Direct Rollovers *(Please type or print in black ink)*
Note: Please complete all sections or your request may be delayed.)

Current (Resigning) Trustee: Superweb Press Def Benefit Plan (currently at Bernard Madoff)
Mailing Address: R. Peshkin Trustee
1416 Harbour Point Dr.
City / State / Zip: North Palm Beach FL 33410

Current (Resigning) Trustee Account Number: 1-ZB039-3
Telephone (include area code): (561) 691-0220

**Section 2 - IRA Account Owner Information**
*(Please type or print in black ink.)*

Retirement Accounts, Inc. #
(If new account, attach application): 03103f028652

Your Name: Marsha Peshkin
Social Security #:

Mailing Address: 1416 Harbour Point Dr.
Date of Birth: 7/25/1953

City / State / Zip: North Palm Beach, FL 33410
Telephone (home): 561-691-0220
(business): SAME

**Section 3 - Transfer/Direct Rollover/Rollover Option**

**This will be a** *(choose one)*:

☐ **Transfer:** Describes the movement of cash and/or assets directly <u>between IRA Trustees</u> without distribution to an individual. As such, no tax forms are generated by either Trustee.

☑ **Direct Rollover:** Describes a movement of cash and/or assets that takes place directly <u>between the Trustee of a business retirement plan</u> (such as a profit sharing, money purchase, defined benefit, etc.), <u>or the administrator of a 403(a) or (b) annuity, and the Trustee of an IRA</u>. By *directly* rolling an eligible rollover distribution to this Retirement Accounts, Inc. (RAI) IRA (as opposed to receiving an outright distribution as described below under "Rollover"), an individual can avoid the mandatory 20% federal income tax withholding imposed on such distributions.

☐ **Rollover:** Describes a cash and/or asset contribution to an IRA <u>by an individual</u> within sixty (60) days of receipt of the eligible rollover distribution. To make a rollover, an individual must have received an eligible distribution directly from the Trustee of a business retirement plan (such as a profit sharing, money purchase, defined benefit, etc.). The individual may roll over all or any part of the actual amount received and, if the distribution was from a business retirement plan or 403(a) or (b) annuity (thus subject to the mandatory 20% federal income tax withholding), he/she may roll over up to 100% of the distribution by making up the 20% difference that was previously withheld.

**Section 4 - Asset List and Instructions**

*Please complete all information requested below. Please provide a copy of your most recent account statement with the current (resigning) Trustee for your assets with this form.* This transfer or direct rollover will be a *(choose one)*:

☑ Complete Transfer

  ☐ Liquidate all assets and transfer cash to RAI

  ☐ Reregister all assets and transfer cash balance

  ☐ Follow individual asset instructions below

☐ Partial Transfer

  ☐ Cash only $ _____

  ☐ Follow individual asset instructions below

| Liquidate | Reregister | Asset Description | Specify all or # of shares | Acct. # | Approx. Value |
|---|---|---|---|---|---|
| ☐ | ☑ | Madoff Acct # 000 990 309 | ALL | 1-ZB039-3 | $730,000 |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**THIS FORM MUST BE SIGNED ON PAGE 2.**
*(Continued on the reverse side.)*

## RAI IRA Transfer/Rollover Form *(continued)*

Please reregister assets and/or send checks to
Retirement Accounts, Inc. (TTE)
FBO|Marshat sslukin *(Account Owner's name)*
RAI Account # _____
P.O. Box 173785
Denver, CO  80217-3785
Make checks payable to Retirement Accounts, Inc. *

RAI's Tax ID number is 84-1314088.

*RAI reserves the right to hold any check over $100,000 up to 7 days to ensure proper clearing. If you have an immediate purchase, you may want to wire the funds to RAI.

For wiring or overnight delivery of funds, please check a box below.

❑ *Please wire funds to:*
Bank of New York
ABA #021000018
To Credit Retirement Accounts
Account #8900382740
FFC (For Further Credit)
Client Name _____
Account # _____

❑ *Please overnight funds to:*
Retirement Accounts, Inc.
717 17th St., Suite 1700
Denver, CO  80202-3323

### Section 5 - Broker-Dealer Information
*It is important that this section be completed so that your Designated Representative will continue to receive information from the fund or partnership.*

Dealer Name _____

Dealer Number _____

Branch Number _____

Branch Address _____

_____

Designated Representative's Name _____

Designated Representative Number _____

Designated Representative's
Phone Number _____

Designated Representative's
Signature **X** _____

Date _____

### Section 6 - Signatures

I certify that I have read the description for the transaction I have chosen and understand and agree to all its terms. In the case of a transfer or direct rollover, the Current (Resigning) Trustee is authorized to send cash and/or assets to RAI as specified. In the case of a rollover, I understand it is solely my responsibility to determine the validity of any rollover contribution and to initiate and make such rollover deposit. By execution of this form, I waive and will hold RAI harmless from any and all claims, including but not limited to damages, court costs, legal fees and cost of investigation arising as a result of the IRA transfer, direct rollover, or rollover transaction(s) associated with this form.

