# EXHIBIT B

| | | |
|---|---|---|
| **BERNARD L. MADOFF** | | 885 Third Avenue |
| MADF INVESTMENT SECURITIES LLC | | New York, NY 10022 |
| New York ☐ London | | 212 230-2424 |
| | | P&S Dept. 212 230-2436 |
| | | 800 334-1343 |
| WE HAVE THIS DAY  CREDITED YOUR | | Fax 212 838-4061 |
| ACCOUNT WITH THE FOLLOWING: TRANS FROM 1ZB03930 | 6/21/02 | |

736,454.43

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO MARSHA PESHKIN (028652)
PO BOX 173785
DENVER                CO 80217

1-ZR312-3

7.1.02    00824.65.003.00