# EXHIBIT D

# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 11, 2010

Daniel Evan Clarkson
direct dial: 212.847.2835
dclarkson@bakerlaw.com

Aaron Blecker
50 Gristmill Lane
Great Neck, NY 11023-1813

Re:  Bernard L. Madoff Investment Securities LLC (BLMIS)
     Bankr.S.D.N.Y., No. 08-1789 (BRL)
     Account Names: Arthur Blecker and Sofie Blecker JT/WROS; Aaron
         Blecker Rev. Trust U/A/D 3/15/07; Aaron Blecker
     Account Numbers: 1B0157; 1B0156; 1B0022
     Claim Numbers: 003906; 003900; 003907

Dear Mr. Blecker:

   We are in receipt of your most recent objection dated October 19, 2010, which you filed in response to Notice of Trustee's Determination for Account No. 1B0157 dated September 29, 2010. We have also received your objections to the Notices of Trustee's Determination for Account No. 1B0156 dated May 10, 2010 and 1B0022 (the "1B0022 Determination") dated October 19, 2009 (together, the "Objections").

   Each of the claims you filed with the Trustee was denied because the money you withdrew from each of your accounts equaled or exceeded the amount of money deposited into the account. In the Objections, you claim that you never withdrew any funds from any of your accounts with BLMIS. However, according to the books and records of BLMIS, numerous withdrawals were made from Account No. 1B0022, which led to that account being overdrawn by $61,633.94. These withdrawals are reflected in the itemization of deposits and withdrawals included in the 1B0022 Determination. More importantly, these withdrawals are confirmed by the monthly BLMIS statements sent to you for this account, which we have enclosed as Exhibit A. We have found nothing in BLMIS' books and records indicating that you questioned any of the statements in writing at or close to the time you received them.

   In accordance with the money in/money out methodology, the Trustee will only give credit for an inter-account transfer where the transferor account had sufficient principal to effectuate the transfer. Since there was no remaining principal in Account No. 1B0022, the transfer from that account to Account No. 1B0156 on April 24, 1997

Aaron Blecker
November 11, 2010
Page 2

was adjusted to zero.

We have also enclosed as Exhibit B an itemization of deposits and withdrawals for Account No. 1B0023, entitled Arthur and Sofie Blecker JT/WROS, the predecessor account which was used to fund Account No. 1B0157. As you can see, withdrawals were made from the former account as well. Similar to Account No. 1B0022 discussed above, this account was overdrawn due to the numerous withdrawals. Since the account had no remaining principal, the transfer from this account to Account No. 1B0157 on April 24, 1997 was adjusted to zero.

Since Account Nos. 1B0156 and 1B0157 were funded solely with transfer deposits from accounts which had no remaining principal, neither of these accounts ever had any principal. Therefore, the Trustee denied your claims for these accounts.

In regard to your request for a hearing, to date, no hearings have been scheduled on specific objections to the Trustee's claims determinations other than a hearing to determine the meaning of "net equity" under the Securities Investor Protection Act (SIPA) that was held on February 2, 2010 and a hearing on the Customer issue held on October 19, 2010 for those claimants that invested in feeder funds. After this Court's Order of March 8, 2010, in which it upheld the Trustee's methodology for determining net equity, and taking into account appeals of that decision as authorized by the Second Circuit on June 16, 2010, as well as any decision regarding the Customer issue, we will consider how to proceed with the many objections that we have received. That will occur in due course with respect to your objections to the above-referenced claims, which will be handled under the same procedures as other objections filed in this case.

Should you have further questions, please feel free to contact me.

Sincerely,

Daniel Evan Clarkson

Enclosures

## Account Information

Account Number: **1B0023**     Name: **ARTHUR BLECKER & SOFIE BLECKER J/T WROS**

### - Table 1 -

#### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 3/31/1981 | ALIX: 3/31/1981 Equity | $42,350.33 | $42,350.33 |
| 2/18/1983 | TRANS FROM A & A | $35,000.00 | $35,000.00 |
| 9/16/1983 | CHECK PFD SER D CONV $7.75 | $70,000.00 | $70,000.00 |
| 9/16/1983 | CHECK PFD SER D CONV $7.75 | $30,000.00 | $30,000.00 |
| 10/12/1984 | CHECK | $100,000.00 | $100,000.00 |
| 10/9/1990 | CHECK | $100,000.00 | $100,000.00 |
| **Total Deposits:** |  | **$377,350.33** | **$377,350.33** |

#### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 4/16/1981 | CHECK | ($1,574.11) | ($1,574.11) |
| 6/19/1981 | CHECK | ($1,693.58) | ($1,693.58) |
| 8/6/1981 | CHECK | ($1,189.49) | ($1,189.49) |
| 10/6/1981 | CHECK | ($1,798.73) | ($1,798.73) |
| 11/24/1981 | CHECK | ($1,249.39) | ($1,249.39) |
| 1/6/1982 | CHECK | ($1,190.63) | ($1,190.63) |
| 3/2/1982 | CHECK | ($1,573.63) | ($1,573.63) |
| 5/3/1982 | CHECK | ($1,675.90) | ($1,675.90) |
| 6/18/1982 | CHECK | ($1,349.22) | ($1,349.22) |
| 8/24/1982 | CHECK | ($1,585.01) | ($1,585.01) |
| 10/19/1982 | CHECK | ($1,691.63) | ($1,691.63) |
| 12/16/1982 | CHECK | ($1,797.01) | ($1,797.01) |
| 2/15/1983 | CHECK | ($1,567.10) | ($1,567.10) |
| 4/14/1983 | CHECK | ($1,486.25) | ($1,486.25) |
| 4/22/1983 | CHECK | ($1,693.25) | ($1,693.25) |
| 6/7/1983 | CHECK | ($2,170.94) | ($2,170.94) |
| 7/21/1983 | CHECK | ($2,319.25) | ($2,319.25) |
| 9/23/1983 | CHECK | ($3,287.75) | ($3,287.75) |
| 11/16/1983 | CHECK | ($4,984.72) | ($4,984.72) |
| 1/5/1984 | CHECK | ($5,319.99) | ($5,319.99) |
| 3/8/1984 | CHECK | ($7,531.23) | ($7,531.23) |
| 5/9/1984 | CHECK BRISTOL MYERS | ($6,651.28) | ($6,651.28) |
| 7/17/1984 | CHECK CSX CORP | ($7,089.00) | ($7,089.00) |

