# EXHIBIT C

*This is not a determination of the eligible amount of your claim.*
*It is merely a listing of the cash transactions relating to your Madoff Securities investment.*

| Date of Transaction | Transaction Type *Deposit or Withdrawal* | Transaction Description or Note *(if applicable)* | Amount (USD or local currency) |
|---|---|---|---|
| 09/26/2006 | DEPOSIT | INITIAL DEPOSIT INTO MFT | $100,000 |
| 10/11/2006 | WITHRAWAL | MFT PAYMENT TO ECM | 1,580 |
| 01/22/2007 | WITHDRAWAL | " " " " | 2,606 |
| 04/16/2007 | WITHDRAWAL | " " " " | 2,253 |
| 07/16/2007 | WITHDRAWAL | " " " " | 2,961.76 |
| 10/15/2007 | WITHDRAWAL | " " " " | 3,137.04 |
| 01/14/2008 | WITHDRAWAL | " " " " | 2,600.54 |
| 04/28/2008 | WITHDRAWAL | " " " " | 1,220.01 |
| 07/11/2008 | WITHDRAWAL | " " " " | 5,574.98 |
| 10/14/2008 | WITHDRAWAL | " " " " | 1,426.58 |

Total Deposits (Cash In): $ 100,000

Total Withdrawals (Cash Out): $ 23,279.91

*MFT = MISHKIN FAMILY TRUST
ECM = ELLEN MISHKIN

Madoff Victim Fund · www.madoffvictimfund.com · (866) 624-3670
P.O. Box 6310 · Syracuse, NY · 13217-6310

FORM DIR    6