# EXHIBIT D

*This is not a determination of the eligible amount of your claim.*
*It is merely a listing of the cash transactions relating to your Madoff Securities investment.*

| Date of Transaction | Transaction Type (Deposit or Withdrawal) | Transaction Description or Note (if applicable) | Amount (USD or local currency) |
|---|---|---|---|
| 09/06/06 | DEPOSIT | OPENING DEPOSIT TO MFT | 200,000 |
| 10/11/06 | WITHDRAWAL | MFT PAYMENT TO AS/JM | 5,500 |
| 01/19/07 | WITHDRAWAL | " " " " | 5,212 |
| 04/17/07 | WITHDRAWAL | " " " " | 4,506 |
| 07/16/07 | WITHDRAWAL | " " " " | 5,923.52 |
| 10/12/07 | WITHDRAWAL | " " " " | 6,274.08 |
| 01/14/08 | WITHDRAWAL | " " " " | 5,201.09 |
| 04/22/08 | WITHDRAWAL | " " " " | 2,440.02 |
| 07/15/08 | WITHDRAWAL | " " " " | 11,149.96 |
| 10/17/08 | WITHDRAWAL | " " " " | 4,447.05 |

Total Deposits (Cash In): $ 200,000
Total Withdrawals (Cash Out): $ 50,653.72

* MFT = MISHKIN FAMILY TRUST
* AS/JM = ANDREW SEEAR / JULIA MISHKIN