# EXHIBIT F

☒ AD-Automatic Deposit   ☒ AP-Automatic Payment   ☒ ATM-Teller Machine   ☒ DC-Debit Card   ☒ T-Tax Deductible   ☒ TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|
| (10/9) | | Trust deposit | | | | 39880 41 | 1500 00 |
| | | | | | | | 35380 41 |
| 101 | 101 | Julia Mishkin | 5500 | | | | 35980 41 |
| | | | | | | | 5580 |
| 102 | 102 | Ellen Mishkin | 1500 | | | | 37480 41 |
| | | | | | | | 1500 00 |
| 103 | 103 | Wm & Grace Mishkin | 31,880 | | | | 35980 41 |
| | | | | | | | 3180 61 |
| (TM) | | Trust deposit | 28,950 | | Bal | | 1530 61 |
| | | | | | | | 29580 19 |
| 104 | 104 | Julia Mishkin | 520 | | | | 520 |
| | | | | | | | 23,744 49 |

▦ AD-Automatic Deposit  ▦ AP-Automatic Payment  ▦ ATM-Teller Machine  ▦ DC-Debit Card  ▦ T-Tax Deductible  ▦ TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|
| 1/12 | | | $ | | | $ Bal | 23,744 49 |
| 1/12 | 105 | Ellen Mishken | 2606 00 | | | | |
| | | | | | | | 2606 00 |
| | | | | | | | 21,138 49 |
| 1/12 | 106 | Lillian Mishken | 21,137 00 | | | | 31,137 |
| | | | | | | | 1 49 |
| 1/12 | | Deposit | | | | Bal | 25,033 89 |
| 1/19 | 107 | Julia Mishken | 4500 | | | | 4,500 00 |
| | | Balance | | | | | 20,527 89 |
| 1/19 | 108 | Ellen Mishken | 2053 | | | | 2,053 00 |
| | | Balance | | | | | 18,474 89 |
| 4/9 | 109 | Grace Mishken | 18,274 | | | | |
| | | Balance Deposit | 32,900 73 | | | Bal | 500 +  78,408 45 |
| 2/10 | 110 | Ellen Mishken | 8,461 72 | | | | 8,461 72 |
| | | Balance | | | | | 81,446 67 |
| 1/12 | 111 | Julia Mishken | 5,923 52 | | | | 5,123 32 |
| | | Balance | | | | | 25,523 17 |

PROTECT YOUR ACCOUNT - KEEP CHECKS IN A SAFE PLACE. IF THEY ARE LOST OR STOLEN, NOTIFY YOUR FINANCIAL INSTITUTION IMMEDIATELY.

⑈021000021⑈    726488554⑈0128

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|---|
| 112 | 7/16 | Williers & Peter Madoffen Balance | 244,023.16 | ✓ | | 25,523.17 54,023.16 | 34,852.61 |
| | | deposit | | | | 1,500.01 | |
| | 10/5 | deposit | | | | | |
| 113 | 10/8 | Julie Madoff | 1,877.89 | | | 6,584.98 | |
| 114 | 10/8 | Ellen Madoff | 3,137.04 | | | 3,137.04 | |
| 115 | 10/8 | Peter & William Madoff | 35,442.89 | | | 35,448.52 | |
| | | | | | | -5,424.25 | |
| 808 | 4/88 | deposit x.10 | | | | 15,005.00 | |
| | | | | | | -5,331.19 | |
| 116 | | Roquest x.10 | 5,331.19 | Bb | | 369,844.? | |
| 116 | 4/12 | Julie Madoff | 369,844.94 | | | 304,713.13 | |
| | 4/12 | Believe | | | | -5,201.09 | |
| 117 | 4/12 | Ellen Madoff | 5,201.09 | | | 5,201.09 | |
| 118 | 4/12 | Peter W.D. Madoff | 3,603.30 | | | 3,603.30 | |
| | 4/12 | | | | | 21,283.30 | |
| 19 | 4/12 | deposit 4/03/08 | 21,740.02 | | | 23,265.50 | |
| | | Peter William Madoff | | Bb | | 13,355.69 1,380.30 | |
| | | | 13,355.69 | | | 7895.65 | |
| | | Julie Madoff | 7895.65 | | | -5138.69 | |
| 20 | 4/04 | Julie Madoff | 24742.02 | | | 24742.02 | |

| FIBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT $ | √ | FEE $ | DEPOSIT AMOUNT $ | BALANCE $ |
|---|---|---|---|---|---|---|---|
| 31 | 4/14 | Eileen Mirklin | 1226 01 | | | Bal. | 27 42 32 |
| | | | | | | 1226 01 | 1226 01 |
| 22 | 7/8 | B.C. | | | | Bal. | 26344 27 |
| | 7/8 | Ellen McKn | 5344 68 | | | 61944 22 | 63946 53 |
| | 7/8 | | | | | | 55714 42 |
| | 7/8 | Eileen McKenna | 11460 | | | B.C. | 37891 5 5 |
| | 7/8 | Eileen McKenna | 45347 8 | | | Bal. | 14828 96 |
| | 9/15 | Julia Mirklin | 11149 92 | | | 41741 59 | 538 41 5 7 |
| 17 | 9/15 | | | | | Bal. | 1522 31 |
| 1018 | 9/1 | deposit | | | | 4970 5 2 | 4970 5 2 |
| 36 | 9/1 | Balance | | | | 11993 90 | 11993 90 |
| 9/1 | | Balance Mirklin ( E = 1482 - 55) | | | | 4449 85 | 4449 85 |
| 10/17 | 37 | Julia Mirklin Balance | | | | 11023 53 | 11023 53 |



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

December 13, 2006 through January 11, 2007
Account Number: **0000007** REDACTED



IııIIIıııIıIıIIıııIIıIıIıIIıııIIıIıIıIııIIıIIıııI
00015122 DDA 802 KA 01207 - YYY T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

ARE YOU PLANNING TO TRAVEL ABROAD?
REMEMBER, YOUR VISA CHECK CARD OR CHASE ATM CARD IS AFFILIATED
WITH THE VISA & PLUS NETWORKS. TO FIND VISA/PLUS ATMS IN THE
COUNTRY YOU'RE TRAVELING TO, JUST VISIT VISA.COM. IF YOU HAVE A
CONTINENTAL BANKING CARD, CONTINUE TO LOOK FOR THE CIRRUS SYMBOL.

## CHECKING SUMMARY     Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,502.24** |
| Deposits and Additions | 28,957.62 |
| **Ending Balance** | **$30,459.86** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.56% |
| Interest Paid This Period | $1.13 |
| Interest Paid Year-to-Date | $1.13 |

Interest paid in 2006 for account 000000726488554 is $1.53.

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11 | Deposit | $28,956.49 |
| 01/11 | Interest Payment | 1.13 |
| **Total Deposits and Additions** | | **$28,957.62** |

# CHASE 🗘

JPMorgan Chase Bank, N.A.
Northeast Market
P.O. Box 260180
Baton Rouge, LA 70826 - 0180

January 12, 2007 through February 12, 2007
Account Number: 000000 



ldlllmdddhdlldddlllmdldldldldllllml
00015739 DDA 802 KA 04407 - YNN T 1 000000000 08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY — Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$30,459.86** |
| Deposits and Additions | 8.34 |
| Checks Paid | - 28,955.00 |
| **Ending Balance** | **$1,513.20** |
| Annual Percentage Yield Earned This Period | 0.89% |
| Interest Paid This Period | $8.34 |
| Interest Paid Year-to-Date | $9.47 |

Interest paid in 2006 for account 000000726488554 is $1.53.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | Interest Payment | $8.34 |
| **Total Deposits and Additions** | | **$8.34** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 01/19 | $5,212.00 |
| 105 | 01/22 | 2,606.00 |
| 106 | 01/23 | 21,137.00 |
| **Total Checks Paid** | | **$28,955.00** |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

March 13, 2007 through April 11, 2007
Account Number: 000000 REDACTED



llullllmlululllmlllulululllmlllllulllmllullml
00018302 DDA 802 JA 10207 - NYN T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,513.48 |
| Deposits and Additions | 25,035.58 |
| Ending Balance | $26,549.06 |
| Annual Percentage Yield Earned This Period | 0.67% |
| Interest Paid This Period | $1.74 |
| Interest Paid Year-to-Date | $11.49 |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | Deposit | $25,033.84 |
| 04/11 | Interest Payment | 1.74 |
| **Total Deposits and Additions** | | $25,035.58 |



CHASE ⬠

April 12, 2007 through May 10, 2007
Account Number: **000000**REDACTED

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/10 | Interest Payment | $1.18 |
| **Total Deposits and Additions** | | **$1.18** |



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|--------------|-----------|--------|
| 107 | 04/17 | $4,506.00 |
| 108 | 04/16 | 2,253.00 |
| 109 | 04/13 | 18,274.00 |
| **Total Checks Paid** | | **$25,033.00** |

