**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE D. LEVY TRUST; ESTATE OF GEORGE D. LEVY; KAREN S. LEVY, in her individual capacity and in her capacity as Personal Representative of the Estate of George D. Levy; GEORGE D. LEVY & KAREN S. LEVY IRREVOCABLE FAMILY TRUST U/D/T DATED 8/17/90; and DAVID ANDELMAN, in his capacity as Trustee for the George D. Levy and Karen S. Levy | Adv. Pro. No. 10-04721 (SMB) |

| Irrevocable Family Trust U/D/T dated 8/17/90, |
| Defendants. |

### NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 1, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

On October 3, 2011 Defendants filed a motion to dismiss this adversary proceeding [Dkt. No. 10] pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Bankruptcy Rule 7012 (a "Rule 12(b)(6) Motion").

On May 13, 2014, the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 31], pursuant to Paragraph 2D of the Avoidance Procedures, which specifies that upon the filing of a Rule 12(b)(6) Motion, the issues raised in such motion, together with the issues raised in the Complaint, are immediately referred to mediation. Avoidance Procedures, ¶2D.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Trustee and Defendants (collectively, the "Parties") upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Jeffrey N. Rich, from the law firm of Rich Michaelson Magaliff

Moser, LLP, to act as Mediator in this matter.  The Parties further agree to contact Mr. Rich as

soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that

person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the

Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude

within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline

is extended by mutual consent of the Parties and the Mediator.


Dated:  New York, New York

May 16, 2014




Of Counsel:                                         */s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**                          **Baker & Hostetler LLP**
811 Main, Suite 1100                                45 Rockefeller Plaza
Houston, Texas 77002                                New York, New York 10111
Telephone: (713)751-1600                            Telephone: (212) 589-4200
Facsimile: (713)751-1717                            Facsimile: (212) 589-4201
Dean D. Hunt                                        David J. Sheehan
Email: dhunt@bakerlaw.com                           e-mail: dsheehand@bakerlaw.com
Farrell A. Hochmuth                                 Marc E. Hirschfield
Email: fhochmuth@bakerlaw.com                       e-mail: mhirschfield@bakerlaw.com
                                                    Nicholas J. Cremona
                                                    e-mail:  ncremona@bakerlaw.com

                                                    *Attorneys for Irving H. Picard, Trustee for the*
                                                    *Substantively Consolidated SIPA Liquidation of*
                                                    *Bernard L. Madoff Investment Securities LLC and*
                                                    *the Estate of Bernard L. Madoff*

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

*/s/ LaShann M. DeArcy*

**Morrison & Foerster LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8042
Facsimile: (212) 468-7900
Gary S. Lee
Email: glee@mofo.com
LaShann M. DeArcy
Email: ldearcy@mofo.com
Kiersten A. Fletcher
Email: KFletcher@mofo.com

*Attorneys for Defendants George D. Levy Trust,*
*Estate of George D. Levy, Karen S. Levy, George D.*
*Levy & Karen S. Levy Irrevocable Family Trust*
*U/T/D Dated 8/17/90, and David Andelman*