**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                    Plaintiff,<br><br>            v.<br><br>DANIEL STONE and SUSAN JANE STONE,<br><br>                                    Defendants. | Adv. Pro. No. 10-05084 (SMB) |

**<u>CASE MANAGEMENT NOTICE</u>**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 15, 2014.

2. Fact Discovery shall be completed by: March 19, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: August 31, 2015.

4. The Disclosure of Rebuttal Experts shall be due: September 28, 2015.

5. The Deadline for Completion of Expert Discovery shall be: December 18, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: February 19, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 4, 2016.

8. The Deadline for Conclusion of Mediation shall be: July 1, 2016.

Dated: New York, New York
       May 16, 2013

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | BAKER & HOSTETLER LLP |
|---|---|
| By:/s/ *Elise S. Frejka*<br>Philip Bentley<br>Elise S. Frejka<br>Jason S. Rappaport<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Attorneys for Defendants* | By: /s/ *Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email:  ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |

300321401.1