MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for the Customers Identified on Attachment A Hereto*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor | |

**Certificate of Service**

I, Matthew A. Kupillas, hereby certify that on the 16th day of May, 2014, I electronically filed CLAIMANTS' OMNIBUS OPPOSITION TO THE TRUSTEE'S MOTION AFFIRMING APPLICATION OF NET INVESTMENT METHOD TO DETERMINATION OF CUSTOMER TRANSFERS BETWEEN BLMIS ACCOUNTS with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

s/ Matthew A. Kupillas

# ATTACHMENT A

## In re Bernard L. Madoff Investment Securities LLC
Adv. Pro. No. 08-01789 (SMB)

### CERTAIN CUSTOMER-CLAIMANTS JOINTLY REPRESENTED BY MILBERG LLP AND SEEGER WEISS LLP

| Customer-Claimant | BLMIS Account Number | Claim Number(s) | Docket Number(s) of Objection to Claim Determination |
|---|---|---|---|
| Jan Marcus Capper | 1EM468 | 011109 | 680 |
| Gary Albert | 1CM015 | 009762 | 2192 |
| Jerry Guberman Trust Dated 12/23/93 | 1ZA407 | 009416 | 711 |
| Harold A. Thau (IRA) | 1ZR261 | 009523 | 451 |
| John Denver Concerts Inc. Pension Plan Trust | 1ZB085 | 009526 | 687 |
| Joseph Sloves (IRA) | 1SO403 | 007959 | 1949 |
| Laurence E. Leif | 1LO142 | 001204 | 2351 |
| Onesco International, Ltd. | 1FR121 | 009658 | 668 |
| Potamkin Family Foundation I, Inc. | 1PO107 | 005312 | 709 |
| June Pollack T/O/D to Keith L. Pollack and Cary G. Pollack | 1CM884 | 000530 | 1080 |
| Linda Berger Howard Berger J/T WROS | 1ZB547 | 005115 | 1998 |
| Judith Rock Goldman | 1ZA490 | 009795 / 011678 | 867 |
| Anita Karimian | 1ZA142 | 010932 | 870 |
| Gary L. Harnick (IRA) | 1H0121 | 1209/14626 | 893 |
| William M. Woessner Family Trust, /Sheila A. Woessner Family Trust TIC | 1CM191 | 450/6829 | 2766 |
| Jonathan Michaeli (IRA) | 1ZR304 | 7984 | 2277 |
| The Adina Michaeli Revocable Trust | 1ZR305 | 7983/9009 | 2214 |
| Trudy Schlachter | 1S0293 | 011044 | 915 |

1

| | | | |
|---|---|---|---|
| Gerald Blumenthal (IRA) | 1B0166 | 6832 | 2366 |
| Steven V. Marcus Separate Property Marcus Family Trust | 1EM469 | 002882 | 873 |
| Richard Roth (IRA) | 1R0103 | 711/9177 | 2271, 3526 |
| Richard Roth | 1R0060 | 710 | 2448, 3525 |
| Lynda Roth | 1R0054 | 000721 | 2374 |
| Michael Roth | 1R0057 | 000715 | 2373 |
| Michael Roth (IRA) | 1R0102 | 000722 | 2272, 3524 |
| Florence Roth | 1R0047 | 712 | 2449 |
| Lester Kolodny (IRA) | 1K0138 | 001066 | 672 |
| P. Charles Gabriele (IRA) | 1CM431 | 009180 | 886 |
| Delia Gail Rosenberg | 1R0250 | 11095 | 2509 |
| Aspen Fine Arts Co. | 1EM381 | 009406 | 707 |
| Elizabeth Harris Brown | 1B0140 | 001691, 015095 | 2146 |
| The Douglas G. Brown Revocable Trust | 1B0139 | 001690, 015094 | 2439 |
| Do Stay, Inc. | 1D0040 | 2266, 14255 | 2820 |
| Elbert R. Brown, Trustee | 1B0073 | 2263, 14263 | 2288, 3122 |
| Elbert R. Brown, Trustee | 1B0142 | Claim pending determination | No objection filed |
| Viola Brown, Trustee U/T/D 12/29/88 | 1B0078 | 002317, 014254 | 2343, 3121 |
| Viola Brown, Trustee U/T/D 12/29/88 | 1B0128 | Claim pending determination | No objection filed |
| Lawrence I Brown and Barbara Brown J/T WROS | 1B0154 | 2892 | 2845 |
| Lewis R. Franck | 1ZA440 | 001891, 015368 | 733 |
| Martin Gelman & Michael Dancer JT/WROS | 1ZB516 | 8502 | 705 |
| Barbara Harris | 1H0092 | 2704, 9602 | 2753 |
| Deborah Katz | 1KW202 | 001841, 015096 | 2013 |
| Jack Kaufman and Phyllis Kaufman J/T WROS | 1KW142 | 006571 | 2221 |
| Michael Mathias and Stacey Mathias J/T WROS | 1M0100 | 002619 | 2963 |

2

| Katharine Brown Trust | 1B0141 | 004020 | 1136 |
| Barbara Schlossberg | 1ZG022 | 328, 14258 | 706 |
| Bernard Seldon | 1ZR050 | 6615 | 453 |
| Jonathan Sobin | 1EM208 | 8501 | 2469 |
| Leila F. Sobin | 1S0457 | 6479 | 829 |
| Leila F. Sobin | 1EM210 | 008499 | 2408 |