**Lax & Neville LLP**
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Barry R. Lax
Brian J. Neville

*Attorneys for Various BLMIS Customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**CUSTOMERS' JOINDER IN CLAIMANTS' OMNIBUS
OPPOSITION TO THE TRUSTEE'S MOTION AFFIRMING
APPLICATION OF NET INVESTMENT METHOD TO DETERMINATION
<u>OF CUSTOMER TRANSFERS BETWEEN BLMIS ACCOUNTS</u>**

Various customers of Bernard L. Madoff Securities LLC ("BLMIS") for whom Lax & Neville LLP filed SIPC Claim forms and/or Oppositions to The Trustee's Determination[1] ("Customers") join in the Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method To Determination Of Customer Transfers Between BLMIS Accounts, dated May 16, 2014 (the "Opposition").

On December 11, 2008, Bernard Madoff's Ponzi scheme was revealed, and it became clear that the assets in various customers' accounts did not exist. Some of the customers subsequently filed claims with the Trustee in connection with the liquidation of BLMIS (the "Customer Claims"). The Trustee denied the Various Customers' Claims.

The Customers oppose the Trustee's Motion for the applicable reasons stated in the Opposition, including, but not limited to the memorandum of law filed by Millberg LLP and Seeger Weiss LLP, on behalf of other BLMIS customers. For the reasons detailed in the Opposition, the Customers respectfully submit that this Court should deny the Trustee's motion.

Dated: New York, New York
      May 16, 2014

                                    **LAX & NEVILLE, LLP**

                                    By:*/s/ Barry R. Lax*
                                          Barry R. Lax, Esq.
                                          Brian J. Neville, Esq.
                                          1450 Broadway, 35th Floor
                                          New York, NY 10018
                                          Telephone: (212) 696-1999
                                          Facsimile: (212) 566 - 4531

---

[1] Lax & Neville LLP intends on filing an Addendum to this Joinder Motion outlining the Customer Claimant's name, the applicable BLMIS account number, the SIPC Claim Number and the Docket Number of the Objection to the Trustee's Claim Determination.

2