**SILVERMANACAMPORA LLP**
Attorneys for Talon Air, Inc.
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
516-479-6300
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                        Adv. Pro. No. 08-01789 (BRL)

                Plaintiff,           SIPA LIQUIDATION

    v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,                                  Chapter 7

                Debtor.              Case No. 09-11893 (BRL)

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

      SILVERMANACAMPORA LLP hereby withdraws its appearance as counsel for Talon Air, Inc., a creditor of Bernard L. Madoff Investment Securities LLC, in the above-referenced cases and requests that it be removed from the CM/ECF noticing list and any other service lists maintained in these cases.

Dated: Jericho, New York
       May 19, 2014

                              **SILVERMANACAMPORA LLP**
                              Attorneys for Talon Air, Inc.


                              By:  s/ Adam L. Rosen
                                  Adam L. Rosen
                              100 Jericho Quadrangle, Suite 300
                              Jericho, New York 11753
                              (516) 479-6300

GMD/1482435.1/056429