UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## Certificate of Service

I, Bernard J. Garbutt III, hereby certify that on the 16th day of May, 2014, I electronically filed THE KOSTIN COMPANY'S OPPOSITION TO THE "TRUSTEE'S MOTION AFFIRMING APPLICATION OF NET INVESTMENT METHOD TO DETERMINATION OF CUSTOMER TRANSFERS BETWEEN BLMIS ACCOUNTS" with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

Dated: May 19, 2014
New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Bernard J. Garbutt III
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for The Kostin Company*