Mark W. Smith (MS-6177)
**SMITH VALLIERE PLLC**
75 Rockefeller Plaza, 21st Floor
New York, NY 10019
Telephone: (212) 755-5200
Facsimile: (212) 755-5203
*ATTORNEY FOR SHANA D. MADOFF*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 1: 09-ap-1503 (SMB) |
| Plaintiff, | |
| v. | |
| PETER B. MADOFF, MARK D. MADOFF, ANDREW H. MADOFF, and SHANA D. MADOFF, | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL FOR PURPOSES OF BEING REMOVED FROM CM/ECF ELECTIONIC NOTIFICATION SERVICE

**PLEASE TAKE NOTICE** that Mark W. Smith of Smith Valliere PLLC, hereby moves

to withdraw as counsel for the purpose of being removed from the CM/ECF electronic

notification service, and any other mailing matrix or service list in this case and any related

adversary proceedings.

New York, New York
Dated: May 19, 2014

Respectfully submitted,


 /s/ Mark W. Smith
Mark W. Smith (MS-6177)
Smith Valliere PLLC
75 Rockefeller Plaza, 21st Floor
New York, NY  10019
Telephone: (212) 755-5200
Facsimile: (212) 755-5203
msmith@svlaw.com