Gregory Zimmer, Esq.
**SMITH VALLIERE PLLC**
75 Rockefeller Plaza, 21st Floor
New York, NY 10019
Telephone: (212) 755-5200
Facsimile: (212) 755-5203
*ATTORNEY FOR SHANA D. MADOFF*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETER B. MADOFF, MARK D. MADOFF, ANDREW H. MADOFF, and SHANA D. MADOFF, <br><br> Defendants. | Adv. Pro. No. 1: 09-ap-1503 (SMB) |

2

### MOTION TO WITHDRAW AS COUNSEL FOR PURPOSES OF BEING REMOVED FROM CM/ECF ELECTIONIC NOTIFICATION SERVICE

**PLEASE TAKE NOTICE** that Gregory Zimmer of Smith Valliere PLLC, hereby moves to withdraw as counsel for the limited purpose of being removed from the CM/ECF electronic notification service, and any other mailing matrix or service list in this case and any related adversary proceedings.

New York, New York
Dated: May 19, 2014

                                       Respectfully submitted,

                                       /s/ Gregory Zimmer
                                       Gregory Zimmer, Esq.
                                       Smith Valliere PLLC
                                       75 Rockefeller Plaza, 21st Floor
                                       New York, NY  10019
                                       Telephone: (212) 755-5200
                                       Facsimile: (212) 755-5203
                                       gzimmer@svlaw.com