**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>            v.<br><br>ROSALIND C. WHITEHEAD REVOCABLE TRUST DATED 3/8/07, and ROSALIND C. WHITEHEAD, in her capacity as Trustee for the Rosalind C. Whitehead Revocable Trust dated 3/8/07 and individually,<br><br>         Defendants. | Adv. Pro. No. 10-05182 (SMB) |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 3, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

On April 17, 2014, Defendant filed a motion to dismiss this adversary proceeding [Dkt. No. 29] pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Bankruptcy Rule 7012 (a "Rule 12(b)(6) Motion").

On May 8, 2014, the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 31, pursuant to Paragraph 2D of the Avoidance Procedures, which specifies that upon the filing of a Rule 12(b)(6) Motion, the issues raised in such motion, together with the issues raised in the Complaint, are immediately referred to mediation.  Avoidance Procedures, ¶2D.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Francis G.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Conrad, to act as Mediator in this matter. The Parties further agree to contact Mr. Conrad as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

300323166.1

Dated: May 19, 2014

|  |  |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | */s/ Nicholas J. Cremona* |
| 200 South Orange Avenue | 45 Rockefeller Plaza |
| SunTrust Center, Suite 2300 | New York, NY 10111 |
| Orlando, Florida 32801-3432 | Telephone: (212) 589-4200 |
| Telephone: 407.649.4000 | Facsimile: (212) 589-4201 |
| Facsimile: 407.841.0168 | David J. Sheehan |
| Christa C. Turner | e-mail: dsheehand@bakerlaw.com |
| Email: cturner@bakerlaw.com | Nicholas J. Cremona |
|  | e-mail:  ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**Lax & Neville, LLP**

/s/ *Gabrielle J. Prettto*
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566 – 4531
Barry R. Lax
E-mail: blax@laxneville.com
Brian J. Neville
E-mail: bneville@laxneville.com
Gabrielle J. Pretto
E-mail: gpretto@laxneville.com

*Attorneys for Defendant*

300323166.1