**Lax & Neville LLP**
1450 Broadway, 35th Floor
New York, New York  10018
Telephone:  (212) 696-1999
Facsimile:  (212) 566-4531
Barry R. Lax
Brian J. Neville

*Attorneys for Various BLMIS Customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |

**CUSTOMERS' JOINDER IN CLAIMANTS' OMNIBUS
OPPOSITION TO THE TRUSTEE'S MOTION AFFIRMING
APPLICATION OF NET INVESTMENT METHOD TO DETERMINATION
<u>OF CUSTOMER TRANSFERS BETWEEN BLMIS ACCOUNTS</u>**

Various customers of Bernard L. Madoff Securities LLC ("BLMIS") for whom Lax & Neville LLP filed SIPC Claim forms and/or Oppositions to The Trustee's Determination[1] ("Customers") join in the Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method To Determination Of Customer Transfers Between BLMIS Accounts, dated May 16, 2014 (the "Opposition").

On December 11, 2008, Bernard Madoff's Ponzi scheme was revealed, and it became clear that the assets in various customers' accounts did not exist. Some of the customers subsequently filed claims with the Trustee in connection with the liquidation of BLMIS (the "Customer Claims"). The Trustee denied the Various Customers' Claims.

The Customers oppose the Trustee's Motion for the applicable reasons stated in the Opposition, including, but not limited to the memorandum of law filed by Millberg LLP and Seeger Weiss LLP, on behalf of other BLMIS customers. For the reasons detailed in the Opposition, the Customers respectfully submit that this Court should deny the Trustee's motion.

Dated: New York, New York
       May 16, 2014

                                         **LAX & NEVILLE, LLP**

                                         By:*/s/ Barry R. Lax*
                                              Barry R. Lax, Esq.
                                              Brian J. Neville, Esq.
                                              1450 Broadway, 35th Floor
                                              New York, NY 10018
                                              Telephone:  (212) 696-1999
                                              Facsimile:  (212) 566 - 4531

---

[1] Lax & Neville LLP intends on filing an Addendum to this Joinder Motion outlining the Customer Claimant's name, the applicable BLMIS account number, the SIPC Claim Number and the Docket Number of the Objection to the Trustee's Claim Determination.

2

ADDENDUM TO MOTION TO JOIN

In re Bernard L. Madoff Investment Securities LLC
Adv. Pro. No. 08-01789 (SMB)

CERTAIN CUSTOMER-CLAIMANTS JOINTLY
REPRESENTED BY LAX & NEVILLE LLP

| Customer-Claimant | BLMIS Account Number | Claim Number | Docket Number of Objection to Claim Determination |
|---|---|---|---|
| Mary Albanese IRA | 1ZR260 | 002227 | 734 |
| Dominick Albanese Trust Acct B | 1A0101 | 002155 | 735 |
| David Belosa & Bari Belosa J/T WROS | 1B0196 | 001085 | 2789 |
| Gordon Bennett 1988 Trust | 1B0099 | 13917 | 466 |
| Watershed Foundation | 1ZA197 | 013913 | 1015 |
| Harriet Bergman | 1B0197 | 000282 | 2388 |
| Leonard Bergman Credit Shelter Trust FBO Harriet Bergman | 1B0272 | 000518 | 2451 |
| Adriane Biondo | 1ZA482 | 012132/013771 | 3708 |
| Audrey and Robert Orenbach | 1ZA482 | 013773/13497 | 3706 |
| Mildred Wang | 1ZA482 | 012122/13527 | 3707 |
| Shelly Roth, Ira Roth, Alexander Roth, Evan Roth, Jordan Roth | 1ZA482 | 013500/013772 | 3705 |
| Brow Family Partnership | 1ZA482 | 13499 | 2282 |
| Carol Bulman (IRA) | 1ZR006 | 004913 | 904 |
| William Jay Cohen, Trustee | 1ZA232 | 009570 | 725 |
| Elinor P. Cohen Trustee Dated 11/14/89 FBO Eleanor P. Cohen | 1ZB381 | 009607 | 726 |
| Coronado S A | 1FN015 | 933 | 2386 |
| Coronado S A | 1FR023 | 2126 | 3108 |
| Jacob Davis and Marilyn Davis, Trustees | 1D0051 | 010615 | 2358 |
| Jacob Davis IRA | 1ZR008 | 010610 | 786 |
| Marilyn Davis & Jacob Davis ttees UTA by Marilyn Davis | 1ZA052 | 10613 | 2830 |
| Karl Drobitsky | 1D0050 | 004124 | 2786 |
| Richard Eaton IRA | 1CM366 | 013916 | 840 |
| Fammad LLC | 1F0201 | 012126 | 787 |
| Myron Feuer IRA | 1F0173 | 000165 | 441 |

