# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AARON BLECKER

Plaintiff,

-against-

IRVING H. PICARD, TRUSTEE
FOR LIQUIDATION OF THE BUSINESS
OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC

Defendants.

**AFFIDAVIT OF**
AARON BLECKER

Bankruptcy Case
No. 08-1789
Claim #003907

**Hon. Burton R. Lifland**

STATE OF NEW YORK    )
                                              : ss.:
COUNTY OF NASSAU     )

AARON BLECKER, being duly sworn deposes and says:

1.      On February 23, 2009 I submitted my claim to Irving H. Picard, Esq. for reimbursement for my losses in Bernard Madoff Investment Securities (BMIS). In the letter accompanying my claim form, (See Attachment A) I explained that I had established two accounts – one in my name, Aaron Blecker, and subsequently a second account jointly with my wife, Arthur and Sofie (sic) Blecker, investing hundreds of thousands of dollars in each. I also explained that in 2007 I was forced by Madoff to merge those accounts into one. Other than transfers within the system **I have never withdrawn any money from any Madoff account.**

2. Thus I filed three claims – one for the Aaron Blecker account, one for the Arthur and Sofie Blecker account, and in case the trustee refused to compensate me for each account and treated the two as one, contingently I submitted a claim for $500,000 for the one trust account established in 2007 established from the forced merger of the other two, which had grown to $2.6 million at the time of the discovery of Madoff's fraud. (See flow chart.)

3. Confident that SIPC would return at least my initial investment as I had never withdrawn any money, and hopeful that they would pay me quickly as I am 98 years old, I was surprised and distressed when by letter of October 19, 2009, Irving H. Picard denied my claim for the Aaron Blecker account on the ground that not only were no securities ever purchased for my account contrary to Madoff's statements over the years, but also that I had transferred $206,000 from my account, and also supposedly additionally withdrawn $261,633.94 – more than my initial investment. Further, the denial stated that I had "taken" $61,633.94 from other customers. The trustee attached a detailed list of "withdrawals" from my account, stating that they were "checks" issued to me. (Attachment B)

In short, my claim was denied because the trustee believed that more money had been withdrawn than deposited from the account they reference as 1B0022. Again, that is incorrect. **In fact I have never received any money from any Madoff account nor directed that any money be sent from any account to any third party.** Therefore my claim for restitution should be honored.



# Account Flowchart

**Funding** (1):
1986: $50,000
1986: $50,000
1992: $100,000
Total: $200,000

**Total Withdrawals:**
$0

**Funding:**
?

**A. Blecker**
Account # 1B0022
Est. 1986

Transfer?

**Arthur & Sofie Blecker**
Account # 1B0157-3-0
Est. 1997

Transfer in 2007
$1,480,131.54

Transfer $206,528.78

**Aaron Blecker**
Account # 1B0156-3-0
Est. 1997

Transfer in 2007
$753,107.40

**Aaron Blecker Rev. Trust**
Account # 1B0156-3-0
Est. 3/15/07

Value at last statement
November 2008:
**$2,625,435.95**

(1) Per Trustee Statement

**4. Factual Background.**

The trustee's denial is based upon two assertions.

A. That $200,000 was invested in account 1B0022 and $206538.78 was transferred out of that account

B. That checks totaling $61,633.94 were paid out of that account on my behalf

As noted **I have never received directly or indirectly any money back.**

A. Did I receive a payment of $206,538.75?

1. I now realize that part of confusion has resulted from changes in the account numbers. My original account, and the one for which the trustee has denied a claim is 1B0022. He is correct that there should be no money paid from that account as amounts in that account were transferred to two different accounts - one for me Aaron Blecker, and a separate joint account, presumably as per his records, established in 1997.

2. As the following chart shows, I established an account 1B0022 in 1986 and augmented my investment in 1992. Then in 1997 two separate accounts were established with different numbers. (Athur and Aaron are the same person) By 2007, as one of the accounts had less than one million dollars, I was forced by Madoff to merge those accounts into one. Other than transfers within the system **I have never withdrawn any money from any Madoff account.**

B. What happened to the $61,633 allegedly paid out of account 1B0022 on my behalf?

The trustee's records show checks totaling that amount paid out to public companies. These are public companies with which I have never had a relationship and to which I never authorized payments. Therefore, I have to assume that these were entries that were part of the larger fraud and cover-up.

Recently I did find statements from 1995 (but not other years).  These monthly statements did note entries for the checks in question. (see Attachment C for March, 1995) These statements had many complex entries and I focused on the summary valuations, thinking they were all part of the normal investment process for securities being purchased and sold. Since I never suspected fraud, it did not occur to me that they could be false entrees.

C. Procedure going forward

The trustee's records are probably better than mine. I do not know exactly how much I invested in Madoff over the years which grew to $2.6 million by November 2008.  I would appreciate help in tracing all of this.   Perhaps the Trustee is denying my claim for account B-0022 because he intends to accept my claims for reimbursement on the successor accounts.  If so, he has not so indicated.

**So this is to formally request a hearing.**  But in advance of that, I hope the Court orders the Trustee to use its access to the records to help clarify the flow of funds from all of the accounts, and to verify that there are no records showing requests on my part

for the money allegedly paid to various corporations.

I would very much appreciate the Court's help in quickly recovering at least my actual

investment up to $500,000 per account.

_____
AARON BLECKER

Sworn to before me this
16ᵗʰ day of November, 2009

_____
Notary Public

YVONNE DUMMETTE
Notary Public, State of New York
No. 01DU6169927
Qualified in Queens County
Commission Expires July 02, 2011