DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Fax: 212.692.1020
Gerard S. Catalanello, Esq.
Patricia H. Heer, Esq.
gcatalanello@duanemorris.com
phheer@duanemorris.com

Attorneys for Brian Ross, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

SECURITIES INVESTOR PROTECTION.      Adv. Pro. No. 08-01789 (SMB)
CORPORATION,

             SIPA Liquidation

       Plaintiff- Applicant

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
-----------------------------------------------------------------
In re:

BERNARD L. MADOFF,

       Debtor.
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I Gerard S. Catalanello certify that I am not less than 18 years of age, and that on May 16, 2014, I caused true and correct copies of the *Objection and Joinder of Brian Ross to Arguments Presented in Connection with the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts* to be served by the court's electronic filing notification system on the parties consenting to such service and, on May 20, 2014, to be served as indicated on the parties listed on the attached Service List.

Dated:   New York, New York             **DUANE MORRIS LLP**
          May 20, 2014

                                                                */s/Gerard S. Catalanello*
                                                                Gerard S. Catalanello, Esq.
                                                                1540 Broadway
                                                                New York, New York 10036-4086
                                                                (212) 692-1000
                                                                (212) 692-1020 (facsimile)
                                                                *Attorneys for Brian Ross*

## Service List

**By Regular Mail:**

Honorable Stuart M. Bernstein
One Bowling Green – Courtroom 723
New York, NY  10004

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, NW Suite 800
Washington, DC  20005