**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>RICHARD A. BROMS REVOCABLE TRUST; and RICHARD A. BROMS, individually and in his capacity as Trustee of the Richard A. Broms Revocable Trust,<br><br>       Defendants. | Adv. Pro. No. 10-04373 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 15, 2014

2. Fact Discovery shall be completed by: March 19, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: August 31, 2015

4. The Disclosure of Rebuttal Experts shall be due: September 28, 2015

5. The Deadline for Completion of Expert Discovery shall be: December 18, 2015

6. The Deadline for Mediation Referral shall be: February 19, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 4, 2016

8. The Deadline for Conclusion of Mediation shall be: July 1, 2016

Dated: New York, New York  
      May 21, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*