IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X : | |
| SECURITIES INVESTOR PROTECTION CORPORATION : : : | |
| : | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff, : : | **SIPA LIQUIDATION** |
| -v- : | **(Substantively Consolidated)** |
| : | |
| BERNARD L. MADDOFF INVESTMENT SECUARITIES, LLC, : : | |
| Defendant. : | |
|  : | |
| : | |
| IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, : : | |
| : | Adv. Pro No. 10-04399 (BRL) |
| Plaintiff, : : | |
| -v- : : | |
| ROBERT NYSTROM : | |
| Defendant. : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Goodwin Procter LLP has replaced the law firm of Stutman, Treister & Glatt PC as counsel of record for Defendant Robert Nystrom in the above-captioned matter. Defendant respectfully requests that all notices, pleadings, orders, complaints and other documents served or required to be served in the above captioned cases be sent to:

William P. Weintraub, Esq.
Gregory W. Fox, Esq.
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212-813-8839

Email: wweintraub@goodwinprocter.com
gfox@goodwinprocter.com

Please take notice of this change and update your records accordingly.

Dated: May 21, 2014  GOODWIN PROCTER LLP

/*s/ William P. Weintraub*
William P. Weintraub, Esq.
Gregory W. Fox, Esq.
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212-813-8839
Email: wweintraub@goodwinprocter.com
 gfox@goodwinprocter.com

*Attorneys for Robert Nystrom*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2014.

/*s/ William P. Weintraub*