Jessica L. Margolis
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: 212.999.5800
Fax: 212.999.5899
Email: jmargolis@wsgr.com

*Attorneys for Interested Party / Objector*
*John E. Guinness, Trustee and The John E.*
*Guinness Revocable Trust Dated June 11, 1992*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD SENTRY LTD., *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-01239 |
| In re:<br><br>GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P.,<br><br>Debtors and Debtors-in-Possession. | Case No: 10-16229 (BRL)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW

To the Clerk of this Court and all parties of record:

1. Wilson Sonsini Goodrich & Rosati ("WSGR"), including the undersigned counsel, hereby withdraws its appearance as counsel for Interested Party John E. Guinness, Trustee and The John E. Guinness Revocable Trust Dated June 11, 1992 (hereinafter, "Guinness") and respectfully requests it be removed from the Court's service list in connection with the above-referenced consolidated Bankruptcy proceeding.

2. WSGR appeared on behalf of Interested Party Guinness in June 2011 for the limited purpose of objecting to the motion of Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P., debtors and debtors-in-possession, seeking entry of an order approving settlement agreements between each of the Greenwich Sentry Funds and Irving H. Picard in his capacity as trustee for the liquidation under the Securities Investor Protection Act of 1970, as amended, of Bernard L. Madoff Investment Securities LLC.

3. The Court issued a *Memorandum Decision and Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* on June 11, 2011 (entered on June 28, 2011) (Dkt. No. 4193), as corrected by the *Errata Order* (Dkt. No. 4209) entered by the Court on July 7, 2011 (collectively, "Bankruptcy Decision").

4. Guinness filed a Notice of Appeal with the United States District Court for the Southern District of New York on September 20, 2011. On January 4, 2012, The Honorable Denise L. Cote affirmed the Bankruptcy Decision and dismissed the Appeal.

5. In light of the above, WSGR withdraws its appearance as counsel for Guinness and respectfully requests that the undersigned counsel, Jessica L. Margolis, be removed from the list of CM/ECF notification recipients in this matter.

| | |
|---|---|
| Dated:  New York, New York<br>          May 21, 2014 | Respectfully submitted,<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br><u>s/ Jessica L. Margolis</u><br>Jessica L. Margolis<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Tel: 212.999.5800<br>Fax: 212.999.5899<br>Email: jmargolis@wsgr.com<br><br>***Attorneys for Interested Party / Objector<br>John E. Guinness, Trustee and The John E.<br>Guinness Revocable Trust Dated June 11,<br>1992*** |

## **CERTIFICATE OF SERVICE**

I, Jessica L. Margolis, hereby certify that on May 21, 2014, I caused a true and correct of the MOTION TO WITHDRAW to be filed electronically with the Court and served upon the parties in this proceeding who receive electronic service through the Court's CM/ECF system.

Dated: New York, New York
May 21, 2014

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ Jessica L. Margolis
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: 212.999.5800
Fax: 212.999.5899
Email: jmargolis@wsgr.com

*Attorneys for Interested Party / Objector John E. Guinness, Trustee and The John E. Guinness Revocable Trust Dated June 11, 1992*