**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  NATHAN GREENBERG REVOCABLE TRUST DATED 6/7/1973; and NATHAN GREENBERG, individually and in his capacity as Trustee of the Nathan Greenberg Revocable Trust,  Defendants. | Adv. Pro. No. 10-04821 (SMB) |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT NATHAN GREENBERG AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Nathan Greenberg Revocable Trust Dated 6/7/1973 and Nathan Greenberg, individually and in his capacity as Trustee of the Nathan Greenberg Revocable Trust; and

**WHEREAS**, Nathan Greenberg died on February 12, 2013.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Barbara E. Greenberg, in her capacity as the Personal Representative of the Estate of Nathan Greenberg and in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust Dated 6/7/1973, as follows:

1. The Estate of Nathan Greenberg[1] (the "Estate"), and Barbara E. Greenberg, in her capacity as the Personal Representative of the Estate of Nathan Greenberg and in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust Dated 6/7/1973 (collectively referred to as "Defendants"), are hereby substituted into this action in place of Nathan Greenberg, deceased, and the complaint shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption to remove Nathan Greenberg and substitute the Estate of Nathan Greenberg and Barbara E. Greenberg, in her capacity as the Personal Representative of the Estate of Nathan Greenberg and in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust Dated 6/7/1973, as reflected on Exhibit A to this Stipulation.

---

[1] The Estate of Nathan Greenberg, Court File No. 502013CP001294XXXXMB in the Circuit Court for Palm Beach County, Probate Division.

3. Barbara Greenberg: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: May 20, 2014

New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ _Nicholas J. Cremona_      By: /s/ *Barbara E. Greenberg*
45 Rockefeller Plaza      Barbara E. Greenberg
New York, New York 10111      c/o Harold Rudnick
Telephone: 212.589.4200      45 Pearl Street, Unit #2
Facsimile: 212.589.4201      Charlestown, MA 02129
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

SO ORDERED.      /s/ STUART M. BERNSTEIN
Dated: May 21st, 2014      HONORABLE STUART M. BERNSTEIN
New York, New York      UNITED STATES BANKRUPTCY JUDGE