**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

### STATUS REPORT FOR THE AVOIDANCE ACTION
### OMNIBUS HEARING SCHEDULED FOR MAY 28, 2014

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing.  Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance actions as set forth on the attached Appendix A are scheduled for a status conference at the Avoidance Action Omnibus Hearing on May 28, 2014 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for June 25, 2014.  The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  May 21, 2014
         New York, New York

By:       _/s/ Nicholas J. Cremona_____
          **BAKER & HOSTETLER LLP**
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: (212) 589-4200
          Facsimile: (212) 589-4201
          David J. Sheehan
          Email:  dsheehan@bakerlaw.com
          Nicholas J. Cremona
          Email:  ncremona@bakerlaw.com

          *Attorneys for Irving H. Picard, Trustee for the*
          *Substantively Consolidated SIPA Liquidation of*
          *Bernard L. Madoff Investment Securities LLC and*
          *Bernard L. Madoff*

## APPENDIX A

1.      <u>Picard v. Michel Most</u>*; 10-04941

    (i)      Status Conference concerning Defendant's motion to quash filed on May 6, 2014

2.      <u>Picard v. Marjorie Most</u>; 10-04947

    (i)      Status Conference concerning Defendant's motion to quash filed on May 6, 2014