KACHROO LEGAL SERVICES, P.C.
Dr. Gaytri Kachroo
245 Park Avenue
24th and 39th Floors
New York, NY 10167
Phone: +1 212 372 8939
Fax: +1 (617) 864-1125
gkachroo@kachroolegal.com


*Attorneys for The Diana Melton Trust, Dated 12/05/05 (Account Number 1ZA699),*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br> Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### AFFIDAVIT OF ANDREW MELTON


I, Andrew Melton, on behalf of The Diana Melton Trust Dated 12/05/05, hereby swear

and affirm, under the pains and penalties of perjury the following:


1.      In July 2007, in my capacities as co-trustee of the Ernest Melton Trust and co-

trustee of The Diana Melton Trust Dated 12/05/05 ("DMT") respectively, I signed and caused to

be sent a written command to Bernard Madoff Securities to Change the account name of the "Ernest Melton Trust" Account to the "The Diana Melton Trust Dated 12/05/05". The new account was to use the newly established Taxpayer Identification Number ("TIN") associated with DMT, and would not be linked to the Ernest Melton Trust.

2.      Authorization was subsequently provided to BLMIS to transfer the entire proceeds of the entire Ernest Melton Trust account 1-ZA699-3-0 to DMT's Account.

3.      In accordance with the authorizations given to BLMIS in paragraphs 1 and 2 above, BLMIS duly opened a new account under DMT's Taxpayer Identification Number, with DMT listed as the sole account holder.  Representatives from BLMIS reported that the proceeds from the Ernest Melton Trust account had been deposited into the new DMT Account, which was reflected in account statements.  The account was duly operated as the exclusive property of DMT.

4.      The Ernest Melton Trust had no ownership interest or right in DMT's new account, nor did it expect to.

5.      The new DMT account was duly declared in DMT's 2007 tax return, upon which DMT paid taxes.


Signed:        …… ⟨signature⟩ ………………………………..

Dated:        ……….May 21, 2014...………………………..

                Andrew Melton