**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT A. LURIA and ROBERT LURIA PARTNERS,<br><br>   Defendants. | Adv. Pro. No. 10-03223 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**
**<u>AND CONTINUANCE OF HEARING</u>**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding, which had been scheduled for May 28, 2014, has been adjourned to July 30, 2014, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the hearing on Plaintiff's motion to dismiss Defendants' counterclaims and to strike Defendants' fourteenth and fifteenth affirmative defenses, which had been scheduled for May 28, 2014, has also been continued to July 30, 2014, at 10:00 a.m.

Dated:  New York, New York
        May 21, 2014

                                        /s/Keith R. Murphy
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Keith R. Murphy
                                        Email: kmurphy@bakerlaw.com
                                        Jonathan B. New
                                        Email: jnew@bakerlaw.com
                                        Andrew W. Reich
                                        Email: areich@bakerlaw.com
                                        **BAKER & HOSTETLER LLP**
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201

                                        *Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*