**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04313 (SMB) |
| Plaintiff, | |
| v. | |
| ROBERT AND ALYSE KLUFER FAMILY TRUST "A", | |
| ALYSE JOEL KLUFER, as Trustee of the Robert and Alyse Klufer Family Trust "A", | |
| DONALD I. ALTMAN, as Trustee of the Robert and Alyse Klufer Family Trust "A", | **STIPULATION EXTENDING TIME TO RESPOND** |
| LEWIS SANDLER, as Trustee of the Robert and Alyse Klufer Family Trust "A", | |
| ELISABETH KLUFER, | |
| NANCY GREENGRASS, | |
| JANE SHRAGE, | |
| NATALIE GREENGRASS, | |
| MAXWELL GREENGRASS, | |

| |
|---|
| DAMIEN CAVE, |
| MICHAEL SHRAGE, |
| [*redacted*] R.H.$_1$, and |
| [*redacted*] R.H.$_2$, |
| Defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before Robert and Alyse Klufer Family Trust "A", Alyse Joel Klufer, as Trustee of the Robert and Alyse Klufer Family Trust "A", Elisabeth Klufer, Nancy Greengrass, Jane Shrage, Natalie Greengrass, Maxwell Greengrass, Damien Cave, Michael Shrage, [*redacted*] R.H.$_1$, and [*redacted*] R.H.$_2$ (individually and collectively, the "Defendants") may move, answer or otherwise respond to the complaint (the "Complaint") filed in the above-captioned adversary proceeding is extended up to and including July 18, 2014.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within

2

thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Defendant's estate or personal representative/executor and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding. For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5600) in the above-captioned case (No. 08-01789 (SMB)).

*[Remainder of page intentionally left blank.]*

Dated as of:  May 22, 2014

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **STORCH AMINI & MUNVES PC** |
| By: /s/ Nicholas J. Cremona | By: /s/ Steven G. Storch |
| 45 Rockefeller Plaza | 140 East 45th Street, 25th Floor |
| New York, New York 10111 | New York, New York 10018 |
| Telephone: 212.589.4200 | Telephone: (212) 490-4100 |
| Facsimile: 212.589.4201 | Facsimile (212) 490-4208 |
| David J. Sheehan | Steven G. Storch |
| Email: dsheehan@bakerlaw.com | Email:  sstorch@samlegal.com |
| Marc E. Hirschfield | |
| Email: mhirschfield@bakerlaw.com | *Attorneys for Defendants* |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4