**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITES INVESTOR PROTECTION CORPORATION, <br><br>　　　　　　　　　　Plaintiff, <br><br>　　　　v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>　　　　　　　　　　Plaintiff, <br><br>　　　　v. <br><br> SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN, <br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 14-01840 (SMB) <br><br><br><br> **ORDER GRANTING MOTION TO INTERVENE** |

　　Upon consideration of the Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24(b) in the above-captioned adversary proceeding by Capital Growth Company, Decisions, Inc., Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower, Barbara Picower, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H.

1

Picower (the "Picower Parties"); and upon the accompanying Memorandum of Law in Support of Picower Parties' Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24(b); and the Notice of Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24(b); and upon all of the pleadings and prior proceedings in this and related actions; and upon the hearing held on May 22, 2014:

**IT IS HEREBY ORDERED:**

A. The Motion is granted and the Picower Parties are now named Intervenor Plaintiffs.

B. The caption shall read:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | )<br>)<br>) Adv. Pro. No. 14-01840 (SMB) |
| Plaintiff, | ) |
| CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower, | ) |
| Intervenors, | ) |
| v. | ) |
| SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN, | ) |
| Defendants. | ) |

2

Dated: New York, New York

<u>May 22nd</u>, 2014

/s/ STUART M. BERNSTEIN

---

HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE