**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEROME O'HARA,<br><br>BERNADETTE O'HARA,<br><br>O'HARA FAMILY PARTNERSHIP,<br><br>ELIZABETH SARRO,<br><br>GEORGE PEREZ, and<br><br>JEANETTE PEREZ,<br><br>Defendants. | Adv. Pro. No. 10-04272 (SMB) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO**
**RESPOND AND TO ADJOURN THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendants Jerome O'Hara ("O'Hara"), Bernadette O'Hara, George Perez ("Perez"), and Jeanette Perez (collectively, "Defendants") may move, answer, or otherwise

respond to the Trustee's complaint (the "Complaint") is extended up to and including September 8, 2014.  The pre-trial conference will be adjourned from June 25, 2014, to October 22, 2014, at 10:00 a.m.

On or about March 17, 2010, the United States filed indictment 10 Cr. 228 (LTS) in the United States District Court for the Southern District of New York charging O'Hara and Perez with conspiracy to commit securities fraud, falsify records of a broker-dealer, and falsify records of an investment advisor, in violation of 18 U.S.C. § 371; falsifying records of a broker-dealer, in violation of 15 U.S.C. §§ 78(a) and 78ff, 17 C.F.R. § 240.17a-3, and 18 U.S.C. § 2; and falsifying records of an investment advisor, in violation of 15 U.S.C. §§ 80b-4 and 80b-17, 17 C.F.R. § 275.204-2, and 18 U.S.C. § 2 (the "Criminal Case").

On November 19, 2010, the Trustee commenced an adversary proceeding, styled *Picard v. O'Hara et al.*, Adv. Proc. No. 10-04272 (BRL), by filing the Complaint in the United States Bankruptcy Court for the Southern District of New York against Defendants.  Counsel for O'Hara and Perez requested a stay of the adversary proceeding pending resolution of the Criminal Case.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint.  Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.  Upon notice to Defendants, nothing in this Stipulation waives the Trustee's right to request from the Court an order to

require Defendants to answer, move against, or otherwise respond to the Complaint and to attend a pre-trial conference prior to October 22, 2014.

Dated: May 21, 2013
      New York, New York

                     BAKER & HOSTETLER LLP

                     By: /s/ David J. Sheehan
                     45 Rockefeller Plaza
                     New York, New York 10111
                     Telephone: (212) 589-4200
                     Facsimile: (212) 589-4201
                     David J. Sheehan
                     Email: dsheehan@bakerlaw.com
                     Keith R. Murphy
                     Email: kmurphy@bakerlaw.com
                     Ona T. Wang
                     Email: owang@bakerlaw.com

                     *Attorneys for Plaintiff Irving R. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*


                     THE LAW OFFICES OF GORDON MEHLER, PLLC

                     By: /s/ Gordon Mehler
                     747 Third Avenue, 32nd Floor
                     New York, New York 10017
                     Telephone: (212) 661-2414
                     Facsimile: (212) 661-8761
                     Gordon Mehler
                     Email: gmehler@mehlerlaw.com

                     *Attorneys for Defendants Jerome O'Hara and Bernadette O'Hara*

3

KRANTZ & BERMAN, LLP

By: /s/ Larry H. Krantz
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: (212) 661-0009
Facsimile: (212) 355-5009
Larry H. Krantz
Email: lkrantz@krantzberman.com

*Attorneys for Defendants George Perez and Jeanette Perez*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: May 22nd, 2014
New York, New York