**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Tracy Cole
Ona T. Wang

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN; LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin; and EMILIE APFELBAUM, | Adv. Pro. No. 10-04336 (SMB) |

Defendants.

# STIPULATION AND ORDER EXTENDING
# JURISDICTIONAL DISCOVERY DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The deadline for completion of all jurisdictional discovery with respect to the defendants is hereby extended up to and including May 30, 2014.

2. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York
       May 22, 2014

| BAKER & HOSTETLER LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| By: /s/ *Marc E. Hirschfield* | By: /s/ *Jonathan K. Cooperman* |
| 45 Rockefeller Plaza | 101 Park Avenue |
| New York, New York 10111 | New York, NY 10178 |
| Telephone: 212.589.4200 | Telephone: 212.808.7534 |
| Facsimile: 212.589.4201 | Facsimile: 212.808.7897 |
| David J. Sheehan | Jonathan K. Cooperman |
| Email: dsheehan@bakerlaw.com | Email: jcooperman@kelleydrye.com |
| Marc E. Hirschfield | Jessica L. Klarfeld |
| Email: mhirschfield@bakerlaw.com | Email: jklarfeld@kelleydrye.com |
| Tracy Cole | |
| Email: tcole@bakerlaw.com | *Attorneys for Defendants Laurence* |
| Ona T. Wang | *Apfelbaum, Emilie Apfelbaum, and the Estate* |
| Email: owang@bakerlaw.com | *(Succession) of Doris Igoin* |
| | |
| *Attorneys for Plaintiff Irving H. Picard,* | |
| *Trustee for the Liquidation of Bernard L.* | |
| *Madoff Investment Securities LLC* | |

2

SO ORDERED:

Dated:  May 22nd, 2014                  /s/ STUART M. BERNSTEIN
New York, New York                     HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE