UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE,**
*PRO HAC VICE* **OF PARKER G. JORDAN**

Upon the motion of Parker G. Jordan, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Parker G. Jordan, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.

Dated: New York, New York
_____, 2014

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE