08-01789-cgm    Doc 6812    Filed 05/23/14    Entered 05/23/14 11:26:36    Main Document
                                        Pg 1 of 3

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>M. HARVEY RUBIN TRUST OF 11/11/92 and MAURICE HARVEY RUBIN,<br><br>         Defendants. | Adv. Pro. No. 10-04886 (BRL) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due on December 6, 2011.

2. Fact Discovery shall be completed on or before July 3, 2012.

3. The Deadline for Service of Substantive Interrogatories shall be April 4, 2012.

4. The Disclosure of Case-in-Chief Experts shall be due on November 15, 2012.

5. The Disclosure of Rebuttal Experts shall be due on February 14, 2013.

6. The Deadline for Completion of Expert Discovery shall be May 24, 2013.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 24, 2014.

8. The Deadline for Conclusion of Mediation shall be March 20, 2015.

Dated: New York, New York  
      May 23, 2014

BAKER & HOSTETLER LLP

By: /s/ *Marc E. Hirschfield*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Marc E. Hirschfield  
Email: ehirschfield@bakerlaw.com  
Oren J. Warshavsky  
Email: owarshavsky@bakerlaw.com  
Peter B. Shapiro  
Email: pshapiro@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*