## EXHIBIT A

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>Plaintiff<br>v.<br><br>BERNARD A. & CHRIS MARDEN FOUNDATION INC.,<br><br>THE PATRICE AND KEVIN AULD FOUNDATION, and<br><br>THE MARDEN FAMILY FOUNDATION, INC.<br><br>Defendants. | Adv. Pro. No. 10-05397 (SMB) |

300315784.1
300323839.1