UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF PARKER G. JORDAN

Upon the motion of Parker G. Jordan, to be admitted, *pro hac vice*, to represent Irving H.

Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the

estate of Bernard L. Madoff ("Madoff"), in the above-referenced matter and in any related

adversary proceedings, and upon the movant's certification that the movant is a member in good

standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Parker G. Jordan, Esq., is admitted to practice, *pro hac vice*, in the

above-referenced matter and in any related adversary proceedings, to represent the Trustee, in

the United States Bankruptcy Court for the Southern District of New York, provided that the

$200.00 filing fee has been paid.

Dated: New York, New York
    May 23rd ,2014

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE