**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | **NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS** |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, *et al*. | |
| Defendant. | |

TO:   Clerk, United States Bankruptcy Court
      Southern District of New York

PLEASE TAKE NOTICE that Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby withdraws its appearance as counsel for *KML Asset Management LLC,* a creditor of Bernard L. Madoff Investment Securities LLC, in the above-referenced cases and requests that it be removed from the CM/ECF noticing list and any other service lists maintained in these cases.

                                        Respectfully submitted,

                                        By:   */s/ Michael D. Sirota*
                                              Michael D. Sirota, Esq.
                                              COLE, SCHOTZ, MEISEL,
                                              FORMAN & LEONARD, P.A.
                                              Court Plaza North
                                              25 Main Street
                                              P.O. Box 800
                                              Hackensack, NJ 07602-0800
                                              Telephone: (201) 525-6262
                                              Facsimile: (201) 678-6262

DATED:   Hackensack, New Jersey
         May 27, 2014