## Schedule 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Audrey Koota and Gordon M. Koota (the "Claimants"), having filed an objection (the "Objection", Docket No. 2334) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#011248), hereby give notice that they withdraw such Objection.

Dated: April 23, 2014

Ted Poretz
On behalf of Audrey Koota and Gordon M. Koota
Ellenoff Grossman & Schole LLP
150 East 42nd Street
New York, New York 10017
Telephone: 212.370.1300
Facsimile: 212.370.7889

18