**Schedule 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Lawrence R. Velvel ("Claimant"), having filed an objection [Dkt. No. 456] (the "Objection") to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims numbered 10963 and 11245, hereby gives notice that he withdraws such Objection.

Dated: _____5__, _2/_, 2014

_____
Lawrence R. Velvel
500 Federal St.
Andover, MA 01845
Tel. No. 978.681.0800