BECKER & POLIAKOFF LLP  
45 Broadway  
New York, New York 10006  
(212) 599-3322  
Helen Davis Chaitman  
hchaitman@bplegal.com  
*Attorneys for the Customers listed*  
*on Exhibit A hereto*

Hearing Date: June 19, 2014  
Hearing Time: 10:00 A.M.  
Objection Date: May 16, 2014

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>           Debtor. | |

### AMENDMENT TO OBJECTION EXHIBIT

Exhibit A [ECF No. 6708-1] to the Customers' Memorandum of Law in Opposition to the Trustee's Method for Valuing Inter-Account Transfers dated May 16, 2014 [ECF No. 6708] is hereby amended to include Toby Lees.

Dated as of: May 27, 2014

                     **BECKER & POLIAKOFF LLP**

{N0047878 3 }

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
45 Broadway
New York, New York 10006
(212) 599-3322

*Attorneys for the Customers listed on Exhibit A hereto*

No Objection:

**BAKER & HOSTETLER LLP**

By: */s/ Bik Cheema*
Bik Cheema
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*