# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-05394 (SMB) |
| RICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz-Ostrin Trust I, and the Glantz-Ostrin Trust II, and as executor of the Estate of Edward R. Glantz; | |
| ELAINE OSTRIN, individually and as trustee of the Edward R. Glantz Living Trust; | |
| THE RICHARD M. GLANTZ 1991 LIVING TRUST; | |
| THE EDWARD R. GLANTZ LIVING TRUST; | |
| THE ESTATE OF EDWARD R. GLANTZ; | |
| THE THELMA GLANTZ LIVING TRUST; | |

3

THE ESTATE OF THELMA GLANTZ;

THE GLANTZ-OSTRIN TRUST I;

THE GLANTZ-OSTRIN TRUST II;

AUSTIN BOSARGE;

GRACE & COMPANY;

EJS ASSOCIATES, L.P.;

JELRIS & ASSOCIATES, L.P.;

THE GLANTZ FAMILY FOUNDATION, INC.;

MERLIN & ASSOCIATES, LTD.;

ENHANCEMENT GROUP;

LAKEVIEW INVESTMENT, LP; and

VISTA MANAGEMENT CO.,

      Defendants.