**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF JAMES HELLER, BARBARA H. FRIETAG, as personal representative and as an individual, STEVEN P. HELLER, as personal representative and as an individual, HARRY H. FALK, as personal representative, EVE FRIETAG, ELIZABETH FRIETAG DRANOFF, TRUST FBO AN.D. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, BARBARA | Adv. Pro. No. 10-05061 (SMB) |

H. FRIETAG, as trustee, TRUST FBO AL.D. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, BARBARA H. FRIETAG, as trustee, TRUST FBO S.H. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, STEVEN P. HELLER, as trustee, TRUST FBO KATHERINE HELLER UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, STEVEN P. HELLER, as trustee, KATHERINE HELLER, and ELEANOR LEACOCK,

Defendants.

## <u>AMENDED CASE MANAGEMENT NOTICE</u>

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: July 15, 2014.

2.     Fact Discovery shall be completed by: March 19, 2015.

3.     The Disclosure of Case-in-Chief Experts shall be due: August 31, 2015.

4.     The Disclosure of Rebuttal Experts shall be due: September 28, 2015.

5.     The Deadline for Completion of Expert Discovery shall be: December 18, 2015.

6.     The Deadline for Mediation Referral shall be: February 19, 2016.

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 4, 2016.

8.     The Deadline for Conclusion of Mediation shall be: July 1, 2016.

Dated: New York, New York
        May 22, 2014

Of Counsel:                                    BAKER & HOSTETLER LLP

**BAKER & HOSTETLER LLP**                      By: /s/ Nicholas J. Cremona
11601 Wilshire Boulevard, Suite 1400           David J. Sheehan
Los Angeles, California 90025-0509             Nicholas J. Cremona
Telephone:  310.820.8800                       45 Rockefeller Plaza
Facsimile:  310.820.8859                       New York, NY 10111
Michael R. Matthias                            Telephone: (212) 589-4200
Email:  mmatthias@bakerlaw.com                 Facsimile: (212) 589-4201

                                               *Attorneys for Irving H. Picard, Trustee*
                                               *for the Substantively Consolidated SIPA*
                                               *Liquidation of Bernard L. Madoff Investment*
                                               *Securities LLC and for the Estate of Bernard L.*
                                               *Madoff*