**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04616 (SMB) |
| NICOLETTE WERNICK NOMINEE PARTNERSHIP; MARITAL GST EXEMPT TRUST F/B/O NICOLETTE WERNICK U/ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick | |

Nominee Partnership; MARITAL GST NON-
EXEMPT TRUST F/B/O NICOLETTE WERNICK
U/ARTICLE III OF THE HAROLD WERNICK
REVOCABLE TRUST DTD 9/16/1991, in its
capacity as a Partner of the Nicolette Wernick
Nominee Partnership; M. GORDON EHRLICH, in
his capacity as managing partner of the Nicolette
Wernick Nominee Partnership and as Trustee of the
Marital GST Exempt Trust f/b/o Nicolette Wernick u/
Article III of the Harold Wernick Revocable Trust
dtd 9/16/1991 and as Trustee of the Marital GST
Non-Exempt Trust f/b/o Nicolette Wernick u/ Article
III of the Harold Wernick Revocable Trust dtd
9/16/1991; NICOLETTE WERNICK, individually
and in her capacity as partner of the Nicolette
Wernick Nominee Partnership and as Trustee of the
Marital GST Exempt Trust f/b/o Nicolette Wernick u/
Article III of the Harold Wernick Revocable Trust
dtd 9/16/1991 and as Trustee of the Marital GST
Non-Exempt Trust f/b/o Nicolette Wernick u/ Article
III of the Harold Wernick Revocable Trust dtd
9/16/1991; and HOPE WIGMORE, in her capacity as
Trustee of the Marital GST Exempt Trust f/b/o
Nicolette Wernick u/ Article III of the Harold
Wernick Revocable Trust dtd 9/16/1991 and as
Trustee of the Marital GST Non-Exempt Trust f/b/o
Nicolette Wernick u/ Article III of the Harold
Wernick Revocable Trust dtd 9/16/1991,

Defendants.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to

the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this

Adversary Proceeding on December 01, 2010 [Dkt. No. 2], the Order and the avoidance

procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

On April 17, 2014, defendant Nicolette Wernick ("Wernick") filed a motion to dismiss

this adversary proceeding [Dkt. No. 54] pursuant to Federal Rule of Civil Procedure 12(b)(6),

made applicable by Bankruptcy Rule 7012 (a "Rule 12(b)(6) Motion").  Also on April 17, 2014,

defendant M. Gordon Ehrlich ("Ehrlich") filed a Joinder to Defendant's Motion to Dismiss. [Dkt.

55].  The remaining defendants have not filed a response to the Trustee's Complaint.

Pursuant to the Avoidance Procedures, upon the filing of a Rule 12(b)(6) Motion, the

issues raised in such motion, together with the issues raised in the Complaint, are immediately

referred to mediation.  Avoidance Procedures, ¶2D.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this

Notice of Mediation Referral, the Trustee, Wernick, and Ehrlich (the "Parties") shall choose a

mediator in accordance with the Mediation Order.  If the Parties are unable to agree on a

mediator, the Court shall appoint one in accordance with the Mediation Order.  Avoidance

Procedures, ¶5C.

Dated: May 28, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*