**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>RICHARD E. WINTER REVOCABLE TRUST U/A DATED OCTOBER 30, 2002 and RICHARD E. WINTER, in his capacity as Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002 and individually,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04832 (SMB) |

**STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER**

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Richard E. Winter Revocable Trust U/A dated October 30, 2002 and Richard E. Winter, individually and in his capacity as Trustee of the Richard E. Winter Revocable Trust U/A dated October 30, 2002; and

**WHEREAS**, Richard E. Winter died on March 3, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, Bella Winter, in her capacity as the Personal Representative of the Estate of Richard E. Winter and in her capacity as the Successor Trustee Richard E. Winter Revocable Trust U/A dated October 30, 2002, and Marvin Raizer in his capacity as the Successor Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002, as follows:

1.      The Estate[1] of Richard E. Winter (the "Estate"), Bella Winter, in her capacity as the Personal Representative of the Estate of Richard E. Winter and in her capacity as Successor Trustee of the Richard E. Winter Revocable Trust U/A dated October 30, 2002, and Marvin Raizer in his capacity as the Successor Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002 (collectively referred to as "Defendants"), are hereby substituted into this action in place of Richard E. Winter, deceased, and the complaint shall be deemed so amended.

---

[1] *In re Estate of Richard E. Winter*, File No. 502014CP001708XXXMB, in the Circuit Court for Palm Beach County, Florida, Probate Division.

2

2. The Clerk of the Court is hereby directed to amend the caption to remove Richard E. Winter and substitute the Estate of Richard E. Winter, Bella Winter, in her capacity as the Personal Representative of the Estate of Richard E. Winter and in her capacity as Successor Trustee of the Richard E. Winter Revocable Trust U/A dated October 30, 2002, and Marvin Raizer in his capacity as the Successor Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002, as reflected on Exhibit A to this Stipulation.

3. Counsel for Defendants: (i) expressly represents that they have the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: May 28, 2014

New York, New York

| **BAKER & HOSTETLER LLP** | **AKERMAN LLP** |
|---|---|
| By: /s/ _Nicholas J. Cremona_ | By: /s/_Michael I. Goldberg_____ |
| 45 Rockefeller Plaza | Susan F. Balaschak |
| New York, New York 10111 | Email: susan.balaschak@akerman.com |
| Telephone: 212.589.4200 | 666 Fifth Avenue, 20th Floor |
| Facsimile: 212.589.4201 | New York, New York 10103 |
| David J. Sheehan | Telephone: (212) 880-3800 |
| Email: dsheehan@bakerlaw.com | Facsimile: (212) 880-8965 |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | Michael I. Goldberg (MG 0869) |
| Christa C. Turner | Email: michael.goldberg@akerman.com |
| Email: cturner@bakerlaw.com | Las Olas Centre II, Suite 1600 |
|  | 350 East Las Olas Boulevard |
|  | Fort Lauderdale, Florida 33301-2229 |
|  | Telephone: (954) 463-2700 |
|  | Facsimile: (954) 463-2224 |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Defendants* |

SO ORDERED.
Dated: May 29th, 2014
New York, New York

 /s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4