# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04832 (SMB) |
| v. | |
| RICHARD E. WINTER REVOCABLE TRUST U/A DATED OCTOBER 30, 2002, ESTATE OF RICHARD E. WINTER, BELLA WINTER, in her capacity as the Personal Representative of the Estate of Richard E. Winter and as Successor Trustee to the Richard E. Winter Revocable Trust U/A dated October 30, 2002, and  MARVIN | |

RAIZER, in his capacity as the Successor Trustee to the Richard E. Winter Revocable Trust U/A dated October 30, 2002,

                Defendants.