**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FITERMAN INVESTMENT FUND, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-04354 (SMB) |

{10959490:1}

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 29, 2014

2. Fact Discovery shall be completed by: September 18, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: November 19, 2015

4. The Disclosure of Rebuttal Experts shall be due: December 17, 2015

5. The Deadline for Completion of Expert Discovery shall be: March 16, 2016

6. The Deadline to File a Notice of Mediation Referral shall be: May 16, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 30, 2016

8. The Deadline for Conclusion of Mediation shall be: September 27, 2016

Dated: New York, New York
May 29, 2014

WINDELS MARX LANE & MITTENDORF, LLP
By:/s/ Howard L. Simon
Howard L. Simon
Kim M. Longo
Yani Indrajana Ho
156 West 56th Street
New York, NY 10019
212-237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

{10959490:1}    2