**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>EPSTEIN FAMILY TRUST UWO DIANA EPSTEIN,<br><br>ESTATE OF DAVID EPSTEIN,<br><br>ROBERT L. EPSTEIN, individually, as co-trustee of | Adv. Pro. No. 10-05396 (SMB) |

the Epstein Family Trust UWO Diana Epstein, and as personal representative of the Estate of David Epstein,

MARTIN B. EPSTEIN, individually, as co-trustee of the Epstein Family Trust UWO Diana Epstein, as personal representative of the Estate of David Epstein, and as co-trustee of the Martin B. Epstein Trust UWO David Epstein,

SUSAN I. JACOBS, individually, as co-trustee of the Epstein Family Trust UWO Diana Epstein, and as personal representative of the Estate of David Epstein,

MARTIN B. EPSTEIN TRUST,

ANDREW JACOBS,

JORDAN JACOBS,

JASON EPSTEIN,

STACEY BLECHMAN,

KENNETH EPSTEIN,

MEREDITH SELEKMAN, and

NEAL COMER, as co-trustee of the Martin B. Epstein Trust UWO David Epstein,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: July 25, 2014.

2.  Fact Discovery shall be completed by: February 27, 2015.

3.  The Deadline for Service of Substantive Interrogatories shall be: November 21, 2014.

4.  The Disclosure of Case-in-Chief Experts shall be due: November 18, 2015.

5.  The Disclosure of Rebuttal Experts shall be due: December 23, 2015.

6.  The Deadline for Completion of Expert Discovery shall be: March 25, 2016.

7.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 27, 2016.

8.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 10, 2016.

9.  The Deadline for Conclusion of Mediation shall be: October 14, 2016.

Dated: New York, New York
       May 28, 2014

BAKER & HOSTETLER LLP

By: _/s/Nicholas J. Cremona_____
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*