# MINTZ & GOLD LLP
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN W. GOLD<br>STEVEN G. MINTZ*<br>ALAN KATZ<br>JEFFREY D. POLLACK*<br>ELLIOT G. SAGOR<br>STEVEN A. SAMIDE<br>SCOTT A. KLEIN<br>TERENCE W. MCCORMICK<br>PAUL OSTENSEN<br>KEVIN M. BROWN<br>LISABETH HARRISON<br>JACK A. HORN<br>MARK POMERANTZ<br>ALEXANDER H. GARDNER<br>NOREEN E. COSGROVE<br>RYAN W. LAWLER*<br>HEATH LORING*<br>TIMOTHY H. WOLF<br>TIMOTHY J. QUILL, JR.<br>RICHARD H. TOPAZ*<br>MAKSIM KATS* | 470 PARK AVENUE SOUTH<br>10TH FLOOR NORTH<br>NEW YORK, NEW YORK 10016<br><br>TELEPHONE (212) 696-4848<br>FACSIMILE (212) 696-1231<br>www.mintzandgold.com | OF COUNSEL<br><br>HONORABLE VITO J. TITONE (dec.)<br>(NY State Court of Appeals 1985-1998)<br>HONORABLE HOWARD MILLER<br>(NY Appellate Div. 1999-2010 [ret.])<br>HARVEY J. HOROWITZ<br>NEAL M. GOLDMAN<br>ERIC M. KUTNER*<br>ANDREW P. NAPOLITANO†<br><br>†ADMITTED TO PRACTICE ONLY BEFORE ALL<br>COURTS IN NEW JERSEY AND ALL FEDERAL COURTS<br>IN NEW YORK CITY |

*ALSO ADMITTED IN NEW JERSEY

May 30, 2014

Via Email
Hon. Stuart M. Bernstein
United States Bankruptcy Judge
Southern District of New York

Re: Adv. Pro No.08-01789 (SMB)
Claim of Elliot G. Sagor (Pro Se Filing) Claim No. 000148,
Objection to Determination Docket Number 3553

Dear Judge Bernstein:

I am a claimant in this matter and I am representing myself pro se. By letter dated May 27, 2014, I sought permission to file a responsive memorandum after the May 16, 2014 deadline established by this Court's Order dated March 27, 2014 scheduling adjudication (ECF No. 6049) regarding the appropriate methodology for calculating customer claims involving transfers between BLMIS accounts Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. The Trustee's counsel has no objection if I send him my pleading by close of business on June 2, and file on June 3. I will do that.

Based on resolution of this matter, I respectfully request cancellation of conference before this court on June 3, 2014 at 10:00. Accordingly, I am asking that this letter application be so ordered solely to permit a late filing of my responsive pleading as set forth in this letter. Thank you for your consideration.

Respectfully submitted,

*Elliot G. Sagor* /s/

Elliot G. Sagor

Cc: Via Email Bik Cheema (Baker & Hostetler LLP)

No Objection:

By:/s/ Jorian Rose
Baker & Hostetler LLP

So Ordered: 5/30/14

/S/ Stuart M. Bernstein
UNITED STATES BANKRUPTCY JUDGE

300324486.2