| | |
|---|---|
| BECKER & POLIAKOFF LLP<br>45 Broadway<br>New York, New York 10006<br>(212) 599-3322<br>Helen Davis Chaitman<br>hchaitman@bplegal.com | Hearing Date:  July 17, 2014<br>Hearing Time:  10:00 A.M.<br>Objection Date:  May 30, 2014 |

*Attorneys for Elizabeth (Lisa) Cavanaugh and Laura Hallick*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF N EW Y ORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>                    **Plaintiffs-Applicant,**<br><br>v.<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**<br><br>                    **Defendant.** | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>Substantively Consolidated |
| **In re:**<br><br>**BERNARD L. MADOFF,**<br><br>                    **Debtor.** | **DECLARATION IN OPPOSITION TO THE TRUSTEE'S MOTION TO AFFIRM DENIAL OF CLAIM OF DAPREX PLAN BENEFICIARIES** |

I, HELEN DAVIS CHAITMAN, Declare pursuant to 28 U.S.C. § 1746, that the following is true based upon personal knowledge and documents I possess:

1.     I am a member of the firm of Becker & Poliakoff LLP, counsel for Elizabeth (Lisa) Cavanaugh and Laura Hallick who were participants in and Trustees of the Daprex Profit-Sharing and 401K Plan (the "Plan").  I submit this

{N0048335 }                                          1

declaration in opposition to the Trustee's motion to affirm denial of the claims of Ms. Cavanaugh and Ms. Hallick.

2. Annexed hereto as Exhibit A are documents produced by the Trustee which indicate that personnel at BLMIS understood that the Plan account contained funds belonging to various Daprex employees.

3. I have been informed and believe that, for the entire period from 1996 through 2008, each member of SIPC was assessed a fee of $150 per year, for which each firm was able to represent to all of its customers that their accounts were insured by SIPC up to $500,000 per account. It was only after the Madoff loss that SIPC changed its assessment to be .0025 % of the operating revenues of each member firm. The assessment has never been based upon the number of accounts insured. *See, e.g.,* Exhibit B.

4. I declare under penalty of perjury that the aforesaid facts are true and correct.

May 30, 2014

/s/ Helen Davis Chaitman

BECKER & POLIAKOFF LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for Elizabeth (Lisa) Cavanaugh and Laura Hallick*

{N0048335 }    2