# EXHIBIT A



SPECIALISTS IN DATA PROCESSING

July 27, 2001

Frank DiPascali
Bernard L. Madoff
885 Third Avenue, 18th Floor
New York, NY        10022

Dear Frank,

The new accounts will be as follows with the monies from the DAPREX Profit Sharing
and 401(K) Plan account number 1-D0053-3:

1 C 1301   RAI FBO
Denis Castelli                        REDACTED

**REDACTED**              Retirement Accounts, Inc. # **REDACTED**
                               Amount $1,917,764.07

1 G0329   RAI FBO
Edwin A Grant II                     REDACTED

**REDACTED**              Retirement Accounts, Inc. # **REDACTED**
                               Amount $  243,953.64

1 R0190   RAI FBO
Alan Roth                             REDACTED

**REDACTED**              Retirement Accounts, Inc. # **REDACTED**
                               Amount $  700,196.18

1 R0191   RAI FBO
Jeannette F. Roth                    REDACTED

**REDACTED**              Retirement Accounts, Inc. # **REDACTED**
                               Amount $1,182,277.94

1 R0192   RAI FBO
Lawrence Roth                        REDACTED

**REDACTED**              Retirement Accounts, Inc. # **REDACTED**
                               Amount $6,230,433.53

Sincerely,

**REDACTED**

Lawrence Roth
Trustee

                                REDACTED

Group - L
Roth - L

860 CANAL STREET • STAMFORD, CT. 06902 • PHONE: (203) 324-2474 • FAX: (203) 348-8228
DAPREX@ATT.NET  WWW.DAPREX.COM

10,274,625 34

AMF00201534



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

RETIREMENT ACCOUNTS INC.
F/B/O ALLAN ROTH
/E

212 230-2424
800 334-1343
Fax 212 486-8178

TAX ID NO.
**REDACTED**

ACCT# ASSIGNED
1R0190   30/40

Mr./Mrs./Ms.  *ALAN ROTH*

NAME
**REDACTED**
STREET

CITY **REDACTED**   STATE **REDACTED**   ZIP

TEL. NUMBER        BUSINESS        RESIDENCE

REG. REP

**WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE "KNOW YOUR CUSTOMER" RULE OF THE NATIONAL ASSOCIATION OF SECURITY DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.**

RESIDENCE

*DAPREX, INC.*
NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

EMPLOYER'S ADDRESS  *860 CANAL ST. STAMFORD, CT. 06902*

OCCUPATION  *COMPUTER CONSULTANT*

BANK REFERENCE AND ADDRESS

OTHER BROKERAGE ACCOUNTS

CLIENT INTRODUCED BY

### FOR OFFICE USE ONLY

R R.'S ESTIMATE OF CLIENTS NET WORTH

IS CLIENT OVER 21 YEARS OF AGE        YES_____   NO_____

HOW LONG HAVE YOU KNOWN CLIENT

CLIENT IS CITIZEN OF

APPROVED BY

DATE SENT TO CLIENT                DATE SENT TO CLIENT

MARGIN AGREEMENT   _____        MAIL WAIVER FORM   _____
JOINT AGREEMENT   _____         MULTIPLE A/C FORM   _____
CORPORATE ACCOUNT FORM _____    CORPORATE RESOLUTION_____
CO-PARTNERSHIP FORM   _____

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

AMF00201518



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## TRADING AUTHORIZATION LIMITED TO PURCHASES
## AND SALES OF SECURITIES AND OPTIONS

To Whom It May Concern:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation. This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, _8/5/01_

_MARLBORO_   _N. J._
(City)   (State)

Very truly yours, __REDACTED__   _____
(Client Signature)

Signature of Authorized Agent: _____

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

AMF00201519

| | |
|---|---|
| **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>885 Third Avenue New York, NY 10022 | 212 230-2424<br>800 334-1343<br>Fax 212 486-8178 |

## OPTION AGREEMENT

### TO:  BERNARD L. MADOFF INVESTMENT SECURITIES

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.    I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold  BERNARD L. MADOFF, its other  Divisions,  and its officers, Directors and Agents  harmless for such loss.

2.    I understand that any option transaction  made for any account  of mine is  subject to the rules, regulations, customs and usages of The Options Clearing Corporation  and of the registered national  securities exchange,  national securities association,  clearing organization or market where  such transaction  was executed. I agree to  abide by such rules, regulations, custom and usages and I agree that,  acting individually or in  concert with others, I will not exceed any applicable position or exercise limits imposed by  such exchange, association, clearing organization or other market with respect  to option trading.

