# EXHIBIT B

DAPREX, INC.

MONEY PURCHASE PLAN AND PROFIT SHARING PLAN
DECEMBER 31, 1985

NAME   LISA CAVANAUGH

SOCIAL SECURITY NO:   REDACTED

|  | MONEY PURCHASE PLAN | PROFIT SHARING PLAN |
|---|---|---|
| ACCOUNT BALANCE 1/1/85 | $ -0- | $ -0- |
| CONTRIBUTION | 3,000.00 | 4,500.00 |
| EARNINGS | | |
| FORFEITURES | | 131.15 |
| ACCOUNT BALANCE 12/31/85 | $ 3,000.00 | $ 4,631.15 |
| AMOUNT VESTED | $ 300.00 | $ 463.12 |

# DAPREX, INC.

### MONEY PURCHASE PLAN AND PROFIT SHARING PLAN
### DECEMBER 31, 1987

NAME  Lisa Cavanaugh

SOCIAL SECURITY NO: REDACTED

|  | MONEY PURCHASE PLAN | PROFIT SHARING PLAN |
|---|---|---|
| ACCOUNT BALANCE 1/1/87 | $   5,972.91 | $   9,128.47 |
| CONTRIBUTION | 1,767.11 | 2,650.66 |
| EARNINGS | 986.84 | 1,336.72 |
| FORFEITURES |  |  |
| ACCOUNT BALANCE 12/31/87 | $   8,726.86 | $ 13,115.85 |
| AMOUNT VESTED | $   5,236.12 | $   7,869.51 |

# DAPREX, INC.

## MONEY PURCHASE PLAN AND PROFIT SHARING PLAN
### DECEMBER 31, 1988

NAME  Lisa Cavanaugh

SOCIAL SECURITY NO:  REDACTED

|  | MONEY PURCHASE PLAN | PROFIT SHARING PLAN |
|---|---|---|
| ACCOUNT BALANCE 1/1/88 | $ 8,726.86 | $13,115.85 |
| CONTRIBUTION | 2,193.75 | -0- |
| EARNINGS | 1,863.79 | 2,802.00 |
| FORFEITURES | -0- | 202.54 |
| ACCOUNT BALANCE 12/31/88 | $12,784.40 | $16,120.39 |
| AMOUNT VESTED | $12,784.40 | $16,120.39 |

DAPREX, INC.

MONEY PURCHASE PLAN AND PROFIT SHARING PLAN
DECEMBER 31.1989

NAME:  LISA CAVANAUGH

SOCIAL SECURITY NO:  REDACTED

|  | MONEY PURCHASE PLAN | PROFIT SHARING PLAN |
|---|---|---|
| ACCOUNT BALANCE 1/1/89 | $ 12,784.40 | $ 16,120.39 |
| CONTRIBUTIONS | -0- | -0- |
| EARNINGS | 2,719.74 | 3,923.50 |
| FORFEITURES | -0- | 26.31 |
| ACCOUNT BALANCE 12/31/89 | $ 15,504.14 | $ 20,070.20 |
| AMOUNT VESTED | $ 15,504.14 | $ 20,070.20 |

DAPREX, INC.

PROFIT SHARING PLAN
DECEMBER 31.1990

NAME:  LISA CAVANAUGH

SOCIAL SECURITY NO: REDACTED

|  | PROFIT SHARING PLAN |
| --- | --- |
| ACCOUNT BALANCE 1/1/90 | $  20,070.20 |
| ROLLOVERS | 15,504.14 |
| CONTRIBUTIONS | -0- |
| EARNINGS | 9,105.36 |
| FORFEITURES | -0- |
| ACCOUNT BALANCE 12/31/90 | $  44,679.70 |
| AMOUNT VESTED | $  44,679.70 |

## DAPREX, IMC.

### EMPLOYEE'S PROFIT SHARING PLAN
### DECEMBER 31,1991

NAME: Lisa Cavanaugh

SOCIAL SECURITY NO: REDACTED

| | |
|---|---|
| ACCOUNT BALANCE 1/1/91 | $44,679.70 |
| CONTRIBUTIONS | |
| EARNINGS | $9,185.60 |
| FOREITURES | $3.55 |
| ACCOUNT BALANCE 12/31/91 | $53,868.85 |
| AMOUNT VESTED | $53,868.85 |

