# EXHIBIT C

*Reduction of preferred to $100,000.*

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2486
800 334-1343
Telex 235130
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

**1/21/00**

| CHECK | 125,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
C/O LARRY ROTH
45 REVONAH CIRCLE
STAMFORD          CT 06905

1-D0053-3

---

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2486
800 334-1343
Telex 235130
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

*Profit Sharing Contribution from DX*

**9/13/99**

| CHECK | 63,679.76 |
|---|---|

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
C/O LARRY ROTH
45 REVONAH CIRCLE
STAMFORD          CT 06905

1-D0053-3

*10% of 1998 Salaries*

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

*Reduction of preferred to $100,000.*

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2486
800 334-1343
Telex 235130
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

1/21/00

**CHECK**                                                                 125,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING                                      1-D0053-3
AND 401K PLAN
C/O LARRY ROTH
45 REVONAH CIRCLE
STAMFORD                    CT 06905

---

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

*Profit Sharing Contribution from DX*

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2486
800 334-1343
Telex 235130
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

9/13/99

**CHECK**                                                                 63,679.76

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING                                      1-D0053-3
AND 401K PLAN
C/O LARRY ROTH
45 REVONAH CIRCLE
STAMFORD                    CT 06905

*10% of 1998 Salaries*

12/31/2008 0:40 PM



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

885 Third Av
New York, NY 10.
212 230-242,
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

8/12/08

| CHECK | 10,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD            CT 06902

1-D0053-3

12/31/2008 0:40 PM



**DAPREX PROFIT SHARING & 401(K)**
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

**SchwabOne®**   270

3-5/310
150

DATE _5/k/08_

PAY TO THE ORDER OF _Bernard L. Madoff Investments_   $ 9000.00

_Nine thousand_ _____ 00/100   DOLLARS

**Charles Schwab**
PNC BANK, N.A.
Philadelphia, PA

FOR _1-D0053-3_

⑆031000053⑆ 701169862⑆" 20 270 ⑈0000900000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF

Bernard L. Madoff
Investments.

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

_5/14/08_

---

**CHECK**   9,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD   CT 06902

1-D0053-3

2007 SAFEHARBER  27329.17
REMAINDER TO SCOTT    608.67-

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

**2/22/08**

**CHECK**                                                **26,720.50**

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD                    CT 06902

**1-D0053-3**

CK# 103281  2/15/08



#103281    2/25    $26,720.50



#103283    2/29    $33.91



#103282    2/26    $1

#103284    2/27    $4

12/31/2008 0:40 PM



**DAPREX PROFIT SHARING & 401(K)**
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

**SchwabOne®**    268

3-5/310
150

DATE  2/11/08

PAY TO THE ORDER OF  BERNARD L. MADOFF INVESTMENTS    $ 11,000

Eleven    thousand    00/100    DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR  1-D0053-3    Lisa Cavanaugh

⑆031000053⑆ 70116986 24⑆  20268

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

Bernard L Madoff
Investments

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

2/13/08

11,000.00

CHECK    CLIENT'S ACCOUNT NUMBER

1-D0053-3

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD    CT 06902

12/31/2008 0:40 PM



┌──────┐
│ MADF │ **BERNARD L. MADOFF**
└──────┘ INVESTMENT SECURITIES LLC
         New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:                     8/09/07

CHECK                                           8,000.00

                                    CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING                           1-D0053-3
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD            CT 06902

12/31/2008 0:40 PM



DAPREX PROFIT SHARING & 401(K)
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

SchwabOne®    265

3-5/310
150

DATE  6/4/07

PAY TO THE ORDER OF  Bernard L. Madoff Investments    $ 12,000.00

Twelve thousand ——————————— 00/100  DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR  1-D0053-3

