# EXHIBIT B

**DAPREX, Inc. Profit Sharing/401(K) Plan**
From 1/1/2001 to 12/31/2001

Laura Hallick

| Participant Accounts | 1/1/2001 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2001 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $14,464.72 | $4,287.78 | $0.00 | $2,376.64 | $0.00 | $21,129.14 |
| Profit Sharing Account | $21,285.99 | $0.00 | $0.00 | $3,045.86 | $0.00 | $24,331.85 |
| Total Account Balance | $35,750.71 | $4,287.78 | $0.00 | $5,422.50 | $0.00 | $45,460.99 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

**DAPREX, Inc. Profit Sharing/401(K) Plan**
From 1/1/2002 to 12/31/2002

**Laura Hallick**

| Participant Accounts | 1/1/2002 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2002 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $21,129.14 | $4,190.01 | $0.00 | $3,175.47 | $0.00 | $28,494.62 |
| Profit Sharing Account | $24,331.85 | $0.00 | $634.82 | $3,462.96 | $0.00 | $28,429.63 |
| Total Account Balance | $45,460.99 | $4,190.01 | $634.82 | $6,638.43 | $0.00 | $56,924.25 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

**DAPREX, Inc. Profit Sharing/401(K) Plan**
From 1/1/2003 to 12/31/2003

Laura Hallick

| Participant Accounts | 1/1/2003 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2003 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $28,494.62 | $4,182.12 | $2,509.25 | $2,634.92 | $0.00 | $37,820.91 |
| Profit Sharing Account | $28,429.63 | $0.00 | $0.00 | $2,466.97 | $0.00 | $30,896.60 |
| Total Account Balance | $56,924.25 | $4,182.12 | $2,509.25 | $5,101.89 | $0.00 | $68,717.51 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

**DAPREX, Inc. Profit Sharing/401(K) Plan**
From 1/1/2004 to 12/31/2004

Laura Hallick

| Participant Accounts | 1/1/2004 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2004 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $37,820.91 | $4,801.95 | $104.63 | $3,880.43 | $0.00 | $46,607.92 |
| Profit Sharing Account | $30,896.60 | $0.00 | $10,080.09 | $3,072.87 | $0.00 | $44,049.56 |
| Total Account Balance | $68,717.51 | $4,801.95 | $10,184.72 | $6,953.30 | $0.00 | $90,657.48 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

**DAPREX, Inc. Profit Sharing/401(K) Plan**
From 1/1/2005 to 12/31/2005

Laura Hallick

| Participant Accounts | 1/1/2005 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2005 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $46,607.92 | $5,583.37 | $0.00 | $4,575.30 | $0.00 | $56,766.59 |
| Profit Sharing Account | $44,049.56 | $0.00 | $10,000.00 | $4,004.15 | $0.00 | $58,053.71 |
| Total Account Balance | $90,657.48 | $5,583.37 | $10,000.00 | $8,579.45 | $0.00 | $114,820.30 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

**DAPREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2006 to 12/31/2006**

**Laura Hallick**

| Participant Accounts | 1/1/2006 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | 12/31/2006 Ending Balance |
|---|---|---|---|---|---|---|
| 401(K) Account | $56,766.59 | $11,250.00 | $0.00 | $7,950.06 | $0.00 | $75,966.65 |
| Profit Sharing Account | $58,053.71 | $0.00 | $3,300.00 | $7,228.89 | $0.00 | $68,582.60 |
| Total Account Balance | $114,820.30 | $11,250.00 | $3,300.00 | $15,178.95 | $0.00 | $144,549.25 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

**DAPREX, Inc. Profit Sharing/401(K) Plan**
**From 1/1/2007 to 12/31/2007**

**Laura Hallick**

| Participant Accounts | 1/1/2007 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | Loan Withdrawl | Loan Repayment |
|---|---|---|---|---|---|---|---|
| 401(K) Account | $75,966.65 | $10,500.00 | $0.00 | $9,170.15 | $0.00 | $0.00 | $0.00 |
| Profit Sharing Account | $68,582.60 | $0.00 | $3,000.00 | $7,576.70 | $0.00 | $0.00 | $0.00 |
| Total Account Balance | $144,549.25 | $10,500.00 | $3,000.00 | $16,746.85 | $0.00 | $0.00 | $0.00 |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

DAPREX, Inc. Profit Sharing/401(K) Plan
From 1/1/2008 to 12/11/2008

Laura Hallick

| Participant Accounts | 1/1/2008 Beginning Balance | Employee Contributions | Employer Contributions | Gains/Losses | Distributions | Loan Withdrawl | Loan Repayment | 11/30/2008 Ending Balance | 11/30/2008 Vested Balance | Madoff Loss * |
|---|---|---|---|---|---|---|---|---|---|---|
| 401(K) Account | $95,636.80 | $5,500.00 | $0.00 | $10,151.78 | $0.00 | $0.00 | $0.00 | $111,288.58 | $111,288.58 | (110,014.05) |
| Profit Sharing Account | $79,159.30 | $0.00 | $0.00 | $8,110.39 | $0.00 | $0.00 | $0.00 | $87,269.69 | $87,269.69 | (85,891.62) |
| Total Account Balance | $174,796.10 | $5,500.00 | $0.00 | $18,262.17 | $0.00 | $0.00 | $0.00 | $198,558.27 | $198,558.27 | (195,905.67) |

Your are 100% vested in your accounts. You or your beneficiary will receive the total account balance shown on this statement in the event of your death or disability. You will receive the vested account balance shown on this statement in the event of your termination of employment for reasons other than disability or retirement.

This statement has been prepared based on the data provided to the plan administrator. Please refer any questions that you may have regarding this statement to the plan administrator.

* Pending claim
** Funds not in Madoff account