# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>MIMI A. GREENBERG REVOCABLE TRUST; MIMI A. GREENBERG; HENRY GREENBERG, in his capacity as Successor Trustee of the Mimi A. Greenberg Revocable Trust; and RUTHANNE MILLER, in her capacity as Successor Trustee of | Adv. Pro. No. 10-04695 (SMB) |

| |
|---|
| the Mimi A. Greenberg Revocable Trust, |
| Defendants. |

08-01789-cgm Doc 6877-1 Filed 06/02/14 Entered 06/02/14 08:04:18 Exhibit
Pg 2 of 2