**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04607 (SMB) |
| v. | |
| SOL WACHTLER, | |
| Defendant. | |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and

defendant Sol Wachtler ("Defendant"), by and through his counsel, Mitchell Silberberg & Knupp

LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.     On December 1, 2010 the Trustee filed and served the Complaint against Sol

Wachtler.

2.     On June 1, 2011, Defendant Sol Wachtler served an answer on the Trustee.

3.     On December 31, 2013, the Parties entered into a settlement agreement pursuant

to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No.

3181].

4.     In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding

and dismissing the adversary proceeding.

5.     The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.     This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

2

be deemed an original.


Dated:  May 30, 2014

**BAKER & HOSTETLER LLP**

/s/ *Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for*
*the Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*


**MITCHELL SILBERBERG & KNUPP LLP**

/s/  *Lauren Wachtler*_____
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Paul Montclare
Email: pdm@msk.com
Lauren J. Wachtler
Email: ljw@msk.com

*Attorney for Defendant Sol Wachtler*


SO ORDERED

/s/ STUART M. BERNSTEIN_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: May 30th, 2014
New York, New York