**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ELAINE PIKULIK,<br><br>       Defendant. | Adv. Pro. No. 10-05025 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 21, 2014.

2. Fact Discovery shall be completed by: August 24, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: May 25, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due: October 22, 2015.

5. The Disclosure of Rebuttal Experts shall be due: November 23, 2015.

6. The Deadline for Completion of Expert Discovery shall be: February 22, 2016.

7. The Deadline for Service of a Notice of Mediation Referral shall be: April 22, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 6, 2016.

9. The Deadline for Conclusion of Mediation shall be: September 5, 2016.

| | |
|---|---|
| Dated: New York, New York<br>June 2, 2014 | BAKER & HOSTETLER LLP<br><br>By: <u>*Nicholas J. Cremona*</u><br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>Heather J. McDonald<br>Kathryn M. Zunno<br>M. Elizabeth Howe<br>Julian H. Darwall<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |