KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Stuart M. Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC and The Mestro Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05259 (SMB) |
| Plaintiff, | |
| v. | |
| STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS, STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS, ARTHUR SISKIND, LINDA SOHN, NEAL GOLDMAN, DOUGLAS ELLENOFF, ELAINE STEIN ROBERTS, NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of ELAINE STEIN ROBERTS, ARTHUR J. FEIBUS, EUNICE CHERVONY LEHRER, ELAINE S. STEIN, ELAINE S. STEIN REVOCABLE TRUST, JAMAT COMPANY, LLC, THE MESTRO COMPANY, TRUST U/W/O DAVID L. FISHER, TRUST U/T/A 8/20/90, and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90, | |
| Defendants. | |

## DECLARATION OF ELISE S. FREJKA
## IN SUPPORT OF MOTION TO DISMISS

I, Elise S. Frejka, declare pursuant to 28 U.S.C. Section 1746 that the following is true:

1.       I am special counsel at the law firm of Kramer Levin Naftalis & Frankel LLP, counsel for Moving Defendants in this adversary proceeding.  I am admitted to practice law in the State of New York and before the United States District Court for the Southern District of New York.

2.       I submit this declaration in support of the Moving Defendants' Motion to Dismiss the Amended Complaint.

3.       Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Amended Complaint.

4.       Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Consolidation and Rule 54(b) Order.

5.       Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Final 546(e) Judgment.

* * * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 2, 2014

*/s/ Elise S. Frejka*
ELISE S. FREJKA

# **<u>EXHIBIT 1</u>**

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Regina Griffin
Stacey A. Bell

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05259 (BRL) |
| Plaintiff, | |
| v. | |
| STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of | |

ELAINE STEIN ROBERTS; ARTHUR J.
FEIBUS; EUNICE CHERVONY LEHRER; NTC
& CO. LLP, as former custodian of an Individual
Retirement Account for the benefit of EUNICE
CHERVONY; ELAINE S. STEIN; ELAINE S.
STEIN REVOCABLE TRUST; JAMAT
COMPANY, LLC; THE MESTRO COMPANY;
TRUST U/W/O DAVID L. FISHER; TRUST
U/T/A 8/20/90; and EVELYN FISHER,
individually, and in her capacity as Trustee for
TRUST U/W/O DAVID L. FISHER and TRUST
U/T/A 8/20/90,

                              Defendants.

## AMENDED COMPLAINT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of

Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"),[1] and the substantively consolidated estate

of Bernard L. Madoff individually ("Madoff"), by and through his undersigned counsel, for his

amended complaint (the "Amended Complaint") states as follows:

## NATURE OF PROCEEDING

1.       This adversary proceeding arises from the massive Ponzi scheme perpetrated by

Madoff.  Over the course of the scheme, there were more than 8,000 client accounts at BLMIS.

In early December 2008, BLMIS generated client account statements for its approximately 4,900

open client accounts.  When added together, these statements purport that clients of BLMIS had

approximately $65 billion invested with BLMIS.  In reality, BLMIS had assets on hand worth a

small fraction of that amount.  On March 12, 2009, Madoff admitted to the fraudulent scheme

and pled guilty to 11 felony counts, and was sentenced on June 29, 2009 to 150 years in prison.

_____

[1] For convenience, future reference to SIPA will not include "15 U.S.C."

Stanley I. Lehrer ("Lehrer") and Stuart M. Stein ("Stein") received avoidable transfers from BLMIS.

2.      Since December 11, 2002, Lehrer and Stein received the amount of $22,371,311 from BLMIS.  The Trustee's investigation has revealed that all of this amount represented fictitious profits from the Ponzi scheme.  Accordingly, the Trustee seeks avoidance of the Transfers (as defined below) as they constitute nothing more than other people's money.

3.      Upon information and belief, Stein, Arthur Siskind, Linda Sohn, Neal Goldman, Douglas Ellenoff, Elaine Stein Roberts, Neuberger Berman LLC, as former custodian of the Individual Retirement Account for the benefit of Elaine Stein Roberts, Arthur J. Feibus, Eunice Chervony Lehrer, NTC & Co. LLP, as former custodian of the Individual Retirement Account for the benefit of Eunice Chervony, Elaine S. Stein, the Elaine S. Stein Revocable Trust, Jamat Company, LLC, The Mestro Company, Trust u/w/o David L. Fisher, Trust u/t/a 8/20/90, and Evelyn Fisher, individually, and in her capacity as trustee for the Trust u/w/o David L. Fisher and the Trust u/t/a 8/20/90 (the "Subsequent Transferee Defendants") as well as Lehrer, received subsequent transfers of the avoidable transfers referenced herein.  To the extent the funds transferred from BLMIS were for the benefit of the Subsequent Transferee Defendants, the Subsequent Transferee Defendants are the initial transferees of such transfers for purposes of the allegations herein.

4.      This adversary proceeding is brought pursuant to sections 78fff(b), 78fff-1(a) and 78fff-2(c)(3) of SIPA, sections 105(a), 544, 548(a), 550(a) and 551 of title 11 of the United States Code (the "Bankruptcy Code"), the New York Fraudulent Conveyance Act (New York Debtor and Creditor Law § 270 *et seq*. (McKinney 2001) ("DCL")) and other applicable law, for avoidance of fraudulent conveyances in connection with certain transfers of property by BLMIS

to or for the benefit of Lehrer, Stein and the Subsequent Transferee Defendants.  The Trustee

seeks to set aside such transfers and preserve and recover the property for the benefit of BLMIS'

defrauded customers.

## JURISDICTION AND VENUE

5.        This is an adversary proceeding commenced before the same Court before whom

the main underlying SIPA proceeding, No. 08-01789 (BRL) (the "SIPA Proceeding"), is

pending.  The SIPA Proceeding was originally brought in the United States District Court for the

Southern District of New York as *Securities Exchange Commission v. Bernard L. Madoff*

*Investment Securities LLC et al.*, No. 08 CV 10791 (the "District Court Proceeding") and has

been referred to this Court.  This Court has jurisdiction over this adversary proceeding under 28

U.S.C. § 1334(b) and 15 U.S.C. §§ 78eee(b)(2)(A), (b)(4).

6.        This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O).

7.        Venue in this district is proper under 28 U.S.C. § 1409.

## DEFENDANTS

8.        Upon information and belief, Defendant Stuart M. Stein maintains his residence

in Ft. Lauderdale, Florida.  Stein holds a BLMIS account with Lehrer as joint tenants with the

right of survivorship in the name, "Stanley I. Lehrer and Stuart M. Stein, J/T WROS," (the "Joint

Tenancy Account") with the account address reported as White Plains, New York.  Stein is

named in this Amended Complaint, individually, and in his capacity as administrator of the Joint

Tenancy Account.

9.        Upon information and belief, Stanley I. Lehrer maintains his residence in Delray

Beach, Florida.  Lehrer holds a BLMIS account with Stein as joint tenants with the right of

survivorship in the name, "Stanley I. Lehrer and Stuart M. Stein, J/T WROS," with the account

address reported as White Plains, New York.  Lehrer is named in this Amended Complaint solely

in his capacity as administrator of the Joint Tenancy Account, and not personally.

10.    Upon information and belief, Subsequent Transferee Defendant Arthur M.

Siskind maintains his residence in New York, New York.

11.    Upon information and belief, Subsequent Transferee Defendant Linda Sohn

maintains her residence in New York, New York.

12.    Upon information and belief, Subsequent Transferee Defendant Neal Goldman

maintains his residence in Brooklyn, New York.

13.    Upon information and belief, Subsequent Transferee Defendant Douglas Ellenoff

maintains his residence in New York, New York.

14.    Upon information and belief, Subsequent Transferee Defendant Elaine Stein

Roberts maintains her residence in Delray Beach, Florida.

15.    Upon information and belief, Subsequent Transferee Defendant Neuberger

Berman, LLC is a limited liability company formed under the laws of the State of Delaware.  Its

principal place of business is located at 605 Third Avenue, New York, New York 10158.  Upon

further information and belief, Subsequent Transferee Defendant Neuberger Berman, LLC, was,

at all relevant times, the custodian of an Individual Retirement Account for the benefit of Elaine

Stein Roberts.

16.    Upon information and belief, Subsequent Transferee Defendant Arthur J. Feibus

maintains his residence in Mount Kisco, New York.

17.    Upon information and belief, Subsequent Transferee Defendant Eunice Chervony

Lehrer maintains her residence in Delray Beach, Florida.

18.     Upon information and belief, Subsequent Transferee Defendant NTC & Co. LLP is a limited liability partnership that was formed under the laws of the State of Colorado. Its principal place of business is located at 717 17th Street, Suite 2100, Denver, Colorado 08202. Upon further information and belief, Subsequent Transferee Defendant NTC & Co. LLP, was, at all relevant times, the custodian of an Individual Retirement Account for the benefit of Eunice Chervony.

19.     Upon information and belief, Subsequent Transferee Defendant Elaine S. Stein maintains her residence in Delray Beach, Florida.

20.     Upon information and belief, Subsequent Transferee Defendant the Elaine S. Stein Revocable Trust is a revocable trust formed under the laws of the State of New York with an address reported in Delray Beach, Florida. Upon information and belief, Defendant Stuart Stein is a trustee of the Elaine S. Stein Revocable Trust and Subsequent Transferee Defendant Elaine S. Stein is a beneficiary of this trust.

21.     Upon information and belief, Subsequent Transferee Defendant Jamat Company, LLC is a limited liability company formed under the laws of the State of New York. Its principal place of business is located in White Plains, New York. Upon further information and belief, Defendant Stuart M. Stein and/or Subsequent Transferee Defendant Arthur J. Feibus are the managing members of Jamat Company, LLC.

22.     Upon information and belief, Subsequent Transferee Defendant The Mestro Company is a general partnership organized under the laws of the State of New York. Its principal place of business is located in White Plains, New York. Upon further information and belief, Defendant Stuart M. Stein and Subsequent Transferee Defendants Elaine Stein and the Elaine S. Stein Revocable Trust are partners in The Mestro Company.

23.    Upon information and belief, Subsequent Transferee Defendant Trust u/w/o David L. Fisher is a trust established under the laws of the State of Illinois, with the address reported as Glencoe, Illinois.  Upon further information and belief, Subsequent Transferee Defendant Evelyn Fisher is a trustee and the sole beneficiary of the trust.

24.    Upon information and belief, Subsequent Transferee Defendant Trust u/t/a 8/20/90 is a trust established under the laws of the State of Illinois, with the address reported as Glencoe, Illinois.  Upon further information and belief, Subsequent Transferee Defendant Evelyn Fisher is a trustee and the sole beneficiary of the trust.

25.    Upon information and belief, Subsequent Transferee Defendant Evelyn Fisher maintains her residence in Glencoe, Illinois.  Upon further information and belief, Evelyn Fisher is a trustee and the sole beneficiary of Subsequent Transferee Defendants Trust u/w/o David L. Fisher and Trust u/t/a 8/20/90.

## BACKGROUND, THE TRUSTEE AND STANDING

26.    On December 11, 2008 (the "Filing Date"),[2] Madoff was arrested by federal agents for violation of the criminal securities laws, including, *inter alia*, securities fraud, investment adviser fraud, and mail and wire fraud.  Contemporaneously, the Securities and Exchange Commission ("SEC") filed a complaint in the District Court which commenced the District Court Proceeding against Madoff and BLMIS.  The District Court Proceeding remains pending in the District Court.  The SEC complaint alleged that Madoff and BLMIS engaged in fraud through the investment advisor activities of BLMIS.

---

[2] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." 15 U.S.C. § 78*lll*(7)(B).  Thus, even though the application for a protective decree was filed on December 15, 2008, the Filing Date in this action is December 11, 2008.

27.    On December 12, 2008, The Honorable Louis L. Stanton of the District Court entered an order appointing Lee S. Richards, Esq. (the "Receiver") as receiver for the assets of BLMIS.

28.    On December 15, 2008, pursuant to section 78eee(a)(4)(A) of SIPA, the SEC consented to a combination of its own action with an application of the Securities Investor Protection Corporation ("SIPC").  Thereafter, pursuant to section 78eee(a)(4)(B) of SIPA, SIPC filed an application in the District Court alleging, *inter alia*, that BLMIS was not able to meet its obligations to securities customers as they came due and, accordingly, its customers needed the protections afforded by SIPA.

29.    Also on December 15, 2008, Judge Stanton granted the SIPC application and entered an order pursuant to SIPA (the "Protective Decree"), which, in pertinent part:

    a.    appointed the Trustee for the liquidation of the business of BLMIS pursuant to section 78eee(b)(3) of SIPA;

    b.    appointed Baker & Hostetler LLP as counsel to the Trustee pursuant to section 78eee(b)(3) of SIPA; and

    c.    removed the case to this Court pursuant to section 78eee(b)(4) of SIPA. By this Protective Decree, the Receiver was removed as Receiver for BLMIS.

30.    By orders dated December 23, 2008 and February 4, 2009, respectively, the Bankruptcy Court approved the Trustee's bond and found that the Trustee was a disinterested person.  Accordingly, the Trustee is duly qualified to serve and act on behalf of the estate of BLMIS.

31.    At a Plea Hearing on March 12, 2009 in the case captioned *United States v. Madoff*, Case No. 09-CR-213(DC), Madoff pled guilty to an eleven-count criminal information

filed against him by the United States Attorneys' Office for the Southern District of New York.

At the Plea Hearing, Madoff admitted that he "operated a Ponzi scheme through the investment

advisory side of [BLMIS]." Plea Allocution of Bernard L. Madoff at 23, *United States v.*

*Madoff,* No. 09-CR-213 (DC) (S.D.N.Y. March 12, 2009) (Docket No. 50). Additionally,

Madoff asserted "[a]s I engaged in my fraud, I knew what I was doing [was] wrong, indeed

criminal." *Id.* Madoff was sentenced on June 29, 2009 to 150 years in prison.

32.    On August 11, 2009, a former BLMIS employee, Frank DiPascali, pled guilty to

participating in and conspiring to perpetuate the Ponzi scheme. At a Plea Hearing on August 11,

2009 in the case entitled *United States v. DiPascali,* Case No. 09-CR-764 (RJS), DiPascali pled

guilty to a ten-count criminal information. Among other things, DiPascali admitted that the

fictitious scheme had begun at BLMIS since at least the 1980s. Plea Allocution of Frank

DiPascali at 46, *United States v. DiPascali,* No. 09-CR-764 (RJS) (S.D.N.Y. Aug. 11, 2009)

(Docket No. 11).

33.    As the Trustee appointed under SIPA, the Trustee is charged with recovering and

paying out customer property to BLMIS' customers, assessing claims, and liquidating any other

assets of the firm for the benefit of the estate and its creditors. The Trustee is in the process of

marshalling BLMIS' assets, and the liquidation of BLMIS' assets is well underway. However,

such assets will not be sufficient to reimburse the customers of BLMIS for the billions of dollars

that they invested with BLMIS over the years. Consequently, the Trustee must use his authority

under SIPA and the Bankruptcy Code to pursue recovery from customers who received

preferences and/or payouts of fictitious profits to the detriment of other defrauded customers

whose money was consumed by the Ponzi scheme. Absent this or other recovery actions, the

Trustee will be unable to satisfy the claims described in subparagraphs (A) through (D) of SIPA section 78fff-2(c)(1).

34.    Pursuant to section 78fff-1(a), the Trustee has the general powers of a bankruptcy trustee in a case under the Bankruptcy Code in addition to the powers granted by SIPA pursuant to SIPA section 78fff(b).  Chapters 1, 3, 5 and subchapters I and II of chapter 7 of the Bankruptcy Code apply to this proceeding to the extent consistent with SIPA.

35.    Pursuant to sections 78fff(b) and 78*lll*(7)(B) of SIPA, the Filing Date is deemed to be the date of the filing of the petition within the meaning of section 548 of the Bankruptcy Code and the date of the commencement of the case within the meaning of section 544 of the Bankruptcy Code.

36.    The Trustee has standing to bring these claims pursuant to section 78fff-1(a) of SIPA and the Bankruptcy Code, including sections 323(b) and 704(a)(1), because, among other reasons:

a.    Lehrer, Stein and the Subsequent Transferee Defendants received "Customer Property" as defined in 15 U.S.C. §78*lll*(4);

b.    BLMIS incurred losses as a result of the claims set forth herein;

c.    BLMIS' customers were injured as a result of the conduct detailed herein;

d.    SIPC has not reimbursed, and statutorily cannot fully reimburse, all customers for all of their losses;

e.    the Trustee will not be able to fully satisfy all claims;

f.    the Trustee, as bailee of customer property, can sue on behalf of the customer bailors;

g.      the Trustee is the assignee of claims paid, and to be paid, to customers of

BLMIS who have filed claims in the liquidation proceeding (such claim-filing customers,

collectively, "Accountholders").  As of the date hereof, the Trustee has received multiple express

unconditional assignments of the applicable Accountholders' causes of action, which actions

could have been asserted against Lehrer, Stein and the Subsequent Transferee Defendants.  As

assignee, the Trustee stands in the shoes of persons who have suffered injury in fact and a

distinct and palpable loss for which the Trustee is entitled to reimbursement in the form of

monetary damages.  The Trustee brings this action on behalf of, among others, those defrauded

customers of BLMIS who invested more money in BLMIS than they withdrew; and

h.      SIPC is the subrogee of claims paid, and to be paid, to customers of

BLMIS who have filed claims in the liquidation proceeding.  SIPC has expressly conferred upon

the Trustee enforcement of its rights of subrogation with respect to payments it has made and is

making to customers of BLMIS from SIPC funds.

## THE FRAUDULENT PONZI SCHEME

37.      Founded in 1959, BLMIS began operations as a sole proprietorship of Madoff and

later, effective January 2001, formed as a New York limited liability company wholly owned

by Madoff.  Since in or about 1986, BLMIS operated from its principal place of business at

885 Third Avenue, New York, New York.  Madoff, as founder, proprietor, chairman, and chief

executive officer, ran BLMIS together with several family members and a number of additional

employees.  BLMIS was registered with the SEC as a securities broker-dealer under section

15(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78$o$(b).  By that registration, BLMIS

is a member of SIPC.  BLMIS had three business units: investment advisory (the "IA Business"),

market making and proprietary trading.

38.    For certain accounts in the IA Business, BLMIS purported to participate in a capital appreciation/depreciation strategy, depending on whether the customer sought to generate gains or losses. For example, the strategy was executed by either purporting to purchase small groups of securities near lows and then purporting to sell those same securities at highs, or by purporting to short-sell securities near highs and then purporting to repurchase those securities near lows.

39.    For other accounts, Madoff described the IA Business' strategy as a "split-strike conversion" strategy. Madoff promised these clients that their funds would be invested in a basket of common stocks within the S&P 100 Index, which is a collection of the 100 largest U.S. publicly traded companies. The basket of stocks would be intended to mimic the movement of the S&P 100 Index. Madoff asserted that he would carefully time purchases and sales to maximize value, but this meant that the clients' funds would intermittently be out of the market, at which times they would purportedly be invested in U.S. issued securities and money market funds. The second part of the split-strike conversion strategy was the hedge of such purchases with option contracts. Madoff purported to purchase and sell S&P 100 Index option contracts that closely corresponded with the stocks in the basket, thereby controlling the downside risk of price changes in the basket of stocks.

40.    Although clients of the IA Business received monthly or quarterly statements purportedly showing the securities that were held in – or had been traded through – their accounts, as well as the growth of and profit from those accounts over time, the trades reported on these statements were a complete fabrication. The security purchases and sales depicted in the account statements virtually never occurred and the profits reported were entirely fictitious. At his Plea Hearing, Madoff admitted that he never in fact purchased any of the securities he

claimed to have purchased for customer accounts.  *See* Plea Allocution of Bernard L. Madoff at

3, *United States v. Madoff,* No. 09-CR-213 (DC) (S.D.N.Y. March 12, 2009) (Docket No. 50).

Indeed, based on the Trustee's investigation to date and with the exception of isolated individual

trades for certain clients, there is no record of BLMIS having cleared any purchase or sale of

securities on behalf of the IA Business at the Depository Trust & Clearing Corporation, the

clearing house for such transactions.

41.    Prior to his arrest, Madoff assured clients and regulators that he conducted all

trades on the over-the-counter market after hours.  To bolster that lie, Madoff periodically wired

tens of millions of dollars to BLMIS' affiliate, Madoff Securities International Ltd. ("MSIL"), a

London based entity substantially owned by Madoff and his family.  There are no records that

MSIL ever used the wired funds to purchase securities for the accounts of the IA Business

clients.

42.    Additionally, based on the Trustee's investigation to date, there is no evidence

that BLMIS ever purchased or sold any of the options that Madoff claimed on customer

statements to have purchased and sold.

43.    For all periods relevant hereto, the IA Business was operated as a Ponzi scheme

and Madoff and his co-conspirators concealed the ongoing fraud in an effort to hinder, delay or

defraud other current and prospective customers of BLMIS.  The money received from investors

was not set aside to buy securities as purported, but instead was primarily used to make the

distributions to – or payments on behalf of – other investors.  The money sent to BLMIS for

investment, in short, was simply used to keep the scheme going and to enrich Madoff, his

associates and others, including Lehrer, Stein and the Subsequent Transferee Defendants, until

such time as the requests for redemptions in December 2008 overwhelmed the flow of new investments and caused the inevitable collapse of the Ponzi scheme.

44.     The payments to investors constituted an intentional misrepresentation of fact regarding the underlying accounts and were an integral and essential part of the fraud.  The payments were necessary to validate the false account statements, and were made to avoid the detection of the fraud, to retain existing investors and to lure other investors in the Ponzi scheme.

45.     During the scheme, certain investors requested and received distributions of the so-called "profits" listed for their accounts which were nothing more than fictitious profits.  Other investors, from time to time, redeemed or closed their accounts, or removed portions of purportedly available funds, and were paid consistently with the statements they had been receiving.  Some of those investors later re-invested part or all of those withdrawn payments with BLMIS.

46.     When payments were made to or on behalf of these investors, including to Lehrer, Stein and the Subsequent Defendants, the falsified monthly statements of accounts reported that the accounts of such investors included substantial gains.  In reality, BLMIS had not invested the investors' principal as reflected in customer statements.  In an attempt to conceal the ongoing fraud and thereby hinder, delay or defraud other current and prospective investors, BLMIS paid to or on behalf of certain investors the inflated amounts reflected in the falsified financial statements, including principal and/or fictitious profits.

47.     BLMIS used the funds deposited from new investments to continue operations and pay redemption proceeds to or on behalf of other investors and to make other transfers.  Due to the siphoning and diversion of new investments to fund redemptions requested by other investors, BLMIS did not have the funds to pay investors on account of their new investments.

BLMIS was able to stay afloat only by using the principal invested by some clients to pay other

investors or their designees.

48.    In an effort to hinder, delay or defraud authorities from detecting the fraud,

BLMIS did not register as an Investment Advisor until September 2006.

49.    In or about January 2008, BLMIS filed with the SEC a Uniform Application for

Investment Adviser Registration.  The application represented, *inter alia*, that BLMIS had 23

customer accounts and assets under management of approximately $17.1 billion.  In fact, in

January 2008, BLMIS had approximately 4,900 active client accounts with a purported value of

approximately $65 billion under management.

50.    Not only did Madoff seek to evade regulators, Madoff also had false audit reports

"prepared" by Friehling & Horowitz, a three-person accounting firm in Rockland County, New

York.  Of the two accountants at the firm, one was semi-retired and living in Florida for many

years prior to the Filing Date.

51.    At all times relevant hereto, the liabilities of BLMIS were billions of dollars

greater than the assets of BLMIS.  At all relevant times, BLMIS was insolvent in that (i) its

assets were worth less than the value of its liabilities; (ii) it could not meet its obligations as they

came due; and (iii) at the time of the transfers, BLMIS was left with insufficient capital.

## THE TRANSFERS

52.    According to BLMIS' records, the Joint Tenancy Account (No. 1L0013) was

maintained with BLMIS, as set forth on Exhibit A.  The Joint Tenancy Account was first

established in or about January 1978 by Howard M. Squadron ("Squadron") and Allen A. Stein

as joint tenants with the right of survivorship.  Following Allen A. Stein's death on November 8,

1988, ownership of the Joint Tenancy Account changed to Squadron and Stanley I. Lehrer as

joint tenants with the right of survivorship.  On or about April 21, 1992, ownership of the Joint

Tenancy Account was changed to Stanley I. Lehrer and Stuart M. Stein, as joint tenants with the

right of survivorship, and the named account holder was amended to "Stanley I. Lehrer and

Stuart M. Stein, J/T WROS."

53.    Upon information and belief, a Customer Agreement, an Option Agreement,

and/or a Trading Authorization Limited to Purchases and Sales of Securities and Options

(collectively, the "Account Agreements") were executed and delivered to BLMIS at BLMIS'

headquarters located at 885 Third Avenue, New York, New York.

54.    The Joint Tenancy Account Agreements were to be performed in New York, New

York through securities trading activities that would take place in New York, New York.  The

Joint Tenancy Account was held in New York, New York, and funds were sent to BLMIS and/or

to BLMIS' account at JPMorgan Chase & Co., Account #xxxxxxxxxxx1703 (the "BLMIS Bank

Account") in New York, New York for application to the Joint Tenancy Account and the

purported conducting of trading activities.  Between the date the Joint Tenancy Account was

opened and the Filing Date, deposits were made to BLMIS through checks and/or wire transfers

into the BLMIS Bank Account and/or the Joint Tenancy Account received inter-account transfers

from other BLMIS accounts.

55.    During the six years prior to the Filing Date, BLMIS made transfers to Lehrer,

Stein and/or the Subsequent Transferee Defendants (collectively, the "Transfers") totaling at

least $22,371,311 in fictitious profits from the Ponzi scheme.  The Transfers constitute non-

existent profits supposedly earned in the Joint Tenancy Account, but, in reality, they were other

people's money.  The Transfers were made to or for the benefit of the Lehrer, Stein and/or the

Subsequent Transferee Defendants and are set forth in Columns 10 and 11 on Exhibit B annexed hereto.

56.     The Transfers that are avoidable and recoverable under sections 544(b), 550(a)(1) and 551 of the Bankruptcy Code, applicable provisions of SIPA, particularly SIPA section 78fff-2(c)(3), and applicable provisions of N.Y. CPLR 203(g) (McKinney 2001) and DCL sections 273 – 279 (McKinney 2001) total at least $22,371,311 and are referred to hereafter as the "Six Year Transfers." See Exhibit B, Column 11.

57.     The Transfers that are avoidable and recoverable under sections 548(a), 550(a)(1) and 551 of the Bankruptcy Code and applicable provisions of SIPA, particularly SIPA section 78fff-2(c)(3), total at least $4,955,500 and are referred to hereafter as the "Two Year Transfers." See Exhibit B, Column 10.

58.     Upon information and belief, some or all of the Transfers were subsequently transferred by Lehrer, Stein and/or the Subsequent Transferee Defendants to one or more of the Subsequent Transferee Defendants (collectively, the "Subsequent Transfers").

59.     The Subsequent Transfers, or the value thereof, are recoverable from the Subsequent Transferee Defendants pursuant to § 550(a) of the Bankruptcy Code.

60.     The Trustee's investigation is ongoing and the Trustee reserves the right to (i) supplement the information regarding the Transfers, Subsequent Transfers and any additional transfers and (ii) seek recovery of such additional transfers.

61.     To the extent that any of the avoidance and/or recovery counts may be inconsistent with each other, they are to be treated as being pled in the alternative.

## CUSTOMER CLAIMS

62.     On or about February 26, 2009, Lehrer and Stein, as administrators of the Joint Tenancy Account (the "Administrator Defendants"), filed a customer claim with the Trustee which the Trustee has designated as Claim No. 004003 (the "Customer Claim").

63.     On or about July 1, 2010, the Trustee issued a Notice of Trustee's Determination of Claim to Defendants (the "Determination") with respect to the Customer Claim.  A copy of the Determination is attached hereto as Exhibit C.

64.     The Administrator Defendants did not file an objection to the Determination with the Court.

65.     On December 23, 2008, this Court entered an Order on Application for Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination and Adjudication of Claims, and Providing Other Relief ("Claims Procedures Order"; Docket No. 12).  The Claims Procedures Order includes a process for determination and allowance of claims under which the Trustee has been operating.  The Trustee intends to resolve the Customer Claim and any related objections to the Trustee's determination of such claim through a separate hearing as contemplated by the Claims Procedures Order.

## COUNT ONE
## FRAUDULENT TRANSFER – 11 U.S.C. §§ 548(a)(1)(A), 550(a) AND 551

66.     To the extent applicable, the Trustee incorporates by reference the allegations contained in the previous paragraphs of this Amended Complaint as if fully rewritten herein.

67.     Each of the Two Year Transfers was made on or within two years before the Filing Date.

68.     Each of the Two Year Transfers constituted a transfer of an interest of BLMIS in property within the meaning of section 101(54) of the Bankruptcy Code and pursuant to section 78fff-2(c)(3) of SIPA.

69.     Each of the Two Year Transfers was made by BLMIS with the actual intent to hinder, delay or defraud some or all of BLMIS' then existing and/or future creditors.

70.     Each of the Two Year Transfers constitutes a fraudulent transfer avoidable by the Trustee pursuant to section 548(a)(1)(A) of the Bankruptcy Code and recoverable pursuant to section 550(a) of the Bankruptcy Code and section 78fff-2(c)(3) of SIPA.

71.     As a result of the foregoing, pursuant to sections 548(a)(1)(A), 550(a), and 551 of the Bankruptcy Code and section 78fff-2(c)(3) of SIPA, the Trustee is entitled to a judgment: (a) avoiding and preserving the Two Year Transfers, (b) directing that the Two Year Transfers be set aside, and (c) recovering the Two Year Transfers, or the value thereof, from Stein for the benefit of the estate of BLMIS.

