UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>STANLEY I. LEHRER, et al.,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 10-05259 (SMB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 2nd day of June, 2014, I caused a true and correct copy of the foregoing Answer of Defendants Neal M. Goldman ("Goldman"), Linda Sohn ("Sohn"), Trust U/W/O David L. Fisher, Trust U/T/A 8/20/90, and Evelyn Fisher, individually and in her capacity as Trustee for Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90 (the "Fisher Defendants," and together with Goldman and Sohn, "Defendants") to be served upon counsel of record for all parties to this action via filing on CM/ECF and by e-mail to those consenting to such service.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Terence W. McCormick
　　　　　　　　　　　　　　　　　　　　　　　Terence W. McCormick