Elliot G. Sagor
470 Park Avenue South
10th Floor North
New York, New York 10016
212-696-4848
sagor@mintzandgold.com
*Pro Se*

Hearing Date: June 19, 2014
Hearing Time: 10:00 A.M.
Objection Date: May 16, 2014

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :     Adv. Pro. No. 08-01789 (SMB)
                                         :
             Plaintiff-Applicant,        :     SIPA LIQUIDATION
       v.                                :     (Substantively Consolidated)
                                         :
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :   **DECLARATION OF ELLIOT G. SAGOR**
                                         :
             Defendant.                  :
------------------------------------------------------------
In re:                                   :
BERNARD L. MADOFF,                       :
                                         :
             Debtor.                     :
------------------------------------------------------------X

    **ELLIOT G. SAGOR,** declares under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an attorney at law admitted to practice in this Court and appearing in this matter representing myself. Attached to this Declaration is an Appendix of Documents to be considered in connection with the Elliot G. Sagor Memorandum of Law. The Appendix of Documents are true and correct copies associated with my accounts at BMLIS all of which documents were previously submitted to the Trustee except for possibly one document relating to Retirement Accounts, Inc.

2. The facts set forth on pages 1-8 of my accompanying Memorandum of Law are true to the best of my knowledge and belief.

Executed this 3rd day of June, 2014, at New York, New York.

*Elliot G. Sagor*

_____
Elliot G. Sagor