# EXHIBIT A

Elliot G. Sagor
166 Brite Avenue
Scarsdale, New York 10583
Business no. 212-918-3641

June 23, 2010

By Fedex

Irving H. Picard, Esq.
Trustee for Bernard Madoff
    Investment Securities LLC
Claims Processing Center
210 McKinney Avenue, Suite 800
Dallas, TX 75201

Re:    NTC & CO
       FBO Elliot G. Sagor  Account No. 1-S0437-3-0
       166 Brite Avenue
       New York, NY  10583

Dear Mr. Picard:

This is to augment my prior SIPC claim dated January 6, 2009. The January 6, 2009 claim showed that the start of my personal account in Madoff Investment Securities began with two account transfers from account 1L001330 in the amount of $640,682.00 on 2/22/01 and another $15,747.00 on 6/26/01 to my opening account, 1-S0437-3. I understood that was my "cash in" at the start for a total of **$656,429.00 in 2001**. See Exhibits A-B.

Thereafter, I contributed an additional **$184,067.82 in 2003** which cash contributions came from Merrill Lynch Trust accounts. These 2003 contributions originated from direct deductions from my law firm compensation which contributions had nothing to do with and did not pass through Bernard Madoff Investment Securities. Accordingly, I believed on January 6, 2009, the date of my SIPC submission, that my cash in my Madoff account was **$656,429.00 in 2001** plus **$184,067.82 in 2003** or a total of **$840,496.82.**

I have not taken any money from my Madoff account, 1-S0437-3-0. The only money that I received from any Madoff account was from 1L001330 which was fully transferred to my opening Madoff account, 1-S0437-3 on 2/22/01 and then on 6/26/01, as reflected in Exhibits A-B.

I am now advised that I should further document my contributions to the Squadron Ellenoff Plesent & Lehrer Defined Benefit Pension Plan which were invested with Bernard Madoff

Investment Securities LLC through an account associated with Stanley I. Lehrer & Stuart M. Stein, Joint Venture (ID 13-2923493) which was contributed to by a few of my former law partners at Squadron Ellenoff where I was a partner. I presume that account was 1L001330; it was from transfers from this account that I opened my own account in 2001. These contributions preceded the transfers to my account in 2001. I assume that the partnership identifying number associated with that account was 13 2923493, as reflected on my K-1, Exhibits C-G.

I understood that what was contributed by me was managed in a much larger omnibus account at Madoff (presumably IL001330) contributed to by some of my former law partners at the Squadron Ellenoff law firm. For example, my 2000 K-1, Exhibit C, shows that I had a balance of $640,682.00 at the end of the year, which **$640,682** balance is the same amount that Madoff Investment Securities credited me with when I opened an account there in my own name on 2/21/01 as reflected in Exhibit A, showing an opening balance of $640,682.00, the same amount on my 2000 K-1. I understood that my capital on my K-1 was being managed at Madoff Investment Securities in an omnibus account. See Exhibits C-G. I can provide additional K-1s for other years, but in those years I did not contribute anything to the omnibus account.

My cash contributions documented on my K-1's issued to me by the Squadron firm were as follows:

| K-1 1990 | $50,000 | Howard M. Squadron & Stanley I. Lehrer Joint Venture (Exhibit D) |
|---|---|---|
| K-1 1993 | $20,000 | Stanley I. Lehrer & Stuart M. Stein Joint Venture (Exhibit E) |
| K-1 1995 | $65,000 | Stanley I. Lehrer & Stuart M. Stein, Joint Venture (Exhibit F) |
| K-1 1997 | $40,000 | Stanley I. Lehrer & Stuart M. Stein, Joint Venture (Exhibit G) |
| Total | $175,000 | |

Thereafter, as previously documented in my January 6, 2009 application, I contributed another $184,067.82 to my Madoff account as follows (Exhibits H-M):

| 10/07/03 | $149,525.22 | Squadron Ellenoff Profit Sharing Plan, Merrill Lynch Trust Company (Exhibit I) | Check paid to Madoff Investment Securities on 10/07/03 for account 1-S0437-3 (Exhibit H) |
|---|---|---|---|
| 10/07/03 | $34,542.60 | Squadron Ellenoff Plesent & Sheinfeld, LLP 401(k) Plan Merrill Lynch Trust Company (Exhibit K) | Check paid to Madoff Investment Securities on 10/20/03 for account 1-S0437-3 (Exhibit J) |
| Total | $184,067.82 | | See First Trust Corp and Portfolio Management Report of 12/31/03 acknowledging credit of $184,067.82 (Exhibits L-M) |

Accordingly, my cash in calculation in 2001 may be **$175,000** (instead of account transfers of **$656,429.00 in 2001**) plus **$184,067.82 in 2003** or a total of **$359,067.82**. I have never taken any money out of Madoff Investment Securities. I would appreciate a prompt resolution of this claim, a credit for my contributions of **$359,067.82**, and a reimbursement in this amount. Please call me if you have any questions at (212) 918-3641.

