Elliot G. Sagor  
470 Park Avenue South  
10th Floor North  
New York, New York 10016  
212-696-4848  
sagor@mintzandgold.com  
*Pro Se*

Hearing Date: June 19, 2014  
Hearing Time: 10:00 A.M.  
Objection Date: May 16, 2014

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| | : |
| Plaintiff-Applicant, | : |
| v. | : |
| | : |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : |
| | : |
| Defendant. | : |

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION  
(Substantively Consolidated)

-------------------------------------------------------------

In re:  
BERNARD L. MADOFF,

                Debtor.

-------------------------------------------------------------X

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2014 I sent by email a true and correct copy of the foregoing Elliot G. Sagor Memorandum of Law for Valuing Inter-Account Transfers and Document Appendix to Elliot G. Sagor Memorandum of Law on Bik Cheema and Jorian Rose of Baker & Hostetler LLP pursuant to order of this court enabling a late filing dated May 30, 2014 in document ECF 6870.

                                                  /s/ Elliot G. Sagor