**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Michelle L. Young

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>NICOLETTE WERNICK NOMINEE PARTNERSHIP; MARITAL GST EXEMPT TRUST F/B/O NICOLETTE WERNICK | Adv. Pro. No. 10-04616 (SMB) |

| |
|---|
| U/ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; MARITAL GST NON-EXEMPT TRUST F/B/O NICOLETTE WERNICK U/ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; M. GORDON EHRLICH, in his capacity as managing partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991; NICOLETTE WERNICK, individually and in her capacity as partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991; and HOPE WIGMORE, in her capacity as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991,<br><br>      Defendants. |

## STIPULATION EXTENDING TIME TO SELECT A MEDIATOR

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the date by which the parties shall choose a mediator in accordance with the Mediation Order is extended to June 17, 2014.

2

Dated: New York, New York

June 3, 2014

| **LAX & NEVILLE, LLP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: s/ *Gabrielle J. Pretto* | By: s/ Nicholas Cremona |
| 1450 Broadway, 35th Floor | 45 Rockefeller Plaza |
| New York, NY 10018 | New York, New York 10111 |
| Telephone: 212.696.1999 | Telephone: 212.589.4200 |
| Facsimile: 212.566.4531 | Facsimile: 212.589.4201 |
| Gabrielle J. Pretto | David J. Sheehan |
| Email: gpretto@laxneville.com | Email: dsheehan@bakerlaw.com |
| Barry R. Lax | Marc E. Hirschfield |
| Email: blax@laxneville.com | Email: mhirschfield@bakerlaw.com |
| Brian J. Neville | Oren J. Warshavsky |
| Email: bneville@laxneville.com | Email: owarshavsky@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |
| | Jessie A. Kuhn |
| | Email: jkuhn@bakerlaw.com |
| | Michelle L. Young |
| | Email: myoung@bakerlaw.com |

*Attorneys for Defendants* Nicolette Wernick Nominee Partnership; Marital GST Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/article III of the Harold Wernick Revocable Trust dtd 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; and Nicolette Wernick, individually and in her capacity as partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**BINGHAM McCUTCHEN LLP**

By: s/ _Steven Wilamowsky_
399 Park Avenue
New York, NY 10022
Steven Wilamowsky
Email: steven.wilamowsky@bingham.com
Telephone: 212.705.7000
Facsimile: 212.702.3607

*Attorneys for Defendant* M. GORDON EHRLICH, in his capacity as managing partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991