**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
S. Jeanine Conley

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEASER INVESTMENT COMPANY LP; BEASER INVESTMENT MANAGEMENT COMPANY LLC, as general partner of the Beaser Investment Company LP; RICHARD S. BEASER, as general partner of the Beaser Investment | Adv. Pro. No. 10-05086 (SMB) |

Company LP and individually; SHIRLEY B.
BEASER, as general partner of the Beaser
Investment Company LP; and ROBERT H.
BEASER, as general partner of the Beaser Investment
Company LP,

                    Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: July 14, 2014.

2.      Fact Discovery shall be completed by: August 3, 2015.

3.      The Disclosure of Case-in-Chief Experts shall be due: October 2, 2015.

4.      The Disclosure of Rebuttal Experts shall be due: October 30, 2015.

5.      The Deadline for Completion of Expert Discovery shall be: January 29, 2016.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before March 29, 2016.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before April 12, 2016.

8.      The Deadline for Conclusion of Mediation shall be:  On or before August 10, 2016.

Dated: New York, New York
       June 4, 2014


**BAKER & HOSTETLER LLP**

By:  */s/ S. Jeanine Conley*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
S. Jeanine Conley
Email: jconley@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*


**BLANK ROME LLP**

By:  */s/ Anthony A. Mingione*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone:  212.885.5246
Facsimile:  917.332.3053
Anthony A. Mingione
Email:  amingione@blankrome.com
Ryan Cronin
Email:  rcronin@blankrome.com

*Attorneys for Defendants*