**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>NORMA FISHBEIN REVOCABLE TRUST DTD 3/21/90; ESTATE OF NORMA FISHBEIN; and ROBERT FISHBEIN in his capacity as Trustee of the Norma Fishbein Revocable Trust dtd 3/21/90 and in his capacity as Personal Representative of the Estate of Norma Fishbein, | Adv. Pro. No. 10-04814 (SMB) |

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: July 15, 2014.

2.  Fact Discovery shall be completed by: July 15, 2015.

3.  The Disclosure of Case-in-Chief Experts shall be due: September 16, 2015.

4.  The Disclosure of Rebuttal Experts shall be due: October 16, 2015.

5.  The Deadline for Completion of Expert Discovery shall be: January 8, 2016.

6.  The Deadline to File a Notice of Mediation Referral shall be: March 11, 2016.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 25, 2016, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

8.  The Deadline for Conclusion of Mediation shall be: On or before July 22, 2016, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

300320968.4

| | |
|---|---|
| Dated: New York, New York<br>June 3, 2014 | BAKER & HOSTETLER LLP<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300320968.4