**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Timothy S. Pfeifer

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br>SQUARE ONE FUND LTD., et al.,<br><br>Defendants. | Adv. Pro. No. 10-04330 (SMB) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER,
MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Irving H. Picard ("Trustee"), trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, and defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A., Circle Partners and Kathryn R. Siggins (the "Defendants"), by and through their undersigned counsel, that the time by which the Defendants may answer, move, or otherwise respond to the Trustee's Second Amended Complaint (the "Complaint") is extended up to and including July 18, 2014.

In April and May 2011, Judge Rakoff withdrew the reference in this matter to decide several issues common to many of the cases filed by the Trustee. The parties continue to await the District Court's determination on several of these matters, and as such, have agreed to provide additional time for the Defendants to answer, move against, or otherwise respond to the Complaint. This is the fifteenth such extension (the "Stipulation"). Nothing in this Stipulation is a waiver of the right to request from the Court a further extension of time to answer, move, or otherwise respond and/or the Trustee's right to object to such request.

Undersigned counsel for the Defendants represent that service of process of the summons and Complaint on the Defendants has been completed, and hereby waives any defenses based on insufficiency of process or insufficiency of service of process on behalf of the Defendants.

Except as expressly set forth herein, the parties to this Stipulation reserve all objections, rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such objections, rights and defenses, including without limitation challenges to personal jurisdiction, venue, or the jurisdiction of this Court or any other court. It is further understood that nothing herein shall constitute a waiver of any objections, rights, or defenses that any other defendant may have in this action.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5600) in the above-captioned case (No. 08-01789 (SMB)).

Dated: May 30, 2014
       New York, New York

| | |
|---|---|
| */s/Timothy S. Pfeifer* | */s/Tammy P. Bieber* |
| Baker & Hostetler LLP | Thompson Hine LLP |
| 45 Rockefeller Plaza | 335 Madison Avenue |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: (212) 589-4200 | Telephone: (212) 908-3910 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 344-6101 |
| David J. Sheehan | Tammy P. Bieber |
| Email: dsheehan@bakerlaw.com | Email: Tammy.Bieber@ThompsonHine.com |
| Timothy S. Pfeifer | |
| Email: tpfeifer@bakerlaw.com | *Attorneys for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A.* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | |
| */s/Theresa Trzaskoma* | */s/David B. Bernfeld* |
| Brune & Richard LLP | Bernfeld, DeMatteo & Bernfeld, L.L.P. |
| One Battery Park Plaza | 600 Third Avenue, 15th Floor |
| New York, New York 10004 | New York, New York 10016 |
| Telephone: (212) 668-1900 | Telephone: (212) 661-1661 |
| Facsimile: (212) 668-0315 | Facsimile: (212) 557-9610 |
| Theresa Trzaskoma | David B. Bernfeld |
| Email: ttrzaskoma@bruneandrichard.com | Email: davidbernfeld@bernfeld-dematteo.com |
| *Attorneys for Defendant Kathryn R. Siggins* | *Attorneys for Defendant Circle Partners* |