**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
212-237-1000
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>BERNARD CERTILMAN, individually, and in his capacity as General Partner of SHADOW ASSOCIATES LP, and SHADOW ASSOCIATES LP,<br><br>   Defendants. | Adv. Pro. No. 10-04368 (SMB) |

{10956464:1}

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: February 24, 2012

2. The Updated Initial Disclosures shall be due: August 29, 2014

3. Fact Discovery shall be completed by: March 27, 2015

4. The Deadline for Service of Substantive Interrogatories shall be: June 1, 2012

5. The Deadline for Service of Updated Substantive Interrogatories shall be: January 9, 2015

6. The Disclosure of Case-in-Chief Experts shall be due: May 28, 2015

7. The Disclosure of Rebuttal Experts shall be due: June 25, 2015

8. The Deadline for Completion of Expert Discovery shall be: September 23, 2015

9. The Deadline for Filing a Notice of Mediation Referral shall be: November 23, 2015

10. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 7, 2015

11. The Deadline for Conclusion of Mediation shall be: April 5, 2016

| | |
|---|---|
| Dated: New York, New York<br>June 5, 2014 | **WINDELS MARX LANE & MITTENDORF, LLP**<br><br>By: /s/ Howard L. Simon<br>Howard L. Simon, Esq.<br>Kim M. Longo, Esq.<br>156 West 56th Street<br>New York, NY 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Esq., Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and Bernard L. Madoff* |