**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
212-237-1000
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOYCE CERTILMAN, individually, and in her capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; and MORTON CERTILMAN, individually, and in his capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS,<br><br>        Defendants. | Adv. Pro. No. 10-04356 (SMB) |

{10956463:1}

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: February 24, 2012

2. The Updated Initial Disclosures shall be due: August 29, 2014

3. Fact Discovery shall be completed by: March 27, 2015

4. The Deadline for Service of Substantive Interrogatories shall be: June 1, 2012

5. The Deadline for Service of Updated Substantive Interrogatories shall be: January 9, 2015

6. The Disclosure of Case-in-Chief Experts shall be due: May 28, 2015

7. The Disclosure of Rebuttal Experts shall be due: June 25, 2015

8. The Deadline for Completion of Expert Discovery shall be: September 23, 2015

9. The Deadline for Filing a Notice of Mediation Referral shall be: November 23, 2015

10. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 7, 2015

11. The Deadline for Conclusion of Mediation shall be: April 5, 2016

{10956463:1}

| | |
|---|---|
| Dated: New York, New York<br>June 5, 2014 | **WINDELS MARX LANE & MITTENDORF, LLP**<br><br>By: /s/ Howard L. Simon<br>Howard L. Simon, Esq.<br>Kim M. Longo, Esq.<br>156 West 56th Street<br>New York, NY 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

{10956463:1}