**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>              v.<br><br>THE MURRAY FAMILY TRUST, | Adv. Pro. No. 10-04510 (SMB) |

MURRAY B. FELTON REVOCABLE TRUST,

MURRAY B. FELTON, in his capacity as Trustee of the Murray Family Trust, in his capacity as Grantor of the Doris Felton Family Trust, and in his capacity as Trustee and Grantor of the Murray B. Felton Revocable Trust,

HOWARD A. KALKA, in his capacity as Grantor of the Murray Family Trust,

NATHAN KALKA, in his capacity as Grantor of the Murray Family Trust,

MILES J. FELTON, in his capacity as Grantor of the Murray Family Trust,

THE DORIS FELTON FAMILY TRUST,

WILLIAM D. FELTON, in his capacity as Trustee of the Doris Felton Family Trust,

LESLIE ENGELSON, and

ALICIA P. FELTON,

                    Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due September 15, 2014.

2. Fact Discovery shall be completed by February 5, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due June 12, 2015.

4.  The Disclosure of Rebuttal Experts shall be due July 17, 2015.

5.  The Deadline for Completion of Expert Discovery shall be October 9, 2015.

6.  The Deadline for Service of a Notice of Mediation Referral shall be on or before December 4, 2015.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before December 18, 2015.

8.  The Deadline for Conclusion of Mediation shall be on or before April 15, 2016.


Dated: New York, New York
       June 6, 2014

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes
George Klidonas
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*