**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04371 (SMB) |
| v. | |
| COHEN POOLED ASSET ACCOUNT *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, Baker & Hostetler LLP, and defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H&E Cohen Foundation (the "Defendants"), by and through their counsel, Eric S. Olney, Esq., hereby stipulate and agree as follows:

WHEREAS, on November 30, 2010, the Trustee filed a complaint in the above-captioned adversary proceeding (the "Complaint");

WHEREAS, on May 14, 2011, the Defendants filed a motion to dismiss (the "Motion to Dismiss") the Complaint pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Trustee and the Defendants, by the endorsement of themselves or their respective counsel below, that:

1. The Trustee shall file and serve his opposition to Defendants' Motion to Dismiss no later than **July 10, 2014**;

2. The Defendants shall file and serve their reply to the Trustee's opposition no later than **July 31, 2014**;

3. A hearing on Defendants' Motion to Dismiss is scheduled before this Court for **September 17, 2014** at 10:00am;

4. The pre-trial conference previously scheduled for June 25, 2014 is adjourned and rescheduled for **October 22, 2014** at 10:00am.

[*Remainder of This Page Intentionally Left Blank*]

Dated: June 5, 2014

| **BAKER & HOSTETLER LLP** | **SHAPIRO, ARATO & ISSERLES, LLP** |
|---|---|
| By: *s/ Dominic A. Gentile* | By: *s/ Eric S. Olney* |
| 45 Rockefeller Plaza | 500 Fifth Avenue, 40th Floor |
| New York, New York 10111 | New York, New York 10110 |
| Telephone: 212.589.4200 | Telephone: 212.257.4880 |
| Facsimile: 212.589.4201 | Facsimile: 212.202.6417 |
| David J. Sheehan | Eric S. Olney |
| Email: dsheehan@bakerlaw.com | Email: eolney@shapiroarato.com |
| Marc E. Hirschfield | |
| Email: mhirschfield@bakerlaw.com | *Attorneys for Defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H.E. Cohen Foundation* |
| Oren J. Warshavsky | |
| Email: owarshavsky@bakerlaw.com | |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| Dominic A. Gentile | |
| Email: dgentile@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

So Ordered this 6th day of June, 2014.

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

3