

# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

on file in this Commission

_____
Date

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

*Kevin M. O'Neill*
_____
Deputy Secretary

SEC 334 (9-12)