UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )  ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 28, 2014, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000480)

Executed on June 6, 2014

_____
John S. Franks

Sworn to and subscribed before me this 6th day of June, 2014

_____
Notary Public

(SEAL)

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900480**
5/28/2014

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Felicia Taylor and Advisory Trust Co of Delaware, Trustees of the Mary Hilem Schott Tr u/a/d 5/16/01 FBO Felicia Taylor as to one-half | c/o W. Ward Schaumberg | 2710 Centerville Rd. #101 | | Wilmington | DE | 19808 | |