**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>      v.<br><br>ALLAN HURWITZ, individually, and in his capacity as trustee of Allan R. Hurwitz Revocable Trust, as settlor and as beneficiary of the Allan R. Hurwitz Revocable Trust,<br><br>BARBARA HURWITZ, | Adv. Pro. No. 10-04319 (SMB) |

and

ALLAN R. HURWITZ REVOCABLE TRUST,

                Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: September 16, 2014

2. Fact Discovery shall be completed by: August 3, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: November 13, 2015

4. The Disclosure of Rebuttal Experts shall be due: December 11, 2015

5. The Deadline for Completion of Expert Discovery shall be: March 4, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: May 6, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 20, 2016

8. The Deadline for Conclusion of Mediation shall be: September 16, 2016

Dated: New York, New York  
       June 6, 2014

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300322230.3