# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05279 (SMB) |
| v. | |
| MAGNIFY INC.; PREMERO INVESTMENTS LTD.; STRAND INTERNATIONAL INVESTMENTS LTD.; THE YESHAYA HOROWITZ ASSOCIATION; YAIR GREEN; KURT BRUNNER; SPECIAL SITUATIONS CAYMAN FUND LP; and EXPRESS ENTERPRISES INC., | |
| Defendants. | |