**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Dominic A. Gentile
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-05166 (SMB) |
| ALLYN LEVY REVOCABLE TRUST, DATED SEPTEMBER 25, 1992, | |
| ALLYN L. LEVY, individually, as trustee of the Allyn Levy Revocable Trust, and as joint tenant, | |

and,

JUDITH LEVY, individually and as joint tenant,

Defendants.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), ECF No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 30, 2010, [ECF No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

On April 17, 2014, the above-captioned defendants (collectively, the "Defendants") filed a motion to dismiss this adversary proceeding [ECF No. 29] pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Bankruptcy Rule 7012 (a "Rule 12(b)(6) Motion").

Pursuant to the Avoidance Procedures, upon the filing of a Rule 12(b)(6) Motion, the issues raised in such motion, together with the issues raised in the Complaint, are immediately referred to mediation. Avoidance Procedures, ¶ 2D.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Trustee and the Defendants (the "Parties") shall choose a

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.

Dated: New York, New York
      June 9, 2014

                               **BAKER & HOSTETLER LLP**

                               By: <u>*s/ Dominic A. Gentile*</u>
                               45 Rockefeller Plaza
                               New York, New York 10111
                               Telephone: 212.589.4200
                               Facsimile: 212.589.4201
                               David J. Sheehan
                               Email: dsheehan@bakerlaw.com
                               Marc E. Hirschfield
                               Email: mhirschfield@bakerlaw.com
                               Oren J. Warshavsky
                               Email: owarshavsky@bakerlaw.com
                               Dominic A. Gentile
                               Email: dgentile@bakerlaw.com
                               Jessie A. Kuhn
                               Email: jrkuhn@bakerlaw.com

                               *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

3