# EXHIBIT D

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

January 24, 2014

**BY ELECTRONIC MAIL**

David Sheehan, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, New York 10111-0100

Re: <u>Picard v. Kingate Global Fund, Ltd., et al., Adv. Pro. No. 12-01920 (SMB)</u>

Dear David:

    We are in receipt of your letter dated January 21, 2014. We do not agree to your proposed stipulation with respect to the Bermuda Action.

    In your letter, you indicate that the Trustee may amend the complaint in the Injunction Action to expressly request the relief specified in your proposed stipulation. Please advise us by February 1, 2014 whether you plan to file such an amended complaint so that we can avoid preparing a response to a complaint that will be superseded.

    If you would like to discuss this matter further, I can be reached at (212) 849-7444. We look forward to meeting with you and your colleagues at the end of February.

                                    Sincerely,

                                    Robert S. Loigman

cc:    John Burke
        Susheel Kirpalani
        Daniel S. Holzman
        Xochitl Strohbehn

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG