# EXHIBIT E

| | |
|---|---|
| **From:** | Burke, John [JBurke@bakerlaw.com] |
| **Sent:** | Monday, February 17, 2014 11:50 AM |
| **To:** | Robert Loigman; Xochitl Strohbehn |
| **Cc:** | Sheehan, David J.; Ponto, Geraldine |
| **Subject:** | Picard v. Kingate Global Fund, Ltd., Adv. Pro. No. 12-0192 |

Dear Bob:

In response to your letter dated January 24, 2014, we will be filing an amended complaint in the injunction action.

Sincerely,


**John Burke** | **BakerHostetler**
Washington Square | 1050 Connecticut Avenue, N.W., Suite 1100 | Washington, D.C. 20036-5304
T 202.861.1625 | F 202.861.1783
jburke@bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.