**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Marc E. Hirschfield
Amy E. Vanderwal
James W. Day

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>   v.<br><br>LAWRENCE R. VELVEL,<br><br>        Defendant(s). | Adv. Pro. No. 10-05412 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendant Lawrence R. Velvel ("Defendant") (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 10, 2010, the Trustee filed and served the complaint initiating the above-captioned adversary proceeding (the "Complaint") against Defendant.

2. On January 18, 2012, Defendant served an answer to the Complaint on the Trustee.

3. On February 7, 2012, the Trustee filed and served an amended complaint (the "Amended Complaint") on Defendant.

4. On March 7, 2012, Defendant served an answer to the Amended Complaint on the Trustee.

5. As of May 9, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissing the adversary proceeding.

7. The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

8.  This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: June 9, 2014

                               BAKER & HOSTETLER LLP

                               By: /s/ Marc Hirschfield
                               45 Rockefeller Plaza
                               New York, New York 10111
                               Telephone: 212.589.4200
                               Facsimile: 212.589.4201
                               Marc E. Hirschfield
                               Email: mhirschfield@bakerlaw.com
                               Amy E. Vanderwal
                               Email: avanderwal@bakerlaw.com
                               James W. Day
                               Email: jday@bakerlaw.com

                               *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*


                               LAWRENCE R. VELVEL

                               By: Lawrence R. Velvel


                               SO ORDERED

                               /s/ STUART M. BERNSTEIN
Dated: June 9th, 2014            HON. STUART M. BERNSTEIN
New York, New York           UNITED STATES BANKRUPTCY JUDGE