UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          DEFENDANT. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED) |

## CERTIFICATE OF SERVICE

I, Christopher Clark, hereby certify that on this 9th day of June, 2014, I caused a true and correct copy of the foregoing pleadings:

(a) Memorandum of Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd. in Opposition to Trustees Motion for a Preliminary Injunction;

(b) Declaration of Robert S. Loigman in Support of Memorandum of Kingate Global Fund, Ltd. And Kingate Euro Fund, Ltd. in Opposition to Trustees Motion for a Preliminary Injunction;

(c) Notice of Motion to Dismiss Amended Complaint; and

(d) Memorandum of Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd. in Support of Their Motion to Dismiss Amended Complaint, (the "Pleadings"),

to be served upon counsel of record for all parties to the Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Liquidation Action (No. 08-01789 (SMB)) via filing on *CM/ECF* to those consenting to such service and via electronic mail to

03972.61603/6053460.1

David Sheehan, Geraldine Ponto, John Burke, Anthony Grupposo, and Gonzalo Zeballos,

counsel for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment

Securities LLC.

Dated:  June 9, 2014
New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

## **SCHEDULE A**

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Counsel to Irving H. Picard, Trustee
for the Liquidation of Bernard L.
Madoff Investment Securities LLC