**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　Plaintiff,<br>　　v.<br>ESTATE OF SYRIL SEIDEN, and<br>STUART SEIDEN, individually and in his fiduciary capacity,<br>　　　　　　　　Defendants. | Adv. Pro. No. 10-04739 (SMB) |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on March 15, 2013.

2. Substantive Interrogatories were served on January 10, 2014.

3. Fact Discovery shall be completed by: July 28, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: September 26, 2014.

5. The Disclosure of Rebuttal Experts shall be due: October 26, 2014.

6. The Deadline for Completion of Expert Discovery shall be: January 26, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: March 27, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 10, 2015.

[*The Rest of this Page is Intentionally Left Blank*]

300325255.1

9.     The Deadline for Conclusion of Mediation shall be: July 25, 2015.

Dated: New York, New York  
       June 10, 2014

BAKER & HOSTETLER LLP

By: s/ *Marc E. Hirschfield*  
David J. Sheehan  
Marc E. Hirschfield  
Oren J. Warshavsky  
Jessie A. Kuhn  
Jacqlyn R. Rovine  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300325255.1