**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>STEFANELLI INVESTORS GROUP, ANTHONY E. STEFANELLI, JR., as general partner of Stefanelli Investors Group and individually, MINOR 1, MINOR 2, MINOR 3, MARY ANN STEFANELLI, as general partner of Stefanelli | Adv. Pro. No. 10-05255 (SMB) |

Investors Group and individually, JOAN L. APISA, DANIELLE L. D'ESPOSITO, MARK STEFANELLI, as general partner of Stefanelli Investors Group and individually, MINOR 4, as general partner of Stefanelli Investors Group and individually, MINOR 5, as general partner of Stefanelli Investors Group and individually, BARBARA ANN STEFANELLI, as general partner of Stefanelli Investors Group and individually, LISA M. STEFANELLI, as general partner of Stefanelli Investors Group and individually, PATRICIA MORETTA, as general partner of Stefanelli Investors Group and individually, MINOR 6, as general partner of Stefanelli Investors Group and individually, MINOR 7, as general partner of Stefanelli Investors Group and individually, ANTON LEROY, as general partner of Stefanelli Investors Group and individually and ANTHONY E. STEFANELLI, as general partner of Stefanelli Investors Group and individually,

      Defendants.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Adversary Proceeding on December 9, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee and Defendants Stefanelli Investors Group, Anthony E. Stefanelli, Jr., as general partner of Stefanelli Investors Group and individually, Minor 1, Minor 2, Minor 3, Mary Ann Stefanelli, as general partner of Stefanelli Investors Group and individually, Mark Stefanelli, as general partner of Stefanelli Investors Group and individually, Minor 4, as general partner of Stefanelli Investors Group and individually, Minor 5, as general partner of Stefanelli Investors Group and individually, Barbara Ann Stefanelli, as general partner of Stefanelli Investors Group and individually, Lisa M. Stefanelli, as general partner of Stefanelli Investors Group and individually, Patricia Moretta, as general partner of Stefanelli Investors Group and individually, Minor 6, as general partner of Stefanelli Investors Group and individually, Minor 7, as general partner of Stefanelli Investors Group and individually, Anton Leroy, as general partner of Stefanelli Investors Group and individually, and Anthony E. Stefanelli, as general partner of Stefanelli Investors Group and individually (the "Parties") hereby mutually agree to enter mediation.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.

300325142.2

Dated: New York, New York

    June 9, 2014

Of Counsel:

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **BAKER & HOSTETLER LLP** |
| 200 South Orange Avenue | */s/ Nicholas J. Cremona* |
| SunTrust Center, Suite 2300 | 45 Rockefeller Plaza |
| Orlando, Florida 32801-3432 | New York, NY 10111 |
| Telephone: 407.649.4000 | Telephone: (212) 589-4200 |
| Facsimile: 407.841.0168 | Facsimile: (212) 589-4201 |
| Christa C. Turner | David J. Sheehan |
| Email: cturner@bakerlaw.com | email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

AND

**DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP**

/s/ *Jonathan S. Pasternak*

One North Lexington Avenue
White Plains, New York 10601
Telephone: 914.681.0200
Facsimile: 914.684.0288
Jonathan S. Pasternak
Email: jpasternak@ddw-law.com

*Attorney for Defendants*