**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendant, Barbara Kotlikoff Harman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br>  v.<br><br>BARBARA KOTLIKOFF HARMAN,<br>    Defendant. | Adv. Pro. No. 10-05130 (SMB) |

**CERTIFICATE OF SERVICE**

  I, Lourdes Blanco, hereby certify that on June 11, 2014 I caused a true and correct copy of Defendant's Rule 26 Initial Disclosures to be served by electronic mail and United States Postal Service Regular Mail upon:

{N0049077 }

Marc E. Hirschfield mhirschfield@bakerlaw.com
Marc F. Skapof mskapof@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 100111

*Attorneys for the Trustee*


I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2014                                        */s/ **Lourdes Blanco***

{N0049077 }