**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>LINDA RITUNO, individually,<br><br>        Defendant(s). | Adv. Pro. No. 10-04844 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 25, 2014

2. Fact Discovery shall be completed by: October 12, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: January 4, 2016

4. The Disclosure of Rebuttal Experts shall be due: March 19, 2016

5. The Deadline for Completion of Expert Discovery shall be: May 3, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: June 10, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 24, 2016.

8. The Deadline for Conclusion of Mediation shall be: October 25, 2016.

June 11, 2014

BAKER & HOSTETLER LLP                                   ROSENBERG FELDMAN SMITH, LLP

By: /s Nicholas J. Cremona                              By: /s Richard B. Feldman
David J. Sheehan                                        551 Fifth Avenue, 24th Floor
Marc E. Hirschfield                                     New York, New York 10176
Nicholas J. Cremona                                     Telephone: 212.682.3454
45 Rockefeller Plaza                                    Facsimile: 212.867.9045
New York, NY 10111                                      Richard B. Feldman
Telephone: (212) 589-4200                               Email: rfeldman@rfs-law.com
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*               *Attorney for Defendants*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard L.*
*Madoff*

300325683.1