**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>HARVEY E. ROTHENBERG REV TRUST UAD 7/24/02, HARVEY E. ROTHENBERG as trustee, and beneficiary, and BETTY KLEIN, | Adv. Pro. No. 10-05072 (SMB) |

| Defendants. |
|---|

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: April 29, 2013.

2. Fact Discovery was completed by: April 14, 2014.

3. The Deadline for Service of Substantive Interrogatories was: August 27, 2013.

4. The Disclosure of Case-in-Chief Experts shall be due: August 13, 2014.

5. The Disclosure of Rebuttal Experts shall be due: September 15, 2014.

6. The Deadline for Completion of Expert Discovery shall be: December 15, 2014.

7. The Deadline for Service of a Notice of Mediation Referral shall be: February 13, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 27, 2015.

[*The Remainder of this Page is Intentionally Left Blank*]

9. The Deadline for Conclusion of Mediation shall be: June 29, 2015.

Dated: New York, New York  
       June 12, 2014

BAKER & HOSTETLER LLP

By: s/ *Marc E. Hirschfield*  
David J. Sheehan  
Marc E. Hirschfield  
Oren J. Warshavsky  
Jessie A. Kuhn  
Lindsey A. Shoshany  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300325789.1