**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>STANLEY KREITMAN,<br><br>            Defendant. | Adv. Pro. No. 10-04626 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due on July 14, 2014.

2. Fact Discovery shall be completed on or before July 13, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be April 14, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due on October 9, 2015.

5. The Disclosure of Rebuttal Experts shall be due on November 9, 2015.

6. The Deadline for Completion of Expert Discovery shall be February 8, 2016.

7. The Deadline for Service of a Notice of Mediation Referral shall be April 8, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be April 22, 2016.

[*Remainder of This Page Intentionally Left Blank*]

9.     The Deadline for Conclusion of Mediation shall be August 22, 2016.

Dated:  New York, New York
          June 13, 2014

By:     *s/* Marc E. Hirschfield

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email:  owarshavsky@bakerlaw.com
Jessica Schichnes
Email:  jschichnes@bakerlaw.com
George Klidonas
Email:  gklidonas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*