**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Robertson D. Beckerlegge
Jessica Schichnes

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>SHARON A. RADDOCK,<br><br>            Defendant. | Adv. Pro. No. 10-04494 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: July 15, 2014.

2.  Fact Discovery shall be completed by: July 15, 2015.

3.  The Disclosure of Case-in-Chief Experts shall be due: September 16, 2015.

4.  The Disclosure of Rebuttal Experts shall be due: October 16, 2015.

5.  The Deadline for Completion of Expert Discovery shall be: January 8, 2016.

6.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 11, 2016.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 25, 2016, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

[*Remainder of This Page Intentionally Left Blank*]

8.      The Deadline for Conclusion of Mediation shall be: On or before July 22, 2016, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated:  New York, New York
        June 13, 2014

By:     _s/_   Marc E. Hirschfield_____

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Jessica Schichnes
Email: jschichnes@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

3