KOBRE & KIM LLP
Danielle L. Rose (*danielle.rose@kobrekim.com*)
David H. McGill (*david.mcgill@kobrekim.com*)
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorneys for Robert H. Book and R.H. Book, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAGNIFY INC.; PREMERO INVESTMENTS LTD.; STRAND INTERNATIONAL INVESTMENTS LTD.; THE YESHAYA HOROWITZ ASSOCIATION; YAIR GREEN; KURT BRUNNER; SPECIAL SITUATIONS CAYMAN FUND LP; and EXPRESS ENTERPRISES INC.,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 10-05279 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF CROSS-CLAIMS ASSERTED AGAINST
DEFENDANTS PREMERO INVESTMENTS LTD. AND YAIR GREEN**

Cross-Claimants R.H. Book, LLC and Robert H. Book (the "Book Defendants"), by and through their counsel Kobre & Kim LLP, and Defendants Premero Investments Ltd. and Yair Green (collectively, "Premero"), by and through their counsel Davidoff Hutcher & Citron LLP, hereby stipulate and agree to the following:

1.  On December 6, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the substantively consolidated estate of Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, filed and served the Complaint in the above-captioned adversary proceeding against the Book Defendants, Premero and others.

2.  On April 16, 2012, the Book Defendants filed an Answer, Affirmative Defenses, and Cross-Claims in the above-captioned adversary proceeding.

3.  On April 17, 2012, Premero filed an Answer to Cross-Claims in the above-captioned adversary proceeding.

4.  On May 28, 2014, pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 (D.E. 3181), the Book Defendants and Premero entered into a settlement agreement with the Trustee.

5.  On June 9, 2014, the Court entered a Stipulation and Order for Voluntary Dismissal of Defendants Robert H. Book and R.H. Book LLC With Prejudice in the above-captioned adversary proceeding.  D.E. 126.

6.  Pursuant to Federal Rule of Bankruptcy Procedure 7401 and Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the Book Defendants and Premero hereby stipulate to

a dismissal with prejudice of the Book Defendants' Cross-Claims against Premero in the above-captioned adversary proceeding, without costs or attorneys' fees to either the Book Defendants or Premero.

Dated: June 12, 2014
New York, New York

/s/ David H. McGill
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
Danielle L. Rose (*danielle.rose@kobrekim.com*)
David H. McGill (*david.mcgill@kobrekim.com*)

*Attorneys for Robert H. Book and R.H. Book, LLC*

/s/ Michael Wexelbaum
Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, New York 10158
Tel: +1 212 557 7200
Fax: +1 212 286 1884
Michael Wexelbaum (*mw@dhclegal.com*)

*Attorneys for Defendants Yair Green, Kurt Brunner, Magnify Inc., the Yeshaya Horowitz Association, Strand International Investments Ltd., Premero Investments Ltd., and Express Enterprises Inc.*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: June 12th, 2014
New York, New York