**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> THE MELVIN N. LOCK TRUST, <br><br> THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982, <br><br> THE ESTATE OF SYLVIA W. LOCK, | Adv. Pro. No. 10-05410 (BRL) |

01:15586795.1

NORTHERN TRUST, N.A., F/K/A NORTHERN
TRUST BANK OF FLORIDA, N.A., a National
Association, in its capacity as Personal
Representative of the ESTATE OF SYLVIA W.
LOCK, in its capacity as Trustee of THE SYLVIA
W. LOCK DECLARATION OF TRUST, DATED
APRIL 13, 1982, and in its capacity as Trustee of
the MELVIN N. LOCK TRUST,

LORRAINE LOCK NOSWORTHY,

AMANDA GOLDBERG SYNDERMAN,

JEREMY GOLDBERG,

ELENA ELKIN,

JOSHUA ELKIN,

FREDERICK GOLDBERG,

ALYSSA GOLDBERG,

MEREDITH GOLDBERG,

JOAN ELKIN MADISON,

SUSAN SIEGAL,

PAMELA W. GOLDBERG, and

JAMES NOSWORTHY,

                    Defendants.

## STIPULATION FOR ADJOURNMENT OF
## PRETRIAL CONFERENCE

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the pre-trial conference in this adversary proceeding will be adjourned from June 25, 2014 at

10:00 a.m. to December 17, 2014 at 10:00 a.m.

        This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Dkt. No. 5600) in the above-captioned case (Adv. Pro. No. 08-01789 (BRL)).

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 16, 2014

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


By:   */s/ Matthew B. Lunn*
Matthew B. Lunn
Justin P. Duda
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone:  (212) 332-8840
Facsimile: (212) 332-8855
Email:  *mlunn@ycst.com*

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*



WARNER & SCHEUERMAN


By:  */s/ Jonathon D. Warner*
Jonathon D. Warner
6 West 18th Street, 10th floor
New York, NY 10011
Telephone: (212) 924-7111
Facsimile: (212) 924-6111
Email:  *jdwarner@warnerandscheuerman.com*

*Attorneys for Lorraine Lock Nosworthy,
Amanda Goldberg Snyderman s/h/a
Synderman, Jeremy Goldberg, Elena Elkin,
Joshua Elkin, Frederick Goldberg, Alyssa
Goldberg, Meredith Goldberg, Joan Elkin
Madison, Susan Siegal, Pamela W. Goldberg
and James Nosworthy*

FULBRIGHT & JAWORSKI L.L.P.


By: */s/ David A. Rosenzweig*
David A. Rosenzweig
David L. Barrack
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3400
Facsimile: (212) 318-3400
Email:  *drosenzweig@fulbright.com*
        *dbarrack@fulbright.com*

*Attorneys for Northern Trust, N.A., f/k/a
Northern Trust Bank of Florida, N.A., a
National Association, in Its Capacity as
Personal Representative of The Estate of
Sylvia W. Lock, in Its Capacity as Trustee of
the Sylvia W. Lock Declaration of Trust,
Dated April 13, 1982, and In Its Capacity as
Trustee of The Melvin N. Lock Trust*