**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
Yani Indrajana Ho

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  ORCONSULT SA,  Defendant. | Adv. Pro. No. 10-04414 (SMB) |

{10961218:1}

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

Yani Indrajana Ho, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on June 16, 2014, I served the

**Notice of Voluntary Dismissal of Adversary Proceeding**

upon the interested parties by emailing those parties as set forth on the attached Schedule A, true and correct copies via electronic transmission to the email addresses as set forth on the attached Schedule A.

                                                */s/ Yani Indrajana Ho*
                                                Yani Indrajana Ho

Sworn to before me this
16th day of June, 2014

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2017

## **SCHEDULE A**

Roy H. Carlin (rcarlin@carlinlawoffices.com)
Christopher B. Hitchcock (chitchcock@hitchcockcummings.com)
John W. Hanson (jhanson@hitchcockcummings.com)

{10961218:1}                                        3