**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Elizabeth A. Scully

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THYBO ASSET MANAGEMENT LIMITED; and THYBO STABLE FUND LTD.,<br><br>Defendants. | Adv. Pro. No. 09-01365 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE AND HEARING**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding and hearing on Defendants' Motion to Dismiss the Trustee's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), as incorporated by Federal Rule of Bankruptcy Procedure 7012, which were previously scheduled for June 25, 2014, have been adjourned to **December 17, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

Dated: New York, New York
June 17, 2014

By: */s/ Elizabeth A. Scully*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Mark A. Kornfeld
Email: mkornfeld@bakerlaw.com
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

– and –

Elizabeth A. Scully, *(Pro Hac)*
Email: escully@bakerlaw.com
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 861-1500
Facsimile:  (202) 861-1783

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300326121.2                                2