# EXHIBIT 1

08-01789-cgm    Doc 7008-1    Filed 06/17/14    Entered 06/17/14 13:01:14    Exhibit 1
Pg 1 of 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Debtor, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　)
　　　　　　　　　　　　　) ss:
COUNTY OF DALLAS　　　　　)

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 14, 2011, I commenced service, via email and/or first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Motion and Motion for an Order Affirming Trustee's Determinations Denying Claims over ERISA-Related Objections (Docket No. 4521)

Executed on Nov. 16, 2011

_____
John S. Franks

Sworn to and subscribed before me this 16th day of Nov., 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

(SEAL)

_____
Notary Public

2

# Exhibit A

08-01789-cgm    Doc 7008-1    Filed 06/17/14    Entered 06/17/14 13:01:14    Exhibit 1
Pg 4 of 7

Exhibit A
November 14, 2011

| Service Type | Confidential Notice Party | ZIP | Country |
|---|---|---|---|
| First Class Mail | Confidential Notice Party #005356 | 34110 | |
| First Class Mail | Confidential Notice Party #005357 | 33149 | |
| First Class Mail | Confidential Notice Party #005358 | 33149-2740 | |
| First Class Mail | Confidential Notice Party #005359 | 33149 | |
| First Class Mail | Confidential Notice Party #005360 | 33149 | |
| First Class Mail | Confidential Notice Party #005361 | 33149 | |
| First Class Mail | Confidential Notice Party #005362 | 10022-8637 | |
| First Class Mail | Confidential Notice Party #005363 | 94116 | |
| First Class Mail | Confidential Notice Party #005364 | 08057 | |
| First Class Mail | Confidential Notice Party #005365 | 85018 | |
| First Class Mail | Confidential Notice Party #005366 | 32837 | |
| First Class Mail | Confidential Notice Party #005367 | 32837 | |
| First Class Mail | Confidential Notice Party #005368 | 34685 | |
| First Class Mail | Confidential Notice Party #005369 | 34685 | |
| First Class Mail | Confidential Notice Party #005370 | 34685 | |
| First Class Mail | Confidential Notice Party #005371 | 53211 | |
| First Class Mail | Confidential Notice Party #005372 | 20007 | |
| First Class Mail | Confidential Notice Party #005373 | 466498 | SINGAPORE |
| First Class Mail | Confidential Notice Party #005374 | | SINGAPORE |
| First Class Mail | Confidential Notice Party #005375 | 10803 | |
| First Class Mail | Confidential Notice Party #005376 | 10803 | |
| First Class Mail | Confidential Notice Party #005377 | 33434 | |
| First Class Mail | Confidential Notice Party #005378 | 33434 | |
| First Class Mail | Confidential Notice Party #005379 | 33434 | |
| First Class Mail | Confidential Notice Party #005380 | 19006 | |
| First Class Mail | Confidential Notice Party #005381 | 38017 | |
| First Class Mail | Confidential Notice Party #005382 | 38017 | |
| First Class Mail | Confidential Notice Party #005383 | 33449 | |
| First Class Mail | Confidential Notice Party #005384 | 33449 | |
| First Class Mail | Confidential Notice Party #005385 | 33449 | |
| First Class Mail | Becker & Poliakoff, LLP, Helen Davis Chaitman, 45 Broadway, New York, NY, 10006 | 10006 | |
| First Class Mail | Confidential Notice Party #005387 | 10006 | |
| First Class Mail | Confidential Notice Party #005388 | 10006 | |
| First Class Mail | Confidential Notice Party #005389 | 10006 | |
| First Class Mail | Confidential Notice Party #005390 | 10280 | |
| First Class Mail | Confidential Notice Party #005391 | 10280 | |
| First Class Mail | Confidential Notice Party #005392 | 10006 | |
| First Class Mail | Confidential Notice Party #005393 | 6543 | AUSTRIA |
| First Class Mail | Confidential Notice Party #005394 | 10304 | |
| First Class Mail | Confidential Notice Party #005395 | SW5 0DN | UNITED KINGDOM |
| First Class Mail | Confidential Notice Party #005396 | 02139 | |
| First Class Mail | Confidential Notice Party #005397 | 10028 | |
| First Class Mail | Confidential Notice Party #005398 | 10021 | |
| First Class Mail | Confidential Notice Party #005399 | 10028 | |
| First Class Mail | Confidential Notice Party #005400 | 10028 | |
| First Class Mail | Confidential Notice Party #005401 | 08043 | |
| First Class Mail | Confidential Notice Party #005402 | 11201 | |
| First Class Mail | Confidential Notice Party #005403 | 10528 | |
| First Class Mail | Confidential Notice Party #005404 | 10022 | |
| First Class Mail | Confidential Notice Party #005405 | 10022 | |
| First Class Mail | Confidential Notice Party #005406 | 10022 | |

