```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES INVESTOR PROTECTION                              :
CORPORATION,                                                :
                                                            :   No. 08-01789 (BRL)
            Plaintiff-Applicant,                            :
                                                            :   SIPA Liquidation
        v.                                                  :
                                                            :   (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT                                :
SECURITIES LLC,                                             :
                                                            :
            Defendant.                                      :
------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :
BERNARD L. MADOFF,                                          :
                                                            :
            Debtor.                                         :
------------------------------------------------------------X
                                                            :
This document relates to:                                   :
                                                            :
Adv. Pro. Nos. 12-1677, 12-1694, 12-1693,                   :
11-2571, 12-1695, 10-4392                                   :
                                                            :
------------------------------------------------------------X
```

# REQUEST FOR REMOVAL FROM ECF SERVICE LIST

MEGAN P. DAVIS respectfully requests that she be removed from any and all mailing matrixes and service lists in the above-referenced matters.

The undersigned makes this request because she is leaving the firm Flemming Zulack Williamson Zauderer LLP. All other counsel of record at Flemming Zulack Williamson Zauderer LLP remain the same.

Dated: New York, New York
June 18, 2014

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP

/s/ Megan P. Davis
Megan P. Davis
One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500
mdavis@fzwz.com

*Attorneys for Defendants Attorneys for Defendants Lombard Odier Darier Hentsch & Cie (now known as Lombard Odier & Cie) (12-1693); Bordier & Cie (12-1695); Banque Cantonale Vaudoise (12-1694); Société Générale Private Banking (Suisse) S.A., Société Générale Private Banking (Lugano-Svizzera) S.A., Socgen Nominees (UK) Limited, Lyxor Asset Management S.A. (sued incorrectly as successor in interest to Barep Asset Management S.A.), Société Générale Holding de Participations S.A. (as successor in interest to Barep Asset Management S.A.), SGAM AI Premium Fund L.P. (formerly SGAM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (as general partner of SGAM AI Premium Fund L.P.), SG Audace Alternatif (formerly SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (formerly SGAM Alternative Diversified Fund), Lyxor Premium Fund (formerly SGAM Alternative Multi Manager Diversified Fund), Société Générale S.A., as Trustee for Lyxor Premium Fund, and Société Générale Bank & Trust S.A. (12-1677); Banque Privée Espírito Santo S.A. (11-2571); Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92, and SG Hambros Bank & Trust (Bahamas) Limited, in its capacity as Trustee of the Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92 (10-4392)*