BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Amy E. Vanderwal
Email:  avanderwal@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                           Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 19, 2014 AT 10:00 A.M.**

**CONTESTED MATTER**

1. Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 3/31/2014) [Docket No. 6084]

    a. Memorandum of Law in Support of Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 3/31/2014) [Docket No. 6085]

    b. Declaration of Bik Cheema in Support of the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 3/31/2014) [Docket No. 6086]

2. Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (Filed: 3/31/2014) [Docket No. 6079]

**OBJECTIONS FILED**:

3. Samdia Family, LP's Memorandum of Law in Opposition to the Trustee's Inter-Account Transfer Motion (Filed: 5/13/2014) [Docket No. 6640]

4. Michael Most – Memorandum of Law in Opposition to Inter-Account Transfer Motion (Filed: 5/15/2014) [Docket No. 6670]

5. Objection of Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Claim Nos. 002107 and 002108) (Filed: 5/16/2014) [Docket No. 6687]

6. Objection and Joinder of Brian Ross to Arguments Presented in Connection with the Trustees Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 5/16/2014) [Docket No. 6702]

7. Joinder of Interested Party, the Mittleman Family Foundation, in Samdia Family, LP's Memorandum of Law in Opposition to the Trustee's Inter-Account Transfer Motion and All Other Objections to the Trustee's Inter-Account Transfer Motion (Filed: 5/16/2014) [Docket No. 6706]

8. Objection of Lawrence Elins to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between Accounts (Filed: 5/16/2014) [Docket No. 6707]

    a. Letter to Hon. Stuart M. Bernstein regarding the objections of Lawrence Elins filed by Kleinberg Kaplan (Filed: 6/17/14) [Docket No. 7014]

9. Customers' Memorandum of Law in Opposition to the Trustee's Method for Valuing Inter-Account Transfers (Filed: 5/16/2014) [Docket No. 6708]

   a. Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts filed by Helen Chaitman on behalf of Athena Arvan (Filed: 5/16/2014) [Docket No. 6712]

   b. Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 5/16/2014) [Docket No. 6715]

   c. Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts filed by Helen Chaitman on behalf of Barbara K. Gaba (Filed: 5/16/2014) [Docket No. 6717]

   d. Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts filed by Helen Chaitman on behalf of Aaron Blecker (Filed: 5/16/2014) [Docket No. 6761]

   e. Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts filed by Helen Chaitman on behalf of Ellen Mishkin (Filed: 5/16/2014) [Docket No. 6724]

   f. Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts filed by Helen Chaitman on behalf of Barbara Kotlikoff Harman (Filed: 5/16/2014) [Docket No. 6726]

   g. Amendment to Objection Exhibit to Customers' Memorandum of Law in Opposition to the Trustee's Method for Valuing Inter-Account Transfers (Filed: 5/27/2014) [Docket No. 6835]

10. Marion Apple's Memorandum of Law in Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 5/16/2014) [Docket No. 6713]

    a. Declaration of Marion E. Apple (Filed: 5/16/2014) [Docket No. 6716]

11. Opposition for Claimants Alan Winters, Edith Schur, Frederick Konigsberg, Susan Konigsberg, Harvey L. Werner Revocable Trust U/A/D 8/31/82, Jeffrey R. Werner 11/1/98 Trust, Manfred Franitza, Margrit Franitza, Marital Trust No. 1 Created under the

      Harvey L. Werner Revocable Trust U/A/D 8/31/82 and Werner Foundation (Filed: 5/16/2014) [Docket No. 6714]

12. The Kostin Company's Opposition to the "Trustee's Motion Affirming Application of Net Investment Method to Determination Of Customer Transfers Between BLMIS Accounts" (Filed: 5/16/2014) [Docket No. 6727]

13. Westport National Bank's Joinder in Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 5/16/2014) [Docket No. 6731]

14. Opposition Brief Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts filed by Matthew A Kupillas on behalf of Milberg/SeegerWeiss/K&LGates/Dentons/Claimants (Filed: 5/16/2014) [Docket No. 6732]

15. Customers' Joinder in Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts by Gabrielle J. Pretto on behalf of Rose Less et al (Filed: 5/16/2014) [Docket No. 6734]

    a. Addendum to Customers' Joinder In Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts by Gabrielle J. Pretto on behalf of Rose Less et al (Filed: 5/19/2014) [Docket No. 6753]

16. The Diana Melton Trust, Dated 12/05/05 Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 5/21/2014) [Docket No. 6792]

17. Elliot G. Sagor Memorandum of Law in Opposition to the Trustee's One Size Fitz All Method for Valuing Inter-Account Transfers Which Inequitably and Harshly Does Not Always Credit a Customer's Principal Investment or Cash In (Filed: 6/3/2014) [Docket No. 6900]

    a. Declaration of Elliot G. Sagor (Filed: 6/3/2014) [Docket No. 6901]

**REPLIES FILED:**

18. Reply Memorandum of Law in Support of Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 6/6/2014) [Docket No. 6926]

300316938

19. Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (Filed: 6/6/2014) [Docket No. 6927]

    a. Declaration of Kevin H. Bell in Support of the Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (Filed: 6/6/2014) [Docket No. 6928]

20. Letter to Hon. Stuart M. Bernstein in response to letter filed by Kleinberg Kaplan on behalf of Lawrence Elins (Filed: 6/18/14) [Docket No.7019]

**RELATED FILINGS**

21. Motion for Order Scheduling Hearing on Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 2/27/2014) [Docket No. 5728]

22. Limited Objection to the Trustee's Motion for an Order Scheduling Hearing on Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 3/13/14) [Docket No. 5835]

23. Reply to Limited Objection to Motion for Order Scheduling Hearing on Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Filed: 3/20/14) [Docket No. 5947]

24. Scheduling Order regarding the Inter-Account Transfer Issue (Filed: 3/27/2014) [Docket No. 6049]

Status: This matter is going forward.

Dated: New York, New York
       June 18, 2014

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Nicholas J. Cremona

- 5 -

Email: ncremona@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff