**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

811 Main St., Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Farrell A. Hochmuth

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v. | Adv. Pro. No. 10-4943 (SMB) |

HERBERT R. GOLDENBERG REVOCABLE TRUST, HERBERT R. GOLDENBERG, individually and in his capacity as Grantor of and Trustee for the Herbert R. Goldenberg Revocable Trust, and JUDITH S. GOLDENBERG, individually and in her capacity as Trustee for the Herbert R. Goldenberg Revocable Trust,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 11, 2014.

2. Fact Discovery shall be completed by: November 10, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: January 8, 2016.

4. The Disclosure of Rebuttal Experts shall be due: February 6, 2016.

5. The Deadline for Completion of Expert Discovery shall be: May 8, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 7, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 21, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before November 18, 2016.

| | |
|---|---|
| Dated: New York, New York<br>June 18, 2014 | BAKER & HOSTETLER LLP<br><br>By: /s/ Nicholas J. Cremona<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>Dean D. Hunt<br>Farrell A. Hochmuth<br>811 Main St., Suite 1100<br>Houston, TX 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |