**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ZWD INVESTMENTS, LLC, WOLFSON DESCENDANTS 1983 TRUST, ZW 1999 TRUST, EZRIEL MUNK, in his capacity as Trustee of the Wolfson Descendants 1983 Trust and the ZW 1999 Trust and ZEV WOLFSON, | Adv. Pro. No. 10-04374 (SMB) |

1

Defendant.

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 1, 2014.

2. Fact Discovery shall be completed by: September 4, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: November 2, 2015.

4. The Disclosure of Rebuttal Experts shall be due: January 15, 2016.

5. The Deadline for Completion of Expert Discovery shall be: April 6, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 3, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 17, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before October 14, 2016.


Dated: June 18, 2014

| **BAKER & HOSTETLER LLP** | **K&L GATES LLP** |
|---|---|
| By: /s *Nicholas J. Cremona* <br>45 Rockefeller Plaza <br>New York, New York 10111 <br>Telephone:  212.589.4200 <br>Facsimile:  212.589.4201 <br>David J. Sheehan <br>Email:  dsheehan@bakerlaw.com <br>Marc E. Hirschfield <br>Email:  mhirschfield@bakerlaw.com <br>Nicholas Cremona <br>Email:  ncremona@bakerlaw.com <br>Christa C. Turner <br>Email: cturner@bakerlaw.com <br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:     *Richard A. Kirby* <br>1601 K Street NW <br>Washington, DC 20006-1600 <br>Telephone: 202.661.3730 <br>Facsimile: 202.778.9100 <br>Richard A. Kirby <br>Email: Richard.Kirby@klgates.com <br>Martha Rodriguez-Lopez <br>Email: Martha.RodriguezLopez@klgates.com <br><br>*Attorneys for Defendants* |