UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff-Applicant,

           v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.

In re:

BERNARD L. MADOFF,

           Debtor.

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF PAUL ALEXANDER QUIMBY

Upon the motion of Paul Alexander Quimby, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Paul Alexander Quimby, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.

Dated: New York, New York
     June ___, 2014

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE