
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>VIZCAYA PARTNERS LIMITED, BANQUE JACOB SAFRA (GIBRALTAR) LTD, a/k/a BANK J SAFRA LIMITED, ASPHALIA FUND LIMITED, and ZEUS PARTNERS LIMITED,<br><br>Defendants. | Adv. Pro. No. 09-01154 (SMB) |

## **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for June 25, 2014 has been adjourned and will be held on **December 17, 2014 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: June 19, 2014
New York, New York

SULLIVAN & CROMWELL LLP

/s/ Robinson B. Lacy
BY:   Robinson B. Lacy
      lacyr@sullcrom.com
      125 Broad Street
      New York, New York 10004
      (212) 558-4000

      *Attorneys for Defendant Bank. J. Safra*
      *(Gibraltar) Limited*

BAKER & HOSTETLER LLP

/s/ Oren J. Warshavsky
BY:   Oren J. Warshavsky
      owarshavsky@bakerlaw.com
      Robertson D. Beckerlegge
      rbeckerlegge@bakerlaw.com
      45 Rockefeller Plaza
      New York, NY 10111
      (212) 589-4200

      *Attorneys for Irving H. Picard, Trustee*
      *for the Substantively Consolidated SIPA*
      *Liquidation of Bernard L. Madoff*
      *Investment Securities LLC, and*
      *Bernard L. Madoff*

KATTEN MUCHIN ROSENMAN LLP

/s/ Anthony L. Paccione
BY:   Anthony L. Paccione
      anthony.paccione@kattenlaw.com
      575 Madison Avenue
      New York, NY 10022-2585
      (212) 940-8800

      *Attorneys for Defendant*
      *Zeus Partners Limited*