**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA,<br><br>    Defendant. | Adv. Pro. No. 11-01725 (SMB) |

## **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for June 25, 2014 has been adjourned and will be held on **December 17, 2014 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: June 19, 2014
New York, New York

| SULLIVAN & CROMWELL LLP | BAKER & HOSTETLER LLP |
|---|---|
| /s/ Robinson B. Lacy<br>BY:  Robinson B. Lacy<br>lacyr@sullcrom.com<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>*Attorneys for Defendant Banque J. Safra (Suisse) SA* | /s/ Oren J. Warshavsky<br>BY:  Oren J. Warshavsky<br>owarshavsky@bakerlaw.com<br>Robertson D. Beckerlegge<br>rbeckerlegge@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>(212) 589-4200<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff* |