**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>            v.<br><br>JEFFREY HINTE,<br><br>                    Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## STIPULATION AND ORDER GRANTING EXTENSION OF TIME
## TO RESPOND TO ANSWER AND COUNTERCLAIMS

WHEREAS, on November 30, 2010, Irving H. Picard, as trustee (the "Trustee") for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, filed a complaint in the above-captioned matter (the "Complaint");

WHEREAS, the Trustee and the above-captioned defendant ("Defendant") mutually agreed to several extensions of the date by which the Defendant could move, answer, or otherwise respond to the Complaint;

WHEREAS, a pretrial conference in the above-captioned adversary proceeding is currently scheduled on September 17, 2014 at 10:00 a.m.;

WHEREAS, on April 17, 2014, Defendant answered the Complaint and filed counterclaims against the Trustee (the "Answer and Counterclaims");

WHEREAS, by a stipulation and order entered May 5, 2014, the time for the Trustee to move, answer, or otherwise respond to the Answer and Counterclaims was extended up to and including June 23, 2014; and

WHEREAS, the Trustee and Defendant have agreed to further extend the time by which the Trustee may move, answer, or otherwise respond to the Answer and Counterclaims.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that,

1. The date by which the Trustee may move, answer, or otherwise respond to the Answer and Counterclaims in the above-captioned adversary proceeding is extended up to and including July 23, 2014.

2. The pretrial conference in the above-captioned adversary proceeding will be adjourned from September 17, 2014 at 10:00 a.m. to October 22, 2014 at 10:00 a.m.

2

3. The parties to this stipulation reserve all rights, claims and/or defenses they may have and entry into this stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

4. This stipulation may be executed in any number of counterparts and all such counterparts shall together constitute one and the same agreement.

Dated as of: June 19, 2014

| **BAKER & HOSTETLER LLP** | **MARTIN J. AUERBACH, ESQ.** |
|---|---|
| By: */s/ Marc E. Hirschfield*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com | By: */s/ Martin J. Auerbach*<br>1185 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>Telephone: (212) 704-4347<br>Facsimile: (646) 304-0175<br>Email: auerbach@mjaesq.com<br><br>*Attorney for Jeffrey Hinte* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: New York, New York
      June 20th, 2014

    SO ORDERED:              /s/ STUART M. BERNSTEIN
                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE