BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for Claimant Aaron Blecker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**CERTIFICATE OF SERVICE**

      I, Lourdes Blanco, hereby certify that on June 20, 2014 I caused a true and correct copy of Claimant Aaron Blecker's Deposition Notice and Request for Documents to the Trustee to be served by electronic mail and United States Postal Service Regular Mail upon:

{N0049741 }

    David J. Sheehan
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 100111
    dsheehan@bakerlaw.com

    *Attorneys for the Trustee*

  I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2014         **/s/ *Lourdes Blanco***

{N0049741 }