**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                     Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                     Plaintiff,<br><br>           v. | Adv. Pro. No. 10-04480 (SMB) |

|   |
|---|
| PATI H. GERBER 1997 TRUST; THE PATI H. GERBER MARITAL DEDUCTION TRUST UNDER THE LAST WILL AND TESTAMENT OF OSCAR L. GERBER; OSCAR L. GERBER RESIDUARY TRUST A; OSCAR L. GERBER RESIDUARY TRUST B; PATI H. GERBER LTD.; PATI H. GERBER; individually, and in her capacity as Trustee of the Pati H. Gerber 1997 Trust, the Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber, the Oscar L. Gerber Residuary Trust A, and the Oscar L. Gerber Residuary Trust B; and BRIAN H. GERBER, in his capacity as Trustee of the Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber, the Oscar L. Gerber Residuary Trust A, and the Oscar L. Gerber Residuary Trust B, <br><br>                              Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 8, 2014.

2. Fact Discovery shall be completed by: July 30, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: September 28, 2015.

4. The Disclosure of Rebuttal Experts shall be due: October 28, 2015.

5. The Deadline for Completion of Expert Discovery shall be: January 26, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: March 25, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 8, 2016.

8. The Deadline for Conclusion of Mediation shall be: August 8, 2016.

Dated: New York, New York  
       June 20, 2014

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*