BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN; LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin; and EMILIE APFELBAUM,<br><br>                    Defendants. | Adv. Pro. No. 10-04336 (SMB) |

**SUPPLEMENTAL DECLARATION OF ONA T. WANG IN SUPPORT OF TRUSTEE'S**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, Trustee (the "Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff.

2. As an attorney of record, I am fully familiar with this case and the facts set forth herein. I have personal knowledge of the matters stated in this Supplemental Declaration.

3. I submit this Supplemental Declaration in support of the Trustee's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss For Lack of Personal Jurisdiction and *Forum Non Conveniens*.

4. Attached hereto as Exhibit A is a copy of Defendants' Responses and Objections to the Trustee's First Set of Written Jurisdictional Discovery Requests, dated February 1, 2013.

5. Attached hereto as Exhibit B is a certified copy of the transcript of the deposition of Laurence Apfelbaum taken on March 26-27, 2014, along with exhibits 9-11, 15, 20, 24, 25, 28 and 30-33 thereto.

6. Attached hereto as Exhibit C is a true and correct copy of a Response on Behalf of the Yeshaya Horowitz Association, filed on or around October 9, 2012 in the District Court of Jerusalem, Israel, in connection with the Trustee's action to transfer the voluntary liquidation of the Yeshaya Horowitz Association to a court-supervised proceeding, along with a certified translation.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:   New York, New York        /s/ Ona T. Wang
         June 20, 2014             Ona T. Wang, Esq.
                                   Baker & Hostetler LLP
                                   45 Rockefeller Plaza
                                   New York, New York 10111
                                   Telephone: (212) 589-4200

Facsimile: (212) 589-4201
Email: owang@bakerlaw.com