# <u>EXHIBIT B</u>

Picard v. Igoin                                 Laurence Apfelman  3-26-14

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SECURITIES INVESTOR            )
PROTECTION CORPORATION,        )   Adv. Pro. No.
                               )   08-01789 (SMB)
        Plaintiff-Applicant,   )
                               )   SIPA LIQUIDATION
        -vs-                   )
                               )   (Substantively
BERNARD L. MADOFF INVESTMENT   )   Consolidated)
SECURITIES LLC,                )
                               )
        Defendant.             )
_____)
In re:                         )
                               )
BERNARD L. MADOFF,             )
                               )
        Debtor.                )
_____)
IRVING H. PICARD, Trustee      )
for the Liquidation of         )   Adv. Pro. No.
Bernard L. Madoff Investment   )   10-04336 (SMB)
Securities LLC,                )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
ESTATE (SUCCESSION) OF DORIS   )
IGOIN, et al.,                 )
                               )
        Defendants.            )
------------------------------x

VIDEOTAPED DEPOSITION UNDER
ARTICLE 17 OF THE HAGUE CONVENTION
OF
LAURENCE APFELBAUM

on Wednesday, March 26, 2014
commencing at 10:12 a.m.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000001

2

VIDEOTAPED DEPOSITION OF

LAURENCE APFELBAUM

Taken at the offices of

Artus Wise Partners

154, Boulevard Haussmann

Building B, 4th Floor

75008 Paris, France

Reported by:  Thelma Harries, MBIVR, ACR

**10-04336_APLCAA0000002**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-26-14**

```
                                                          3
 1                 A P P E A R A N C E S
 2     COMMISSIONER
 3          SALLY A. SWARTZ, ESQ
            Artus Wise Partners
 4          154, Bd Haussmann 75008
            Paris
 5
 6     On behalf of the Plaintiff:
 7          BAKER HOSTETLER, LLP
            45 Rockefeller Plaza
 8          New York, New York 10111
            BY:  ONA WANG, ESQ.
 9               DAVID McMILLAN, ESQ.
                 NATACHA CARBAJAL, ESQ.
10
            UETTWILLER GRELON GOUT CANAT & ASSOCIÉS
11          47, rue de Monceau
            75008 Paris
12          BY: JEAN-FRANCOIS CANAT (Part-time)
                MS. ESKENAZI (Part-time)
13
14
15     On behalf of the Witness,
       Laurence Apfelbaum
16
            KELLEY DRYE & WARREN LLP
17          101 Park Avenue
            New York, NY 10178
18          BY:  JONATHAN K. COOPERMAN, ESQ.
19          GRANRUT SOCIÉTÉ d'Avocats
            91, rue du Faubourg Saint-Honoré
20          75008 Paris
            BY:  BRUNO QUINT
21
            AMBRE NERINCK-SELTZER
22          101 Park Avenue
            27th floor
23          New York
            NY 10178
24
25
```

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000003

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**



4

1            A P P E A R A N C E S, Continued

2

   In attendance:

3

         Luis Guisbert, Videographer

4         Beatrice Huret-Moran, Interpreter

5

                              *    *    *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

5

1                           **I N D E X**
2
3    Deponent                                              Page
      LAURENCE APFELBAUM
4    EXAMINATION BY MS. WANG                                12
5
6

                     **E X H I B I T   I N D E X**
7
     Exhibits Marked During This Deposition:
8

      Exhibit No.    Description                          Page
9    1              Commission                             8
      2              Order for Commissioner                8
10   3              Swartz Letter to American              9
                     Embassy
11   4              Letter from United States              9
                     Embassy dated September 20th,
12                   2013
      5              Letter to French Embassy dated        9
13                   September 23, 2013
      6              Letter of Authorization for          10
14                   Deposition dated October 2,
                     2013
15   9              Customer Claim for BLMIS              36
                     Account Number 1FN076
16   10             Customer Claim for Emilie             36
                     Apfelbaum
17   11             Form for Account of Doris and         36
                     5/31/06 BLMIS Statement
18   13             Bernard L. Madoff Investment          47
                     Securities LLC In Liquidation
19                   December 11, 2008.  Cover
                     letter for customer claim form
20   12             Letter Explaining SIPC               48
      14             Leaflet                              48
21   15             Circular                              48
      16             Declaration                          65
22   17             Letter to Mr. Frank Di Pascali        88
                     from BIF dated 6th March, 1998
23   18             Handwritten note to Frank Di          90
                     Pascali from Laurence Apfelbaum
24   19             Bates Number MADTSS00258367          108
      20             Letter dated December 14, 1999      118
25                   from Frank Di Pascali to Mrs.

                    **BENDISH REPORTING, INC.**
                         **877.404.2193**

10-04336_APLCAA0000005

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

6

1

2              VIDEOGRAPHER:  Good morning.  This is

3       the videotape deposition of Laurence

4       Apfelbaum, Tape Number 1, in the matter of

5       Securities Investor Protection Corporation

6       versus Bernard L. Madoff Investment Security,

7       LLC in the United States Bankruptcy Court,

8       Southern District of New York.

9              This deposition is being held at Artus

10      Wise Partners, 154 Boulevard Haussmann, Paris

11      75008, France on March 26, 2014.

12              My name is Luis Guisbert from Bendish

13      Reporting.  I am the video specialist.  The

14      court reporter today is Thelma Harries, also

15      from Bendish Reporting.

16              We are going on the record at 10:12.

17              Counsel who are present, will you

18      please state your appearance for the record.

19              MS. WANG:  Ona Wang for the plaintiff,

20      Irving Picard.

21              MR. McMILLAN:  David McMillan, also

22      for Plaintiff.

23              MS. CARBAJAL:  Natacha Carbajal, also

24      for Plaintiff.

25              MS. ESKENAZI: Ms Eskenazi, also for

**10-04336_APLCAA0000006**

**Picard v. Igoin**                               **Laurence Apfelman   3-26-14**

7

1          the Plaintiff.

2                     MR. COOPERMAN:  Jonathan Cooperman,

3          Kelley Drye & Warren, for the witness,

4          Laurence Apfelbaum.

5                     MR. QUINT:  Bruno Quint for

6          Mrs. Apfelbaum, French counsel.

7                     MS. NERINCK-SELTZER:  Ambre

8          Nerinck-Seltzer for Mrs. Apfelbaum.

9                     MS. SWARTZ:  Salli Swartz,

10         Commissioner.

11                    THE VIDEOGRAPHER:  Thank you.  Will

12         the court reporter swear in the witness and

13         the interpreter.

14                    THE COMMISSIONER:  As I indicated,

15         I am Salli Swartz.

16                    By the Court Order dated

17         September 11th issued by the Honorable Burton

18         R. Lifland, the United States Bankruptcy Court

19         Judge of the United States Bankruptcy Court of

20         the Southern District of New York issued an

21         Order pursuant to a request for a Commission,

22         for me to act as Commissioner presiding over

23         the deposition of deponent, Laurence

24         Apfelbaum, a French citizen residing at 52 rue

25         de Vaugirard, Paris 6 in France.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

8

1          I now put into -- into the record as

2     Exhibit 1 the Commission and the Order as

3     Exhibit 2.

4               (Exhibit 1 marked for identification)

5               (Exhibit 2 marked for identification)

6               VIDEOGRAPHER:   Going off the record.

7          (Discussion off the record)

8          (A short recess at 10:14 a.m.)

9          (Resumed at 10:15 a.m.)

10              VIDEOGRAPHER:   Back on the record at

11    10:15.

12              THE COMMISSIONER:  This deposition is

13    being taken pursuant to Bankruptcy Rule 7028,

14    Federal Rule of Civil Procedure 28(b) and

15    Article 17 of the Hague Convention on the

16    Taking of Evidence Abroad In Civil or

17    Commercial Matters with the reservation made

18    by France.

19              By letter dated September 16th,

20    I informed the Consul General of the United

21    States Embassy in Paris of the Court Order and

22    the possibility of taking the deposition in

23    the United States Embassy.

24              I hereby submit into evidence the

25    letter I sent to the American Embassy.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

9

1              (Exhibit 3 marked for identification)

2              THE COMMISSIONER:  By letter dated

3     September 20th the United States Embassy

4     informed me that the deposition could not take

5     place on the premises of the United States

6     Embassy in Paris due to security reasons.

7              I hereby submit into evidence as

8     Exhibit 4 the letter received from the United

9     States Embassy.

10              (Exhibit 4 marked for identification)

11              THE COMMISSIONER:  By letter dated

12     September 26, 2013, I informed the Bureau de

13     l'Entraide Judiciare en Matière Civile et

14     Commerciale of the French Ministry of Justice

15     of the Court Order and the letter from the

16     Embassy.

17              I hereby submit into evidence the

18     letter that I sent to the French Embassy as

19     Exhibit 6(sic).

20              (Discussion off the record)

21              MS. WANG:  Should be 5.

22              (Exhibit 5 marked for identification)

23              THE COMMISSIONER:  By letter

24     October 2nd, 2013, I received authorization

25     from the Bureau of Entreaide to have

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

10

1      the deposition taken in our offices.

2                  I hereby submit this letter into

3      evidence as Exhibit 6.

4                  (Exhibit 6 marked for identification)

5                  (Discussion between counsel)

6                  THE COMMISSIONER:  Let's go off the

7      record.

8                  VIDEOGRAPHER:  Going off the record at

9      10:19.

10                  (A short recess at 10:19 a.m.)

11                  (Resumed at 10:29 a.m.)

12                  VIDEOGRAPHER:  We're going back on the

13      record.  The time is 10:29.

14                  THE COMMISSIONER:  Exhibits 1 through

15      8 have been put into the record.

16                  I would just like to mention that the

17      notification of the deposition and the French

18      translation properly state the following

19      reservations under the French reservations to

20      the convention as follows:

21                  That the taking of evidence for which

22      the person concerned is summoned is based on

23      the provisions of the Hague Convention of

24      March 18, 1970 on the taking of evidence

25      abroad in civil and commercial matters, and is

**10-04336_APLCAA0000010**

**Picard v. Igoin**                                   **Laurence Apfelman  3-26-14**

11

1    part of the judicial proceedings taken in a

2    court designated by the Contracting state.

3              That appearance for the giving of

4    evidence is voluntary and that non-appearance

5    cannot lead to prosecution in the requesting

6    State.

7              That the parties to any action consent

8    to it or, if they do not, their reasons --

9    they have stated their reasons for this, that

10   is, that the person who is to give evidence is

11   entitled to legal advice;  that th person who

12   is to give evidence can claim dispensation or

13   prohibition from doing so.

14             I would now like the parties to

15   stipulate, if they are so inclined, that

16   service of notice has been accepted by the

17   defendants.  We will do that after they are

18   sworn in.

19             I would now like to pass the

20   microphone over to the court reporter who will

21   swear in the witness.

22             (Witness affirmed)

23             THE COMMISSIONER:  Counsel, you may

24   proceed.

25             MS. WANG:  I believe you had -- I

**10-04336_APLCAA0000011**

**Picard v. Igoin**                                   **Laurence Apfelman  3-26-14**

12

1          belive that Ms. Swartz had requested that

2          counsel stipulate to service of the notice of

3          deposition and the translation.

4                    MR. COOPERMAN:  Yes, that's fine.

5                    MS. WANG:  So stipulated.

6                      LAURENCE APFELBAUM

7                   having been duly sworn

8               was examined and did testify

9                      as follows:

10                     EXAMINATION

11     BY MS. WANG:

12          Q.    Laurence Apfelbaum, my name is Ona Wang.

13     I represent Irving Picard, the SIPA trustee.

14                    Could you please state your name for

15          the record?

16                    MR. COOPERMAN:  Could you just go

17          slower and let the translator --

18                    MS. WANG:  Oh, that's right.  Of

19          course.

20                    MR. COOPERMAN:  Thank you.

21                    MS. WANG:  I'm sorry.

22                    THE WITNESS:  My name is

23          Laurence Apfelbaum.

24                    (Discussion off the record)

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

13

1    BY MS. WANG:

2        Q.     Are you known by any other names?

3               MR. COOPERMAN:  You're asking

4        currently?  Because obviously she had a maiden

5        name before that.

6    BY MS. WANG:

7        Q.     Well, let's go through any names that

8    you've been known by before.

9        A.     I have one middle name.  Igoin is my

10   middle name.  Apfelbaum is my husband's name.  My

11   father's name and my maiden name is Igoin.  This name

12   my father took during the resistance -- the French

13   resistance.  And then he went back to his initial

14   name, which is Jaller, and -- and then back again to

15   Igoin.

16       Q.     You were never known by the last name

17   Jaller?

18       A.     Yes.  I went by the name of Jaller for

19   a few years when I was younger.

20       Q.     Do you know when?  Which years,

21   approximately?

22       A.     I don't know.  I was in primary school.

23       Q.     Okay.  That's what I was trying to

24   understand, is whether it was when you were an adult

25   or when you were a child.  So now I'll move on.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000013**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

14

1            From the time that you were an adult,

2        you've been know either as Laurence Igoin or

3        Laurence Apfelbaum; is that correct?

4        A.     With the proviso that some of the

5    articles I published were published under the joint

6    name Igoin-Apfelbaum because I started publishing

7    under the name of Igoin.  So I -- I transitioned

8    into Apfelbaum, and now when I publish my books, they

9    are signed Apfelbaum only.

10       Q.     But, other than using the last name

11   Igoin, the last name Apfelbaum, or Igoin-Apfelbaum,

12   there are no other last names that you've used as an

13   adult?

14       A.     No, there are no other names.

15       Q.     Before we get to the substance of the

16   deposition, I wanted to go through some basic ground

17   rules for the deposition.  I'm sure your counsel's

18   gone through them with you, but I need to put them on

19   the record as well.

20            The first is that you understand that you

21   are now under oath and that oath has the same force

22   and effect as if you were testifying in a court room.

23       A.     (No response)

24            MR. COOPERMAN:  You have to answer

25        verbally, not just shaking your head.  So

**10-04336_APLCAA0000014**

**Picard v. Igoin**                           **Laurence Apfelman  3-26-14**

15

1        you -- you have to say yes.

2                    THE INTERPRETER:  Yes, she understood

3        this.

4    BY MS. WANG:

5        Q.    And you understand, and please indicate

6    verbally, that this deposition is being conducted

7    pursuant to the Federal Rules of Civil Procedure of

8    the United States and Article 17 of The Hague

9    Evidence Convention?

10                    MR. COOPERMAN:  I just want to say,

11            Mrs. Apfelbaum knows she's here for

12            a deposition.  I would be very surprised if

13            she understood those laws you just said.

14                    MS. WANG:  I understand, but we do

15            need to keep this on the record.

16                    MR. COOPERMAN:  Well, she knows she's

17            here for a deposition.

18                    MS. WANG:  And you are her counsel.

19                    MR. COOPERMAN:  And she knows she has

20            to testify truthfully.

21                    MS. WANG:  And you are her counsel.

22                    MR. COOPERMAN:  I am.

23    BY MS. WANG:

24        Q.    And you understand that the Bankruptcy

25    Court appointed Ms. Salli Ann Swartz as Commissioner

**10-04336_APLCAA0000015**

**Picard v. Igoin**                                **Laurence Apfelman  3-26-14**

16

1     to oversee this deposition in accordance with

2     Article 17 of The Hague Evidence Convention, which

3     was just read into the record as well?

4                    MR. COOPERMAN:  Same comment.

5                    MS. WANG:  We are aware that

6            Mr. Cooperman has signed the litigation

7            Protective Order that governs this case.

8            However, Mr. Quint and Ms. Seltzer have not

9            yet signed, so I need to read into the record

10           Paragraph 10 of the Protective Order as well.

11                   MR. COOPERMAN:  I don't think you do.

12           I mean, they will sign.  I told David I will

13           look at it at the break one more time.  I just

14           omitted doing this when we got here, but they

15           understand this is all confidential.

16                   MR. QUINT:  We do.

17                   MS. NERINCK-SELTZER:  We do.

18                   MS. WANG:  So you acknowledge that you

19           have read Paragraph 10 out of the litigation

20           Protective Order?

21                   MR. QUINT:  Absolutely.

22                   MS. WANG:  And you plan to sign at

23           the break.  Then we don't need to read

24           Paragraph 10.

25                        (Translation)

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

17

1           MS. WANG:  Can you translate any of

2       that?

3           MR. COOPERMAN:  I think Mr. Quint just

4       translated exactly what you said; that we will

5       all sign at the next break.

6           MS. WANG:  Okay.

7           MR. QUINT:  Because I am more familiar

8       with the rules of procedure than the

9       translator.

10          MS. WANG:  Okay.  Fair enough.

11          (Discussion off the record)

12  BY MS. WANG:

13      Q.    Going back to the ground rules,

14  Madam Apfelbaum.

15          As your counsel reminded you, please

16      try to keep your responses verbal.  Although

17      the deposition is being videotaped, the --

18      the -- the audio track is what controls, so

19      you need to answer with a yes or a no, oui or

20      non, without adding -- things like "mmmm" or

21      "hmm" or nod don't count as verbal responses.

22      A.    I get it.

23      Q.    A few other things, especially because

24  we're working with an interpreter here.  If you don't

25  hear or don't understand a question, please ask me to

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

18

1    repeat or rephrase the question or ask the translator

2    to repeat or rephrase, and we'll try to work it out.

3         A.    Yes.

4         Q.    And, as I said to you before when we were

5    off the record, if you want a break, please just say

6    so and we -- we can take a break.  The only request

7    that I have is that, if there is a question pending,

8    that you answer the question and then we'll take

9    a break once the question is answered.

10        A.    All right.

11        Q.    Any objection by your attorney to

12   a question will still require you to answer the

13   question.  However, you may, as always, choose to

14   follow the advice of your counsel if he specifically

15   advises you not to answer a particular question.

16        A.    All right.  Sounds fine.

17        Q.    And you understand that, even if an

18   objection is answered, that you still should answer

19   the question -- I mean, even if an objection is

20   registered, you still should answer the question

21   unless you are instructed not to answer.

22        A.    All right.

23        Q.    Are you taking any medication that will

24   affect your recollection, your ability to answer my

25   questions or your ability to tell the truth today?

**10-04336_APLCAA0000018**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

19

1          A.      No, I'm not under any medication.

2          Q.      Have you ever been deposed before?

3          A.      No.  Never.

4          Q.      Have you ever appeared or testified in

5     court before?

6          A.      No.  Never.

7          Q.      Have you had conversations or meetings

8     with your counsel in preparation for this deposition?

9          A.      Yes.

10         Q.      How many times, without telling me the

11    substance of any of the conversations?

12         A.      Twice.  Yesterday and the day before;

13    and the day before yesterday.

14         Q.      Who was present at those meetings?

15         A.      John Cooperman, Bruno  Quint and Ambre

16    Seltzer.

17                 MR. COOPERMAN:  And Ambre.

18                 THE INTERPRETER:  Ambre.

19                 (Discussion off the record)

20    BY MS. WANG:

21         Q.      Did you -- did you review any documents

22    in preparation for this deposition?

23         A.      John Cooperman showed me some documents.

24         Q.      Were these documents documents that had

25    already been produced in the context of this

**10-04336_APLCAA0000019**

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

20

1     litigation?

2                    MR. COOPERMAN:  I'll represent every

3            single document I showed her was something

4            that was produced in this litigation.

5     BY MS. WANG:

6        Q.    So there were no new documents that were

7     presented or brought to the deposition?

8                    MR. COOPERMAN:  She wouldn't know

9            that, but I'll tell you that's the case;  no

10           new documents.

11                   MS. WANG:  Okay.

12    BY MS. WANG:

13       Q.    And then just to confirm, but

14    Mrs. Apfelbaum, you did not bring any new doc -- any

15    additional documents to the deposition, did you?

16       A.    I don't have any documents.

17       Q.    For the purposes of this deposition, when

18    I refer to Madoff or to Bernie, I am referring to

19    Bernard Madoff individually.  When I refer to BLMIS,

20    I am referring to Bernard L. Madoff Investment

21    Securities LLC.  And when I refer to SIPC, S-I-P-C,

22    I'm referring to the Securities Investor Protection

23    Corporation.

24                   MR. COOPERMAN:  I just don't want to

25           create controversy, but SIPC, I'm not sure if

10-04336_APLCAA0000020

**Picard v. Igoin**                                  **Laurence Apfelman  3-26-14**

21

1           she'll understand what that is.  So there are

2           things that are second nature to you that you

3           may need to explain a little bit more.

4                    MS. WANG:  I understand.  I just --

5                    MR. COOPERMAN:  Yeah.

6                    MS. WANG:  -- I'm saying that the --

7           let's just move on.

8      BY MS. WANG:

9           Q.    Mrs. Apfelbaum, can you tell me your date

10     of birth, please?

11          A.    February 4th, 1949.

12          Q.    And your current address?

13          A.    52 rue de Vaugirard.

14          Q.    In Paris?

15          A.    In Paris.  Sixth district.

16          Q.    And you are currently married?

17          A.    Yes, I am.

18          Q.    The name of your husband and when -- when

19     did you get married?

20          A.    My husband's name is Marian.

21                    MR. COOPERMAN:  M-a-r-i-a-n.

22                    THE WITNESS:  We got married in

23          June 1981.

24                    MR. COOPERMAN:  1981.

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

22

1    BY MS. WANG:

2         Q.      How did you meet?

3         A.      My husband was a dietician.  He worked at

4    the Bichat hospital.  And I was a psychologist

5    working at the Bichat hospital and I came to work in

6    his service and gradually we became acquainted.

7    Bichat, B-i-c-h-a-t.

8                   MS. WANG:  My husband actually spent

9              a little bit of time there about two years

10             ago.

11                  MR. COOPERMAN:  The same hospital?

12                  MS. WANG:  The Same hospital.

13                  THE COMMISSIONER:  Oh dear.

14                  MS. WANG:  No, no.  He worked there.

15             He -- not spent a little time.  I mean.  He

16             was working with other surgeons there.

17                  THE COMMISSIONER:  When I see

18             Americans in Paris and they say someone has

19             been in a hospital, I don't assume they were

20             working there.

21                  MS. WANG:  Yes, he was working there.

22             He was visiting --  he was, like, a visiting

23             Professor there.

24                  (Discussion off the record)

25

**10-04336_APLCAA0000022**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

23

1    BY MS. WANG:

2        Q.    Do you have any children?

3        A.    I have one daughter.

4        Q.    And her name is?

5        A.    Her name is Emilie Apfelbaum.

6              MR. COOPERMAN:  E-m-i-l-i-e.

7    BY MS. WANG:

8        Q.    And does she live with you?

9        A.    Yes, she lives with us.

10       Q.    How old is she now?

11       A.    She is now 30.

12       Q.    Okay.  Is she -- is she married?  And

13   what does she do?

14       A.    No, she's not married.

15       Q.    And what does she do for a living?

16       A.    She's an employee in an --

17             MR. QUINT:  Art gallery.

18             THE WITNESS:  -- an art gallery in

19       Paris.

20   BY MS. WANG:

21       Q.    Before marrying Marian Apfelbaum, have

22   you previously been married?

23       A.    No.

24       Q.    Do you or Marian Apfelbaum have any other

25   children?

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000023

**Picard v. Igoin**                                      **Laurence Apfelman  3-26-14**

24

1        A.      I don't have any other children other

2     than Emilie.  My husband, Marian Apfelbaum, has three

3     other -- three other children.

4              Q.      What are their names?

5              A.      Olivier Apfelbaum -- Olivier;

6     O-l-i-v-i-e-r.  Laurenc Rosengart -- Laurenc

7     Rosengart, L-a-u-r-e-n-c, Rosengart,

8     R-o-s-e-n-g-a-r-t.

9                      (Discussion off the record)

10                     THE WITNESS:  And Deborah,

11         D-e-b-o-r-a-h, Apfelbaum.

12    BY MS. WANG:

13             Q.      How old are they?

14             A.      Laurenc Rosengart -- Apfelbaum is 55.  So

15    Olivier is 57, and Deborah was born in 1976, so she

16    is 37 or 38.  I don't know all the dates by heart, so

17    I'm just figuring it out.

18             Q.      Do any of them live with you?

19             A.      No, none of them.

20             Q.      Now, your parents were named Doris Igoin

21    and Albert Igoin; is that right?

22             A.      Yes.

23             Q.      And when were they born and die?

24             A.      My mother was born 14th of July, 1913.

25    She died in 2005.  My father was born in

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000024

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

25

1      February 1915.  He died in 1995.

2            Q.     Do you know how your parents met?

3            A.     Yes, I do.

4                   MR. COOPERMAN:  Do you want her to

5         tell you?

6      BY MS. WANG:

7            Q.     Yes.  How did they meet?

8            A.     It's a long story.  This was before the

9      war.  My mother was studying, she teach French and

10     she came to France.  Not at the hospital.  On board,

11     she met somebody whose name was Raymond,

12     R-a-y-m-o-n-d, Aubrac, A-u-b-r-a-c, and this person

13     introduced her to some friends of his.

14                  Then she went back to the United States

15     during the war.  And later, after the war, my father

16     had to go to the United States on a mission.  This

17     friend from France suggested that he paid a visit to

18     Doris Wolson, W-o-l-s-o-n.

19                  MR. COOPERMAN:  Doris, D-o-r-i-s.

20                  THE WITNESS:  And that's how they met

21         and they fell in love.  So my mother then came

22         to France and she married my father.

23     BY MS. WANG:

24           Q.     So just to confirm, your mother was a

25     US citizen; is that right?

**10-04336_APLCAA0000025**

**Picard v. Igoin**                                           **Laurence Apfelman  3-26-14**

26

1      A.      Yes.

2      Q.      Did she remain a US citizen after her

3  marriage?

4      A.      Yes, she did.

5      Q.      And for the rest of her life?

6      A.      Yes.

7      Q.      Did your father or mother have any

8  children other than you?

9      A.      Not as far as I know.

10     Q.      Can I take you through -- can you take me

11 through your education beginning with high school or,

12 you know, the equivalent of high school in France?

13     A.      I -- I went to general high and -- and

14 high school almost all the way through the end of

15 high school into -- until 1965, to a -- the high

16 school in Sevres, S-e-v-r-e-s, which at the time was

17 in the French department of Seine, S-e-i-n-e, et

18 Oise, O-i-s-e -- (simultaneous talking)--  which has

19 now become 92, the department 92.  The name of the

20 department has changed since.

21          The last year in high school, my parents

22 moved to Paris.  I went to the Victor Duruy high

23 school, V-i-c-t-o-r, D-u-r-u-y, and I took my

24 baccalaureate, end of high school diploma,

25 specializing in philosophy.

**10-04336_APLCAA0000026**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

27

1        I then went on to the university, which

2   was the Sorbonne, S-o-r-b-o-n-e (sic).  I studied

3   psychology starting in 1967.  Following 1968, the

4   university system was reformed and where I studied

5   was now called Paris 7th, 7th, and I continued to

6   study psychology and I went on to get a doctorate.

7        In my early years at university,

8   I doubled major in Russian.  I studied Russian at the

9   Institute of Oriental Languages in Paris because

10  I was interested in psycholinguistics --

11  psycholinguistics.

12                 MR. COOPERMAN:  P-s-y-c-h-o,

13         linguistics, l-i-n-g-u-i-s-t-i-c-s.

14  BY MS. WANG:

15       Q.    So which year did you graduate with your

16  doctorate?

17       A.    I got my Master's degree in 1970.  In

18  1971, I got the DESS and I was able to start working

19  then, and I finished my dissertation in 1976 or '77.

20  In fact, I started working earlier because, with the

21  Master's degree, I was able to start working.

22       Q.    So when you started working with your

23  Master's degree, what did you do?

24       A.    I started as a psychologist at the Ecole

25  Active Bilingue, a bilingual school.  E-c-o-l-e,

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000027**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

28

1   A-c-t-i-v-e, B-i-l-i-n-g-u-e.  I had several jobs

2   because these were just contract jobs, so I had

3   several jobs at the same time, and so I also worked

4   for the Fondation des etudiants de France.

5              MR. QUINT:  Foundation of French

6          students.

7              THE INTERPRETER:  F-o-n-d-a-t-i-o-n,

8          d-e-s, E-t-u-d-i-n-t-s (sic), d-e,

9          F-r-a-n-c-e.

10             THE WITNESS:  And I was in a service

11         that specialised for people under dialysis.

12         I also worked for a few years in a centre with

13         children in the medical psycho centre for

14         children.

15  BY MS. WANG:

16     Q.    Okay.  And these were all in your

17  capacity as a psychologist; is that right?

18     A.    And I also worked in the Bichat Hospital

19  in the eating disorders service.  I worked with

20  people suffering from bulimia.

