134

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,                          Adv.Pro.No.08-01789(SMB)
          Plaintiff-Applicant,        SIPA LIQUIDATION
v.                                    (Substantively
                                      Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC

          Defendant.        _____    /

In re:
          BERNARD L. MADOFF,
          Debtor.
                                        /

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

          Plaintiff,
v.
ESTATE (SUCCESSION) OF DORIS IGOIN,
ET AL,

          Defendants.


VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
        of MRS LAURENCE APFELBAUM
       ON THURSDAY, MARCH 27, 2014
  TAKEN AT:
  ARTUS WISE PARTNERS,
  154, BOULEVARD HAUSSMANN,
  PARIS 75008,
  FRANCE
  BEFORE SUSAN A. MCINTYRE, CSR, RPR, CRR, MBIVR


**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

135

```
 1                A P P E A R A N C E S:
 2       FOR THE PLAINTIFF:
 3                    BAKER HOSTETLER
                     45 Rockefeller Plaza
 4                   New York, NY  10111-0100
 5            BY:   ONA THERESA WANG
                    Tel:  212.589.4254
 6                  E-mail:  owang@bakerlaw.com
 7                  DAVID M. McMILLAN
                    Tel:  212.847.2838
 8                  E-mail:  dmcmillan@bakerlaw.com
 9                  NATACHA CARBAJAL
                    Tel:  212.589.4232
10                  E-mail:  ncarbajal@bakerlaw.com
11
                    UGGC & ASSOCIÉS
12                  47, RUE DE Monceau
                    Paris 75008
13                  France
14            BY:   Delphine Eskenazi
                    Tel:  +33 1 56 69 70 00
15                  d.eskenazi@uggc.com
16                  JEAN-FRANÇOIS CANAT
                    Tel:  +33 1 56 69 70 00
17                  E-mail:  jf.canat@uggc.com
18
       FOR THE WITNESS AND DEFENDANT:
19
                    KELLEY DRYE & WARREN LLP
20                  101 Park Avenue
                    New York, NY  10178
21
              BY:   JONATHAN K. COOPERMAN
22                  Tel:  212.808.7534
                    E-mail:  jcooperman@kelleydrye.com
23
24
25
```

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

```
                                                              136
 1       FOR THE WITNESS, LAURENCE APFELBAUM:
 2               GRANRUT
                 Société d'Avocats
 3               91 rue du Faubourg Saint-Honoré
                 75008 Paris
 4               France
 5          BY:  BRUNO QUINT
                 Tel:  +33 1 53 43 15 15
 6               E-mail:  bquint@granrut.com
 7
                 NERINCK SELTZER LAW
 8               101 Park Avenue
                 27th Floor
 9               New York, NY  10178
10          BY:  AMBRE NERINCK-SELTZER
                 Tel:  212.808.5094
11               E-mail:  Ans@ans-law.com
12
                 ARTUS WISE PARTNERS
13               154, Boulevard Haussmann
                 75008 Paris
14               France
15
         IN ATTENDANCE:
16
                 Anne Lebreton, Interpreter
17               3, rue Alexandre Guilmant
                 92190 Meudon
18               Tel:  +33 62 10 82 132
                 E-mail:  a.lebreton@aiic.net
19
20               Stevenin Ombeline, Intern, Artus Wise
21
22          BY:  SALLI A. SWARTZ, Commissioner
                 Tel:  +33 1 45 02 38 38
23               E-mail:  sswartz@artuswise.com
24
25
```

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

137

1                              INDEX
2        WITNESS:                                    PAGE
3        LAURENCE APFELBAUM
4              Examined by Ms Wang                   140
5
6
7                     E X H I B I T S
8        EXHIBIT        DESCRIPTION                  PAGE
9        Exhibit 21     Facsimile Transmittal, dated May 31,    156
                        2000, Bates No. MADTSS00233285
10
11       Exhibit 22     Facsimile Transmittal, dated          158
                        March 30, 2000, Bates Nos.
                        MADTSS00258269 - MADTSS00258273
12
         Exhibit 23     Letter to Mr Airault, dated May 17,    178
13                      1995, Bates No. ESQU-BR00007822
14       Exhibit 24     Multi-paged document, not Bates        181
                        numbered
15
         Exhibit 25     Multi-page document of a French        185
16                      document with a certified
                        translation, not Bates numbered
17
         Exhibit 26     Multi-paged document, Bates Nos.       193
18                      Brunner 0066 through Brunner 0072
19       Exhibit 27     Multi-paged document, Bates Nos.       198
                        AMF00078153 - AMF00078158
20
         Exhibit 28     Multi-paged document, Bates Nos.       212
21                      MADTSS01128122 - MADTSS01128125
22       Exhibit 29     Multi-paged document, Bates Nos.       216
                        APFELBAUM01795 - APFELBAUM01837
23
         Exhibit 30     Multi-paged document, Bates Nos.       222
24                      Brunner0047 - Brunner0049, together
                        with an English translation
25

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

138

| | | | |
|---|---|---|---|
| 1 | Exhibit 31 | Three-paged document, Bates Nos. | 225 |
| | | Magnify00039 – Magnify00041 | |
| 2 | | | |
| | Exhibit 32 | Two-paged document, Bates Nos. | 226 |
| 3 | | Magnify00042 – Magnify00043 | |
| 4 | Exhibit 33 | Two-paged document, Bates Nos. | 227 |
| | | Magnify00044 – Magnify00045 | |
| 5 | | | |
| | Exhibit 34 | Three-paged document, Bates Nos. | 239 |
| 6 | | MADC0306_00000008 – | |
| | | MADC0306_00000010 | |
| 7 | | | |
| | Exhibit 35 | Two-paged document, Bates Nos. | 258 |
| 8 | | MADTSS01126454 – MADTSS01126455 | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000005

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

139

1    Thursday, 27 March 2014

2                    THE VIDEOGRAPHER:  Good morning.

3                    This is the continuation of the

4    deposition of Laurence Apfelbaum, day two, taken

5    by the plaintiff in the matter of Securities

6    Investor Protection Corporation versus Bernard L.

7    Madoff Investment Securities LLC, case filed in

8    the United States Bankruptcy Court, Southern

9    District of New York.  This deposition is being

10    held at Artus Wise Partners, 154 Boulevard

11    Haussmann, Paris, France, on March 27, 2014.

12                    My name is Luis Guisbert from

13    Bendish Reporting and I am the video specialist.

14    The court reporter today is Susan McIntyre, also

15    from Bendish Reporting.

16                    We are going on the record at 9:44.

17    Will all counsel please introduce yourselves for

18    the record.

19                    MS WANG:  Ona Wang, Baker Hostetler,

20    for the plaintiff.  Also present from Baker

21    Hostetler, David McMillan and Natacha Carbajal.

22                    MS ESKENAZI:  Delphine Eskenazi.

23                    MR COOPERMAN:  Jonathan Cooperman,

24    Kelley Drye & Warren, for the witness and the

25    defendant.

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

                                                                    140

1              MR QUINT:  Bruno Quint, French

2       attorney for Mrs Apfelbaum.

3              MS SELTZER:  Ambre Seltzer, attorney

4       for Mrs Apfelbaum.

5              MS SWARTZ:  Salli Swartz,

6       duly-appointed Commissioner for the purpose of

7       this deposition.

8              We are now on the record officially.

9              LAURENCE APFELBAUM,

10       (through the interpreter, Anne Lebreton)

11              having been previously sworn,

12       was examined and testified as follows:

13                    EXAMINED

14       BY MS WANG:

15              Q.  Good morning, Mrs Apfelbaum.  I just

16       wanted to get a little bit of background and

17       history.

18              Now, university education in France

19       is free or do your parents or somebody have to pay

20       tuition?

21              A.  At university they're free.

22              Q.  What about before university, at the

23       preparatory schools, and also for advanced

24       degrees?

25              MR COOPERMAN:  Are you talking also

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000007**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

141

1    about the time she went to school or now?  It

2    could change.

3                    MS WANG:  At the time she went to

4    school.

5                    THE WITNESS:  I went to a state

6    lycée, secondary school, which was free.  Then

7    I went to Sorbonne, Paris, which also was free.

8    After that I went to the School of Oriental

9    Studies, which is also free.

10   BY MS WANG:

11            Q.  What about for your psychology

12   degrees, was that education also free?

13            A.  The psychology degree was part of

14   what I did at university and was free, but after

15   that, to become a psychiatrist [sic], I had to do

16   a psychoanalysis myself and, therefore, paid for

17   it.  What I did as regards my personal training,

18   including my supervisions with the Association of

19   French Psychoanalysts --

20                    THE INTERPRETER:  Not

21   "psychiatrists," sorry, for the translation.

22                    THE WITNESS:  -- all that I had to

23   pay for myself.

24   BY MS WANG:

25            Q.  When you say 'all that you had to

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000008

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

142

1    pay for yourself,' was it your funds or your

2    parents' funds that paid for your psychoanalyst

3    training?

4                    MR COOPERMAN:  Objection.

5                    THE WITNESS:  I started to work

6    quite young and earn my money, and my

7    psychoanalytic training I paid for myself.

8                    MR COOPERMAN:  (To the interpreter)

9    Before you start, would you like to see this?

10   This is the LiveNote.  Would it help you?

11                   THE INTERPRETER:  No --

12                   MR COOPERMAN:  Okay.  Because there

13   are translators who have requested for it.

14                   THE INTERPRETER:  -- reading and

15   listening...

16                   MR QUINT:  As a matter of fact, one

17   answer before, there is a mistake.  She said the

18   "lycée," which is a French word, you wrote "Lee

19   say."  This is a high school in France.

20   BY MS WANG:

21            Q.  Did you live with your parents until

22   the time you got married or did you live alone for

23   some period of time before you got married?

24            A.  I lived with my parents until about

25   the age of 18 or 19, then I lived in a flat share.

**Picard v. Igoin**                        **Laurence Apfelbaum  3-27-14**

143

1    After that I lived alone until I got married.

2            Q.   During the time that you lived in

3    the flat share and then living alone, who paid for

4    your living expenses?

5            A.   I worked.  As I said, I started

6    working very young and had various jobs; but it

7    still wasn't quite enough, so my parents helped

8    me.

9            Q.   When you said you started working

10   very young, at what age did you start working and

11   making your own money?

12           A.   Well, "very" young, maybe not, but

13   it was very young for someone who was engaged in

14   the university studies.  I got my baccalaureate in

15   '66 and I started to work in '69, when I was 20

16   and while I was carrying on with my studies.

17           Q.   What did you do while you were --

18   what did you do for work while you were carrying

19   on with your studies?

20           A.   I had jobs as a psychologist in the

21   Bilingual Active School, in the Dialysis Center of

22   the Foundation of France, another job as a

23   psychologist in a medical and teaching center,

24   then I also taught at university.  I think

25   I forgot to tell you yesterday, I had some

10-04336_APLCAB0000010

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

144

1    classes.  I was a psychologist also at Bichat,

2    which is a hospital.  So sometimes I held three of

3    these positions at the same time, sometimes two.

4    And this went on until I opened my practice as a

5    psychoanalyst.  That started officially in '76,

6    but in fact it really started in '75 when I wasn't

7    yet a member of the Association of Psychoanalysts

8    of France but I still had some paid jobs to do,

9    supervisions; that means to have some patients.

10           To be officially a psychoanalyst you

11   have to be received by the Association of

12   Psychoanalysts, and then you can do it officially.

13   Before that, when I had these patients under

14   supervision, I was allowed to do it because I had

15   my Diploma of Psychologists.

16           Q.  It is like young lawyers starting

17   out, you pass the Bar and you get admitted.

18           You said earlier that when you were

19   working various jobs it still wasn't quite enough

20   so your parents helped you.  Did there come a time

21   when you did become financially independent?

22           A.  No, I can't remember.

23           Q.  Was it before you opened your own

24   psychoanalyst practice?

25           MR COOPERMAN:  Objection.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000011

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

145

1                    THE WITNESS:  I can't remember.

2     BY MS WANG:

3                    Q.  When you said that your parents were

4     helping you financially, what were they helping

5     you with?

6                    A.  They bought a flat for me so

7     I didn't have to pay any rent.

8                    Q.  Is this after you had flat share?

9                    A.  Yes.

10                   Q.  How long did you live in the flat

11    that your parents bought for you?

12                   A.  Well, it's really hard to remember

13    this sort of thing.  I mean I'm 65 now and I was

14    20 then.  I mean all my youth.  The years get

15    mixed up, I can't answer that.

16                   Q.  Were you still living in that flat

17    when you got married?

18                   A.  Yes.

19                   Q.  And you got married in 1981?

20                   A.  Yes.

21                   Q.  After you got married did you

22    continue to live in the flat?

23                   A.  No.

24                   Q.  Did you and your husband buy a

25    separate flat together?  Did you move in with him?

**10-04336_APLCAB0000012**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

146

1    Or something else?

2              A.  I moved in with him in his rented

3    flat, which actually was very close to where we

4    are now, and after that I sold my flat and

5    we bought another one which we put in my name

6    since most of the capital came from me.

7              Q.  Under what marital regime were you

8    married?

9                   MR COOPERMAN:  Objection.

10                   What do you mean by that?  Religious

11   or --

12                   MS ESKENAZI:  (Inaudible)

13                   MR QUINT:  It is a legal status.  It

14   is whether the assets are shared or --

15                   MS ESKENAZI:  No, it is whether she

16   had a prenuptial agreement.

17                   MR COOPERMAN:  If you understand the

18   question.

19                   THE WITNESS:  Yes.

20                   We married under separation of

21   assets.

22                   MS ESKENAZI:  [To the interpreter]

23   Separation of assets "regime."

24   BY MS WANG:

25                   Q.  Now, you said that when you bought

10-04336_APLCAB0000013

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

147

1    the flat with your husband, which you put in your

2    name since most of the capital came from you, what

3    did you mean by that?

4            A.  It was mainly my funds, because

5    I sold that flat that I had.  He had some savings

6    which he put in the joint flat that was under my

7    name.  I mean he had a bit of savings, but apart

8    from that he also had a flat in the mountains.  He

9    had other things.

10           Q.  Did your husband's children from his

11   previous marriage live with you at the time that

12   you got married?

13           A.  No.  His last daughter was five at

14   the time and she came every second weekend, but

15   she didn't live with us.

16           Q.  And the other children were older

17   and didn't live with you at all?

18           A.  They were teenagers and they went to

19   live in Israel, they didn't live in France.

20           Q.  Who did they live with in Israel?

21           A.  Their mother, who had moved to

22   Israel.

23           Q.  Was your husband responsible for any

24   financial support for his children, his older

25   children from his previous marriage, or for their

**10-04336_APLCAB0000014**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                                 148

1    mother?

2                    [Translation into French]

3                    [Discussion in French]

4                    [Further translation in French]

5                    MS ESKENAZI:   [To Ms Wang] I think

6    you asked (inaudible).

7                    MS WANG:  Either whether he was

8    required to or whether he chose to.

9                    THE INTERPRETER:  Do you mean on a

10   regular basis or do you mean a lump sum?

11                   MS WANG:  Either.

12                   [Further translation in French]

13                   THE WITNESS:  So, yes, he did

14   support his wife.  In fact he still does.  I know

15   that he still has a bank transfer on a regular

16   basis to her.

17                   Now, let me remind you that my

18   husband was professor of medicine, teacher at the

19   universities, head of a laboratory, and as such he

20   had quite a good level of income, so we were okay

21   and I really didn't need to look into what was

22   actually going on.

23                   I know that for his daughter Deborah

24   he paid some support until the end of her studies,

25   which is a pretty standard thing to do, and the

10-04336_APLCAB0000015

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

149

1    mother, actually, was doing all right as well.

2    Deborah is the daughter of another mother who

3    lives in France and is a doctor, is based in

4    Paris.

5    BY MS WANG:

6           Q.  I was going to ask how, if the

7    mother had moved to Israel, how Deborah was

8    visiting every other weekend.  Okay.

9           So none of your funds went to

10   support Marian's children or his former wives or

11   anything like that, did they?

12          A.  No.  No.  He had enough to manage

13   himself; but, on the other hand, we had a joint

14   account and we both drew what we wanted to and

15   we didn't look at what the other one was doing and

16   get into petty accounts.

17          Q.  When you filed tax returns with your

18   husband, did you file jointly?

19          MR COOPERMAN:  Objection.

20          THE WITNESS:  I told you yesterday,

21   it's done by family in France.

22   BY MS WANG:

23          Q.  In the US you can choose whether you

24   file by household or you file separately, so that

25   was my question.

10-04336_APLCAB0000016

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

150

1          A.  No, we had to do it jointly.

2          Q.  Did there ever come a time when

3    you moved back into your parents' house or moved

4    back in with your mother?

5          A.  No.

6          Q.  So any money that -- for basic

7    living expenses and spending money for you or for

8    Emilie, did that come from your joint account or

9    did it come from somewhere else?

10              MR COOPERMAN:  Objection.

11              THE WITNESS:  Could you rephrase?

12   BY MS WANG:

13          Q.  For basic living expenses and

14   spending money that you used for yourself or for

15   your daughter Emilie, did you use money from your

16   joint account with your husband or did you use --

17   did you draw it from a different account?

18              MR COOPERMAN:  Objection.

19   BY MS WANG:

20          Q.  You can answer.

21          A.  Okay.  So all the money we received

22   -- or I received -- goes to the joint account,

23   that's why it's all there.  We acted as a family.

24   But I do also have my professional account and

25   that has to be kept separately and in a different

**10-04336_APLCAB0000017**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

151

1    way, with complete accounting.  So sometimes, if

2    I felt I needed some spending money, I took some

3    from this professional account, and it is all

4    accounted for since this is under a complete

5    accounting system.  This has to be, because a

6    professional account of this type legally has to

7    be properly kept and filed separately in the

8    income statement, income return.

9                 MR COOPERMAN:  Ona, I've been

10   letting you go on this for a while.  None of this

11   goes to jurisdiction at all and I think, just

12   looking at the witness, these are intrusive

13   questions on very personal matters which you

14   wouldn't want your questions about yourself to be

15   asked about, so -- you know, just like I wouldn't.

16   So, you know, I'll let you go a couple more

17   questions on that, but this has nothing to do with

18   jurisdiction, unless you can tell me otherwise.

19   BY MS WANG:

20           Q.  When you got withdrawals or

21   redemptions from your BLMIS account, they went

22   into the joint account, didn't they?

23                 THE INTERPRETER:  Withdrawals from

24   where?

25                 MS WANG:  BLMIS account.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000018**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

152

1            MR COOPERMAN:  Objection.

2            THE WITNESS:  Yes.  Yes, I did such

3    withdrawals and placed them on the joint account

4    in order to pay for my tax.  My taxes were very

5    high as regards the capital gain tax on my

6    portfolio.  That part of my taxation was higher

7    than the taxes on my professional income, and

8    that's why I needed to make those withdrawals.

9    And, naturally, I placed them on the joint account

10   since we were a household and, as such, had a

11   household tax return to do.

12   BY MS WANG:

13            Q.  When you made these withdrawals for

14   taxes, did you request them specifically from

15   BLMIS?

16            MR COOPERMAN:  Objection.

17            THE WITNESS:  That was answered

18   yesterday.

19            MR COOPERMAN:  That's why

20   I objected.

21   BY MS WANG:

22            Q.  Well, can you just answer it again

23   since I don't have the transcript in front of me

24   right now?

25            MR COOPERMAN:  Objection.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000019

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

153

1           THE WITNESS:  Yes.  As I said

2     yesterday, I did write Mr de Pascali a letter

3     requesting such a withdrawal, I think it was '96

4     or '99.  In fact twice a year I would -- when

5     I got my tax figures I sent them to him in a

6     letter so that the appropriate withdrawal could be

7     made.

8                I would like to say something about

9     my statement of yesterday.  I wonder whether

10    I caused confusion in the way you reformulated

11    what I said, I'm not quite sure.

12                When you summed up about the selling

13    before maturity of the securities -- the Treasury

14    Bills, sorry -- what happened is I regularly

15    checked my Treasury Bills and when the date, the

16    due date, was coming up, if nothing had happened

17    I got a bit worried and called Mr de Pascali.

18    Because his activities tended to take place at a

19    rather uncontrolled rhythm.  And if he hadn't done

20    anything and I felt it was time, well, I took

21    action.  I don't know how many times it happened.

22    I remember being worried, but not how many times

23    I had to call him.

24    BY MS WANG:

25                Q.  So just so I understand, the

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000020

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

154

1    rollover of the Treasury Bills, you know, making
2    sure that they were sold before the maturity date,
3    was something that happened on a fairly regular
4    basis but that's separate from requesting certain
5    withdrawals to cover tax payments, is that right?
6                    MR COOPERMAN:  Objection.
7            [Mr Quint speaks to the witness in
8        French]
9                    THE WITNESS:  Correct.  I had to be
10   in touch with him twice a year for redeeming some
11   bills in order to pay my tax, that's one thing.
12                   Then, as regards the rollover of the
13   securities, sometimes he did it and I didn't need
14   to worry and sometimes I had to call him, but
15   I can't say whether I had to call him about this.
16   Maybe it happened twice in the given year and then
17   it didn't happen for several years.  All
18   I remember is my concern about it.  And sometimes
19   I didn't have to call on him.  It was only when he
20   left it to the last week, and then I did call him.
21   I didn't call him on a regular basis.
22   BY MS WANG:
23                   Q.  Now, when you said you had to be in
24   touch with him twice a year for redeeming Treasury
25   Bills in order to pay tax, did that happen at a

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000021

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

155

1    regular time of year or a regular month each year?

2         A.  For the tax on fortune, ISF, that's

3    very regular, it's June.  For the income tax the

4    dates fluctuate much more.  As you've seen,

5    sometimes they committed an error (like we saw the

6    fax of 1996), and sometimes they're late.  So the

7    moment when they send the appeal to pay varies, in

8    fact.

9         Q.  What do you mean when you said "the

10   moment when they send the appeal"?  Is that a tax

11   bill?

12        A.  They call up the payment and --

13             It's quite complicated, the French

14   tax system.  There are two parts:  there's the

15   income tax, for which they send you like an

16   invoice --

17             THE INTERPRETER:  And that's why

18   I said "appeal," which might not be the right

19   word.

20             MS WANG:  So "appeal" meaning

21   "invoice"?

22             MR QUINT:  Notice to pay.

23             THE INTERPRETER:  Notice to pay,

24   thank you.

25             THE WITNESS:  Then they also have

**10-04336_APLCAB0000022**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

156

1    another part of the income tax which is called

2    CSG, which comes at a different moment.

3    BY MS WANG:

4            Q.   What is the CSG?

5                MR COOPERMAN:  Objection.

6                THE WITNESS:  It stands for

7    "generalized social contribution."

8    BY MS WANG:

9            Q.   Both the generalized social

10    contribution and the income tax are supposed to be

11    paid once a year?

12                MR COOPERMAN:  Objection.

13                MS WANG:  I'm going to ask the court

14    reporter to mark a single-paged document as

15    Exhibit 21.  It is a single page bearing Bates No.

16    MADTSS00233285.

17            (Exhibit No. 21 marked for

18        identification.)

19    BY MS WANG:

20            Q.   Mrs Apfelbaum, please take a look at

21    Exhibit 21.  When you are finished, can you tell

22    me what it is?

23            A.   Well, I can't remember this one in

24    particular but it's an example of the faxes that

25    were exchanged when I asked to do some

**10-04336_APLCAB0000023**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

157

1    withdrawals.

2            Q.  Do you see where it says 1,942,980

3    USD due you via wire for your account for value

4    6/1/00?  Is it your understanding that that was

5    approximately $1.9 million that would have been

6    wired to your account on or around June 1, 2000?

7            A.  Yes.

8            Q.  Then do you see the next section

9    below that, where it says:

10            "We sold for Mom's account 1,500,000

11   principal amount U.S. Treasury Bills due 6/29/00?"

12            Is it your understanding that "Mom's

13   account" means your mother's account?

14            A.  Yes.

15            Q.  And that 1.494 -- sorry -- and that

16   $1,494,600 was then wired to your mother's bank

17   account around June 1, 2000?

18            A.  Yes.  My mother didn't have a fax

19   machine, so they faxed it to me and I passed it on

20   to her.

21            Q.  So you were not at this point in

22   time managing your mother's account or anything

23   like that?

24            A.  No, I just passed the information to

25   her.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000024**

**Picard v. Igoin**                                   **Laurence Apfelbaum  3-27-14**

158

1          Q.  If your mother needed a withdrawal

2     or a redemption, how would that be communicated if

3     she didn't have a fax?

4               MR COOPERMAN:  Objection.

5               THE WITNESS:  I don't know.

6     BY MS WANG:

7          Q.  So you did not, for example, send a

8     fax on your mother's behalf?

9          A.  No.  I didn't.  I don't think so.

10    BY MS WANG:

11         Q.  And you didn't, for example, make a

12    phone call to Frank de Pascali and Bernard Madoff

13    on your mother's behalf for transactions or

14    redemptions in her BLMIS account, is that right?

15         A.  No.

16              MS WANG:  I'm going to ask the

17    reporter to mark as Exhibit 22 a multi-paged

18    document bearing the Bates numbers MADTSS00258269

19    through MADTSS00258273.

20              (Exhibit No. 22 marked for

21         identification.)

22    BY MS WANG:

23         Q.  Please take your time to look

24    through Exhibit 22.  Is Exhibit 22 another example

25    of the faxes that Frank de Pascali would send you

**10-04336_APLCAB0000025**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

159

1    concerning transactions of yours, your daughter's

2    and your mother's BLMIS accounts?

3                    MR COOPERMAN:  Objection.

4                    This is a document we have never

5    seen before.  Are you representing -- it is

6    unsigned, there's no fax moniker -- are you

7    representing it was actually sent to her?

8                    MS WANG:  I'm asking if it would be

9    an example of a similar document that would have

10   been sent.

11                   MR COOPERMAN:  So you are not going

12   to answer my question.

13                   (To the witness):  You should

14   understand, there's no signature on this page,

15   there's no fax indication here, we've never seen

16   this before, so...

17                   THE WITNESS:  Well, you'd have to

18   show me an original.  It looks like the sort of

19   document that he would send me.  But of course

20   with a fax it is hard to get an original.  I can't

21   remember any faxes in particular.

22   BY MS WANG:

23                   Q.  Do you see about halfway down the

24   page, in the section that is titled in bold

25   "Account # 1-FN006," which I'll represent to you

10-04336_APLCAB0000026

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

160

1    is what BLMIS considered your mother's account, it

2    says:  "4,552.50 [dollars] wired to BNP for value

3    3/31/2000"?

4             A.  I can see it.

5             Q.  Is BNP your mother's account, bank

6    account?

7             MR COOPERMAN:  Objection.

8    BY MS WANG:

9             Q.  If you know.

10            A.  I wouldn't know what happened at

11   that time.  I know that at the moment of her

12   passing away, with the notary I had to close an

13   account that she had at the BNP, but I wouldn't be

14   privy to what she did in the past.  I would have

15   nothing to do with it.  It's the other way around,

16   she had a say in Emilie and my account because she

17   held some rights.  Part of her assets concerned

18   some which were mine and Emilie's.  That's what

19   we explained yesterday.

20            Q.  Now you and your husband, Marian,

21   did not have a joint account at BNP in or around

22   2000, did you?

23            A.  No, we banked at Société General.

24            Q.  Now, you said your daughter Emilie

25   lives with you now, is that right?

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

                                                                        161

1                A.   Yes.

2                Q.   How are her living expenses paid?

3                     MR COOPERMAN:   Objection.

4                     THE WITNESS:   She works.

5    BY MS WANG:

6                Q.   Do you support her financially at

7    all?

8                     MR COOPERMAN:   Objection.

9                     THE WITNESS:   She lives with us, she

10   doesn't have to pay any rent.

11   BY MS WANG:

12               Q.   But other costs, incidentals (for

13   example, shopping, eating, any of that), she pays

14   for herself?

15                    MR COOPERMAN:   No, I'm not going to

16   allow her to answer this because obviously what

17   you are trying to get at is that somehow Madoff

18   money is being used to support her.  Madoff money

19   doesn't exist any more.  So you are asking in the

20   present; now has nothing to do with jurisdiction.

21                    MS WANG:   Okay.  All right --

22                    MR COOPERMAN:   Let me say, you are

23   visibly upsetting a witness (who is upset to be

24   here in the first place) on really personal stuff.

25   So unless you can tell me that it relates to

**10-04336_APLCAB0000028**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

162

1    jurisdiction -- explain to me; if it does, I'm

2    reasonable.  But I don't see this in any way --

3    I would like to take a break because I would like

4    to talk to the witness who I think is getting

5    upset.

6                MS WANG:  Okay, first of all,

7    there's a question pending.

8                MR COOPERMAN:  Let her answer the

9    question, if you want, but repeat it, I may not

10   allow her to answer that unless you can tell me

11   how it relates to jurisdiction.  I'm not going to

12   allow --

13               I remember the question.  Unless you

14   can tell me how living expenses now, in a time

15   when Madoff money doesn't exist, possibly relates

16   to this case, much less jurisdiction, I'm not

17   going to let her answer.

18               MS WANG:  Around the time of

19   Albert Igoin's death a significant amount of money

20   was pulled out of BLMIS and put into French

21   Treasury Bills.  I think it was on the order of --

22   I don't know if it was 13 million or 30 million.

23   That money was then taken out of Madoff, but it

24   originated with Madoff.  I'm trying to get at

25   whether that portion of that inheritance is being

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

```
                                                         163
1    used.

2                  MR COOPERMAN:  You didn't listen to

3    yesterday because she explained exactly what

4    happened, and I'm not going to say it because

5    you'll accuse me of testifying again.  But you

6    didn't listen to her answers.  So I'd like to take

7    a break, then you should ask away, she'll give you

8    the exact explanation which she told yesterday,

9    too.

10                 MS WANG:  There's a question

11   pending.  I'll rephrase the question.

12                 MR COOPERMAN:  I'm not going to let

13   her --

14                 MS WANG:  No, there's a question

15   pending that I will rephrase to address your

16   objection right now and then maybe we should take

17   a break and you and I should discuss as well.

18                 MR COOPERMAN:  I'm happy to explain

19   to you off the record, if you like, if that's what

20   you'd want, but I think it is better coming from

21   the witness, so...

22                 Can I just ask --

23                 (To the witness):  Do you feel

24   comfortable now?  Are you okay to answer the

25   question where she's getting at or do you want a
```

10-04336_APLCAB0000030

**Picard v. Igoin**                          **Laurence Apfelbaum   3-27-14**

164

1    break?

