**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Laurin D. Quiat
Paul S. Enockson
Justin T. Winquist

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANITZA FAMILY LIMITED PARTNERSHIP,<br><br>KAREN FENNER, individually and as a General Partner of the Franitza Family Limited Partnership, | Adv. Pro. No. 10-04476 (SMB) |

MANFRED FRANITZA REVOCABLE TRUST, MARGRIT FRANITZA, individually and in her capacities as General Partner of the Fanitza Family Limited Partnership and as trustee and/or benefiviary of the Manfred Franitza Revocable Trust,

URTE FRANITZA – GOLDSTEIN, individually and as General Parnter of the Franitza Family Limited Partnership.

Defendants.

# NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on April 30, 2014 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 25], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to or upon completion of discovery without further court order.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Deborah A. Reperowitz, from the law firm of Troutman Sanders LLP, to act as Mediator in this matter. The Parties further agree to contact Ms. Reperowtiz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

*[Remainder of page intentionally left blank]*

Dated:         New York, New York
               June 20, 2014

| | |
|---|---|
| */s/ Nicholas J. Cremona* | */s/ Jeffrey L. Bernfeld* |
| Baker & Hostetler LLP | Bernfeld, DeMattea, & Bernfeld,LLP |
| 45 Rockefeller Plaza | 600 Third Avenue, 15th Floor |
| New York, NY 10111 | New York, NY 10016 |
| Telephone: (212) 589-4200 | Telephone: (212) 661-1661 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 557-9610 |
| David J. Sheehan | Jeffrey L. Bernfeld |
| Email: dsheehand@bakerlaw.com | Email: jeffreybernfeld@bernfeld-dematteo.com |
| Nicholas J. Cremona | |
| Email:  ncremona@bakerlaw.com | |
| Laurin D. Quiat | |
| Email: lquiat@bakerlaw.com | |
| Paul S. Enockson | |
| Email: penockson@bakerlaw.com | |
| Justin T. Winquist | |
| Email: jwinquist@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*    *Attorneys for Defendants*