BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for Claimant Aaron Blecker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on June 23, 2014 I caused a true and correct copy of Claimant Aaron Blecker's Amended Deposition Notice to be served by electronic mail and United States Postal Service Regular Mail upon:

{N0049815 }

David J. Sheehan  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 100111  
dsheehan@bakerlaw.com  

*Attorneys for the Trustee*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2014                                                  **/s/ *Lourdes Blanco*** 

{N0049815 }