**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>                   Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                   Debtor. | |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1.     I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.     I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On June 17, 2014, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.    Reply Memorandum of Securities Investment Protection Corporation in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans [Docket Number 7005]

    2.    Trustee's Reply Memorandum in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in theDaprex, Felsen, Sterling, or Orthopaedic ERISA Plans [Docket Number 7008]

Executed on ___June 19___, 2014

_____
John S. Franks

Sworn to and subscribed before me this __19__ day of __June__, 2014

AMY RACITI
My Commission Expires
March 27, 2018

_____

(SEAL)                                    Notary Public

2

Exhibit A

Exhibit A

June 17, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Becker & Poliakoff, LLP | | Helen Davis Chaitman | 45 Broadway, 11th Floor | New York | NY | 10006 |
| Redacted for confidentiality reasons | | | | | | 55344 |
| Goodwin Procter LLP | | Daniel M. Glosband | 53 State Street | Boston | MA | 02109 |
| MARC J. JURZMAN, ESQ | | 707 SUMMER STREET | | STAMFORD | CT | 06901-1026 |
| MARC J. KURZMAN, ESQ., SANDAK, HENNESSEY & GRECO, LLP | | 707 SUMMER STREET | | STAMFORD | CT | 06901 |
| Redacted for confidentiality reasons | | | | | | 11560 |
| Redacted for confidentiality reasons | | | | | | 32837 |
| Sandak Hennessey & Greco, LLP | | Marc J. Kurzman | 707 Summer St., 3rd | Stamford | CT | 06901 |
| STERLING EQUITIES ASSOCIATES | | 111 Great Neck Road | SUITE 408 | Great Neck | NY | 11021 |
| Redacted for confidentiality reasons | | | | | | 10025 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 02109 |

| | |
|---|---|
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |
| **Redacted for confidentiality reasons** | 02109 |

Exhibit A
June 17, 2014

| | |
|---|---|
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |

Exhibit A
June 17, 2014

| | |
|---|---|
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 02109 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |

Exhibit A

June 17, 2014

| | |
|---|---|
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |

| | |
|---|---|
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |

**Exhibit A**
**June 17, 2014**

| | |
|---|---|
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |
| Redacted for confidentiality reasons | 06901 |