**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-04336 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM, | |
| Defendants. | |

**DECLARATION OF JONATHAN K. COOPERMAN IN FURTHER SUPPORT OF DEFENDANTS THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, AND EMILIE APFELBAUM'S MOTION TO DISMISS BASED ON JURISDICTIONAL DISCOVERY**

Pursuant to 28 U.S.C. § 1746, Jonathan K. Cooperman declares as follows:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York, and a member of the firm of Kelley Drye & Warren LLP, counsel to Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate

1

2

(Succession) of Doris Igoin, and Emilie Apfelbaum (collectively, "Defendants") in the above-captioned action. I submit this declaration in further support of Defendants' Motion to Dismiss Based on Jurisdictional Discovery and to put before the Court deposition testimony cited in Defendants' supporting Jurisdictional Memorandum of Law.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Laurence Apfelbaum, taken in Paris, France on March 26-27, 2014.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Kurt Brunner, taken in the case *Picard v. Magnify, Inc., et al.*, Adv. Pro. No. 10-05279(SMB) (S.D.N.Y. Bankr.), in London, England on November 7-8, 2012.

    4.    I certify under penalty of perjury that the foregoing is true and correct.

Dated:    June 23, 2014
              New York, New York

                                                      s/ Jonathan K. Cooperman
                                                        Jonathan K. Cooperman