# Exhibit 1

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SECURITIES INVESTOR              )
PROTECTION CORPORATION,          )   Adv. Pro. No.
                                 )   08-01789 (SMB)
        Plaintiff-Applicant,     )
                                 )   SIPA LIQUIDATION
        -vs-                     )
                                 )   (Substantively
BERNARD L. MADOFF INVESTMENT     )   Consolidated)
SECURITIES LLC,                  )
                                 )
        Defendant.               )
_____  )
In re:                           )
                                 )
BERNARD L. MADOFF,               )
                                 )
        Debtor.                  )
_____  )
IRVING H. PICARD, Trustee        )
for the Liquidation of           )   Adv. Pro. No.
Bernard L. Madoff Investment     )   10-04336 (SMB)
Securities LLC,                  )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )
ESTATE (SUCCESSION) OF DORIS     )
IGOIN, et al.,                   )
                                 )
        Defendants.              )
------------------------------x

VIDEOTAPED DEPOSITION UNDER
ARTICLE 17 OF THE HAGUE CONVENTION
OF
LAURENCE APFELBAUM

on Wednesday, March 26, 2014
commencing at 10:12 a.m.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum   3-26-14

2

VIDEOTAPED DEPOSITION OF

LAURENCE APFELBAUM

Taken at the offices of

Artus Wise Partners

154, Boulevard Haussmann

Building B, 4th Floor

75008 Paris, France

Reported by:  Thelma Harries, MBIVR, ACR

Picard v. Igoin                                    Laurence Apfelbaum   3-26-14

```
                                                                    3
 1                  A P P E A R A N C E S
 2    COMMISSIONER
 3            SALLY A. SWARTZ, ESQ
              Artus Wise Partners
 4            154, Bd Haussmann 75008
              Paris
 5
 6    On behalf of the Plaintiff:
 7            BAKER HOSTETLER, LLP
              45 Rockefeller Plaza
 8            New York, New York 10111
              BY:  ONA WANG, ESQ.
 9                 DAVID McMILLAN, ESQ.
                   NATACHA CARBAJAL, ESQ.
10
              UETTWILLER GRELON GOUT CANAT & ASSOCIÉS
11            47, rue de Monceau
              75008 Paris
12            BY: JEAN-FRANCOIS CANAT (Part-time)
                  MS. ESKENAZI (Part-time)
13
14
15    On behalf of the Witness,
      Laurence Apfelbaum
16
              KELLEY DRYE & WARREN LLP
17            101 Park Avenue
              New York, NY 10178
18            BY:  JONATHAN K. COOPERMAN, ESQ.
19            GRANRUT SOCIÉTÉ d'Avocats
              91, rue du Faubourg Saint-Honoré
20            75008 Paris
              BY:  BRUNO QUINT
21
              AMBRE NERINCK-SELTZER
22            101 Park Avenue
              27th floor
23            New York
              NY 10178
24
25
```

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum   3-26-14**

4

1                    A P P E A R A N C E S, Continued

2

In attendance:

3

        Luis Guisbert, Videographer

4        Beatrice Huret-Moran, Interpreter

5
                                    *    *    *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v. Igoin                                    Laurence Apfelbaum   3-26-14

5

1          2          I N D E X

3    Deponent                                                Page
       LAURENCE APFELBAUM
4    EXAMINATION BY MS. WANG                                  12

5
6
                    E X H I B I T   I N D E X
7
     Exhibits Marked During This Deposition:
8
        Exhibit No.      Description                       Page
9    1                Commission                           8
     2                Order for Commissioner               8
10   3                Swartz Letter to American            9
                      Embassy
11   4                Letter from United States            9
                      Embassy dated September 20th,
12                    2013
     5                Letter to French Embassy dated       9
13                    September 23, 2013
     6                Letter of Authorization for          10
14                    Deposition dated October 2,
                      2013
15   9                Customer Claim for BLMIS             36
                      Account Number 1FN076
16   10               Customer Claim for Emilie            36
                      Apfelbaum
17   11               Form for Account of Doris and        36
                      5/31/06 BLMIS Statement
18   13               Bernard L. Madoff Investment         47
                      Securities LLC In Liquidation
19                    December 11, 2008.  Cover
                      letter for customer claim form
20   12               Letter Explaining SIPC               48
     14               Leaflet                              48
21   15               Circular                             48
     16               Declaration                          65
22   17               Letter to Mr. Frank Di Pascali       88
                      from BIF dated 6th March, 1998
23   18               Handwritten note to Frank Di         90
                      Pascali from Laurence Apfelbaum
24   19               Bates Number MADTSS00258367          108
     20               Letter dated December 14, 1999       118
25                    from Frank Di Pascali to Mrs.

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

18

1    repeat or rephrase the question or ask the translator

2    to repeat or rephrase, and we'll try to work it out.

3         A.    Yes.

4         Q.    And, as I said to you before when we were

10:41  5    off the record, if you want a break, please just say

6    so and we -- we can take a break.  The only request

7    that I have is that, if there is a question pending,

8    that you answer the question and then we'll take

9    a break once the question is answered.

10:41 10         A.    All right.

11         Q.    Any objection by your attorney to

12    a question will still require you to answer the

13    question.  However, you may, as always, choose to

14    follow the advice of your counsel if he specifically

10:42 15    advises you not to answer a particular question.

16         A.    All right.  Sounds fine.

17         Q.    And you understand that, even if an

18    objection is answered, that you still should answer

19    the question -- I mean, even if an objection is

10:42 20    registered, you still should answer the question

21    unless you are instructed not to answer.

22         A.    All right.

23         Q.    Are you taking any medication that will

24    affect your recollection, your ability to answer my

10:43 25    questions or your ability to tell the truth today?

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

19

1          A.      No, I'm not under any medication.

2          Q.      Have you ever been deposed before?

3          A.      No.  Never.

4          Q.      Have you ever appeared or testified in

10:43  5    court before?

6          A.      No.  Never.

7          Q.      Have you had conversations or meetings

8    with your counsel in preparation for this deposition?

9          A.      Yes.

10:43  10         Q.      How many times, without telling me the

11   substance of any of the conversations?

12         A.      Twice.  Yesterday and the day before;

13   and the day before yesterday.

14         Q.      Who was present at those meetings?

10:44  15         A.      John Cooperman, Bruno  Quint and Ambre

16   Seltzer.

17                      MR. COOPERMAN:  And Ambre.

18                      THE INTERPRETER:  Ambre.

19                      (Discussion off the record)

10:44  20   BY MS. WANG:

21         Q.      Did you -- did you review any documents

22   in preparation for this deposition?

23         A.      John Cooperman showed me some documents.

24         Q.      Were these documents documents that had

10:45  25   already been produced in the context of this

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

20

1    litigation?

2                    MR. COOPERMAN:  I'll represent every

3            single document I showed her was something

4            that was produced in this litigation.

10:45  5    BY MS. WANG:

6          Q.      So there were no new documents that were

7    presented or brought to the deposition?

8                    MR. COOPERMAN:  She wouldn't know

9            that, but I'll tell you that's the case;  no

10:45 10            new documents.

11                    MS. WANG:  Okay.

12    BY MS. WANG:

13          Q.      And then just to confirm, but

14    Mrs. Apfelbaum, you did not bring any new doc -- any

10:45 15    additional documents to the deposition, did you?

16          A.      I don't have any documents.

17          Q.      For the purposes of this deposition, when

18    I refer to Madoff or to Bernie, I am referring to

19    Bernard Madoff individually.  When I refer to BLMIS,

10:46 20    I am referring to Bernard L. Madoff Investment

21    Securities LLC.  And when I refer to SIPC, S-I-P-C,

22    I'm referring to the Securities Investor Protection

23    Corporation.

24                    MR. COOPERMAN:  I just don't want to

10:47 25            create controversy, but SIPC, I'm not sure if

**Picard v. Igoin**                    **Laurence Apfelbaum  3-26-14**

21

1         she'll understand what that is.  So there are

2         things that are second nature to you that you

3         may need to explain a little bit more.

4                 MS. WANG:  I understand.  I just --

5                 MR. COOPERMAN:  Yeah.

6                 MS. WANG:  -- I'm saying that the --

7         let's just move on.

8     BY MS. WANG:

9         Q.    Mrs. Apfelbaum, can you tell me your date

10:47 10   of birth, please?

11        A.    February 4th, 1949.

12        Q.    And your current address?

13        A.    52 rue de Vaugirard.

14        Q.    In Paris?

10:47 15       A.    In Paris.  Sixth district.

16        Q.    And you are currently married?

17        A.    Yes, I am.

18        Q.    The name of your husband and when -- when

19   did you get married?

10:47 20       A.    My husband's name is Marian.

21                MR. COOPERMAN:  M-a-r-i-a-n.

22                THE WITNESS:  We got married in

23        June 1981.

24                MR. COOPERMAN:  1981.

25

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

22

1      BY MS. WANG:

2             Q.      How did you meet?

3             A.      My husband was a dietician.  He worked at

4      the Bichat hospital.  And I was a psychologist

10:49  5      working at the Bichat hospital and I came to work in

6      his service and gradually we became acquainted.

7      Bichat, B-i-c-h-a-t.

8                      MS. WANG:  My husband actually spent

9                 a little bit of time there about two years

10:49 10                 ago.

11                      MR. COOPERMAN:  The same hospital?

12                      MS. WANG:  The Same hospital.

13                      THE COMMISSIONER:  Oh dear.

14                      MS. WANG:  No, no.  He worked there.

10:49 15      He -- not spent a little time.  I mean.  He

16      was working with other surgeons there.

17                      THE COMMISSIONER:  When I see

18      Americans in Paris and they say someone has

19      been in a hospital, I don't assume they were

20      working there.

21                      MS. WANG:  Yes, he was working there.

22      He was visiting --  he was, like, a visiting

23      Professor there.

24                      (Discussion off the record)

25

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

23

 1       BY MS. WANG:

 2              Q.      Do you have any children?

 3              A.      I have one daughter.

 4              Q.      And her name is?

10:50  5        A.      Her name is Emilie Apfelbaum.

 6                     MR. COOPERMAN:  E-m-i-l-i-e.

 7       BY MS. WANG:

 8              Q.      And does she live with you?

 9              A.      Yes, she lives with us.

10:50 10        Q.      How old is she now?

11              A.      She is now 30.

12              Q.      Okay.  Is she -- is she married?  And

13       what does she do?

14              A.      No, she's not married.

10:50 15        Q.      And what does she do for a living?

16              A.      She's an employee in an --

17                     MR. QUINT:  Art gallery.

18                     THE WITNESS:  -- an art gallery in

19              Paris.

10:51 20       BY MS. WANG:

21              Q.      Before marrying Marian Apfelbaum, have

22       you previously been married?

23              A.      No.

24              Q.      Do you or Marian Apfelbaum have any other

10:51 25       children?

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

24

1       A.      I don't have any other children other

2    than Emilie.  My husband, Marian Apfelbaum, has three

3    other -- three other children.

4       Q.      What are their names?

10:52 5       A.      Olivier Apfelbaum -- Olivier;

6    O-l-i-v-i-e-r.  Laurenc Rosengart -- Laurenc

7    Rosengart, L-a-u-r-e-n-c, Rosengart,

8    R-o-s-e-n-g-a-r-t.

9                    (Discussion off the record)

10:52 10              THE WITNESS:  And Deborah,

11         D-e-b-o-r-a-h, Apfelbaum.

12    BY MS. WANG:

13       Q.      How old are they?

14       A.      Laurenc Rosengart -- Apfelbaum is 55.  So

10:53 15    Olivier is 57, and Deborah was born in 1976, so she

16    is 37 or 38.  I don't know all the dates by heart, so

17    I'm just figuring it out.

18       Q.      Do any of them live with you?

19       A.      No, none of them.

10:54 20       Q.      Now, your parents were named Doris Igoin

21    and Albert Igoin; is that right?

22       A.      Yes.

23       Q.      And when were they born and die?

24       A.      My mother was born 14th of July, 1913.

10:55 25    She died in 2005.  My father was born in

Picard v. Igoin                    Laurence Apfelbaum  3-26-14

25

1    February 1915.  He died in 1995.

2         Q.     Do you know how your parents met?

3         A.     Yes, I do.

4              MR. COOPERMAN:  Do you want her to

10:55 5    tell you?

6    BY MS. WANG:

7         Q.     Yes.  How did they meet?

8         A.     It's a long story.  This was before the

9    war.  My mother was studying, she teach French and

10:56 10   she came to France.  Not at the hospital.  On board,

11   she met somebody whose name was Raymond,

12   R-a-y-m-o-n-d, Aubrac, A-u-b-r-a-c, and this person

13   introduced her to some friends of his.

14              Then she went back to the United States

10:57 15   during the war.  And later, after the war, my father

16   had to go to the United States on a mission.  This

17   friend from France suggested that he paid a visit to

18   Doris Wolson, W-o-l-s-o-n.

19              MR. COOPERMAN:  Doris, D-o-r-i-s.

10:57 20              THE WITNESS:  And that's how they met

21         and they fell in love.  So my mother then came

22         to France and she married my father.

23   BY MS. WANG:

24         Q.     So just to confirm, your mother was a

10:58 25   US citizen; is that right?

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

26

1        A.      Yes.

2        Q.      Did she remain a US citizen after her

3    marriage?

4        A.      Yes, she did.

10:58  5        Q.      And for the rest of her life?

6        A.      Yes.

7        Q.      Did your father or mother have any

8    children other than you?

9        A.      Not as far as I know.

10:59 10        Q.      Can I take you through -- can you take me

11    through your education beginning with high school or,

12    you know, the equivalent of high school in France?

13        A.      I -- I went to general high and -- and

14    high school almost all the way through the end of

10:59 15    high school into -- until 1965, to a -- the high

16    school in Sevres, S-e-v-r-e-s, which at the time was

17    in the French department of Seine, S-e-i-n-e, et

18    Oise, O-i-s-e -- (simultaneous talking)--  which has

19    now become 92, the department 92.  The name of the

11:00 20    department has changed since.

21            The last year in high school, my parents

22    moved to Paris.  I went to the Victor Duruy high

23    school, V-i-c-t-o-r, D-u-r-u-y, and I took my

24    baccalaureate, end of high school diploma,

11:01 25    specializing in philosophy.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

27

1        I then went on to the university, which

2    was the Sorbonne, S-o-r-b-o-n-e (sic).  I studied

3    psychology starting in 1967.  Following 1968, the

4    university system was reformed and where I studied

11:01 5    was now called Paris 7th, 7th, and I continued to

6    study psychology and I went on to get a doctorate.

7        In my early years at university,

8    I doubled major in Russian.  I studied Russian at the

9    Institute of Oriental Languages in Paris because

11:02 10   I was interested in psycholinguistics --

11   psycholinguistics.

12        MR. COOPERMAN:  P-s-y-c-h-o,

13        linguistics, l-i-n-g-u-i-s-t-i-c-s.

14   BY MS. WANG:

11:02 15   Q.    So which year did you graduate with your

16   doctorate?

17   A.    I got my Master's degree in 1970.  In

18   1971, I got the DESS and I was able to start working

19   then, and I finished my dissertation in 1976 or '77.

11:04 20   In fact, I started working earlier because, with the

21   Master's degree, I was able to start working.

22   Q.    So when you started working with your

23   Master's degree, what did you do?

24   A.    I started as a psychologist at the Ecole

11:04 25   Active Bilingue, a bilingual school.  E-c-o-l-e,

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                    **Laurence Apfelbaum   3-26-14**

28

1    A-c-t-i-v-e, B-i-l-i-n-g-u-e.  I had several jobs

2    because these were just contract jobs, so I had

3    several jobs at the same time, and so I also worked

4    for the Fondation des etudiants de France.

11:05  5              MR. QUINT:  Foundation of French

6              students.

7              THE INTERPRETER:  F-o-n-d-a-t-i-o-n,

8              d-e-s, E-t-u-d-i-n-t-s (sic), d-e,

9              F-r-a-n-c-e.

11:05 10              THE WITNESS:  And I was in a service

11              that specialised for people under dialysis.

12              I also worked for a few years in a centre with

13              children in the medical psycho centre for

14              children.

11:06 15    BY MS. WANG:

16         Q.    Okay.  And these were all in your

17    capacity as a psychologist; is that right?

18         A.    And I also worked in the Bichat Hospital

19    in the eating disorders service.  I worked with

11:06 20    people suffering from bulimia.

21         Q.    And when did you work at Bichat Hospital?

22    I'm sorry to cut you off.

23         A.    I'm not sure of the exact date.

24    Approximately, in the '60s or '70s.  I worked my

11:07 25    dissertation on bulimia, so when I was writing my

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

                                                              29

1     dissertation I had already worked for several years

2     with people suffering from bulimia.

3               At the same time, I became a

4     psychoanalyst.  In 1976, I was accepted by the APF,

11:08  5     Associacion, A-s-s-o-c-i-a-c-i-o-n, des

6     Psychoanalystes, d-e-s, P-s-y-c-h-o-a-n-a-l-y-s-t-e-s,

7     d-e, F-r-a-n-c-e, and I started as a psychoanalyst,

8     which I still -- I still am today.  I still work as

9     a psychoanalyst.

11:08 10           Q.     Are you still a -- are you a

11     psychoanalyst at Hospital Bichat or are you a

12     psychoanalyst somewhere else?

13           A.     I only work in my own practice now.

14     I left the Bichat Hospital.

11:09 15           Q.     When did you leave?

16           A.     I left the Bichat Hospital in '96 or '97

17     when my husband retired.

18           Q.     So that brings me to your husband's

19     occupation, which was that he -- you said earlier he

11:09 20     was a professor of nutrition and a doctor of

21     medicine; is that right?

22           A.     Yes.  He currently is -- works with

23     eating disorders -- disorders specialty in France,

24     along with Professor Tremoillere,

11:10 25     T-r-e-m-o-i-l-l-e-r-e.  My husband was the main

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                    **Laurence Apfelbaum  3-26-14**

30

1    pioneer in -- in this field at universities for

2    teaching this.  He was medical Professor at Bichat

3    Hospital, which is at one hospital and the

4    university; the university hospital.  And he was te

11:11  5    head of the Inserm, I-n-s-e-r-m, Institute, at the --

6    at the Bichat Hospital, at the lab -- the lab, the

7    Inserm lab at the -- at the Bichat Hospital.

8         Q.    What was your specialty, if you practiced

9    one, as a psychoanalyst?

11:11 10         A.    There's no specialty.  At Bichat I was --

11    I was a psychoanalyst -- I was a psychotherapist, and

12    my specialty was bulimia.  Psychotherapist.

13         Q.    And you said your husband retired around

14    1996 or 1997; is that right?

11:12 15         A.    Yes.  My husband was born in 1931 so he

16    was -- he reached retirement age, which was 65, and

17    I think he went on for one more year after that.

18              (Discussion off the record)

19    BY MS. WANG:

11:13 20         Q.    And do you have any professional

21    licenses?

22         A.    In France, with the university diplomas

23    I have, I have the right.  In addition, because I am

24    a member of the Associacion Skeleton de France, which

11:14 25    is affiliated with the International Psychoanalyst

Picard v. Igoin                    Laurence Apfelbaum  3-26-14

31

1    Association, this also gives me the right to work as

2    a psychoanalyst.

3            Q.      And going back, what were your parents'

4    occupations?

11:14  5            A.      My mother was a homemaker in France.  My

6    father was, what I called him since school, was

7    a businessman.  Was a businessman.  That's what

8    I called him since school.  When I had to write down

9    what my father's occupation was at school, that's

11:15 10   what I -- I had to fill in forms and I would write he

11   was a businessman.

12           Q.      Did he specialise in any area that you

13   know of?

14           A.      I have childhood memories.  I remember

11:16 15   that he dealt with boats because there were postcards

16   of boats in his office when I go -- went to him.  And

17   also he had pictures from Ivory Coast and -- so in

18   coffee.  I know he was in coffee.  But these are old

19   childhood memories and I'm not sure what he went on

11:16 20   to do.

21           When I grew up he never told me exactly

22   what he was doing.  He never talked about it.  We

23   talked about what he was interested in.  He spent

24   a lot of time reading and studying Spinoza, for ever.

11:17 25   Always.  S-p-i-n-o-z-a.  So that's what we'd talk

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

32

1     about.  We'd talk about that.

2          Q.     Any other interests other than Spinoza?

3          A.     Yes, he had other interests besides

4     Spinoza.  He liked skiing.  He practiced skiing.  He

11:18  5     read books about ski champions, and he would have me

6     practice at home with him before we'd go skiing.

7               As soon as he started doing something, he

8     became interested in it.  I was never a golfer, but

9     he was for a while.  And he would tell me about --

11:19 10     not about golf itself, but about the books he would

11     read about concentration, such as archery.  This is

12     the type of things he would discuss with me.

13          Q.     So as you grew up did he talk about his

14     business dealings at all?

11:19 15          A.     No.  He was interested in -- (interpreter

16     and witness speaking over each other) -- and then

17     later on he became interested in my studying in

18     psychology and we'd talk about that.

19          Q.     So he didn't push you, for example, to

11:20 20     study psychology?

21          A.     No.  I think he might have been

22     disappointed that I was studying psychology.

23          Q.     How so?  Tell us about that.

24          A.     I was a good student.  I got my bacc. and

11:20 25     high school diploma with cum laude.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                              **Laurence Apfelbaum   3-26-14**

33

1          MS. NERINCK-SELTZER:  Summa cum laude.

2          MR. COOPERMAN:  Summa cum laude;

3     s-u-m-m-a, c-u-m, l-a-u-d-e.

4          THE WITNESS:  THE normal curriculum

11:21  5     for somebody like me would have been to move

6     on to a proprietary school, and I think that's

7     partly why my parents moved to Paris the day

8     I was -- the year I was finishing high school.

9     BY MS. WANG:

11:21  10        Q.    When you say a preparatory school, what

11    does that mean?

12        A.    In France you have Khane, k-h-a-n-e,

13    Epokhane, and they're like special schools that only

14    the best students in literary sections can attend,

11:22  15    and this prepare you to the main schools;  this

16    prepares you to enter the most prestigious schools.

17          MR. QUINT:  You have to understand

18     that in France some students don't go to the

19     university, as such.  We have so-called

11:22  20     schools, high schools, which are at the level

21     of university, but very prestigious either in

22     literature or in science.

23          THE INTERPRETER:  And you need -- you

24     need to take entrance exam and you need to be

11:22  25     prepared for that.  So you have to go to

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

                                                                        34

1           special school that, kind of, are between high

2           school and those schools, and they prepare you

3           for --

4    BY MS. WANG:

11:22  5        Q.      I thought the Sorbonne -- and you said

6    that you had gone to the Sorbonne, and I thought that

7    was the best.

8               THE INTERPRETER:  It's not

9           prestigious.  In France, it's like the lowest.

11:23 10         It's like the person who finishes high school

11          with the lowest grades, they'll be able to go

12          to Sorbonne.

13              MR. COOPERMAN:  Why don't we --

14          specifies the translator.

11:23 15             COMMISSION:  I suggest we take this to

16          lunch.  It's a long conversation about French

17          education.

18              THE INTERPRETER:  Okay.

19   BY MS. WANG:

11:23 20        Q.      Okay.  But did you -- I guess, getting

21   back to the deposition.  Did your father suggest or

22   want you to, for example, go into business or go into

23   the financial industry?

24        A.      No, certainly not.  And, anyway, the dies

11:23 25   were cast already in junior high because I chose to

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

35

1    study literature.

2                     THE INTERPRETER:  In France, if you

3           study maths, you can go very far.  If you

4           study literature, you go nowhere and that

11:24  5           starts very young.

6                     MR. COOPERMAN:  Is that what the

7           witness said?

8                     THE INTERPRETER:  No.  This is just --

9                     MR. COOPERMAN:  Please refrain from --

10                     THE INTERPRETER:  Okay.  Sorry --

11                     MR. COOPERMAN:  Just, please,

12           translate what the witness says.

13                     THE INTERPRETER:  Okay.

14                     THE WITNESS:  I think he was surprised

11:24  15           by my choice.

16    BY MS. WANG:

17           Q.     But he didn't, for example -- I -- I'm

18    just saying because, for example, Chinese parents

19    will really push for their children to go into

11:24  20    a certain career or a certain profession or to study

21    certain things.  And did your parents ever push you

22    in that way?

23           A.     No.  I made my own choices.

24                     MR. COOPERMAN:  I think that's a --

11:25  25           a course of rebellion by people who get pushed

Picard v. Igoin                                Laurence Apfelbaum   3-26-14

                                                                    36

1           anyway.

2                   MS. WANG:   I rebelled by going into

3           biology.

4                   Okay.   Let's go off the record so

5           I can mark a few exhibits off the record

6           without any time pressure.

7                   VIDEOGRAPHER:    Going off the record.

8           The time is 11:26.

9                   (A short recess at 11:26 a.m.)

10                  (Exhibit 9 marked for identification)

11                  (Exhibit 10 marked for identification)

12                  (Exhibit 11 marked for identification)

13                  (Resumed at 11:44 a.m.)

14                  VIDEOGRAPHER:    We're back on the

11:43 15    record.   The time is 11:44.

16     BY MS. WANG:

17          Q.    Mrs. Apfelbaum, I'm now going to hand you

18     what the court reporter has marked as Exhibits 9, 10

19     and 11.   Could you take your time to look at

11:43 20    Exhibits 9, 10 and 11 and, when you have done so --

21     and then, when you have, let me know what -- what

22     they are.

23                  (Discussion off the record)

24     BY MS. WANG:

11:45 25         Q.    Okay.   Starting with Exhibit 9, can you

Picard v. Igoin                                    Laurence Apfelbaum   3-26-14

38

1      Account Number 1FN076 means?

2              A.      I don't know it by heart, but I suppose

3      it was the number of my account at BLMIS.

4                      MR. COOPERMAN:  I just want the

11:47  5              witness to understands.

6                      Ms. Wang is not asking you to

7              speculate.  She's asking if you know that

8              account.  If you do, say no.

9                      MS. WANG:  I was -- actually, that

11:47  10             wasn't my question.

11     BY MS. WANG:

12             Q.      My question is what's your understanding

13     of what that is?

