# Exhibit 2

1

1       UNITED STATES BANKRUPTCY COURT

2       SOUTHERN DISTRICT OF NEW YORK

3

4  In re:

5  BERNARD L. MADOFF INVESTMENT                SIPA LIQUIDATION
   SECURITIES LLC,                             No. 08-01789(BRL)

6

        Debtor.

7  ───────────────────────────────
   IRVING H. PICARD, Trustee for the

8  Liquidation of Bernard L. Madoff
   Investment Securities LLC,

9

        Plaintiff,

10

   v.                                          Adv. Pro. No.

11                                             10-05279 (BRL)

   MAGNIFY, INC., et al.,

12

        Defendants.

13  ───────────────────────────────

14

15       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
              of KURT BRUNNER

16         on Wednesday, November 7, 2012

17

18

   Taken at:

19  Taylor & Wessing LLP
   5 New Street Square

20  London, England

21

22

   Before Susan A. McIntyre, CSR, RPR, CRR, MBIVR

23

24                  VOLUME 1
                 (Pages 1 - 164)

25

10-05279_BRKCAA0000001

2

1                       A P P E A R A N C E S:

2

3

4       FOR THE PLAINTIFF IRVING H. PICARD:
            ONA WANG and DAVID McMILLAN
5           BAKER & HOSTETLER
            45 Rockefeller Plaza
6           New York, NY  10111
            owang@bakerlaw.com  212.589.4254
7           dmcmillan@bakerlaw.com  212.847.2838

8

9

10      FOR THE DEFENDANTS MAGNIFY, INC. ET AL. AND
        DR K. BRUNNER:
11          MICHAEL WEXELBAUM, ESQ.
            DAVIDOFF HUTCHER & CITRON LLP
12          605 Third Avenue
            New York, NY  10158
13          mw@dhclegal.com  212.557.7200

14

15

16      FOR LAURENCE and EMELIE APFELBAUM:
            JONATHAN K. COOPERMAN, ESQ.
17          KELLEY, DRYE & WARREN
            101 Park Avenue
18          New York, NY  10178
            jcooperman@kelleydrye.com   212.808.7534

19

20

21      IN ATTENDANCE:
            Ms Ulrike Dehmel, Interpreter
22          Mr Graham Pelham, Videographer
            Ms Susan McIntyre, Court Reporter

23

24

25

10-05279_BRKCAA0000002

PICARD v. MAGNIFY                          KURT BRUNNER 11/7/12

3

1                           INDEX

2     WITNESS:                                    PAGE

3     KURT BRUNNER
          Examined by Ms Wang                        9

4

5

6                    E X H I B I T S

7

8     NO.      DESCRIPTION                        PAGE

9

10    Exhibit 1     Three-page document numbered     32
                    Brunner 0024 through Brunner
11                  0026

12    Exhibit 2     Single-paged document stamped    33
                    Brunner 0027

13    Exhibit 3     Panamanian Charter, Brunner page 55
                    numbers 0028 through 0040
14
      Exhibit 4     SG Warburg bank statements,      56
15                  stamped pages Brunner 0041
                    through Brunner 0046
16
      Exhibit 5     Single-paged handwritten note    64
17                  bearing No. Brunner 0050

18    Exhibit 6     Unstamped certified English      66
                    translation of Brunner pages 47,
19                  48 and 49.

20    Exhibit 7     Single-paged telex bearing the   71
                    number Brunner 0051
21
      Exhibit 8     Multi-paged document, Brunner    73
22                  0066 through Brunner 0072

23    Exhibit 9     Single-paged document bearing    73
                    the Bates stamp Brunner 0052
24    Exhibit 10    Certified English translation    73
                    together with the original
25                  document, stamped Brunner 0053

10-05279_BRKCAA0000003

PICARD v. MAGNIFY                            KURT BRUNNER 11/7/12

33

1     describe the documents that were produced?

2          A.  Yes.

3       (Exhibit 2 marked for identification)

4          MS WANG:  Dr Brunner, the reporter

5     has handed you what has been marked as Brunner 2

6     and it is a single page stamped Brunner 0027.

7     BY MS WANG:

8          Q.  Can you tell me what that is,

9     Brunner 2 is?

10         A.  Well, when I met Mr Madoff, I think

11    it was in '82, in Zürich, then I believe he wrote

12    down this address.  What you can read in the field

13    down there, "Weil," (W-E-I-L) because, this is my

14    handwriting, I wrote that down.

15         Q.  Did you misspeak?  Did you say you

16    met Mr Madoff in 1982 in Zürich or did you mean

17    Mr Igoin?

18         A.  (In English)  No, Mr Igoin, sorry.

19         Q.  So the handwriting in the top square

20    is Mr Igoin's handwriting; is that right?

21         A.  (In English) Yes.

22         Q.  Then the W-E-I-L in the square below

23    is your handwriting; is that right?

24         A.  Yes.

25         Q.  What does that square mean?

10-05279_BRKCAA0000033

34

1          A.  Mr Igoin was a very careful person.

2     He went through World War II and I believe he's of

3     Jewish origin, and because of that he's a very

4     careful person.

5               The topic of our conversation was

6     about a power of attorney for his monies, five to

7     6 million Swiss francs, in a bank.  Mr Igoin,

8     he wanted to make sure that I was still there;

9     he wanted to check that I was still there.

10    Therefore, he told me that he would give me a ring

11    from time to time and that he would not mention

12    the name Igoin but Weil, W-E-I-L.  Weil is the

13    name of a director of the bank SG Warburg.

14          Q.  Did he ever explain why he didn't

15    want to use his name?

16          A.  I do not know.  I've never asked him

17    about it, but, for me, I could understand.

18          Q.  So when he would call to speak to

19    you, he would identify himself as Mr Weil instead

20    of Mr Igoin?

21          A.  During all that time Mr Igoin -- and

22    I'm not sure -- but he called me about four to

23    five times, so that was once within one, up to two

24    years.  And then he always said "Monsieur Weil,

25    vous avez," and that means "I'm Mr Weil, you

10-05279_BRKCAA0000034

35

1   know."

