**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br> v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,<br><br>    Defendants. | Adv. Pro. No. 10-04336 (SMB) |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 23, 2014, I caused to be served via the Court's CM/ECF System, copies of Defendants' Jurisdictional Memorandum of Law in Further Support of Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, and Emilie Apfelbaum's Motion to Dismiss, the Declaration of Jonathan K. Cooperman in Further Support of Defendants' Motion to Dismiss Based on Jurisdictional Discovery, and supporting exhibits, and Defendants' Notice of Withdrawal of Application to File Jurisdictional Memorandum of

Law in Further Support of Defendants' Motion to Dismiss and Declaration of Jonathan K. Cooperman Under Seal on the following:

BAKER & HOSTETLER LLP
David J. Sheehan
Tracy Cole
Ona T. Wang
M. Elizabeth Howe
David McMillan
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff*

Dated: June 23, 2014

**KELLEY DRYE & WARREN LLP**

By:  s/ Jonathan K. Cooperman
    Jonathan K. Cooperman
    Jessica L. Klarfeld
    101 Park Avenue
    New York, New York 10178
    (212) 808-7800

*Attorneys for Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, and Emilie Apfelbaum*