**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon

*Special Counsel for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and the*
*Estate of Bernard L. Madoff, and Alan Nisselson,*
*Chapter 7 Trustee for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05319 (SMB) |
| Plaintiff, | |
| v. | |
| XYZ3 CORP. (Redacted – Under Seal), | |
| Defendant. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the pre-trial conference has been adjourned from

June 25, 2014 to **July 30, 2014** at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the above-noted adjournment has been

consented to by all parties to this adversary proceeding, and is without prejudice to either party

seeking a further adjournment.


Dated: New York, New York    By: /s/ Howard L. Simon
       June 23, 2014            Howard L. Simon (hsimon@windelsmarx.com)
                            Windels Marx Lane & Mittendorf LLP
                            156 West 56th Street
                            New York, New York 10019
                            Tel:  (212) 237-1000
                            Fax: (212) 262-1215

                            *Special Counsel for Irving H. Picard, Trustee for the*
                            *Substantively Consolidated SIPA Liquidation of*
                            *Bernard L. Madoff Investment Securities LLC and the*
                            *Estate of Bernard L. Madoff, and Alan Nisselson,*
                            *Chapter 7 Trustee for the Estate of Bernard L. Madoff*