# Exhibit 2

(Subject to a motion to file under seal)