**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Laurin D. Quiat
Paul S. Enockson
Justin T. Winquist

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>          v.<br><br>ESTATE OF JOHN BOWERS TRUST CREATED UNDER THE WILL OF JOHN BOWERS TRUST FOR THE BENEFIT OF MARCY, | Adv. Pro. No. 10-04485 (SMB) |

JOHN, AND CHRISTINE BOWERS,

MARY BOWERS, individually and in her capacity as executor of the ESTATE OF JOHN BOWERS,

DANIEL JACOBS, in his capacity as trustee of the TRUST CREATED UNDER THE WILL OF JOHN BOWERS FOR THE BENEFIT OF MARCY, JOHN, and CHRISTINE BOWERS, and

JOHN BOWERS, JR.,

         Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: September 15, 2014.

2. Fact Discovery shall be completed by: November 6, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: January 7, 2016.

4. The Disclosure of Rebuttal Experts shall be due: February 8, 2016.

5. The Deadline for Completion of Expert Discovery shall be: May 9, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 8, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 22, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before November 21, 2016.

Dated: New York, New York  
      June 20, 2014

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Laurin D. Quiat
Paul S. Enockson
Justin T. Winquist
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*