**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM, <br><br> Defendants. | Adv. Pro. No. 10-04336 (SMB) |

**NOTICE OF WITHDRAWAL OF APPLICATION TO FILE JURISDICTIONAL
MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO
DISMISS AND DECLARATION OF JONATHAN K. COOPERMAN UNDER SEAL**

**PLEASE TAKE NOTICE** that Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and Emilie Apfelbaum (collectively, "Defendants") hereby withdraw, without prejudice, their Application to File Defendants' Jurisdictional Memorandum of Law in Further Support of Defendants' Motion to Dismiss and the Declaration of Jonathan K.

Cooperman Under Seal. The Application was filed on June 20, 2014 and was ascribed Docket No. 90.

To:
BAKER & HOSTETLER LLP
David J. Sheehan
Tracy Cole
Ona T. Wang
M. Elizabeth Howe
David McMillan
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff*

| | |
|---|---|
| Dated: June 23, 2014 | **KELLEY DRYE & WARREN LLP** |
| | By:  s/ Jonathan K. Cooperman |
| | Jonathan K. Cooperman |
| | Jessica L. Klarfeld |
| | 101 Park Avenue |
| | New York, New York 10178 |
| | (212) 808-7800 |
| | *Attorneys for Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, and Emilie Apfelbaum* |

2