**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Dominic A. Gentile
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04478 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF LEONARD M. HEINE JR., | |
| SANDRA HEINE, individually, in her capacity as | |

personal representative of the Estate of Leonard M. Heine Jr., and as trustee of the trust created under the Last Will and Testament of Leonard M. Heine Jr.,

LEONARD M. HEINE JR. CREDIT SHELTER TRUST,

MICHAEL HEINE,

NANCY ELLEN HEINE MOSKOWITZ,

THOMAS CHARLES HEINE,

CHRISTOPHER ALTMAN HEINE,

ROBERT G. HEINE,

MARJORIE HEINE BERGER,

LAUREN STACEY MOSKOWITZ,

ALEXANDRA DALE HEINE,

MORGAN HALEY HEINE, and

JEFFREY DAVID HEINE,

                Defendants.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 30, 2010, [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

On April 17, 2014, Defendants Estate of Leonard M. Heine Jr., Sandra Heine, individually, in her capacity as personal representative of the Estate of Leonard M. Heine Jr., and as trustee of the trust created under the Last Will and Testament of Leonard M. Heine Jr., Leonard M. Heine Jr. Credit Shelter Trust, Michael Heine, Nancy Ellen Heine Moskowitz, Thomas Charles Heine, Christopher Altman Heine, Robert G. Heine, Marjorie Heine Berger, Lauren Stacey Moskowitz, Alexandra Dale Heine, Morgan Haley Heine, and Jeffrey David Heine filed a motion to dismiss this adversary proceeding [Dkt. No. 24] pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Bankruptcy Rule 7012 (a "Rule 12(b)(6) Motion").

Pursuant to the Avoidance Procedures, upon the filing of a Rule 12(b)(6) Motion, the issues raised in such motion, together with the issues raised in the Complaint, are immediately referred to mediation. Avoidance Procedures, ¶ 2D.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Trustee and the Defendants (the "Parties") shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a

3

300324039.1

mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.

Dated: New York, New York
       June 24, 2014

        **BAKER & HOSTETLER LLP**

        By: *s/ Marc E. Hirschfield*
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: 212.589.4200
        Facsimile: 212.589.4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Marc E. Hirschfield
        Email: mhirschfield@bakerlaw.com
        Oren J. Warshavsky
        Email: owarshavsky@bakerlaw.com
        Dominic A. Gentile
        Email: dgentile@bakerlaw.com
        Jacqlyn R. Rovine
        Email: jrovine@bakerlaw.com

        *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*