EUNICE CHERVONY LEHRER
7333 Morocca Lake Drive
Delray Beach, Florida 33446
(847) 858-7724

*Pro se Defendant*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br>  v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of EUNICE CHERVONY; ELAINE S. STEIN; ELAINE S. STEIN REVOCABLE TRUST; JAMAT COMPANY, LLC; THE MESTRO COMPANY; | Adv. Pro. No. 10-05259 (SMB) |

{N0049605 2 }

TRUST U/W/O DAVID L. FISHER; TRUST U/T/A 8/20/90; and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90.,

Defendants.

## STIPULATION TO SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that the undersigned hereby stipulate to the substitution of Eunice Chervony Lehrer as *pro se* Defendant, while preserving the motion to dismiss that was filed by Becker & Poliakoff LLP on her behalf, and which is deemed filed by her. Becker & Poliakoff LLP no longer represents her in any respect.

June 23, 2014                                                June 23, 2014

**BECKER & POLIAKOFF LLP**

*Withdrawing Attorneys for*                      *Pro se Defendant*
*Defendant Eunice Chervony Lehrer*

By:  */s/ Helen Davis Chaitman*            By:  */s/ Eunice Chervony Lehrer*

Helen Davis Chaitman                             Eunice Chervony Lehrer
45 Broadway                                           7333 Morocca Lake Drive
New York, New York 10006                     Delray Beach, FL 33446
(212) 599-3322                                         (847) 858-7724
hchaitman@bpleagal.com                         slehrer226@aol.com

{N0049605 2 }

No objection:

**WINDELS MARX LANE & MITTENDORF, LLP**

By: *Special Counsel to Irving H. Picard, Trustee*

*/s/ Howard L. Simon*

Howard L. Simon
156 West 56th Street
New York, NY 10019
(212) 237-1094
hsimon@windelsmarx.com

**SO ORDERED:**

**/s/ STUART M. BERNSTEIN**            Dated:   June **25**th**, 2014**
 **HON. STUART M. BERNSTEIN**                    **New York, New York**
 **UNITED STATES BANKRUPTCY JUDGE**

{N0049605 2 }