**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

811 Main St., Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Farrell A. Hochmuth

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. | Adv. Pro. No. 10-04873 (SMB) |

SHELDON SHAFFER TRUST DTD 3/26/1996; ESTATE OF SHELDON SHAFFER; and DIANNE H. SHAFFER, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust DTD 3/26/1996,

                                          Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 18, 2014.

2. Fact Discovery shall be completed by: February 2, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: April 3, 2015.

4. The Disclosure of Rebuttal Experts shall be due: May 1, 2015.

5. The Deadline for Completion of Expert Discovery shall be: July 31, 2015.

6. The Deadline to File a Notice of Mediation Referral shall be: September 14, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 28, 2015.

8. The Deadline for Conclusion of Mediation shall be: December 18, 2015.

Dated: New York, New York
       June 25, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Dean D. Hunt
Farrell A. Hochmuth
811 Main St., Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*