08-01789-cgm    Doc 7118    Filed 06/25/14    Entered 06/25/14 15:35:15    Main Document

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   v.<br><br>SIX SIS AG,<br><br>        Defendant. | Adv. Pro. No. 12-01195 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant SIX SIS AG ("Defendant") may answer, move against, or otherwise respond to the Trustee's complaint ("Complaint") is extended up to and including August 29, 2014. The pre-trial conference will be adjourned from August 27, 2014, at 10:00 a.m. to October 22, 2014, at 10:00 a.m.

   The purpose of this stipulated extension ("Stipulation") is to provide additional time for the Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this

Stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated:  June 25, 2014
          New York, New York

| | |
|---|---|
| /s/ Thomas L. Long | /s/ Erin E. Valentine |
| **BAKER & HOSTETLER LLP** | **CHAFFETZ LINDSEY LLP** |
| 45 Rockefeller Plaza | 505 Fifth Avenue, 4th floor |
| New York, New York 10111 | New York, New York 10117 |
| Telephone: (212) 589-4200 | Telephone: (212) 257-6960 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 257-6950 |
| David J. Sheehan | Peter R. Chaffetz |
| Email: dsheehan@bakerlaw.com | Email: peter.chaffetz@chaffetzlindsey.com |
| Thomas L. Long | Andreas A. Frischknecht |
| Email: tlong@bakerlaw.com | Email: andreas.frischknecht@chaffetzlindsey.com |
| Mark A. Kornfeld | Erin E. Valentine |
| Email: mkornfeld@bakerlaw.com | Email: erin.valentine@chaffetzlindsey.com |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for SIX SIS AG* |