**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANCO ITAÚ EUROPA LUXEMBOURG S.A., and BANCO ITAÚ EUROPA INTERNATIONAL,<br><br>　　　　　Defendants. | Adv. Pro. No. 12-01019 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants Banco Itaú Europa Luxembourg S.A. and Banco Itaú Europa International ("Defendants") may answer, move against, or otherwise respond to the Trustee's complaint ("Complaint") is extended up to and including August 29, 2014. The pre-trial conference will be adjourned from August 27, 2014, at 10:00 a.m. to October 22, 2014, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated:  June 25, 2014           /s/ Thomas L. Long
     New York, New York        **BAKER & HOSTETLER LLP**
                                45 Rockefeller Plaza
                                New York, New York 10111
                                Telephone:  (212) 589-4200
                                Facsimile:  (212) 589-4201
                                David J. Sheehan
                                Email:  dsheehan@bakerlaw.com
                                Thomas L. Long
                                Email:  tlong@bakerlaw.com
                                Mark A. Kornfeld
                                Email:  mkornfeld@bakerlaw.com

                                *Attorneys for Irving H. Picard, Trustee for the*
                                *Substantively Consolidated SIPA Liquidation*
                                *of Bernard L. Madoff Investment Securities*
                                *LLC and the Estate of Bernard L. Madoff*

2

<u>/s/ Joanna Shally</u>
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4700
Facsimile: (646) 848-4700
Joanna Shally
Email: jshally@shearman.com

*Attorneys for Banco Itaú Europa*
*Luxembourg S.A. and Banco Itaú Europa*
*International*
