08-01789-cgm    Doc 7141    Filed 06/25/14    Entered 06/25/14 19:38:24    Main Document
Pg 1 of 4

**Settlement Date: June 30, 2014 at 12:00 p.m.**
**Objection Deadline: June 27, 2014 at 3:00 p.m.**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br><br>                        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower,<br><br>                          Intervenors,<br><br>                        v.<br><br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,<br><br>                          Defendants. | Adv. Pro. No. 14-01840 (SMB) |

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Granting Plaintiff's Motion for an Injunction and Denying Motion for a Stay and Cross-Motion to Dismiss entered by this Court in the above-referenced adversary proceeding on June 23, 2014, ECF No. 50, and upon direction of the Court, the undersigned counsel to plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on **June 30, 2014 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or objections to the proposed order must be in writing and must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than **June 27, 2014 at 3:00 p.m.** (with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., and (c) Marcy Ressler Harris, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, counsel for the Intervenors.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the proposed order.

- 2 -

Unless a counter-proposed order and/or written objection to the proposed order are received before the objection deadline, the proposed order may be signed and entered.

Dated: New York, New York
       June 25, 2014

      /s/ Keith R. Murphy
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com
Ferve Ozturk
Email: fozturk@bakerlaw.com
Matthew Moody
Email: mmoody@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

TO:

Allen Mark Levine
Becker & Poliakoff, P.A.
One East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Phone: 954-987-7550
Fax: 954 985-4176
alevine@bplegal.com

Helen Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff, P.A.
45 Broadway, 8th Floor
New York, NY 10006
Phone: 212-599-3322
Fax: 212-557-0295
hchaitman@becker-poliakoff.com
psmith@becker-poliakoff.com
jgorchkova@becker-poliakoff.com

- 3 -

*Counsel for Fox, Marshall, Oasis, and Peshkin*

Lesley Blackner
Richard Stone
Blackner Stone & Associates P.A.
340 Royal Poinciana Way, St 317-377
Palm Beach, FL 33480
Phone: 561-659-5754
Fax: 561-659-3184
LBlackner@aol.com
rstoneesq@aol.com

James W. Beasley, Jr.
Joseph George Galardi
Beasley Hauser Kramer & Galardi PA
505 S Flagler Drive, Suite 1500
West Palm Beach, FL 33401
Phone: 561-835-0900
Fax: 561-835-0939
Galardi@beasleylaw.net
beasley@beasleylaw.net

Frederick E. Schmidt
Hanh V. Huynh
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Email: eschmidt@herrick.com
Email: hhuynh@herrick.com

*Counsel for Pamela Goldman and A&G Goldman Partnership*

Marcy R. Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Phone: 212-756-2000
Fax: 212-593-5955
Email:  marcy.harris@srz.com

*Counsel to the Picower Parties*