**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>     -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | Case No. 09-11893 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower,<br><br>                    Intervenors,<br><br>     -against-<br><br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,<br><br>                    Defendants. | Adv. Pro. No. 14-01840 (SMB) |

**[PROPOSED] ORDER**

Upon consideration of the Application for Enforcement of Permanent Injunction and Automatic Stay (the "Application") in the above-captioned adversary proceeding by Irving H. Picard, trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA") and the estate of Bernard L. Madoff, individually; and upon the accompanying Memorandum of Law dated March 11, 2014; the Complaint, dated March 11, 2014; the Declaration of Keith R. Murphy, dated March 11, 2014; the Affidavit of Matthew Cohen, sworn to on March 10, 2014; and the Notice of the Application; and upon all of the pleadings and prior proceedings in this and related actions; and upon the hearings held on May 1, 2014 and May 7, 2014; and upon the Court's Memorandum Decision Granting Plaintiff's Motion for an Injunction and Denying Motion for a Stay and Cross-Motion to Dismiss, dated June 23, 2014, ECF No. 50 (the "Decision"); and

WHEREAS prosecution of (i) the proposed class action complaint annexed to the declaratory judgment complaint filed on January 6, 2014 in *Goldman v. Capital Growth Co.*, No. 9:14-cv-80012-KAM (S.D. Fla. filed Jan. 6, 2014) and (ii) the proposed second amended complaint annexed to the motion to re-open case filed on February 5, 2014 in *Marshall v. Capital Growth Co.*, No. 9:10-cv-80252-KLR (S.D. Fla. filed Feb. 16, 2010) (the "Class Action Complaints") would violate the permanent injunction order issued by this Court in *Picard v. Picower*, Adv. Pro. No. 09-01197 (Bankr. S.D.N.Y. Jan. 13, 2011) (the "Permanent Injunction"); and

WHEREAS the Class Action Complaints state derivative claims barred by the Permanent Injunction; and

WHEREAS the reasons and bases for the findings set forth above and the Order set forth below are described in detail in the Decision;

IT IS HEREBY ORDERED:

1.  Susanne Stone Marshall (a/k/a Suzanne Stone Marshall), Adele Fox, Marsha Peshkin, Russell Oasis (the "Fox Plaintiffs"), Pamela Goldman, and A&G Goldman Partnership (the "Goldman Plaintiffs"; collectively, the "Class Action Plaintiffs"), and anyone acting on behalf of or in active concert or participation with the Class Action Plaintiffs, are hereby enjoined from prosecuting the Class Action Complaints.

2.  The Application is granted to the extent of enforcing the Permanent Injunction enjoining the Class Action Plaintiffs from prosecuting the Class Action Complaints.

3.  The motion for a stay and cross-motion to dismiss filed by the Fox Plaintiffs in the above-referenced adversary proceeding on April 17, 2014, ECF Nos. 14-15, and April 21, 2014, ECF No. 22, respectively, are denied.

4.  This Court shall retain exclusive jurisdiction over the implementation and interpretation of this Order.

Dated: New York, New York
_____, 2014

HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE