**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Nicholas J. Cremona
Jessie A. Kuhn
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>         v.<br><br>JAY GAINES & CO., INC. PROFIT SHARING PLAN;<br><br>JAY GAINES, individually, and in his fiduciary capacity as trustee of the JAY GAINES & CO., | Adv. Pro. No. 10-05301 (SMB) |

> INC. PROFIT SHARING PLAN; and
> SHERRY GAINES, individually, and in her,
> fiduciary capacity as trustee of the JAY GAINES &
> CO., INC. PROFIT SHARING PLAN,
>
>                        Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served by February 12, 2012.

2. Fact Discovery shall be completed by November 3, 2014.

3. Substantive Interrogatories were served by March 30, 2012.

4. The Disclosure of Case-in-Chief Experts shall be due January 7, 2015.

5. The Disclosure of Rebuttal Experts shall be due February 9, 2015.

6. The Deadline for Completion of Expert Discovery shall be May 7, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be July 6, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be July 20, 2015.

[*The Rest of this Page is Intentionally Left Blank*]

9.     The Deadline for Conclusion of Mediation shall be November 17, 2015.

Dated: New York, New York  
       June 25, 2014

BAKER & HOSTETLER LLP

By: *Nicholas J. Cremona*  
David J. Sheehan  
Oren J. Warshavsky  
Nicholas J. Cremona  
Jessie A. Kuhn  
Jacqlyn R. Rovine  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*