| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date: June 25, 2014<br>Time: 12:00 p.m. |

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Objections Due: June 25, 2014<br>Time 11:00 a.m.<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN COCHRAN ALLAN AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF JUNE 11, 2014**

Upon the Application (the "Application") of Irving H. Picard (the "Trustee"), as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Cochran Allan ("Cochran Allan"), as special counsel as of June 11, 2014, and upon the declaration of Natanya Holland Allan submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Court finds that Cochran Allan is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3. The Trustee is authorized to retain Cochran Allan as special counsel to the Trustee as provided in the Application, *nunc pro tunc*, as of June 11, 2014.

Dated: New York, New York
June 26th, 2014

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE