O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel to Solus Recovery Fund LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04932 (SMB) |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD., | |
| Defendants. | |

# STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND ORDERED that Solus Recovery Fund LP substitutes as its attorney of record, O'MELVENY & MYERS LLP, Times Square Tower, 7 Times Square, New York, New York 10036, in place and stead of MALEK SCHIFFRIN LLP, 340 Madison Avenue, 19th Floor, New York, New York, 10173-1922, in the above-referenced bankruptcy matters.

O'MELVENY & MYERS LLP

By: /s/ *Gary Svirsky*
Gary Svirsky
(gsvirsky@omm.com)
Emily Chepiga
(echepiga@omm.com)
Times Square Tower
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061

*Counsel for Solus Recovery Fund LP.*

MALEK SCHIFFRIN LLP

By: /s/ *Javier Schiffrin*
Javier Schiffrin (formerly of Malek Schiffrin LLP)
340 Madison Avenue, 19th Floor
New York, New York 10173-1922
Tel.: (212) 815-3674
Fax: (646) 349-2986

Outgoing Attorneys for *Solus Recovery Fund LP*.

Dated: June 26, 2014
New York, NY

SO ORDERED:

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE