**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Tatiana Markel

*Attorneys for Irving H. Picard., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RMGF LTD. PARTNERSHIP,<br><br>REGINA FISHER, individually and as General Partner of RMGF Ltd. Partnership,<br><br>MICHAEL FISHER, as Limited Partner of RMGF | Adv. Pro. No. 10-04440 (SMB) |

> Ltd. Partnership,
>
> FRANCINE FISHMAN, as Limited Partner of RMGF Ltd. Partnership, and
>
> GREGORY FISHER, as Limited Partner of RMGF Ltd. Partnership,
>
>                                  Defendants.

## ELEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines, agreed to by the parties, are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served by Plaintiff on September 16, 2011 and by Defendants on September 29, 2011.

2. Fact Discovery shall be completed by: October 31, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: January 22, 2015.

4. The Disclosure of Rebuttal Experts shall be due: February 27, 2015.

5. The Deadline for Completion of Expert Discovery shall be: April 24, 2015.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 24, 2015.

7. The Deadline for Conclusion of Mediation shall be: November 20, 2015.

| | |
|---|---|
| Dated: New York, New York<br>June 24, 2014 | By:    /s/  *Marc E. Hirschfield*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Tatiana Markel<br>Email: tmarkel@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |