**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Trustee-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA, S.A.,<br><br>　　　　　Defendant. | Adv. Pro. No. 10-05351 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

　　　　Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, Baker & Hostetler LLP, and Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA"), by and through its counsel, Shearman & Sterling LLP, hereby stipulate and agree as follows:

Whereas, on August 29, 2011, BBVA filed and served a motion to dismiss the Trustee's complaint (the "Complaint") in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

Whereas the Trustee and BBVA previously entered into stipulations whereby the Trustee and BBVA agreed to extend the dates by which the Trustee shall file and serve a response to BBVA's motion to dismiss the Complaint and by which BBVA shall file and serve a reply to the response by the Trustee;

Whereas on October 7, 2011, BBVA made a motion with the District Court for the Southern District of New York (the "District Court") to withdraw the reference of this adversary proceeding to the District Court and indicated its intention to supplement the pending motion to dismiss the Complaint before the Bankruptcy Court;

Whereas the District Court withdrew the reference to the Bankruptcy Court for the limited purposes of deciding, *inter alia*, issues related to "good faith" under 11 U.S.C. § 548(c) and 550(b), the "safe harbor" provision under 11 U.S.C. § 546(e), satisfaction of antecedent debt, *Stern v. Marshall*, 131 S. Ct. 2594 (2011), and extraterritorially under *Morrison v. National Australia Bank Ltd.*, 130 S. Ct. 2869 (2010) (collectively, the "Common Issues"); and

Whereas the parties are still waiting on an opinion from the District Court regarding one of the Common Issues;

IT IS HEREBY STIPULATED AND AGREED, by and between the Trustee and BBVA by the endorsement of their counsel below, that:

1. BBVA shall either supplement its pending motion to dismiss the Complaint or alternatively withdraw its pending motion to dismiss the Complaint and file a renewed motion to dismiss the Complaint no later than August 29, 2014;

2. The Trustee's response to BBVA's supplemented motion to dismiss the Complaint or alternatively BBVA's renewed motion to dismiss the Complaint shall be filed and served no later than October 31, 2014;

3. BBVA's reply in support of its motion to dismiss shall be filed and served no later than November 26, 2014;

4. The Pre-Trial Conference with the Court is hereby adjourned from November 19, 2014, at 10:00 a.m., to December 17, 2014, at 10:00 a.m.;

5. The hearing on BBVA's motion to dismiss is also hereby adjourned from November 19, at 10:00 a.m., to December 17, 2014, at 10:00 a.m.;

6. BBVA's signing of this agreement shall not constitute a waiver of any rights, objections or defenses that BBVA may have to this action, including, without limitation, any objections to the jurisdiction of this Court or to venue, except that BBVA waives any and all objections and defenses that it may have to this action relating to insufficient process or insufficient service of process under Federal Rule of Bankruptcy Procedure 7012, Federal Rule of Civil Procedure 12(b)(4) and (5) and any other applicable rules or provisions; and

7. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: June 25, 2014  
    New York, New York

/s/ Thomas L. Long  
BAKER & HOSTETLER LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
Thomas L. Long  
Email: tlong@bakerlaw.com  
Regina L. Griffin  
Email: rgriffin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

/s/ Joanna Shally  
SHEARMAN & STERLING LLP  
801 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Telephone: (202) 508-8000  
Facsimile: (202) 508-8100  
Heather L. Kafele  
Email: hkafele@shearman.com

SHEARMAN & STERLING LLP  
599 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 848-4700  
Facsimile: (646) 848-4700  
Joanna Shally  
Email: jshally@shearman.com

*Attorneys for Banco Bilbao Vizcaya Argentaria, S.A.*