**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Laurin D. Quiat
Paul S. Enockson
Justin T. Winquist

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE ESTATE OF DORRIS CARR BONFIGLI, and BARBARA BONFIGLI, in her capacity as executor of THE ESTATE OF DORRIS CARR BONFIGLI, | Adv. Pro. No. 10-10-04835 (SMB) |

Defendants.

# SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: completed unless amended by the parties

2.  Fact Discovery shall be completed by: completed unless amended by the parties.

3.  The Disclosure of Case-in-Chief Experts shall be due: **September 29, 2014**.

4.  The Disclosure of Rebuttal Experts shall be due: **October 29, 2014**

5.  The Deadline for Completion of Expert Discovery shall be: **January 27, 2015**.

6.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before **March 27, 2015.**

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before **April 10, 2015.**

8.  The Deadline for Conclusion of Mediation shall be: On or before **August 7, 2015.**

| | |
|---|---|
| Dated: New York, New York<br>June 27, 2014 | BAKER & HOSTETLER LLP<br><br>By: /s/ Nicholas J. Cremona<br>David J. Sheehan<br>Nicholas J. Cremona<br>Laurin D. Quiat<br>Paul S. Enockson<br>Justin T. Winquist<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |