HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel: 212.513.3200
Jeffrey G. Tougas

*Former Counsel to Mutua Madrilena Automovilista Ramo de vida, Fondauto Fondo de Pensiones, SA, Fondomutua Fondo de Pensiones, SA, and AXA Private Management*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION,

      Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

      Defendant.

------------------------------------------------------x

In re:
BERNARD L. MADOFF,

      Debtor.

------------------------------------------------------x

Case No. 08-1789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

### NOTICE OF MOTION OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE

**NOW COMES** the undersigned attorney, Jeffrey G. Tougas, former counsel to (i) Mutua Madrilena Automovilista Ramo de vida ("**Mutua**"), (ii) Fondauto Fondo de Pensiones, SA ("**Fondauto**"), (iii) Fondomutua Fondo de Pensiones, SA ("**Fondomutua**"), and (iv) AXA Private Management ("**AXA**"), formerly of Mayer Brown LLP and now of Holland & Knight LLP, requesting withdrawal of his appearances in these cases on behalf of Mutua, Fondauto, Fondomutua and AXA.

The undersigned further requests to be removed from the ECF notice list in these cases.

Dated: June 27, 2014

/s/ Jeffrey G. Tougas
Jeffrey G. Tougas
**Holland & Knight LLP**
31 West 52nd Street
New York, New York 10019
Tel: 212 513.3200
jeffrey.tougas@hklaw.com

*Former Counsel to Mutua Madrilena Automovilista Ramo de vida, Fondauto Fondo de Pensiones, SA, Fondomutua Fondo de Pensiones, SA, and AXA Private Management*

\*   \*   \*

**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel: 212.513.3200
Jeffrey G. Tougas

*Former Counsel to Mutua Madrilena Automovilista Ramo de vida, Fondauto Fondo de Pensiones, SA, Fondomutua Fondo de Pensiones, SA, and AXA Private Management*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

...........................................................x
SECURITIES INVESTOR PROTECTION      :
CORPORATION,                                              :
                                                                        :
                              Plaintiff,               :     Case No. 08-1789 (SMB)
                                                                        :
                v.                                                :     SIPA LIQUIDATION
                                                                        :
BERNARD L. MADOFF INVESTMENT  :     (substantively consolidated)
SECURITIES LLC,                                    :
                                                                        :
                              Defendant.           :     Certificate of Service
...........................................................x
In re:                                                         :
BERNARD L. MADOFF,                        :
                                                                        :
                              Debtor.                 :
...........................................................x

I, Jeffrey G. Tougas, hereby certify that on this 27, day of June, 2014, I caused to be served a copy of the within **Notice of Motion of Withdrawal of Appearance and Request for Removal from ECF Service** upon the parties receiving service from the Court's ECF system in these cases.

Dated: June 27, 2014         /s/ Jeffrey G. Tougas
                                              Jeffrey G. Tougas
                                              **Holland & Knight LLP**
                                              31 West 52nd Street
                                              New York, New York 10019
                                              Tel: 212 513.3200
                                              jeffrey.tougas@hklaw.com