**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Alan Nisselson, the Chapter 7 Trustee for Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05332 (SMB) |
| Plaintiffs, | |
| v. | |
| DEBORAH MADOFF, individually, and as Natural Guardian of A. W. M. and E. W. M.; ANDREW H. MADOFF, individually, and as Natural Guardian of A. W. M. and E. W. M.; ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff, and | |

| |
|---|
| ESTATE OF MARK D. MADOFF, as Trustee of A. W. M. Trust U/A 11/15/93 and E. W. M. Trust U/A 04/01/96; A. W. M.; and E. W. M., <br><br>            Defendants. |

**STIPULATION FOR VOLUNTARY DISMISSAL OF**
**<u>ACTION WITH PREJUDICE</u>**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, and defendants Deborah Madoff, individually, and as Natural Guardian of A. W. M. and E.W.M.; Andrew H. Madoff, as Executor of the Estate of Mark D. Madoff, and Estate of Mark D. Madoff as Trustee of A.W.M. Trust U/A 11/15/93 and E.W.M. Trust U/A 04/01/96; A.W.M.; and E.W.M. (together the "Defendants," and collectively with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1. On February 7, 2012, the Trustee filed and served the Amended Complaint against the Defendants in the above-captioned proceeding (the "Adversary Proceeding"). On March 23, 2012, the Defendants filed an answer to the Amended Complaint.

2. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all of the Trustee's claims in the Adversary Proceeding.

3. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

2

Dated: June 27, 2014

| BAKER & HOSTETLER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: */s/ David J. Sheehan*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Lauren Resnick<br>Email: lresnick@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com | By: */s/ Andrew Ehrlich*<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: 212.373-3191<br>Facsimile: 212.492-0191<br>Martin Flumenbaum<br>Email: mflumenbaum@paulweiss.com<br>Andrew Ehrlich<br>Email: aehrlich@paulweiss.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Andrew H. Madoff and the Estate of Mark D. Madoff* |

COHEN & GRESSER LLP

By: */s/ Daniel H. Tabak*_____
800 Third Avenue
New York, New York 10022
Telephone: 212.957.7600
Facsimile: 212.957.4514
Mark S. Cohen
Email: mcohen@cohengresser.com
Daniel H. Tabak
Email: dtabak@cohengresser.com

*Attorneys for Defendant Deborah Madoff*

3