# **EXHIBIT 3**

**From:** "Cymrot, Mark" <BH/WASHINGTON DC/RECIPIENTS/MCYMROT>
**Sent:** 3/20/2009 1:53:36 PM +00:00
**To:** 'Richard Levin' <RLevin@cravath.com>
**CC:** 'David Greenwald' <DGreenwald@cravath.com>; "Babinski, Laurie A." <lbabinski@bakerlaw.com>; 'Ronald Rolfe' <RRolfe@cravath.com>
**Subject:** RE: Confidentiality Agreement

Thanks

---

**From:** Richard Levin [mailto:RLevin@cravath.com]
**Sent:** Thursday, March 19, 2009 9:36 PM
**To:** Cymrot, Mark
**Cc:** David Greenwald; Babinski, Laurie A.; Ronald Rolfe
**Subject:** Re: Confidentiality Agreement


2:00 PM will be fine.  Ron Rolfe and I will be at your office then.


"Cymrot, Mark" <MCymrot@bakerlaw.com>

03/19/2009 03:18 PM

To "Richard Levin" <RLevin@cravath.com>
cc "Babinski, Laurie A." <lbabinski@bakerlaw.com>, "David Greenwald" <DGreenwald@cravath.com>, "Ronald Rolfe" <RRolfe@cravath.com>
Subject Confidentiality Agreement


Rich: Here is the form of confidentiality agreement that the trustee has agreed to with other parties.  As I explained, he does not want to enter into conflicting or different obligations and, therefore, will be reluctant to make changes.  I understand, however, that you want the agreement to cover the meeting on Tuesday.  Please provide us with your suggested changes and I will take it to the trustee for his approval.

Regards
Mark


Mark A. Cymrot
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 861-1677
Fax: (202) 861-1783
email: mcymrot@bakerlaw.com
This message/information, including any attachment, is for the personal use of the person/company named only. This information is CONFIDENTIAL and may be LEGALLY PRIVILEGED. If you have received this in error please (1) contact the sender immediately (2)

<span style="color: blue">destroy any hard copy (3) ensure that their contents are not disclosed or used.</span>

---

**From:** Richard Levin [mailto:RLevin@cravath.com]
**Sent:** Wednesday, March 18, 2009 5:49 PM
**To:** Cymrot, Mark
**Cc:** Babinski, Laurie A.; David Greenwald; Ronald Rolfe
**Subject:** Re: FW: Madoff: Your Correspondence to Optimal

Mark:

This will confirm both our telephone call this afternoon and a meeting at your office at 45 Rockefeller Plaza on next Tuesday, March 24, at 3:00 PM.  In addition, you agreed to provide me a draft of a confidentiality agreement as soon as possible, and in any event sufficiently in advance of the meeting so that we can have a reasonable opportunity to negotiate and resolve its terms before the meeting.

I look forward to hearing from you on the agreement and to meeting you next week.

Best regards,
Rich

Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T:  (212)474-1978
F:  (212)474-3700
E: rlevin@cravath.com


**"Cymrot, Mark" <MCymrot@bakerlaw.com>**

03/18/2009 04:38 PM

> To <RLevin@cravath.com>
> cc "Babinski, Laurie A." <lbabinski@bakerlaw.com>
> Subject FW: Madoff: Your Correspondence to Optimal

```
Rich: I am responding to your email to David Sheehan.  Please give me a
call and we can discuss how to proceed.
```

Confidential pursuant to June 6, 2011 Litigation Protective Order        OPT000002

```
Thanks
Mark A. Cymrot
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 861-1677
Fax: (202) 861-1783
email: mcymrot@bakerlaw.com
```

This message/information, including any attachment, is for the personal use of the person/company named only. This information is CONFIDENTIAL and may be LEGALLY PRIVILEGED. If you have received this in error please (1) contact the sender immediately (2) destroy any hard copy (3) ensure that their contents are not disclosed or used.

-----Original Message-----
From: Resnick, Lauren
Sent: Wednesday, March 18, 2009 4:26 PM
To: Cymrot, Mark
Cc: Sheehan, David J.; Lucchesi, Thomas; Conley, Jeanine; Rodriguez, Alberto
Subject: Fw: Madoff: Your Correspondence to Optimal
Importance: High

Fyi.  Mark, I believe this one is yours.

----- Original Message -----
From: Sheehan, David J.
To: Resnick, Lauren; Lucchesi, Thomas
Sent: Wed Mar 18 16:22:30 2009
Subject: Fw: Madoff: Your Correspondence to Optimal

----- Original Message -----
From: Richard Levin <RLevin@cravath.com>
To: Sheehan, David J.
Cc: David Greenwald <DGreenwald@cravath.com>; Ronald Rolfe <RRolfe@cravath.com>
Sent: Wed Mar 18 16:21:18 2009
Subject: Madoff: Your Correspondence to Optimal

David:

After consultation with our clients, we believe that a meeting would be useful to discuss your communications of February 27.  We may be able to make a proposal that would be of interest to the trustee.  All discussions, of course, would be subject to FRE 408 and a further confidentiality agreement to the extent that the discussions were not technically within the scope of Rule 408.

Please let me know when it might convenient to meet.

Rich

Confidential pursuant to June 6, 2011 Litigation Protective Order    OPT000003

```
This e-mail is confidential and may be privileged. Use or disclosure of
it by anyone other than a designated addressee is unauthorized. If you
are not an intended recipient, please delete this e-mail from the
computer on which you received it.
---------------------------------------------------------


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us
immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.
---------------------------------------------------------
---------------------------------------------------------


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us
immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.
---------------------------------------------------------
```

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended

Confidential pursuant to June 6, 2011 Litigation Protective Order                    OPT000004

recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

[attachment "Optimal_Santander Confidentiality Agreement.pdf" deleted by Richard Levin/NYC/Cravath]

This e-mail is confidential and may be privileged. Use or disclosure of
it by anyone other than a designated addressee is unauthorized. If you
are not an intended recipient, please delete this e-mail from the
computer on which you received it.

Confidential pursuant to June 6, 2011 Litigation Protective Order    OPT000005