# **EXHIBIT 6**

| | |
|---|---|
| **From:** | Richard Levin <RLevin@cravath.com> |
| **Sent:** | 4/6/2009 7:58:43 PM +00:00 |
| **To:** | "Cymrot, Mark" <BH/WASHINGTON DC/RECIPIENTS/MCYMROT> "Caraway, Pamela" <BH/WASHINGTON DC/RECIPIENTS/PCARAWAY>; Ronald Rolfe <RRolfe@cravath.com>; |
| **CC:** | "Lucchesi, Thomas" <BH/US/BAKER & HOSTETLER RECIPIENTS/CLEVELAND/LUCCHESI>; David Greenwald <DGreenwald@cravath.com> |
| **Subject:** | Re: Settlement Discussions between Optimal Multiadvisors LLP and Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities, LLC |
| **Attachments:** | NYLit_2506523_3.DOC; NYCorp_3136978_1.DOC |

Mark and Tom,

In accordance with our telephone conference last Friday, April 3, and in preparation for our meeting with you on Wednesday, April 8 at 11:15 AM, I attach a draft form of release and a draft "Most Favored Nation" provision for a possible settlement agreement.

We look forward to receiving your reduced due diligence list later this afternoon and to meeting with you on Wednesday.

Best regards,
Rich

---

"Cymrot, Mark" <MCymrot@bakerlaw.com>
Sent by: "Caraway, Pamela"
<pcaraway@bakerlaw.com>

03/31/2009 04:17 PM

To <RLevin@cravath.com>
cc "Lucchesi, Thomas" <tlucchesi@bakerlaw.com>, <RRolfe@cravath.com>
Subject Settlement Discussions between Optimal Multiadvisors LLP and Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities, LLC

I am forwarding the attached letter at the request of Mr. Cymrot.

| | |
|---|---|
| **Web site** | |
| T 202.861.1778 F 202.861.1783 www.bakerlaw.com | **Pamela J. Caraway** Legal Secretary to Lee H. Simowitz Mark A. Cymrot pcaraway@bakerlaw.com Baker & Hostetler LLP Washington Square, Suite 1100 |

Confidential pursuant to June 6, 2011 Litigation Protective Order       OPT000022



1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

```
This e-mail is confidential and may be privileged. Use or disclosure of
it by anyone other than a designated addressee is unauthorized. If you
are not an intended recipient, please delete this e-mail from the
computer on which you received it.
```