# **EXHIBIT 7**

"MOST FAVORED NATION" PROVISION FOR OPTIMAL/PICARD SETTLEMENT
**Draft of April 6, 2009**

If:

    (a) a former BLMIS customer (the "Customer) had an account at BLMIS with a balance stated on the Customer's BLMIS-provided account statement in excess of $100 million at any time;

    (b) the Customer received aggregate payments from BLMIS after September 11, 2008 in excess of $25 million that are recoverable under Bankruptcy Code section 547 or as fictitious profits (the "Total Recoverable Amount");

    (c) if the Trustee has a claim against the Customer for any amounts that the Customer received from BLMIS other than the Total Recoverable Amount, the amount of the Trustee's other claim is less than 50% of the Total Recoverable Amount;

    (d) the Customer, as of December 10, 2008, had sufficient assets to pay the Total Recoverable Amount to the Trustee;

    (e) the Customer pays the Trustee an amount (the "Settlement Amount") in settlement of the Trustee's claim for recovery of all or any portion of the Total Recoverable Amount, under a settlement made before the commencement of a trial or a hearing on a contested motion for summary judgment;

    (f) the percentage ("Other Settlement Percentage") of the Total Recoverable Amount that the Settlement Amount represents is less than [80]%; and

    (g) the Customer's jurisdictional contacts with the United States are less than SUS's contacts, as determined in the Trustee's reasonable judgment;

then the Trustee shall return to SUS a portion of SUS's payment made under this Settlement Agreement so that the net amount that the SUS will have paid (net after such return) as a percentage of $150 million is equal to the Other Settlement Percentage.

[[NYCORP:3136978v1:3170B:04/06/09--03:54 p]]

Confidential pursuant to June 6, 2011 Litigation Protective Order    OPT000026