# **EXHIBIT 8**

**From:** Richard Levin <RLevin@cravath.com>
**Sent:** 4/9/2009 2:36:27 PM +00:00
**To:** "Lucchesi, Thomas" <BH/US/BAKER & HOSTETLER RECIPIENTS/CLEVELAND/LUCCHESI>
**CC:** "Cymrot, Mark" <BH/WASHINGTON DC/RECIPIENTS/MCYMROT>; "Hirschfield, Marc E." <BH/NEW YORK/RECIPIENTS/MHIRSCHFIELD>; Ronald Rolfe <RRolfe@cravath.com>
**Subject:** RE: Optimal

Tom:

Thanks. We had already begun with the agreement draft, so you might want to wait for our draft.

Rich

---

**"Lucchesi, Thomas" <tlucchesi@bakerlaw.com>**

04/09/2009 10:35 AM

To "Ronald Rolfe" <RRolfe@cravath.com>, <RLevin@cravath.com>
cc "Hirschfield, Marc E." <mhirschfield@bakerlaw.com>, "Cymrot, Mark" <MCymrot@bakerlaw.com>
Subject RE: Optimal

Ron and Richard:

Thanks for meeting with us yesterday. We will move forward to prepare a draft of an agreement that reflects what we have discussed.

Tom

---

**From:** Ronald Rolfe [mailto:RRolfe@cravath.com]
**Sent:** Thursday, April 09, 2009 8:54 AM
**To:** Cymrot, Mark
**Cc:** Lucchesi, Thomas; Hirschfield, Marc E.; RLevin@cravath.com
**Subject:** Optimal

Mark, This will confirm that we will make available documents relating to Madoff at 8:30am on Tuesday. The production will be subject to the terms of Rich Levin's and your letter agreement dated March 19, 2009. Also please confirm that you agree that you will not be able to remove documents from the data room, but will be permitted to take notes, which notes will also be subject to the March 19 agreement. I mentioned to you that I had reviewed a box of documents. It turns out that the volume of documents we collected is substantially more than that. I will give you a count later this morning so you may plan your troops. We are following up on your other requests and should have some, if not all, of them Tuesday. Best, Ron

This e-mail is confidential and may be privileged. Use or

Confidential pursuant to June 6, 2011 Litigation Protective Order          OPT000027

```
disclosure of it by anyone other than a designated
addressee is unauthorized. If you are not an intended
recipient, please delete this e-mail from the computer on
which you received it.
```

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

```
This e-mail is confidential and may be privileged. Use or disclosure of
it by anyone other than a designated addressee is unauthorized. If you
are not an intended recipient, please delete this e-mail from the
computer on which you received it.
```

Confidential pursuant to June 6, 2011 Litigation Protective Order                    OPT000028