## **EXHIBIT 26**

**From:** Richard Levin <RLevin@cravath.com>
**Sent:** 5/13/2009 8:52:41 PM +00:00
**To:** "Hirschfield, Marc E." <BH/NEW YORK/RECIPIENTS/MHIRSCHFIELD>
**CC:** rrolfe@cravath.com; "Lucchesi, Thomas" <BH/US/BAKER & HOSTETLER RECIPIENTS/CLEVELAND/LUCCHESI>
**Subject:** Re: Optimal Settlement: Revised Draft, HSBC and Press Release

OK

| | |
|---|---|
| **"Hirschfield, Marc E."**<br>**<mhirschfield@bakerlaw.com>** | To <RLevin@cravath.com>, "Lucchesi, Thomas" <tlucchesi@bakerlaw.com><br>cc <rrolfe@cravath.com><br>Subject Re: Optimal Settlement: Revised Draft, HSBC and Press Release |
| 05/13/2009 04:49 PM | |

Why don't you call me (212 589 4610) and I will loop in Tom.


----- Original Message -----
From: Richard Levin <RLevin@cravath.com>
To: Lucchesi, Thomas
Cc: Hirschfield, Marc E.; rrolfe@cravath.com <rrolfe@cravath.com>
Sent: Wed May 13 16:36:33 2009
Subject: Re: Optimal Settlement: Revised Draft, HSBC and Press Release


4:00 PM is fine.  Please give us a number where we can reach you.


"Lucchesi, Thomas" <tlucchesi@bakerlaw.com>

05/13/2009 03:29 PM
To
    <rrolfe@cravath.com>, "Hirschfield, Marc E." <mhirschfield@bakerlaw.com>
cc
    <rlevin@cravath.com>
Subject
    Re: Optimal Settlement: Revised Draft, HSBC and Press Release

Confidential pursuant to June 6, 2011 Litigation Protective Order

Let's do tomorrow afternoon--say 4?  Rich?


Thomas R. Lucchesi
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
216.861.7672


This message was sent from a  Blackberry handheld device.  Please excuse any typographical or formatting errors.

----- Original Message -----
From: Ronald Rolfe <RRolfe@cravath.com>
To: Hirschfield, Marc E.
Cc: rlevin@cravath.com <rlevin@cravath.com>; Lucchesi, Thomas
Sent: Wed May 13 15:27:32 2009
Subject: RE: Optimal Settlement: Revised Draft, HSBC and Press Release


I could call in after 3:30 tomorrow and am available at 4 or after Friday.



"Hirschfield, Marc E." <mhirschfield@bakerlaw.com>

05/13/2009 03:25 PM
To
     "Lucchesi, Thomas" <tlucchesi@bakerlaw.com>, <rlevin@cravath.com>
cc
     <rrolfe@cravath.com>
Subject
     RE: Optimal Settlement: Revised Draft, HSBC and Press Release




I could make a call either tomorrow afternoon or Friday afternoon.

-----Original Message-----
From: Lucchesi, Thomas
Sent: Wednesday, May 13, 2009 3:22 PM
To: 'rlevin@cravath.com'
Cc: Hirschfield, Marc E.; 'rrolfe@cravath.com'
Subject: Re: Optimal Settlement: Revised Draft, HSBC and Press Release

2 p.m. is fine. We should schedule a time tomorrow or Friday to discuss the Agreement.

Confidential pursuant to June 6, 2011 Litigation Protective Order

OPT000248

Thomas R. Lucchesi
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
216.861.7672


This message was sent from a  Blackberry handheld device.  Please excuse any typographical or formatting errors.

----- Original Message -----
From: Richard Levin <RLevin@cravath.com>
To: Lucchesi, Thomas
Cc: Hirschfield, Marc E.; Ronald Rolfe <RRolfe@cravath.com>
Sent: Wed May 13 15:08:54 2009
Subject: RE: Optimal Settlement: Revised Draft, HSBC and Press Release


Also, what about moving the meeting time to 2:00 PM?


"Lucchesi, Thomas" <tlucchesi@bakerlaw.com>

05/13/2009 01:06 PM
To
        "Richard Levin" <RLevin@cravath.com>, "Hirschfield, Marc E."
<mhirschfield@bakerlaw.com>
cc
        "Ronald Rolfe" <RRolfe@cravath.com>
Subject
        RE: Optimal Settlement: Revised Draft, HSBC and Press Release




Thanks, Rich.  We will review.

Can you check with your people in Geneva that are looking at the numbers?  Our guy(Matt Greenblatt) talked to them and sent them information on Monday .  He has not heard back from them.

Thanks.

Tom

_____

Confidential pursuant to June 6, 2011 Litigation Protective Order

OPT000249

From: Richard Levin [mailto:RLevin@cravath.com <mailto:RLevin@cravath.com> ]
Sent: Wednesday, May 13, 2009 12:23 PM
To: Hirschfield, Marc E.; Lucchesi, Thomas
Cc: Ronald Rolfe
Subject: Optimal Settlement: Revised Draft, HSBC and Press Release

Marc & Tom:

Settlement Agreement
Attached is a revised Settlement Agreement and a comparison with the prior version
that was dated on May 7 and sent to you early on May 8.  I have incorporated all the
changes that we discussed on Monday, including the new confidentiality provision
now in section 13(e).  There are two additional changes.

First, out client was concerned that paragraph 11, requiring the Closing, was not
sufficiently clear that it occurred only after Bankruptcy Court approval.  I have added
a phrase to clarify.

Second, I spoke with Cleary (Tom Maloney) about HSBC's willingness to release
funds from the accounts.  He confirmed that the only impediment from Cleary's
perspective was David Sheehan's December letter and that this impediment would
be removed by a subsequent letter from your office to the effect stated in paragraph
8 of the Settlement Agreement.  He was concerned, however, about HSBC's potential
exposure as an initial transferee of the voidable transfers to SUS and Arbitrage and
wanted a release.  I have added a very short release in paragraph 8 to address his
concerns.  We don't really care about the wording of the release, since it affects only
the Trustee and HSBC.  So I have not sent it to Tom Maloney for his review.  I
assumed that you would need to be comfortable with it before it made any sense to
discuss it with Tom.  In fact, the release doesn't even need to be in the Settlement
Agreement and can be negotiated separately, as long as the Settlement Agreement
did not require the funds to pay while HSBC was holding up the money.  So I would
suggest  that you sort this out with Tom at your earliest convenience, or that we
acknowledge in the Settlement Agreement that the release will be negotiated
separately between the Trustee and the HSBC entities and the Closing obligation
triggers only upon that having been concluded.

We would appreciate your being prepared to sign off on the revised Settlement
Agreement by the time of our meeting on Monday afternoon, because we are
arranging Board meetings of SUS and Arbitrage for Tuesday or Wednesday for final
approval on our side.  Please let us know if you see any impediment to keeping on
that schedule.

Press Release
Also attached as we discussed is the current draft of the press release, revised to
catch up with the changes in the Settlement Agreement that were discussed on
Monday and are reflected in the attached draft.

Monday Meeting
Ron's and my schedules have changed.  Our earlier meeting has been moved up, and
Ron has to catch a plane later in the afternoon.  Can we start at 2:00 instead of
2:30?

Confidential pursuant to June 6, 2011 Litigation Protective Order

With best regards,
Rich

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

_____

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.
--------------------------------------------------------

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.
--------------------------------------------------------

OPT000251

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

Confidential pursuant to June 6, 2011 Litigation Protective Order

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

Confidential pursuant to June 6, 2011 Litigation Protective Order

OPT000253