**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04932 (SMB) |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD., | |
| Defendants. | |

**DECLARATION OF DAVID GREENWALD IN SUPPORT OF**
**THE BRIEF OF SPV OPTIMAL SUS LTD. IN SUPPORT OF APPLICATION OF**
**THE EQUAL TREATMENT PROVISION TO THE SETTLEMENT AGREEMENT BETWEEN**
**THE TRUSTEE AND JPMORGAN CHASE & CO., et al.**

CRAVATH, SWAINE & MOORE LLP,
Attorneys for SPV Optimal SUS Ltd.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

I, David Greenwald, declare under 28 U.S.C. § 1746 as follows:

1.     I am a partner in the law firm of Cravath, Swaine & Moore LLP, attorneys for

SPV Optimal SUS Ltd. ("**SPV**") in the above-captioned action. I submit this declaration in

support of SPV's Brief in Support of Application of the Equal Treatment Provision to the

Settlement Agreement Between the Trustee and JPMorgan Chase & Co., et al.

2.     Attached hereto as Exhibit A is a true and correct copy of the transcript of the

May 6, 2014 deposition of Marc Hirschfield.

3.     Attached hereto as Exhibit B is a true and correct copy of the Consent Order

among Fairfield Greenwich Advisors LLC and Fairfield Greenwich LTD, on the one hand, and

the Massachusetts Securities Division, on the other hand, filed September 8, 2009 in *Fairfield

Greenwich Advisors LLC*, Case No. 2009-0028 (Office of the Secretary of the Commonwealth

Securities Division).

I declare under penalty of perjury that the foregoing is true and correct.

June 27, 2014

David Greenwald

## Certificate of Service

I hereby certify that on the 27th day of June, 2014, I caused true and correct copies of the foregoing Declaration to be served upon the following counsel of record:

David J. Sheehan, Esq.
Seanna R. Brown, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
*Counsel for Irving H. Picard, Trustee*

Gary Svirsky
Emily Chepiga
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Counsel for Solus Recovery Fund LP*

Bryant Yu