# EXHIBIT 14



**RE: Optimal Settlement Question - Claims Transfer**

Hirschfield, Marc E. <mhirschfield@bakerlaw.com>   to: 'Richard Levin'   03/11/2011 01:50 PM

History:   This message has been replied to and forwarded.

Rich -- as discussed yesterday, this will confirm that the Trustee does not object to Optimal, in connection with an assignment of its claim, assigning to the assignee of the Optimal claims its rights under the "most favored nations" clause in our agreement with Optimal.  We understand that the assignment will happen in accordance with the form of agreement (with the changes we discussed yesterday) that your colleague recently sent to us.

Please let me know if you have any questions.

Best regards,

Marc

> **From:** Richard Levin [mailto:RLevin@cravath.com]
> **Sent:** Tuesday, February 22, 2011 3:06 PM
> **To:** Hirschfield, Marc E.
> **Subject:** Fw: Optimal Settlement Question-Claims Transfer
>
> Marc,
>
> I wrote you on this topic on December 2.  See below.  You and I had a brief phone conversation about it after my email, but I never received written confirmation of your position.
>
> I write again now because we are getting closer to a deal.  And where a claim for $1.5 billion is involved, it pays to be careful.  In addition, we want to make clear to you that the transfer may involve rights under the Settlement Agreement in addition to just a transfer of the Proof of Claim.
>
> How would you like to proceed?  We can share with you a copy of the current, near final draft of the Assignment Agreement, and I can walk you through exactly how we're structuring the transaction, if that would help.  Please advise whether you will be able to provide a response and if so, what you would require.
>
> Best regards,
> Rich
>
> ----- Forwarded by Richard Levin/NYC/Cravath on 02/22/2011 03:01 PM -----
>
> **Richard Levin/NYC/Cravath**
>
> 12/02/2010 11:42 PM
>
> To  mhirschfield@bakerlaw.com
> cc
> Subject  Optimal Settlement Question

OPTIMALMFN00000185

Marc:

Optimal SUS is considering transferring its Allowed Claim for $1,540,141,277.60 to a newly formed, wholly owned subsidiary of the Fund.  Transfer, notices and filings would comply with the claims transfer order that you obtained last month.

Section 19 of the Settlement Agreement among the Trustee, Optimal SUS and Optimal Arbitrage prohibits transfer of any rights under the Settlement Agreement without the consent of the other parties.  We do not view the Allowed Claim itself as a right under the Agreement, as the claim has already been allowed and is in the hands of Optimal SUS.  However, so as not to create any question, we thought it best to confirm that the Trustee agrees with our interpretation (or, alternatively, that the Trustee's obtaining the claims transfer order constitutes the Trustee's consent to the transfer of the claim).  Please advise.  If the Trustee does not agree, we would appreciate your explanation or, in the alternative and to save the trouble of debating who is right, the Trustee's consent.

Best regards,
Rich

This e-mail is confidential and may be privileged. Use or
disclosure of it by anyone other than a designated addressee
is unauthorized. If you are not an intended recipient,
please delete this e-mail from the computer on which you
received it.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly proh bited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.