**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02571 (SMB) |
| Plaintiff, | |
| v. | |
| BANQUE PRIVÉE ESPIRITO SANTO S.A., f/k/a COMPAGNIE BANCAIRE ESPIRITO SANTO S.A., | |
| Defendant. | |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Banque Privée Espirito Santo S.A., f/k/a Compagnie Bancaire

Espirito Santo S.A. ("Defendant"), may move, answer, or otherwise respond to the Trustee's

complaint (the "Complaint") is extended up to and including August 29, 2014.  The pre-trial

conference will be adjourned from September 17, 2014, at 10:00 a.m. to October 22, 2014, at

10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for

Defendant to move, answer, or otherwise respond to the Complaint.  Nothing in this Stipulation

is a waiver of Defendant's right to request from the Court a further extension of time to move, answer, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: June 30, 2014          /s/ Thomas L. Long
      New York, New York      **BAKER & HOSTETLER LLP**
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone:  (212) 589-4200
                                    Facsimile:  (212) 589-4201
                                    David J. Sheehan
                                    Email:  dsheehan@bakerlaw.com
                                    Thomas L. Long
                                    Email:  tlong@bakerlaw.com
                                    Mark A. Kornfeld
                                    Email:  mkornfeld@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

/s/  John F. Zulack
**FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP**
One Liberty Plaza
New York, New York  10006
Telephone:  (212) 412-9500
Facsimile:  (212) 964-9200
John F. Zulack
Email: jzulack@fzwz.com
Elizabeth A. O'Connor
Email: eoconnor@fzwz.com
Megan Davis
Email: mdavis@fzwz.com

*Attorneys for Defendant Banque Privée
Espirito Santo S.A., f/k/a Compagnie Bancaire
Espirito Santo S.A.*