**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>             v.<br><br>FALCON PRIVATE BANK LTD. (f/k/a AIG Private Bank AG),<br><br>             Defendant. | Adv. Pro. No. 11-02923 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Falcon Private Bank Ltd. (f/k/a AIG Private Bank AG) ("Defendant") may move, answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including August 29, 2014.  The pre-trial conference will be adjourned from September 17, 2014, at 10:00 a.m. to October 22, 2014, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of Defendant's right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have to discovery and otherwise, whether procedural or substantive, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

*[Remainder of page intentionally left blank.]*

Dated: June 30, 2014
      New York, New York

| | |
|---|---|
| /s/ Thomas L. Long | /s/ Samuel S. Cavior |
| **BAKER & HOSTETLER LLP** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 45 Rockefeller Plaza | 1540 Broadway |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 858-1683 |
| Facsimile: (212) 589-4201 | Facsimile: (917) 464-9571 |
| David J. Sheehan | Eric Fishman |
| Email: dsheehan@bakerlaw.com | Email: eric.fishman@pillsburylaw.com |
| Thomas L. Long | Kerry A. Brennan |
| Email: tlong@bakerlaw.com | Email: kerry.brennan@pillsburylaw.com |
| Mark A. Kornfeld | Samuel S. Cavior |
| Email: mkornfeld@bakerlaw.com | Email: Samuel.cavior@pillsburylaw.com |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for Falcon Private Bank Ltd. (f/k/a AIG Private Bank AG)* |