**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>   v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>       Defendant. | Adv. Pro. No. 12-01047 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND
AND ADJOURNING PRE-TRIAL CONFERENCE**

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Koch Industries, Inc. ("Defendant") may move, answer or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including August 29, 2014. The pre-trial conference will be adjourned from September 17, 2014, at 10:00 a.m. to October 22, 2014, at 10:00 a.m.

   The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendant to move, answer, or otherwise respond to the Complaint. Nothing in this

08-01789-cgm    Doc 7202    Filed 06/30/14    Entered 06/30/14 16:32:54    Main Document
                                            Pg 2 of 2

Stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to move, answer, or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defense based on lack of personal jurisdiction and any defense that Defendant is not a successor in interest to Koch Investment (UK) Company.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: June 30, 2014
       New York, New York

| | |
|---|---|
| /s/ Thomas L. Long | /s/ Jonathan Guy |
| **BAKER & HOSTETLER LLP** | **ORRICK, HERRINGTON &** |
| 45 Rockefeller Plaza | **SUTCLIFFE LLP** |
| New York, New York 10111 | Columbia Center |
| Telephone: (212) 589-4200 | 1152 15th Street, N.W. |
| Facsimile: (212) 589-4201 | Washington, D.C. 20005 |
| David J. Sheehan | Telephone: (202) 339-8400 |
| Email: dsheehan@bakerlaw.com | Facsimile: (202) 339-8500 |
| Thomas L. Long | Jonathan Guy |
| Email: tlong@bakerlaw.com | Email: jguy@orrick.com |
| Mark A. Kornfeld | James W. Burke |
| Email: mkornfeld@bakerlaw.com | Email: jburke@orrick.com |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for Koch Industries, Inc.* |