STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (SMB)

        Plaintiff-Applicant,             SIPA LIQUIDATION

    v.                                    (Substantively
                                                    Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------x
IRVING H. PICARD, Trustee for the         Adv. Proc. No.
Liquidation of Bernard L. Madoff          10-04941 (SMB)
Investment Securities LLC,

        Plaintiff,

    v.

MICHAEL MOST,

        Defendant.
------------------------------------x

most-134

```
----------------------------------------x
IRVING H. PICARD, Trustee for the          Adv. Proc. No.
Liquidation of Bernard L. Madoff           10-04947 (SMB)
Investment Securities LLC,

                Plaintiff,

        v.

MARJORIE MOST,

                Defendant.
----------------------------------------x
```

### NOTICE OF ADJOURNMENT OF MOTIONS

**PLEASE TAKE NOTICE** that the motions by the defendants, Michael Most and Marjorie Most, why subpoenas issued by plaintiff should not be quashed and protective order should not be granted, in the above-referenced adversary proceedings that were previously scheduled for July 10, 2014 at 10:00 a.m. have been adjourned to **July 17, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced motions will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:   Farmingville, NY
         July 1, 2014

                            STIM & WARMUTH, P.C.

                            By:/s/_____
                               PAULA J. WARMUTH
                               Attorney for Defendants,
                               Michael Most
                               2 Eighth Street

Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Email: pjw@stim-warmuth.com
Glenn P. Warmuth
Email: gpw@stim-warmuth.com