**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ESTATE OF LEONARD M. HEINE JR.,<br><br>SANDRA HEINE, individually, in her capacity as personal representative of the Estate of Leonard M. | Adv. Pro. No. 10-04478 (SMB) |

| |
|---|
| Heine Jr., and as trustee of the trust created under the Last Will and Testament of Leonard M. Heine Jr., |
| LEONARD M. HEINE JR. CREDIT SHELTER TRUST, |
| MICHAEL HEINE, |
| NANCY ELLEN HEINE MOSKOWITZ, |
| THOMAS CHARLES HEINE, |
| CHRISTOPHER ALTMAN HEINE, |
| ROBERT G. HEINE, |
| MARJORIE HEINE BERGER, |
| LAUREN STACEY MOSKOWITZ, |
| ALEXANDRA DALE HEINE, |
| MORGAN HALEY HEINE, and |
| JEFFREY DAVID HEINE, |
|                     Defendants. |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

300327579.1

Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on June 24, 2014 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 25], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to or upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Keith N. Costa to act as Mediator in this matter. The Parties further agree to contact Keith N. Costa as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated:       New York, New York
             July 1, 2014

| **BERNFELD DEMATTEO, LLP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: s/ *Jeffrey L. Bernfeld* | By: s/ *Marc E. Hirschfield* |
| 600 Third Avenue, 15th Floor | 45 Rockefeller Plaza |
| New York, NY 10016 | New York, New York 10111 |
| Telephone: 212.661.1661 | Telephone: 212.589.4200 |
| Facsimile: 212.557.9610 | Facsimile: 212.589.4201 |
| Jeffrey L. Bernfeld | David J. Sheehan |
| Email: jbdobro@hotmail and | Email: dsheehan@bakerlaw.com |

3

300327579.1

08-01789-cgm    Doc 7222    Filed 07/01/14    Entered 07/01/14 16:59:08    Main Document
Pg 4 of 4

jeffreybernfeld@benfeld-dematteo.com

*Attorneys for Defendants Estate of Leonard M. Heine Jr., Sandra Heine, individually, in her capacity as personal representative of the Estate of Leonard M. Heine Jr., and as trustee of the trust created under the Last Will and Testament of Leonard M. Heine Jr., Leonard M. Heine Jr. Credit Shelter Trust, Michael Heine, Nancy Ellen Heine Moskowitz, Thomas Charles Heine, Christopher Altman Heine, Robert G. Heine, Marjorie Heine Berger, Lauren Stacey Moskowitz, Alexandra Dale Heine, Morgan Haley Heine, and Jeffrey David Heine*

Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jessie A. Kuhn
Email: jkuhn@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*
4

300327579.1