**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MANDELL & BLAU, M.D.'s, P.C. 401(K) PROFIT SHARING PLAN; JEFFREY S. BLAU, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; NEAL D. BARKOFF, in his capacity as Trustee of the | Adv. Pro. No. 10-05156 (SMB) |

| |
|---|
| Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; JULIE S. GERSHON, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; RICHARD GLISSON, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; HENRY JANSSEN, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; ALISA SIEGFELD, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; M. LEE WALLACE, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; and JEAN WIEGERT, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan, <br><br>                     Defendants. |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 3, 2010, [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Pursuant to the Avoidance Procedures, each Avoidance Action shall be referred to mediation upon the completion of discovery. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee hereby states that the Trustee and Defendants Mandell & Blau, M.D.'s, P.C. 401(k) Profit Sharing Plan, Jeffrey S. Blau, Neal D. Barkoff, Julie S. Gershon, Richard Glisson, Henry Janssen, Alisa Siegfeld, M. Lee Wallace and Jean Weigert (the "Parties") have completed discovery in the above-referenced adversary proceeding, and the adversary proceeding is being referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.

Dated: New York, New York
       July 1, 2014

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

3