**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.
------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC.

        Plaintiff,

  v.

BANK HAPOALIM B.M. and BANK HAPOALIM (Switzerland) LTD.,

        Defendants.
------------------------------------------------------------X

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation
(Substantively Consolidated)

Adv. Pro. No. 12-01216 (SMB)

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application (the "Application") of Chadbourne & Parke LLP to withdraw as counsel of record for defendants Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) LTD. in the above captioned case, and it appearing that no further notice of the Application is required or necessary, and objections, if any, to the Application having been overruled, settled or withdrawn, and after due deliberation, and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is granted ~~in all respects.~~ **[SMB: 7/8/14]**

Dated: New York, New York
      July 8<u>th</u>, 2014

                              /s/ STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE