**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>COHEN POOLED ASSET ACCOUNT *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04371 (SMB) |

## STIPULATION AND AMENDED ORDER SETTING BRIEFING SCHEDULE

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, Baker & Hostetler LLP, and defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H&E Cohen Foundation (the "Defendants") (collectively with the Trustee, the "Parties"), by and through their counsel, Eric S. Olney , Esq., hereby stipulate and agree as follows:

WHEREAS, on November 30, 2010, the Trustee filed a complaint in the above-captioned adversary proceeding (the "Complaint");

WHEREAS, on May 16, 2014, the Defendants filed a motion to dismiss (the "Motion to Dismiss") the Complaint pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, on June 6, 2014, the Parties stipulated and agreed to a briefing schedule and now wish to amend certain of the dates therein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Trustee and the Defendants, by the endorsement of themselves or their respective counsel below, that:

1. The Trustee shall file and serve his opposition to Defendants' Motion to Dismiss no later than **August 5, 2014**;

2. The Defendants shall file and serve their reply to the Trustee's opposition no later than **August 26, 2014**;

3. A hearing on Defendants' Motion to Dismiss is scheduled before this Court for **September 17, 2014** at 10:00am;

[*Remainder of This Page Intentionally Left Blank*]

Dated: July 8, 2014
New York, New York

| **BAKER & HOSTETLER LLP** | **SHAPIRO, ARATO & ISSERLES, LLP** |
|---|---|
| By: *s/ Dominic A. Gentile* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Marc E. Hirschfield <br> Email: mhirschfield@bakerlaw.com <br> Oren J. Warshavsky <br> Email: owarshavsky@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> Dominic A. Gentile <br> Email: dgentile@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By: *s/ Eric S. Olney* <br> 500 Fifth Avenue, 40th Floor <br> New York, New York 10110 <br> Telephone: 212.257.4880 <br> Facsimile: 212.202.6417 <br> Eric S. Olney <br> Email: eolney@shapiroarato.com <br><br> *Attorneys for Defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H.E. Cohen Foundation* |

So Ordered this 8th day of  June , 2014.

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge