**Exhibit A**

| BLMIS Account Name | BLMIS Account Number | Customer Filed Claim for Protection | Customer Objected to Determination | Trustee Seeks Disallowance Under 11 U.S.C. 502(d) |
|---|---|---|---|---|
| S & R INVESTMENT CO | 103009 | | | |
| LAD CO | 103012 | | | |
| LESLIE & DAVID SHAPIRO | 103029 | | | |
| STANLEY SHAPIRO TRUST | 103033 | | | |
| S & R INVESTMENT CO | 103039 | | | |
| RENEE SHAPIRO C/F DAVID B SHAPIRO [1] | 103045 | | | |
| RENEE SHAPIRO C/F LESLIE B SHAPIRO [1] | 103046 | | | |
| STANLEY SHAPIRO | 103047 | | | |
| S & R INVESTMENT CO ACCOUNT O | 103058 | | | |
| S & R INVESTMENT CO ACCOUNT H | 103069 | | | |
| KENNETH E CITRON | 1C1214 | | | |
| LESLIE SHAPIRO CITRON KENNETH CITRON J/T WROS | 1C1251 | ✔ | ✔ | ✔ |
| KENNETH E CITRON LESLIE S CITRON CUSTODIANS FBO CITRON CHILDREN | 1C1327 | | | |
| TRUST FBO THE CHILDREN OF LESLIE B CITRON | 1C1345 | ✔ | | ✔ |
| DAVID SHAPIRO | 1S0306 | ✔ | | |
| TRUST FOR THE BENEFIT OF THE CHILDREN OF DAVID SHAPIRO | 1S0540 | ✔ | | ✔ |
| S & R INVESTMENT CO | 1SH014 | ✔ | | |
| DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN | 1SH027 | | | |
| DAVID SHAPIRO | 1SH028 | ✔ | | |
| LESLIE SHAPIRO CITRON KENNETH CITRON J/T WROS | 1SH029 | | | |
| LESLIE SHAPIRO CITRON | 1SH030 | ✔ | | |
| S & R INVESTMENT CO STANLEY SHAPIRO | 1SH079 | | | |
| LESLIE S CITRON | 1SH171 | ✔ | | |
| S & R INVESTMENT AND CO | 1SH172 | ✔ | | |

**_Notes_**:

[1] There is no corresponding Exhibit B schedule for these accounts as these accounts were closed during June 1980 and therefore there was no activity in the accounts after March 31, 1981.