Irving H. Picard Trustee
C/O Baker & Hostetler, LLP
ATT: Claims Department
45 Rockefeller Plaza
New York, N.Y. 10111
     -AND-
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004



RE: Bankruptcy Case No. 08_1789(BRL) Notice of Trustee's December 11, 2008 Determination of Claim

To: The Honorable Trustee Irving H. Picard
To: The Honorable Bankruptcy Court of Southern New York

Note: Starting in January 2014, I began filing (Form-IND) at the request of the U.S. Department of Justice; in order that I may qualify for some interest in the Madoff Victim Fund Capital Assets.

However, this offer under the Madoff Victim Fund Plan and my 2009 claim is essentially the same data sent in 2008, this claim was denied in 2009 by Trustee Irving H. Picard, this leaves me wondering and confused as to the necessity of this enclosed submission to the U.S. Department of Justice in Syracuse, New York in 2014. Now, for this reason I am asking the "Trustee" and this "Court" to review this collection of data that was submitted to the U.S. Department of Justice in 2014 in order to qualify for a refund under the Madoff Victim Fund Plan, I also ask to advise me of my rights. Please consider reversing the Trustee's December 8, 2009 denial of claim to me and grant me passage of this claim. Please pay close attention to Lamar Ellis. Ref: In his data here where he declares that claims to this court and the U.S. Department of Justice for his Deposit Guaranty National Bank Safe Keep - Account No: 107458002 are correct.

Sincerely,

*Lamar Ellis 7/8/14*
Lamar Ellis
1516 Shirley Ave.
Jackson, MS 39204