**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, ET AL.<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND TO FOURTH AMENDED COMPLAINT**

Upon the request of defendants HSBC Bank Bermuda Limited ("Bank Bermuda") and Citi Hedge Fund Services Ltd., ("Citi Hedge"), by and through their undersigned attorneys, for a

further extension of time beyond July 18, 2014, as provided in the "Stipulation Extending Time To Respond To Fourth Amended Complaint And Setting Date For Pre-Trial Conference" [Doc. #101]; and the respective counsel for the Trustee, Bank Bermuda and Citi Hedge having conferred; it is hereby stipulated and agreed by and between the undersigned herein:

The deadline by which Bank Bermuda and Citi Hedge may move, answer or otherwise respond to the Fourth Amended Complaint is extended from July 18, 2014, up to and including September 19, 2014.

Nothing in this Stipulation is a waiver of Bank Bermuda's or Citi Hedge's rights to request from the Court a further extension of the deadline set forth above, and/or the Trustee's right to object to any request.

Undersigned counsel for Bank Bermuda and Citi Hedge expressly represent: (i) service of the Summons and Complaint in the above-captioned adversary proceeding was properly effected upon them, and (ii) they have the authority to, and hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the Summons and Complaint on behalf of Bank Bermuda and Citi Hedge.  The parties to this Stipulation agree that entering into this Stipulation does not constitute submission by Bank Bermuda or Citi Hedge to the jurisdiction of this Court and, except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including to challenge the jurisdiction of the Court in this Court or any other court.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be

2

deemed an original.  This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

Dated:  July 9, 2014
        New York, New York

BAKER & HOSTETLER LLP

By:  /s/  David J. Sheehan
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Geraldine E. Ponto
Email:  gponto@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ David E. Brodsky
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
David E. Brodsky
Email: dbrodsky@cgsh.com
Thomas J. Moloney
Email: tmoloney@cgsh.com

*Attorneys for Defendant HSBC Bank Bermuda Limited*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Carmine Boccuzzi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 224-2000
Facsimile: (212) 225-3999
Carmine Boccuzzi
Email: cboccuzzi@cgsh.com
James W. Doggett
Email: jdoggett@cgsh.com

*Attorneys for Defendant Citi Hedge Fund Services Ltd.*