KATSKY KORINS LLP  
605 Third Avenue  
New York, New York 10158  
Telephone: (212) 953-6000  
Facsimile: (212) 953-6899  
Robert A. Abrams, Esq.  
rabrams@katskykorins.com  

SIEGEL, LIPMAN, SHEPARD, LLP  
5355 Town Center Road, Suite 801  
Boca Raton, FL 33486  
Telephone: (561) 368-7700  
Facsimile: (561) 368-9274  
Kenneth W. Lipman, Esq.  
klipman@sldsmlaw.com  

*Attorneys for Defendants Richard Spring,*  
*The Spring Family Trust, and The Jeanne T. Spring Trust*

**Presentment Date**: July 25, 2014, 12:00 p.m. (New York time)  
**Objection Date**: July 25, 2014, 11:30 a.m. (New York time)

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
In re:

BERNARD L. MADOFF INVESTMENT  
SECURITIES LLC,

            Debtor.

-----------------------------------------------------------x  
IRVING H. PICARD, Trustee for the Liquidation  
of Bernard L. Madoff Investment Securities LLC,

            Plaintiff,

            v.

COHMAD SECURITIES CORPORATION, *et al.*

            Defendants.

-----------------------------------------------------------x

SIPA LIQUIDATION

Adv. Pro. No. 08-01789 (SMB)

Adv. Pro. No. 09-01305 (SMB)

## NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD FOR THE SPRING DEFENDANTS

S I R (S) :

**PLEASE TAKE NOTICE**, that upon the annexed application of Siegel, Lipman, Shepard, LLP, f/k/a Siegel, Lipman, Dunay, Shepard & Miskel, LLP (the "Firm") for an order, pursuant to Local Bankruptcy Rule 2090-1(e), authorizing the Firm to withdraw as co-counsel for Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust, the undersigned will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on July 25, 2014 at 12:00 p.m. (New York Time).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on July 25, 2014. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

Dated: New York, New York
July 10, 2014

Respectfully submitted,
**KATSKY KORINS LLP**

By: /s/ Robert A. Abrams
    Robert A. Abrams
    rabrams@katskykorins.com
605 Third Avenue
New York, New York 10158
Telephone: (212) 953-6000
Facsimile: (212) 953-6899

**SIEGEL, LIPMAN, SHEPARD, LLP**
Kenneth W. Lipman, Esq.
klipman@sldsmlaw.com
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
Telephone: (561) 368-7700
Facsimile: (561) 368-9274
*Attorneys for Defendants Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust*