Douglas L. Furth
Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300
*Counsel to Elaine S. Stein and the Elaine S. Stein Revocable Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

------------------------------------------------------------X

In re

BERNARD L. MADOFF,

Debtor.

------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05259 (BRL) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEIL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of ELAINE STEIN ROBERTS; ARTHUR J. | |

2027508.1

FEIBUS; EUNICE CHERVONY LEHRER; NTC :
& CO. LLP, as former custodian of an Individual :
Retirement Account for the benefit of EUNICE :
CHERVONY; ELAINE S. STEIN; ELAINE S. :
STEIN REVOCABLE TRUST; JAMAT :
COMPANY, LLC; THE MESTRO COMPANY; :
TRUST U/W/O DAVID L. FISHER; TRUST :
U/T/A 8/20/90; AND EVELYN FISHER, :
individually, and in her capacity as Trustee for :
TRUST U/W/O DAVID L. FISHER and TRUST :
U/T/A 8/20/90, :
                                                                    :
                              Defendants.         :
------------------------------------------------------------x

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK   )

        Elizabeth Neuman, being duly sworn, deposes and says:

1.    I am over the age of eighteen years and not a party to these proceedings. I reside in New York, New York.

2.    On June 2, 2014, I caused to be served the *Answer to Complaint* [by Elaine S. Stein and the Elaine S. Stein Revocable Trust), by electronic mail and by depositing a true copy thereof enclosed in a post-paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the party on the attached Service List.

        *Elizabeth Neuman*
        Elizabeth Neuman

Sworn to before me this
11th day of July, 2014

_____
Notary Public

**DAVID H. REINHART**
**Notary Public, State of New York**
**No. 01RE6196722**
**Qualified in Queens County**
**Commission Expires Nov. 17, 2016**

2027508.1

## SERVICE LIST

Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019
Attn: Yani Indrajana Ho, Esq.
Email: yho@windelsmarx.com

2027508.1