**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05386 (SMB) |
| Plaintiffs, | |
| v. | |
| HOBOKEN RADIOLOGY, LLC, | |
| Defendant. | |

<u>**STIPULATION AND ORDER APPROVING SELECTION OF MEDIATOR AND EXTENDING AGREED PERIOD FOR MEDIATION**</u>

**WHEREAS,** Irving H. Picard, Trustee for the substantively consolidated liquidation of

Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee") and the

defendant ("Defendant," and together with the Trustee, the "Parties") in the above-referenced

adversary proceeding (the "Action") agreed to exchange limited discovery and mediate the issues

presented in the Action pursuant to a Stipulation and Order (the "Mediation Order"), "so ordered" by this Court on November 13, 2013 (Doc. No. 41); and

**WHEREAS**, the Mediation Order provides that the Parties shall choose a mediator who is on this Court's Mediation Panel or is an otherwise appropriate person mutually agreed to by the Parties, which selection shall in either case be in accordance with this Court's General Order M-390 and subject to this Court's further approval; and

**WHEREAS**, the Parties have selected Hon. Francis G. Conrad ("Conrad") as the mediator; and

**WHEREAS**, Conrad is on the Court's Mediation Panel and served as a United States Bankruptcy Judge in various jurisdictions and as a member of the Bankruptcy Appellate Panel for the Second Circuit; and

**WHEREAS,** Conrad and the Parties have entered into a separate Mediator Engagement Agreement consistent with the Mediation Order and this Court's General Order M-390; and

**WHEREAS**, consistent with the Mediation Order, the Parties shall each pay half of all reasonable fees, expenses and other amounts payable to Conrad; and

**WHEREAS**, the Mediation Order further provides that the "Agreed Period" for exchanging limited discovery and conducting the mediation shall be deemed to cover the 120-day period commencing on the November 13, 2013 "so ordered" date; and

**WHEREAS**, the Parties need additional time to exchange limited discovery and conduct the mediation, and wish to extend the Agreed Period to cover the 90-day period commencing on the "so ordered" date below.

**NOW, THEREFORE,** the Parties have stipulated and agreed to, and the Court has **ORDERED**, the following:

1.      Other than as set forth below, the Parties hereby affirm the terms of the Mediation Order in all respects.

2

2.      Conrad is approved to mediate this Action in accordance with the terms of the Mediation Order, the Mediator Engagement Agreement and this Court's General Order M-390.

3.      The "Agreed Period", as set forth in subparagraph 1(b)(i) of the Mediation Order, is extended to cover the 90-day period commencing on the "so ordered" date below.

4.      The pre-trial conference in the Action is adjourned from July 30, 2014 at 10:00 a.m. to October 29, 2014 at 10:00 a.m.

Dated: New York, New York       By: /s/ Howard L. Simon
      July 10, 2014       Howard L. Simon (hsimon@windelsmarx.com)
                                    Kim M. Longo (klongo@windelsmarx.com)
                                    Windels Marx Lane & Mittendorf, LLP
                                    156 West 56th Street
                                    New York, New York 10019
                                    Telephone: (212) 237-1000
                                    Facsimile: (212) 262-1215

                                    *Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Alan Nisselson, Chapter 7 Trustee for the Estate of Bernard L. Madoff*

Dated: Jericho, New York        By: /s/ Thomas M. Mealiffe
      July 10, 2014       Thomas M. Mealiffe, Esq. (tmealiffe@nixonpeabody.com)
                                    NIXON PEABODY LLP
                                    50 Jericho Quadrangle, Suite 300
                                    Jericho, New York 11753
                                    Phone: (516) 832-7500
                                    Facsimile: (516) 832-7555

                                    *Attorneys for Defendant*

SO ORDERED ON July 11th,2014:

                                  /s/ STUART M. BERNSTEIN_____
                                  HONORABLE STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE