**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | NO. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-1161 (SMB) |
| Plaintiff, | |
| v. | |
| FEDERICO CERETTI, ET AL. | |
| Defendants. | |

<u>**STIPULATION EXTENDING TIME TO RESPOND TO FOURTH AMENDED**</u>
<u>**COMPLAINT**</u>

Upon the request of defendants The Ashby Trust, The El Prela Trust, Port of Hercules

Trustees Limited, El Prela Group Holding Services Limited, Ashby Holding Services Limited,

Ashby Investment Services Limited, First Peninsula Trustees Limited, Alpine Trustees Limited, and El Prela Trading Investments Limited (together, the "Trust Defendants"), by and through their undersigned attorneys, for a further extension of time beyond July 18, 2014, as provided in the "Stipulation Extending Time To Respond To Fourth Amended Complaint And Setting Date For Pre-Trial Conference" [Doc. #101]; and the respective counsel for the Trustee and the Trust Defendants having conferred; it is hereby stipulated and agreed by and between the undersigned herein:

The deadline by which the Trust Defendants may move, answer or otherwise respond to the Fourth Amended Complaint is extended from July 18, 2014, up to and including September 19, 2014.

Nothing in this Stipulation is a waiver of the Trust Defendants' right to request from the Court a further extension of the deadline set forth above, and/or the Trustee's right to object to any request.

Undersigned counsel for the Trust Defendants expressly represent: (i) service of the Summons and Complaint in the above-captioned adversary proceeding was properly and timely effected upon them, and (ii) they have the authority to, and hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the Summons and Complaint on behalf of the Trust Defendants.  The parties to this Stipulation agree that entering into this Stipulation does not constitute submission by the Trust Defendants to the jurisdiction of this Court and, except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including to challenge the jurisdiction of the Court in this Court or any other court.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

Dated:  July 11, 2014
        New York, New York

BAKER & HOSTETLER LLP

By:  /s/  David J. Sheehan
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

FRESHFIELDS BRUCKHAUS DERINGER
US LLP

By:  /s/ Timothy Harkness
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 230-4610
Facsimile: (646) 465-7410
Timothy Harkness
Email: timothy.harkness@freshfields.com

*Attorneys for Defendants The Ashby Trust,
The El Prela Trust, Port of Hercules
Trustees Limited, El Prela Group Holding
Services Limited, Ashby Holding Services
Limited, Ashby Investment Services Limited,
First Peninsula Trustees Limited, Alpine
Trustees Limited, and El Prela Trading
Investments Limited*