David J. Eiseman
Douglas L. Furth
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel for Defendant Queensgate Foundation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :     Adv. Pro. No. 08-1789 (SMB)
                    Plaintiff-Applicant, :
v.                                      :     SIPA LIQUIDATION
                                        :
BERNARD L. MADOFF INVESTMENT            :     (Substantively Consolidated)
SECURITIES LLC,                         :
                                        :
                    Defendant.          :
                                        :
-----------------------------------------------------------------X
In re                                   :
                                        :
BERNARD L. MADOFF,                      :
                                        :
                    Debtor.             :
-----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation :   Adv. Pro. No. 10-05077 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
                                        :
                    Plaintiff,          :
v.                                      :     **AFFIDAVIT OF SERVICE**
                                        :
QUEENSGATE FOUNDATION,                  :
                                        :
                    Defendant.          :
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Michael S. Weinstein, being duly sworn, deposes and says:

2055680.1

1.  I am over the age of eighteen years and not a party to these proceedings. I reside in Yonkers, New York.

2.  On May 2, 2014, I caused to be served the (1) *Answer*, and (2) *Corporate Ownership Statement Pursuant to Rule 7007.1*, by electronically mailing true copies of same to the party on the attached Service List.

                              Michael S. Weinstein

Sworn to before me this
11th day of July, 2014

_____
Notary Public

**ELIZABETH NEUMAN**
Notary Public, State of New York
No. 01NE6196419
Qualified in New York County
Commission Expires Nov. 17, 2016

2055680.1

SERVICE LIST

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:   Heather J. McDonald, Esq.
Email: hmcdonald@bakerlaw.com

2055680.1