# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

July 14, 2014

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lamar Ellis
1516 Shirley Ave.
Jackson, MS 39204

Re:   Bernard L. Madoff Investment Securities LLC ("BLMIS") Bankr. S.D.N.Y., No. 08-1789 (SMB)

Dear Mr. Ellis:

We are counsel to Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation proceedings of BLMIS under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the estate of Bernard L. Madoff.

We are in receipt of your letter to Judge Bernstein and the Trustee, which was filed on July 9, 2014, ECF No. 7284. In your letter, you ask that the Trustee consider reversing his denial of your claim. We write to inform you that your BLMIS claims have been expunged pursuant to prior proceedings as described below.

On March 24, 2009 and July 30, 2009, you filed two claims (008118 and 070192) with the Trustee in the BLMIS SIPA proceeding. On December 8, 2009 and November 4, 2010, the Trustee determined your claims, informing you by letter at the address in your claim forms that you did not have an account or any other relationship with BLMIS and therefore you are not a "customer" of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). See enclosed. You filed three objections to the Trustee's denial of your claims on December 22, 2009, September 17, 2010 and November 29, 2010, ECF Nos. 1112, 2998 and 3249.

On March 16, 2012, the Trustee filed his third omnibus motion (the "Motion," ECF No. 4732) seeking to have the Bankruptcy Court expunge any and all claims and objections filed by or on behalf of claimants that did not invest with BLMIS, or in entities that invested with BLMIS, pursuant to section 78fff–2(b)(2) of SIPA, Rule 3007(d) of the

July 14, 2014
Page 2

Federal Rules of Bankruptcy Procedure and the Bankruptcy Court's Order of December 23, 2008. You were served with notice of the hearing and adjournments, ECF Nos. 4737, 4768, 4772, as enclosed.

On April 19, 2012, the Bankruptcy Court granted the Motion, expunging your claims and overruling your objections. *See* Order, ECF No. 4779, also enclosed. You were served with the Order at the address specified in your claims objections, ECF No. 4792, as enclosed. No timely appeal was filed and the order is now final. Thus, there is no further action for the Trustee to take with respect to your claim.

Regarding your request for review of the data you submitted to the U.S. Department of Justice in connection with the Madoff Victim Fund, neither the Trustee nor the Bankruptcy Court has involvement in the administration of the Madoff Victim Fund. The Madoff Victim Fund is administered by Richard C. Breeden, the Special Master on behalf of the U.S. Department of Justice. For more information, please be advised that the relevant website is www.madoffvictimfund.com and the contact details are as follows: Madoff Victim Fund, P.O. Box 6310, Syracuse, NY 13217-6310, info@madoffvictimfund.com, and (866) 624-3670.

Sincerely,

Bik Cheema

Enclosures

cc:    Honorable Stuart M. Bernstein