**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Jonathan B. New
Robertson D. Beckerlegge
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOEL R. LEVEY,<br><br>Defendant. | Adv. Pro. No. 10-04282 (SMB) |

## STIPULATION EXTENDING FACT DISCOVERY

WHEREAS, on November 12, 2010, the plaintiff, Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, filed a complaint (the "Complaint") in this adversary proceeding, naming Joel R. Levey defendants (the "Levey Adversary Proceeding").

WHEREAS, the Complaint is comprised of avoidance claims to recover actual fraudulent transfers prior to December 11, 2008 (the "Filing Date"),[1] the date upon which adversary proceeding number 10-04282 was commenced.

WHEREAS, the deadline for completion of fact discovery in the Levey Adversary Proceeding is currently scheduled for July 14, 2014.

WHEREAS, the parties have agreed to extend the deadline for the completion of fact discovery to the later of August 4, 2014.

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel, that:

1.  The completion of fact discovery in the Levey Adversary Proceeding shall be extended through August 4, 2014.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." 15 U.S.C. § 78lll(7)(B). Thus, even though the application for a protective decree was filed on December 15, 2008, the Filing Date in this action is December 11, 2008.

2

2.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: July 14, 2014
         New York, New York

| BAKER & HOSTETLER LLP | WACHTEL, MASYR & MISSRY, LLP |
|---|---|
| *s/ Marc E. Hirschfield* | *s/ Howard Kleinhendler* |
| Baker & Hostetler LLP | 1 Dag Hammarskjold Plaza |
| 45 Rockefeller Plaza | 885 Second Avenue |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: (212) 589-4200 | Telephone: 212.909.9522 |
| Facsimile: (212) 589-4201 | Facsimile: 212.909.9417 |
| David J. Sheehan | Howard Kleinhendler |
| Email: dsheehan@bakerlaw.com | Email: hkleinhendler@wmllp.com |
| Marc E. Hirschfield | Sara Spiegelman |
| Email: mhirschfield@bakerlaw.com | Email: sspiegelman@wmllp.com |
| Jonathan B. New | |
| Email: jnew@bakerlaw.com | *Attorneys for Defendant, Joel R. Levey* |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Christopher B. Gallagher | |
| Email: cgallagher@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*