UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF CLAIMS

The Westport Claimants (the "Claimants"), having filed claims as listed in Exhibit A, Column A (the "Claims") hereby give notice that they withdraw such Claims.

Dated: July 14, 2014

David S. Golub
Silver Golub & Teitell LLP
184 Atlantic St.
Stamford, CT 06901
Phone No. (203) 325-4491

Ilze C. Thielmann
Whatley Kallas, LLP
1180 Madison Avenue, 20th Floor
New York, New York 10036
Phone No. (212) 447-7060

*Counsel to the Westport Claimants*

# Exhibit A

## WESTPORT CLAIMANTS

| Column A: Claim Number | Column B: Claimant Name | Column C: Objection Docket Number |
|---|---|---|
| 005822 | Judith M. Souza | 4111 |
| 002550 | Abramowitz & Pomerantz, P.A., Retirement Plan f/b/o Teresa A. Gutierrez | 4110 |
| 002551 | Abramowitz & Pomerantz, P.A., Retirement Plan f/b/o Richard Abramowitz | 4110 |
| 002553 | Abramowitz & Pomerantz, P.A., Retirement Plan f/b/o Howard L. Pomerantz | 4110 |
| 002554 | Abramowitz & Pomerantz, P.A., Retirement Plan f/b/o Lyle M. Koenig | 4110 |
| 001640 | Alan H. Meyers | 4166; 4195 |
| 010772 | Alan J. Gill, Alan J. Gill Rollover IRA | 4111 |
| 005899 | Alexander Rabinovich | 4110 |
| 002304 | Alexander S. Doron Education IRA (Claim filed by GrandParent, Gary S. Davis) | 4110 |
| 004957 | Antona G. Wilson | 4110 |
| 007008 | Arianna Kedersha | 4110 |
| 007026 | Arianna Kedersha | 4110 |
| 007946 | Arianna Sofia Kedersha Coverdell Education Savings Trust (Claim filed by Parent, Michael Kedersha) | 4110 |
| 006324 | Arnold Kohn | 4110 |
| 007010 | Arthur Zarra | 4110 |
| 007022 | Arthur Zarra | 4110 |
| 006224 | Augustine Zarra | 4110 |
| 007011 | Augustine Zarra | 4110 |
| 010762 | Barbara G. Levinson, Barbara G. Levinson IRA | 4111 |
| 010761 | Barbara G. Levinson, Barbara G. Levinson Roth IRA | 4111 |
| 010754 | Barbara L. Hankin, Barbara L. Hankin IRA | 4111 |

| | | |
|---|---|---|
| 010753 | Barbara L. Hankin, Barbara L. Hankin PC Simple IRA | 4111 |
| 010893 | Barbara L. Hankin, Barbara L. Hankin Rollover IRA | 4111 |
| 005727 | W.R. Johnson Co. Pension and Profit Sharing Plan FBO Kimberly M. Backus | 4110 |
| 005794 | Bernard B. Wineberg IRA | 4110 |
| 005631 | Bonnie A. Johnson Roth IRA | 4110 |
| 004084 | Carol P. Dargan | 4110 |
| 004292 | Cecilia M. Parker | 4093 |
| 004293 | Cecilia M. Parker | 4094 |
| 001628 | Chloe Teresa Bernert (Claim filed by Mother, Leslie Bernert) | 4111 |
| 002356 | Christina M. Davis Roth IRA | 4110 |
| 005641 | Cindy J.. Schacht Roth IRA | 4110 |
| 005295 | Cory D. Johnson Education IRA | 4110 |
| 005637 | Cory D. Johnson Roth IRA | 4110 |
| 007023 | Crescienzo J. Boccanfuso | 4110 |
| 002610 | Cynthia Kane Roth IRA | 4110 |
| 002609 | Cynthia Kane Traditional IRA | 4110 |
| 002514 | Daniel L. Davis Roth IRA | 4110 |
| 010764 | Darby J. Leigh, Darby J. Leigh Roth IRA | 4111 |
| 006166 | David C. Johnson Roth IRA | 4110 |
| 002355 | David L. Davis Roth IRA | 4110 |
| 002512 | David Luke Davis Education IRA (Claim filed by Parent, David L. Davis) | 4110 |
| 001416 | William E. Caplan Rollover IRA | 4111 |
| 005308 | Diane C. Backus Rollover IRA | 4110 |
| 002342 | Traci Diane Davis Roth IRA (Claim filed by Husband, Daniel L. Davis) | 4110 |
| 005869 | Diane T. Levin | 4110 |
| 006263 | Diane T. Levin | 4110 |
| 006483 | Diane T. Levin | 4110 |
| 010769 | Richard E. Layton, Dr. R. Layton P.A. 401(k) Plan - Master | 4111 |
| 004863 | Dorothy C. Brault for Jessica Lee Mueller Coverdell Education Savings Account | 4111 |
| 004864 | Dorothy C. Brault Rollover IRA | 4111 |
| 005632 | Douglas H. Johnson Roth IRA | 4110 |
| 003164 | Edward F. Herlihy Rollover IRA | 4111 |
| 010776 | Edwin Hankin, Edwin Hankin IRA | 4111 |
| 001641 | Ellen Meyers | 4166; 4195 |

