**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

<u>**AMENDED AFFIDAVIT OF MAILING**</u>

STATE OF TEXAS              )
                          )    ss:
COUNTY OF DALLAS           )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.      I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On April 30, 2014,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1.      Notice of Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans *and* Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans [Docket Number 6489]

2.      Declaration of David J. Sheehan in Support of the Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans [Docket Number 6491]

3.      Declaration of Vineet Seghal in Support of the Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Attachments: Exhibits 1-3)[Docket Number 6492]

Executed on _July 14_, 2014

_____
John S. Franks

Sworn to and subscribed before me this _14_ day of _July_, 2014.

AMY RACITI
My Commission Expires
March 27, 2018

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| Redacted for confidentiality reasons | | | | | | 10006 |
| Redacted for confidentiality reasons | | | | | | 55344 |
| Redacted for confidentiality reasons | | | | | | 02109 |
| Redacted for confidentiality reasons | | | | | | 06901-1026 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 11560 |
| Redacted for confidentiality reasons | | | | | | 32837 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 10025 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |

Exhibit A
April 30, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |

Exhibit A
April 30, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 11021 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |

Exhibit A
April 30, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|------|---------|----------|----------|------|-------|-----|
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |

Exhibit A
April 30, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |

Exhibit A
April 30, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |

Exhibit A
April 30, 2014

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |

Exhibit A
**April 30, 2014**

| Name | Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |
| Redacted for confidentiality reasons | | | | | | 06901 |