# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>v.<br><br>THE ESTATE OF MADELINE GINS ARAKAWA, STEPHEN GINS, in his capacity as Executor of the Estate of Madeline Gins Arakawa, RONALD SPENCER, in his capacity as Executor of the Estate of Madeline Gins Arakawa, and MICHAEL GOVAN, in his capacity as Executor of the Estate of Madeline Gins Arakawa,<br><br>          Defendants. | Adv. Pro. No. 10-04827 (SMB) |