**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO AMEND COMPLAINT**
**AND ADJOURNING PRE-TRIAL CONFERENCE AND HEARING**

  WHEREAS, on December 9, 2010, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively consolidated estate of Bernard L. Madoff individually, commenced the above-captioned adversary proceeding (the "Adversary Proceeding"); and

  WHEREAS, on February 1, 2012, Defendants filed a motion to dismiss the Adversary Proceeding (the "Motion to Dismiss"), which is pending before this Court; and

WHEREAS, by stipulation dated and so ordered on April 14, 2013, which followed prior stipulations and orders extending time, the Trustee's time to amend the complaint in the Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) was extended up to and including July 16, 2014;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The Trustee's time to respond to the Motion to Dismiss or to amend the complaint pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) is extended up to and including November 19, 2014.

2. After any amendment of the complaint by the Trustee, Defendants shall have until January 14, 2015 to supplement the Motion to Dismiss or file a new Motion to Dismiss. The Trustee shall have until March 4, 2015 to serve and file answering papers, if any, to the Motion to Dismiss, and Defendants shall have until April 22, 2015 to serve and file reply papers, if any.

3. The hearing on the Motion to Dismiss is adjourned to May 20, 2015, at 10:00 a.m.

4. The pre-trial conference, which was previously scheduled to be held on November 19, 2014, is adjourned to March 25, 2015, at 10:00 a.m., or otherwise shall proceed in accordance with applicable court rules.

5. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the presiding Court a further extension, or of any other party's right to object to any such request.

6. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall

2

be deemed an original.

Dated: New York, New York
       July 11, 2014

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: /s/Andrew W. Reich | By: /s/Richard E. Signorelli |
| 45 Rockefeller Plaza | 799 Broadway, Suite 539 |
| New York, New York 10111 | New York, New York 10003 |
| Telephone: 212.589.4200 | Telephone: 212.254.4218 |
| Facsimile: 212.589.4201 | Facsimile: 212.254.1396 |
| David J. Sheehan | Richard E. Signorelli |
| Email: dsheehan@bakerlaw.com | Email: rsignorelli@aol.com |
| Keith R. Murphy | Email: rsignorelli@nyclitigator.com |
| Email: kmurphy@bakerlaw.com | |
| Andrew W. Reich | |
| Email: areich@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

*Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz-Ostrin Trust I, and the Glantz-Ostrin Trust II, and as executor of the Estate of Edward R. Glantz and the Estate of Thelma Glantz; ELAINE OSTRIN, individually and as trustee of the Edward R. Glantz Living Trust; THE RICHARD M. GLANTZ 1991 LIVING TRUST; THE EDWARD R. GLANTZ LIVING TRUST; THE ESTATE OF EDWARD R. GLANTZ; THE THELMA GLANTZ LIVING TRUST; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST I; THE GLANTZ-OSTRIN TRUST II; AUSTIN BOSARGE; GRACE & COMPANY; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; THE GLANTZ FAMILY FOUNDATION, INC; MERLIN & ASSOCIATES, LTD.; ENHANCEMENT GROUP; LAKEVIEW INVESTMENT, LP; and VISTA MANAGEMENT CO.*

SO ORDERED:

Dated: July 15th , 2014                /s/ STUART M. BERNSTEIN
New York, New York                     HONORABLE STUART M. BERNSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE

3