UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br> v.<br><br>THE ESTATE OF MARK D. MADOFF, ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and STEPHANIE S. MACK.<br><br>     Defendants. | Adv. Pro. No. 09-1503 (SMB) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION FOR
LEAVE TO FILE A THIRD AMENDED COMPLAINT**

  THIS MATTER, having come before the Court on Plaintiff's Motion for Leave to File a Third Amended Complaint (the "Motion"), and the Court having considered the submissions in support of and in opposition (if any) to the Motion, and the Court having found good cause for the relief sought in the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff's Third Amended Complaint, in substantially the form attached to the Motion as Exhibit 1, is to be filed on or before _____, 2014.

SO ORDERED.

Dated: _____, 2014      _____
      New York, New York                           HONORABLE STUART M. BERNSTEIN
                                                   UNITED STATES BANKRUPTCY JUDGE