STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------x
In Re:

BERNARD L. MADOFF,

       Debtor.
------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Proc. No. 10-04941 (SMB) |
| Plaintiff, | |
| v. | |
| MICHAEL MOST, | |
| Defendant. | |

------------------------------------x

most-134

```
------------------------------------x
IRVING H. PICARD, Trustee for the         Adv. Proc. No.
Liquidation of Bernard L. Madoff          10-04947 (SMB)
Investment Securities LLC,

                 Plaintiff,

         v.

MARJORIE MOST,

                 Defendant.
------------------------------------x
```

## NOTICE OF ADJOURNMENT OF MOTIONS

**PLEASE TAKE NOTICE** that the motions by the defendants, Michael Most and Marjorie Most, why subpoenas issued by plaintiff should not be quashed and protective order should not be granted, in the above-referenced adversary proceedings that were previously scheduled for July 17, 2014 at 10:00 a.m. have been adjourned on consent to **August 28, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced motions will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  Farmingville, NY
        July 15, 2014

                        STIM & WARMUTH, P.C.

                        By:/s/_____
                          PAULA J. WARMUTH
                          Attorney for Defendants,
                          Michael Most and Marjorie Most
                          2 Eighth Street

2

Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com