STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.
----------------------------------------x
In Re:

BERNARD L. MADOFF,

      Debtor.
----------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

      Plaintiff,

     v.

MICHAEL MOST,

      Defendant.
----------------------------------------x

Adv. Proc. No.
08-01789 (SMB)

SIPA LIQUIDATION

(Substantively
Consolidated)

Adv. Proc. No.
10-04941 (SMB)

most-134

```
------------------------------------x
IRVING H. PICARD, Trustee for the          Adv. Proc. No.
Liquidation of Bernard L. Madoff           10-04947 (SMB)
Investment Securities LLC,

                Plaintiff,

        v.

MARJORIE MOST,

                Defendant.
------------------------------------x
```

## NOTICE OF ADJOURNMENT OF MOTIONS

**PLEASE TAKE NOTICE** that the motions by the defendants, Michael Most and Marjorie Most, why subpoenas issued by plaintiff should not be quashed and protective order should not be granted, in the above-referenced adversary proceedings that were previously scheduled for July 17, 2014 at 10:00 a.m. have been adjourned on consent to **August 28, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced motions will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: Farmingville, NY
       July 15, 2014

                        STIM & WARMUTH, P.C.

                        By:/s/_____
                           PAULA J. WARMUTH
                           Attorney for Defendants,
                           Michael Most and Marjorie Most
                           2 Eighth Street

2

Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com