UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br> v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,<br><br>    Defendants. | Adv. Pro. No. 10-04336 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

WHEREAS, pursuant to a So Ordered stipulation dated May 7, 2014, the parties

each submitted a supplemental brief on the issue of personal jurisdiction in light of new facts and

information learned through jurisdictional discovery on June 20, 2014;

WHEREAS, pursuant to the So Ordered stipulation, the deadline for the parties to submit a reply brief responding to the other party's supplemental brief is July 16, 2014;

WHEREAS, the parties have agreed, subject to the Court's approval, to a two-day extension for submitting their reply briefs in order for counsel for Defendants to coordinate with their overseas clients;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1.      The remainder of briefing and argument on the issue of personal jurisdiction shall proceed as follows:

a.      The parties shall each submit a reply brief responding to the other party's supplemental brief no later than **July 18, 2014**;

b.      The date for oral argument on the Motion to Dismiss will remain the same, as originally stipulated and agreed, **July 30, 2014 at 10:00 a.m.**

2.      This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

Dated:  New York, New York
       July 15, 2014

| | |
|---|---|
| BAKER & HOSTETLER LLP | KELLEY DRYE & WARREN LLP |
| By:  /s/ Ona T. Wang | By:  /s/ Jonathan K. Cooperman |
| 45 Rockefeller Plaza | 101 Park Avenue |
| New York, New York 10111 | New York, NY 10178 |
| Telephone: 212.589.4200 | Telephone: 212.808.7534 |
| Facsimile: 212.589.4201 | Facsimile: 212.808.7897 |
| David J. Sheehan | Jonathan K. Cooperman |
| Email: dsheehan@bakerlaw.com | Email: jcooperman@kelleydrye.com |
| Tracy Cole | Jessica L. Klarfeld |
| Email: tcole@bakerlaw.com | Email: jklarfeld@kelleydrye.com |
| Ona T. Wang | |
| Email: owang@bakerlaw.com | *Attorneys for Defendants Laurence* |
| M. Elizabeth Howe | *Apfelbaum, Emilie Apfelbaum, and the Estate* |
| Email: bhowe@bakerlaw.com | *(Succession) of Doris Igoin* |
| David McMillan | |
| Email: dmcmillan@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

SO ORDERED:

Dated: July 15th, 2014
New York, New York

   /s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE