UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>HSBC BANK PLC, et al.,<br><br>          Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**

WHEREAS, on December 5, 2010, the plaintiff, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, filed an amended complaint (the "Amended Complaint") in this adversary proceeding;

WHEREAS, the Defendants listed in the footnote below and referred to collectively as the "Stipulating Defendants"[1] have agreed either to accept service of the summons and Amended

---

[1] The Stipulating Defendants are Thema International Fund plc, Hermes International Fund Limited, Lagoon Investment Limited (for itself and on behalf of the Lagoon Investment Trust), Thema Fund Limited, Thema Wise Investments Limited, Geo Currencies Ltd. S.A., Alberto Benbassat, Dr. Alain B. Lévy, solely in his capacity as Executor of the Estate of Mario Benbassat, Stephane Benbassat, Roberto Nespolo, David Smith, Equus Asset Management Limited, Equus Asset Management Partners, L.P., Genevalor, Benbassat & Cie, Hermes Asset Management Limited, Thema Asset Management (Bermuda) Limited, Thema Asset

Complaint or not to contest the validity of service of the Amended Complaint that has been completed, without waiving any other defenses (ECF No. 126); and

WHEREAS, on November 21, 2011, the parties agreed to a prior extension of time in favor of Defendants to move, answer or otherwise respond to the Amended Complaint up to and including March 16, 2012 (ECF No. 153), and

WHEREAS, on March 5, 2012, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including September 14, 2012 (ECF No. 172), and

WHEREAS, on August 21, 2012, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including December 31, 2012 (ECF No. 219), and

WHEREAS, on November 28, 2012, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including January 18, 2013 (ECF No. 231), and

WHEREAS, on January 3, 2013, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including April 24, 2013 (ECF No. 236), and

WHEREAS, on April 9, 2013, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including July 19, 2013 (ECF No. 247), and

---

Management Limited, Cape Investment Advisors Limited, Aurelia Fund Management Ltd., Aurelia Asset Management Partners, Laurent Mathysen-Gerst, Wladimir Stepczynski, Jean-Marc Wenger, Pascal Cattaneo, and Olivier Ador.

WHEREAS, on July 1, 2013, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including December 20, 2013 (ECF No. 252), and

WHEREAS, on November 26, 2013, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including January 17, 2014 (ECF No. 263), and

WHEREAS, on December 19, 2013, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including March 3, 2014 (ECF No. 268), and

WHEREAS, on February 21, 2014, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including May 30, 2014 (ECF No. 279), and

WHEREAS, on May 23, 2014, the parties agreed to a prior extension of time in favor of Defendants to move, answer, or otherwise respond to the Amended Complaint up to and including July 18, 2014 (ECF No. 302); and

WHEREAS, the parties have agreed to a further extension of time in favor of the Stipulating Defendants to move, answer, or otherwise respond to the Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel, that:

1.      The time by which the Stipulating Defendants may move, answer, or otherwise respond to the Amended Complaint is extended up to and including October 17, 2014.

2.      The Trustee reserves all rights and defenses, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

3.  Except with regard to service of the summons and Amended Complaint, the Stipulating Defendants reserve all rights and defenses, including, but not limited to, any challenges to the assertion of personal jurisdiction over the Stipulating Defendants, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

Dated: July 15, 2014
       New York, New York

| | |
|---|---|
| *s/ Oren J. Warshavsky* | *s/ Michael E. Wiles* |
| Baker & Hostetler LLP | Debevoise & Plimpton LLP |
| 45 Rockefeller Plaza | 919 Third Avenue |
| New York, New York 10111 | New York, New York 10022 |
| Telephone: (212) 589-4200 | Telephone: (212) 909-6653 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 521-7653 |
| David J. Sheehan | Michael E. Wiles |
| Email: dsheehan@bakerlaw.com | Email: mewiles@debevoise.com |
| Oren J. Warshavsky | |
| Email: owarshavsky@bakerlaw.com | *Attorneys for Thema International Fund plc, Hermes International Fund Limited, Lagoon Investment Limited, for itself and as trustee of the Lagoon Investment Trust, Thema Fund Limited, Thema Wise Investments Limited, and Geo Currencies Ltd. S.A.* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | |
| | |
| *s/ Mary K. Warren* | *s/ Mark M. Elliott* |
| Willkie Farr & Gallagher LLP | Bingham McCutchen LLP |
| 787 Seventh Avenue | 399 Park Avenue |
| New York, New York 10019 | New York, New York 10022 |
| Telephone: (212) 728-8205 | Telephone: (212) 705-7796 |
| Facsimile: (212) 728-9205 | Facsimile: (212) 702-3651 |
| Mary K. Warren | Mark M. Elliott |
| Email: mwarren@willkie.com | E-Mail: mark.elliott@bingham.com |
| | |
| *Attorneys for Alberto Benbassat, Stephane Benbassat, Dr. Alain B. Lévy, solely in his capacity as Executor of the Estate of Mario Benbassat, Roberto Nespolo, David Smith, Equus Asset Management Limited, Equus Asset Management Partners, L.P., Genevalor, Benbassat & Cie, Cape Investment Advisors Limited, Hermes Asset Management Limited, Thema Asset Management (Bermuda) Limited, and Thema Asset Management Limited* | *Attorneys for Aurelia Fund Management Ltd., Aurelia Asset Management Partners, Laurent Mathysen-Gerst, Wladimir Stepczynski, Jean-Marc Wenger, Pascal Cattaneo and Olivier Ador* |

4