BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email:  bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 17, 2014 AT 10:00 A.M.**

**CONTESTED MATTER**

1.  Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Filed: 4/30/2014) [Docket No. 6489]

    a.  Declaration of David J. Sheehan in Support of the Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Filed: 4/30/2014) [Docket No. 6491]

    b.  Declaration of Vineet Seghal in Support of the Trustee's Motion and Memorandum to Affirm Trustee's Determinations Denying claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Filed: 4/30/2014) [Docket No. 6492]

**OBJECTIONS FILED**:

2.  Memorandum of Law in Opposition to the Trustee's Motion to Affirm Denial of Claims of ERISA Plan Customers, filed by Helen Chaitman on behalf of Elizabeth Cavanaugh, Laura Hallick (Filed: 5/30/2014) [Docket No. 6871]

    a.  Declaration of Helen Davis Chaitman in Opposition to the Trustee's Motion to Affirm Denial of Claim of Daprex Plan Beneficiaries [Docket No. 6872]

    b.  Declaration of Elizabeth Cabanaugh in Opposition to the Trustee's Motion to Affirm Denial of Claim of Daprex Plan Beneficiaries [Docket No. 6873]

    c.  Declaration of Laura Hallick in Opposition to the Trustee's Motion to Affirm Denial of Claim of Daprex Plan Beneficiaries [Docket No. 6874]

**REPLIES FILED:**

3.  Reply Memorandum of SIPC in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Filed: 6/17/2014) [Docket No. 7005]

4.  Trustee's Reply Memorandum in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in the Daprex, Felsen, Sterling, or Orthopaedic ERISA Plans (Filed: 6/17/2014) [Docket No. 7008]

**RELATED FILINGS:**

5.  Affidavit of Service by Sarah B. Roberts regarding Docket Nos. 6489, 6491 and 6492 (Filed: 6/17/2014) [Docket No. 6527]

6.    Affidavit of Mailing by John S. Franks on behalf of AlixPartners LLP regarding Docket Nos. 6489, 6491 and 6492 [Docket No. 6591]

7.    Affidavit of Service by Sarah B. Roberts regarding Docket No. 7008 [Docket No. 7060]

8.    Affidavit of Mailing by John S. Franks on behalf of AlixPartners LLP regarding Docket No. 7008 [Docket No. 7063]

9.    Amended Affidavit of Mailing by John S. Franks on behalf of AlixPartners LLP regarding Docket Nos. 6489, 6491 and 6492 [Docket No. 7366]

<u>Status</u>: This matter is going forward.

Dated: New York, New York
       July 15, 2014

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff

- 3 -