KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Bertram Bromberg Trust UAD 5/26/06, Bertram Bromberg (deceased), Gloria Bromberg Trust UAD 5/26/06, and Gloria Bromberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05080 (SMB) |
| Plaintiff, | |
| v. | |
| BERTRAM BROMBERG TRUST UAD 5/26/06, BERTRAM BROMBERG, individually and in his capacities as settlor, beneficiary, and trustee of the Bertram Bromberg Trust UAD 5/26/06, GLORIA BROMBERG TRUST UAD 5/26/06, GLORIA BROMBERG, individually and in her capacities as settlor, beneficiary, and trustee of the Gloria Bromberg Trust UAD 5/26/06, | |
| Defendants. | |

## SUGGESTION OF DEATH

**PLEASE TAKE NOTICE**, that undersigned counsel regrets to inform the Court that Bertram Bromberg died on June 26, 2014.

**PLEASE TAKE FUTHER NOTICE**, that in accordance with the Stipulation Extending Time to Respond (ECF No.: 27), undersigned counsel notified counsel for the Trustee in writing of Mr. Bromberg's passing on July 11, 2014.

Dated: New York, New York
July 16, 2014

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  /s/  Elise S. Frejka
Philip Bentley
Elise S. Frejka
Jason S. Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Bertram Bromberg Trust UAD 5/26/06, Bertram Bromberg (deceased), Gloria Bromberg Trust UAD 5/26/06, and Gloria Bromberg*