KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Eugenia G. Vogel (deceased), Howard Vogel Retirement Plan and Howard Vogel, individually and in his capacity as trustee of the Howard Vogel Retirement Plan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05090 (SMB) |
| Plaintiff, | |
| v. | |
| EUGENIA G. VOGEL, HOWARD VOGEL RETIREMENT PLAN and HOWARD VOGEL, individually and in his capacity as trustee of the Howard Vogel Retirement Plan, | |
| Defendants. | |

**SUGGESTION OF DEATH**

**PLEASE TAKE NOTICE**, that undersigned counsel regrets to inform the Court that Eugenia G. Vogel died on September 11, 2012.

**PLEASE TAKE FUTHER NOTICE**, that in accordance with the Stipulation Extending Time to Respond (ECF No.: 20), undersigned counsel notified counsel for the Trustee in writing of Eugenia G. Vogel's death within five (5) business days of the date upon which undersigned counsel first learned of her passing.

Dated: New York, New York
       July 16, 2014

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                By:  /s/  Elise S. Frejka
                                    Philip Bentley
                                    Elise S. Frejka
                                    Jason S. Rappaport
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Telephone: (212) 715-9100
                                    Facsimile: (212) 715-8000

                                    *Attorneys for Eugenia G. Vogel (deceased), Howard Vogel Retirement Plan and Howard Vogel, individually and in his capacity as trustee of the Howard Vogel Retirement Plan*