BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04216 (SMB) |
| v. | |
| JO ANN CRUPI, *et al.*, | |
| Defendants. | |

**<u>NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE</u>**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding that was previously scheduled for **July 30, 2014** has been further

adjourned to **August 27, 2014 at 10:00 a.m.**

       **PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
       July 16, 2014

By:    s/ *Marc E. Hirschfield*
          Baker & Hostetler LLP
          45 Rockefeller Plaza
          New York, New York 10111
          Tel:  (212) 589-4200
          Fax:  (212) 589-4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Marc E. Hirschfield
          Email: mhirschfield@bakerlaw.com

          *Attorneys for Irving H. Picard, Trustee for the*
          *Substantively Consolidated SIPA Liquidation of*
          *Bernard L. Madoff Investment Securities LLC*
          *and Bernard L. Madoff*