**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff,                                 SIPA LIQUIDATION

                  v.                                    Adv. Pro. No. 08-01789 (SMB)

BERNARD L. MADOFF INVESTMENT                 (Substantively Consolidated)
SECURITIES LLC,

               Defendant.
-----------------------------------------------------------X
In re:

BERNARD L. MADOFF,                                       Case No.  09-11893 (SMB)

               Debtor.
-----------------------------------------------------------X

## ORDER SCHEDULING HEARING

      By letter dated July 8, 2014 (the "Letter Request"), Lamar Ellis ("Ellis") asks this Court to review documents provided by Ellis to the Department of Justice for participation in the Madoff Victim Fund and advise Ellis of his rights. *See Letter to Trustee and Court re: Notice of Trustee's 12/11/08 Determination of Claim and Madoff Victim Fund*, dated July 8, 2014, (ECF # 7284).  Ellis also requests that this Court consider reversing the Trustee's December 8, 2009 denial of Ellis's claim. *See id.*  The Trustee responded to Ellis on July 14. *See July 14, 2014 Letter to Mr. Lamar Ellis* (ECF # 7359).  Now, therefore,

**IT IS HEREBY:**

      **ORDERED**, that a hearing on the Letter Request will be held before the undersigned bankruptcy judge at 10:00 a.m. on July 30, 2014 in Room 723 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004.

Dated: New York, New York
         July 17, 2014

                                                                  /s/ *Stuart M. Bernstein*
                                                                 STUART M. BERNSTEIN
                                                                 United States Bankruptcy Judge