**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PICTET ET CIE,<br><br>    Defendant. | Adv. Pro. No. 11-01724 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND AND ADJOURNING THE PRETRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Banque Pictet & Cie S.A., sued herein as Pictet et Cie ("Defendant") may move, answer or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including January 16, 2015. The pre-trial conference will be adjourned from June 25, 2014 to February 25, 2015 at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of Defendant's right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation, any objection to jurisdiction of this Court.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

Dated:  July 16, 2014

| BAKER & HOSTETLER LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: /s/ Oren Warshavsky<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Thomas L. Long<br>Email:  tlong@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard,*<br>*Trustee for the Liquidation of Bernard L.*<br>*Madoff Investment Securities LLC* | By: /s/ Michael E. Wiles<br>919 Third Avenue<br>New York, New York 10022<br>Telephone:  212. 909.6000<br>Facsimile:  212.909.6836<br>Michael E. Wiles<br>Email: mewiles@debevoise.com<br><br>*Attorneys for Banque Pictet & Cie S.A.,*<br>*sued herein as Pictet et Cie* |