UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                                            | SIPA LIQUIDATION     |
|---------------------------------------------------|----------------------|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC     | Case No. 08-01789    |

# AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 16, 2014, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000482)

Executed on July 17, 2014

_____
John S. Franks

Sworn to and subscribed before me this 17th day of July, 2014

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)                                    Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900482**
**7/16/2014**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Centerbridge BLTC, L.L.C. | Attn: Aaron Tremalio/Sandra Markovic | 375 Park Avenue | 13th Floor | New York | NY | 10152 | |