**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Donna A. Tobin
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-5398 (SMB) |
| ELBERT R. BROWN TRUST; | |
| VIOLA BROWN TRUST; | |
| DO STAY INC.; | |

ELBERT BROWN, in his capacities as CREATOR
and TRUSTEE of the ELBERT R. BROWN
TRUST, and INDIVIDUALLY as BENEFICIARY
of the ELBERT R. BROWN TRUST; and

VIOLA BROWN, in her capacities as CREATOR
and TRUSTEE of the VIOLA BROWN TRUST,
and INDIVIDUALLY as BENEFICIARY of the
VIOLA BROWN TRUST,

Defendants.

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the date before which the above-captioned Defendants (individually and collectively, the

"Defendants") may move, answer or otherwise respond to the amended complaint filed in the

above-captioned adversary proceeding (the "Amended Complaint") is extended up to and

including October 17, 2014.

The purpose of this stipulated extension is to provide additional time for Defendants to

answer, move against, or otherwise respond to the Amended Complaint.   Nothing in this

stipulation is a waiver of the Defendants' right to request from the Court a further extension of

time to answer, move or otherwise respond and/or the Trustee's right to object to any such

request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and

defenses they may have, and entry into this stipulation shall not impair or otherwise affect such

rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this

stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding

are alive or that counsel has previously provided notice to the Trustee in writing of Defendants'

death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within

thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county

and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees

to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising

the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the

deceased Defendant's estate or personal representative/executor and/or (c) advising the Trustee

who will represent the deceased Defendant's estate herein and in any probate proceeding. For

the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth

in this paragraph shall continue beyond the time period addressed by the stipulation and shall be

ongoing for the duration of the above-captioned adversary proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be

deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental

Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences

(ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

[*The Remainder of this Page is Intentionally Left Blank*]

Dated as of: July 17, 2014

**BAKER & HOSTETLER LLP**

By: /s/ *Donna A. Tobin*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Donna A. Tobin
Email: dtobin@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

**SEEGER WEISS LLP**

By: /s/ *Parvin K. Aminolroaya*
77 Water Street
New York, New York 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Stephen A. Weiss
Email: sweiss@seegerweiss.com
Christopher M. Van de Kieft
Email: cvandekieft@seegerweiss.com
Parvin K. Aminolroaya
Email: paminolroaya@seegerweiss.com

*Attorneys for Defendants*

300329477.1