UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>DEFENDANT. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED) |
| IN RE:<br>BERNARD L. MADOFF,<br>DEBTOR. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>PLAINTIFF<br><br>V.<br><br>KINGATE GLOBAL FUND, LTD., by its Liquidators, and KINGATE EURO FUND, LTD., by its Liquidators.<br><br>DEFENDANTS. | Adv. Pro. No. 12-01920 (SMB) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby appears as counsel of record for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd., and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the undersigned.

Dated: New York, NY
      July 18, 2014              QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                        By:    /s/ Rex Lee
                                        Rex Lee
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York, 10010
                                        Tel:   (212) 849-7000
                                        Fax:   (212) 849-7100
                                        Email: rexlee@quinnemanuel.com

                                        *Attorney for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*