BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee*
*for the substantively consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, BNP PARIBAS ARBITRAGE, SNC,<br><br>        Defendants. | Adv. Pro. No. 10-04457 (SMB) |

# STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, and Defendants Equity Trading Fund, Ltd. and Equity Trading Portfolio Limited ("Equity Trading Defendants") and Defendant BNP Paribas Arbitrage, SNC ("BNPP Arbitrage"), by the endorsement of their counsel below, that:

1. Undersigned counsel for the Equity Trading Defendants and BNPP Arbitrage expressly represent that they have authority to accept service of an amended complaint on behalf of the Equity Trading Defendants and BNPP Arbitrage, and hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the summons and amended complaint on behalf of the Equity Trading Defendants and BNPP Arbitrage.

2. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, including, without limitation, any objections or defenses based on the lack of jurisdiction.

3. The Trustee may file and serve an amended complaint in this action by Friday, August 29, 2014.

4. The Equity Trading Defendants and BNPP Arbitrage shall file and serve their answers, motions, or other responses to the amended complaint in this action by Friday, October 24, 2014.

5. The Trustee shall respond to any motions filed by the defendants by Friday, December 19, 2014.

6. The defendants shall file any replies by Friday, January 23, 2015.

7. The parties to this stipulation represent that the email addresses set forth in the signature block hereto shall be the designated email addresses for service of pleadings and documents upon such parties.

Dated: July 16, 2014
      New York, NY

/s/ David J. Sheehan
David J. Sheehan
Mark A. Kornfeld
Thomas L. Long
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

-and-

Frederick W. Chockley, III
John J. Burke
Trevor M. Stanley
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

/s/ Breon S. Peace
Breon S. Peace
Email: bpeace@cgsh.com
Ari MacKinnon
Email: amackinnon@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendant BNP Paribas Arbitrage, SNC*

/s/ Neil A. Steiner
Neil A. Steiner
Email: neil.steiner@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (202) 861-1680
Facsimile: (202) 861-1783

*Attorney for Defendants Equity Trading Fund, Ltd. and Equity Trading Portfolio Limited*

SO ORDERED.

Dated: July 18th, 2014
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE