DUANE MORRIS LLP
Michael R. Lastowski
Patricia Heer Piskorski
1540 Broadway
New York, NY 10036-4086
mlastowski@duanemorris.com
phheer@duanemorris.com
         and
Jeffrey D. Sternklar (*pro hac vice*)
100 High Street, Suite 2400
Boston, MA 02110-1724
jdsternklar@duanemorris.com

*Attorneys for PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

| | |
|---|---|
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    -against-<br><br>PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended,<br><br>    Defendants. | Adv. Pro. No. 10-04795 (SMB) |

## **CERTIFICATE OF SERVICE**

I, Michael R. Lastwoski, certify that I am not less than 18 years of age, and that on July 18, 2014, I caused a true and correct copy of the *Defendants' Answer, Affirmative Defenses and Jury Demand* to be served electronically through the Court's ECF System on parties requesting electronic service, and by electronic mail and Federal Express to the following:

    Jordan Sinclair
    Farrell A. Hochmuth
    Rachel M. Smith
    Baker & Hostetler LLP
    1000 Louisiana, Suite 2000
    Houston, Texas 77002-5018
    Email:  jsinclair@bakerlaw.com
    fhochmuth@bakerlaw.com; rsmith@bakerlaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 18, 2014
      New York, New York

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
mlastowski@duanemorris.com
*Attorneys for the Defendants*
