DUANE MORRIS LLP
Michael R. Lastowski
Patricia Heer Piskorski
1540 Broadway
New York, NY 10036-4086
mlastowski@duanemorris.com
phheer@duanemorris.com
    and
Jeffrey D. Sternklar (*pro hac vice*)
100 High Street, Suite 2400
Boston, MA 02110-1724
jdsternklar@duanemorris.com

*Attorneys for EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; DAVID M. DUCHESNEAU, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and SAMANTHA EYGES*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

DM3\2962368.1

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    -against-<br><br>EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; DAVID M. DUCHESNEAU, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and SAMANTHA EYGES,<br><br>    Defendants. | Adv. Pro. No. 10-04711 (SMB) |

## CERTIFICATE OF SERVICE

I, Michael R. Lastwoski, certify that I am not less than 18 years of age, and that on July 18, 2014, I caused a true and correct copy of the *Defendants' Answer, Affirmative Defenses and Jury Demand* to be served electronically through the Court's ECF System on parties requesting electronic service, and by electronic mail and Federal Express to the following:

    Jordan Sinclair
    Farrell A. Hochmuth
    Rachel M. Smith
    Baker & Hostetler LLP
    1000 Louisiana, Suite 2000
    Houston, Texas 77002-5018
    Email: jsinclair@bakerlaw.com
    fhochmuth@bakerlaw.com; rsmith@bakerlaw.com

2

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 18, 2014
      New York, New York

                                      **DUANE MORRIS LLP**

                                      */s/ Michael R. Lastowski*
                                      Michael R. Lastowski, Esq.
                                      1540 Broadway
                                      New York, New York 10036-4086
                                      (212) 692-1000
                                      (212) 692-1020 (facsimile)
                                      mlastowski@duanemorris.com
                                      *Attorneys for the Defendants*