UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            DEFENDANT. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED) |
| IN RE:<br>BERNARD L. MADOFF,<br>            DEBTOR. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>            PLAINTIFF<br><br>V.<br><br>FEDERICO CERETTI, *ET AL.*<br><br>            DEFENDANTS. | Adv. Pro. No. 09-1161 (SMB) |

## CERTIFICATE OF SERVICE

I, Christopher Clark, hereby certify that on this 18th day of July, 2014, I caused a true and correct copy of the following pleadings:

(a)     Notice of Motion to Dismiss Fourth Amended Complaint; and

(b)     Memorandum of Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd. in Support of Their Motion to Dismiss Fourth Amended Complaint,

to be served upon in this action via *CM/ECF* e-mail notification.

Further, Xochitl Strohbehn, on this 18th day of July, 2014, caused a true and correct copy of the foregoing to be served upon all the parties listed in Schedule A via electronic mail.

Dated:  July 18, 2014
       New York, New York

                                   /s/ Christopher Clark
                                   CHRISTOPHER CLARK

2

# SCHEDULE A

David Sheehan,
dsheehan@bakerlaw.com

Geraldine E. Ponto,
gponto@bakerlaw.com

Gonzalo S. Zeballos,
gzeballos@bakerlaw.com

Anthony M. Gruppuso,
agrupposo@bakerlaw.com

John Burke,
jburke@bakerlaw.com

Timothy Harkness,
timothy.harkness@freshfields.com

Shira A. Kaufman,
skaufman@cgsh.com

James W. Doggett,
jdoggett@cgsh.com

Jodi Kleinick,
jodikleinick@paulhastings.com

Erin Valentine,
Erin.Valentine@chaffetzlindsey.com

David E. Brodsky,
dbrodsky@cgsh.com

Barry Sher,
barrysher@paulhastings.com

Mor Wetzler,
morwetzler@paulhastings.com

Carmine D. Boccuzzi Jr.,
cboccuzzi@cgsh.com

Peter Chaffetz,
Peter.Chaffetz@chaffetzlindsey.com

Andreas Frischknecht,
Andreas.Frischknecht@chaffetzlindsey.com;

Daniel D. Queen,
dqueen@cgsh.com

Wesley Mullen,
wesley.mullen@freshfields.com