| | |
|---|---|
| Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And the Estate of Bernard L. Madoff* | Hearing Date: July 23, 2014<br>Hearing Time: 10:00 a.m. (EST) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br>v.<br><br>STEVEN E. LEBER CHARITABLE REMAINDER UNITRUST; STEVEN LEBER in his capacity as Trustee, personal representative of the Estate of Marion Leber, and individually; the ESTATE of MARION LEBER; and ROBERT BANDMAN in his capacity as Trustee,<br><br>              Defendants. | Adv. Pro. No. 10-05121 (SMB) |

### NOTICE OF HEARING ON STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANT ROBERT BANDMAN

**PLEASE TAKE NOTICE**, that on **July 23, 2014 at 10:00 a.m.**, a hearing (the "Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the Stipulation and Order to Dismiss Without Prejudice Defendant Robert Bandman ("Stipulation") from the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Stipulation.

Dated: New York, New York
July 21, 2014

Respectfully submitted,

*/s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*