IRA Account Owner's
Signature **X** _____

Date _____

Signature Guaranteed by _____

Name of Firm or Bank _____

Signature of Officer
and Title **X** _____

### Age 70½ Notice
If you are age 70½ or older in this calendar year (or are a spouse-beneficiary of such individual), you must receive the required minimum distribution from the transferring/distributing plan. Therefore, you may only transfer or roll over amounts other than the required minimum distribution. Please contact your tax advisor and current trustee regarding payment of the minimum distribution.

### Acceptance by Retirement Accounts, Inc.
*(To be completed by Retirement Accounts, Inc.)*

Retirement Accounts, Inc. hereby accepts the appointment as Trustee of the assets listed on this form. This acceptance is not to be construed as validation of any rollover or direct rollover contribution, if any.

By (Authorized Signature) _____

Title    RETIREMENT ACCOUNTS, INC.

Date    BY: _____
Authorized Signer
JUN 14 2002

## Checklist

Please make sure that you have completed all of the following:

❑ Current (Resigning) Trustee Information *(Section 1)*.

❑ Account Owner Information *(Section 2)*.

❑ Transfer/Direct Rollover/Rollover Option *(Section 3)*.

❑ Asset List and Instructions *(Sections 4)*.

❑ Current Trustee Account Statement.

❑ Signatures *(Section 6)*.

## RAI IRA Transfer/Rollover Form (continued)

Please reregister assets and/or send checks to
Retirement Accounts, Inc. (TTE)
FBO _Marsha Peskin_ (Account Owner's name)
RAI Account # _____
P.O. Box 173785
Denver, CO  80217-3785
Make checks payable to Retirement Accounts, Inc. *

RAI's Tax ID number is 84-1314088.

*RAI reserves the right to hold any check over $100,000 up to 7 days to ensure proper clearing. If you have an immediate purchase, you may want to wire the funds to RAI.

For wiring or overnight delivery of funds, please check a box below.

❏  **Please wire funds to:**
Bank of New York
ABA #021000018
To Credit Retirement Accounts
Account #8900382740
FFC (For Further Credit)
Client Name _____
Account # _____

❏  **Please overnight funds to:**
Retirement Accounts, Inc.
717 17th St., Suite 1700
Denver, CO  80202-3323

### Section 5 - Broker-Dealer Information
*It is important that this section be completed so that your Designated Representative will continue to receive information from the fund or partnership.*

Dealer Name
_____

Dealer Number
_____

Branch Number
_____

Branch Address
_____
_____

Designated Representative's Name
_____

Designated Representative Number
_____

Designated Representative's
Phone Number
_____

Designated Representative's
Signature ✗
_____

Date
_____

### Section 6 - Signatures

I certify that I have read the description for the transaction I have chosen and understand and agree to all its terms. In the case of a transfer or direct rollover, the Current (Resigning) Trustee is authorized to send cash and/or assets to RAI as specified. In the case of a rollover, I understand it is solely my responsibility to determine the validity of any rollover contribution and to initiate and make such rollover deposit. By execution of this form, I waive and will hold RAI harmless from any and all claims, including but not limited to damages, court costs, legal fees and cost of investigation arising as a result of the IRA transfer, direct rollover, or rollover transaction(s) associated with this form.

IRA Account Owner's
Signature ✗ _Marsha Peskin_

Date _6/11/02_

Signature Guaranteed by
_____

Name of Firm or Bank
_____

Signature of Officer
and Title ✗

### Age 70½ Notice

If you are age 70½ or older in this calendar year (or are a spouse-beneficiary of such individual), you must receive the required minimum distribution from the transferring/distributing plan. Therefore, you may only transfer or roll over amounts other than the required minimum distribution. Please contact your tax advisor and current trustee regarding payment of the minimum distribution.

### Acceptance by Retirement Accounts, Inc.
*(To be completed by Retirement Accounts, Inc.)*

Retirement Accounts, Inc. hereby accepts the appointment as Trustee of the assets listed on this form. This acceptance is not to be construed as validation of any rollover or direct rollover contribution, if any.

By (Authorized Signature)
_____

Title  RETIREMENT ACCOUNTS, INC.

Date  BY: _____
Authorized Signer
JUN 1 4 2002

## Checklist

Please make sure that you have completed all of the following:

❏  Current (Resigning) Trustee Information *(Section 1)*.

❏  Account Owner Information *(Section 2)*.

❏  Transfer/Direct Rollover/Rollover Option *(Section 3)*.

❏  Asset List and Instructions *(Sections 4)*.

❏  Current Trustee Account Statement.

❏  Signatures *(Section 6)*.