CONFIDENTIAL

MWPTAP00000349

| Date | Description | Amount | Amount |
|---|---|---|---|
| 9/13/1984 | CHECK HOUSEHOLD INTL | ($5,654.50) | ($5,654.50) |
| 10/31/1984 | CHECK KATY INDUSTRIES | ($5,818.54) | ($5,818.54) |
| 1/8/1985 | CHECK ETHYL | ($11,085.00) | ($11,085.00) |
| 2/22/1985 | CHECK ATLANTIC RICHFIELD | ($8,839.87) | ($8,839.87) |
| 4/25/1985 | CHECK AMR CORP | ($10,403.43) | ($10,403.43) |
| 6/11/1985 | CHECK INTERCO | ($7,371.58) | ($7,371.58) |
| 8/8/1985 | CHECK ASSOC DRY GOODS | ($11,095.17) | ($11,095.17) |
| 9/26/1985 | CHECK TEXTRON | ($6,484.27) | ($6,484.27) |
| 11/12/1985 | CHECK VIACOM | ($8,829.20) | ($8,829.20) |
| 1/15/1986 | CHECK WOOLWORTH | ($11,096.11) | ($11,096.11) |
| 3/17/1986 | CHECK WETTERAU | ($10,392.02) | ($10,392.02) |
| 5/27/1986 | CHECK FMC | ($10,313.75) | ($10,313.75) |
| 7/14/1986 | CHECK GTE CORP | ($7,773.88) | ($7,773.88) |
| 8/21/1986 | CHECK INTERCO | ($6,929.43) | ($6,929.43) |
| 10/15/1986 | CHECK SUN | ($8,842.64) | ($8,842.64) |
| 11/24/1986 | CHECK TRW | ($7,805.00) | ($7,805.00) |
| 2/5/1987 | CHECK HOLIDAY CORP | ($11,090.00) | ($11,090.00) |
| 4/7/1987 | CHECK ANHEUSER BUSCH | ($11,786.82) | ($11,786.82) |
| 6/10/1987 | CHECK TRANSCO CO | ($10,393.61) | ($10,393.61) |
| 8/21/1987 | CHECK AGS COMPUTERS | ($11,037.61) | ($11,037.61) |
| 10/26/1987 | CHECK GROLIER | ($11,717.22) | ($11,717.22) |
| 1/26/1988 | CHECK | ($10,396.92) | ($10,396.92) |
| 3/24/1988 | CHECK ADVANCED SYSTEMS | ($11,087.09) | ($11,087.09) |
| 5/25/1988 | CHECK INTERCO | ($11,778.76) | ($11,778.76) |
| 8/8/1988 | CHECK AMFAC | ($10,400.46) | ($10,400.46) |
| 10/12/1988 | CHECK COMPAQ COMPUTERS | ($11,048.11) | ($11,048.11) |
| 12/5/1988 | CHECK PNC FINL | ($8,832.87) | ($8,832.87) |
| 2/3/1989 | CHECK GENERAL CINEMA | ($10,400.48) | ($10,400.48) |
| 4/11/1989 | CHECK | ($11,090.99) | ($11,090.99) |
| 6/20/1989 | CHECK DURR FILLAUER MED | ($11,739.06) | ($11,739.06) |
| 8/15/1989 | CHECK INLAND | ($10,398.73) | ($10,398.73) |
| 10/20/1989 | CHECK AMERICAN MAIZE | ($11,062.73) | ($11,062.73) |
| 12/11/1989 | CHECK COLUMBIA PICTURES | ($8,840.00) | ($8,840.00) |
| 2/16/1990 | CHECK WESTINGHOUSE | ($10,347.18) | ($10,347.18) |
| 4/20/1990 | CHECK SEAGULL | ($11,089.81) | ($11,089.81) |
| 6/25/1990 | CHECK SUN MICROSYSTEMS | ($11,759.92) | ($11,759.92) |
| 8/28/1990 | CHECK IMMUNEX | ($10,393.02) | ($10,393.02) |
| 11/5/1990 | CHECK AMERICAN FILM | ($11,094.75) | ($11,094.75) |
| 12/27/1990 | CHECK PFIZER | ($11,960.08) | ($11,960.08) |
| 3/7/1991 | CHECK MEDCO | ($14,130.22) | ($14,130.22) |
| 5/13/1991 | CHECK XOMA | ($13,172.52) | ($13,172.52) |
| 7/11/1991 | CHECK HEALTH SOUTH | ($12,364.06) | ($12,364.06) |