# CHASE 🟠

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 13, 2007 through August 10, 2007
Account Number: **000000**

հ.ոՍՍ..ւհոհ.ոՍՍ..ՍՍ.Ս.ո.Ս.ՍՍ.Ս.Ս.Ս..Ս..Ս.ո.Ս
00021790 DDA 802 KA 22307 - YYY T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $10,404.35 |
| Deposits and Additions | 0.48 |
| Checks Paid | - 8,885.28 |
| **Ending Balance** | $1,519.55 |
| Annual Percentage Yield Earned This Period | 0.25% |
| Interest Paid This Period | $0.48 |
| Interest Paid Year-to-Date | $14.97 |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | Interest Payment | $0.48 |
| **Total Deposits and Additions** | | **$0.48** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 110 | 07/16 | $2,961.76 |
| 111 | 07/16 | 5,923.52 |
| **Total Checks Paid** | | **$8,885.28** |

Page 1 of 4

# CHASE ◯

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

June 13, 2007 through July 12, 2007
Account Number: **000000**REDACTED



ldlllaabdlhaalldddllaadldldldlaalldlal
00021257 DDA 802 KA 19407 - YYY T 1 000000000 08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

NEW IMPROVED PACKAGING FOR YOUR CHECKS - COMING TO YOUR MAILBOX.
STARTING IN AUGUST, DELUXE CHECK ORDERS WILL ARRIVE IN A NEW
FLATTENED & SECURE PACKAGE. YOU'LL EVEN GET AN EASY-TO-ASSEMBLE
FLAT BOX THAT FOLDS TOGETHER TO STORE YOUR CHECKS. NEED TO
RE-ORDER CHECKS? VISIT CHASE.COM OR CALL US AT 1-866-322-1101.

## CHECKING SUMMARY      Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,517.58** |
| Deposits and Additions | 32,909.93 |
| Checks Paid | - 24,023.16 |
| **Ending Balance** | **$10,404.35** |
| Annual Percentage Yield Earned This Period | 0.45% |
| Interest Paid This Period | $1.48 |
| Interest Paid Year-to-Date | $14.49 |

The monthly service fee for this account was waived as an added feature of   Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | Deposit | $32,908.45 |
| 07/12 | Interest Payment | 1.48 |
| **Total Deposits and Additions** | | **$32,909.93** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 112 | 07/12 | $24,023.16 |
| **Total Checks Paid** | | **$24,023.16** |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

September 14, 2007 through October 11, 2007
Account Number: 000000 REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

ɪɪɪɪᴵᴵᴵᴵɪᴵᴵᴵɪᴵᴵɪᴵᴵɪᴵᴵᴵɪᴵᴵᴵᴵ

00013650 DDA 802 KA 28507 - YNN T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614



AS A RESULT OF FEDERAL RESERVE BANK CHANGES, YOUR DEPOSIT ACCOUNT
AGREEMENT IS BEING AMENDED. THE FOLLOWING ROUTING TRANSIT NUMBERS
WILL NOW BE CONSIDERED LOCAL. IN LOUISIANA: 0640, 0641, 0642,
2640, 2641, 2642. IN ARIZONA: 1210, 1211, 1212, 1213, 3210,
3211, 3212, 3213.
AS A RESULT OF FEDERAL RESERVE BANK CHANGES, YOUR DEPOSIT ACCOUNT
AGREEMENT IS BEING AMENDED. THE FOLLOWING ROUTING TRANSIT NUMBERS
WILL BE CONSIDERED LOCAL ON 10/19/2007:
IN COLORADO AND UTAH: 0920, 0921, 0929, 2920, 2921, 2929.

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,519.90** |
| Deposits and Additions | 34,857.67 |
| Checks Paid | - 25,444.88 |
| **Ending Balance** | **$10,932.69** |
| Annual Percentage Yield Earned This Period | 0.31% |
| Interest Paid This Period | $1.03 |
| Interest Paid Year-to-Date | $16.35 |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Deposit | $34,856.64 |
| 10/11 | Interest Payment | 1.03 |
| **Total Deposits and Additions** | | **$34,857.67** |

**CHASE ○**

September 14, 2007 through October 11, 2007
Account Number: 000000REDACTED

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 115 | 10/11 | $25,444.88 |
| **Total Checks Paid** | | **$25,444.88** |