| | | | |
|---|---|---|---|
| Peds Retirement Trust | 1P0085 | 5625 | 906 |
| PJFN Investors LP | 1ZA081 | 008177 | 927 |
| Selma Fox IRA | 1ZW045 | 001455 | 737 |
| Jerome Fox IRA | 1ZW017 | 001458 | 736 |
| Fox Family Partnership LLC | 1ZB478 | 001609 | 1037 |
| Accu Plan Employees' Profit Sharing Trust | 1A0083 | 8504 | 2387 |
| Constance Friedman | 1F0098 | 8505 | 2880 |
| Allan Robert Greene | 1ZB462 | 002525 | 375 |
| Julia Greene, Allen Robert Greene as custodian | 1ZA919 | 002708 | 664 |
| Bruce Hector MD | 1ZA317 | 000615 | 782 |
| Jay M. Izes IRA | 1ZR311 | 011734 | 2035 |
| Dori Kamp | 1ZR086 | 001387 | 1992 |
| Howard L. Kamp | 1ZR257 | 001403 | 714 |
| Abe Kleinman IRA | 1ZR165 | 12234 | 1991 |
| Bonnie Kansler IRA | 1ZR170 | 12199 | 788 |
| Dale Kleinman | 1ZA993 | 012198 | 795 |
| Marjorie Kleinman | 1ZA992 | 6338 | 740 |
| Matthew Kansler | 1ZB420 | 012197 | 739 |
| Deborah Kaye | 1ZA364 | 9124 | 2510 |
| Elliott Kaye | 1ZA316 | 002548 | 783 |
| Lawrence Kaye Trustee Evelyn Kaye Trust FBO Judith Knight et al. | 1K0121 | 009126 | N/A |
| Lawrence Kaye & Susan Kaye Trustees | 1K0122 | 009106 | 2813 |
| Lawrence Kaye IRA | 1K0142 | 008400 | 374 |
| Paul Kaye | 1K0200 | 9107 | 2447 |
| Robert Kehlmann Trustee, Trust FBO Ephraim Kehlmann U/A DTD 12/30/72 | 1ZA710 | 008636 | 802 |
| Robert Kehlmann and Diana Tosto Kehlmann | 1ZA708 | 008634 | 800 |
| Robert Kehlmann Trustee Tst UW William Kehlmann 1/23/65 | 1ZA709 | 008637 | 801 |
| Zipora Wagreich Trustee U/A Dtd 11/6/90 | 1ZB096 | 8635 | 871 |
| Donald S. Kent | 1K0160 | 012920 | 791 |
| Madeline R. Kent Living Trust | 1EM098 | 012919 | 2398 |
| Sheila Kolodny | 1K00042 | 003348 | 2823 |
| Sheila Kolodny | 1K0132 | 3349 | 2440 |
| The Korn Family Limited Partnership | 1CM704 | 013971 | 910 |
| Robert Korn Revocable Trust | 1CM382 | 013914 | 465 |