3.    If I do not satisfy, on a timely basis, your money or security calls,  you  are authorized in your sole discretion and without notification, to take  any and all steps you deem necessary to protect yourself (for any reason) in connection with option transactions for my account including the right to buy and/or sell (including short or short exempt) for my  account and risk any part or all of the shares represented by options  handled, purchased, sold and/or endorsed by you for my account or to buy  for my account and risk any option as you may deem necessary or appropriate. Any and all expenses or losses incurred in this connection  will be reimbursed by me.

4.    In addition to the terms and conditions  hereof,  my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the  purchase and sale of securities  and commodities except to the extent that such other agreements are contrary to  or inconsistent herewith.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

AMF00201520

5.    This agreement shall apply to all puts or call which  you may have executed, purchased, sold  or handled for any account of mine  and also  shall apply to all puts, or calls which  you may hereafter purchase, sell, handle or execute for any account of  mine.

6.    I have received from  BERNARD L. MADOFF the most recent risk disclosure  documents entitled "Understanding the Risks and Uses of Listed Options", "Listed Options on Stock Indices", "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments".  I have read and understand the information contained in these documents.

7.    I understand that you assign exercise notices on a random basis  except that with respect to options on the following debt instruments: Treasury Bonds, Treasury Notes, Treasury Bills and GNMAS, you may preferentially  assign exercises of block-size (i.e. covering $1,000,000 or more of  underlying securities) to block-size writing positions and you may  preferentially assign smaller exercises to smaller writing positions.  I  understand that upon my request you will provide me with further  information regarding the procedure used to assign exercise notices.

DATED ___8/5/01___    ACCOUNT NO. _1-R0190-3_

SIGNATURES

| (If a Corporation) | (If Individuals) |
|---|---|
| _____ | **REDACTED** |
| (Name of Corporation) | _____ |
| By_____ | (Second Party if Joint Account) |
| | (If a Partnership) |
| Title_____ | _____ |
| | (Name of Partnership) |
| SEAL | |
| | By_____ |
| | (A Partner) |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## TRADING AUTHORIZATION LIMITED TO PURCHASES
## AND SALES OF SECURITIES AND OPTIONS

To Whom It May Concern:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation. This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, _8/5/01_

_MARLBORO_          _N.J._
(City)                    (State)

Very truly yours,  **REDACTED**
(Client Signature)

Signature of Authorized Agent: _____

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

| | |
|---|---|
| **BERNARD L. MADOFF** | 212 230-2424 |
| INVESTMENT SECURITIES LLC | 800 334-1343 |
| 885 Third Avenue New York, NY 10022 | Fax 212 486-8178 |

### CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 13 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

#### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

#### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

#### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

#### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

#### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

#### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222**

AMF00201523

**7. BROKER AS AGENT**

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

**8. CONFIRMATIONS AND STATEMENTS**

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

**9. SUCCESSORS**

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

**10. CHOICE OF LAWS**

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _____ N.J. _____ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _____ N.J. _____.

**11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION**

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

**12. ARBITRATION DISCLOSURES**

\* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

\* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

\* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

\* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

\* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

AMF00201524



**13. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 10, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**14. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

_____ Yes, I do object to the disclosure of information.

✓ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) ___REDACTED___ 8/5/01          (X)_____
(Customer Signature/date)                    (Customer Signature/date)

___REDACTED___                        1-R0190-3
(Customer Address)                           (Account Number)

___REDACTED___

AMF00201525

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>885 Third Avenue New York, NY 10022 |

1R0190  30/40

**ALAN ROTH**

212 230-2424
800 334-1343
Fax 212 486-8178

TAX ID NO.
**REDACTED**

ACCT# ASSIGNED
*1-R 0190-3*

Mr./Mrs./Mr. *ALAN ROTH*

NAME **REDACTED**

STREET **REDACTED**          **REDACTED**

CITY **REDACTED**   STATE **REDACTED**

TEL. NUMBER          BUSINESS          RESIDENCE

REG. REP _____

**WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE "KNOW YOUR CUSTOMER" RULE OF THE NATIONAL ASSOCIATION OF SECURITY DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.**