**Daprex, Inc.**
**Employee's Profit Sharing Plan**
**Dec. 31, 1992**

Cavanaugh, Lisa

| | |
|---|---|
| Opening Balance | $53,868.85 |
| Add: Contributions | $0.00 |
| Foreitures | $0.00 |
| Earnings | $10,623.28 |
| Ending Balance | $64,492.13 |
| Vested Balance | $64,492.13 |

## Daprex, Inc.
## Employee's Profit Sharing Plan
## Dec. 31, 1993

### Cavanaugh, Lisa

| | |
|---|---|
| Opening Balance | $64,492.13 |
| Add: Contributions | $0.00 |
| Foreitures | $0.00 |
| Earnings | $11,931.05 |
| Ending Balance | $76,423.18 |
| Vested Balance | $76,423.18 |

**DAPREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2001 to 12/31/2001**

**Lisa Cavanaugh**

| Participant Accounts | 1/1/2001 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2001 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $37,609.79 | $6,740.77 | $0.00 | $5,889.44 | $0.00 | $50,240.00 |
| Profit Sharing Account | $228,259.19 | $0.00 | $0.00 | $32,529.90 | $0.00 | $260,789.09 |
| Total Account Balance | $265,868.98 | $6,740.77 | $0.00 | $38,419.34 | $0.00 | $311,029.09 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

| 12/31/2001 Vested Balance |
| --- |
| $50,240.00 |
| $260,789.09 |
| $311,029.09 |

APREX, Inc. Profit Sharing/401(K) Plan
rom 1/1/2002 to 12/31/2002

.isa Cavanaugh

| Participant Accounts | 1/1/2002 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2002 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $50,240.00 | $8,041.58 | $0.00 | $7,427.78 | $0.00 | $65,709.36 |
| Profit Sharing Account | $260,789.09 | $0.00 | -$296.60 | $36,987.17 | $0.00 | $297,479.66 |
| Total Account Balance | $311,029.09 | $8,041.58 | -$296.60 | $44,414.95 | $0.00 | $363,189.02 |

Your are 100% vested in your accounts.  You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability.  You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator.  Please refer any questions that you may have regarding this statement to the plan administrator.

| 12/31/2002<br>ested Balance |
| --- |
| $65,709.36 |
| $297,479.66 |
| $363,189.02 |

**)APREX, Inc. Profit Sharing/401(K) Plan**
**:rom 1/1/2003 to 12/31/2003**

Elisabeth Cavanaugh

| Participant Accounts | 1/1/2003 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2003 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $65,709.36 | $11,000.00 | $2,238.29 | $5,974.78 | $0.00 | $84,922.43 |
| Profit Sharing Account | $297,479.66 | $0.00 | $0.00 | $25,693.92 | $0.00 | $323,173.58 |
| Total Account Balance | $363,189.02 | $11,000.00 | $2,238.29 | $31,668.70 | $0.00 | $408,096.01 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

|                            |
|----------------------------|
| 12/31/2003                 |
| Vested Balance             |
| $84,922.43                 |
| $323,173.58                |
| $408,096.01                |

**APREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2004 to 12/31/2004**

**Elisabeth Cavanaugh**

| Participant Accounts | 1/1/2004 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2004 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $84,922.43 | $13,000.00 | $237.55 | $8,952.85 | $0.00 | $107,112.83 |
| Profit Sharing Account | $323,173.58 | $0.00 | $18,965.92 | $32,011.98 | $0.00 | $374,151.48 |
| Total Account Balance | $408,096.01 | $13,000.00 | $19,203.47 | $40,964.83 | $0.00 | $481,264.31 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

| 12/31/2004 Vested Balance |
| --- |
| $107,112.83 |
| $374,151.48 |
| $481,264.31 |

IAPREX, Inc. Profit Sharing/401(K) Plan
rom 1/1/2005 to 12/31/2005

Elisabeth Cavanaugh

| Participant Accounts | 1/1/2005 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2005 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $107,112.83 | $13,999.98 | $0.00 | $10,567.61 | $0.00 | $131,680.42 |
| Profit Sharing Account | $374,151.48 | $0.00 | $25,065.73 | $34,243.26 | $0.00 | $433,460.47 |
| Total Account Balance | $481,264.31 | $13,999.98 | $25,065.73 | $44,810.87 | $0.00 | $565,140.89 |