⑈031000053⑈  7011698624⑈  20265  /0001200000/

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

6/13/07

CHECK                                    12,000.00

                                  CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD          CT 06902

1-D0053-3



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

CHECK

4/17/07

639.15

CLIENT'S ACCOUNT NUMBER

1-D0053-3

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD        CT 06902

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW

**DAPREX**, INC.

SPECIALISTS IN DATA PROCESSING

860 CANAL STREET
STAMFORD, CONNECTICUT 06902

AP    **102959**

| DATE | AMOUNT |
|------|--------|
| 4/11/07 | $639.15 |

PEOPLE'S BANK
Connecticut

51-7218/2211

PAY    SIX HUNDRED THIRTY NINE & 15/100 --------------------------------

                                                                      DOLLARS

TO
THE        BERNARD L. MADOFF INVESTMENTS
ORDER
OF

                                                    AUTHORIZED SIGNATURE
                                        BORDER CONTAINS MICROPRINTING

⑈102959⑈  ⑆221172186⑆  012 7000042⑈       ⑈0000063915⑈

PEOPLES BANK 0600
010001895  0600  08  04-18-07

JP MORGAN CHASE BANK, NA
4 CMC BKLYN NY 04172007
*0210000214 050 2218 12
9170871821

FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703
CHASE MANHATTAN BANK
Bernard L Madoff
Investment The Order Of

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**DAPREX, INC.**
SPECIALISTS IN DATA PROCESSING
860 CANAL STREET
STAMFORD, CONNECTICUT 06902

AP    102887

| DATE | AMOUNT |
|------|--------|
| 2/14/07 | $27,769.56 |

PEOPLE'S BANK
Connecticut

PAY    TWENTY SEVEN THOUSAND SEVEN HUNDRED SIXTY NINE & 56/100    DOLLARS

TO
THE
ORDER
OF    BERNARD L. MADOFF INVESTMENTS

1D00533Q

AUTHORIZED SIGNATURE
BORDER CONTAINS MICROPRINTING

⑈102887⑈ ⑆221172186⑆ 012 7000042⑈    ⑆00027769 56⑆

---

PEOPLES BANK 0600
0100522 AP 0600 08 04

JP MORGAN CHASE BANK, NA
CH2-DRLYNCNY 03168007
N0216000214 055 2400 12

8470474490

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

Bernard L Madoff
Investments

---

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>P&S Dept. 212 230-2436<br>800 334-1343<br>Fax 212 838-4061 |
|------|------|------|

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:                    2/16/07

CHECK                                                    27,769.56

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD        CT 06902                    1-D0053-3

12/31/2008 0:40 PM

DAPREX PROFIT SHARING & 401(K)
ATTN. LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

SchwabOne®    262

3-5/310
150

DATE 12/22/06

PAY TO THE
ORDER OF  Bernard L Madoff Investments    $ 16,000 00

Sixteen thousand                    00/100  DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR 1-D0053-3                    Joe Coronage2

⑆031000053⑆ 70116986 24⑈ 20 262 2″000 1600000

PROCESSED
3-5
12282P05 PX10T E10244
2600649300

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140...

JP MORGAN CHASE
4 CHK BAL PLAN
M021904N214
8670088

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

12/27/06

CHECK                                                16,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD        CT 06902

1-D0053-3

262-263

12/31/2008 0:40 PM

**DAPREX PROFIT SHARING & 401(K)**
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

**Schwab One**                          261

3-5/310
150

DATE 12/8/06

PAY TO THE
ORDER OF    Bernard Madoff Investments    $ 16,000.⁰⁰

Sixteen Thousand    ⁰⁰/₁₀₀    DOLLARS

**Charles Schwab**
PNC BANK, N.A.
Philadelphia, PA

FOR    1-DC0053-3

⑈031000053⑈ 701169862⑊⑈ 20261 ⑈000 1600000⑈

PROCESSED
3-5
12122006 PX367 E13617

**PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703**

Bernard Madoff
Investments

JP MORGAN CHASE BANK

MADF    **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

12/11/06

CHECK                                16,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD          CT 06902

1-D0053-3

12/31/2008 0:39 PM

**DAPREX PROFIT SHARING & 401(K)**
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

**SchwabOne** 260

3-5/310
150

DATE 8/7/06

PAY TO THE ORDER OF Bernard L. Madoff Investments | $ 13,000.00

Thirteen thousand ———— 00/100 DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR ACCT # 1-D0053-3