## COUNT TWO
## FRAUDULENT TRANSFER – 11 U.S.C. §§ 548(a)(1)(B), 550(a) AND 551

72.     To the extent applicable, the Trustee incorporates by reference the allegations contained in the previous paragraphs of this Amended Complaint as if fully rewritten herein.

73.     Each of the Two Year Transfers was made on or within two years before the Filing Date.

74.     Each of the Two Year Transfers constituted a transfer of an interest of BLMIS in property within the meaning of section 101(54) of the Bankruptcy Code and pursuant to section 78fff-2(c)(3) of SIPA.

75.     BLMIS received less than reasonably equivalent value in exchange for each of the Two Year Transfers.

76.     At the time of each of the Two Year Transfers, BLMIS was insolvent, or became insolvent as a result of the Two Year Transfers.

77.     At the time of each of the Two Year Transfers, BLMIS was engaged in a business or a transaction, or was about to engage in a business or transaction, for which any property remaining with BLMIS was an unreasonably small capital.

78.     At the time BLMIS made each of the Two Year Transfers, BLMIS had incurred, was intending to incur, or believed that it would incur debts beyond its ability to pay them as the debts matured.

79.     Each of the Two Year Transfers constitutes a fraudulent transfer avoidable by the Trustee pursuant to section 548(a)(1)(B) of the Bankruptcy Code and recoverable pursuant to section 550(a) of the Bankruptcy Code and section 78fff-2(c)(3) of SIPA.

80.     As a result of the foregoing, pursuant to sections 548(a)(1)(B), 550(a), and 551 of the Bankruptcy Code and section 78fff-2(c)(3) of SIPA, the Trustee is entitled to a judgment: (a) avoiding and preserving the Two Year Transfers, (b) directing that the Two Year Transfers be set aside, and (c) recovering the Two Year Transfers, or the value thereof, from Stein for the benefit of the estate of BLMIS.

**COUNT THREE**
**FRAUDULENT TRANSFER – NEW YORK DEBTOR AND CREDITOR LAW §§ 276, 278 AND/OR 279, AND 11 U.S.C. §§ 544(b), 550(a) AND 551**

81.     To the extent applicable, the Trustee incorporates by reference the allegations contained in the previous paragraphs of this Amended Complaint as if fully rewritten herein.

82.     At all times relevant to the Six Year Transfers, there have been and are one or more creditors who have held and still hold matured or unmatured unsecured claims against

BLMIS that were and are allowable under section 502 of the Bankruptcy Code or that were and are not allowable only under section 502(e) of the Bankruptcy Code.

83.     Each of the Six Year Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

84.     Each of the Six Year Transfers was made by BLMIS with the actual intent to hinder, delay or defraud the creditors of BLMIS.  BLMIS made each of the Six Year Transfers to or for the benefit of Lehrer and Stein in furtherance of a fraudulent investment scheme.

85.     As a result of the foregoing, pursuant to DCL sections 276, 278 and/or 279, sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA, the Trustee is entitled to a judgment: (a) avoiding and preserving the Six Year Transfers, (b) directing that the Six Year Transfers be set aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the benefit of the estate of BLMIS.

## COUNT FOUR
### FRAUDULENT TRANSFER – NEW YORK DEBTOR AND CREDITOR LAW §§ 273 AND 278 AND/OR 279, AND 11 U.S.C. §§ 544(b), 550(a) AND 551

86.     To the extent applicable, the Trustee incorporates by reference the allegations contained in the previous paragraphs of the Amended Complaint as if fully rewritten herein.

87.     At all times relevant to the Six Year Transfers, there have been and are one or more creditors who have held and still hold matured or unmatured unsecured claims against BLMIS that were and are allowable under section 502 of the Bankruptcy Code or that were and are not allowable only under section 502(e) of the Bankruptcy Code.

88.     Each of the Six Year Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

89.     BLMIS did not receive fair consideration for any of the Six Year Transfers.

90.    BLMIS was insolvent, or became insolvent as a result of the Six Year Transfers.

91.    As a result of the foregoing, pursuant to DCL sections 273, 278 and/or 279,

sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA, the

Trustee is entitled to a judgment: (a) avoiding and preserving the Six Year Transfers,

(b) directing that the Six Year Transfers be set aside, and (c) recovering the Six Year Transfers,

or the value thereof, from Stein, for the benefit of the estate of BLMIS.

<u>**COUNT FIVE**</u>
<u>**FRAUDULENT TRANSFER – NEW YORK DEBTOR AND CREDITOR LAW §§ 274,
278 AND/OR 279, AND 11 U.S.C. §§ 544(b), 550(a), AND 551**</u>

92.    To the extent applicable, the Trustee incorporates by reference the allegations

contained in the previous paragraphs of the Amended Complaint as if fully rewritten herein.

93.    At all times relevant to the Six Year Transfers there have been and are one or

more creditors who have held and still hold matured or unmatured unsecured claims against

BLMIS that were and are allowable under section 502 of the Bankruptcy Code or that were and

are not allowable only under section 502(e) of the Bankruptcy Code.

94.    Each of the Six Year Transfers constituted a conveyance by BLMIS as defined

under DCL section 270.

95.    BLMIS did not receive fair consideration for any of the Six Year Transfers.

96.    At the time BLMIS made each of the Six Year Transfers, BLMIS was engaged or

was about to engage in a business or transaction for which the property remaining in its hands

after each of the Six Year Transfers was an unreasonably small capital.

97.    As a result of the foregoing, pursuant to DCL sections 274, 278 and/or 279,

sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA, the

Trustee is entitled to a judgment: (a) avoiding and preserving the Six Year Transfers,

(b) directing that the Six Year Transfers be set aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the benefit of the estate of BLMIS.

## COUNT SIX
## FRAUDULENT TRANSFER – NEW YORK DEBTOR AND CREDITOR LAW §§ 275, 278 AND/OR 279, AND 11 U.S.C. §§ 544(b), 550(a), AND 551

98.    To the extent applicable, the Trustee incorporates by reference the allegations contained in the previous paragraphs of the Amended Complaint as if fully rewritten herein.

99.    At all times relevant to the Six Year Transfers there have been and are one or more creditors who have held and still hold matured or unmatured unsecured claims against BLMIS that were and are allowable under section 502 of the Bankruptcy Code or that were and are not allowable only under section 502(e) of the Bankruptcy Code.

100.    Each of the Six Year Transfers constituted a conveyance by BLMIS as defined under DCL section 270.

101.    BLMIS did not receive fair consideration for any of the Six Year Transfers.

102.    At the time BLMIS made each of the Six Year Transfers, BLMIS had incurred, was intending to incur, or believed that it would incur debts beyond its ability to pay them as the debts matured.

103.    As a result of the foregoing, pursuant to DCL sections 275, 278 and/or 279 and sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA, the Trustee is entitled to a judgment: (a) avoiding and preserving the Six Year Transfers, (b) directing that the Six Year Transfers be set aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the benefit of the estate of BLMIS.

**COUNT SEVEN**
**RECOVERY OF SUBSEQUENT TRANSFER – NEW YORK DEBTOR AND**
**CREDITOR LAW §§ 278 AND/OR 279 AND 11 U.S.C. §§ 544, 548 , 550(a) AND 551**

104.    To the extent applicable, the Trustee incorporates by reference the allegations

contained in the previous paragraphs of this Amended Complaint as if fully rewritten herein.

105.    Each of the Transfers is avoidable under sections 544 and 548 of the Bankruptcy

Code, DCL sections 273, 274, 275 and/or 276 and section 78fff-2(c)(3) of SIPA.

106.    On information and belief, the Subsequent Transfers were transferred by Lehrer,

Stein and/or one or more of the Subsequent Transferee Defendants to one or more of the

Subsequent Transferee Defendants.

107.    Each of the Subsequent Transfers was made directly or indirectly to the

Subsequent Transferee Defendants.

108.    The Subsequent Transferee Defendants are immediate or mediate transferees of

the Subsequent Transfers.

109.    As a result of the foregoing and the avoidance of the within Transfers, pursuant to

DCL sections 278 and/or 279, sections 544(b), 548(a), 550(a) and 551 of the Bankruptcy Code,

and section 78fff-2(c)(3) of SIPA, the Trustee is entitled to a judgment against the Subsequent

Transferee Defendants: (a) avoiding and preserving the Subsequent Transfers, (b) directing that

the Subsequent Transfers be set aside, and (c) recovering the Subsequent Transfers, or the value

thereof, from the Subsequent Transferee Defendants for the benefit of the estate of BLMIS.

**WHEREFORE**, the Trustee respectfully requests that this Court enter judgment in favor

of the Trustee as follows:

i.    On the First Claim for Relief, pursuant to sections 548(a)(1)(A), 550(a) and 551

of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA: (a) avoiding and preserving the Two

Year Transfers, (b) directing that the Two Year Transfers be set aside, and (c) recovering the

Two Year Transfers, or the value thereof, from Stein, for the benefit of the estate of BLMIS;

ii.      On the Second Claim for Relief, pursuant to sections 548(a)(1)(B), 550(a) and

551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA: (a) avoiding and preserving the

Two Year Transfers, (b) directing that the Two Year Transfers be set aside, and (c) recovering

the Two Year Transfers, or the value thereof, from Stein, for the benefit of the estate of BLMIS;

iii.     On the Third Claim for Relief, pursuant to DCL sections 276, 278 and/or 279,

sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA:

(a) avoiding and preserving the Six Year Transfers, (b) directing that the Six Year Transfers be

set aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the

benefit of the estate of BLMIS;

iv.      On the Fourth Claim for Relief, pursuant to DCL sections 273, 278 and/or 279,

sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA:

(a) avoiding and preserving the Six Year Transfers, (b) directing that the Six Year Transfers be

set aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the

benefit of the estate of BLMIS;

v.       On the Fifth Claim for Relief, pursuant to DCL sections 274, 278 and/or 279,

sections 544(b), 550(a), and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA:

(a) avoiding and preserving the Six Year Transfers, (b) directing the Six Year Transfers be set

aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the benefit

of the estate of BLMIS;

vi.      On the Sixth Claim for Relief, pursuant to DCL sections 275, 278 and/or 279,

sections 544(b), 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA:

(a) avoiding and preserving the Six Year Transfers, (b) directing that the Six Year Transfers be set aside, and (c) recovering the Six Year Transfers, or the value thereof, from Stein, for the benefit of the estate of BLMIS;

vii.    On the Seventh Claim for Relief as a result of the avoidance of the within Transfers, pursuant to DCL section 278 and/or 279, sections 544(b), 548, 550(a) and 551 of the Bankruptcy Code, and section 78fff-2(c)(3) of SIPA: (a) avoiding and preserving the Subsequent Transfers; (b) directing that the Subsequent Transfers be set aside; and (c) recovering the Subsequent Transfers, or the value thereof, from the Subsequent Transferee Defendants for the benefit of the estate of BLMIS.

viii.    On all Claims for Relief, pursuant to federal common law and N.Y. CPLR 5001 and 5004 awarding the Trustee prejudgment interest from the date on which the Transfers were received;

ix.    On all Claims for Relief, establishment of a constructive trust over the proceeds of the Transfers and the Subsequent Transfers in favor of the Trustee for the benefit of BLMIS' estate;

x.    On all Claims for Relief, assignment of Stein's and the Subsequent Transferee Defendants' income tax refunds from the United States, state and local governments for taxes paid on fictitious profits during the course of the scheme;

xi.    On all Claims for Relief, awarding the Trustee all applicable interest, costs, and disbursements of this action; and

xii.    On all Claims for Relief, granting Plaintiff such other, further, and different relief

as the Court deems just, proper and equitable.

Date:  New York, New York
       December 10, 2010

**WINDELS MARX LANE & MITTENDORF, LLP**

/s/ Regina Griffin
Regina Griffin (rgriffin@windelsmarx.com)
Howard L. Simon (hsimon@windelsmarx.com)
Stacey A. Bell (sbell@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff*

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| STANLEY I LEHRER & STUART M STEIN J/T WROS | 1L0013 |

MADC1064_00000001

**BLMIS ACCOUNT NO. 1L0013 - STANLEY T SHURER & STUART M STEIN J/T WROS**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 1,545,525 [1] | 1,545,525 | - | - | - | 1,545,525 | - | - | - |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 290,310 [1] | 290,310 | - | - | - | 1,835,835 | - | - | - |
| 3/9/1982 | CHECK | (750) | - | (750) | - | - | 1,835,085 | - | - | - |
| 3/11/1982 | CHECK | (750) | - | (750) | - | - | 1,834,335 | - | - | - |
| 3/15/1982 | CHECK RET | 750 | 750 | - | - | - | 1,835,085 | - | - | - |
| 7/13/1982 | CHECK | (50,478) | - | (50,478) | - | - | 1,784,607 | - | - | - |
| 10/27/1982 | TRANS TO H SQUADRON (1S0135) | (200,000) | - | - | - | (200,000) | 1,584,607 | - | - | - |
| 1/28/1983 | CHECK | 151,111 | 151,111 | - | - | - | 1,735,718 | - | - | - |
| 7/18/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,660,718 | - | - | - |
| 7/28/1983 | CHECK | (25,000) | - | (25,000) | - | - | 1,635,718 | - | - | - |
| 8/15/1983 | CHECK | (85,000) | - | (85,000) | - | - | 1,550,718 | - | - | - |
| 2/8/1984 | CHECK | 63,315 | 63,315 | - | - | - | 1,614,033 | - | - | - |
| 4/5/1984 | CHECK | 15,000 | 15,000 | - | - | - | 1,629,033 | - | - | - |
| 5/17/1985 | CHECK | (1,633) | - | (1,633) | - | - | 1,627,400 | - | - | - |
| 3/17/1986 | CHECK | (2,139) | - | (2,139) | - | - | 1,625,261 | - | - | - |
| 3/27/1987 | CHECK | (4,000) | - | (4,000) | - | - | 1,621,261 | - | - | - |
| 1/22/1988 | CHECK | (254,654) | - | (254,654) | - | - | 1,366,607 | - | - | - |
| 2/1/1988 | CHECK | 154,654 | 154,654 | - | - | - | 1,521,261 | - | - | - |
| 2/11/1988 | CHECK | 100,000 | 100,000 | - | - | - | 1,621,261 | - | - | - |
| 4/18/1988 | CHECK | (4,000) | - | (4,000) | - | - | 1,617,261 | - | - | - |
| 2/1/1989 | TRANS TO 10191510 (101915) | (2,175,926) [2] | - | - | - | (1,617,261) | - | - | - | - |
| 3/2/1989 | CHECK | (4,000) | - | (4,000) | - | - | (4,000) | - | - | - |
| 7/12/1989 | CHECK | 100,000 | 100,000 | - | - | - | 96,000 | - | - | - |
| 1/3/1990 | CHECK | 500,000 | 500,000 | - | - | - | 596,000 | - | - | - |
| 2/2/1990 | TRANS FROM 10191510 (101915) | 1,436,087 [3] | - | - | 861,609 | - | 1,457,609 | - | - | - |
| 2/2/1990 | TRANS FROM 10191510 (101915) | 1,259,482 [3] | - | - | 755,651 | - | 2,213,261 | - | - | - |
| 2/13/1990 | CHECK | (50,000) | - | (50,000) | - | - | 2,163,261 | - | - | - |
| 2/22/1990 | CHECK | (12,000) | - | (12,000) | - | - | 2,151,261 | - | - | - |
| 3/1/1990 | CANCEL CHECK 02/22/90 | 12,000 | 12,000 | - | - | - | 2,163,261 | - | - | - |
| 3/2/1990 | CHECK | (5,000) | - | (5,000) | - | - | 2,158,261 | - | - | - |
| 6/11/1990 | TRANS TO H&A SQUADRON (1S0136) | (1,600,000) | - | - | - | (1,600,000) | 558,261 | - | - | - |
| 6/29/1990 | CHECK | (90,000) | - | (90,000) | - | - | 468,261 | - | - | - |
| 11/26/1990 | TRANS FR 10177410 A/O 11/16/90 (1S0136) | 13,093 | - | - | 13,093 | - | 481,354 | - | - | - |
| 1/11/1991 | CHECK | (480,000) | - | (480,000) | - | - | 1,354 | - | - | - |
| 2/15/1991 | CHECK | (5,000) | - | (5,000) | - | - | (3,646) | - | - | - |
| 7/2/1991 | CHECK | (160,000) | - | (160,000) | - | - | (163,646) | - | - | - |
| 7/3/1991 | STOP PAYMENT CHECK 7/2/91 | 160,000 | - | 160,000 | - | - | (3,646) | - | - | - |
| 7/31/1991 | CHECK | (160,000) | - | (160,000) | - | - | (163,646) | - | - | - |
| 2/19/1992 | CHECK | (5,000) | - | (5,000) | - | - | (168,646) | - | - | - |
| 1/11/1993 | CHECK | 100,000 | 100,000 | - | - | - | (68,646) | - | - | - |
| 3/16/1993 | CHECK | (6,000) | - | (6,000) | - | - | (74,646) | - | - | - |
| 3/25/1993 | STOP PAYMENT | 6,000 | - | 6,000 | - | - | (68,646) | - | - | - |
| 3/26/1993 | CHECK | (6,000) | - | (6,000) | - | - | (74,646) | - | - | - |
| 4/1/1993 | CHECK | 150,000 | 150,000 | - | - | - | 75,354 | - | - | - |
| 12/31/1993 | CHECK WIRE | 176,000 | 176,000 | - | - | - | 251,354 | - | - | - |
| 4/12/1994 | CHECK | (7,000) | - | (7,000) | - | - | 244,354 | - | - | - |
| 6/9/1994 | CHECK | (165,000) | - | (165,000) | - | - | 79,354 | - | - | - |
| 12/8/1994 | CHECK | (2,050,000) | - | (2,050,000) | - | - | (1,970,646) | - | - | - |
| 3/16/1995 | CHECK | (7,000) | - | (7,000) | - | - | (1,977,646) | - | - | - |
| 3/31/1995 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,877,646) | - | - | - |
| 6/16/1995 | CHECK | (175,000) | - | (175,000) | - | - | (2,052,646) | - | - | - |
| 2/28/1996 | CHECK | (7,000) | - | (7,000) | - | - | (2,059,646) | - | - | - |
| 3/15/1996 | CHECK | (195,654) | - | (195,654) | - | - | (2,255,300) | - | - | - |
| 4/26/1996 | CHECK | (61,531) | - | (61,531) | - | - | (2,316,831) | - | - | - |
| 6/18/1996 | ROLLOVER TO 1S023130 (1S0231) | (308,130) [4] | - | - | - | - | (2,316,831) | - | - | - |
| 6/18/1996 | ROLLOVER A/O 6/18/96 (1L0105) | (2,389,267) [4] | - | - | - | - | (2,316,831) | - | - | - |
| 6/26/1996 | ROLLOVER TO 1S023130 (1S0231) | (370,403) [4] | - | - | - | - | (2,316,831) | - | - | - |

MADC1064_00000002

BLMIS ACCOUNT NO. 1L0013 - STANLEY T HEIBERG & STUART M STEIN J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 7/2/1996 | ROLLOVER TO 1S023130 *(1S0231)* | (706,954) [4] | - | - | - | - | (2,316,831) | - | - | - |
| 7/9/1996 | CHECK | (30,000) | - | (30,000) | - | - | (2,346,831) | - | - | - |
| 9/16/1996 | CHECK | (3,446) | - | (3,446) | - | - | (2,350,277) | - | - | - |
| 9/17/1996 | CHECK | (50,000) | - | (50,000) | - | - | (2,400,277) | - | - | - |
| 9/24/1996 | CHECK | (78,000) | - | (78,000) | - | - | (2,478,277) | - | - | - |
| 12/16/1996 | TRANS TO 1L010530 *(1L0105)* | (174,677) [4] | - | - | - | - | (2,478,277) | - | - | - |
| 12/16/1996 | TRANS TO 1S023130 *(1S0231)* | (101,293) [4] | - | - | - | - | (2,478,277) | - | - | - |
| 12/31/1996 | CHECK WIRE | 75,000 | 75,000 | - | - | - | (2,403,277) | - | - | - |
| 1/2/1997 | TRANS TO 1P006230 *(1P0062)* | (616,018) [4] | - | - | - | - | (2,403,277) | - | - | - |
| 1/3/1997 | CHECK | (400,000) | - | (400,000) | - | - | (2,803,277) | - | - | - |
| 1/3/1997 | CHECK | (4,416,669) | - | (4,416,669) | - | - | (7,219,946) | - | - | - |
| 1/17/1997 | CHECK | (50,000) | - | (50,000) | - | - | (7,269,946) | - | - | - |
| 2/19/1997 | CHECK | (193,959) | - | (193,959) | - | - | (7,463,905) | - | - | - |
| 3/27/1997 | CHECK | (150,000) | - | (150,000) | - | - | (7,613,905) | - | - | - |
| 4/4/1997 | CHECK | (100,000) | - | (100,000) | - | - | (7,713,905) | - | - | - |
| 4/14/1997 | CHECK | (150,000) | - | (150,000) | - | - | (7,863,905) | - | - | - |
| 5/30/1997 | CHECK | (30,000) | - | (30,000) | - | - | (7,893,905) | - | - | - |
| 6/10/1997 | CHECK | 20,000 | 20,000 | - | - | - | (7,873,905) | - | - | - |
| 6/13/1997 | CHECK | (42,500) | - | (42,500) | - | - | (7,916,405) | - | - | - |
| 7/25/1997 | TRANS TO 1L014130 *(1L0141)* | (3,664,425) [4] | - | - | - | - | (7,916,405) | - | - | - |
| 8/28/1997 | CHECK | (160,000) | - | (160,000) | - | - | (8,076,405) | - | - | - |
| 11/19/1997 | TRANS TO 1P006230 *(1P0062)* | (761,185) [4] | - | - | - | - | (8,076,405) | - | - | - |
| 11/19/1997 | TRANS FROM 1P006230 *(1P0062)* | 761,185 [5] | - | - | - | - | (8,076,405) | - | - | - |
| 11/19/1997 | CANCEL *(1P0062)* | (761,185) | - | - | - | - | (8,076,405) | - | - | - |
| 11/26/1997 | CHECK | (30,000) | - | (30,000) | - | - | (8,106,405) | - | - | - |
| 12/11/1997 | TRANS FROM 1L010530 *(1L0105)* | 100,000 [5] | - | - | - | - | (8,106,405) | - | - | - |
| 12/12/1997 | CHECK WIRE | 50,000 | 50,000 | - | - | - | (8,056,405) | - | - | - |
| 12/17/1997 | CHECK | (100,000) | - | (100,000) | - | - | (8,156,405) | - | - | - |
| 12/24/1997 | CHECK RETURNED | 100,000 | - | 100,000 | - | - | (8,056,405) | - | - | - |
| 2/27/1998 | CHECK | (33,898) | - | (33,898) | - | - | (8,090,304) | - | - | - |
| 3/5/1998 | CHECK | (200,000) | - | (200,000) | - | - | (8,290,304) | - | - | - |
| 4/2/1998 | CHECK | (175,000) | - | (175,000) | - | - | (8,465,304) | - | - | - |
| 5/5/1998 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (8,365,304) | - | - | - |
| 5/22/1998 | CHECK | (60,000) | - | (60,000) | - | - | (8,425,304) | - | - | - |
| 7/6/1998 | CHECK | (50,000) | - | (50,000) | - | - | (8,475,304) | - | - | - |
| 7/16/1998 | CHECK | (75,000) | - | (75,000) | - | - | (8,550,304) | - | - | - |
| 10/6/1998 | CHECK | (20,000) | - | (20,000) | - | - | (8,570,304) | - | - | - |
| 11/17/1998 | TRANS TO 1P006230 *(1P0062)* | (912,570) [4] | - | - | - | - | (8,570,304) | - | - | - |
| 12/3/1998 | CHECK | (150,000) | - | (150,000) | - | - | (8,720,304) | - | - | - |
| 12/18/1998 | TRANS FROM 1L010530 *(1L0105)* | 250,000 [5] | - | - | - | - | (8,720,304) | - | - | - |
| 12/23/1998 | CHECK | (200,000) | - | (200,000) | - | - | (8,920,304) | - | - | - |
| 12/23/1998 | TRANS TO 1S038730 *(1S0387)* | (2,241,458) [4] | - | - | - | - | (8,920,304) | - | - | - |
| 1/7/1999 | CHECK | (200,000) | - | (200,000) | - | - | (9,120,304) | - | - | - |
| 2/11/1999 | CHECK | (100,000) | - | (100,000) | - | - | (9,220,304) | - | - | - |
| 3/2/1999 | CHECK | (17,000) | - | (17,000) | - | - | (9,237,304) | - | - | - |
| 3/24/1999 | CHECK | (130,000) | - | (130,000) | - | - | (9,367,304) | - | - | - |
| 4/8/1999 | CHECK | (40,000) | - | (40,000) | - | - | (9,407,304) | - | - | - |
| 4/13/1999 | CHECK | (50,000) | - | (50,000) | - | - | (9,457,304) | - | - | - |
| 4/14/1999 | TRANS TO 1S028730 *(1S0287)* | (90,193) [4] | - | - | - | - | (9,457,304) | - | - | - |
| 5/26/1999 | CHECK | (150,000) | - | (150,000) | - | - | (9,607,304) | - | - | - |
| 12/6/1999 | TRANS TO 1P006230 *(1P0062)* | (1,466,484) [4] | - | - | - | - | (9,607,304) | - | - | - |
| 12/8/1999 | CHECK | (20,000) | - | (20,000) | - | - | (9,627,304) | - | - | - |
| 12/31/1999 | TRANS TO 1E015830 *(1E0158)* | (2,000,000) [4] | - | - | - | - | (9,627,304) | - | - | - |
| 1/3/2000 | CHECK | (200,000) | - | (200,000) | - | - | (9,827,304) | - | - | - |
| 1/11/2000 | TRANS FROM 1L010530 A/O 12/31 *(1L0105)* | 200,000 [5] | - | - | - | - | (9,827,304) | - | - | - |
| 1/12/2000 | CHECK | (120,000) | - | (120,000) | - | - | (9,947,304) | - | - | - |