Very truly yours,

Elliot G. Sagor

Elliot G. Sagor

Enclosure: Exhibits A-M

3

**BERNARD L.**
**Investment S**
885 Third Avenue New York, NY 10022-4834



**BERNARD L. MADOFF**
**Investment Securities LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY        **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING: **TRANS FROM 1L001330**                    2/22/01

640,682·00

CLIENT'S ACCOUNT NUMBER

ELLIOT G SAGOR
166 BRITE AVE
SCARSDALE            NY 10583

1-S0437-3

**DUPLICATE**    ACCT OF
RETIREMENT ACCTS INC CUST IRA



EXHIBIT A



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:   **TRANS FROM 1L001330**      6/26/01

15,747.00

CLIENT'S ACCOUNT NUMBER

ELLIOT G SAGOR
166 BRITE AVE
SCARSDALE          NY 10583

1-S0437-3

**DUPLICATE**    ACCT OF
RETIREMENT ACCTS INC CUST IRA



| SCHEDULE K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | Partner's Share of Income, Credits, Deductions, etc.<br>► See separate instructions.<br>For calendar year 2000 or tax year beginning _____, 2000, and ending _____, 20___ | OMB No. 1545-1<br>**2000** |

Partner's identifying number ► _____   Partnership's identifying number ► _____

| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
|---|---|
| SQUADRON, ELLENOFF, PLESENT & SHEINFELD LLP FIDELITY MASTER PLAN FOR SAVINGS AND INVESTMENT F/B/O ELLIOT G. SAGOR<br>551 Fifth Avenue, New York NY 10176 | STANLEY I. LEHRER & STUART M. STEIN, JOINT VENTURE<br>780 King Street<br>Rye Brook, NY 10573 |

A  This partner is a ☒ general partner   ☐ limited partner
   ☐ limited liability company member

B  What type of entity is this partner? ► **PENSION TRUST**

C  Is this partner a ☒ domestic or a ☐ foreign partner?

D  Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | _____ % | 1.42 % |
| Loss sharing | _____ % | 1.42 % |
| Ownership of capital | _____ % | 1.56 % |

E  IRS Center where partnership filed return: **Holtsville**

F  Partner's share of liabilities (see instructions):
   Nonrecourse . . . . . . . . . $ _____
   Qualified nonrecourse financing . $ _____
   Other . . . . . . . . . . . . $ _____

G  Tax shelter registration number . ► _____

H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . ☐

I  Check applicable boxes:  (1) ☐ Final K-1   (2) ☐ Amended K

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 560,348 | | 80,334 | ( ) | 640,682 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . | 4a | 22,009 | Sch. B, Part I, line 1. |
| | b  Ordinary dividends . . . . . | 4b | 1,883 | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . | 4d | 56,685 | Sch. D, line 5, col. (f) |
| | e  Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) . . . | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year . . . . . | 4e(2) | | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5  Guaranteed payments to partner . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) . | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction . . | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule) . | 10 | 243 | |
| | 11  Other deductions (attach schedule) . | 11 | | |
| **Credits** | 12a  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | 12a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | 12a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | 12a(4) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities . | 12c | | |
| | d  Credits related to other rental activities | 12d | | |
| | 13  Other credits . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Cat. No. 11394R   Schedule K-1 (Form 1065) 2000

*Exhibit C*

Schedule K-1 (Form 1065) 2000    Page

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 23,892 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ .......... | | | |
| | b Gross income sourced at partner level | 17b | | |
| | c Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17c(1) | | |
| | (2) Listed categories (attach schedule) | 17c(2) | | |
| | (3) General limitation | 17c(3) | | |
| | d Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1) Interest expense | 17d(1) | | |
| | (2) Other | 17d(2) | | |
| | e Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17e(1) | | |
| | (2) Listed categories (attach schedule) | 17e(2) | | |
| | (3) General limitation | 17e(3) | | |
| | f Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17f | | Form 1116, Part II |
| | g Reduction in taxes available for credit and gross income from all sources (attach schedule) | 17g | | See instructions for Form 1116. |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ .......... | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): |
|---|---|
| | line 4a INTEREST is 100% from U.S. obligations. |
| | line 10 Deduction related to portfolio income- Accounting expense. |

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc.

► See separate Instructions.
For calendar year 1990 or tax year
beginning ............ , 1990, and ending ............ ,19......