Exhibit A
November 14, 2011

| Service Type | Confidential Notice Party | ZIP | Country |
|---|---|---|---|
| First Class Mail | Confidential Notice Party #006937 | 13057 | |
| First Class Mail | Confidential Notice Party #006938 | 13057 | |
| First Class Mail | Confidential Notice Party #006939 | 13057 | |
| First Class Mail | Confidential Notice Party #006940 | 33060 | |
| First Class Mail | Confidential Notice Party #006941 | 33060 | |
| First Class Mail | Confidential Notice Party #006942 | 33324 | |
| First Class Mail | Confidential Notice Party #006943 | 33324 | |
| First Class Mail | Confidential Notice Party #006944 | 07675 | |
| First Class Mail | Confidential Notice Party #006945 | 33446 | |
| First Class Mail | Confidential Notice Party #006946 | 85253-4800 | |
| First Class Mail | Confidential Notice Party #006947 | 80304 | |
| First Class Mail | Sandak Hennessey & Greco, LLP, Marc J. Kurzman, 707 Summer St., 3rd Floor, Stamford, CT, 06901 | 06901 | |
| First Class Mail | MARC J. KURZMAN, ESQ., SANDAK, HENNESSEY & GRECO, LLP, , 707 SUMMER STREET, STAMFORD, CT, 06901 | 06901 | |
| First Class Mail | Confidential Notice Party #006950 | 80301-3935 | |
| First Class Mail | Confidential Notice Party #006951 | 80301-3935 | |
| First Class Mail | Confidential Notice Party #006952 | 80301-3935 | |
| First Class Mail | Confidential Notice Party #006953 | 80301-3935 | |
| First Class Mail | Confidential Notice Party #006954 | 34747 | |
| First Class Mail | Confidential Notice Party #006955 | 19147 | |
| First Class Mail | Confidential Notice Party #006956 | 53715 | |
| First Class Mail | Confidential Notice Party #006957 | 53715 | |
| First Class Mail | Confidential Notice Party #006958 | 53715 | |
| First Class Mail | Confidential Notice Party #006959 | 92270 | |
| First Class Mail | Confidential Notice Party #006960 | 92270 | |
| First Class Mail | Confidential Notice Party #006961 | 92270 | |
| First Class Mail | Confidential Notice Party #006962 | 92270 | |
| First Class Mail | Confidential Notice Party #006963 | 06517 | |
| First Class Mail | Confidential Notice Party #006964 | 06517 | |
| First Class Mail | Confidential Notice Party #006965 | 06517 | |
| First Class Mail | Confidential Notice Party #006966 | 06517 | |
| First Class Mail | Confidential Notice Party #006967 | 06517 | |
| First Class Mail | Confidential Notice Party #006968 | 06517 | |
| First Class Mail | Confidential Notice Party #006969 | 11755 | |
| First Class Mail | Confidential Notice Party #006970 | 19087 | |
| First Class Mail | Confidential Notice Party #006971 | 10021 | |
| First Class Mail | Confidential Notice Party #006972 | 11754 | |
| First Class Mail | Confidential Notice Party #006973 | 07417 | |
| First Class Mail | Confidential Notice Party #006974 | 89451 | |
| First Class Mail | Confidential Notice Party #006975 | 89451 | |
| First Class Mail | Confidential Notice Party #006976 | 94530 | |
| First Class Mail | Confidential Notice Party #006977 | 20815 | |
| First Class Mail | Confidential Notice Party #006978 | 33166 | |
| First Class Mail | Confidential Notice Party #006979 | 33166 | |
| First Class Mail | Confidential Notice Party #006980 | 33166 | |
| First Class Mail | Confidential Notice Party #006981 | 33166 | |
| First Class Mail | Confidential Notice Party #006982 | 33166 | |
| First Class Mail | Confidential Notice Party #006983 | 10017 | |
| First Class Mail | Confidential Notice Party #006984 | 10017 | |
| First Class Mail | Confidential Notice Party #006985 | | TAIWAN |
| First Class Mail | Confidential Notice Party #006986 | 10017 | |