21     Q.    And when did you work at Bichat Hospital?

22  I'm sorry to cut you off.

23     A.    I'm not sure of the exact date.

24  Approximately, in the '60s or '70s.  I worked my

25  dissertation on bulimia, so when I was writing my

**10-04336_APLCAA0000028**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

29

1       dissertation I had already worked for several years

2       with people suffering from bulimia.

3                At the same time, I became a

4       psychoanalyst.  In 1976, I was accepted by the APF,

5       Associacion, A-s-s-o-c-i-a-c-i-o-n, des

6       Psychoanalystes, d-e-s, P-s-y-c-h-o-a-n-a-l-y-s-t-e-s,

7       d-e, F-r-a-n-c-e, and I started as a psychoanalyst,

8       which I still -- I still am today.  I still work as

9       a psychoanalyst.

10          Q.    Are you still a -- are you a

11      psychoanalyst at Hospital Bichat or are you a

12      psychoanalyst somewhere else?

13          A.    I only work in my own practice now.

14      I left the Bichat Hospital.

15          Q.    When did you leave?

16          A.    I left the Bichat Hospital in '96 or '97

17      when my husband retired.

18          Q.    So that brings me to your husband's

19      occupation, which was that he -- you said earlier he

20      was a professor of nutrition and a doctor of

21      medicine; is that right?

22          A.    Yes.  He currently is -- works with

23      eating disorders -- disorders specialty in France,

24      along with Professor Tremoillere,

25      T-r-e-m-o-i-l-l-e-r-e.  My husband was the main

**10-04336_APLCAA0000029**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

30

1   pioneer in -- in this field at universities for

2   teaching this.  He was medical Professor at Bichat

3   Hospital, which is at one hospital and the

4   university; the university hospital.  And he was te

5   head of the Inserm, I-n-s-e-r-m, Institute, at the --

6   at the Bichat Hospital, at the lab -- the lab, the

7   Inserm lab at the -- at the Bichat Hospital.

8         Q.     What was your specialty, if you practiced

9   one, as a psychoanalyst?

10        A.     There's no specialty.  At Bichat I was --

11  I was a psychoanalyst -- I was a psychotherapist, and

12  my specialty was bulimia.  Psychotherapist.

13        Q.     And you said your husband retired around

14  1996 or 1997; is that right?

15        A.     Yes.  My husband was born in 1931 so he

16  was -- he reached retirement age, which was 65, and

17  I think he went on for one more year after that.

18                  (Discussion off the record)

19  BY MS. WANG:

20        Q.     And do you have any professional

21  licenses?

22        A.     In France, with the university diplomas

23  I have, I have the right.  In addition, because I am

24  a member of the Associacion Skeleton de France, which

25  is affiliated with the International Psychoanalyst

10-04336_APLCAA0000030

**Picard v. Igoin**                        **Laurence Apfelman  3-26-14**

31

 1    Association, this also gives me the right to work as

 2    a psychoanalyst.

 3        Q.      And going back, what were your parents'

 4    occupations?

 5        A.      My mother was a homemaker in France.  My

 6    father was, what I called him since school, was

 7    a businessman.  Was a businessman.  That's what

 8    I called him since school.  When I had to write down

 9    what my father's occupation was at school, that's

10    what I -- I had to fill in forms and I would write he

11    was a businessman.

12        Q.      Did he specialise in any area that you

13    know of?

14        A.      I have childhood memories.  I remember

15    that he dealt with boats because there were postcards

16    of boats in his office when I go -- went to him.  And

17    also he had pictures from Ivory Coast and -- so in

18    coffee.  I know he was in coffee.  But these are old

19    childhood memories and I'm not sure what he went on

20    to do.

21            When I grew up he never told me exactly

22    what he was doing.  He never talked about it.  We

23    talked about what he was interested in.  He spent

24    a lot of time reading and studying Spinoza, for ever.

25    Always.  S-p-i-n-o-z-a.  So that's what we'd talk

**10-04336_APLCAA0000031**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

32

1   about.  We'd talk about that.

2        Q.     Any other interests other than Spinoza?

3        A.     Yes, he had other interests besides

4   Spinoza.  He liked skiing.  He practiced skiing.  He

5   read books about ski champions, and he would have me

6   practice at home with him before we'd go skiing.

7              As soon as he started doing something, he

8   became interested in it.  I was never a golfer, but

9   he was for a while.  And he would tell me about --

10  not about golf itself, but about the books he would

11  read about concentration, such as archery.  This is

12  the type of things he would discuss with me.

13       Q.     So as you grew up did he talk about his

14  business dealings at all?

15       A.     No.  He was interested in -- (interpreter

16  and witness speaking over each other) -- and then

17  later on he became interested in my studying in

18  psychology and we'd talk about that.

19       Q.     So he didn't push you, for example, to

20  study psychology?

21       A.     No.  I think he might have been

22  disappointed that I was studying psychology.

23       Q.     How so?  Tell us about that.

24       A.     I was a good student.  I got my bacc. and

25  high school diploma with cum laude.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

33

1          MS. NERINCK-SELTZER:  Summa cum laude.

2          MR. COOPERMAN:  Summa cum laude;

3     s-u-m-m-a, c-u-m, l-a-u-d-e.

4          THE WITNESS:  THE normal curriculum

5          for somebody like me would have been to move

6          on to a proprietary school, and I think that's

7          partly why my parents moved to Paris the day

8          I was -- the year I was finishing high school.

9     BY MS. WANG:

10         Q.    When you say a preparatory school, what

11    does that mean?

12         A.    In France you have Khane, k-h-a-n-e,

13    Epokhane, and they're like special schools that only

14    the best students in literary sections can attend,

15    and this prepare you to the main schools;  this

16    prepares you to enter the most prestigious schools.

17         MR. QUINT:  You have to understand

18         that in France some students don't go to the

19         university, as such.  We have so-called

20         schools, high schools, which are at the level

21         of university, but very prestigious either in

22         literature or in science.

23         THE INTERPRETER:  And you need -- you

24         need to take entrance exam and you need to be

25         prepared for that.  So you have to go to

**10-04336_APLCAA0000033**

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

                                                                    34

1           special school that, kind of, are between high

2           school and those schools, and they prepare you

3           for --

4     BY MS. WANG:

5           Q.    I thought the Sorbonne -- and you said

6     that you had gone to the Sorbonne, and I thought that

7     was the best.

8                     THE INTERPRETER:  It's not

9           prestigious.  In France, it's like the lowest.

10          It's like the person who finishes high school

11          with the lowest grades, they'll be able to go

12          to Sorbonne.

13                    MR. COOPERMAN:  Why don't we --

14          specifies the translator.

15                    COMMISSION:  I suggest we take this to

16          lunch.  It's a long conversation about French

17          education.

18                    THE INTERPRETER:  Okay.

19    BY MS. WANG:

20          Q.    Okay.  But did you -- I guess, getting

21    back to the deposition.  Did your father suggest or

22    want you to, for example, go into business or go into

23    the financial industry?

24          A.    No, certainly not.  And, anyway, the dies

25    were cast already in junior high because I chose to

**10-04336_APLCAA0000034**

**Picard v. Igoin**                                   **Laurence Apfelman  3-26-14**

35

1    study literature.

2              THE INTERPRETER:  In France, if you

3         study maths, you can go very far.  If you

4         study literature, you go nowhere and that

5         starts very young.

6              MR. COOPERMAN:  Is that what the

7         witness said?

8              THE INTERPRETER:  No.  This is just --

9              MR. COOPERMAN:  Please refrain from --

10             THE INTERPRETER:  Okay.  Sorry --

11             MR. COOPERMAN:  Just, please,

12        translate what the witness says.

13             THE INTERPRETER:  Okay.

14             THE WITNESS:  I think he was surprised

15        by my choice.

16   BY MS. WANG:

17        Q.    But he didn't, for example -- I -- I'm

18   just saying because, for example, Chinese parents

19   will really push for their children to go into

20   a certain career or a certain profession or to study

21   certain things.  And did your parents ever push you

22   in that way?

23        A.    No.  I made my own choices.

24             MR. COOPERMAN:  I think that's a --

25        a course of rebellion by people who get pushed

**10-04336_APLCAA0000035**

**Picard v. Igoin**                     **Laurence Apfelman  3-26-14**

36

1        anyway.

2                    MS. WANG:  I rebelled by going into

3        biology.

4                    Okay.  Let's go off the record so

5        I can mark a few exhibits off the record

6        without any time pressure.

7                    VIDEOGRAPHER:   Going off the record.

8        The time is 11:26.

9                    (A short recess at 11:26 a.m.)

10                   (Exhibit 9 marked for identification)

11                   (Exhibit 10 marked for identification)

12                   (Exhibit 11 marked for identification)

13                   (Resumed at 11:44 a.m.)

14                   VIDEOGRAPHER:   We're back on the

15        record.  The time is 11:44.

16       BY MS. WANG:

17           Q.    Mrs. Apfelbaum, I'm now going to hand you

18       what the court reporter has marked as Exhibits 9, 10

19       and 11.  Could you take your time to look at

20       Exhibits 9, 10 and 11 and, when you have done so --

21       and then, when you have, let me know what -- what

22       they are.

23                   (Discussion off the record)

24       BY MS. WANG:

25           Q.    Okay.  Starting with Exhibit 9, can you

**10-04336_APLCAA0000036**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

37

1    tell me what -- what Exhibit 9 is?

2         A.     This is a form I sent back in 2009 after

3    having received it; a customer claim.

4         Q.     And can you take me through the pages of

5    this?  And this customer claim is for account

6    number 1FN076; is that right?  FN076.

7                    MR. COOPERMAN:  Can you just, maybe,

8              point to where you're looking at?  I think

9              that will help the witness along here and

10             there.

11   BY MS. WANG:

12        Q.     So if you take a look at the first page

13   of Exhibit 9, do you see a little bar code on the

14   left side of the page?

15                   MS. WANG:  (To the interpreter)  Will

16             you translate for her, too, please?

17   BY MS. WANG:

18        Q.     Do you see below the bar code where it

19   says Account Number 1FN076?

20        A.     Oui.

21        Q.     Yes?

22                   MR. COOPERMAN:  (To the interpreter)

23             You need to translate.

24   BY MS. WANG:

25        Q.     Do you have any understanding what

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000037

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

38

1    Account Number 1FN076 means?

2         A.    I don't know it by heart, but I suppose

3    it was the number of my account at BLMIS.

4                   MR. COOPERMAN:  I just want the

5              witness to understands.

6                   Ms. Wang is not asking you to

7              speculate.  She's asking if you know that

8              account.  If you do, say no.

9                   MS. WANG:  I was -- actually, that

10             wasn't my question.

11   BY MS. WANG:

12        Q.    My question is what's your understanding

13   of what that is?

14                  MR. COOPERMAN:  Right.  But she's not

15             here to speculate.  So if what you're

16             asking -- I'm sure you're not asking her to

17             speculate, because I'll direct her not answer

18             then.

19                  (To the witness)  So if you know, you

20             should say.

21   BY MS. WANG:

22        Q.    It's your -- it's your account at BLMIS?

23        A.    Yes.

24        Q.    Can you take me through the pages of

25   Exhibit 9 and identify, if you can, the handwriting

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

39

1    on those pages?

2        A.    It's my handwriting.

3        Q.    On every page?

4        A.    Yes.

5        Q.    And that is your signature on the fourth

6    page; is that right?

7        A.    Yes.

8        Q.    And did you prepare this form for

9    submission to the trustee, the SIPC trustee?

10            MR. COOPERMAN:  Objection.

11            (To the witness)  You can answer.

12            THE WITNESS:  I filled in this form,

13        which I received at the end of December, in

14        late December, and I thought I was sending

15        this to the CIPA, yes, CIPA.

16    BY MS. WANG:

17        Q.    Did anyone help you prepare this form?

18        A.    No.

19        Q.    Did you consult anyone in preparing this

20    form?

21        A.    No.

22        Q.    Did you rely on any other documents in

23    preparing this form?

24        A.    No.  I don't see what kind of document

25    I could have relied on.

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

                                                              40

1        Q.      Do you see on -- there are -- there are

2    two pages attached at the end of Exhibit 9 after your

3    signature page.  Did you attach those pages to the

4    SIPC form?

5        A.      I think so.

6        Q.      What are those?  What are those pages?

7        A.      These are my latest statements, account

8    statements, for BM -- BMIS.

9        Q.      So do you see on the statement in the

10   upper right corner it says, "Period ending 11/30/08"?

11   Do you see that?

12       A.      Yes.

13       Q.      And then on the next page it says,

14   "Period ending 10/31/08"?

15       A.      Yes.

16       Q.      Do you understand these to be account

17   statements for BLMIS Account Number 1FN076 for

18   November 2008 and October 2008?

19       A.      Yes.

20       Q.      I'm going to take you through Exhibit 10

21   and 11 now and ask you essentially the same

22   questions.  So I'm asking you now to take a look at

23   Exhibit 10 and, after you've taken your time to look

24   through Exhibit 10 and when you're ready, please tell

25   me what it is.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

41

1          A.      This is a customer claim corresponding to

2     the account number of my daughter, Emilie.

3          Q.      And the handwriting on Exhibit 10, is

4     that -- is all of the handwriting on Exhibit 10 your

5     handwriting?

6          A.      No, this is not my handwriting.  This is

7     my daughter's.

8          Q.      And so at the end, the signature is your

9     daughter's handwriting; is that right?

10         A.      Yes.

11         Q.      Did you assist your daughter in preparing

12    this claim form?

13         A.      Yes.

14         Q.      And looking at the pages 5 and 6 of

15    Exhibit 10, is it your understanding that those are

16    the October and November 2008 account statements from

17    BLMIS?

18         A.      Yes.

19         Q.      And, as of October and November 2008,

20    those account statements were sent to your address --

21    your address and your daughter's address; is that

22    right?

23         A.      Yes.

24         Q.      If you know, did anyone assist Emilie

25    Apfelbaum, other than you, in preparing these forms?

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000041

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

42

1      A.      Nobody assist her.

2      Q.      And, again, if you know, do you know if

3  she consulted anyone, other than you, in -- in

4  preparing these forms?

5      A.      I know that she didn't consult anyone.

6      Q.      And, again, do you -- if you know, did

7  she rely on any other document in preparing this

8  claim form?

9      A.      No, she didn't.

10     Q.      All right.  I'll take Exhibit 10 back and

11  I'm going to ask you the same litany of questions for

12  Exhibit 11.  So, again, please take your time to

13  review Exhibit 11 and, when you're ready, let me know

14  what they are.

15     A.      (Witness reviewed the document)  Oui.

16             MR. COOPERMAN:  I think she's ready.

17  BY MS. WANG:

18     Q.      Okay.  So, again, can you tell me what

19  Exhibit 11 is?

20     A.      So this is a form which I received and

21  which I filled, because I received it, and it

22  concerns an account for the estate of my mother, an

23  account which is closed -- which was closed.

24     Q.      So you'll see what appears to be a BLMIS

25  account statement on the second to last page of

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

43

1      Exhibit 11.  Is it your understanding that this

2      account statement, which appears to be dated

3      May 31st, 2006, reflects the last account statement

4      that you received for the Doris Igoin succession

5      account?

6          A.    Yes, it is the last statement for this

7      account.

8          Q.    And, again, do you recognise the

9      handwriting on this -- on Exhibit 11?

10         A.    It's my handwriting.

11         Q.    And going back to the account statements

12     for the Doris Igoin succession account, do you have

13     any other account statements that pre-date this

14     May 31st, 2006 account statement that was attached?

15         A.    Yes, I had them.  I don't have any of

16     those documents any longer because I gave them to my

17     counsel.

18         Q.    When you say you gave them to your

19     counsel, you mean Mr. Cooperman or Mr. Quint or

20     somebody else?

21         A.    To Mr. Quint.

22                (Discussion off the record)

23     BY MS. WANG:

24         Q.    Okay.  Going back to the first page of

25     Exhibit 11, there is a block of handwriting on the

Picard v. Igoin                                    Laurence Apfelman  3-26-14

44

1    right side.  Would you mind reading that?

2        A.      Do you want me to read it aloud?

3        Q.      Yes, please.

4        A.      (In person)  "This account no longer

5    exists since May 31st at the death of my mother in

6    February 2009.  We transformed" --

7        Q.      Is that 2009 or 2005?

8        A.      (In person)  Five; 5.

9                "We"  -- yes, 5.  "We transformed her

10   account care of Madoff into 'succession Doris Igoin'

11   until all taxes attached to this succession were

12   paid.  When this was completed the account was closed

13   and the remaining 35,000 -- million dollars was

14   transferred to my own account care of Madoff as I was

15   the only heiress."

16       Q.      And that's your signature at the end?

17       A.      Yes.

18       Q.      And that is your handwriting?

19       A.      Yes.

20       Q.      Can you explain -- and using French, of

21   course, and the interpreter if you need to -- what

22   you meant with -- by this paragraph?

23       A.      When my mum died, her account was

24   transferred to mine directly, but, in the meantime,

25   we realised that my mum didn't know that she was

10-04336_APLCAA0000044

**Picard v. Igoin**                     **Laurence Apfelman  3-26-14**

45

1   supposed to pay taxes in the USA.  So we contacted

2   Ambre Seltzer in the USA to see what they could do

3   about fixing this.  Ambre --

4              MS. NERINCK-SELTZER:  Seltzer.

5              THE WITNESS:  -- Seltzer, to see how

6        to go about fixing this, to make it straight.

7        It turned out that it would be a long and

8        complicated process.  There would be

9        negotiations involved, and we didn't know how

10       much tax there would be to pay.  So I paid

11       back the money from the estate and created

12       a new Madoff account so this could be -- and

13       this -- this took until early 2008 when this

14       was settled, until this was settled.  And

15       everything was settled in early 2008.

16              MR. COOPERMAN:  In early 2008.

17              THE WITNESS:  In early.

18   BY MS. WANG:

19       Q.    So this account, 1FR122, the succession

20   account, was controlled by you for the purpose of

21   handling your mother's estate and taxes that might be

22   owed in the United States; is that right?

23              MR. COOPERMAN:  Objection.

24              (To the witness)  You can answer.

25              THE WITNESS:  The only purpose of this

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

46

1      account was to pay the tax that was due.

2   BY MS. WANG:

3      Q.     And when you were filing and preparing

4   Exhibit 11, it -- you were not asserting in

5   Exhibit 11 that -- that this account still had a

6   balance as of December 2008; is that right?

7      A.     No.  I said that the account no longer

8   existed, and I have the form to show that the account

9   had been closed.

10      Q.     I'm just confirming.

11          Going back.  I think the question I had

12   asked earlier was in addition to the purpose of the

13   tax -- sorry.  Let me start that question again.

14          So other than you, did anyone else

15   control this account, this Doris Igoin succession

16   account, while it was in existence?

17      A.     No.

18      Q.     And you prepared Exhibit 11 for

19   submission; is that right?

20      A.     Yes.

21      Q.     And, again, did anyone help you prepare

22   Exhibit 11?

23      A.     No-one edited this whole thing.

24      Q.     And did you rely on any other documents

25   in preparing Exhibit 11, other than the account

**10-04336_APLCAA0000046**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

47

1    statement that was -- is attached at the end of this

2    form?

3          A.      No.

4          Q.      We're done with those exhibits for now,

5    thank you.

6                  Madam Apfelbaum, I'm going to hand you

7          what's been premarked as Exhibit 13.

8                  (Exhibit 13   marked for

9          identification)

10   BY MS. WANG:

11         Q.      Can you please take a look at Exhibit 13,

12   and take your time, and, when you're ready, let me

13   know if you've ever seen this document before?

14         A.      (Witness reviewed the document)  I am

15   ready.

16         Q.      So I believe my question was let me know

17   if you'd seen this document before?

18         A.      Yes.  This was the cover letter for the

19   custom claims that I received.

20         Q.      Now, do you see on the first page of

21   Exhibit 13 it says that there -- it encloses

22   additional documents.  Do you see that?

23                  MR. COOPERMAN:  The second page, isn't

24         it?

25                  MS. WANG:  The second page, I'm sorry.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

48

1           MR. COOPERMAN:  (To the interpreter)

2      No.  I confused you.  There.  (Indicating)

3           THE WITNESS:  Okay.

4  BY MS. WANG:

5      Q.    I am going to hand you now what the --

6  what the court reporter has premarked as Exhibits 12,

7  14 and 15.  Can you please take a look at

8  Exhibits 12, 14 and 15 and, when you're ready, take

9  me through each exhibit first just telling me what it

10  is?

11           (Exhibit 12, Exhibit 14, and Exhibit

12      15  marked for identification)

13           MR. COOPERMAN:  I think she's ready.

14      You were asking does she recognise these

15      documents?

16           MS. WANG:  Yes.

17  BY MS. WANG:

18      Q.    Are you ready?

19      A.    Yes.

20      Q.    So let's go through each document

21  one-by-one.

22           Exhibit 12, can you tell me what that is?

23      A.    This is a letter that explains what the

24  SIPC does.

25      Q.    And that was provided to you in

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000048

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

49

1    conjunction with the claim form?

2         A.    Yes, I received this.

3         Q.    Okay.  Going to Exhibit 14, can you tell

4    me what that document is?

5         A.    This is also a leaflet which has -- this

6    is also a leaflet which received with the form; the

7    claim form.

8              MR. COOPERMAN:  Leaflet.

9    BY MS. WANG:

10        Q.    And did you review this -- this leaflet,

11   did you review Exhibit 14 when you were preparing or

12   before you prepared the claim form?

13        A.    Yes.

14        Q.    I'm going to now go to Exhibit 15, and

15   can you tell me what Exhibit 15 is?

16        A.    This is a letter addressed to the victims

17   of Bernard Madoff advising to fill up the claim forms

18   and send them back quickly.

19        Q.    So you said -- you just said that

20   Exhibit 15 is a letter.  Is it -- can I call your --

21        A.    A notice.

22        Q.    It's a notice, okay.

23              MR. QUINT:  Excuse me.  Lettre

24        circulaire is not exactly a notice.  It's

25        a letter sent to a number of people.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

                                                                        50

1              (Discussion off the record)

2      BY MS. WANG:

3          Q.      And you received Exhibit 15 around the

4      time that you were preparing the claim forms, is that

5      right?

6          A.      I'm not sure.

7                  MR. QUINT:  Excuse me, once again.

8              That's not exactly "I'm not sure".  That's

9              "I don't know".

10                 MR. COOPERMAN:  Which is a substantive

11             difference.

12     BY MS. WANG:

13         Q.      Did you -- did you receive Exhibit 15 at

14     any point in time in the past?

15         A.      Certainly, but I don't remember.  What

16     I remember, is that we were told that we had to

17     answer quickly when we received the leaflet.  As far

18     as execution is concerned, I'm saying I'm not quite

19     sure because it didn't concern directly how to fill

20     in the forms.

21         Q.      But you received it some time after the

22     collapse of BLMIS; is that right?

23                 MR. COOPERMAN:  Objection.

24     BY MS. WANG:

25         Q.      You certainly didn't get it before?

**10-04336_APLCAA0000050**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

51

1          MR. COOPERMAN:  Hold on.  Hold on.

2     I want to ask, but you received it some time

3     after the collapse of BLMIS; is that right?

4     I said objection.  I know the witness gave

5     some answer but --

6          MS. WANG:  You gave -- you objected

7     before.

8          MR. COOPERMAN:  No, she answered in

9     French and it wasn't translated.  That's my

10    point.  So --

11         MS. WANG:  Let's get the translation.

12         MR. COOPERMAN:  -- it's not against

13    you.  I just want to --

14         MS. WANG:  I know.

15         MR. COOPERMAN:  -- make sure this is --

16         MS. WANG:  I know.

17         MR. COOPERMAN:  -- correct.

18         MS. WANG:  Let's get it.  Let's get

19    the record correct.

20         THE INTERPRETER:  She hasn't answered

21    any questions.

22         MS. WANG:  Let's read the -- let's

23    read the -- can I ask the reporter to please

24    read back the answer that begins, "Certainly,

25    but I don't remember", and then the question

**10-04336_APLCAA0000051**

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

52

1      that comes after that.

2              COURT REPORTER:  "Q.  Did you receive

3      Exhibit 15 at any point in time in the past?

4              "A.  Certainly, but I don't remember.

5      What I remember, is that we were told that we

6      had to answer quickly when we received the

7      leaflet.  As far as execution is concerned,

8      I'm saying I'm not quite sure because it

9      didn't concern directly how to fill in the

10     forms.

11             "Q.  But you received it some time

12     after the collapse of BLMIS; is that right?"

13             And then there was an objection by

14     Mr. Cooperman.

15  BY MS. WANG:

16     Q.     So can you answer the last question which

17  was, "But you received it some time after the

18  collapse of BLMIS;  is that right?"

19     A.     Yes, of course.

20             MR. QUINT:  Excuse me --

21             THE WITNESS:  I don't understand the

22     question.

23             MS. WANG:  Wait, wait.  Let's have the

24     record be clear.  Let's let the translator

25     translate the answer.  If you have a problem

**10-04336_APLCAA0000052**

**Picard v. Igoin**                                **Laurence Apfelman  3-26-14**

53

1         with the answer, then you can speak.  Please

2         try not to speak over each other because the

3         record is not going to be clear that way.

4              THE WITNESS:  I don't understand the

5         question.

6              MR. COOPERMAN:  I'm sorry, that's she

7         said, "I don't understand the question"?

8         That's what the --

9              THE INTERPRETER:  Yes, I was finishing

10        my translation.

11             MS. NERINCK-SELTZER:  Actually, what

12        the witness said was, "Well, after the

13        collapse of BLMIS, of course".  And then she

14        said "I don't understand your question".

15   BY MS. WANG:

16        Q.    So let's try to clarify this again.  I'll

17   ask very short questions.  They should be pretty

18   obvious, but I just need to make sure that the record

19   reads clearly because of people interrupting each

20   other.

21             So as to Exhibit 15, you did receive it

22   at some point in time; is that right?

23        A.    I say certainly because I don't have

24   a memory of this, but certainly I must have received

25   it.

**10-04336_APLCAA0000053**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

                                                                54

1          MR. COOPERMAN:  She's not asking you

2      to speculate.  She's asking your memory now.

3      If you don't remember receiving it, you can

4      say that.

5          THE WITNESS:  I don't remember.

6  BY MS. WANG:

7      Q.    Are you saying you don't remember when

8  you received it?  Is that the answer?

9      A.    I do not remember this exhibit, as such,

10  and I do not remember when I received it.  I remember

11  the other exhibits very well.  The other exhibits

12  required me to do something, so I remember because

13  I did something following when I was told, so

14  I remember that very well.

15      Q.    But Exhibit 15 you do not remember very

16  well because it did not require you to do anything;

17  is that right?

18          MR. COOPERMAN:  Objection.  That

19      misstates her testimony.

20          MS. WANG:  We need an answer to that

21      question, though, which I believe the witness

22      answered.

23          (To the court reporter)  Can you read

24      the last question, please?

25          COURT REPORTER:  "Q.  But Exhibit 15

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

55

1    you do not remember very well because it did

2    not require you to do anything; is that

3    right?"

4            MR. COOPERMAN:  Same objection.

5    Misstates her testimony.  She --

6            MS. WANG:  Your objection is recorded.

7    Let the witness answer the question.

8            MR. COOPERMAN:  But she's already

9    answered it.  You're asking it in a different

10    way that assumes exactly the opposite of what

11    she said.  It's not a fair question.  I'm not

12    trying to create difficulties here but she

13    answered.

14            MS. WANG:  Let's start this line of

15    questioning again, and we can be here as long

16    as we need to be here, but this is not making

17    things move any quicker.

18            MR. COOPERMAN:  Well, just ask the --

19    listen to her answer the first time --

20            MS. WANG:  Well, we need to make sure

21    that we don't speak over each other so that

22    the witness's answer is translated.  I

23    understand that you may have arguments over

24    how -- or disagreements over the precision of

25    the translation or whether it accurately

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                    Laurence Apfelman  3-26-14

56

1    captures what the translator is saying and

2    what Mrs. Apfelbaum is saying, but I want to

3    ask and caution everybody not to interrupt the

4    translation.  If there is -- if you believe

5    that there is an inaccuracy in the

6    translation, we can continue and we can follow

7    up and we can get a clear answer.  However,

8    I do not want you coaching the witness or

9    coaching her on what she should be saying

10   because that is not proper under the Federal

11   Rules.

12           MR. COOPERMAN:  So you just --

13           MS. WANG:  So let's start again.

14           MR. COOPERMAN:  So you just --

15           MS. WANG:  Let's start again with a

16   very short question.

17           MR. COOPERMAN:  You can say it's much

18   shorter, but I'm going to speak.  You just

19   violated your own rule by interrupting me.

20           I have nothing against the

21   translation, but what I have is the fact that

22   you asked if she saw -- remembers this

23   document.  She gave you a clear answer.  Then

24   you asked another question assuming she saw

25   it.