2                    THE WITNESS:  Let's have the

3    question again, I can't remember it.

4                    MS WANG:  I'm going to rephrase the

5    question, that may address some of your concerns

6    right now, Mr Cooperman.

7    BY MS WANG:

8                    Q.  As of 2008, did your daughter Emilie

9    live with you?

10                   A.  That's the rephrased question?

11                   Q.  I'm rephrasing the question.

12                   MR COOPERMAN:  She's asking a new

13   question.

14                   THE WITNESS:  Yes, she did.

15   BY MS WANG:

16                   Q.  In 2008, what was the source of

17   funds for Emilie's other costs:  incidentals,

18   shopping, eating, vacations, any of that?

19                   MR COOPERMAN:  Objection.

20                   (To the witness):  You can answer.

21                   THE WITNESS:  I don't know.  I would

22   have to think about it.  I could imagine -- no,

23   I can't imagine.

24                   MR COOPERMAN:  Can we take a break?

25                   MS WANG:  Sure.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000031**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

                                                                                    165

1              THE VIDEOGRAPHER:  Going off the

2     record.  The time is 10:48.

3              (Off the record - 10:48 a.m.)

4              (On the record - 11:05 a.m.)

5              THE VIDEOGRAPHER:  Going back on the

6     record.  The time is 11:05.

7     BY MS WANG:

8              Q.  Mrs Apfelbaum, I wanted to go back

9     to an area that we touched upon yesterday, which

10    was the inheritance from your father when your

11    father passed away.

12              Yesterday -- and correct me if I'm

13    wrong -- but your father's will had left a

14    usufruct to your mother and 25% of the estate was

15    to pass to you and to your daughter -- each -- was

16    to pass to you and your daughter Emilie, is that

17    right?

18              A.  No.  Not quite.

19              Q.  Can you refresh my memory what

20    happened?

21              MR COOPERMAN:  Objection.

22              THE WITNESS:  So, my parents were

23    married under community of assets, therefore 50%

24    of the assets belonged to my mother, the other 50%

25    that had belonged to my father were passed down to

**10-04336_APLCAB0000032**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

166

1    me and my daughter, but my mother kept the

2    usufruct of this second half.  So we were given

3    the bare ownership but she still managed

4    everything.  That is why I filed an appeal, a

5    challenge --

6            [The witness speaks to the interpreter in

7        French]

8                -- so this is why I had a difference

9    of view with my mother.

10   BY MS WANG:

11           Q.  So if you were given bare

12   ownership -- sorry.

13           The usufruct to your mother and the

14   50% --

15           MR COOPERMAN:  Just one second.

16           MS WANG:  What?

17           MR COOPERMAN:  I'm concerned that

18   we type down a portion of an answer which the

19   translator later said she was wrong.  "That is why

20   I filed an appeal, a challenge," it says, but

21   I think that was withdrawn to say "That is why

22   I had difference of view with my mother."

23           THE INTERPRETER:  Yes.

24           MR COOPERMAN:  Right now the

25   transcript has a passage that needs to be

**10-04336_APLCAB0000033**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

167

1       corrected.

2                    THE INTERPRETER:  The interpreter

3       withdraws that sentence.

4                    MS WANG:  So let's go back and

5       clarify that.

6       BY MS WANG:

7                    Q.  So under your father's will then --

8       and this is partly because I don't understand how

9       the property laws in France work -- under your

10      father's will your mother and the community

11      property, I guess, laws, that your mother held

12      ownership to 50% of their joint property anyway,

13      is that right?

14                   A.  Yes.

15                   Q.  Then the other 50% that belonged to

16      your father, your father willed half of that to

17      you and half of that to your daughter, is that

18      right?

19                   A.  Yes.

20                   Q.  And under your father's will he also

21      gave your mother the usufruct over the assets that

22      you owned, is that right?

23                   A.  Yes.  She had the usufruct of my

24      share and Emilie's share.

25                   Q.  So practically speaking what does

**10-04336_APLCAB0000034**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

168

1    that mean?  Does that mean she actually controlled

2    the assets that were supposed to have passed to

3    you and your daughter?

4                MR COOPERMAN:  Objection.

5                THE WITNESS:  The problem concerned

6    Emilie's share of the fortune.  Because her

7    grandmother, having a right of usufruct, could

8    make withdrawal's on Emilie's account.  She did it

9    for Emilie.  And it wasn't reasonable.  Emilie

10   would twist her grandmother into doing these

11   withdrawals and I felt it was not good and that's

12   why I asked my mother to give up having this

13   usufruct.  Because Emilie was escaping my --

14               [The witness speaks to the interpreter in

15       French]

16               Nothing happened.  Emilie was an

17   adolescent.  And although nothing happened I was

18   worried about this situation.

19   BY MS WANG:

20          Q.  So she didn't -- Emilie didn't cause

21   her grandmother to make withdrawals on her account

22   but you were concerned that she could and, because

23   she was an adolescent, she might try to get money

24   that way through her grandmother?

25          A.  So, no, nothing happened.  Because

**10-04336_APLCAB0000035**

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

169

1  I realized, when the will was disclosed, it was a

2  tricky situation, and my husband and I both felt

3  it would be better not to have such a situation,

4  hence the conflict with my mother when I asked her

5  to relinquish this usufruct.

6                MR COOPERMAN:  I think we need to

7  correct on the record that it was written down

8  "Emilie 'would' twist her grandmother into doing

9  these things," and I think everyone is agreeing

10  it's "Emilie 'could,' "'could' twist."  So that's

11  the translation error.

12  BY MS WANG:

13            Q.  Emilie could, but nothing actually

14  happened.  You were concerned that she could do

15  it, that was your statement?

16            So the question was Emilie could

17  have done something to take her share of the money

18  through her grandmother, but nothing actually

19  happened, is that right?

20            A.  No, it didn't happen, because when

21  they opened the will we realized straightaway that

22  there was a problem.  And I asked my mother

23  straightaway to relinquish her usufruct.  However,

24  she didn't decide on the spur of the moment.  It

25  led to a document being drawn up in front of a

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000036

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

170

1    notary, which was a sharing document.  If she

2    hadn't agreed to do this, I wouldn't have agreed

3    for the whole succession.  So this sharing

4    document, the legal sharing, meant that she

5    relinquished the usufruct and let us decide for

6    Emilie, because we were her tutors.  My husband

7    and I had to go, as such, to the judge specialized

8    in tutorship.

9              MR QUIRK:  "Guardian."

10              THE INTERPRETER:  "Guardian."

11    "Guardian," sorry.

12              MS WANG:  Let me --

13              THE INTERPRETER:  Please replace it.

14              MS WANG:  When you used the word

15    "tutor," you meant "guardian"?

16              THE INTERPRETER:  I meant

17    "guardian."

18              MS WANG:  So "let us decide for

19    Emilie, because we were her guardians"?

20              THE INTERPRETER:  Her guardians, and

21    went to the judge specialized in the matter of

22    guardians.

23    BY MS WANG:

24              Q.  Now, getting back to your share of

25    the estate and your inheritance.  Your mother also

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

171

1    held a usufruct over your ownership portion, is

2    that right?

3              A.  In my father's will, yes.

4              Q.  Did that mean you had the ability to

5    control your accounts or did that mean that your

6    mother did or was it something else?

7                   MR COOPERMAN:  Objection.

8                   THE WITNESS:  I don't know because

9    it didn't come to happen.  It didn't happen for

10   Emilie because I fought against it -- and for me,

11   too.

12   BY MS WANG:

13             Q.  Oh, okay.  So when you got your

14   mother to waive the usufruct for Emilie, she also

15   waived it for you, is that right?

16                  MR COOPERMAN:  Objection.

17                  THE WITNESS:  Oh, yeah, it all

18   happened together.  She said:  Well, have it then,

19   and she was angry.

20   BY MS WANG:

21             Q.  Do you have the documents that Doris

22   had to sign to waive her usufruct?

23                  MR COOPERMAN:  Objection.

24                  THE WITNESS:  Yes, I told you, it

25   was a document that was signed at a notary.  It is

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000038

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

172

1     a legal document.

2     BY MS WANG:

3                    Q.   Do you still have it?

4                    MR COOPERMAN:   Objection.

5                    THE WITNESS:   My notary has it.

6     BY MS WANG:

7                    Q.   Now, you said your mother was angry

8     when you said you asked her to waive the usufruct.

9     Can you tell me about those conversations with

10    her?  What was her -- why was she angry?

11                   MR COOPERMAN:   Objection.

12    We covered this yesterday.

13                   (To the witness)   You can answer

14    again.

15                   THE WITNESS:   Well, my mother was

16    very angry that I wanted to go against the will of

17    my father and she felt it was a sacrilege.

18    BY MS WANG:

19                   Q.   Now, your father had never discussed

20    the will with you when he was alive or why he had

21    chosen to structure the inheritance that way, did

22    he?

23                   MR COOPERMAN:   Same objection.

24                   THE WITNESS:   Not at all.  I was

25    flabbergasted.  It was very painful that my father

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

173

1    had done something like that.  I was very upset

2    that he did it as a father and as a grandfather.

3                    MR QUINT:  "Without telling me."

4                    THE INTERPRETER:  "Without telling

5    me."

6    BY MS WANG:

7            Q.  Now, after you resolved the issue of

8    usufruct and got your mother to agree to waive it,

9    there were other issues, right, because Emilie was

10    a minor?

11                    MR COOPERMAN:  Objection.

12                    THE WITNESS:  Yes.  I already told

13    you.

14    BY MS WANG:

15            Q.  You said that her inheritance,

16    Emilie's inheritance, had to be overseen by a

17    guardianship judge, is that right?

18                    MR COOPERMAN:  Objection.

19                    THE WITNESS:  Yes.  Yes, that's

20    legal.

21                    MS SELTZER:  "It's the law."

22                    MR COOPERMAN:  It's the law.

23    BY MS WANG:

24            Q.  So then my next question was what

25    was the name of the judge?

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

174

1        A.   Standish.

2        Q.   So who is Maître Airault?

3        A.   The notary.

4        Q.   And the notary on behalf of your

5   family?

6        A.   Yes.

7        Q.   Who was it who expressed concern

8   about Emilie's investments and required that half

9   of it be put into French Treasury Bills?

10            MR COOPERMAN:   Objection.

11            THE WITNESS:   The judge, the

12   guardianship judge, wanted to have written

13   guarantees if we were going to maintain some

14   investment in the US.  That's why we asked Madoff

15   to come to Paris, so that he could be part of a

16   discussion and provide some guarantees.  And that

17   was because my mother didn't want a total change

18   from my father's investment choices.  If Madoff

19   hadn't consented to do that, provide his

20   guarantee, we would have had to invest somewhere

21   else.

22   BY MS WANG:

23        Q.   Can you tell me more generally what

24   type -- the concerns of the guardianship judge and

25   was he the only one who expressed concern about

10-04336_APLCAB0000041

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

175

1    the investments in the United States?

2              MR COOPERMAN:  Objection.

3              THE WITNESS:  The guardianship judge

4    has, as a role, to protect the guardian's

5    investments and make sure that they are invested

6    safely and in a safe manner.

7              THE INTERPRETER:  They call it a

8    good family father's investment, literally, in

9    French, meaning reasonable and safe.

10             THE WITNESS:  Therefore, that's his

11   role and he makes sure the capital is well

12   preserved.  And every year we have to report to

13   him.

14   BY MS WANG:

15        Q.  When you said every year you had to

16   report to him, was that up until Emilie reached

17   the age of majority?

18             MR COOPERMAN:  Objection.

19             THE WITNESS:  Yes.

20   BY MS WANG:

21        Q.  What kind of information did the

22   guardianship judge want in the annual reports?

23        A.  He made sure that none of the

24   capital had been lost.

25   ///

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

176

1    BY MS WANG:

2           Q.   In what form did you provide this

3    information to the guardianship judge?

4           A.   We showed him the results of the

5    account.

6           Q.   Did that mean showing him the

7    account statements or did you create another

8    document or did you have somebody at BLMIS create

9    a document or something else?

10          A.   I can't remember exactly.  I showed

11   the annual statements of her account and I also

12   showed the French Treasury Bills documents.

13          Q.   Did anyone assist you in preparing

14   this information in speaking with the guardianship

15   judge?

16          A.   My husband, who was the family

17   father, wrote a letter himself to bring to the

18   judge.

19          Q.   But you didn't consult with any

20   accountants or lawyers in doing so?

21          A.   No, our accounts were very simple

22   and transparent.

23          Q.   Going back to when the guardianship

24   judge indicated his first concerns, you said:

25   "That's why we asked Madoff to come to Paris."

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

177

1    Did you actually ask Madoff to come to Paris to

2    meet with the guardianship judge?

3            A.  I wasn't the one to speak to Madoff.

4    I think it must have been my mother.  I never

5    spoke to him, actually, except for about one hour

6    in 1981.

7            MR QUINT:  "When I didn't know who

8    he was."

9            THE INTERPRETER:  Okay, that's true:

10   "When I didn't know who he was."

11           THE WITNESS:  Madoff didn't meet the

12   judge, either; he came and met our notary.  Our

13   notary had prepared a model of the guarantees that

14   we wanted Madoff to provide, that he needed to

15   accept, to bring to the judge.  There was a

16   discussion and, in the end, he agreed and signed

17   that document at the notary's -- that document

18   that was purpose made.  Then, while he was at it,

19   he signed the same one for me.

20           MS SELTZER:  "There was a discussion

21   between Madoff and the notaire."

22           THE INTERPRETER:  I said that.

23           MS SELTZER:  No, you said "there was

24   a discussion."

25           THE INTERPRETER:  Okay.

**10-04336_APLCAB0000044**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

178

1        MS WANG:  Mrs Apfelbaum, I'm going

2    to ask the court reporter to mark and hand to you

3    Exhibit 23, which is a single page bearing the

4    Bates No. ESQU-BR00007822.

5        I'm not expecting that you have seen

6    this document before but I'm going to try to use

7    it to let you review it and see if this -- and ask

8    you if this document was -- sorry, let me rephrase

9    that.

10        I'm not expecting that you've seen

11    this document before, but I'm wondering if it may

12    refresh some of your recollection about that time

13    period and about what Mr Madoff was asked to do.

14        (Exhibit No. 23 marked for

15        identification.)

16        I apologize it is all in English,

17    but if you need to consult with the interpreter

18    over any of it, please feel free.

19    BY MS WANG:

20        Q.  Have you seen Exhibit 23 before?

21        A.  No, because documents which were

22    signed and provided to the judge were in French.

23        Q.  Again, Maître Airault, who is the

24    addressee at the top of this letter, was your

25    family's notary, is that right?

**10-04336_APLCAB0000045**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

179

1            A.   Yes.

2            Q.   You see the date says May 17, 1995.

3    Is that approximately when the discussions were

4    going on between Mr Madoff, the notary and the

5    guardianship judge concerning the Madoff

6    investments?

7            A.   Well, I can't remember, but it would

8    be easy to verify because this document has to be

9    after my mother relinquished the usufruct and

10   around the time when we opened accounts with

11   Madoff.  It could be verified.

12           Q.   Did Maître Airault speak English?

13                MR COOPERMAN:  Objection.

14                THE WITNESS:  I can't remember.

15   BY MS WANG:

16           Q.   Well, the reason why I'm asking is

17   because this letter is only in English and

18   obviously it's not translated into French, so...

19                MR COOPERMAN:  But it's not signed,

20   so we don't even know if it was sent.

21                MS WANG:  I know.  I'm not saying

22   that Mrs Apfelbaum should have seen it, I'm not

23   saying that it was sent, I'm just saying this is

24   just a document that we found.

25   ///

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000046

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

180

BY MS WANG:

       Q.  Do you see the first line of the
body of the letter, where it says:

       "At the request of the Apfelbaum
family, I am pleased to submit the following
information concerning our intended investment
strategy for their daughter Emilie"?

       A.  Yes.

       Q.  Is that consistent with your memory
of the type of information that either the
guardianship judge or the notaire wanted
concerning Emilie's accounts and investments in
the United States?

       MR COOPERMAN:  Objection.

       THE WITNESS:  I don't have an
opinion on this.  I remember the judge wanting to
know where the money was going.

BY MS WANG:

       Q.  As you sit here today you have no
knowledge or recollection whether a letter like
this was ever submitted to the guardianship judge
or to Mr Airault, is that right?

       MR COOPERMAN:  Objection.

       THE WITNESS:  Papers were provided
to the judge but I can't remember which ones

10-04336_APLCAB0000047

**Picard v. Igoin**                           **Laurence Apfelbaum  3-27-14**

                                                                    181

1         exactly; this was a long time ago.

2                      MS WANG:  I'm going to ask the

3         reporter to mark as Exhibit 24 a multi-paged

4         document.  It does not have Bates numbers because

5         it was attached as an exhibit to some of the

6         briefing that was filed in this case, but I want

7         to call your attention to some pages.  The textual

8         pages, there's a letter in French as well as an

9         English translation.  Take a look at it, let me

10        know if you have seen it before.

11                      (Exhibit No. 24 marked for

12             identification.)

13        BY MS WANG:

14                      Q.  My question was whether you had seen

15        this document before?

16                      A.  Yes, the page where my signature is

17        I have.

18                      Q.  What is this document?

19                      A.  It's the contract that Madoff

20        proposed to me after having done Emilie's.  It

21        isn't Emilie's because Emilie's is also signed by

22        my husband.

23                      Q.  So this contract you believe

24        concerns your account?

25                      A.  To my mind, yes.

**10-04336_APLCAB0000048**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

182

1              Q.   Now, do you see -- I'm looking at

2       the English translation, but feel free to look at

3       the French.   Do you see at number 1), where it

4       says:

5                   "The client agrees to deposit funds

6       and/or securities with Madoff, so that these can

7       be deposited into an account at Madoff for the

8       client's benefit."

9                   Do you see that?

10             A.   I see.

11             Q.   Did you, in fact, deposit new funds

12      at Madoff or was this effected through an

13      inter-account transfer at BLMIS?

14                  MR COOPERMAN:   Objection.

15                  THE WITNESS:   It's the inheritance,

16      the inheritance from my father.

17      BY MS WANG:

18             Q.   But the inheritance, for example,

19      was never withdrawn, converted into cash and then

20      redeposited at this time, is that right?

21                  MR COOPERMAN:   Objection.

22                  THE WITNESS:   I don't think so.

23      I can't remember.

24      BY MS WANG:

25             Q.   Do you see on number 4), where it

**10-04336_APLCAB0000049**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

183

1      says:

2                  "The client will pay Madoff, in

3      commission, fees not exceeding 12.5 US cents per

4      share and 300 US dollars for every 1,000,000

5      dollars in American Government bonds."

6                  Do you see that paragraph?

7           A.  Yes.

8           Q.  What did you understand this

9      paragraph to mean?

10                 MR COOPERMAN:  Objection.

11                 THE WITNESS:  Technically it doesn't

12     mean much, but in a concrete way it means that

13     Madoff wanted us to reinvest with him (that's why

14     he came to Paris), and he was granting me a...

15     BY MS WANG:

16          Q.  Was he granting you reduced

17     commissions compared to what he charged other

18     customers?  Is that what he told you?

19          A.  That's what he said but I don't know

20     what conditions he was granting other people.

21          Q.  Right.  Of course.

22          A.  He was a very good salesman.

23          Q.  As we found out.

24                 Did you, in fact, pay commissions to

25     Mr Madoff for the trades that were going on in the

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                                184

1       accounts?

2                    MR COOPERMAN:  Objection.

3                    THE WITNESS:  It's part of the

4       accounts and I've never really looked into it and

5       understood what was going on.  All I did was to

6       look at the results and translate them into euros

7       and make sure I was declaring them properly to the

8       French taxes.  My obsession was the French tax.

9       My only activity with these accounts was to look

10      at the results.

11      BY MS WANG:

12                   Q.  So, for example, Mr Madoff never

13      sent you a separate invoice for commissions?

14                   A.  Not that I would remember.

15                   MS WANG:  I'm told the tape is about

16      to end, so why don't we take our break.  If lunch

17      is here maybe we should just take our lunch break

18      now.

19                   MS SELTZER:  I'll check.

20                   THE VIDEOGRAPHER:  We are going off

21      the record.  The time is 11:55.

22                   (Off the record - 11:55 a.m.)

23                   (On the record - 1:06 p.m.)

24                   THE VIDEOGRAPHER:  This is the

25      beginning of tape two, volume two.  The time is

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                     **Laurence Apfelbaum  3-27-14**

185

1    1306.  We are back on the record.

2    BY MS WANG:

3           Q.  Mrs Apfelbaum, I'm going to have the

4    court reporter hand you what has been marked as

5    Apfelbaum Exhibit 25.  It is a multi-page document

6    of a French document with a certified translation.

7    Again, it does not have Bates numbers on the page

8    because it was submitted in connection with a

9    motion in this case.

10           (Exhibit No. 25 marked for

11              identification.)

12    BY MS WANG:

13           Q.  My question for you, when you have

14    reviewed it, is if you could tell me what it is.

15           A.  Yes.

16           Q.  So my question is what is

17    Exhibit 25?

18           A.  It is the document I mentioned

19    before, the guarantee that Madoff brought up to

20    the judge of guardianship, as requested, and it is

21    signed by my husband and myself.

22           Q.  Do you see in the section marked

23    number 4) it again has a section where it says:

24              "The client will pay Madoff, in

25    commission, fees not exceeding 12.5 US cents per

**10-04336_APLCAB0000052**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

186

1    share and 300 US dollars for every 1,000,000

2    dollars in American Government bonds."

3              Do you see that paragraph?

4         A.   Yes.

5         Q.   What did Mr Madoff tell you about

6    commission fees that would be charged on your

7    daughter's account?

8              MR COOPERMAN:  Objection.

9              THE WITNESS:  I can't remember

10   anything in particular.  All I know is that

11   we needed a guarantee for her capital.  You know,

12   that was the time of the BIF and these are

13   technical papers and there was a notary and my

14   husband was there, so I didn't get into the

15   details of anything.

16   BY MS WANG:

17             Q.  Do you remember if you were charged

18   commission for any transactions in Emilie's

19   account, whether the account was at BIF or after

20   when you were handling the accounts personally?

21             MR COOPERMAN:  Objection.

22             THE WITNESS:  Whether it was on BIF,

23   maybe.  Maybe it was on something else.  It went

24   for Emilie's account as it did for mine.  I can't

25   remember.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

187

1    BY MS WANG:

2              Q.   What was Mr Madoff's explanation for

3    the less-than-customary commissions?

4              MR COOPERMAN:   Objection.

5              THE WITNESS:   Same answer that

6    I gave for the contract.

7    BY MS WANG:

8              Q.   You gave for the other contract for

9    your personal accounts?

10             A.   Yes.

11             Q.   I'm looking back at the transcript.

12   You're saying that your understanding of the

13   commissions paragraph in this agreement is the

14   same as your understanding of the purpose of the

15   commissions paragraph in the agreement for your

16   account that we spoke about before lunch?

17             MR COOPERMAN:   Objection.

18             THE WITNESS:   Yes.

19   BY MS WANG:

20             Q.   Turning to the paragraph numbered

21   5), can you tell me what that paragraph -- can you

22   tell me the purpose of that paragraph?

23             A.   Well, that is the essential

24   paragraph, which is the guarantee intended for the

25   judge and the pre-requisite for us to invest in

10-04336_APLCAB0000054

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

188

1      this form of investment.

2              Q.  When you said the pre-requisite to

3      invest in this form of investment, you mean in

4      terms of keeping the investment at BLMIS; is that

5      right?

6              MR COOPERMAN:  Objection.

7              THE WITNESS:  Emilie and I inherited

8      some money and it was totally new -- it was new

9      money coming.  For Emilie it was important to

10     apply some conditions.  If this paragraph hadn't

11     been there the conditions wouldn't have been met

12     and the decision might have gone another way.

13     BY MS WANG:

14             Q.  When you say "the decision might

15     have gone another way," you mean the guardianship

16     judge would have required you to take Emilie's

17     investment out of Madoff, is that right?

18             A.  I can't tell you what the judge

19     would have said.  She (since she's a woman) did

20     specify some conditions, and those conditions

21     applied to any type of investment, and they were

22     that it should be reasonable and offer guarantees.

23             Q.  So in paragraph 5) of Exhibit 25

24     Madoff was essentially -- your understanding is

25     that Madoff was essentially guaranteeing that the

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

189

1    capital in Emilie's BLMIS account would decline by

2    no more than 5% a year, if at all?

3              MR COOPERMAN:  Objection.

4              THE WITNESS:  Yeah, that's what it

5    says.

6    BY MS WANG:

7              Q.  Who drafted this agreement?

8              MR COOPERMAN:  Objection.

9              THE WITNESS:  As regards this

10   essential paragraph laying down the main

11   condition, Maître Airault wrote a draft and

12   submitted it to Madoff, they held a discussion

13   about it and agreed on it.  I wasn't involved in

14   these technical aspects (which I don't always

15   understand) so I'm not into the detail of it.  But

16   I know it's the result of a discussion between

17   Maître Airault, who prepared it, and Madoff, who

18   agreed.  And I'm talking only about this paragraph

19   number 5), the rest of the document doesn't

20   contain anything where there were requirements, as

21   far as I know.

22             MS SELTZER:  "Where we have

23   requirements."

24             [Discussion]

25             THE INTERPRETER:  "The rest of the

10-04336_APLCAB0000056

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

190

1    document doesn't involve anything where we had

2    requirements."

3                    THE WITNESS:  At least not me

4    personally.

5    BY MS WANG:

6         Q.  Now, it was the guardianship judge

7    who required that there be some form of guarantees

8    concerning Emilie's account, is that right?

9                    MR COOPERMAN:  Objection.

10                   THE WITNESS:  Yes, that's what

11   I said.

12   BY MS WANG:

13        Q.  Where did the 5% loss figure come

14   from in this paragraph 5)?

15                   MR COOPERMAN:  Objection.

16                   THE WITNESS:  I don't know.

17   I didn't write this, it's the notary who wrote it.

18   I suppose it was part of -- well, I don't know.

19   I don't know the law exactly in these matters.

20   I don't know what should be in such a case, what

21   clauses should be.  I know that what the judge

22   wanted was a guarantee, but the exact terms

23   I wouldn't know.

24   BY MS WANG:

25        Q.  But certainly you weren't privy to a

10-04336_APLCAB0000057

**Picard v. Igoin**                         **Laurence Apfelbaum  3-27-14**

191

1      discussion or aware of a discussion --

2                A.   Excuse me.

3                And the notary is a man of the law

4      and he is the one who should know.

5                Q.   Back to my question.

6                Certainly you were not privy to a

7      discussion or aware of a discussion in which the

8      guardianship judge required losses of no less than

9      5% in the account, right?

10               MR COOPERMAN:   Objection.

11               THE WITNESS:   I had my husband with

12     me.   I was still under shock.   I trusted my

13     husband, the judge and the notary to know what to

14     do and I wasn't involved in the details.   I wasn't

15     listening to every word that was said.

16     BY MS WANG:

17               Q.   I just want to clarify something in

18     the record.   I realize I misspoke when I said does

19     the guardianship judge require losses of no less

20     than 5%.   The question should have been:   You have

21     no understanding or no knowledge of who might have

22     set a limit on the degree of losses in capital in

23     Emilie's BLMIS account, is that right?

24               MR COOPERMAN:   Objection.

25               THE WITNESS:   No.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                        **Laurence Apfelbaum  3-27-14**

BY MS WANG:

    Q.  My last question on this paragraph.
Where it says:  "Madoff agrees to compensate the
client for any losses [in excess of] 5 percent of
the capital market value," is it
your understanding that Madoff would have refunded
any losses over 5% in Emilie's account?

       MR COOPERMAN:  Objection.

       THE WITNESS:  I don't know what he
would have done, but his duty was not to invest in
investments that could have brought about losses
more than 5%.

BY MS WANG:

    Q.  Your recollection is that there were
never any losses in Emilie's account, is that
right, so that this paragraph never came into
play?

    A.  Madoff had -- well, there were no
losses because Madoff had set up a system that was
different in the case of Emilie's account than
mine.  It was a system of puts and calls
(something which I never really understood), but
he assured me that it was the way not to incur any
risk.

    Q.  Just to clarify your answer there.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000059

**Picard v. Igoin**                        **Laurence Apfelbaum  3-27-14**

193

1    Madoff set up a system for Emilie's account that

2    involved puts and calls that therefore would

3    minimize the risk to the capital of her account?

4    Is that right?

5                    MR COOPERMAN:  Objection.

6                    THE WITNESS:  Yes, that's just what

7    I said.

8    BY MS WANG:

9            Q.  And your personal account didn't

10   involve trading in puts and calls, is that right?

11           A.  No.

12                   MS WANG:  I'm going to ask the

13   reporter to mark a multi-paged document as

14   Exhibit 26.  It is stamped Brunner 0066 through

15   Brunner 0072.

16               (Exhibit No. 26 marked for

17           identification.)

18   BY MS WANG:

19           Q.  Mrs Apfelbaum, if you could take a

20   look at Exhibit 26 and let me know if you have

21   seen anything like this before.

22           A.  No, I haven't.

23           Q.  I'll tell you pages Brunner 0067

24   through to the end of that exhibit were the

25   typical forms that Madoff had sent to several of

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

194

1     his investors to fill out when they were opening

2     accounts.  It's your testimony that you have never

3     seen any documents like this before and never been

4     asked to fill out any documents that looked like

5     this before?

6                    MR COOPERMAN:  Object to the

7     preamble.

8                    THE WITNESS:  No, I haven't.

9     BY MS WANG:

10                   Q.  One last thing.  Do you see on

11    Exhibit 26 at page Brunner 0071 there's a form

12    called form W-8 Certificate of Foreign Status.  Do

13    you see that?  Were you ever given a form like

14    this or requested to complete a form W-8 in

15    connection with your BLMIS accounts or with

16    Emilie's BLMIS accounts?

17                   A.  No, not as far as I can remember.

18                   Q.  So now I want to discuss a little

19    bit about your mother's estate and how that was

20    handled with BLMIS.