14                     MR. COOPERMAN:  Right.  But she's not

11:47  15             here to speculate.  So if what you're

16             asking -- I'm sure you're not asking her to

17             speculate, because I'll direct her not answer

18             then.

19                     (To the witness)  So if you know, you

11:48  20             should say.

21     BY MS. WANG:

22             Q.      It's your -- it's your account at BLMIS?

23             A.      Yes.

24             Q.      Can you take me through the pages of

11:48  25     Exhibit 9 and identify, if you can, the handwriting

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

39

1       on those pages?

2               A.      It's my handwriting.

3               Q.      On every page?

4               A.      Yes.

11:48 5         Q.      And that is your signature on the fourth

6       page; is that right?

7               A.      Yes.

8               Q.      And did you prepare this form for

9       submission to the trustee, the SIPC trustee?

11:49 10                MR. COOPERMAN:  Objection.

11                      (To the witness)  You can answer.

12                      THE WITNESS:  I filled in this form,

13                 which I received at the end of December, in

14                 late December, and I thought I was sending

11:49 15                 this to the CIPA, yes, CIPA.

16      BY MS. WANG:

17              Q.      Did anyone help you prepare this form?

18              A.      No.

19              Q.      Did you consult anyone in preparing this

11:49 20        form?

21              A.      No.

22              Q.      Did you rely on any other documents in

23      preparing this form?

24              A.      No.  I don't see what kind of document

11:50 25        I could have relied on.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

40

1          Q.      Do you see on -- there are -- there are

2     two pages attached at the end of Exhibit 9 after your

3     signature page.  Did you attach those pages to the

4     SIPC form?

11:50  5          A.      I think so.

6          Q.      What are those?  What are those pages?

7          A.      These are my latest statements, account

8     statements, for BM -- BMIS.

9          Q.      So do you see on the statement in the

11:51 10    upper right corner it says, "Period ending 11/30/08"?

11    Do you see that?

12          A.      Yes.

13          Q.      And then on the next page it says,

14    "Period ending 10/31/08"?

11:51 15          A.      Yes.

16          Q.      Do you understand these to be account

17    statements for BLMIS Account Number 1FN076 for

18    November 2008 and October 2008?

19          A.      Yes.

11:52 20          Q.      I'm going to take you through Exhibit 10

21    and 11 now and ask you essentially the same

22    questions.  So I'm asking you now to take a look at

23    Exhibit 10 and, after you've taken your time to look

24    through Exhibit 10 and when you're ready, please tell

11:53 25    me what it is.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                        Laurence Apfelbaum  3-26-14

43

1    Exhibit 11.  Is it your understanding that this

2    account statement, which appears to be dated

3    May 31st, 2006, reflects the last account statement

4    that you received for the Doris Igoin succession

11:58  5    account?

6         A.    Yes, it is the last statement for this

7    account.

8         Q.    And, again, do you recognise the

9    handwriting on this -- on Exhibit 11?

11:59  10         A.    It's my handwriting.

11         Q.    And going back to the account statements

12    for the Doris Igoin succession account, do you have

13    any other account statements that pre-date this

14    May 31st, 2006 account statement that was attached?

11:59  15         A.    Yes, I had them.  I don't have any of

16    those documents any longer because I gave them to my

17    counsel.

18         Q.    When you say you gave them to your

19    counsel, you mean Mr. Cooperman or Mr. Quint or

12:00  20    somebody else?

21         A.    To Mr. Quint.

22              (Discussion off the record)

23    BY MS. WANG:

24         Q.    Okay.  Going back to the first page of

12:00  25    Exhibit 11, there is a block of handwriting on the

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

44

1    right side.  Would you mind reading that?

2              A.    Do you want me to read it aloud?

3              Q.    Yes, please.

4              A.    (In person)  "This account no longer

12:01  5    exists since May 31st at the death of my mother in

6    February 2009.  We transformed" --

7              Q.    Is that 2009 or 2005?

8              A.    (In person)  Five;  5.

9                   "We" -- yes, 5.  "We transformed her

12:01 10    account care of Madoff into 'succession Doris Igoin'

11    until all taxes attached to this succession were

12    paid.  When this was completed the account was closed

13    and the remaining 35,000 -- million dollars was

14    transferred to my own account care of Madoff as I was

12:02 15    the only heiress."

16              Q.    And that's your signature at the end?

17              A.    Yes.

18              Q.    And that is your handwriting?

19              A.    Yes.

12:02 20              Q.    Can you explain -- and using French, of

21    course, and the interpreter if you need to -- what

22    you meant with -- by this paragraph?

23              A.    When my mum died, her account was

24    transferred to mine directly, but, in the meantime,

12:03 25    we realised that my mum didn't know that she was

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

45

1    supposed to pay taxes in the USA.  So we contacted

2    Ambre Seltzer in the USA to see what they could do

3    about fixing this.  Ambre --

4              MS. NERINCK-SELTZER:  Seltzer.

12:04  5              THE WITNESS:  -- Seltzer, to see how

6         to go about fixing this, to make it straight.

7         It turned out that it would be a long and

8         complicated process.  There would be

9         negotiations involved, and we didn't know how

12:04 10        much tax there would be to pay.  So I paid

11        back the money from the estate and created

12        a new Madoff account so this could be -- and

13        this -- this took until early 2008 when this

14        was settled, until this was settled.  And

12:05 15        everything was settled in early 2008.

16              MR. COOPERMAN:  In early 2008.

17              THE WITNESS:  In early.

18    BY MS. WANG:

19         Q.    So this account, 1FR122, the succession

12:05 20    account, was controlled by you for the purpose of

21    handling your mother's estate and taxes that might be

22    owed in the United States; is that right?

23              MR. COOPERMAN:  Objection.

24              (To the witness)  You can answer.

12:05 25              THE WITNESS:  The only purpose of this

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                              Laurence Apfelbaum   3-26-14

46

1        account was to pay the tax that was due.

2   BY MS. WANG:

3        Q.    And when you were filing and preparing

4   Exhibit 11, it -- you were not asserting in

12:06  5   Exhibit 11 that -- that this account still had a

6   balance as of December 2008; is that right?

7        A.    No.  I said that the account no longer

8   existed, and I have the form to show that the account

9   had been closed.

12:06 10        Q.    I'm just confirming.

11        Going back.  I think the question I had

12   asked earlier was in addition to the purpose of the

13   tax -- sorry.  Let me start that question again.

14        So other than you, did anyone else

12:06 15   control this account, this Doris Igoin succession

16   account, while it was in existence?

17        A.    No.

18        Q.    And you prepared Exhibit 11 for

19   submission; is that right?

12:07 20        A.    Yes.

21        Q.    And, again, did anyone help you prepare

22   Exhibit 11?

23        A.    No-one edited this whole thing.

24        Q.    And did you rely on any other documents

12:07 25   in preparing Exhibit 11, other than the account

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

47

1    statement that was -- is attached at the end of this

2    form?

3         A.    No.

4         Q.    We're done with those exhibits for now,

5    thank you.

6                   Madam Apfelbaum, I'm going to hand you

7              what's been premarked as Exhibit 13.

8                   (Exhibit 13   marked for

9              identification)

12:09 10   BY MS. WANG:

11         Q.    Can you please take a look at Exhibit 13,

12    and take your time, and, when you're ready, let me

13    know if you've ever seen this document before?

14         A.    (Witness reviewed the document)  I am

12:10 15   ready.

16         Q.    So I believe my question was let me know

17    if you'd seen this document before?

18         A.    Yes.  This was the cover letter for the

19    custom claims that I received.

12:10 20        Q.    Now, do you see on the first page of

21    Exhibit 13 it says that there -- it encloses

22    additional documents.  Do you see that?

23                   MR. COOPERMAN:  The second page, isn't

24              it?

12:11 25                   MS. WANG:  The second page, I'm sorry.

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

                                                                          49

 1          conjunction with the claim form?

 2                  A.      Yes, I received this.

 3                  Q.      Okay.  Going to Exhibit 14, can you tell

 4          me what that document is?

12:20  5            A.      This is also a leaflet which has -- this

 6          is also a leaflet which received with the form; the

 7          claim form.

 8                          MR. COOPERMAN:  Leaflet.

 9          BY MS. WANG:

12:21 10            Q.      And did you review this -- this leaflet,

11          did you review Exhibit 14 when you were preparing or

12          before you prepared the claim form?

13                  A.      Yes.

14                  Q.      I'm going to now go to Exhibit 15, and

12:21 15    can you tell me what Exhibit 15 is?

16                  A.      This is a letter addressed to the victims

17          of Bernard Madoff advising to fill up the claim forms

18          and send them back quickly.

19                  Q.      So you said -- you just said that

12:22 20    Exhibit 15 is a letter.  Is it -- can I call your --

21                  A.      A notice.

22                  Q.      It's a notice, okay.

23                          MR. QUINT: Excuse me.  Lettre

24              circulaire is not exactly a notice.  It's

12:22 25            a letter sent to a number of people.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelbaum   3-26-14

50

1              (Discussion off the record)

2      BY MS. WANG:

3          Q.      And you received Exhibit 15 around the

4      time that you were preparing the claim forms, is that

12:23  5      right?

6          A.      I'm not sure.

7              MR. QUINT:  Excuse me, once again.

8          That's not exactly "I'm not sure".  That's

9          "I don't know".

12:23  10             MR. COOPERMAN:  Which is a substantive

11         difference.

12     BY MS. WANG:

13         Q.      Did you -- did you receive Exhibit 15 at

14     any point in time in the past?

12:24  15         A.      Certainly, but I don't remember.  What

16     I remember, is that we were told that we had to

17     answer quickly when we received the leaflet.  As far

18     as execution is concerned, I'm saying I'm not quite

19     sure because it didn't concern directly how to fill

12:25  20     in the forms.

21         Q.      But you received it some time after the

22     collapse of BLMIS; is that right?

23             MR. COOPERMAN:  Objection.

24     BY MS. WANG:

12:26  25         Q.      You certainly didn't get it before?

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

                                                                        51

1          MR. COOPERMAN:  Hold on.  Hold on.

2    I want to ask, but you received it some time

3    after the collapse of BLMIS; is that right?

4    I said objection.  I know the witness gave

12:26  5    some answer but --

6          MS. WANG:  You gave -- you objected

7    before.

8          MR. COOPERMAN:  No, she answered in

9    French and it wasn't translated.  That's my

12:26 10    point.  So --

11          MS. WANG:  Let's get the translation.

12          MR. COOPERMAN:  -- it's not against

13    you.  I just want to --

14          MS. WANG:  I know.

15          MR. COOPERMAN:  -- make sure this is --

16          MS. WANG:  I know.

17          MR. COOPERMAN:  -- correct.

18          MS. WANG:  Let's get it.  Let's get

19    the record correct.

12:26 20          THE INTERPRETER:  She hasn't answered

21    any questions.

22          MS. WANG:  Let's read the -- let's

23    read the -- can I ask the reporter to please

24    read back the answer that begins, "Certainly,

12:26 25    but I don't remember", and then the question

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

                                                              60

1          answers are different, obviously,

2          Mrs. Apfelbaum, your answers are the ones that

3          control.  So if you believe that the answer is

4          not clear, please let us know and we'll stop

01:41  5          and we'll clarify it, and, you know, you can

6          work with the translator to make -- the

7          interpreter to make sure that the answer is

8          accurate, okay?

9     BY MS. WANG:

01:42 10          Q.     Before the break we were talking about

11    three accounts at BLMIS for which you had filed

12    claims.  Do you remember that?

13          A.     Except that, for the third account,

14    I mentioned that it no longer existed;  that it had

01:43 15    been transferred to another account.

16          Q.     And those accounts were an account in

17    your name, Laurence Apfelbaum, an account in your

18    daughter's name, Emilie Apfelbaum, and then a third

19    account, which no longer existed as of 2008, that was

01:43 20    entitled succession Doris Igoin account,or something

21    like that; is that right?

22          A.     Yes.

23          Q.     Can we all agree that we'll just call

24    that the succession account so that then we can all

01:43 25    understand that we're referring to that account?

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

61

1        A.      (No response)

2        Q.      And, again, just so I understand, the

3   purpose of that separate account was to segregate

4   funds that needed to be used to pay taxes in the

01:44   5   United States on behalf of your mother?

6        A.      Yes.

7        Q.      And was that for State taxes or was that

8   for income taxes before her death or something else?

9                MR. COOPERMAN:  Are you asking about

01:45  10            United States taxes or French taxes?  I just

11            want to make sure it's clear for the witness

12            what exactly you're asking.

13   BY MS. WANG:

14        Q.      Yeah.  I think the previous question was

01:45  15   the -- so let me clarify, then, because...

16                The question I asked was that the

17   succession account -- and, again, correct me if I'm

18   incorrect, please -- but the succession account

19   opened for the purpose of segregating funds that were

01:45  20   to be used to pay taxes in the -- to pay United

21   States taxes on behalf of your mother; is that right?

22        A.      Yes.

23        Q.      And so, then, my next question was

24   whether that was for US income tax, some form of the

01:46  25   State taxes in the United States or something else?

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

62

1        A.      Income tax.  She didn't realise that she

2    was supposed to pay income tax in the US and she was

3    already paying tax in France with my father;  income

4    tax in France with my father.

01:46 5        Q.      Again, so I'm clear, and, again, correct

6    me if I misstate it.  So when your father and mother

7    were both alive, your father had to pay income tax

8    and your mother paid income tax as well on the income

9    in the BLMIS account?

01:47 10       A.      In France we pay tax on a household basis

11   and so, when my father died, she continued to pay the

12   taxes in his name.  In her name, sorry.

13       Q.      So she continued to pay income taxes in

14   France in her own name but after -- sorry, let me

01:48 15   start that again.

16            So she continued to pay income taxes in

17   her own name in France, but did not realise that she

18   also had a US income tax liability at the time?

19       A.      She had absolutely no idea.  She had been

01:48 20   in France since 1948 and she had never returned to

21   the United States, and she hadn't -- she rarely went

22   back and she hadn't gone back for a long time.  She

23   had no ties there, so she didn't know.

24       Q.      So it was only after your mother's death

01:49 25   that you realised that there were taxes that were

**Picard v. Igoin**                          **Laurence Apfelbaum  3-26-14**

63

1    owed to the United States?

2         A.     Yes, because I had to turn -- to turn in

3    an American passport to the American Embassy, and

4    there they gave me a leaflet and I realised that she

01:49  5    had to pay taxes.

6         Q.     And she had to pay taxes on what --

7    sorry.

8              She had to pay US income taxes on what

9    income, if you understand?

01:50 10         A.     On BLMIS, capital gains.

11         Q.     So now I want to take you back a little

12    bit in the history of the BLMIS account.  I realise

13    that it will -- that your memory may be hazy, but

14    we'll try to do our best to try to take it in time

01:50 15    periods.

16              So, so I understand; these three

17    accounts, the loss account, the Emilie account and

18    the succession account that we were discussing before

19    the lunch break, those were not the only accounts

01:51 20    that your family held at BLMIS at any time; is that

21    right?

22                   MR. COOPERMAN:  Objection.

23                   (To the witness) You can answer.

24                   THE WITNESS:  There was just one other

01:51 25    account which was my mother's account, which

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                           Laurence Apfelbaum  3-26-14

64

1          I closed when she died, which I opened again

2          as a State account when I realised I had to

3          pay taxes.

4    BY MS. WANG:

01:52  5          Q.    I want to actually go back to the origin

6    of the earliest account that you were aware of.

7    Those -- that account or accounts were started by

8    your father; is that right?

9                    MR. COOPERMAN:  Objection.

01:52 10                   THE WITNESS:  I found out about my

11          mother's affairs, state of business, when she

12          died.  And so my father was the same;  it's

13          when he died that I found out.  But for

14          anything else, I don't know.  I don't know.

01:53 15   BY MS. WANG:

16          Q.    Is it your understanding that the account

17   or accounts at BLMIS were started in the 1980s by

18   your father?

19                   MR. COOPERMAN:  Objection.

01:53 20                   THE WITNESS:  I don't know.  I don't

21          have any direct knowledge;  I don't have

22          direct knowledge.

23                   MS. WANG:  I'm going to ask the court

24          reporter to mark this next document as

01:54 25          Exhibit 16.

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

                                                                    65

1              (Exhibit 16 marked for identification)

2        BY MS. WANG:

3              Q.      Can you take your time, Mrs. Apfelbaum,

4        and review Exhibit 16.  When you're done reviewing

01:55  5        it, let me know.

6              A.      (Witness reviewed the document)

7              Q.      Are you ready?  Okay.  What is

8        Exhibit 16, Mrs. Apfelbaum?

9              A.      This is a declaration which I wrote, but

01:58 10        I can't -- I can't find the date but I acknowledge

11        that I wrote it.

12              Q.      And you signed it at the end?

13              A.      Yes.

14              Q.      I gave you Exhibit 16 in the hopes that

01:58 15        it might help you remember some of the early history

16        of the accounts.  So, again, I mean, is it your

17        understanding that the BLMIS accounts were founded or

18        created by your late father in the 1980s?

19              A.      I wrote "to the best of my knowledge".

01:59 20        I don't know directly.  At the time when I wrote this

21        I wrote "to the best of my knowledge", and I asked

22        the tax adviser that was -- that filled up my

23        mother's tax returns.  He didn't know directly

24        either, but he said he spoke, my mother told him so.

02:00 25        This is why I wrote to the best of my knowledge, but

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

66

1        I do not actually know.

2              Q.      So your mother didn't tell you when she

3        was alive either?

4              A.      No, I didn't ask.

02:00  5              Q.      And your father didn't tell you when he

6        was alive?

7                      MR. COOPERMAN:  Hold.  Did you listen

8              to her full question?  You said something

9              after.  Didn't you say --

02:00 10       BY MS. WANG:

11             Q.      And your father didn't tell you when he

12       was alive that your family held BLMIS accounts; is

13       that right?

14             A.      No.

02:01 15                      MR. COOPERMAN:  That's what I was

16             trying to get you to say before answering the

17             question.

18       BY MS. WANG:

19             Q.      So who was the tax adviser who provided

02:01 20       you that information?

21             A.      Pierre, P-i-e-r-r-e, Pradier,

22       P-r-a-d-i-e-r.

23                      MR. COOPERMAN:  I don't think there's

24             an R at the end;  P-r-a-d-i-e.

02:02 25                      THE WITNESS:  Who studied doing my --

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

67

1              my mother's tax returns only after the year

2              2000.

3        BY MS. WANG:

4              Q.      So before the year 2000, you did know

02:02  5       that your family had investments in BLMIS; is that

6              right?

7              A.      I knew it since 1995.

8              Q.      But before 1995, when your father was

9              alive, you did not know?

02:02 10       A.      No, I didn't know anything about my

11             father's business.

12             Q.      So do you see in Paragraph 6 of

13             Exhibit 18 --

14                     THE INTERPRETER:  Did I say --

02:03 15                     MR. QUINT:  16.

16                     MR. COOPERMAN:  6 or 16?

17                     MS. WANG:  Paragraph 6 of Exhibit 16.

18        BY MS. WANG:

19             Q.      Of Exhibit 16?

02:03 20                     MR. COOPERMAN:  Yes, we're on the same

21              page.

22                     Do you want -- I cut you off.  Did you

23             want to ask her something else?

24        BY MS. WANG:

02:03 25       Q.      Do you see where it says, "To the best of

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

68

1      my knowledge, the origin of those accounts is that

2      during the 1980s my late father, Albert Igoin,

3      invested proceeds from the sale of his company with

4      BLMIS"?  Do you see that sentence?

02:03  5          A.      Yes, I do.

6          Q.      Is your knowledge in that sentence

7      derived solely from conversations with Pradie, or is

8      there someone else who also helped you in

9      understanding the origin of your family's BLMIS

02:04 10     account?

11         A.      No, it was Mr. Pradie at the time.  He

12     became the person filing my own tax returns.

13         Q.      And I'm not sure I understood that

14     answer.

02:05 15                 MR. COOPERMAN:  I think she also meant

16             Mr. Pradie, after her mother passed away, he,

17             too, did her file tax returns.

18     BY MS. WANG:

19         Q.      Okay, can you -- is what Mr. Cooperman

02:05 20     said correct?  Can you translate that, please?

21         A.      Yes.

22         Q.      Now, what I'm interested in is the phrase

23     "invested proceeds from the sale of the company with

24     BLMIS".  Do you have any understanding of the name of

02:05 25     the company, the type of the company, the amount of

Picard v. Igoin                    Laurence Apfelbaum   3-26-14

69

1      the proceeds, or anything beyond that sentence?

2          A.    I don't know.  I didn't know my dad's

3      business, but he had an office for a company which

4      was called Cofrapar, C-o-f-r-a-p-a-r.  I don't know

02:06  5   anything about this company except that sometimes

6      I would go and pick him up at his office.  I don't

7      understand it was his only business, but he closed

8      this business and took what he called his retirement

9      in the 80s.

02:07 10       Q.    And so your father retired in the 1980s;

11     is that right?

12         A.    He closed his office and he stayed at

13     home.  That's all I know.  For me, he retired.

14         Q.    And as far as investing proceeds from the

02:07 15   sale of his company, did the knowledge -- did that

16     knowledge, however faint it may be, come from

17     Mr. Pradie?

18         A.    From Mr. Pradie, but he wasn't there at

19     the time.  This is what my mother told Mr. Pradie.

02:08 20       Q.    Let me try to ask the question a

21     different way.

22             How did you come to understand or come to

23     learn that your father may have invested proceeds

24     from the sale of his company with BLMIS?

02:09 25           MR. COOPERMAN:  Objection.  It seems

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

70

1        the same question she answered, but...

2                (To the witness) You can answer.

3    BY MS. WANG:

4        Q.      I'm waiting for an answer.

02:09 5      A.      I don't really know.

6        Q.      I think what I'm trying to get at is the

7    timing.  I mean, did it -- did the understanding,

8    however faint or vague it may be, come about when you

9    were -- after your mother had passed and you were

02:10 10  going through papers and things like that in 2005?

11   Did you come to form this understanding in 1995 when

12   your father passed away or am I completely wrong?

13               MR. COOPERMAN:  Can I suggest

14       a different question?

02:10 15              MS. WANG:  Wait, let's just...

16               THE WITNESS:  It is hard for me to

17       remember because afterwards it became so

18       obvious, but I think maybe it was when French

19       tax authorities -- I think that was in 1997,

02:12 20      when the French tax authorities contested my

21       mother's right to my dad's inheritance.  They

22       tried to concentrate my dad's wealth at that

23       time to see where the money came from, and it

24       must be in there.

02:12 25              MR. COOPERMAN:  She didn't get the...

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

71

1              I believe what she said is, "I tried
2          to reconstruct my dad's will at that time to
3          see" --
4                    MS. WANG:  No.
02:12  5              MR. COOPERMAN:  -- "where the money
6          came from".
7                    THE WITNESS:  They tried.
8                    MR. COOPERMAN:  They tried.
9                    THE WITNESS:  The French tax
02:12 10         authorities.
11     BY MS. WANG:
12          Q.     Okay, so let's see if we can get that
13     sentence again.
14              So French tax authorities contested your
02:13 15   mother's right to your father's inheritance; is that
16     right?
17          A.     The ownership.  In my Will -- in my
18     father's Will they had a joint account and my father
19     considered that half of the wealth belonged to my
02:13 20   mother.  So he considered that the inheritance on the
21     income had half of its wealth, and that that half
22     would go to me and my daughter.
23              A few years later, the French tax
24     authority contested that my mother actually owned
02:14 25   half of my father's wealth because they said that she

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum   3-26-14

72

 1    had not put in any money and that the money, in fact,

 2    came from my father's business.  However, my parents

 3    had jointly borrowed money and, on this, the French

 4    tax authorities recognised that half belonged to my

02:15  5    mother, but all the rest was entered back into the

 6    inheritance which meant that my daughter and I had to

 7    pay inheritance tax on that.

 8            Q.    So at the time of your father's death

 9    your father and mother had a joint account; is that

02:16 10    right?

11                    MR. COOPERMAN:  Objection.

12                    THE WITNESS:  I don't know the

13            details.  Yes, I suppose so.  That's what her

14            Will was based on.

02:16 15    BY MS. WANG:

16            Q.    And you had no access to that joint

17    account; is that right?

18            A.    No.

19            Q.    Did you later come to an understanding --

02:16 20    did you later come to an understanding that this

21    joint account was the source of your family's wealth?

22                    MR. COOPERMAN:  I don't quite

23            understand the question.

24                    MS WANG:  Let me rephrase that

02:17 25            question.

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                           Laurence Apfelbaum  3-26-14

73

BY MS. WANG:

    Q.    So at the time of your father's death,
your family was quite wealthy; is that right?

    A.    Yes.

    Q.    And your understanding was that most of
that wealth was contained in a joint account that
your mother and father jointly owned; is that right?

    A.    I found out about my dad's wealth, my
father's wealth, and the extent of his wealth only
when he died.

        MR. QUINT:  Excuse me.  I have a
        question to give you.

        When you say "joint account", do you
        refer to BLMIS account or a bank account?

        MS. WANG:  That's actually what I'm
        trying to get to, so maybe you can help me,
        because Mrs. Apfelbaum used the term "joint
        account" and I'm trying to understand what
        that is.  Is it a bank account?  Is it
        a savings account?  Any --

        MR. QUINT:  She referred to a joint
        loan; not account.  A loan.

BY MS. WANG:

    Q.    Well, there was -- I understand that
there was -- there was reference to a loan that your

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                    Laurence Apfelbaum  3-26-14

74

1    parents, your mother had jointly borrowed money with

2    your father, but I understood that to be something

3    separate from a joint account that constituted the

4    bulk of your family's wealth.  So I'd, actually, the

02:19  5    interpreter to at least try to read that part back?

6                 MR. COOPERMAN:  Why don't you just ask

7         -- I'm trying to help you.

8                 Why don't you just ask:  Did you

9         understand, after your father died, that the

02:20 10        BLMIS account was a joint account between your

11        mother and father?

12                 MS. WANG:  It's because that's not --

13        I don't think that that's clear.  That's why

14        I'm trying to get I would like her --

02:20 15                 MR. COOPERMAN:  Well, why don't you

16        ask her the question?  I think she could

17        explain it.