2          Q.  You said Mr Igoin never explained to

3   you and you never asked him why he didn't want to

4   use his name, but then you said "for me, I could

5   understand."  What did you mean by that?

6          A.  During my time when I worked for the

7   law firm in Zürich I had contact with various

8   people who had gone through World War II and who

9   had been persecuted.  All those people, those who

10  I've met then, all of them have been very, very

11  cautious or careful.  Because they learned that

12  you could survive only if you were very careful or

13  cautious.  And I can understand that; I have

14  empathy for that and I do respect that.

15         Q.  I wanted to take you back to -- you

16  described your first meeting with Mr Igoin, and

17  that was in Zürich at SG Warburg bank?

18         A.  Yes.

19         Q.  Can you tell me how that meeting

20  came about?

21         A.  At SG Warburg a Dr Baschy was

22  working there, what means he was the boss of that

23  bank.  As to his age, he could have been my

24  father.  During my years in Zürich I took care of

25  one or the other clients of that bank.  This is

10-05279_BRKCAA0000035

PICARD v. MAGNIFY                                    KURT BRUNNER 11/7/12

36

1    how I met Dr Baschy and also Dr Weil, mentioned

2    there.  As you can see from the name "Dr Baschy,"

3    this is not a Swiss name.  Dr Baschy's grandfather

4    came to Switzerland from Czechoslovakia.  Then in

5    Glarus (that's where I come from), there it was

6    dealt in a tolerant way with civil rights or

7    passing them on citizenship.  Mr Baschy's

8    grandfather became a Swiss national there.

9          Q.   In Glarus?

10         A.   In Glarus.

11              And because I myself came from

12   Glarus, that was the reason why we had a

13   sympathetic relationship on the part of Dr Baschy.

14   Then, when I turned self-employed, he promised me

15   that he would help me with work and mandates.

16   This Magnify mandate is one of those mandates.

17         Q.   I just wanted to clarify a few

18   things so that I understand.  When you said that

19   Dr Baschy said that he would help you with work,

20   you mean that he would refer clients to you; is

21   that right?

22         A.   Well, Dr Baschy, he had a lot of

23   companies or corporations in Lichtenstein.  At

24   that time these corporations were formed by his

25   bank.  Also, those persons, those executives of

BENDISH REPORTING, INC.
877.404.2193

**10-05279_BRKCAA0000036**

65

1    0045.  We had, if you look to 0043, we had

2    6,675,000 in fiduciary deposit with Brown Shipley

3    & Company in London, due on 6 July.  We expected

4    25,000 Swiss francs of interest on this deposit.

5    Then you see this less 20,000 Swiss francs on the

6    right side; that is what Dr Baschy asked to keep

7    in order to be able to pay the foundation costs

8    and my costs and his costs and so on.  And

9    6,700,000 came to the account of Milton.  6,680

10   had to be transferred in US dollars to the debit

11   of the US dollar account.  That gives the amount

12   of 3,136,150 US dollars which have been

13   transferred to Madoff.  That's for me to know what

14   I had to do.

15           Q.  To know where the money went and

16   how --

17           A.  (In English)  Yes, which instruction

18   I had to give to Dr Baschy.

19               MS WANG:  Can we go off the record,

20   please.

21               THE VIDEOGRAPHER:  Going off the

22   record, the time is 2:49.

23       (Recess taken at 2:50 p.m.)

24       (Resumed at 2:50 p.m.)

25               THE VIDEOGRAPHER:  We're back on the

10-05279_BRKCAA0000065

PICARD v. MAGNIFY                              KURT BRUNNER 11/7/12

66

1    record.  The time is 2:50.
2                    MR WEXELBAUM:  Is this marked as
3    Brunner 6?
4                    MS WANG:  Brunner 6, right.
5        (Exhibit 6 marked for identification)
6                    MS WANG:  I hand you what's been
7    marked as Brunner 6, Dr Brunner.  It is an
8    unstamped but certified translation -- English
9    translation -- of Brunner pages 47, 48 and 49.
10   They're attached together, so I think one is --
11   the first few pages are in English and the second
12   few pages are in French.
13   BY MS WANG:
14       Q.  So could you take a look at
15   Brunner 6, Dr Brunner, please, and let me know
16   what it is.
17       A.  This is the Trust agreement between
18   myself and Mr Igoin as it was signed on 28 July
19   1983.
20       Q.  So this agreement sets out your
21   responsibilities to Mr Igoin with respect to the
22   incorporation and the formation at Magnify?
23       A.  The main points of this agreement
24   are in Article 4, not Article 2.  This sets out
25   that I am obliged, with regard to the shareholder

BENDISH REPORTING, INC.
877.404.2193

PICARD v. MAGNIFY                                      KURT BRUNNER 11/7/12

67

1   (which is Mr Igoin), that I hand over all

2   documents to him, that I abide by the legal rules,

3   and so this is the Trust agreement between

4   Mr Igoin and myself.  Under point two only my

5   formal duties are set out.

6           Q.  When you say under point two, you

7   mean paragraph two, the number -- numbered on the

8   first page, Brunner 47?

9           A.  So the number two.

10          Q.  Then under Article 5, that also sets

11  out that you are supposed to follow the

12  instructions from Mr Igoin; is that right?

13          A.  That's correct.

14          Q.  In the second paragraph under

15  Article 5 it sets out additional individuals who

16  were authorized to give instructions to you, is

17  that right, on Mr Igoin's behalf?

18          A.  This is right not only on behalf of

19  Mr Igoin but, in case Mr Igoin died, then those

20  two ladies who are mentioned there could also have

21  given me instructions.

22          Q.  When you say "those two ladies

23  mentioned there," who do you mean?

24          A.  What it says there is "Doris Deborah

25  Igoin (wife), Laurence Jeanne Igoin (daughter)."

10-05279_BRKCAA0000067

PICARD v. MAGNIFY                          KURT BRUNNER 11/7/12

68

1          Q.  So Mr Igoin's wife or his daughter

2    could also have given you instructions in the

3    event of Mr Igoin's death; is that right?

4          A.  Right.

5          Q.  Are there "[initials]" to the left

6    of Mrs Doris Igoin and Laurence Igoin's names?