2

| | | |
|---|---|---|
| 006267 | Eric M. Rausher Roth IRA | 4110 |
| 003991 | Eugene G. Laychak, Jr., IRA | 4110 |
| 004083 | Everett L. Darqan | 4110 |
| 003987 | Faye Albert IRA | 4127 |
| 003988 | Faye Albert Retirement Plan | 4127 |
| 003986 | Faye Albert Roth IRA | 4127 |
| 006822 | Frank S. Katz Roth IRA | 4110 |
| 010760 | Gary P. Levinson, Gary P. Levinson Roth IRA | 4111 |
| 002303 | Gary S. Davis Roth IRA | 4110 |
| 002388 | Gary S. Davis Traditional IRA | 4110 |
| 005146 | Gerald A. Wilson | 4110 |
| 004956 | Gerald A. Wilson | 4110 |
| 005375 | Giuseppe C. Basili IRA | 4110 |
| 005657 | Giuseppe C. Basili Roth IRA | 4110 |
| 001306 | Grace A. Nash IRA | 4110 |
| 004263 | Guy S. Parker IRA | 4092 |
| 004295 | USA/Direct Inc. Retirement Plan FBO Guy S. Parker | 4091 |
| 002513 | Hayden D. Davis (Claim filed by Parent, Daniel L. Davis) | 4110 |
| 002552 | Howard L. Pomerantz IRA | 4110 |
| 006170 | Jacqueline A. Johnson Roth IRA | 4110 |
| 006179 | Jaime R. Johnson Education IRA (Claim filed by Parent, David C. Johnson) | 4110 |
| 001852 | Janet S. Egan IRA | 4111 |
| 006269 | Jason M. Rausher Roth IRA | 4110 |
| 010774 | Jennifer S. Fondiller, Jennifer S. Fondiller IRA | 4111 |
| 010773 | Jennifer S. Fondiller, Jennifer S. Fondiller Roth IRA | 4111 |
| 002389 | Jing W. Davis Traditional IRA | 4110 |
| 002068 | Joanne Verses IRA | 4110 |
| 002934 | John V. O'Neill IRA | 4119 |
| 010771 | Jonathan P. Gill, Jonathan P. Gill Roth IRA (Claim filed by Alan Gill, power of attorney) | 4111 |
| 002400 | Joseph W. Davis Coverdell Education Savings IRA (Claim filed by Parent, Gary S. Davis) | 4110 |
| 000638 | Jozef Kaczynski Roth IRA | 4110 |
| 000639 | Jozef Kaczynski IRA | 4110 |