CONFIDENTIAL

| Date | Description | Amount | Amount |
|---|---|---|---|
| 7/17/1991 | CXL CHECK 07/11/91 | $12,364.06 | $12,364.06 |
| 7/17/1991 | CHECK HEALTH SOUTH | ($12,364.06) | ($12,364.06) |
| 7/22/1991 | CHECK LIBERTY NATL | ($1,375.28) | ($1,375.28) |
| 9/5/1991 | CHECK THERMO | ($11,312.11) | ($11,312.11) |
| 11/13/1991 | CHECK CHAMBERS | ($13,180.47) | ($13,180.47) |
| 12/27/1991 | CHECK PHL CORP | ($9,241.95) | ($9,241.95) |
| 3/5/1992 | CHECK LIEBERT | ($15,053.00) | ($15,053.00) |
| 4/28/1992 | CHECK FLEET NORSTAR | ($9,877.30) | ($9,877.30) |
| 6/16/1992 | CHECK PEP BOYS | ($10,000.40) | ($10,000.40) |
| 8/21/1992 | CHECK HOME DEPOT | ($15,049.19) | ($15,049.19) |
| 10/6/1992 | CHECK TIME WARNER | ($9,918.75) | ($9,918.75) |
| 11/12/1992 | CHECK AL LABS | ($4,124.69) | ($4,124.69) |
| 1/6/1993 | CHECK STATE STREET | ($10,542.89) | ($10,542.89) |
| 2/18/1993 | CHECK AMERICAN BRANDS | ($8,275.59) | ($8,275.59) |
| 3/17/1993 | CHECK MBNA | ($7,090.00) | ($7,090.00) |
| 5/20/1993 | CHECK DSC COMM | ($15,115.80) | ($15,115.80) |
| 6/28/1993 | CHECK SOUTHWESTERN BELL | ($6,617.37) | ($6,617.37) |
| 8/23/1993 | CHECK ANADARKO | ($12,389.99) | ($12,389.99) |
| 9/28/1993 | CHECK ENRON | ($6,152.37) | ($6,152.37) |
| 11/4/1993 | CHECK SNAPPLE | ($6,623.50) | ($6,623.50) |
| 12/14/1993 | CHECK HUFFY | ($10,627.77) | ($10,627.77) |
| 2/8/1994 | CHECK AMERITECH | ($4,737.75) | ($4,737.75) |
| 4/15/1994 | CHECK COMCAST | ($13,284.52) | ($13,284.52) |
| 5/19/1994 | CHECK AUTOZONE | ($2,372.50) | ($2,372.50) |
| 6/22/1994 | CHECK GEN ELECTRIC | ($4,270.00) | ($4,270.00) |
| 8/11/1994 | CHECK GEN MOTORS | ($9,264.56) | ($9,264.56) |
| 9/19/1994 | CHECK CATERPILLAR | ($3,808.00) | ($3,808.00) |
| 11/14/1994 | CHECK HUDSON FOODS | ($7,840.79) | ($7,840.79) |
| 12/14/1994 | CHECK AUTO DESK | ($4,284.50) | ($4,284.50) |
| 2/7/1995 | CHECK PACIFIC | ($4,759.62) | ($4,759.62) |
| 3/14/1995 | CHECK ALUMINUM | ($5,252.50) | ($5,252.50) |
| 5/15/1995 | CHECK HOME DEPOT | ($13,358.99) | ($13,358.99) |
| 6/16/1995 | CHECK MICRON | ($2,393.00) | ($2,393.00) |
| 7/27/1995 | CHECK KULICKE & SOFFA | ($10,757.27) | ($10,757.27) |
| 9/13/1995 | CHECK TEXAS INSTRUMENT | ($3,343.75) | ($3,343.75) |
| 10/18/1995 | CHECK SAFEGUARD | ($4,305.00) | ($4,305.00) |
| 11/15/1995 | CHECK APPLIED MATERIALS | ($4,786.25) | ($4,786.25) |
| 1/4/1996 | CHECK DEERE & CO | ($1,916.62) | ($1,916.62) |
| 2/14/1996 | CHECK FED NAT'L MORTGAGE | ($5,278.62) | ($5,278.62) |
| 4/4/1996 | CHECK GEN MOTORS CORP | ($8,655.86) | ($8,655.86) |
| 5/23/1996 | CHECK CENTOCOR | ($7,224.80) | ($7,224.80) |
| 6/26/1996 | CHECK COCA COLA | ($7,227.25) | ($7,227.25) |
| 7/30/1996 | CHECK CHRYSLER CORP | ($3,370.00) | ($3,370.00) |

CONFIDENTIAL

MWPTAP00000351

| | | | |
|---|---|---|---|
| 9/5/1996 | CHECK SAFEGUARD | ($7,231.50) | ($7,231.50) |
| 10/7/1996 | CHECK HERSHEY FOODS | ($487.00) | ($487.00) |
| 10/16/1996 | CHECK JONES APPAREL | ($4,341.25) | ($4,341.25) |
| 11/12/1996 | CHECK NEWBRIDGE NETWORKS | ($5,306.87) | ($5,306.87) |
| 12/17/1996 | CHECK FIRST USA | ($4,346.87) | ($4,346.87) |
| 2/19/1997 | CHECK DEAN WITTER | ($7,735.00) | ($7,735.00) |
| 3/26/1997 | CHECK NATIONS BANK | ($4,371.00) | ($4,371.00) |
| 4/24/1997 | TRANS TO 1B015730 | ($389,846.73) | $0.00 |
| 4/29/1997 | CHECK PHILIP MORRIS | ($4,380.50) | ($4,380.50) |
| **Total Withdrawals:** | | ($1,233,723.79) | ($843,877.06) |
| | | | |
| **Total deposits less withdrawals:** | | ($856,373.46) | ($466,526.73) |

CONFIDENTIAL

MWPTAP00000352