 **CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

October 12, 2007 through November 13, 2007
Account Number: 000000 

իլիՈւդիդՈւդիՈւդիդՈլդիդՈիդՈլդիդիիդ
00025545 DDA 802 JA 31807 - YYY T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY     Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$10,932.69** |
| Deposits and Additions | 0.38 |
| Checks Paid | - 9,411.12 |
| **Ending Balance** | **$1,521.95** |
| Annual Percentage Yield Earned This Period | 0.23% |
| Interest Paid This Period | $0.38 |
| Interest Paid Year-to-Date | $16.73 |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Interest Payment | $0.38 |
| **Total Deposits and Additions** | | **$0.38** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 113 | 10/12 | $6,274.08 |
| 114 | 10/15 | 3,137.04 |
| **Total Checks Paid** | | **$9,411.12** |

# CHASE ○

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

December 13, 2007 through January 11, 2008
Account Number: **000000** REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00027136 DDA 802 JA 01208 - YYY T  1  000000000  08 0000

MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,522.19** |
| Deposits and Additions | 28,895.34 |
| **Ending Balance** | **$30,417.53** |
| Annual Percentage Yield Earned This Period | 0.20% |
| Interest Paid This Period | $0.40 |
| Interest Paid Year-to-Date | $0.40 |

Interest paid in 2007 for account 000000726488554 is $16.97.

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | Deposit | $28,894.94 |
| 01/11 | Interest Payment | 0.40 |
| **Total Deposits and Additions** | | **$28,895.34** |

# CHASE 

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

January 12, 2008 through February 12, 2008
Account Number: 000000 REDACTED



ltulllllmlulullmullulululllmullhlullulmllullml
00027593 DDA 802 KA 04408 - NYN T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

PLEASE SEE THE IMPORTANT NOTICE ON THE LAST PAGE OF THIS
STATEMENT IF YOU HAVE OVERDRAFT PROTECTION.

## CHECKING SUMMARY   Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$30,417.53** |
| Deposits and Additions | 0.53 |
| Checks Paid | - 28,894.93 |
| **Ending Balance** | **$1,523.13** |
| Annual Percentage Yield Earned This Period | 0.18% |
| Interest Paid This Period | $0.53 |
| Interest Paid Year-to-Date | $0.93 |

Interest paid in 2007 for account 000000726488554 was $16.97.

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | Interest Payment | $0.53 |
| **Total Deposits and Additions** | | **$0.53** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 116 | 01/14 | $5,201.09 |
| 117 | 01/14 | 2,600.54 |
| 118 | 01/14 | 21,093.30 |
| **Total Checks Paid** | | **$28,894.93** |



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

April 11, 2008 through May 12, 2008
Account Number: 000000 REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00031766 DRE 802 KA  13408 - YNY T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## We've reorganized your Chase Statement to make it more
## Simplified, Organized and Informative.

### See the enclosed insert to get a quick look at the
### improvements to your Chase statement.

## CHECKING SUMMARY  | Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$15,079.20** |
| Deposits and Additions | 0.34 |
| Checks Paid | - 13,555.68 |
| **Ending Balance** | **$1,523.86** |
| Annual Percentage Yield Earned This Period | 0.09% |
| Interest Earned This Period | $0.34 |
| Interest Paid Year-to-Date | $1.65 |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/12 | Interest Payment | $0.34 |
| **Total Deposits and Additions** | | **$0.34** |



CHASE ○

April 11, 2008 through May 12, 2008
Account Number: 00000 REDACTED

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 119  ^ | | 04/15 | $9,895.65 |
| 120  ^ | | 04/22 | 2,440.02 |
| 121  ^ | | 04/28 | 1,220.01 |

**Total Checks Paid**      **$13,555.68**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.





**CHASE ◯**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

June 12, 2008 through July 11, 2008
Account Number: 00000 REDACTED



### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00035261 DRE 802 KA 19406 - YNY T  1  000000000  08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

### Introducing *Chase Exclusives*    SM

## BETTER RATES - MORE REWARDS - BIGGER DISCOUNTS

### Learn about Special Benefits for Being a Chase Checking Customer
### Visit Chase.com/Exclusives or Talk to a Banker Today!