| | | | |
|---|---|---|---|
| Donna Lefkowitz Revocable Trust dtd 12/13/04 | 1ZA966 | 001099 | 839 |
| Laurence E. Leif IRA | 1L0139 | 458 | 2825 |
| Rose Less | 1ZB293 | 2402 | 713 |
| Ruth Mechaneck | 1ZB506 | 838 | 2792 |
| The Mechaneck Rev Liv Trust DTD 5/11/94 | 1ZA413 | 001026 | 1772 |
| Harriet K. Meiss Trust | 1ZA465 | 15098 | 666 |
| Morse Family Foundation Inc. | 1M0177 | 008401 | 543 |
| Linda Morese Revocable Trust dated 6/18/93 | 1M0167 | 009369 | 2110 |
| John Maccabee & Sherry More Maccabee Living Trust Dated 1/24/97 | 1M0002 | 010609 | 2989 |
| The HO Marital Appointment Trust, Michael Oshry, Suzanne Oshry & Meryl Evans Co-Trustees | 1ZB495 | 13537 | 879 |
| White Orchard Investments, Ltd | 1FR088 | 011597 | 3279 |
| Harry Pech and Jeffrey Pech J/T WROS | 1P0083 | 4201 | 1867 |
| Lanny Rose | 1ZA101 | 000139 | 599 |
| JIR Enterprises LLC | 1J0060 | 11572 | 2471 |
| Kenneth E. Roth | 1R0213 | 4000 | 2514 |
| Elaine C. Schlessberg Trust Dated 8/26/2004 | 1S0312 | 000382 | 793 |
| Norman Schlessberg Trust/Trustee | 1S0313 | 000152 | 2436 |
| Robert L. Schwartz 2004 Revocable Trust Agreement | 1S0227-3 | 0160611 | 464 |
| Anne Squadron IRA | 1S0234 | 002909 | 3000 |
| Anne Strickland Squadron | 1S0478 | 004783 | 2966 |
| Alana D. Gold | | 0066887 | 3685 |
| Alexander Squadron | | 006875 | 3692 |
| Anna Rothwell | | 006894 | 3700 |
| Arthur and Eleanor Squadron | | | 3694 |
| William Squadron and Debra Lagapa | | 006873 | 3701 |
| Catherine Shea | | 006883 | 3688 |
| Daniel Squadron | | 006872 | 3698 |
| Elena Prohaska Glinn | | 006896 | 3697 |
| Elizabeth Shea | | 006881 | 3698 |
| Eric Grode and Elizabeth Harre | | 006891 | 3696 |
| Sarah B. Harre | | 006892 | 3699 |
| Swing and David Harre | | 006889 | 3682 |

| | | | |
|---|---|---|---|
| Jacob Squadron | | 006874 | 3691 |
| Justin Shea | | 006882 | 3690 |
| Laurel Squadron | | 006878 | 3704 |
| Michael and Marcy Squadron | | 006888 | 3686 |
| Neill P. Squadron | | 006879 | 3703 |
| Pasquale and Marianna Bernardin | | 006890 | |
| Peter and Carol Gold | | 006885 | 3695 |
| Richard Squadron and Theodosia Price | | 006877 | |
| Robert Vas Dias and Margaret Butcher | | 006895 | 3702 |
| Samuel Squadron | | 006876 | 3693 |
| Sarah D. Gold | | 006886 | 3683 |
| Seth and Elizabeth Squadron | | 006871 | 3687 |
| Vanessa Gang | | 006893 | |
| Angelo Viola | 1ZA297 | 001100 | 868 |
| Angelo Viola IRA | 1ZR232 | 001101 | 869 |
| David T. Washburn | 1W0087 | 013526 | 2281 |
| David T. Washburn IRA | 1W0088 | 13523 | 2281 |
| Laura Weill | 1CM334 | 1516 | 2183 |
| Bette Wilkes | 1CM865 | 012107 | 3237 |
| Jennie Wilkes | 1CM865 | 012134 | 3237 |
| Samuel Wilkes | 1CM865 | 012143 | 3237 |
| Stephen Wilkes | 1CM865 | 012182 | 3237 |
| Alan Goldstein IRA | 1CM450 | 008197 | 404 |
| Stephen Weisser | 1ZB435 | 00017 | |
| Barbara L. Laird c/o Roger Williams | 1ZA365 | 8623 | 2474 |
| Roger Williams and Miriam L. Williams | 1ZA886 | 008618 | 415 |