RESIDENCE **REDACTED**

NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER) *DAPREX, INC.*

EMPLOYER'S ADDRESS *800 CANAL ST. STAMFORD, CT. 06902*

OCCUPATION *PROGRAMMER/ANALYST*

BANK REFERENCE AND ADDRESS *FLEET BANK, MARLBORO, NJ 07746*

OTHER BROKERAGE ACCOUNTS _____

CLIENT INTRODUCED BY _____

### FOR OFFICE USE ONLY

R R.'S ESTIMATE OF CLIENTS NET WORTH _____

IS CLIENT OVER 21 YEARS OF AGE          YES_____          NO_____

HOW LONG HAVE YOU KNOWN CLIENT _____

CLIENT IS CITIZEN OF _____

APPROVED BY _____

DATE SENT TO CLIENT          DATE SENT TO CLIENT

MARGIN AGREEMENT _____          MAIL WAIVER FORM _____
JOINT AGREEMENT _____          MULTIPLE A/C FORM _____
CORPORATE ACCOUNT FORM _____          CORPORATE RESOLUTION _____
CO-PARTNERSHIP FORM _____

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Congress has mandated that all interest and dividend payers including banks, corporations and funds must withhold 10% of all dividends or interest paid UNLESS you complete and return the form at the bottom of this page.

<u>Important New Tax Information</u>

"Under the Federal income tax law, you are subject to certain penalties as well as with-holding of tax at a 20% rate if you have not provided us with your correct social security number or other taxpayer identification number. Please read this notice carefully.

You (as a payee) are required by law to provide us (as payer) with your correct taxpayer identification number. If you are an individual, your taxpayer identification is your social security number. If you have not provided us with your correct taxpayer identification number, you may be subject to a $50 penalty imposed by the Internal Revenue Service. In addition, divided payments that we make to you may be subject to backup withholding starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest and dividends that was repealed in 1983. If backup withholding applies, payer is required to withhold 20% of dividend payments made to you. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund may be obtained".

Please sign the form and return it to us.

<u>Even if you have already provided this information it is required by the IRS that all information requested below be provided again.</u>

Thank you for your cooperation.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUBSTITUTE INTERNAL REVENUE SERVICE FORM W-9

Account Number(s): *1 - R 0190 - 3*

Taxpayer Identification Number:

**REDACTED**

Name: *ALAN ROTH*

Address: **REDACTED**

**REDACTED**

(Signature)

"Under penalties of perjury, I certify that the number shown On this form is my correct Taxpayer Identification Number".

Please fill in your name, address, taxpayer identification number, and sign above.

Affiliated with:
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222**

AMF00201527



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## <u>TRADING AUTHORIZATION LIMITED TO PURCHASES</u>
## <u>AND SALES OF SECURITIES AND OPTIONS</u>

To Whom It May Concern:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and  with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation.  This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, *10/26/01*

*MARLBORO*        *NEW JERSEY*
(City)        (State)

Very truly yours, _____ **REDACTED** _____ _____
(Client Signature)

Signature of Authorized Agent: _____

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222**

AMF00201528

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## OPTION AGREEMENT

TO: BERNARD L. MADOFF INVESTMENT SECURITIES

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.    I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold  BERNARD L. MADOFF, its other  Divisions,  and its officers, Directors and Agents  harmless for such loss.

2.    I understand that any option transaction  made for any account  of mine is  subject  to the rules, regulations, customs and usages of The Options Clearing Corporation  and of the registered national  securities exchange,  national  securities  association,  clearing  organization or market where  such transaction  was executed. I agree to abide by such rules, regulations, custom and usages and I agree that,  acting individually or in concert with others,  I will not exceed any applicable  position  or exercise  limits imposed  by such  exchange,  association,  clearing organization or other market with respect  to option trading.

3.    If I do not satisfy, on a timely basis, your money or security calls,  you  are authorized in your sole discretion and without notification, to take  any and all steps you deem necessary to protect yourself (for any reason)  in connection with option transactions for my account including the right  to buy and/or sell (including short or short exempt) for my  account and risk any part or all of the shares represented by options  handled, purchased, sold and/or endorsed by you for my account or to buy  for my account and risk any option as you may deem necessary or appropriate.  Any and all expenses or losses incurred in this connection  will be reimbursed by me.