Your are 100% vested in your accounts.  You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability.  You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator.  Please refer any questions that you may have regarding this statement to the plan administrator.

| 12/31/2005<br>Vested Balance |
| --- |
| $131,680.42 |
| $433,460.47 |
| $565,140.89 |

**DAPREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2006 to 12/31/2006**

**Lisa Cavanaugh**

| Participant Accounts | 1/1/2006 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2006 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $131,680.42 | $15,000.00 | $0.00 | $17,658.01 | $0.00 | $164,338.43 |
| Profit Sharing Account | $433,460.47 | $0.00 | $10,065.73 | $54,135.57 | $0.00 | $497,661.77 |
| Total Account Balance | $565,140.89 | $15,000.00 | $10,065.73 | $71,793.58 | $0.00 | $662,000.20 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

| 12/31/2006 Vested Balance |
| --- |
| $164,338.43 |
| $497,661.77 |
| $662,000.20 |

**)APREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2007 to 12/31/2007**

Lisa Cavanaugh

| | 1/1/2007 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | Loan Withdrawl | Loan Repayment |
|---|---|---|---|---|---|---|---|
| Participant Accounts | | | $0.00 | $19,211.94 | $0.00 | $0.00 | $0.00 |
| 401(K) Account | $164,338.43 | $15,500.00 | $10,065.73 | $54,897.68 | $0.00 | $0.00 | $0.00 |
| Profit Sharing Account | $497,661.77 | $0.00 | | $74,109.62 | $0.00 | $0.00 | $0.00 |
| Total Account Balance | $662,000.20 | $15,500.00 | $10,065.73 | | | | |

Your are 100% vested in your accounts.  You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability.  You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator.  Please refer any questions that you may have regarding this statement to the plan administrator.

| 12/31/2007 Ending Balance | 12/31/2007 Vested Balance |
|---|---|
| $199,050.37 | $199,050.37 |
| $562,625.18 | $562,625.18 |
| $761,675.55 | $761,675.55 |

APREX, Inc. Profit Sharing/401(K) Plan
From 1/1/2008 to 12/11/2008

Lisa Cavanaugh

| Participant Accounts | 1/1/2008 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | Loan Withdrawl | Loan Repayment | 11/30/2008 Ending Balance | 11/30/2008 Vested Balance | Madoff Loss * |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $238,727.08 | $238,727.08 | (237,130.00) |
| 401(K) Account | $199,050.37 | $18,250.08 | $0.00 | $21,426.63 | $0.00 | $0.00 | $0.00 | $620,204.52 | $620,204.52 | (608,987.73) |
| Profit Sharing Account | $562,625.18 | $0.00 | $0.00 | $57,579.34 | $0.00 | $0.00 | $0.00 | $858,931.60 | $858,931.60 | (846,117.73) |
| Total Account Balance | $761,675.55 | $18,250.08 | $0.00 | $79,005.97 | $0.00 | $0.00 | $0.00 | | | |

Your are 100% vested in your accounts.  You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability.  You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator.  Please refer any questions that you may have regarding this statement to the plan administrator.

* Pending claim
** Funds not in Madoff account

| Balance as of 12/11/08 ** |
| --- |
| $1,597.08 |
| $11,216.79 |
| $12,813.87 |

**APREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2008 to 12/31/2008**

Lisa Cavanaugh

| Participant Accounts | 1/1/2008 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | Loan Withdrawl | Loan Repayment | 12/31/2008 Ending Balance | 12/31/2008 Vested Balance |
|---|---|---|---|---|---|---|---|---|---|
| 401(K) Account | $199,050.37 | $20,499.99 | $0.00 | -$215,699.03 | $0.00 | $0.00 | $0.00 | $3,851.33 | $3,851.33 |
| Profit Sharing Account | $562,625.18 | $0.00 | $65.73 | -$551,397.37 | $0.00 | $0.00 | $0.00 | $11,293.54 | $11,293.54 |
| Total Account Balance | $761,675.55 | $20,499.99 | $65.73 | -$767,096.40 | $0.00 | $0.00 | $0.00 | $15,144.87 | $15,144.87 |

You are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.