⑈031000053⑈ 7011698624⑈ 20 260 ⑈00013000000⑈

PROCESSED
3·5

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081703

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**CREDITED YOUR**
WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

8/14/06

**CHECK** 13,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD        CT 06902

1-D0053-3

12/31/2008 0:39 PM



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY        CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:        CHECK        6/14/06

11,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD        CT 06902        1-D0053-3

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

DAPREX, INC.
SPECIALISTS IN DATA PROCESSING

860 CANAL STREET
STAMFORD, CONNECTICUT  06902

AP    102484

| DATE | AMOUNT |
|------|--------|
| 3/16/06 | $66,065.10 |

PEOPLE'S BANK
Connecticut

PAY    SIXTY SIX THOUSAND SIXTY FIVE & 10/100 ------------    DOLLARS

TO
THE
ORDER
OF    BERNARD L. MADOFF INVESTMENTS

AUTHORIZED SIGNATURE
BORDER CONTAINS MICROPRINTING

FOR ACCT # 1-DC053-3

⑈102484⑈ ⑆221172186⑆ 012 7000042⑈    ⑈00066065l0⑈

---

MAR 20 06

PEOPLES BANK0600
020098800 0600 08 03-21-06
JPMORGAN CHASE BANK, NA
4 CHC BKLYN, NY 03/20/06

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF

---

| MADF | BERNARD L. MADOFF INVESTMENT SECURITIES LLC New York □ London |
|------|------|

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/20/06

CHECK    66,065.10

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD    CT 06902

1-D0053-3

12/31/2008 0:39 PM

**DAPREX PROFIT SHARING & 401(K)**
ATTN. LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

Schwab One    257

3-5.310
150

DATE  1/7/06

PAY TO THE ORDER OF  Bernard L. Madoff Investments  $ 11,000.00

Eleven thousand _____ oo/100 _ DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR  DC053 3

⑈031000053⑈ 701169862⑈ 20257 ⑈00011100000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081

Bernard L Madoff
Investments

PROCESSED
3-5
2400079140

JPMORGAN CHASE BANK
3400652576

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/12/06

| CHECK | 11,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD          CT 06902

1-D0053-3

Check Image System - Check Printing Window
08-01789-cgm   Doc 08872-2   Filed 05/30/14   Entered 05/30/14 16:56:30   Exhibit C
Pg 19 of 25

12/31/2008 0:39 PM

DAPREX PROFIT SHARING & 401(K)
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

SchwabOne          256

3-5/310
150

DATE  9/12/05

PAY TO THE
ORDER OF   Bernard L. Madoff          $ 12000.00

Twelve thousand                          00/100   DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR  Daprex 401K PLAN

⑆031000053⑆ 7011698624⑈ 20 256 ⑆000 1200000⑈

PROCESSED
3 5
09/19/2005 PKWY E11676
2700207992

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

3100210401

Bernard L Madoff

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

9/16/05

CHECK                                    12,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD      CT 06902

1-D0053-3

12/31/2008 0:39 PM



| Account | Serial | Sequence | Paid Date | Amount |
|---------|--------|----------|-----------|--------|
| 7011698624 | 20255 | 24278684 | 05/13/2005 | $7,000.00 |