MADC1064_00000003

BLMIS ACCOUNT NO. 1L0013 - STANLEY SHURER & STUART M STEIN J/T WROS

| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
| 1/21/2000 | CHECK | 83,000 | 83,000 | - | - | - | (9,864,304) | - | - | - |
| 2/1/2000 | TRANS TO 1P006230 (1P0062) | (84,171) [4] | - | - | - | - | (9,864,304) | - | - | - |
| 2/2/2000 | CHECK | (17,500) | - | (17,500) | - | - | (9,881,804) | - | - | - |
| 3/1/2000 | CHECK | (280,000) | - | (280,000) | - | - | (10,161,804) | - | - | - |
| 3/1/2000 | CHECK | (200,000) | - | (200,000) | - | - | (10,361,804) | - | - | - |
| 5/22/2000 | CHECK | (100,000) | - | (100,000) | - | - | (10,461,804) | - | - | - |
| 5/31/2000 | CHECK | (140,000) | - | (140,000) | - | - | (10,601,804) | - | - | - |
| 6/30/2000 | CHECK WIRE | 25,000 | 25,000 | - | - | - | (10,576,804) | - | - | - |
| 8/29/2000 | CHECK | (195,000) | - | (195,000) | - | - | (10,771,804) | - | - | - |
| 11/7/2000 | CHECK | (4,050,000) | - | (4,050,000) | - | - | (14,821,804) | - | - | - |
| 12/19/2000 | CHECK | (100,000) | - | (100,000) | - | - | (14,921,804) | - | - | - |
| 12/29/2000 | CHECK | (150,000) | - | (150,000) | - | - | (15,071,804) | - | - | - |
| 12/29/2000 | TRANS FROM 1L010530 (1L0105) | 200,000 [5] | - | - | - | - | (15,071,804) | - | - | - |
| 1/2/2001 | CHECK | (100,000) | - | (100,000) | - | - | (15,171,804) | - | - | - |
| 1/23/2001 | CHECK | 75,000 | 75,000 | - | - | - | (15,096,804) | - | - | - |
| 2/8/2001 | CHECK | (19,500) | - | (19,500) | - | - | (15,116,304) | - | - | - |
| 2/9/2001 | CHECK | (100,000) | - | (100,000) | - | - | (15,216,304) | - | - | - |
| 2/13/2001 | CHECK | 40,000 | 40,000 | - | - | - | (15,176,304) | - | - | - |
| 2/20/2001 | CHECK | (240,000) | - | (240,000) | - | - | (15,416,304) | - | - | - |
| 2/22/2001 | TRANS TO 1G032530 (1G0325) | (795,195) [4] | - | - | - | - | (15,416,304) | - | - | - |
| 2/22/2001 | TRANS TO 1S043730 (1S0437) | (640,582) [4] | - | - | - | - | (15,416,304) | - | - | - |
| 3/13/2001 | CHECK | (35,000) | - | (35,000) | - | - | (15,451,304) | - | - | - |
| 3/30/2001 | CHECK | (100,000) | - | (100,000) | - | - | (15,551,304) | - | - | - |
| 5/1/2001 | CHECK | (180,000) | - | (180,000) | - | - | (15,731,304) | - | - | - |
| 5/15/2001 | CHECK | (90,000) | - | (90,000) | - | - | (15,821,304) | - | - | - |
| 6/26/2001 | TRANS TO 1G032530 (1G0325) | (19,545) [4] | - | - | - | - | (15,821,304) | - | - | - |
| 6/26/2001 | TRANS TO 1S043730 (1S0437) | (15,747) [4] | - | - | - | - | (15,821,304) | - | - | - |
| 8/30/2001 | CHECK | (150,000) | - | (150,000) | - | - | (15,971,304) | - | - | - |
| 11/9/2001 | CHECK | (100,000) | - | (100,000) | - | - | (16,071,304) | - | - | - |
| 12/28/2001 | CHECK | (100,000) | - | (100,000) | - | - | (16,171,304) | - | - | - |
| 12/31/2001 | TRANS FROM 1L010530 (1L0105) | 225,000 [5] | - | - | - | - | (16,171,304) | - | - | - |
| 1/17/2002 | CHECK | (150,000) | - | (150,000) | - | - | (16,321,304) | - | - | - |
| 2/4/2002 | STOP PAYMENT | 150,000 | - | 150,000 | - | - | (16,171,304) | - | - | - |
| 2/5/2002 | CHECK | (150,000) | - | (150,000) | - | - | (16,321,304) | - | - | - |
| 2/6/2002 | CHECK | (19,500) | - | (19,500) | - | - | (16,340,804) | - | - | - |
| 2/25/2002 | CHECK | (240,000) | - | (240,000) | - | - | (16,580,804) | - | - | - |
| 3/26/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,635,804) | - | - | - |
| 4/30/2002 | CHECK | 190,000 | 190,000 | - | - | - | (16,445,804) | - | - | - |
| 5/16/2002 | CHECK | (100,000) | - | (100,000) | - | - | (16,545,804) | - | - | - |
| 5/22/2002 | CHECK | (100,000) | - | (100,000) | - | - | (16,645,804) | - | - | - |
| 6/17/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,700,804) | - | - | - |
| 8/1/2002 | CHECK | (50,000) | - | (50,000) | - | - | (16,750,804) | - | - | - |
| 9/13/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,805,804) | - | - | - |
| 11/27/2002 | CHECK | (30,000) | - | (30,000) | - | - | (16,835,804) | - | - | - |
| 12/2/2002 | CHECK | (65,000) | - | (65,000) | - | - | (16,900,804) | - | - | - |
| 12/11/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,955,804) | - | - | (55,000) |
| 12/31/2002 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (16,955,804) | - | - | - |
| 1/2/2003 | CHECK | (100,000) | - | (100,000) | - | - | (17,055,804) | - | - | (100,000) |
| 1/29/2003 | CHECK | (20,500) | - | (20,500) | - | - | (17,076,304) | - | - | (20,500) |
| 2/7/2003 | CHECK | (150,000) | - | (150,000) | - | - | (17,226,304) | - | - | (150,000) |
| 3/3/2003 | CHECK | 25,000 | 25,000 | - | - | - | (17,201,304) | - | - | - |
| 3/21/2003 | CHECK | (300,000) | - | (300,000) | - | - | (17,501,304) | - | - | (300,000) |
| 4/29/2003 | CHECK | 30,000 | 30,000 | - | - | - | (17,471,304) | - | - | - |
| 6/2/2003 | CHECK | (200,000) | - | (200,000) | - | - | (17,671,304) | - | - | (200,000) |
| 6/16/2003 | CHECK | (985,000) | - | (985,000) | - | - | (18,656,304) | - | - | (985,000) |
| 6/23/2003 | CHECK WIRE | 800,000 | 800,000 | - | - | - | (17,856,304) | - | - | - |
| 8/4/2003 | CHECK WIRE | 500,000 | 500,000 | - | - | - | (17,356,304) | - | - | - |
| 8/15/2003 | CHECK | (150,000) | - | (150,000) | - | - | (17,506,304) | - | - | (150,000) |

MADC1064_00000004

BLMIS ACCOUNT NO. 1L0013 - STANLEY T FEURER & STUART M STEIN J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 9/11/2003 | CHECK WIRE | 99,970 | 99,970 | - | - | - | (17,406,334) | - | - | - |
| 10/1/2003 | CHECK | (50,000) | - | (50,000) | - | - | (17,456,334) | - | - | (50,000) |
| 12/1/2003 | CHECK | (250,000) | - | (250,000) | - | - | (17,706,334) | - | - | (250,000) |
| 12/2/2003 | CHECK | 10,000 | 10,000 | - | - | - | (17,696,334) | - | - | - |
| 12/10/2003 | CHECK | (75,000) | - | (75,000) | - | - | (17,771,334) | - | - | (75,000) |
| 12/17/2003 | CHECK | (50,000) | - | (50,000) | - | - | (17,821,334) | - | - | (50,000) |
| 12/30/2003 | CHECK | 191,000 | 191,000 | - | - | - | (17,630,334) | - | - | - |
| 12/31/2003 | TRANS FROM 1L010530 (1L0105) | 300,000 [5] | - | - | - | - | (17,630,334) | - | - | - |
| 1/23/2004 | CHECK | (100,000) | - | (100,000) | - | - | (17,730,334) | - | - | (100,000) |
| 2/6/2004 | CHECK | (121,500) | - | (121,500) | - | - | (17,851,834) | - | - | (121,500) |
| 3/2/2004 | CHECK | (150,000) | - | (150,000) | - | - | (18,001,834) | - | - | (150,000) |
| 3/3/2004 | CHECK | (55,000) | - | (55,000) | - | - | (18,056,834) | - | - | (55,000) |
| 3/5/2004 | CHECK | (150,000) | - | (150,000) | - | - | (18,206,834) | - | - | (150,000) |
| 4/15/2004 | CHECK | (25,000) | - | (25,000) | - | - | (18,231,834) | - | - | (25,000) |
| 5/1/2004 | CHECK | (925,000) | - | (925,000) | - | - | (19,156,834) | - | - | (925,000) |
| 6/3/2004 | CHECK | (55,000) | - | (55,000) | - | - | (19,211,834) | - | - | (55,000) |
| 6/28/2004 | CHECK | (100,000) | - | (100,000) | - | - | (19,311,834) | - | - | (100,000) |
| 8/3/2004 | CHECK | (75,000) | - | (75,000) | - | - | (19,386,834) | - | - | (75,000) |
| 8/4/2004 | CHECK | (75,000) | - | (75,000) | - | - | (19,461,834) | - | - | (75,000) |
| 8/9/2004 | RETURNED CHECK | 75,000 | - | 75,000 | - | - | (19,386,834) | - | - | - |
| 8/19/2004 | CHECK | (369,000) | - | (369,000) | - | - | (19,755,834) | - | - | (369,000) |
| 9/2/2004 | CHECK | (55,000) | - | (55,000) | - | - | (19,810,834) | - | - | (55,000) |
| 9/28/2004 | CHECK | 50,000 | 50,000 | - | - | - | (19,760,834) | - | - | - |
| 9/28/2004 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (19,760,834) | - | - | - |
| 9/30/2004 | CHECK | (100,000) | - | (100,000) | - | - | (19,860,834) | - | - | (100,000) |
| 10/20/2004 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (19,860,834) | - | - | - |
| 11/1/2004 | TRANS TO 1L010530 (1L0105) | (1,000,000) [4] | - | - | - | - | (19,860,834) | - | - | - |
| 11/3/2004 | CHECK | (1,255,000) | - | (1,255,000) | - | - | (21,115,834) | - | - | (1,255,000) |
| 11/16/2004 | CHECK | (120,000) | - | (120,000) | - | - | (21,235,834) | - | - | (120,000) |
| 12/13/2004 | CHECK | (55,000) | - | (55,000) | - | - | (21,290,834) | - | - | (55,000) |
| 12/30/2004 | CHECK | (100,000) | - | (100,000) | - | - | (21,390,834) | - | - | (100,000) |
| 12/31/2004 | CHECK | (1,535,311) | - | (1,535,311) | - | - | (22,926,145) | - | - | (1,535,311) |
| 12/31/2004 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (22,926,145) | - | - | - |
| 1/24/2005 | CHECK | (150,000) | - | (150,000) | - | - | (23,076,145) | - | - | (150,000) |
| 2/9/2005 | CHECK | (375,000) | - | (375,000) | - | - | (23,451,145) | - | - | (375,000) |
| 2/25/2005 | CHECK | (22,500) | - | (22,500) | - | - | (23,473,645) | - | - | (22,500) |
| 3/17/2005 | CHECK | (1,016,000) | - | (1,016,000) | - | - | (24,489,645) | - | - | (1,016,000) |
| 3/24/2005 | CHECK | (100,000) | - | (100,000) | - | - | (24,589,645) | - | - | (100,000) |
| 4/29/2005 | CHECK | (2,500,000) | - | (2,500,000) | - | - | (27,089,645) | - | - | (2,500,000) |
| 5/26/2005 | CHECK | (192,500) | - | (192,500) | - | - | (27,282,145) | - | - | (192,500) |
| 7/19/2005 | CHECK | 50,000 | 50,000 | - | - | - | (27,232,145) | - | - | - |
| 7/22/2005 | CHECK | (50,000) | - | (50,000) | - | - | (27,282,145) | - | - | (50,000) |
| 8/26/2005 | CHECK | (180,000) | - | (180,000) | - | - | (27,462,145) | - | - | (180,000) |
| 9/16/2005 | CHECK | (150,000) | - | (150,000) | - | - | (27,612,145) | - | - | (150,000) |
| 9/21/2005 | CHECK | (250,000) | - | (250,000) | - | - | (27,862,145) | - | - | (250,000) |
| 9/26/2005 | CHECK | 25,000 | 25,000 | - | - | - | (27,837,145) | - | - | - |
| 10/3/2005 | CHECK | (400,000) | - | (400,000) | - | - | (28,237,145) | - | - | (400,000) |
| 10/18/2005 | CHECK | 50,000 | 50,000 | - | - | - | (28,187,145) | - | - | - |
| 12/1/2005 | CHECK | (35,000) | - | (35,000) | - | - | (28,222,145) | - | - | (35,000) |
| 12/6/2005 | CHECK | (110,000) | - | (110,000) | - | - | (28,332,145) | - | - | (110,000) |
| 12/16/2005 | CHECK | (50,000) | - | (50,000) | - | - | (28,382,145) | - | - | (50,000) |
| 12/30/2005 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (28,382,145) | - | - | - |
| 1/3/2006 | CHECK | (250,000) | - | (250,000) | - | - | (28,632,145) | - | - | (250,000) |
| 1/31/2006 | CHECK | (1,050,000) | - | (1,050,000) | - | - | (29,682,145) | - | - | (1,050,000) |
| 2/3/2006 | CHECK | (50,000) | - | (50,000) | - | - | (29,732,145) | - | - | (50,000) |
| 3/1/2006 | CHECK | (198,500) | - | (198,500) | - | - | (29,930,645) | - | - | (198,500) |
| 3/31/2006 | CHECK | (255,000) | - | (255,000) | - | - | (30,185,645) | - | - | (255,000) |
| 5/31/2006 | CHECK | (915,000) | - | (915,000) | - | - | (31,100,645) | - | - | (915,000) |

MADC1064_00000005

Exhibit B

BLMIS ACCOUNT NO. 1L0013 - STANLEY T. MILLER & STUART M STEIN J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 6/13/2006 | CHECK | (50,000) | - | (50,000) | - | - | (31,150,645) | - | - | (50,000) |
| 6/26/2006 | CHECK | 420,000 | 420,000 | - | - | - | (30,730,645) | - | - | - |
| 7/18/2006 | CHECK | (150,000) | - | (150,000) | - | - | (30,880,645) | - | - | (150,000) |
| 8/1/2006 | CHECK | (900,000) | - | (900,000) | - | - | (31,780,645) | - | - | (900,000) |
| 9/1/2006 | CHECK | (155,000) | - | (155,000) | - | - | (31,935,645) | - | - | (155,000) |
| 9/7/2006 | CHECK | (30,000) | - | (30,000) | - | - | (31,965,645) | - | - | (30,000) |
| 11/3/2006 | CHECK | (100,000) | - | (100,000) | - | - | (32,065,645) | - | - | (100,000) |
| 12/27/2006 | CHECK | 15,000 | 15,000 | - | - | - | (32,050,645) | - | - | - |
| 12/29/2006 | CHECK | (55,000) | - | (55,000) | - | - | (32,105,645) | - | (55,000) | (55,000) |
| 1/2/2007 | STOP PAYMENT | 90,000 | - | 90,000 | - | - | (32,015,645) | - | - | - |
| 1/2/2007 | CHECK | (90,000) | - | (90,000) | - | - | (32,105,645) | - | (90,000) | (90,000) |
| 1/19/2007 | CHECK | (100,000) | - | (100,000) | - | - | (32,205,645) | - | (100,000) | (100,000) |
| 2/8/2007 | CHECK | (50,000) | - | (50,000) | - | - | (32,345,645) | - | (50,000) | (50,000) |
| 2/22/2007 | CHECK | (25,000) | - | (25,000) | - | - | (32,370,645) | - | (25,000) | (25,000) |
| 3/5/2007 | CHECK | (40,000) | - | (40,000) | - | - | (32,410,645) | - | (40,000) | (40,000) |
| 3/15/2007 | CHECK | (625,000) | - | (625,000) | - | - | (33,035,645) | - | (625,000) | (625,000) |
| 5/10/2007 | CHECK | (125,000) | - | (125,000) | - | - | (33,160,645) | - | (125,000) | (125,000) |
| 6/5/2007 | CHECK | (335,000) | - | (335,000) | - | - | (33,495,645) | - | (335,000) | (335,000) |
| 8/16/2007 | CHECK | (10,000) | - | (10,000) | - | - | (33,505,645) | - | (10,000) | (10,000) |
| 8/22/2007 | CHECK | (80,000) | - | (80,000) | - | - | (33,585,645) | - | (80,000) | (80,000) |
| 8/31/2007 | CHECK | (1,250,000) | - | (1,250,000) | - | - | (34,835,645) | - | (1,250,000) | (1,250,000) |
| 9/27/2007 | CHECK | (175,000) | - | (175,000) | - | - | (35,010,645) | - | (175,000) | (175,000) |
| 10/29/2007 | CHECK | 30,000 | 30,000 | - | - | - | (34,980,645) | - | - | - |
| 11/19/2007 | CHECK | (50,000) | - | (50,000) | - | - | (35,030,645) | - | (50,000) | (50,000) |
| 11/28/2007 | CHECK | (10,000) | - | (10,000) | - | - | (35,040,645) | - | (10,000) | (10,000) |
| 12/7/2007 | CHECK | (55,000) | - | (55,000) | - | - | (35,095,645) | - | (55,000) | (55,000) |
| 12/27/2007 | CHECK | (98,000) | - | (98,000) | - | - | (35,193,645) | - | (98,000) | (98,000) |
| 12/31/2007 | TRANS FROM 1L010530 (1L0105) | 650,000 [8] | - | - | - | - | (35,193,645) | - | - | - |
| 1/2/2008 | CHECK | (300,000) | - | (300,000) | - | - | (35,493,645) | - | (300,000) | (300,000) |
| 2/4/2008 | CHECK | (100,000) | - | (100,000) | - | - | (35,593,645) | - | (100,000) | (100,000) |
| 2/8/2008 | CHECK | (40,000) | - | (40,000) | - | - | (35,633,645) | - | (40,000) | (40,000) |
| 2/22/2008 | CHECK | (25,000) | - | (25,000) | - | - | (35,658,645) | - | (25,000) | (25,000) |
| 3/4/2008 | CHECK | (220,000) | - | (220,000) | - | - | (35,878,645) | - | (220,000) | (220,000) |
| 3/19/2008 | CHECK | (225,000) | - | (225,000) | - | - | (36,103,645) | - | (225,000) | (225,000) |
| 3/26/2008 | CHECK | (85,000) | - | (85,000) | - | - | (36,188,645) | - | (85,000) | (85,000) |
| 4/25/2008 | CHECK | (107,500) | - | (107,500) | - | - | (36,296,145) | - | (107,500) | (107,500) |
| 5/28/2008 | CHECK | (120,000) | - | (120,000) | - | - | (36,416,145) | - | (120,000) | (120,000) |
| 7/18/2008 | CHECK | (85,000) | - | (85,000) | - | - | (36,501,145) | - | (85,000) | (85,000) |
| 8/11/2008 | CHECK | (80,000) | - | (80,000) | - | - | (36,581,145) | - | (80,000) | (80,000) |
| 8/22/2008 | CHECK | 175,173 | 175,173 | - | - | - | (36,405,972) | - | - | - |
| 8/26/2008 | CHECK | (50,000) | - | (50,000) | - | - | (36,455,972) | - | (50,000) | (50,000) |
| 8/27/2008 | CHECK | (90,000) | - | (90,000) | - | - | (36,545,972) | - | (90,000) | (90,000) |
| 8/28/2008 | CHECK RETURNED | (175,173) | (175,173) | - | - | - | (36,721,145) | - | - | - |
| 9/8/2008 | CHECK | 175,173 | 175,173 | - | - | - | (36,545,972) | - | - | - |
| 9/8/2008 | CHECK | (55,000) | - | (55,000) | - | - | (36,600,972) | - | (55,000) | (55,000) |

MADC1064_00000006

BLMIS ACCOUNT NO. 1L0013 - STANLEY I SHERER & STUART M STEIN J/T WROS

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2008 | TRANS TO 1B01 5830 (1E0158) | (2,500,000) [4] | - | - | - | - | (36,600,972) | - | - | - |
| 9/29/2008 | TRANS FROM 1B01 5830 (1E0158) | 400,000 | - | - | 400,000 | - | (36,200,972) | - | - | - |
| 10/20/2008 | CHECK | (160,000) | - | (160,000) | - | - | (36,360,972) | - | (160,000) | (160,000) |
| 11/19/2008 | CHECK | (40,000) | - | (40,000) | - | - | (36,400,972) | - | (40,000) | (40,000) |
| 12/2/2008 | CHECK | 20,000 | 20,000 | - | - | - | (36,380,972) | - | - | - |
| | Total: | $  6,595,808 | $  (41,589,872) | $  2,030,354 | $  (3,417,261) | $  (36,380,972) | $  - | $  (4,955,500) | $  (22,371,311) | |

[1] Exhibit B sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable.  Although records of BLMIS customer statements exist back to November 1978 in some circumstances, there is less financial information on those statements.  Accordingly, the attached cash flow analysis provides the accountholder(s) with a beneficial presumption that the cash and securities on a historical cost basis in the account(s) as of March 1981 were principal and did not include any fictitious profits.

[2] Although BLMIS statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred.  Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] Although BLMIS statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred.  Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[4] Although BLMIS statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.

[5] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date.  Accordingly, the account balance has remained unchanged.

MADC1064_00000007

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

July 1, 2010

Stanley I. Lehrer and Stuart M. Stein JT/WROS
**REDACTED**
White Plains, NY 10603

Dear Stanley I. Lehrer and Stuart M. Stein JT/WROS:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1L0013 designated as Claim Number 4003:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $45,007,132.98), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $8,626,161.46). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($36,380,971.52) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

**On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.**

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after July 1, 2010, the date on which the Trustee mailed this notice.

2

MADC1064_00000009

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York  10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:    Stanley I. Lehrer and Stuart M. Stein JT/WROS
          **REDACTED**
       Delray Beach, FL  33446

MADC1064_00000010

| - Table 1 - | | | |
|---|---|---|---|
| **DEPOSITS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 3/31/1981 | ALIX: 3/31/1981 Equity | $1,545,524.74 | $1,545,524.74 |
| 3/31/1981 | ALIX: 3/31/1981 Equity | $290,309.95 | $290,309.95 |
| 3/15/1982 | CHECK RET | $750.00 | $750.00 |
| 1/28/1983 | CHECK | $151,111.08 | $151,111.08 |
| 2/8/1984 | CHECK | $63,314.75 | $63,314.75 |
| 4/5/1984 | CHECK | $15,000.00 | $15,000.00 |
| 2/1/1988 | CHECK | $154,654.00 | $154,654.00 |
| 2/11/1988 | CHECK | $100,000.00 | $100,000.00 |
| 7/12/1989 | CHECK | $100,000.00 | $100,000.00 |
| 1/3/1990 | CHECK | $500,000.00 | $500,000.00 |
| 2/2/1990 | TRANS FROM 10191510 | $1,436,086.77 | $861,609.20 |
| 2/2/1990 | TRANS FROM 10191510 | $1,259,481.61 | $755,651.37 |
| 11/26/1990 | TRANS FR 10177410 A/O 11/16/90 | $13,093.00 | $13,093.00 |
| 1/11/1993 | CHECK | $100,000.00 | $100,000.00 |
| 4/1/1993 | CHECK | $150,000.00 | $150,000.00 |
| 12/31/1993 | CHECK WIRE | $176,000.00 | $176,000.00 |
| 3/31/1995 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 12/31/1996 | CHECK WIRE | $75,000.00 | $75,000.00 |
| 6/10/1997 | CHECK | $20,000.00 | $20,000.00 |
| 11/19/1997 | TRANS FROM 1P006230 | $761,185.41 | $0.00 |
| 11/19/1997 | CANCEL | ($761,185.41) | $0.00 |
| 12/11/1997 | TRANS FROM 1L010530 | $100,000.00 | $0.00 |
| 12/12/1997 | CHECK WIRE | $50,000.00 | $50,000.00 |
| 5/5/1998 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 12/18/1998 | TRANS FROM 1L010530 | $250,000.00 | $0.00 |
| 1/11/2000 | TRANS FROM 1L010530 A/O 12/31 | $200,000.00 | $0.00 |
| 1/21/2000 | CHECK | $83,000.00 | $83,000.00 |
| 6/30/2000 | CHECK WIRE | $25,000.00 | $25,000.00 |
| 12/29/2000 | TRANS FROM 1L010530 | $200,000.00 | $0.00 |
| 1/23/2001 | CHECK | $75,000.00 | $75,000.00 |
| 2/13/2001 | CHECK | $40,000.00 | $40,000.00 |
| 12/31/2001 | TRANS FROM 1L010530 | $225,000.00 | $0.00 |
| 4/30/2002 | CHECK | $190,000.00 | $190,000.00 |
| 12/31/2002 | TRANS FROM 1L010530 | $500,000.00 | $0.00 |
| 3/3/2003 | CHECK | $25,000.00 | $25,000.00 |
| 4/29/2003 | CHECK | $30,000.00 | $30,000.00 |
| 6/23/2003 | CHECK WIRE | $800,000.00 | $800,000.00 |
| 8/4/2003 | CHECK WIRE | $500,000.00 | $500,000.00 |
| 9/11/2003 | CHECK WIRE | $99,970.00 | $99,970.00 |
| 12/2/2003 | CHECK | $10,000.00 | $10,000.00 |
| 12/30/2003 | CHECK | $191,000.00 | $191,000.00 |

4

| 12/31/2003 | TRANS FROM 1L010530 | $300,000.00 | $0.00 |
| 9/28/2004 | CHECK | $50,000.00 | $50,000.00 |
| 9/28/2004 | TRANS FROM 1L010530 | $500,000.00 | $0.00 |
| 10/20/2004 | TRANS FROM 1L010530 | $500,000.00 | $0.00 |
| 12/31/2004 | TRANS FROM 1L010530 | $500,000.00 | $0.00 |
| 7/19/2005 | CHECK | $50,000.00 | $50,000.00 |
| 9/26/2005 | CHECK | $25,000.00 | $25,000.00 |
| 10/18/2005 | CHECK | $50,000.00 | $50,000.00 |
| 12/30/2005 | TRANS FROM 1L010530 | $500,000.00 | $0.00 |
| 6/26/2006 | CHECK | $420,000.00 | $420,000.00 |
| 12/27/2006 | CHECK | $15,000.00 | $15,000.00 |
| 10/29/2007 | CHECK | $30,000.00 | $30,000.00 |
| 12/31/2007 | TRANS FROM 1L010530 | $650,000.00 | $0.00 |
| 8/22/2008 | CHECK | $175,173.37 | $175,173.37 |
| 8/28/2008 | CHECK RETURNED | ($175,173.37) | ($175,173.37) |
| 9/8/2008 | CHECK | $175,173.37 | $175,173.37 |
| 9/29/2008 | TRANS FROM 1E015830 | $400,000.00 | $400,000.00 |
| 12/2/2008 | CHECK | $20,000.00 | $20,000.00 |
| **Total Deposits:** | | $14,129,469.27 | $8,626,161.46 |

## WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 3/9/1982 | CHECK | ($750.00) | ($750.00) |
| 3/11/1982 | CHECK | ($750.00) | ($750.00) |
| 7/13/1982 | CHECK | ($50,477.64) | ($50,477.64) |
| 10/27/1982 | TRANS TO H SQUADRON | ($200,000.00) | ($200,000.00) |
| 7/18/1983 | CHECK | ($75,000.00) | ($75,000.00) |
| 7/28/1983 | CHECK | ($25,000.00) | ($25,000.00) |
| 8/15/1983 | CHECK | ($85,000.00) | ($85,000.00) |
| 5/17/1985 | CHECK | ($1,633.31) | ($1,633.31) |
| 3/17/1986 | CHECK | ($2,139.00) | ($2,139.00) |
| 3/27/1987 | CHECK | ($4,000.00) | ($4,000.00) |
| 1/22/1988 | CHECK | ($254,654.00) | ($254,654.00) |
| 4/18/1988 | CHECK | ($4,000.00) | ($4,000.00) |
| 2/1/1989 | TRANS TO 10191510 | ($2,175,925.80) | ($1,617,260.57) |
| 3/2/1989 | CHECK | ($4,000.00) | ($4,000.00) |
| 2/13/1990 | CHECK | ($50,000.00) | ($50,000.00) |
| 2/22/1990 | CHECK | ($12,000.00) | ($12,000.00) |
| 3/1/1990 | CANCEL CHECK 02/22/90 | $12,000.00 | $12,000.00 |
| 3/2/1990 | CHECK | ($5,000.00) | ($5,000.00) |
| 6/11/1990 | TRANS TO H&A SQUADRON | ($1,600,000.00) | ($1,600,000.00) |
| 6/29/1990 | CHECK | ($90,000.00) | ($90,000.00) |
| 1/11/1991 | CHECK | ($480,000.00) | ($480,000.00) |
| 2/15/1991 | CHECK | ($5,000.00) | ($5,000.00) |
| 7/2/1991 | CHECK | ($160,000.00) | ($160,000.00) |
| 7/3/1991 | STOP PAYMENT CHECK 7/2/91 | $160,000.00 | $160,000.00 |
| 7/3/1991 | CHECK | ($160,000.00) | ($160,000.00) |

MADC1064_00000012

| | | | |
|---|---|---|---|
| 2/19/1992 | CHECK | ($5,000.00) | ($5,000.00) |
| 3/16/1993 | CHECK | ($6,000.00) | ($6,000.00) |
| 3/25/1993 | STOP PAYMENT | $6,000.00 | $6,000.00 |
| 3/26/1993 | CHECK | ($6,000.00) | ($6,000.00) |
| 4/12/1994 | CHECK | ($7,000.00) | ($7,000.00) |
| 6/9/1994 | CHECK | ($165,000.00) | ($165,000.00) |
| 12/8/1994 | CHECK | ($2,050,000.00) | ($2,050,000.00) |
| 3/16/1995 | CHECK | ($7,000.00) | ($7,000.00) |
| 6/16/1995 | CHECK | ($175,000.00) | ($175,000.00) |
| 2/28/1996 | CHECK | ($7,000.00) | ($7,000.00) |
| 3/15/1996 | CHECK | ($195,654.00) | ($195,654.00) |
| 4/26/1996 | CHECK | ($61,531.00) | ($61,531.00) |
| 6/18/1996 | ROLLOVER TO 1S023130 | ($308,130.00) | $0.00 |
| 6/24/1996 | ROLLOVER A/O 6/18/96 | ($2,389,267.00) | $0.00 |
| 6/26/1996 | ROLLOVER TO 1S023130 | ($370,403.00) | $0.00 |
| 7/2/1996 | ROLLOVER TO 1S023130 | ($706,954.00) | $0.00 |
| 7/9/1996 | CHECK | ($30,000.00) | ($30,000.00) |
| 9/16/1996 | CHECK | ($3,446.00) | ($3,446.00) |
| 9/17/1996 | CHECK | ($50,000.00) | ($50,000.00) |
| 9/24/1996 | CHECK | ($78,000.00) | ($78,000.00) |
| 12/16/1996 | TRANS TO 1L010530 | ($174,677.00) | $0.00 |
| 12/16/1996 | TRANS TO 1S023130 | ($101,294.00) | $0.00 |
| 1/2/1997 | TRANS TO 1P006230 | ($616,018.00) | $0.00 |
| 1/3/1997 | CHECK | ($400,000.00) | ($400,000.00) |
| 1/3/1997 | CHECK | ($4,416,669.00) | ($4,416,669.00) |
| 1/17/1997 | CHECK | ($50,000.00) | ($50,000.00) |
| 2/19/1997 | CHECK | ($193,959.00) | ($193,959.00) |
| 3/27/1997 | CHECK | ($150,000.00) | ($150,000.00) |
| 4/4/1997 | CHECK | ($100,000.00) | ($100,000.00) |
| 4/14/1997 | CHECK | ($150,000.00) | ($150,000.00) |
| 5/30/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 6/13/1997 | CHECK | ($42,500.00) | ($42,500.00) |
| 7/25/1997 | TRANS TO 1L014130 | ($3,664,424.81) | $0.00 |
| 8/28/1997 | CHECK | ($160,000.00) | ($160,000.00) |
| 11/19/1997 | TRANS TO 1P006230 | ($761,185.41) | $0.00 |
| 11/26/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 12/17/1997 | CHECK | ($100,000.00) | ($100,000.00) |
| 12/24/1997 | CHECK RETURNED | $100,000.00 | $100,000.00 |
| 2/27/1998 | CHECK | ($33,898.46) | ($33,898.46) |
| 3/5/1998 | CHECK | ($200,000.00) | ($200,000.00) |
| 4/2/1998 | CHECK | ($175,000.00) | ($175,000.00) |
| 5/22/1998 | CHECK | ($60,000.00) | ($60,000.00) |
| 7/6/1998 | CHECK | ($50,000.00) | ($50,000.00) |
| 7/16/1998 | CHECK | ($75,000.00) | ($75,000.00) |
| 10/6/1998 | CHECK | ($20,000.00) | ($20,000.00) |
| 11/17/1998 | TRANS TO 1P006230 | ($912,570.00) | $0.00 |
| 12/3/1998 | CHECK | ($150,000.00) | ($150,000.00) |
| 12/23/1998 | TRANS TO 1S038730 | ($2,241,458.00) | $0.00 |