OMB No. 1545-0099

**1990**

**Partner's Identifying number ►** ...............    **Partnership's Identifying number ►** ...............

| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
|---|---|
| SQUADRON ELLENOFF PLESENT & LEHRER DEFINED BENEFIT PENSION PLAN F/B/O ELLIOT G. SAGOR 551 Fifth Avenue New York, N.Y. 10176 | HOWARD M. SQUADRON & STANLEY I. LEHRER, JOINT VENTURE 29 Crossway Scarsdale, New York 10583 |

A  Is this partner a general partner?    ☒ Yes  ☐ No

B  Partner's share of liabilities (see instructions):
   Nonrecourse . . . . . . . . . . $ ...............
   Qualified nonrecourse financing  . $ ...............
   Other . . . . . . . . . . . . $ ...............

C  What type of entity is this partner? ►  PENSION TRUST

D  Is this partner a ☒ domestic or a ☐ foreign partner?

E  Enter partner's percentage of:

F  IRS Center where partnership filed return ► HOLTSVILL

G(1) Tax shelter registration number ► ...............

   (2) Type of tax shelter ► ...............

H(1) Did the partner's ownership interest in the partnership chan. after Oct. 22, 1986? . . . . . . . . ☐ Yes ☐
    If "Yes," attach statement. (See Form 1065 Instructions.)

   (2) Did the partnership start or acquire a new activity aft. Oct. 22, 1986? . . . . . . . . . . ☐ Yes ☐
    If "Yes," attach statement. (See Form 1065 Instructions.)

I  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . . . ►

J  Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended

| | (I) Before change or termination | (II) End of year |
|---|---|---|
| Profit sharing | ..........% | 39. % |
| Loss sharing | ..........% | 39. % |
| Ownership of capital | ..........% | 39. % |

**K  Reconciliation of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Income (loss) from lines 1, 2, 3, and 4 below | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account end of year (combine columns (a) through |
|---|---|---|---|---|---|---|
| 50,000 | 12,086 | | | ( 22 ) | ( ) | 62,064 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities . . . | 1 | | (See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities . . . | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest . . . . . . . . . . . | 4a | 228 | Sch. B, Part I, line 1 |
| | b | Dividends . . . . . . . . . . | 4b | 28 | Sch. B, Part II, line 5 |
| | c | Royalties . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . . | 4d | 11,830 | Sch. D, line 5, col. (f) or (g |
| | e | Net long-term capital gain (loss) . . . . | 4e | | Sch. D, line 12, col. (f) or ( |
| | f | Other portfolio income (loss) (attach schedule) . . . | 4f | | (Enter on applicable line of your return |
| | 5 | Guaranteed payments to partner . . . . | 5 | | (See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) . . . | 7 | | (Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions . . . . . . | 8 | | Sch. A, line 14 or 15 |
| | 9 | Section 179 expense deduction (attach schedule) . . | 9 | | (See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) . | 10 | 22 | |
| | 11 | Other deductions (attach schedule) . . . | 11 | | |
| **Investment Interest** | 12a | Interest expense on investment debts . . . | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a through 4f above | b(1) | 12,086 | (See Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above . | b(2) | | |
| **Credits** | 13a | Credit for income tax withheld . . . . | 13a | | (See Partner's Instructions for Schedule K-1 (Form 1065) |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | |
| | | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | Form 8586, line 5 |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) . . . | 13c | | |
| | d | Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) . . | 13d | | (See Partner's Instructions for Schedule K-1 (Form 1065) |
| | e | Credits related to other rental activities (see instructions) . | 13e | | |
| | 14 | Other credits (see instructions) . . . . | 14 | | |

For Paperwork Reduction Act Notice, see Form 1065 Instructions.    Schedule K-1 (Form 1065) 199

EXHIBIT D

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.
For calendar year 1993 or tax year beginning _____, 1993, and ending _____, 19___

OMB No. 1545-0099

**1993**

Partner's identifying number ► _____   Partnership's identifying number ► _____

| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
|---|---|
| SQUADRON ELLENOFF PLESENT & LEHRER FIDELITY MASTER PLAN FOR SAVINGS AND INVESTMENT F/B/O ELLIOT G. SAGOR 551 Fifth Avenue, New York, NY 10176 | STANLEY I. LEHRER & STUART M. STEIN, JOINT VENTURE 29 Crossway Scarsdale, New York 10583 |

A This partner is a ☒ general partner ☐ limited partner
☐ limited liability company member

B What type of entity is this partner? ► PENSION TRUST

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | _____ % | .40. % |
| Loss sharing | _____ % | .40. % |
| Ownership of capital | _____ % | .47. % |

E IRS Center where partnership filed return: Holtsville

F Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . . . . . . $ _____
Qualified nonrecourse financing . $ _____
Other . . . . . . . . . . . . . . $ _____

G Tax shelter registration number . ► _____

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J   Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 90,954 | 20,000 | 17,823 | ( ) | 128,777 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 2,307 | Sch. B, Part I, line 1 |
| | b Dividends | 4b | 679 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | 14,861 | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 13 or 14 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | 24 | |
| | 11 Other deductions (attach schedule) | 11 | | |
| **Investment Interest** | 12a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 2,986 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| **Credits** | 13a Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Low-income housing credit | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | |
| | d Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) | 13d | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | e Credits related to other rental activities (see instructions) | 13e | | |
| | 14 Other credits (see instructions) | 14 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Cat. No. 11394R   Schedule K-1 (Form 1065) 1993

EXHIBIT E

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

► See separate instructions.