Exhibit A
November 14, 2011

| Service Type | Confidential Notice Party | ZIP | Country |
| --- | --- | --- | --- |
| First Class Mail | Confidential Notice Party #009435 | 10036 | |
| First Class Mail | Confidential Notice Party #009436 | 10036 | |
| First Class Mail | Confidential Notice Party #009437 | 10036 | |
| First Class Mail | Confidential Notice Party #009438 | 10036 | |
| First Class Mail | Confidential Notice Party #009439 | 10036 | |
| First Class Mail | Confidential Notice Party #009440 | 10036 | |
| First Class Mail | Confidential Notice Party #009441 | 10036 | |
| First Class Mail | Confidential Notice Party #009442 | 10036 | |
| First Class Mail | Confidential Notice Party #009443 | 10036 | |
| First Class Mail | Confidential Notice Party #009444 | 10036 | |
| First Class Mail | Confidential Notice Party #009445 | 10036 | |
| First Class Mail | Confidential Notice Party #009446 | 10036 | |
| First Class Mail | Confidential Notice Party #009447 | 10036 | |
| First Class Mail | Confidential Notice Party #009448 | 10036 | |
| First Class Mail | Confidential Notice Party #009449 | 10036 | |
| First Class Mail | Confidential Notice Party #009450 | 10016 | |
| First Class Mail | Confidential Notice Party #009451 | 10016 | |
| First Class Mail | Confidential Notice Party #009452 | 33312 | |
| First Class Mail | Confidential Notice Party #009453 | 33312 | |
| First Class Mail | Confidential Notice Party #009454 | 11725 | |
| First Class Mail | Confidential Notice Party #009455 | A-1010 | AUSTRIA |
| First Class Mail | DAPREX PROFIT SHARING, AND 401K PLAN, c/o Laura Hallick [redacted] | 11563 | |
| First Class Mail | Confidential Notice Party #009457 | 11563 | |
| First Class Mail | LAURA HALLICK, AS PARTICIPANT IN DAPREX PROFIT SHARING PLAN AND 401K PLAN, , C/O Laura Hallick [redacted] | 11563 | |
| First Class Mail | Confidential Notice Party #009459 | 11563 | |
| First Class Mail | ELIZABETH CAVANAUGH AS PARTICIPANT IN DAPREX PROFIT SHARING PLAN AND 401K PLAN, , C/O Laura Hallick [redacted] | 11563 | |
| First Class Mail | Confidential Notice Party #009461 | 10024 | |
| First Class Mail | Confidential Notice Party #009462 | CH-4002 | SWITZERLAND |
| First Class Mail | Confidential Notice Party #009463 | 33319 | |
| First Class Mail | Confidential Notice Party #009464 | 33131 | |
| First Class Mail | Confidential Notice Party #009465 | 33477 | |
| First Class Mail | Confidential Notice Party #009466 | 66184 | Israel |
| First Class Mail | Confidential Notice Party #009467 | 33445 | |
| First Class Mail | Confidential Notice Party #009468 | 10019 | |
| First Class Mail | Confidential Notice Party #009469 | 33331 | |
| First Class Mail | Confidential Notice Party #009470 | 16675 | GREECE |
| First Class Mail | Confidential Notice Party #009471 | 10024 | |
| First Class Mail | Confidential Notice Party #009472 | 10024 | |
| First Class Mail | Confidential Notice Party #009473 | 10024 | |
| First Class Mail | Confidential Notice Party #009474 | 10024 | |
| First Class Mail | Confidential Notice Party #009475 | 10024 | |
| First Class Mail | Confidential Notice Party #009476 | 10024 | |
| First Class Mail | Confidential Notice Party #009477 | 10024 | |
| First Class Mail | Confidential Notice Party #009478 | 10024 | |
| First Class Mail | Confidential Notice Party #009479 | 10019 | |
| First Class Mail | Confidential Notice Party #009480 | 06901 | |
| First Class Mail | Confidential Notice Party #009481 | 06901 | |
| First Class Mail | Confidential Notice Party #009482 | 06901 | |
| First Class Mail | Confidential Notice Party #009483 | 06901 | |