10-04336_APLCAA0000056

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

                                                                        57

 1                      So what I'm saying is, if you just

 2              listen to her first answer we'd be done with

 3              this.  If you want to ask it again, ask it.

 4                      MS. WANG:  I'm going to ask the

 5              questions again.

 6      BY MS. WANG:

 7          Q.    Mrs. Apfelbaum, have you ever seen

 8      Exhibit 15 before today?

 9          A.    I'm 90 per cent sure that I have received

10      it because I, later on, received all the letters that

11      were sent by the trustee.  What I'm saying is I do

12      not have -- I do not recall seeing it.

13          Q.    So I'm going to ask a follow-up question.

14      It may or may not be accurately -- may not accurately

15      reflect what you're trying to say, but, if it

16      doesn't, please correct me.  I would rather you

17      correct me than your lawyer correct me because it is

18      your testimony.

19                      So it's your belief or your understanding

20      that you did receive all of the letters that were

21      sent by the trustee or all of the lettres circulaire

22      were sent by the trustee to customers of BLMIS; is

23      that right?

24                      MR. COOPERMAN:  Objection.

25                      THE WITNESS:  Yes.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000057

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

58

1    BY MS. WANG:

2         Q.     And what you're saying about Exhibit 15

3    is that you do not have a specific recollection about

4    receiving Exhibit 15; is that right?

5         A.     Yes.

6         Q.     And you do not have any reason to believe

7    that you did not receive Exhibit 15; is that right?

8         A.     I do not have any reasons to believe so.

9         Q.     And let me -- let me rephrase that

10   question because I don't think it was clear.

11              And you do not have any reason to believe

12   that you did not receive Exhibit 15 in the normal

13   course of communications from the trustee; is that

14   right?

15                   MR. COOPERMAN:  Objection.

16                   THE WITNESS:  I have no reason to

17         believe that I didn't receive this letter, and

18         I do not know what is the normal course of

19         communications.

20                   MS. WANG:  All right, let's take

21         a break for lunch.  We're at the end of the

22         tape anyway.

23                   VIDEOGRAPHER:  Going off the record.

24         The time is 12:37.

25                   (A short recess at 12:37 p.m.)

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

59

1          (Resumed at 1:41 p.m.)

2                VIDEOGRAPHER:   This is the beginning

3    of Tape Number 2, Volume 1.  The time is

4    13:41.  We're back on the record.

5                MS. WANG:  Good afternoon,

6    Mrs. Apfelbaum.

7                I think, before we start, I just

8    wanted to reaffirm that, to the extent that

9    anybody has any issues with the translation --

10   I understand, Madame Apfelbaum, that you can

11   speak English quite well as well -- so, to the

12   extent there are certainly several people in

13   the room who are bilingual in French and

14   English, so, to the extent that anybody has an

15   issue with the translation, or believes that

16   it's not clear or not clear enough or would

17   like to clarify, I would like to ask that,

18   above all, nobody interrupts Mrs. Apfelbaum or

19   the translator, and then that we also try not

20   to interrupt each other, and, if people want

21   to register objections on the record, they can

22   register objections on the record.

23                But we would also like to try not to

24   -- there should only be one translator in the

25   room and, if other people believe that the

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000059

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

60

1          answers are different, obviously,

2          Mrs. Apfelbaum, your answers are the ones that

3          control.  So if you believe that the answer is

4          not clear, please let us know and we'll stop

5          and we'll clarify it, and, you know, you can

6          work with the translator to make -- the

7          interpreter to make sure that the answer is

8          accurate, okay?

9     BY MS. WANG:

10         Q.     Before the break we were talking about

11    three accounts at BLMIS for which you had filed

12    claims.  Do you remember that?

13         A.     Except that, for the third account,

14    I mentioned that it no longer existed;  that it had

15    been transferred to another account.

16         Q.     And those accounts were an account in

17    your name, Laurence Apfelbaum, an account in your

18    daughter's name, Emilie Apfelbaum, and then a third

19    account, which no longer existed as of 2008, that was

20    entitled succession Doris Igoin account,or something

21    like that; is that right?

22         A.     Yes.

23         Q.     Can we all agree that we'll just call

24    that the succession account so that then we can all

25    understand that we're referring to that account?

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

61

1      A.      (No response)

2      Q.      And, again, just so I understand, the

3  purpose of that separate account was to segregate

4  funds that needed to be used to pay taxes in the

5  United States on behalf of your mother?

6      A.      Yes.

7      Q.      And was that for State taxes or was that

8  for income taxes before her death or something else?

9          MR. COOPERMAN:  Are you asking about

10         United States taxes or French taxes?  I just

11         want to make sure it's clear for the witness

12         what exactly you're asking.

13  BY MS. WANG:

14      Q.      Yeah.  I think the previous question was

15  the -- so let me clarify, then, because...

16          The question I asked was that the

17  succession account -- and, again, correct me if I'm

18  incorrect, please -- but the succession account

19  opened for the purpose of segregating funds that were

20  to be used to pay taxes in the -- to pay United

21  States taxes on behalf of your mother; is that right?

22      A.      Yes.

23      Q.      And so, then, my next question was

24  whether that was for US income tax, some form of the

25  State taxes in the United States or something else?

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

62

1      A.      Income tax.  She didn't realise that she

2   was supposed to pay income tax in the US and she was

3   already paying tax in France with my father;  income

4   tax in France with my father.

5      Q.      Again, so I'm clear, and, again, correct

6   me if I misstate it.  So when your father and mother

7   were both alive, your father had to pay income tax

8   and your mother paid income tax as well on the income

9   in the BLMIS account?

10     A.      In France we pay tax on a household basis

11  and so, when my father died, she continued to pay the

12  taxes in his name.  In her name, sorry.

13     Q.      So she continued to pay income taxes in

14  France in her own name but after -- sorry, let me

15  start that again.

16             So she continued to pay income taxes in

17  her own name in France, but did not realise that she

18  also had a US income tax liability at the time?

19     A.      She had absolutely no idea.  She had been

20  in France since 1948 and she had never returned to

21  the United States, and she hadn't -- she rarely went

22  back and she hadn't gone back for a long time.  She

23  had no ties there, so she didn't know.

24     Q.      So it was only after your mother's death

25  that you realised that there were taxes that were

**10-04336_APLCAA0000062**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

63

1    owed to the United States?

2         A.     Yes, because I had to turn -- to turn in

3    an American passport to the American Embassy, and

4    there they gave me a leaflet and I realised that she

5    had to pay taxes.

6         Q.     And she had to pay taxes on what --

7    sorry.

8              She had to pay US income taxes on what

9    income, if you understand?

10        A.     On BLMIS, capital gains.

11        Q.     So now I want to take you back a little

12   bit in the history of the BLMIS account.  I realise

13   that it will -- that your memory may be hazy, but

14   we'll try to do our best to try to take it in time

15   periods.

16              So, so I understand; these three

17   accounts, the loss account, the Emilie account and

18   the succession account that we were discussing before

19   the lunch break, those were not the only accounts

20   that your family held at BLMIS at any time; is that

21   right?

22              MR. COOPERMAN:  Objection.

23              (To the witness) You can answer.

24              THE WITNESS:  There was just one other

25        account which was my mother's account, which

**10-04336_APLCAA0000063**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

                                                                    64

1           I closed when she died, which I opened again

2           as a State account when I realised I had to

3           pay taxes.

4     BY MS. WANG:

5           Q.    I want to actually go back to the origin

6     of the earliest account that you were aware of.

7     Those -- that account or accounts were started by

8     your father; is that right?

9                 MR. COOPERMAN:  Objection.

10                THE WITNESS:  I found out about my

11          mother's affairs, state of business, when she

12          died.  And so my father was the same;  it's

13          when he died that I found out.  But for

14          anything else, I don't know.  I don't know.

15    BY MS. WANG:

16          Q.    Is it your understanding that the account

17    or accounts at BLMIS were started in the 1980s by

18    your father?

19                MR. COOPERMAN:  Objection.

20                THE WITNESS:  I don't know.  I don't

21          have any direct knowledge;  I don't have

22          direct knowledge.

23                MS. WANG:  I'm going to ask the court

24          reporter to mark this next document as

25          Exhibit 16.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelman  3-26-14

                                                                    65
1                     (Exhibit 16 marked for identification)

2       BY MS. WANG:

3            Q.     Can you take your time, Mrs. Apfelbaum,

4       and review Exhibit 16.  When you're done reviewing

5       it, let me know.

6            A.     (Witness reviewed the document)

7            Q.     Are you ready?  Okay.  What is

8       Exhibit 16, Mrs. Apfelbaum?

9            A.     This is a declaration which I wrote, but

10      I can't -- I can't find the date but I acknowledge

11      that I wrote it.

12           Q.     And you signed it at the end?

13           A.     Yes.

14           Q.     I gave you Exhibit 16 in the hopes that

15      it might help you remember some of the early history

16      of the accounts.  So, again, I mean, is it your

17      understanding that the BLMIS accounts were founded or

18      created by your late father in the 1980s?

19           A.     I wrote "to the best of my knowledge".

20      I don't know directly.  At the time when I wrote this

21      I wrote "to the best of my knowledge", and I asked

22      the tax adviser that was -- that filled up my

23      mother's tax returns.  He didn't know directly

24      either, but he said he spoke, my mother told him so.

25      This is why I wrote to the best of my knowledge, but

10-04336_APLCAA0000065

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

66

1    I do not actually know.

2        Q.    So your mother didn't tell you when she

3    was alive either?

4        A.    No, I didn't ask.

5        Q.    And your father didn't tell you when he

6    was alive?

7              MR. COOPERMAN:  Hold.  Did you listen

8         to her full question?  You said something

9         after.  Didn't you say --

10   BY MS. WANG:

11       Q.    And your father didn't tell you when he

12   was alive that your family held BLMIS accounts; is

13   that right?

14       A.    No.

15             MR. COOPERMAN:  That's what I was

16        trying to get you to say before answering the

17        question.

18   BY MS. WANG:

19       Q.    So who was the tax adviser who provided

20   you that information?

21       A.    Pierre, P-i-e-r-r-e, Pradier,

22   P-r-a-d-i-e-r.

23             MR. COOPERMAN:  I don't think there's

24        an R at the end;  P-r-a-d-i-e.

25             THE WITNESS:  Who studied doing my --

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

67

1       my mother's tax returns only after the year

2       2000.

3    BY MS. WANG:

4       Q.    So before the year 2000, you did know

5    that your family had investments in BLMIS; is that

6    right?

7       A.    I knew it since 1995.

8       Q.    But before 1995, when your father was

9    alive, you did not know?

10      A.    No, I didn't know anything about my

11   father's business.

12      Q.    So do you see in Paragraph 6 of

13   Exhibit 18 --

14                THE INTERPRETER:  Did I say --

15                MR. QUINT:  16.

16                MR. COOPERMAN:  6 or 16?

17                MS. WANG:  Paragraph 6 of Exhibit 16.

18   BY MS. WANG:

19      Q.    Of Exhibit 16?

20                MR. COOPERMAN:  Yes, we're on the same

21        page.

22                Do you want -- I cut you off.  Did you

23        want to ask her something else?

24   BY MS. WANG:

25      Q.    Do you see where it says, "To the best of

**Picard v. Igoin**                           **Laurence Apfelman  3-26-14**

68

1        my knowledge, the origin of those accounts is that

2        during the 1980s my late father, Albert Igoin,

3        invested proceeds from the sale of his company with

4        BLMIS"?  Do you see that sentence?

5            A.     Yes, I do.

6            Q.     Is your knowledge in that sentence

7        derived solely from conversations with Pradie, or is

8        there someone else who also helped you in

9        understanding the origin of your family's BLMIS

10       account?

11           A.     No, it was Mr. Pradie at the time.  He

12       became the person filing my own tax returns.

13           Q.     And I'm not sure I understood that

14       answer.

15                  MR. COOPERMAN:  I think she also meant

16           Mr. Pradie, after her mother passed away, he,

17           too, did her file tax returns.

18       BY MS. WANG:

19           Q.     Okay, can you -- is what Mr. Cooperman

20       said correct?  Can you translate that, please?

21           A.     Yes.

22           Q.     Now, what I'm interested in is the phrase

23       "invested proceeds from the sale of the company with

24       BLMIS".  Do you have any understanding of the name of

25       the company, the type of the company, the amount of

10-04336_APLCAA0000068

**Picard v. Igoin**                                     **Laurence Apfelman  3-26-14**

69

1    the proceeds, or anything beyond that sentence?

2         A.    I don't know.  I didn't know my dad's

3    business, but he had an office for a company which

4    was called Cofrapar, C-o-f-r-a-p-a-r.  I don't know

5    anything about this company except that sometimes

6    I would go and pick him up at his office.  I don't

7    understand it was his only business, but he closed

8    this business and took what he called his retirement

9    in the 80s.

10        Q.    And so your father retired in the 1980s;

11   is that right?

12        A.    He closed his office and he stayed at

13   home.  That's all I know.  For me, he retired.

14        Q.    And as far as investing proceeds from the

15   sale of his company, did the knowledge -- did that

16   knowledge, however faint it may be, come from

17   Mr. Pradie?

18        A.    From Mr. Pradie, but he wasn't there at

19   the time.  This is what my mother told Mr. Pradie.

20        Q.    Let me try to ask the question a

21   different way.

22             How did you come to understand or come to

23   learn that your father may have invested proceeds

24   from the sale of his company with BLMIS?

25             MR. COOPERMAN:  Objection.  It seems

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000069

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

70

1          the same question she answered, but...

2                    (To the witness) You can answer.

3      BY MS. WANG:

4          Q.    I'm waiting for an answer.

5          A.    I don't really know.

6          Q.    I think what I'm trying to get at is the

7      timing.  I mean, did it -- did the understanding,

8      however faint or vague it may be, come about when you

9      were -- after your mother had passed and you were

10     going through papers and things like that in 2005?

11     Did you come to form this understanding in 1995 when

12     your father passed away or am I completely wrong?

13                    MR. COOPERMAN:  Can I suggest

14               a different question?

15                    MS. WANG:  Wait, let's just...

16                    THE WITNESS:  It is hard for me to

17               remember because afterwards it became so

18               obvious, but I think maybe it was when French

19               tax authorities -- I think that was in 1997,

20               when the French tax authorities contested my

21               mother's right to my dad's inheritance.  They

22               tried to concentrate my dad's wealth at that

23               time to see where the money came from, and it

24               must be in there.

25                    MR. COOPERMAN:  She didn't get the...

**10-04336_APLCAA0000070**

**Picard v. Igoin**                                          **Laurence Apfelman  3-26-14**

71

1              I believe what she said is, "I tried
2        to reconstruct my dad's will at that time to
3        see" --
4                  MS. WANG:  No.
5                  MR. COOPERMAN: -- "where the money
6        came from".
7                  THE WITNESS:  They tried.
8                  MR. COOPERMAN:  They tried.
9                  THE WITNESS:  The French tax
10       authorities.
11   BY MS. WANG:
12       Q.    Okay, so let's see if we can get that
13   sentence again.
14              So French tax authorities contested your
15   mother's right to your father's inheritance; is that
16   right?
17       A.    The ownership.  In my Will -- in my
18   father's Will they had a joint account and my father
19   considered that half of the wealth belonged to my
20   mother.  So he considered that the inheritance on the
21   income had half of its wealth, and that that half
22   would go to me and my daughter.
23              A few years later, the French tax
24   authority contested that my mother actually owned
25   half of my father's wealth because they said that she

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                            **Laurence Apfelman  3-26-14**

72

1   had not put in any money and that the money, in fact,

2   came from my father's business.  However, my parents

3   had jointly borrowed money and, on this, the French

4   tax authorities recognised that half belonged to my

5   mother, but all the rest was entered back into the

6   inheritance which meant that my daughter and I had to

7   pay inheritance tax on that.

8        Q.     So at the time of your father's death

9   your father and mother had a joint account; is that

10  right?

11               MR. COOPERMAN:  Objection.

12               THE WITNESS:  I don't know the

13          details.  Yes, I suppose so.  That's what her

14          Will was based on.

15  BY MS. WANG:

16       Q.     And you had no access to that joint

17  account; is that right?

18       A.     No.

19       Q.     Did you later come to an understanding --

20  did you later come to an understanding that this

21  joint account was the source of your family's wealth?

22               MR. COOPERMAN:  I don't quite

23          understand the question.

24               MS WANG:  Let me rephrase that

25          question.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

73

1    BY MS. WANG:

2         Q.    So at the time of your father's death,

3    your family was quite wealthy; is that right?

4         A.    Yes.

5         Q.    And your understanding was that most of

6    that wealth was contained in a joint account that

7    your mother and father jointly owned; is that right?

8         A.    I found out about my dad's wealth, my

9    father's wealth, and the extent of his wealth only

10   when he died.

11              MR. QUINT:  Excuse me.  I have a

12         question to give you.

13              When you say "joint account", do you

14         refer to BLMIS account or a bank account?

15              MS. WANG:  That's actually what I'm

16         trying to get to, so maybe you can help me,

17         because Mrs. Apfelbaum used the term "joint

18         account" and I'm trying to understand what

19         that is.  Is it a bank account?  Is it

20         a savings account?  Any --

21              MR. QUINT:  She referred to a joint

22         loan; not account.  A loan.

23   BY MS. WANG:

24         Q.    Well, there was -- I understand that

25   there was -- there was reference to a loan that your

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000073

**Picard v. Igoin**                            **Laurence Apfelman  3-26-14**

74

1    parents, your mother had jointly borrowed money with

2    your father, but I understood that to be something

3    separate from a joint account that constituted the

4    bulk of your family's wealth.  So I'd, actually, the

5    interpreter to at least try to read that part back?

6                MR. COOPERMAN:  Why don't you just ask

7        -- I'm trying to help you.

8                Why don't you just ask:  Did you

9        understand, after your father died, that the

10       BLMIS account was a joint account between your

11       mother and father?

12               MS. WANG:  It's because that's not --

13       I don't think that that's clear.  That's why

14       I'm trying to get I would like her --

15               MR. COOPERMAN:  Well, why don't you

16       ask her the question?  I think she could

17       explain it.

18               MS. WANG:  (To the interpreter)  Can

19       you actually translate what -- the part where

20       I said that's actually what I'm trying to get

21       to and what I'm trying to understand?

22               THE INTERPRETER:  Okay.  I think what

23       she's trying to say that she's not sure

24       whether there was a joint account or not, but

25       what she knows or what she believes is that

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000074

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

75

1          her parents were married under the French

2          regime of the community of assets.  I think

3          this is what she's --

4    BY MS. WANG:

5          Q.     So that they jointly held assets

6    together?

7          A.     So because of the matrimonial regime, my

8    mother would own half the wealth.

9                 MR. QUINT:  But for the sake of good

10         understanding, under French law that doesn't

11         mean at all that there was a joint account,

12         whether BLMIS or bank.

13                THE INTERPRETER:  Joint wealth rather

14         joint account.

15                MR. CANAT:  It just means that they're

16         sharing their assets.

17                MR. QUINT:  That accounts can be --

18         can be in the name of one of the spouses only.

19                MR. COOPERMAN:  Can we just stop one

20         second?  Off the record.

21                MS. WANG:  Let's go off the record.

22                COMMISSIONER:  Let's go off the

23         record.

24                VIDEOGRAPHER:  We're going off the

25         record.  The time is 14:23.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                    Laurence Apfelman  3-26-14

76

1              (A short recess at 2:23 p.m.)

2              (Resumed at 2:29 p.m.)

3              VIDEOGRAPHER:  Going back on the

4        record.  The time is 14:29.

5   BY MS. WANG:

6        Q.    At the time of your father's death, you

7   learned or came to understand that your family had

8   significant investments with BLMIS; is that right?

9        A.    Yes.

10       Q.    Now, were those accounts held in your

11  parents' names, and, if not, can you tell me how they

12  were held?

13       A.    Well, what I can tell you is that, in the

14  inventory that was drawn by the notaire,

15  n-o-t-a-i-r-e, there was one account with BLMIS of

16  which I inherited a part.

17       Q.    Could I actually ask you to refer back to

18  Exhibit 16?  Look, in particular, at Paragraphs 8

19  through 12 and see if that refreshes your

20  recollection as to how the accounts, the BLMIS

21  assets, were held at the time of your father's death?

22       A.    (Witness reviewed the document)  No, I'm

23  not sure why it's written BLMIS accounts because

24  I believe there was only one.

25       Q.    But do you see at Paragraph 11 where it

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000076

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

77

1    says "were held and administered by a French bank"?

2          A.        "The accounts were held and administered

3    by a French bank."  In fact, it didn't even show

4    BLMIS accounts.  It showed at Finama as treasury

5    investments;  F-i-n-a-m-a.

6          Q.        That's where I was heading.  Now, in

7    Paragraph 11 it talks about up until late 1999, so is

8    it your understanding that in 1995, when your father

9    died, the BLMIS accounts were not held directly with

10   BLMIS; is that right?

11         A.        Yes, and this is what I directed, and

12   until 1999 this was held through Finama.

13         Q.        Was there a process or bank before

14   Finama?  For example, Banque Pour l'Industrie

15   Francaise?

16         A.        Yes, BIF, and this bank became Finama.

17         Q.        So when you say BIF, you mean Banque Pour

18   l'Industrie Francaise?

19         A.        Which are called BIF, B-I-F.  I was

20   confused.  I didn't remember 1995, and I got confused

21   with my mother's inheritance, not my dad's.

22         Q.        Now, in 1995, around the time of your

23   father's death, did you have -- you had an

24   understanding that the accounts that were handled by

25   BIF were BLMIS investment accounts; is that right?

**10-04336_APLCAA0000077**

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

78

1      A.      I found out very soon after my dad's --

2    my father's death, but before I didn't know.  I had

3    no idea.  I found out very quickly because there were

4    more difficulties also arose;  because more

5    difficulties arose.

6              My father had left half the inheritance

7    which was coming to me and also to my daughter, and

8    all this was -- my mother had a usufruct life estate

9    right on the whole estate.  My daughter was 11.  She

10   had no idea what she was going to do or become, and

11   she was under the custody of a woman over 80 years of

12   age, and I had no power to prevent anything from

13   happening if -- should my daughter go bad.  So

14   I asked my mother to forego her usufruct right so

15   that I would cover the parental authority over my

16   daughter;  not in legal terms, but in fact.  The

17   situation was not acceptable to me.  In the months

18   that followed my father's death, I had this major

19   conflict with my mother.  I convinced my mother to go

20   against my father's Will, the last one.

21              MS. WANG:  I'm going to have to stop

22         and take a break because I'm really not

23         feeling well right now.

24              VIDEOGRAPHER:  Going off the record at

25         14:39.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000078**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

79

1              (A short recess at 2:39 p.m.)

2              (Resumed at 3:06 p.m.)

3              VIDEOGRAPHER:   We are going back on

4       the record.  The time is 15:06.

5              MS. WANG:  Okay.

6    BY MS. WANG:

7       Q.    Mrs. Apfelbaum, I apologise for taking

8    a break so suddenly, but we're back.

9              Right before the break you were giving an

10   answer that I'm going to try to summarise, but

11   I'd like you to try to give the same answer again so

12   that the -- so that the interpreter can get the

13   answer correctly on the record, because there were

14   a lot of things going on in the room right before.

15             You said -- you said, in sum or

16   substance, "I found out soon after my father's death

17   that there were more difficulties that arose after

18   your father's death".  And you then started talking

19   about how your father left the inheritance to you and

20   to your daughter, and the fact that your daughter was

21   11 years old and some of the issues that arose, and

22   you said the situation was not acceptable to you, and

23   then you convinced your mother to do something.

24             So I was wondering if you could actually

25   go over what you said right before the break, in your

**10-04336_APLCAA0000079**

**Picard v. Igoin**                      **Laurence Apfelman  3-26-14**

80

1      own words?

2          A.      In my -- my father's Will left my mother

3      a usufruct life estate right on my inheritance and my

4      daughter's inheritance, which means that my mother,

5      who was healthy but getting old, decided -- I mean,

6      controlled what my 11-year old daughter as well -- my

7      11-year old daughter as well -- and you don't know

8      what can happen.  I mean, an 11-year old person can

9      convince an older person of different things.  So you

10     didn't know what could happen.   So I asked my mother

11     to forego this right, this usufruct life estate

12     right, so that my daughter inherited directly and my

13     husband and I became legal guardians.  But, as

14     guardians, we had to see -- to go before the Judge of

15     -- the guardianship Judge because my daughter was

16     under age.  She had the right to decide how to invest

17     her money.  We needed an Order from the Judge for

18     that.

19            That's when I found out that the bulk of

20     the BIF money was at BLMIS, and that's when the

21     guardianship Judge told us that only half of the

22     investment could remain with BLMIS providing there

23     was some guarantee, and that the other half would

24     have to be invested in treasury bonds.

25            MR. QUINT:  French treasury.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000080

**Picard v. Igoin**                                     **Laurence Apfelman  3-26-14**

81

1          THE INTERPRETER:  French treasury

2     bonds.

3          THE WITNESS:  But we needed

4     a guarantee from BLMIS for my daughter to

5     guarantee that it was not an adventurous

6     investment.

7          COURT REPORTER:  Adventurous?

8          THE INTERPRETER:  (To the witness)

9     Adventurous?

10          MS. WANG:  Risky.

11          THE INTERPRETER:  A risky.

12   BY MS. WANG:

13     Q.    Okay, so going -- going back in time.  So

14   before your father's death, then, you did not know

15   that the majority of the BIF account was held at

16   BLMIS; is that right?

17     A.    I didn't know what his wealth was made

18   of; comprised.

19          MS. NERINCK-SELTZER:  Was made of.

20          THE INTERPRETER:  "I didn't know what

21     his wealth comprised."

22          MS. WANG:  Okay.

23          THE INTERPRETER:  Sorry.

24          MR. COOPERMAN:  Did you get that,

25     Thelma?

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

                                                                        82

1               COURT REPORTER:  "I didn't know what

2        his wealth comprised."

3               Are you happy with that?

4               MR. COOPERMAN:  Yes, I just want to

5        make sure you got it.

6    BY MS. WANG:

7        Q.    Now, the account at BIF, was it a single

8    account or was it multiple accounts at or around the

9    time of your father's death?

10       A.    I'm trying to visualise the notaire's

11   deed.  I believe it was a single account, but I do

12   not have a photographic memory.  I'm trying to

13   visualise the notaire's deed.

14       Q.    So at or around the time of your father's

15   death, did you see any statements or account

16   reconciliations or any document from BIF that

17   concerned the account?

18       A.    I don't remember.  I had a big -- I was

19   focused on a big problem, which was to convince my

20   mother.  It was a very intense period.

21       Q.    And when you say "to convince my mother",

22   it was to convince your mother to give up her life

23   estate; is that right?

24       A.    To go against my father's Will.

25       Q.    And before your father died, you did not

**10-04336_APLCAA0000082**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

83

1    know that that was what your father's Will had said?

2         A.     It was a very, very much surprise.

3    A very big surprise.  I didn't know.

4         Q.     Had your father discussed his Will with

5    your mother at that time?

6                   MR. COOPERMAN:  Objection.

7                   THE WITNESS:  I don't know.

8    BY MS. WANG:

9         Q.     Can you think of any document that might

10   help you remember whether the BIF account or

11   accounts, that held the BLMIS assets in 1995,

12   consisted of a single account or multiple accounts?

13        A.     The -- the notaire's deed for the estate

14   of my father.

15        Q.     Do you know, at the time of your father's

16   death were there account statements or other

17   documents from BIF concerning the accounts?

18        A.     I don't understand.

19        Q.     What I'm trying to get to here is to see

20   if there are accounts -- if there are account

21   statements or other documents from BIF that might

22   help you remember how the BLMIS accounts were held.

23   And I'm not suggesting that you would have them or

24   that anyone would have them now.  I am just trying to

25   understand if there were documents at the time.

**10-04336_APLCAA0000083**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

84

1     A.      I don't know if it was the same at the

2   time but, for me, because, after I inherited, I had

3   an account with BIF, which was Finama, it had become

4   Finama, and they would send me a monthly statement

5   and then -- monthly statements and bank -- bank

6   statements, and then yearly statements for tax

7   purposes.

8     Q.      So, after 1995, the BLMIS investments

9   continued to be held at BIF or Finama for a period of

10  time; is that right?

11    A.      The investments were reinvested into

12  Madoff accounts because we had a meeting in 1995 with

13  Madoff to get the guarantee for Emilie's investments.

14    Q.      And at the time, when you say that the

15  investments were reinvested, it was done through BIF

16  or Finama; is that right?