21                   Your mother passed away in 2005, is

22    that right?

23                   A.  Yes.

24                   Q.  You had testified yesterday that you

25    opened the succession account at BLMIS to

10-04336_APLCAB0000061

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

195

 1      segregate funds to pay back US (United States)

 2      income taxes, is that right?

 3              A.  Yes.  There was a problem of income

 4      tax that was due in the States and I discovered

 5      this when my mother's estate was revealed.  As a

 6      US citizen she -- since 1948 she should have been

 7      paying tax --

 8              [The witness speaks to the interpreter in

 9          French]

10              She had been in France, and so she

11      hadn't realized that, since she had been in France

12      since 1948, that she should have been paying

13      income tax in the US.  I wanted to get all this

14      sorted out.

15              I contacted an American lawyer and

16      it ended up being a long and complicated and

17      uncertain matter.  So I felt it was the better to

18      open -- although I had closed her account when she

19      passed away, I decided to reopen an account that

20      would be separate and that would be to deal with

21      these matters, so as not to get mixed up with my

22      own accounts.

23      BY MS WANG:

24              Q.  When you say "although I had closed

25      her account when she had passed away," you mean

**10-04336_APLCAB0000062**

**Picard v. Igoin**                                      **Laurence Apfelbaum  3-27-14**

196

1    Mrs Doris Igoin's BLMIS account was closed when

2    she had passed away, is that right?

3            A.  Yes, the account at BLMIS.

4            Q.  So then, when you opened the

5    succession account to deal with the US taxes, you

6    opened a new account at BLMIS and transferred

7    funds from your account into the succession

8    account to pay for the taxes, is that right?

9            A.  When my mother passed away I closed

10   her BLMIS account and reinvested -- which was at

11   Madoff -- and reinvested in another account, also

12   at Madoff.  But when the IRS problem started to

13   happen I took out some amounts from that account

14   with my mother's money and I put it in a different

15   account, a special account, so that I could take

16   care of the succession problems from that account.

17            In fact details are coming back to

18   my memory.  It was all a very long-winded matter.

19   Because having inherited --

20            THE INTERPRETER:  No, sorry.

21            THE WITNESS:  -- having IRS to pay

22   in the States made a difference to my succession

23   even in France.  I discovered that my mother had a

24   big debt with IRS and that influenced not only the

25   taxes I had to pay in the US, but also in France.

**10-04336_APLCAB0000063**

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

197

1    So there was a lot of coming and going of figures,

2    both with the French tax authorities and with the

3    IRS that went on for months and even for years.

4    The cases were both open with both tax authorities

5    for a long time.

6                    MS SELTZER:  Laurence said there was

7    also an estate tax in the US.

8                    THE INTERPRETER:  Yes.  IRS taxes.

9    Yes.  Estate tax also in the US, not only in

10   France.

11   BY MS WANG:

12            Q.  Who are the American lawyers who you

13   consulted regarding the US tax?

14                    MR COOPERMAN:  Objection.

15                    THE WITNESS:  Ambre Seltzer, who's

16   here and...

17                    MS SELTZER:  Carina (C-A-R-I-N-A)

18   Levintoff (L-E-V-I-N-T-O-F-F).

19                    MS WANG:  I am going to ask the

20   reporter to mark as the Exhibit 27 a multi-paged

21   document bearing numbers AMF00078153 through

22   AMF00078158.

23   BY MS WANG:

24            Q.  Can you take your time to look

25   through Exhibit 27 and let me know if that

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000064

**Picard v. Igoin**                          **Laurence Apfelbaum   3-27-14**

198

1    refreshes your recollection about some of the

2    issues you were dealing with with your mother's

3    estate?

4              (Exhibit No. 27 marked for

5         identification.)

6              MR COOPERMAN:  This is another

7    document that hasn't been produced to us, is that

8    correct?

9              MS WANG:  Uh-huh.

10             MR COOPERMAN:  I just want to make,

11   on the record, a statement, because I'm certainly

12   going to pursue this with the court.

13             When we sought jurisdictional

14   discovery the Trustee objected to allowing us to

15   search for any documents on the basis it would be

16   too burdensome.  I find it both cynical and

17   extremely upsetting that you took the time to do

18   everything which you claimed would be too

19   burdensome and now you are using these documents

20   against us.  That's totally inconsistent with the

21   spirit of US law, it's totally inconsistent with

22   exactly what you said at the court.

23             So you go ahead, you'll take the

24   deposition the way you want, but I'm obviously

25   going to complain about all this.  What I was

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000065

Picard v. Igoin                        Laurence Apfelbaum  3-27-14

                                                        199

1   looking for was to extract your quote about this

2   in a letter, and I found it and you did object

3   that it would be burdensome to have to look

4   through all the records to find anything that we

5   requested.

6                   Proceed at your own peril, but we're

7   certainly going to make an issue of this.

8                   MS WANG:  Would having Exhibit 27

9   have made a difference?  Would it have had you

10  withdraw your motion contesting jurisdiction?

11                  MR COOPERMAN:  No, but it would have

12  allowed us to do what the purpose of discovery is,

13  which is you don't try to ambush by surprise,

14  which you're doing now.  That's the whole point of

15  US discovery, that each side gets to see the

16  other's documents beforehand.  And when you are

17  complaining it was too burdensome to ever look

18  through these things, but then you looked through

19  it yourself, that's outrageous.

20                  MS WANG:  I think you are confusing

21  fact discovery with jurisdictional discovery.  You

22  filed a motion to dismiss on the grounds that

23  there was no personal jurisdiction over

24  Mrs Apfelbaum or any of the defendants in this

25  case.

10-04336_APLCAB0000066

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                           200

1               MR COOPERMAN:  Not --

2               MS WANG:  These documents would have

3       been produced to you in our initial disclosures in

4       fact discovery; however, since you chose to file a

5       motion to dismiss, we were not able to get to that

6       step.  What the judge ordered was jurisdictional

7       discovery, which is discovery into the facts that

8       would be specifically known to your client, and

9       your clients, as to their contacts with the United

10      States concerning these -- and people within the

11      United States concerning these accounts.

12              MR COOPERMAN:  There's no

13      substantive difference between jurisdictional

14      discovery and regular discovery.  The purpose of

15      discovery is to allow us, each side, to discovery

16      what each is going to argue in certain motions.

17      So you proceed how you want, I just want you on

18      notice that to the extent you continue to use

19      documents, I'm certainly raising this with the

20      court.

21              I've said my piece, you proceed as

22      you want and so be it.

23              MS WANG:  There was a finding by the

24      court that you were not entitled to discovery from

25      us on what we planned to show in support of

                 BENDISH REPORTING, INC.
                      877.404.2193

                                      **10-04336_APLCAB0000067**

Picard v. Igoin                        Laurence Apfelbaum  3-27-14

201

1    jurisdiction over the defendants in this case.

2                    MR COOPERMAN:  Exactly.  That's

3    because you wrote to the court and you said --

4    I'll quote it for you if you like -- you said it

5    would be too burdensome for the Trustee to have to

6    look through all these boxes of documents to find

7    what we wanted.  But you did it yourself now and

8    you are using it against my client.  That's what's

9    upsetting.

10                   MS WANG:  This is two years later,

11   after jurisdictional discovery has been ordered.

12   We've had two years to look through the documents

13   in preparation for this deposition.  Are you

14   seriously suggesting that we should only have come

15   into this deposition using only the documents that

16   your clients chose to produce to us to take our

17   deposition to support our assertion of

18   jurisdiction over the defendants?

19                   MR COOPERMAN:  What I'm suggesting

20   is what's good for the goose is good for the

21   gander.  If you are claiming to a court that we

22   are unable to look through your documents and

23   request any documents from you because it's too

24   burdensome, yet at the same time you did that

25   burdensome task and now you are using documents

10-04336_APLCAB0000068

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

202

1    against my client, that's wrong.

2              So I've said my piece, go ahead at

3    your own risk and so be it.

4              MS WANG:  Again, I think you are

5    confusing the point -- the difference between

6    jurisdictional discovery and fact discovery.

7              MR COOPERMAN:  I am not confused.

8              MS WANG:  Jurisdictional discovery

9    is limited to facts and issues -- as we indicated

10   in the commission and as we had agreed to in the

11   commission -- facts that would be known to your

12   client about contacts with the United States.

13             MR COOPERMAN:  These are facts which

14   you are now trying to use which you're going to

15   claim were known to my client which were in your

16   possession.  It's directly relevant.  I'm not

17   confused.

18             We need not argue this anymore.  You

19   know my point.  Go at your own risk.  But I want

20   to put this on the record now so that when I make

21   my motion to the court you're not going to say:

22   He never told me that I shouldn't use these

23   documents.

24             MS WANG:  What's your motion to the

25   court going to be?

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000069**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

203

1          MR COOPERMAN:  You'll see my motion

2    to the court.  It's going to be --

3          MS WANG:  It wouldn't have changed

4    your assertion that there was no jurisdiction over

5    your clients, would it?

6          MR COOPERMAN:  No, but it would have

7    allowed me to look at the documents beforehand to

8    see (a) what you have, which is the purpose of

9    discovery.  And the fact that you looked through

10   documents and you found documents which you think

11   are harmful to my client, I could, perhaps --

12   I have no clue what's in those documents -- have

13   found documents that are helpful to my client.  So

14   that thereby now I can't make -- I can't claim --

15   there may be documents -- I haven't seen them --

16   there may be documents where Madoff talks about

17   all this is all in France and "she never called

18   me."  I have no idea what they say, but I have not

19   had the chance to look through it; that's the

20   purpose of discovery.

21          So, go ahead, go at your own risk.

22          MS WANG:  Let's go through and let's

23   see if you would decide to withdraw your motion to

24   dismiss.

25          MR COOPERMAN:  There's no way I'm

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000070**

**Picard v. Igoin**                            **Laurence Apfelbaum  3-27-14**

204

1    going to withdraw my motion to dismiss, but what

2    I would like to have done is what the Federal

3    rules require, is to allow me discovery to see

4    what you have.

5            MS WANG:  Now you're seeing what

6    we have.  If what you are saying is that it would

7    not have made a difference to whether you withdrew

8    your motion to dismiss or not, then I'm not sure

9    where that gets us and what your motion is trying

10    to do anyway.

11            MR COOPERMAN:  Because you, no

12    doubt, went through all your documents and looked

13    to see the good, the bad and the maybe.  I didn't

14    have that chance.  That's the problem.

15            MS WANG:  In any event, this

16    document, Exhibit 27, is being used to refresh

17    Mrs Apfelbaum's recollection, it is not (and

18    I never intended and I never said) that I expected

19    that Mrs Apfelbaum had seen this or had these

20    documents in her possession.

21            That said, why don't we talk about

22    Exhibit 27.

23            MR COOPERMAN:  What is it refreshing

24    her recollection about?

25    ///

**10-04336_APLCAB0000071**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

205

1    BY MS WANG:

2            Q.  The question pending was:  After you

3    had a chance to look through Exhibit 27, can you

4    let me know if that refreshes your recollection

5    about some of the issues and communications you

6    had with people at BLMIS concerning your mother's

7    estate and the payment of US income taxes.

8            MR COOPERMAN:  Objection.

9            THE WITNESS:  I can recognize my

10   handwriting.  That's mine.  And there are some

11   faxes with this letter.  Are they the ones that

12   were supposed to be there?  That I can't be quite

13   sure because they're not signed.  However --

14           [The witness speaks to the interpreter in

15       French]

16           The two faxes that I sent are with

17   my handwriting, no doubt about that.  But I don't

18   know what they refer to because there's no date.

19           However, I can tell you about my

20   mother's succession and how complicated it was.

21   Because amongst her assets there were the ones

22   where the bare ownership went to Emilie and where

23   the bare ownership went to me, and then there was

24   the part which became entirely mine because I was

25   the sole heir of my mother.  Then there's the

**10-04336_APLCAB0000072**

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

206

1   question of the percentages that applied every

2   year, as we saw before.  So each person had to be

3   given their share and what they were owed.

4              Then there was the decision to

5   reinvest.  Then that's when I had contact with

6   Madoff.  Of course first I had contact with him to

7   tell him that my mother had died and then the next

8   thing was to discuss how I wanted to handle these

9   different parts of the estate.  That's when I told

10  him about reinvesting for my daughter and for

11  myself.  And it's all written up by a notary

12  because in France it's a notary who deals with the

13  succession and who deals with all the paperwork.

14  For example, he's the one who wrote up the

15  succession.

16  BY MS WANG:

17          Q.  So the first two pages of

18  Exhibit 27, which are handwritten and end in 153

19  and 154, that's your handwriting and signed by

20  you, is that right?

21          A.  Correct.

22              MR COOPERMAN:  You ask the

23  handwriting as opposed to the numbers on top?

24              THE WITNESS:  Not the numbers.

25  ///

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

                                                                    207

1    BY MS WANG:

2             Q.  With the exception of the numbers on

3    the top of the second page, the handwriting on the

4    first two pages of Exhibit 27 is your handwriting

5    and it is signed by you, is that right?

6             A.  Yes.

7             Q.  It was sent by you to Mr Frank

8    de Pascali?

9             A.  The one where it says "Dear Frank,"

10   yes.  The other one, I don't know.

11            Q.  When you say "the other one," what

12   do you mean?

13            A.  Well, there are two pages and I'm

14   not entirely sure they come from the same fax.

15            Q.  Let's look at the fax header then at

16   the top, where it looks like 28/06/05 and there's

17   a time and it says page 1.  Then the next page

18   says 28/06/05.  There's a time.  Both appear to

19   say 18:34 and the second one says page 2.

20            A.  I wrote to di Pascali when it was to

21   do something fairly menial like communicate a

22   figure or find out if the bills had been redeemed,

23   but for bigger stuff I communicated with Madoff

24   directly.  For example, I talked to him to tell

25   him my mother had died and I was trying to sort

10-04336_APLCAB0000074

**Picard v. Igoin**                                   **Laurence Apfelbaum  3-27-14**

208

1    out the estate.  So that's why I'm not sure

2    whether the second page is also for di Pascali.

3              MS CARBAJAL:  She also said she sent

4    the legal documents to Madoff.

5              THE INTERPRETER:  "Legal matters

6    were discussed with him and..."

7         [The interpreter speaks to the witness in

8         French]

9              THE INTERPRETER:  "...these legal

10   documents were sent to Madoff."

11   BY MS WANG:

12        Q.  Did you also mention communications

13   with Maître Airault during that answer?

14        A.  He's the one who provided the

15   distribution of the estate.

16        Q.  All right.  Let's just limit the

17   discussion to the first two pages of Exhibit 27

18   for now.

19              Where it says:

20              "Dear Frank,

21              "I am sending you a letter which

22   I have just finished discussing with Bernard who

23   has probably been in touch with you by now."

24              "Bernard" means Bernard Madoff in

25   that sentence?

**10-04336_APLCAB0000075**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

209

1          A.  Yes.

2          Q.  And this "Dear Frank" is to Frank

3     di Pascali, right?

4          A.  Yes.

5              The use of the first names is

6     because Frank di Pascali wrote to me

7     "Dear Laurence," so I wrote to him "Dear Frank,"

8     although I've never met him.  So that is why first

9     names are used.

10         Q.  The second page, can you read into

11    the record the handwriting that is yours, please?

12         A.  It's my handwriting and it's my

13    signature.

14         Q.  I'm asking if you can read it into

15    the record.

16             MR COOPERMAN:  So we're going far,

17    far from just using this document to refresh her

18    recollection, is that right?

19             THE WITNESS (In English):  "The

20    translation of this texts amount to the fact that

21             "79 [million, etcetera] Treasury

22    Bills should be drawn from my account and put into

23    a new account named 'Doris Igoin succession,'

24    which is my property but must remain separate from

25    my account in my name and must be maintained in

**10-04336_APLCAB0000076**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                                    210

1    Treasury Bills (with the usual procedure of

2    selling them before they expire) until the

3    settlement of the succession is completed."

4    BY MS WANG:

5              Q.  And then that's your signature

6    below, right?

7              A.  Yes.

8              Q.  Does this page constitute the

9    instruction that 79,122,658 Treasury Bills should

10   be transferred into the Doris Igoin succession

11   account for the purposes of addressing the tax

12   issues that we were just speaking of?

13                  MR COOPERMAN:  Objection.

14                  THE WITNESS:  Yes, as I said.

15   BY MS WANG:

16              Q.  Now, I may have been a little bit

17   confused when you were talking about how you had

18   to keep track of the property and the account that

19   belonged to your mother and some of which belonged

20   to you and some of which belonged to your

21   daughter.

22                  Is it your understanding, if you

23   have an understanding, that the 79 million in

24   T-Bills constituted the portion that was

25   previously your mother's and not yours or Emilie's

10-04336_APLCAB0000077

**Picard v. Igoin**                               **Laurence Apfelbaum  3-27-14**

211

1    property before your mother's death or was it an

2    amount to cover income taxes that needed to be

3    paid or was it some other -- or did you arrive at

4    that figure for some other reason?

5              A.   This amount is the money that was my

6    mother's property and that I inherited minus the

7    succession duties which I had to pay.  And --

8                   MR QUINT:  "In France."

9                   THE INTERPRETER:  "In France."

10                   THE WITNESS:  -- I put it aside in

11   that account so as to be able to pay the

12   inheritance taxes in the States as well as the

13   backlog of IRS.

14                   May I step out, please, before

15   we move to the next question?

16                   MS WANG:  Sure.  Of course.

17                   THE VIDEOGRAPHER:  We are going off

18   the record.  The time is 1408.

19              (Off the record - 2:08 p.m.)

20              (On the record - 2:18 p.m.)

21                   THE VIDEOGRAPHER:  Going back on the

22   record.  The time is 1418.

23                   MS WANG:  The court reporter is

24   going to hand you what has been marked as

25   Exhibit 28.  It is a multi-paged document that,

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

212

1   other than the first unnumbered page, is

2   MADTSS01128122 through 25, and it is a document

3   that was attached to one of our filings, a motion

4   to dismiss.

5              (Exhibit No. 28 marked for

6         identification.)

7   BY MS WANG:

8              Q.  Mrs Apfelbaum, I'd like you to take

9   a look at Exhibit 28 and let me know what it is.

10  Can you tell me what it is?

11             A.  So what this is about is about the

12  system of puts and calls.

13             My tax advisor was actually ripping

14  his hair out because the system was such that

15  he could see what profits were made but he

16  couldn't see the losses, because the losses in

17  this system are -- they're suspended for as long

18  as five years, and it isn't advantageous fiscally.

19             And, you know, being on the right

20  side of the tax authorities is my main concern.

21  I don't know whether you know, but to have a tax

22  inspection in France is like going to your own

23  funeral, and that's something I've managed to

24  avoid all along because everything was always

25  aboveboard and very clear.  It was my mother's

10-04336_APLCAB0000079

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

213

1    obsession before me, then it became mine.  So

2    everything has been fine and very well managed for

3    all these years.

4              So, to get back to this paper, my

5    tax advisor was therefore having a very hard time

6    because he couldn't deduct the losses.  So when

7    Emilie turned 18 (and by the time this document

8    was issued, she was) we were able to stop the

9    system that had been set up in '95 to protect her

10   interests, this system of puts and calls.  And

11   this document was dictated to me by my tax

12   advisor, and the point is to change the system and

13   finish the puts and calls.

14             When I said I managed to "avoid" a

15   tax inspection, that's not quite the right term,

16   because you can't avoid it.  When it happens to

17   you it just hits you like a brick out of the blue,

18   and I was lucky not to have any.

19             Q.  So you're saying that this document

20   was generated around the time when Emilie turned

21   18 and you then wanted to get out of the system of

22   investing through puts and calls, is that right?

23             A.  It's dated.  Emilie then was a

24   grownup and no longer had guardians.

25             Q.  So the first page, the first textual

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000080

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

214

1    page that has handwriting, where it says

2    "Dear Frank," again, that is a note handwritten

3    from you to Frank di Pascali, is that right?

4              A.  Yes, it is.

5              Q.  Then the typewritten pages

6    afterwards, were those generated by you or by

7    someone else?

8              A.  My tax advisor dictated these pages

9    to me.  He was trying to help me to understand

10   this puts and call system.

11             Q.  Who is your tax advisor again?

12             A.  Mr Philippe Colin at the time.

13             Q.  Then in the first handwritten note,

14   the first page that's handwritten, where it says:

15             "Is this an adequate document for

16   working on our strategy for progressively evening

17   out Emilie's option loss/taxable gain gap?"

18             What were you asking there?

19             A.  So it refers to the matter of the

20   suspended losses.  I am asking the question about

21   this system which had been applied as a strategy

22   to protect Emilie's interests.  But my advisor

23   thought it would be better to reintroduce losses

24   in the yearly balances, so under his dictation

25   I am asking about this.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

                                                     215

1          Q.  So when you're saying your advisor

2    thought it would be better to reintroduce losses,

3    is it your understanding that you could use the

4    losses to offset gains?

5                MR COOPERMAN:  Objection.

6                THE WITNESS:  He wanted to know what

7    could be done.  Because these losses were not

8    declarable, were not in the tax return, whereas

9    the profits were.

10   BY MS WANG:

11         Q.  So you or your tax advisor were

12   looking for a way to use the losses in order to

13   potentially reduce your tax liability, is that

14   right?

15               MR COOPERMAN:  Objection.

16   BY MS WANG:

17         Q.  You can answer the question.

18         A.  Yes.  I think I've told you, how to

19   handle the question of these losses and stop the

20   system so that we wouldn't go on having these

21   unusable losses.

22         Q.  After Emilie reached the age of

23   majority, did her account still -- did BLMIS still

24   execute puts and calls in her account?

25         A.  I don't know when it actually

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

216

1    stopped, but the point of this was to bring it to

2    stop.

3                    Q.  Did you discuss this with Mr Madoff

4    as well or only with Frank?

5                    MR COOPERMAN:  Objection.

6                    THE WITNESS:  It was something out

7    of the ordinary, so I talked to Madoff first who

8    told me to send the figures to Frank.

9                    MS WANG:  I'm going to ask the court

10   reporter to hand you what's been marked as

11   Exhibit 29.

12               (Exhibit No. 29 marked for

13        identification.)

14                    MR COOPERMAN:  Copies for me?

15   BY MS WANG:

16                    Q.  Can you take a look at Exhibit 29

17   and tell me what it is?

18                    MR COOPERMAN:  I assume the first

19   part is your translation?

20                    MS WANG:  Yeah.

21                    MR COOPERMAN:  Just so she

22   understands that.

23                    MS WANG:  Yes.

24                    MR COOPERMAN:  (To the witness)  The

25   first part is they translated into English your...

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

217

1          [Ms Delphine Eskenazi leaves the room and

2      Mr Jean-François Canat takes her place]

3                  THE WITNESS:  Those are the

4      succession deeds for my mother and my father.

5      BY MS WANG:

6                  Q.  Can I ask you to turn to the page

7      that's marked Apfelbaum01810.  You can look at

8      either the French or the English.

9                  Do you see under the "Identification

10     No. 2" and then paragraph 1) it says:  "At BANQUE

11     POUR L'INDUSTRIE FRANÇAISE"?  Is it your

12     understanding that the holdings referenced in this

13     paragraph number 1) constitute the holdings at

14     BLMIS that your father had at the time of his

15     death?

16                 A.  It's the account he had at BIF.  And

17     there were some Treasury Bills.  Then he had some

18     SICAV uses.

19                 MR QUINT:  That's a special form of

20     company designed for investments.

21                 MS SWARTZ:  It's a mutual fund.

22                 MS WANG:  So the BIF holdings listed

23     in this inventory include Madoff holdings as well

24     as some holdings in a French mutual fund, is that

25     right?

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000084

**Picard v. Igoin**                                **Laurence Apfelbaum  3-27-14**

218

1          MR COOPERMAN:  Objection.

2          THE WITNESS:  Yes.

3    BY MS WANG:

4          Q.  Just below that, at number 2), where

5    it says "Banque Nationale de Paris," that's your

6    parents' joint checking account, is that right?

7          MR COOPERMAN:  Objection.

8          You're asking if she -- not just to

9    read the document, you're asking her if she has an

10   understanding of it separate to just reading the

11   document?

12         MS WANG:  Yes.

13         MR COOPERMAN:  I want the witness to

14   understand that.

15         THE WITNESS:  I can't remember the

16   details of everything my father had and in what

17   form, but I can tell you that the part that's mine

18   is a quarter, since half was for my mother and

19   I got half of the other half.

20   BY MS WANG:

21         Q.  But it's your understanding that the

22   Banque Nationale de Paris is where your parents

23   had their joint checking account, is that right?

24         A.  I can't remember.  But I do remember

25   that my mother had an account at BNP because

**10-04336_APLCAB0000085**

**Picard v. Igoin**                           **Laurence Apfelbaum  3-27-14**

219

1    that's the one I closed when she died.

2              Q.  And "BNP" means Banque Nationale de

3    Paris?

4              A.  Banque Nationale de Paris.

5              Q.  It's your recollection in your

6    testimony that the bulk of your father's estate

7    was held at Madoff, is that right?

8              MR COOPERMAN:  Objection.  She said

9    over and over it's BIF, not Madoff.

10   BY MS WANG:

11             Q.  At the time of your father's death

12   BIF managed your father's holdings at BLMIS, is

13   that right?

14             MR COOPERMAN:  Objection.

15             THE WITNESS:  I don't know how to

16   answer this technically, but the accounts were at

17   BIF.

18   BY MS WANG:

19             Q.  So the BLMIS holdings at the time of

20   your father's death would have been encompassed

21   and reflected under paragraph 1) where it says at

22   "At BANQUE POUR L'INDUSTRIE DE FRANÇAISE," is that

23   right?

24             MR COOPERMAN:  Objection.

25             THE WITNESS:  Yes.  The Treasury

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000086

220

1    Bills, the money that was managed by Madoff,

2    I don't know exactly how they interrelate, but, at

3    any rate, it's there in that account; that's where

4    the biggest amount of money is.

5              MS SELTZER:  I think she said

6    "I don't know how Madoff and BIF interacted";

7    right?

8              THE INTERPRETER:  Okay.  "I don't

9    know how BIF and Madoff interacted."

10   BY MS WANG:

11             Q.  Going to paragraph numbered 3) on

12   APFELBAUM01810, where it says:  "12 shares of

13   stock [in] the S.I.M.A.D.O.P. Company," do you

14   have any understanding of what S.I.M.A.D.O.P

15   Company stands for?

16             [The witness answers in French]

17             MS WANG:  There's a lot of "golf" in

18   that answer.

19             MR COOPERMAN:  Even I understand

20   that without the translation.

21             THE WITNESS:  That corresponds to

22   the Fourqueux (F-O-U-R-Q-U-E-U-X) Golf Club.  To

23   be a member you had to have some shares in it, and

24   those were his shares in the golf club.  I don't

25   know more than that because I don't play golf

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

                                                                          221

1    myself.

2    BY MS WANG:

3          Q.  Okay.  We're done with that

4    document.

5                Wait, before we do that.  Is it your

6    understanding that at the time of your father's

7    death he had not placed any assets in trust for

8    you or your daughter, is that right?

9          A.  No, I never heard about such a trust

10   in my name or my daughter's name.  Everything he

11   had is described here.

12         Q.  Okay.  So all of your father's

13   assets would be described in this inventory that

14   you were aware of?

15         A.  Yes.  The whole estate is there.

16               MR QUINT:  "The whole estate I have

17   knowledge of which."

18   BY MS WANG:

19         Q.  So the whole estate of which you

20   have knowledge is listed in the inventory that is

21   Exhibit 29, is that right?

22         A.  Yes.

23               MS WANG:  Next the reporter is going

24   to hand you what has been marked as Exhibit 30.

25   I would like you to take a look at it.  It's a

**10-04336_APLCAB0000088**

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

222

1    multi-paged document marked Brunner0047 to

2    Brunner0049, together with an English translation.

3              (Exhibit No. 30 marked for

4         identification.)

5    BY MS WANG:

6              Q.  Have you ever seen Exhibit 30

7    before?

8              A.  Yes, I saw it the day before

9    yesterday when my lawyer showed it to me.

10             Q.  So before preparing for this

11   deposition you had never seen Exhibit 30 before?

12             A.  No.

13             Q.  Do you recognize any of the

14   handwriting on Exhibit 30?

15             A.  I recognize the signature but not

16   the handwriting.  Firstly, he didn't write in

17   capitals.  Secondly, he didn't write in italics.

18   Maybe he might have been very careful to make it

19   very legible, but normally his handwriting was

20   illegible.

21             Q.  When you say you recognize his

22   signature, you mean you recognize your father's

23   signature on page 49?

24             A.  On the last page I recognize it.

25             Q.  But the handwriting on page 0048

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                      **Laurence Apfelbaum  3-27-14**

223

1    that has your name and your mother's name, you

2    don't necessarily recognize that as your father's?

3            A.   Yeah, normally he wrote in a much

4    more illegible way.  He might have made a special

5    effort, if that was his writing.

6            Q.   It's fair to say that your father in

7    his lifetime never told you about a Panamanian

8    Company named Magnify, Inc?

9            A.   No --

10           [The witness interrupts the interpreter

11       and continues her answer]

12   BY MS WANG:

13           Q.   All right, let's get a translation

14   of that; that was long.

15           A.   No, I didn't know anything about

16   this account because my father didn't discuss

17   those matters with us at all.  He was open in the

18   sense that he discussed things like Spinoza and

19   psychoanalysis and psychoanalytical reviews.  When

20   this came about it was a total and enormous

21   surprise for me.

22           I mean I might look composed just

23   now, but when I discovered all this it was quite a

24   shock.  Because it happened because of the suit by

25   the Trustee that I realized that this account

**10-04336_APLCAB0000090**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

224

1    existed.  So since then I've kind of got used to

2    the idea, but I really was flabbergasted.  Just

3    the same as when we discovered the will.

4              Maybe my father meant well.  He was

5    doing this for his wife and his daughter and

6    granddaughter, but it was still a shock.  When he

7    was alive he seemed so open, but obviously there

8    was an undercover world of things going on with

9    the will and then this suit came about.