18                 MS. WANG:  (To the interpreter)  Can

19        you actually translate what -- the part where

02:20 20        I said that's actually what I'm trying to get

21        to and what I'm trying to understand?

22                 THE INTERPRETER:  Okay.  I think what

23        she's trying to say that she's not sure

24        whether there was a joint account or not, but

02:21 25        what she knows or what she believes is that

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

75

 1          her parents were married under the French

 2          regime of the community of assets.  I think

 3          this is what she's --

 4     BY MS. WANG:

02:21 5          Q.    So that they jointly held assets

 6     together?

 7          A.    So because of the matrimonial regime, my

 8     mother would own half the wealth.

 9                MR. QUINT:  But for the sake of good

02:22 10         understanding, under French law that doesn't

11         mean at all that there was a joint account,

12         whether BLMIS or bank.

13                THE INTERPRETER:  Joint wealth rather

14         joint account.

15                MR. CANAT:  It just means that they're

16         sharing their assets.

17                MR. QUINT:  That accounts can be --

18         can be in the name of one of the spouses only.

19                MR. COOPERMAN:  Can we just stop one

20         second?  Off the record.

21                MS. WANG:  Let's go off the record.

22                COMMISSIONER:  Let's go off the

23         record.

24                VIDEOGRAPHER:  We're going off the

02:22 25         record.  The time is 14:23.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                      Laurence Apfelbaum   3-26-14

76

1                     (A short recess at 2:23 p.m.)

2                     (Resumed at 2:29 p.m.)

3                     VIDEOGRAPHER:  Going back on the

4               record.  The time is 14:29.

02:28 5     BY MS. WANG:

6          Q.     At the time of your father's death, you

7     learned or came to understand that your family had

8     significant investments with BLMIS; is that right?

9          A.     Yes.

02:28 10         Q.     Now, were those accounts held in your

11     parents' names, and, if not, can you tell me how they

12     were held?

13         A.     Well, what I can tell you is that, in the

14     inventory that was drawn by the notaire,

02:29 15     n-o-t-a-i-r-e, there was one account with BLMIS of

16     which I inherited a part.

17         Q.     Could I actually ask you to refer back to

18     Exhibit 16?  Look, in particular, at Paragraphs 8

19     through 12 and see if that refreshes your

02:30 20     recollection as to how the accounts, the BLMIS

21     assets, were held at the time of your father's death?

22         A.     (Witness reviewed the document)  No, I'm

23     not sure why it's written BLMIS accounts because

24     I believe there was only one.

02:31 25         Q.     But do you see at Paragraph 11 where it

77

1      says "were held and administered by a French bank"?

2          A.      "The accounts were held and administered

3      by a French bank."  In fact, it didn't even show

4      BLMIS accounts.  It showed at Finama as treasury

02:31 5    investments;  F-i-n-a-m-a.

6          Q.      That's where I was heading.  Now, in

7      Paragraph 11 it talks about up until late 1999, so is

8      it your understanding that in 1995, when your father

9      died, the BLMIS accounts were not held directly with

02:32 10   BLMIS; is that right?

11         A.      Yes, and this is what I directed, and

12     until 1999 this was held through Finama.

13         Q.      Was there a process or bank before

14     Finama?  For example, Banque Pour l'Industrie

02:33 15   Francaise?

16         A.      Yes, BIF, and this bank became Finama.

17         Q.      So when you say BIF, you mean Banque Pour

18     l'Industrie Francaise?

19         A.      Which are called BIF, B-I-F.  I was

02:34 20   confused.  I didn't remember 1995, and I got confused

21     with my mother's inheritance, not my dad's.

22         Q.      Now, in 1995, around the time of your

23     father's death, did you have -- you had an

24     understanding that the accounts that were handled by

02:35 25   BIF were BLMIS investment accounts; is that right?

Picard v. Igoin                              Laurence Apfelbaum  3-26-14

78

1        A.      I found out very soon after my dad's --

2    my father's death, but before I didn't know.  I had

3    no idea.  I found out very quickly because there were

4    more difficulties also arose;  because more

02:36  5    difficulties arose.

6            My father had left half the inheritance

7    which was coming to me and also to my daughter, and

8    all this was -- my mother had a usufruct life estate

9    right on the whole estate.  My daughter was 11.  She

02:36 10    had no idea what she was going to do or become, and

11    she was under the custody of a woman over 80 years of

12    age, and I had no power to prevent anything from

13    happening if -- should my daughter go bad.  So

14    I asked my mother to forego her usufruct right so

02:37 15    that I would cover the parental authority over my

16    daughter;  not in legal terms, but in fact.  The

17    situation was not acceptable to me.  In the months

18    that followed my father's death, I had this major

19    conflict with my mother.  I convinced my mother to go

02:38 20    against my father's Will, the last one.

21            MS. WANG:  I'm going to have to stop

22            and take a break because I'm really not

23            feeling well right now.

24            VIDEOGRAPHER:  Going off the record at

02:38 25            14:39.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                   Laurence Apfelbaum  3-26-14

79

1                      (A short recess at 2:39 p.m.)

2                      (Resumed at 3:06 p.m.)

3                      VIDEOGRAPHER:   We are going back on

4              the record.  The time is 15:06.

03:05   5                      MS. WANG:  Okay.

6       BY MS. WANG:

7              Q.     Mrs. Apfelbaum, I apologise for taking

8       a break so suddenly, but we're back.

9                      Right before the break you were giving an

03:05  10      answer that I'm going to try to summarise, but

11      I'd like you to try to give the same answer again so

12      that the -- so that the interpreter can get the

13      answer correctly on the record, because there were

14      a lot of things going on in the room right before.

03:05  15                      You said -- you said, in sum or

16      substance, "I found out soon after my father's death

17      that there were more difficulties that arose after

18      your father's death".  And you then started talking

19      about how your father left the inheritance to you and

03:06  20      to your daughter, and the fact that your daughter was

21      11 years old and some of the issues that arose, and

22      you said the situation was not acceptable to you, and

23      then you convinced your mother to do something.

24                      So I was wondering if you could actually

03:06  25      go over what you said right before the break, in your

Picard v. Igoin                    Laurence Apfelbaum  3-26-14

                                                        80

1        own words?

2        A.        In my -- my father's Will left my mother

3     a usufruct life estate right on my inheritance and my

4     daughter's inheritance, which means that my mother,

03:08  5     who was healthy but getting old, decided -- I mean,

6     controlled what my 11-year old daughter as well -- my

7     11-year old daughter as well -- and you don't know

8     what can happen.  I mean, an 11-year old person can

9     convince an older person of different things.  So you

03:08  10    didn't know what could happen.   So I asked my mother

11    to forego this right, this usufruct life estate

12    right, so that my daughter inherited directly and my

13    husband and I became legal guardians.  But, as

14    guardians, we had to see -- to go before the Judge of

03:09  15    -- the guardianship Judge because my daughter was

16    under age.  She had the right to decide how to invest

17    her money.  We needed an Order from the Judge for

18    that.

19               That's when I found out that the bulk of

03:10  20    the BIF money was at BLMIS, and that's when the

21    guardianship Judge told us that only half of the

22    investment could remain with BLMIS providing there

23    was some guarantee, and that the other half would

24    have to be invested in treasury bonds.

03:11  25               MR. QUINT:  French treasury.

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

81

1              THE INTERPRETER:  French treasury

2        bonds.

3              THE WITNESS:  But we needed

4        a guarantee from BLMIS for my daughter to

03:11  5        guarantee that it was not an adventurous

6        investment.

7              COURT REPORTER:  Adventurous?

8              THE INTERPRETER:  (To the witness)

9        Adventurous?

03:11  10              MS. WANG:  Risky.

11              THE INTERPRETER:  A risky.

12      BY MS. WANG:

13        Q.     Okay, so going -- going back in time.  So

14      before your father's death, then, you did not know

03:12  15      that the majority of the BIF account was held at

16      BLMIS; is that right?

17        A.     I didn't know what his wealth was made

18      of;  comprised.

19              MS. NERINCK-SELTZER:  Was made of.

20              THE INTERPRETER:  "I didn't know what

21        his wealth comprised."

22              MS. WANG:  Okay.

23              THE INTERPRETER:  Sorry.

24              MR. COOPERMAN:  Did you get that,

25        Thelma?

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelbaum   3-26-14

82

1           COURT REPORTER:  "I didn't know what

2       his wealth comprised."

3               Are you happy with that?

4           MR. COOPERMAN:  Yes, I just want to

5       make sure you got it.

6    BY MS. WANG:

7       Q.      Now, the account at BIF, was it a single

8    account or was it multiple accounts at or around the

9    time of your father's death?

03:13 10    A.      I'm trying to visualise the notaire's

11   deed.  I believe it was a single account, but I do

12   not have a photographic memory.  I'm trying to

13   visualise the notaire's deed.

14      Q.      So at or around the time of your father's

03:14 15   death, did you see any statements or account

16   reconciliations or any document from BIF that

17   concerned the account?

18      A.      I don't remember.  I had a big -- I was

19   focused on a big problem, which was to convince my

03:15 20   mother.  It was a very intense period.

21      Q.      And when you say "to convince my mother",

22   it was to convince your mother to give up her life

23   estate; is that right?

24      A.      To go against my father's Will.

03:15 25      Q.      And before your father died, you did not

Picard v. Igoin                                    Laurence Apfelbaum   3-26-14

83

1      know that that was what your father's Will had said?

2           A.     It was a very, very much surprise.

3      A very big surprise.  I didn't know.

4           Q.     Had your father discussed his Will with

03:16  5      your mother at that time?

6                      MR. COOPERMAN:  Objection.

7                      THE WITNESS:  I don't know.

8      BY MS. WANG:

9           Q.     Can you think of any document that might

03:16 10      help you remember whether the BIF account or

11      accounts, that held the BLMIS assets in 1995,

12      consisted of a single account or multiple accounts?

13           A.     The -- the notaire's deed for the estate

14      of my father.

03:17 15           Q.     Do you know, at the time of your father's

16      death were there account statements or other

17      documents from BIF concerning the accounts?

18           A.     I don't understand.

19           Q.     What I'm trying to get to here is to see

03:18 20      if there are accounts -- if there are account

21      statements or other documents from BIF that might

22      help you remember how the BLMIS accounts were held.

23      And I'm not suggesting that you would have them or

24      that anyone would have them now.  I am just trying to

03:18 25      understand if there were documents at the time.

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

84

1      A.      I don't know if it was the same at the

2   time but, for me, because, after I inherited, I had

3   an account with BIF, which was Finama, it had become

4   Finama, and they would send me a monthly statement

03:20  5   and then -- monthly statements and bank -- bank

6   statements, and then yearly statements for tax

7   purposes.

8      Q.      So, after 1995, the BLMIS investments

9   continued to be held at BIF or Finama for a period of

03:20 10   time; is that right?

11      A.      The investments were reinvested into

12   Madoff accounts because we had a meeting in 1995 with

13   Madoff to get the guarantee for Emilie's investments.

14      Q.      And at the time, when you say that the

03:21 15   investments were reinvested, it was done through BIF

16   or Finama; is that right?

17      A.      Yes.

18      Q.      And when -- after your father's death,

19   though, there were at least three BLMIS accounts,

03:23 20   right?  There was one for your mother, one for you,

21   and one for your daughter, but they were all

22   administered through BIF or Finama, at least until

23   1999, right?

24      A.      Yes.

03:24 25      Q.      Now, during this time, between

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

85

1    approximately 1995 and 1999 when your family had at

2    least three BLMIS investment accounts, did those

3    correspond to three separate BIF or Finama accounts

4    or were they co-mingled into a single BIF or Finama

03:24  5    account?

6          A.      Three independant accounts;  mine,

7    Emilie's and my mother's, but I don't know about my

8    mother's account at that time.

9          Q.      Your mother was handling her own account

03:25 10    at that time?

11          A.      She had her account.

12          Q.      And during -- at least from 1995 through

13    1999, your mother was in control of her own account

14    and you were not; is that right?

15                THE INTERPRETER:  "You didn't have

16          control of your own account?"  Is that what

17          you said?

18                MS. WANG:  "Your mother was in control

19          of her account and you were not; is that

20          right?"

21                THE INTERPRETER:  "And you were not in

22          control of her account?"

23                MS. WANG:  In control of her mother's

24          account.

03:26 25                THE WITNESS:  I never had control of

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

86

1       her account but, later on, she got control

2       over -- within her account, she had the

3       control of two, their ownerships, because,

4       following the tax authority's contest --

03:27  5               MR. QUINT:  Challenge.

6               THE WITNESS:  -- challenge of

7       ownership, the estate was re-apportioned, was

8       split again.  So, following the tax

9       authority's intervention, the other two

03:28 10       accounts remained the same but my mother's

11       account contained two shares which were --

12       which she didn't own, which was our ownership,

13       which we held, my daughter and I the

14       ownership, and she held the usufruct on this.

03:28 15       She held an estate right.

16               MR. QUINT:  You forgot to translate

17       the --

18               THE WITNESS:  I left her -- the estate

19       rights because I didn't want to start over

03:29 20       again.

21               I left over the estate rights because

22       I didn't want to start over again.

23  BY MS. WANG:

24       Q.    So, in other words, in the BLMIS

03:29 25  investment account that belonged to your mother,

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                    **Laurence Apfelbaum  3-26-14**

87

1    there actually was money that belonged to you and

2    your daughter but your mother held a life estate on

3    it; is that right?

4         A.     Yes, and she was -- she had to do a

03:30  5    personage calculus computation every year for the tax

6    authorities, and she had to show this to the notaire;

7    this calculation to the notaire.

8         Q.     So when she had to do an annual

9    calculation allocation for the tax authorities, did

03:30 10    your mother consult with anyone in order to make this

11    computation?

12              MR. COOPERMAN:  Objection.

13              THE WITNESS:  No, because the papers

14         were very clear by the BLMIS and all she had

03:31 15         to do was fill in the papers.  She only asked

16         somebody to help her after the BIF let her

17         down;  abruptly let us down.

18    BY MS. WANG:

19         Q.     When you talk about the papers that your

03:31 20    mother had to complete or these calculations that she

21    had to show to the notaire, who would have had copies

22    of these documents?

23         A.     The notaire, maybe he kept them.  They

24    were handwritten documents that she would write.

03:32 25              MS. WANG:  I'm going to ask the court

Picard v. Igoin                          Laurence Apfelbaum   3-26-14

                                                                    88

 1              reporter to hand you what's been marked as

 2              Exhibit 17, which is this 1-page document here

 3              bearing the Bates Number AMF00070100.

 4                     Can you take a look at that document,

03:33  5        Mrs. Apfelbaum, and first please let me know

 6              if you've seen it before.

 7                     (Exhibit 17 marked for

 8              identification).

 9       BY MS. WANG:

10              Q.    Can you take a look at that document,

11       Mrs. Apfelbaum, and first please let me know if

12       you've seen it before?

13                     MR. COOPERMAN:  Can I ask what was

14              that produced in?  Is that something we

03:33 15        produced?

16                     MS. WANG:  No, that's from our

17              documents;  the BLMIS documents.

18                     MR. COOPERMAN:  Okay.  It's not

19              something you produced to us?

03:33 20               MS. WANG:  No.

21                     MR. COOPERMAN:  Are you representing

22              this has something to do with Mrs. Apfelbaum?

23                     MS. WANG:  Yes.

24                     THE WITNESS:  No, I've never seen

03:33 25        this.

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                        Laurence Apfelbaum  3-26-14

90

1                    (A short recess at 3:37 p.m.)

2                    (Resumed at 3:50 p.m.)

3                    VIDEOGRAPHER:   Going back on the

4         record.  The time is 15:50.

03:49  5                    MS. WANG:  I'm going to ask the court

6         reporter to mark as Exhibit 18 a 2-page

7         document.  The first page, which is unstamped.

8         The second page bears the Bates Number

9         MADTSS01121826.

10                    And my question for you,

11        Mrs. Apfelbaum, after the reporter has marked

12        Exhibit 18, is to take a look at it and, when

13        you're done, let me know if you've seen it

14        before and, if so, what it is.

03:50 15                    (Exhibit 18 marked for

16        identification).

17                    THE WITNESS:   (Witness reviewed the

18        document)  Oui.

19        BY MS. WANG:

03:51 20        Q.    Can you tell me what it -- if you have

21        seen it before and, if so, what is it?

22        A.    Yes, I've seen it.  It is a letter

23        I wrote.

24        Q.    Okay.  Can you tell me approximately when

03:51 25        you wrote it?

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

91

1      A.      This -- what I'm reading, it must have

2      been shortly before June 1999.

3      Q.      Can you just -- you wrote this letter,

4      right?  Is that right?

03:52  5      A.      Yes.

6      Q.      Can you just read, because it is

7      handwritten, can you just read what you wrote into

8      the record?

9      A.      (In person)  "Just a word to tell you

03:52  10     that on our coming sale of treasury bills I shall be

11     drawing huge amount because I have finally received

12     the 1996 income tax which I had not paid then because

13     they had miscalculated it (and it took them all this

14     time to correct the figures!).  I will also be paying

03:52  15     the 1999 tax on fortune but will not have the exact

16     figures before May 18, with the part that is to be

17     drawn on Emilie's account.  Thus I shall call you

18     next week as soon as I know."

19     Q.      So do you see where it says, "Dear Frank"

03:53  20     at the top of the letter?

21     A.      Yes.

22     Q.      Who is the letter addressed to?

23     A.      The letter is addressed to Frank

24     Di Pascali.

03:53  25     Q.      And what is your understanding of who

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

92

1    Frank Di Pascali is?

2         A.      Frank Di Pascali, whom I have never seen,

3    was the man in charge of our accounts at Madoff.

4         Q.      Okay.  And do you see the first two

03:53  5    lines, "Just a word to tell you that on our coming

6    sale of treasury bills"?  What did you mean by "on

7    our coming sale of treasury bills"?

8         A.      Most of the time our investment was in

9    treasury bills and I was very attentive to this

03:54 10    because, on a date I forgot, I received a phone call

11    from BIF letting me know that they have found

12    a problem in the figures they gave me to fill in my

13    tax return, because they had just discovered that the

14    tax rate applicable to treasury bills fluctuate from

03:55 15    24 per cent to 50 per cent.  It either -- the tax

16    applicable to the proceeds from the sale of treasury

17    bills would be either 20 per cent or 50 per cent.

18    I don't recall the exact rate.  Based on when they

19    were sold, it could either be taxed at around 25 per

03:56 20    cent or 50 per cent.

21         Based on what they told me, I think

22    I understood that, if they were sold after having

23    matured, then they would be considered as dividends

24    and taxed at 50 per cent, and, if they were sold

03:57 25    before maturation, then they were considered as

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

                                                                      93

1        equity.  That's what they found out when they had

2        a doubt and they asked for an advice from the firm

3        Francis, F-r-a-n-c-i-s, Lefevre, L-e-f-e-v-r-e.  The

4        bank took care of this and told me the result.

5        L-e-f-e-b-v-r-e.

6                    The treasury bills from Di Pascali, from

7        the last, I regularly verified the treasury bills to

8        make sure that they did not mature.

9            Q.    So you regularly verified and called

03:58  10    Frank Di Pascali to make sure that BLMIS sold the

11       purported treasury bills before their maturation

12       date; is that right?

13                   MR. COOPERMAN:  Objection.

14                   THE WITNESS:  Yes, I would remind him.

03:59  15    BY MS. WANG:

16           Q.    Did you remind him by writing to him?  By

17       faxing him?  By calling?

18           A.    Both, I believe.  Either, I mean.  More

19       often by fax because I don't like using the

03:59  20    telephone.

21           Q.    So you said in an earlier answer that BIF

22       called you once letting you know that they found

23       a problem with the tax returns because apparently the

24       treasury bills had been sold and they -- at a date,

04:00  25    I believe -- I presume, where the 50 per cent tax

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

94

1    rate had applied.  Had that -- had that happened only

2    once or had that happened more than once over the

3    life of the accounts?

4          A.     I don't know.  The banks probably know

04:01  5    how to declare them.  They were the ones having

6    questions about it.

7          Q.     Because the bank would provide you the

8    tax rate or the amount of the tax on the profit; is

9    that right?

04:01 10          A.     The bank provide me with the amount

11    saying that they were capital gains, and then saying

12    whether they were dividend capital gains or not.  And

13    what was a bit silly was that, if it was sold just

14    one day before maturing, then it was not considered

04:02 15    dividend;  it was a different tax rate.

16          Q.     And the taxes on the capital gains or

17    dividend capital gains, how often would they have

18    been paid?

19                    MR. COOPERMAN:  Objection.

04:02 20                    THE WITNESS:  Once a year you have to

21          file a return.

22    BY MS. WANG:

23          Q.     So as of 1999, was it your understanding

24    that the investment strategy in yours and Emilie's

04:03 25    BLMIS accounts consisted of investing in buying and

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                      **Laurence Apfelbaum  3-26-14**

95

1      selling US treasury bills?

2                      MR. COOPERMAN:  Objection.

3                      THE WITNESS:  I've never known exactly

4           what the strategy was.  I've only noticed that

04:04  5           on the monthly statements there were dividends

6           or equity.

7      BY MS. WANG:

8           Q.    Did BLMIS engage in trading any

9      securities or any other import -- sorry, let me start

04:04 10      that again.

11                      For your accounts, did BLMIS trade in any

12      other securities or engage in any other trading

13      strategies, for lack of a better word?

14                      MR. COOPERMAN:  Objection.

04:05 15                      THE WITNESS:  I don't know any --

16           I don't know anything about Stock Exchange.

17           All I know is that I was told that they were

18           either treasury bills or equities.  Stocks.

19           I've never seen anything else.

04:06 20      BY MS. WANG:

21           Q.    Do you see in lines 2 and 3 of the text

22      where it says, "I shall be drawing huge", which is

23      underlined, "amounts because I have finally received

24      the 1996 income tax which I had not paid then because

04:06 25      they had miscalculated it"?  Can you tell me what you

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                      Laurence Apfelbaum   3-26-14

96

1    meant by writing that?

2        A.      The French tax authorities made

3    a mistake.  They forgot one zero, which made a huge

4    difference in the amount that we had to pay.  So we

04:06 5    signalled it to them, and it took them that long to

6    correct it.

7        Q.      So you had to pay additional tax based on

8    the 1996 income tax; is that right?

9        A.      Yes, because they would not receive it

04:07 10    before.

11        Q.      Do you have any understanding of what

12    amount you meant when you wrote "huge", underlined,

13    "amount"?

14        A.      Not at all, but everything looked huge to

04:07 15    me.

16        Q.      Was it on the order of, for example,

17    a million dollars or more?

18                    MR. COOPERMAN:  Objection.

19                    MR. QUINT:  Excuse me.  Here we have

04:08 20            a problem with the blocking statute.

21            Mrs. Apfelbaum is not allowed to give any

22            information, any financial information, which

23            means any figure.  So I ask Mrs. Apfelbaum not

24            to answer that question.

25

Picard v. Igoin                                Laurence Apfelbaum   3-26-14

97

BY MS. WANG:

Q.      Mrs. Apfelbaum, are you going to follow
your lawyer's instruction?

A.      Yes.

MR. CANAT:  I'm sorry, but I disagree
with your position because they were under the
treaty of The Hague treaty --

COURT REPORTER:  I'm sorry, I can't
hear you.  They were what?  "I disagree with
your position because"?

MR. CANAT:  This billing is under The
Hague treaty, and we are here to exchange
information and there is no limitation to
whatever it is, except transfer of documents.

MR. QUINT:  I do not agree, I'm sorry.

MR. CANAT:  Plus, if you read --

MR. QUINT:  Even though we are under
The Hague Convention posture, still the
financial information must not be disclosed.

MR. CANAT:  There has -- there's no
limitation in The Hague convention on this
point.  And, if you look at the instructions
which have been given, there is no limitation
when they exchange information.  We are not
advised to exchange documentation.

Picard v. Igoin                           Laurence Apfelbaum  3-26-14

                                                                 103

1    taking the break, Mrs. Apfelbaum, was, do you have

2    any understanding of what you meant by the word

3    "huge", which you underlined in this letter to

4    Mr. Di Pascali?

04:22  5          A.     As far as a figure was concerned, no,

6    I don't.

7          Q.     And I'm asking not to disclose any

8    figures obviously because that's where the blocking

9    statute controversy arose.  But whether --

04:23 10          A.     It was more money than usual because

11   I was going to have to pay two taxes at once.

12         Q.     And one of the taxes, you had said

13   earlier, was off by a word of magnitude.  In other

14   words, off by a factor of 10 because somebody had

04:23 15   left off a zero; is that right?

16                MR. COOPERMAN:  (To the witness)  You

17         have to answer verbally.

18                THE WITNESS:  Yes.

19   BY MS. WANG:

04:23 20         Q.     And was -- so that amount for the taxes

21   was taken out of one of the BLMIS accounts; is that

22   right?

23         A.     From my account.  But, based on what

24   I can see, I was also going to give the figures for

04:24 25   the amount to be taken off Emilie's accounts.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                         **Laurence Apfelbaum   3-26-14**

104

1    Q.    So the 1996 income tax, that's referred

2    to in Exhibit 18, would have been taken out of your

3    account, and the 1999 tax on fortune, referenced in

4    this exhibit, would have been taken out of Emilie's

04:24  5    account; is that right?

6                    MR. COOPERMAN:  Objection.

7                    MS. WANG:  I have to take a little

8            break.  I'm sorry.

9                    VIDEOGRAPHER:   Going off the record

04:25  10            at 16:26.

11                    (A short recess at 4:26 p.m.)

12                    (Resumed at 4:40 p.m.)

13                    VIDEOGRAPHER:  We're going back on the

14            record.  The time is 16:40.

04:39  15    BY MS. WANG:

16    Q.    All right.  Mrs. Apfelbaum, I apologise

17    again for taking another break.

18                    The question that was pending right

19    before the break was:  So the 1996 income tax, that's

04:39  20    referred to in Exhibit 18, would have been taken out

21    of your account -- out of your account, and the 1999

22    tax on fortune, as shown in this exhibit, would have

23    been taken out of Emilie's account; is that right?