7          A.  These are Mr Igoin's and my

8    initials.  Because we inserted something in

9    handwriting in a typed text and in Switzerland

10   it's then common to initial it.

11         Q.  When you say "we inserted," that

12   means you and Mr Igoin inserted it?

13         A.  It's not my handwriting, so Mr Igoin

14   must have written it.

15         Q.  Did you have any discussions with

16   Mr Igoin about what this provision meant?

17         A.  No; but for me it was quite clear.

18   Because he entrusted me with almost 7 million

19   Swiss francs, so he wanted to make sure, if

20   something happened to him, that this would not

21   enter my money.

22         Q.  Was it your understanding that this

23   provision also meant that so long as Mr Igoin was

24   alive neither Mrs Igoin or their daughter had the

25   authority to give you instructions?

10-05279_BRKCAA0000068

PICARD v. MAGNIFY                               KURT BRUNNER 11/7/12

69

1        MR WEXELBAUM:  I'm going to object
2   to that.  I will let the witness answer.  I don't
3   know where you're getting that reading of this
4   agreement from.
5        MS WANG:  Well, it's because in the
6   plain language -- in the language in the
7   translation it doesn't say in the event of
8   Mr Igoin's death, but Mr Brunner has said that
9   this provision was in the event of Mr Igoin's
10  death that Mrs Igoin or the daughter could give
11  instructions.  So I'm just trying to understand if
12  this -- if they're only allowed to give
13  instructions in his death.
14       MR WEXELBAUM:  Unless I missed
15  something, I think the question was asked did this
16  mean they could give instructions in the event of
17  his death and he said yes.  I didn't hear
18  anything -- maybe I was asleep at the switch --
19  where he said they were not allowed to give
20  instructions during his lifetime also.
21       MS WANG:  Right, and that's why I'm
22  asking the question.
23       (To the interpreter)  You can
24  translate the exchange; it's probably better than
25  my question in the first place.

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAA0000069

PICARD v. MAGNIFY                          KURT BRUNNER 11/7/12

70

1              THE WITNESS:   (In English)

2    I understood it.

3              (Through the interpreter)  I'm the

4    redactor of this agreement or contract and this is

5    why I exactly know what it means, what it says

6    here.

7              Here it clearly says that I may

8    receive instructions from Doris Igoin or

9    Laurence Igoin, and it is very clear that this is

10   not only connected with Mr Igoin's death.  But, in

11   case one of these ladies had given me any

12   instructions, then I, of course, would have

13   clarified with Mr Igoin if that was right or not,

14   because ultimately he was my client.

15   BY MS WANG:

16             Q.   Then the initials on the lower right

17   corner of Brunner page 48, are those also your

18   initials and Mr Igoin's initials?

19             A.   The one left is mine and the right

20   one must be Mr Igoin's.

21             Q.   Same with the initials near the

22   handwriting in Article 5, the ones on the left are

23   your handwritten -- is your initials and the ones

24   on the right are Mr Igoin's initials?

25             A.   That's correct.

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAA0000070

71

1          May I add something in connection

2     with Doris Igoin and Laurence Igoin.  I have never

3     talked to these two ladies, have never received

4     anything in writing and have never met them.

5          Q.  Do you have any understanding

6     whether Mrs Doris Igoin or Miss Laurence Igoin

7     were even aware that their names were mentioned in

8     this agreement?

9          A.  I do not know.

10          Q.  Do you have any understanding or any

11     knowledge whether Doris Igoin or Laurence Igoin

12     were even aware of the existence of Magnify?

13          A.  No.

14          Q.  Turning to the last page of the

15     exhibit, Brunner 49, is that your signature and

16     Mr Igoin's signature on the noted lines?

17          A.  Yes.

18     (Exhibit 7 marked for identification)

19          MS WANG:  Dr Brunner the reporter

20     has handed you what has been marked Exhibit 7 and

21     it is a single page bearing the number Brunner

22     0051.

23     BY MS WANG:

24          Q.  Can you take a look at Exhibit 7 and

25     tell me what it is?

10-05279_BRKCAA0000071

PICARD v. MAGNIFY                              KURT BRUNNER 11/7/12

72

1          A.   This is a telex from Mr Bernard

2    Madoff to me.   I cannot read the date here but it

3    must have been before the transfer occurred, so

4    before 8 July 1982.

5          Q.   1982 or 1983?

6          A.   (In English) 1983.   '83.

7          Q.   Is Brunner 7 the only communication

8    you have received from Bernard L Madoff himself?

9          A.   No, and I have submitted this

10   document as well.   Later I did receive something.

11         Q.   So you say you submitted another

12   document that was another document from

13   Bernard Madoff himself?

14         A.   Correct.   I have received two

15   documents, this one (indicating) and that one

16   (indicating), and 15.

17         Q.   We're going to find a copy.

18         A.   This arrived ten years later.

19              (In English) June 1993.   It's M15 of

20   my documents.

21              MR WEXELBAUM:   What year did the

22   witness say?

23              THE COURT REPORTER:   1993.

24              MS WANG:   We have copies here.   Why

25   don't we mark it.

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAA0000072

94

1 that was the last contact, because he also said

2 farewell to this business.  By transferring the

3 shares from Magnify to Horowitz he acted contrary

4 to the intention or will beforehand in terms that

5 his wife and daughter could replace him, also with

6 regard to the mandate agreement.

7    (In English) Exhibit Brunner 6.

8    Q.  But as far as you remember there was

9 no similar agreement or corresponding agreement

10 executed between you and Mr Green in 1989 as

11 Brunner 6 was executed in 1983 with you and

12 Mr Igoin?

13    A.  No, this does not exist.  It would

14 have -- it would exist between me and the Horowitz

15 foundation.

16    (In English) "Should."

17    Q.  I guess I'm not understanding

18 something here, so maybe you can clarify this for

19 me.

20    I thought at the December 14, 1989,

21 meeting between you, Mr Green and Mr Igoin,

22 Mr Igoin said, in essence:  "Now you take

23 instructions regarding Magnify from Mr Green as

24 well."  So I'm asking if there is any document or

25 any writing that shows that intent?