3

| | | |
|---|---|---|
| 001489 | Jozef Kaczynski IRA | 4110 |
| 002933 | Justin J. O'Neill Roth IRA | 4117 |
| 002611 | Justin Kane IRA | 4110 |
| 002608 | Justin K. Kane Roth IRA | 4110 |
| 001496 | Kara M. Caplan IRA | 4111 |
| 001629 | Kara Ridzon Bernert Education IRA | 4111 |
| 002931 | Keenan, Malladi & O'Neill, P.C. Profit Sharing Plan FBO John V. O'Neill | 4118 |
| 010759 | Kimberly K. Levinson, Kimberly L. Levinson Roth IRA | 4111 |
| 003997 | Linda Laychak IRA | 4110 |
| 005793 | Loretta D. Wineberg IRA | 4110 |
| 001153 | Madeleine E. Corish IRA | 4110 |
| 010775 | Marc B. Hankin, Marc B. Hankin IRA | 4111 |
| 012801 | Marcia B. FitzMaurice IRA | 4110 |
| 002724 | Margaret J. Pace Rollover IRA | 4110 |
| 010751 | Margaret R. Coffee, Margaret R. Coffey IRA | 4111 |
| 005254 | Margherita Basili Roth IRA | 4110 |
| 005374 | Margherita Basili IRA | 4110 |
| 005380 | Margherita Basili Retirement Plan | 4110 |
| 001712 | Maria Rabinovich IRA | 4087; 4110 |
| 006268 | Marsha H. Rausher Roth IRA | 4110 |
| 002932 | Megan E. O'Neill Roth IRA | 4120 |
| 001301 | Michael T. Nash Rollover IRA | 4110 |
| 001302 | Michael T. Nash Roth IRA | 4110 |
| 004085 | Michael W. Egan IRA | 4111 |
| 005568 | Midland Surgical Associates Profit Sharing Plan | 4110 |
| 006272 | Mitchell J. Rauscher Roth IRA | 4110 |
| 006271 | Mitchell J. Rauscher Sep IRA | 4110 |
| 006270 | Mitchell J. Rauscher SarSep IRA | 4110 |
| 003927 | Murtha Enterprises Inc Profit Sharing Plan | 4110 |
| 010770 | Naomi A. Gill, Naomi A. Gill IRA | 4111 |
| 005891 | Natasha Jane Rabinovich Education IRA | 4110 |
| 010894 | Neil A. Gordon, Neil A. Gordon M.D. P.C. Profit Sharing Plan | 4111 |
| 004951 | Patricia L. Roland IRA | 4084 |
| 005296 | Patti E. Schacht Roth IRA | 4110 |
| 006578 | Paula S. Katz Roth IRA | 4110 |
| 006323 | Peggy A. Kohn IRA | 4110 |

4

| | | |
|---|---|---|
| 010763 | Randi D. Leigh, Randi D. Leigh Roth IRA | 4111 |
| 010768 | Diana Skinner, Dr. R. Layton P.A. 401(k) Plan fbo Diana Skinner | 4111 |
| 010766 | Susan Annesley, Dr. R. Layton P.A. 401(k) Plan fbo Susan Annesley | 4111 |
| 015573 | Richard E. Layton, Richard E. Layton Rollover IRA | 4111 |
| 006821 | Rita Katz Roth IRA | 4110 |
| 005728 | Robert Levin Rollover IRA | 4110 |
| 006273 | Robert Levin Rollover IRA | 4110 |
| 006482 | Robert Levin IRA | 4110 |
| 002549 | Robin Abramowitz IRA | 4110 |
| 002515 | Samuel David Davis Education IRA | 4110 |
| 001865 | Sol Davis Company Retirement Plan | 4129 |
| 006305 | Sol Davis Company Retirement Plan | 4110 |
| 006306 | Sol Davis Rollover IRA | 4110 |
| 007009 | Sophia Freitag | 4110 |
| 007024 | Sophia Freitag | 4110 |
| 002399 | Stephanie W. Davis Coverdell Education Savings IRA (Claim filed Parent, Gary S. Davis) | 4110 |
| 010758 | Stephen R. Levinson, Stephen R. Levinson IRA | 4111 |
| 010757 | Stephen R. Levinson, Stephen R. Levinson Rollover IRA | 4111 |
| 010756 | Stephen R. Levinson, Stephen R. Levinson Roth IRA | 4111 |
| 010767 | Richard E. Layton, Dr. R. Layton P.A. 401(k) Plan fbo Richard E. Layton | 4111 |
| 010765 | Suzanne Layton, Suzanne Layton IRA | 4111 |
| 002354 | Theresa A. Wolfe IRA | 4110 |
| 001299 | Thomas H. Nash Rollover IRA | 4110 |
| 001300 | Thomas H. Nash IRA | 4110 |
| 012800 | Thomas R. FitzMaurice Rollover IRA | 4110 |
| 012802 | Thomas R. FitzMaurice IRA | 4110 |
| 001717 | Thomas J. Ridzon Roth IRA | 4111 |
| 010752 | Tom K. Coffee, Tom K. Coffee IRA | 4111 |
| 010755 | Tom K. Coffee, Tom K. Coffee Rollover IRA | 4111 |
| 005194 | Vladimir Rabinovich Roth IRA | 4110 |
| 006168 | W.R. Johnson Co. Pension and Profit Sharing Plan FBO Lavinia F. Zack | 4110 |