Restrictions and limitations apply
© 2008 JPMorgan Chase Bank, N.A. Member FDIC

| **CHECKING SUMMARY** | Chase Premier Checking |
|---|---|

|  | **AMOUNT** |
|---|---|
| **Beginning Balance** | **$1,523.92** |
| Deposits and Additions | 61,944.40 |
| Checks Paid | - 50,794.26 |
| **Ending Balance** | **$12,674.06** |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.18 |
| Interest Paid Year-to-Date | $1.89 |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | Deposit | $61,944.22 |
| 07/11 | Interest Payment | 0.18 |
| **Total Deposits and Additions** | | **$61,944.40** |



CHASE 🟦

June 12, 2008 through July 11, 2008
Account Number: **00000**REDACTED

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 122  ^    |             | 07/11     | $5,574.98 |
| 124  * ^  |             | 07/10     | 45,219.28 |

**Total Checks Paid**                                                   **$50,794.26**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 12, 2008 through August 12, 2008
Account Number: 000000 REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

ldllllandahdllandladaldllandhdhdladadhdlml
00036833 DRE 802 151 22608 - NNNNN T 1 000000000 08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614



## Introducing *Chase Exclusives*   SM

## BETTER RATES ▪ MORE REWARDS ▪ BIGGER DISCOUNTS

### Learn about Special Benefits for Being a Chase Checking Customer
### Visit Chase.com/Exclusives or Talk to a Banker Today!

Restrictions and limitations apply
© 2008 JPMorgan Chase Bank, N.A. Member FDIC

### CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,674.06** |
| Deposits and Additions | 0.11 |
| Checks Paid | - 11,149.96 |
| **Ending Balance** | **$1,524.21** |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.11 |
| Interest Paid Year-to-Date | $2.00 |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/12 | Interest Payment | $0.11 |
| **Total Deposits and Additions** | | **$0.11** |

 **CHASE** ◯

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 125 ^ | | 07/15 | $11,149.96 |

**Total Checks Paid** $11,149.96

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

September 12, 2008 through October 10, 2008
Account Number: 000000 REDACTED



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

lllllllllllllllllllllllllllllllllllllllllllllllllll
00044721 DRE 802 151 28508 - NNNNN T 1 000000000 08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## Now America's #1 Bank

Chase is proud to announce that Washington Mutual branches became part of JPMorgan Chase Bank, N.A., on September 25, 2008. Our combined company is America's #1 bank in deposits. For you, it will mean even more convenience: over 5,400 branches and 14,300 ATMs from coast to coast.

## More Free ATMs Coming Soon

Coming soon, you'll be able to check balances and get cash at any WaMu or Chase ATM nationwide - all without an ATM fee. Watch your upcoming statements for more details.

## For Now, Bank as Usual

- Simply continue to use your accounts, Chase branches, telephone and online banking as you do today. Until we combine systems, WaMu branches will not be able to offer banking services for Chase accounts. We'll let you know as additional services and locations become available to you.

- We'll honor your previously stated privacy preferences in the sharing of information throughout our combined companies - which now includes the companies affiliated with both WaMu and Chase.

- While it is always our intent to process your checks and other items as quickly as possible, we want you to be aware that in most cases, we will treat Washington Mutual checks as if they are from a separate bank for purposes of funds availability and cashing checks until we merge our systems. Until that time, if checks that you write are presented for payment to a Washington Mutual branch, the check may be treated as though it was written on another bank.

## CHECKING SUMMARY   Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $1,524.27 |
| Deposits and Additions | 16,470.69 |
| **Ending Balance** | $17,994.96 |
| | |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.10 |
| Interest Paid Year-to-Date | $2.16 |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## CHASE ◖

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

October 11, 2008 through November 13, 2008
Account Number: 000000 REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

ladlllaadadallaadhdadadllaadhdallhdadhdlad
00050485 DRE 802 141 31908 - YNYNN T 1 000000000 08 0000
MISHKIN FAMIL TRUST
GRACE MISHKIN TRUSTEE
OR WILLIAM S MISHKIN TRUSTEE
750 KAPPOCK ST APT 708
BRONX NY 10463-4614

## Free Access To Over 14,000 ATMs

Now you can check balances and get cash at any
WaMu or Chase ATM nationwide without an ATM fee.

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$17,994.96** |
| Deposits and Additions | 0.20 |
| Checks Paid | - 16,470.58 |
| **Ending Balance** | **$1,524.58** |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.20 |
| Interest Paid Year-to-Date | $2.36 |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Interest Payment | $0.20 |
| **Total Deposits and Additions** | | **$0.20** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 126 ^ | | 10/17 | $4,447.05 |
| 127 ^ | | 10/17 | 12,023.53 |
| **Total Checks Paid** | | | **$16,470.58** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.