4.    In addition to the terms and conditions  hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the  purchase and sale of securities  and commodities except to the extent that such other agreements are contrary to  or inconsistent herewith.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

AMF00201529

5.  This agreement shall apply to all puts or call which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6.  I have received from BERNARD L. MADOFF the most recent risk disclosure documents entitled "Understanding the Risks and Uses of Listed Options", "Listed Options on Stock Indices", "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments". I have read and understand the information contained in these documents.

7.  I understand that you assign exercise notices on a random basis except that with respect to options on the following debt instruments: Treasury Bonds, Treasury Notes, Treasury Bills and GNMAS, you may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED  _10/26/01._          ACCOUNT NO. _1-R0090-3_

## SIGNATURES

(If a Corporation)                          (If Individuals)

                                            **REDACTED**

_____
(Name of Corporation)

                                            _____
By_____                   (Second Party if Joint Account)

                                            (If a Partnership)
Title_____

                                            _____
                                            (Name of Partnership)

        SEAL

                                            By_____
                                                (A Partner)

AMF00201530

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 13 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

Affiliated with:
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222**

AMF00201531

**7. BROKER AS AGENT**

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

**8. CONFIRMATIONS AND STATEMENTS**

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

**9. SUCCESSORS**

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

**10. CHOICE OF LAWS**

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _____ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _____

**11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION**

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

**12. ARBITRATION DISCLOSURES**

\* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

\* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

\* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

\* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

\* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

AMF00201532



**13. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 10, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**14. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

___ Yes, I do object to the disclosure of information.

_✓_ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) REDACTED /0/26/0/

(Customer Signature/date)

(X)_____

(Customer Signature/date)

REDACTED

(Customer Address)

REDACTED

/-R0090-3

(Account Number)

AMF00201533



**DAPREX, INC.**
SPECIALISTS IN DATA PROCESSING

*fcle*
*1 RO190*  +
*1 D0053*

May 15, 2003

Erin Reardon
Bernard L. Madoff
885 Third Avenue, 18th Floor
New York, NY 10022

Dear Erin,

As we discussed, Alan Roth has authorized me to request that his funds in the amount of $14,526.81 be journaled from the DAPREX Profit Sharing and 401K Plan (account# 1-D0053-3) into his IRA account# 1-R0190-3.

I spoke with Kate Weathers at RAI and she will be sending the appropriate papaerwork to you on Monday. Please let me know when the transaction is complete.

Please call me if you have any questions or require any additional information.

Thank you,

**REDACTED**

Lisa Cavanaugh  [REDACTED]
Trustee

*Dave 5/28*

860 CANAL STREET • STAMFORD, CT. 06902 • PHONE: (203) 324-2474 • FAX: (203) 348-8228
DAPREX@ATT.NET   WWW.DAPREX.COM



**DAPREX, Inc.**
**860 Canal Street**
**Stamford, CT 06902**

Phone: (203) 324-2474
FAX:    (203) 348-8228

Date: ___5/16___    Total number of pages (including cover sheet) _2_

<u>Recipient of Transmission:</u>

Name: _____ERIN REARDON_____

Firm: _____

Fax Number: _____

<u>Sender of Transmission:</u>

Name: _____

<u>Notes (or Special Instructions):</u>

_____

_____

_____

_____

_____

[If there is a problem with this FAX transmission, please call (203) 324-2474]

AMF00201513



<span style="border:1px solid">**SECOND REQUEST**</span>

October 10, 2003

BERNARD MADOFF
885 3RD AVE
NEW YORK, NY 10022

RE:    Journal Instructions

Retirement Accounts, Inc. FBO: ALAN ROTH, Account #: P **REDACTED**
BERNARD MADOFF, Account #: RO 190

Please use this letter as your authorization to journal $3,026.07 to the account indicated below:

**From Your Account**          **To Your Account**
RO 190                         1-DO 053-3

This is a taxable event and has been reported to the IRS by Retirement Accounts, Inc. Please send us a confirmation of this transaction. If you have any questions, please contact our Customer Service Department at (800) 325-4352.

Sincerely,

Distribution Department
Retirement Accounts, Inc.