DEPOSIT TO MADOFF



THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

DAPREX, INC.
SPECIALISTS IN DATA PROCESSING
860 CANAL STREET
STAMFORD, CONNECTICUT 06902

AP    102003

| DATE | AMOUNT |
|------|--------|
| 2/16/05 | $51,286.20 |

PEOPLE'S BANK
Connecticut

51-7218/2211

PAY    FIFTY ONE THOUSAND TWO HUNDRED EIGHTY SIX & 20/100 --------------------    DOLLARS

TO THE ORDER OF    BERNARD L. MADOFF INVESTMENTS

AUTHORIZED SIGNATURE
BORDER CONTAINS MICROPRINTING

1D005330

⑈102003⑈ ⑆221172186⑆ 012 7000042⑈    ⑈00051286 20⑈

2004 DIVIDEND - PREFERRED STOCK
2004 SAFEHARBOR CONTRIBUTION

PEOPLES BANK0600

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

PAY TO THE CHASE MANH
FOR DEPO
BERNARD L
140 08
0502

Bernard L Investme

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

2/22/05

CHECK                                           51,286.20

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD          CT 06902

1-D0053-3

CK# 102003    2/16/05

12/31/2008 0:39 PM

**DAPREX PROFIT SHARING & 401(K)**
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

**SchwabOne**    253

3-5/310
150

DATE _1/5/05_

PAY TO THE
ORDER OF _Bernard L Madoff Investments_ ___ $ 18,000.00

_Eighteen Thousand_ _____ 00/100 DOLLARS

**Charles Schwab**
PNC BANK, N.A.
Philadelphia, PA

FOR _DAPREX 401K - PROFIT SHARING_
_ACCT # 1-D0053-3_

⑆031000053⑆ 70116986 24⑈    20253    ⑆0001800000⑈

PROCESSED
3 - 5
01112005 FK:07 E:3576
2600617714

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L MADOFF
140 081 703

Bernard L Madoff
Investments.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/10/05

CHECK    18,000.00

CLIENT'S ACCOUNT NUMBER

DAPREX PROFIT SHARING
AND 401K PLAN
LISA CAVANAUGH
860 CANAL STREET
STAMFORD    CT 06902

1-D0053-3

12/31/2008 0:39 PM

---

**DAPREX PROFIT SHARING & 401(K)**
ATTN: LISA CAVANAUGH
860 CANAL ST.
STAMFORD, CT 06902-6953

**SchwabOne**          251

3-5-310
150

DATE  11/1/04

PAY TO THE ORDER OF  Bernard L. Madoff Investment Sec. LLC      $ 25,000.⁰⁰

Twenty - five thousand ——————— ⁰⁰/₁₀₀ DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR  DAPREX 1-DOCS5.3

⑈031000053⑈ 70⑆1698624⑈ 20251 ⑈000 2500000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
r FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

Bernard L. Madoff
Investment Sec. LLC.

PROCESSED
3-5
11/05/04
2400305815          3400352027

| Account | Serial | Sequence | Paid Date | Amount |
|---------|--------|----------|-----------|--------|
| 7011698624 | 20251 | 24305815 | 11/05/2004 | $25,000.00 |

Page 1 of 11

DEPOSIT TO MADOFF

12/31/2008 0:30 PM

**DAPREX PROFIT SHARING & 401(K) PLAN**

**SchwabOne**   238

3-5/310
150

DATE _4/29/03_

PAY TO THE ORDER OF _Bernard L. Madoff_   $ 15210.⁰⁰

_Fifteen thousand, two hundred & ten_ —⁰⁰/₁₀₀ DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

FOR _ACCT# 1-D0053-3_   _Luis C. Ca.G_

⑈031000053⑈ 7011698624⑈ 20238 ⑈0004521000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
- FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

PROCESSED
3-5
05052003 PK107 E3834

2200439977

| Account | Serial | Sequence | Paid Date | Amount |
|---|---|---|---|---|
| 7011698624 | 20238 | 3700420045 | 05/05/2003 | $15,210.00 |

DEPOSIT TO MADOFF SECURITIES

12/31/2008 0:42 PM

DAPREX PROFIT SHARING &
401(K) PLAN

**SchwabOne** 246

3-5/310
150

DATE 2/5/04

PAY TO THE ORDER OF Benard L. Madoff $ 12,000.00

Twelve Thousand 00/100 DOLLARS

Charles Schwab
PNC BANK, N.A.
Philadelphia, PA

1D0053

FOR DAPREX PROFIT SHARING + 401K

⑆031000053⑆ 7011698624⑆ 20246 ⑈000120000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

PROCESSED
3-5

DEPOSIT TO MADOFF

| Account | Serial | Sequence | Paid Date | Amount |
|---|---|---|---|---|
| 7011698624 | 20246 | 3700108148 | 02/11/2004 | $12,000.00 |

Page 1 of 1

http://intraweb.ibts.pfpc.net/CheckImage/pfpc/cis/printAdHocChecks.cis

12/31/2008