MADC1064_00000013

| | | | |
|---|---|---|---|
| 12/23/1998 | CHECK | ($200,000.00) | ($200,000.00) |
| 1/7/1999 | CHECK | ($200,000.00) | ($200,000.00) |
| 2/11/1999 | CHECK | ($100,000.00) | ($100,000.00) |
| 3/2/1999 | CHECK | ($17,000.00) | ($17,000.00) |
| 3/24/1999 | CHECK | ($130,000.00) | ($130,000.00) |
| 4/8/1999 | CHECK | ($40,000.00) | ($40,000.00) |
| 4/13/1999 | CHECK | ($50,000.00) | ($50,000.00) |
| 4/14/1999 | TRANS TO 1S028730 | ($90,193.00) | $0.00 |
| 5/26/1999 | CHECK | ($150,000.00) | ($150,000.00) |
| 12/6/1999 | TRANS TO 1P006230 | ($1,466,484.00) | $0.00 |
| 12/8/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/31/1999 | TRANS TO 1E015830 | ($2,000,000.00) | $0.00 |
| 1/3/2000 | CHECK | ($200,000.00) | ($200,000.00) |
| 1/12/2000 | CHECK | ($120,000.00) | ($120,000.00) |
| 2/1/2000 | TRANS TO 1P006230 | ($84,171.00) | $0.00 |
| 2/2/2000 | CHECK | ($17,500.00) | ($17,500.00) |
| 3/1/2000 | CHECK | ($200,000.00) | ($200,000.00) |
| 3/1/2000 | CHECK | ($280,000.00) | ($280,000.00) |
| 5/22/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/31/2000 | CHECK | ($140,000.00) | ($140,000.00) |
| 8/29/2000 | CHECK | ($195,000.00) | ($195,000.00) |
| 11/7/2000 | CHECK | ($4,050,000.00) | ($4,050,000.00) |
| 12/19/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 12/29/2000 | CHECK | ($150,000.00) | ($150,000.00) |
| 1/2/2001 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/8/2001 | CHECK | ($19,500.00) | ($19,500.00) |
| 2/9/2001 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/20/2001 | CHECK | ($240,000.00) | ($240,000.00) |
| 2/22/2001 | TRANS TO 1G032530 | ($795,195.00) | $0.00 |
| 2/22/2001 | TRANS TO 1S043730 | ($640,682.00) | $0.00 |
| 3/13/2001 | CHECK | ($35,000.00) | ($35,000.00) |
| 3/30/2001 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/1/2001 | CHECK | ($180,000.00) | ($180,000.00) |
| 5/15/2001 | CHECK | ($90,000.00) | ($90,000.00) |
| 6/26/2001 | TRANS TO 1G032530 | ($19,545.00) | $0.00 |
| 6/26/2001 | TRANS TO 1S043730 | ($15,747.00) | $0.00 |
| 8/30/2001 | CHECK | ($150,000.00) | ($150,000.00) |
| 11/9/2001 | CHECK | ($100,000.00) | ($100,000.00) |
| 12/28/2001 | CHECK | ($100,000.00) | ($100,000.00) |
| 1/17/2002 | CHECK | ($150,000.00) | ($150,000.00) |
| 2/4/2002 | STOP PAYMENT | $150,000.00 | $150,000.00 |
| 2/5/2002 | CHECK | ($150,000.00) | ($150,000.00) |
| 2/6/2002 | CHECK | ($19,500.00) | ($19,500.00) |
| 2/25/2002 | CHECK | ($240,000.00) | ($240,000.00) |
| 3/26/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 5/16/2002 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/22/2002 | CHECK | ($100,000.00) | ($100,000.00) |
| 6/17/2002 | CHECK | ($55,000.00) | ($55,000.00) |

MADC1064_00000014

| | | | |
|---|---|---|---|
| 8/1/2002 | CHECK | ($50,000.00) | ($50,000.00) |
| 9/13/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 11/27/2002 | CHECK | ($30,000.00) | ($30,000.00) |
| 12/2/2002 | CHECK | ($65,000.00) | ($65,000.00) |
| 12/11/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2003 | CHECK | ($100,000.00) | ($100,000.00) |
| 1/29/2003 | CHECK | ($20,500.00) | ($20,500.00) |
| 2/7/2003 | CHECK | ($150,000.00) | ($150,000.00) |
| 3/21/2003 | CHECK | ($300,000.00) | ($300,000.00) |
| 6/2/2003 | CHECK | ($200,000.00) | ($200,000.00) |
| 6/16/2003 | CHECK | ($985,000.00) | ($985,000.00) |
| 8/15/2003 | CHECK | ($150,000.00) | ($150,000.00) |
| 10/1/2003 | CHECK | ($50,000.00) | ($50,000.00) |
| 12/1/2003 | CHECK | ($250,000.00) | ($250,000.00) |
| 12/10/2003 | CHECK | ($75,000.00) | ($75,000.00) |
| 12/17/2003 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/23/2004 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/6/2004 | CHECK | ($121,500.00) | ($121,500.00) |
| 3/2/2004 | CHECK | ($150,000.00) | ($150,000.00) |
| 3/3/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 3/5/2004 | CHECK | ($150,000.00) | ($150,000.00) |
| 4/15/2004 | CHECK | ($25,000.00) | ($25,000.00) |
| 5/11/2004 | CHECK | ($925,000.00) | ($925,000.00) |
| 6/3/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 6/28/2004 | CHECK | ($100,000.00) | ($100,000.00) |
| 8/3/2004 | CHECK | ($75,000.00) | ($75,000.00) |
| 8/4/2004 | CHECK | ($75,000.00) | ($75,000.00) |
| 8/9/2004 | RETURNED CHECK | $75,000.00 | $75,000.00 |
| 8/19/2004 | CHECK | ($369,000.00) | ($369,000.00) |
| 9/2/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 9/30/2004 | CHECK | ($100,000.00) | ($100,000.00) |
| 11/1/2004 | TRANS TO 1L010530 | ($1,000,000.00) | $0.00 |
| 11/3/2004 | CHECK | ($1,255,000.00) | ($1,255,000.00) |
| 11/16/2004 | CHECK | ($120,000.00) | ($120,000.00) |
| 12/13/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 12/30/2004 | CHECK | ($100,000.00) | ($100,000.00) |
| 12/31/2004 | CHECK | ($1,535,311.00) | ($1,535,311.00) |
| 1/24/2005 | CHECK | ($150,000.00) | ($150,000.00) |
| 2/9/2005 | CHECK | ($375,000.00) | ($375,000.00) |
| 2/25/2005 | CHECK | ($22,500.00) | ($22,500.00) |
| 3/17/2005 | CHECK | ($1,016,000.00) | ($1,016,000.00) |
| 3/24/2005 | CHECK | ($100,000.00) | ($100,000.00) |
| 4/29/2005 | CHECK | ($2,500,000.00) | ($2,500,000.00) |
| 5/26/2005 | CHECK | ($192,500.00) | ($192,500.00) |
| 7/22/2005 | CHECK | ($50,000.00) | ($50,000.00) |
| 8/26/2005 | CHECK | ($180,000.00) | ($180,000.00) |
| 9/16/2005 | CHECK | ($150,000.00) | ($150,000.00) |
| 9/21/2005 | CHECK | ($250,000.00) | ($250,000.00) |

8

MADC1064_00000015

| | | | |
|---|---|---|---|
| 10/3/2005 | CHECK | ($400,000.00) | ($400,000.00) |
| 12/1/2005 | CHECK | ($35,000.00) | ($35,000.00) |
| 12/6/2005 | CHECK | ($110,000.00) | ($110,000.00) |
| 12/16/2005 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/3/2006 | CHECK | ($250,000.00) | ($250,000.00) |
| 1/31/2006 | CHECK | ($1,050,000.00) | ($1,050,000.00) |
| 2/3/2006 | CHECK | ($50,000.00) | ($50,000.00) |
| 3/1/2006 | CHECK | ($198,500.00) | ($198,500.00) |
| 3/31/2006 | CHECK | ($255,000.00) | ($255,000.00) |
| 5/31/2006 | CHECK | ($915,000.00) | ($915,000.00) |
| 6/13/2006 | CHECK | ($50,000.00) | ($50,000.00) |
| 7/18/2006 | CHECK | ($150,000.00) | ($150,000.00) |
| 8/1/2006 | CHECK | ($900,000.00) | ($900,000.00) |
| 9/1/2006 | CHECK | ($155,000.00) | ($155,000.00) |
| 9/7/2006 | CHECK | ($30,000.00) | ($30,000.00) |
| 11/3/2006 | CHECK | ($100,000.00) | ($100,000.00) |
| 12/29/2006 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2007 | STOP PAYMENT | $90,000.00 | $90,000.00 |
| 1/2/2007 | CHECK | ($90,000.00) | ($90,000.00) |
| 1/2/2007 | CHECK | ($90,000.00) | ($90,000.00) |
| 1/19/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/8/2007 | CHECK | ($50,000.00) | ($50,000.00) |
| 2/22/2007 | CHECK | ($25,000.00) | ($25,000.00) |
| 3/5/2007 | CHECK | ($40,000.00) | ($40,000.00) |
| 3/15/2007 | CHECK | ($625,000.00) | ($625,000.00) |
| 5/10/2007 | CHECK | ($125,000.00) | ($125,000.00) |
| 6/5/2007 | CHECK | ($335,000.00) | ($335,000.00) |
| 8/16/2007 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/22/2007 | CHECK | ($80,000.00) | ($80,000.00) |
| 8/31/2007 | CHECK | ($1,250,000.00) | ($1,250,000.00) |
| 9/27/2007 | CHECK | ($175,000.00) | ($175,000.00) |
| 11/19/2007 | CHECK | ($50,000.00) | ($50,000.00) |
| 11/28/2007 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/7/2007 | CHECK | ($55,000.00) | ($55,000.00) |
| 12/27/2007 | CHECK | ($98,000.00) | ($98,000.00) |
| 1/2/2008 | CHECK | ($300,000.00) | ($300,000.00) |
| 2/4/2008 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/8/2008 | CHECK | ($40,000.00) | ($40,000.00) |
| 2/22/2008 | CHECK | ($25,000.00) | ($25,000.00) |
| 3/4/2008 | CHECK | ($220,000.00) | ($220,000.00) |
| 3/19/2008 | CHECK | ($225,000.00) | ($225,000.00) |
| 3/26/2008 | CHECK | ($85,000.00) | ($85,000.00) |
| 4/25/2008 | CHECK | ($107,500.00) | ($107,500.00) |
| 5/28/2008 | CHECK | ($120,000.00) | ($120,000.00) |
| 7/18/2008 | CHECK | ($85,000.00) | ($85,000.00) |
| 8/11/2008 | CHECK | ($80,000.00) | ($80,000.00) |
| 8/26/2008 | CHECK | ($50,000.00) | ($50,000.00) |
| 8/27/2008 | CHECK | ($90,000.00) | ($90,000.00) |

MADC1064_00000016

| | | | |
|---|---|---|---|
| 9/8/2008 | CHECK | ($55,000.00) | ($55,000.00) |
| 9/26/2008 | TRANS TO 1E015830 | ($2,500,000.00) | $0.00 |
| 10/14/2008 | CHECK | ($160,000.00) | ($160,000.00) |
| 11/14/2008 | CHECK | ($40,000.00) | ($40,000.00) |
| **Total Withdrawals:** | | ($66,424,196.43) | ($45,007,132.98) |
| | | | |
| **Total deposits less withdrawals:** | | ($52,294,727.16) | ($36,380,971.52) |

10

MADC1064_00000017

# **EXHIBIT 2**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | 12-MC-0115 (JSR) |
|         Plaintiff, | |
| v. | **CONSENT ORDER GRANTING CERTIFICATION PURSUANT TO FED. R. CIV. P. 54(b) FOR ENTRY OF FINAL JUDGMENT DISMISSING CERTAIN CLAIMS AND ACTIONS** |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|         Defendant. | |
| In re: | |
| MADOFF SECURITIES | |
| **PERTAINS TO:** | |
| All actions listed on Exhibits A, B and C. | |

JED S. RAKOFF, U.S.D.J.:

**WHEREAS:**

    A.    On April 27, 2012 the Court entered an Order (ECF No. 57) dismissing certain claims, as discussed below, of Irving H. Picard (the "Trustee"), in his capacity as the trustee in the liquidation proceedings of Bernard L. Madoff Investment Securities LLC ("Madoff Securities"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, in the adversary proceedings identified in Exhibit A (the Greiff, Blumenthal, Goldman and Hein groups of actions, collectively, the "Decided Actions"), except for those claims proceeding under Sections 548(a)(1)(A) and 550(a) of the Bankruptcy Code ("Order"). On April 30, 2012, the

1

Court entered an Opinion and Order (ECF No. 72) explaining the reasons for its decision. Securities Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC (In re Madoff Secs.), __ F. Supp. 2d __, 2012 WL 1505349 (S.D.N.Y. Apr. 30, 2012) ("Opinion"). On May ___, 2012 (ECF No. ___), the Court entered a Supplemental Opinion and Order making explicit that Section 546(e) of the Bankruptcy Code applies to the Trustee's claims in the above actions for avoidance and recovery of preferences under Section 547 of the Bankruptcy Code ("Supplemental Opinion"). None of the Trustee's claims in the Decided Actions challenged the good faith of the initial or subsequent transferee(s).

B.    The claims dismissed by the Order, Opinion and Supplemental Opinion are those asserted by the Trustee that sought avoidance of: (1) preferences under Section 547 of the Bankruptcy Code; (2) constructive fraudulent transfers under Section 548(a)(1)(B) of the Bankruptcy Code; and (3) actual and constructive fraudulent transfers or fraudulent conveyances under provisions of the New York Debtor & Creditor Law incorporated by Section 544(b) of the Bankruptcy Code (collectively, the "Dismissed Claims").

C.    Counsel for the Trustee has advised the Court that the Trustee intends to: (1) appeal to the United States Court of Appeals for the Second Circuit ("Court of Appeals") the Court's dismissal of the Dismissed Claims, and (2) request the entry of final judgment in a limited number of Decided Actions that are fully disposed of by the Order because the complaints or amended complaints therein do not allege any transfers to such defendants that occurred within the two-year period covered by Section 548(a)(1)(A) of the Bankruptcy Code.

D.    Counsel for the defendants in the Decided Actions have advised the Court that they wish to seek, and counsel for the Trustee has advised the Court that the Trustee is amenable to, the entry of an order of the Court granting certification for the entry of final judgment

2

dismissing the Dismissed Claims, pursuant to Fed. R. Civ. P. 54(b), in all of the Decided Actions because there is no just cause for delay in the entry of judgment. Counsel for these defendants further submit that their affected clients will be spared the cost and burden of having to remain as parties to the actions pending further proceedings until the entry of final judgment adjudicating all claims against all defendants in each action.

E.      The Trustee also commenced one or more other adversary proceedings, listed on Exhibit B (collectively, the "Withdrawn 546(e) Actions"), in which: (1) the Trustee asserted claims for avoidance and recovery that are substantively identical to the Dismissed Claims, (2) this Court previously entered orders withdrawing the reference and scheduling briefing and argument on a motion to dismiss based on the same issues involving Section 546(e) of the Bankruptcy Code that were decided by the Court in the Order and Opinion; and (3) such briefing and argument was suspended at the direction of the Court pending issuance of the Order and Opinion and the consolidation of certain other matters before the Court for common briefing and argument to the Court.

A.      In addition to the Decided Actions and the Withdrawn 546(e) Actions, the Trustee commenced a substantial number of other adversary proceedings, listed on Exhibit C (collectively, excluding the Decided Actions and the Withdrawn 546(e) Actions, the "Eligible Actions"), in which: (1) the Trustee asserted claims for avoidance and recovery that are substantively identical to the Dismissed Claims, and (2) the Court has not yet entered an order determining a motion for withdrawal of the reference.

B.      In order to facilitate a coordinated, single appeal from the dismissal of claims in the Decided Actions, the Withdrawn 546(e) Actions and the Eligible Actions: (1) subject to a reservation of rights further set out below, the Trustee and the Securities Investor Protection

3

Corporation ("SIPC") are amenable to the withdrawal of the reference in any action in which (a) a motion to withdraw the reference has been filed with respect to whether 11 U.S.C. § 546(e) applies, limiting the Trustee's ability to avoid transfers,, but which motion has not yet been determined by the Court, and (b) the Trustee does not challenge the good faith of the initial or subsequent transferee(s); and (2) subject to the inclusion of procedures set out below by which defendants in Eligible Actions may opt-out of the Judgment and, instead, continue to litigate issues related to Section 546(e) of the Bankruptcy Code in this Court under a common briefing procedure to be separately implemented by the Court, the Trustee is amenable and consents to the entry of an order under Rule 54(b) for the entry of final judgment dismissing all of the Trustee's claims therein that are coextensive with the Dismissed Claims in the Decided Actions.

**THE COURT THEREFORE FINDS, CONCLUDES AND ORDERS AS FOLLOWS:**

**A.   Withdrawal of Reference In Adversary Proceedings
   Where No Prior Withdrawal Order Was Entered**

1.   The reference is deemed withdrawn from the Bankruptcy Court in each of the Eligible Actions for the limited purpose of deciding whether Section 546(e) of the Bankruptcy Code applies, limiting the Trustee's ability to avoid transfers.

**B.   Certain Reservations of Rights**

2.   The Trustee and SIPC shall be deemed to have preserved all arguments with respect to the application of Section 546(e) to the Trustee's claims in the Withdrawn 546(e) Actions and the Eligible Actions.  The defendants in the Withdrawn 546(e) Actions shall be deemed to have preserved and made all arguments relating to the application and effect of Section 546(e) of the Bankruptcy Code that were raised in the motions to dismiss in the Decided Actions.

4

3.      All objections and arguments that could be raised by the Trustee and/or SIPC to any motion to withdraw the reference, and all defenses and responses that could be raised in opposition to the Trustee and/or SIPC's objections and arguments, are preserved.

**C.      Rule 54(b) Certification and Interlocutory Appeal**

4.      The entry of final judgment dismissing the Dismissed Claims ("Rule 54(b) Judgment") in the Decided Actions, the Withdrawn 546(e) Actions and the Eligible Actions pursuant to Fed. R. Civ. P. 54(b) is appropriate.  To permit entry of final judgment under Fed. R. Civ. P. 54(b), there must be multiple claims or multiple parties, at least one claim finally decided within the meaning of 28 U.S.C. § 1291, and an express determination that there is no just reason for delay.  In re Air Crash at Belle Harbor, N.Y., 490 F.3d 99, 108-09 (2d Cir. 2007).

5.      The complaints or amended complaints, as the case may be, filed in the Decided Actions, the Withdrawn 546(e) Actions and the Eligible Actions allege multiple claims.  The complaints and amended complaints in those actions assert, among others, claims that seek avoidance of actual fraudulent transfers under Section 548(a)(1)(A) of the Bankruptcy Code, avoidance of constructive fraudulent transfers pursuant to Section 548(a)(1)(B) of the Bankruptcy Code, avoidance of actual *or* constructive fraudulent conveyances pursuant to state avoidance statutes incorporated through Section 544 of the Bankruptcy Code and, in some instances, avoidance of preferences pursuant to Section 547 of the Bankruptcy Code.  In addition, many of the complaints and amended complaints filed by the Trustee name multiple defendants.

6.      The Rule 54(b) Judgment to be entered will finally decide and ultimately dispose of at least one claim and, in many instances, multiple claims, asserted by the Trustee in each of the Decided Actions and the Withdrawn 546(e) Actions and, to the extent that they do not opt-

5

out of the Rule 54(b) Judgment pursuant to this Order, the Eligible Actions. *See* <u>Curtiss-Wright</u> <u>Corp. v. General Elec. Co.</u>, 446 U.S. 1 (1980). By reason of the Court's determination that Section 546(e) applies to the Dismissed Claims, any counts in each complaint or amended complaint that seeks avoidance of constructive fraudulent transfers pursuant to Section 548(a)(1)(B) of the Bankruptcy Code, avoidance of actual *or* constructive fraudulent conveyances pursuant to state avoidance statutes incorporated through Section 544 of the Bankruptcy Code, and/or avoidance of preferences pursuant to Section 547 of the Bankruptcy Code, are finally determined and dismissed against the Trustee. The Trustee's remaining claims are limited only to those that are proceeding under Sections 548(a)(1)(A) and 550(a) of the Bankruptcy Code ("<u>Remaining Claims</u>"), and such claims would not be dismissed by reason of a judgment dismissing the Dismissed Claims. The Dismissed Claims and the Remaining Claims are separable, *see* <u>Cullen v. Margiotta</u>, 811 F.2d 698, 711 (2d Cir. 1987), and because of the application of Section 546(e) the Remaining Claims by the Trustee can be decided independently of the Dismissed Claims. *See* <u>Ginett v. Computer Task Group</u>, 962 F.2d 1085, 1094 (2d Cir. 1992).

7.      There is no just reason for delay in the entry of final judgment dismissing the Dismissed Claims. In light of the number of adversary proceedings, claims and defendants affected by dismissal of the Dismissed Claims pursuant to the Order, the interests of sound judicial administration and the realization of judicial efficiencies are served by the entry of such final judgment and the opportunity for an immediate appeal. *See* <u>Advanced Magnetics, Inc. v.</u> <u>Bayfront Partners, Inc.</u>, 106 F.3d 11, 16 (2d Cir. 1997) (entry of judgment on certain claims pursuant to Rule 54(b) avoids potentially expensive and duplicative trials).

6

8.    Because the Rule 54(b) Judgment and the dismissal of the Dismissed Claims affect hundreds of adversary proceedings commenced by the Trustee and hundreds of defendants named in those complaints or amended complaints, an immediate appeal would avoid protracted, expensive and potentially duplicative litigation proceedings, and will facilitate the prompt resolution of the case, thereby providing certainty and helping to streamline the litigation for further proceedings and possible appeals. *E.g.*, Consolidated Edison, Inc. v. Northeast Util., 318 F. Supp. 2d 181, 196-97 (S.D.N.Y. 2004); Kramer v. Lockwood Pension Servs., Inc., 653 F. Supp. 2d 354, 397-98 (S.D.N.Y. 2009) (interlocutory appeal appropriate to consider a case of unusual significance "going well beyond run-of-the-mill concerns of parties"); Brown v. Bullock, 294 F.2d 415, 417 (2d Cir. 1961) (Friendly, J.) (interlocutory appeal appropriate where the "determination was likely to have precedential value for a large number of other suits" pending in the District Court).

**D.    Procedures Relating to the Consolidated Entry
of Judgment and the Commencement of An Appeal**

9.    The Eligible Actions, Withdrawn 546(e) Actions, and Decided Actions are consolidated under the action captioned Picard v. Ida Fishman Revocable Trust, No. 11-cv-7603 (JSR) (S.D.N.Y.) (the "Fishman Action"), but solely with respect to and for the purposes of entry of judgment on the Dismissed Claims, and not with respect to the Trustee's claims proceeding under Sections 548(a)(1)(A) and 550(a) of the Bankruptcy Code.  The Court will administer the consolidated proceedings under the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

                    Plaintiff,

    v.

IDA FISHMAN REVOCABLE TRUST, *et al.*,

                    Defendants.

Consolidated Case No.
11-cv-7603 (JSR)

ECF Case

10.    A single Rule 54(b) judgment shall be entered in the Fishman Action, which (subject to the opt-out procedures set out below) shall govern all of the Decided Actions, the Withdrawn 546(e) Actions and the Eligible Actions. The Rule 54(b) judgment shall be entered only in the Fishman Action.

11.    Counsel for the Trustee, SIPC and the lead counsel in the Decided Actions and the Withdrawn 546(e) Actions shall submit an agreed form of the proposed Rule 54(b) Judgment not later than May 2ǀ, 2012. If the parties cannot agree on the form of such judgment, each of the Trustee and SIPC, on one hand, and the group of lead counsel for the Decided Actions and the Withdrawn 546(e) Actions, on the other hand, may submit a proposed form of judgment and the Court will consider and determine the form of Rule 54(b) Judgment to be entered.

12.    Any appeal from the Rule 54(b) Judgment that the Trustee and/or SIPC may be entitled to file will be taken only from the judgment entered in the Fishman Action. Subject to the opt-out procedures below, the Rule 54(b) Judgment and the Trustee's notice of appeal shall be deemed entered in all of the Eligible Actions, the Decided Actions and the Withdrawn 546(e) Actions, without further notice or action. Notwithstanding the foregoing, the Trustee and SIPC shall not be prevented from filing additional separate notices of appeal in any of the Decided

8

Actions, the Withdrawn 546(e) Actions or the Eligible Actions if the Trustee and SIPC determine the need to do so to preserve the right to appeal. There will be no right of cross-appeal as to any of the Rule 54(b) judgments entered in the Fishman Action or in any other action in which the Trustee determines to file a notice of appeal, so as to limit the number and scope of appellate proceedings.

13.     Neither the Trustee nor SIPC shall file any notice of appeal until the expiration of the opt-out period set forth in Paragraph 14 below.

14.     Any defendant in an Eligible Action or a Withdrawn 546(e) Action shall be entitled to opt-out of the procedures established by this Order and to continue to litigate issues related to Section 546(e) in this Court pursuant to a common briefing schedule and procedure to be separately implemented by the Court. The defendant may opt-out by notifying the Trustee in writing that such defendant does not consent to the entry of a Rule 54(b) Judgment. To be effective and binding, such written election must be received by the Trustee and filed with the District Court in the docket of the Fishman Action not later than fourteen (14) days after the date of entry of this Order. For all other purposes, common briefing on Section 546(e) issues will proceed before the District Court pursuant to a separate order of the Court. The defendants in Eligible Actions and Withdrawn 546(e) Actions that do not elect to opt-out under this paragraph shall be deemed to have preserved and made all arguments relating to the application and effect

9

of Section 546(e) of the Bankruptcy Code that were raised in the motions to dismiss in the

Decided Actions.

       SO ORDERED.