For calendar year 1995 or tax year beginning ........., 1995, and ending ........., 19

OMB No. 1545-0099

**1995**

Partner's identifying number ►

Partnership's identifying number ►

Partner's name, address, and ZIP code   SQUADRON,
ELLENOFF, PLESENT, SHEINFELD & SORKIN FIDELITY
MASTER PLAN FOR SAVINGS AND INVESTMENT
F/B/O ELLIOT G. SAGOR
551 Fifth Avenue, New York, NY 10176

Partnership's name, address, and ZIP code
STANLEY I. LEHRER & STUART M. STEIN,
JOINT VENTURE
57 Country Ridge Circle
Rye Brook, NY 10573

A  This partner is a ☒ general partner ☐ limited partner
☐ limited liability company member

B  What type of entity is this partner? ► PENSION TRUST

C  Is this partner a ☒ domestic or ☐ foreign partner?

D  Enter partner's percentage of:  (i) Before change or termination / (ii) End of year
Profit sharing .......... % / .51. %
Loss sharing .......... % / .51. %
Ownership of capital .......... % / .51. %

E  IRS Center where partnership filed return: Holtsville

F  Partner's share of liabilities (see instructions):
Nonrecourse ................ $ ...............
Qualified nonrecourse financing ...... $ ...............
Other .................. $ ...............

G  Tax shelter registration number ► ...............

H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ..... ☐

I  Check applicable boxes: (1) ☐ Final K-1  (2) ☒ Amended K-1

**J   Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 149,019 | 65,000 | 37,054 | ( ) | 251,073 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . | 1 | | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . | 4a | 574 | Sch. B, Part I, line 1 |
| | b  Dividends . . . . . . . . | 4b | 3,632 | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . | 4d | 32,883 | Sch. D, line 5, col. (f) or (g) |
| | e  Net long-term capital gain (loss) . . . | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f  Other portfolio income (loss) (attach schedule) . . . | 4f | | Enter on applicable line of your return. |
| | 5  Guaranteed payments to partner . . . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) . . . | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) . | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction . . . | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule) . | 10 | 35 | |
| | 11  Other deductions (attach schedule) . . . | 11 | | |
| **Investment Interest** | 12a  Interest expense on investment debts . . . | 12a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 4,206 | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| **Credits** | 13a  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | |
| | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 13b | | |
| | c  Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities . . . | 13c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d  Credits related to other rental activities . . . | 13d | | |
| | 14  Other credits . . . | 14 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Cat. No. 11394R   Schedule K-1 (Form 1065) 1995

EXHIBIT 237 F

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## Partner's Share of Income, Credits, Deductions, etc.
► See separate Instructions.

For calendar year 1997 or tax year beginning _____, 1997, and ending _____, 19

OMB No. 1545-0099

**1997**

Partner's identifying number ► 

Partnership's identifying number ►

Partner's name, address, and ZIP code SQUADRON,
ELLENOFF, PLESENT & SHEINFELD LLP FIDELITY
MASTER PLAN FOR SAVINGS AND INVESTMENT
F/B/O   ELLIOT G. SAGOR
551 Fifth Avenue, New York, NY 10176

Partnership's name, address, and ZIP code
STANLEY I. LEHRER & STUART M. STEIN,
JOINT VENTURE
57 Country Ridge Circle
Rye Brook, NY 10573

A  This partner is a ☒ general partner  ☐ limited partner
☐ limited liability company member

B  What type of entity is this partner? ►PENSION TRUST

C  Is this partner a ☒ domestic or a ☐ foreign partner?

D  Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | .......... % | ...99. % |
| Loss sharing | .......... % | ...99. % |
| Ownership of capital | .......... % | ...1.13 % |

E  IRS Center where partnership filed return: Holtsville

F  Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . . . $ ..................
Qualified nonrecourse financing . $ ..................
Other . . . . . . . . . . $ ..................

G  Tax shelter registration number . ► ..................