17    A.      Yes.

18    Q.      And when -- after your father's death,

19  though, there were at least three BLMIS accounts,

20  right?  There was one for your mother, one for you,

21  and one for your daughter, but they were all

22  administered through BIF or Finama, at least until

23  1999, right?

24    A.      Yes.

25    Q.      Now, during this time, between

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000084**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

85

1    approximately 1995 and 1999 when your family had at

2    least three BLMIS investment accounts, did those

3    correspond to three separate BIF or Finama accounts

4    or were they co-mingled into a single BIF or Finama

5    account?

6         A.      Three independent accounts;  mine,

7    Emilie's and my mother's, but I don't know about my

8    mother's account at that time.

9         Q.      Your mother was handling her own account

10   at that time?

11        A.      She had her account.

12        Q.      And during -- at least from 1995 through

13   1999, your mother was in control of her own account

14   and you were not; is that right?

15               THE INTERPRETER:  "You didn't have

16        control of your own account?"  Is that what

17        you said?

18               MS. WANG:  "Your mother was in control

19        of her account and you were not; is that

20        right?"

21               THE INTERPRETER:  "And you were not in

22        control of her account?"

23               MS. WANG:  In control of her mother's

24        account.

25               THE WITNESS:  I never had control of

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

86

1       her account but, later on, she got control

2       over -- within her account, she had the

3       control of two, their ownerships, because,

4       following the tax authority's contest --

5               MR. QUINT:  Challenge.

6               THE WITNESS:  -- challenge of

7       ownership, the estate was re-apportioned, was

8       split again.  So, following the tax

9       authority's intervention, the other two

10      accounts remained the same but my mother's

11      account contained two shares which were --

12      which she didn't own, which was our ownership,

13      which we held, my daughter and I the

14      ownership, and she held the usufruct on this.

15      She held an estate right.

16              MR. QUINT:  You forgot to translate

17      the --

18              THE WITNESS:  I left her -- the estate

19      rights because I didn't want to start over

20      again.

21              I left over the estate rights because

22      I didn't want to start over again.

23   BY MS. WANG:

24      Q.    So, in other words, in the BLMIS

25   investment account that belonged to your mother,

**10-04336_APLCAA0000086**

**Picard v. Igoin**                                      **Laurence Apfelman   3-26-14**

87

1    there actually was money that belonged to you and

2    your daughter but your mother held a life estate on

3    it; is that right?

4         A.    Yes, and she was -- she had to do a

5    personage calculus computation every year for the tax

6    authorities, and she had to show this to the notaire;

7    this calculation to the notaire.

8         Q.    So when she had to do an annual

9    calculation allocation for the tax authorities, did

10   your mother consult with anyone in order to make this

11   computation?

12              MR. COOPERMAN:  Objection.

13              THE WITNESS:  No, because the papers

14         were very clear by the BLMIS and all she had

15         to do was fill in the papers.  She only asked

16         somebody to help her after the BIF let her

17         down;  abruptly let us down.

18   BY MS. WANG:

19        Q.    When you talk about the papers that your

20   mother had to complete or these calculations that she

21   had to show to the notaire, who would have had copies

22   of these documents?

23        A.    The notaire, maybe he kept them.  They

24   were handwritten documents that she would write.

25              MS. WANG:  I'm going to ask the court

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000087

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

88

1         reporter to hand you what's been marked as

2         Exhibit 17, which is this 1-page document here

3         bearing the Bates Number AMF00070100.

4                Can you take a look at that document,

5         Mrs. Apfelbaum, and first please let me know

6         if you've seen it before.

7                (Exhibit 17 marked for

8         identification).

9    BY MS. WANG:

10        Q.    Can you take a look at that document,

11   Mrs. Apfelbaum, and first please let me know if

12   you've seen it before?

13               MR. COOPERMAN:  Can I ask what was

14        that produced in?  Is that something we

15        produced?

16               MS. WANG:  No, that's from our

17        documents;  the BLMIS documents.

18               MR. COOPERMAN:  Okay.  It's not

19        something you produced to us?

20               MS. WANG:  No.

21               MR. COOPERMAN:  Are you representing

22        this has something to do with Mrs. Apfelbaum?

23               MS. WANG:  Yes.

24               THE WITNESS:  No, I've never seen

25        this.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

89

1    BY MS. WANG:

2        Q.     And you have no idea whose handwriting

3    might be on this page?

4        A.     No.

5        Q.     Do you have any understanding where -- at

6    the bottom of the page where it says sub-account

7    1599810 Banque Pour l'Industrie Francaise, do you

8    have any understanding as to what this account might

9    refer to or this account number might refer to?

10       A.     I do not know bank accounts by heart, so

11   no.

12       Q.     But it doesn't look familiar to you

13   either?

14       A.     No.

15              MR. COOPERMAN:  Objection.

16   BY MS. WANG:

17       Q.     Do you have any idea who Mlle Florianne

18   Sellem is?

19       A.     She was a person whom I never met who

20   took care of my account at BIF, but I'm not sure what

21   she did or what her title was;  her position.

22              MS. WANG:  Can we take a quick

23       5-minute break.

24              VIDEOGRAPHER:  We're going off the

25       record.  The time is 15:37.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

90

1          (A short recess at 3:37 p.m.)

2          (Resumed at 3:50 p.m.)

3          VIDEOGRAPHER:   Going back on the

4     record.   The time is 15:50.

5          MS. WANG:   I'm going to ask the court

6     reporter to mark as Exhibit 18 a 2-page

7     document.   The first page, which is unstamped.

8     The second page bears the Bates Number

9     MADTSS01121826.

10          And my question for you,

11     Mrs. Apfelbaum, after the reporter has marked

12     Exhibit 18, is to take a look at it and, when

13     you're done, let me know if you've seen it

14     before and, if so, what it is.

15          (Exhibit 18 marked for

16     identification).

17          THE WITNESS:   (Witness reviewed the

18     document)   Oui.

19     BY MS. WANG:

20     Q.    Can you tell me what it -- if you have

21     seen it before and, if so, what is it?

22     A.    Yes, I've seen it.   It is a letter

23     I wrote.

24     Q.    Okay.  Can you tell me approximately when

25     you wrote it?

**10-04336_APLCAA0000090**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

91

1      A.      This -- what I'm reading, it must have

2  been shortly before June 1999.

3      Q.      Can you just -- you wrote this letter,

4  right?  Is that right?

5      A.      Yes.

6      Q.      Can you just read, because it is

7  handwritten, can you just read what you wrote into

8  the record?

9      A.      (In person)  "Just a word to tell you

10 that on our coming sale of treasury bills I shall be

11 drawing huge amount because I have finally received

12 the 1996 income tax which I had not paid then because

13 they had miscalculated it (and it took them all this

14 time to correct the figures!).  I will also be paying

15 the 1999 tax on fortune but will not have the exact

16 figures before May 18, with the part that is to be

17 drawn on Emilie's account.  Thus I shall call you

18 next week as soon as I know."

19     Q.      So do you see where it says, "Dear Frank"

20 at the top of the letter?

21     A.      Yes.

22     Q.      Who is the letter addressed to?

23     A.      The letter is addressed to Frank

24 Di Pascali.

25     Q.      And what is your understanding of who

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000091

Picard v. Igoin                                    Laurence Apfelman  3-26-14

92

1    Frank Di Pascali is?

2         A.      Frank Di Pascali, whom I have never seen,

3    was the man in charge of our accounts at Madoff.

4         Q.      Okay.  And do you see the first two

5    lines, "Just a word to tell you that on our coming

6    sale of treasury bills"?  What did you mean by "on

7    our coming sale of treasury bills"?

8         A.      Most of the time our investment was in

9    treasury bills and I was very attentive to this

10   because, on a date I forgot, I received a phone call

11   from BIF letting me know that they have found

12   a problem in the figures they gave me to fill in my

13   tax return, because they had just discovered that the

14   tax rate applicable to treasury bills fluctuate from

15   24 per cent to 50 per cent.  It either -- the tax

16   applicable to the proceeds from the sale of treasury

17   bills would be either 20 per cent or 50 per cent.

18   I don't recall the exact rate.  Based on when they

19   were sold, it could either be taxed at around 25 per

20   cent or 50 per cent.

21        Based on what they told me, I think

22   I understood that, if they were sold after having

23   matured, then they would be considered as dividends

24   and taxed at 50 per cent, and, if they were sold

25   before maturation, then they were considered as

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                           Laurence Apfelman  3-26-14

                                                              93

1    equity.  That's what they found out when they had

2    a doubt and they asked for an advice from the firm

3    Francis, F-r-a-n-c-i-s, Lefevre, L-e-f-e-v-r-e.  The

4    bank took care of this and told me the result.

5    L-e-f-e-b-v-r-e.

6              The treasury bills from Di Pascali, from

7    the last, I regularly verified the treasury bills to

8    make sure that they did not mature.

9        Q.    So you regularly verified and called

10   Frank Di Pascali to make sure that BLMIS sold the

11   purported treasury bills before their maturation

12   date; is that right?

13              MR. COOPERMAN:  Objection.

14              THE WITNESS:  Yes, I would remind him.

15   BY MS. WANG:

16       Q.    Did you remind him by writing to him?  By

17   faxing him?  By calling?

18       A.    Both, I believe.  Either, I mean.  More

19   often by fax because I don't like using the

20   telephone.

21       Q.    So you said in an earlier answer that BIF

22   called you once letting you know that they found

23   a problem with the tax returns because apparently the

24   treasury bills had been sold and they -- at a date,

25   I believe -- I presume, where the 50 per cent tax

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000093

**Picard v. Igoin**                                      **Laurence Apfelman  3-26-14**

94

1    rate had applied.  Had that -- had that happened only

2    once or had that happened more than once over the

3    life of the accounts?

4         A.    I don't know.  The banks probably know

5    how to declare them.  They were the ones having

6    questions about it.

7         Q.    Because the bank would provide you the

8    tax rate or the amount of the tax on the profit; is

9    that right?

10        A.    The bank provide me with the amount

11   saying that they were capital gains, and then saying

12   whether they were dividend capital gains or not.  And

13   what was a bit silly was that, if it was sold just

14   one day before maturing, then it was not considered

15   dividend;  it was a different tax rate.

16        Q.    And the taxes on the capital gains or

17   dividend capital gains, how often would they have

18   been paid?

19              MR. COOPERMAN:  Objection.

20              THE WITNESS:  Once a year you have to

21        file a return.

22   BY MS. WANG:

23        Q.    So as of 1999, was it your understanding

24   that the investment strategy in yours and Emilie's

25   BLMIS accounts consisted of investing in buying and

10-04336_APLCAA0000094

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

95

1    selling US treasury bills?

2              MR. COOPERMAN:  Objection.

3              THE WITNESS:  I've never known exactly

4        what the strategy was.  I've only noticed that

5        on the monthly statements there were dividends

6        or equity.

7    BY MS. WANG:

8        Q.    Did BLMIS engage in trading any

9    securities or any other import -- sorry, let me start

10   that again.

11             For your accounts, did BLMIS trade in any

12   other securities or engage in any other trading

13   strategies, for lack of a better word?

14             MR. COOPERMAN:  Objection.

15             THE WITNESS:  I don't know any --

16        I don't know anything about Stock Exchange.

17        All I know is that I was told that they were

18        either treasury bills or equities.  Stocks.

19        I've never seen anything else.

20   BY MS. WANG:

21       Q.    Do you see in lines 2 and 3 of the text

22   where it says, "I shall be drawing huge", which is

23   underlined, "amounts because I have finally received

24   the 1996 income tax which I had not paid then because

25   they had miscalculated it"?  Can you tell me what you

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000095

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

96

1    meant by writing that?

2         A.    The French tax authorities made

3    a mistake.  They forgot one zero, which made a huge

4    difference in the amount that we had to pay.  So we

5    signalled it to them, and it took them that long to

6    correct it.

7         Q.    So you had to pay additional tax based on

8    the 1996 income tax; is that right?

9         A.    Yes, because they would not receive it

10   before.

11        Q.    Do you have any understanding of what

12   amount you meant when you wrote "huge", underlined,

13   "amount"?

14        A.    Not at all, but everything looked huge to

15   me.

16        Q.    Was it on the order of, for example,

17   a million dollars or more?

18              MR. COOPERMAN:  Objection.

19              MR. QUINT:  Excuse me.  Here we have

20         a problem with the blocking statute.

21         Mrs. Apfelbaum is not allowed to give any

22         information, any financial information, which

23         means any figure.  So I ask Mrs. Apfelbaum not

24         to answer that question.

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

97

1    BY MS. WANG:

2         Q.    Mrs. Apfelbaum, are you going to follow

3    your lawyer's instruction?

4         A.    Yes.

5              MR. CANAT:  I'm sorry, but I disagree

6         with your position because they were under the

7         treaty of The Hague treaty --

8              COURT REPORTER:  I'm sorry, I can't

9         hear you.  They were what?  "I disagree with

10        your position because"?

11             MR. CANAT:  This billing is under The

12        Hague treaty, and we are here to exchange

13        information and there is no limitation to

14        whatever it is, except transfer of documents.

15             MR. QUINT:  I do not agree, I'm sorry.

16             MR. CANAT:  Plus, if you read --

17             MR. QUINT:  Even though we are under

18        The Hague Convention posture, still the

19        financial information must not be disclosed.

20             MR. CANAT:  There has -- there's no

21        limitation in The Hague convention on this

22        point.  And, if you look at the instructions

23        which have been given, there is no limitation

24        when they exchange information.  We are not

25        advised to exchange documentation.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

98

1          MR. QUINT:  That's not limited to

2      documents.  That refers to information.

3          MR. CANAT:  You may refuse to give

4      information.  That's another story.  This has

5      nothing to do with the blocking statute.

6          MR. QUINT:  Oh, yes it does.

7          MR. COOPERMAN:  As I understand the

8      position that's been told to me, that the

9      French blocking statute is a substantive

10     prohibition against providing certain

11     information.  The Hague Convention is

12     procedural.  The Hague Convention does not in

13     any way obviate or get rid of the rights and

14     obligations under the French blocking statute.

15     That's been the position we've articulated.

16     I've invited -- I've invited counsel to give

17     us information that shows different.  We

18     haven't seen that.  And I'm relying on what

19     Mr. Quint said, that the blocking statute can

20     subject somebody to criminal sanctions, and

21     we're not going to allow that to happen, based

22     on advice of French counsel.

23          MS. WANG:  Mr. Canat has something he

24     wants to follow up on that.

25          MR. CANAT:  I disagree.  We don't

**10-04336_APLCAA0000098**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

99

1  stray.  We have The Hague Convention, and we

2  are here to exchange information.  We are not

3  authorised to transfer documentation.

4          MR. COOPERMAN:  Hold on.  Hold on one

5  second.

6          MS. WANG: I have something to say  too

7          MR. COOPERMAN:  Okay, you say what you

8  want, but I have a potential solution, so --

9          MS. WANG:  Okay, and we may have come

10  up with it.

11          MR. COOPERMAN:  Let Bruno say what he

12  believes he has to say too.

13          MR. McMILLAN:  Well, I was just going

14  to say that, just based on the language of the

15  French blocking statute itself, it says that

16  it's expressly subject to any applicable

17  treaties between the two countries.  So right

18  now, you know, we're proceeding pursuant to

19  The Hague Convention, Article 17.  And our

20  understanding -- our understanding of the

21  blocking statute is to encourage the parties

22  to use The Hague Convention and, in so doing,

23  that there is no -- excuse me, French blocking

24  statute issue any more because we're abiding

25  by the proper procedures.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000099**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

100

1          MR. QUINT:  I don't agree.  To me, The

2     Hague Convention allows you to interview

3     Mrs. Apfelbaum.  Without the Hague Convention

4     that could not have been possible.  The fact,

5     the very fact that you are interviewing her,

6     that she is making your deposition, and,

7     within the context of the so-called discovery

8     system which is prohibited by French law,

9     French procedural law.

10         So because you have used The Hague

11    Convention way, we agree, our client and us,

12    that she answers your questions.  But on the

13    substance, as John said, on the substance to

14    provide financial information.  Nothing which

15    changes.

16         MR. COOPERMAN:  Can I get -- once

17    you're all done, may I just have a word with

18    the witness outside because, frankly, I'm --

19         MS. WANG:  Actually, can I have a word

20    with you outside?

21         MR. COOPERMAN:  Yes, sure, sure, sure.

22         MS. WANG:  Take a break.

23         MR. COOPERMAN:  Take a 2-minute break.

24         VIDEOGRAPHER:  We're going off the

25    record.  The time is 16:14.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000100

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

101

 1              (A short recess at 4:14 p.m.)

 2              (Resumed at 4:21 p.m.)

 3              VIDEOGRAPHER:  This is the beginning

 4      of Tape Number 3, Volume 1.  The time is

 5      16:21.  We're back on the record.

 6              MS. WANG:  After a conversation I had

 7      with Mr. Cooperman outside of the room,

 8      I think the parties for both sides have put

 9      their respective positions on the record.

10              In the interests of moving the

11      deposition forward, I think what we are going

12      to end up having to do is to seek some sort of

13      a ruling that will resolve the issue one way

14      or the other, but, in the interim, we don't

15      want to hold up the deposition and hold up

16      additional questioning, so what we're going to

17      do is reserve the right to come back to this

18      issue and come back to this question if there

19      is a ruling in our favour.

20              At the same time, I will continue to

21      try to ask some questions to get at -- to get

22      additional information about this document

23      that, hopefully, should not fall into the

24      blocking statute.

25              MR. COOPERMAN:  I agree to that;

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

102

1    everything you said.  The only thing I would

2    add is I ask that you ask the witness if she

3    has knowledge of hearing the amount at issue

4    because, if she doesn't have knowledge, then

5    the whole thing for me is removed.  We don't

6    have a dispute over whether the blocking

7    statute governs if she doesn't know one way or

8    the other.

9             MS. WANG:  And, as I said to you

10   outside the room, that, you know, we may have

11   documents or we may be able to find documents

12   that may refresh her recollection, but it's

13   not an appropriate place to go if you're

14   continuing to -- if you're going to continue

15   to take the position that the blocking statute

16   applies.  And so that's why I'm saying we will

17   table the issue completely because asking her

18   if she knows right now doesn't necessarily

19   lead us into -- doesn't necessarily -- doesn't

20   necessarily give us any insight into whether

21   her recollection might be refreshed.

22             MR. COOPERMAN:  I disagree, but it's

23   your deposition so take it away.

24   BY MS. WANG:

25        Q.   So the last question that I asked before

**10-04336_APLCAA0000102**

**Picard v. Igoin**                          **Laurence Apfelman  3-26-14**

103

1    taking the break, Mrs. Apfelbaum, was, do you have

2    any understanding of what you meant by the word

3    "huge", which you underlined in this letter to

4    Mr. Di Pascali?

5         A.      As far as a figure was concerned, no,

6    I don't.

7         Q.      And I'm asking not to disclose any

8    figures obviously because that's where the blocking

9    statute controversy arose.  But whether --

10        A.      It was more money than usual because

11   I was going to have to pay two taxes at once.

12        Q.      And one of the taxes, you had said

13   earlier, was off by a word of magnitude.  In other

14   words, off by a factor of 10 because somebody had

15   left off a zero; is that right?

16                MR. COOPERMAN:  (To the witness)  You

17           have to answer verbally.

18                THE WITNESS:  Yes.

19   BY MS. WANG:

20        Q.      And was -- so that amount for the taxes

21   was taken out of one of the BLMIS accounts; is that

22   right?

23        A.      From my account.  But, based on what

24   I can see, I was also going to give the figures for

25   the amount to be taken off Emilie's accounts.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                               **Laurence Apfelman  3-26-14**

                                                                    104

1         Q.    So the 1996 income tax, that's referred

2    to in Exhibit 18, would have been taken out of your

3    account, and the 1999 tax on fortune, referenced in

4    this exhibit, would have been taken out of Emilie's

5    account; is that right?

6                   MR. COOPERMAN:  Objection.

7                   MS. WANG:  I have to take a little

8          break.  I'm sorry.

9                   VIDEOGRAPHER:  Going off the record

10         at 16:26.

11                  (A short recess at 4:26 p.m.)

12                  (Resumed at 4:40 p.m.)

13                  VIDEOGRAPHER:  We're going back on the

14         record.  The time is 16:40.

15   BY MS. WANG:

16        Q.    All right.  Mrs. Apfelbaum, I apologise

17   again for taking another break.

18              The question that was pending right

19   before the break was:  So the 1996 income tax, that's

20   referred to in Exhibit 18, would have been taken out

21   of your account -- out of your account, and the 1999

22   tax on fortune, as shown in this exhibit, would have

23   been taken out of Emilie's account; is that right?

24        A.    Not entirely for the wealth tax 1999.  My

25   share would be taken off my account and Emilie's

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

105

1    share would be taken off her account.

2         Q.    And do you see where it says -- or going

3    back to where it says "paying the 1999 tax on

4    fortune", is that the same as saying is a wealth tax?

5                   MR. CANAT:  Yes.

6                   THE WITNESS:  Yes.

7    BY MS. WANG:

8         Q.    And do you see where it says, "but will

9    not have the exact figures before May 18"?  Do you

10   have any understanding of why the date of May 18th

11   mattered?

12        A.    Yes, because on May 18th I was scheduled

13   to have an appointment with my tax adviser that

14   helped me fill out the tax returns for the wealth

15   tax.

16        Q.    Who was this tax adviser again?

17        A.    Mr. Philippe, P-h-i-l-i-p-p-e, Colin.

18        Q.    How do you spell Mr. Colin's last name?

19        A.    C-o-l-i-n.

20        Q.    Now, at this time you -- your BLMIS

21   accounts were still being administered through Finama

22   or BIF; is that right?

23        A.    Yes.

24        Q.    Did you have a particular contact at BIF

25   or Finama with regard to your account, or was it

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000105

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

106

1    through a department or was it -- or was it with

2    a particular department?

3         A.     The documents were sent to me by

4    Mrs. Dringenberg.

5         Q.     So can you take me through a typical

6    process of withdrawing money or getting a redemption

7    from your BLMIS account while BIF and Finama were

8    still administering them?

9               MR. COOPERMAN:  Objection.

10   BY MS. WANG:

11        Q.     For example, if you needed to make a

12   redemption or obtain cash out of BLMIS, who starts

13   the process?

14               MR. COOPERMAN:  Are you talking still

15          the BIF period?

16               MS. WANG:  Mmmm.

17               MR. COOPERMAN:  Because you asked --

18          I object to your question.  The two questions

19          you asked were different.  One, you asked who

20          she talked to in BIF, and the other you asked

21          --

22               MS. WANG:  Well, we got that;  that

23          was Ms. Dringenberg.

24               MR. COOPERMAN:  No.  Just take a look.

25          You just asked a question without an answer

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000106

**Picard v. Igoin**                           **Laurence Apfelman  3-26-14**

107

1      and then asked another question which

2      contradicts it.

BY MS. WANG:

4      Q.     Let me start -- let me ask this question

5   again.

6           So can you take me through a typical

7   process of how you would withdraw money from your

8   BLMIS account, specifically during the time that BIF

9   or Finama were still administering them?

10              MR. COOPERMAN:  Objection.

11              THE WITNESS:  I can't remember

12          precisely.  It seems I would write to

13          Frank Di Pascali.  Maybe to Ms. Dringenberg,

14          but I do not remember telling them the amount

15          I would need.

16  BY MS. WANG:

17     Q.     And then the francs or the Euros would

18  appear -- would appear in your account at BIF or

19  Finama?

20     A.     Yes.

21     Q.     Or would they be wired to a different

22  account, a different bank account that you had?

23     A.     (In person) Ah.

24              (Interpreted)  The amount was wired to

25  the joint account I had with my husband.

**10-04336_APLCAA0000107**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

108

1    Q.    And that was an account at BIF or Finama,

2    or was it somewhere else?

3    A.    Somewhere else.

4    Q.    Can you tell me the name of the bank?

5    A.    Societe Generale.

6    Q.    During the period when BIF or Finama was

7    administering your BLMIS account, did you ever

8    withdraw francs or Euros directly from the BIF or

9    Finama accounts?

10   A.    I don't recall.  I really don't remember.

11        MS. WANG:  Mrs. Apfelbaum, I'm going

12        to have you -- I'm going to ask the reporter

13        to mark a 2-page document as Exhibit 19 -- oh,

14        a 3-page document that will be marked as

15        Exhibit 19, and take your time to review it

16        and when you're done let me know what it is.

17        (Exhibit 19 marked for identification)

18        THE WITNESS:  (Witness reviewed the

19        document)  It's the same document.

20   BY MS. WANG:

21   Q.    So pages 2 and 3 are the same letter,

22   they just appear to be different versions; is that

23   the right?

24        MR. COOPERMAN:  Can you explain?

25        I think the explanation is that you've just

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000108

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

109

1       put two different pages together to create one

2       document.  These two pages were not together

3       ever.  This is a document we produced,

4       Apfelbaum 1727, and the first one is a

5       document from their files, okay, but they're

6       just -- they've put them together.

7               So also this first page, this is an

8       exhibit -- this was an exhibit of your answer

9       to our motion to dismiss, which I do not

10      believe had the third page because we hadn't

11      produced the documents yet.  So this is all,

12      sort of, an artificial exhibit.

13  BY MS. WANG:

14      Q.    Okay.  So, Mrs. Apfelbaum, I will

15  represent to you that the page that has the number at

16  the lower right corner MADTSS00258367 came from

17  BLMIS's files, and then the page that says at the

18  bottom Confidential Material, Apfelbaum 01727 came

19  from you or came from a production, from your

20  production.

21              okay.  I want to call your attention --

22  let's look at the document that's marked Apfelbaum

23  01727.  It's a little clearer.  Can you tell me what

24  that document is?

25      A.    This is a letter I wrote to

**10-04336_APLCAA0000109**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

110

1    Frank Di Pascali to remind him to sell -- to make

2    sure that he had -- to verify that he had sold the

3    treasury bill ahead of maturing because it was -- for

4    me, it was a problem but for him maybe not because

5    this was a very French particulite.

6                    COURT REPORTER:  Very French?

7                    THE INTERPRETER:  Question.  Matter.

8            A very French matter.  It was a French-only

9            matter.  A matter that only concerns France.

10   BY MS. WANG:

11       Q.      So do you see -- so the main body, the

12   handwritten portion of Apfelbaum 1727 is your

13   handwriting; is that right?

14       A.      Yes.

15       Q.      Could you please read the handwriting on

16   Apfelbaum 1727 into the record, please?

17       A.      (In person)  "Just back from a congress

18   tonight.  I find no notice concerning Emilie, and

19   it's too late to reach the bank to check.

20               "Can you confirm to me that her Treasury

21   Bills have been sold (it has to be done by now, so as

22   not to be dated for us October 14).

23               "Thank you for letting me know by fax."

24       Q.      And is it your understanding that the

25   October 14th referenced in this letter would be the

**10-04336_APLCAA0000110**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

1    maturity date of the treasury bills that needed to be

2    sold from Emilie's account?

3        A.    Yes.

4        Q.    Do you recall if Mr. Di Pascali let you

5    know by fax?  Responded to this letter by fax or not?

6        A.    No.

7        Q.    So going to the beginning of the letter

8    where it says, "Just back from a congress tonight.

9    I find no notice concerning Emilie", what was the

10   congress that you're referring to there?

11       A.    I don't know.  There's no date helping

12   to me.  Congress is...

13       Q.    Is congress a conference?  Or is it

14   a meeting?

15       A.    It can be one or the other.  It can be

16   a congress or board.  It can be one or the other.

17   But it's probably abroad because I say I'm just back.

18       Q.    So you think it was a meeting that was

19   abroad and you had just returned home?

20       A.    Yes, I believe I left for a few days for

21   a conference abroad.

22       Q.    Where you say "I find no notice

23   concerning Emilie", what is that referring to?

24       A.    I try to remember.  I believe that the

25   BIF would forward to me faxes that they would receive

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

112

1    from Madoff to let me know the transactions that were

2    made, but I'm not sure.

3         Q.     So at this time frame, then, while --

4    when BIF or Finama was administering the accounts,

5    you would get confirmation of any purchase or sales

6    from BIF or Finama, not from BLMIS;  is that your

7    recollection?

8         A.     Yes, I think so, because I don't know the

9    date of this document and, after the year 2000,

10   I received the notices directly from BLMIS.

11        Q.     Going back to the earlier page on

12   Exhibit 19, marked MADTSS00258367, do you recognise

13   any of the handwriting on the bottom of that page?

14              MR. COOPERMAN:  By "body", you mean

15         below where it says, "Best Regards, Laurence"?

16              MS. WANG:  That's right.

17              THE WITNESS:  No, not at all.

18   BY MS. WANG:

19        Q.     Now, you mentioned earlier, and then you

20   again referred to a time when you -- a time when you

21   came to manage your account directly.  And I believe

22   earlier you said when BIF abruptly let us down.  Can

23   you tell me about that or what you meant by that?