10             [The witness speaks to the interpreter in

11        French]

12             THE INTERPRETER:  No, "undercover"

13    isn't the right word.

14             THE WITNESS:  He wasn't doing

15    anything undercover, he was doing it without

16    telling us.  There were things going on underneath

17    that we didn't know about.  But that's because my

18    father had a whole history with clandestinity.

19             During the war he had to be a

20    clandestine, and when I was a little girl I was

21    made to change my name and I couldn't understand

22    why.  He had a hard time to go back to his name

23    afterwards.  He had to undergo attacks,

24    particularly when he joint the de Gaulle

25    government, because he went through as a

**10-04336_APLCAB0000091**

**Picard v. Igoin**                                 **Laurence Apfelbaum  3-27-14**

225

1      Communist, because he had been under FILLON

2      (F-I-L-L-) --

3                      [The witness speaks to the interpreter in

4          French]

5                          -- Quillon (Q-U-I-L-L-O-N) -- Tillon

6      (T-I-L-L-O-N) who was one of the heads of the

7      resistance.  And my father was with him and they

8      were Communists, and then he was in the de Gaulle

9      government.

10                     Sorry, all this was about the word

11     "undercover" which was wrongly introduced by the

12     interpreter.

13                     MS WANG:  I'm going to ask the

14     reporter to mark Exhibit 31, which is a

15     three-paged document stamped Magnify00039 through

16     41.  I'm just going to ask you to take a look at

17     it.

18                     (Exhibit No. 31 marked for

19         identification.)

20     BY MS WANG:

21                     Q.  My question for you, Mrs Apfelbaum,

22     on Exhibit 31 is whether you have seen it before.

23                     A.  No.

24                     Q.  Had you seen it even in preparation

25     for this deposition?

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                         **Laurence Apfelbaum  3-27-14**

226

1      A.  I don't think so.

2      Q.  Do you recognize the handwriting on

3  the first two pages of Exhibit 31?

4      A.  Yeah, it's getting much closer to

5  what my father's handwriting was.  He wrote a lot

6  to himself and his writing was pretty much

7  scribbling, but here it's more like it.

8            MS WANG:  I'm going to ask the

9  reporter to mark Exhibit 32, which is a two-paged

10  document bearing the numbers Magnify00042 and

11  Magnify00043.

12            (Exhibit No. 32 marked for

13      identification.)

14  BY MS WANG:

15      Q.  Same question as the last document,

16  have you ever seen it before?

17      A.  Same answer.

18      Q.  Never seen it before but it's your

19  father's handwriting?

20      A.  It seems to be, yes.

21            MS WANG:  I'm going to ask the

22  reporter to hand you what's marked as Exhibit 33,

23  which is two pages bearing the numbers

24  Magnify00044 and Magnify00045.

25  ///

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

227

1              (Exhibit No. 33 marked for

2          identification.)

3    BY MS WANG:

4              Q.  The same questions, have you ever

5    seen this document before and is the handwriting

6    your father's?

7              A.  Same answer.  I hadn't seen the

8    document but it is the handwriting of my father in

9    a legible form, which was unusual.

10             Q.  In legible form, which was unusual?

11             THE INTERPRETER:  It was unusual for

12   it to be legible.

13             MS WANG:  Let's take a quick break.

14             THE VIDEOGRAPHER:  Going off the

15   record.  The time is 1502.

16             (Off the record - 3:02 p.m.)

17             (On the record - 3:14 p.m.)

18             THE VIDEOGRAPHER:  This is the

19   beginning of tape number three, volume two.  The

20   time is 1514.  We are back on the record.

21             MR COOPERMAN:  I just want to say

22   before we start, the court reporter told me we are

23   on 3 hours 40 minutes today.  We were here --

24   I realize there were breaks yesterday -- but for

25   6.5 hours, so I do hope you are coming to a

10-04336_APLCAB0000094

**Picard v. Igoin**                    **Laurence Apfelbaum   3-27-14**

228

1    conclusion rather quickly.

2            MS WANG:  Part of the reason why

3    we took this break was to see what we could finish

4    up quickly today.

5            MR COOPERMAN:  Good.  Thank you.

6            THE WITNESS:  Thank you.

7    BY MS WANG:

8            Q.  When your father passed away there

9    were significant taxes that had to be paid in

10   connection with his estate, right?

11           A.  Yeah, there were duties for Emilie

12   and myself, to cover our half of the estate.

13           Q.  Are those duties based on the

14   approximate value of the estate or some other

15   figure?

16           MR COOPERMAN:  Objection.

17           You're asking based on her

18   knowledge?  She's not a lawyer, obviously, to know

19   this.

20           THE WITNESS:  Those duties have set

21   rates and I can't remember what the rate was in

22   '95.  They change.  I don't know what the rate

23   would be today.

24   BY MS WANG:

25           Q.  And those duties would have been

**10-04336_APLCAB0000095**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

                                                                        229

1    paid out of the BIF account, is that right?

2                    MR COOPERMAN:  Objection.

3                    THE WITNESS:  Which BIF account?

4    Whose?

5    BY MS WANG:

6            Q.  My understanding, from the inventory

7    that we just looked at, was there were holdings at

8    BIF, is that right?

9            A.  Well, I have to remember.  Well,

10   it's hard to remember the exact order in which

11   things happened.  I've told you about the

12   difficult episodes after my father's passing away.

13                   As far as I can imagine, you can't

14   take any money out of any account you've inherited

15   until the whole succession is closed, so how it

16   went with my mother getting the usufruct and

17   having to relinquish it ... it was all a difficult

18   time.

19                   And then the judge and Madoff, who

20   came.  And then we decided to invest my share and

21   Emilie's share of the estate with Madoff.  I must

22   have known how much my share of the estate was.

23   Then there was the moment when we decided to go

24   with Madoff.

25   ///

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

                                                                 230

1          Now, did I pay the duties with my

2    own BIF account?  Yes, I think so.  And Emilie's

3    share of the duties must have been taken from her

4    account, though whether we took it from a BIF

5    account or any other account isn't really of

6    significance.

7          So, yes, we did pay with the BIF

8    accounts.  As it happens, that's where we made the

9    decision to invest.  If we hadn't decided to

10   invest in BIF then we would have paid with another

11   account --

12          [The witness speaks to the interpreter in

13       French]

14          -- then we would have paid from the

15   other account in which we would have placed our

16   money for investment.  I mean I don't have any

17   other account where the money could come from.

18          Q.  Were the duties that were owed on

19   the order of $48 million or more or less?

20          MR COOPERMAN:  Objection.

21          MR QUINT:  That's figures.

22          MS WANG:  Excuse me?

23          MR QUINT:  That's a question about

24   figures.

25          MR COOPERMAN:  I think he's invoking

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000097**

**Picard v. Igoin**                      **Laurence Apfelbaum  3-27-14**

231

1       the French blocking statute.

2                    MS WANG:  So you can't even say

3       whether it was more than 50 million or less than

4       50 million?

5                    MR COOPERMAN:  I'll let Mr Quint

6       address that.

7                    MS WANG:  So you're instructing your

8       client not to answer?

9                    MR QUINT:  Yes, I do.

10                   MS WANG:  So your position is that

11      she is allowed to talk about the estate taxes,

12      when they were paid, but not even to give an

13      approximate more-or-less-than amount for any of

14      the estate taxes?

15                   MR QUINT:  Yes.

16      BY MS WANG:

17                   Q.  Are you going to follow your

18      lawyer's instruction not to answer?

19                   A.  Yes, I'm going to follow his

20      instructions.

21                   MS WANG:  Just to put this on the

22      record, I think Jonathan and I spoke during a

23      break yesterday that one of the reasons why we are

24      asking in particular about Mr Igoin's estate taxes

25      is that we believe that there may be another BLMIS

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

232

1  -- one or more BLMIS accounts -- that were not --

2  that may be traceable to Mr Igoin and it's through

3  that account that the estate taxes were taken out

4  of.

5             One of the difficulties with your

6  continued assertion of the French blocking statute

7  is that we don't know if -- you know, we can't

8  tell if the accounts that -- the BLMIS accounts

9  that we've attributed to your clients constitute

10 all of the BLMIS accounts that have been

11 attributed to your clients or not, which we would

12 be able to do had we some semblance of some

13 figures in order to ballpark that.

14             MR COOPERMAN:  May I just address

15 that.

16             While I recognize you have goals,

17 I say two things.  One is, I understand the French

18 blocking statute is criminal in nature, it is not

19 meant to be civil, so Mr Quint -- and I'll let him

20 speak if he like -- so we're not going to allow

21 our client to subject herself to criminal actions.

22             Second of all, I think more

23 importantly, we are here today not to simply

24 search for assets for you folks, we're here on the

25 issue of jurisdiction.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000099

233

1   So, you know, I invite you to ask

2   Mrs Apfelbaum if she's aware of any other accounts

3   and, if she's not, then I don't really see how

4   your inquiry, however lofty goals it may have,

5   have anything to do with why we're here today.

6   MS WANG:  First let me address the

7   jurisdictional question, since that is why we're

8   here.

9   You know, if there were another

10   account or accounts that were attributable to the

11   Igoin family, those would be further evidence of

12   jurisdictional context, so it would be another

13   account through which, you know, Mrs Apfelbaum or

14   Mrs Doris Igoin acted after Albert Igoin's death.

15   That said, I do you understand where you're coming

16   from with, you know, your objection -- your

17   continuing objection -- concerning the French

18   blocking statute.

19   Also, given Mrs Apfelbaum's

20   testimony yesterday and today that since all of

21   the accounts were administered through BIF she

22   doesn't know how many BLMIS accounts constituted

23   the account or, you know, the accounts in BIF --

24   in other words, it wasn't a one-to-one

25   correspondence, there wasn't one BIF account per

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

234

1    one Madoff account -- this is why I'm trying to

2    get at the information in another way, because

3    I don't think this witness would know.

4              MR COOPERMAN:  At the end of the

5    day, on jurisdiction, you are not seeking

6    Albert Igoin to be subject to American

7    jurisdiction, you are seeking Mrs Apfelbaum,

8    you're seeking her daughter.  So it is their

9    contacts that go.  So that's why I encourage you

10   to ask her about other accounts.  I think I know

11   what her answer will be, and I think you know what

12   her answer will be, too.  Other than that, while

13   I understand where you are coming from, I don't

14   think this is the right forum or the right place

15   to ask these things.

16             MS WANG:  Again, I mean --

17             MR COOPERMAN:  I hear what you're

18   saying, you heard what I'm saying, so...

19             MS WANG:  We're just making our

20   record.

21             MR COOPERMAN:  We're making our

22   record.  I think we've made our record.

23             MS WANG:  Going back to what you

24   were saying about Mrs Apfelbaum, this is about

25   jurisdiction over Mrs Apfelbaum because she has

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

235

1    testified that she was involved in the

2    administration of her father's estate and her

3    mother's estates.  So, you know, to the extent

4    that this relates to additional contacts between

5    Mrs Apfelbaum and BLMIS, I think it is relevant.

6    That said, we've made our record, we can move on.

7                  MR COOPERMAN:  Right.  I disagree.

8    Let's move on and try to finish this because

9    we are, I believe, way beyond already the Federal

10   rules allowing time for depositions.  I've given

11   you leeway but, please, let's move on.

12   BY MS WANG:

13                  Q.  I wanted to clarify some part of the

14   earlier testimony today where, when Emilie first

15   inherited from your father, the French

16   guardianship judge required half her inheritance

17   to be invested in French Treasury Bonds, is that

18   right?

19                  MR COOPERMAN:  Objection.

20                  THE WITNESS:  Yes.  He wanted

21   nonspeculative investment, so Treasury Bills

22   seemed the right thing.

23                  MS WANG:  "French" Treasury Bills.

24                  THE INTERPRETER:  "French," yes.

25   ///

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000102

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

236

BY MS WANG:

    Q.  Did there come a time when those
assets were reinvested?  In other words, taken out
of French Treasury Bills and reinvested in
Emilie's BLMIS account?

            MR COOPERMAN:  Objection.

            THE WITNESS:  Well, I can't remember
the exact dates but I know that when the French
Treasury Bills matured coincides more or less with
Emilie's coming of age, and that's when we started
to give some thought to what to do with the
amounts and we decided to invest with Madoff.
This was a decision which wasn't --

            THE INTERPRETER:  Sorry, I withdraw
that.

            THE WITNESS:  My mother was still
alive and we trusted Madoff, so we thought it
would be good for her, too, and that's why
we decided to do that investment in 2000
something.

            I wanted to specify that my mother
was still alive.  Because you might remember that
there had been a conflict with her at the moment
of my father's estate, about the estate, and I had
got her to act against my father's will and she

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

237

1   never quite forgave me (I have that feeling).  So

2   this time around I wanted to do something that my

3   father would have done and go along with the

4   Madoff investment.  Remember, there was no reason

5   not to trust it at the time.

6                    MR QUINT:  "Not to be satisfied."

7                    THE INTERPRETER:  Okay.  "There was

8   no reason not to be satisfied with it."

9   BY MS WANG:

10                   Q.  So the decision to reinvest the

11  matured French Treasury Bonds in BLMIS, was that a

12  decision -- who made that decision?

13                   MR COOPERMAN:  Objection.

14                   THE WITNESS:  Officially Emilie, but

15  Emilie -- since she reached her majority -- but

16  Emilie hadn't got the faintest idea about that

17  sort of thing.

18  BY MS WANG:

19                   Q.  So who consulted with her on that

20  decision?

21                   A.  Well, my husband and I talked to

22  her.  And I felt that Madoff had been okay for me,

23  so why not.

24                   MS SWARTZ:  You didn't finish

25  translating what she said.

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000104

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

238

1          THE INTERPRETER:  Sorry, did

2     I miss...

3              [The interpreter speaks to the witness in

4          French]

5              THE WITNESS:  But we gave her a

6     choice.  We told her she could choose what she

7     liked; however we didn't have very many other

8     ideas to suggest, and that's because I don't have

9     any particular financial knowledge.  The person

10    who did have the financial knowledge was my

11    father.  He was a rich man all his life.  He had

12    been rich because --

13             [The witness speaks to the interpreter in

14         French]

15             All my life I've known him to be

16    rich.  We were fairly rich (I mean by usual

17    standards) as kids, and that's because he knew

18    about these things.  So I trusted his knowledge,

19    purported by my mother, and I wasn't going to

20    fight her again.  She was still alive during this

21    choice and she -- if that's the choice, carried

22    over from my father, represented by her, was the

23    one, why not?  I wasn't going to improvise myself

24    a guru of finance and come up with any other idea;

25    I couldn't.

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000105

**Picard v. Igoin**                                      **Laurence Apfelbaum  3-27-14**

239

1              MS WANG:  I'm going to ask the

2    reporter to mark as Exhibit 34 a three-paged

3    document stamped MADC0306, ending in 8, through

4    MADC0306, ending in 10.  It is a chart that was

5    attached to the Trustee's complaint.

6              (Exhibit No. 34 marked for

7         identification.)

8    BY MS WANG:

9              Q.  I just have a few very short

10   questions about this.

11              Do you see, on the second line,

12   where the date says "6/29/1995 CHECK WIRE,

13   (16,754,550)?"  Does that represent the withdrawal

14   from Emilie's BLMIS account to put into French

15   Treasury Bonds?

16              MR COOPERMAN:  Objection.

17              I just want the witness to

18   understand this was a document compiled by the

19   Trustee's expert looking at accounts.

20              (To the witness)  I just want you to

21   understand where this came from.

22              MS SELTZER:  (To the interpreter)

23   Could you reread the question?

24              THE INTERPRETER:  (To Ms Wang)

25   Okay, could you repeat the question?

10-04336_APLCAB0000106

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

240

BY MS WANG:

Q.   Do you see that this is a chart?
The second line of the chart (which has a gray
background, which makes it especially hard to
read) says "6/29/1995 CHECK WIRE, (16,754,550)."
Does that reflect the withdrawal from Emilie's
BLMIS account to invest in French Treasury Bonds?

MR COOPERMAN:  Objection.

You are asking her to speculate
about somebody else's intent in writing this down.
Seems highly irregular.  We're well past the
seven-hour limit of depositions, it's not time for
her to make speculation.

(To the witness)  If you understand
what that says you can, but you shouldn't
speculate.

THE WITNESS:  So this was part of
the documents which I reviewed with Mr Pradie, who
was the tax advisor.  And I'm not contesting the
figures, however I didn't know about these tables
and I don't know what the figure means, what it
corresponds to.  So --

MR COOPERMAN:  I just want to
caution, Mr Pradie is an attorney so anything the
witness spoke to Mr Pradie is privileged -- maybe

10-04336_APLCAB0000107

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

241

1    she doesn't understand that -- and we're not going

2    to allow that to be discussed.

3                    MS WANG:  Can we at least let the

4    interpreter finish the translation?

5                    MR COOPERMAN:  Well, not

6    necessarily, because I didn't realize it was going

7    this way.  Your question didn't --

8                    MS SWARTZ:  She didn't say anything

9    about what she discussed with Mr Pradie, okay?  In

10   French she did not say what she discussed with

11   Mr Pradie.  I don't know what the translator was

12   about to translate, but she didn't translate that

13   either.

14                   THE INTERPRETER:  No, I haven't had

15   time to finish.

16                   MS SWARTZ:  Exactly.

17                   MR COOPERMAN:  I just want the

18   witness to understand that anything she discussed

19   with Mr Pradie is privileged and she shouldn't

20   testify about it.

21                   THE INTERPRETER:  Would you like me

22   to finish?

23                   MS WANG:  I would like you to

24   finish.

25                   [To Mr Cooperman] To the extent you

10-04336_APLCAB0000108

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

242

1   still have an objection because something -- you

2   believe that there has been a disclosure of

3   privileged information, we will not call this --

4   we will not use this answer to constitute a waiver

5   of the privilege.

6              MR COOPERMAN:  That's not the way it

7   works.

8              (To the witness)  You should not

9   testify --

10              (To the interpreter)  Please tell

11  the witness she should not testify about anything

12  Mr Pradie told her.  I believe Ms Swartz is saying

13  that she hasn't already, so don't do it in the

14  future.

15              MS WANG:  This is part of the reason

16  why this deposition is taking so long.  In

17  addition to the delays inherent in conducting a

18  deposition in a foreign language and requiring

19  translations are your speaking objections that

20  continue to coach the witness in her answers.

21              MR COOPERMAN:  So it is your

22  position that --

23              MS WANG:  So I'm objecting to that.

24              MR COOPERMAN:  So it is your

25  position that coaching the witness means telling

BENDISH REPORTING, INC.
877.404.2193

10-04336_APLCAB0000109

Picard v. Igoin                         Laurence Apfelbaum  3-27-14

                                                          243

1        the witness not to give up anything that's

2        attorney-client privilege?  Is that your position?

3        Yes or no?

4                  MS WANG:  At this point there has

5        not been an answer that has disclosed any

6        attorney-client privileged information.

7                  MR COOPERMAN:  So your position is

8        I can't tell a witness that she shouldn't

9        answer attorney-client privileged information?  Is

10       that your position?

11                 MS WANG:  That should have been part

12       of your deposition prep -- not that I'm telling

13       you how practice law.

14                 MR COOPERMAN:  Okay.  So if we want

15       to talk about wasting time, we have gone over,

16       over and over again today, both this morning and

17       this afternoon, information that she told you

18       yesterday.  So let's just end the -- what we're

19       saying here.  Let's just finish this deposition.

20                 MS WANG:  That's what I'm trying to

21       do.

22                 I asked a very simple question,

23       which was whether, on or around June 29, 1995,

24       more than $16 million was withdrawn from Emilie's

25       BLMIS account and whether that amount was the

10-04336_APLCAB0000110

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

244

1    amount used to invest in the French Treasury

2    Bonds.

3                    MR COOPERMAN:  She answered your

4    question.

5                    MS WANG:  We did not get an answer

6    and we did not get a complete translation.

7                    MS SELTZER:  You did get an answer,

8    but you didn't get a translation.

9                    MS WANG:  Because Mr Cooperman

10   didn't allow the witness to finish.

11                   MR COOPERMAN:  That's not right.

12                   (To the interpreter)  But go ahead.

13                   THE WITNESS:  I'm not contesting the

14   figure, having consulted Mr Pradie; however,

15   I have no idea what it was for.  I would need my

16   own papers in order to find that out or to look

17   back.  Because I can see that the date

18   corresponds, but it could being either for what

19   you said or to pay the succession taxes.

20   BY MS WANG:

21          Q.  But is your recollection that the

22   money used to purchase the French Treasury Bonds

23   that were required by the French guardianship

24   judge was taken out of Emilie's BLMIS account?  Is

25   that right?

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000111

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

245

1          A.  Yes, of course, since all Emilie's

2      inheritance was in BIF and it couldn't stay all as

3      Treasury Bills.  Since the judge said some of it

4      had to be transferred, well, it had to come from

5      the BIF account.

6          Q.  Looking at the first page of

7      Exhibit 34, is there any other entry of the

8      magnitude that would be sufficient to buy the

9      French Treasury Bills as required by the French

10     guardianship judge?

11                    MR COOPERMAN:  Objection.

12                    THE WITNESS:  In '95, no.  But I was

13     looking --

14                    MRS APFELBAUM:  No, no, no, no, no.

15              [The witness speaks to the interpreter in

16        French]

17                    THE INTERPRETER:  "In '95, no" --

18              [The witness speaks to the interpreter in

19        French]

20                    THE INTERPRETER:  Sorry, the answer

21     was:  "In '95, yes."

22                    THE WITNESS:  I'm sorry, I have

23     trouble reading this document.  I have never read

24     these documents before.  I had read them, but I'm

25     not familiar with them.

10-04336_APLCAB0000112

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

---

246

1    BY MS WANG:

2              Q.  So I guess my question still isn't

3    answered, which is:  Is there any withdrawal on

4    the first page of Exhibit 34 that is of sufficient

5    magnitude to buy the French Treasury Bills as was

6    required by the French guardianship judge back in

7    1995?

8              MR COOPERMAN:  Objection.

9              THE WITNESS:  On the first page it

10   doesn't work, so the answer is no.

11             MR QUINT:  "For 1995."

12             THE INTERPRETER:  "For '95."

13   BY MS WANG:

14             Q.  All right.

15             I want to turn your attention to

16   page 2, the second page of Exhibit 34.  If you

17   look at column four, where it says "Cash

18   Deposits."  If you read that column down the page,

19   it is empty until an entry on November 21, 2005,

20   which reflects a deposit of almost $11 million.

21   Do you see that?

22             A.  Yes.

23             Q.  Does that reflect the reinvestment

24   after Emilie reached the age of majority?

25             MR COOPERMAN:  Objection.

**10-04336_APLCAB0000113**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

247

1          THE WITNESS:  Very probably, yes.

2          MS WANG:  Okay, we're done with that

3     exhibit.

4     BY MS WANG:

5          Q.  Did your parents ever discuss with

6     you any of their charitable activities in France

7     or in Israel?

8          A.  No.

9          Q.  So while they were alive, as far as

10    you know they did not engage in any charitable

11    activities in Israel or France?

12         A.  I don't know because they didn't

13    mention this to me.

14         Q.  How did you find out about the

15    collapse of BLMIS?

16         A.  By the radio.

17         Q.  At some point after you found out

18    about the collapse of BLMIS Ms Ayala Nadir called

19    you and told you about her activities in the

20    Yeshaya Hora(?) Association, is that right?

21         A.  Yes.

22         Q.  Can you tell me about that

23    conversation, since it has some -- obviously had a

24    reaction to it?

25         A.  It was a lot of surprises in a short

**10-04336_APLCAB0000114**

**Picard v. Igoin**                                   **Laurence Apfelbaum  3-27-14**

248

1   time.  First, Madoff.  Of course that was an

2   enormous surprise.  Then a couple of weeks later

3   my cousin calls to tell me something I didn't know

4   at all, that my father had set up a foundation --

5   I can't remember the name exactly -- in Israel,

6   and that she --

7            MRS APFELBAUM:  No.

8        [The witness speaks to the interpreter in

9     French]

10            THE WITNESS:  At the time I'm not

11  sure she gave me the name.  I'm not even sure she

12  gave me the name at the time.

13            -- in Israel, and she was the

14  manager.  And she had also lost everything because

15  of Madoff.  So it was a big surprise; I didn't

16  even know he'd done this.  Because I didn't know

17  there was any other money than what was in the

18  estate.  And I don't know with what money he'd

19  done it.  So at first I didn't know that it

20  existed.  Then I realized that my cousin had never

21  told me.  I only discovered all this --

22        [The witness speaks to the interpreter in

23     French]

24            So she told me that.  She'd never

25  told me until December 2008, and she'd had the

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

249

1    chance when my father passed away, another chance

2    when my mother passed away, but she had never told

3    me.

4              MR QUINT:  The witness has also said

5    that "she didn't tell me about that foundation

6    when my father died and neither when my mother

7    died."

8              MS WANG:  I think that's what the

9    translation was.

10              [The witness speaks in French]

11              MS WANG:  Can you please translate

12    what the witness just said.

13              THE INTERPRETER:  Okay.

14              THE WITNESS:  There's also something

15    that the translator didn't say: that I didn't know

16    -- I discovered that my father had other monies

17    than that that was in the estate, and that

18    I didn't know about.  My life is full of

19    surprises.

20    BY MS WANG:

21              Q.  So Ayala Nahir is your cousin,

22    right?

23              A.  Yes.

24              Q.  You had seen her intermittently

25    through family gatherings and she had never told

10-04336_APLCAB0000116

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

250

1    you about the foundation that your father had set

2    up?

3              A.  I met her here and then.  There

4    weren't any family gatherings as such in our sort

5    of family, but from time to time I got to meet

6    her.  She did come to Paris regularly, but I must

7    say --

8              MR QUINT:  Not "regularly."

9              THE INTERPRETER:  "Sometimes."

10   Sorry.

11             THE WITNESS:  -- but I can't say

12   that I saw her much.  We didn't get on

13   particularly well, we weren't close, and sometimes

14   I made it a point of duty to see her, but that was

15   quite infrequent.

16   BY MS WANG:

17             Q.  Did you know what she did for a

18   living before 2008?

19             A.  I saw her in a kibbutz, and then she

20   left it and I don't know what she did afterwards.

21             MR QUINT:  "And I don't know when

22   she left the kibbutz."

23   BY MS WANG:

24             Q.  So you don't know when she left the

25   kibbutz and what she did after the kibbutz, is

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000117**

**Picard v. Igoin**                                   **Laurence Apfelbaum  3-27-14**

251

1    that right?

2              [The witness speaks in French]

3              Okay, let's stop and get a

4    translation of that and see if I got an answer to

5    my question.

6              THE INTERPRETER:  Okay.

7              THE WITNESS:  I'll have to explain a

8    few things.

9              I didn't -- I hardly ever met her --

10   oh, yes, I did meet her once in Jerusalem and,

11   yes, I have to tell you how that happened.

12             I used to go a lot to Jerusalem --

13             MRS APFELBAUM:  No.

14             THE INTERPRETER:  Or "quite a few

15   times" --

16             MRS APFELBAUM:  No.

17             [The witness speaks to the interpreter in

18      French]

19             THE INTERPRETER:  Oh, "to Israel."

20   Sorry.

21             THE WITNESS:  So you remember that

22   my husband has a wife and children and a mother in

23   Israel.  So as long as my mother was --

24             Well, first, let me tell you, it's

25   when he left the ghetto, he stayed in France, he

10-04336_APLCAB0000118

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

252

1    studied and lived in France, but his mother went

2    back to Israel after the war.  And my husband,

3    therefore, often traveled to Israel to see his

4    mother, his children and his ex-wife (with whom he

5    got on quite well).  And when I married him,

6    I also went to Israel with him.  We went every

7    year at the end of the year in December.  And

8    we mainly wanted to visit his mother until finally

9    it stopped when she died.  And we used to go to

10   the Red Sea, to Sharm el Sheikh.  That went on

11   until Sharm el Sheikh went over to Eilat and until

12   my mother-in-law passed away, and so that stopped.

13   But for a long time I went every year.

14              So once I met my cousin in

15   Jerusalem, at the museum where she was a volunteer

16   guide.  Because normally we were in Tel Aviv, but

17   when I went to visit Jerusalem I saw her in the

18   museum.  So that's one time I can mention when

19   I saw her.

20              MS SELTZER:  No, that her activity

21   at the time was volunteer at the museum.

22   BY MS WANG:

23          Q.  Approximately when was this?

24          A.  I don't know.  I would say early

25   '80s.

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-04336_APLCAB0000119**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                              253

1              MR COOPERMAN:  Could I just ask the

2    court reporter, when either Mr Quint or Ms Seltzer

3    makes a comment on the translation, could it be

4    indicated here that they are not testifying, they

5    are just correcting the translation.

6              MS WANG:  They're speaking.  She's

7    taking down what they're saying.

8              MR COOPERMAN:  But it comes out as

9    maybe they're testifying, which they're not doing,

10   they're translating.

11             MS WANG:  Well, I might have an

12   argument that they are trying to testify for the

13   witness.

14             MR COOPERMAN:  Well, you've got

15   several people who are fluent in French on your

16   side who would correct them if they were saying

17   something wrong, and I haven't heard that.

18   BY MS WANG:

19             Q.  Do you know Ayala Nahir's children?

20             A.  I met them a long time ago, once,

21   when I visited the kibbutz.

22             Q.  Again, when did you visit the

23   kibbutz?

24             A.  I don't know my biography with

25   dates.

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

254

1        Q.  1980s?  1990s?  I don't need an

2   exact...

3        A.  I would say in the '70s.  And it

4   might be in '77, because there was the Congress of

5   Psychoanalysis held in Israel in '77 (or maybe

6   '76), so it might have been at that occasion.

7   What helps me to remember is that I know I went

8   alone to the congress and to the kibbutz,

9   therefore it's before my marriage, but I'm not

10   quite sure.

11        Q.  So is it fair to say that you don't

12   know what Miss Nahir was doing to make a living in

13   the 1990s or after 2000, between 2000 and 2008?

14        A.  No, I don't know.  But I would

15   assume she was retired because she's older than

16   me.  Retired from what, I don't know.  I don't

17   even know how the system works in Israel.