24    A.    Not entirely for the wealth tax 1999.  My

04:40  25    share would be taken off my account and Emilie's

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

105

1      share would be taken off her account.

2           Q.      And do you see where it says -- or going

3      back to where it says "paying the 1999 tax on

4      fortune", is that the same as saying is a wealth tax?

04:41  5                      MR. CANAT:  Yes.

6                      THE WITNESS:  Yes.

7      BY MS. WANG:

8           Q.      And do you see where it says, "but will

9      not have the exact figures before May 18"?  Do you

04:41 10     have any understanding of why the date of May 18th

11     mattered?

12          A.      Yes, because on May 18th I was scheduled

13     to have an appointment with my tax adviser that

14     helped me fill out the tax returns for the wealth

04:42 15     tax.

16          Q.      Who was this tax adviser again?

17          A.      Mr. Philippe, P-h-i-l-i-p-p-e, Colin.

18          Q.      How do you spell Mr. Colin's last name?

19          A.      C-o-l-i-n.

04:42 20          Q.      Now, at this time you -- your BLMIS

21     accounts were still being administered through Finama

22     or BIF; is that right?

23          A.      Yes.

24          Q.      Did you have a particular contact at BIF

04:43 25     or Finama with regard to your account, or was it

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                Laurence Apfelbaum  3-26-14

106

1          through a department or was it -- or was it with

2          a particular department?

3                  A.      The documents were sent to me by

4          Mrs. Dringenberg.

04:44  5           Q.      So can you take me through a typical

6          process of withdrawing money or getting a redemption

7          from your BLMIS account while BIF and Finama were

8          still administering them?

9                          MR. COOPERMAN:  Objection.

04:44 10   BY MS. WANG:

11                 Q.      For example, if you needed to make a

12         redemption or obtain cash out of BLMIS, who starts

13         the process?

14                         MR. COOPERMAN:  Are you talking still

04:45 15           the BIF period?

16                         MS. WANG:  Mmmm.

17                         MR. COOPERMAN:  Because you asked --

18                 I object to your question.  The two questions

19                 you asked were different.  One, you asked who

20                 she talked to in BIF, and the other you asked

21                 --

22                         MS. WANG:  Well, we got that;  that

23         was Ms. Dringenberg.

24                         MR. COOPERMAN:  No.  Just take a look.

04:45 25   You just asked a question without an answer

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

107

1            and then asked another question which

2            contradicts it.

3      BY MS. WANG:

4            Q.     Let me start -- let me ask this question

04:45  5      again.

6                  So can you take me through a typical

7      process of how you would withdraw money from your

8      BLMIS account, specifically during the time that BIF

9      or Finama were still administering them?

04:45 10                  MR. COOPERMAN:  Objection.

11                  THE WITNESS:  I can't remember

12            precisely.  It seems I would write to

13            Frank Di Pascali.  Maybe to Ms. Dringenberg,

14            but I do not remember telling them the amount

04:46 15            I would need.

16      BY MS. WANG:

17            Q.     And then the francs or the Euros would

18      appear -- would appear in your account at BIF or

19      Finama?

04:46 20            A.     Yes.

21            Q.     Or would they be wired to a different

22      account, a different bank account that you had?

23            A.     (In person) Ah.

24                  (Interpreted)  The amount was wired to

04:47 25      the joint account I had with my husband.

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

108

1          Q.      And that was an account at BIF or Finama,

2     or was it somewhere else?

3          A.      Somewhere else.

4          Q.      Can you tell me the name of the bank?

04:47 5          A.      Societe Generale.

6          Q.      During the period when BIF or Finama was

7     administering your BLMIS account, did you ever

8     withdraw francs or Euros directly from the BIF or

9     Finama accounts?

04:48 10          A.      I don't recall.  I really don't remember.

11               MS. WANG:  Mrs. Apfelbaum, I'm going

12          to have you -- I'm going to ask the reporter

13          to mark a 2-page document as Exhibit 19 -- oh,

14          a 3-page document that will be marked as

04:49 15          Exhibit 19, and take your time to review it

16          and when you're done let me know what it is.

17               (Exhibit 19 marked for identification)

18               THE WITNESS:  (Witness reviewed the

19          document)  It's the same document.

04:50 20     BY MS. WANG:

21          Q.      So pages 2 and 3 are the same letter,

22     they just appear to be different versions; is that

23     the right?

24               MR. COOPERMAN:  Can you explain?

04:51 25          I think the explanation is that you've just

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

109

1          put two different pages together to create one

2          document.  These two pages were not together

3          ever.  This is a document we produced,

4          Apfelbaum 1727, and the first one is a

04:51   5          document from their files, okay, but they're

6          just -- they've put them together.

7                  So also this first page, this is an

8          exhibit -- this was an exhibit of your answer

9          to our motion to dismiss, which I do not

04:51  10          believe had the third page because we hadn't

11          produced the documents yet.  So this is all,

12          sort of, an artificial exhibit.

13   BY MS. WANG:

14          Q.     Okay.  So, Mrs. Apfelbaum, I will

04:52  15   represent to you that the page that has the number at

16   the lower right corner MADTSS00258367 came from

17   BLMIS's files, and then the page that says at the

18   bottom Confidential Material, Apfelbaum 01727 came

19   from you or came from a production, from your

04:52  20   production.

21                  okay.  I want to call your attention --

22   let's look at the document that's marked Apfelbaum

23   01727.  It's a little clearer.  Can you tell me what

24   that document is?

04:53  25          A.     This is a letter I wrote to

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

110

1    Frank Di Pascali to remind him to sell -- to make

2    sure that he had -- to verify that he had sold the

3    treasury bill ahead of maturing because it was -- for

4    me, it was a problem but for him maybe not because

04:54 5    this was a very French particulite.

6                    COURT REPORTER:  Very French?

7                    THE INTERPRETER:  Question.  Matter.

8         A very French matter.  It was a French-only

9         matter.  A matter that only concerns France.

04:54 10   BY MS. WANG:

11        Q.      So do you see -- so the main body, the

12   handwritten portion of Apfelbaum 1727 is your

13   handwriting; is that right?

14        A.      Yes.

04:54 15        Q.      Could you please read the handwriting on

16   Apfelbaum 1727 into the record, please?

17        A.      (In person)  "Just back from a congress

18   tonight.  I find no notice concerning Emilie, and

19   it's too late to reach the bank to check.

04:55 20                "Can you confirm to me that her Treasury

21   Bills have been sold (it has to be done by now, so as

22   not to be dated for us October 14).

23                "Thank you for letting me know by fax."

24        Q.      And is it your understanding that the

04:55 25   October 14th referenced in this letter would be the

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

111

1    maturity date of the treasury bills that needed to be

2    sold from Emilie's account?

3            A.    Yes.

4            Q.    Do you recall if Mr. Di Pascali let you

04:55  5    know by fax?  Responded to this letter by fax or not?

6            A.    No.

7            Q.    So going to the beginning of the letter

8    where it says, "Just back from a congress tonight.

9    I find no notice concerning Emilie", what was the

04:56 10    congress that you're referring to there?

11            A.    I don't know.  There's no date helping

12    to me.  Congress is...

13            Q.    Is congress a conference?  Or is it

14    a meeting?

04:56 15            A.    It can be one or the other.  It can be

16    a congress or board.  It can be one or the other.

17    But it's probably abroad because I say I'm just back.

18            Q.    So you think it was a meeting that was

19    abroad and you had just returned home?

04:57 20            A.    Yes, I believe I left for a few days for

21    a conference abroad.

22            Q.    Where you say "I find no notice

23    concerning Emilie", what is that referring to?

24            A.    I try to remember.  I believe that the

04:58 25    BIF would forward to me faxes that they would receive

**Picard v. Igoin**                    **Laurence Apfelbaum  3-26-14**

112

1      from Madoff to let me know the transactions that were

2      made, but I'm not sure.

3           Q.    So at this time frame, then, while --

4      when BIF or Finama was administering the accounts,

04:59  5      you would get confirmation of any purchase or sales

6      from BIF or Finama, not from BLMIS;  is that your

7      recollection?

8           A.    Yes, I think so, because I don't know the

9      date of this document and, after the year 2000,

04:59 10      I received the notices directly from BLMIS.

11           Q.    Going back to the earlier page on

12      Exhibit 19, marked MADTSS00258367, do you recognise

13      any of the handwriting on the bottom of that page?

14                    MR. COOPERMAN:  By "body", you mean

05:00 15               below where it says, "Best Regards, Laurence"?

16                    MS. WANG:  That's right.

17                    THE WITNESS:  No, not at all.

18      BY MS. WANG:

19           Q.    Now, you mentioned earlier, and then you

05:00 20      again referred to a time when you -- a time when you

21      came to manage your account directly.  And I believe

22      earlier you said when BIF abruptly let us down.  Can

23      you tell me about that or what you meant by that?

24           A.    A few months prior to the end of 1999,

05:01 25      I don't remember if I was called by phone or if

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                    Laurence Apfelbaum  3-26-14

113

1    Mrs. Dringenberg wrote to me, but the information was

2    that they were shutting down their foreign service.

3    So I made an appointment and met with

4    Mrs. Dringenberg, and she told me that they were

05:03  5    closing down their foreign operations and that she

6    herself was finding herself unemployed.   I asked her

7    what to do.  She said nothing else but continue

8    directly with Madoff.  There was no other suggestion.

9        Q.     Okay.  Now, at the time that you had made

05:03  10    an appointment with Mrs. Dringenberg and you were

11    discussing Finamar's closing down their operations in

12    the foreign market, did you have any understanding

13    whether they were only closing down investments with

14    BLMIS or with other foreign investments or anything

05:04  15    else?

16        A.     As far as I was concerned, it was all

17    operations abroad because it was the foreign

18    services, the operations that were closed.

19        Q.     And they didn't give you any reason they

05:04  20    were closing down their foreign operations; is that

21    right?

22        A.     No, they didn't.

23        Q.     And is it your recollection that you

24    first heard the news from Finama or that you heard it

05:05  25    from somebody at BLMIS?

Picard v. Igoin                                    Laurence Apfelbaum  3-26-14

114

1          A.      From Finama.

2          Q.      What did you do after the meeting with

3     Mrs. Dringenberg about your accounts?

4                        THE INTERPRETER:  Sorry, I didn't hear

05:05  5           that.

6                        MS. WANG:  Sorry, let me rephrase the

7                 question because I didn't ask it very well.

8     BY MS. WANG:

9          Q.      What did you do about your accounts after

05:05 10    you had the meeting with Mrs. Dringenberg?

11         A.      I don't remember very specifically.

12    I believe I talked to my mother to ask her what she

13    did with her accounts.  She said she talked to

14    Mr. Madoff and he said that we could continue

05:06 15    directly with him;  that it didn't pose any specific

16    problem.

17         Q.      When you spoke to your mother about

18    Finama closing its foreign investments branch or

19    office, did your mother already know that Finama was

05:07 20    closing its operation?

21                      MR. COOPERMAN:  Objection.

22                      MS. WANG:  Actually, let me ask that

23                again because that wasn't...

24    BY MS. WANG:

05:07 25         Q.      When you discussed with your mother the

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

                                                                   115

1    news that Finama was closing its foreign investments

2    operations, did your -- did your mother already know

3    or were you the one to tell her?

4                    MR. COOPERMAN:  Objection.

05:07 5                THE WITNESS:  I don't remember.

6    BY MS. WANG:

7         Q.    When you spoke to your mother at this

8    time when Finama was closing its foreign investments

9    operations, did you ever discuss taking the money and

05:08 10   investing elsewhere?

11        A.    I don't think so.

12        Q.    Did you consult with anyone, for example,

13   a financial adviser or an investment planner, about

14   what to do -- about what to do with the accounts at

05:09 15   Finama?

16        A.    No, I didn't consult anyone because

17   I expected the bank to tell me what to do, and the

18   bank told me to continue with Mr. Madoff.

19                    COURT REPORTER:  I'm sorry, I'm not

20           hearing you.

21                    THE INTERPRETER:  "I expected the bank

22           to tell me what to do, and the bank told me to

23           continue with Mr. Madoff."

24   BY MS. WANG:

05:09 25        Q.    Now, your mother said -- you said earlier

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

                                                                    120

1        Q.      Is that December 14th, '99 date

2    consistent with your recollection of when Finama

3    closed its foreign investment operations?

4        A.      Yes.  I know it happened very fast.

05:18 5   That's why I said they let us down.

6        Q.      And it was around the end of 1999?

7        A.      Yes.

8        Q.      Did you have to execute --

9        A.      I think I said that before.

05:19 10       Q.      Okay.  Did you have to execute any new

11   agreements with BLMIS as a result of Finama closing

12   its foreign investment operations?

13       A.      No.

14       Q.      Did you receive any documentation from

05:19 15   BLMIS once you began administering the -- your BLMIS

16   accounts directly?

17               MR. COOPERMAN:  You're asking aside

18           from the account statements which she

19           testified she received?

05:19 20           MS. WANG:  Mmmm.

21               THE WITNESS:  I didn't understand.

22               MR. COOPERMAN:  Did you get what

23           I said?

24               THE INTERPRETER:  No, I didn't hear

25           what you said.

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

121

1           MS. WANG:  Why don't you read it?  It

2      should be in there

3           MR. COOPERMAN:  Yeah.  You were

4      asking, aside -- here.

05:20   5           (Question interpreted)

6           THE WITNESS:  No.

7    BY MS. WANG:

8      Q.    So just so I understand.  I'm asking

9    specifically about the time when you transitioned

05:20  10    from having your BLMIS account administered through

11    Finama and then began administering them directly.

12           (To the interpreter)  Could you please

13      translate that part before I finish my

14      question?

15           (Question interpreted)

16    BY MS WANG:

17      Q.    Is it your recollection that one month

18    you were receiving statements from BIF or Finama, and

19    then, when the accounts were transitioned so that you

05:21  20    were administering them directly, you simply started

21    receiving account statements from BLMIS directly?

22      A.    Yes, that's the way I remember it.

23      Q.    How did you receive those statements?

24    Was it by fax, by mail or some other way?

05:22  25      A.    I believe the multi-statements were sent

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

                                                                    122

1    by mail, and the faxes were sent every time there was

2    transactions made.  So the monthly statements were

3    sent by mail and not by fax.

4         Q.    And then you would receive a separate fax

05:23  5    periodically or every time there was a transaction

6    made in the account?

7         A.    Only when there was a transaction made.

8         Q.    And who would you receive the fax from?

9    From Frank Di Pascali?

05:23 10       A.    Yes.

11       Q.    Did you ever receive any faxes from BLMIS

12   from anyone else telling you --

13            (Interpreter began to interpret)

14            Wait, wait.

05:23 15            Did you ever receive any faxes from

16   BLMIS, from anyone else, telling you about

17   transactions that had taken place in your account?

18       A.    No.  No, I don't think so.  I can't --

19   I can't think of any.

05:24 20            MS. WANG:  We'll take a short break

21            and then we might be done for today.  I just

22            want to confer with my counsel.

23            VIDEOGRAPHER:   We're going off the

24            record.  The time is 17:25.

05:24 25            (A short recess at 5:25 p.m.)

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

123

1                      (Resumed at 5:28 p.m.)

2                      VIDEOGRAPHER:   Going back on the

3            record.  The time is 17:28.

4                      MS. WANG:  Mrs. Apfelbaum, I just have

05:27  5            a few more questions for you before you break

6            for the day.

7       BY MS. WANG:

8            Q.      Did you receive any written

9       communications -- letters or faxes -- from anybody

05:27 10       else at BLMIS, other than Frank Di Pascali, for any

11       reason?

12            A.      If I received something, it may be from

13       Mr. Madoff regarding the letter of guarantee which we

14       were asking him in 1995.

05:28 15            Q.      And did you --

16            A.      I'm not even sure because he came to

17       Paris to discuss this issue;  this matter.  If

18       I received anything from BLMIS, other than was sent

19       by Mr. Di Pascali -- if I was sent anything from

05:29 20       somebody else than Mr. Di Pascali at BLMIS, then this

21       must be it.  I'm not -- I just can't remember.

22            Q.      Did you have any telephone conversations

23       with anybody at BLMIS other than Mr. Di Pascali?

24                      MR. COOPERMAN:  This is any time from

05:29 25            '95 up to 2008?

Picard v. Igoin                          Laurence Apfelbaum  3-26-14

                                                                    124

1              MS. WANG:  Mmmm.

2              MR. COOPERMAN:  So she understands.

3              MS. WANG:  Or even before 1995.

4              MR. COOPERMAN:  Sure.

05:30  5              THE WITNESS:  Yes, it's happened that

6         I would call Mr. Madoff on business, for a few

7         matters of information.

8              MR. COOPERMAN:  This transcript is

9         wrong.

05:31 10              MR. QUINT:  Mrs. Apfelbaum said, "No,

11        not on business".  So "on business", should be

12        deleted.

13     BY MS. WANG:

14         Q.    Can you start your answer again?  After

05:31 15        1999 --

16              MR. COOPERMAN:  Can we have on the

17        record here that we objected to the

18        translation.

19              MS. WANG:  It is in there.  It is in

05:31 20        there.

21              MR. COOPERMAN:  It's not in the

22        record.  Now it is.

23              MS. WANG:  Okay.

24     BY MS. WANG:

05:31 25         Q.    So just so I'm clear.  Before 1995 your

125

1    recollection is that you had no communications in any

2    form with anybody from BLMIS; is that right?

3        A.      Under any form whatsoever?  The question

4    is, do you want to know under any form?  Yes, I want

5    to know under any form whatsoever.

6                In 1981 it was the year I got married.

7    I took a trip to the United States.  We went from New

8    York, because my husband had a meeting in

9    Philadelphia or Boston.  We visited New York.  And my

05:32 10    father told me that, if we wanted, we could telephone

11    one of his friends and that we could visit Wall

12    Street.

13                So in 1981 I did call Bernard Madoff,

14    whom I didn't know and who was supposed to be

05:33 15    a friend of my father's.  And I met him along with my

16    husband in his offices in Wall Street and he showed

17    us the floor, the trading floor.

18                That's the end of the story.  I believe

19    I didn't see Bernard Madoff.  He never called.  He

05:33 20    never specifically spoke.  When my father was alive

21    he would come to Paris so I may have -- we may have

22    crossed paths, but I didn't have any contact.  And,

23    as far as I was concerned, he was a business relation

24    of my father's;  as far as I was concerned, he was a

25    business relation of my father's.

Picard v. Igoin                    Laurence Apfelbaum  3-26-14

126

1      In '95, yes, I did, telling him that the

2  Judge wanted -- required letters of guarantees for

3  Emilie, and telling him that, if he could not

4  deliver, then we would invest somewhere else.  I told

05:34  5  him when the bank told me about the treasury bills

6  story, issues, to explain to him, and may have called

7  him.  Every time there was some landmark, even,

8  I called him.

9      Q.     And when you mentioned the treasury bills

05:35 10  issues, that -- that is in reference to selling --

11  making sure that BLMIS sold the treasury bills before

12  the maturity date, right?

13      (Simultaneous translation;  both interpreter and

14           witness speaking at the same time)

05:35 15      A.     Then I reminded Mr. Di Pascali regularly.

16           MS. WANG:  You missed a lot in there.

17      She was speaking -- she was translating before

18      you said, "Then I reminded Mr. Di Pascali".

19      She said "yes".

20  BY MS. WANG:

21      Q.     The question was -- let's get that answer

22  again, I'm sorry, because I think the reporter didn't

23  get the first part of your answer.

24           My question was, and when you mentioned

05:36 25  the treasury bill issues in your previous answer,

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelbaum   3-27-14

134

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION

CORPORATION,                               Adv.Pro.No.08-01789(SMB)

          Plaintiff-Applicant,       SIPA LIQUIDATION

v.                                         (Substantively

Consolidated)

BERNARD L. MADOFF INVESTMENT

SECURITIES LLC

          Defendant.

                   ————    /

In re:

      BERNARD L. MADOFF,

          Debtor.

                     /

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

          Plaintiff,

v.

ESTATE (SUCCESSION) OF DORIS IGOIN,

ET AL,

          Defendants.

     VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

        of MRS LAURENCE APFELBAUM

        ON THURSDAY, MARCH 27, 2014

  TAKEN AT:

  ARTUS WISE PARTNERS,

  154, BOULEVARD HAUSSMANN,

  PARIS 75008,

  FRANCE

  BEFORE SUSAN A. MCINTYRE, CSR, RPR, CRR, MBIVR

135

```
 1                    A P P E A R A N C E S:
 2      FOR THE PLAINTIFF:
 3                    BAKER HOSTETLER
                      45 Rockefeller Plaza
 4                    New York, NY  10111-0100
 5            BY:   ONA THERESA WANG
                      Tel:  212.589.4254
 6                    E-mail:  owang@bakerlaw.com
 7                    DAVID M. McMILLAN
                      Tel:  212.847.2838
 8                    E-mail:  dmcmillan@bakerlaw.com
 9                    NATACHA CARBAJAL
                      Tel:  212.589.4232
10                    E-mail:  ncarbajal@bakerlaw.com
11

12                    UGGC & ASSOCIÉS
                      47, RUE DE Monceau
                      Paris 75008
13                    France
14            BY:   Delphine Eskenazi
                      Tel:   +33 1 56 69 70 00
15                    d.eskenazi@uggc.com
16                    JEAN-FRANÇOIS CANAT
                      Tel:  +33 1 56 69 70 00
17                    E-mail:  jf.canat@uggc.com
18

       FOR THE WITNESS AND DEFENDANT:
19

                      KELLEY DRYE & WARREN LLP
20                    101 Park Avenue
                      New York, NY  10178
21

              BY:   JONATHAN K. COOPERMAN
22                    Tel:  212.808.7534
                      E-mail:  jcooperman@kelleydrye.com
23

24

25
```

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

136

1    FOR THE WITNESS, LAURENCE APFELBAUM:
2                    GRANRUT
                     Société d'Avocats
3                    91 rue du Faubourg Saint-Honoré
                     75008 Paris
4                    France
5         BY:  BRUNO QUINT
                     Tel:  +33 1 53 43 15 15
6                    E-mail:  bquint@granrut.com
7

                     NERINCK SELTZER LAW
8                    101 Park Avenue
                     27th Floor
9                    New York, NY  10178
10        BY:  AMBRE NERINCK-SELTZER
                     Tel:  212.808.5094
11                   E-mail:  Ans@ans-law.com
12

                     ARTUS WISE PARTNERS
13                   154, Boulevard Haussmann
                     75008 Paris
14                   France
15        BY:  SALLI A. SWARTZ, Commissioner
                     Tel:  +33 1 45 02 38 38
16                   E-mail:  sswartz@artuswise.com
17

18    IN ATTENDANCE:

                     Anne Lebreton, Interpreter
19                   3, rue Alexandre Guilmant
                     92190 Meudon
20

                     Tel:  +33 62 10 82 132
21                   E-mail:  a.lebreton@aiic.net
22

                     Stevenin Ombeline, Intern, Artus Wise
23
24
25

**Picard v. Igoin**                                **Laurence Apfelbaum   3-27-14**

137

1                                    INDEX
2        WITNESS:                                          PAGE
3        LAURENCE APFELBAUM
4             Examined by Ms Wang                          140
5
6
7                          E X H I B I T S
8        EXHIBIT           DESCRIPTION                     PAGE

9        Exhibit 21        Facsimile Transmittal, dated May 31,    156
                           2000, Bates No. MADTSS00233285
10
         Exhibit 22        Facsimile Transmittal, dated            158
11                         March 30, 2000, Bates Nos.
                           MADTSS00258269 – MADTSS00258273
12
         Exhibit 23        Letter to Mr Airault, dated May 17,     178
13                         1995, Bates No. ESQU-BR00007822
14       Exhibit 24        Multi-paged document, not Bates         181
                           numbered
15
         Exhibit 25        Multi-page document of a French         185
16                         document with a certified
                           translation, not Bates numbered
17
         Exhibit 26        Multi-paged document, Bates Nos.        193
18                         Brunner 0066 through Brunner 0072
19       Exhibit 27        Multi-paged document, Bates Nos.        198
                           AMF00078153 – AMF00078158
20
         Exhibit 28        Multi-paged document, Bates Nos.        212
21                         MADTSS01128122 – MADTSS01128125
22       Exhibit 29        Multi-paged document, Bates Nos.        216
                           APFELBAUM01795 – APFELBAUM01837
23
         Exhibit 30        Multi-paged document, Bates Nos.        222
24                         Brunner0047 – Brunner0049, together
                           with an English translation
25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

                                                                      152

| | | |
|---|---|---|
| 1 | MR COOPERMAN:  Objection. | 10:17:26 |
| 2 | THE WITNESS:  Yes.  Yes, I did such | 10:17:42 |
| 3 | withdrawals and placed them on the joint account | 10:18:23 |
| 4 | in order to pay for my tax.  My taxes were very | 10:18:25 |
| 5 | high as regards the capital gain tax on my | 10:18:33 |
| 6 | portfolio.  That part of my taxation was higher | 10:18:36 |
| 7 | than the taxes on my professional income, and | 10:18:42 |
| 8 | that's why I needed to make those withdrawals. | 10:18:46 |
| 9 | And, naturally, I placed them on the joint account | 10:18:50 |
| 10 | since we were a household and, as such, had a | 10:18:53 |
| 11 | household tax return to do. | 10:18:58 |
| 12 | BY MS WANG: | 10:19:09 |
| 13 | Q.  When you made these withdrawals for | 10:19:09 |
| 14 | taxes, did you request them specifically from | 10:19:12 |
| 15 | BLMIS? | 10:19:17 |
| 16 | MR COOPERMAN:  Objection. | 10:19:24 |
| 17 | THE WITNESS:  That was answered | 10:19:37 |
| 18 | yesterday. | 10:19:47 |
| 19 | MR COOPERMAN:  That's why | 10:19:50 |
| 20 | I objected. | 10:19:51 |
| 21 | BY MS WANG: | 10:19:53 |
| 22 | Q.  Well, can you just answer it again | 10:19:54 |
| 23 | since I don't have the transcript in front of me | 10:19:56 |
| 24 | right now? | 10:20:02 |
| 25 | MR COOPERMAN:  Objection. | 10:20:03 |