95

1           MR COOPERMAN:  Objection.

2           THE WITNESS:  No, what I mean, what

3    has been done has only been done in 1998.

4           (In English) M23.

5    BY MS WANG:

6           Q.  Okay.  So going back to the

7    December 14, 1989, meeting, until that point your

8    understanding was that the heirs or the

9    beneficiaries of the agreement regarding Magnify

10   were Mrs Doris Igoin and Miss Laurence Igoin; is

11   that right?

12          A.  That's wrong.

13          Q.  Okay, how am I wrong?

14          A.  In the document Exhibit Brunner 6

15   there is, under the number five, paragraph two --

16   or second paragraph -- there it's laid out that

17   I am obliged to take instructions from Doris Igoin

18   and Laurence Igoin (maiden name of Doris [sic]

19   Apfelbaum), and it's not laid out as regards

20   Magnify.

21          Under Article 4 it says that I had

22   to transfer all rights to Albert Igoin, and he was

23   the shareholder, and to him and nobody else.  For

24   me it was clear that in 1983 Mr Igoin, he included

25   his wife and daughter as regards instructions with

10-05279_BRKCAA0000095

PICARD v. MAGNIFY                                    KURT BRUNNER 11/7/12

96

1    the intention that, in case he died, somebody

2    would be able to give me instructions.  And in

3    1989, Mr Igoin, he instructed me to transfer the

4    shares to the Yeshaya Horowitz Foundation.  And,

5    as follows from this, at no time Deborah [sic]

6    Igoin and the daughter have been beneficiaries or

7    beneficial owners.  And this, of course, is

8    according to the Swiss law and understanding.

9           Q.  So, again, correct me if I'm wrong,

10   because I am trying to understand this, at the

11   time that Brunner Exhibit 6 is executed, Mr Igoin

12   is the shareholder of Magnify and you took

13   instructions from Mr Igoin because he was the

14   shareholder of Magnify; is that right?

15          A.  Yes, and this is what I stated.

16          Q.  Okay.  So then, in 1989, after

17   Mr Igoin instructed you to transfer the shares of

18   money to Yeshaya Horowitz, then by definition

19   Yeshaya Horowitz becomes the shareholder of

20   Magnify; right?  So, therefore, you would then be

21   taking your instructions from the shareholder of

22   Magnify which, from 1989 forward, would be Yeshaya

23   Horowitz; is that right?

24          A.  (In English) That's correct.  But

25   I never have got instruction from Yeshaya Horowitz

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAA0000096

97

1    Foundation.

2          Q.   Sorry?

3          A.   (In English) I never have got

4    instruction from Yeshaya Horowitz Foundation

5    itself.

6          Q.   You always got the instruction from

7    Yair Green on behalf of Yeshaya Horowitz?

8          A.   (In English)  That's correct.

9          Q.   You took instructions from

10   Yair Green on behalf of Yeshaya Horowitz because

11   Yeshaya Horowitz was the shareholder of Magnify;

12   right?  Okay.

13          Now, you had said earlier that when

14   you and Mr Igoin had executed the mandatory

15   agreement, that is Brunner Exhibit 6, that

16   Mr Igoin wanted to do good.  And then you said

17   that in 1989 you saw the transfer of shares to

18   Yeshaya Horowitz as being in accordance to

19   Mr Igoin's wishes.  Can you explain what you meant

20   by that?

21          A.   The Yeshaya Horowitz Foundation, as

22   I mentioned earlier, is, I believe, active for

23   children and young people.

24          Q.   So it's a charitable organization as

25   you understand it?

139

1   give you instruction with regard to Magnify; is

2   that right?

3               MR COOPERMAN:  Objection.

4               THE WITNESS:  (In English)

5   I answer?

6               MR WEXELBAUM:  Yes.

7               THE WITNESS:  It is wrong.  And

8   I have already mentioned that the agreement says

9   that Mrs Igoin and her daughter can only give me

10  instructions in case of Mr Igoin's death.  So

11  together with Mr Igoin it was --

12               (In English)  No, "besides."

13               (Through the interpreter) So apart

14  from Mr Igoin, also Doris Deborah Igoin and the

15  daughter Laurence Jeanne Igoin were also able to

16  give me instructions.

17  BY MS WANG:

18       Q.  But as of 1983, if Mr Igoin had died

19  was there anyone else who could have given you

20  instructions regarding Magnify?

21       A.  Mrs Igoin and his daughter,

22  otherwise nobody.

23       Q.  In 1989 you were instructed by

24  Mr Igoin to transfer Magnify's shares to Yeshaya

25  Horowitz, so at that point you now are also

PICARD v. MAGNIFY                                    KURT BRUNNER 11/7/12

140

1   required to take instruction from the shareholder

2   of the company, which is now Yeshaya Horowitz; is

3   that right?

4           A.  This is correct.  Exclusively.

5           Q.  So after the transfer of Magnify's

6   shares to Yeshaya Horowitz, Mr Igoin no longer has

7   authority to give you instruction regarding

8   Magnify, Mrs Igoin no longer has instruction to

9   give -- no longer has authority to give you

10  instruction regarding Magnify and Miss Laurence

11  Igoin also does not have authority to give you

12  instructions regarding Magnify; is that right?

13          A.  I understand and I can respond to

14  it.

15              This is correct.  I would not have

16  acted according to instructions of Mr Igoin, his

17  wife or daughter without asking or having a

18  follow-up question to Yeshaya Horowitz.

19              MR WEXELBAUM:  Excuse me, I heard

20  Mr Green's name, I don't think there --

21              THE INTERPRETER:  And Mr Green.  And

22  Mr Green, sorry.

23              MS WANG:  Shall we go off the

24  record.

25              THE VIDEOGRAPHER:  Going off the

10-05279_BRKCAA0000140

164

1            C E R T I F I C A T E

2

3         I do hereby certify that the

4    testimony of the witness taken in the

5    above-mentioned matter, contained herein, was

6    reduced to writing in the presence of the witness

7    by means of stenography; afterwards transcribed;

8    and is a true and complete transcript of the

9    testimony given by the witness.