5

| | | |
|---|---|---|
| 005297 | W.R. Johnson Co. Pension and Profit Sharing Plan FBO David C. Johnson | 4110 |
| 005294 | W.R. Johnson Co. Pension and Profit Sharing Plan FBO Ben R. Backus | 4110 |
| 005292 | W.R. Johnson Co. Pension and Profit Sharing Plan FBO Francesco Scaturchio | 4110 |
| 002731 | Wendy Sager Pomerantz IRA | 4110 |
| 001823 | Wesley E. Warden IRA | 4128 |
| 001221 | Patricia Ridzon Roth IRA | 4111 |
| 001514 | Jozef Kaczynski Roth IRA | 4110 |
| 001963 | Maria L. Singaguglia IRA | 4110 |
| 002542 | Thomas J. Ridzon Rollover IRA | 4111 |
| 003807 | Neal Austin Sklar Education IRA (Claim filed by Parent, Steven Sklar) | 4110 |
| 003871 | William Paul Ridzon Education IRA (Claim filed by Parent, Paul T. Ridzon) | 4111 |
| 003873 | James Thomas Ridzon Education IRA (Claim filed by Parent, Paul T. Ridzon) | 4111 |
| 004089 | Betty Tar IRA | 4110 |
| 004247 | Pacific Plumbing & Heating Supply Co P/S Plan | 4110 |
| 004249 | Shirley Sklar IRA | 4110 |
| 005017 | Renee Ridzon Retirement Plan | 4111 |
| 005018 | Renee Ridzon Roth IRA | 4111 |
| 005019 | Renee Ridzon IRA | 4111 |
| 005533 | Giuseppe A. Boccanfusco, Beneficiary of the Joseph Boccanfusco Traditional IRA | 4110 |
| 005534 | Shirley Kozik IRA | 4111 |
| 014256 | Westport National Bank FBO Barbara Brown IRA | 4096 |
| 004011 | Maureen J. Ridzon Roth IRA | 4111 |
| 004008 | Paul Thomas Ridzon Roth IRA | 4111 |
| 004114 | Julie Kate Sklar Education IRA (Claim filed by Parent, Steven Sklar) | 4110 |
| 004135 | Kenneth Henry Sklar Education IRA (Claim filed by Parent, Steven Sklar) | 4110 |
| 004169 | William S Sklar Rollover IRA II | 4110 |
| 005469 | Dominick F. Boccanfusco IRA | 4110 |
| 005471 | Maria Shuster Roth IRA | 4110 |
| 005908 | Judith M. Souza Rollover IRA | 4111 |
| 005466 | Giuseppe A. Boccanfusco Roth IRA | 4110 |
| 001430 | William E. Caplan IRA | 4111 |