**REDACTED**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED    REDACTED    Authorized Signature
FIRST TRUST CORPORATION                Retirement Accounts, Inc.
**REDACTED**
AUTHORIZED SIGNATURE
09001064
( 237 )
SECURITIES TRANSFER AGENT: MEDALLION PROGRAM™

*DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976*
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Direct mail to:
P.O. Box 173785
Denver, CO 80217-3785

*Delivering High Performance Service for Self-Directed Individual Retirement Accounts Since 1976*

# FAX
# Cover Sheet

To: Jodi Crupi (Robert)
Bernard Madoff

Telephone: ( )

FAX #: (212) 838 4061

From: **Redacted**

Telephone: 1-800-325-4352

FAX #: 303-294-5899

Date: 11 / 18 / 03   Time:

Number of Pages: _____ in addition to this cover sheet.

If the copy you receive is of poor quality or if transmission is interrupted, please call our office immediately at the number above.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission and any accompanying documents contain time sensitive information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this facsimile transmission was sent as indicated herein. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of the information contained in this facsimile transmission is strictly prohibited.

If you have received this transmission in error, please call to arrange for the return of the documents to us at our expense. Thank you.

Notes:
Hi Jodi –
This was mailed
to Bernard Madoff
on October 11, 2003
but according to
DARREX has not been
processed.
Please process ASAP

Thank you!

**Redacted**

© Retirement Accounts, Inc.

(rev 8/90) RAI-1553


**RETIREMENT ACCOUNTS, INC.**

May 19, 2003

Daprex
Attn: Lisa Cavanaugh
Via facsimile
(203) 324-2474

RE:    Retirement Accounts, Inc. FBO: Alan Roth A/C# 031038019583

Dear Lisa,

We acknowledge that the above-client has established an Individual Retirement Account with our firm. We agree to accept the transfer/rollover authorized by our client. Please journal all funds from Daprex account 1-D0053-3 to the above client's Bernard L. Madoff account R0190, which is registered to Retirement Accounts, Inc. FBO Alan Roth. Also attached is authorization from the client.

If you have any questions, please contact our Customer Service Department at 800-325-4352.

Sincerely,

**REDACTED**

REDACTED irement Accounts, Inc.
Transfer-In Department

**REDACTED** orized Signer
REDACTED ement Accounts, Inc.

Encl.

*DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976*
P.O. Box 173785 ■ Denver, CO ■ 80217-3785
303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

AMF00201514

*WHAT ?*
*SEE Daprex*
*LETTER*

Retirement Accounts, Inc.
717 17th St. Suite 1700
Denver, Colorado 80202-3323

3-12-2002

For your information: The cash funds that exist in the Daprex Profit Sharing Plan and maintained by Bernard L. Madoff Investment Securities will be journaled into an IRA account in my name. There will be no physical transfer of funds from this account.

Sincerely,

REDACTED

Alan Roth (aka Allen Roth)

AMF00201515

NOV-04-2008 TUE 03:46 PM LT SEC/LINCOLN TRUST    FAX NO. 720 920 4721    P. 02/02

 **Fiserv.** Investment
Support
Services

» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

November 4, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: R0190
*Retirement Accounts, Inc. Custodian
FBO  ALAN ROTH
Account #: REDACTED

RE:    Trading Instructions

Please use this letter as authorization to:

Send $16,000.00 net from the above account to the owners address listed below.

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO ALAN ROTH
Account # REDACTED
PO BOX 173859
DENVER, CO 80217

PLEASE NOTE:  The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested.  If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,
REDACTED
CLIENT CONNECTION
*aka NTC & CO.

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
TRUST INDUSTRIAL BANK
REDACTED
AUTHORIZED SIGNATURE
(021)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

989MA        S-11/6

AMF00201436

FEB-08-2005 TUE 06:20 PM DEPT. 988              FAX NO. 3032945873              P. 01

2/23

 **RETIREMENT ACCOUNTS, INC.**

Date    2|8|05

TO:    Bernard Madoff

ATTN:    Frank

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

**Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount | | |
|---|---|---|---|---|---|
| Michael Bozoian | REDACTED | ZR213 / $35,000°° | 490A | - S - 2/14 |
| Irving Simes | REDACTED | CM236 / $25,000°° | 1.5M | - S - 2/14 |
| Alan Roth | REDACTED | R0190 / $11,500°° | 1.3 mil | - S - 2/10 |
| Gonther Unflat | REDACTED | U0018 / $250,000°° | 2.2 mil | - S - 2/14 |
| Mark S. Feldman | REDACTED | F0072 / $25,000°° | 2.3 mil | S - 2/10 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

**REDACTED**

Retirement Accounts, Inc.

*DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976*
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00201481