Dated: New York, New York
     May 1~~7~~, 2012

                                     _____
                                     JED S. RAKOFF, U.S.D.J.

## EXHIBIT A

| 1. | *Picard v. James Greiff* | 11-03775 | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>hchaitman@becker-poliakoff.com |
|---|---|---|---|
| 2. | *Picard v. Gerald Blumenthal* | 11-04293 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 3. | *Picard v. Gary Albert, individually and his capacity as shareholder of Impact Designs Ltd.* | 11-04390 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 4. | *Picard v. Aspen Fine Arts Co.* | 11-04391 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 5. | *Picard v. The Aspen Company and Harold Thau* | 11-04400 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 6. | *Picard v. Jan Marcus Capper* | 11-04389 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 7. | *Picard v. Norton Eisenberg* | 11-04388 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 8. | *Picard v. P. Charles Gabriele* | 11-04481 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 9. | *Picard v. Stephen R. Goldenberg* | 11-04483 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com |
| 10. | *Picard v. Ruth E. Goldstein* | 11-04371 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 11. | *Picard v. Harnick Bros. Partnership and Gary Harnick individually and as general partners of The Harnick Brothers Partnership* | 11-04729 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com)<br><br>Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>hchaitman@becker-poliakoff.com |

| | | | |
|---|---|---|---|
| 12. | *Picard v. John Denver Concerts, Inc. Pension Plan Trust and Harold Thau as the Trustee* | 11-04387 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 13. | *Picard v. Anita Karimian* | 11-04368 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 14. | *Picard v. Lester Kolodny* | 11-04502 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 15. | *Picard v. Laurence Leif* | 11-04392 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 16. | *Picard v. Steven V. Marcus Separate Property of the Marcus Family Trust; The Marcus Family Limited Partnership; Steven V. Marcus, individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M. and H.M.; and Denise C. Marcus, in her capacity as Trustee of the Steven .V Marcus Separate Property of the Marcus Family Trust* | 11-04504 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 17. | *Picard v. Trust U/W/O Harriette Myers* | 11-04397 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 18. | *Picard v. Robert Potamkin and Alan Potamkin* | 11-04401 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 19. | *Picard v. Potamkin Family Foundation, Inc.* | 11-04398 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 20. | *Picard v. Delia Gail Rosenberg and Estate of Ira S. Rosenberg* | 11-04482 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 21. | *Picard v. Miriam Ross* | 11-04480 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |

| 22. | *Picard v. Leon Ross* | 11-04479 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
|---|---|---|---|
| 23. | *Picard v. Richard Roth* | 11-04501 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 24. | *Picard v. Harold A. Thau* | 11-04399 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 25. | *Picard v. William M. Woessner Family Trust, Sheila A. Woessner Family Trust, William M. Woessner individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust* | 11-04503 | Milberg LLP<br>Jennifer L. Young<br>(jyoung@milberg.com) |
| 26. | *Picard v. Elbert R. Brown, et al.* | 11-05155 | Seeger Weiss LLP<br>Parvin K. Aminolroaya<br>(paminolroaya@seegerweiss.com) |
| 27. | *Picard v. Lewis Franck individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05, et al.* | 11-04723 | Seeger Weiss LLP<br>Parvin K. Aminolroaya<br>(paminolroaya@seegerweiss.com) |
| 28. | *Picard v. Joseph S. Popkin Revocable Trust DTD 2/9/2006 a Florida trust, Estate of Joseph S. Popkin, Robin Popkin Logue as trustee of the Joseph S. Popkin Revocable Trust Dated Feb. 9, 2006, as the personal representative of the Estate of Joseph S. Popkin, and as an individual* | 11-04726 | Seeger Weiss LLP<br>Parvin K. Aminolroaya<br>(paminolroaya@seegerweiss.com) |
| 29. | *Picard v. Jonathan Sobin* | 11-04728 | Seeger Weiss LLP<br>Parvin K. Aminolroaya<br>(paminolroaya@seegerweiss.com) |
| 30. | *Picard v. Kara Fishbein Goldman, et al.* | 11-04959 | Pryor Cashman LLP<br>Richard Levy, Jr.<br>(rlevy@pryorcashman.com) |
| 31. | *Picard v. Patrice M. Auld, Merritt Kevin Auld, and James P. Marden* | 11-05005 | Pryor Cashman LLP<br>Richard Levy, Jr.<br>(rlevy@pryorcashman.com) |

| 32. | *Picard v. Boslow Family Limited Partnership et al.* | 11-05006 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
|---|---|---|---|
| 33. | *Picard v. Bernard Marden Profit Sharing Plan et al.* | 11-05007 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 34. | *Picard v. Helene R. Cahners Kaplan et al.* | 11-05008 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 35. | *Picard v. Charlotte M. Marden et al.* | 11-05009 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 36. | *Picard v. Robert Fried and Joanne Fried* | 11-05156 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 37. | *Picard v. Jordan H. Kart Revocable Trust & Jordan H. Kart* | 11-05157 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 38. | *Picard v. James P. Marden et al.* | 11-05158 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 39. | *Picard v. Marden Family Limited Partnership et al.* | 11-05160 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 40. | *Picard v. Norma Fishbein* | 11-05161 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 41. | *Picard v. Norma Fishbein Revocable Trust et al.* | 11-05162 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 42. | *Picard v. Oakdale Foundation Inc. et al.* | 11-05163 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 43. | *Picard v. Bruce D. Pergament et al.* | 11-05216 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 44. | *Picard v. Sharon A. Raddock* | 11-05217 | Pryor Cashman LLP Richard Levy, Jr. |

| | | | (rlevy@pryorcashman.com) |
|---|---|---|---|
| 45. | *Picard v. The Murray & Irene Pergament Foundation, Inc. et al.* | 11-05218 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 46. | *Picard v. David S. Wallenstein* | 11-05219 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 47. | *Picard v. Avram J. Goldberg et al.* | 11-05220 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 48. | *Picard v. Pergament Equities, LLC et al.* | 11-05221 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 49. | *Picard v. Wallenstein/NY Partnership & David S. Wallenstein* | 11-05222 | Pryor Cashman LLP Richard Levy, Jr. (rlevy@pryorcashman.com) |
| 50. | *Picard v. Bell Ventures Limited et al.* | 11-05507 | Jacobs Partners LLC Mark Jacobs (mark.jacobs@jacobs-partners.com) |
| 51. | *Picard v. Harold J. Hein* | 11-04936 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 52. | *Picard v. Kelman Partners Limited Partnership et al.* | 11-05513 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 53. | *Picard v. Barbara J. Berdon* | 11-07684 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 54. | *Picard v. Laura E. Guggenheimer Cole* | 11-07670 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 55. | *Picard v. Sidney Cole* | 11-07669 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 56. | *Picard v. Epic Ventures, LLC & Eric P. Stein* | 11-07681 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |

| 57. | *Picard v. Ida Fishman Revocable Trust et al.* | 11-07603 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
|---|---|---|---|
| 58. | *Picard v. The Frederica Ripley French Revocable Trust et al.* | 11-07622 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 59. | *Picard v. Alvin Gindel Revocable Trust & Alvin Gindel* | 11-07645 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 60. | *Picard v. Rose Gindel Trust et al.* | 11-07601 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 61. | *Picard v. S&L Partnership et al.* | 11-07600 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 62. | *Picard v. Joel I. Gordon Revocable Trust & Joel I. Gordon* | 11-07623 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 63. | *Picard v. Toby T. Hobish et al.* | 11-07559 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 64. | *Picard v. Helene Cummings Karp Annuity & Helene Cummins Karp* | 11-07646 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 65. | *Picard v. Lapin Children LLC* | 11-07624 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 66. | *Picard v. BMA L.P. et al.* | 11-07667 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 67. | *Picard v. David R. Markin, et al.* | 11-07602 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 68. | *Picard v. Stanley T. Miller* | 11-07579 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| 69. | *Picard v. The Murray Family Trust et al.* | 11-07683 | SNR Denton US LLP Carole Neville |

| | | | (carole.neville@snrdenton.com) |
|---|---|---|---|
| 70. | *Picard v. Estate of Marjorie K. Osterman et al.* | 11-07626 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 71. | *Picard v. Neil Reger Profit Sharing Keogh & Neil Reger* | 11-07577 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 72. | *Picard v. Eugene J. Ribakoff 2006 Trus et al.* | 11-07644 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 73. | *Picard v. Sage Associates et al.* | 11-07682 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 74. | *Picard v. Sage Realty et al.* | 11-07668 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 75. | *Picard v. The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 et al.* | 11-07578 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 76. | *Picard v. Estate of Jack Shurman et al.* | 11-07625 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 77. | *Picard v. Barry Weisfeld* | 11-07647 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 78. | *Picard v. Marital Trust Under Article X of the Charles D. Kelman Revocable Trust* | 11-04936 | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com)<br><br>Proskauer Rose LLP<br>Sheldon I. Hirshon<br>(shirshon@proskauer.com) |

**EXHIBIT B**

| 1. | *Picard v. Elins Family Trust, et al.* | 11-cv-04772-JSR | Kleinberg, Kaplan, Wolff & Cohen P.C.<br>Matthew J. Gold<br>(mgold@kkwc.com)<br>David Parker<br>(dparker@kkwc.com) |
|---|---|---|---|
| 2. | *Picard v. Malibu Trading & Investing LP, et al.* | 11-cv-07730-JSR | Kleinberg, Kaplan, Wolff & Cohen P.C.<br>Matthew J. Gold<br>(mgold@kkwc.com)<br>David Parker<br>(dparker@kkwc.com) |
| 3. | *Picard v. Kenneth Hubbard* | 11-cv-07731-JSR | Kleinberg, Kaplan, Wolff & Cohen P.C.<br>Matthew J. Gold<br>(mgold@kkwc.com)<br>David Parker<br>(dparker@kkwc.com) |
| 4. | *Picard v. Uri & Myna Herscher Family Trust, et al.* | 11-cv-07732-JSR | Kleinberg, Kaplan, Wolff & Cohen P.C.<br>Matthew J. Gold<br>(mgold@kkwc.com)<br>David Parker<br>(dparker@kkwc.com) |
| 5. | *Picard v. Lawrence Elins* | 11-cv-07733-JSR | Kleinberg, Kaplan, Wolff & Cohen P.C.<br>Matthew J. Gold<br>(mgold@kkwc.com)<br>David Parker<br>(dparker@kkwc.com) |
| 6. | *Picard v. M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, et al.* | 11-cv-06244-JSR | Seeger Weiss LLP<br>Parvin K. Aminolroaya<br>(paminolroaya@seegerweiss.com)<br><br>Gibbons P.C.<br>Michael Griffinger<br>(griffinger@gibbonslaw.com)<br>Jonathan Liss<br>(Jliss@gibbonslaw.com) |

EXHIBIT C

| 1. | *Picard v. Janet Jaffe Trust UA Dtd 4/20/90, et al* | District Court Action No. Unassigned | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| --- | --- | --- | --- |
| 2. | *Picard v. Laurel Kohl and Jodi Kohl* | District Court Action No. Unassigned | Okin, Hollander & DeLuca LLP Paul S. Hollander (phollander@ohdlaw.com) Gregory S. Kinoian (gkinoian@ohdlaw.com) |
| 3. | *Picard v. Srione, LLC, et al.* | District Court Action No. Unassigned | Law Offices of Stephen Goldstein Stephen Goldstein (Sgoldlaw@gmail.com) |
| 4. | *Picard v. Turbo Investors, LLC* | District Court Action No. Unassigned | Halperin Battaglia Raicht, LLP; The Gordon Law Firm LLP Alan D. Halperin (ahalperin@halperinlaw.net) Scott A. Ziluck (sziluck@halperinlaw.net) Neal W. Cohen (ncohen@halperinlaw.net) |
| 5. | *Picard vs. Gail Nessel* | District Court Action No. Unassigned | Halperin Battaglia Raicht, LLP Alan D. Halperin (ahalperin@halperinlaw.net) Scott A. Ziluck (sziluck@halperinlaw.net) Neal W. Cohen (ncohen@halperinlaw.net) |
| 6. | *Picard v. Estate of Maurice U. Rosenfield A/K/A Maurice Rosenfield* (Jay Rosenfeld – Moving Party) | District Court Action No. Unassigned | J.L. Saffer P.C. Jennifer L. Saffer jlsaffer@jlsaffer.com |

| 7. | *Picard v. Bennett M. Berman Trust et al.*[1] | District Court Action No. Unassigned | Proskauer Rose Richard L. Spinogatti (rspinogatti@proskauer.com) |
|----|----|----|----|
| 8. | *Picard v. Triangle Diversified Investments, et al* | 11-cv-00700-JSR | Dickstein Shapiro LLP Eric Fisher (fishere@dicksteinshapiro.com) Stefanie Birbrower Greer (greers@dicksteinshapiro.com |
| 9. | *Picard v. Franitza Family Ltd. P'ship et al.* | 11-cv-04505-JSR | Bernfeld, DeMatteo & Bernfeld LLP Jeffrey L. Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 10. | *Picard v. The Jordan H. Kart Revocable Trust, et al* | 11-cv-05157 (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 11. | *Picard v. Danville Mfg., Inc.* | 11-cv-06573-JSR | Kachroo Legal Services P.C. Gaytri D. Kachroo (gkachroo@kachroolegal.com) |
| 12. | *Picard v. Con. Gen. Life Ins., et al.* | 11-cv-07174-JSR | Kirkland & Ellis LLP Joseph Serino, Jr. (joseph.serino@kirkland.com) David S. Flugman (david.flugman@kirkland.com) |
| 13. | *Picard v. Con. Gen. Life Ins., et al.* | 11-cv-07176-JSR | Kirkland & Ellis LLP Joseph Serino, Jr. (joseph.serino@kirkland.com) David S. Flugman (david.flugman@kirkland.com) |
| 14. | *Picard v. David Abel* **[Amended Motion of** | 11-cv-07766-JSR | Becker & Poliakoff LLP Helen Davis Chaitman |

---

[1] Moving defendants are Helaine Berman Fisher, individually, in her capacity as Trustee of the Bennett M. Berman Trust, in her capacity as Trustee of the Jordan Finnegan Trust, and in her capacity as personal representative of the Estate of Bennett M. Berman, Jordan Finnegan, Trust Created For the Benefit of Jordan Finnegan Under Section 6.1 of the Bennett M. Berman Trust Dated May 9, 2003, and Justin Finnegan

| | Withdraw] | | (Hchaitman@beckerny.com) |
|---|---|---|---|
| 15. | *Picard v. Sirotkin* | 11-cv-07928-JSR (Joined *Picard v. Abel* 11-cv-07766) (LILY) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 16. | *Picard v. David Shapiro* | 11-cv-07929-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 17. | *Picard v. Gertrude E. Alpern Rev. Trust et al.* | 11-cv-07930-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 18. | *Picard v. David Shapiro Nominee 2* | 11-cv-07931-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 19. | *Picard v. Herbert Barbanel and Alice Barbanel* | 11-cv-07932-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 20. | *Picard v. David Shapiro Nominee 3* | 11-cv-07933-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 21. | *Picard v. Angela Tiletnick* | 11-cv-07934-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 22. | *Picard v. Garynn Rodner Cutroneo* | 11-cv-07935-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 23. | *Picard v. Kamenstein* | 11-cv-07962-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 24. | *Picard v. Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger et al* | 11-cv-07963-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 25. | *Picard v. Estate of Seymour Epstein et al* | 11-cv-07965-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman |

| | | | (Hchaitman@beckerny.com) |
|---|---|---|---|
| 26. | *Picard v. Trust U/W/O Morris Weintraub FBO Audrey Weintraub et al* | 11-cv-07966-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 27. | *Picard v. Judith Rechler* | 11-cv-07967-JSR (Joined *Picard v. Abel*11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 28. | *Picard v. The Whitman Partnership* | 11-cv-07978-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 29. | *Picard v. Jacob M. Dick Rev Living Trust Dtd 4/6/01* | 11-cv-07979-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 30. | *Picard v. Robert F. Ferber* | 11-cv-07980-JSR (Joined *Picard v. Abel*11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 31. | *Picard v. Jerome Goodman et al* | 11-cv-07981-JSR (Joined *Picard v. Abel*11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 32. | *Picard v. Perlman* | 11-cv-07982-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 33. | *Picard v. The Gerald and Barbara Keller Family Trust* | 11-cv-07983-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 34. | *Picard v. Elaine Dine Living Trust* | 11-cv-07984-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 35. | *Picard v. Marlene Krauss* | 11-cv-07985-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 36. | *Picard v. Estate of Audrey Weintraub* | 11-cv-07986-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 37. | *Picard v. Dennis Sprung* | 11-cv-07987-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|---|---|---|---|
| 38. | *Picard v. Triangle Properties #39 et al* | 11-cv-08008-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 39. | *Picard v. Fern C. Palmer Revocable Trust* | 11-cv-08009-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 40. | *Picard v. Yesod Fund, A Trust* | 11-cv-08010-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 41. | *Picard v. Benjamin T. Heller* | 11-cv-08011-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 42. | *Picard v. RAR Entrepreneurial Fund, Ltd. and Russell Oasis* | 11-cv-08012-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 43. | *Picard v. Dara N. Simons* | 11-cv-08013-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 44. | *Picard v. Andrew M. Goodman* | 11-cv-08014-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 45. | *Picard v. Clothmasters, Inc.* | 11-cv-08015-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 46. | *Picard v. James M. Garten* | 11-cv-08016-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 47. | *Picard v. Chalek Associates Llc et al* | 11-cv-08017-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 48. | *Picard v. Timothy Shawn Teufel And Valerie Ann Teufel Family Trust* | 11-cv-08025-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 49. | *Picard v. Peter D. Kamenstein* | 11-cv-08026-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|---|---|---|---|
| 50. | *Picard v. Richard S. Poland* | 11-cv-08027-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 51. | *Picard v. Donald A. Benjamin* | 11-cv-08028-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 52. | *Picard v. Robert S. Whitman* | 11-cv-08029-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 53. | *Picard v. J.Z. Personal Trust and Jerome M. Zimmerman* | 11-cv-08042-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 54. | *Picard v. Robert Hirsch and Lee Hirsch* | 11-cv-08043-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 55. | *Picard v. Mark Horowitz* | 11-cv-08044-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 56. | *Picard v. Philip F. Palmledo* | 11-cv-08045-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 57. | *Picard v. Kuntzman Family Llc. et al* | 11-cv-08046-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 58. | *Picard v. Carla Ginsburg* | 11-cv-08047-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 59. | *Picard v. Placon2, William R. Cohen et al* | 11-cv-08048-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 60. | *Picard v. Estate of Irene Schwartz et al* | 11-cv-08049-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 61. | *Picard v. Edwin Michalove* | 11-cv-08050-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|-----|------|------|------|
| 62. | *Picard v. The Estelle Harwood Family Limited Partnership et al* | 11-cv-08051-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 63. | *Picard v. Kohl et al* | 11-cv-08081-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 64. | *Picard v. Shari Block Jason* | 11-cv-08082-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 65. | *Picard v. Toby Harwood* | 11-cv-08083-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 66. | *Picard v. Difazio* | 11-cv-08084-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 67. | *Picard v. Leslie Ehrlich et ak* | 11-cv-08085-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 68. | *Picard v. Alvin E. Shulman Pourover Trust et al* | 11-cv-08086-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 69. | *Picard v. Estate of Steven I. Harnick et al* | 11-cv-08087-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 70. | *Picard v. Marie S. Rautenberg* | 11-cv-08088-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 71. | *Picard v. Andelman* | 11-cv-08089-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 72. | *Picard v. Robert S. Savin* | 11-cv-08090-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 73. | *Picard v. Train Klan et al* | 11-cv-08096-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|-----|------------------------------|------------------------------------------------------|-----------------------------------------------------------------------|
| 74. | *Picard v. Harry Smith Revocable Living Trust et al* | 11-cv-08097-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 75. | *Picard v. Allen Gordon* | 11-cv-08098-JSR (Joined v 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 76. | *Picard v. Susan Andelman* | 11-cv-08099-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 77. | *Picard v. Sylvan Associates LLC F/K/A Sylvan Associates Limited Partnership et al* | 11-cv-08100-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 78. | *Picard v. James M. New Trust et al* | 11-cv-08101-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 79. | *Picard v. Guiducci Family Limited Partnership et al* | 11-cv-08102-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 80. | *Picard v. Melvin H. and Leona Gale Joint Revocable Living Trust et al* | 11-cv-08103-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 81. | *Picard v. Trust u/art fourth o/w/o Israel Wilenitz et al* | 11-cv-08104 –JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 82. | *Picard v. Frieda Freshman et al* | 11-cv-08105-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 83. | *Picard v. Barbara L. Savin* | 11-cv-08106-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 84. | *Picard v. Marilyn Turk Revocable Trust et al* | 11-cv-08107-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 85. | *Picard v. Brevo Realty Corp. Defined Benefit Pension Plan et al* | 11-cv-08108-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|---|---|---|---|
| 86. | *Picard v. The Celeste & Adam Bartos Charitable Trust and Adam P. Bartos* | 11-cv-08109-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 87. | *Picard v. James M. Goodman and Audrey M. Goodman* | 11-cv-08110-JSR (Joined *Picard v. Abel*11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 88. | *Picard v. Robert C. Luker Family Partnership et al* | 11-cv-08111-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 89. | *Picard v. Stony Brook Foundation, Inc.* | 11-cv-08113-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 90. | *Picard v. Leonard J. Oguss Trust et al* | 11-cv-08114-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 91. | *Picard v. Theresa R. Ryan* | 11-cv-08115-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 92. | *Picard v. Atwood Management Profit Sharing Plan & Trust f/k/a Atwood Regency Money Purchase Pension Plan, et al* | 11-cv-08116-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 93. | *Picard v. Bert Brodsky Associates, Inc. Pension Plan et al* | 11-cv-08216-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 94. | *Picard v. Plafsky Family LLC Retirement Plan et al* | 11-cv-08217-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 95. | *Picard v. Palmer Family Trust; Great Western Bank – Trust Department et al* | 11-cv-08218-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 96. | *Picard v. Steven C. Schupak* | 11-cv-08219-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|---|---|---|---|
| 97. | *Picard v. Laura Ann Smith Revocable Living Trust et al* | 11-cv-08220-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 98. | *Picard v. The Lazarus-Schy Family Partnership et al* | 11-cv-08221-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 99. | *Picard v. Irene Whitman 1990 Trust et al* | 11-cv-08224-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 100. | *Picard v. Ronald A. Guttman and Irene T. Cheng* | 11-cv-08225-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 101. | *Picard v. Reckson Generation et al* | 11-cv-08226-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 102. | *Picard v. Boyer H. Palmer et al* | 11-cv-08227-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 103. | *Picard v. JABA Associates LP et al* | 11-cv-08228-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 104. | *Picard v. David Shapiro Nominee 4* | 11-cv-08264-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 105. | *Picard v. Robert Yaffe* | 11-cv-08265-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 106. | *Picard v. Shirley Friedman and Richard Friedman* | 11-cv-08266-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 107. | *Picard v. Manuel O. Jaffe* | 11-cv-08267-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

Case 1:12-mc-00115-JSR  Document 109  Filed 06/16/12  Page 29 of 99

| 108. | *Picard v. Allen Meisels* | 11-cv-08268-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|------|---------------------------|------------------------------------------------------|----------------------------------------------------------------------|
| 109. | *Picard v. Lehrer et al (moving party Eunice Chevron Lehrer)* | 11-cv-08269-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 110. | *Picard v. Ilene May et al* | 11-cv-08270-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 111. | *Picard v. Schaffer* | 11-cv-08272-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 112. | *Picard v. Realty Negotiators Defined Benefit Pension Plan* | 11-cv-08273-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 113. | *Picard v. Brad Wechsler* | 11-cv-08274-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 114. | *Picard v. Judd Robbins* | 11-cv-08275-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 115. | *Picard v. Alvin E. Shulman* | 11-cv-08277-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 116. | *Picard v. Alvin E. Shulman Pourover Trust et al* | 11-cv-08278-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 117. | *Picard v. Russell L. Dusek* | 11-cv-08279-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 118. | *Picard v. David Gross and Irma Gross* | 11-cv-08280-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 119. | *Picard v. Bruno L. DiGiulian* | 11-cv-08281-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| 120. | *Picard v. James M. Goodman* | 11-cv-08282-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
|------|------|------|------|
| 121. | *Picard v. Allen Gordon* | 11-cv-08283-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 122. | *Picard v. Boyer Palmer* | 11-cv-08284-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 123. | *Picard v. Denis M. Castelli* | 11-cv-08334-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 124. | *Picard v. Carolyn Jean Benjamin et al* | 11-cv-08335-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 125. | *Picard v. Martin Harnick et al* | 11-cv-08336-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 126. | *Picard v. Richard G. Eaton* | 11-cv-08337-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 127. | *Picard v. Gunther K. Unflat* | 11-cv-08338-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 128. | *Picard v. Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan* | 11-cv-08408-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 129. | *Picard v. S&P Associates* (moving party Rosemary Leo-Sullivan, General Partner) | 11-cv-08409-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 130. | *Picard v. Barbara Roth and Mark Roth* | 11-cv-08410-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 131. | *Picard v. Nancy Dver Cohen, In Her Capacity As Trustee For The Bert Margolies* | 11-cv-08411-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |

| | | | |
|---|---|---|---|
| | *Trust and Bert Margolies Trust* | | |
| 132. | *Picard v. Ambassador Shoe Corporation* | 11-cv-08474 -JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 133. | *Picard v. Fred A. Daibes Madoff Securities Trust* | 11-cv-08475-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 134. | *Picard v. Arthur M. Siskind* | 11-cv-08476-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 135. | *Picard v. Lillian Berman Goldfarb* | 11-cv-08477-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 136. | *Picard v. Estate of Helene Abraham, et al* | 11-cv-08478-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 137. | *Picard v. Richard A. Broms Revocable Trust, et al* | 11-cv-08479-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 138. | *Picard v. Carol Nelson and Stanley Nelson* | 11-cv-08480-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley |

| | | (Bankr) | (pbentley@kramerlevin.com) |
|---|---|---|---|
| 139. | *Picard v. Lyle Berman et al* | 11-cv-08481-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482<br>(Bankr) | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 140. | *Picard v. Estate of Robert Rimsky, et al* | 11-cv-08482-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482<br>(Bankr) | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 141. | *Picard v. Robert A. Meister* | 11-cv-08483-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482<br>(Bankr) | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 142. | *Picard v. Theresa Berman Revocable Trust, et al* | 11-cv-08484-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482<br>(Bankr) | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 143. | *Picard v. The Olesky Survivors Trust dated 2/27/84 and Cynthia Olesky Giammarrusco* | 11-cv-08485-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482<br>(Bankr) | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 144. | *Picard v. Malcolm Sherman* | 11-cv-08486-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482<br>(Bankr) | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 145. | *Picard v. Agas Company L.P., et al* | 11-cv-08487-JSR;<br>Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley |

| | | (Bankr) | (pbentley@kramerlevin.com) |
|---|---|---|---|
| 146. | *Picard v. AHT Partners, LP, et al* | 11-cv-08488-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 147. | *Picard v. BWA Ambassador, Inc., et al* | 11-cv-08489-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 148. | *Picard v. Bernard Greenman Marital Deduction Trust, et al* | 11-cv-08490;-JSR Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 149. | *Picard v. Goldstein* | 11-cv-08491-JSR | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 150. | *Picard v. Indian Wells Partnership, LTD., a Florida limited partnership, et al* | 11-cv-08492-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 151. | *Picard v. Rubin Family Investments Partnership, et al* | 11-cv-08493-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 152. | *Picard v. Elaine Pikulik* | 11-cv-08532-JSR | Rubinstein & Corozzo LLP Ronald Rubinstein (rcorozzo1@gmail.com) |

| 153. | *Picard v. Bonnie J. Kansler* | 11-cv-08533-JSR | Lax & Neville LLP (blax@laxneville) Brian J. Neville (bneville@laxneville) Gabrielle Pretto (gpretto@laxneville) |
|---|---|---|---|
| 154. | *Picard v. Geoffrey S. Rehnert* | 11-cv-08574-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 155. | *Picard v. The Estate of Meyer Goldman (Neil S. Goldman – Moving Party)* | 11-cv-08575-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 156. | *Picard v. Karen Siff Exkorn* | 11-cv-08576-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 157. | *Picard v. Collingwood Group, et al* | 11-cv-08577-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 158. | *Picard v. Shirley S. Siff Trust 1989 DTD 12/20/89, et al* | 11-cv-08578-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 159. | *Picard v. Marc B. Wolpow 1995 Family Trust, et al* | 11-cv-08579-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |

| 160. | *Picard v. Audax Group LP, et al* | 11-cv-08580-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
|------|------|------|------|
| 161. | *Picard v. Carol Nelson* | 11-cv-08581-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 162. | *Picard v. Gordon Associates and Bruce Gordon* | 11-cv-08582-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 163. | *Picard v. Robert M. Siff* | 11-cv-08583-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 164. | *Picard v. Estate of Maurice U. Rosenfield A/K/A Maurice Rosenfield et al. (moving party Robert Rosenfield)* | 11-cv-08584-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 165. | *Picard v. Kenneth Evenstad Revocable Trust u/a/d May 2, 2000, et al (Bankr. Dkt #10-04342)* | 11-cv-08668-JSR | Loeb & Loeb LLP Daniel B. Besikof (dbesikof@loeb.com) |
| 166. | *Picard v. Lawrence A. Siff* | 11-cv-08585-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 167. | *Picard v. Kay Morrissey* | 11-cv-08586-JSR; Moved to join *Picard v.* | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka |

| | | Goldstein MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
|---|---|---|---|
| 168. | *Picard v. Ludmilla Goldberg* | 11-cv-08587-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 169. | *Picard v. Ninth Street Partners, Ltd., et al* | 11-cv-08588-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 170. | *Picard v. James Morrissey* | 11-cv-08589-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 171. | *Picard v. Branch Family Development, LLC, et al* | 11-cv-08590-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 172. | *Picard v. Mathew and Evelyn Broms Investment Partnership, et al* | 11-cv-08591-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 173. | *Picard v. Carol Lederman* | 11-cv-08592-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 174. | *Picard v. Lucerne Foundation and Douglas J. Rimsky, in his capacity as Trustee* | 11-cv-08593-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv- | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) |

| | | 8491-JSR and 10-ap-4482 (Bankr) | Philip Bentley (pbentley@kramerlevin.com) |
|---|---|---|---|
| 175. | *Picard v. Estate of James Heller, et al* | 11-cv-08630-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 176. | *Picard v. Love & Quiches LTD. 401(k) Savings Plan and Its Related Trust, et al* | 11-cv-08631-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 177. | *Picard v. D. Stone Industries, Inc. Profit Sharing Plan, et al* | 11-cv-08632-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 178. | *Picard v. The Lyle Berman Family Partnership, et al* | 11-cv-08633-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 179. | *Picard v. Bertram Bromberg Trust UAD 5/26/06, et al* | 11-cv-08634-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 180. | *Picard v. Daniel Stone and Susan Jane Stone* | 11-cv-08635-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 181. | *Picard v. Eugenia G. Vogel, et al* | 11-cv-08636-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley |

| | | | |
|---|---|---|---|
| | | (Bankr) | (pbentley@kramerlevin.com) |
| 182. | *Picard v. Harry Schick* | 11-cv-08637-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 183. | *Picard v. Robert M. Siff* | 11-cv-08638-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 184. | *Picard v. Lichter Family Partnership, et al* | 11-cv-08639-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 185. | *Picard v. Kenneth Evenstad Revocable Trust u/a/d May 2, 2000, et al (Bankr. Dkt #10-04933)* | 11-cv-08674-JSR | Loeb & Loeb LLP Daniel B. Besikof (dbesikof@loeb.com) |
| 186. | *Picard v. The Robert M. Siff Trust, et al* | 11-cv-08675-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 187. | *Picard v. Joyce G. Moscoe, et al* | 11-cv-08676-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 188. | *Picard v. Estate of Elaine Cooper, et al* | 11-cv-08677-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |

| 189. | *Picard v. Jeffrey H. Fisher Separate Property Revocable Trust, et al* | 11-cv-08678-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
|------|------|------|------|
| 190. | *Picard v. Lehrer et al. (moving parties Stuart M. Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, and The Mestro Company)* | 11-cv-08679-JSR; Moved to join Picard v. Goldstein MTWR, 11-cv-8491 and 10-ap-4482 (Bankr.) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 191. | *Picard v. RIP Investments, LP, et al* | 11-cv-08680-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 192. | *Picard v. Estate of David A. Wingate, et al* | 11-cv-08681-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 193. | *Picard v. Falcon Associates, L.P. and Marc B. Fisher* | 11-cv-08682-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 194. | *Picard v. The Trust U/W/O H. Thomas Langbert F/B/O Evelyn Langbert, et al* | 11-cv-08683-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 195. | *Picard v. 1096-1100 River Road Associates, LLC, et al* | 11-cv-08684-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |

| 196. | *Picard v. James Heller Family, LLC, a Delaware limited liability company, et al* | 11-cv-08686-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
|------|------|------|------|
| 197. | *Picard v. Mark & Carol Enterprises, Inc., a New York Corporation, et al* | 11-cv-08687-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 198. | *Picard v. CAJ Associates, L.P., a Delaware limited partnership, and Carol Lederman* | 11-cv-08688-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 199. | *Picard v. Jewish Association for Services for the Aged* | 11-cv-08689-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Kramer Levin Naftalis & Frankel LLP Elise Scherr Frejka (efrejka@kramerlevin.com) Philip Bentley (pbentley@kramerlevin.com) |
| 200. | *Picard v. Estate of Gilbert M. Kotzen, et al* | 11-cv-08741-JSR | Goodwin Procter LLP Daniel M. Glosband (dglosband@goodwinprocter.com) Larkin M. Morton (lmorton@goodwinprocter.com) Christopher Newcomb (cnewcomb@goodwinprocter.com) |
| 201. | *Picard v. Bernstein* | 11-cv-08742-JSR | Goodwin Procter LLP Daniel M. Glosband (dglosband@goodwinprocter.com) Larkin M. Morton (lmorton@goodwinprocter.com) Christopher Newcomb (cnewcomb@goodwinprocter.com) |
| 202. | *Picard v. Frank A. Petito, d/b/a The Petito Inv. Group, et al* | 11-cv-08743-JSR | Goodwin Procter LLP Daniel M. Glosband |

| | | | (dglosband@goodwinprocter.com)<br>Larkin M. Morton<br>(lmorton@goodwinprocter.com)<br>Christopher Newcomb<br>(cnewcomb@goodwinprocter.com)<br><br>Covington & Burling LLP<br>Dianne Coffino<br>(dcoffino@cov.com)<br>Alan Vinegrad<br>(avinegrad@cov.com) |
|------|---------------------------------------------------------|-------------------|-------------------------------------------------------------------------------------------------------------------------------|
| 203. | *Picard v. II Kotzen Company* | 11-cv-08744-JSR | Goodwin Procter LLP<br>Daniel M. Glosband<br>(dglosband@goodwinprocter.com)<br>Larkin M. Morton<br>(lmorton@goodwinprocter.com)<br>Christopher Newcomb<br>(cnewcomb@goodwinprocter.com) |
| 204. | *Picard v. Gilbert M. Kotzen 1982 Trust* | 11-cv-08745-JSR | Goodwin Procter LLP<br>Daniel M. Glosband<br>(dglosband@goodwinprocter.com)<br>Larkin M. Morton<br>(lmorton@goodwinprocter.com)<br>Christopher Newcomb<br>(cnewcomb@goodwinprocter.com) |
| 205. | *Picard v. DeLucia* | 11-cv-08746-JSR | Goodwin Procter LLP<br>Daniel M. Glosband<br>(dglosband@goodwinprocter.com)<br>Larkin M. Morton<br>(lmorton@goodwinprocter.com)<br>Christopher Newcomb<br>(cnewcomb@goodwinprocter.com) |
| 206. | *Picard v. Lucky Company, et al* (as filed by Morty Wolosoff Revocable Trust, Gloria Wolosoff Revocable Trust, and | 11-cv-08840-JSR | Franzblau Dratch, PC<br>Stephen N. Dratch<br>(sdratch@njcounsel.com) |

| | | | |
|---|---|---|---|
| | Stephen N. Dratch) | | |
| 207. | *Picard v. The Melvin N. Lock Trust, et al* | 11-cv-08894-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com)<br><br>Warner & Scheuerman<br>Jonathan D. Warner<br>jdwarner@warnerandscheuennan.com |
| 208. | *Picard v. Nessel* | 11-cv-08895-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com) |
| 209. | *Picard v. Marital Trust of Marvin G. Graybow, et al* | 11-cv-08896-JSR (Joined by Sharon L. Graybow) | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com)<br><br>Golenbock Eiseman Assor Bell & Peskoe LLP<br>Michael Weinstein<br>(mweinstein@golenbock.com)<br>Jonathan L. Flaxer<br>(jflaxer@golenbock.com) |
| 210. | *Picard v. Melvin B. Nessel 2006 Trust, et al* | 11-cv-08897-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com)<br><br>Halperin Battaglia Raicht, LLP; The Gordon Law |

| | | | Firm LLP<br>Alan D. Halperin<br>(ahalperin@halperinlaw.net)<br>Scott A. Ziluck<br>(sziluck@halperinlaw.net)<br>Neal W. Cohen<br>(ncohen@halperinlaw.net)<br><br>Warner & Scheuerman<br>Jonathan D. Warner<br>jdwarner@warnerandscheuennan.com |
|---|---|---|---|
| 211. | *Picard v. Nicolette Wernick Nominee P'ship, et al.* (moving party Nicolette Wernick) | 11-cv-08946-JSR; Moved to join *Picard v. Kansler* MTWR, 11-cv-8533-JSR and 10-ap-4900 (Bankr) | Lax & Neville LLP<br>Barry R. Lax<br>(blax@laxneville)<br>Brian J. Neville<br>(bneville@laxneville)<br>Gabrielle Pretto<br>(gpretto@laxneville) |
| 212. | *Picard v. Fine K-S Trust, et al* | 11-cv-08968-JSR | Goulston & Storrs, P.C.<br>Christine D. Lynch<br>(clynch@goulstonstorrs.com)<br>Richard J. Rosensweig<br>(rrosensweig@goulstonstorrs.com)<br>Peter D. Bilowz<br>(pbilowz@goulstonstorrs.com) |
| 213. | *Picard v. Joseph M. Paresky Trust, et al* | 11-cv-08969 -JSR | Goulston & Storrs, P.C.<br>Richard J. Rosensweig<br>(rrosensweig@goulstonstorrs.com)<br>Peter D. Bilowz<br>(pbilowz@goulstonstorrs.com) |
| 214. | *Picard v. Susan Paresky, et al* | 11-cv-08970-JSR | Goulston & Storrs, P.C.<br>Richard J. Rosensweig<br>(rrosensweig@goulstonstorrs.com)<br>Peter D. Bilowz<br>(pbilowz@goulstonstorrs.com) |

| 215. | *Picard v. Fiterman Investment Fund, et al* | 11-cv-08984-JSR | Robins, Kaplan, Miller & Ciresi LLP<br>Michael V. Ciresi<br>(mvciresi@rkmc.com)<br>Thomas B. Hatch<br>(tbhatch@rkmc.com)<br>Damien A. Riehl<br>(dariehl@rkmc.com)<br><br>Jones & Schwartz P.C<br>Harold Jones<br>(hjones@jonesschwartz.com ) |
| 216. | *Picard v. Hess Kline Rev. Trust, et al* | 11-cv-08986-JSR | Robins, Kaplan, Miller & Ciresi LLP<br>Michael V. Ciresi<br>(mvciresi@rkmc.com)<br>Thomas B. Hatch<br>(tbhatch@rkmc.com)<br>Damien A. Riehl<br>(dariehl@rkmc.com)<br><br>Jones & Schwartz P.C<br>Harold Jones<br>(hjones@jonesschwartz.com ) |
| 217. | *Picard v. Metro Motor Imports, Inc.* | 11-cv-08987-JSR | Robins, Kaplan, Miller & Ciresi LLP<br>Michael V. Ciresi<br>(mvciresi@rkmc.com)<br>Thomas B. Hatch<br>(tbhatch@rkmc.com)<br>Damien A. Riehl<br>(dariehl@rkmc.com)<br><br>Jones & Schwartz P.C<br>Harold Jones<br>(hjones@jonesschwartz.com ) |
| 218. | *Picard v. Miles Q. Fiterman Recovable Trust, et al* | 11-cv-08988-JSR | Robins, Kaplan, Miller & Ciresi LLP<br>Michael V. Ciresi<br>(mvciresi@rkmc.com) |

| | | | Thomas B. Hatch (tbhatch@rkmc.com) Damien A. Riehl (dariehl@rkmc.com) Jones & Schwartz P.C Harold Jones (hjones@jonesschwartz.com ) |
|---|---|---|---|
| 219. | *Picard v. Miles & Shirley Fiterman Charitable Foundation, et al* | 11-cv-08989-JSR | Robins, Kaplan, Miller & Ciresi LLP Michael V. Ciresi (mvciresi@rkmc.com) Thomas B. Hatch (tbhatch@rkmc.com) Damien A. Riehl (dariehl@rkmc.com) Jones & Schwartz P.C Harold Jones (hjones@jonesschwartz.com ) |
| 220. | *Picard v. Bergman, et al* | 11-cv-09058-JSR | Rosenberg Feldman Smith LLP Richard B. Feldman (rfeldman@rfs-law.com) McKenzie A. Livingston (mlivingston@rfs-law.com) |
| 221. | *Picard v. Pati H. Gerber 1997 Trust, et al* | 11-cv-09060-JSR | Schulte Roth & Zabel LLP Marcy Ressler Harris (marcy.harris@srz.com) Frank J. LaSalle (frank.lasalle@srz.com) Mark D. Richardson (mark.richardson@srz.com) |
| 222. | *Picard v. Edward and Marion Speer* | 11-cv-09062-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 223. | *Picard v. Kase-Glass Fund, et al* | 11-cv-09063-JSR | Stroock & Stroock & Lavan, LLP Melvin A. Brosterman |

| | | | (mbrosterman@stroock.com)<br>Danielle Alfonzo Walsman<br>(dwalsman@stroock.com)<br>Christopher Guhin<br>Michele L. Pahmer<br>(mpahmer@stroock.com) |
|---|---|---|---|
| 224. | *Picard v. Lemtag Associates, et al* | 11-cv-09064-JSR | Stroock & Stroock & Lavan LLP<br>Melvin A. Brosterman<br>(mbrosterman@stroock.com)<br>Danielle Alfonzo Walsman<br>(dwalsman@stroock.com)<br>Christopher Guhin<br>(cguhin@stroock.com)<br>Michele L. Pahmer<br>(mpahmer@stroock.com) |
| 225. | *Picard v. Brian H. Gerber* | 11-cv-09140-JSR (Joined *Picard v. Pati H. Gerber 1997 Trust, et al* 11-cv-09060) | Bellows & Bellows PC<br>Christopher Gallinari<br>Schuyler D. Geller |
| 226. | *Picard v. Brian H. Gerber Trust* | 11-cv-09142-JSR (Joined *Picard v. Pati H. Gerber 1997 Trust, et al* 11-cv-09060) | Bellows & Bellows PC<br>Christopher Gallinari<br>Schuyler D. Geller |
| 227. | *Picard v. The Koff Living Trust, et al* | 11-cv-09178-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof<br>(dbesikof@loeb.com) |
| 228. | *Picard v. MBE Preferred Limited Partnership, et al* | 11-cv-09179-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof |

| | | | (dbesikof@loeb.com) |
|---|---|---|---|
| 229. | *Picard v. Sew Preferred Limited Partnership, et al* | 11-cv-09180-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof<br>(dbesikof@loeb.com) |
| 230. | *Picard v. Serene Warren Rev. Trust U/A/D Sept. 15, 2005, et al* | 11-cv-09181-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof<br>(dbesikof@loeb.com) |
| 231. | *Picard v. Pisetzner Family Ltd P'ship, et al* | 11-cv-09182-JSR | Greenberg Traurig P.A.<br>Scott M. Grossman<br>(grossmansm@gtlaw.com) |
| 232. | *Picard v. Judith Pisetzner* | 11-cv-09183-JSR | Greenberg Traurig P.A.<br>Scott M. Grossman<br>(grossmansm@gtlaw.com) |
| 233. | *Picard v. Frank J. Lynch* | 11-cv-09215-JSR | McDermott Will & Emery LLP<br>Daniel N. Jocelyn<br>(djocelyn@mwe.com)<br>Nava Hazan<br>(nhazan@mwe.com)<br>Michael R. Huttenlocher<br>(mhuttenlocher@mwe.com) |
| 234. | *Picard v. F&P Lynch Partnership, et al* | 11-cv-09216-JSR | McDermott Will & Emery LLP<br>Daniel N. Jocelyn<br>(djocelyn@mwe.com)<br>Nava Hazan<br>(nhazan@mwe.com)<br>Michael R. Huttenlocher<br>(mhuttenlocher@mwe.com) |

| 235. | *Picard v. Leslie Aufzien Levine, et al* | 11-cv-09217-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof<br>(dbesikof@loeb.com) |
|---|---|---|---|
| 236. | *Picard v. Mark B. Evenstad Revocable Trust U/A/D Jan. 30, 2003, et al.* | 11-cv-09218-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof<br>(dbesikof@loeb.com) |
| 237. | *Picard v. Gorvis LLC, et al.* | 11-cv-09219-JSR | Loeb & Loeb LLP<br>Walter H. Curchack<br>(wcurchack@loeb.com)<br>P. Gregory Schwed<br>(gschwed@loeb.com)<br>Daniel B. Besikof<br>(dbesikof@loeb.com) |
| 238. | *Picard v. Mashanda Ltd* | 11-cv-09220-JSR | Stroock & Stroock & Lavan LLP<br>Melvin A. Brosterman<br>(mbrosterman@stroock.com)<br>Quinlan D. Murphy<br>(qmurphy@stroock.com)<br>Christopher Guhin<br>(cguhin@stroock.com) |
| 239. | *Picard v. Estate of Paul E. Feffer, et al* | 11-cv-09275-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 240. | *Picard v. Schiff Family Holdings Nevada Limited Partnership, et* | 11-cv-09276-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com) |

| | | | |
|---|---|---|---|
| | *al* | | Sara Spiegelman (sspiegelman@wmllp.com) |
| 241. | *Picard v. Franklin Sands* | 11-cv-09277-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 242. | *Picard v. Daniel Silna, et al* | 11-cv-09279-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 243. | *Picard v. Steven Schiff* | 11-cv-09280-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 244. | *Picard v. Shetland Fund Limited Partnership et al.* | 11-cv-09281-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 245. | *Picard v. Lori Chemla and Alexandre Chemla* | 11-cv-09282-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 246. | *Picard v. Melissa Perlen* | 11-cv-09367-JSR | Fulbright & Jaworski LLP David L. Barrack (dbarrack@fulbright.com) David A. Rosenzweig (drosenzweig@fulbright.com) |
| 247. | *Picard v. Frederic J. Perlen* | 11-cv-09368-JSR | Fulbright & Jaworski LLP David L. Barrack (dbarrack@fulbright.com) David A. Rosenzweig |

| | | | (drosenzweig@fulbright.com) |
|---|---|---|---|
| 248. | *Picard v. Myra Perlen Revocable Trust* | 11-cv-09369-JSR | Fulbright & Jaworski LLP David L. Barrack (dbarrack@fulbright.com) David A. Rosenzweig (drosenzweig@fulbright.com) |
| 249. | *Picard v. Stuart Perlen Revocable Trust DTD 1/4/08* | 11-cv-09370-JSR | Fulbright & Jaworski LLP David L. Barrack (dbarrack@fulbright.com) David A. Rosenzweig (drosenzweig@fulbright.com) |
| 250. | *Picard v. Lake Drive LLC, et al* | 11-cv-09371-JSR | Katten Muchin Rosenman LLP Anthony L. Paccione (anthony.paccione@kattenlaw.com) Brian A. Schmidt (brian.schmidt@kattenlaw.com) |
| 251. | *Picard v. Bear Lake Partners, et al* | 11-cv-09372-JSR | Katten Muchin Rosenman LLP Anthony L. Paccione (anthony.paccione@kattenlaw.com) Brian A. Schmidt (brian.schmidt@kattenlaw.com) |
| 252. | *Picard v. Mosaic Fund L.P. , et al* | 11-cv-09444-JSR | Macht, Shapiro, Aarato & Isserles LLP Alexandra A.E. Shapiro (ashapiro@machtshapiro.com) Eric S. Olney (eolney@shapiroarato.com) |
| 253. | *Picard v. United Congregations Mesora* | 11-cv-09445-JSR (Joined *Picard v. Wolfson Equities* 11-cv-09449) | K&L Gates LLP Richard A. Kirby (richard.kirby@klgates.com) Laura Clinton (laura.clinton@klgates.com) Martha Rodriguez Lopez (martha.rodrieguezlopez@klgates.com) |
| 254. | *Picard v. Chesed Congregations of America* | 11-cv-09446-JSR (Joined *Picard v. Wolfson Equities* | K&L Gates LLP Richard A. Kirby |

|  |  | 11-cv-09449) | (richard.kirby@klgates.com)<br>Laura Clinton<br>(laura.clinton@klgates.com)<br>Martha Rodriguez Lopez<br>(martha.rodriguezlopez@klgates.com) |
|---|---|---|---|
| 255. | *Picard v. South Ferry Building Company, et al.* | 11-cv-09447-JSR (Joined *Picard v. Wolfson Equities* 11-cv-09449) | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Laura Clinton<br>(laura.clinton@klgates.com)<br>Martha Rodriguez Lopez<br>(martha.rodriguezlopez@klgates.com) |
| 256. | *Picard v. Lanx BM Investments, LLC, et al.* | 11-cv-09448-JSR (Joined *Picard v. Wolfson Equities* 11-cv-09449) | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Laura Clinton<br>(laura.clinton@klgates.com)<br>Martha Rodriguez Lopez<br>(martha.rodriguezlopez@klgates.com) |
| 257. | *Picard v. Wolfson Equities* | 11-cv-09449-JSR | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Laura Clinton<br>(laura.clinton@klgates.com)<br>Martha Rodriguez Lopez<br>(martha.rodriguezlopez@klgates.com) |
| 258. | *Picard v. ZWD Investments, LLC, et al.* | 11-cv-09450-JSR (Joined *Picard v. Wolfson Equities* 11-cv-09449) | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Laura Clinton<br>(laura.clinton@klgates.com)<br>Martha Rodriguez Lopez<br>(martha.rodriguezlopez@klgates.com) |
| 259. | *Picard v. South Ferry #2 LP, et al.* | 11-cv-09451-JSR (Joined *Picard v. Wolfson Equities* 11-cv-09449) | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com) |

| | | | Laura Clinton (laura.clinton@klgates.com) Martha Rodriguez Lopez (martha.rodriguezlopez@klgates.com) |
|---|---|---|---|
| 260. | *Picard v. Laure Ann Margolies Children's Trust, et al* | 11-cv-09500-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 261. | *Picard v. Anthony Stefanelli* | 11-cv-09502-JSR | Rattet Pasternak, LLP Jonathan S. Pasternak (jpasternak@rattetlaw.com) James B. Glucksman (jglucksman@rattetlaw.com) |
| 262. | *Picard v. Stefanelli Investor Group, et al* (Mary Ann Stefanelli – Moving Party) | 11-cv-09503-JSR | Rattet Pasternak, LLP Jonathan S. Pasternak (jpasternak@rattetlaw.com) James B. Glucksman (jglucksman@rattetlaw.com) |
| 263. | *Picard v. Barbra K. Morganstern Revocable Trust et al.* | 11-cv-09539-JSR; Moved to join in *Picard v. The Joseph Bergman Revocable Trust*, 11-cv-9058-JSR. | Rosenberg Feldman Smith, LLP Richard B. Feldman rfeldman@rfs-law.com McKenzie A. Livingston mlivingston@rfs-law.com |
| 264. | *Picard v. Esskayjay Enterprises Ltd. Profit Sharing Plan and Trust et al.* | 11-cv-09540-JSR; Moved to join in *Picard v. The Joseph Bergman Revocable Trust*, 11-cv-9058-JSR. | Rosenberg Feldman Smith, LLP Richard B. Feldman rfeldman@rfs-law.com McKenzie A. Livingston mlivingston@rfs-law.com |
| 265. | *Picard v. Estate of Lillian B. Steinberg et al.* | 11-cv-09541-JSR; Moved to join in *Picard v. The Joseph Bergman Revocable Trust*, 11-cv-9058-JSR. | Rosenberg Feldman Smith, LLP Richard B. Feldman rfeldman@rfs-law.com McKenzie A. Livingston mlivingston@rfs-law.com |
| 266. | *Picard v. Estate of Bernard J. Kessel et al.* | 11-cv-09542-JSR; Moved to join in *Picard v. The Joseph* | Rosenberg Feldman Smith, LLP Richard B. Feldman |

| | | | |
|---|---|---|---|
| | | *Bergman Revocable Trust*, 11-cv-9058-JSR. | rfeldman@rfs-law.com McKenzie A. Livingston mlivingston@rfs-law.com |
| 267. | *Picard v. Rituno* | 11-cv-09543-JSR; Moved to join in *Picard v. The Joseph Bergman Revocable Trust*, 11-cv-9058-JSR. | Rosenberg Feldman Smith, LLP Richard B. Feldman rfeldman@rfs-law.com McKenzie A. Livingston mlivingston@rfs-law.com |
| 268. | *Picard v. Mid Altantic Group Inc. et al.* | 11-cv-09544-JSR; Moved to join in *Picard v. The Joseph Bergman Revocable Trust*, 11-cv-9058-JSR. | Rosenberg Feldman Smith, LLP Richard B. Feldman rfeldman@rfs-law.com McKenzie A. Livingston mlivingston@rfs-law.com |
| 269. | *Picard v. Estelle G. Teitelbaum* | 11-cv-09629-JSR | Kudman Trachten Aloe LLP Paul H. Aloe (paloe@kudmanlaw.com) Matthew H. Cohen (mcohen@kudmanlaw.com) |
| 270. | *Picard v. Michael Frenchman and Laurie Frenchman* | 11-cv-09630-JSR | Kudman Trachten Aloe LLP Paul H. Aloe (paloe@kudmanlaw.com) Matthew H. Cohen (mcohen@kudmanlaw.com) |
| 271. | *Picard v. The Hausner Group, et al* | 11-cv-09631-JSR | Kudman Trachten Aloe LLP Paul H. Aloe (paloe@kudmanlaw.com) Matthew H. Cohen (mcohen@kudmanlaw.com) |
| 272. | *Picard v. Estate of Kay Frankel, et al* | 11-cv-09680-JSR | Olshan Grundman Frome Rosenzweig & Wolosky LLP Thomas J. Fleming (tfleming@olshanlaw.com) Joshua S. Androphy (jandrophy@olshanlaw.com) |
| 273. | *Picard v. Peter Joseph* | 12-cv-00036-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP |

| | | | David J. Eiseman (deiseman@golenbock.com) Douglas L. Furth (dfurth@golenbock.com) |
|---|---|---|---|
| 274. | *Picard v. Gary J. Korn, et al* | 12-cv-00037-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP Jonathan L. Flaxer (jflaxer@golenbock.com) Michael S. Weinstein (mweinstein@golenbock.com) |
| 275. | *Picard v. Queensgate Foundation* | 12-cv-00038-JSR | Golenbock Eiseman Assor Bell & Peskoe LL David J. Eiseman (deiseman@golenbock.com) Douglas L. Furth (dfurth@golenbock.com) P |
| 276. | *Picard v. Story, et al* | 12-cv-00039-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP Jonathan L. Flaxer (jflaxer@golenbock.com) Michael S. Weinstein (mweinstein@golenbock.com) |
| 277. | *Picard v. Story Family Trust #3, et al* | 12-cv-00040-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP Jonathan L. Flaxer (jflaxer@golenbock.com) Michael S. Weinstein (mweinstein@golenbock.com) |
| 278. | *Picard v. Nicolette Wernick Nominee P'ship, et al* (M. Gordon Ehrlich – Moving Party) | 12-cv-00041-JSR | Bingham McCutchen LLP Steven Wilamowsky (steven.wilamowsky@bingham.com) |
| 279. | *Picard v. David Silver and Patricia W. Silver* | 12-cv-00090-JSR | Morrison Cohen LLP (fperkins@morrisoncohen.com) Michael R. Dal Lago (mdallago@morrisoncohen.com) |
| 280. | *Picard v. Douglas D. Johnson* | 12-cv-00091-JSR | Herrick, Feinstein LLP Howard R. Elisofon (helisofon@herrick.com) Hanh V. Huynh (hhuynh@herrick.com) |

| 281. | *Picard v. Muriel B. Cantor, et al* | 12-cv-00205-JSR | Schlesinger Gannon & Lazetera LLP<br>Thomas P. Gannon<br>(tgannon@sglllp.com)<br>Ross Katz<br>(rkatz@sglllp.com) |
|---|---|---|---|
| 282. | *Picard v. FGLS Equity, LLC* | 12-cv-00208-JSR | Stroock & Stroock & Lavan, LLP<br>Lewis Kruger<br>(lkruger@stroock.com)<br>Kenneth Pasquale<br>(kpasquale@stoock.com) |
| 283. | *Picard v. Financiere Agache* | 12-cv-00259-JSR | Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>William J. Barrett<br>(william.barrett@bfkn.com)<br>Kimberly J. Robinson<br>(kim.robinson@bfkn.com) |
| 284. | *Picard v. The Phoebe Blum Rev. Trust, et al.* | 12-cv-00327-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 285. | *Picard v. Cornerstone Capital (Del), Inc.* | 12-cv-00328-JSR | Lowenstein Sandler PC<br>Zachary D. Rosenbaum<br>(zrosenbaum@lowenstein.com )<br>Peter D. Greene<br>(pgreene@lowenstein.com)<br>Amiad M. Kushner<br>(akushner@lowenstein.com) |
| 286. | *Picard v. Pulver Family Foundation* | 12-cv-00329-JSR; Moved to join *Picard v. Cornerstone Capital (Del), Inc.*, 12-cv-00328-JSR | Lowenstein Sandler PC<br>Zachary D. Rosenbaum<br>(zrosenbaum@lowenstein.com )<br>Peter D. Greene<br>(pgreene@lowenstein.com)<br>Amiad M. Kushner<br>(akushner@lowenstein.com) |
| 287. | *Picard v. P. Feldman* | 12-cv-00352-JSR | Bernfeld, DeMatteo & Bernfeld, LLP |

| | | | David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
|---|---|---|---|
| 288. | *Picard v. Harvey I. Werner Rev. Trust, et al.* | 12-cv-00353-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 289. | *Picard v. Frederic Konigsberg, et al.* | 12-cv-00354-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 290. | *Picard v. Schur* | 12-cv-00355-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 291. | *Picard v. Yankowitz, et al.* | 12-cv-00356-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 292. | *Picard v. Leff, et al.* | 12-cv-00357-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 293. | *Picard v. Cheren* | 12-cv-00358-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 294. | *Picard v. Ken-Wen Family Ltd. Partnership, et al.* | 12-cv-00359-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld |

| | | | (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
|---|---|---|---|
| 295. | *Picard v. Estate of Heine, et al.* | 12-cv-00360-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 296. | *Picard v. R. Feldman* | 12-cv-00361-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 297. | *Picard v. Jeffrey L. Werner Trust, et al.* | 12-cv-00362-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 298. | *Pciard v. Sperling, et al.* | 12-cv-00363-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 299. | *Picard v. Sweidel* | 12-cv-00364-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 300. | *Picard v. Diamond* | 12-cv-00391-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 301. | *Picard v. Adess Trust, et al.* | 12-cv-00392-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) |

| | | | Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
|---|---|---|---|
| 302. | *Picard v. Robert Redston Trust, et al* | 12-cv-00393-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 303. | *Picard v. Gorrin Family Trust, et al.* | 12-cv-00394-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 304. | *Picard v. Winters Family Partnership, et al.* | 12-cv-00395-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 305. | *Picard v. Schlesinger Marital Trust, et al.* | 12-cv-00396-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 306. | *Picard v. Ho Marital Appointment Trust, et al.* | 12-cv-00397-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 307. | *Picard v. KL Retirement Trust, et al.* | 12-cv-00398-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld (jeffreybernfeld@bernfeld-dematteo.com) |
| 308. | *Picard v. Estate of Carolyn Miller, et al.* | 12-cv-00399-JSR | Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) Jeffrey Bernfeld |

| | | | (jeffreybernfeld@bernfeld-dematteo.com) |
|---|---|---|---|
| 309. | *Picard v. Werner Foundation* | 12-cv-00400-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 310. | *Picard v. Ad-In-Partners, et al.* | 12-cv-00401-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 311. | *Picard v. Vock, et al.* | 12-cv-00402-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 312. | *Picard v. Trust Under Deed of Suzzane May, et al.* | 12-cv-00403-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 313. | *Picard v. Nathaniel Gold, et al.* | 12-cv-00404-JSR | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com)<br>Jeffrey Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 314. | *Picard v. Marilyn Davimos 1999 Grat, a Florida Trust et al.* | 12-cv-00514-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 315. | *Picard v. The Estate of Meyer* | 12-cv-00515-JSR; Moved to | Akerman Senterfitt LLP |

| | | join *Picard v. Cohen*, 12-cv-0519-JSR | Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
|---|---|---|---|
| 316. | *Picard v. A&G Goldman Partnership, a NY Partnership et al.* | 12-cv-00516-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 317. | *Picard v. Marilyn Lobell Trust et al.* | 12-cv-00517-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 318. | *Picard v. Joel Busel Revocable Trust et seq.[3]* | 12-cv-00518-JSR; Moved to join *Picard v. Cohen*, 12-cv- | Akerman Senterfitt LLP Susan F. Balaschak |

---

[2] Moving defendants are The Estate of Meyer Goldman, Joshua L. Goldman, Jordan S. Goldman, Sasha D. Goldman, and Elizabeth H. Goldman but do not join in argument Section III.B.4 of Cohen's memorandum.