H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . ☐

I  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

J    Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 296,581 | 40,000 | 61,550 | ( ) | 398,131 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities . . . . | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities . . . . . | 2 | | |
| | 3 Net income (loss) from other rental activities . . . . . . | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest . . . . . . . . . . . . . . . . . | 4a | 6,434 | Sch. B, Part I, line 1 |
| | b Dividends . . . . . . . . . . . . . . . . | 4b | 2,826 | Sch. B, Part II, line 5 |
| | c Royalties . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) . . . . . . . . . | 4d | 52,394 | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) . . . . . . . . . . . | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year . . . . . . . . . . . . . | e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) . . . . . | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner . . . . . . . . . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft): | | | |
| | a 28% rate gain (loss) . . . . . . . . . . . . | 6a | | |
| | b Total for year . . . . . . . . . . . . . . | 6b | | |
| | 7 Other income (loss) (attach schedule) . . . . . . . . | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) . | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction . . . . . . . . . . | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) . . | 10 | 104 | |
| | 11 Other deductions (attach schedule) . . . . . . . . | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    Schedule K-1 (Form 1065) 1997

EXHIBIT 6.



# RETIREMENT
## ACCOUNTS, INC.

## Individual Retirement Account Statement
### January 1, 2001 - March 31, 2001

Page 1 of 2

CIM-010266-016693
ELLIOT G SAGOR
166 BRITE AVE
SCARSDALE NY 10583

10246

**Participant Name:** ELLIOT G SAGOR
**Retirement Account Number:** 031038013118            **Trustee Tax ID#:** 84-0519832            **SSN:**

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

<u>Current Period</u>
Brokerage Accounts                     $654,044.21
Account Value Subtotal                 $654,044.21

                Total Account Value    $654,044.21

<u>Prior Period</u>
    Total Account Value                      $0.00

### CONTRIBUTION AND DISTRIBUTION SUMMARY

<u>Rollovers</u>
    Current Tax Year                                       $0.00

<u>Contributions</u>
    Current Tax Year (2001)                                $0.00
    Prior Tax Year (2000)                                  $0.00

<u>Employer Contributions</u>
    Received Current Year                                  $0.00

<u>Roth Conversion</u>
    Current Tax Year                                       $0.00

<u>Distributions</u>
    Current Tax Year                                       $0.00

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.



## RETIREMENT ACCOUNTS, INC.

031038013118
Page 2 of 2

### ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE | N/A | 654,044.21 |
| S0437 | | |
| | Total Value of Brokerage Accounts | $654,044.21 |
| | TOTAL ACCOUNT VALUE | $654,044.21 |

:O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

**BERNARD L. MADOFF**
MADOFF INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/17/03

| CHECK | 149,525.22 |
|-------|------------|

CLIENT'S ACCOUNT NUMBER

ELLIOT G SAGOR
166 BRITE AVE
SCARSDALE          NY 10583

1-S0437-3

**DUPLICATE**    ACCT OF
RETIREMENT ACCTS INC CUST IRA

EXHIBIT H

**Merrill Lynch**

SQUADRON ELLENOFF PROFIT SHARING PLAN
MERRILL LYNCH TRUST COMPANY
1400 Merrill Lynch Dr., Mail Stop X4-3S-D, Pennington, NJ 08534

10/07/03

Credit
To The
Order Of

SAGOR, ELLIOT
166 BRITE AVE.
SCARSDALE    NY 10583            002028

# NOT NEGOTIABLE - ADVICE ONLY

---

**DISTRIBUTION STATEMENT**

PLAN 201410

**SQUADRON ELLENOFF PROFIT SHARING PLAN**

ISSUE DATE: 10/07/03
CHECK NUMBER:
ML ACCOUNT NUMBER:

SAGOR, ELLIOT
166 BRITE AVE.
SCARSDALE    NY 10583

BIRTH DATE: 02/17/41
EMPLOYMENT DATE: 07/01/85
PLAN ENTRY DATE: 01/01/97

REASON:  TERMINATION 02/28/02
EFFECTIVE DATE:  10/03/03
OPTIONS:   LUMP SUM PAYMENT

TAX INFORMATION

| | AMOUNT |
|---|---|
| TAXABLE AMOUNT | 0.00 |
| NON-TAXABLE EMPLOYER CONTRIBUTION | 0.00 |
| DIRECT ROLLOVER OF TAXABLE FUNDS | 149,525.22 |
| GROSS DISTRIBUTION | 149,525.22 |
| FEDERAL INCOME TAX WITHHELD | 0.00 |
| STATE INCOME TAX WITHHELD | 0.00 |
| NET DISTRIBUTION AMOUNT | 149,525.22 |
| LESS: TOTAL AMOUNT ROLLED OVER | 149,525.22 |
| NET PAYMENT AMOUNT | 0.00 |

| | TOTAL DISTRIBUTION | |
|---|---|---|
| GROSS PAYMENT IN CASH | | $149,525.22 |
| TOTAL GROSS DISTRIBUTION | | $149,525.22 |