24        A.     A few months prior to the end of 1999,

25   I don't remember if I was called by phone or if

**10-04336_APLCAA0000112**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

113

1      Mrs. Dringenberg wrote to me, but the information was

2      that they were shutting down their foreign service.

3      So I made an appointment and met with

4      Mrs. Dringenberg, and she told me that they were

5      closing down their foreign operations and that she

6      herself was finding herself unemployed.  I asked her

7      what to do.  She said nothing else but continue

8      directly with Madoff.  There was no other suggestion.

9           Q.    Okay.  Now, at the time that you had made

10     an appointment with Mrs. Dringenberg and you were

11     discussing Finamar's closing down their operations in

12     the foreign market, did you have any understanding

13     whether they were only closing down investments with

14     BLMIS or with other foreign investments or anything

15     else?

16          A.    As far as I was concerned, it was all

17     operations abroad because it was the foreign

18     services, the operations that were closed.

19          Q.    And they didn't give you any reason they

20     were closing down their foreign operations; is that

21     right?

22          A.    No, they didn't.

23          Q.    And is it your recollection that you

24     first heard the news from Finama or that you heard it

25     from somebody at BLMIS?

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelman  3-26-14

114

1    A.    From Finama.

2    Q.    What did you do after the meeting with

3   Mrs. Dringenberg about your accounts?

4              THE INTERPRETER:  Sorry, I didn't hear

5        that.

6              MS. WANG:  Sorry, let me rephrase the

7        question because I didn't ask it very well.

8   BY MS. WANG:

9    Q.    What did you do about your accounts after

10   you had the meeting with Mrs. Dringenberg?

11    A.    I don't remember very specifically.

12   I believe I talked to my mother to ask her what she

13   did with her accounts.  She said she talked to

14   Mr. Madoff and he said that we could continue

15   directly with him;  that it didn't pose any specific

16   problem.

17    Q.    When you spoke to your mother about

18   Finama closing its foreign investments branch or

19   office, did your mother already know that Finama was

20   closing its operation?

21              MR. COOPERMAN:  Objection.

22              MS. WANG:  Actually, let me ask that

23        again because that wasn't...

24   BY MS. WANG:

25    Q.    When you discussed with your mother the

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAA0000114

Picard v. Igoin                                    Laurence Apfelman  3-26-14

                                                                      115

1      news that Finama was closing its foreign investments

2      operations, did your -- did your mother already know

3      or were you the one to tell her?

4                    MR. COOPERMAN:  Objection.

5                    THE WITNESS:  I don't remember.

6      BY MS. WANG:

7          Q.     When you spoke to your mother at this

8      time when Finama was closing its foreign investments

9      operations, did you ever discuss taking the money and

10     investing elsewhere?

11         A.     I don't think so.

12         Q.     Did you consult with anyone, for example,

13     a financial adviser or an investment planner, about

14     what to do -- about what to do with the accounts at

15     Finama?

16         A.     No, I didn't consult anyone because

17     I expected the bank to tell me what to do, and the

18     bank told me to continue with Mr. Madoff.

19                    COURT REPORTER:  I'm sorry, I'm not

20             hearing you.

21                    THE INTERPRETER:  "I expected the bank

22             to tell me what to do, and the bank told me to

23             continue with Mr. Madoff."

24     BY MS. WANG:

25         Q.     Now, your mother said -- you said earlier

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

116

1    that your mother said talk to Mr. Madoff, and you did

2    do that at some point in time; is that right?

3                    MS. WANG:  Sorry, let me rephrase that

4        again.

5                    THE INTERPRETER:  Sorry, I think what

6        you said earlier on it wasn't very clear in

7        what I said, but it said that she said she had

8        talked to Mr. Madoff.

9                    MS. NERINCK-SELTZER:  That the mother.

10                   THE INTERPRETER:  Yeah, I think that's

11       what I said.

12                   MS. WANG:  Okay, so let's clarify.

13   BY MS. WANG:

14       Q.    When you made the decision to continue

15   the investments at BLMIS, who spoke to Mr. Madoff

16   about that, if anyone?

17       A.    I don't remember the words and sayings of

18   everyone, what everyone said and how they said it.

19       Q.    Did you have a --

20                   MR. COOPERMAN:  Sorry.  I don't speak

21       French, but everyone who does said that the

22       witness has testified that her mother spoke to

23       Madoff in several questions back.

24                   MS. WANG:  Right.  That's why I'm

25       trying to clarify.

**10-04336_APLCAA0000116**

**Picard v. Igoin**                                **Laurence Apfelman  3-26-14**

                                                                    117

```
1              MR. COOPERMAN:  And I don't think that
2         was on the record.
3              MS. WANG:  Well, it's not necessarily
4         clear.  That's why I'm saying --
5              MS. NERINCK-SELTZER:  You didn't --
6              MS. WANG:  That's why I asked the
7         question to clarify, so we don't have to go
8         back to that answer and make that the
9         definitive answer.  What I'm doing is I'm
10        trying to ask a question to determine whether
11        it was Mrs. Apfelbaum or Mrs. Igoin who spoke
12        with Mr. Madoff.
13             MS. NERINCK-SELTZER:  It just seems
14        that it's confusing at this point.
15             MS. WANG:  We're asking a new
16        question.
17             MR. COOPERMAN:  Well, why don't you
18        ask the question again.
19             MS. WANG:  I'm going to ask the
20        question again.
21             MR. COOPERMAN:  Okay.
22             MS. WANG:  Okay?
23   BY MS. WANG:
24        Q.    When you and your mother decided, after
25   Finama told you that it was closing its foreign
```

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000117**

Picard v. Igoin                                    Laurence Apfelman  3-26-14

                                                                        118

1      investment operations, you and your mother decided to

2      continue the investments with Madoff; is that right?

3          A.     Yes.

4          Q.     And someone, either your mother or you or

5      both of you, had conversations with Mr. Madoff about

6      transferring the accounts away from -- about

7      administering your accounts directly; is that right?

8          A.     Yes, somebody did.  I don't remember if

9      it was me, my mother or the two of us, both of us.

10     I don't remember.

11         Q.     And, in sum or substance, what was

12     conveyed to you by Mr. Madoff was that you could

13     continue your accounts directly with BLMIS; is that

14     right?

15                    MR. COOPERMAN:  Objection.

16                    THE WITNESS:  He was able to give us

17             all the necessary documents, yes.

18                    MS. WANG:  I'm going to ask the

19             reporter to mark Exhibit 20, which is a single

20             page document bearing Bates Number

21             AMF00071794.

22                    (Exhibit 20 marked for identification)

23     BY MS. WANG:

24         Q.     Please take some time to review

25     Exhibit 20 and, when you're done, let me know if you

10-04336_APLCAA0000118

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

119

```
 1      know what it is.
 2          A.      (Witness reviewed the document)
 3                  MR. COOPERMAN:  When you say "if you
 4              know what it is", this is not to her.  Are you
 5              asking if she's ever seen it before?
 6                  MS. WANG:  If she has any
 7              understanding what it is.
 8                  MR. COOPERMAN:  Well, she's not here
 9              to read words -- she's not here to read words
10              here, so I think it's fair to say has she seen
11              it before.  She can read the words and say.
12              Objection.
13      BY MS. WANG:
14          Q.      The question pending was --
15          A.      No, I don't know this document.
16          Q.      I'll represent to you that this was
17      a letter that was found in BLMIS files.
18          A.      Yes.
19          Q.      It appears to be dated December 14th,
20      1999, and the first sentence addressed to Mrs. Sylvie
21      Dringenberg says, "We have been advised by Madame
22      Igoin that Madame Apfelbaum, that after the first of
23      the year Banque Finama will no longer be servicing
24      their accounts".  Do you see that sentence?
25          A.      Yes.
```

**Picard v. Igoin**                                        **Laurence Apfelman  3-26-14**

                                                                                    120

1          Q.      Is that December 14th, '99 date

2    consistent with your recollection of when Finama

3    closed its foreign investment operations?

4          A.      Yes.  I know it happened very fast.

5    That's why I said they let us down.

6          Q.      And it was around the end of 1999?

7          A.      Yes.

8          Q.      Did you have to execute --

9          A.      I think I said that before.

10         Q.      Okay.  Did you have to execute any new

11   agreements with BLMIS as a result of Finama closing

12   its foreign investment operations?

13         A.      No.

14         Q.      Did you receive any documentation from

15   BLMIS once you began administering the -- your BLMIS

16   accounts directly?

17              MR. COOPERMAN:  You're asking aside

18         from the account statements which she

19         testified she received?

20              MS. WANG:  Mmmm.

21              THE WITNESS:  I didn't understand.

22              MR. COOPERMAN:  Did you get what

23         I said?

24              THE INTERPRETER:  No, I didn't hear

25         what you said.

**10-04336_APLCAA0000120**

**Picard v. Igoin**                           **Laurence Apfelman  3-26-14**

                                                                    121

1              MS. WANG:  Why don't you read it?  It

2        should be in there

3              MR. COOPERMAN:  Yeah.  You were

4        asking, aside -- here.

5                 (Question interpreted)

6              THE WITNESS:  No.

7    BY MS. WANG:

8        Q.    So just so I understand.  I'm asking

9    specifically about the time when you transitioned

10   from having your BLMIS account administered through

11   Finama and then began administering them directly.

12              (To the interpreter)  Could you please

13        translate that part before I finish my

14        question?

15                 (Question interpreted)

16   BY MS WANG:

17       Q.    Is it your recollection that one month

18   you were receiving statements from BIF or Finama, and

19   then, when the accounts were transitioned so that you

20   were administering them directly, you simply started

21   receiving account statements from BLMIS directly?

22       A.    Yes, that's the way I remember it.

23       Q.    How did you receive those statements?

24   Was it by fax, by mail or some other way?

25       A.    I believe the multi-statements were sent

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

                                                        122

1      by mail, and the faxes were sent every time there was

2      transactions made.  So the monthly statements were

3      sent by mail and not by fax.

4          Q.      And then you would receive a separate fax

5      periodically or every time there was a transaction

6      made in the account?

7          A.      Only when there was a transaction made.

8          Q.      And who would you receive the fax from?

9      From Frank Di Pascali?

10         A.      Yes.

11         Q.      Did you ever receive any faxes from BLMIS

12     from anyone else telling you --

13                 (Interpreter began to interpret)

14                 Wait, wait.

15                 Did you ever receive any faxes from

16     BLMIS, from anyone else, telling you about

17     transactions that had taken place in your account?

18         A.      No.  No, I don't think so.  I can't --

19     I can't think of any.

20                 MS. WANG:  We'll take a short break

21             and then we might be done for today.  I just

22             want to confer with my counsel.

23                 VIDEOGRAPHER:   We're going off the

24             record.  The time is 17:25.

25                 (A short recess at 5:25 p.m.)

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAA0000122**

**Picard v. Igoin**                    **Laurence Apfelman  3-26-14**

123

1              (Resumed at 5:28 p.m.)

2              VIDEOGRAPHER:   Going back on the

3         record.   The time is 17:28.

4              MS. WANG:   Mrs. Apfelbaum, I just have

5         a few more questions for you before you break

6         for the day.

7    BY MS. WANG:

8         Q.    Did you receive any written

9    communications -- letters or faxes -- from anybody

10   else at BLMIS, other than Frank Di Pascali, for any

11   reason?

12        A.    If I received something, it may be from

13   Mr. Madoff regarding the letter of guarantee which we

14   were asking him in 1995.

15        Q.    And did you --

16        A.    I'm not even sure because he came to

17   Paris to discuss this issue;  this matter.   If

18   I received anything from BLMIS, other than was sent

19   by Mr. Di Pascali -- if I was sent anything from

20   somebody else than Mr. Di Pascali at BLMIS, then this

21   must be it.   I'm not -- I just can't remember.

22        Q.    Did you have any telephone conversations

23   with anybody at BLMIS other than Mr. Di Pascali?

24              MR. COOPERMAN:   This is any time from

25         '95 up to 2008?

**10-04336_APLCAA0000123**

**Picard v. Igoin**                              **Laurence Apfelman  3-26-14**

                                                                124

 1              MS. WANG:  Mmmm.

 2              MR. COOPERMAN:  So she understands.

 3              MS. WANG:  Or even before 1995.

 4              MR. COOPERMAN:  Sure.

 5              THE WITNESS:  Yes, it's happened that

 6        I would call Mr. Madoff on business, for a few

 7        matters of information.

 8              MR. COOPERMAN:  This transcript is

 9        wrong.

10              MR. QUINT:  Mrs. Apfelbaum said, "No,

11        not on business".  So "on business", should be

12        deleted.

13     BY MS. WANG:

14        Q.    Can you start your answer again?  After

15     1999 --

16              MR. COOPERMAN:  Can we have on the

17        record here that we objected to the

18        translation.

19              MS. WANG:  It is in there.  It is in

20        there.

21              MR. COOPERMAN:  It's not in the

22        record.  Now it is.

23              MS. WANG:  Okay.

24     BY MS. WANG:

25        Q.    So just so I'm clear.  Before 1995 your

10-04336_APLCAA0000124

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

125

1   recollection is that you had no communications in any

2   form with anybody from BLMIS; is that right?

3          A.      Under any form whatsoever?  The question

4   is, do you want to know under any form?  Yes, I want

5   to know under any form whatsoever.

6              In 1981 it was the year I got married.

7   I took a trip to the United States.  We went from New

8   York, because my husband had a meeting in

9   Philadelphia or Boston.  We visited New York.  And my

10  father told me that, if we wanted, we could telephone

11  one of his friends and that we could visit Wall

12  Street.

13             So in 1981 I did call Bernard Madoff,

14  whom I didn't know and who was supposed to be

15  a friend of my father's.  And I met him along with my

16  husband in his offices in Wall Street and he showed

17  us the floor, the trading floor.

18             That's the end of the story.  I believe

19  I didn't see Bernard Madoff.  He never called.  He

20  never specifically spoke.  When my father was alive

21  he would come to Paris so I may have -- we may have

22  crossed paths, but I didn't have any contact.  And,

23  as far as I was concerned, he was a business relation

24  of my father's;  as far as I was concerned, he was a

25  business relation of my father's.

**10-04336_APLCAA0000125**

**Picard v. Igoin**                                    **Laurence Apfelman  3-26-14**

126

1            In '95, yes, I did, telling him that the

2    Judge wanted -- required letters of guarantees for

3    Emilie, and telling him that, if he could not

4    deliver, then we would invest somewhere else.  I told

5    him when the bank told me about the treasury bills

6    story, issues, to explain to him, and may have called

7    him.  Every time there was some landmark, even,

8    I called him.

9        Q.    And when you mentioned the treasury bills

10    issues, that -- that is in reference to selling --

11    making sure that BLMIS sold the treasury bills before

12    the maturity date, right?

13      (Simultaneous translation;  both interpreter and

14            witness speaking at the same time)

15      A.    Then I reminded Mr. Di Pascali regularly.

16            MS. WANG:  You missed a lot in there.

17          She was speaking -- she was translating before

18          you said, "Then I reminded Mr. Di Pascali".

19          She said "yes".

20    BY MS. WANG:

21      Q.    The question was -- let's get that answer

22    again, I'm sorry, because I think the reporter didn't

23    get the first part of your answer.

24            My question was, and when you mentioned

25    the treasury bill issues in your previous answer,

**10-04336_APLCAA0000126**

**Picard v. Igoin**                                     **Laurence Apfelman  3-26-14**

127

1    that is in reference to making sure that BLMIS sold

2    the treasury bills before the maturity date, right?

3         A.    Yes.

4         Q.    So that you spoke to Mr. Madoff first.

5    You spoke to Mr. Madoff when that issue first arose;

6    is that right?

7         A.    Yes.

8         Q.    And then, after that, you reminded

9    Mr. Di Pascali regularly?

10              MR. COOPERMAN:  Objection.

11   BY MS. WANG:

12        Q.    To make sure that the treasury bills were

13   sold before their maturity date; is that right?

14        A.    Yes.

15        Q.    And in ninety-ninety -- in 1981, that was

16   the first time that -- sorry, let me start that

17   question again.

18              In 1981, when you took the trip to New

19   York, that was the first time that you had met

20   Mr. Madoff; is that right?

21        A.    Yes.

22              MS. WANG:  Let's break for today.

23              MR. COOPERMAN:  Okay.  I hope you feel

24        better.

25              MS. WANG:  Thank you.

**Picard v. Igoin**                                   **Laurence Apfelman  3-26-14**

128

1          VIDEOGRAPHER:   This is the end of the

2     deposition of Laurence Apfelbaum --

3          MS. WANG:  Day 1.

4          VIDEOGRAPHER:  -- Day 1, yes.  The

5     number of tapes used today are three.  The

6     time is 17:39.  We are now off the record.

7     (Deposition concluded at 5:39 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                  Laurence Apfelman   3-26-14

129

1                         C E R T I F I C A T E

2

3                    I, THELMA HARRIES, MBIVR, ACR do

4       hereby certify:

5                    That LAURENCE APFELBAUM the witness whose

6       examination is hereinbefore set forth was duly sworn

7       by me and the within transcript is a true record of

8       the testimony given by such witness.

9                    I further certify that I am not

10      related to any of the parties of this action nor in

11      anyway interested in the outcome of this matter.

12

13

14                              THELMA HARRIES, MBIVR, ACR
                                Certified Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000129

Picard v. Igoin                                    Laurence Apfelman  3-26-14

130

1

2

3              I, LAURENCE APFELBAUM, being first

4    aforesaid deposition taken on Wednesday, 26th of

5    March, 2014; that I have read the foregoing

6    transcript of my deposition, consisting of pages

7    1 through 131 inclusive, and affix my signature to

8    same.

9


     _____

10   LAURENCE APFELBAUM

11

12   Subscribed and sworn to

13   before me this _____ day

14   of _____, 2014.

15

16

17

18

19

20

21

22

23

24

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelman   3-26-14**

131

| | PAGE | LINE | | ERRATA SHEET |
|---|---|---|---|---|
| 1 | | | REASON: | _____ |
| 2 | ___ | ___ | CHANGE: | _____ |
| 3 | ___ | ___ | REASON: | _____ |
| 4 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 5 | ___ | ___ | CHANGE: | _____ |
| 6 | ___ | ___ | REASON: | _____ |
| 7 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 8 | ___ | ___ | CHANGE: | _____ |
| 9 | ___ | ___ | REASON: | _____ |
| 10 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 11 | ___ | ___ | CHANGE: | _____ |
| 12 | ___ | ___ | REASON: | _____ |
| 13 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 14 | ___ | ___ | CHANGE: | _____ |
| 15 | ___ | ___ | REASON: | _____ |
| 16 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 17 | ___ | ___ | CHANGE: | _____ |
| 18 | ___ | ___ | REASON: | _____ |
| 19 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 20 | ___ | ___ | CHANGE: | _____ |
| 21 | ___ | ___ | REASON: | _____ |
| 22 | ___ | ___ | CHANGE: | _____ |
| | ___ | ___ | REASON: | _____ |
| 23 | (signed) | _____ | DATE | _____ |
| 24 | | | | |
| 25 | | | | |

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAA0000131

Picard v. Igoin                                    Laurence Apfelman   3-26-14

**A**

**abiding** 99:24
**ability** 18:24,25
**able** 27:18,21 34:11
  102:11 118:16
**abroad** 8:16 10:25
  111:17,19,21
  113:17
**abruptly** 87:17
  112:22
**absolutely** 16:21
  62:19
**acceptable** 78:17
  79:22
**accepted** 11:16 29:4
**access** 72:16
**account** 5:15,17 37:5
  37:19 38:1,3,8,22
  40:7,16,17 41:2,16
  41:20 42:22,23,25
  43:2,3,5,7,11,12,13
  43:14 44:4,10,12,14
  44:23 45:12,19,20
  46:1,5,7,8,15,16,25
  60:24,25 61:3,17,18
  62:9 63:12,17,17,18
  63:25,25 64:2,6,7
  64:16 68:10 71:18
  72:9,17,21 73:6,13
  73:14,14,18,19,20
  73:22 74:3,10,10,24
  75:11,14 76:15
  81:15 82:7,8,11,15
  82:17 83:10,12,16
  83:20 84:3 85:5,8,9
  85:11,13,16,19,22
  85:24 86:1,2,11,25
  89:8,9,20 91:17
  103:23 104:3,5,21
  104:21,23,25 105:1
  105:25 106:7 107:8
  107:18,22,22,25
  108:1,7 111:2
  112:21 120:18
  121:10,21 122:6,17

**accounts** 60:11,16
  63:17,19 64:7,17
  65:16,17 66:12 68:1
  75:17 76:10,20,23
  77:2,4,9,24,25 82:8
  83:11,12,17,20,22
  84:12,19 85:2,3,6
  86:10 89:10 92:3
  94:3,25 95:11
  103:21,25 105:21
  108:9 112:4 114:3,9
  114:13 115:14
  118:6,7,13 119:24
  120:16 121:19
**account,or** 60:20
**accurate** 60:8
**accurately** 55:25
  57:14,14
**acknowledge** 16:18
  65:10
**acquainted** 22:6
**ACR** 2:20 129:3,14
**act** 7:22
**action** 11:7 129:10
**Active** 27:25
**add** 102:2
**adding** 17:20
**addition** 30:23 46:12
**additional** 20:15
  47:22 96:7 101:16
  101:22
**address** 21:12 41:20
  41:21,21
**addressed** 49:16
  91:22,23 119:20
**administered** 77:1,2
  84:22 105:21
  121:10
**administering** 106:8
  107:9 108:7 112:4
  118:7 120:15
  121:11,20
**adult** 13:24 14:1,13
**Adv** 1:4,13
**adventurous** 81:5,7,9
**advice** 11:11 18:14

93:2 98:22
**advised** 97:25 119:21
**adviser** 65:22 66:19
  105:13,16 115:13
**advises** 18:15
**advising** 49:17
**affairs** 64:11
**affect** 18:24
**affiliated** 30:25
**affirmed** 11:22
**affix** 130:7
**aforesaid** 130:4
**afternoon** 59:5
**age** 30:16 78:12
  80:16
**ago** 22:10
**agree** 60:23 97:15
  100:1,11 101:25
**agreements** 120:11
**Ah** 107:23
**ahead** 110:3
**al** 1:18
**Albert** 24:21 68:2
**alive** 62:7 66:3,6,12
  67:9 125:20
**allocation** 87:9
**allow** 98:21
**allowed** 96:21
**allows** 100:2
**aloud** 44:2
**Ambre** 3:17 7:7
  19:15,17,18 45:2,3
**American** 5:10 8:25
  63:3,3
**Americans** 22:18
**AMF00070100** 88:3
**AMF00071794**
  118:21
**amount** 68:25 91:11
  94:8,10 96:4,12,13
  102:3 103:20,25
  107:14,24
**amounts** 95:23
**Ann** 15:25
**annual** 87:8
**answer** 14:24 17:19

18:8,12,15,18,20,21
  18:24 38:17 39:11
  45:24 50:17 51:5,24
  52:6,16,25 53:1
  54:8,20 55:7,19,22
  56:7,23 57:2 60:3,7
  63:23 68:14 70:2,4
  79:10,11,13 93:21
  96:24 103:17
  106:25 109:8 117:8
  117:9 124:14
  126:21,23,25
**answered** 18:9,18
  51:8,20 54:22 55:9
  55:13 70:1
**answering** 66:16
**answers** 60:1,2
  100:12
**anybody** 59:9,14
  123:9,23 125:2
**anyway** 34:24 36:1
  58:22 129:11
**APF** 29:4
**Apfelbaum** 1:23 2:11
  3:11 5:3,16,23 6:4
  7:4,6,8,24 12:6,12
  12:23 13:10 14:3,8
  14:9,11 15:11 17:14
  20:14 21:9 23:5,21
  23:24 24:2,5,11,14
  36:17 41:25 47:6
  56:2 57:7 59:6,10
  59:18 60:2,17,18
  65:3,8 73:17 79:7
  88:5,11,22 90:11
  96:21,23 97:2 100:3
  103:1 104:16
  108:11 109:4,14,18
  109:22 110:12,16
  117:11 119:22
  123:4 124:10 128:2
  129:5 130:3,10
**apologise** 79:7
  104:16
**apparently** 93:23
**appear** 107:18,18

10-04336_APLCAA0000132

Picard v. Igoin                                    Laurence Apfelman    3-26-14

108:22
**appearance** 6:18
  11:3
**appeared** 19:4
**appears** 42:24 43:2
  119:19
**applicable** 92:14,16
  99:16
**applied** 94:1
**applies** 102:16
**appointed** 15:25
**appointment** 105:13
  113:3,10
**appropriate** 102:13
**approximately** 13:21
  28:24 85:1 90:24
**archery** 32:11
**area** 31:12
**arguments** 55:23
**arose** 78:4,5 79:17,21
  103:9 127:5
**art** 23:17,18
**Article** 1:21 8:15
  15:8 16:2 99:19
**articles** 14:5
**articulated** 98:15
**artificial** 109:12
**Artus** 2:12 3:3 6:9
**aside** 120:17 121:4
**asked** 46:12 56:22,24
  61:16 65:21 78:14
  80:10 87:15 93:2
  102:25 106:17,19
  106:19,20,25 107:1
  113:6 117:6
**asking** 13:3 38:6,7,16
  38:16 40:22 48:14
  54:1,2 55:9 61:9,12
  102:17 103:7
  117:15 119:5
  120:17 121:4,8
  123:14
**asserting** 46:4
**assets** 75:2,5,16
  76:21 83:11
**assist** 41:11,24 42:1

**Associacion** 29:5
  30:24
**Association** 31:1
**ASSOCIÉS** 3:20
**assume** 22:19
**assumes** 55:10
**assuming** 56:24
**attach** 40:3
**attached** 40:2 43:14
  44:11 47:1
**attend** 33:14
**attendance** 4:2
**attention** 109:21
**attentive** 92:9
**attorney** 18:11
**Aubrac** 25:12
**audio** 17:18
**authorised** 99:3
**authorities** 70:19,20
  71:10,14 72:4 87:6
  87:9 96:2
**authority** 71:24
  78:15
**authority's** 86:4,9
**authorization** 5:13
  9:24
**Avenue** 3:13,18
**aware** 16:5 64:6
**A-c-t-i-v-e** 28:1
**A-s-s-o-c-i-a-c-i-o-n**
  29:5
**A-u-b-r-a-c** 25:12
**a.m** 1:25 8:8,9 10:10
  10:11 36:9,13

## B

**B** 2:13 5:6
**bacc** 32:24
**baccalaureate** 26:24
**back** 8:10 10:12
  13:13,14 17:13
  25:14 31:3 34:21
  36:14 37:2 42:10
  43:11,24 45:11
  46:11 49:18 51:24
  59:4 62:22,22 63:11

64:5 72:5 74:5 76:3
  76:17 79:3,8 81:13
  90:3 101:5,17,18
  104:13 105:3
  110:17 111:8,17
  112:11 116:23
  117:8 123:2
**bad** 78:13
**BAKER** 3:7
**balance** 46:6
**bank** 73:14,19 75:12
  77:1,3,13,16 84:5,5
  89:10 93:4 94:7,10
  107:22 108:4
  110:19 115:17,18
  115:21,22 126:5
**Bankruptcy** 1:1 6:7
  7:18,19 8:13 15:24
**banks** 94:4
**Banque** 77:14,17
  89:7 119:23
**bar** 37:13,18
**based** 10:22 72:14
  92:18,21 96:7 98:21
  99:14 103:23
**basic** 14:16
**basis** 62:10
**Bates** 5:24 88:3 90:8
  118:20
**Bd** 3:4
**bearing** 88:3 118:20
**bears** 90:8
**Beatrice** 4:4
**began** 120:15 121:11
  122:13
**beginning** 26:11 59:2
  101:3 111:7
**begins** 51:24
**behalf** 3:6,11 61:5,21
**belief** 57:19
**believe** 11:25 47:16
  54:21 56:4 58:6,8
  58:11,17 59:25 60:3
  71:1 76:24 82:11
  93:18,25 109:10
  111:20,24 112:21