18        Q.  Did your father and mother ever

19   discuss Miss Nahir or her children and also

20   whether they intended to make any financial

21   provisions for them?

22             MR COOPERMAN:  Objection.

23             (To the witness)  You can answer.

24             THE WITNESS:  No, certainly not.

25   I know that because I, myself, when I came to

10-04336_APLCAB0000121

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

255

1  write my will, was worried that I had to do the

2  right thing and, since my parents had never done

3  anything -- or mentioned anything -- about my

4  cousin, I felt it was my duty to think about it

5  and decide whether I wanted to do something.  So

6  that is the proof that my parents had never

7  mentioned it.

8  BY MS WANG:

9          Q.  Is Ayala Nahir your only cousin?

10         A.  All the family?  All the sons?

11         Q.  First cousins?

12         A.  So she was the daughter of my

13  father's sister.  And this man was deported in

14  1942 and I never got to know --

15              MR QUINT:  No, the mother.

16              THE INTERPRETER:  Oh, sorry, the

17  mother.

18              MR QUINT:  She died in Auschwitz,

19  not in deportation.

20              THE WITNESS:  And my father had a

21  brother, Luke, who lived in France.  His daughter

22  was saved from going to Auschwitz, and she married

23  an American.

24              My mother had a sister who has two

25  sons who are older than me.  One lives in

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000122

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

256

1    California and the other in Canada.

2    BY MS WANG:

3           Q.  So when you said that when you came

4    to write your will you were worried that you had

5    to do the right thing as far as Ayala Nahir, what

6    did you mean by that?

7           A.  Because life in Israel can be

8    frugal, and I thought that she probably had enough

9    money to live with but not a lot.

10          Q.  Now, when you said that Miss Nahir

11   had called you in December 2008 and indicated that

12   she had lost everything also, did you come to

13   understand that that meant that she had

14   investments in Madoff as well?

15          A.  She said so.  It wasn't hers, it was

16   the foundation that she was leading.

17          Q.  What did she mean when she called

18   you in December of 2008 and advised that you get a

19   lawyer?  What did she say to you?

20                 MR COOPERMAN:  Objection.

21             [The interpreter translates the question

22       in French]

23                 MS SELTZER:  I'm sorry, that's

24   not -- that's not your question.

25                 THE INTERPRETER:  Okay.

**10-04336_APLCAB0000123**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

257

1          (To Ms Wang)  Could you rephrase the

2     question?  Sorry.

3               MS SELTZER:  No, read it, you don't

4     have to rephrase it.

5          [Mr Quint reads the question from the

6          computer and translates into French]

7               THE WITNESS:  She didn't advise me

8     to take a lawyer, she asked me whether I wanted to

9     meet hers, and I said no.

10    BY MS WANG:

11         Q.  Did she say who her lawyer was?

12         A.  Well, I can't answer that because

13    I don't know whether she told me at the time or

14    whether I found out later through the Trustee's

15    case.  So now I know who she was thinking of, but

16    whether she said it at the time, I don't know.

17         Q.  Now you think it was Yair Green?

18               MR COOPERMAN:  Objection.

19               THE INTERPRETER:  What's his name?

20               MS WANG:  Yair Green (Y-A-I-R).

21               THE WITNESS:  Yes, that's the name

22    that I saw that I know is associated with the

23    Trustee's complaint.  But my cousin didn't tell --

24    if my cousin said it to me, it was only during

25    that conversation because there hasn't been any

**10-04336_APLCAB0000124**

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

258

1   other, because I haven't spoken to her since.

2   I was quite angry to discover so late in time what

3   she had to say to me.

4   BY MS WANG:

5            Q.  Would it surprise you to learn that

6   your parents had also supported Ayala Nahir's

7   children by buying apartments for them?

8                    MR COOPERMAN:  Objection.

9                    THE WITNESS:  Surprises?  I'm beyond

10  any more surprises.

11                   MS WANG:  Well, let's take a break

12  and hopefully you'll have a pleasant surprise

13  because we may not have much more after this.

14                   THE VIDEOGRAPHER:  Going off the

15  record.  The time is 1620.

16             (Off the record - 4:20 p.m.)

17             (On the record - 4:34 p.m.)

18                   THE VIDEOGRAPHER:  Going back on the

19  record.  The time is 1634.

20                   MS WANG:  Mrs Apfelbaum, the court

21  reporter is going to hand you what's been marked

22  as Exhibit 35.  It is a two-paged document bearing

23  the numbers MADTSS01126454 and MADTSS01126455.

24             (Exhibit No. 35 previously marked for

25             identification.)

10-04336_APLCAB0000125

**Picard v. Igoin**                               **Laurence Apfelbaum  3-27-14**

259

1    BY MS WANG:

2         Q.  My only question for you on this

3    document is do you recognize the handwriting on

4    it.

5         A.  My mother's.

6              MS WANG:  I'm done with that

7    exhibit.

8              THE WITNESS:  So I don't get to know

9    what's in it?

10             MS WANG:  If you want to read it

11   you're welcome to, I just don't have any

12   questions.

13             MR COOPERMAN:  Well, we'll read it.

14   BY MS WANG:

15        Q.  Did there come a time after the

16   collapse of BLMIS when you applied for tax refunds

17   based on the fact that BLMIS had been operated as

18   a fraud?

19             MR COOPERMAN:  I object because

20   that's...

21   BY MS WANG:

22        Q.  The question is did there come a

23   time, it doesn't ask for any amounts.

24        A.  Yes.  Afterwards, yes, I did ask for

25   a tax refund, French tax.

**10-04336_APLCAB0000126**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

260

1      Q.  Did you ask for any US tax refunds

2   in connection with the BLMIS fraud?

3      A.  So, as regards American tax, I wrote

4   a letter to the gentleman who had handled my case.

5   It wasn't a possibility.  I asked and it wasn't a

6   possibility because -- well, you probably know

7   better -- because the regulations that apply in

8   agreements with the IRS cannot operate backwards.

9   And it was past and it couldn't be reopened.

10     Q.  When you say you wrote a letter to

11  the gentleman who had handled your case, are you

12  talking about an American lawyer or someone else?

13     A.  I don't remember exactly.  In any

14  case it was lost.  But I think the gentleman of

15  IRS.

16     Q.  Oh, you wrote to somebody at the

17  IRS?

18     A.  Yeah, the one we'd had the agreement

19  with, but I forget his name.

20     Q.  Just so I understand, when you say

21  the one you had the agreement with, that's in

22  connection with your mother's succession account?

23     A.  The one about the income tax.

24         MR COOPERMAN:  I just want to

25  caution the witness, because I know about this

**10-04336_APLCAB0000127**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

261

1    area and I believe it was done through lawyers.

2                    (To the witness)  So I caution you,

3    to the extent you've spoken to lawyers

4    representing you, not to divulge what was said.

5                    THE WITNESS:  Well, I can't remember

6    the details but I know that there was nothing that

7    could be done and that's why I've swept it aside.

8    BY MS WANG:

9            Q.  But there was some communication

10   with the IRS regarding whether there could have

11   been refunds on US taxes paid in connection with

12   the BLMIS fraud, is that right?

13                   MR COOPERMAN:  Objection.

14                   THE WITNESS:  I believe so.  But

15   we talked about it with my husband, but I don't

16   know really.

17                   MR COOPERMAN:  Ona, I don't believe

18   there was any.

19   BY MS WANG:

20           Q.  You never had any -- you never paid

21   US taxes on your own behalf, is that right, in

22   connection with the BLMIS investments?

23                   MR COOPERMAN:  Objection.

24                   MS WANG:  Let me just ask the

25   question again.

**10-04336_APLCAB0000128**

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

262

1    BY MS WANG:

2              Q.  You've never had to pay any US taxes

3    on your own behalf in connection with investments

4    at BLMIS, is that right?

5              MR COOPERMAN:  Objection.

6              THE WITNESS:  The only thing that

7    I have had to pay with regard to American tax is

8    on the estate of my mother.  There's no reason why

9    I should have any other tax from the States since

10   I hold no account there, I have no holdings,

11   belongings, I haven't worked there.  So the only

12   one is the estate tax.

13             MR COOPERMAN:  She said that

14   yesterday.

15             MS WANG:  No, she didn't.

16             MR COOPERMAN:  Yes, she did.  She

17   testified she paid taxes only for her mother

18   yesterday.  Now you're asking the same question

19   again.

20             MS WANG:  I'm confirming, because

21   the witness's answer earlier was not clear.

22             MR COOPERMAN:  What wasn't clear

23   about saying yesterday that she didn't pay taxes

24   -- only paid taxes on her mother's estate in the

25   US?  Was something unclear yesterday you could

10-04336_APLCAB0000129

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

263

1      have followed up?

2                  MS WANG:  No, there was an answer

3      that was unclear earlier that I'm cleaning up and

4      now you're just drawing it out.

5                  MR COOPERMAN:  I'm not.

6      BY MS WANG:

7                  Q.  Have you had any communications or

8      contacts with other victims of the BLMIS fraud?

9                  A.  No.

10                 Q.  Now I'm going to run through a few

11     names and for each name I want to ask if you know

12     the person or have heard of the person in any

13     context, not just in the context of BLMIS.

14                 MS WANG:  Jon, to try to head off

15     some of your objections, some of these are names

16     that are associated with Magnify, so I'm going

17     through them.

18                 MR COOPERMAN:  I'm shocked.

19                 Just so we can -- I assume you're

20     asking independent of anything she may have read

21     in your complaint, not, obviously, anything I may

22     have told her?

23                 MS WANG:  Right.

24                 THE WITNESS:  Yes, that's -- well,

25     there are names that I didn't know before but now

**10-04336_APLCAB0000130**

**Picard v. Igoin**                                 **Laurence Apfelbaum  3-27-14**

264

1    I know them because of the Trustee's case.

2    BY MS WANG:

3          Q.  Right, and my questions regarding

4    these names that I'm going to ask you one by one

5    (and we'll take them one by one) is whether

6    you have heard these names in any context before

7    the complaint was filed by the Trustee.

8                The first is Baruch (B-A-R-U-C-H),

9    whether as a first name or as a nickname for

10   somebody?

11         A.  Baruch Spinoza.

12               MR COOPERMAN:  I was just going to

13   say the same.  The philosopher Spinoza's first

14   name was Baruch Spinoza.

15               MS WANG:  Okay.  Well, that explains

16   a lot, actually.

17   BY MS WANG:

18         Q.  What about Itzhak Amir?

19               MR COOPERMAN:  Do you want to spell

20   that for her?

21   BY MS WANG:

22         Q.  Itzhak Amir, I-T-Z-H-A-K Amir?

23               MR COOPERMAN:  Why don't you spell

24   "Amir" for her.

25   BY MS WANG:

**10-04336_APLCAB0000131**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

265

1          Q.  Amir, A-M-I-R.

2          A.  No.

3          Q.  So you never met anyone named

4    Itzhak Amir or heard his name mentioned by either

5    of your parents?

6          A.  No.

7          Q.  Ruth Amir?

8          A.  No.

9          Q.  Jacques Amsellem (A-M-S-E-L-L-E-M)?

10         A.  No.

11         Q.  Does the name sound familiar to you

12   in any way?

13         A.  Amsellem?  There are plenty of them

14   in France, dentists and such, but...

15         Q.  But nobody that you know

16   specifically?

17         A.  No.

18         Q.  Okay.

19             Henri Atlan (A-T-L-A-N)?

20         A.  Yes.

21         Q.  Who was he?

22         A.  Yes, he's a professor of medicine

23   and a philosopher.  He wrote books and he's

24   famous.

25         Q.  Did you ever meet him?

**10-04336_APLCAB0000132**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

266

1    A.  I came across him at my father's

2 once.

3    Q.  Did your father tell you anything

4 about him?

5    A.  No.  I knew he was a famous man and

6 there's nothing to be said about it.

7    My father had many visitors at a

8 time because he was head of the Review of

9 Philosophy and the "Cahiers Spinoza," the Spinoza

10 notebooks.  There were plenty of visitors.  And

11 sometimes when I went to visit my parents somebody

12 was there and I didn't make a point of leaving

13 straightaway, so that's what I mean by "coming

14 across" them.

15    Q.  But as far as you know

16 Professor Atlan and your father were not engaged

17 in any business dealings -- as far as you know?

18    A.  No, I think they talked about

19 philosophy.

20    Q.  What about Réjean Michel Cedile

21 (C-E-D-I-L-E)?

22    A.  No.

23    Q.  Okay.

24    I'm going to mangle the

25 pronunciation of this one, but Hanoch Gottfreund.

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

267

First name H-A-N-O-C-H, last name

G-O-T-T-F-R-E-U-N-D?

       A.  I think I've read an article by him

but I can't remember in what area -- philosophy,

history of the Jews, I don't know.

       Q.  What about Emir Hadzic, H-A-D-Z-I-C?

       MR COOPERMAN:  Can you spell the

first name?

BY MS WANG:

       Q.  First name, Emir E-M-I-R.

       A.  No.

       Q.  What about Harry Rivkin,

R-I-V-K-I-N?

       A.  No.

       Q.  What about Saratoga Investments?

       A.  No.

       Q.  Josiane Lancelle, L-A-N-C-E-L-L-E?

       A.  No.

       Q.  Norman F. Levy?

       A.  What's the spelling?

       Q.  Last name L-E-V-Y.

       A.  No.  I know plenty of Levys, but not

this one.

       Q.  D. Souter, S-O-U-T-E-R?

       A.  No.

**10-04336_APLCAB0000134**

268

1      Q.  Patrick Littaye, L-I-T-T-A-Y-E?

2      A.  No.

3      Q.  Thierry Magon de Villehuchet?

4          MR QUINT:  De "la" Villehuchet.

5  BY MS WANG:

6      Q.  Do you want me to spell that for

7  you?  Thierry is T-H-I-E-R-R-Y, middle name

8  M-A-G-O-N, de la V-I-L-L-E-H-U-C-H-E-T.

9      A.  No.

10     Q.  Philippe Junot, J-U-N-O-T?

11     A.  No.

12     Q.  Guy de la Tour Dupin Verclause --

13  and I'm not going to spell that for anybody!

14         Guy (G-U-Y) de la Tour (T-O-U-R)

15  Dupin (D-U-P-I-N) and then Verclause

16  (V-E-R-C-L-A-U-S-E).

17     A.  No.

18     Q.  Oh, the answer was no?  After all

19  that?

20     A.  I don't know anyone with such a chic

21  name.

22     Q.  Then these are some names of some

23  investment funds, which I don't know if you've

24  heard of before.  Oreades, O-R-E-A-D-E-S?

25     A.  No.

**Picard v. Igoin**                                      **Laurence Apfelbaum  3-27-14**

269

1           Q.  Groupement Financier,

2      G-R-O-U-P-E-M-E-N-T Financier?

3           A.  No.

4           Q.  Lux Alpha, L-U-X A-L-P-H-A?

5           A.  No.

6           MS WANG:  Let me take like a

7      two-minute break and see if there's anything else,

8      and we may be done.

9           THE VIDEOGRAPHER:  Going off the

10     record.  The time is 1656.

11          (Off the record - 4:56 p.m.)

12          (On the record - 4:59 p.m.)

13          THE VIDEOGRAPHER:  We are back on

14     the record.  The time is 1659.

15          MS WANG:  We have no further

16     questions.  Thank you very much for your time,

17     Madam Apfelbaum.

18          MR COOPERMAN:  I don't have any

19     questions.

20          THE VIDEOGRAPHER:  This is the end

21     of the deposition of Laurence Apfelbaum, day two.

22     The number of tapes used today are three, the time

23     is 1659.  We are now off the record.

24          (The deposition concluded at 4:59 p.m.)

25          _____

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

270

1                        C E R T I F I C A T E

2

3

4            I do hereby certify that the

5    testimony of the witness taken in the

6    above-mentioned matter, contained herein, was

7    reduced to writing in the presence of the witness

8    by means of stenography; afterwards transcribed;

9    and is a true and complete transcript of the

10   testimony given by the witness.

11            I further certify that I am not

12   connected by blood or marriage with any of the

13   parties; their attorneys or agents; and that I am

14   not interested, directly or indirectly in the

15   matter of controversy.

16            In witness whereof I have hereunto

17   set my hand at London, England, United Kingdom,

18   this, the 31st day of March 2014.

19

20

21

22              *Susan A. McIntyre*

23

24   SUSAN A. McINTYRE, RPR, CRR, QRR

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

271

1                    S I G N A T U R E

2

3

4

5        I declare that I have read my within

6    deposition, and the same is true and accurate,

7    except for changes and/or corrections, if any, as

8    indicated by me on the change sheet flypaper page

9    hereof.

10

11        Signed in

12    on the      day of                    2014.

13

14

15

16                  LAURENCE APFELBAUM

17

18

19

20

21

22

23

24

25

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000138

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

272

1              ERRATA SHEET TO THE DEPOSITION OF

2              LAURENCE APFELBAUM, March 27, 2014

3        Page    Line          Change/Correction to Text

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     Signed:                              Date:

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000139

Picard v. Igoin

Laurence Apfelbaum   3-27-14

[Page 1]

**A**

**ability** 171:4
**able** 200:5 211:11
213:8 232:12
**aboveboard** 212:25
**above-mentioned**
270:6
**accept** 177:15
**account** 149:14 150:8
150:16,17,22,24
151:3,6,21,22,25
152:3,9 157:3,6,10
157:13,13,17,22
158:14 159:25
160:1,5,6,13,16,21
168:8,21 176:5,7,11
181:24 182:7 186:7
186:19,19,24
187:16 189:1 190:8
191:9,23 192:7,15
192:20 193:1,3,9
194:25 195:18,19
195:25 196:1,3,5,6
196:7,8,10,11,13,15
196:15,16 209:22
209:23,25 210:11
210:18 211:11
215:23,24 217:16
218:6,23,25 220:3
223:16,25 229:1,3
229:14 230:2,4,5,5
230:11,15,17 232:3
233:10,13,23,25
234:1 236:5 239:14
240:7 243:25
244:24 245:5
260:22 262:10
**accountants** 176:20
**accounted** 151:4
**accounting** 151:1,5
**accounts** 149:16
159:2 171:5 176:21
179:10 180:12
184:1,4,9 186:20
187:9 194:2,15,16
195:22 200:11

219:16 230:8 232:1
232:8,8,10 233:2,10
233:21,22,23
234:10 239:19
**accurate** 271:6
**accuse** 163:5
**act** 236:25
**acted** 150:23 233:14
**action** 153:21
**actions** 232:21
**Active** 143:21
**activities** 153:18
247:6,11,19
**activity** 184:9 252:20
**addition** 242:17
**additional** 235:4
**address** 163:15 164:5
231:6 232:14 233:6
**addressee** 178:24
**addressing** 210:11
**adequate** 214:15
**administered** 233:21
**administration** 235:2
**admitted** 144:17
**adolescent** 168:17,23
**advanced** 140:23
**advantageous** 212:18
**advise** 257:7
**advised** 256:18
**advisor** 212:13 213:5
213:12 214:8,11,22
215:1,11 240:19
**Adv.Pro.No.08-017...**
134:3
**afternoon** 243:17
**age** 142:25 143:10
175:17 215:22
236:10 246:24
**agents** 270:13
**ago** 181:1 253:20
**agree** 173:8
**agreed** 170:2,2
177:16 189:13,18
202:10
**agreeing** 169:9
**agreement** 146:16

187:13,15 189:7
260:18,21
**agreements** 260:8
**agrees** 182:5 192:3
**ahead** 198:23 202:2
203:21 244:12
**Airault** 137:12 174:2
178:23 179:12
180:22 189:11,17
208:13
**AL** 134:16
**Albert** 162:19 233:14
234:6
**Alexandre** 136:19
**alive** 172:20 224:7
236:17,22 238:20
247:9
**allow** 161:16 162:10
162:12 200:15
204:3 232:20 241:2
244:10
**allowed** 144:14
199:12 203:7
231:11
**allowing** 198:14
235:10
**Alpha** 269:4
**Ambre** 136:10 140:3
197:15
**ambush** 199:13
**American** 183:5
186:2 195:15
197:12 234:6
255:23 260:3,12
262:7
**AMF00078153**
137:19 197:21
**AMF00078158**
137:19 197:22
**Amir** 264:18,22,22
264:24 265:1,4,7
**amount** 157:11
162:19 209:20
211:2,5 220:4
231:13 243:25
244:1

**amounts** 196:13
236:12 259:23
**Amsellem** 265:9,13
**and/or** 182:6 271:7
**angry** 171:19 172:7
172:10,16 258:2
**Anne** 136:18 140:10
**annual** 175:22
176:11
**answer** 142:17
145:15 150:20
152:22 159:12
161:16 162:8,10,17
163:24 164:20
166:18 172:13
187:5 192:25
208:13 215:17
219:16 220:18
223:11 226:17
227:7 231:8,18
234:11,12 242:4
243:5,9 244:5,7
245:20 246:10
251:4 254:23
257:12 262:21
263:2 268:18
**answered** 152:17
244:3 246:3
**answers** 163:6
220:16 242:20
**Ans@ans-law.com**
136:11
**anybody** 268:13
**anymore** 202:18
**anyway** 167:12
204:10
**apart** 147:7
**apartments** 258:7
**Apfelbaum** 134:19
136:1 137:3 139:4
140:2,4,9,15 156:20
165:8 178:1 179:22
180:4 185:3,5
193:19 199:24
204:19 212:8
225:21 233:2,13

10-04336_APLCAB0000140

Picard v. Igoin                                          Laurence Apfelbaum    3-27-14

234:7,24,25 235:5
245:14 248:7
251:13,16 258:20
269:17,21 271:16
272:2
**Apfelbaum's** 204:17
233:19
**APFELBAUM01795**
137:22
**Apfelbaum01810**
217:7 220:12
**APFELBAUM01837**
137:22
**apologize** 178:16
**appeal** 155:7,10,18
155:20 166:4,20
**appear** 207:18
**applied** 188:21 206:1
214:21 259:16
**apply** 188:10 260:7
**appropriate** 153:6
**approximate** 228:14
231:13
**approximately** 157:5
179:3 252:23
**area** 165:9 261:1
267:4
**argue** 200:16 202:18
**argument** 253:12
**arrive** 211:3
**article** 267:3
**Artus** 134:21 136:12
136:22 139:10
**aside** 211:10 261:7
**asked** 148:6 151:15
156:25 168:12
169:4,22 172:8
174:14 176:25
178:13 194:4
243:22 257:8 260:5
**asking** 159:8 161:19
164:12 179:16
209:14 214:18,20
214:25 218:8,9
228:17 231:24
240:9 262:18

263:20
**aspects** 189:14
**assertion** 201:17
203:4 232:6
**assets** 146:14,21,23
160:17 165:23,24
167:21 168:2
205:21 221:7,13
232:24 236:3
**assist** 176:13
**associated** 257:22
263:16
**Association** 141:18
144:7,11 247:20
**ASSOCIÉS** 135:11
**assume** 216:18
254:15 263:19
**assured** 192:23
**Atlan** 265:19 266:16
**attached** 181:5 212:3
239:5
**attacks** 224:23
**ATTENDANCE**
136:17
**attention** 181:7
246:15
**attorney** 140:2,3
240:24
**attorneys** 270:13
**attorney-client** 243:2
243:6,9
**attributable** 233:10
**attributed** 232:9,11
**Auschwitz** 255:18,22
**authorities** 197:2,4
212:20
**Avenue** 135:20 136:8
**Aviv** 252:16
**avoid** 212:24 213:14
213:16
**aware** 191:1,7 221:14
233:2
**Ayala** 247:18 249:21
253:19 255:9 256:5
258:6
**A-L-P-H-A** 269:4

**A-M-I-R** 265:1
**A-M-S-E-L-L-E-M**
265:9
**A-T-L-A-N** 265:19
**a.lebreton@aiic.net**
136:21
**a.m** 165:3,4 184:22

---

**B**

**B** 137:7
**baccalaureate** 143:14
**back** 150:3,4 165:5,8
167:4 170:24
176:23 185:1
187:11 191:5 195:1
196:17 211:21
213:4 224:22
227:20 234:23
244:17 246:6 252:2
258:18 269:13
**background** 140:16
240:4
**backlog** 211:13
**backwards** 260:8
**bad** 204:13
**Baker** 135:3 139:19
139:20
**balances** 214:24
**ballpark** 232:13
**bank** 148:15 157:16
160:5
**banked** 160:23
**Bankruptcy** 134:1
139:8
**Banque** 217:10 218:5
218:22 219:2,4,22
**Bar** 144:17
**bare** 166:3,11 205:22
205:23
**Baruch** 264:8,11,14
**based** 149:3 228:13
228:17 259:17
**basic** 150:6,13
**basis** 148:10,16 154:4
154:21 198:15
**Bates** 137:9,11,13,14

137:16,17,19,20,22
137:23 138:1,2,4,5
138:7 156:15
158:18 178:4 181:4
185:7
**bearing** 156:15
158:18 178:3
197:21 226:10,23
258:22
**beginning** 184:25
227:19
**behalf** 158:8,13
174:4 261:21 262:3
**believe** 181:23
231:25 235:9 242:2
242:12 261:1,14,17
**belonged** 165:24,25
167:15 210:19,19
210:20
**belongings** 262:11
**Bendish** 139:13,15
**benefit** 182:8
**Bernard** 134:6,10,13
139:6 158:12
208:22,24,24
**better** 163:20 169:3
195:17 214:23
215:2 260:7
**beyond** 235:9 258:9
**Bichat** 144:1
**BIF** 186:12,19,22
217:16,22 219:9,12
219:17 220:6,9
229:1,3,8 230:2,4,7
230:10 233:21,23
233:25 245:2,5
**big** 196:24 248:15
**bigger** 207:23
**biggest** 220:4
**Bilingual** 143:21
**bill** 155:11
**bills** 153:14,15 154:1
154:11,25 157:11
162:21 174:9
176:12 207:22
209:22 210:1,9

**10-04336_APLCAB0000141**

Picard v. Igoin

Laurence Apfelbaum   3-27-14

[Page 3]

217:17 220:1
235:21,23 236:4,9
245:3,9 246:5
**biography** 253:24
**bit** 140:16 147:7
153:17 194:19
210:16
**BLMIS** 151:21,25
152:15 158:14
159:2 160:1 162:20
176:8 182:13 188:4
189:1 191:23
194:15,16,20,25
196:1,3,6,10 205:6
215:23 217:14
219:12,19 231:25
232:1,8,10 233:22
235:5 236:5 237:11
239:14 240:7
243:25 244:24
247:15,18 259:16
259:17 260:2
261:12,22 262:4
263:8,13
**blocking** 231:1 232:6
232:18 233:18
**blood** 270:12
**blue** 213:17
**BNP** 160:2,5,13,21
218:25 219:2
**body** 180:3
**bold** 159:24
**bonds** 183:5 186:2
235:17 237:11
239:15 240:7 244:2
244:22
**books** 265:23
**bought** 145:6,11
146:5,25
**Boulevard** 134:22
136:13 139:10
**boxes** 201:6
**bquint@granrut.c...**
136:6
**break** 162:3 163:7,17
164:1,24 184:16,17

227:13 228:3
231:23 258:11
269:7
**breaks** 227:24
**brick** 213:17
**briefing** 181:6
**bring** 176:17 177:15
216:1
**brother** 255:21
**brought** 185:19
192:11
**Brunner** 137:18,18
193:14,15,23
194:11
**Brunner0047** 137:24
222:1
**Brunner0049** 137:24
222:2
**Bruno** 136:5 140:1
**bulk** 219:6
**burdensome** 198:16
198:19 199:3,17
201:5,24,25
**business** 266:17
**buy** 145:24 245:8
246:5
**buying** 258:7
**B-A-R-U-C-H** 264:8

**C**

**C** 135:1 270:1,1
**Cahiers** 266:9
**California** 256:1
**call** 153:23 154:14,15
154:19,20,21
155:12 158:12
175:7 181:7 214:10
242:3
**called** 153:17 156:1
194:12 203:17
247:18 256:11,17
**calls** 192:21 193:2,10
212:12 213:10,13
213:22 215:24
248:3
**Canada** 256:1

**Canat** 135:16 217:2
**capital** 146:6 147:2
152:5 175:11,24
186:11 189:1
191:22 192:5 193:3
**capitals** 222:17
**Carbajal** 135:9
139:21 208:3
**care** 196:16
**careful** 222:18
**Carina** 197:17
**carried** 238:21
**carrying** 143:16,18
**case** 139:7 162:16
181:6 185:9 190:20
192:20 199:25
201:1 257:15 260:4
260:11,14 264:1
**cases** 197:4
**cash** 182:19 246:17
**cause** 168:20
**caused** 153:10
**caution** 240:24
260:25 261:2
**Cedile** 266:20
**center** 143:21,23
**cents** 183:3 185:25
**certain** 154:4 200:16
**certainly** 190:25
191:6 198:11 199:7
200:19 254:24
**Certificate** 194:12
**certified** 137:16
185:6
**certify** 270:4,11
**challenge** 166:5,20
**chance** 203:19
204:14 205:3 249:1
249:1
**change** 141:2 174:17
213:12 224:21
228:22 271:8
**changed** 203:3
**changes** 271:7
**Change/Correction**
272:3

**charged** 183:17
186:6,17
**charitable** 247:6,10
**chart** 239:4 240:2,3
**check** 184:19 239:12
240:5
**checked** 153:15
**checking** 218:6,23
**chic** 268:20
**children** 147:10,16
147:24,25 149:10
251:22 252:4
253:19 254:19
258:7
**choice** 238:6,21,21
**choices** 174:18
**choose** 149:23 238:6
**chose** 148:8 200:4
201:16
**chosen** 172:21
**citizen** 195:6
**civil** 232:19
**claim** 202:15 203:14
**claimed** 198:18
**claiming** 201:21
**clandestine** 224:20
**clandestinity** 224:18
**clarify** 167:5 191:17
192:25 235:13
**classes** 144:1
**clauses** 190:21
**cleaning** 263:3
**clear** 212:25 262:21
262:22
**client** 182:5 183:2
185:24 192:4 200:8
201:8 202:1,12,15
203:11,13 231:8
232:21
**clients** 200:9 201:16
203:5 232:9,11
**client's** 182:8
**close** 146:3 160:12
250:13
**closed** 195:18,24
196:1,9 219:1