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelbaum   3-27-14**

153

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes.  As I said | 10:20:44 |
| 2 | yesterday, I did write Mr de Pascali a letter | 10:20:47 |
| 3 | requesting such a withdrawal, I think it was '96 | 10:20:53 |
| 4 | or '99.  In fact twice a year I would -- when | 10:20:57 |
| 5 | I got my tax figures I sent them to him in a | 10:21:03 |
| 6 | letter so that the appropriate withdrawal could be | 10:21:05 |
| 7 | made. | 10:21:09 |
| 8 | I would like to say something about | 10:22:28 |
| 9 | my statement of yesterday.  I wonder whether | 10:22:30 |
| 10 | I caused confusion in the way you reformulated | 10:22:34 |
| 11 | what I said, I'm not quite sure. | 10:22:39 |
| 12 | When you summed up about the selling | 10:22:41 |
| 13 | before maturity of the securities -- the Treasury | 10:22:44 |
| 14 | Bills, sorry -- what happened is I regularly | 10:22:49 |
| 15 | checked my Treasury Bills and when the date, the | 10:22:53 |
| 16 | due date, was coming up, if nothing had happened | 10:22:59 |
| 17 | I got a bit worried and called Mr de Pascali. | 10:23:03 |
| 18 | Because his activities tended to take place at a | 10:23:12 |
| 19 | rather uncontrolled rhythm.  And if he hadn't done | 10:23:16 |
| 20 | anything and I felt it was time, well, I took | 10:23:22 |
| 21 | action.  I don't know how many times it happened. | 10:23:24 |
| 22 | I remember being worried, but not how many times | 10:23:44 |
| 23 | I had to call him. | 10:23:48 |
| 24 | BY MS WANG: | 10:23:52 |
| 25 | Q.  So just so I understand, the | 10:23:53 |

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

154

| | | |
|---|---|---|
| 1 | rollover of the Treasury Bills, you know, making | 10:23:56 |
| 2 | sure that they were sold before the maturity date, | 10:23:59 |
| 3 | was something that happened on a fairly regular | 10:24:03 |
| 4 | basis but that's separate from requesting certain | 10:24:05 |
| 5 | withdrawals to cover tax payments, is that right? | 10:24:10 |
| 6 | MR COOPERMAN:  Objection. | 10:24:42 |
| 7 | [Mr Quint speaks to the witness in | 10:24:47 |
| 8 | French] | 10:25:09 |
| 9 | THE WITNESS:  Correct.  I had to be | 10:25:50 |
| 10 | in touch with him twice a year for redeeming some | 10:25:53 |
| 11 | bills in order to pay my tax, that's one thing. | 10:25:58 |
| 12 | Then, as regards the rollover of the | 10:26:02 |
| 13 | securities, sometimes he did it and I didn't need | 10:26:06 |
| 14 | to worry and sometimes I had to call him, but | 10:26:12 |
| 15 | I can't say whether I had to call him about this. | 10:26:16 |
| 16 | Maybe it happened twice in the given year and then | 10:26:19 |
| 17 | it didn't happen for several years.  All | 10:26:22 |
| 18 | I remember is my concern about it.  And sometimes | 10:26:26 |
| 19 | I didn't have to call on him.  It was only when he | 10:26:31 |
| 20 | left it to the last week, and then I did call him. | 10:26:36 |
| 21 | I didn't call him on a regular basis. | 10:26:39 |
| 22 | BY MS WANG: | 10:26:46 |
| 23 | Q.  Now, when you said you had to be in | 10:26:46 |
| 24 | touch with him twice a year for redeeming Treasury | 10:26:48 |
| 25 | Bills in order to pay tax, did that happen at a | 10:26:53 |

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

155

| | | |
|---|---|---|
| 1 | regular time of year or a regular month each year? | 10:26:56 |
| 2 | A.  For the tax on fortune, ISF, that's | 10:27:55 |
| 3 | very regular, it's June.  For the income tax the | 10:28:02 |
| 4 | dates fluctuate much more.  As you've seen, | 10:28:08 |
| 5 | sometimes they committed an error (like we saw the | 10:28:10 |
| 6 | fax of 1996), and sometimes they're late.  So the | 10:28:14 |
| 7 | moment when they send the appeal to pay varies, in | 10:28:22 |
| 8 | fact. | 10:28:32 |
| 9 | Q.  What do you mean when you said "the | 10:28:43 |
| 10 | moment when they send the appeal"?  Is that a tax | 10:28:45 |
| 11 | bill? | 10:28:49 |
| 12 | A.  They call up the payment and -- | 10:29:08 |
| 13 | It's quite complicated, the French | 10:29:23 |
| 14 | tax system.  There are two parts:  there's the | 10:29:25 |
| 15 | income tax, for which they send you like an | 10:29:27 |
| 16 | invoice -- | 10:29:33 |
| 17 | THE INTERPRETER:  And that's why | 10:29:35 |
| 18 | I said "appeal," which might not be the right | 10:29:36 |
| 19 | word. | 10:29:39 |
| 20 | MS WANG:  So "appeal" meaning | 10:29:40 |
| 21 | "invoice"? | 10:29:42 |
| 22 | MR QUINT:  Notice to pay. | 10:29:43 |
| 23 | THE INTERPRETER:  Notice to pay, | 10:29:47 |
| 24 | thank you. | 10:29:47 |
| 25 | THE WITNESS:  Then they also have | 10:29:47 |

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

|   |   |   |
|---|---|---|
| | | 163 |
| 1 | used. | 10:45:19 |
| 2 | MR COOPERMAN:  You didn't listen to | 10:45:20 |
| 3 | yesterday because she explained exactly what | 10:45:21 |
| 4 | happened, and I'm not going to say it because | 10:45:23 |
| 5 | you'll accuse me of testifying again.  But you | 10:45:25 |
| 6 | didn't listen to her answers.  So I'd like to take | 10:45:29 |
| 7 | a break, then you should ask away, she'll give you | 10:45:31 |
| 8 | the exact explanation which she told yesterday, | 10:45:33 |
| 9 | too. | 10:45:35 |
| 10 | MS WANG:  There's a question | 10:45:36 |
| 11 | pending.  I'll rephrase the question. | 10:45:37 |
| 12 | MR COOPERMAN:  I'm not going to let | 10:45:39 |
| 13 | her -- | 10:45:41 |
| 14 | MS WANG:  No, there's a question | 10:45:41 |
| 15 | pending that I will rephrase to address your | 10:45:42 |
| 16 | objection right now and then maybe we should take | 10:45:45 |
| 17 | a break and you and I should discuss as well. | 10:45:47 |
| 18 | MR COOPERMAN:  I'm happy to explain | 10:45:53 |
| 19 | to you off the record, if you like, if that's what | 10:45:54 |
| 20 | you'd want, but I think it is better coming from | 10:45:56 |
| 21 | the witness, so... | 10:45:58 |
| 22 | Can I just ask -- | 10:46:04 |
| 23 | (To the witness):  Do you feel | 10:46:05 |
| 24 | comfortable now?  Are you okay to answer the | 10:46:06 |
| 25 | question where she's getting at or do you want a | 10:46:09 |

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

                                                                      164

1    break?                                          10:46:11

2              THE WITNESS:  Let's have the          10:46:18

3    question again, I can't remember it.            10:46:19

4              MS WANG:  I'm going to rephrase the    10:46:21

5    question, that may address some of your concerns 10:46:23

6    right now, Mr Cooperman.                        10:46:25

7    BY MS WANG:                                      10:46:37

8         Q.  As of 2008, did your daughter Emilie   10:46:37

9    live with you?                                   10:46:41

10        A.  That's the rephrased question?         10:46:48

11        Q.  I'm rephrasing the question.           10:46:51

12             MR COOPERMAN:  She's asking a new      10:46:58

13   question.                                        10:47:04

14             THE WITNESS:  Yes, she did.           10:47:04

15   BY MS WANG:                                      10:47:05

16        Q.  In 2008, what was the source of        10:47:07

17   funds for Emilie's other costs:  incidentals,    10:47:09

18   shopping, eating, vacations, any of that?        10:47:15

19             MR COOPERMAN:  Objection.             10:47:18

20             (To the witness):  You can answer.     10:47:52

21             THE WITNESS:  I don't know.  I would   10:47:52

22   have to think about it.  I could imagine -- no,  10:47:58

23   I can't imagine.                                 10:48:02

24             MR COOPERMAN:  Can we take a break?    10:48:07

25             MS WANG:  Sure.                        10:48:08

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

                                                                      165

| 1 | THE VIDEOGRAPHER:  Going off the | 10:48:10 |

record.  The time is 10:48.                                         10:48:11

2

                   (Off the record - 10:48 a.m.)                    10:58:44

3

                   (On the record - 11:05 a.m.)                     11:05:06

4

                   THE VIDEOGRAPHER:  Going back on the             11:05:06

5

record.  The time is 11:05.                                         11:05:11

6

BY MS WANG:                                                         11:05:13

7

          Q.  Mrs Apfelbaum, I wanted to go back                    11:05:15

8

to an area that we touched upon yesterday, which                    11:05:18

9

was the inheritance from your father when your                      11:05:21

10

father passed away.                                                 11:05:24

11

          Yesterday -- and correct me if I'm                        11:05:26

12

wrong -- but your father's will had left a                          11:05:28

13

usufruct to your mother and 25% of the estate was                   11:05:35

14

to pass to you and to your daughter -- each -- was                  11:05:39

15

to pass to you and your daughter Emilie, is that                    11:05:41

16

right?                                                              11:05:45

17

          A.  No.  Not quite.                                       11:06:03

18

          Q.  Can you refresh my memory what                        11:06:05

19

happened?                                                           11:06:09

20

          MR COOPERMAN:  Objection.                                 11:07:00

21

          THE WITNESS:  So, my parents were                         11:08:03

22

married under community of assets, therefore 50%                    11:08:06

23

of the assets belonged to my mother, the other 50%                  11:08:18

24

that had belonged to my father were passed down to                  11:08:23

25

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

168

| | | |
|---|---|---|
| 1 | that mean?  Does that mean she actually controlled | 11:11:31 |
| 2 | the assets that were supposed to have passed to | 11:11:35 |
| 3 | you and your daughter? | 11:11:38 |
| 4 | MR COOPERMAN:  Objection. | 11:11:43 |
| 5 | THE WITNESS:  The problem concerned | 11:12:28 |
| 6 | Emilie's share of the fortune.  Because her | 11:12:59 |
| 7 | grandmother, having a right of usufruct, could | 11:13:01 |
| 8 | make withdrawal's on Emilie's account.  She did it | 11:13:05 |
| 9 | for Emilie.  And it wasn't reasonable.  Emilie | 11:13:09 |
| 10 | would twist her grandmother into doing these | 11:13:13 |
| 11 | withdrawals and I felt it was not good and that's | 11:13:16 |
| 12 | why I asked my mother to give up having this | 11:13:20 |
| 13 | usufruct.  Because Emilie was escaping my -- | 11:13:31 |
| 14 | [The witness speaks to the interpreter in | 11:13:31 |
| 15 | French] | 11:13:31 |
| 16 | Nothing happened.  Emilie was an | 11:13:39 |
| 17 | adolescent.  And although nothing happened I was | 11:13:46 |
| 18 | worried about this situation. | 11:13:49 |
| 19 | BY MS WANG: | 11:13:51 |
| 20 | Q.  So she didn't -- Emilie didn't cause | 11:13:52 |
| 21 | her grandmother to make withdrawals on her account | 11:13:54 |
| 22 | but you were concerned that she could and, because | 11:13:58 |
| 23 | she was an adolescent, she might try to get money | 11:14:00 |
| 24 | that way through her grandmother? | 11:14:04 |
| 25 | A.  So, no, nothing happened.  Because | 11:14:51 |

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                          **Laurence Apfelbaum  3-27-14**

169

1    I realized, when the will was disclosed, it was a      11:14:53

2    tricky situation, and my husband and I both felt       11:14:59

3    it would be better not to have such a situation,       11:15:02

4    hence the conflict with my mother when I asked her     11:15:07

5    to relinquish this usufruct.                           11:15:09

6              MR COOPERMAN:  I think we need to            11:15:14

7    correct on the record that it was written down         11:15:16

8    "Emilie 'would' twist her grandmother into doing       11:15:18

9    these things," and I think everyone is agreeing        11:15:20

10   it's "Emilie 'could,' "'could' twist."  So that's      11:15:24

11   the translation error.                                 11:15:26

12   BY MS WANG:                                            11:15:26

13             Q.  Emilie could, but nothing actually       11:15:29

14   happened.  You were concerned that she could do        11:15:31

15   it, that was your statement?                           11:15:33

16             So the question was Emilie could             11:16:12

17   have done something to take her share of the money     11:16:18

18   through her grandmother, but nothing actually          11:16:20

19   happened, is that right?                               11:16:23

20             A.  No, it didn't happen, because when       11:17:41

21   they opened the will we realized straightaway that     11:17:43

22   there was a problem.  And I asked my mother            11:17:48

23   straightaway to relinquish her usufruct.  However,     11:17:53

24   she didn't decide on the spur of the moment.  It       11:18:01

25   led to a document being drawn up in front of a         11:18:04

Picard v. Igoin                                        Laurence Apfelbaum   3-27-14

---

                                                                          170

1      notary, which was a sharing document.  If she          11:18:07

2      hadn't agreed to do this, I wouldn't have agreed        11:18:19

3      for the whole succession.  So this sharing             11:18:21

4      document, the legal sharing, meant that she            11:18:24

5      relinquished the usufruct and let us decide for        11:18:28

6      Emilie, because we were her tutors.  My husband        11:18:35

7      and I had to go, as such, to the judge specialized     11:18:39

8      in tutorship.                                          11:18:45

9                   MR QUIRK:  "Guardian."                    11:18:50

10                  THE INTERPRETER:  "Guardian."             11:18:50

11     "Guardian," sorry.                                     11:18:50

12                  MS WANG:  Let me --                       11:18:50

13                  THE INTERPRETER:  Please replace it.      11:18:50

14                  MS WANG:  When you used the word          11:18:51

15     "tutor," you meant "guardian"?                         11:18:52

16                  THE INTERPRETER:  I meant                 11:18:55

17     "guardian."                                            11:18:57

18                  MS WANG:  So "let us decide for           11:19:00

19     Emilie, because we were her guardians"?                11:19:02

20                  THE INTERPRETER:  Her guardians, and      11:19:06

21     went to the judge specialized in the matter of         11:19:08

22     guardians.                                             11:19:12

23     BY MS WANG:                                            11:19:44

24          Q.  Now, getting back to your share of           11:19:47

25     the estate and your inheritance.  Your mother also     11:19:51

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

171

| | | |
|---|---|---|
| 1 | held a usufruct over your ownership portion, is | 11:19:55 |
| 2 | that right? | 11:20:01 |
| 3 | A.  In my father's will, yes. | 11:20:08 |
| 4 | Q.  Did that mean you had the ability to | 11:20:22 |
| 5 | control your accounts or did that mean that your | 11:20:24 |
| 6 | mother did or was it something else? | 11:20:27 |
| 7 | MR COOPERMAN:  Objection. | 11:20:29 |
| 8 | THE WITNESS:  I don't know because | 11:20:59 |
| 9 | it didn't come to happen.  It didn't happen for | 11:21:00 |
| 10 | Emilie because I fought against it -- and for me, | 11:21:02 |
| 11 | too. | 11:21:05 |
| 12 | BY MS WANG: | 11:21:06 |
| 13 | Q.  Oh, okay.  So when you got your | 11:21:06 |
| 14 | mother to waive the usufruct for Emilie, she also | 11:21:08 |
| 15 | waived it for you, is that right? | 11:21:12 |
| 16 | MR COOPERMAN:  Objection. | 11:21:16 |
| 17 | THE WITNESS:  Oh, yeah, it all | 11:21:24 |
| 18 | happened together.  She said:  Well, have it then, | 11:21:26 |
| 19 | and she was angry. | 11:21:38 |
| 20 | BY MS WANG: | 11:21:47 |
| 21 | Q.  Do you have the documents that Doris | 11:21:47 |
| 22 | had to sign to waive her usufruct? | 11:21:50 |
| 23 | MR COOPERMAN:  Objection. | 11:21:59 |
| 24 | THE WITNESS:  Yes, I told you, it | 11:22:12 |
| 25 | was a document that was signed at a notary.  It is | 11:22:14 |

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                                    172

1    a legal document.                                11:22:18

2    BY MS WANG:                                      11:22:19

3           Q.  Do you still have it?                 11:22:20

4              MR COOPERMAN:  Objection.              11:22:21

5              THE WITNESS:  My notary has it.        11:22:33

6    BY MS WANG:                                      11:22:35

7           Q.  Now, you said your mother was angry   11:22:35

8    when you said you asked her to waive the usufruct. 11:22:41

9    Can you tell me about those conversations with   11:22:44

10   her?  What was her -- why was she angry?         11:22:46

11             MR COOPERMAN:  Objection.              11:22:50

12   We covered this yesterday.                       11:22:51

13             (To the witness)   You can answer      11:23:08

14   again.                                           11:23:10

15             THE WITNESS:  Well, my mother was      11:23:11

16   very angry that I wanted to go against the will of 11:23:22

17   my father and she felt it was a sacrilege.       11:23:26

18   BY MS WANG:                                      11:23:37

19          Q.  Now, your father had never discussed  11:23:38

20   the will with you when he was alive or why he had 11:23:41

21   chosen to structure the inheritance that way, did 11:23:44

22   he?                                              11:23:54

23             MR COOPERMAN:  Same objection.         11:23:54

24             THE WITNESS:  Not at all.  I was       11:24:10

25   flabbergasted.  It was very painful that my father 11:24:26

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

173

| | | |
|---|---|---|
| 1 | had done something like that.  I was very upset | 11:24:29 |
| 2 | that he did it as a father and as a grandfather. | 11:24:34 |
| 3 | MR QUINT: "Without telling me." | 11:24:40 |
| 4 | THE INTERPRETER: "Without telling | 11:24:43 |
| 5 | me." | 11:24:46 |
| 6 | BY MS WANG: | 11:25:26 |
| 7 | Q.  Now, after you resolved the issue of | 11:25:27 |
| 8 | usufruct and got your mother to agree to waive it, | 11:25:30 |
| 9 | there were other issues, right, because Emilie was | 11:25:33 |
| 10 | a minor? | 11:25:38 |
| 11 | MR COOPERMAN:  Objection. | 11:25:50 |
| 12 | THE WITNESS:  Yes.  I already told | 11:25:57 |
| 13 | you. | 11:25:58 |
| 14 | BY MS WANG: | 11:25:59 |
| 15 | Q.  You said that her inheritance, | 11:26:00 |
| 16 | Emilie's inheritance, had to be overseen by a | 11:26:03 |
| 17 | guardianship judge, is that right? | 11:26:07 |
| 18 | MR COOPERMAN:  Objection. | 11:26:11 |
| 19 | THE WITNESS:  Yes.  Yes, that's | 11:26:31 |
| 20 | legal. | 11:26:36 |
| 21 | MS SELTZER:  "It's the law." | 11:26:41 |
| 22 | MR COOPERMAN:  It's the law. | 11:26:44 |
| 23 | BY MS WANG: | 11:26:53 |
| 24 | Q.  So then my next question was what | 11:26:53 |
| 25 | was the name of the judge? | 11:26:56 |

174

| | | |
|---|---|---|
| 1 | A.   Standish. | 11:27:05 |
| 2 | Q.   So who is Maître Airault? | 11:27:07 |
| 3 | A.   The notary. | 11:27:17 |
| 4 | Q.   And the notary on behalf of your | 11:27:18 |
| 5 | family? | 11:27:20 |
| 6 | A.   Yes. | 11:27:22 |
| 7 | Q.   Who was it who expressed concern | 11:28:06 |
| 8 | about Emilie's investments and required that half | 11:28:09 |
| 9 | of it be put into French Treasury Bills? | 11:28:14 |
| 10 | MR COOPERMAN:  Objection. | 11:28:15 |
| 11 | THE WITNESS:  The judge, the | 11:28:46 |
| 12 | guardianship judge, wanted to have written | 11:28:48 |
| 13 | guarantees if we were going to maintain some | 11:29:34 |
| 14 | investment in the US.  That's why we asked Madoff | 11:29:37 |
| 15 | to come to Paris, so that he could be part of a | 11:29:39 |
| 16 | discussion and provide some guarantees.  And that | 11:29:43 |
| 17 | was because my mother didn't want a total change | 11:29:48 |
| 18 | from my father's investment choices.  If Madoff | 11:29:54 |
| 19 | hadn't consented to do that, provide his | 11:30:18 |
| 20 | guarantee, we would have had to invest somewhere | 11:30:23 |
| 21 | else. | 11:30:29 |
| 22 | BY MS WANG: | 11:30:31 |
| 23 | Q.   Can you tell me more generally what | 11:30:31 |
| 24 | type -- the concerns of the guardianship judge and | 11:30:33 |
| 25 | was he the only one who expressed concern about | 11:30:37 |

**Picard v. Igoin**                              **Laurence Apfelbaum   3-27-14**

175

| | | |
|---|---|---|
| 1 | the investments in the United States? | 11:30:40 |
| 2 | MR COOPERMAN:  Objection. | 11:30:43 |
| 3 | THE WITNESS:  The guardianship judge | 11:31:00 |
| 4 | has, as a role, to protect the guardian's | 11:31:46 |
| 5 | investments and make sure that they are invested | 11:31:51 |
| 6 | safely and in a safe manner. | 11:31:59 |
| 7 | THE INTERPRETER:  They call it a | 11:32:05 |
| 8 | good family father's investment, literally, in | 11:32:10 |
| 9 | French, meaning reasonable and safe. | 11:32:16 |
| 10 | THE WITNESS:  Therefore, that's his | 11:32:18 |
| 11 | role and he makes sure the capital is well | 11:32:20 |
| 12 | preserved.  And every year we have to report to | 11:32:23 |
| 13 | him. | 11:32:28 |
| 14 | BY MS WANG: | 11:32:35 |
| 15 | Q.  When you said every year you had to | 11:32:35 |
| 16 | report to him, was that up until Emilie reached | 11:32:37 |
| 17 | the age of majority? | 11:32:40 |
| 18 | MR COOPERMAN:  Objection. | 11:32:42 |
| 19 | THE WITNESS:  Yes. | 11:32:47 |
| 20 | BY MS WANG: | 11:32:48 |
| 21 | Q.  What kind of information did the | 11:32:49 |
| 22 | guardianship judge want in the annual reports? | 11:32:50 |
| 23 | A.  He made sure that none of the | 11:33:09 |
| 24 | capital had been lost. | 11:33:11 |
| 25 | /// | 11:33:18 |

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                              176
1     BY MS WANG:                                      11:33:18

2             Q.  In what form did you provide this    11:33:20

3     information to the guardianship judge?           11:33:21

4             A.  We showed him the results of the     11:33:36

5     account.                                         11:33:38

6             Q.  Did that mean showing him the        11:33:38

7     account statements or did you create another    11:33:40

8     document or did you have somebody at BLMIS create 11:33:42

9     a document or something else?                    11:33:46

10            A.  I can't remember exactly.  I showed  11:34:16

11    the annual statements of her account and I also  11:34:19

12    showed the French Treasury Bills documents.      11:34:31

13            Q.  Did anyone assist you in preparing   11:34:43

14    this information in speaking with the guardianship 11:34:45

15    judge?                                           11:34:50

16            A.  My husband, who was the family       11:35:04

17    father, wrote a letter himself to bring to the   11:35:06

18    judge.                                           11:35:12

19            Q.  But you didn't consult with any      11:35:14

20    accountants or lawyers in doing so?              11:35:17

21            A.  No, our accounts were very simple    11:35:29

22    and transparent.                                 11:35:32

23            Q.  Going back to when the guardianship  11:35:45

24    judge indicated his first concerns, you said:    11:35:49

25    "That's why we asked Madoff to come to Paris."   11:35:58

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

177

| | | |
|---|---|---|
| 1 | Did you actually ask Madoff to come to Paris to | 11:36:01 |
| 2 | meet with the guardianship judge? | 11:36:04 |
| 3 |     A.  I wasn't the one to speak to Madoff. | 11:37:37 |
| 4 | I think it must have been my mother.  I never | 11:37:39 |
| 5 | spoke to him, actually, except for about one hour | 11:37:42 |
| 6 | in 1981. | 11:37:45 |
| 7 |     MR QUINT:  "When I didn't know who | 11:37:47 |
| 8 | he was." | 11:37:50 |
| 9 |     THE INTERPRETER:  Okay, that's true: | 11:37:51 |
| 10 | "When I didn't know who he was." | 11:37:54 |
| 11 |     THE WITNESS:  Madoff didn't meet the | 11:37:57 |
| 12 | judge, either; he came and met our notary.  Our | 11:38:00 |
| 13 | notary had prepared a model of the guarantees that | 11:38:04 |
| 14 | we wanted Madoff to provide, that he needed to | 11:38:09 |
| 15 | accept, to bring to the judge.  There was a | 11:38:12 |
| 16 | discussion and, in the end, he agreed and signed | 11:38:16 |
| 17 | that document at the notary's -- that document | 11:38:21 |
| 18 | that was purpose made.  Then, while he was at it, | 11:38:25 |
| 19 | he signed the same one for me. | 11:38:33 |
| 20 |     MS SELTZER:  "There was a discussion | 11:38:39 |
| 21 | between Madoff and the notaire." | 11:38:41 |
| 22 |     THE INTERPRETER:  I said that. | 11:38:43 |
| 23 |     MS SELTZER:  No, you said "there was | 11:38:46 |
| 24 | a discussion." | 11:38:48 |
| 25 |     THE INTERPRETER:  Okay. | 11:38:48 |