10         I further certify that I am not

11   connected by blood or marriage with any of the

12   parties; their attorneys or agents; and that I am

13   not interested, directly or indirectly in the

14   matter of controversy.

15         In witness whereof I have hereunto

16   set my hand at London, England, United Kingdom,

17   this, the 12th day of November 2012.

18

19

20

21   *Susan A. McIntyre*

22

23   SUSAN A. McINTYRE, RPR, CRR, QRR, MBIVR

24

25

10-05279_BRKCAA0000164

165

1          UNITED STATES BANKRUPTCY COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4    In re:

5    BERNARD L. MADOFF INVESTMENT          SIPA LIQUIDATION
     SECURITIES LLC,                       No. 08-01789(BRL)
6
         Debtor.
7
     IRVING H. PICARD, Trustee for the
8    Liquidation of Bernard L. Madoff
     Investment Securities LLC,
9
         Plaintiff,
10
     v.                                    Adv. Pro. No.
11                                         10-05279 (BRL)
     MAGNIFY, INC., et al.,
12
         Defendants.
13

14

15       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                      of KURT BRUNNER
16            on Thursday, November 8, 2012

17

18
     Taken at:
19   Taylor & Wessing LLP
     5 New Street Square
20   London, England

21

22
     Before Susan A. McIntyre, CSR, RPR, CRR, MBIVR
23

24
                         VOLUME 2
25                  (Pages 165 - 269)

166

1                        A P P E A R A N C E S:

2

3

4     FOR THE PLAINTIFF IRVING H. PICARD:
            ONA WANG and DAVID McMILLAN
5           BAKER & HOSTETLER
            45 Rockefeller Plaza
6           New York, NY  10111
            owang@bakerlaw.com  212.589.4254
7           dmcmillan@bakerlaw.com  212.847.2838

8

9

10    FOR THE DEFENDANTS MAGNIFY, INC. ET AL. AND
      DR K. BRUNNER:
11          MICHAEL WEXELBAUM, ESQ.
            DAVIDOFF HUTCHER & CITRON LLP
12          605 Third Avenue
            New York, NY  10158
13          mw@dhclegal.com   212.557.7200

14

15

16    FOR LAURENCE and EMELIE APFELBAUM:
            JONATHAN K. COOPERMAN, ESQ.
17          KELLEY, DRYE & WARREN
            101 Park Avenue
18          New York, NY  10178
            jcooperman@kelleydrye.com   212.808.7534

19

20

21    IN ATTENDANCE:
            Ms Ulrike Dehmel, Interpreter
22          Mr Graham Pelham, Videographer
            Ms Susan McIntyre, Court Reporter

23

24

25

10-05279_BRKCAB0000002

PICARD v. MAGNIFY                          KURT BRUNNER 11/8/12

                                                                    167

1                              INDEX

2       WITNESS:                                          PAGE

3       KURT BRUNNER

4           Examination (Continued)by Ms Wang             171

5           Examination by Mr Cooperman                   257

6

7

8                        E X H I B I T S

9

10      NO.             DESCRIPTION                       PAGE

11

12      Exhibit 28      Customer Claim filed on behalf    171
                        of Magnify, Inc.,  Bates
13                      numbered MWPTAP00423264 through
                        MWPTAP00423269
14
        Exhibit 29      Customer Claim form for Magnify,  181
15                      Bates numbers MWPTAP 00414799
                        through MWPTAP00414806
16
        Exhibit 30      Customer Claim for Premero        185
17                      Investment Ltd, Bates numbered
                        MWPTAP00308718 through
18                      MWPTAP00308724

19      Exhibit 31      Customer Claim form for Premero   188
                        Investment Limited, Bates
20                      numbered MWPTAP00308725 through
                        MWPTAP00308731
21
        Exhibit 32      Customer Claim form for Strand    189
22                      International, Bates numbered
                        MWPTAP00309180   through
23                      MWPTAP00309187

24      Exhibit 33      A two-page document Bates         194
                        numbered Brunner 0160 through
25                      Brunner 0161

**BENDISH REPORTING, INC.**
**877.404.2193**

**10-05279_BRKCAB0000003**

246

1    Magnify shares -- even then it's not impossible

2    for me that the trustee could ask.  Because only

3    the shareholder -- and that is the trustee in this

4    case -- only the shareholder could decide which

5    dividend or which interests have to be paid out,

6    not the beneficiary.

7          (Exhibit 54 marked for identification)

8          MS WANG:  Dr Brunner, I'm handing

9    you what has been marked as Brunner Exhibit 54.

10   It is a single-page document bearing the numbers

11   AMF00070202.

12   BY MS WANG:

13         Q.  So my first question for you after

14   reviewing Brunner Exhibit 54 is if you have ever

15   seen it before, either with or without the

16   handwriting?

17         A.  (In English)  I've never seen this

18   paper before, not with and also not without

19   handwriting.

20         Q.  Does any of the handwriting on

21   Brunner Exhibit 54 look familiar to you?

22         A.  I think that the signature is from

23   Yair Green, but the other one I don't know.

24         Q.  I call your attention to the first

25   line of the letter in Brunner Exhibit 54 that

10-05279_BRKCAB0000082

PICARD v. MAGNIFY                              KURT BRUNNER 11/8/12

247

1    says:

2            "The end-of-year financial

3    examination has shown a significant negative gap

4    between the undertakings for contributions assumed

5    by the Yeshaya Horowitz Association and its

6    portfolio holdings as managed through you."

7            Do you have any understanding of

8    what that paragraph means?

9            A.  (In English)  It seems that the

10   investment of Yeshaya Horowitz Association, which

11   is not clear for me whether it's -- as they have

12   also direct investments with Madoff or if it is

13   meant here as an indirect investment via Magnify

14   -- has not create a good gap in the year ending

15   2002.

16        (Exhibit 55 marked for identification)

17            MS WANG:  Dr Brunner, I'm now

18   handing you what has been marked as Brunner

19   Exhibit 55.  It is a single page bearing the

20   number AMF00070429.