[3] Moving parties are JOEL BUSEL REVOCABLE TRUST, SANDRA BUSEL REVOCABLE TRUST, SANDRA BUSEL, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, JOEL BUSEL, in his capacity as Trustee of the Joel Busel Revocable Trust and Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust.

|  |  | 0519-JSR | (susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
|---|---|---|---|
| 319. | *Picard v. Nathan Cohen* | 12-cv-00519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 320. | *Picard v. Edward A. Zraick, Jr., et al* | 12-cv-00521-JSR | Hunton & Williams LP<br>Peter S. Partee, Sr.<br>(ppartee@hunton.com)<br>Richard P. Norton<br>(rnorton@hunton.com)<br>Robert A. Rich<br>(rrich2@hunton.com) |
| 321. | *Picard v. Alvin Rush* | 12-cv-00530-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 322. | *Picard v. Panagiotis Sakellariou Settlement, an Irrevocable Trust u/a/d 12,17/92 et al.* | 12-cv-00531-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz |

| | | | (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) Flemming Zulack Williamson Zauderer LLP John F. Zulack (jzulack@fzwz.com) Megan P. Davis (mdavis@fzwz.com) |
|---|---|---|---|
| 323. | *Picard v. Radosh Partners, a Florida Partnership et al.* | 12-cv-00532-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 324. | *Picard v. Celia Paleologos Revocable Trust dated 5/26/98, a Florida Trust et al.* | 12-cv-00533-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 325. | *Picard v. Merida Associates, Inc. et al.* | 12-cv-00534-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) |

| | | | Michael I. Goldberg (michael.goldberg@akerman.com) |
|---|---|---|---|
| 326. | ***Picard v. The Judie Lifton 1996 Revocable Trust et al.*** (Martin Lifton, in his capacity as Trustee of the Judie Lifton 1996 Revocable Trust dated September 5, 1996) | 12-cv-00535-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 327. | ***Picard v. Martin Lifton*** | 12-cv-00536-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 328. | ***Picard v. Allyn Levy Revocable Trust et al.*** | 12-cv-00537-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 329. | ***Picard v. Krellenstein Family Limited Partnership II of 1999 et al.*** | 12-cv-00538-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) |

| | | | Michael I. Goldberg (michael.goldberg@akerman.com) |
|---|---|---|---|
| 330. | *Picard v. Estate of Sam W. Klein et al.* | 12-cv-00539-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 331. | *Picard v. Ringler Partners, L.P., et al* | 12-cv-00606-JSR | Kudman Trachten Aloe LLP Paul H. Aloe (paloe@kudmanlaw.com) Evan S. Cowit (ecowit@kudmanlaw.com) Matthew H. Cohen (mcohen@kudmanlaw.com) |
| 332. | *Picard v. Mar Partners and Alvin Rush* | 12-cv-00607-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |
| 333. | *Picard v. L. Rags, Inc.* | 12-cv-00608-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP Susan F. Balaschak (susan.balaschak@akerman.com) Kathlyn Schwartz (kathlyn.schwartz@akerman.com) Elissa P. Fudim (elissa.fudim@akerman.com) Michael I. Goldberg (michael.goldberg@akerman.com) |

| 334. | *Picard v. The Ruth Rosen Family Limited Partnership et al.* | 12-cv-00609-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| --- | --- | --- | --- |
| 335. | *Picard v. Mike Stein* | 12-cv-00610-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 336. | *Picard v. Linda S. Waldman* | 12-cv-00611-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 337. | *Picard v. Richard E. Winter Revocable Trust u/a Dated October 30, 2002 et al.* | 12-cv-00612-JSR; Moved to join *Picard v. Cohen*, 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |

| 338. | *Picard v. Epstein Family Trust UWO Diana Epstein, et al* | 12-cv-00645-JSR | Dickstein Shapiro LLP<br>Eric Fisher<br>(fishere@dicksteinshapiro.com)<br>Stefanie Birbrower Greer<br>(greers@dicksteinshapiro.com) |
| 339. | *Picard v. Beaser Investment Company, LP, et al* | 12-cv-00696-JSR | Blank Rome LLP<br>James V. Masella, III<br>(JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 340. | *Picard v. Samuel Beaser Amended & Restated Trust, et al* | 12-cv-00697-JSR | Blank Rome LLP<br>James V. Masella, III<br>(JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 341. | *Picard v. Zieses Investment Partnership, et al* | 12-cv-00698-JSR | Blank Rome LLP<br>James V. Masella, III<br>(JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 342. | *Picard v. G.S. Schwartz & Co., Inc, et al* | 12-cv-00699-JSR | Blank Rome LLP<br>James V. Masella, III<br>(JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 343. | *Picard v. Marvin L. Olshan* | 12-cv-00701-JSR | Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Thomas J. Fleming |

| | | | (tfleming@olshanlaw.com) Joshua S. Androphy (jandrophy@olshanlaw.com) |
|---|---|---|---|
| 344. | *Picard v. The Croul Family Trust, et al* | 12-cv-00758-JSR | Morrison & Foerster LLP Carl H. Loewenson, Jr. (cloewenson@mofo.com) David S. Brown (dbrown@mofo.com) |
| 345. | *Picard v. Cohen Pooled Asset Account, et al* | 12-cv-00883-JSR | Shapiro, Arato & Isserles LLP Alexandra A.E. Shapiro (ashapiro@machtshapiro.com) Eric S. Olney (eolney@shapiroarato.com) |
| 346. | *Picard v. Cohen Pooled Asset Account, et al.* (Cohen Pooled Asset Account, 61 Associates LLC, and Amy S. Cohen joined) | 12-cv-00883-JSR; Moved to join in same action | Proskauer Rose Richard L. Spinogatti (rspinogatti@proskauer.com) |
| 347. | *Picard v. Ostrin Family Partnership, et al* | 12-cv-00884-JSR | Law Office of Richard E. Signorelli Richard E. Signorelli (rsignorelli@nyclitigator.com) Bryan Ha (bhanyc@gmail.com) |
| 348. | *Picard v. The Alan Miller Diane Miller Revocable Trust, et al.* | 12-cv-00885-JSR | Maslon Edelman Borman & Brand, LLP Kesha Lynn Tanabe (kesha.tanabe@maslon.com) |
| 349. | *Picard v. Edward T. Coughlin, et al* | 12-cv-00886-JSR | Lewis & McKenna Paul Z. Lewis (plewis@lewismckenna.com) |
| 350. | *Picard v. Diane Wilson* | 12-cv-00887-JSR | Simon & Partners LLP Kenneth C. Murphy kcmurphy@simonalawyers.com |
| 351. | *Picard v. Gertrude E. Alpern Rev. Trust, et al* | 12-cv-00939-JSR | Klestadt & Winters, LLP Tracy L. Klestadt (tklestadt@klestadt.com) |

| | | | John E. Jureller, Jr. (jjureller@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
|---|---|---|---|
| 352. | *Picard v. Lewis Alpern and Jane Alpern* | 12-cv-00940-JSR | Klestadt & Winters, LLP Tracy L. Klestadt (tklestadt@klestadt.com) John E. Jureller, Jr. (jjureller@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
| 353. | *Picard v. Arnold Shapiro 11/9/96 Trust et al* | 12-cv-00941-JSR | Klestadt & Winters, LLP Tracy L. Klestadt (tklestadt@klestadt.com) John E. Jureller, Jr. (jjureller@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
| 354. | *Picard v. Samdia Family, L.P., et al.* | 12-cv-00942-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 355. | *Picard v. Kenneth W. Perlman, et al* | 12-cv-00943-JSR | Blank Rome LLP James V. Masella, III (JMasella@BlankRome.com) Anthony A. Mingione (AMingione@BlankRome.com) Ryan E. Cronin (RCronin@BlankRome.com) |
| 356. | *Picard v. Leonard R. Ganz and Roberta Ganz* | 12-cv-00944-JSR | Blank Rome LLP James V. Masella, III (JMasella@BlankRome.com) Anthony A. Mingione (AMingione@BlankRome.com) Ryan E. Cronin (RCronin@BlankRome.com) |

| 357. | *Picard v. George N. Faris* | 12-cv-00945-JSR | Blank Rome LLP<br>James V. Masella, III<br>(JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 358. | *Picard v. Kreitman* | 12-cv-01134-JSR | Blank Rome LLP<br>James V. Masella, III<br>(JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 359. | *Picard v. Lexus Worldwide Ltd and Ilan Kelson* (Moving Party is Ilan Kelson) | 12-cv-01135-JSR | Dickstein Shapiro LLP<br>Eric Fisher<br>(fishere@dicksteinshapiro.com)<br>Stefanie Birbrower Greer<br>(greers@dicksteinshapiro.com) |
| 360. | *Picard v. Gorek* (Bankr. Dkt No. 10-04797) | 12-cv-01137-JSR | Day Pitney LLP<br>Thomas D. Goldberg<br>(tgoldberg@daypitney.com) |
| 361. | *Picard v. Gorek, et al* (Bankr. Dkt No. 10-04623) | 12-cv-01138-JSR | Day Pitney LLP<br>Thomas D. Goldberg<br>(tgoldberg@daypitney.com) |
| 362. | *Picard v. Philadelphia Financial Life Assurance Co.* (Bankr. Dkt. No. 10-04973) | 12-cv-01228-JSR | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Richard Gerard Haddad<br>(rhaddad@oshr.com) |
| 363. | *Picard v. Philadelphia Financial Life Assurance Co.* (Bankr. Dkt. No. 10-05065) | 12-cv-01229-JSR | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Richard Gerard Haddad<br>(rhaddad@oshr.com) |
| 364. | *Picard v. Weindling* | 12-cv-01690-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Douglas L. Furth<br>(dfurth@golenbock.com)<br>Jacqueline G. Veit<br>(jveit@golenbock.com) |

| 365. | *Picard v. Estate of Elaine S. Fox, et al* | 12-cv-01691-JSR | Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Laurence May<br>(lmay@coleschotz.com)<br>Jill B. Bienstock<br>(jbienstock@coleschotz.com) |
| 366. | *Picard v. Estate of Marvin Kirsten, et al* | 12-cv-01692-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(Hchaitman@beckerny.com) |
| 367. | *Picard v. Lehrer et al.* (moving party Elaine Stein Roberts) | 12-cv-01811-JSR; Moved to join *Picard v. Hein*, 11-cv-4936-JSR | SNR Denton US LLP<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 368. | *Picard v. Lehrer et al.* (moving party Douglas Ellenoff) | 12-cv-02079-JSR; Moved to join *Picard v. Goldstein* MTWR, 11-cv-8491-JSR and 10-ap-4482 (Bankr) | Ellenoff Grossman & Schole LLP<br>Ted Poretz<br>tporetz@egsllp.com |
| 369. | *Picard v. Pergament Equities LLC* | 12-cv-02153-JSR | Holland & Knight LLP<br>H. Barry Vasios<br>(barry.vasios@hklaw.com)<br>Barbra R. Parlin<br>(barbra.parlin@hklaw.com) |
| 370. | *Picard v. Barbara Kotlikoff Harman* | 12-cv-02155-JSR | Stroock & Stroock & Lavan, LLP<br>Melvin A. Brosterman<br>(mbrosterman@stroock.com)<br>Danielle Alfonzo Walsman<br>(dwalsman@stroock.com)<br>Christopher Guhin<br>(cguhin@stroock.com)<br>Michele L. Pahmer<br>(mpahmer@stroock.com) |
| 371. | *Picard v. Amy R. Roth* | 12-cv-02156-JSR | Stroock & Stroock & Lavan, LLP<br>Melvin A. Brosterman<br>(mbrosterman@stroock.com)<br>Danielle Alfonzo Walsman<br>(dwalsman@stroock.com)<br>Christopher Guhin<br>(cguhin@stroock.com) |

| | | | Michele L. Pahmer (mpahmer@stroock.com) |
|---|---|---|---|
| 372. | *Picard v. Benjamin W. Roth and Marion B. Roth* | 12-cv-02157-JSR | Stroock & Stroock & Lavan, LLP Melvin A. Brosterman (mbrosterman@stroock.com) Danielle Alfonzo Walsman (dwalsman@stroock.com) Christopher Guhin (cguhin@stroock.com) Michele L. Pahmer (mpahmer@stroock.com) |
| 373. | *Picard v. The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al.* | 12-cv-02158-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 374. | *Picard v. Glenhaven Limited and Mathew L. Gladstein* | 12-cv-02159-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 375. | *Picard v. Sandy Sandler* | 12-cv-02160-JSR (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 376. | *Picard v. Milton Goldworth* | 12-cv-02226-JSR | Fulbright & Jaworski LLP David L. Barrack (dbarrack@fulbright.com) David A. Rosenzweig (drosenzweig@fulbright.com) |
| 377. | *Picard v. Keystone Electronics Corp. Employee Profit Sharing Trust, et al* | 12-cv-02228-AKH | Fox Rothschild LLP Keith Ryan McMurdy (kmcmurdy@foxrothschild.com) |
| 378. | *Picard v. Marjorie Most* | 12-cv-02278-JSR | Stim & Warmuth, P.C. Paula J. Warmuth (pjw@stim-warmuth.com) Glenn P. Warmuth (gpw@stim-warmuth.com) |

| 379. | *Picard v. Michael Most* | 12-cv-02279-JSR | Stim & Warmuth, P.C.<br>Paula J. Warmuth<br>(pjw@stim-warmuth.com)<br>Glenn P. Warmuth<br>(gpw@stim-warmuth.com) |
|---|---|---|---|
| 380. | *Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al.* | 12-cv-02309-JSR | Bruce S. Schaeffer<br>(bruce.schaeffer@gmail.com) |
| 381. | *Picard v. Estate of Muriel Lederman, et al.* | 12-cv-02312-JSR | Stroock & Stroock & Lavan, LLP<br>Melvin A. Brosterman<br>(mbrosterman@stroock.com)<br>Danielle Alfonzo Walsman<br>(dwalsman@stroock.com)<br>Christopher Guhin<br>(cguhin@stroock.com)<br>Michele L. Pahmer<br>(mpahmer@stroock.com)<br><br>Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka<br>(efrejka@kramerlevin.com)<br>Philip Bentley<br>(pbentley@kramerlevin.com) |
| 382. | *Picard v. M. Harvey Rubin Trust of 11/11/92, et al.* | 12-cv-02314-JSR | Weisman Celler Spett & Modlin, P.C.<br>Kenneth A. Hicks<br>(khicks@wcsm445.com)<br>John B. Sherman<br>(jsherman@wcsm445.com) |
| 383. | *Picard v. Joan Roman* [Amended Motion to Withdraw] | 12-cv-02315-JSR | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(Hchaitman@beckerny.com) |
| 384. | *Picard v. S&P Associates* [Amended Motion to Withdraw] | 12-cv-02316-JSR | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(Hchaitman@beckerny.com) |
| 385. | *Picard v. P&S Associates* [Amended Motion to | 12-cv-02317-JSR | Becker & Poliakoff LLP<br>Helen Davis Chaitman |

| | | | (Hchaitman@beckerny.com) |
|---|---|---|---|
| 386. | *Picard v. Robert Roman* [Amended Motion to Withdraw] | 12-cv-02318-JSR | Becker & Poliakoff LLP Helen Davis Chaitman (Hchaitman@beckerny.com) |
| 387. | *Picard v. Barbara S. Gross 2006 Grat, et al* | 12-cv-02337-JSR | Moses & Singer LLP Mark N. Parry (mparry@mosessinger.com) |
| 388. | *Picard v. L&I Investments, LLC* | 12-cv-02338-JSR | Moses & Singer LLP Mark N. Parry (mparry@mosessinger.com) |
| 389. | *Picard v. Steven E. Leber Charitable Remainer Unitrust, et al* | 12-cv-02339-JSR | Moses & Singer LLP Mark N. Parry (mparry@mosessinger.com) |
| 390. | *Picard v. Walter J. Gross Revocable Trust, et al.* | 12-cv-02340-JSR | Moses & Singer LLP Mark N. Parry (mparry@mosessinger.com) |
| 391. | *Picard v. Shum Family Partnership III, LP, et al.* | 12-cv-02342-JSR | Moses & Singer LLP Mark N. Parry (mparry@mosessinger.com) |
| 392. | *Picard v. Estate of Richard L. Cash, et al.* | 12-cv-02344-JSR | Katsky Korins LLP Robert A. Abrams (rabrams@katskykorins.com) |
| 393. | *Picard v. Freda Epstein Revocable Trust, et al.* | 12-cv-02345-JSR | Katsky Korins LLP Robert A. Abrams (rabrams@katskykorins.com) |
| 394. | *Picard v. Gladys Cash, et al.* | 12-cv-02346-JSR | Katsky Korins LLP Robert A. Abrams (rabrams@katskykorins.com) |
| 395. | *Picard v. S.H. & Helen R. Scheuer Family Foundation, Inc.* | 12-cv-02348-JSR | Katsky Korins LLP Robert A. Abrams (rabrams@katskykorins.com) |
| 396. | *Picard v. Ronald Eisenberg 1995 Continuing Trust, et al.* | 12-cv-02352-JSR | Proskauer Rose LLP Richard L. Spinogatti (rspinogatti@proskauer.com) |

| 397. | *Picard v. Isaac Blech* | 12-cv-02353-JSR | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
|------|------------------------|-----------------|---------------------------|
| 398. | *Picard v. Calesa Associates, et al* | 12-cv-02366-JSR | Latham & Watkins LLP<br>Robert J. Rosenberg<br>(robert.rosenberg@lw.com)<br>Michael J. Riela<br>(michael.riela@lw.com) |
| 399. | *Picard v. Second Act Associates, L.P., et al.* | 12-cv-02367-JSR | Sanders Ortoli Vaughn-Flam Rosenstadt LLP<br>Jeremy B. Kaplan<br>(jk@sovrlaw.com) |
| 400. | *Picard v. Jay Gaines & Co., Inc. Profit Sharing Plan, et al* | 12-cv-02370-JSR | Sills, Cummins, & Gross P.C.<br>George R. Hirsch<br>(ghirsch@sillscummis.com) |
| 401. | *Picard v. The Arthur and Rochelle Belfer Foundation, Inc., et al.* | 12-cv-02372-JSR | Schlam Stone & Dolan LLP<br>Richard H. Dolan<br>(rhd@schlamstone.com)<br>Bennette D. Kramer<br>(bdk@schlamstone.com) |
| 402. | *Picard v. Estate of Maurice U. Rosenfeld A/K/A Maurice Rosenfield , et al* | 12-cv-02374-JSR | Bryan Cave LLP<br>Thomas J. Schell<br>(tjschell@bryancave.com)<br><br>J.L. Saffer, P.C.<br>Jennifer L. Saffer<br>(jlsaffer@jlsaffer.com) |
| 403. | *Picard v. The Estate of Sarah E. Pearce, et al.* | 12-cv-02375-JSR | Bryan Cave LLP<br>Thomas J. Schell<br>(tjschell@bryancave.com) |
| 404. | *Picard v. Eli N. Budd* | 12-cv-02376-JSR | McClay Alton, P.L.L.P.<br>(law@mcclay-alton.com) |
| 405. | *Picard v. James B. Pinto Revocable Trust U/A dtd 12/1/03, et al.* | 12-cv-02377-JSR | McClay Alton, P.L.L.P.<br>(law@mcclay-alton.com) |

| 406. | *Picard v. Amy Pinto Lome Revocable Trust, U/A Dtd 5/22/0, et al.* | 12-cv-02378-JSR | McClay Alton, P.L.L.P. (law@mcclay-alton.com) |
|------|------|------|------|
| 407. | *Picard v. Robert Nystrom* | 12-cv-02403-JSR | Friedman Kaplan Seiler & Adelman LLP; Clayman & Rosenberg LLP<br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com)<br><br>Clayman & Rosenberg LLP<br>Seth L. Rosenberg<br>(rosenberg@clayro.com)<br>Brian D. Linder<br>(linder@clayro.com) |
| 408. | *Picard v. Jeffrey Hinte* | 12-cv-02404-JSR | Martin J. Auerbach; Zuckerman Spaeder LLP; Friedman Kaplan Seiler & Adelman LLP<br>(auerbach@mjaesq.com)<br><br>Zuckerman Spaeder LLP<br>Laura E. Neish<br>(lneish@zuckerman.com)<br><br>Friedman Kaplan Seiler & Adelman LLP<br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Kizzy L. Jarashow<br>(kjarashow@fklaw.com) |
| 409. | *Picard v. Kostin Company, et al.* | 12cv-02409-JSR | Morgan, Lewis & Bockius LLP<br>Bernard J. Garbutt III<br>(bgarbutt@morganlewis.com)<br>Menachem O. Zelmanovitz<br>(mzelmanovitz@morganlewis.com)<br>Andrew D. Gottfried<br>(agottfried@morganlewis.com) |

| 410. | *Picard v. P.B. Robco, Inc.* | 12-cv-02410 (Joined *Picard v. Abel* 11-cv-07766) | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(Hchaitman@beckerny.com) |
|---|---|---|---|
| 411. | *Picard v. Estate of William E. Sorrel, et al* | 12-cv-02411-JSR | Rosenfeld & Kaplan, LLP<br>Tab K. Rosenfeld<br>(tab@rosenfeldlaw.com)<br>Steven Kaplan<br>(steve@rosenfeldlaw.com) |
| 412. | *Picard v. Rita Sorrel* | 12-cv-02412-JSR | Rosenfeld & Kaplan, LLP<br>Tab K. Rosenfeld<br>(tab@rosenfeldlaw.com)<br>Steven Kaplan<br>(steve@rosenfeldlaw.com) |
| 413. | *Picard v. Buffalo Laborers' Pension Fund, et al.* | 12-cv-02413-JSR | Proskauer Rose LLP<br>(rspinogatti@proskauer.com) |
| 414. | *Picard v. Nancy Portnoy* | 12-cv-02414-JSR | Kostelanetz & Fink LLP<br>Brian C. Wille<br>(bwille@kflaw.com)<br>Christopher M. Ferguson<br>(cferguson@kflaw.com) |
| 415. | *Picard v. Milton Davis Non-Exempt Marital Trust U/A 12/13/84, et al.* | 12-cv-02415-JSR | Whiteford Taylor & Preston LLP; Levin & Gann, P.A.<br>Brent C. Strickland<br>(bstrickland@wtplaw.com)<br>Paul M. Nussbaum<br>(pnussbaum@wtplaw.com)<br>Kenneth Oestreicher<br>(koestreicher@wtplaw.com)<br><br>Levin & Gann, P.A.<br>Stanford G. Gann, Sr.<br>(sgann@levingann.com) |
| 416. | *Picard v. G. Bruce Lifton* | 12-cv-02416-JSR | Meyer, Suozzi, English & Klein, P.C.<br>Alan Evan Marder<br>(amarder@msek.com) |

| 417. | *Picard v. The Judie Lifton 1996 Revocable Trust DTD 9/5/1996, et al* | 12-cv-02417-JSR | Meyer, Suozzi, English & Klein, P.C<br>Alan Evan Marder<br>(amarder@msek.com) |
|---|---|---|---|
| 418. | *Picard v. Steven J. Lifton* | 12-cv-02420-JSR | Meyer, Suozzi, English & Klein, P.C.<br>Alan Evan Marder<br>(amarder@msek.com) |
| 419. | *Picard v. Estate of John Y. Seskis, et al.* | 12-cv-02427-JSR | Sills Cummis & Gross, P.C.<br>Kenneth R. Schachter<br>(kschachter@sillscummis.com)<br>Lori K. Sapir<br>(lsapir@sillscummis.com) |
| 420. | *Picard v. Fab Industries, Inc., et al* | 12-cv-02428-JSR | Sills Cummis & Gross, P.C.<br>Kenneth R. Schachter<br>(kschachter@sillscummis.com)<br>Lori K. Sapir<br>(lsapir@sillscummis.com) |
| 421. | *Picard v. Lehrer et al.* (Neal Goldman and Linda Sohn) | 12-cv-02429-JSR | Mintz & Gold LLP<br>Terence W. McCormick<br>(*mccormick@mintzandgold.com* ) |
| 422. | *Picard v. Estate of Doris M. Pearlman, et al* | 12-cv-02433-JSR | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Joanne M. Hepburn<br>(Joanne.hepburn@klgates.com) |
| 423. | *Picard v. Citrus Investment Holdings Ltd.* | 12-cv-02435-JSR | Latham & Watkins LLP<br>Michael J. Riela<br>(Michael.riela@lw.com) |
| 424. | *Picard v. Dorothy Ervolino* | 12-cv-02444-JSR | Otterbourg, Steindler, Houston, & Rosen P.C.<br>Richard Gerard Haddad<br>(rhaddad@oshr.com) |
| 425. | *Picard v. Estate of Richard M. Stark, et al.* | 12-cv-02445-JSR | Otterbourg, Steindler, Houston, & Rosen P.C.<br>Richard Gerard Haddad<br>(rhaddad@oshr.com) |
| 426. | *Picard v. Helene Saren-Lawrence* | 12-cv-02448-JSR | Herrick, Feinstein LLP<br>Joshua J. Angel<br>(jangel@herrick.com) |

| | | | Frederick E. Schmidt, Jr. (eschmidt@herrick.com) |
|---|---|---|---|
| 427. | *Picard v. The JP Group, et al.* | 12-cv-02449-JSR | Herrick, Feinstein LLP Joshua J. Angel (jangel@herrick.com) Frederick E. Schmidt, Jr. (eschmidt@herrick.com) |
| 428. | *Picard v. Weithorn/Casper Associates for Selected Holdings, LLC, et al.* | 12-cv-02450-JSR | Becker, Glynn, Melamed & Muffly LLP Chester B. Salomon (csalomon@beckerglynn.com) Alec P. Ostrow (aostrow@beckerglynn.com) |
| 429. | *Picard v. Bennett M. Berman Trust, et al.* | 12-cv-02451-JSR | Goodwin Procter LLP Daniel M. Glosband (dglosband@goodwinprocter.com) Larkin M. Morton (lmorton@goodwinprocter.com) Christopher Newcomb (cnewcomb@goodwinprocter.com)  Proskauer Rose LLP Richard L. Spinogatti (rspinogatti@proskauer.com) |
| 430. | *Picard v. DOS BFS Family Partnership II, L.P., et al.* | 12-cv-02453-JSR | Westerman Ball Ederer Miller & Sharfstein LLP John Westerman (jwesterman@westermanllp.com) Mickee Hennessy (mhennessy@westermanllp.com) |
| 431. | *Picard v. Lehrer, et al.* (moving parties Fischer Defendants) | 12-cv-02458 –JSR (Joined to *Picard v. Goldman and Sohn* 12-cv-02429) | Mintz & Gold LLP Steven G. Mintz (mintz@mintzandgold.com) Terence W. McCormick (McCormick@mintzandgold.com) Daniel K. Wiis (wiig@mintzandgold.com) |

| 432. | *Picard v. Thomas L. Stark, et al.* | 12-cv-02465-JSR | Otterbourg, Steindler, Houston, & Rosen P.C.<br>Richard Gerard Haddad<br>rhaddad@oshr.com |
|------|-----|-----|-----|
| 433. | *Picard v. Lebanese American University* | 12-cv-02476-JSR | Wilmer Cutler Pickering Hale and Dorr LLP<br>Philip David Anker<br>(philip.anker@wilmerhale.com) |
| 434. | *Picard v. Carl Glick* | 12-cv-02477-JSR | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon<br>(csalomon@beckerglynn.com)<br>Alec P. Ostrow<br>(aostrow@beckerglynn.com) |
| 435. | *Picard v. Lexington Capital Partners, L.P., et al* | 12-cv-02478-JSR | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon<br>(csalomon@beckerglynn.com)<br>Alec P. Ostrow<br>(aostrow@beckerglynn.com) |
| 436. | *Picard v. Prospect Capital Partners, et al.* | 12-cv-02479-JSR | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon<br>(csalomon@beckerglynn.com)<br>Alec P. Ostrow<br>(aostrow@beckerglynn.com) |
| 437. | *Picard v. David T. Washburn* | 12-cv-02480-JSR | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon<br>(csalomon@beckerglynn.com)<br>Alec P. Ostrow<br>(aostrow@beckerglynn.com) |
| 438. | *Picard v. Bridge Holidays, LLC Defined Benefit Pension Plan, et al* | 12-cv-02484-JSR | Cravath, Swaine, & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 439. | *Picard v. RMGF Ltd. Partnership, et al.* | 12-cv-02491-JSR | Seyfarth Shaw LLP<br>William L. Prickett<br>(wprickett@seyfarth.com)<br>Ryan A. Malloy<br>(rmalloy@seyfarth.com) |

| 440. | *Picard v. William Jay Cohen, et al.* | 12-cv-02492-JSR | Shapiro Haber & Urmy LLP<br>Charles E. Tompkins<br>(ctompkins@shulaw.com)<br>Thomas G. Shapiro<br>(tshapiro@shulaw.com)<br>Michelle H. Blauner<br>(mblauner@shulaw.com) |
| 441. | *Picard v. Arthur Kepes Unified Credit Shelter Trust, et al.* | 12-cv-02507-JSR | Frank Haron Weiner PLC<br>Laevin J Weiner<br>(jweiner@fhwnlaw.com)<br>Michael J Hamblin<br>(mhamblin@fhwnlaw.com) |
| 442. | *Picard v. Irene Kepes Revocable Trust Restated UA dtd 5/22/00, et al.* | 12-cv-02508-JSR | Frank Haron Weiner PLC<br>Laevin J Weiner<br>(jweiner@fhwnlaw.com)<br>Michael J Hamblin<br>(mhamblin@fhwnlaw.com) |
| 443. | *Picard v. James Lowrey, et al.* | 12-cv-02510-JSR | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Laura Clinton<br>(laura.clinton@klgates.com)<br>Martha Rodriguez Lopez<br>(martha.rodriguezlopez@klgates.com) |
| 444. | *Picard v. Chris Lazarides* | 12-cv-02511-JSR | Gibbons P.C.<br>Michael S. O'Reilly<br>(moreilly@gibbonslaw.com)<br>Nick P. Christopher<br>(Christopher@gibbonslaw.com) |
| 445. | *Picard v. Stuart J. Rabin* | 12-cv-02512-JSR | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Robert Honeywell<br>(robert.honeywell@klgates.com) |
| 446. | *Picard v. Morris Blum Living Trust, et al* | 12-cv-02513-JSR | K&L Gates LLP<br>Richard A. Kirby |