| SOURCE | FUND | MARKET VALUE | AMOUNT FORFEITED | AMOUNT AVAILABLE | AMOUNT DEFERRED | PAYMENT * AMOUNT | SHARES/UNITS SOLD/FORF | COST BASIS |
|---|---|---|---|---|---|---|---|---|
| PROFIT SHARING | OPPENHEIMER GLOBAL FUND | 39,417.49 | 0.00 | 39,417.49 | 0.00 | 39,417.49 C | 856.9019 | 39,090.30 |
| | MASS INVEST GROWTH STK FD | 7,342.67 | 0.00 | 7,342.67 | 0.00 | 7,342.67 C | 671.7901 | 9,500.00 |
| | SELIGMAN CAPITAL FUND CL | 59,865.11 | 0.00 | 59,865.11 | 0.00 | 59,865.11 C | 3,716.0220 | 66,286.91 |
| | LORD ABBETT AFFILIATED FU | 42,899.95 | 0.00 | 42,899.95 | 0.00 | 42,899.95 C | 3,468.0640 | 49,161.46 |
| TOTAL | | 149,525.22 | 0.00 | 149,525.22 | 0.00 | 149,525.22 C | 8,712.7780 | 163,038.67 |

* C=CASH

| | | | |
|---|---|---|---|
| AMOUNT PAID TO PARTICIPANT/BENEFICIARY | $0.00 | GROSS PAYMENT IN CASH | $0.00 |
| | | TOTAL GROSS DISTRIBUTION | $0.00 |

| DIRECT ROLLOVER AMOUNT | $149,525.22 | CASH PAYMENT OF TAXABLE FUNDS | $149,525.22 |
|---|---|---|---|
| RETIREMENT ACCOUNTS, INC. | | CASH PAYMENT OF NON-TAXABLE FUNDS | $0.00 |
| PO BOX 173785 | | | |
| DENVER           CO 80217 | | TOTAL GROSS DISTRIBUTION | $149,525.22 |
| ACCOUNT NO: 031038011116 | | | |

THE ABOVE DISBURSEMENT REPRESENTS PAYMENT IN FULL OF YOUR VESTED ACCOUNT BALANCE UNDER THE PLAN.
THE TAXABLE AMOUNT ELIGIBLE TO BE ROLLED OVER IS      149,525.22

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:                                      10/20/03

CHECK                                                    34,542.60

CLIENT'S ACCOUNT NUMBER

ELLIOT G SAGOR                                    1-S0437-3
166 BRITE AVE
SCARSDALE              NY 10583         **DUPLICATE**   ACCT OF
                                       RETIREMENT ACCTS INC CUST IRA

EXHIBIT I

**Merrill Lynch**

SQUADRON ELLENOFF PLESENT & SHEINFIELD, LLP
401(K) PLAN
MERRILL LYNCH TRUST COMPANY                    10/07/03

1400 Merrill Lynch Dr., Mail Stop X4-39-D, Pennington, NJ 08534

Credit
To The
Order Of   SAGOR, ELLIOT
           166 BRITE AVE.
           SCARSDALE      NY 10583          001423

# NOT NEGOTIABLE - ADVICE ONLY

## DISTRIBUTION STATEMENT

PLAN 201411              SQUADRON ELLENOFF PLESENT & SHEINFIELD, LLP        ISSUE DATE:  10/07/03
                                        401(K) PLAN                         CHECK NUMBER:
                                                                            ML ACCOUNT NUMBER:

SAGOR, ELLIOT                 BIRTH DATE:        02/17/41   REASON:     TERMINATION 02/28/02
166 BRITE AVE.               EMPLOYMENT DATE:   07/01/85   EFFECTIVE DATE:  10/03/03
SCARSDALE      NY 10583      PLAN ENTRY DATE:    01/01/97   OPTIONS:    LUMP SUM PAYMENT

*********** TAX INFORMATION **********    AMOUNT          TOTAL DISTRIBUTION  ***********************
TAXABLE AMOUNT                             0.00           GROSS PAYMENT IN CASH                $34,542.60
NON-TAXABLE EMPLOYEE CONTRIBUTION          0.00
DIRECT ROLLOVER OF TAXABLE FUNDS       34,542.60          TOTAL GROSS DISTRIBUTION             $34,542.60
GROSS DISTRIBUTION                     34,542.60