114:12 121:25
  125:18
**believes** 59:15 74:25
  99:12
**belive** 12:1
**belonged** 71:19 72:4
  86:25 87:1
**Bendish** 6:12,15
**Bernard** 1:7,11,14
  5:18 6:6 20:19,20
  49:17 125:13,19
**Bernie** 20:18
**best** 33:14 34:7 63:14
  65:19,21,25 67:25
  112:15
**better** 95:13 127:24
**beyond** 69:1
**Bichat** 22:4,5,7 28:18
  28:21 29:11,14,16
  30:2,6,7,10
**BIF** 5:22 77:16,17,19
  77:25 80:20 81:15
  82:7,16 83:10,17,21
  84:3,9,15,22 85:3,4
  87:16 89:20 92:11
  93:21 105:22,24
  106:7,15,20 107:8
  107:18 108:1,6,8
  111:25 112:4,6,22
  121:18
**big** 82:18,19 83:3
**bilingual** 27:25 59:13
**Bilingue** 27:25
**bill** 110:3 126:25
**billing** 97:11
**bills** 91:10 92:6,7,9
  92:14,17 93:6,7,11
  93:24 95:1,18
  110:21 111:1 126:5
  126:9,11 127:2,12
**biology** 36:3
**birth** 21:10
**bit** 21:3 22:9 63:12
  94:13
**BLMIS** 5:15,17
  20:19 38:3,22 40:17

Picard v. Igoin                                         Laurence Apfelman   3-26-14

41:17 42:24 50:22
51:3 52:12,18 53:13
57:22 60:11 62:9
63:10,12,20 64:17
65:17 66:12 67:5
68:4,9,24 69:24
73:14 74:10 75:12
76:8,15,20,23 77:4
77:9,10,25 80:20,22
81:4,16 83:11,12
84:8,19 85:2 86:24
87:14 88:17 93:10
94:25 95:8,11
103:21 105:20
106:7,12 107:8
108:7 112:6,10
113:14,25 116:15
118:13 119:17
120:11,15,15
121:10,21 122:11
122:16 123:10,18
123:20,23 125:2
126:11 127:1
**BLMIS's** 109:17
**block** 43:25
**blocking** 96:20 98:5
98:9,14,19 99:15,21
99:23 101:24 102:6
102:15 103:8
**BM** 40:8
**BMIS** 40:8
**board** 25:10 111:16
**boats** 31:15,16
**body** 110:11 112:14
**bonds** 80:24 81:2
**books** 14:8 32:5,10
**born** 24:15,23,24,25
30:15
**borrowed** 72:3 74:1
**Boston** 125:9
**bottom** 89:6 109:18
112:13
**Boulevard** 2:13 6:10
**branch** 114:18
**break** 16:13,23 17:5
18:5,6,9 58:21

60:10 63:19 78:22
79:8,9,25 89:23
100:22,23 103:1
104:8,17,19 122:20
123:5 127:22
**bring** 20:14
**brings** 29:18
**brought** 20:7
**Bruno** 3:16 7:5 19:15
99:11
**Building** 2:13
**bulimia** 28:20,25
29:2 30:12
**bulk** 74:4 80:19
**Bureau** 9:12,25
**Burton** 7:17
**business** 32:14 34:22
64:11 67:11 69:3,7
69:8 72:2 124:6,11
124:11 125:23,25
**businessman** 31:7,7
31:11
**buying** 94:25
**B-i-c-h-a-t** 22:7
**B-I-F** 77:19
**B-i-l-i-n-g-u-e** 28:1

### C

**C** 3:1 4:1 129:1,1
**calculation** 87:7,9
**calculations** 87:20
**calculus** 87:5
**call** 49:20 60:23
91:17 92:10 109:21
124:6 125:13
**called** 27:5 31:6,8
69:4,8 77:19 93:9
93:22 112:25
125:19 126:6,8
**calling** 93:17
**Canat** 3:20,22 75:15
97:5,11,16,20 98:3
98:23,25 105:5
**capacity** 28:17
**capital** 63:10 94:11
94:12,16,17

**captures** 56:1
**Carbajal** 3:9 6:23,23
**care** 44:10,14 89:20
93:4
**career** 35:20
**case** 16:7 20:9
**cash** 106:12
**cast** 34:25
**caution** 56:3
**cent** 57:9 92:15,15,17
92:17,20,20,24
93:25
**centre** 28:12,13
**certain** 35:20,20,21
98:10
**certainly** 34:24 50:15
50:25 51:24 52:4
53:23,24 59:12
**Certified** 129:15
**certify** 129:4,9
**challenge** 86:5,6
**champions** 32:5
**CHANGE** 131:2,4,5
131:7,8,10,11,13,14
131:16,17,19,20,22
**changed** 26:20
**changes** 100:15
**charge** 92:3
**check** 110:19
**child** 13:25
**childhood** 31:14,19
**children** 23:2,25 24:1
24:3 26:8 28:13,14
35:19
**Chinese** 35:18
**choice** 35:15
**choices** 35:23
**choose** 18:13
**chose** 34:25
**CIPA** 39:15,15
**circulaire** 49:24
57:21
**Circular** 5:21
**citizen** 7:24 25:25
26:2
**civil** 8:14,16 10:25

15:7
**Civile** 9:13
**claim** 5:15,16,19
11:12 37:3,5 41:1
41:12 42:8 49:1,7
49:12,17 50:4
**claims** 47:19 60:12
**clarify** 53:16 59:17
60:5 61:15 116:12
116:25 117:7
**clear** 52:24 53:3 56:7
56:23 58:10 59:16
59:16 60:4 61:11
62:5 74:13 87:14
116:6 117:4 124:25
**clearer** 109:23
**clearly** 53:19
**client** 100:11
**closed** 42:23,23 44:12
46:9 64:1 69:7,12
113:18 120:3
**closing** 113:5,11,13
113:20 114:18,20
115:1,8 117:25
120:11
**coaching** 56:8,9
**Coast** 31:17
**code** 37:13,18
**coffee** 31:18,18
**Cofrapar** 69:4
**Colin** 105:17
**Colin's** 105:18
**collapse** 50:22 51:3
52:12,18 53:13
**come** 69:16,22,22
70:8,11 72:19,20
99:9 101:17,18
125:21
**comes** 52:1
**coming** 78:7 91:10
92:5,7
**commencing** 1:25
**comment** 16:4
**commercial** 8:17
10:25
**Commerciale** 9:14

10-04336_APLCAA0000134

Picard v. Igoin

Laurence Apfelman   3-26-14

**Commission** 5:9 7:21 8:2 34:15
**Commissioner** 3:2 5:9 7:10,14,22 8:12 9:2,11,23 10:6,14 11:23 15:25 22:13 22:17 75:22
**communications** 58:13,19 123:9 125:1
**community** 75:2
**company** 68:3,23,25 68:25 69:3,5,15,24
**complete** 87:20
**completed** 44:12
**completely** 70:12 102:17
**complicated** 45:8
**comprised** 81:18,21 82:2
**computation** 87:5,11
**concentrate** 70:22
**concentration** 32:11
**concern** 50:19 52:9
**concerned** 10:22 50:18 52:7 82:17 103:5 113:16 125:23,24
**concerning** 83:17 110:18 111:9,23
**concerns** 42:22 110:9
**concluded** 128:7
**conducted** 15:6
**confer** 122:22
**conference** 111:13,21
**confidential** 16:15 109:18
**confirm** 20:13 25:24 110:20
**confirmation** 112:5
**confirming** 46:10
**conflict** 78:19
**confused** 48:2 77:20 77:20
**confusing** 117:14
**congress** 110:17

111:8,10,12,13,16
**conjunction** 49:1
**consent** 11:7
**considered** 71:19,20 92:23,25 94:14
**consisted** 83:12 94:25
**consistent** 120:2
**consisting** 130:6
**Consolidated** 1:7
**constituted** 74:3
**Consul** 8:20
**consult** 39:19 42:5 87:10 115:12,16
**consulted** 42:3
**contact** 105:24 125:22
**contacted** 45:1
**contained** 73:6 86:11
**contest** 86:4
**contested** 70:20 71:14,24
**context** 19:25 100:7
**continue** 56:6 101:20 102:14 113:7 114:14 115:18,23 116:14 118:2,13
**continued** 4:1 27:5 62:11,13,16 84:9
**continuing** 102:14
**contract** 28:2
**Contracting** 11:2
**contradicts** 107:2
**control** 46:15 60:3 85:13,16,18,22,23 85:25 86:1,3
**controlled** 45:20 80:6
**controls** 17:18
**controversy** 20:25 103:9
**convention** 1:21 8:15 10:20,23 15:9 16:2 97:18,21 98:11,12 99:1,19,22 100:2,3 100:11
**conversation** 34:16 101:6

**conversations** 19:7 19:11 68:7 118:5 123:22
**conveyed** 118:12
**convince** 80:9 82:19 82:21,22
**convinced** 78:19 79:23
**Cooperman** 3:14 7:2 7:2 12:4,16,20 13:3 14:24 15:10,16,19 15:22 16:4,6,11 17:3 19:15,17,23 20:2,8,24 21:5,21 21:24 22:11 23:6 25:4,19 27:12 33:2 34:13 35:6,9,11,24 37:7,22 38:4,14 39:10 42:16 43:19 45:16,23 47:23 48:1 48:13 49:8 50:10,23 51:1,8,12,15,17 52:14 53:6 54:1,18 55:4,8,18 56:12,14 56:17 57:24 58:15 61:9 63:22 64:9,19 66:7,15,23 67:16,20 68:15,19 69:25 70:13,25 71:5,8 72:11,22 74:6,15 75:19 81:24 82:4 83:6 87:12 88:13,18 88:21 89:15 93:13 94:19 95:2,14 96:18 98:7 99:4,7,11 100:16,21,23 101:7 101:25 102:22 103:16 104:6 106:9 106:14,17,24 107:10 108:24 112:14 114:21 115:4 116:20 117:1 117:17,21 118:15 119:3,8 120:17,22 121:3 123:24 124:2 124:4,8,16,21

127:10,23
**copies** 87:21
**corner** 40:10 109:16
**Corporation** 1:4 6:5 20:23
**correct** 14:3 51:17,19 57:16,17,17 61:17 62:5 68:20 91:14 96:6
**correctly** 79:13
**correspond** 85:3
**corresponding** 41:1
**counsel** 6:17 7:6 10:5 11:23 12:2 15:18,21 17:15 18:14 19:8 43:17,19 98:16,22 122:22
**counsel's** 14:17
**count** 17:21
**countries** 99:17
**course** 12:19 35:25 44:21 52:19 53:13 58:13,18
**court** 1:1 6:7,14 7:12 7:16,18,19 8:21 9:15 11:2,20 14:22 15:25 19:5 36:18 48:6 52:2 54:23,25 64:23 81:7 82:1 87:25 90:5 97:8 110:6 115:19 129:15
**cover** 5:19 47:18 78:15
**co-mingled** 85:4
**create** 20:25 55:12 109:1
**created** 45:11 65:18
**criminal** 98:20
**crossed** 125:22
**cum** 32:25 33:1,2
**current** 21:12
**currently** 13:4 21:16 29:22
**curriculum** 33:4
**custody** 78:11

10-04336_APLCAA0000135

Picard v. Igoin                                    Laurence Apfelman   3-26-14

**custom** 47:19
**customer** 5:15,16,19
   37:3,5 41:1
**customers** 57:22
**cut** 28:22 67:22
**C-o-f-r-a-p-a-r** 69:4
**C-o-l-i-n** 105:19
**c-u-m** 33:3

**D**

**D** 5:1,6
**dad's** 69:2 70:21,22
   71:2 73:8 77:21
   78:1
**date** 21:9 28:23 65:10
   92:10 93:12,24
   105:10 111:1,11
   112:9 120:1 126:12
   127:2,13 131:23
**dated** 5:11,12,14,22
   5:24 7:16 8:19 9:2
   9:11 43:2 110:22
   119:19
**dates** 24:16
**daughter** 23:3 41:2
   41:11 71:22 72:6
   78:7,9,13,16 79:20
   79:20 80:6,7,12,15
   81:4 84:21 86:13
   87:2
**daughter's** 41:7,9,21
   60:18 80:4
**David** 3:9 6:21 16:12
**day** 19:12,13 33:7
   94:14 123:6 128:3,4
   130:13
**days** 111:20
**de** 3:21 7:25 9:12
   21:13 28:4 30:24
**dealings** 32:14
**dealt** 31:15
**dear** 22:13 91:19
**death** 44:5 61:8
   62:24 72:8 73:2
   76:6,21 77:23 78:2
   78:18 79:16,18

81:14 82:9,15 83:16
   84:18
**Deborah** 24:10,15
**Debtor** 1:12
**December** 5:19,24
   39:13,14 46:6
   119:19 120:1
**decide** 80:16
**decided** 80:5 117:24
   118:1
**decision** 116:14
**declaration** 5:21 65:9
**declare** 94:5
**deed** 82:11,13 83:13
**Defendant** 1:9
**defendants** 1:19
   11:17
**definitive** 117:9
**degree** 27:17,21,23
**deleted** 124:12
**deliver** 126:4
**department** 26:17,19
   26:20 106:1,2
**deponent** 5:3 7:23
**deposed** 19:2
**deposition** 1:20 2:10
   5:7,14 6:3,9 7:23
   8:12,22 9:4 10:1,17
   12:3 14:16,17 15:6
   15:12,17 16:1 17:17
   19:8,22 20:7,15,17
   34:21 100:6 101:11
   101:15 102:23
   128:2,7 130:4,6
**derived** 68:7
**des** 28:4 29:5
**Description** 5:8
**designated** 11:2
**DESS** 27:18
**details** 72:13
**determine** 117:10
**Di** 5:22,23,25 91:24
   92:1,2 93:6,10
   103:4 107:13 110:1
   111:4 122:9 123:10
   123:19,20,23

126:15,18 127:9
**dialysis** 28:11
**die** 24:23
**died** 24:25 25:1 44:23
   62:11 64:1,12,13
   73:10 74:9 77:9
   82:25
**dies** 34:24
**dietician** 22:3
**difference** 50:11 96:4
**different** 55:9 60:1
   69:21 70:14 80:9
   94:15 98:17 106:19
   107:21,22 108:22
   109:1
**difficulties** 55:12
   78:4,5 79:17
**diploma** 26:24 32:25
**diplomas** 30:22
**direct** 38:17 64:21,22
**directed** 77:11
**directly** 44:24 50:19
   52:9 65:20,23 77:9
   80:12 108:8 112:10
   112:21 113:8
   114:15 118:7,13
   120:16 121:11,20
   121:21
**disagree** 97:5,9 98:25
   102:22
**disagreements** 55:24
**disappointed** 32:22
**disclose** 103:7
**disclosed** 97:19
**discovered** 92:13
**discovery** 100:7
**discuss** 32:12 115:9
   123:17
**discussed** 83:4
   114:25
**discussing** 63:18
   113:11
**Discussion** 8:7 9:20
   10:5 12:24 17:11
   19:19 22:24 24:9
   30:18 36:23 43:22

50:1
**dismiss** 109:9
**disorders** 28:19
   29:23,23
**dispensation** 11:12
**dispute** 102:6
**dissertation** 27:19
   28:25 29:1
**district** 1:1 6:8 7:20
   21:15
**dividend** 94:12,15,17
**dividends** 92:23 95:5
**doc** 20:14
**doctor** 29:20
**doctorate** 27:6,16
**document** 20:3 39:24
   42:7,15 47:13,14,17
   48:20 49:4 56:23
   64:24 65:6 76:22
   82:16 83:9 88:2,4
   88:10 90:7,18
   101:22 108:13,14
   108:19,19 109:2,3,5
   109:22,24 112:9
   118:20 119:2,15
**documentation** 97:25
   99:3 120:14
**documents** 19:21,23
   19:24,24 20:6,10,15
   20:16 39:22 43:16
   46:24 47:22 48:15
   83:17,21,25 87:22
   87:24 88:17,17
   97:14 98:2 102:11
   102:11 106:3
   109:11 118:17
**doing** 11:13 16:14
   31:22 32:7 66:25
   99:22 117:9
**dollars** 44:13 96:17
**Doris** 1:17 5:17 24:20
   25:18,19 43:4,12
   44:10 46:15 60:20
**doubled** 27:8
**doubt** 93:2
**drawing** 91:11 95:22

Picard v. Igoin                                    Laurence Apfelman   3-26-14

[Page  6]

drawn 76:14 91:17
Dringenberg 106:4
    106:23 107:13
    113:1,4,10 114:3,10
    119:21
Drye 3:12 7:3
du 3:15
due 9:6 46:1
duly 12:7 129:6
Duruy 26:22
d'Avocats 3:15
d-e 28:8 29:7
D-e-b-o-r-a-h 24:11
d-e-s 28:8 29:6
D-o-r-i-s 25:19
D-u-r-u-y 26:23

**E**

E 3:1,1 4:1,1 5:1,6,6
    129:1,1
earlier 27:20 29:19
    46:12 93:21 103:13
    112:11,19,22
    115:25 116:6
earliest 64:6
early 27:7 45:13,15
    45:16,17 65:15
eating 28:19 29:23
Ecole 27:24
edited 46:23
education 26:11
    34:17
effect 14:22
either 14:2 33:21
    65:24 66:3 89:13
    92:15,17,19 93:18
    95:18 118:4
Embassy 5:10,11,12
    8:21,23,25 9:3,6,9
    9:16,18 63:3
Emilie 5:16 23:5 24:2
    41:2,24 60:18 63:17
    110:18 111:9,23
    126:3
Emilie's 84:13 85:7
    91:17 94:24 103:25

104:4,23,25 111:2
employee 23:16
en 9:13
encloses 47:21
encourage 99:21
engage 95:8,12
English 59:11,14
enter 33:16
entered 72:5
entirely 104:24
entitled 11:11 60:20
entrance 33:24
Entreaide 9:25
Epokhane 33:13
equities 95:18
equity 93:1 95:6
equivalent 26:12
ERRATA 131:1
Eskenazi 3:22 6:25
    6:25
especially 17:23
ESQ 3:3,8,9,9,14
essentially 40:21
estate 1:17 42:22
    45:11,21 78:8,9
    80:3,11 82:23 83:13
    86:7,15,18,21 87:2
et 1:18 9:13 26:17
etudiants 28:4
Euros 107:17 108:8
everybody 56:3
evidence 8:16,24 9:7
    9:17 10:3,21,24
    11:4,10,12 15:9
    16:2
exact 28:23 91:15
    92:18 105:9
exactly 17:4 31:21
    49:24 50:8 55:10
    61:12 95:3
exam 33:24
examination 5:4
    12:10 129:6
examined 12:8
example 32:19 34:22
    35:17,18 77:14

96:16 106:11
    115:12
exchange 95:16
    97:12,24,25 99:2
excuse 49:23 50:7
    52:20 73:11 96:19
    99:23
execute 120:8,10
execution 50:18 52:7
exhibit 5:8 8:2,3,4,5
    9:1,8,10,19,22 10:3
    10:4 36:10,11,12,25
    37:1,13 38:25 40:2
    40:20,23,24 41:3,4
    41:15 42:10,12,13
    42:19 43:1,9,25
    46:4,5,18,22,25
    47:7,8,11,21 48:9
    48:11,11,11,22 49:3
    49:11,14,15,20 50:3
    50:13 52:3 53:21
    54:9,15,25 57:8
    58:2,4,7,12 64:25
    65:1,4,8,14 67:13
    67:17,19 76:18 88:2
    88:7 90:6,12,15
    104:2,4,20,22
    108:13,15,17 109:8
    109:8,12 112:12
    118:19,22,25
exhibits 5:7 10:14
    36:5,18,20 47:4
    48:6,8 54:11,11
existed 46:8 60:14,19
existence 46:16
exists 44:5
expected 115:17,21
explain 21:3 44:20
    74:17 108:24 126:6
Explaining 5:20
explains 48:23
explanation 108:25
expressly 99:16
extent 59:8,12,14
    73:9
E-c-o-l-e 27:25

E-m-i-l-i-e 23:6
E-t-u-d-i-n-t-s 28:8

**F**

F 129:1
fact 27:20 56:21 72:1
    77:3 78:16 79:20
    100:4,5
factor 103:14
faint 69:16 70:8
fair 17:10 55:11
    119:10
fall 101:23
familiar 17:7 89:12
family 63:20 66:12
    67:5 73:3 76:7 85:1
family's 68:9 72:21
    74:4
far 26:9 35:3 50:17
    52:7 69:14 103:5
    113:16 125:23,24
fast 120:4
father 13:12 24:25
    25:15,22 26:7 31:6
    34:21 62:3,4,6,7,11
    64:8,12,18 65:18
    66:5,11 67:8 68:2
    69:10,23 70:12
    71:18 72:9 73:7
    74:2,9,11 77:8 78:6
    79:19 82:25 83:4,14
    125:10,20
father's 13:11 31:9
    67:11 71:15,18,25
    72:2,8 73:2,9 76:6
    76:21 77:23 78:2,18
    78:20 79:16,18 80:2
    81:14 82:9,14,24
    83:1,15 84:18
    125:15,24,25
Faubourg 3:15
favour 101:19
fax 93:19 110:23
    111:5,5 121:24
    122:3,4,8
faxes 111:25 122:1

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                Laurence Apfelman   3-26-14

122:11,15 123:9
faxing 93:17
February 21:11 25:1
  44:6
Federal 8:14 15:7
  56:10
feel 127:23
feeling 78:23
fell 25:21
field 30:1
figure 96:23 103:5
figures 91:14,16
  92:12 103:8,24
  105:9
figuring 24:17
file 68:17 94:21
filed 60:11
files 109:5,17 119:17
filing 46:3 68:12
fill 31:10 49:17 50:19
  52:9 87:15 92:12
  105:14
filled 39:12 42:21
  65:22
finally 91:11 95:23
Finama 77:4,12,14
  77:16 84:3,4,9,16
  84:22 85:3,4 105:21
  105:25 106:7 107:9
  107:19 108:1,6,9
  112:4,6 113:24
  114:1,18,19 115:1,8
  115:15 117:25
  119:23 120:2,11
  121:11,18
Finamar's 113:11
financial 34:23 96:22
  97:19 100:14
  115:13
find 65:10 102:11
  110:18 111:9,22
finding 113:6
fine 12:4 18:16
finish 121:13
finished 27:19
finishes 34:10

finishing 33:8 53:9
firm 93:2
first 14:20 37:12
  43:24 47:20 48:9
  55:19 57:2 88:5,11
  90:7 92:4 109:4,7
  113:24 119:20,22
  126:23 127:4,5,16
  127:19 130:3
Five 44:8
fixing 45:3,6
floor 2:13 3:18
  125:17,17
Florianne 89:17
fluctuate 92:14
FN076 37:6
focused 82:19
follow 18:14 56:6
  97:2 98:24
followed 78:18
following 10:18 27:3
  54:13 86:4,8
follows 10:20 12:9
follow-up 57:13
Fondation 28:4
force 14:21
forego 78:14 80:11
foregoing 130:5
foreign 113:2,5,12,14
  113:17,20 114:18
  115:1,8 117:25
  120:3,12
forgot 86:16 92:10
  96:3
form 5:17,19 37:2
  39:8,12,17,20,23
  40:4 41:12 42:8,20
  46:8 47:2 49:1,6,7
  49:12 61:24 70:11
  125:2,3,4,5
forms 31:10 41:25
  42:4 49:17 50:4,20
  52:10
forth 129:6
fortune 91:15 104:3
  104:22 105:4

forward 101:11
  111:25
found 64:10,13 73:8
  78:1,3 79:16 80:19
  92:11 93:1,22
  119:17
Foundation 28:5
founded 65:17
fourth 39:5
frame 112:3
Francaise 77:15,18
  89:7
France 2:14 6:11
  7:25 8:18 25:10,17
  25:22 26:12 28:4
  29:23 30:22,24 31:5
  33:12,18 34:9 35:2
  62:3,4,10,14,17,20
  110:9
Francis 93:3
francs 107:17 108:8
Frank 5:22,23,25
  91:19,23 92:1,2
  93:10 107:13 110:1
  122:9 123:10
frankly 100:18
French 5:12 7:6,24
  9:14,18 10:17,19
  13:12 25:9 26:17
  28:5 34:16 44:20
  51:9 59:13 61:10
  70:18,20 71:9,14,23
  72:3 75:1,10 77:1,3
  80:25 81:1 96:2
  98:9,14,22 99:15,23
  100:8,9 110:5,6,8
  116:21
French-only 110:8
friend 25:17 125:15
friends 25:13 125:11
full 66:8
funds 61:4,19
further 129:9
F-i-n-a-m-a 77:5
F-o-n-d-a-t-i-o-n
  28:7

F-r-a-n-c-e 28:9 29:7
F-r-a-n-c-i-s 93:3

        G
gains 63:10 94:11,12
  94:16,17
gallery 23:17,18
general 8:20 26:13
Generale 108:5
getting 34:20 80:5
  106:6
give 11:10,12 73:12
  79:11 82:22 96:21
  98:3,16 102:20
  103:24 113:19
  118:16
given 97:23 129:8
gives 31:1
giving 11:3 79:9
go 10:6 12:16 13:7
  14:16 25:16 31:16
  32:6 33:18,25 34:11
  34:22,22 35:3,4,19
  36:4 45:6 48:20
  49:14 64:5 69:6
  71:22 75:21,22
  78:13,19 79:25
  80:14 82:24 102:13
  117:7
going 6:16 8:6 10:8
  10:12 17:13 31:3
  36:2,7,17 40:20
  42:11 43:11,24
  46:11 47:6 48:5
  49:3,14 53:3 56:18
  57:4,13 58:23 64:23
  70:10 75:24 76:3
  78:10,21,24 79:3,10
  79:14 81:13,13
  87:25 89:24 90:3,5
  97:2 98:21 99:13
  100:24 101:11,16
  102:14 103:11,24
  104:9,13 105:2
  108:11,12 111:7
  112:11 117:19

10-04336_APLCAA0000138

Picard v. Igoin                                      Laurence Apfelman   3-26-14

118:18 122:23 123:2
**golf** 32:10
**golfer** 32:8
**good** 6:2 32:24 59:5 75:9
**GOUT** 3:20
**governs** 16:7 102:7
**grades** 34:11
**gradually** 22:6
**graduate** 27:15
**GRANRUT** 3:15
**GRELON** 3:20
**grew** 31:21 32:13
**ground** 14:16 17:13
**guarantee** 80:23 81:4 81:5 84:13 123:13
**guarantees** 126:2
**guardians** 80:13,14
**guardianship** 80:15 80:21
**guess** 34:20
**Guisbert** 4:3 6:12

**H**

**H** 1:13 5:6
**Hague** 1:21 8:15 10:23 15:8 16:2 97:7,12,18,21 98:11 98:12 99:1,19,22 100:2,3,10
**half** 71:19,21,21,25 72:4 75:8 78:6 80:21,23
**hand** 36:17 47:6 48:5 88:1
**handled** 77:24
**handling** 45:21 85:9
**handwriting** 38:25 39:2 41:3,4,5,6,9 43:9,10,25 44:18 89:2 110:13,15 112:13
**handwritten** 5:23 87:24 91:7 110:12
**happen** 80:8,10

98:21
**happened** 94:1,2 120:4 124:5
**happening** 78:13
**happy** 82:3
**hard** 70:16
**Harries** 2:20 6:14 129:3,14
**Haussmann** 2:13 3:4 6:10
**hazy** 63:13
**head** 14:25 30:5
**heading** 77:6
**healthy** 80:5
**hear** 17:25 97:9 114:4 120:24
**heard** 113:24,24
**hearing** 102:3 115:20
**heart** 24:16 38:2 89:10
**heiress** 44:15
**held** 6:9 63:20 66:12 75:5 76:10,12,21 77:1,2,9,12 81:15 83:11,22 84:9 86:13 86:14,15 87:2
**help** 37:9 39:17 46:21 65:15 73:16 74:7 83:10,22 87:16
**helped** 68:8 105:14
**helping** 111:11
**hereinbefore** 129:6
**high** 26:11,12,13,14 26:15,15,21,22,24 32:25 33:8,20 34:1 34:10,25
**history** 63:12 65:15
**hmm** 17:21
**hold** 51:1,1 66:7 99:4 99:4 101:15,15
**home** 32:6 69:13 111:19
**homemaker** 31:5
**Honorable** 7:17
**hope** 127:23
**hopefully** 101:23

**hopes** 65:14
**hospital** 22:4,5,11,12 22:19 25:10 28:18 28:21 29:11,14,16 30:3,3,4,6,7
**HOSTETLER** 3:7
**household** 62:10
**huge** 91:11 95:22 96:3,12,14 103:3
**Huret-Moran** 4:4
**husband** 21:18 22:3 22:8 24:2 29:17,25 30:13,15 80:13 107:25 125:8,16
**husband's** 13:10 21:20 29:18

**I**

**idea** 62:19 78:3,10 89:2,17
**identification** 8:4,5 9:1,10,22 10:4 36:10,11,12 47:9 48:12 65:1 88:8 90:16 108:17 118:22
**identify** 38:25
**Igoin** 1:18 13:9,11,15 14:2,7,11 24:20,21 43:4,12 44:10 46:15 60:20 68:2 117:11 119:22
**Igoin-Apfelbaum** 14:6,11
**import** 95:9
**inaccuracy** 56:5
**inclined** 11:15
**inclusive** 130:7
**income** 61:8,24 62:1 62:2,3,7,8,8,13,16 62:18 63:8,9 71:21 91:12 95:24 96:8 104:1,19
**incorrect** 61:18
**independent** 85:6
**indicate** 15:5