10-04336_APLCAB0000142

Picard v. Igoin                                    Laurence Apfelbaum   3-27-14

[Page 4]

229:15
**closer** 226:4
**club** 220:22,24
**clue** 203:12
**coach** 242:20
**coaching** 242:25
**coincides** 236:9
**Colin** 214:12
**collapse** 247:15,18
  259:16
**column** 246:17,18
**come** 144:20 150:2,8
  150:9 171:9 174:15
  176:25 177:1
  190:13 201:14
  207:14 230:17
  236:2 238:24 245:4
  250:6 256:12
  259:15,22
**comes** 156:2 253:8
**comfortable** 163:24
**coming** 153:16
  163:20 188:9
  196:17 197:1
  227:25 233:15
  234:13 236:10
  266:13
**comment** 253:3
**commission** 183:3
  185:25 186:6,18
  202:10,11
**Commissioner**
  136:15 140:6
**commissions** 183:17
  183:24 184:13
  187:3,13,15
**committed** 155:5
**communicate** 207:21
**communicated** 158:2
  207:23
**communication**
  261:9
**communications**
  205:5 208:12 263:7
**Communist** 225:1
**Communists** 225:8

**community** 165:23
  167:10
**company** 217:20
  220:13,15 223:8
**compared** 183:17
**compensate** 192:3
**compiled** 239:18
**complain** 198:25
**complaining** 199:17
**complaint** 239:5
  257:23 263:21
  264:7
**complete** 151:1,4
  194:14 244:6 270:9
**completed** 210:3
**complicated** 155:13
  195:16 205:20
**composed** 223:22
**computer** 257:6
**concern** 154:18 174:7
  174:25 212:20
**concerned** 160:17
  166:17 168:5,22
  169:14
**concerning** 159:1
  179:5 180:6,12
  190:8 200:10,11
  205:6 233:17
**concerns** 164:5
  174:24 176:24
  181:24
**concluded** 269:24
**conclusion** 228:1
**concrete** 183:12
**condition** 189:11
**conditions** 183:20
  188:10,11,20,20
**conducting** 242:17
**confirming** 262:20
**conflict** 169:4 236:23
**confused** 202:7,17
  210:17
**confusing** 199:20
  202:5
**confusion** 153:10
**congress** 254:4,8

**connected** 270:12
**connection** 185:8
  194:15 228:10
  260:2,22 261:11,22
  262:3
**consented** 174:19
**considered** 160:1
**consistent** 180:9
**Consolidated** 134:5
**constitute** 210:8
  217:13 232:9 242:4
**constituted** 210:24
  233:22
**consult** 176:19
  178:17
**consulted** 197:13
  237:19 244:14
**contact** 206:5,6
**contacted** 195:15
**contacts** 200:9
  202:12 234:9 235:4
  263:8
**contain** 189:20
**contained** 270:6
**contesting** 199:10
  240:19 244:13
**context** 233:12
  263:13,13 264:6
**continuation** 139:3
**continue** 145:22
  200:18 242:20
**continued** 232:6
**continues** 223:11
**continuing** 233:17
**contract** 181:19,23
  187:6,8
**contribution** 156:7
  156:10
**control** 171:5
**controlled** 168:1
**controversy** 270:15
**conversation** 247:23
  257:25
**conversations** 172:9
**converted** 182:19
**Cooperman** 135:21

139:23,23 140:25
142:4,8,12 144:25
146:9,17 149:19
150:10,18 151:9
152:1,16,19,25
154:6 156:5,12
158:4 159:3,11
160:7 161:3,8,15,22
162:8 163:2,12,18
164:6,12,19,24
165:21 166:15,17
166:24 168:4 169:6
171:7,16,23 172:4
172:11,23 173:11
173:18,22 174:10
175:2,18 179:13,19
180:14,23 182:14
182:21 183:10
184:2 186:8,21
187:4,17 188:6
189:3,8 190:9,15
191:10,24 192:8
193:5 194:6 197:14
198:6,10 199:11
200:1,12 201:2,19
202:7,13 203:1,6,25
204:11,23 205:8
206:22 209:16
210:13 215:5,15
216:5,14,18,21,24
218:1,7,13 219:8,14
219:24 220:19
227:21 228:5,16
229:2 230:20,25
231:5 232:14 234:4
234:17,21 235:7,19
236:6 237:13
239:16 240:8,23
241:5,17,25 242:6
242:21,24 243:7,14
244:3,9,11 245:11
246:8,25 253:1,8,14
254:22 256:20
257:18 258:8
259:13,19 260:24
261:13,17,23 262:5

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000143

Picard v. Igoin

Laurence Apfelbaum   3-27-14

262:13,16,22 263:5
263:18 264:12,19
264:23 267:7
269:18
**Copies** 216:14
**Corporation** 134:3
139:6
**correct** 154:9 165:12
169:7 198:8 206:21
253:16
**corrected** 167:1
**correcting** 253:5
**corrections** 271:7
**correspondence**
233:25
**corresponds** 220:21
240:22 244:18
**costs** 161:12 164:17
**counsel** 139:17
**couple** 151:16 248:2
**course** 159:19 183:21
206:6 211:16 245:1
248:1
**court** 134:1 139:8,14
156:13 178:2 185:4
198:12,22 200:20
200:24 201:3,21
202:21,25 203:2
211:23 216:9
227:22 253:2
258:20
**cousin** 248:3,20
249:21 252:14
255:4,9 257:23,24
**cousins** 255:11
**cover** 154:5 211:2
228:12
**covered** 172:12
**create** 176:7,8
**criminal** 232:18,21
**CRR** 134:24 270:24
**CSG** 156:2,4
**CSR** 134:24
**customers** 183:18
**cynical** 198:16
**C-A-R-I-N-A** 197:17

**C-E-D-I-L-E** 266:21

**D**

**D** 267:24
**date** 153:15,16 154:2
179:2 205:18
239:12 244:17
272:25
**dated** 137:9,10,12
213:23
**dates** 155:4 236:8
253:25
**daughter** 147:13
148:23 149:2
150:15 160:24
164:8 165:15,16
166:1 167:17 168:3
180:7 206:10
210:21 221:8 224:5
234:8 255:12,21
**daughter's** 159:1
186:7 221:10
**David** 135:7 139:21
**day** 139:4 222:8
234:5 269:21
270:18 271:12
**de** 135:12 153:2,17
158:12,25 207:8
218:5,22 219:2,4,22
224:24 225:8 268:3
268:4,8,12,14
**deal** 195:20 196:5
**dealing** 198:2
**dealings** 266:17
**deals** 206:12,13
**Dear** 207:9 208:20
209:2,7,7 214:2
**death** 162:19 211:1
217:15 219:11,20
221:7 233:14
**Deborah** 148:23
149:2,7
**debt** 196:24
**Debtor** 134:11
**December** 248:25
252:7 256:11,18

**decide** 169:24 170:5
170:12 203:23
255:5
**decided** 195:19
229:20,23 230:9
236:12,19
**decision** 188:12,14
206:4 230:9 236:13
237:10,12,12,20
**declarable** 215:8
**declare** 271:5
**declaring** 184:7
**decline** 189:1
**deduct** 213:6
**deeds** 217:4
**defendant** 134:7
135:18 139:25
**defendants** 134:17
199:24 201:1,18
**degree** 141:13 191:22
**degrees** 140:24
141:12
**delays** 242:17
**Delphine** 135:14
139:22 217:1
**dentists** 265:14
**deportation** 255:19
**deported** 255:13
**deposit** 182:5,11
246:20
**deposited** 182:7
**deposition** 134:19
139:4,9 140:7
198:24 201:13,15
201:17 222:11
225:25 242:16,18
243:12,19 269:21
269:24 271:6 272:1
**depositions** 235:10
240:12
**Deposits** 246:18
**described** 221:11,13
**DESCRIPTION**
137:8
**designed** 217:20
**detail** 189:15

**details** 186:15 191:14
196:17 218:16
261:6
**di** 207:20 208:2 209:3
209:6 214:3
**Dialysis** 143:21
**dictated** 213:11
214:8
**dictation** 214:24
**died** 206:7 207:25
219:1 249:6,7 252:9
255:18
**difference** 166:8,22
196:22 199:9
200:13 202:5 204:7
**different** 150:17,25
156:2 192:20
196:14 206:9
**difficult** 229:12,17
**difficulties** 232:5
**Diploma** 144:15
**directly** 202:16
207:24 270:14
**disagree** 235:7
**disclosed** 169:1 243:5
**disclosure** 242:2
**disclosures** 200:3
**discover** 258:2
**discovered** 195:4
196:23 223:23
224:3 248:21
249:16
**discovery** 198:14
199:12,15,21,21
200:4,7,7,14,14,15
200:15,24 201:11
202:6,6,8 203:9,20
204:3
**discuss** 163:17
194:18 206:8 216:3
223:16 247:5
254:19
**discussed** 172:19
208:6 223:18 241:2
241:9,10,18
**discussing** 208:22

Picard v. Igoin

Laurence Apfelbaum   3-27-14

**discussion** 148:3 174:16 177:16,20 177:24 189:12,16 189:24 191:1,1,7,7 208:17
**discussions** 179:3
**dismiss** 199:22 200:5 203:24 204:1,8 212:4
**distribution** 208:15
**District** 134:1 139:9
**divulge** 261:4
**dmcmillan@baker...** 135:8
**doctor** 149:3
**document** 137:14,15 137:16,17,19,20,22 137:23 138:1,2,4,5 138:7 156:14 158:18 159:4,9,19 169:25 170:1,4 171:25 172:1 176:8 176:9 177:17,17 178:6,8,11 179:8,24 181:4,15,18 185:5,6 185:18 189:19 190:1 193:13 197:21 198:7 204:16 209:17 211:25 212:2 213:7 213:11,19 214:15 218:9,11 221:4 222:1 225:15 226:10,15 227:5,8 239:3,18 245:23 258:22 259:3
**documents** 171:21 176:12 178:21 194:3,4 198:15,19 199:16 200:2,19 201:6,12,15,22,23 201:25 202:23 203:7,10,10,12,13 203:15,16 204:12 204:20 208:4,10 240:18 245:24

**doing** 149:1,15 168:10 169:8 176:20 199:14 224:5,14,15 253:9 254:12
**dollars** 160:2 183:4,5 186:1,2
**Doris** 134:16 171:21 196:1 209:23 210:10 233:14
**doubt** 204:12 205:17
**draft** 189:11
**drafted** 189:7
**draw** 150:17
**drawing** 263:4
**drawn** 169:25 209:22
**drew** 149:14
**Drye** 135:19 139:24
**du** 136:3
**due** 153:16 157:3,11 195:4
**duly-appointed** 140:6
**Dupin** 268:12,15
**duties** 211:7 228:11 228:13,20,25 230:1 230:3,18
**duty** 192:10 250:14 255:4
**d'Avocats** 136:2
**D-U-P-I-N** 268:15
**d.eskenazi@uggc.c...** 135:15

**E**

**E** 135:1,1 137:7 270:1,1 271:1
**earlier** 144:18 235:14 262:21 263:3
**early** 252:24
**earn** 142:6
**easy** 179:8
**eating** 161:13 164:18
**education** 140:18 141:12
**effected** 182:12

**effort** 223:5
**Eilat** 252:11
**either** 148:7,11 177:12 180:10 217:8 241:13 244:18 253:2 265:4
**el** 252:10,11
**else's** 240:10
**Emilie** 150:8,15 160:16,24 164:8 165:16 168:9,9,13 168:16,20 169:8,10 169:13,16 170:6,19 171:10,14 173:9 175:16 180:7 188:7 188:9 205:22 213:7 213:20,23 215:22 228:11 235:14 237:14,15,16 246:24
**Emilie's** 160:18 164:17 167:24 168:6,8 173:16 174:8 180:12 181:20,21,21 186:18,24 188:16 189:1 190:8 191:23 192:7,15,20 193:1 194:16 210:25 214:17,22 229:21 230:2 236:5,10 239:14 240:6 243:24 244:24 245:1
**Emir** 267:6,10
**empty** 246:19
**encompassed** 219:20
**encourage** 234:9
**ended** 195:16
**engage** 247:10
**engaged** 143:13 266:16
**England** 270:17
**English** 137:24 178:16 179:12,17 181:9 182:2 209:19

216:25 217:8 222:2
**enormous** 223:20 248:2
**entirely** 205:24 207:14
**entitled** 200:24
**entry** 245:7 246:19
**episodes** 229:12
**ERRATA** 272:1
**error** 155:5 169:11
**escaping** 168:13
**Eskenazi** 135:14 139:22,22 146:12 146:15,22 148:5 217:1
**especially** 240:4
**ESQU-BR00007822** 137:13 178:4
**essential** 187:23 189:10
**essentially** 188:24,25
**estate** 134:16 165:14 170:25 194:19 195:5 197:7,9 198:3 205:7 206:9 208:1 208:15 219:6 221:15,16,19 228:10,12,14 229:21,22 231:11 231:14,24 232:3 235:2 236:24,24 248:18 249:17 262:8,12,24
**estates** 235:3
**ET** 134:16
**etcetera** 209:21
**euros** 184:6
**evening** 214:16
**event** 204:15
**evidence** 233:11
**exact** 163:8 190:22 229:10 236:8 254:2
**exactly** 163:3 176:10 181:1 190:19 198:22 201:2 220:2 241:16 248:5

Picard v. Igoin                          Laurence Apfelbaum    3-27-14

260:13
**EXAMINATION**
134:19
**examined** 137:4
  140:12,13
**example** 156:24
  158:7,11,24 159:9
  161:13 182:18
  184:12 206:14
  207:24
**exceeding** 183:3
  185:25
**exception** 207:2
**excess** 192:4
**exchanged** 156:25
**Excuse** 191:2 230:22
**execute** 215:24
**exhibit** 137:8,9,10,12
  137:14,15,17,19,20
  137:22,23 138:1,2,4
  138:5,7 156:15,17
  156:21 158:17,20
  158:24,24 178:3,14
  178:20 181:3,5,11
  185:5,10,17 188:23
  193:14,16,20,24
  194:11 197:20,25
  198:4 199:8 204:16
  204:22 205:3
  206:18 207:4
  208:17 211:25
  212:5,9 216:11,12
  216:16 221:21,24
  222:3,6,11,14
  225:14,18,22 226:3
  226:9,12,22 227:1
  239:2,6 245:7 246:4
  246:16 247:3
  258:22,24 259:7
**exist** 161:19 162:15
**existed** 224:1 248:20
**expected** 204:18
**expecting** 178:5,10
**expenses** 143:4 150:7
  150:13 161:2
  162:14

**expert** 239:19
**expire** 210:2
**explain** 162:1 163:18
  251:7
**explained** 160:19
  163:3
**explains** 264:15
**explanation** 163:8
  187:2
**expressed** 174:7,25
**extent** 200:18 235:3
  241:25 261:3
**extract** 199:1
**extremely** 198:17
**ex-wife** 252:4
**E-mail** 135:6,8,10,17
  135:22 136:6,11,16
  136:21
**E-M-I-R** 267:10

**F**

**F** 267:19 270:1
**Facsimile** 137:9,10
**fact** 142:16 144:6
  148:14 153:4 155:8
  182:11 183:24
  196:17 199:21
  200:4 202:6 203:9
  209:20 259:17
**facts** 200:7 202:9,11
  202:13
**faintest** 237:16
**fair** 223:6 254:11
**fairly** 154:3 207:21
  238:16
**familiar** 245:25
  265:11
**family** 149:21 150:23
  174:5 175:8 176:16
  180:5 233:11
  249:25 250:4,5
  255:10
**family's** 178:25
**famous** 265:24 266:5
**far** 189:21 194:17
  209:16,17 229:13

247:9 256:5 266:15
  266:17
**father** 165:10,11,25
  167:16,16 172:17
  172:19,25 173:2
  176:17 182:16
  217:4,14 218:16
  223:6,16 224:4,18
  225:7 227:8 228:8
  235:15 237:3
  238:11,22 248:4
  249:1,6,16 250:1
  254:18 255:20
  266:3,7,16
**father's** 165:13 167:7
  167:10,20 171:3
  174:18 175:8 219:6
  219:11,12,20 221:6
  221:12 222:22
  223:2 226:5,19
  227:6 229:12 235:2
  236:24,25 255:13
  266:1
**Faubourg** 136:3
**fax** 155:6 157:18
  158:3,8 159:6,15,20
  207:14,15
**faxed** 157:19
**faxes** 156:24 158:25
  159:21 205:11,16
**Federal** 204:2 235:9
**feel** 163:23 178:18
  182:2
**feeling** 237:1
**fees** 183:3 185:25
  186:6
**felt** 151:2 153:20
  168:11 169:2
  172:17 195:17
  237:22 255:4
**fight** 238:20
**figure** 190:13 207:22
  211:4 228:15
  240:21 244:14
**figures** 153:5 197:1
  216:8 230:21,24

232:13 240:20
**file** 149:18,24,24
  200:4
**filed** 139:7 149:17
  151:7 166:4,20
  181:6 199:22 264:7
**filings** 212:3
**fill** 194:1,4
**FILLON** 225:1
**finally** 252:8
**finance** 238:24
**financial** 147:24
  238:9,10 254:20
**financially** 144:21
  145:4 161:6
**Financier** 269:1,2
**find** 198:16 199:4
  201:6 207:22
  244:16 247:14
**finding** 200:23
**fine** 213:2
**finish** 213:13 228:3
  235:8 237:24 241:4
  241:15,22,24
  243:19 244:10
**finished** 156:21
  208:22
**first** 161:24 162:6
  176:24 180:2 206:6
  206:17 207:4
  208:17 209:5,8
  212:1 213:25,25
  214:13,14 216:7,18
  216:25 226:3 233:6
  235:14 245:6 246:4
  246:9 248:1,19
  251:24 255:11
  264:8,9,13 267:1,8
  267:10
**Firstly** 222:16
**fiscally** 212:18
**five** 147:13 212:18
**flabbergasted** 172:25
  224:2
**flat** 142:25 143:3
  145:6,8,10,16,22,25

Picard v. Igoin                    Laurence Apfelbaum    3-27-14

[Page 8]

146:3,4 147:1,5,6,8
**Floor** 136:8
**fluctuate** 155:4
**fluent** 253:15
**flypaper** 271:8
**folks** 232:24
**follow** 231:17,19
**followed** 263:1
**following** 180:5
**follows** 140:12
**foreign** 194:12
  242:18
**forgave** 237:1
**forget** 260:19
**forgot** 143:25
**form** 176:2 188:1,3
  190:7 194:11,12,13
  194:14 217:19
  218:17 227:9,10
**former** 149:10
**forms** 193:25
**fortune** 155:2 168:6
**forum** 234:14
**fought** 171:10
**found** 179:24 183:23
  199:2 203:10,13
  247:17 257:14
**foundation** 143:22
  248:4 249:5 250:1
  256:16
**four** 246:17
**Fourqueux** 220:22
**France** 134:23
  135:13 136:4,14
  139:11 140:18
  142:19 143:22
  144:8 147:19 149:3
  149:21 167:9
  195:10,11 196:23
  196:25 197:10
  203:17 206:12
  211:8,9 212:22
  247:6,11 251:25
  252:1 255:21
  265:14
**Frank** 158:12,25

207:7,9 208:20
209:2,2,6,7 214:2,3
216:4,8
**FRANÇAISE** 217:11
219:22
**fraud** 259:18 260:2
261:12 263:8
**free** 140:19,21 141:6
141:7,9,12,14
178:18 182:2
**French** 137:15 140:1
141:19 142:18
148:2,3,4,12 154:8
155:13 162:20
166:7 168:15 174:9
175:9 176:12
178:22 179:18
181:8 182:3 184:8,8
185:6 195:9 197:2
205:15 208:8 217:8
217:24 220:16
224:11 225:4
230:13 231:1 232:6
232:17 233:17
235:15,17,23,24
236:4,8 237:11
238:4,14 239:14
240:7 241:10 244:1
244:22,23 245:9,9
245:16,19 246:5,6
248:9,23 249:10
251:2,18 253:15
256:22 257:6
259:25
**front** 152:23 169:25
**frugal** 256:8
**full** 249:18
**fund** 217:21,24
**funds** 142:1,2 147:4
149:9 164:17 182:5
182:11 195:1 196:7
268:23
**funeral** 212:23
**further** 148:4,12
233:11 269:15
270:11

**future** 242:14
**F-I-L-L** 225:2
**F-O-U-R-Q-U-E-U...**
220:22

**G**

**G** 271:1
**gain** 152:5 214:17
**gains** 215:4
**gander** 201:21
**gap** 214:17
**gatherings** 249:25
250:4
**Gaulle** 224:24 225:8
**General** 160:23
**generalized** 156:7,9
**generally** 174:23
**generated** 213:20
214:6
**gentleman** 260:4,11
260:14
**getting** 162:4 163:25
170:24 226:4
229:16
**ghetto** 251:25
**girl** 224:20
**give** 163:7 168:12
231:12 236:11
243:1
**given** 154:16 166:2
166:11 194:13
206:3 233:19
235:10 270:10
**go** 151:10,16 165:8
167:4 170:7 172:16
198:23 202:2,19
203:21,21,22
215:20 224:22
229:23 234:9 237:3
244:12 251:12
252:9
**goals** 232:16 233:4
**goes** 150:22 151:11
**going** 139:16 148:22
149:6 156:13
158:16 159:11

161:15 162:11,17
163:4,12 164:4
165:1,5 174:13
176:23 178:1,6
179:4 180:17 181:2
183:25 184:5,20
185:3 193:12 197:1
197:19 198:12,25
199:7 200:16
202:14,21,25 203:2
204:1 209:16
211:17,21,24
212:22 216:9
220:11 221:23
224:8,16 225:13,16
226:8,21 227:14
231:17,19 232:20
234:23 238:19,23
239:1 241:1,6
255:22 258:14,18
258:21 263:10,16
264:4,12 266:24
268:13 269:9
**golf** 220:17,22,24,25
**good** 139:2 140:15
148:20 168:11
175:8 183:22
201:20,20 204:13
228:5 236:18
**goose** 201:20
**Gottfreund** 266:25
**government** 183:5
186:2 224:25 225:9
**granddaughter**
224:6
**grandfather** 173:2
**grandmother** 168:7
168:10,21,24 169:8
169:18
**GRANRUT** 136:2
**granting** 183:14,16
183:20
**gray** 240:3
**Green** 257:17,20
**grounds** 199:22
**Groupement** 269:1

Picard v. Igoin                                  Laurence Apfelbaum  3-27-14

**grownup** 213:24
**guarantee** 174:20
    185:19 186:11
    187:24 190:22
**guaranteeing** 188:25
**guarantees** 174:13,16
    177:13 188:22
    190:7
**guardian** 170:9,10,11
    170:15,17
**guardians** 170:19,20
    170:22 213:24
**guardianship** 173:17
    174:12,24 175:3,22
    176:3,14,23 177:2
    179:5 180:11,21
    185:20 188:15
    190:6 191:8,19
    235:16 244:23
    245:10 246:6
**guardian's** 175:4
**guess** 167:11 246:2
**guide** 252:16
**Guilmant** 136:19
**Guisbert** 139:12
**guru** 238:24
**Guy** 268:12,14
**G-O-T-T-F-R-E-U-...**
    267:2
**G-R-O-U-P-E-M-...**
    269:2
**G-U-Y** 268:14

### H

**H** 134:12 137:7
**Hadzic** 267:6
**hair** 212:14
**half** 166:2 167:16,17
    174:8 218:18,19,19
    228:12 235:16
**halfway** 159:23
**hand** 149:13 178:2
    185:4 211:24
    216:10 221:24
    226:22 258:21
    270:17

**handle** 206:8 215:19
**handled** 194:20
    260:4,11
**handling** 186:20
**handwriting** 205:10
    205:17 206:19,23
    207:3,4 209:11,12
    214:1 222:14,16,19
    222:25 226:2,5,19
    227:5,8 259:3
**handwritten** 206:18
    214:2,13,14
**Hanoch** 266:25
**happen** 154:17,25
    169:20 171:9,9
    196:13
**happened** 153:14,16
    153:21 154:3,16
    160:10 163:4
    165:20 168:16,17
    168:25 169:14,19
    171:18 223:24
    229:11 251:11
**happens** 213:16
    230:8
**happy** 163:18
**hard** 145:12 159:20
    213:5 224:22
    229:10 240:4
**harmful** 203:11
**Harry** 267:12
**Haussmann** 134:22
    136:13 139:11
**head** 148:19 263:14
    266:8
**header** 207:15
**heads** 225:6
**hear** 234:17
**heard** 221:9 234:18
    253:17 263:12
    264:6 265:4 268:24
**heir** 205:25
**held** 139:10 144:2
    160:17 167:11
    171:1 189:12 219:7
    254:5

**help** 142:10 214:9
**helped** 143:7 144:20
**helpful** 203:13
**helping** 145:4,4
**helps** 254:7
**Henri** 265:19
**hereof** 271:9
**hereunto** 270:16
**high** 142:19 152:5
**higher** 152:6
**highly** 240:11
**history** 140:17
    224:18 267:5
**hits** 213:17
**hold** 262:10
**holdings** 217:12,13
    217:22,23,24
    219:12,19 229:7
    262:10
**hope** 227:25
**hopefully** 258:12
**Hora** 247:20
**hospital** 144:2
**Hostetler** 135:3
    139:19,21
**hour** 177:5
**hours** 227:23,25
**house** 150:3
**household** 149:24
    152:10,11
**husband** 145:24
    147:1,23 148:18
    149:18 150:16
    160:20 169:2 170:6
    176:16 181:22
    185:21 186:14
    191:11,13 237:21
    251:22 252:2
    261:15
**husband's** 147:10
**H-A-D-Z-I-C** 267:6
**H-A-N-O-C-H** 267:1

### I

**idea** 203:18 224:2
    237:16 238:24

    244:15
**ideas** 238:8
**identification** 156:18
    158:21 178:15
    181:12 185:11
    193:17 198:5 212:6
    216:13 217:9 222:4
    225:19 226:13
    227:2 239:7 258:25
**Igoin** 134:16 209:23
    210:10 232:2
    233:11,14 234:6
**Igoin's** 162:19 196:1
    231:24 233:14
**illegible** 222:20 223:4
**imagine** 164:22,23
    229:13
**important** 188:9
**importantly** 232:23
**improvise** 238:23
**inaudible** 146:12
    148:6
**incidentals** 161:12
    164:17
**include** 217:23
**including** 141:18
**income** 148:20 151:8
    151:8 152:7 155:3
    155:15 156:1,10
    195:2,3,13 205:7
    211:2 260:23
**inconsistent** 198:20
    198:21
**incur** 192:23
**independent** 144:21
    263:20
**INDEX** 137:1
**indicated** 176:24
    202:9 253:4 256:11
    271:8
**indication** 159:15
**indirectly** 270:14
**influenced** 196:24
**information** 157:24
    175:21 176:3,14
    180:6,10 234:2

Picard v. Igoin                                    Laurence Apfelbaum    3-27-14

242:3 243:6,9,17
**infrequent** 250:15
**inherent** 242:17
**inheritance** 162:25
  165:10 170:25
  172:21 173:15,16
  182:15,16,18
  211:12 235:16
  245:2
**inherited** 188:7
  196:19 211:6
  229:14 235:15
**initial** 200:3
**inquiry** 233:4
**inspection** 212:22
  213:15
**instructing** 231:7
**instruction** 210:9
  231:18
**instructions** 231:20
**intended** 180:6
  187:24 204:18
  254:20
**intent** 240:10
**interacted** 220:6,9
**interested** 270:14
**interests** 213:10
  214:22
**intermittently** 249:24
**Intern** 136:22
**interpreter** 136:18
  140:10 141:20
  142:8,11,14 146:22
  148:9 151:23
  155:17,23 166:6,23
  167:2,2 168:14
  170:10,13,16,20
  173:4 175:7 177:9
  177:22,25 178:17
  189:25 195:8
  196:20 197:8
  205:14 208:5,7,9
  211:9 220:8 223:10
  224:10,12 225:3,12
  227:11 230:12
  235:24 236:14

237:7 238:1,3,13
  239:22,24 241:4,14
  241:21 242:10
  244:12 245:15,17
  245:18,20 246:12
  248:8,22 249:13
  250:9 251:6,14,17
  251:19 255:16
  256:21,25 257:19
**interrelate** 220:2
**interrupts** 223:10
**inter-account** 182:13
**introduce** 139:17
**introduced** 225:11
**intrusive** 151:12
**inventory** 217:23
  221:13,20 229:6
**invest** 174:20 187:25
  188:3 192:10
  229:20 230:9,10
  236:12 240:7 244:1
**invested** 175:5
  235:17
**investing** 213:22
**investment** 134:6,13
  139:7 174:14,18
  175:8 180:6 188:1,3
  188:4,17,21 230:16
  235:21 236:19
  237:4 268:23
**investments** 174:8
  175:1,5 179:6
  180:12 192:11
  217:20 256:14
  261:22 262:3
  267:15
**Investor** 134:2 139:6
**investors** 194:1
**invite** 233:1
**invoice** 155:16,21
  184:13
**invoking** 230:25
**involve** 190:1 193:10
**involved** 189:13
  191:14 193:2 235:1
**irregular** 240:11

**IRS** 196:12,21,24
  197:3,8 211:13
  260:8,15,17 261:10
**IRVING** 134:12
**ISF** 155:2
**Israel** 147:19,20,22
  149:7 247:7,11
  248:5,13 251:19,23
  252:2,3,6 254:5,17
  256:7
**issue** 173:7 199:7
  232:25
**issued** 213:8
**issues** 173:9 198:2
  202:9 205:5 210:12
**italics** 222:17
**Itzhak** 264:18,22
  265:4
**I-T-Z-H-A-K** 264:22