**Picard v. Igoin**                           **Laurence Apfelbaum  3-27-14**

178

| 1 | MS WANG:  Mrs Apfelbaum, I'm going | 11:39:10 |
| 2 | to ask the court reporter to mark and hand to you | 11:39:16 |
| 3 | Exhibit 23, which is a single page bearing the | 11:39:19 |
| 4 | Bates No. ESQU-BR00007822. | 11:39:21 |
| 5 | I'm not expecting that you have seen | 11:39:28 |
| 6 | this document before but I'm going to try to use | 11:39:31 |
| 7 | it to let you review it and see if this -- and ask | 11:39:34 |
| 8 | you if this document was -- sorry, let me rephrase | 11:39:38 |
| 9 | that. | 11:39:47 |
| 10 | I'm not expecting that you've seen | 11:39:47 |
| 11 | this document before, but I'm wondering if it may | 11:39:49 |
| 12 | refresh some of your recollection about that time | 11:39:52 |
| 13 | period and about what Mr Madoff was asked to do. | 11:39:54 |
| 14 | (Exhibit No. 23 marked for | 11:40:00 |
| 15 | identification.) | 11:40:00 |
| 16 | I apologize it is all in English, | 11:40:21 |
| 17 | but if you need to consult with the interpreter | 11:40:23 |
| 18 | over any of it, please feel free. | 11:40:29 |
| 19 | BY MS WANG: | 11:41:19 |
| 20 | Q.  Have you seen Exhibit 23 before? | 11:41:19 |
| 21 | A.  No, because documents which were | 11:41:29 |
| 22 | signed and provided to the judge were in French. | 11:41:31 |
| 23 | Q.  Again, Maître Airault, who is the | 11:41:36 |
| 24 | addressee at the top of this letter, was your | 11:41:41 |
| 25 | family's notary, is that right? | 11:41:44 |

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                                      179

| 1 | A.  Yes. | 11:41:49 |
| 2 | Q.  You see the date says May 17, 1995. | 11:41:49 |
| 3 | Is that approximately when the discussions were | 11:41:53 |
| 4 | going on between Mr Madoff, the notary and the | 11:41:55 |
| 5 | guardianship judge concerning the Madoff | 11:41:59 |
| 6 | investments? | 11:42:04 |
| 7 | A.  Well, I can't remember, but it would | 11:42:47 |
| 8 | be easy to verify because this document has to be | 11:42:48 |
| 9 | after my mother relinquished the usufruct and | 11:42:53 |
| 10 | around the time when we opened accounts with | 11:43:02 |
| 11 | Madoff.  It could be verified. | 11:43:06 |
| 12 | Q.  Did Maître Airault speak English? | 11:43:13 |
| 13 | MR COOPERMAN:  Objection. | 11:43:22 |
| 14 | THE WITNESS:  I can't remember. | 11:43:26 |
| 15 | BY MS WANG: | 11:43:27 |
| 16 | Q.  Well, the reason why I'm asking is | 11:43:27 |
| 17 | because this letter is only in English and | 11:43:29 |
| 18 | obviously it's not translated into French, so... | 11:43:31 |
| 19 | MR COOPERMAN:  But it's not signed, | 11:43:35 |
| 20 | so we don't even know if it was sent. | 11:43:37 |
| 21 | MS WANG:  I know.  I'm not saying | 11:43:40 |
| 22 | that Mrs Apfelbaum should have seen it, I'm not | 11:43:41 |
| 23 | saying that it was sent, I'm just saying this is | 11:43:47 |
| 24 | just a document that we found. | 11:43:49 |
| 25 | /// | 11:43:57 |

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                Laurence Apfelbaum  3-27-14

                                                                      187

1    BY MS WANG:                                          13:12:25

2            Q.   What was Mr Madoff's explanation for    13:12:25

3    the less-than-customary commissions?                 13:12:28

4            MR COOPERMAN:   Objection.                    13:12:53

5            THE WITNESS:   Same answer that               13:12:54

6    I gave for the contract.                             13:13:01

7    BY MS WANG:                                          13:13:04

8            Q.   You gave for the other contract for     13:13:05

9    your personal accounts?                              13:13:06

10           A.   Yes.                                     13:13:08

11           Q.   I'm looking back at the transcript.      13:13:33

12   You're saying that your understanding of the         13:13:41

13   commissions paragraph in this agreement is the       13:13:44

14   same as your understanding of the purpose of the     13:13:46

15   commissions paragraph in the agreement for your      13:13:49

16   account that we spoke about before lunch?            13:13:50

17           MR COOPERMAN:   Objection.                    13:13:52

18           THE WITNESS:   Yes.                           13:13:55

19   BY MS WANG:                                          13:14:07

20           Q.   Turning to the paragraph numbered       13:14:08

21   5), can you tell me what that paragraph -- can you   13:14:10

22   tell me the purpose of that paragraph?               13:14:27

23           A.   Well, that is the essential             13:14:50

24   paragraph, which is the guarantee intended for the   13:14:53

25   judge and the pre-requisite for us to invest in      13:14:58

**Picard v. Igoin**                                      **Laurence Apfelbaum  3-27-14**

188

| 1 | this form of investment. | 13:15:04 |
| 2 | Q.  When you said the pre-requisite to | 13:15:10 |
| 3 | invest in this form of investment, you mean in | 13:15:13 |
| 4 | terms of keeping the investment at BLMIS; is that | 13:15:15 |
| 5 | right? | 13:15:23 |
| 6 | MR COOPERMAN:  Objection. | 13:15:24 |
| 7 | THE WITNESS:  Emilie and I inherited | 13:15:36 |
| 8 | some money and it was totally new -- it was new | 13:16:21 |
| 9 | money coming.  For Emilie it was important to | 13:16:26 |
| 10 | apply some conditions.  If this paragraph hadn't | 13:16:33 |
| 11 | been there the conditions wouldn't have been met | 13:16:40 |
| 12 | and the decision might have gone another way. | 13:16:42 |
| 13 | BY MS WANG: | 13:16:46 |
| 14 | Q.  When you say "the decision might | 13:16:46 |
| 15 | have gone another way," you mean the guardianship | 13:16:47 |
| 16 | judge would have required you to take Emilie's | 13:16:50 |
| 17 | investment out of Madoff, is that right? | 13:16:53 |
| 18 | A.  I can't tell you what the judge | 13:17:37 |
| 19 | would have said.  She (since she's a woman) did | 13:17:41 |
| 20 | specify some conditions, and those conditions | 13:17:45 |
| 21 | applied to any type of investment, and they were | 13:17:50 |
| 22 | that it should be reasonable and offer guarantees. | 13:17:52 |
| 23 | Q.  So in paragraph 5) of Exhibit 25 | 13:17:54 |
| 24 | Madoff was essentially -- your understanding is | 13:18:00 |
| 25 | that Madoff was essentially guaranteeing that the | 13:18:04 |

**Picard v. Igoin**                                   **Laurence Apfelbaum  3-27-14**

189

| | | |
|---|---|---|
| 1 | capital in Emilie's BLMIS account would decline by | 13:18:08 |
| 2 | no more than 5% a year, if at all? | 13:18:13 |
| 3 | MR COOPERMAN:  Objection. | 13:18:19 |
| 4 | THE WITNESS:  Yeah, that's what it | 13:18:40 |
| 5 | says. | 13:18:42 |
| 6 | BY MS WANG: | 13:18:53 |
| 7 | Q.  Who drafted this agreement? | 13:18:53 |
| 8 | MR COOPERMAN:  Objection. | 13:18:56 |
| 9 | THE WITNESS:  As regards this | 13:18:59 |
| 10 | essential paragraph laying down the main | 13:19:59 |
| 11 | condition, Maître Airault wrote a draft and | 13:20:01 |
| 12 | submitted it to Madoff, they held a discussion | 13:20:07 |
| 13 | about it and agreed on it.  I wasn't involved in | 13:20:12 |
| 14 | these technical aspects (which I don't always | 13:20:21 |
| 15 | understand) so I'm not into the detail of it.  But | 13:20:24 |
| 16 | I know it's the result of a discussion between | 13:20:28 |
| 17 | Maître Airault, who prepared it, and Madoff, who | 13:20:31 |
| 18 | agreed.  And I'm talking only about this paragraph | 13:20:34 |
| 19 | number 5), the rest of the document doesn't | 13:20:47 |
| 20 | contain anything where there were requirements, as | 13:20:49 |
| 21 | far as I know. | 13:20:56 |
| 22 | MS SELTZER:  "Where we have | 13:20:56 |
| 23 | requirements." | 13:20:56 |
| 24 | [Discussion] | 13:21:07 |
| 25 | THE INTERPRETER:  "The rest of the | 13:21:07 |

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

                                                                      190

1    document doesn't involve anything where we had      13:21:08

2    requirements."                                      13:21:11

3              THE WITNESS:  At least not me             13:21:11

4    personally.                                         13:21:18

5    BY MS WANG:                                         13:21:21

6         Q.  Now, it was the guardianship judge         13:21:22

7    who required that there be some form of guarantees  13:21:23

8    concerning Emilie's account, is that right?         13:21:25

9              MR COOPERMAN:  Objection.                 13:21:33

10             THE WITNESS:  Yes, that's what            13:21:34

11   I said.                                             13:21:36

12   BY MS WANG:                                         13:21:36

13        Q.  Where did the 5% loss figure come          13:21:37

14   from in this paragraph 5)?                          13:21:43

15             MR COOPERMAN:  Objection.                 13:21:47

16             THE WITNESS:  I don't know.                13:21:48

17   I didn't write this, it's the notary who wrote it.  13:22:14

18   I suppose it was part of -- well, I don't know.     13:22:16

19   I don't know the law exactly in these matters.      13:22:38

20   I don't know what should be in such a case, what    13:22:43

21   clauses should be.  I know that what the judge      13:22:49

22   wanted was a guarantee, but the exact terms         13:22:52

23   I wouldn't know.                                    13:22:55

24   BY MS WANG:                                         13:22:57

25        Q.  But certainly you weren't privy to a       13:22:58

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

192

1   BY MS WANG:                                    13:25:26

2         Q.  My last question on this paragraph.  13:25:27

3   Where it says:  "Madoff agrees to compensate the  13:25:28

4   client for any losses [in excess of] 5 percent of  13:25:32

5   the capital market value," is it                 13:25:36

6   your understanding that Madoff would have refunded  13:25:41

7   any losses over 5% in Emilie's account?          13:25:43

8               MR COOPERMAN:  Objection.            13:25:56

9               THE WITNESS:  I don't know what he   13:25:58

10  would have done, but his duty was not to invest in  13:26:29

11  investments that could have brought about losses   13:26:32

12  more than 5%.                                     13:26:35

13  BY MS WANG:                                       13:26:40

14        Q.  Your recollection is that there were   13:26:40

15  never any losses in Emilie's account, is that     13:26:42

16  right, so that this paragraph never came into     13:26:49

17  play?                                             13:26:51

18        A.  Madoff had -- well, there were no      13:27:41

19  losses because Madoff had set up a system that was 13:27:44

20  different in the case of Emilie's account than     13:27:46

21  mine.  It was a system of puts and calls          13:27:49

22  (something which I never really understood), but   13:27:51

23  he assured me that it was the way not to incur any 13:27:53

24  risk.                                             13:27:59

25        Q.  Just to clarify your answer there.      13:28:04

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                                        Laurence Apfelbaum  3-27-14

193

| 1 | Madoff set up a system for Emilie's account that | 13:28:10 |
| 2 | involved puts and calls that therefore would | 13:28:13 |
| 3 | minimize the risk to the capital of her account? | 13:28:17 |
| 4 | Is that right? | 13:28:20 |
| 5 | MR COOPERMAN:  Objection. | 13:28:28 |
| 6 | THE WITNESS:  Yes, that's just what | 13:28:30 |
| 7 | I said. | 13:28:33 |
| 8 | BY MS WANG: | 13:28:34 |
| 9 | Q.  And your personal account didn't | 13:28:37 |
| 10 | involve trading in puts and calls, is that right? | 13:28:38 |
| 11 | A.  No. | 13:28:42 |
| 12 | MS WANG:  I'm going to ask the | 13:29:30 |
| 13 | reporter to mark a multi-paged document as | 13:29:32 |
| 14 | Exhibit 26.  It is stamped Brunner 0066 through | 13:29:37 |
| 15 | Brunner 0072. | 13:29:43 |
| 16 | (Exhibit No. 26 marked for | 13:29:43 |
| 17 | identification.) | 13:30:01 |
| 18 | BY MS WANG: | 13:30:01 |
| 19 | Q.  Mrs Apfelbaum, if you could take a | 13:30:03 |
| 20 | look at Exhibit 26 and let me know if you have | 13:30:04 |
| 21 | seen anything like this before. | 13:30:13 |
| 22 | A.  No, I haven't. | 13:30:47 |
| 23 | Q.  I'll tell you pages Brunner 0067 | 13:30:53 |
| 24 | through to the end of that exhibit were the | 13:30:58 |
| 25 | typical forms that Madoff had sent to several of | 13:31:01 |

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

                                                                        194

1       his investors to fill out when they were opening      13:31:05

2       accounts.  It's your testimony that you have never    13:31:07

3       seen any documents like this before and never been    13:31:10

4       asked to fill out any documents that looked like      13:31:12

5       this before?                                          13:31:14

6                   MR COOPERMAN:  Object to the              13:31:15

7       preamble.                                             13:31:16

8                   THE WITNESS:  No, I haven't.              13:31:30

9       BY MS WANG:                                           13:31:58

10              Q.  One last thing.  Do you see on            13:31:59

11      Exhibit 26 at page Brunner 0071 there's a form        13:32:02

12      called form W-8 Certificate of Foreign Status.  Do    13:32:10

13      you see that?  Were you ever given a form like        13:32:23

14      this or requested to complete a form W-8 in           13:32:30

15      connection with your BLMIS accounts or with           13:32:33

16      Emilie's BLMIS accounts?                              13:32:36

17              A.  No, not as far as I can remember.         13:32:55

18              Q.  So now I want to discuss a little         13:33:33

19      bit about your mother's estate and how that was       13:33:35

20      handled with BLMIS.                                   13:33:43

21                  Your mother passed away in 2005, is       13:33:44

22      that right?                                           13:33:47

23              A.  Yes.                                      13:33:58

24              Q.  You had testified yesterday that you      13:34:01

25      opened the succession account at BLMIS to             13:34:04

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

195

| | | |
|---|---|---|
| 1 | segregate funds to pay back US (United States) | 13:34:10 |
| 2 | income taxes, is that right? | 13:34:14 |
| 3 | A.  Yes.  There was a problem of income | 13:36:03 |
| 4 | tax that was due in the States and I discovered | 13:36:08 |
| 5 | this when my mother's estate was revealed.  As a | 13:36:10 |
| 6 | US citizen she -- since 1948 she should have been | 13:36:19 |
| 7 | paying tax -- | 13:36:25 |
| 8 | [The witness speaks to the interpreter in | 13:36:25 |
| 9 | French] | 13:36:25 |
| 10 | She had been in France, and so she | 13:36:40 |
| 11 | hadn't realized that, since she had been in France | 13:36:46 |
| 12 | since 1948, that she should have been paying | 13:36:49 |
| 13 | income tax in the US.  I wanted to get all this | 13:36:52 |
| 14 | sorted out. | 13:36:56 |
| 15 | I contacted an American lawyer and | 13:36:58 |
| 16 | it ended up being a long and complicated and | 13:37:00 |
| 17 | uncertain matter.  So I felt it was the better to | 13:37:04 |
| 18 | open -- although I had closed her account when she | 13:37:08 |
| 19 | passed away, I decided to reopen an account that | 13:37:12 |
| 20 | would be separate and that would be to deal with | 13:37:19 |
| 21 | these matters, so as not to get mixed up with my | 13:37:21 |
| 22 | own accounts. | 13:37:24 |
| 23 | BY MS WANG: | 13:37:25 |
| 24 | Q.  When you say "although I had closed | 13:37:25 |
| 25 | her account when she had passed away," you mean | 13:37:27 |

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

                                                                  205
1    BY MS WANG:                                    13:51:39

2           Q.  The question pending was:  After you  13:51:40

3    had a chance to look through Exhibit 27, can you  13:51:42

4    let me know if that refreshes your recollection  13:51:44

5    about some of the issues and communications you  13:51:47

6    had with people at BLMIS concerning your mother's  13:51:49

7    estate and the payment of US income taxes.     13:51:56

8                MR COOPERMAN:  Objection.          13:52:12

9                THE WITNESS:  I can recognize my   13:55:07

10   handwriting.  That's mine.  And there are some   13:55:11

11   faxes with this letter.  Are they the ones that  13:55:14

12   were supposed to be there?  That I can't be quite  13:55:22

13   sure because they're not signed.  However --     13:55:25

14           [The witness speaks to the interpreter in  13:55:34

15       French]                                    13:55:34

16           The two faxes that I sent are with      13:55:40

17   my handwriting, no doubt about that.  But I don't  13:55:43

18   know what they refer to because there's no date.  13:55:49

19           However, I can tell you about my        13:55:52

20   mother's succession and how complicated it was.  13:55:55

21   Because amongst her assets there were the ones   13:55:58

22   where the bare ownership went to Emilie and where  13:56:04

23   the bare ownership went to me, and then there was  13:56:07

24   the part which became entirely mine because I was  13:56:10

25   the sole heir of my mother.  Then there's the    13:56:13

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

                                                                    206

1    question of the percentages that applied every        13:56:17

2    year, as we saw before.  So each person had to be     13:56:21

3    given their share and what they were owed.            13:56:26

4              Then there was the decision to              13:56:31

5    reinvest.  Then that's when I had contact with        13:56:34

6    Madoff.  Of course first I had contact with him to    13:56:41

7    tell him that my mother had died and then the next    13:56:43

8    thing was to discuss how I wanted to handle these     13:56:46

9    different parts of the estate.  That's when I told    13:56:52

10   him about reinvesting for my daughter and for         13:56:58

11   myself.  And it's all written up by a notary          13:57:03

12   because in France it's a notary who deals with the    13:57:08

13   succession and who deals with all the paperwork.      13:57:11

14   For example, he's the one who wrote up the            13:57:17

15   succession.                                           13:57:22

16   BY MS WANG:                                           13:57:24

17         Q.  So the first two pages of                   13:57:24

18   Exhibit 27, which are handwritten and end in 153      13:57:28

19   and 154, that's your handwriting and signed by        13:57:30

20   you, is that right?                                   13:57:34

21         A.  Correct.                                    13:57:37

22             MR COOPERMAN:  You ask the                  13:57:38

23   handwriting as opposed to the numbers on top?         13:57:40

24             THE WITNESS:  Not the numbers.              13:57:46

25   ///                                                   13:57:47

Picard v. Igoin                           Laurence Apfelbaum  3-27-14

                                                                    207

| | | |
|---|---|---|
| 1 | BY MS WANG: | 13:57:47 |
| 2 | Q.  With the exception of the numbers on | 13:57:47 |
| 3 | the top of the second page, the handwriting on the | 13:57:49 |
| 4 | first two pages of Exhibit 27 is your handwriting | 13:57:51 |
| 5 | and it is signed by you, is that right? | 13:57:54 |
| 6 | A.  Yes. | 13:57:58 |
| 7 | Q.  It was sent by you to Mr Frank | 13:58:01 |
| 8 | de Pascali? | 13:58:03 |
| 9 | A.  The one where it says "Dear Frank," | 13:58:12 |
| 10 | yes.  The other one, I don't know. | 13:58:15 |
| 11 | Q.  When you say "the other one," what | 13:58:17 |
| 12 | do you mean? | 13:58:20 |
| 13 | A.  Well, there are two pages and I'm | 13:58:27 |
| 14 | not entirely sure they come from the same fax. | 13:58:28 |
| 15 | Q.  Let's look at the fax header then at | 13:58:34 |
| 16 | the top, where it looks like 28/06/05 and there's | 13:58:37 |
| 17 | a time and it says page 1.  Then the next page | 13:58:45 |
| 18 | says 28/06/05.  There's a time.  Both appear to | 13:58:46 |
| 19 | say 18:34 and the second one says page 2. | 13:58:52 |
| 20 | A.  I wrote to di Pascali when it was to | 14:00:17 |
| 21 | do something fairly menial like communicate a | 14:00:22 |
| 22 | figure or find out if the bills had been redeemed, | 14:00:29 |
| 23 | but for bigger stuff I communicated with Madoff | 14:00:31 |
| 24 | directly.  For example, I talked to him to tell | 14:00:37 |
| 25 | him my mother had died and I was trying to sort | 14:00:39 |

Picard v. Igoin                              Laurence Apfelbaum   3-27-14

                                                                    213

1    obsession before me, then it became mine.  So       14:24:17

2    everything has been fine and very well managed for   14:24:22

3    all these years.                                      14:24:25

4            So, to get back to this paper, my            14:24:28

5    tax advisor was therefore having a very hard time    14:24:34

6    because he couldn't deduct the losses.  So when      14:24:40

7    Emilie turned 18 (and by the time this document      14:24:47

8    was issued, she was) we were able to stop the        14:24:50

9    system that had been set up in '95 to protect her    14:24:53

10   interests, this system of puts and calls.  And       14:24:56

11   this document was dictated to me by my tax           14:24:59

12   advisor, and the point is to change the system and   14:25:04

13   finish the puts and calls.                           14:25:10

14           When I said I managed to "avoid" a           14:25:27

15   tax inspection, that's not quite the right term,     14:25:30

16   because you can't avoid it.  When it happens to      14:25:33

17   you it just hits you like a brick out of the blue,   14:25:35

18   and I was lucky not to have any.                     14:25:40

19           Q.  So you're saying that this document      14:25:48

20   was generated around the time when Emilie turned     14:25:51

21   18 and you then wanted to get out of the system of   14:25:58

22   investing through puts and calls, is that right?     14:26:01

23           A.  It's dated.  Emilie then was a           14:26:29

24   grownup and no longer had guardians.                 14:26:32

25           Q.  So the first page, the first textual     14:26:35

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

                                                                    214

1      page that has handwriting, where it says          14:26:40

2      "Dear Frank," again, that is a note handwritten    14:26:43

3      from you to Frank di Pascali, is that right?       14:26:46

4              A.  Yes, it is.                            14:26:52

5              Q.  Then the typewritten pages             14:26:56

6      afterwards, were those generated by you or by      14:26:59

7      someone else?                                      14:27:02

8              A.  My tax advisor dictated these pages    14:27:20

9      to me.  He was trying to help me to understand     14:27:24

10     this puts and call system.                         14:27:29

11             Q.  Who is your tax advisor again?         14:27:33

12             A.  Mr Philippe Colin at the time.         14:27:37

13             Q.  Then in the first handwritten note,    14:27:51

14     the first page that's handwritten, where it says:  14:27:55

15             "Is this an adequate document for          14:27:58

16     working on our strategy for progressively evening  14:28:00

17     out Emilie's option loss/taxable gain gap?"        14:28:05

18             What were you asking there?                14:28:11

19             A.  So it refers to the matter of the      14:29:16

20     suspended losses.  I am asking the question about  14:29:20

21     this system which had been applied as a strategy   14:29:25

22     to protect Emilie's interests.  But my advisor     14:29:28

23     thought it would be better to reintroduce losses   14:29:33

24     in the yearly balances, so under his dictation     14:29:37

25     I am asking about this.                            14:29:43

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

                                                                    215
1          Q.  So when you're saying your advisor    14:29:44

2    thought it would be better to reintroduce losses,  14:29:49

3    is it your understanding that you could use the     14:29:52

4    losses to offset gains?                             14:29:56

5               MR COOPERMAN:  Objection.                14:29:58

6               THE WITNESS:  He wanted to know what     14:30:24

7    could be done.  Because these losses were not       14:30:25

8    declarable, were not in the tax return, whereas     14:30:29

9    the profits were.                                   14:30:32

10   BY MS WANG:                                         14:30:38

11         Q.  So you or your tax advisor were           14:30:39

12   looking for a way to use the losses in order to     14:30:41

13   potentially reduce your tax liability, is that      14:30:48

14   right?                                              14:30:50

15              MR COOPERMAN:  Objection.                14:30:50

16   BY MS WANG:                                         14:30:50

17         Q.  You can answer the question.              14:30:59

18         A.  Yes.  I think I've told you, how to       14:31:02

19   handle the question of these losses and stop the    14:31:08

20   system so that we wouldn't go on having these       14:31:19

21   unusable losses.                                    14:31:23

22         Q.  After Emilie reached the age of           14:31:32

23   majority, did her account still -- did BLMIS still  14:31:36

24   execute puts and calls in her account?             14:31:41

25         A.  I don't know when it actually             14:32:12

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

220

1   Bills, the money that was managed by Madoff,          14:43:20

2   I don't know exactly how they interrelate, but, at    14:43:23

3   any rate, it's there in that account; that's where    14:43:27

4   the biggest amount of money is.                        14:43:30

5           MS SELTZER:  I think she said                  14:43:34

6   "I don't know how Madoff and BIF interacted";         14:43:35

7   right?                                                 14:43:41

8           THE INTERPRETER:  Okay.  "I don't             14:43:42

9   know how BIF and Madoff interacted."                   14:43:46

10  BY MS WANG:                                            14:43:50

11          Q.  Going to paragraph numbered 3) on         14:43:50

12  APFELBAUM01810, where it says:  "12 shares of          14:43:52

13  stock [in] the S.I.M.A.D.O.P. Company," do you         14:43:54

14  have any understanding of what S.I.M.A.D.O.P           14:43:59

15  Company stands for?                                    14:44:03

16          [The witness answers in French]               14:44:28

17          MS WANG:  There's a lot of "golf" in          14:44:28

18  that answer.                                           14:44:30

19          MR COOPERMAN:  Even I understand              14:44:30

20  that without the translation.                          14:44:31

21          THE WITNESS:  That corresponds to             14:44:31

22  the Fourqueux (F-O-U-R-Q-U-E-U-X) Golf Club.  To      14:44:33

23  be a member you had to have some shares in it, and    14:44:39

24  those were his shares in the golf club.  I don't      14:44:42

25  know more than that because I don't play golf          14:44:47

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

                                                                     221

1    myself.                                              14:44:50

2    BY MS WANG:                                          14:44:50

3           Q.   Okay.  We're done with that              14:44:53

4    document.                                            14:44:55

5           Wait, before we do that.  Is it your          14:45:00

6    understanding that at the time of your father's      14:45:03

7    death he had not placed any assets in trust for      14:45:05

8    you or your daughter, is that right?                 14:45:08

9           A.   No, I never heard about such a trust     14:45:32

10   in my name or my daughter's name.  Everything he     14:45:34

11   had is described here.                               14:45:38

12          Q.   Okay.  So all of your father's           14:45:41

13   assets would be described in this inventory that     14:45:43

14   you were aware of?                                   14:45:48

15          A.   Yes.  The whole estate is there.         14:45:49

16          MR QUINT:  "The whole estate I have           14:46:02

17   knowledge of which."                                 14:46:03

18   BY MS WANG:                                          14:46:05

19          Q.   So the whole estate of which you         14:46:05

20   have knowledge is listed in the inventory that is    14:46:07

21   Exhibit 29, is that right?                           14:46:10

22          A.   Yes.                                     14:46:23

23          MS WANG:  Next the reporter is going          14:46:27

24   to hand you what has been marked as Exhibit 30.      14:46:30

25   I would like you to take a look at it.  It's a       14:46:38

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

---

222

| | | |
|---|---|---|
| 1 | multi-paged document marked Brunner0047 to | 14:46:46 |
| 2 | Brunner0049, together with an English translation. | 14:46:52 |
| 3 | (Exhibit No. 30 marked for | 14:46:52 |
| 4 | identification.) | 14:46:52 |
| 5 | BY MS WANG: | 14:46:52 |
| 6 | Q.  Have you ever seen Exhibit 30 | 14:47:51 |
| 7 | before? | 14:47:53 |
| 8 | A.  Yes, I saw it the day before | 14:48:08 |
| 9 | yesterday when my lawyer showed it to me. | 14:48:10 |
| 10 | Q.  So before preparing for this | 14:48:12 |
| 11 | deposition you had never seen Exhibit 30 before? | 14:48:14 |
| 12 | A.  No. | 14:48:23 |
| 13 | Q.  Do you recognize any of the | 14:48:30 |
| 14 | handwriting on Exhibit 30? | 14:48:31 |
| 15 | A.  I recognize the signature but not | 14:49:14 |
| 16 | the handwriting.  Firstly, he didn't write in | 14:49:18 |
| 17 | capitals.  Secondly, he didn't write in italics. | 14:49:22 |
| 18 | Maybe he might have been very careful to make it | 14:49:27 |
| 19 | very legible, but normally his handwriting was | 14:49:30 |
| 20 | illegible. | 14:49:34 |
| 21 | Q.  When you say you recognize his | 14:49:35 |
| 22 | signature, you mean you recognize your father's | 14:49:39 |
| 23 | signature on page 49? | 14:49:42 |
| 24 | A.  On the last page I recognize it. | 14:49:44 |
| 25 | Q.  But the handwriting on page 0048 | 14:49:47 |