21   BY MS WANG:

22            Q.  Again, my first question is have you

23   ever seen this document before, either with or

24   without the handwriting?

25            A.  (In English)  I didn't see it nor

10-05279_BRKCAB0000083

248

1    with and neither without handwritings.

2          Q.  Does any of the handwriting on

3    Brunner Exhibit 55 look familiar to you?

4          A.  (In English)  Yes, I think the

5    signature of Yair Green.

6          Q.  No other handwriting on that page

7    looks familiar to you?

8          A.  (In English)  No.

9          Q.  I want to call your attention to the

10   last paragraph of Brunner Exhibit 55, where it

11   says:

12              "In the meantime, I would be

13   grateful if you could transfer $7,000,000 from the

14   account of Magnify Inc. to the account of the

15   Yeshaya Horowitz Association held with you.  This

16   is to cover some of the Association's commitments

17   thus far for 2007."

18              Do you have any understanding of

19   what this paragraph means?

20         A.  (In English)  I understand that the

21   Yeshaya Horowitz Association wants to take money

22   out of Magnify, US$7 million; that's my

23   understanding.

24         Q.  But you have no understanding of why

25   or what the sentence:  "This is to cover some of

10-05279_BRKCAB0000084

249

1   the Association's commitments" would mean?

2          A.   (In English)  No, I don't.  I didn't

3   have nothing to do with the Yeshaya Horowitz

4   Association's business or actions.

5       (Exhibit 56 marked for identification)

6               MS WANG:  Dr Brunner, I'm now

7   handing you what has been marked as Brunner

8   Exhibit 56.  It is a single page bearing the

9   number AMF00075402.

10  BY MS WANG:

11         Q.   Same questions as before.

12         A.   (In English)  Okay.  I did --

13  I never have seen this document before, not with

14  notice or it -- or handwriting on it and also not

15  without.  I recognize and I have to assume that

16  the signature is Mr Green's signature, but all the

17  other handwritings I cannot tell you who has

18  written it.

19         Q.   Dr Brunner, on Exhibit Brunner 56,

20  I wanted to call your attention to the paragraph

21  numbered one that says:

22              "Would you please transfer the sum

23  of ... (five million US dollars) from account

24  number 1FN024-30, Magnify Inc., to the account of

25  the Strand International Investments Ltd held with

250

1    [your] number 1FR051-30."

2              Do you see that paragraph?

3         A.   (In English)  Yes.

4         Q.   Do you have any understanding of

5    what that paragraph means?

6         A.   (In English)  For me it's clear

7    Mr Green ordered here a transfer of US$5 million

8    to the account of Strand International

9    Investments.  Earlier today we have -- or

10   yesterday, I can't remember -- we have seen that

11   I had to take a resolution that Magnify should

12   create a daughter company in British Virgin

13   Islands.  And if I look at this paper now here --

14   I have answered yesterday that I don't know which

15   company that will be -- and if I see this paper

16   now I must assume that this daughter company of

17   Magnify must be Strand International.

18        (Exhibit 57 marked for identification)

19             MS WANG:  This is a multiple page

20   document bearing the Bates numbers MADTSS01121663.

21   It is a single-page document, I apologize.

22             MR WEXELBAUM:  Ending with 663.

23             MS WANG:  Starting and ending with

24   663.

25   BY MS WANG:

10-05279_BRKCAB0000086

251

1              Q.  I'm not expecting you have seen this

2      document before, Dr Brunner.  My only question for

3      you regarding Brunner Exhibit 57 is, in the second

4      section that starts "1FN025:"; that purports to

5      show transfers or wires out, an equity of

6      691,279,295, and the line that:

7                      "Reflects $29,916,000 adjustment to

8      P&L to offset currency losses absorbed by Doris,

9      Laurence and Emilie Rate of return = 6.0013 prior

10     to adjustment."

11                     Do you have any understanding of

12     what that section of Brunner 57 means?

13             A.  (In English)  No, I don't.

14         (Exhibit 58 marked for identification)

15                 MS WANG:  Dr Brunner, I'm now

16     handing you what has been marked as Brunner

17     Exhibit 58, MADTSS01121671.

18     BY MS WANG:

19             Q.  My question for you regarding

20     Brunner Exhibit 58 is regarding the language in

21     bold at the bottom that says:

22                     "Need to adjust December for extra

23     P&L Doris, Emily and Laurence which resulted from

24     large $/Euro losses customer absorbed."

25                     Do you have any understanding of

10-05279_BRKCAB0000087

252

```
1    what that text means?

2            A.  (In English)  No, I don't.  I don't.

3            Q.  Do you see up at the top "1FN024"?

4    Was that Magnify's account number at Madoff?

5            A.  (In English)  That might be, but

6    I must look in the papers to --

7            MR WEXELBAUM:  I think we can

8    stipulate.

9            MS WANG:  You'll stipulate to that?

10           MR WEXELBAUM:  Yes.

11           MS WANG:  Your counsel has

12   stipulated it is Magnify's account number.

13           THE WITNESS:  (In English)  Okay.

14   BY MS WANG:

15           Q.  Do you have any understanding,

16   knowing now that 1FN024 refers to one of Magnify's

17   account numbers at Madoff, what the language at

18   the bottom of Brunner Exhibit 58 might mean?

19           MR COOPERMAN:  Objection.

20           MR WEXELBAUM:  Objection.  There are

21   all these other account numbers.

22           MS WANG:  You want to go through all

23   of them?

24           MR COOPERMAN:  He's never seen this

25   document.  You're asking him to speculate.
```

PICARD v. MAGNIFY                                    KURT BRUNNER 11/8/12

253

1           MS WANG:  I'm asking if his

2    understanding is based on his role as the sole

3    director of Magnify, Strand, Premero and Express.

4           MR WEXELBAUM:  You want his

5    understanding about a document he's never seen?

6           MR COOPERMAN:  And after testifying

7    he had no role in any of this?

8           THE WITNESS:  I would like to have a

9    translation of the question.

10          (Question interpreted)

11          THE WITNESS:  My attorney already

12   confirmed that this is the account of Madoff.

13   I cannot tell you what kind of relationship there

14   is between the section at the bottom and the

15   figures.