| | | | (richard.kirby@klgates.com) Laura Clinton (laura.clinton@klgates.com) Martha Rodriguez Lopez (martha.rodriguezlopez@klgates.com) |
|---|---|---|---|
| 447. | *Picard v. Albert D. Angel, et al.* | 12-cv-02522-JSR | Skoloff & Wolfe, P.C. Jonathan W. Wolfe (jwolfe@skoloffwolfe.com) Barbara A. Schweiger (bschweiger@skoloffwolfe.com) |
| 448. | *Picard v. Katz Group Limited Partnership, et al.* | 12-cv-02523-JSR | Becker Meisel LLP Stacey L. Meisel (slmeisel@beckermeisel.com) Lauren E. Hannon (lhannon@beckermeisel.com) |
| 449. | *Picard v. Estate of Syril Seiden, et al* | 12-cv-02524-JSR | Milber Makris Plousadis & Seiden, LLP Leonardo D'Alessandro (ldalessandro@milbermakris.com) Marisa Laura Lanza (mlanza@milbermakris.com) |
| 450. | *Picard v. Trust 'A' U/W/G Hurwitz, et al.* | 12-cv-02525-JSR | Greenberg Traurig Maria J. DiConza (diconzam@gtlaw.com) David G. Barger (bargerd@gtlaw.com) |
| 451. | *Picard v. Allan R. Hurwitz, et al.* | 12-cv-02526-JSR | Greenberg Traurig Maria J. DiConza (diconzam@gtlaw.com) David G. Barger (bargerd@gtlaw.com) |
| 452. | *Picard v. Brandi Hurwitz, et al.* | 12-cv-02527-JSR | Greenberg Traurig Maria J. DiConza (diconzam@gtlaw.com) David G. Barger (bargerd@gtlaw.com) |

| 453. | *Picard v. The June Bonyor Revocable Trust Restated UA dtd 5/22/00, et al* | 12-cv-02528-JSR | Greenberg Traurig Maria J. DiConza (diconzam@gtlaw.com) David G. Barger (bargerd@gtlaw.com) |
|------|------|------|------|
| 454. | *Picard v. Ted Goldberg, et al.* | 12-cv-02567-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 455. | *Picard v. O.D.D. Investment, L.P., D.D.O., Inc., et al.* | 12-cv-02568-JSR | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 456. | *Picard v. Kenneth H. Landis* | 12-cv-02569-JSR | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 457. | *Picard v. Helene Juliette Feffer* | 12-cv-02571-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 458. | *Picard v. Gloria Landis, et al.* | 12-cv-02572-JSR | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 459. | *Picard v. Frances Levey Revocable Living Trust, et al.* | 12-cv-02573-JSR | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 460. | *Picard v. Carole Kasbar Bulman* | 12-cv-02574-JSR | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |

| 461. | *Picard v. Arlene F. Silna Altman* | 12-cv-02575-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
|------|------|------|------|
| 462. | *Picard v. Aaron D. Levey Revocable Living Trust, et al.* (Bankr. Dkt. No. 10-05441) | 12-cv-02576-JSR | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 463. | *Picard v. Aaron D. Levey Revocable Living Trust, et al.* (Bankr. Dkt. No. 10-04894) | 12-cv-02577-JSR | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 464. | *Picard v. Lehrer et al.* (moving party Elaine S. Stein and the Elaine Stein Revocable Trust) | 12-cv-02578-JSR; Moved to join in *Picard v. Goldstein*, Adv Pro. No. 10-4482 and *Picard v. Lehrer*, 11-cv-8679. | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Douglas L. Furth<br>dfurth@golenbock.com<br>Michael S. Weinstein<br>mweinstein@golenbock.com |
| 465. | *Picard v. Stein* | 12-cv-02579-JSR; Moved to join in *Picard v. Goldstein*, Adv Pro. No. 10-4482 and *Picard v. Lehrer*, 11-cv-8679. | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Douglas L. Furth<br>dfurth@golenbock.com<br>Michael S. Weinstein<br>mweinstein@golenbock.com |
| 466. | *Picard v. ABG Partners, et al.* | 12-cv-02582-JSR | Goulston & Storrs, P.C.<br>James F Wallack<br>(jwallack@goulstonstorrs.com) |
| 467. | *Picard v. Andrew H. Cohen* | 12-cv-02583-JSR | Lewis & McKenna<br>Paul Z. Lewis<br>(plewis@lewismckenna.com) |
| 468. | *Picard v. Hope W. Levene* | 12-cv-02585-JSR | Sullivan & Cromwell LLP<br>Jeffrey T. Scott<br>(scottj@sullcrom.com)<br>Patrick B. Berarducci<br>(fritschj@sullcrom.com) |
| 469. | *Picard v. Freda Epstein Revocable Trust, et al.* | 12-cv-02586-JSR | Sullivan & Cromwell LLP<br>Jeffrey T. Scott |

|  |  |  | (scottj@sullcrom.com)<br>Patrick B. Berarducci<br>(berarduccip@sullcrom.com) |
|---|---|---|---|
| 470. | *Picard v. Weiner Investments, L.P., et al.* | 12-cv-02617-JSR | Manion McDonough & Lucas, P.C.<br>James R. Walker<br>(jwalker@mmlpc.com) |
| 471. | *Picard v. Woodland Partners, L.P, et al.* | 12-cv-02618-JSR | Manion McDonough & Lucas, P.C.<br>James R. Walker<br>(jwalker@mmlpc.com) |
| 472. | *Picard v. Estate of Ella N. Waxberg, et al.* | 12-cv-02620-JSR | Frank, White-Boyd, PA<br>Julianne R. Frank<br>(jrfbnk@gmail.com) |
| 473. | *Picard v. Stefanelli Investors Group, et al* (Bankr. Dkt No. 10-05255; Joan L. Apisa & Danielle L. D'Esposito – Moving Party) | 12-cv-02621-JSR | Law Office of Scott A. Steinberg<br>Scott A. Steinberg<br><br>(ssteinberg@saslawfirm.net)<br>Michael Harrison, Esq.<br>(harrisonm@optonline.net) |
| 474. | *Picard v. Nine Thirty LL Investments, LLC, et al* | 12-cv-02622-JSR | Wolff & Samson, PC; Sperling & Slater P.C.<br>Ronald L. Israel<br>(risrael@wolffsamson.com)<br><br>Sperling & Slater P.C.<br>Michael G. Dickler<br>(mdickler@sperling-law.com) |
| 475. | *Picard v. Doris Glantz Living Trust, et al* | 12-cv-02637-JSR (Berger Joined to Co-Defendant Harrington 12-cv-02801) | K&L Gates LLP<br>Richard A. Kirby<br>(richard.kirby@klgates.com)<br>Laura K. Clinton |
| 476. | *Picard v. Lakeview Hedging Fund, LP, et al.* | 12-cv-02642-JSR | Wollmuth Maher & Deutsch LLP<br>David H. Wollmuth<br>(dwollmuth@wmd-law.com)<br>Michael P. Burke<br>(mburke@wmd-law.com) |
| 477. | *Picard v. Samuel-David Associates, Ltd., et al.* | 12-cv-02644-JSR | Cromwell & Moring LLP<br>Mark S. Lichtenstein |

| | | | (mlichtenstein@crowell.com)<br>Steven B. Eichel<br>(seichel@crowell.com)<br><br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>Linda S. LaRue<br>(llarue@qslwm.com) |
|---|---|---|---|
| 478. | *Picard v. Joan Wachtler* | 12-cv-02663-JSR | Mitchell Silberberg & Knupp LLP<br>Lauren J. Wachtler<br>(ljw@msk.com) |
| 479. | *Picard v. Sol Wachtler* | 12-cv-02664-JSR | Mitchell Silberberg & Knupp LLP<br>Lauren J. Wachtler<br>(ljw@msk.com) |
| 480. | *Picard v. CEH Limited Partnership, et al* | 12-cv-02713-JSR | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com)<br>Martin B. Shulkin<br>(MBShulkin@duanemorris.com)<br>Paul D. Moore<br>(PDMoore@duanemorris.com)<br>Jeffrey D. Sternklar<br>(JDSternklar@duanemorris.com)<br>William Heuer<br>(wheuer@duanemorris.com) |
| 481. | *Picard v. PGC Limited Partnership, et al* | 12-cv-02714-JSR | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com)<br>Martin B. Shulkin<br>(MBShulkin@duanemorris.com)<br>Paul D. Moore<br>(PDMoore@duanemorris.com)<br>Jeffrey D. Sternklar<br>(JDSternklar@duanemorris.com)<br>William Heuer<br>(wheuer@duanemorris.com) |

08-01789-c-smg   Doc 6803   Filed 06/02/14   Entered 06/02/14 21:27:45   Main Document
Case 1:12-mc-00115-JSR   Document 100   Filed 06/16/12   Page 86 of 90
Pg 134 of 150

| 482. | *Picard v. Peter G. Chernis Revocable Trust Dtd 1/16/87, as amended, et al.* | 12-cv-02715-JSR | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com)<br>Martin B. Shulkin<br>(MBShulkin@duanemorris.com)<br>Paul D. Moore<br>(PDMoore@duanemorris.com)<br>Jeffrey D. Sternklar<br>(JDSternklar@duanemorris.com)<br>William Heuer<br>(wheuer@duanemorris.com) |
| --- | --- | --- | --- |
| 483. | *Picard v. Marilyn Chernis Revocable Trust, et al* | 12-cv-02716-JSR | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com)<br>Martin B. Shulkin<br>(MBShulkin@duanemorris.com)<br>Paul D. Moore<br>(PDMoore@duanemorris.com)<br>Jeffrey D. Sternklar<br>(JDSternklar@duanemorris.com)<br>William Heuer<br>(wheuer@duanemorris.com) |
| 484. | *Picard v. Picard v. Chernis Family Living Trust (2004)* | 12-cv-02717-JSR | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com)<br>Martin B. Shulkin<br>(MBShulkin@duanemorris.com)<br>Paul D. Moore<br>(PDMoore@duanemorris.com)<br>Jeffrey D. Sternklar<br>(JDSternklar@duanemorris.com)<br>William Heuer<br>(wheuer@duanemorris.com) |
| 485. | *Picard v. Robyn G. Chernis Irrevocable Trust u/d/t 7/4/93* | 12-cv-02718-JSR | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com) |

| | | | |
|---|---|---|---|
| | | | Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |
| 486. | *Picard v. Ryan Eyges Trust Dtd 12/26/96, et al* | 12-cv-02719-JSR | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |
| 487. | *Picard v. Samantha C. Eyges Trust U/A/D 4/19/02, et al.* | 12-cv-02720-JSR | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |
| 488. | *Picard v. Evelyn Chernis Irrevocable Trust Agreement For Samantha Eyges Dtd October 6th 1986, et al* | 12-cv-02721-JSR | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore |

| | | | (PDMoore@duanemorris.com) |
| | | | Jeffrey D. Sternklar |
| | | | (JDSternklar@duanemorris.com) |
| | | | William Heuer |
| | | | (wheuer@duanemorris.com) |
| 489. | *Picard v. Picard v. Harmon Family Limited Partnership, et al* | 12-cv-02722-JSR | Duane Morris LLP |
| | | | Patricia Piskorski Heer |
| | | | (phheer@duanemorris.com) |
| | | | Martin B. Shulkin |
| | | | (MBShulkin@duanemorris.com) |
| | | | Paul D. Moore |
| | | | (PDMoore@duanemorris.com) |
| | | | Jeffrey D. Sternklar |
| | | | (JDSternklar@duanemorris.com) |
| | | | William Heuer |
| | | | (wheuer@duanemorris.com) |
| 490. | *Picard v. Alfred B. Reischer Trust, et al* | 12-cv-02723-JSR | Duane Morris LLP |
| | | | Patricia Piskorski Heer |
| | | | (phheer@duanemorris.com) |
| | | | Martin B. Shulkin |
| | | | (MBShulkin@duanemorris.com) |
| | | | Paul D. Moore |
| | | | (PDMoore@duanemorris.com) |
| | | | Jeffrey D. Sternklar |
| | | | (JDSternklar@duanemorris.com) |
| | | | William Heuer |
| | | | (wheuer@duanemorris.com) |
| 491. | *Picard v. Residuary Trust for Phyllis Reischer under the Amended & Restated Indenture of Trust dated 8/8/01, et al* | 12-cv-02724-JSR | Duane Morris LLP |
| | | | Patricia Piskorski Heer |
| | | | (phheer@duanemorris.com) |
| | | | Martin B. Shulkin |
| | | | (MBShulkin@duanemorris.com) |
| | | | Paul D. Moore |
| | | | (PDMoore@duanemorris.com) |
| | | | Jeffrey D. Sternklar |
| | | | (JDSternklar@duanemorris.com) |

Case 1:12-mc-00115-JSR Document 106 Filed 03/16/12 Page 89 of 92

| | | | |
|---|---|---|---|
| | | | William Heuer (wheuer@duanemorris.com) |
| 492. | *Picard v. Douglas Shapiro* | 12-cv-02725-JSR | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |
| 493. | *Picard v. Magnus A. Unflat, et al* | 12-cv-02726-JSR | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |
| 494. | *Picard v. G.R.A.M. Limited Partnership, et al* | 12-cv-02727-JSR | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |

| 495. | *Picard v. Matthew R. Kornreich, et al.* | 12-cv-02750-JSR | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
|---|---|---|---|
| 496. | *Picard v. JD Partners LLC, et al.* | 12-cv-02755-JSR | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Heath D. Rosenblat<br>(hrosenblat@kslaw.com) |
| 497. | *Picard vs. America Israel Cultural Foundation, Inc* | 12-cv-02756-JSR | SNR Denton US LLP<br>Jonathan Goldberg<br>(jonathan.goldberg@snrdenton.com)<br>Carole Neville<br>(carole.neville@snrdenton.com) |
| 498. | *Picard v. HSD Investments, L.P., et al* | 12-cv-02757-JSR | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Michael A. Bartelstone<br>(mbartelstone@kslaw.com) |
| 499. | *Picard v. Doris Glantz Living Trust, et al* | 12-cv-02758-JSR (Brenner and Doris Glantz Living Trust joined to Harrington 12-cv-02801) | Meltzer, Lippe, Goldstein & Breitsone, LLP<br>Sally M. Donahue<br>(sdonahue@meltzerlippe.com) |
| 500. | *Picard vs. RKD Investments, L.P, et al.* | 12-cv-02759-JSR | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Michael A. Bartelstone<br>(mbartelstone@kslaw.com) |
| 501. | *Picard v. Macher Family Partnership, et al.* | 12-cv-02779-JSR | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha<br>(bhanyc@gmail.com) |
| 502. | *Picard v. Stephen H. Stern* | 12-cv-02780-JSR | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com) |

| | | | Bryan Ha (bhanyc@gmail.com) |
|---|---|---|---|
| 503. | *Picard v. Dahme Family Bypass Testamentary Trust Dated 10/27/76, et al* | 12-cv-02781-JSR | Law Office of Richard E. Signorelli Richard E. Signorelli (rsignorelli@nyclitigator.com) Bryan Ha (bhanyc@gmail.com) |
| 504. | *Picard v. The Lustig Family 1990 Trust, et al* | 12-cv-02782-JSR | Law Office of Richard E. Signorelli Richard E. Signorelli (rsignorelli@nyclitigator.com) Bryan Ha (bhanyc@gmail.com) |
| 505. | *Picard v. David Ivan Lustig* | 12-cv-02783-JSR | Law Office of Richard E. Signorelli Richard E. Signorelli (rsignorelli@nyclitigator.com) Bryan Ha (bhanyc@gmail.com) |
| 506. | *Picard v. Liselotte J. Leeds Lifetime Trust* | 12-cv-02784-JSR | Dow Lohnes PPLC Leslie H. Wiesenfelder (lwiesenfelder@dowlohnes.com) Brent Olson (bolson@dowlohnes.com) Michael Hays (mhays@dowlohnes.com) Daniel Prichard (dprichard@dowlohnes.com) |
| 507. | *Picard v. Michael S. Leeds, et al.* | 12-cv-02785-JSR | Dow Lohnes PPLC Leslie H. Wiesenfelder (lwiesenfelder@dowlohnes.com) Brent Olson (bolson@dowlohnes.com) Michael Hays (mhays@dowlohnes.com) Daniel Prichard (dprichard@dowlohnes.com) |

| 508. | *Picard vs. The Leeds Partnership, et al.* | 12-cv-02786-JSR | Dow Lohnes PPLC<br>Leslie H. Wiesenfelder<br>(lwiesenfelder@dowlohnes.com)<br>Brent Olson<br>(bolson@dowlohnes.com)<br>Michael Hays<br>(mhays@dowlohnes.com)<br>Daniel Prichard<br>(dprichard@dowlohnes.com) |
|---|---|---|---|
| 509. | *Picard v. MAF Associates, LLC, et al.* | 12-cv-02788-JSR | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Heath D. Rosenblat<br>(hrosenblat@kslaw.com) |
| 510. | *Picard v. Lisa Liebmann Adams* | 12-cv-02789-JSR | Day Pitney LLP<br>Helen Harris<br>(hharris@daypitney.com) |
| 511. | *Picard v. Estate of Ruth Schlesinger, et al* (Estate of Ruth Schlesinger and Marcia Schlesinger Roiff – Moving Parties) | 12-cv-02790-JSR | Foley Hoag LLP<br>Kenneth S. Leonetti<br>(kleonetti@foleyhoag.com) |
| 512. | *Picard v. 1998 William Gershen Revocable Trust, et al* | 12-cv-02791-JSR | Foley Hoag LLP<br>Kenneth S. Leonetti<br>(kleonetti@foleyhoag.com) |
| 513. | *Picard vs. Dawn Pascucci Barnard, et al.* | 12-cv-02792-JSR | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Heath D. Rosenblat<br>(hrosenblat@kslaw.com) |
| 514. | *Picard v. Herbert R. Goldenberg Revocable Trust, et al* | 12-cv-02793-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com) |

| | | | Brendan M. Scott (bscott@klestadt.com) Leonard, Street and Deinard Allen I Saeks (ais1548@leonard.com) Blake Shepard (blake.shepard@leonard.com) |
|---|---|---|---|
| 515. | *Picard v. Dean L. Greenberg* | 12-cv-02794-JSR; incorporates by reference (not through joinder) arguments and authorities from *Picard v. Greiff*, No. 11-03775; *Picard v. Katz*, No. 11-03605; *Picard v. Flinn Investments, LLC et al.*, __ F.Supp.2d ___, 2011 U.S. Dist. LEXIS 136627 (S.D.N.Y. 2011); *Picard v. Avellino et al.*, No. 11-03882; *Picard v. Maxam Absolute Return Fund L.P. et al.*, No. 11-07428 | Klestadt & Winters LLP Tracy L. Klestadt (tklestadt@klestadt.com) Brendan M. Scott (bscott@klestadt.com) Leonard, Street and Deinard Allen I Saeks (ais1548@leonard.com) Blake Shepard (blake.shepard@leonard.com) |
| 516. | *Picard v. Estate of Samuel Robert Roitenberg, et al.* | 12-cv-02795-JSR; incorporates by reference (not through joinder) arguments and authorities from *Picard v. Greiff*, No. 11-03775; *Picard v. Katz*, No. 11-03605; *Picard v. Flinn Investments, LLC et al.*, __ F.Supp.2d ___, 2011 U.S. Dist. LEXIS 136627 (S.D.N.Y. 2011); *Picard v. Avellino et al.*, No. 11-03882; *Picard v. Maxam Absolute Return Fund L.P. et al.*, No. 11-07428 | Klestadt & Winters LLP Tracy L. Klestadt (tklestadt@klestadt.com) Brendan M. Scott (bscott@klestadt.com) Leonard, Street and Deinard Allen I Saeks (ais1548@leonard.com) Blake Shepard (blake.shepard@leonard.com) |

| 517. | *Picard v. Sheldon Shaffer, et al.* | 12-cv-02796-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 518. | *Picard v. Sheldon Shaffer Trust Dtd 3/26/1996, et al.* | 12-cv-02797-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 519. | *Picard v. Sidney Ladin Revocable Trust Dated 12/30/96, et al.* | 12-cv-02798-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 520. | *Picard vs. Samuel Robinson* | 12-cv-02799-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com) |

| | | | Brendan M. Scott (bscott@klestadt.com) |
|---|---|---|---|
| 521. | *Picard v. Doris Glantz Living Trust, et al* | 12-cv-02801-JSR | Klestadt & Winters LLP Tracy L. Klestadt (tklestadt@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
| 522. | *Picard vs. The Estate of Doris Igoin, et al.* | 12-cv-02872-JSR | Kelley Drye & Warren LLP Jonathan K. Cooperman (Jcooperman@KelleyDrye.com) Seungwhan Kim (skim@kelleydrye.com) |
| 523. | *Picard vs. Burton R. Sax* | 12-cv-02873-JSR | Meltzer, Lippe, Goldstein & Breitsone, LLP Thomas J. McGowan (tmcgowan@meltzerlippe.com) |
| 524. | *Picard v. Sax-Bartels Associates, Limited Partnership* | 12-cv-02874-JSR | Meltzer, Lippe, Goldstein & Breitsone, LLP Pedram A. Tabibi (ptabibi@meltzerlippe.com) Sally M. Donahue (sdonahue@meltzerlippe.com) |
| 525. | *Picard vs. The 1995 Jack Parker Descendant Trust No. 1, et al.* | 12-cv-02875-JSR | Kasowitz, Benson, Torres, & Friedman LLP Marc E. Kasowitz (mkasowitz@kasowitz.com) Daniel J. Fetterman (dfetterman@kasowitz.com) David J. Mark (dmark@kasowitz.com) |
| 526. | *Picard vs. JRAG, LLC, et al.* | 12-cv-02876-JSR | Kasowitz, Benson, Torres, & Friedman LLP Marc E. Kasowitz (mkasowitz@kasowitz.com) Daniel J. Fetterman (dfetterman@kasowitz.com) David J. Mark (dmark@kasowitz.com) |
| 527. | *Picard v. The Article Fourth Non-Exempt Trust Created* | 12-cv-02879-JSR | Blank Rome LLP James V. Masella, III |

| | | | |
|---|---|---|---|
| | *Under the Leo M. Klein Trust Dated June 14, 1989 as Amended and Restated, et al.* | | (JMasella@BlankRome.com)<br>Anthony A. Mingione<br>(AMingione@BlankRome.com)<br>Ryan E. Cronin<br>(RCronin@BlankRome.com) |
| 528. | *Picard v. Howard Kaye* | 12-cv-02884-JSR | McClaughlin & Stern, LLP<br>Lee S. Shalov<br>(lshalov@mclaughlinstern.com)<br>Marc Rosenberg<br>(mrosenberg@mclaughlinstern.com) |
| 529. | *Picard v. Mildred S. Poland, et al* | 12-cv-02885-JSR | McClaughlin & Stern, LLP<br>Lee S. Shalov<br>(lshalov@mclaughlinstern.com)<br>Marc Rosenberg<br>(mrosenberg@mclaughlinstern.com) |
| 530. | *Picard v. Bernard Gordon, et al.* | 12-cv-02922-JSR | Ruskin Moscou Faltischeck, P.C.<br>Mark S. Mulholland<br>(mmulholland@rmfpc.com)<br>Thoams A. Telesca<br>(ttelesca@rmfpc.com) |
| 531. | *Picard vs. George E. Nadler* | 12-cv-02923-JSR | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll<br>(dcarroll@ingramllp.com)<br>Jennifer B. Schain<br>(jschain@ingramllp.com) |
| 532. | *Picard v. Janis Berman* | 12-cv-02924-JSR | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll<br>(dcarroll@ingramllp.com)<br>Jennifer B. Schain<br>(jschain@ingramllp.com) |
| 533. | *Picard vs. Candice Nadler Revocable Trust DTD 10/18/01, et al.* | 12-cv-02925-JSR | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll<br>(dcarroll@ingramllp.com)<br>Jennifer B. Schain<br>(jschain@ingramllp.com) |

| 534. | *Picard v. Paul L. Loeb Living Trust, et al* | 12-cv-02926-JSR | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com) |
|------|----------------------------------------------|-----------------|--------------------------------------------------------------------------------------|
| 535. | *Picard vs. Scott Gottlieb, et al.* | 12-cv-02931-JSR | Day Pitney LLP<br>Joshua W. Cohen<br>(jwcohen@daypitney.com) |
| 536. | *Picard v. PetcareRX, Inc.* | 12-cv-02932-JSR | Dickstein Shapiro LLP<br>Deborah A. Skakel<br>(Skakeld@dicksteinshapiro.com)<br>Shaya M. Berger<br>(bergers@dicksteinshapiro.com) |
| 537. | *Picard v. The Robert Auerbach Revocable Trust, et al.* | 12-cv-02975-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 538. | *Picard v. CRS Revocable Trust, et al.* | 12-cv-02976-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 539. | *Picard v. Robert S. Bernstein* | 12-cv-02977-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 540. | *Picard v. Gutmacher Enterprises, LP, et al* | 12-cv-02978-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 541. | *Picard v. The S. James Coppersmith Charitable Remainder Unitrust, et al.* | 12-cv-02979-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 542. | *Picard v. Radcliff Investments Limited, et al.* | 12-cv-02982-JSR | Clifford Chance US LLP<br>Jeff E. Butler<br>(jeff.butler@cliffordchance.com) |
| 543. | *Picard v. Amy Joel* | 12-cv-03100-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |

| 544. | *Picard v. Robert A. Luria, et al* | 12-cv-03101-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |
| 545. | *Picard v. Amy J. Luria, et al.* | 12-cv-03102-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |
| 546. | *Picard v. The Estate of Gladys C. Luria, et al.* | 12-cv-03104-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |
| 547. | *Picard v. Patricia Samuels, et al.* | 12-cv-03105-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |
| 548. | *Picard v. Sylvia Joel, et al.* | 12-cv-03106-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |
| 549. | *Picard vs. The LDP Corp. Profit Sharing Plan and Trust, et al.* | 12-cv-03107-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |
| 550. | *Picard v. Jeffrey Shankman* | 12-cv-03108-JSR | Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com) |

Case 1:12-mc-00115-JSR    Document 106    Filed 03/16/12    Page 99 of 99

| 551. | *Picard v. Stanley Plesent* | 12-cv-03403-JSR; adopts and incorporates *Picard v. Arthur M. Siskind*, 11-cv-8476-JSR and Adv. Pro. No. 10-4365 | Pro Se Defendant<br>24 Maple Avenue<br>Larchmont, NY 10538<br>914-834-8260<br>[No email address provided] |

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,             12-mc-0115 (JSR)

           v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.



In re:

MADOFF SECURITIES

PERTAINS TO:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,        Consolidated Case No.
                                           11-cv-7603 (JSR)

                Plaintiff,

           v.                                 ECF Case

IDA FISHMAN REVOCABLE TRUST, *et al.*,        **FINAL JUDGMENT DISMISSING**
                                          **CERTAIN CLAIMS**
                Defendants.

      This action came before the Court on motions to dismiss the complaints and amended

complaints in actions later consolidated for certain purposes under Case No. 12-mc-0115 (JSR).

The motions came on for hearing before the Court, and the Court issued, in Case No.

12-mc-0115 (JSR), an Order on April 27, 2012 (ECF No. 57) ("Dismissal Order"), an

Opinion and Order on April 30, 2012 (ECF No. 72), a Supplemental Opinion and Order on

1

May 15, 2012 (ECF No. 101), and a Consent Order Granting Certification Pursuant to Fed. R.
Civ. P. 54(b) for Entry of Final Judgment Dismissing Certain Claims and Actions on May 12,
2012 (ECF No. 101), which consolidated into Case No. 11-cv-7603 (JSR) (the "Fishman
Action") all of the pertinent actions listed in the exhibits to the Dismissal Order for
purposes of the entry of judgment dismissing the claims in those actions that sought avoidance
of: (1) preferences under section 547 of the Bankruptcy Code; (2) constructive fraudulent
transfers under section 548(a)(1)(B) of the Bankruptcy Code; and (3) actual and constructive
fraudulent transfers or fraudulent conveyances under provisions of the New York Debtor &
Creditor Law incorporated by section 544(b) of the Bankruptcy Code.

IT IS ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 54(b):

Defendants' motions to dismiss the complaints and amended complaints, as consolidated
in the Fishman Action for purposes of the entry of judgment and appeal, are granted with respect
to and to the extent of all of the claims that sought avoidance of: (1) preferences under section
547 of the Bankruptcy Code; (2) constructive fraudulent transfers under section 548(a)(1)(B) of
the Bankruptcy Code; and (3) actual and constructive fraudulent transfers or fraudulent
conveyances under provisions of the New York Debtor & Creditor Law incorporated by section
544(b) of the Bankruptcy Code, and such claims are dismissed.

Dated:   New York, New York
         5/22, 2012

                                              _____
                                              JED S. RAKOFF, U.S.D.J.

                                              ENTERED ON _____, 2012

                                              RUBY J. KRAJICEK
                                              Clerk of Court

                                              By:_____
                                                    Deputy Clerk

2