FEDERAL INCOME TAX WITHHELD                0.00
STATE INCOME TAX WITHHELD                  0.00

NET DISTRIBUTION AMOUNT                34,542.60

LESS: TOTAL AMOUNT ROLLED OVER         34,542.60

NET PAYMENT AMOUNT                         0.00

| SOURCE | FUND | MARKET VALUE | AMOUNT FORFEITED | AMOUNT AVAILABLE | AMOUNT DEFERRED | * PAYMENT * AMOUNT | SHARES/UNITS SOLD/FORF | COST BASIS |
|---|---|---|---|---|---|---|---|---|
| PRIOR SALARY DEFERRAL | OPPENHEIMER GLOBAL FUND | 9,039.58 | 0.00 | 9,039.58 | 0.00 | 9,039.58 C | 196.5127 | 9,996.36 |
| | SELIGMAN CAPITAL FUND CL | 15,329.09 | 0.00 | 15,329.09 | 0.00 | 15,329.09 C | 951.5265 | 15,996.54 |
| | LORD ABBETT AFFILIATED FU | 10,166.23 | 0.00 | 10,166.23 | 0.00 | 10,166.23 C | 821.8459 | 11,721.47 |
| EMPLOYEE ROLLOVER | OPPENHEIMER GLOBAL FUND | 2.01 | 0.00 | 2.01 | 0.00 | 2.01 C | 0.0437 | 2.00 |
| | SELIGMAN CAPITAL FUND CL | 3.43 | 0.00 | 3.43 | 0.00 | 3.43 C | 0.2129 | 3.80 |
| | LORD ABBETT AFFILIATED FU | 2.26 | 0.00 | 2.26 | 0.00 | 2.26 C | 0.1827 | 2.61 |
| TOTAL | | 34,542.60 | 0.00 | 34,542.60 | 0.00 | 34,542.60 C | 1,970.3244 | 37,712.80 |

* C=CASH

AMOUNT PAID TO PARTICIPANT/BENEFICIARY    $0.00      GROSS PAYMENT IN CASH                     $0.00

                                                     TOTAL GROSS DISTRIBUTION                  $0.00

DIRECT ROLLOVER AMOUNT                   $34,542.60   CASH PAYMENT OF TAXABLE FUNDS        $34,542.60
RETIREMENT ACCOUNTS, INC.                             CASH PAYMENT OF NON-TAXABLE FUNDS        $0.00
PO BOX 173785
DENVER              CO 80217
ACCOUNT NO: 031038011118                             TOTAL GROSS DISTRIBUTION             $34,542.60

THE ABOVE DISBURSEMENT REPRESENTS PAYMENT IN FULL OF YOUR VESTED ACCOUNT BALANCE UNDER THE PLAN,
THE TAXABLE AMOUNT ELIGIBLE TO BE ROLLED OVER IS  :     34,542.60

EXHIBIT K

FIRST TRUST CORPORATION
RETIREMENT ACCOUNTS INC
717 17TH STREET  SUITE 2600
DENVER, CO 80202
800-325-4362

SAGOR, ELLIOT G
166 BRITE AVE
SCARSDALE, NY 10583

RAI-BRANCH 8

☐ CORRECTED (if checked)

| TRUSTEE'S or ISSUER'S name, street address, city, state, and ZIP code | | 1 IRA contributions (other than amounts in boxes 2-4 and 8-10) | OMB No. 1545-0747 | |
|---|---|---|---|---|
| FIRST TRUST CORPORATION<br>RETIREMENT ACCOUNTS INC<br>717 17TH STREET SUITE 2600<br>DENVER, CO 80202<br>800-325-4362 | | $0.00 | **2003** | **IRA Contribution Information** |
| | | 2 Rollover contributions | | |
| | | $184,067.82 | Form 5498 | |
| TRUSTEE'S or ISSUER'S Federal identification no.<br>84-0519832 | PARTICIPANT'S social security number | 3 Roth IRA conversion amount<br>$0.00 | 4 Recharacterized contributions<br>$0.00 | Copy B For Participant This information is being furnished to the Internal Revenue Service. |
| PARTICIPANT'S name, street address, city, state, and ZIP code<br>SAGOR, ELLIOT G<br>166 BRITE AVE<br>SCARSDALE, NY 10583 | | 5 Fair market value of account<br>$1,098,769.64 | 6 Life insurance cost included in box 1<br>$0.00 | |
| | | 7 IRA ☒  SEP ☐ | SIMPLE ☐  Roth IRA ☐ | |
| | | 8 SEP contributions<br>$0.00 | 9 SIMPLE contributions<br>$0.00 | |
| Account number (optional)<br>O31038013118 | | 10 Roth IRA contributions<br>$0.00 | 11 If checked required minimum distribution for 2004 ☐ | |

Form 5498

Department of the Treasury - Internal Revenue Service

## 5498 Instructions to Participant

The information on Form 5498 is submitted to the Internal Revenue Service by the trustee or issuer of your individual retirement arrangement (IRA) to report contributions, including any catch-up contributions, and the fair market value of the account. For information about IRAs, see Pub. 590, Individual Retirement Arrangements (IRAs), and Pub. 560, Retirement Plans for Small Business (SEP, SIMPLE, and Qualified Plans).