**indicated** 7:14
**Indicating** 48:2
**individually** 20:19
**industry** 34:23
**information** 66:20 96:22,22 97:13,19 97:24 98:2,4,11,17 99:2 100:14 101:22 113:1 124:7
**informed** 8:20 9:4,12
**inheritance** 70:21 71:15,20 72:6,7 77:21 78:6 79:19 80:3,4
**inherited** 76:16 80:12 84:2
**initial** 13:13
**Inserm** 30:5,7
**insight** 102:20
**Institute** 27:9 30:5
**instructed** 18:21
**instruction** 97:3
**instructions** 97:22
**intense** 82:20
**interested** 27:10 31:23 32:8,15,17 68:22 129:11
**interests** 32:2,3 101:10
**interim** 101:14
**International** 30:25
**interpret** 122:13
**interpreted** 107:24 121:5,15
**interpreter** 4:4 7:13 15:2 17:24 19:18 28:7 32:15 33:23 34:8,18 35:2,8,10 35:13 37:15,22 44:21 48:1 51:20 53:9 60:7 67:14 74:5,18,22 75:13 79:12 81:1,8,11,20 81:23 85:15,21 110:7 114:4 115:21 116:5,10 120:24

Picard v. Igoin

Laurence Apfelman   3-26-14

[Page 9]

121:12 122:13 126:13
**interrupt** 56:3 59:20
**interrupting** 53:19 56:19
**interrupts** 59:18
**intervention** 86:9
**interview** 100:2
**interviewing** 100:5
**introduced** 25:13
**inventory** 76:14
**invest** 80:16 126:4
**invested** 68:3,23 69:23 80:24
**investing** 69:14 94:25 115:10
**investment** 1:7,14 5:18 6:6 20:20 77:25 80:22 81:6 85:2 86:25 92:8 94:24 115:13 118:1 120:3,12
**investments** 67:5 76:8 77:5 84:8,11 84:13,15 113:13,14 114:18 115:1,8 116:15 118:2
**Investor** 1:4 6:5 20:22
**invited** 98:16,16
**involved** 45:9
**Irving** 1:13 6:20 12:13
**issue** 59:15 99:24 101:13,18 102:3,17 123:17 127:5
**issued** 7:17,20
**issues** 59:9 79:21 126:6,10,25
**Ivory** 31:17
**I-n-s-e-r-m** 30:5

**J**
**Jaller** 13:14,17,18
**JEAN-FRANCOIS** 3:22

**jobs** 28:1,2,3
**John** 19:15,23 100:13
**joint** 14:5 71:18 72:9 72:16,21 73:6,13,17 73:21 74:3,10,24 75:11,13,14 107:25
**jointly** 72:3 73:7 74:1 75:5
**Jonathan** 3:14 7:2
**Judge** 7:19 80:14,15 80:17,21 126:2
**judicial** 11:1
**Judiciare** 9:13
**July** 24:24
**June** 21:23 91:2
**junior** 34:25
**Justice** 9:14

**K**
**K** 3:14
**keep** 15:15 17:16
**Kelley** 3:12 7:3
**kept** 87:23
**Khane** 33:12
**knew** 34:1 39:24
**knew** 67:7
**know** 13:20,22 14:2 20:8 24:16 25:2 26:9,12 31:13,18 36:21 38:2,7,19 41:24 42:2,2,5,6,13 44:25 45:9 47:13,16 50:9 51:4,14,16 58:18 60:4,5 62:23 64:14,14,20 65:5,20 65:23 66:1 67:4,9 67:10 69:2,2,4,13 70:5 72:12 78:2 80:7,10 81:14,17,20 82:1 83:1,3,7,15 84:1 85:7 88:5,11 89:10 90:13 91:18 92:11 93:22 94:4,4 95:15,16,17 99:18 102:7,10 108:16 110:23 111:5,11

112:1,8 114:19 115:2 118:25 119:1 119:4,15 120:4 125:4,5,14
**knowledge** 64:21,22 65:19,21,25 68:1,6 69:15,16 102:3,4
**known** 13:2,8,16 95:3
**knows** 15:11,16,19 74:25 102:18
**k-h-a-n-e** 33:12

**L**
**L** 1:7,11,14 5:18 6:6 20:20
**lab** 30:6,6,7
**lack** 95:13
**landmark** 126:7
**language** 99:14
**Languages** 27:9
**late** 39:14 65:18 68:2 77:7 110:19
**latest** 40:7
**laude** 32:25 33:1,2
**Laurenc** 24:6,6,14
**Laurence** 1:23 2:11 3:11 5:3,23 6:3 7:4 7:23 12:6,12,23 14:2,3 60:17 112:15 128:2 129:5 130:3 130:10
**law** 75:10 100:8,9
**laws** 15:13
**lawyer** 57:17
**lawyer's** 97:3
**lead** 11:5 102:19
**leaflet** 5:20 49:5,6,8 49:10 50:17 52:7 63:4
**learn** 69:23
**learned** 76:7
**leave** 29:15
**Lefevre** 93:3
**left** 29:14,16 37:14 78:6 79:19 80:2

86:18,21 103:15 111:20
**legal** 11:11 78:16 80:13
**letter** 5:10,11,12,13 5:19,20,22,24 8:19 8:25 9:2,8,11,15,18 9:23 10:2 47:18 48:23 49:16,20,25 58:17 90:22 91:3,20 91:22,23 103:3 108:21 109:25 110:25 111:5,7 119:17 123:13
**letters** 57:10,20 123:9 126:2
**letting** 92:11 93:22 110:23
**Lettre** 49:23
**lettres** 57:21
**let's** 10:6 13:7 21:7 36:4 48:20 51:11,18 51:18,22,22 52:23 52:24 53:16 55:14 56:13,15 58:20 70:15 71:12 75:21 75:22 109:22 116:12 126:21 127:22
**level** 33:20
**liability** 62:18
**licenses** 30:21
**life** 26:5 78:8 80:3,11 82:22 87:2 94:3
**Lifland** 7:18
**liked** 32:4
**limitation** 97:13,21 97:23
**limited** 98:1
**line** 55:14 131:1
**lines** 92:5 95:21
**linguistics** 27:13
**Liquidation** 1:6,13 5:18
**listen** 55:19 57:2 66:7
**litany** 42:11

Picard v. Igoin

Laurence Apfelman   3-26-14

literary 33:14
literature 33:22 35:1
35:4
litigation 16:6,19
20:1,4
little 21:3 22:9,15
37:13 63:11 104:7
109:23
live 23:8 24:18
lives 23:9
living 23:15
LLC 1:8,14 5:18 6:7
20:21
LLP 3:7,12
loan 73:22,22,25
long 25:8 34:16 45:7
55:15 62:22 96:5
longer 43:16 44:4
46:7 60:14,19
119:23
look 16:13 36:19
37:12 40:22,23
47:11 48:7 76:18
88:4,10 89:12 90:12
97:22 106:24
109:22
looked 96:14
looking 37:8 41:14
loss 63:17
lot 31:24 79:14
126:16
love 25:21
lower 109:16
lowest 34:9,11
Luis 4:3 6:12
lunch 34:16 58:21
63:19
l'Entraide 9:13
l'Industrie 77:14,18
89:7
l-a-u-d-e 33:3
L-a-u-r-e-n-c 24:7
L-e-f-e-b-v-r-e 93:5
L-e-f-e-v-r-e 93:3
l-i-n-g-u-i-s-t-i-c-s
27:13

**M**

Madam 17:14 47:6
Madame 59:10
119:21,22
Madoff 1:7,11,14
5:18 6:6 20:18,19
20:20 44:10,14
45:12 49:17 84:12
84:13 92:3 112:1
113:8 114:14
115:18,23 116:1,8
116:15,23 117:12
118:2,5,12 123:13
124:6 125:13,19
127:4,5,20
MADTSS00258367
5:24 109:16 112:12
MADTSS01121826
90:9
magnitude 103:13
maiden 13:4,11
mail 121:24 122:1,3
main 29:25 33:15
110:11
major 27:8 78:18
majority 81:15
making 55:16 100:6
126:11 127:1
man 92:3
manage 112:21
March 1:24 5:22
6:11 10:24 130:5
Marian 21:20 23:21
23:24 24:2
mark 36:5 64:24 90:6
108:13 118:19
marked 5:7 8:4,5 9:1
9:10,22 10:4 36:10
36:11,12,18 47:8
48:12 65:1 88:1,7
90:11,15 108:14,17
109:22 112:12
118:22
market 113:12
marriage 26:3
married 21:16,19,22

23:12,14,22 25:22
75:1 125:6
marrying 23:21
Master's 27:17,21,23
Material 109:18
maths 35:3
Matière 9:13
matrimonial 75:7
matter 6:4 110:7,8,9
110:9 123:17
129:11
mattered 105:11
matters 8:17 10:25
124:7
maturation 92:25
93:11
mature 93:8
matured 92:23
maturing 94:14
110:3
maturity 111:1
126:12 127:2,13
MBIVR 2:20 129:3
129:14
McMILLAN 3:9
6:21,21 99:13
mean 16:12 18:19
22:15 33:11 43:19
65:16 70:7 75:11
77:17 80:5,8 92:6
93:18 112:14
means 38:1 75:15
80:4 96:23
meant 44:22 68:15
72:6 96:1,12 103:2
112:23
medical 28:13 30:2
medication 18:23
19:1
medicine 29:21
meet 22:2 25:7
meeting 84:12 111:14
111:18 114:2,10
125:8
meetings 19:7,14
member 30:24

memories 31:14,19
memory 53:24 54:2
63:13 82:12
mention 10:16
mentioned 60:14
112:19 126:9,24
met 25:2,11,20 89:19
113:3 125:15
127:19
microphone 11:20
middle 13:9,10
million 44:13 96:17
mind 44:1
mine 44:24 85:6
Ministry 9:14
miscalculated 91:13
95:25
missed 126:16
mission 25:16
misstate 62:6
misstates 54:19 55:5
mistake 96:3
Mlle 89:17
mmmm 17:20 106:16
120:20 124:1
Monceau 3:21
money 45:11 70:23
71:5 72:1,1,3 74:1
80:17,20 87:1
103:10 106:6 107:7
115:9
month 121:17
monthly 84:4,5 95:5
122:2
months 78:17 112:24
morning 6:2
mother 24:24 25:9,21
25:24 26:7 31:5
42:22 44:5 61:5,21
62:6,8 65:24 66:2
68:16 69:19 70:9
71:20,24 72:5,9
73:7 74:1,11 75:8
78:8,14,19,19 79:23
80:2,4,10 82:20,21
82:22 83:5 84:20

Picard v. Igoin                    Laurence Apfelman   3-26-14

85:9,13,18 86:25
87:2,10,20 114:12
114:17,19,25 115:2
115:7,25 116:1,9,22
117:24 118:1,4,9
**mother's** 45:21 62:24
63:25 64:11 65:23
67:1 70:21 71:15
77:21 85:7,8,23
86:10
**motion** 109:9
**move** 13:25 21:7 33:5
55:17
**moved** 26:22 33:7
**moving** 101:10
**multiple** 82:8 83:12
**multi-statements**
121:25
**mum** 44:23,25
**M-a-r-i-a-n** 21:21

**N**

N 3:1 4:1 5:1,6
**name** 6:12 12:12,14
12:22 13:5,9,10,10
13:11,11,11,14,16
13:18 14:6,7,10,11
21:18,20 23:4,5
25:11 26:19 60:17
60:18 62:12,12,14
62:17 68:24 75:18
105:18 108:4
**named** 24:20
**names** 13:2,7 14:12
14:14 24:4 76:11
**Natacha** 3:9 6:23
**nature** 21:2
**necessarily** 102:18,19
102:20 117:3
**necessary** 118:17
**need** 14:18 15:15
16:9,23 17:19 21:3
33:23,24,24 37:23
44:21 53:18 54:20
55:16,20 107:15
**needed** 61:4 80:17

81:3 106:11 111:1
**negotiations** 45:9
**Nerinck-Seltzer** 3:17
7:7,8 16:17 33:1
45:4 53:11 81:19
116:9 117:5,13
**never** 13:16 19:3,6
31:21,22 32:8 62:20
85:25 88:24 89:19
92:2 95:3,19 125:19
125:20
**new** 1:1 3:8,8,13,19
6:8 7:20 20:6,10,14
45:12 117:15
120:10 125:7,9
127:18
**news** 113:24 115:1
**ninety-ninety** 127:15
**nod** 17:21
**non** 17:20
**non-appearance** 11:4
**normal** 33:4 58:12,18
**notaire** 76:14 87:6,7
87:21,23
**notaire's** 82:10,13
83:13
**note** 5:23
**notice** 11:16 12:2
49:21,22,24 110:18
111:9,22
**noticed** 95:4
**notices** 112:10
**notification** 10:17
**November** 40:18
41:16,19
**No-one** 46:23
**number** 5:15,24 6:4
37:6,19 38:1,3
40:17 41:2 49:25
59:3 88:3 89:9 90:8
101:4 109:15
118:20 128:5
**nutrition** 29:20
**NY** 3:13,19
**n-o-t-a-i-r-e** 76:15

**O**

**oath** 14:21,21
**object** 106:18
**objected** 51:6 124:17
**objection** 18:11,18
18:19 39:10 45:23
50:23 51:4 52:13
54:18 55:4,6 57:24
58:15 63:22 64:9,19
69:25 72:11 83:6
87:12 89:15 93:13
94:19 95:2,14 96:18
104:6 106:9 107:10
114:21 115:4
118:15 119:12
127:10
**objections** 59:21,22
**obligations** 98:14
**obtain** 106:12
**obviate** 98:13
**obvious** 53:18 70:18
**obviously** 13:4 60:1
103:8
**occupation** 29:19
31:9
**occupations** 31:4
**October** 5:14 9:24
40:18 41:16,19
110:22,25
**office** 31:16 69:3,6,12
114:19
**offices** 2:12 10:1
125:16
**oh** 12:18 22:13 98:6
108:13
**Oise** 26:18
**okay** 13:23 17:6,10
20:11 23:12 28:16
34:18,20 35:10,13
36:4,25 42:18 43:24
48:3 49:3,22 60:8
65:7 68:19 71:12
74:22 79:5 81:13,22
88:18 90:24 92:4
99:7,9 109:5,14,21
113:9 116:12

117:21,22 120:10
124:23 127:23
**old** 23:10 24:13 31:18
79:21 80:5,6,7,8
**older** 80:9
**Olivier** 24:5,5,15
**omitted** 16:14
**Ona** 3:8 6:19 12:12
**once** 18:9 50:7 93:22
94:2,2,20 100:16
103:11 120:15
**ones** 60:2 94:5
**one-by-one** 48:21
**opened** 61:19 64:1
**operation** 114:20
**operations** 113:5,11
113:17,18,20 115:2
115:9 118:1 120:3
120:12
**opposite** 55:10
**order** 5:9 7:16,21 8:2
8:21 9:15 16:7,10
16:20 80:17 87:10
96:16
**Oriental** 27:9
**origin** 64:5 68:1,9
**oui** 17:19 37:20 42:15
90:18
**outcome** 129:11
**outside** 100:18,20
101:7 102:10
**oversee** 16:1
**owed** 45:22 63:1
**owned** 71:24 73:7
**ownership** 71:17
86:7,12,14
**ownerships** 86:3
**O-i-s-e** 26:18
**O-l-i-v-i-e-r** 24:6

**P**

P 3:1,1 4:1,1
**page** 5:3,8 37:12,14
39:3,6 40:3,13
42:25 43:24 47:20
47:23,25 67:21 89:3

Picard v. Igoin                                        Laurence Apfelman   3-26-14

89:6 90:7,8 109:7
109:10,15,17
112:11,13 118:20
131:1
**pages** 37:4 38:24
39:1 40:2,3,6 41:14
108:21 109:1,2
130:6
**paid** 25:17 44:12
45:10 62:8 91:12
94:18 95:24
**papers** 70:10 87:13
87:15,19
**paragraph** 16:10,19
16:24 44:22 67:12
67:17 76:25 77:7
**Paragraphs** 76:18
**parental** 78:15
**parents** 24:20 25:2
26:21 31:3 33:7
35:18,21 72:2 74:1
75:1 76:11
**Paris** 2:14 3:4,16,21
6:10 7:25 8:21 9:6
21:14,15 22:18
23:19 26:22 27:5,9
33:7 123:17 125:21
**Park** 3:13,18
**part** 11:1 74:5,19
76:16 91:16 121:13
126:23
**particular** 18:15
76:18 105:24 106:2
**particulite** 110:5
**parties** 11:7,14 99:21
101:8 129:10
**partly** 33:7
**Partners** 2:12 3:3
6:10
**Part-time** 3:22,22
**Pascali** 5:22,23,25
91:24 92:1,2 93:6
93:10 103:4 107:13
110:1 111:4 122:9
123:10,19,20,23
126:15,18 127:9

**pass** 11:19
**passed** 68:16 70:9,12
**passport** 63:3
**paths** 125:22
**pay** 45:1,10 46:1 61:4
61:20,20 62:2,7,10
62:11,13,16 63:5,6
63:8 64:3 72:7 96:4
96:7 103:11
**paying** 62:3 91:14
105:3
**pending** 18:7 104:18
119:14
**people** 28:11,20 29:2
35:25 49:25 53:19
59:12,20,25
**period** 40:10,14
82:20 84:9 106:15
108:6
**periodically** 122:5
**periods** 63:15
**person** 10:22 11:10
11:11 25:12 34:10
44:4,8 68:12 80:8,9
89:19 91:9 107:23
110:17
**personage** 87:5
**Philadelphia** 125:9
**Philippe** 105:17
**philosophy** 26:25
**phone** 92:10 112:25
**photographic** 82:12
**phrase** 68:22
**Picard** 1:13 6:20
12:13
**pick** 69:6
**pictures** 31:17
**Pierre** 66:21
**pioneer** 30:1
**place** 9:5 102:13
122:17
**plaintiff** 1:15 3:6
6:19,22,24 7:1
**Plaintiff-Applicant**
1:5
**plan** 16:22

**planner** 115:13
**Plaza** 3:7
**please** 6:18 12:14
15:5 17:15,25 18:5
21:10 35:9,11 37:16
40:24 42:12 44:3
47:11 48:7 51:23
53:1 54:24 57:16
60:4 61:18 68:20
88:5,11 110:15,16
118:24 121:12
**Plus** 97:16
**point** 37:8 50:14
51:10 52:3 53:22
97:22 116:2 117:14
**portion** 110:12
**pose** 114:15
**position** 89:21 97:6
97:10 98:8,15
102:15
**positions** 101:9
**possibility** 8:22
**possible** 100:4
**postcards** 31:15
**posture** 97:18
**potential** 99:8
**Pour** 77:14,17 89:7
**power** 78:12
**practice** 29:13 32:6
**practiced** 30:8 32:4
**Pradie** 68:7,11,16
69:17,18,19
**Pradier** 66:21
**precisely** 107:12
**precision** 55:24
**premarked** 47:7 48:6
**premises** 9:5
**preparation** 19:8,22
**preparatory** 33:10
**prepare** 33:15 34:2
39:8,17 46:21
**prepared** 33:25
46:18 49:12
**prepares** 33:16
**preparing** 39:19,23
41:11,25 42:4,7

46:3,25 49:11 50:4
**present** 6:17 19:14
**presented** 20:7
**presiding** 7:22
**pressure** 36:6
**prestigious** 33:16,21
34:9
**presume** 93:25
**pretty** 53:17
**prevent** 78:12
**previous** 61:14
126:25
**previously** 23:22
**pre-date** 43:13
**primary** 13:22
**prior** 112:24
**Pro** 1:4,13
**probably** 94:4 111:17
**problem** 52:25 82:19
92:12 93:23 96:20
110:4 114:16
**procedural** 98:12
100:9
**procedure** 8:14 15:7
17:8
**procedures** 99:25
**proceed** 11:24
**proceeding** 99:18
**proceedings** 11:1
**proceeds** 68:3,23
69:1,14,23 92:16
**process** 45:8 77:13
106:6,13 107:7
**produced** 19:25 20:4
88:14,15,19 109:3
109:11
**production** 109:19
109:20
**profession** 35:20
**professional** 30:20
**professor** 22:23
29:20,24 30:2
**profit** 94:8
**prohibited** 100:8
**prohibition** 11:13
98:10

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin

Laurence Apfelman   3-26-14

[Page 13]

**proper** 56:10 99:25
**properly** 10:18
**proprietary** 33:6
**prosecution** 11:5
**Protection** 1:4 6:5
  20:22
**Protective** 16:7,10,20
**provide** 94:7,10
  100:14
**provided** 48:25 66:19
**providing** 80:22
  98:10
**provisions** 10:23
**proviso** 14:4
**psycho** 28:13
**psychoanalyst** 29:4,7
  29:9,11,12 30:9,11
  30:25 31:2
**Psychoanalystes** 29:6
**psycholinguistics**
  27:10,11
**psychologist** 22:4
  27:24 28:17
**psychology** 27:3,6
  32:18,20,22
**psychotherapist**
  30:11,12
**publish** 14:8
**published** 14:5,5
**publishing** 14:6
**purchase** 112:5
**purported** 93:11
**purpose** 45:20,25
  46:12 61:3,19
**purposes** 20:17 84:7
**pursuant** 7:21 8:13
  15:7 99:18
**push** 32:19 35:19,21
**pushed** 35:25
**put** 8:1 10:15 14:18
  72:1 101:8 109:1,6
**P-h-i-l-i-p-p-e** 105:17
**P-i-e-r-r-e** 66:21
**P-r-a-d-i-e** 66:24
**P-r-a-d-i-e-r** 66:22
**P-s-y-c-h-o** 27:12

**P-s-y-c-h-o-a-n-a-l-...**
  29:6
**p.m** 58:25 59:1 76:1
  76:2 79:1,2 90:1,2
  101:1,2 104:11,12
  122:25 123:1 128:7

**Q**

**question** 17:25 18:1,7
  18:8,9,12,13,15,19
  18:20 38:10,12
  46:11,13 47:16
  51:25 52:16,22 53:5
  53:7,14 54:21,24
  55:7,11 56:16,24
  57:13 58:10 61:14
  61:16,23 66:8,17
  69:20 70:1,14 72:23
  72:25 73:12 74:16
  90:10 96:24 101:18
  102:25 104:18
  106:18,25 107:1,4
  110:7 114:7 117:7
  117:10,16,18,20
  119:14 121:5,14,15
  125:3 126:21,24
  127:17
**questioning** 55:15
  101:16
**questions** 18:25
  40:22 42:11 51:21
  53:17 57:5 94:6
  100:12 101:21
  106:18 116:23
  123:5
**quick** 89:22
**quicker** 55:17
**quickly** 49:18 50:17
  52:6 78:3
**Quint** 3:16 7:5,5 16:8
  16:16,21 17:3,7
  19:15 23:17 28:5
  33:17 43:19,21
  49:23 50:7 52:20
  67:15 73:11,21 75:9
  75:17 80:25 86:5,16

96:19 97:15,17 98:1
  98:6,19 100:1
  124:10
**quite** 50:18 52:8
  59:11 72:22 73:3

**R**

**R** 3:1 4:1 7:18 66:24
  129:1
**rarely** 62:21
**rate** 92:14,18 94:1,8
  94:15
**Raymond** 25:11
**reach** 110:19
**reached** 30:16
**read** 16:3,9,19,23
  32:5,11 44:2 51:22
  51:23,24 54:23 74:5
  91:6,7 97:16 110:15
  119:9,9,11 121:1
  130:5
**reading** 31:24 44:1
  91:1
**reads** 53:19
**ready** 40:24 42:13,16
  47:12,15 48:8,13,18
  65:7
**reaffirm** 59:8
**realise** 62:1,17 63:12
**realised** 44:25 62:25
  63:4 64:2
**really** 35:19 70:5
  78:22 108:10
**reason** 58:6,11,16
  113:19 123:11
  131:1,3,4,6,7,9,10
  131:12,13,15,16,18
  131:19,21,22
**reasons** 9:6 11:8,9
  58:8
**rebelled** 36:2
**rebellion** 35:25
**recall** 57:12 92:18
  108:10 111:4
**receive** 50:13 52:2
  53:21 57:20 58:7,12

58:17 96:9 111:25
  120:14 121:23
  122:4,8,11,15 123:8
**received** 9:8,24 37:3
  39:13 42:20,21 43:4
  47:19 49:2,6 50:3
  50:17,21 51:2 52:6
  52:11,17 53:24 54:8
  54:10 57:9,10 91:11
  92:10 95:23 112:10
  120:19 123:12,18
**receiving** 54:3 58:4
  121:18,21
**recess** 8:8 10:10 36:9
  58:25 76:1 79:1
  90:1 101:1 104:11
  122:25
**recognise** 43:8 48:11
  112:12
**recognised** 72:4
**recollection** 18:24
  58:3 76:20 102:12
  102:21 112:7
  113:23 120:2
  121:17 125:1
**reconciliations** 82:16
**reconstruct** 71:2
**record** 6:16,18 8:1,6
  8:7,10 9:20 10:7,8
  10:13,15 12:15,24
  14:19 15:15 16:3,9
  17:11 18:5 19:19
  22:24 24:9 30:18
  36:4,5,7,15,23
  43:22 50:1 51:19
  52:24 53:3,18 58:23
  59:4,21,22 75:20,21
  75:23,25 76:4 78:24
  79:4,13 89:25 90:4
  91:8 100:25 101:5,9
  104:9,14 110:16
  117:2 122:24 123:3
  124:17,22 128:6
  129:7
**recorded** 55:6
**redemption** 106:6,12

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelman    3-26-14

**refer** 20:18,19,21
   73:14 76:17 89:9,9
**reference** 73:25
   126:10 127:1
**referenced** 104:3
   110:25
**referred** 73:21 104:1
   104:20 112:20
**referring** 20:18,20,22
   60:25 111:10,23
**refers** 98:2
**reflect** 57:15
**reflects** 43:3
**reformed** 27:4
**refrain** 35:9
**refresh** 102:12
**refreshed** 102:21
**refreshes** 76:19
**refuse** 98:3
**regard** 105:25
**regarding** 123:13
**Regards** 112:15
**regime** 75:2,7
**register** 59:21,22
**registered** 18:20
**regularly** 93:7,9
   126:15 127:9
**reinvested** 84:11,15
**related** 129:10
**relation** 125:23,25
**relied** 39:25
**rely** 39:22 42:7 46:24
**relying** 98:18
**remain** 26:2 80:22
**remained** 86:10
**remaining** 44:13
**remember** 31:14
   50:15,16 51:25 52:4
   52:5 54:3,5,7,9,10
   54:10,12,14,15 55:1
   60:12 65:15 70:17
   77:20 82:18 83:10
   83:22 107:11,14
   108:10 111:24
   112:25 114:11
   115:5 116:17 118:8

118:10 121:22
   123:21
**remembers** 56:22
**remind** 93:14,16
   110:1
**reminded** 17:15
   126:15,18 127:8
**removed** 102:5
**repeat** 18:1,2
**rephrase** 18:1,2 58:9
   72:24 114:6 116:3
**Reported** 2:20
**reporter** 6:14 7:12
   11:20 36:18 48:6
   51:23 52:2 54:23,25
   64:24 81:7 82:1
   88:1 90:6,11 97:8
   108:12 110:6
   115:19 118:19
   126:22 129:15
**Reporting** 6:13,15
**represent** 12:13 20:2
   109:15 119:16
**representing** 88:21
**request** 7:21 18:6
**requested** 12:1
**requesting** 11:5
**require** 18:12 54:16
   55:2
**required** 54:12 126:2
**reservation** 8:17
**reservations** 10:19
   10:19
**reserve** 101:17
**residing** 7:24
**resistance** 13:12,13
**resolve** 101:13
**respective** 101:9
**Responded** 111:5
**response** 14:23 61:1
**responses** 17:16,21
**rest** 26:5 72:5
**result** 93:4 120:11
**Resumed** 8:9 10:11
   36:13 59:1 76:2
   79:2 90:2 101:2