**J**

**Jacques** 265:9
**jcooperman@kelle...**
  135:22
**JEAN-FRANÇOIS**
  135:16
**Jean-François** 217:2
**Jerusalem** 251:10,12
  252:15,17
**Jews** 267:5
**jf.canat@uggc.com**
  135:17
**job** 143:22
**jobs** 143:6,20 144:8
  144:19
**joint** 147:6 149:13
  150:8,16,22 151:22
  152:3,9 160:21
  167:12 218:6,23
  224:24
**jointly** 149:18 150:1
**Jon** 263:14
**Jonathan** 135:21
  139:23 231:22
**Josiane** 267:17
**judge** 170:7,21

173:17,25 174:11
  174:12,24 175:3,22
  176:3,15,18,24
  177:2,12,15 178:22
  179:5 180:11,16,21
  180:25 185:20
  187:25 188:16,18
  190:6,21 191:8,13
  191:19 200:6
  229:19 235:16
  244:24 245:3,10
  246:6
**June** 155:3 157:6,17
  243:23
**Junot** 268:10
**jurisdiction** 151:11
  151:18 161:20
  162:1,11,16 199:10
  199:23 201:1,18
  203:4 232:25 234:5
  234:7,25
**jurisdictional** 198:13
  199:21 200:6,13
  201:11 202:6,8
  233:7,12
**J-U-N-O-T** 268:10

**K**

**K** 135:21
**keep** 210:18
**keeping** 188:4
**Kelley** 135:19 139:24
**kept** 150:25 151:7
  166:1
**kibbutz** 250:19,22,25
  250:25 253:21,23
  254:8
**kids** 238:17
**kind** 175:21 224:1
**Kingdom** 270:17
**knew** 238:17 266:5
**know** 148:14,23
  151:15,16 153:21
  154:1 158:5 160:9
  160:10,11 162:22
  164:21 171:8 177:7

Picard v. Igoin                                    Laurence Apfelbaum   3-27-14

177:10 179:20,21
180:17 181:10
183:19 186:10,11
189:16,21 190:16
190:18,19,20,21,23
191:4,13 192:9
193:20 197:25
202:19 205:4,18
207:10 212:9,19,21
212:21 215:6,25
219:15 220:2,6,9,25
223:15 224:17
228:18,22 232:7,7
233:1,9,13,16,22,23
234:3,10,11 235:3
236:8 240:20,21
241:11 247:10,12
248:3,16,16,18,19
249:15,18 250:17
250:20,21,24
252:24 253:19,24
254:7,12,14,16,17
254:25 255:14
257:13,15,16,22
259:8 260:6,25
261:6,16 263:11,25
264:1 265:15
266:15,17 267:5,22
268:20,23
knowledge 180:20
191:21 221:17,20
228:18 238:9,10,18
known 200:8 202:11
202:15 229:22
238:15

L
L 134:6,10,13 139:6
la 268:4,8,12,14
laboratory 148:19
Lancelle 267:17
language 242:18
late 155:6 258:2
Laurence 134:19
136:1 137:3 139:4
140:9 197:6 209:7

269:21 271:16
272:2
law 136:7 173:21,22
190:19 191:3
198:21 243:13
laws 167:9,11
lawyer 195:15 222:9
228:18 256:19
257:8,11 260:12
lawyers 144:16
176:20 197:12
261:1,3
lawyer's 231:18
laying 189:10
leading 256:16
learn 258:5
leaves 217:1
leaving 266:12
Lebreton 136:18
140:10
led 169:25
Lee 142:18
leeway 235:11
left 154:20 165:13
250:20,22,24
251:25
legal 146:13 170:4
172:1 173:20 208:4
208:5,9
legally 151:6
legible 222:19 227:9
227:10,12
less-than-customary
187:3
letter 137:12 153:2,6
176:17 178:24
179:17 180:3,20
181:8 199:2 205:11
208:21 260:4,10
letting 151:10
let's 164:2 167:4
203:22,22 207:15
208:16 223:13
227:13 235:8,11
243:18,19 251:3
258:11

level 148:20
Levintoff 197:18
Levy 267:19
Levys 267:22
liability 215:13
life 238:11,15 249:18
256:7
lifetime 223:7
liked 238:7
limit 191:22 208:16
240:12
limited 202:9
line 180:2 239:11
240:3 272:3
Liquidation 134:4,13
listed 217:22 221:20
listen 163:2,6
listening 142:15
191:15
literally 175:8
Littaye 268:1
little 140:16 194:18
210:16 224:20
live 142:21,22 145:10
145:22 147:11,15
147:17,19,19,20
164:9 256:9
lived 142:24,25 143:1
143:2 252:1 255:21
LiveNote 142:10
lives 149:3 160:25
161:9 255:25
living 143:3,4 145:16
150:7,13 161:2
162:14 250:18
254:12
LLC 134:6,13 139:7
LLP 135:19
lofty 233:4
London 270:17
long 145:10 181:1
195:16 197:5
212:17 223:14
242:16 251:23
252:13 253:20
longer 213:24

long-winded 196:18
look 148:21 149:15
156:20 158:23
181:9 182:2 184:6,9
193:20 197:24
199:3,17 201:6,12
201:22 203:7,19
205:3 207:15 212:9
216:16 217:7
221:25 223:22
225:16 244:16
246:17
looked 184:4 194:4
199:18 203:9
204:12 229:7
looking 151:12 182:1
187:11 199:1
215:12 239:19
245:6,13
looks 159:18 207:16
loss 190:13
losses 191:8,19,22
192:4,7,11,15,19
212:16,16 213:6
214:20,23 215:2,4,7
215:12,19,21
loss/taxable 214:17
lost 175:24 248:14
256:12 260:14
lot 197:1 220:17
226:5 247:25
251:12 256:9
264:16
lucky 213:18
Luis 139:12
Luke 255:21
lump 148:10
lunch 184:16,17
187:16
Lux 269:4
lycée 141:6 142:18
L'INDUSTRIE
217:11 219:22
L-A-N-C-E-L-L-E
267:17
L-E-V-I-N-T-O-F-F

10-04336_APLCAB0000150

Picard v. Igoin                                    Laurence Apfelbaum   3-27-14

197:18
L-E-V-Y 267:21
L-I-T-T-A-Y-E 268:1
L-U-X 269:4

**M**

**M** 135:7
**machine** 157:19
**Madam** 269:17
**MADC0306** 239:3,4
**MADC0306_00000...** 138:6
**MADC0306_00000...** 138:6
**Madoff** 134:6,10,13 139:7 158:12 161:17,18 162:15 162:23,24 174:14 174:18 176:25 177:1,3,11,14,21 178:13 179:4,5,11 181:19 182:6,7,12 183:2,13,25 184:12 185:19,24 186:5 188:17,24,25 189:12,17 192:3,6 192:18,19 193:1,25 196:11,12 203:16 206:6 207:23 208:4 208:10,24 216:3,7 217:23 219:7,9 220:1,6,9 229:19,21 229:24 234:1 236:12,17 237:4,22 248:1,15 256:14
**Madoff's** 187:2
**MADTSS00233285** 137:9 156:16
**MADTSS00258269** 137:11 158:18
**MADTSS00258273** 137:11 158:19
**MADTSS01126454** 138:8 258:16
**MADTSS01126455**

138:8 258:23
**MADTSS01128122** 137:21 212:2
**MADTSS01128125** 137:21
**Magnify** 223:8 263:16
**Magnify00039** 138:1 225:15
**Magnify00041** 138:1
**Magnify00042** 138:3 226:10
**Magnify00043** 138:3 226:11
**Magnify00044** 138:4 226:24
**Magnify00045** 138:4 226:24
**magnitude** 245:8 246:5
**Magon** 268:3
**main** 189:10 212:20
**maintain** 174:13
**maintained** 209:25
**majority** 175:17 215:23 237:15 246:24
**making** 143:11 154:1 234:19,21
**man** 191:3 238:11 255:13 266:5
**manage** 149:12
**managed** 166:3 212:23 213:2,14 219:12 220:1
**manager** 248:14
**managing** 157:22
**mangle** 266:24
**manner** 175:6
**March** 134:20 137:11 139:1,11 270:18 272:2
**Marian** 160:20
**Marian's** 149:10
**marital** 146:7
**mark** 156:14 158:17

178:2 181:3 193:13 197:20 225:14 226:9 239:2
**marked** 156:17 158:20 178:14 181:11 185:4,10,22 193:16 198:4 211:24 212:5 216:10,12 217:7 221:24 222:1,3 225:18 226:12,22 227:1 239:6 258:21 258:24
**market** 192:5
**marriage** 147:11,25 254:9 270:12
**married** 142:22,23 143:1 145:17,19,21 146:8,20 147:12 165:23 252:5 255:22
**matter** 139:5 142:16 170:21 195:17 196:18 214:19 270:6,15
**matters** 151:13 190:19 195:21 208:5 223:17
**matured** 236:9 237:11
**maturity** 153:13 154:2
**Maître** 174:2 178:23 179:12 189:11,17 208:13
**MBIVR** 134:24
**McIntyre** 134:24 139:14 270:24
**McMILLAN** 135:7 139:21
**mean** 145:13,14 146:10 147:3,7 148:9,10 155:9 168:1,1 171:4,5 176:6 183:9,12 188:3,15 195:25

207:12 222:22 223:22 230:16 234:16 238:16 256:6,17 266:13
**meaning** 155:20 175:9
**means** 144:9 157:13 183:12 208:24 219:2 240:21 242:25 270:8
**meant** 170:4,15,16 224:4 232:19 256:13
**medical** 143:23
**medicine** 148:18 265:22
**meet** 177:2,11 250:5 251:10 257:9 265:25
**member** 144:7 220:23
**memory** 165:19 180:9 196:18
**menial** 207:21
**mention** 208:12 247:13 252:18
**mentioned** 185:18 255:3,7 265:4
**met** 177:12 188:11 209:8 250:3 251:9 252:14 253:20 265:3
**Meudon** 136:19
**Michel** 266:20
**middle** 268:7
**million** 157:5 162:22 162:22 209:21 210:23 230:19 231:3,4 243:24 246:20
**mind** 181:25
**mine** 160:18 186:24 192:21 205:10,24 213:1 218:17
**minimize** 193:3
**minor** 173:10

Picard v. Igoin                          Laurence Apfelbaum   3-27-14

[Page 13]

minus 211:6
minutes 227:23
misspoke 191:18
mistake 142:17
mixed 145:15 195:21
model 177:13
moment 155:7,10
  156:2 160:11
  169:24 229:23
  236:23
Mom's 157:10,12
Monceau 135:12
money 142:6 143:11
  150:6,7,14,15,21
  151:2 161:18,18
  162:15,19,23
  168:23 169:17
  180:17 188:8,9
  196:14 211:5 220:1
  220:4 229:14
  230:16,17 244:22
  248:17,18 256:9
monies 249:16
moniker 159:6
month 155:1
months 197:3
more-or-less-than
  231:13
morning 139:2
  140:15 243:16
mother 147:21 148:1
  149:1,2,7 150:4
  157:18 158:1
  165:14,24 166:1,9
  166:13,22 167:10
  167:11,21 168:12
  169:4,22 170:25
  171:6,14 172:7,15
  173:8 174:17 177:4
  179:9 194:21 196:9
  196:23 205:25
  206:7 207:25
  210:19 217:4
  218:18,25 229:16
  236:16,21 238:19
  249:2,6 251:22,23

252:1,4,8 254:18
  255:15,17,24 262:8
  262:17
mother's 157:13,16
  157:22 158:8,13
  159:2 160:1,5
  194:19 195:5
  196:14 198:2 205:6
  205:20 210:25
  211:1,6 212:25
  223:1 235:3 259:5
  260:22 262:24
mother-in-law
  252:12
motion 185:9 199:10
  199:22 200:5
  202:21,24 203:1,23
  204:1,8,9 212:3
motions 200:16
mountains 147:8
move 145:25 211:15
  235:6,8,11
moved 146:2 147:21
  149:7 150:3,3
multi-page 137:15
  185:5
multi-paged 137:14
  137:17,19,20,22,23
  158:17 181:3
  193:13 197:20
  211:25 222:1
museum 252:15,18
  252:21
mutual 217:21,24
M-A-G-O-N 268:8

        N
N 135:1 271:1
Nadir 247:18
Nahir 249:21 254:12
  254:19 255:9 256:5
  256:10
Nahir's 253:19 258:6
name 139:12 146:5
  147:2,7 173:25
  209:25 221:10,10

223:1,1 224:21,22
  248:5,11,12 257:19
  257:21 260:19
  263:11 264:9,14
  265:4,11 267:1,1,8
  267:10,21 268:7,21
named 209:23 223:8
  265:3
names 209:5,9
  263:11,15,25 264:4
  264:6 268:22
Natacha 135:9
  139:21
Nationale 218:5,22
  219:2,4
naturally 152:9
nature 232:18
ncarbajal@bakerl...
  135:10
necessarily 223:2
  241:6
need 148:21 154:13
  169:6 178:17
  202:18 244:15
  254:1
needed 151:2 152:8
  158:1 177:14
  186:11 211:2
needs 166:25
neither 249:6
NERINCK 136:7
NERINCK-SELT...
  136:10
never 159:4,15
  172:19 177:4
  182:19 184:4,12
  192:15,16,22 194:2
  194:3 202:22
  203:17 204:18,18
  209:8 221:9 222:11
  223:7 226:18 237:1
  245:23 248:20,24
  249:2,25 255:2,6,14
  261:20,20 262:2
  265:3
new 134:1 135:4,20

136:9 139:9 164:12
  182:11 188:8,8
  196:6 209:23
nickname 264:9
nonspeculative
  235:21
normally 222:19
  223:3 252:16
Norman 267:19
Nos 137:11,17,19,20
  137:22,23 138:1,2,4
  138:5,7
notaire 177:21
  180:11
notary 160:12 170:1
  171:25 172:5 174:3
  174:4 177:12,13
  178:25 179:4
  186:13 190:17
  191:3,13 206:11,12
notary's 177:17
note 214:2,13
notebooks 266:10
notice 155:22,23
  200:18
November 246:19
number 182:3,25
  185:23 189:19
  217:13 218:4
  227:19 269:22
numbered 137:14,16
  187:20 220:11
numbers 158:18
  181:4 185:7 197:21
  206:23,24 207:2
  226:10,23 258:23
NY 135:4,20 136:9

        O
object 194:6 199:2
  259:19
objected 152:20
  198:14
objecting 242:23
objection 142:4
  144:25 146:9

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin

Laurence Apfelbaum    3-27-14

[Page 14]

149:19 150:10,18
152:1,16,25 154:6
156:5,12 158:4
159:3 160:7 161:3,8
163:16 164:19
165:21 168:4 171:7
171:16,23 172:4,11
172:23 173:11,18
174:10 175:2,18
179:13 180:14,23
182:14,21 183:10
184:2 186:8,21
187:4,17 188:6
189:3,8 190:9,15
191:10,24 192:8
193:5 197:14 205:8
210:13 215:5,15
216:5 218:1,7 219:8
219:14,24 228:16
229:2 230:20
233:16,17 235:19
236:6 237:13
239:16 240:8 242:1
245:11 246:8,25
254:22 256:20
257:18 258:8
261:13,23 262:5
**objections** 242:19
263:15
**obsession** 184:8
213:1
**obviously** 161:16
179:18 198:24
224:7 228:18
247:23 263:21
**occasion** 254:6
**offer** 188:22
**officially** 140:8 144:5
144:10,12 237:14
**offset** 215:4
**oh** 171:13,17 251:10
251:19 255:16
260:16 268:18
**okay** 142:12 148:20
149:8 150:21
161:21 162:6

163:24 171:13
177:9,25 220:8
221:3,12 237:7,22
239:25 241:9
243:14 247:2
249:13 251:3,6
256:25 264:15
265:18 266:23
**older** 147:16,24
254:15 255:25
**Ombeline** 136:22
**Ona** 135:5 139:19
151:9 261:17
**once** 156:11 251:10
252:14 253:20
266:2
**ones** 180:25 205:11
205:21
**one-to-one** 233:24
**open** 195:18 197:4
223:17 224:7
**opened** 144:4,23
169:21 179:10
194:25 196:4,6
**opening** 194:1
**operate** 260:8
**operated** 259:17
**opinion** 180:16
**opposed** 206:23
**option** 214:17
**ORAL** 134:19
**order** 152:4 154:11
154:25 162:21
215:12 229:10
230:19 232:13
244:16
**ordered** 200:6 201:11
**ordinary** 216:7
**Oreades** 268:24
**Oriental** 141:8
**original** 159:18,20
**originated** 162:24
**other's** 199:16
**outrageous** 199:19
**overseen** 173:16
**owang@bakerlaw....**

135:6
**owed** 206:3 230:18
**owned** 167:22
**ownership** 166:3,12
167:12 171:1
205:22,23
**O-R-E-A-D-E-S**
268:24

___

**P**

**P** 135:1,1
**page** 137:2,8 156:15
159:14,24 178:3
181:16 185:7
194:11 207:3,17,17
207:19 208:2
209:10 210:8 212:1
213:25 214:1,14
217:6 222:23,24,25
245:6 246:4,9,16,16
246:18 271:8 272:3
**pages** 181:7,8 193:23
206:17 207:4,13
208:17 214:5,8
226:3,23
**paid** 141:16 142:2,7
143:3 144:8 148:24
156:11 161:2 211:3
228:9 229:1 230:10
230:14 231:12
261:11,20 262:17
262:24
**painful** 172:25
**Panamanian** 223:7
**paper** 213:4
**papers** 180:24 186:13
244:16
**paperwork** 206:13
**paragraph** 183:6,9
186:3 187:13,15,20
187:21,22,24
188:10,23 189:10
189:18 190:14
192:2,16 217:10,13
219:21 220:11
**parents** 140:19 142:2

142:21,24 143:7
144:20 145:3,11
150:3 165:22 218:6
218:22 247:5 255:2
255:6 258:6 265:5
266:11
**Paris** 134:22 135:12
136:3,13 139:11
141:7 149:4 174:15
176:25 177:1
183:14 218:5,22
219:3,4 250:6
**Park** 135:20 136:8
**part** 141:13 152:6
156:1 160:17
174:15 184:3
190:18 205:24
216:19,23 218:17
228:2 235:13
240:17 242:15
243:11
**particular** 156:24
159:21 186:10
231:24 238:9
**particularly** 224:24
250:13
**parties** 270:13
**partly** 167:8
**Partners** 134:21
136:12 139:10
**parts** 155:14 206:9
**Pascali** 153:2,17
158:12,25 207:8,20
208:2 209:3,6 214:3
**pass** 144:17 165:15
165:16
**passage** 166:25
**passed** 157:19,24
165:11,25 168:2
194:21 195:19,25
196:2,9 228:8 249:1
249:2 252:12
**passing** 160:12
229:12
**patients** 144:9,13
**Patrick** 268:1

10-04336_APLCAB0000153

Picard v. Igoin                                    Laurence Apfelbaum    3-27-14

pay 140:19 141:23
   142:1 145:7 152:4
   154:11,25 155:7,22
   155:23 161:10
   183:2,24 185:24
   195:1 196:8,21,25
   211:7,11 230:1,7
   244:19 262:2,7,23
paying 195:7,12
payment 155:12
   205:7
payments 154:5
pays 161:13
pending 162:7
   163:11,15 205:2
people 183:20 200:10
   205:6 253:15
percent 192:4
percentages 206:1
peril 199:6
period 142:23 178:13
person 206:2 238:9
   263:12,12
personal 141:17
   151:13 161:24
   187:9 193:9 199:23
personally 186:20
   190:4
petty 149:16
Philippe 214:12
   268:10
philosopher 264:13
   265:23
philosophy 266:9,19
   267:4
phone 158:12
PICARD 134:12
piece 200:21 202:2
place 153:18 161:24
   217:2 234:14
placed 152:3,9 221:7
   230:15
plaintiff 134:14
   135:2 139:5,20
Plaintiff-Applicant
   134:4

planned 200:25
play 192:17 220:25
Plaza 135:3
pleasant 258:12
please 139:17 156:20
   158:23 170:13
   178:18 209:11
   211:14 235:11
   242:10 249:11
pleased 180:5
plenty 265:13 266:10
   267:22
point 157:21 199:14
   202:5,19 213:12
   216:1 243:4 247:17
   250:14 266:12
portfolio 152:6
portion 162:25
   166:18 171:1
   210:24
position 231:10
   242:22,25 243:2,7
   243:10
positions 144:3
possession 202:16
   204:20
possibility 260:5,6
possibly 162:15
potentially 215:13
POUR 217:11 219:22
practically 167:25
practice 144:4,24
   243:13
Pradie 240:18,24,25
   241:9,11,19 242:12
   244:14
preamble 194:7
prenuptial 146:16
prep 243:12
preparation 201:13
   225:24
preparatory 140:23
prepared 177:13
   189:17
preparing 176:13
   222:10

presence 270:7
present 139:20
   161:20
preserved 175:12
pretty 148:25 226:6
previous 147:11,25
previously 140:11
   210:25 258:24
pre-requisite 187:25
   188:2
principal 157:11
privilege 242:5 243:2
privileged 240:25
   241:19 242:3 243:6
   243:9
privy 160:14 190:25
   191:6
probably 208:23
   247:1 256:8 260:6
problem 168:5
   169:22 195:3
   196:12 204:14
problems 196:16
procedure 210:1
proceed 199:6 200:17
   200:21
produce 201:16
produced 198:7
   200:3
professional 150:24
   151:3,6 152:7
professor 148:18
   265:22 266:16
profits 212:15 215:9
progressively 214:16
pronunciation
   266:25
proof 255:6
properly 151:7 184:7
property 167:9,11,12
   209:24 210:18
   211:1,6
proposed 181:20
protect 175:4 213:9
   214:22
Protection 134:2

   139:6
provide 174:16,19
   176:2 177:14
provided 178:22
   180:24 208:14
provisions 254:21
psychiatrist 141:15
psychiatrists 141:21
psychoanalysis
   141:16 223:19
   254:5
psychoanalyst 142:2
   144:5,10,24
Psychoanalysts
   141:19 144:7,12
psychoanalytic 142:7
psychoanalytical
   223:19
psychologist 143:20
   143:23 144:1
Psychologists 144:15
psychology 141:11
   141:13
pulled 162:20
purchase 244:22
purported 238:19
purpose 140:6
   177:18 187:14,22
   199:12 200:14
   203:8,20
purposes 210:11
pursue 198:12
put 146:5 147:1,6
   162:20 174:9
   196:14 202:20
   209:22 211:10
   231:21 239:14
puts 192:21 193:2,10
   212:12 213:10,13
   213:22 214:10
   215:24
p.m 184:23 211:19,20
   227:16,17 258:16
   258:17 269:11,12
   269:24

Picard v. Igoin                                          Laurence Apfelbaum   3-27-14

## Q

**QRR** 270:24
**quarter** 218:18
**question** 146:18
  149:25 159:12
  162:7,9,13 163:10
  163:11,14,25 164:3
  164:5,10,11,13
  169:16 173:24
  181:14 185:13,16
  191:5,20 192:2
  205:2 206:1 211:15
  214:20 215:17,19
  225:21 226:15
  230:23 233:7
  239:23,25 241:7
  243:22 244:4 246:2
  251:5 256:21,24
  257:2,5 259:2,22
  261:25 262:18
**questions** 151:13,14
  151:17 227:4
  239:10 259:12
  264:3 269:16,19
**quick** 227:13
**quickly** 228:1,4
**Quillon** 225:5
**Quint** 136:5 140:1,1
  142:16 146:13
  154:7 155:22 173:3
  177:7 211:8 217:19
  221:16 230:21,23
  231:5,9,15 232:19
  237:6 246:11 249:4
  250:8,21 253:2
  255:15,18 257:5
  268:4
**QUIRK** 170:9
**quite** 142:6 143:7
  144:19 148:20
  153:11 155:13
  165:18 205:12
  213:15 223:23
  237:1 250:15
  251:14 252:5
  254:10 258:2

**quote** 199:1 201:4
**Q-U-I-L-L-O-N**
  225:5

## R

**R** 135:1 270:1 271:1
**radio** 247:16
**raising** 200:19
**rate** 220:3 228:21,22
**rates** 228:21
**reached** 175:16
  215:22 237:15
  246:24
**reaction** 247:24
**read** 209:10,14 218:9
  240:5 245:23,24
  246:18 257:3
  259:10,13 263:20
  267:3 271:5
**reading** 142:14
  218:10 245:23
**reads** 257:5
**realize** 191:18 227:24
  241:6
**realized** 169:1,21
  195:11 223:25
  248:20
**really** 144:6 145:12
  148:21 161:24
  184:4 192:22 224:2
  230:5 233:3 261:16
**reason** 179:16 211:4
  228:2 237:4,8
  242:15 262:8
**reasonable** 162:2
  168:9 175:9 188:22
**reasons** 231:23
**received** 144:11
  150:21,22
**recognize** 205:9
  222:13,15,21,22,24
  223:2 226:2 232:16
  259:3
**recollection** 178:12
  180:20 192:14
  198:1 204:17,24

  205:4 209:18 219:5
  244:21
**record** 139:16,18
  140:8 163:19 165:2
  165:3,4,6 169:7
  184:21,22,23 185:1
  191:18 198:11
  202:20 209:11,15
  211:18,19,20,22
  227:15,16,17,20
  231:22 234:20,22
  234:22 235:6
  258:15,16,17,19
  269:10,11,12,14,23
**records** 199:4
**Red** 252:10
**redeemed** 207:22
**redeeming** 154:10,24
**redemption** 158:2
**redemptions** 151:21
  158:14
**redeposited** 182:20
**reduce** 215:13
**reduced** 183:16
  270:7
**refer** 205:18
**referenced** 217:12
**refers** 214:19
**reflect** 240:6 246:23
**reflected** 219:21
**reflects** 246:20
**reformulated** 153:10
**refresh** 165:19
  178:12 204:16
  209:17
**refreshes** 198:1 205:4
**refreshing** 204:23
**refund** 259:25
**refunded** 192:6
**refunds** 259:16 260:1
  261:11
**regard** 262:7
**regarding** 197:13
  261:10 264:3
**regards** 141:17 152:5
  154:12 189:9 260:3

**regime** 146:7,23
**regular** 148:10,15
  154:3,21 155:1,1,3
  200:14
**regularly** 153:14
  250:6,8
**regulations** 260:7
**reintroduce** 214:23
  215:2
**reinvest** 183:13 206:5
  237:10
**reinvested** 196:10,11
  236:3,4
**reinvesting** 206:10
**reinvestment** 246:23
**relates** 161:25 162:11
  162:15 235:4
**relevant** 202:16
  235:5
**Religious** 146:10
**relinquish** 169:5,23
  229:17
**relinquished** 170:5
  179:9
**remain** 209:24
**remember** 144:22
  145:1,12 153:22
  154:18 156:23
  159:21 162:13
  164:3 176:10 179:7
  179:14 180:16,25
  182:23 184:14
  186:9,17,25 194:17
  218:15,24,24
  228:21 229:9,10
  236:7,22 237:4
  248:5 251:21 254:7
  260:13 261:5 267:4
**remind** 148:17
**rent** 145:7 161:10
**rented** 146:2
**reopen** 195:19
**reopened** 260:9
**repeat** 162:9 239:25
**rephrase** 150:11
  163:11,15 164:4

10-04336_APLCAB0000155

Picard v. Igoin

Laurence Apfelbaum    3-27-14

178:8 257:1,4
**rephrased** 164:10
**rephrasing** 164:11
**replace** 170:13
**report** 175:12,16
**reporter** 139:14
   156:14 158:17
   178:2 181:3 185:4
   193:13 197:20
   211:23 216:10
   221:23 225:14
   226:9,22 227:22
   239:2 253:2 258:21
**Reporting** 139:13,15
**reports** 175:22
**represent** 159:25
   239:13
**represented** 238:22
**representing** 159:5,7
   261:4
**request** 152:14 180:4
   201:23
**requested** 142:13
   185:20 194:14
   199:5
**requesting** 153:3
   154:4
**require** 191:19 204:3
**required** 148:8 174:8
   188:16 190:7 191:8
   235:16 244:23
   245:9 246:6
**requirements** 189:20
   189:23 190:2
**requiring** 242:18
**reread** 239:23
**resistance** 225:7
**resolved** 173:7
**responsible** 147:23
**rest** 189:19,25
**result** 189:16
**results** 176:4 184:6
   184:10
**retired** 254:15,16
**return** 151:8 152:11
   215:8

**returns** 149:17
**revealed** 195:5
**review** 178:7 266:8
**reviewed** 185:14
   240:18
**reviews** 223:19
**rhythm** 153:19
**rich** 238:11,12,16,16
**right** 149:1 152:24
   154:5 155:18
   158:14 160:25
   161:21 163:16
   164:6 165:17
   166:24 167:13,18
   167:22 168:7
   169:19 171:2,15
   173:9,17 178:25
   180:22 182:20
   183:21 188:5,17
   190:8 191:9,23
   192:16 193:4,10
   194:22 195:2 196:2
   196:8 206:20 207:5
   208:16 209:3,18
   210:6 212:19
   213:15,22 214:3
   215:14 217:25
   218:6,23 219:7,13
   219:23 220:7 221:8
   221:21 223:13
   224:13 228:10
   229:1,8 234:14,14
   235:7,18,22 244:11
   244:25 246:14
   247:20 249:22
   251:1 255:2 256:5
   261:12,21 262:4
   263:23 264:3
**rights** 160:17
**ripping** 212:13
**risk** 192:24 193:3
   202:3,19 203:21
**Rivkin** 267:12
**Rockefeller** 135:3
**role** 175:4,11
**rollover** 154:1,12

**room** 217:1
**RPR** 134:24 270:24
**rue** 135:12 136:3,19
**rules** 204:3 235:10
**run** 263:10
**Ruth** 265:7
**R-I-V-K-I-N** 267:13
**Réjean** 266:20

### S

**S** 135:1 137:7 271:1
**sacrilege** 172:17
**safe** 175:6,9
**safely** 175:6
**Saint-Honoré** 136:3
**salesman** 183:22
**Salli** 136:15 140:5
**Saratoga** 267:15
**satisfied** 237:6,8
**saved** 255:22
**savings** 147:5,7
**saw** 155:5 206:2
   222:8 250:12,19
   252:17,19 257:22
**saying** 179:21,23,23
   187:12 204:6
   213:19 215:1
   234:18,18,24
   242:12 243:19
   253:7,16 262:23
**says** 157:2,9 160:2
   166:20 179:2 180:3
   182:4 183:1 185:23
   189:5 192:3 207:9
   207:17,18,19
   208:19 214:1,14
   217:10 218:5
   219:21 220:12
   239:12 240:5,15
   246:17
**school** 141:1,4,6,8
   142:19 143:21
**schools** 140:23
**scribbling** 226:7
**Sea** 252:10
**search** 198:15 232:24