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

| | | |
|---|---|---|
| 1 | that has your name and your mother's name, you | 14:49:51 |
| 2 | don't necessarily recognize that as your father's? | 14:49:54 |
| 3 | A.  Yeah, normally he wrote in a much | 14:50:15 |
| 4 | more illegible way.  He might have made a special | 14:50:20 |
| 5 | effort, if that was his writing. | 14:50:27 |
| 6 | Q.  It's fair to say that your father in | 14:50:30 |
| 7 | his lifetime never told you about a Panamanian | 14:50:35 |
| 8 | Company named Magnify, Inc? | 14:50:40 |
| 9 | A.  No -- | 14:50:40 |
| 10 | [The witness interrupts the interpreter | 14:50:40 |
| 11 | and continues her answer] | 14:50:40 |
| 12 | BY MS WANG: | 14:52:37 |
| 13 | Q.  All right, let's get a translation | 14:52:37 |
| 14 | of that; that was long. | 14:52:38 |
| 15 | A.  No, I didn't know anything about | 14:52:39 |
| 16 | this account because my father didn't discuss | 14:52:42 |
| 17 | those matters with us at all.  He was open in the | 14:52:44 |
| 18 | sense that he discussed things like Spinoza and | 14:52:49 |
| 19 | psychoanalysis and psychoanalytical reviews.  When | 14:52:52 |
| 20 | this came about it was a total and enormous | 14:52:59 |
| 21 | surprise for me. | 14:53:03 |
| 22 | I mean I might look composed just | 14:53:04 |
| 23 | now, but when I discovered all this it was quite a | 14:53:07 |
| 24 | shock.  Because it happened because of the suit by | 14:53:15 |
| 25 | the Trustee that I realized that this account | 14:53:20 |

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

---

224

| | | |
|---|---|---|
| 1 | existed.  So since then I've kind of got used to | 14:53:26 |
| 2 | the idea, but I really was flabbergasted.  Just | 14:53:30 |
| 3 | the same as when we discovered the will. | 14:53:35 |
| 4 | Maybe my father meant well.  He was | 14:53:37 |
| 5 | doing this for his wife and his daughter and | 14:53:39 |
| 6 | granddaughter, but it was still a shock.  When he | 14:53:41 |
| 7 | was alive he seemed so open, but obviously there | 14:53:45 |
| 8 | was an undercover world of things going on with | 14:53:50 |
| 9 | the will and then this suit came about. | 14:53:56 |
| 10 | [The witness speaks to the interpreter in | 14:54:09 |
| 11 | French] | 14:54:09 |
| 12 | THE INTERPRETER:  No, "undercover" | 14:55:10 |
| 13 | isn't the right word. | 14:55:11 |
| 14 | THE WITNESS:  He wasn't doing | 14:55:18 |
| 15 | anything undercover, he was doing it without | 14:55:19 |
| 16 | telling us.  There were things going on underneath | 14:55:22 |
| 17 | that we didn't know about.  But that's because my | 14:55:28 |
| 18 | father had a whole history with clandestinity. | 14:55:31 |
| 19 | During the war he had to be a | 14:55:35 |
| 20 | clandestine, and when I was a little girl I was | 14:55:38 |
| 21 | made to change my name and I couldn't understand | 14:55:44 |
| 22 | why.  He had a hard time to go back to his name | 14:55:47 |
| 23 | afterwards.  He had to undergo attacks, | 14:55:52 |
| 24 | particularly when he joint the de Gaulle | 14:55:55 |
| 25 | government, because he went through as a | 14:55:56 |

Picard v. Igoin                              Laurence Apfelbaum   3-27-14

225

```
1    Communist, because he had been under FILLON      14:55:58

2    (F-I-L-L-) --                                    14:55:58

3            [The witness speaks to the interpreter in 14:55:58

4        French]                                      14:55:58

5                -- Quillon (Q-U-I-L-L-O-N) -- Tillon 14:55:58

6    (T-I-L-L-O-N) who was one of the heads of the    14:56:20

7    resistance.  And my father was with him and they 14:56:22

8    were Communists, and then he was in the de Gaulle 14:56:26

9    government.                                       14:56:30

10           Sorry, all this was about the word        14:56:47

11   "undercover" which was wrongly introduced by the 14:56:50

12   interpreter.                                      14:56:53

13           MS WANG:  I'm going to ask the            14:57:04

14   reporter to mark Exhibit 31, which is a           14:57:06

15   three-paged document stamped Magnify00039 through 14:57:16

16   41.  I'm just going to ask you to take a look at  14:57:23

17   it.                                               14:57:27

18           (Exhibit No. 31 marked for                14:57:48

19       identification.)                              14:57:55

20   BY MS WANG:                                       14:57:55

21       Q.  My question for you, Mrs Apfelbaum,       14:57:56

22   on Exhibit 31 is whether you have seen it before. 14:57:59

23       A.  No.                                       14:58:22

24       Q.  Had you seen it even in preparation       14:58:27

25   for this deposition?                              14:58:29
```

Picard v. Igoin                          Laurence Apfelbaum  3-27-14

227
1          (Exhibit No. 33 marked for              15:01:36
2       identification.)                           15:01:36
3    BY MS WANG:                                    15:01:36
4          Q.  The same questions, have you ever   15:01:41
5    seen this document before and is the handwriting  15:01:44
6    your father's?                                 15:01:46
7          A.  Same answer.  I hadn't seen the     15:01:57
8    document but it is the handwriting of my father in  15:02:05
9    a legible form, which was unusual.             15:02:08
10         Q.  In legible form, which was unusual?  15:02:11
11         THE INTERPRETER:  It was unusual for     15:02:14
12   it to be legible.                              15:02:15
13         MS WANG:  Let's take a quick break.      15:02:17
14         THE VIDEOGRAPHER:  Going off the         15:02:38
15   record.  The time is 1502.                     15:02:39
16         (Off the record - 3:02 p.m.)            15:02:45
17         (On the record - 3:14 p.m.)             15:14:34
18         THE VIDEOGRAPHER:  This is the           15:14:34
19   beginning of tape number three, volume two.  The  15:14:35
20   time is 1514.  We are back on the record.      15:14:39
21         MR COOPERMAN:  I just want to say        15:14:43
22   before we start, the court reporter told me we are  15:14:46
23   on 3 hours 40 minutes today.  We were here --  15:14:49
24   I realize there were breaks yesterday -- but for  15:14:53
25   6.5 hours, so I do hope you are coming to a     15:14:53

BENDISH REPORTING, INC.
877.404.2193

228

| | | |
|---|---|---|
| 1 | conclusion rather quickly. | 15:14:56 |
| 2 | MS WANG:  Part of the reason why | 15:14:56 |
| 3 | we took this break was to see what we could finish | 15:14:58 |
| 4 | up quickly today. | 15:15:00 |
| 5 | MR COOPERMAN:  Good.  Thank you. | 15:15:06 |
| 6 | THE WITNESS:  Thank you. | 15:15:06 |
| 7 | BY MS WANG: | 15:15:14 |
| 8 | Q.  When your father passed away there | 15:15:15 |
| 9 | were significant taxes that had to be paid in | 15:15:18 |
| 10 | connection with his estate, right? | 15:15:22 |
| 11 | A.  Yeah, there were duties for Emilie | 15:15:47 |
| 12 | and myself, to cover our half of the estate. | 15:15:50 |
| 13 | Q.  Are those duties based on the | 15:15:59 |
| 14 | approximate value of the estate or some other | 15:16:04 |
| 15 | figure? | 15:16:07 |
| 16 | MR COOPERMAN:  Objection. | 15:16:18 |
| 17 | You're asking based on her | 15:16:18 |
| 18 | knowledge?  She's not a lawyer, obviously, to know | 15:16:20 |
| 19 | this. | 15:16:25 |
| 20 | THE WITNESS:  Those duties have set | 15:16:28 |
| 21 | rates and I can't remember what the rate was in | 15:16:55 |
| 22 | '95.  They change.  I don't know what the rate | 15:16:58 |
| 23 | would be today. | 15:17:01 |
| 24 | BY MS WANG: | 15:17:03 |
| 25 | Q.  And those duties would have been | 15:17:04 |

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

                                                                      229

1       paid out of the BIF account, is that right?        15:17:05

2                   MR COOPERMAN:   Objection.              15:17:13

3                   THE WITNESS:   Which BIF account?       15:17:22

4       Whose?                                             15:17:28

5       BY MS WANG:                                        15:17:28

6             Q.  My understanding, from the inventory     15:17:30

7       that we just looked at, was there were holdings at 15:17:32

8       BIF, is that right?                                15:17:36

9             A.  Well, I have to remember.  Well,         15:18:03

10      it's hard to remember the exact order in which     15:20:17

11      things happened.  I've told you about the          15:20:22

12      difficult episodes after my father's passing away. 15:20:24

13                  As far as I can imagine, you can't     15:20:29

14      take any money out of any account you've inherited 15:20:34

15      until the whole succession is closed, so how it    15:20:37

16      went with my mother getting the usufruct and       15:20:42

17      having to relinquish it ... it was all a difficult 15:20:47

18      time.                                              15:20:50

19                  And then the judge and Madoff, who     15:20:51

20      came.  And then we decided to invest my share and  15:20:53

21      Emilie's share of the estate with Madoff.  I must  15:21:00

22      have known how much my share of the estate was.    15:21:10

23      Then there was the moment when we decided to go    15:21:16

24      with Madoff.                                        15:21:18

25      ///                                                15:21:18

**Picard v. Igoin**                           **Laurence Apfelbaum  3-27-14**

234

1    one Madoff account -- this is why I'm trying to        15:27:06

2    get at the information in another way, because         15:27:11

3    I don't think this witness would know.                 15:27:13

4              MR COOPERMAN:  At the end of the             15:27:14

5    day, on jurisdiction, you are not seeking              15:27:16

6    Albert Igoin to be subject to American                 15:27:19

7    jurisdiction, you are seeking Mrs Apfelbaum,           15:27:21

8    you're seeking her daughter.  So it is their           15:27:23

9    contacts that go.  So that's why I encourage you       15:27:26

10   to ask her about other accounts.  I think I know       15:27:28

11   what her answer will be, and I think you know what     15:27:31

12   her answer will be, too.  Other than that, while       15:27:34

13   I understand where you are coming from, I don't        15:27:38

14   think this is the right forum or the right place       15:27:40

15   to ask these things.                                   15:27:42

16             MS WANG:  Again, I mean --                   15:27:44

17             MR COOPERMAN:  I hear what you're            15:27:45

18   saying, you heard what I'm saying, so...               15:27:46

19             MS WANG:  We're just making our             15:27:48

20   record.                                                15:27:49

21             MR COOPERMAN:  We're making our             15:27:50

22   record.  I think we've made our record.                15:27:51

23             MS WANG:  Going back to what you            15:27:53

24   were saying about Mrs Apfelbaum, this is about         15:27:55

25   jurisdiction over Mrs Apfelbaum because she has        15:27:57

**Picard v. Igoin**                                **Laurence Apfelbaum  3-27-14**

235

| | | |
|---|---|---|
| 1 | testified that she was involved in the | 15:27:59 |
| 2 | administration of her father's estate and her | 15:28:01 |
| 3 | mother's estates.  So, you know, to the extent | 15:28:03 |
| 4 | that this relates to additional contacts between | 15:28:07 |
| 5 | Mrs Apfelbaum and BLMIS, I think it is relevant. | 15:28:12 |
| 6 | That said, we've made our record, we can move on. | 15:28:14 |
| 7 | MR COOPERMAN:  Right.  I disagree. | 15:28:17 |
| 8 | Let's move on and try to finish this because | 15:28:19 |
| 9 | we are, I believe, way beyond already the Federal | 15:28:22 |
| 10 | rules allowing time for depositions.  I've given | 15:28:25 |
| 11 | you leeway but, please, let's move on. | 15:28:29 |
| 12 | BY MS WANG: | 15:28:35 |
| 13 | Q.  I wanted to clarify some part of the | 15:28:36 |
| 14 | earlier testimony today where, when Emilie first | 15:28:38 |
| 15 | inherited from your father, the French | 15:28:49 |
| 16 | guardianship judge required half her inheritance | 15:28:52 |
| 17 | to be invested in French Treasury Bonds, is that | 15:28:56 |
| 18 | right? | 15:29:04 |
| 19 | MR COOPERMAN:  Objection. | 15:29:16 |
| 20 | THE WITNESS:  Yes.  He wanted | 15:29:33 |
| 21 | nonspeculative investment, so Treasury Bills | 15:29:50 |
| 22 | seemed the right thing. | 15:29:56 |
| 23 | MS WANG:  "French" Treasury Bills. | 15:29:59 |
| 24 | THE INTERPRETER:  "French," yes. | 15:30:02 |
| 25 | /// | 15:30:02 |

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

236

| | | |
|---|---|---|
| 1 | BY MS WANG: | 15:30:04 |
| 2 | Q.  Did there come a time when those | 15:30:04 |
| 3 | assets were reinvested?  In other words, taken out | 15:30:06 |
| 4 | of French Treasury Bills and reinvested in | 15:30:08 |
| 5 | Emilie's BLMIS account? | 15:30:15 |
| 6 | MR COOPERMAN:  Objection. | 15:30:29 |
| 7 | THE WITNESS:  Well, I can't remember | 15:30:56 |
| 8 | the exact dates but I know that when the French | 15:32:31 |
| 9 | Treasury Bills matured coincides more or less with | 15:32:37 |
| 10 | Emilie's coming of age, and that's when we started | 15:32:41 |
| 11 | to give some thought to what to do with the | 15:32:44 |
| 12 | amounts and we decided to invest with Madoff. | 15:32:47 |
| 13 | This was a decision which wasn't -- | 15:32:57 |
| 14 | THE INTERPRETER:  Sorry, I withdraw | 15:33:03 |
| 15 | that. | 15:33:03 |
| 16 | THE WITNESS:  My mother was still | 15:33:03 |
| 17 | alive and we trusted Madoff, so we thought it | 15:33:05 |
| 18 | would be good for her, too, and that's why | 15:33:10 |
| 19 | we decided to do that investment in 2000 | 15:33:17 |
| 20 | something. | 15:33:21 |
| 21 | I wanted to specify that my mother | 15:34:17 |
| 22 | was still alive.  Because you might remember that | 15:34:19 |
| 23 | there had been a conflict with her at the moment | 15:34:23 |
| 24 | of my father's estate, about the estate, and I had | 15:34:28 |
| 25 | got her to act against my father's will and she | 15:34:37 |

BENDISH REPORTING, INC.
877.404.2193

**Picard v. Igoin**                              **Laurence Apfelbaum   3-27-14**

245

1        A.  Yes, of course, since all Emilie's      15:48:41

2    inheritance was in BIF and it couldn't stay all as   15:48:44

3    Treasury Bills.  Since the judge said some of it   15:48:49

4    had to be transferred, well, it had to come from   15:48:59

5    the BIF account.                                 15:49:02

6        Q.  Looking at the first page of           15:49:04

7    Exhibit 34, is there any other entry of the      15:49:07

8    magnitude that would be sufficient to buy the    15:49:13

9    French Treasury Bills as required by the French  15:49:17

10   guardianship judge?                              15:49:22

11            MR COOPERMAN:  Objection.               15:49:31

12            THE WITNESS:  In '95, no.  But I was    15:50:23

13   looking --                                       15:50:28

14            MRS APFELBAUM:  No, no, no, no, no.     15:50:28

15       [The witness speaks to the interpreter in    15:50:36

16     French]                                        15:50:36

17            THE INTERPRETER:  "In '95, no" --       15:50:39

18       [The witness speaks to the interpreter in    15:50:39

19     French]                                        15:50:39

20            THE INTERPRETER:  Sorry, the answer     15:50:56

21   was:  "In '95, yes."                             15:50:57

22            THE WITNESS:  I'm sorry, I have         15:51:01

23   trouble reading this document.  I have never read 15:51:05

24   these documents before.  I had read them, but I'm 15:51:08

25   not familiar with them.                          15:51:14

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

<table>
<tr><td></td><td></td><td>246</td></tr>
<tr><td>1</td><td>BY MS WANG:</td><td>15:51:31</td></tr>
<tr><td>2</td><td>Q.  So I guess my question still isn't</td><td>15:51:31</td></tr>
<tr><td>3</td><td>answered, which is:  Is there any withdrawal on</td><td>15:51:34</td></tr>
<tr><td>4</td><td>the first page of Exhibit 34 that is of sufficient</td><td>15:51:37</td></tr>
<tr><td>5</td><td>magnitude to buy the French Treasury Bills as was</td><td>15:51:44</td></tr>
<tr><td>6</td><td>required by the French guardianship judge back in</td><td>15:51:48</td></tr>
<tr><td>7</td><td>1995?</td><td>15:51:51</td></tr>
<tr><td>8</td><td>MR COOPERMAN:  Objection.</td><td>15:51:52</td></tr>
<tr><td>9</td><td>THE WITNESS:  On the first page it</td><td>15:51:57</td></tr>
<tr><td>10</td><td>doesn't work, so the answer is no.</td><td>15:52:00</td></tr>
<tr><td>11</td><td>MR QUINT:  "For 1995."</td><td>15:52:04</td></tr>
<tr><td>12</td><td>THE INTERPRETER:  "For '95."</td><td>15:52:09</td></tr>
<tr><td>13</td><td>BY MS WANG:</td><td>15:52:09</td></tr>
<tr><td>14</td><td>Q.  All right.</td><td>15:52:10</td></tr>
<tr><td>15</td><td>I want to turn your attention to</td><td>15:52:11</td></tr>
<tr><td>16</td><td>page 2, the second page of Exhibit 34.  If you</td><td>15:52:15</td></tr>
<tr><td>17</td><td>look at column four, where it says "Cash</td><td>15:52:19</td></tr>
<tr><td>18</td><td>Deposits."  If you read that column down the page,</td><td>15:52:23</td></tr>
<tr><td>19</td><td>it is empty until an entry on November 21, 2005,</td><td>15:52:25</td></tr>
<tr><td>20</td><td>which reflects a deposit of almost $11 million.</td><td>15:52:31</td></tr>
<tr><td>21</td><td>Do you see that?</td><td>15:52:38</td></tr>
<tr><td>22</td><td>A.  Yes.</td><td>15:52:58</td></tr>
<tr><td>23</td><td>Q.  Does that reflect the reinvestment</td><td>15:53:00</td></tr>
<tr><td>24</td><td>after Emilie reached the age of majority?</td><td>15:53:05</td></tr>
<tr><td>25</td><td>MR COOPERMAN:  Objection.</td><td>15:53:07</td></tr>
</table>

Picard v. Igoin                           Laurence Apfelbaum  3-27-14

247

1          THE WITNESS:  Very probably, yes.        15:53:21

2          MS WANG:  Okay, we're done with that     15:53:33

3    exhibit.                                        15:53:35

4    BY MS WANG:                                     15:53:40

5          Q.  Did your parents ever discuss with   15:53:40

6    you any of their charitable activities in France   15:53:42

7    or in Israel?                                   15:53:46

8          A.  No.                                   15:53:57

9          Q.  So while they were alive, as far as  15:54:00

10   you know they did not engage in any charitable  15:54:03

11   activities in Israel or France?                 15:54:07

12         A.  I don't know because they didn't      15:54:19

13   mention this to me.                             15:54:19

14         Q.  How did you find out about the        15:54:22

15   collapse of BLMIS?                              15:54:25

16         A.  By the radio.                         15:54:35

17         Q.  At some point after you found out     15:54:36

18   about the collapse of BLMIS Ms Ayala Nadir called   15:54:39

19   you and told you about her activities in the    15:54:45

20   Yeshaya Hora(?) Association, is that right?      15:55:00

21         A.  Yes.                                  15:55:02

22         Q.  Can you tell me about that            15:55:02

23   conversation, since it has some -- obviously had a   15:55:04

24   reaction to it?                                 15:55:13

25         A.  It was a lot of surprises in a short  15:55:14

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                          Laurence Apfelbaum   3-27-14

248

| | | |
|---|---|---|
| 1 | time.  First, Madoff.  Of course that was an | 15:56:28 |
| 2 | enormous surprise.  Then a couple of weeks later | 15:56:32 |
| 3 | my cousin calls to tell me something I didn't know | 15:56:34 |
| 4 | at all, that my father had set up a foundation -- | 15:56:40 |
| 5 | I can't remember the name exactly -- in Israel, | 15:56:44 |
| 6 | and that she -- | 15:56:47 |
| 7 |            MRS APFELBAUM:  No. | 15:56:47 |
| 8 |        [The witness speaks to the interpreter in | 15:56:47 |
| 9 |      French] | 15:56:47 |
| 10 |            THE WITNESS:  At the time I'm not | 15:56:54 |
| 11 | sure she gave me the name.  I'm not even sure she | 15:56:55 |
| 12 | gave me the name at the time. | 15:56:59 |
| 13 |            -- in Israel, and she was the | 15:57:00 |
| 14 | manager.  And she had also lost everything because | 15:57:02 |
| 15 | of Madoff.  So it was a big surprise; I didn't | 15:57:05 |
| 16 | even know he'd done this.  Because I didn't know | 15:57:11 |
| 17 | there was any other money than what was in the | 15:57:17 |
| 18 | estate.  And I don't know with what money he'd | 15:57:19 |
| 19 | done it.  So at first I didn't know that it | 15:57:57 |
| 20 | existed.  Then I realized that my cousin had never | 15:58:02 |
| 21 | told me.  I only discovered all this -- | 15:58:07 |
| 22 |            [The witness speaks to the interpreter in | 15:58:07 |
| 23 |      French] | 15:58:07 |
| 24 |            So she told me that.  She'd never | 15:58:13 |
| 25 | told me until December 2008, and she'd had the | 15:58:15 |

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

249

1   chance when my father passed away, another chance       15:58:19

2   when my mother passed away, but she had never told      15:58:22

3   me.                                                     15:58:24

4            MR QUINT:  The witness has also said           15:58:27

5   that "she didn't tell me about that foundation          15:58:30

6   when my father died and neither when my mother          15:58:32

7   died."                                                  15:58:35

8            MS WANG:  I think that's what the              15:58:36

9   translation was.                                        15:58:37

10            [The witness speaks in French]                15:59:01

11            MS WANG:  Can you please translate            15:59:01

12   what the witness just said.                            15:59:02

13            THE INTERPRETER:  Okay.                        15:59:05

14            THE WITNESS:  There's also something          15:59:06

15   that the translator didn't say: that I didn't know     15:59:07

16   -- I discovered that my father had other monies        15:59:10

17   than that that was in the estate, and that             15:59:12

18   I didn't know about.  My life is full of               15:59:14

19   surprises.                                             15:59:25

20   BY MS WANG:                                            15:59:29

21            Q.  So Ayala Nahir is your cousin,            15:59:30

22   right?                                                 15:59:35

23            A.  Yes.                                      15:59:35

24            Q.  You had seen her intermittently          15:59:35

25   through family gatherings and she had never told       15:59:38

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                              Laurence Apfelbaum  3-27-14

                                                                    250

1    you about the foundation that your father had set    15:59:40

2    up?                                                   15:59:43

3            A.  I met her here and then.  There          16:00:02

4    weren't any family gatherings as such in our sort    16:00:06

5    of family, but from time to time I got to meet       16:00:09

6    her.  She did come to Paris regularly, but I must    16:00:13

7    say --                                                16:00:55

8            MR QUINT:  Not "regularly."                  16:00:55

9            THE INTERPRETER:  "Sometimes."               16:00:57

10   Sorry.                                                16:00:58

11           THE WITNESS:  -- but I can't say             16:00:59

12   that I saw her much.  We didn't get on               16:01:00

13   particularly well, we weren't close, and sometimes   16:01:03

14   I made it a point of duty to see her, but that was   16:01:06

15   quite infrequent.                                     16:01:10

16   BY MS WANG:                                           16:01:13

17           Q.  Did you know what she did for a          16:01:13

18   living before 2008?                                   16:01:15

19           A.  I saw her in a kibbutz, and then she     16:01:45

20   left it and I don't know what she did afterwards.    16:01:50

21           MR QUINT:  "And I don't know when            16:01:57

22   she left the kibbutz."                                16:01:59

23   BY MS WANG:                                           16:02:02

24           Q.  So you don't know when she left the      16:02:03

25   kibbutz and what she did after the kibbutz, is       16:02:05

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

                                                                    251

1     that right?                                    16:02:08

2              [The witness speaks in French]

3              Okay, let's stop and get a

4     translation of that and see if I got an answer to

5     my question.