16          MS WANG:  (To the interpreter)  Can

17   you translate this as well:

18          Mr Wexelbaum, I am asking if you are

19   willing to stipulate that 1FN024 and 1FN025 are

20   Magnify account numbers at BLMIS?

21          MR WEXELBAUM:  Yes.

22          MS WANG:  Mr Wexelbaum, are you

23   willing to stipulate that 1FN073 and 1FN097 are

24   Premero's account numbers at Madoff?

25          MR WEXELBAUM:  I'm willing to say

10-05279_BRKCAB0000089

PICARD v. MAGNIFY                                    KURT BRUNNER 11/8/12

254

1    they look familiar.  I'm not as certain about
2    those two numbers as I am about the Magnify ones.
3    Do we have any documents that are in evidence that
4    would refresh my recollection -- perhaps the
5    customer claims?
6               MS WANG:  Yes, the customers claims.
7               MR WEXELBAUM:  Based on the two
8    customer claims, other than the fact that the
9    customer claim numbers have additional "-30s"
10   after them, these appear to be the Premero account
11   numbers.
12              MS WANG:  Then the same for 1FR051.
13   Are you willing to stipulate that 1FR051 is
14   Strand's number?
15              MR WEXELBAUM:  Again, based on my
16   looking at the customer claim and the addition of
17   the "-30" after that number, yes.
18   BY MS WANG:
19        Q.  Dr Brunner, looking again at
20   Brunner 58, your counsel has stipulated that the
21   numbers referenced on the top part of the page
22   correspond to the Madoff account numbers for
23   Magnify, Premero and Strand, all companies for
24   which you were the sole director.
25              Now, I know you have never seen

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAB0000090

PICARD v. MAGNIFY                                    KURT BRUNNER 11/8/12

255

1    Brunner Exhibit 58 before, but, based on your

2    knowledge over the years and your activities as

3    sole director of Magnify, Premero and Strand, do

4    you have any understanding of what the bold

5    language at the bottom of Brunner Exhibit 58 would

6    mean?

7            A.   I do not know the meaning of that,

8    but I would be able to imagine that this is with

9    regard to Doris Deborah Igoin as regards the

10   mandate agreement (Brunner 6, Exhibit 6) and that

11   this is also in relation to possibly

12   Laurence Igoin.  But I do not know who "Emily" is,

13   for example; no idea who that is.

14           And I can imagine that these three,

15   Doris, Laurence and Emily, that they're -- and the

16   year is stated there, 2001 -- had large losses,

17   and because at that time the euro was quite high

18   compared to the dollar, that's how losses might

19   have occurred.

20           And I can imagine that "P & L" here

21   means "profit and loss" and that the loss was

22   higher than the profit.  So it seems to me that

23   this sentence is about setting off the losses.

24           Q.  Dr Brunner, you are still the sole

25   director for Magnify, Express, Premero and Strand?

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAB0000091

258

1    Jonathan Cooperman; I have a few questions.  And,

2    just so you understand, I am not with the Trustee,

3    I'm representing some other parties who are being

4    sued by the Trustee.

5              Can you look at Exhibit 58 a second.

6    It's the last one, the one we just spoke about.

7    It's not the one I told you to look at, just the

8    last one.  Just a few follow-up questions to what

9    Ms Wang asked you.

10             Am I correct, you never saw this

11   document before today?

12             A.  (In English)  No.  Correct.

13             Q.  Am I also correct that you never had

14   anything to do with any of the accounts that are

15   listed on this document?

16             A.  (In English)  No, I just know that

17   the account 1FN024 is the account of Magnify with

18   Madoff according to the few documents I still have

19   about this account.

20             Q.  Okay.

21             A.  The other accounts I don't know.

22             Q.  Right.  But even with that account,

23   024, you had nothing to do with actually managing

24   that account, did you?

25             A.  (In English)  No, as I still deposed

10-05279_BRKCAB0000094

259

1    several times, I did not open this account in my

2    function as director and there was nobody to be

3    able to open this account with Madoff in '83 when

4    it has been opened beside of me.  But I didn't

5    open it, that I have clearly to say.  I just have

6    transferred the money to this Mr Madoff, nothing

7    else.

8              Q.  So I have a very simple follow-up

9    question.  You were asked questions about

10   Exhibit 58, about the bold lettering at the

11   bottom.

12             A.  (In English)  Yes.

13             Q.  You answered several of those

14   questions by saying "I can imagine."  Were you

15   just guessing at what the meaning of that is?

16             A.  (In English)  The meaning of "I can

17   imagine"?

18             Q.  No, no, the meaning of the bold

19   lettering there.

20             A.  (In English)  No, I can't.

21             (Question interpreted)

22             (Through the interpreter)  That's

23   correct.

24             Q.  You have no personal knowledge of

25   any facts about what's in the bold lettering here;

10-05279_BRKCAB0000095

PICARD v. MAGNIFY                              KURT BRUNNER 11/8/12

260

1   is that correct?

2             A.  (In English)  No, I don't.

3             Q.  You can put that document down.

4             Have you ever heard of a person

5   named Emelie Apfelbaum?  Not looking at the

6   documents, just put the documents down.  Have you

7   ever heard that name before?

8             A.  (In English)  The name "Apfelbaum"

9   I heard.  No, I didn't -- yeah, perhaps I heard it

10  also in '83 when I met Mr Igoin; he put in this

11  agreement between him and me the name "Apfelbaum,"

12  but I think that's the name of the husband of the

13  daughter of Mr Igoin.  The name "Emelie Apfelbaum"

14  I never heard.

15            Q.  Am I correct then that you were

16  never at any time authorized to take instructions

17  from Emelie Apfelbaum?

18            A.  (In English)  I never have been

19  authorized to take instructions from her.

20            Q.  Now, let's turn to Exhibit 6.  You

21  were asked questions by Ms Wang about paragraph

22  five.  The handwriting -- Mr Igoin wrote in the

23  handwriting in the handwritten portions, where it

24  says Doris Igoin and Laurence Apfelbaum -- or

25  Laurence Igoin, it says.  Is that his handwriting?

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAB0000096

261

1          A.   (In English)  I can't tell you

2     because when I look, this -- to me it seems there

3     are two different handwritings.  None of them is

4     mine so at least one must be the handwriting of

5     Mr Igoin.  It might be that Mr Baschy, for

6     instance, has written "Doris Deborah Igoin."