**Box 1.** Shows traditional IRA contributions for 2003 you made in 2003 and through April 15, 2004. These contributions may be deductible on your Form 1040 or 1040A. However, if you or your spouse was an active participant in an employer's pension plan, these contributions may not be deductible. This box does not include amounts in boxes 2-4 and 8-10.

**Box 2.** Shows any rollover, including a direct rollover to a traditional IRA, you made in 2003. It does not show any amounts you converted from your traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA. They are shown in box 3. See the Form 1040 or 1040A instructions for information on how to report rollovers. If you have ever made any nondeductible contributions to your traditional IRA or SEP IRA and you did not roll over the total distribution, use Form 8606, Nondeductible IRAs, to figure the taxable amount. If properly was rolled over, see Pub. 590.

**Box 3.** Shows the amount converted from a traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA in 2003. Use Form 8606 to figure the taxable amount.

**Box 4.** Shows amounts recharacterized from transferring any part of the contribution (plus earnings) from one type of IRA to another. See Pub. 590.

**Box 5.** Shows the fair market value of your account at year end. However, if a decedent's name is shown, the amount reported may be the FMV on the date of death. If the FMV shown is zero for a

decedent, the executor or administrator of the estate may request a date-of-death value from the financial institution.

**Box 6.** For endowment contracts only, shows the amount allocable to the cost of life insurance. Subtract this amount from your allowable IRA contribution included in box 1 to compute your IRA deduction.

**Box 7.** May show the kind of IRA reported on this Form 5498.

**Box 8.** Shows SEP contributions made in 2003, including contributions made in 2003 for 2002, but not including contributions made in 2004 for 2003. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560.

**Box 9.** Shows SIMPLE contributions made in 2003. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560.

**Box 10.** Shows Roth IRA contributions you made in 2003 and through April 15, 2004. Do not deduct on your income tax return.

**Box 11.** If the box is checked, you must take a required minimum distribution (RMD) for 2004. An RMD may be required even if the box is not checked. The amount, or offer to compute the amount, and date of the RMD will be furnished to you by January 31 either on Form 5498 (in the blank box to the left of box 10) or in a separate statement. If you don't take the RMD in 2004, you are subject to a 50% excise tax on the amount not distributed. See Pub. 590 for details.

EXHIBIT L

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ELLIOT G SAGOR                    1-S0437-3


166 BRITE AVE
SCARSDALE          NY 10583


STARTING EQUITY FOR CURRENT YEAR                    323,352.34CR
CAPITAL ADDITIONS                                   134,067.82CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                        86,349.48CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                      .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    1,098,769.00    NET LONG
TOTAL EQUITY                                     1,098,769.64CR

ANNUALIZED RETURN FOR CURRENT YEAR      9.96 %

EXHIBIT M

# EXHIBIT C

EXHIBIT B OMITTED

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

September 22, 2010

Elliot G. Sagor (IRA)
166 Brite Avenue
Scarsdale, NY  10583

Dear Elliot G. Sagor (IRA):

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1S0437 designated as Claim Number 148.

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Your claim is **ALLOWED** for $184,067.82, which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 2/22/2001 | TRANS FROM 1L001330 | $640,682.00 | $0.00 |
| 6/26/2001 | TRANS FROM 1L001330 | $15,747.00 | $0.00 |
| 10/17/2003 | CHECK | $149,525.22 | $149,525.22 |
| 10/20/2003 | CHECK | $34,542.60 | $34,542.60 |
| Total Deposits: | | $840,496.82 | $184,067.82 |

| | | | |
|---|---|---|---|
| Total Withdrawals: | | $0.00 | $0.00 |
| Total deposits less withdrawals: | | $840,496.82 | $184,067.82 |

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in setting your allowed claim.

Your **ALLOWED CLAIM** of $184,067.82 will be satisfied in the following manner:

The enclosed **ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **ASSIGNMENT AND RELEASE**, the Trustee will fully satisfy your **ALLOWED CLAIM** by sending you a check in the

2

amount of $184,067.82, with the funds being advanced by Securities Investor Protection Corporation pursuant to Section 78fff-3(a)(1) of SIPA.

On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Partial Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within **THIRTY DAYS** after September 22, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you and the Trustee are not able to agree to the Trustee's reservation of rights regarding the Transfer, the Trustee will obtain a hearing date for this controversy at a time and date determined by the Trustee, in his sole discretion. You will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

And

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:   Millennium Trust Company, LLC
FBO Elliot G. Sagor (13118)
820 Jorie Blvd., Suite 420
Oak Brook, IL 60523