104:12 123:1
**retired** 29:17 30:13
   69:10,13
**retirement** 30:16
   69:8
**return** 92:13 94:21
**returned** 62:20
   111:19
**returns** 65:23 67:1
   68:12,17 93:23
   105:14
**review** 19:21 42:13
   49:10,11 65:4
   108:15 118:24
**reviewed** 42:15 47:14
   65:6 76:22 90:17
   108:18 119:2
**reviewing** 65:4
**re-apportioned** 86:7
**rid** 98:13
**right** 12:18 18:10,16
   18:22 24:21 25:25
   28:17 29:21 30:14
   30:23 31:1 37:6
   38:14 39:6 40:10
   41:9,22 42:10 44:1
   45:22 46:6,19 50:5
   50:22 51:3 52:12,18
   53:22 54:17 55:3
   57:23 58:4,7,14,20
   60:21 61:21 63:21
   64:8 66:13 67:6
   69:11 70:21 71:15
   71:16 72:10,17 73:3
   73:7 76:8 77:10,25
   78:9,14,23 79:9,14
   79:25 80:3,11,12,16
   81:16 82:23 84:10
   84:16,20,23 85:14
   85:20 86:15 87:3
   91:4,4 93:12 94:9
   96:8 99:17 101:17
   102:18 103:15,22
   104:5,16,18,23
   105:22 108:23
   109:16 110:13

112:16 113:21
   116:2,24 118:2,7,14
   125:2 126:12 127:2
   127:6,13,20
**rights** 86:19,21 98:13
**risky** 81:10,11
**Rockefeller** 3:7
**room** 14:22 59:13,25
   79:14 101:7 102:10
**Rosengart** 24:6,7,7
   24:14
**rue** 3:15,21 7:24
   21:13
**rule** 8:13,14 56:19
**rules** 14:17 15:7 17:8
   17:13 56:11
**ruling** 101:13,19
**Russian** 27:8,8
**R-a-y-m-o-n-d** 25:12
**R-o-s-e-n-g-a-r-t**
   24:8

---

**S**

**S** 3:1 4:1
**Saint-Honoré** 3:15
**sake** 75:9
**sale** 68:3,23 69:15,24
   91:10 92:6,7,16
**sales** 112:5
**Salli** 7:9,15 15:25
**SALLY** 3:3
**sanctions** 98:20
**savings** 73:20
**saw** 56:22,24
**saying** 21:6 35:18
   50:18 52:8 54:7
   56:1,2,9 57:1,11
   58:2 94:11,11
   102:16 105:4 117:4
**sayings** 116:17
**says** 35:12 37:19
   40:10,13 47:21
   67:25 77:1 89:6
   91:19 95:22 99:15
   105:2,3,8 109:17
   111:8 112:15

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelman    3-26-14

119:21
scheduled 105:12
school 13:22 26:11
  26:12,14,15,16,21
  26:23,24 27:25 31:6
  31:8,9 32:25 33:6,8
  33:10 34:1,2,10
schools 33:13,15,16
  33:20,20 34:2
science 33:22
second 21:2 42:25
  47:23,25 75:20 90:8
  99:5
sections 33:14
securities 1:4,8,14
  5:18 6:5 20:21,22
  95:9,12
security 6:6 9:6
see 22:17 37:13,18
  39:24 40:1,9,11
  42:24 45:2,5 47:20
  47:22 67:12,25 68:4
  70:23 71:3,12 76:19
  76:25 80:14 82:15
  83:19 91:19 92:4
  95:21 103:24 105:2
  105:8 110:11
  119:24 125:19
seeing 57:12
seek 101:12
seen 47:13,17 57:7
  88:6,12,24 90:13,21
  90:22 92:2 95:19
  98:18 119:5,10
segregate 61:3
segregating 61:19
Seine 26:17
sell 110:1
Sellem 89:18
selling 95:1 126:10
Seltzer 16:8 19:16
  45:2,4,5
send 49:18 84:4
sending 39:14
sent 8:25 9:18 37:2
  41:20 49:25 57:11

57:21,22 106:3
  121:25 122:1,3
  123:18,19
sentence 68:4,6 69:1
  71:13 119:20,24
separate 61:3 74:3
  85:3 122:4
September 5:11,13
  7:17 8:19 9:3,12
service 11:16 12:2
  22:6 28:10,19 113:2
services 113:18
servicing 119:23
set 129:6
settled 45:14,14,15
Sevres 26:16
shaking 14:25
share 104:25 105:1
shares 86:11
sharing 75:16
SHEET 131:1
she'll 21:1
short 8:8 10:10 36:9
  53:17 56:16 58:25
  76:1 79:1 90:1
  101:1 104:11
  122:20,25
shorter 56:18
shortly 91:2
show 46:8 77:3 87:6
  87:21
showed 19:23 20:3
  77:4 125:16
shown 104:22
shows 98:17
shutting 113:2
sic 27:2 28:8
side 37:14 44:1
sides 101:8
sign 16:12,22 17:5
signalled 96:5
signature 39:5 40:3
  41:8 44:16 130:7
signed 14:9 16:6,9
  65:12 131:23
significant 76:8

silly 94:13
simply 121:20
simultaneous 26:18
  126:13
single 20:3 82:7,11
  83:12 85:4 118:19
SIPA 1:6 12:13
SIPC 5:20 20:21,25
  39:9 40:4 48:24
situation 78:17 79:22
Sixth 21:15
Skeleton 30:24
ski 32:5
skiing 32:4,4,6
slower 12:17
SMB 1:5,14
Societe 108:5
SOCIÉTÉ 3:15
sold 92:19,22,24
  93:10,24 94:13
  110:2,21 111:2
  126:11 127:1,13
solely 68:7
solution 99:8
somebody 25:11 33:5
  43:20 87:16 98:20
  103:14 113:25
  118:8 123:20
soon 32:7 78:1 79:16
  91:18
Sorbonne 27:2 34:5,6
  34:12
sorry 12:21 28:22
  35:10 46:13 47:25
  53:6 62:12,14 63:7
  81:23 95:9 97:5,8
  97:15 104:8 114:4,6
  115:19 116:3,5,20
  126:22 127:16
sort 101:12 109:12
Sounds 18:16
source 72:21
Southern 1:1 6:8
  7:20
so-called 33:19 100:7
speak 53:1,2 55:21

56:18 59:11 116:20
speaking 32:16
  126:14,17
special 33:13 34:1
specialise 31:12
specialised 28:11
specialist 6:13
specializing 26:25
specialty 29:23 30:8
  30:10,12
specific 58:3 114:15
specifically 18:14
  107:8 114:11 121:9
  125:20
specifies 34:14
speculate 38:7,15,17
  54:2
spell 105:18
spent 22:8,15 31:23
Spinoza 31:24 32:2,4
split 86:8
spoke 65:24 114:17
  115:7 116:15,22
  117:11 125:20
  127:4,5
spouses 75:18
start 27:18,21 46:13
  55:14 56:13,15 59:7
  62:15 86:19,22 95:9
  107:4 124:14
  127:16
started 14:6 27:20,22
  27:24 29:7 32:7
  64:7,17 79:18
  121:20
starting 27:3 36:25
starts 35:5 106:12
state 6:18 10:18 11:2
  11:6 12:14 61:7,25
  64:2,11
stated 11:9
statement 5:17 40:9
  42:25 43:2,3,6,14
  47:1 84:4
statements 40:7,8,17
  41:16,20 43:11,13

Picard v. Igoin                                      Laurence Apfelman   3-26-14

82:15 83:16,21 84:5
84:6,6 95:5 120:18
121:18,21,23 122:2
**States** 1:1 5:11 6:7
7:18,19 8:21,23 9:3
9:5,9 15:8 25:14,16
45:22 61:5,10,21,25
62:21 63:1 125:7
**statute** 96:20 98:5,9
98:14,19 99:15,21
99:24 101:24 102:7
102:15 103:9
**stayed** 69:12
**stipulate** 11:15 12:2
**stipulated** 12:5
**Stock** 95:16
**Stocks** 95:18
**stop** 60:4 75:19 78:21
**story** 25:8 98:4
125:18 126:6
**straight** 45:6
**strategies** 95:13
**strategy** 94:24 95:4
**stray** 99:1
**Street** 125:12,16
**student** 32:24
**students** 28:6 33:14
33:18
**studied** 27:2,4,8
66:25
**study** 27:6 32:20 35:1
35:3,4,20
**studying** 25:9 31:24
32:17,22
**subject** 98:20 99:16
**submission** 39:9
46:19
**submit** 8:24 9:7,17
10:2
**Subscribed** 130:12
**substance** 14:15
19:11 79:16 100:13
100:13 118:11
**substantive** 50:10
98:9
**Substantively** 1:7

**sub-account** 89:6
**succession** 1:17 43:4
43:12 44:10,11
45:19 46:15 60:20
60:24 61:17,18
63:18
**suddenly** 79:8
**suffering** 28:20 29:2
**suggest** 34:15,21
70:13
**suggested** 25:17
**suggesting** 83:23
**suggestion** 113:8
**sum** 79:15 118:11
**Summa** 33:1,2
**summarise** 79:10
**summoned** 10:22
**suppose** 38:2 72:13
**supposed** 45:1 62:2
125:14
**sure** 14:17 20:25
28:23 31:19 38:16
50:6,8,19 51:15
52:8 53:18 55:20
57:9 60:7 61:11
68:13 74:23 76:23
82:5 89:20 93:8,10
100:21,21,21 110:2
112:2 123:16 124:4
126:11 127:1,12
**surgeons** 22:16
**surprise** 83:2,3
**surprised** 15:12
35:14
**Swartz** 3:3 5:10 7:9,9
7:15 12:1 15:25
**swear** 7:12 11:21
**sworn** 11:18 12:7
129:6 130:12
**Sylvie** 119:20
**system** 27:4 100:8
**S-e-i-n-e** 26:17
**S-e-v-r-e-s** 26:16
**S-I-P-C** 20:21
**S-o-r-b-o-n-e** 27:2
**S-p-i-n-o-z-a** 31:25

**s-u-m-m-a** 33:3

---
**T**

**T** 5:6 129:1,1
**table** 102:17
**take** 9:4 18:6,8 26:10
26:10 33:24 34:15
36:19 37:4,12 38:24
40:20,22 42:10,12
47:11,12 48:7,8
58:20 63:11,14 65:3
78:22 88:4,10 89:22
90:12 100:22,23
102:15,23 104:7
106:5,24 107:6
108:15 118:24
122:20
**taken** 2:12 8:13 10:1
11:1 40:23 103:21
103:25 104:2,4,20
104:23,25 105:1
122:17 130:4
**talk** 31:25 32:1,13,18
87:19 116:1
**talked** 31:22,23
106:20 114:12,13
116:8
**talking** 26:18 60:10
79:18 106:14
**talks** 77:7
**tape** 6:4 58:22 59:3
101:4
**tapes** 128:5
**tax** 45:10 46:1,13
61:24 62:1,2,3,4,7,8
62:10,18 65:22,23
66:19 67:1 68:12,17
70:19,20 71:9,14,23
72:4,7 84:6 86:4,8
87:5,9 91:12,15
92:13,14,15 93:23
93:25 94:8,8,15
95:24 96:2,7,8
104:1,3,19,22,24
105:3,4,13,14,15,16
**taxed** 92:19,24

**taxes** 44:11 45:1,21
61:4,7,8,10,10,20
61:21,25 62:12,13
62:16,25 63:5,6,8
64:3 94:16 103:11
103:12,20
**te** 30:4
**teach** 25:9
**teaching** 30:2
**telephone** 93:20
123:22 125:10
**tell** 18:25 20:9 21:9
25:5 32:9,23 37:1
40:24 42:18 48:22
49:3,15 66:2,5,11
76:11,13 90:20,24
91:9 92:5 95:25
108:4 109:23
112:23 115:3,17,22
**telling** 19:10 48:9
107:14 122:12,16
126:1,3
**term** 73:17
**terms** 78:16
**testified** 19:4 116:22
120:19
**testify** 12:8 15:20
**testifying** 14:22
**testimony** 54:19 55:5
57:18 129:8
**text** 95:21
**th** 11:11
**thank** 7:11 12:20
47:5 110:23 127:25
**Thelma** 2:20 6:14
81:25 129:3,14
**thing** 46:23 102:1,5
**things** 17:20,23 21:2
32:12 35:21 55:17
70:10 79:14 80:19
**think** 16:11 17:3
30:17 32:21 33:6
35:14,24 37:8 40:5
42:16 46:11 48:13
58:10 59:7 61:14
66:23 68:15 70:6,18

Picard v. Igoin                                          Laurence Apfelman    3-26-14

70:19 74:13,16,22
75:2 83:9 92:21
101:8,11 108:25
111:18 112:8
115:11 116:5,10
117:1 119:10 120:9
122:18,19 126:22
**third** 60:13,18
109:10
**thought** 34:5,6 39:14
**three** 24:2,3 60:11
63:16 84:19 85:2,3
85:6 128:5
**ties** 62:23
**time** 10:13 14:1 16:13
22:9,15 26:16 28:3
29:3 31:24 36:6,8
36:15,19 40:23
42:12 47:12 50:4,14
50:21 51:2 52:3,11
52:17 53:22 55:19
58:24 59:3 62:18,22
63:14,20 65:3,20
68:11 69:19 70:23
71:2 72:8 73:2
75:25 76:4,6,21
77:22 79:4 81:13
82:9,14 83:5,15,25
84:2,10,14,25 85:8
85:10 89:25 90:4
91:14 92:8 100:25
101:4,20 104:14
105:20 107:8
108:15 112:3,20,20
113:9 115:8 116:2
118:24 121:9 122:1
122:5,24 123:3,24
126:7,14 127:16,19
128:6
**times** 19:10
**timing** 70:7
**title** 89:21
**today** 6:14 18:25
29:8 57:8 122:21
127:22 128:5
**told** 16:12 31:21

50:16 52:5 54:13
65:24 69:19 80:21
92:21 93:4 95:17
98:8 113:4 115:18
115:22 117:25
125:10 126:4,5
**tonight** 110:18 111:8
**top** 91:20
**track** 17:18
**trade** 95:11
**trading** 95:8,12
125:17
**transaction** 122:5,7
**transactions** 112:1
122:2,17
**transcript** 124:8
129:7 130:6
**transfer** 97:14 99:3
**transferred** 44:14,24
60:15
**transferring** 118:6
**transformed** 44:6,9
**transitioned** 14:7
121:9,19
**translate** 17:1 35:12
37:16,23 52:25
68:20 74:19 86:16
121:13
**translated** 17:4 51:9
55:22
**translating** 126:17
**translation** 10:18
12:3 16:25 51:11
53:10 55:25 56:4,6
56:21 59:9,15
124:18 126:13
**translator** 12:17 17:9
18:1 34:14 52:24
56:1 59:19,24 60:6
**treasury** 77:4 80:24
80:25 81:1 91:10
92:6,7,9,14,16 93:6
93:7,11,24 95:1,18
110:3,20 111:1
126:5,9,11,25 127:2
127:12

**treaties** 99:17
**treaty** 97:7,7,12
**Tremoillere** 29:24
**tried** 70:22 71:1,7,8
**trip** 125:7 127:18
**true** 129:7
**trustee** 1:13 12:13
39:9,9 57:11,21,22
58:13
**truth** 18:25
**truthfully** 15:20
**try** 17:16 18:2 53:2
53:16 59:19,23
63:14,14 69:20 74:5
79:10,11 101:21
111:24
**trying** 13:23 55:12
57:15 66:16 70:6
73:16,18 74:7,14,20
74:21,23 82:10,12
83:19,24 116:25
117:10
**turn** 63:2,2
**turned** 45:7
**Twice** 19:12
**two** 22:9 40:2 86:3,9
86:11 92:4 99:17
103:11 106:18
109:1,2 118:9
**type** 32:12 68:25
**typical** 106:5 107:6
**T-r-e-m-o-i-l-l-e-r-e**
29:25

---
**U**
---

**UETTWILLER** 3:20
**underlined** 95:23
96:12 103:3
**understand** 13:24
14:20 15:5,14,24
16:15 17:25 18:17
21:1,4 33:17 40:16
52:21 53:4,7,14
55:23 59:10 60:25
61:2 63:9,16 69:7
69:22 72:23 73:18

73:24 74:9,21 76:7
83:18,25 98:7
120:21 121:8
**understanding** 37:25
38:12 41:15 43:1
57:19 64:16 65:17
68:9,24 70:7,11
72:19,20 73:5 75:10
77:8,24 89:5,8
91:25 94:23 96:11
99:20,20 103:2
105:10 110:24
113:12 119:7
**understands** 38:5
124:2
**understood** 15:2,13
68:13 74:2 92:22
**unemployed** 113:6
**United** 1:1 5:11 6:7
7:18,19 8:20,23 9:3
9:5,8 15:8 25:14,16
45:22 61:5,10,20,25
62:21 63:1 125:7
**universities** 30:1
**university** 27:1,4,7
30:4,4,22 33:19,21
**unstamped** 90:7
**upper** 40:10
**USA** 45:1,2
**use** 99:22
**usual** 103:10
**usufruct** 78:8,14 80:3
80:11 86:14

---
**V**
---

**v** 1:16
**vague** 70:8
**Vaugirard** 7:25
21:13
**verbal** 17:16,21
**verbally** 14:25 15:6
103:17
**verified** 93:7,9
**verify** 110:2
**versions** 108:22
**versus** 6:6

10-04336_APLCAA0000148

Picard v. Igoin

Laurence Apfelman   3-26-14

[Page 18]

**victims** 49:16
**Victor** 26:22
**video** 6:13
**Videographer** 4:3
  6:2 7:11 8:6,10 10:8
  10:12 36:7,14 58:23
  59:2 75:24 76:3
  78:24 79:3 89:24
  90:3 100:24 101:3
  104:9,13 122:23
  123:2 128:1,4
**videotape** 6:3
**videotaped** 1:20 2:10
  17:17
**violated** 56:19
**visit** 25:17 125:11
**visited** 125:9
**visiting** 22:22,22
**visualise** 82:10,13
**Volume** 59:3 101:4
**voluntary** 11:4
**vs** 1:6
**V-i-c-t-o-r** 26:23

**W**

**wait** 52:23,23 70:15
  122:14,14
**waiting** 70:4
**Wall** 125:11,16
**Wang** 3:8 5:4 6:19,19
  9:21 11:25 12:5,11
  12:12,18,21 13:1,6
  15:4,14,18,21,23
  16:5,18,22 17:1,6
  17:10,12 19:20 20:5
  20:11,12 21:4,6,8
  22:1,8,12,14,21
  23:1,7,20 24:12
  25:6,23 27:14 28:15
  30:19 33:9 34:4,19
  35:16 36:2,16,24
  37:11,15,17,24 38:6
  38:9,11,21 39:16
  42:17 43:23 45:18
  46:2 47:10,25 48:4
  48:16,17 49:9 50:2

50:12,24 51:6,11,14
51:16,18,22 52:15
52:23 53:15 54:6,20
55:6,14,20 56:13,15
57:4,6 58:1,20 59:5
60:9 61:13 64:4,15
64:23 65:2 66:10,18
67:3,17,18,24 68:18
70:3,15 71:4,11
72:15,24 73:1,15,23
74:12,18 75:4,21
76:5 78:21 79:5,6
81:10,12,22 82:6
83:8 85:18,23 86:23
87:18,25 88:9,16,20
88:23 89:1,16,22
90:5,19 93:15 94:22
95:7,20 97:1 98:23
99:6,9 100:19,22
101:6 102:9,24
103:19 104:7,15
105:7 106:10,16,22
107:3,16 108:11,20
109:13 110:10
112:16,18 114:6,8
114:22,24 115:6,24
116:3,12,13,24
117:3,6,15,19,22,23
118:18,23 119:6,13
120:20 121:1,7,16
122:20 123:4,7
124:1,3,13,19,23,24
126:16,20 127:11
127:22,25 128:3
**want** 15:10 18:5
  20:24 25:4 34:22
  38:4 44:2 51:2,13
  56:2,8 57:3 59:20
  61:11 63:11 64:5
  67:22,23 82:4 86:19
  86:22 99:8 101:15
  109:21 122:22
  125:4,4
**wanted** 14:16 59:8
  125:10 126:2
**wants** 98:24

**war** 25:9,15,15
**Warren** 3:12 7:3
**wasn't** 38:10 51:9
  69:18 114:23 116:6
**way** 26:14 35:22 53:3
  55:10 69:21 98:13
  100:11 101:13
  102:7 121:22,24
**wealth** 70:22 71:19
  71:21,25 72:21 73:6
  73:8,9,9 74:4 75:8
  75:13 81:17,21 82:2
  104:24 105:4,14
**wealthy** 73:3
**Wednesday** 1:24
  130:4
**week** 91:18
**went** 13:13,18 25:14
  26:13,22 27:1,6
  30:17 31:16,19
  62:21 125:7
**we'll** 18:2,8 60:4,5,23
  63:14 122:20
**we're** 10:12 17:24
  36:14 47:4 58:21
  59:4 60:25 67:20
  75:24 79:8 89:24
  98:21 99:18,24
  100:24 101:5,16
  104:13 117:15
  122:23
**we've** 98:15
**whatsoever** 125:3,5
**wired** 107:21,24
**Wise** 2:12 3:3 6:10
**withdraw** 107:7
  108:8
**withdrawing** 106:6
**witness** 3:11 7:3,12
  11:21,22 12:22
  21:22 23:18 24:10
  25:20 28:10 32:16
  33:4 35:7,12,14
  37:9 38:5,19 39:11
  39:12 42:15 45:5,17
  45:24,25 47:14 48:3

51:4 52:21 53:4,12
54:5,21 55:7 56:8
57:25 58:16 61:11
63:23,24 64:10,20
65:6 66:25 70:2,16
71:7,9 72:12 76:22
81:3,8 83:7 85:25
86:6,18 87:13 88:24
90:17,17 93:14
94:20 95:3,15
100:18 102:2
103:16,18 105:6
107:11 108:18,18
112:17 115:5
116:22 118:16
119:2 120:21 121:6
124:5 126:14 129:5
129:8
**witness's** 55:22
**Wolson** 25:18
**woman** 78:11
**wondering** 79:24
**word** 91:9 92:5 95:13
  100:17,19 103:2,13
**words** 80:1 86:24
  103:14 116:17
  119:9,9,11
**work** 18:2 22:5 28:21
  29:8,13 31:1 60:16
**worked** 22:3,14 28:3
  28:12,18,19,24 29:1
**working** 17:24 22:5
  22:16,20,21 27:18
  27:20,21,22
**works** 29:22
**wouldn't** 20:8
**write** 31:8,10 87:24
  107:12
**writing** 28:25 93:16
  96:1
**written** 76:23 123:8
**wrong** 70:12 124:9
**wrote** 65:9,11,19,20
  65:21,25 90:23,25
  91:3,7 96:12 109:25
  113:1

Picard v. Igoin                                    Laurence Apfelman   3-26-14

**W-o-l-s-o-n** 25:18

**X**

**x** 1:3,19 5:1,6,6

**Y**

**Yeah** 21:5 61:14
  116:10 121:3
**year** 26:21 27:15
  30:17 33:8 67:1,4
  87:5 94:20 112:9
  119:23 125:6
**yearly** 84:6
**years** 13:19,20 22:9
  27:7 28:12 29:1
  71:23 78:11 79:21
**yesterday** 19:12,13
**York** 1:1 3:8,8,13,19
  6:8 7:20 125:8,9
  127:19
**young** 35:5
**younger** 13:19

**Z**

**zero** 96:3 103:15

**0**

**01727** 109:18,23
**08-01789** 1:5

**1**

**1** 5:9 6:4 8:2,4 10:14
  59:3 101:4 128:3,4
  130:7
**1FN076** 5:15 37:6,19
  38:1 40:17
**1FR122** 45:19
**1-page** 88:2
**1:41** 59:1
**10** 5:13,16 16:10,19
  16:24 36:11,18,20
  40:20,23,24 41:3,4
  41:15 42:10 103:14
**10-04336** 1:14
**10/31/08** 40:14
**10:12** 1:25 6:16
**10:14** 8:8

**10:15** 8:9,11
**10:19** 10:9,10
**10:29** 10:11,13
**101** 3:13,18
**10111** 3:8
**10178** 3:13,19
**108** 5:24
**11** 5:17,19 36:12,19
  36:20 40:21 42:12
  42:13,19 43:1,9,25
  46:4,5,18,22,25
  76:25 77:7 78:9
  79:21
**11th** 7:17
**11-year** 80:6,7,8
**11/30/08** 40:10
**11:26** 36:8,9
**11:44** 36:13,15
**118** 5:24
**12** 5:4,20 48:6,8,11
  48:22 76:19
**12:37** 58:24,25
**13** 5:18 47:7,8,11,21
**13:41** 59:4
**131** 130:7
**14** 5:20,24 48:7,8,11
  49:3,11 110:22
**14th** 24:24 110:25
  119:19 120:1
**14:23** 75:25
**14:29** 76:4
**14:39** 78:25
**15** 5:21 48:7,8,12
  49:14,15,20 50:3,13
  52:3 53:21 54:15,25
  57:8 58:2,4,7,12
**15:06** 79:4
**15:37** 89:25
**15:50** 90:4
**154** 2:13 3:4 6:10
**1599810** 89:7
**16** 5:21 64:25 65:1,4
  65:8,14 67:15,16,17
  67:19 76:18
**16th** 8:19
**16:14** 100:25

**16:21** 101:5
**16:26** 104:10
**16:40** 104:14
**17** 1:21 5:22 8:15
  15:8 16:2 88:2,7
  99:19
**17:25** 122:24
**17:28** 123:3
**17:39** 128:6
**1727** 109:4 110:12,16
**18** 5:23 10:24 67:13
  90:6,12,15 91:16
  104:2,20 105:9
**18th** 105:10,12
**19** 5:24 108:13,15,17
  112:12
**1913** 24:24
**1915** 25:1
**1931** 30:15
**1948** 62:20
**1949** 21:11
**1965** 26:15
**1967** 27:3
**1968** 27:3
**1970** 10:24 27:17
**1971** 27:18
**1976** 24:15 27:19
  29:4
**1980s** 64:17 65:18
  68:2 69:10
**1981** 21:23,24 125:6
  125:13 127:15,18
**1995** 25:1 67:7,8
  70:11 77:8,20,22
  83:11 84:8,12 85:1
  85:12 123:14 124:3
  124:25
**1996** 30:14 91:12
  95:24 96:8 104:1,19
**1997** 30:14 70:19
**1998** 5:22
**1999** 5:24 77:7,12
  84:23 85:1,13 91:2
  91:15 94:23 104:3
  104:21,24 105:3
  112:24 119:20

120:6 124:15

**2**

**2** 5:9,14 8:3,5 59:3
  95:21 108:21
**2nd** 9:24
**2-minute** 100:23
**2-page** 90:6 108:13
**2:23** 76:1
**2:29** 76:2
**2:39** 79:1
**20** 5:24 92:17 118:19
  118:22,25
**20th** 5:11 9:3
**2000** 67:2,4 112:9
**2005** 24:25 44:7
  70:10
**2006** 43:3,14
**2008** 5:19 40:18,18
  41:16,19 45:13,15
  45:16 46:6 60:19
  123:25
**2009** 37:2 44:6,7
**2013** 5:12,13,14 9:12
  9:24
**2014** 1:24 6:11 130:5
  130:14
**23** 5:13
**24** 92:15
**25** 92:19
**26** 1:24 6:11 9:12
**26th** 130:4
**27th** 3:18
**28(b)** 8:14

**3**

**3** 5:10 9:1 95:21
  101:4 108:21
**3-page** 108:14
**3:06** 79:2
**3:37** 90:1
**3:50** 90:2
**30** 23:11
**31st** 43:3,14 44:5
**35,000** 44:13
**36** 5:15,16,17

**Picard v. Igoin**                                        **Laurence Apfelman   3-26-14**

**37** 24:16
**38** 24:16

### 4

**4** 5:11 9:8,10
**4th** 2:13 21:11
**4:14** 101:1
**4:21** 101:2
**4:26** 104:11
**4:40** 104:12
**45** 3:7
**47** 3:21 5:18
**48** 5:20,20,21

### 5

**5** 5:12 9:21,22 41:14
  44:8,9
**5-minute** 89:23
**5/31/06** 5:17
**5:25** 122:25
**5:28** 123:1
**5:39** 128:7
**50** 92:15,17,20,24
  93:25
**52** 7:24 21:13
**55** 24:14
**57** 24:15

### 6

**6** 5:13 7:25 10:3,4
  41:14 67:12,16,17
**6th** 5:22
**6(sic)** 9:19
**60s** 28:24
**65** 5:21 30:16

### 7

**7th** 27:5,5
**70s** 28:24
**7028** 8:13
**75008** 2:14 3:4,16,21
  6:11
**77** 27:19

### 8

**8** 5:9,9 10:15 76:18
**80** 78:11

**80s** 69:9
**88** 5:22

### 9

**9** 5:10,11,12,15 36:10
  36:18,20,25 37:1,13
  38:25 40:2
**90** 5:23 57:9
**91** 3:15
**92** 26:19,19
**95** 123:25 126:1
**96** 29:16
**97** 29:16
**99** 120:1