**second** 147:14 166:2
   166:15 207:3,19
   208:2 209:10
   232:22 239:11
   240:3 246:16
**secondary** 141:6
**Secondly** 222:17
**section** 157:8 159:24
   185:22,23
**securities** 134:2,6,13
   139:5,7 153:13
   154:13 182:6
**see** 142:9 157:2,8
   159:23 160:4 162:2
   178:7 179:2 180:2
   182:1,3,9,10,25
   183:6 185:22 186:3
   194:10,13 199:15
   203:1,8,23 204:3,13
   212:15,16 217:9
   228:3 233:3 239:11
   240:2 244:17
   246:21 250:14
   251:4 252:3 269:7
**seeing** 204:5
**seeking** 234:5,7,8
**seen** 155:4 159:5,15
   178:5,10,20 179:22
   181:10,14 193:21
   194:3 203:15
   204:19 222:6,11
   225:22,24 226:16
   226:18 227:5,7
   249:24
**segregate** 195:1
**selling** 153:12 210:2
**Seltzer** 136:7 140:3,3
   173:21 177:20,23
   184:19 189:22
   197:6,15,17 220:5
   239:22 244:7
   252:20 253:2
   256:23 257:3
**semblance** 232:12
**send** 155:7,10,15
   158:7,25 159:19

Picard v. Igoin                                        Laurence Apfelbaum   3-27-14

216:8
**sending** 208:21
**sense** 223:18
**sent** 153:5 159:7,10
    179:20,23 184:13
    193:25 205:16
    207:7 208:3,10
**sentence** 167:3
    208:25
**separate** 145:25
    154:4 184:13
    195:20 209:24
    218:10
**separately** 149:24
    150:25 151:7
**separation** 146:20,23
**seriously** 201:14
**set** 191:22 192:19
    193:1 213:9 228:20
    248:4 250:1 270:17
**settlement** 210:3
**seven-hour** 240:12
**share** 142:25 143:3
    145:8 167:24,24
    168:6 169:17
    170:24 183:4 186:1
    206:3 229:20,21,22
    230:3
**shared** 146:14
**shares** 220:12,23,24
**sharing** 170:1,3,4
**Sharm** 252:10,11
**sheet** 271:8 272:1
**Sheikh** 252:10,11
**she'd** 248:24,25
**she'll** 163:7
**shock** 191:12 223:24
    224:6
**shocked** 263:18
**shopping** 161:13
    164:18
**short** 239:9 247:25
**show** 159:18 200:25
**showed** 176:4,10,12
    222:9
**showing** 176:6

**sic** 141:15
**SICAV** 217:18
**side** 199:15 200:15
    212:20 253:16
**sign** 171:22
**signature** 159:14
    181:16 209:13
    210:5 222:15,22,23
**signed** 171:25 177:16
    177:19 178:22
    179:19 181:21
    185:21 205:13
    206:19 207:5
    271:11 272:25
**significance** 230:6
**significant** 162:19
    228:9
**similar** 159:9
**simple** 176:21 243:22
**simply** 232:23
**single** 156:15 178:3
**single-paged** 156:14
**SIPA** 134:4
**sister** 255:13,24
**sit** 180:19
**situation** 168:18
    169:2,3
**social** 156:7,9
**Société** 136:2 160:23
**sold** 146:4 147:5
    154:2 157:10
**sole** 205:25
**somebody** 140:19
    176:8 240:10
    260:16 264:10
    266:11
**sons** 255:10,25
**Sorbonne** 141:7
**sorry** 141:21 153:14
    157:15 166:12
    170:11 178:8
    196:20 225:10
    236:14 238:1
    245:20,22 250:10
    251:20 255:16
    256:23 257:2

**sort** 145:13 159:18
    207:25 237:17
    250:4
**sorted** 195:14
**sought** 198:13
**sound** 265:11
**source** 164:16
**Souter** 267:24
**Southern** 134:1
    139:8
**speak** 177:3 179:12
    232:20
**speaking** 167:25
    176:14 210:12
    242:19 253:6
**speaks** 154:7 166:6
    168:14 195:8
    205:14 208:7
    224:10 225:3
    230:12 238:3,13
    245:15,18 248:8,22
    249:10 251:2,17
**special** 196:15 217:19
    223:4
**specialist** 139:13
**specialized** 170:7,21
**specifically** 152:14
    200:8 265:16
**specify** 188:20
    236:21
**speculate** 240:9,16
**speculation** 240:13
**spell** 264:19,23 267:7
    268:6,13
**spelling** 267:20
**spending** 150:7,14
    151:2
**Spinoza** 223:18
    264:11,14 266:9,9
**Spinoza's** 264:13
**spirit** 198:21
**spoke** 177:5 187:16
    231:22 240:25
**spoken** 258:1 261:3
**spur** 169:24
**sswartz@artuswis...**

136:16
**stamped** 193:14
    225:15 239:3
**standard** 148:25
**standards** 238:17
**Standish** 174:1
**stands** 156:6 220:15
**start** 142:9 143:10
    227:22
**started** 142:5 143:5,9
    143:15 144:5,6
    196:12 236:10
**starting** 144:16
**state** 141:5
**statement** 151:8
    153:9 169:15
    198:11
**statements** 176:7,11
**States** 134:1 139:8
    175:1 180:13 195:1
    195:4 196:22
    200:10,11 202:12
    211:12 262:9
**status** 146:13 194:12
**statute** 231:1 232:6
    232:18 233:18
**stay** 245:2
**stayed** 251:25
**stenography** 270:8
**step** 200:6 211:14
**Stevenin** 136:22
**stock** 220:13
**stop** 213:8 215:19
    216:2 251:3
**stopped** 216:1 252:9
    252:12
**straightaway** 169:21
    169:23 266:13
**strategy** 180:7
    214:16,21
**structure** 172:21
**studied** 252:1
**studies** 141:9 143:14
    143:16,19 148:24
**stuff** 161:24 207:23
**subject** 232:21 234:6

10-04336_APLCAB0000157

Picard v. Igoin                                        Laurence Apfelbaum   3-27-14

**submit** 180:5
**submitted** 180:21
  185:8 189:12
**substantive** 200:13
**Substantively** 134:5
**succession** 134:16
  170:3 194:25 196:5
  196:7,16,22 205:20
  206:13,15 209:23
  210:3,10 211:7
  217:4 229:15
  244:19 260:22
**sufficient** 245:8
  246:4
**suggest** 238:8
**suggesting** 201:14,19
**suit** 223:24 224:9
**sum** 148:10
**summed** 153:12
**supervision** 144:14
**supervisions** 141:18
  144:9
**support** 147:24
  148:14,24 149:10
  161:6,18 200:25
  201:17
**supported** 258:6
**suppose** 190:18
**supposed** 156:10
  168:2 205:12
**sure** 153:11 154:2
  164:25 175:5,11,23
  184:7 204:8 205:13
  207:14 208:1
  211:16 248:11,11
  254:10
**surprise** 199:13
  223:21 248:2,15
  258:5,12
**surprises** 247:25
  249:19 258:9,10
**Susan** 134:24 139:14
  270:24
**suspended** 212:17
  214:20
**Swartz** 136:15 140:5

140:5 217:21
  237:24 241:8,16
  242:12
**swept** 261:7
**sworn** 140:11
**system** 151:5 155:14
  192:19,21 193:1
  212:12,14,17 213:9
  213:10,12,21
  214:10,21 215:20
  254:17
**S-O-U-T-E-R** 267:24
**S.I.M.A.D.O.P**
  220:13,14

---

**T**

**T** 137:7 270:1,1
  271:1
**tables** 240:20
**take** 153:18 156:20
  158:23 162:3 163:6
  163:16 164:24
  169:17 181:9
  184:16,17 188:16
  193:19 196:15
  197:24 198:23
  201:16 212:8
  216:16 221:25
  225:16 227:13
  229:14 257:8
  258:11 264:5 269:6
**taken** 134:21 139:4
  162:23 230:3 232:3
  236:3 244:24 270:5
**takes** 217:2
**talk** 162:4 204:21
  231:11 243:15
**talked** 207:24 216:7
  237:21 261:15
  266:18
**talking** 140:25
  189:18 210:17
  260:12
**talks** 203:16
**tape** 184:15,25
  227:19

**tapes** 269:22
**task** 201:25
**taught** 143:24
**tax** 149:17 152:4,5,11
  153:5 154:5,11,25
  155:2,3,10,14,15
  156:1,10 184:8
  195:4,7,13 197:2,4
  197:7,9,13 210:11
  212:13,20,21 213:5
  213:11,15 214:8,11
  215:8,11,13 240:19
  259:16,25,25 260:1
  260:3,23 262:7,9,12
**taxation** 152:6
**taxes** 152:4,7,14
  184:8 195:2 196:5,8
  196:25 197:8 205:7
  211:2,12 228:9
  231:11,14,24 232:3
  244:19 261:11,21
  262:2,17,23,24
**teacher** 148:18
**teaching** 143:23
**technical** 186:13
  189:14
**technically** 183:11
  219:16
**teenagers** 147:18
**Tel** 135:5,7,9,14,16
  135:22 136:5,10,15
  136:20 252:16
**tell** 143:25 151:18
  156:21 161:25
  162:10,14 172:9
  174:23 185:14
  186:5 187:21,22
  188:18 193:23
  205:19 206:7
  207:24 212:10
  216:17 218:17
  232:8 242:10 243:8
  247:22 248:3 249:5
  251:11,24 257:23
  266:3
**telling** 173:3,4

224:16 242:25
  243:12
**tended** 153:18
**term** 213:15
**terms** 188:4 190:22
**testified** 140:12
  194:24 235:1
  262:17
**testify** 241:20 242:9
  242:11 253:12
**testifying** 163:5
  253:4,9
**testimony** 194:2
  219:6 233:20
  235:14 270:5,10
**Text** 272:3
**texts** 209:20
**textual** 181:7 213:25
**thank** 155:24 228:5,6
  269:16
**THERESA** 135:5
**Thierry** 268:3,7
**thing** 145:13 148:25
  154:11 194:10
  206:8 235:22
  237:17 255:2 256:5
  262:6
**things** 147:9 169:9
  199:18 223:18
  224:8,16 229:11
  232:17 234:15
  238:18 251:8
**think** 143:24 148:5
  151:11 153:3 158:9
  162:4,21 163:20
  164:22 166:21
  169:6,9 177:4
  182:22 199:20
  202:4 203:10
  215:18 220:5 226:1
  230:2,25 231:22
  232:22 234:3,10,11
  234:14,22 235:5
  249:8 255:4 257:17
  260:14 266:18
  267:3

**BENDISH REPORTING, INC.**
**877.404.2193**

10-04336_APLCAB0000158

Picard v. Igoin                                    Laurence Apfelbaum    3-27-14

**thinking** 257:15
**thought** 214:23 215:2
   236:11,17 256:8
**three** 144:2 227:19
   269:22
**Three-paged** 138:5
**three–paged** 138:1
   225:15 239:2
**Thursday** 134:20
   139:1
**Tillon** 225:5
**time** 141:1,3 142:22
   142:23 143:2 144:3
   144:20 147:11,14
   150:2 153:20 155:1
   157:22 158:23
   160:11 162:14,18
   165:2,6 178:12
   179:10 181:1
   182:20 184:21,25
   186:12 197:5,24
   198:17 201:24
   207:17,18 211:18
   211:22 213:5,7,20
   214:12 217:14
   219:11,19 221:6
   224:22 227:15,20
   229:18 235:10
   236:2 237:2,5
   240:12 241:15
   243:15 248:1,10,12
   250:5,5 252:13,18
   252:21 253:20
   257:13,16 258:2,15
   258:19 259:15,23
   266:8 269:10,14,16
   269:22
**times** 153:21,22
   251:15
**titled** 159:24
**today** 139:14 180:19
   227:23 228:4,23
   232:23 233:5,20
   235:14 243:16
   269:22
**told** 149:20 163:8

171:24 173:12
183:18 184:15
202:22 206:9
215:18 216:8 223:7
227:22 229:11
238:6 242:12
243:17 247:19
248:21,24,25 249:2
249:25 257:13
263:22
**top** 178:24 206:23
   207:3,16
**total** 174:17 223:20
**totally** 188:8 198:20
   198:21
**touch** 154:10,24
   208:23
**touched** 165:9
**Tour** 268:12,14
**traceable** 232:2
**track** 210:18
**trades** 183:25
**trading** 193:10
**training** 141:17
   142:3,7
**transactions** 158:13
   159:1 186:18
**transcribed** 270:8
**transcript** 152:23
   166:25 187:11
   270:9
**transfer** 148:15
   182:13
**transferred** 196:6
   210:10 245:4
**translate** 184:6
   241:12,12 249:11
**translated** 179:18
   216:25
**translates** 256:21
   257:6
**translating** 237:25
   253:10
**translation** 137:16,24
   141:21 148:2,4,12
   169:11 181:9 182:2

185:6 209:20
216:19 220:20
222:2 223:13 241:4
244:6,8 249:9 251:4
253:3,5
**translations** 242:19
**translator** 166:19
   241:11 249:15
**translators** 142:13
**Transmittal** 137:9,10
**transparent** 176:22
**traveled** 252:3
**Treasury** 153:13,15
   154:1,24 157:11
   162:21 174:9
   176:12 209:21
   210:1,9 217:17
   219:25 235:17,21
   235:23 236:4,9
   237:11 239:15
   240:7 244:1,22
   245:3,9 246:5
**tricky** 169:2
**trouble** 245:23
**true** 177:9 270:9
   271:6
**trust** 221:7,9 237:5
**trusted** 191:12
   236:17 238:18
**Trustee** 134:12
   198:14 201:5
   223:25 264:7
**Trustee's** 239:5,19
   257:14,23 264:1
**try** 168:23 178:6
   199:13 235:8
   263:14
**trying** 161:17 162:24
   202:14 204:9
   207:25 214:9 234:1
   243:20 253:12
**tuition** 140:20
**turn** 217:6 246:15
**turned** 213:7,20
**Turning** 187:20
**tutor** 170:15

**tutors** 170:6
**tutorship** 170:8
**twice** 153:4 154:10
   154:16,24
**twist** 168:10 169:8,10
**two** 139:4 144:3
   155:14 184:25,25
   201:10,12 205:16
   206:17 207:4,13
   208:17 226:3,23
   227:19 232:17
   255:24 269:21
**two-minute** 269:7
**two-paged** 138:4,7
   258:22
**two–paged** 138:2
   226:9
**type** 151:6 166:18
   174:24 180:10
   188:21
**typewritten** 214:5
**typical** 193:25
**T-Bills** 210:24
**T-H-I-E-R-R-Y**
   268:7
**T-I-L-L-O-N** 225:6
**T-O-U-R** 268:14

**U**

**U** 271:1
**UGGC** 135:11
**Uh-huh** 198:9
**unable** 201:22
**uncertain** 195:17
**unclear** 262:25 263:3
**uncontrolled** 153:19
**undercover** 224:8,12
   224:15 225:11
**undergo** 224:23
**underneath** 224:16
**understand** 146:17
   153:25 159:14
   167:8 183:8 189:15
   214:9 218:14
   220:19 224:21
   232:17 233:15

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum   3-27-14

234:13 239:18,21
240:14 241:1,18
256:13 260:20
**understanding** 157:4
157:12 187:12,14
188:24 191:21
192:6 210:22,23
215:3 217:12
218:10,21 220:14
221:6 229:6
**understands** 216:22
**understood** 184:5
192:22
**United** 134:1 139:8
175:1 180:13 195:1
200:9,11 202:12
270:17
**universities** 148:19
**university** 140:18,21
140:22 141:14
143:14,24
**unnumbered** 212:1
**unsigned** 159:6
**unusable** 215:21
**unusual** 227:9,10,11
**upset** 161:23 162:5
173:1
**upsetting** 161:23
198:17 201:9
**USD** 157:3
**use** 150:15,16 178:6
200:18 202:14,22
209:5 215:3,12
242:4
**uses** 217:18
**usual** 210:1 238:16
**usufruct** 165:14
166:2,13 167:21,23
168:7,13 169:5,23
170:5 171:1,14,22
172:8 173:8 179:9
229:16
**U.S** 157:11

**V**

**v** 134:5,15

**vacations** 164:18
**value** 157:3 160:2
192:5 228:14
**varies** 155:7
**various** 143:6 144:19
**Verclause** 268:12,15
**verified** 179:11
**verify** 179:8
**versus** 139:6
**victims** 263:8
**video** 139:13
**VIDEOGRAPHER**
139:2 165:1,5
184:20,24 211:17
211:21 227:14,18
258:14,18 269:9,13
269:20
**VIDEOTAPED**
134:19
**view** 166:9,22
**Villehuchet** 268:3,4
**visibly** 161:23
**visit** 252:8,17 253:22
266:11
**visited** 253:21
**visiting** 149:8
**visitors** 266:7,10
**volume** 184:25
227:19
**volunteer** 252:15,21
**V-E-R-C-L-A-U-S-E**
268:16
**V-I-L-L-E-H-U-C-...**
268:8

**W**

**Wait** 221:5
**waive** 171:14,22
172:8 173:8
**waived** 171:15
**waiver** 242:4
**Wang** 135:5 137:4
139:19,19 140:14
141:3,10,24 142:20
145:2 146:24 148:5
148:7,11 149:5,22

150:12,19 151:19
151:25 152:12,21
153:24 154:22
155:20 156:3,8,13
156:19 158:6,10,16
158:22 159:8,22
160:8 161:5,11,21
162:6,18 163:10,14
164:4,7,15,25 165:7
166:10,16 167:4,6
168:19 169:12
170:12,14,18,23
171:12,20 172:2,6
172:18 173:6,14,23
174:22 175:14,20
176:1 178:1,19
179:15,21 180:1,18
181:2,13 182:17,24
183:15 184:11,15
185:2,12 186:16
187:1,7,19 188:13
189:6 190:5,12,24
191:16 192:1,13
193:8,12,18 194:9
195:23 197:11,19
197:23 198:9 199:8
199:20 200:2,23
201:10 202:4,8,24
203:3,22 204:5,15
205:1 206:16 207:1
208:11 210:4,15
211:16,23 212:7
215:10,16 216:9,15
216:20,23 217:5,22
218:3,12,20 219:10
219:18 220:10,17
221:2,18,23 222:5
223:12 225:13,20
226:8,14,21 227:3
227:13 228:2,7,24
229:5 230:22 231:2
231:7,10,16,21
233:6 234:16,19,23
235:12,23 236:1
237:9,18 239:1,8,24
240:1 241:3,23

242:15,23 243:4,11
243:20 244:5,9,20
246:1,13 247:2,4
249:8,11,20 250:16
250:23 252:22
253:6,11,18 255:8
256:2 257:1,10,20
258:4,11,20 259:1,6
259:10,14,21 261:8
261:19,24 262:1,15
262:20 263:2,6,14
263:23 264:2,15,17
264:21,25 267:9
268:5 269:6,15
**want** 151:14 162:9
163:20,25 174:17
175:22 181:6
191:17 194:18
198:10,24 200:17
200:17,22 202:19
218:13 227:21
239:17,20 240:23
241:17 243:14
246:15 259:10
260:24 263:11
264:19 268:6
**wanted** 140:16
149:14 165:8
172:16 174:12
177:14 180:11
183:13 190:22
195:13 201:7 206:8
213:21 215:6
235:13,20 236:21
237:2 252:8 255:5
257:8
**wanting** 180:16
**war** 224:19 252:2
**Warren** 135:19
139:24
**wasn't** 143:7 144:6
144:19 168:9 177:3
189:13 191:14,14
224:14 233:24,25
236:13 238:19,23
256:15 260:5,5

Picard v. Igoin

Laurence Apfelbaum    3-27-14

[Page 22]

262:22
**wasting** 243:15
**way** 151:1 153:10
  160:15 162:2
  168:24 172:21
  183:12 188:12,15
  192:23 198:24
  203:25 215:12
  223:4 234:2 235:9
  241:7 242:6 265:12
**week** 154:20
**weekend** 147:14
  149:8
**weeks** 248:2
**welcome** 259:11
**went** 141:1,3,5,7,8
  144:4 147:18 149:9
  151:21 170:21
  186:23 197:3
  204:12 205:22,23
  224:25 229:16
  252:1,6,6,10,11,13
  252:17 254:7
  266:11
**weren't** 190:25 250:4
  250:13
**we'll** 259:13 264:5
**we're** 199:6 209:16
  221:3 232:20,24
  233:5,7 234:19,21
  240:11 241:1
  243:18 247:2
**we've** 159:15 201:12
  232:9 234:22 235:6
**whereof** 270:16
**wife** 148:14 224:5
  251:22
**willed** 167:16
**wire** 157:3 239:12
  240:5
**wired** 157:6,16 160:2
**Wise** 134:21 136:12
  136:22 139:10
**withdraw** 199:10
  203:23 204:1
  236:14

**withdrawal** 153:3,6
  158:1 239:13 240:6
  246:3
**withdrawals** 151:20
  151:23 152:3,8,13
  154:5 157:1 168:11
  168:21
**withdrawal's** 168:8
**withdrawn** 166:21
  182:19 243:24
**withdraws** 167:3
**withdrew** 204:7
**witness** 135:18 136:1
  137:2 139:24 141:5
  141:22 142:5 145:1
  146:19 148:13
  149:20 150:11
  151:12 152:2,17
  153:1 154:7,9
  155:25 156:6 158:5
  159:13,17 161:4,9
  161:23 162:4
  163:21,23 164:2,14
  164:20,21 165:22
  166:6 168:5,14
  171:8,17,24 172:5
  172:13,15,24
  173:12,19 174:11
  175:3,10,19 177:11
  179:14 180:15,24
  182:15,22 183:11
  184:3 186:9,22
  187:5,18 188:7
  189:4,9 190:3,10,16
  191:11,25 192:9
  193:6 194:8 195:8
  196:21 197:15
  205:9,14 206:24
  208:7 209:19
  210:14 211:10
  215:6 216:6,24
  217:3 218:2,13,15
  219:15,25 220:16
  220:21 223:10
  224:10,14 225:3
  228:6,20 229:3

230:12 234:3
  235:20 236:7,16
  237:14 238:3,5,13
  239:17,20 240:14
  240:17,25 241:18
  242:8,11,20,25
  243:1,8 244:10,13
  245:12,15,18,22
  246:9 247:1 248:8
  248:10,22 249:4,10
  249:12,14 250:11
  251:2,7,17,21
  253:13 254:23,24
  255:20 257:7,21
  258:9 259:8 260:25
  261:2,5,14 262:6
  263:24 270:5,7,10
  270:16
**witness's** 262:21
**wives** 149:10
**woman** 188:19
**wonder** 153:9
**wondering** 178:11
**word** 142:18 155:19
  170:14 191:15
  224:13 225:10
**words** 233:24 236:3
**work** 142:5 143:15
  143:18 167:9
  246:10
**worked** 143:5 262:11
**working** 143:6,9,10
  144:19 214:16
**works** 161:4 242:7
  254:17
**world** 224:8
**worried** 153:17,22
  168:18 255:1 256:4
**worry** 154:14
**wouldn't** 151:14,15
  160:10,13 170:2
  188:11 190:23
  203:3 215:20
**write** 153:2 190:17
  222:16,17 255:1
  256:4

**writing** 223:5 226:6
  240:10 270:7
**written** 169:7 174:12
  206:11
**wrong** 165:13 166:19
  202:1 253:17
**wrongly** 225:11
**wrote** 142:18 176:17
  189:11 190:17
  201:3 206:14
  207:20 209:6,7
  223:3 226:5 260:3
  260:10,16 265:23
**W-8** 194:12,14

**X**

**X** 137:7

**Y**

**Yair** 257:17,20
**yeah** 171:17 189:4
  216:20 223:3 226:4
  228:11 260:18
**year** 153:4 154:10,16
  154:24 155:1,1
  156:11 175:12,15
  189:2 206:2 252:7,7
  252:13
**yearly** 214:24
**years** 145:14 154:17
  197:3 201:10,12
  212:18 213:3
**Yeshaya** 247:20
**yesterday** 143:25
  149:20 152:18
  153:2,9 160:19
  163:3,8 165:9,12
  172:12 194:24
  222:9 227:24
  231:23 233:20
  243:18 262:14,18
  262:23,25
**York** 134:1 135:4,20
  136:9 139:9
**young** 142:6 143:6,10
  143:12,13 144:16

10-04336_APLCAB0000161

Picard v. Igoin                                              Laurence Apfelbaum   3-27-14

**youth** 145:14
**Y-A-I-R** 257:20

**$**

**$1,494,600** 157:16
**$1.9** 157:5
**$11** 246:20
**$16** 243:24
**$48** 230:19

**0**

**00** 135:14,16
**0048** 222:25
**0066** 137:18 193:14
**0067** 193:23
**0071** 194:11
**0072** 137:18 193:15
**02** 136:15

**1**

**1** 135:14,16 136:5,15
   157:6,17 182:3
   207:17 217:10,13
   219:21
**1,000,000** 183:4
   186:1
**1,500,000** 157:10
**1,942,980** 157:2
**1-FN006** 159:25
**1.494** 157:15
**1:06** 184:23
**10** 136:20 239:4
**10:48** 165:2,3
**101** 135:20 136:8
**10111-0100** 135:4
**10178** 135:20 136:9
**11:05** 165:4,6
**11:55** 184:21,22
**12** 220:12
**12.5** 183:3 185:25
**13** 162:22
**1306** 185:1
**132** 136:20
**140** 137:4
**1408** 211:18
**1418** 211:22
**15** 136:5,5

**1502** 227:15
**1514** 227:20
**153** 206:18
**154** 134:22 136:13
   139:10 206:19
**156** 137:9
**158** 137:10
**16,754,550** 239:13
   240:5
**1620** 258:15
**1634** 258:19
**1656** 269:10
**1659** 269:14,23
**17** 137:12 179:2
**178** 137:12
**18** 142:25 213:7,21
**18:34** 207:19
**181** 137:14
**185** 137:15
**19** 142:25
**193** 137:17
**1942** 255:14
**1948** 195:6,12
**198** 137:19
**1980s** 254:1
**1981** 145:19 177:6
**1990s** 254:1,13
**1995** 137:13 179:2
   243:23 246:7,11
**1996** 155:6

**2**

**2** 207:19 217:10
   218:4 246:16
**2:08** 211:19
**2:18** 211:20
**20** 143:15 145:14
**2000** 137:9,11 157:6
   157:17 160:22
   236:19 254:13,13
**2005** 194:21 246:19
**2008** 164:8,16 248:25
   250:18 254:13
   256:11,18
**2014** 134:20 139:1,11
   270:18 271:12

272:2
**21** 137:9 156:15,17
   156:21 246:19
**212** 137:20
**212.589.4232** 135:9
**212.589.4254** 135:5
**212.808.5094** 136:10
**212.808.7534** 135:22
**212.847.2838** 135:7
**216** 137:22
**22** 137:10 158:17,20
   158:24,24
**222** 137:23
**225** 138:1
**226** 138:2
**227** 138:4
**23** 137:12 178:3,14
   178:20
**239** 138:5
**24** 137:14 181:3,11
**25** 137:15 185:5,10
   185:17 188:23
   212:2
**25%** 165:14
**258** 138:7
**26** 137:17 193:14,16
   193:20 194:11
**27** 134:20 137:19
   139:1,11 197:20,25
   198:4 199:8 204:16
   204:22 205:3
   206:18 207:4
   208:17 272:2
**27th** 136:8
**28** 137:20 211:25
   212:5,9
**28/06/05** 207:16,18
**29** 137:22 216:11,12
   216:16 221:21
   243:23

**3**

**3** 136:19 220:11
   227:23
**3/31/2000** 160:3
**3:02** 227:16

**3:14** 227:17
**30** 137:11,23 162:22
   221:24 222:3,6,11
   222:14
**300** 183:4 186:1
**31** 137:9 138:1
   225:14,18,22 226:3
**31st** 270:18
**32** 138:2 226:9,12
**33** 135:14,16 136:5
   136:15,20 138:4
   226:22 227:1
**34** 138:5 239:2,6
   245:7 246:4,16
**35** 138:7 258:22,24
**38** 136:15,15

**4**

**4** 182:25 185:23
**4,552.50** 160:2
**4:20** 258:16
**4:34** 258:17
**4:56** 269:11
**4:59** 269:12,24
**40** 227:23
**41** 225:16
**43** 136:5
**45** 135:3 136:15
**47** 135:12
**49** 222:23

**5**

**5** 187:21 188:23
   189:19 190:14
   192:4
**5%** 189:2 190:13
   191:9,20 192:7,12
**50** 231:3,4
**50%** 165:23,24
   166:14 167:12,15
**53** 136:5
**56** 135:14,16

**6**

**6.5** 227:25
**6/1/00** 157:4
**6/29/00** 157:11

**BENDISH REPORTING, INC.
877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum   3-27-14**

[Page 24]

| | | | |
|---|---|---|---|
| **6/29/1995** 239:12<br>  240:5<br>**62** 136:20<br>**65** 145:13<br>**66** 143:15<br>**69** 135:14,16 143:15 | | | |
| **7** | | | |
| **70** 135:14,16<br>**70s** 254:3<br>**75** 144:6<br>**75008** 134:22 135:12<br>  136:3,13<br>**76** 144:5 254:6<br>**77** 254:4,5<br>**79** 209:21 210:23<br>**79,122,658** 210:9 | | | |
| **8** | | | |
| **8** 239:3<br>**80s** 252:25<br>**82** 136:20 | | | |
| **9** | | | |
| **9:44** 139:16<br>**91** 136:3<br>**92190** 136:19<br>**95** 213:9 228:22<br>  245:12,17,21<br>  246:12<br>**96** 153:3<br>**99** 153:4 | | | |

**BENDISH REPORTING, INC.**
**877.404.2193**