6              THE INTERPRETER:  Okay.

7              THE WITNESS:  I'll have to explain a  16:03:51

8     few things.                                    16:03:52

9              I didn't -- I hardly ever met her --  16:03:56

10    oh, yes, I did meet her once in Jerusalem and,  16:03:58

11    yes, I have to tell you how that happened.      16:04:04

12              I used to go a lot to Jerusalem --    16:04:06

13              MRS APFELBAUM:  No.                    16:04:13

14              THE INTERPRETER:  Or "quite a few     16:04:15

15    times" --                                       16:04:16

16              MRS APFELBAUM:  No.                    16:04:16

17         [The witness speaks to the interpreter in  16:04:16

18      French]                                       16:04:16

19              THE INTERPRETER:  Oh, "to Israel."    16:04:17

20    Sorry.                                          16:04:19

21              THE WITNESS:  So you remember that    16:04:19

22    my husband has a wife and children and a mother in  16:04:21

23    Israel.  So as long as my mother was --         16:04:24

24              Well, first, let me tell you, it's    16:04:28

25    when he left the ghetto, he stayed in France, he  16:04:30

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

252

| | | |
|---|---|---|
| 1 | studied and lived in France, but his mother went | 16:04:33 |
| 2 | back to Israel after the war.  And my husband, | 16:04:36 |
| 3 | therefore, often traveled to Israel to see his | 16:04:42 |
| 4 | mother, his children and his ex-wife (with whom he | 16:04:47 |
| 5 | got on quite well).  And when I married him, | 16:04:50 |
| 6 | I also went to Israel with him.  We went every | 16:04:55 |
| 7 | year at the end of the year in December.  And | 16:04:57 |
| 8 | we mainly wanted to visit his mother until finally | 16:05:02 |
| 9 | it stopped when she died.  And we used to go to | 16:05:06 |
| 10 | the Red Sea, to Sharm el Sheikh.  That went on | 16:05:10 |
| 11 | until Sharm el Sheikh went over to Eilat and until | 16:05:14 |
| 12 | my mother-in-law passed away, and so that stopped. | 16:05:19 |
| 13 | But for a long time I went every year. | 16:05:24 |
| 14 | So once I met my cousin in | 16:05:53 |
| 15 | Jerusalem, at the museum where she was a volunteer | 16:05:58 |
| 16 | guide.  Because normally we were in Tel Aviv, but | 16:06:00 |
| 17 | when I went to visit Jerusalem I saw her in the | 16:06:03 |
| 18 | museum.  So that's one time I can mention when | 16:06:07 |
| 19 | I saw her. | 16:06:09 |
| 20 | MS SELTZER:  No, that her activity | 16:06:10 |
| 21 | at the time was volunteer at the museum. | 16:06:13 |
| 22 | BY MS WANG: | 16:06:20 |
| 23 | Q.  Approximately when was this? | 16:06:21 |
| 24 | A.  I don't know.  I would say early | 16:06:38 |
| 25 | '80s. | 16:06:44 |

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

253

| | | |
|---|---|---|
| 1 | MR COOPERMAN:  Could I just ask the | 16:06:46 |
| 2 | court reporter, when either Mr Quint or Ms Seltzer | 16:06:47 |
| 3 | makes a comment on the translation, could it be | 16:06:52 |
| 4 | indicated here that they are not testifying, they | 16:06:53 |
| 5 | are just correcting the translation. | 16:06:55 |
| 6 | MS WANG:  They're speaking.  She's | 16:06:55 |
| 7 | taking down what they're saying. | 16:06:59 |
| 8 | MR COOPERMAN:  But it comes out as | 16:06:59 |
| 9 | maybe they're testifying, which they're not doing, | 16:07:00 |
| 10 | they're translating. | 16:07:03 |
| 11 | MS WANG:  Well, I might have an | 16:07:03 |
| 12 | argument that they are trying to testify for the | 16:07:05 |
| 13 | witness. | 16:07:06 |
| 14 | MR COOPERMAN:  Well, you've got | 16:07:08 |
| 15 | several people who are fluent in French on your | 16:07:09 |
| 16 | side who would correct them if they were saying | 16:07:11 |
| 17 | something wrong, and I haven't heard that. | 16:07:13 |
| 18 | BY MS WANG: | 16:07:19 |
| 19 | Q.  Do you know Ayala Nahir's children? | 16:07:19 |
| 20 | A.  I met them a long time ago, once, | 16:07:33 |
| 21 | when I visited the kibbutz. | 16:07:36 |
| 22 | Q.  Again, when did you visit the | 16:07:37 |
| 23 | kibbutz? | 16:07:39 |
| 24 | A.  I don't know my biography with | 16:08:03 |
| 25 | dates. | 16:08:06 |

**Picard v. Igoin**                              **Laurence Apfelbaum  3-27-14**

                                                                    254

| | | |
|---|---|---|
| 1 | Q.  1980s?  1990s?  I don't need an | 16:08:08 |
| 2 | exact... | 16:08:17 |
| 3 | A.  I would say in the '70s.  And it | 16:08:40 |
| 4 | might be in '77, because there was the Congress of | 16:08:42 |
| 5 | Psychoanalysis held in Israel in '77 (or maybe | 16:08:49 |
| 6 | '76), so it might have been at that occasion. | 16:08:53 |
| 7 | What helps me to remember is that I know I went | 16:09:06 |
| 8 | alone to the congress and to the kibbutz, | 16:09:09 |
| 9 | therefore it's before my marriage, but I'm not | 16:09:16 |
| 10 | quite sure. | 16:09:20 |
| 11 | Q.  So is it fair to say that you don't | 16:09:22 |
| 12 | know what Miss Nahir was doing to make a living in | 16:09:25 |
| 13 | the 1990s or after 2000, between 2000 and 2008? | 16:09:29 |
| 14 | A.  No, I don't know.  But I would | 16:09:56 |
| 15 | assume she was retired because she's older than | 16:09:59 |
| 16 | me.  Retired from what, I don't know.  I don't | 16:10:05 |
| 17 | even know how the system works in Israel. | 16:10:07 |
| 18 | Q.  Did your father and mother ever | 16:10:10 |
| 19 | discuss Miss Nahir or her children and also | 16:10:12 |
| 20 | whether they intended to make any financial | 16:10:19 |
| 21 | provisions for them? | 16:10:21 |
| 22 | MR COOPERMAN:  Objection. | 16:10:37 |
| 23 | (To the witness)  You can answer. | 16:10:39 |
| 24 | THE WITNESS:  No, certainly not. | 16:10:42 |
| 25 | I know that because I, myself, when I came to | 16:11:29 |

Picard v. Igoin                                    Laurence Apfelbaum   3-27-14

255

| 1 | write my will, was worried that I had to do the | 16:11:33 |
| 2 | right thing and, since my parents had never done | 16:11:38 |
| 3 | anything -- or mentioned anything -- about my | 16:11:43 |
| 4 | cousin, I felt it was my duty to think about it | 16:11:48 |
| 5 | and decide whether I wanted to do something.  So | 16:11:52 |
| 6 | that is the proof that my parents had never | 16:11:55 |
| 7 | mentioned it. | 16:11:58 |
| 8 | BY MS WANG: | 16:12:00 |
| 9 | Q.  Is Ayala Nahir your only cousin? | 16:12:00 |
| 10 | A.  All the family?  All the sons? | 16:12:16 |
| 11 | Q.  First cousins? | 16:12:19 |
| 12 | A.  So she was the daughter of my | 16:13:26 |
| 13 | father's sister.  And this man was deported in | 16:13:33 |
| 14 | 1942 and I never got to know -- | 16:13:42 |
| 15 | MR QUINT:  No, the mother. | 16:13:44 |
| 16 | THE INTERPRETER:  Oh, sorry, the | 16:13:44 |
| 17 | mother. | 16:13:44 |
| 18 | MR QUINT:  She died in Auschwitz, | 16:13:44 |
| 19 | not in deportation. | 16:13:59 |
| 20 | THE WITNESS:  And my father had a | 16:14:01 |
| 21 | brother, Luke, who lived in France.  His daughter | 16:14:02 |
| 22 | was saved from going to Auschwitz, and she married | 16:14:04 |
| 23 | an American. | 16:14:09 |
| 24 | My mother had a sister who has two | 16:14:36 |
| 25 | sons who are older than me.  One lives in | 16:14:38 |

BENDISH REPORTING, INC.
877.404.2193

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

                                                          256

| | | |
|---|---|---|
| 1 | California and the other in Canada. | 16:14:41 |
| 2 | BY MS WANG: | 16:14:43 |
| 3 | Q.  So when you said that when you came | 16:14:43 |
| 4 | to write your will you were worried that you had | 16:14:45 |
| 5 | to do the right thing as far as Ayala Nahir, what | 16:14:47 |
| 6 | did you mean by that? | 16:14:52 |
| 7 | A.  Because life in Israel can be | 16:15:29 |
| 8 | frugal, and I thought that she probably had enough | 16:15:34 |
| 9 | money to live with but not a lot. | 16:15:37 |
| 10 | Q.  Now, when you said that Miss Nahir | 16:15:44 |
| 11 | had called you in December 2008 and indicated that | 16:15:46 |
| 12 | she had lost everything also, did you come to | 16:15:49 |
| 13 | understand that that meant that she had | 16:15:54 |
| 14 | investments in Madoff as well? | 16:15:55 |
| 15 | A.  She said so.  It wasn't hers, it was | 16:16:07 |
| 16 | the foundation that she was leading. | 16:16:23 |
| 17 | Q.  What did she mean when she called | 16:16:32 |
| 18 | you in December of 2008 and advised that you get a | 16:16:35 |
| 19 | lawyer?  What did she say to you? | 16:16:39 |
| 20 | MR COOPERMAN:  Objection. | 16:16:43 |
| 21 | [The interpreter translates the question | 16:16:43 |
| 22 | in French] | 16:16:55 |
| 23 | MS SELTZER:  I'm sorry, that's | 16:16:55 |
| 24 | not -- that's not your question. | 16:16:56 |
| 25 | THE INTERPRETER:  Okay. | 16:16:59 |

Picard v. Igoin                    Laurence Apfelbaum  3-27-14

261

1    area and I believe it was done through lawyers.    16:40:21

2              (To the witness)  So I caution you,    16:40:23

3    to the extent you've spoken to lawyers    16:40:25

4    representing you, not to divulge what was said.    16:40:28

5              THE WITNESS:  Well, I can't remember    16:40:47

6    the details but I know that there was nothing that    16:40:48

7    could be done and that's why I've swept it aside.    16:40:51

8    BY MS WANG:    16:40:55

9         Q.  But there was some communication    16:40:55

10   with the IRS regarding whether there could have    16:40:57

11   been refunds on US taxes paid in connection with    16:40:59

12   the BLMIS fraud, is that right?    16:41:04

13             MR COOPERMAN:  Objection.    16:41:05

14             THE WITNESS:  I believe so.  But    16:41:40

15   we talked about it with my husband, but I don't    16:41:45

16   know really.    16:41:47

17             MR COOPERMAN:  Ona, I don't believe    16:41:57

18   there was any.    16:41:59

19   BY MS WANG:    16:42:01

20        Q.  You never had any -- you never paid    16:42:01

21   US taxes on your own behalf, is that right, in    16:42:04

22   connection with the BLMIS investments?    16:42:07

23             MR COOPERMAN:  Objection.    16:42:07

24             MS WANG:  Let me just ask the    16:42:19

25   question again.    16:42:21

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                      **Laurence Apfelbaum  3-27-14**

                                                                              **262**

| | | |
|---|---|---|
| 1 | BY MS WANG: | 16:42:21 |
| 2 | Q.  You've never had to pay any US taxes | 16:42:31 |
| 3 | on your own behalf in connection with investments | 16:42:34 |
| 4 | at BLMIS, is that right? | 16:42:37 |
| 5 | MR COOPERMAN:  Objection. | 16:42:39 |
| 6 | THE WITNESS:  The only thing that | 16:42:55 |
| 7 | I have had to pay with regard to American tax is | 16:43:23 |
| 8 | on the estate of my mother.  There's no reason why | 16:43:26 |
| 9 | I should have any other tax from the States since | 16:43:31 |
| 10 | I hold no account there, I have no holdings, | 16:43:33 |
| 11 | belongings, I haven't worked there.  So the only | 16:43:38 |
| 12 | one is the estate tax. | 16:43:40 |
| 13 | MR COOPERMAN:  She said that | 16:43:42 |
| 14 | yesterday. | 16:43:47 |
| 15 | MS WANG:  No, she didn't. | 16:43:48 |
| 16 | MR COOPERMAN:  Yes, she did.  She | 16:43:49 |
| 17 | testified she paid taxes only for her mother | 16:43:52 |
| 18 | yesterday.  Now you're asking the same question | 16:43:54 |
| 19 | again. | 16:43:56 |
| 20 | MS WANG:  I'm confirming, because | 16:43:56 |
| 21 | the witness's answer earlier was not clear. | 16:43:56 |
| 22 | MR COOPERMAN:  What wasn't clear | 16:44:00 |
| 23 | about saying yesterday that she didn't pay taxes | 16:44:02 |
| 24 | -- only paid taxes on her mother's estate in the | 16:44:04 |
| 25 | US?  Was something unclear yesterday you could | 16:44:06 |

**Picard v. Igoin**                                          **Laurence Apfelbaum  3-27-14**

                                                                                    263

| | | |
|---|---|---|
| 1 | have followed up? | 16:44:11 |
| 2 | MS WANG:  No, there was an answer | 16:44:12 |
| 3 | that was unclear earlier that I'm cleaning up and | 16:44:15 |
| 4 | now you're just drawing it out. | 16:44:17 |
| 5 | MR COOPERMAN:  I'm not. | 16:44:21 |
| 6 | BY MS WANG: | 16:44:40 |
| 7 | Q.  Have you had any communications or | 16:44:42 |
| 8 | contacts with other victims of the BLMIS fraud? | 16:44:44 |
| 9 | A.  No. | 16:44:58 |
| 10 | Q.  Now I'm going to run through a few | 16:45:16 |
| 11 | names and for each name I want to ask if you know | 16:45:19 |
| 12 | the person or have heard of the person in any | 16:45:21 |
| 13 | context, not just in the context of BLMIS. | 16:45:25 |
| 14 | MS WANG:  Jon, to try to head off | 16:45:43 |
| 15 | some of your objections, some of these are names | 16:45:46 |
| 16 | that are associated with Magnify, so I'm going | 16:45:48 |
| 17 | through them. | 16:45:51 |
| 18 | MR COOPERMAN:  I'm shocked. | 16:45:51 |
| 19 | Just so we can -- I assume you're | 16:45:52 |
| 20 | asking independent of anything she may have read | 16:45:55 |
| 21 | in your complaint, not, obviously, anything I may | 16:45:58 |
| 22 | have told her? | 16:46:02 |
| 23 | MS WANG:  Right. | 16:46:03 |
| 24 | THE WITNESS:  Yes, that's -- well, | 16:46:07 |
| 25 | there are names that I didn't know before but now | 16:46:26 |

**Picard v. Igoin**                           **Laurence Apfelbaum  3-27-14**

264

```
 1      I know them because of the Trustee's case.        16:46:29

 2      BY MS WANG:                                       16:46:29

 3             Q.  Right, and my questions regarding      16:46:33

 4      these names that I'm going to ask you one by one  16:46:34

 5      (and we'll take them one by one) is whether       16:46:37

 6      you have heard these names in any context before  16:46:40

 7      the complaint was filed by the Trustee.           16:46:44

 8             The first is Baruch (B-A-R-U-C-H),         16:46:52

 9      whether as a first name or as a nickname for      16:46:58

10      somebody?                                         16:47:01

11             A.  Baruch Spinoza.                        16:47:06

12             MR COOPERMAN:  I was just going to         16:47:06

13      say the same.  The philosopher Spinoza's first    16:47:09

14      name was Baruch Spinoza.                          16:47:15

15             MS WANG:  Okay.  Well, that explains       16:47:18

16      a lot, actually.                                  16:47:19

17      BY MS WANG:                                       16:47:20

18             Q.  What about Itzhak Amir?                16:47:21

19             MR COOPERMAN:  Do you want to spell        16:47:30

20      that for her?                                     16:47:33

21      BY MS WANG:                                       16:47:34

22             Q.  Itzhak Amir, I-T-Z-H-A-K Amir?         16:47:34

23             MR COOPERMAN:  Why don't you spell         16:47:34

24      "Amir" for her.                                   16:47:34

25      BY MS WANG:                                       16:47:34
```

265

| | | |
|---|---|---|
| 1 | Q.  Amir, A-M-I-R. | 16:47:37 |
| 2 | A.  No. | 16:47:37 |
| 3 | Q.  So you never met anyone named | 16:47:37 |
| 4 | Itzhak Amir or heard his name mentioned by either | 16:47:41 |
| 5 | of your parents? | 16:47:45 |
| 6 | A.  No. | 16:47:49 |
| 7 | Q.  Ruth Amir? | 16:47:51 |
| 8 | A.  No. | 16:47:54 |
| 9 | Q.  Jacques Amsellem (A-M-S-E-L-L-E-M)? | 16:47:57 |
| 10 | A.  No. | 16:48:13 |
| 11 | Q.  Does the name sound familiar to you | 16:48:13 |
| 12 | in any way? | 16:48:17 |
| 13 | A.  Amsellem?  There are plenty of them | 16:48:26 |
| 14 | in France, dentists and such, but... | 16:48:28 |
| 15 | Q.  But nobody that you know | 16:48:32 |
| 16 | specifically? | 16:48:34 |
| 17 | A.  No. | 16:48:34 |
| 18 | Q.  Okay. | 16:48:34 |
| 19 | Henri Atlan (A-T-L-A-N)? | 16:48:35 |
| 20 | A.  Yes. | 16:48:41 |
| 21 | Q.  Who was he? | 16:48:41 |
| 22 | A.  Yes, he's a professor of medicine | 16:48:54 |
| 23 | and a philosopher.  He wrote books and he's | 16:48:57 |
| 24 | famous. | 16:49:00 |
| 25 | Q.  Did you ever meet him? | 16:49:00 |

Picard v. Igoin                                    Laurence Apfelbaum  3-27-14

```
                                                           266
 1              A.  I came across him at my father's    16:49:07

 2   once.                                               16:49:09

 3              Q.  Did your father tell you anything   16:49:12

 4   about him?                                          16:49:14

 5              A.  No.  I knew he was a famous man and  16:49:36

 6   there's nothing to be said about it.                16:49:39

 7              My father had many visitors at a         16:50:15

 8   time because he was head of the Review of           16:50:20

 9   Philosophy and the "Cahiers Spinoza," the Spinoza  16:50:22

10   notebooks.  There were plenty of visitors.  And    16:50:31

11   sometimes when I went to visit my parents somebody 16:50:36

12   was there and I didn't make a point of leaving     16:50:38

13   straightaway, so that's what I mean by "coming     16:50:41

14   across" them.                                       16:50:44

15              Q.  But as far as you know               16:50:45

16   Professor Atlan and your father were not engaged   16:50:48

17   in any business dealings -- as far as you know?    16:50:49

18              A.  No, I think they talked about        16:50:55

19   philosophy.                                         16:50:57

20              Q.  What about Réjean Michel Cedile      16:51:02

21   (C-E-D-I-L-E)?                                      16:51:09

22              A.  No.                                  16:51:10

23              Q.  Okay.                                16:51:11

24              I'm going to mangle the                  16:51:18

25   pronunciation of this one, but Hanoch Gottfreund.  16:51:21
```

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

267

| | | |
|---|---|---|
| 1 | First name H-A-N-O-C-H, last name | 16:51:23 |
| 2 | G-O-T-T-F-R-E-U-N-D? | 16:51:28 |
| 3 | A.  I think I've read an article by him | 16:51:58 |
| 4 | but I can't remember in what area -- philosophy, | 16:52:01 |
| 5 | history of the Jews, I don't know. | 16:52:03 |
| 6 | Q.  What about Emir Hadzic, H-A-D-Z-I-C? | 16:52:07 |
| 7 | MR COOPERMAN:  Can you spell the | 16:52:16 |
| 8 | first name? | 16:52:17 |
| 9 | BY MS WANG: | 16:52:19 |
| 10 | Q.  First name, Emir E-M-I-R. | 16:52:20 |
| 11 | A.  No. | 16:52:24 |
| 12 | Q.  What about Harry Rivkin, | 16:52:24 |
| 13 | R-I-V-K-I-N? | 16:52:31 |
| 14 | A.  No. | 16:52:40 |
| 15 | Q.  What about Saratoga Investments? | 16:52:40 |
| 16 | A.  No. | 16:52:44 |
| 17 | Q.  Josiane Lancelle, L-A-N-C-E-L-L-E? | 16:52:45 |
| 18 | A.  No. | 16:52:57 |
| 19 | Q.  Norman F. Levy? | 16:53:01 |
| 20 | A.  What's the spelling? | 16:53:08 |
| 21 | Q.  Last name L-E-V-Y. | 16:53:10 |
| 22 | A.  No.  I know plenty of Levys, but not | 16:53:19 |
| 23 | this one. | 16:53:27 |
| 24 | Q.  D. Souter, S-O-U-T-E-R? | 16:53:28 |
| 25 | A.  No. | 16:53:41 |

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Igoin**                    **Laurence Apfelbaum  3-27-14**

|    |    |    |
|----|----|----|
|    |    | 268 |
| 1  | Q.  Patrick Littaye, L-I-T-T-A-Y-E? | 16:53:42 |
| 2  | A.  No. | 16:54:08 |
| 3  | Q.  Thierry Magon de Villehuchet? | 16:54:08 |
| 4  | MR QUINT:  De "la" Villehuchet. | 16:54:08 |
| 5  | BY MS WANG: | 16:54:08 |
| 6  | Q.  Do you want me to spell that for | 16:54:08 |
| 7  | you?  Thierry is T-H-I-E-R-R-Y, middle name | 16:54:25 |
| 8  | M-A-G-O-N, de la V-I-L-L-E-H-U-C-H-E-T. | 16:54:26 |
| 9  | A.  No. | 16:54:37 |
| 10 | Q.  Philippe Junot, J-U-N-O-T? | 16:54:38 |
| 11 | A.  No. | 16:54:46 |
| 12 | Q.  Guy de la Tour Dupin Verclause -- | 16:54:47 |
| 13 | and I'm not going to spell that for anybody! | 16:54:58 |
| 14 | Guy (G-U-Y) de la Tour (T-O-U-R) | 16:55:07 |
| 15 | Dupin (D-U-P-I-N) and then Verclause | 16:55:09 |
| 16 | (V-E-R-C-L-A-U-S-E). | 16:55:17 |
| 17 | A.  No. | 16:55:26 |
| 18 | Q.  Oh, the answer was no?  After all | 16:55:35 |
| 19 | that? | 16:55:37 |
| 20 | A.  I don't know anyone with such a chic | 16:55:44 |
| 21 | name. | 16:55:48 |
| 22 | Q.  Then these are some names of some | 16:55:48 |
| 23 | investment funds, which I don't know if you've | 16:55:51 |
| 24 | heard of before.  Oreades, O-R-E-A-D-E-S? | 16:55:51 |
| 25 | A.  No. | 16:56:07 |

**Picard v. Igoin**                                    **Laurence Apfelbaum  3-27-14**

269

| | | |
|---|---|---|
| 1 | Q.  Groupement Financier, | 16:56:07 |
| 2 | G-R-O-U-P-E-M-E-N-T Financier? | 16:56:14 |
| 3 | A.  No. | 16:56:14 |
| 4 | Q.  Lux Alpha, L-U-X A-L-P-H-A? | 16:56:19 |
| 5 | A.  No. | 16:56:30 |
| 6 | MS WANG:  Let me take like a | 16:56:40 |
| 7 | two-minute break and see if there's anything else, | 16:56:42 |
| 8 | and we may be done. | 16:56:45 |
| 9 | THE VIDEOGRAPHER:  Going off the | 16:56:49 |
| 10 | record.  The time is 1656. | 16:56:50 |
| 11 | (Off the record – 4:56 p.m.) | 16:58:47 |
| 12 | (On the record – 4:59 p.m.) | 16:59:04 |
| 13 | THE VIDEOGRAPHER:  We are back on | 16:59:05 |
| 14 | the record.  The time is 1659. | 16:59:07 |
| 15 | MS WANG:  We have no further | 16:59:11 |
| 16 | questions.  Thank you very much for your time, | 16:59:12 |
| 17 | Madam Apfelbaum. | 16:59:15 |
| 18 | MR COOPERMAN:  I don't have any | 16:59:18 |
| 19 | questions. | 16:59:20 |
| 20 | THE VIDEOGRAPHER:  This is the end | 16:59:22 |
| 21 | of the deposition of Laurence Apfelbaum, day two. | 16:59:24 |
| 22 | The number of tapes used today are three, the time | 16:59:27 |
| 23 | is 1659.  We are now off the record. | 16:59:30 |
| 24 | (The deposition concluded at 4:59 p.m.) | |
| 25 | ———————————— | |

**BENDISH REPORTING, INC.**
**877.404.2193**