7     I don't know.

8          Q.  So you're not sure whose handwriting

9     that is today?

10         A.   (In English)  I think it must be

11    Mr Igoin's handwriting because I wouldn't -- in

12    those times I wouldn't accept that anybody else

13    would have written it in.

14         Q.  When you testified that you took

15    instructions that these ladies were authorized

16    under certain circumstances, were you just simply

17    referring to they were written in the document;

18    that's how you understood they were authorized?

19         A.   (In English)  That's correct.  But

20    yesterday I said that if Miss Deborah Igoin or

21    Miss Laurence Igoin would have given me

22    instructions, I would first of all try to get

23    Mr Igoin's thinking about the instructions before

24    I did it.

25         Q.  I understand.

10-05279_BRKCAB0000097

262

1             Did you ever -- withdraw.

2             Aside from receiving this document,

3    did you ever have any discussions with Mr Igoin

4    about either Doris Deborah Igoin or

5    Laurence Apfelbaum -- Laurence Jeanne Igoin?

6             A.  (In English)  No, I didn't.

7             Q.  So the only instructions you ever

8    had is because you were handed this document

9    written by somebody?

10            A.  (In English)  Yes.

11            Q.  Now, did you have the address or

12   contact information for either Doris Deborah Igoin

13   or Laurence Jeanne Igoin?

14            A.  (In English)  No, I don't.

15            Q.  Did you know even what city, for

16   example, Laurence Jeanne Igoin lived in?

17            A.  (In English)  No.  But it was not

18   the meaning of this instruction that I should go

19   and get contact with them.  But, if they want to

20   give instructions to me, they would have to come

21   to me and give the instructions.

22            Q.  Okay.

23            I want you to turn to Exhibit 18 for

24   a second.  Keep Exhibit 6, but turn to Exhibit 18.

25   This is the fiduciary agreement that was signed in

10-05279_BRKCAB0000098

PICARD v. MAGNIFY                                    KURT BRUNNER 11/8/12

263

1    1990; is that correct?

2              A.  (In English)  Correct.

3              Q.  This is the agreement at the time

4    that the Yeshaya Horowitz Foundation became the

5    shareholder of Magnify; is that correct?

6              A.  (In English)  Correct.

7              Q.  Turn to paragraph six.

8              A.  (In English)  Yes.

9              Q.  It says there:

10              "The members of the Board hereby

11   confirm that they shall maintain confidentiality

12   in respect of the contents of this Agreement and

13   shall be subject only to the instructions of the

14   shareholders of the Company."

15              As of this date of this agreement,

16   was it your understanding that the only

17   instructions you would be subject to would be from

18   Yeshaya Horowitz?

19              A.  That's correct.

20              Q.  Okay.

21              So while in Exhibit 6 you were

22   authorized under certain circumstances to take

23   instructions from Laurence Igoin and Doris Igoin,

24   once the shares were transferred to Yeshaya

25   Horowitz they were no longer authorized to give

BENDISH REPORTING, INC.
877.404.2193

10-05279_BRKCAB0000099

264

1    you instructions; is that correct?

2              MS WANG:  Objection.  Asked and

3    answered.

4              THE WITNESS:  (In English)  That is

5    correct, but as I still deposed yesterday, on the

6    day when Mr Igoin instructed me to transfer the

7    shares to Yeshaya Horowitz Foundation the

8    agreement between Igoin and me has ended.

9              MR COOPERMAN:  Thank you.

10   BY MR COOPERMAN:

11       Q.  There was a question yesterday by

12   Ms Wang, who asked about if, after the shares were

13   transferred to Yeshaya Horowitz, if Albert Igoin,

14   Doris Igoin or Laurence Apfelbaum had given you

15   instructions, would you have checked with

16   Mr Green, and you answered you would.  Do you

17   remember that testimony?

18       (Question interpreted)

19       A.  (In English)  Yes.

20       Q.  Is the reason you would have checked

21   with Mr Green because after 1989 you understood he

22   was the only person authorized to give you

23   instructions?

24              MS WANG:  Objection.  Asked and

25   answered.

10-05279_BRKCAB0000100

265

1          (Question interpreted)

2                THE WITNESS:  (Through the

3    interpreter)  I actually would not have acted

4    on -- I would not have received any --

5                (In English)  "Accepted" --

6                (Through the interpreter)

7    -- instructions any more from Mr Igoin,

8    Miss Deborah Igoin and Miss Apfelbaum or

9    Miss Igoin.

10               MR WEXELBAUM:  I thought the witness

11   said "accepted" as opposed to "received."

12               (To the witness)  Is that correct?

13               THE WITNESS:  (In English)  Yes,

14   that's right.

15               THE INTERPRETER:  Maybe he can

16   repeat it, because he changed the verb.

17               THE WITNESS:  (Through the

18   interpreter)  In a normal case I would not have

19   accepted any instructions of these three persons,

20   Mr Igoin, Mrs Igoin and the daughter, but because

21   I knew that originally the monies came from

22   Mr Igoin and because I knew that Mr Igoin

23   transferred the shares to Horowitz Foundation, so

24   in that case I would have acted as a respectable

25   person and I would not have said: "No, I will not

10-05279_BRKCAB0000101

PICARD v. MAGNIFY                          KURT BRUNNER 11/8/12

266

1    do it; it is nothing to do with me," but I would

2    have asked Mr Green what I should do.

3              MR COOPERMAN:  Okay.  Nothing

4    further.  Thank you.

5              THE WITNESS:  (In English)  Thank

6    you.

7              MS WANG:  Are you finished?

8              We'll go off the record.

9              THE VIDEOGRAPHER:  Going off the

10   record at 12:48.

11    (The hearing concluded at 12:48 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BENDISH REPORTING, INC.
877.404.2193

**10-05279_BRKCAB0000102**