EXHIBIT B
SUMMARY OF FIFTEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2013 THROUGH MARCH 31, 2014

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 969.18 | 412.10 | 399,397.50 |
| | Sheehan, David J. | 1968 | 969.12 | 566.20 | 548,715.00 |
| | Moscow, John W | 1973 | 805.00 | 0.60 | 483.00 |
| | Matthias, Michael R | 1973 | 664.10 | 385.90 | 256,274.70 |
| | Bash, Brian A | 1975 | 716.04 | 31.30 | 22,412.00 |
| | Long, Thomas L | 1976 | 885.58 | 653.40 | 578,638.50 |
| | Markowitz, Laurence S | 1977 | 760.00 | 0.50 | 380.00 |
| | Gibson, Wendy J | 1979 | 525.98 | 161.80 | 85,103.00 |
| | Powers, Marc D | 1981 | 839.00 | 0.30 | 251.70 |
| | Chockley III, Frederick W | 1982 | 777.08 | 145.40 | 112,987.80 |
| | Ponto, Geraldine E. | 1982 | 869.71 | 653.90 | 568,702.50 |
| | Hannon, John P | 1983 | 755.00 | 13.10 | 9,890.50 |
| | Drogen, Andrew M | 1983 | 635.00 | 3.40 | 2,159.00 |
| | Lucchesi, Thomas R | 1984 | 650.00 | 4.30 | 2,795.00 |
| | McGowan Jr, John J | 1984 | 602.00 | 10.80 | 6,501.60 |
| | Rivkin Jr, David B | 1985 | 950.00 | 43.10 | 40,945.00 |
| | Smith, Elizabeth A | 1985 | 801.11 | 29.20 | 23,392.30 |
| | Quiat, Laurin D | 1985 | 570.00 | 18.30 | 10,431.00 |
| | McDonald, Heather J | 1986 | 644.27 | 213.00 | 137,230.20 |
| | Lieberstein, Eugene | 1986 | 513.42 | 42.70 | 21,923.00 |
| | Reich, Andrew W | 1987 | 598.36 | 531.50 | 318,027.00 |
| | Tobin, Donna A. | 1987 | 720.00 | 78.90 | 56,808.00 |
| | Burke, John J | 1988 | 699.54 | 247.70 | 173,276.50 |
| | DeLancey, Leah E | 1990 | 620.40 | 4.50 | 2,791.80 |
| | Goldberg, Steven H | 1991 | 894.37 | 81.40 | 72,801.50 |
| | Resnick, Lauren J | 1991 | 910.00 | 73.10 | 66,521.00 |
| | Douthett, Breaden M | 1991 | 405.19 | 25.70 | 10,413.30 |
| | Hunt, Dean D | 1991 | 638.51 | 169.10 | 107,971.70 |
| | Hirschfield, Marc E. | 1992 | 855.59 | 480.40 | 411,024.00 |
| | Warren, Thomas D | 1992 | 709.09 | 23.70 | 16,805.50 |
| | Kornfeld, Mark A. | 1993 | 885.05 | 586.40 | 518,996.00 |
| | Selby, Judy A. | 1993 | 828.30 | 331.50 | 274,582.20 |
| | Griffin, Regina L. | 1993 | 882.99 | 577.70 | 510,105.50 |
| | Renner, Deborah H. | 1994 | 886.09 | 182.90 | 162,066.00 |
| | Brennan, Terry M | 1995 | 489.88 | 49.80 | 24,396.00 |
| | Casey, Lee A | 1995 | 889.06 | 19.80 | 17,603.40 |
| | Scaletta, Anthony J | 1995 | 454.76 | 155.10 | 70,532.70 |
| | Turner, Christa C. | 1996 | 460.82 | 407.40 | 187,738.30 |
| | Cole, Tracy L | 1996 | 751.23 | 492.30 | 369,830.50 |
| | Enockson, Paul S | 1997 | 472.76 | 203.70 | 96,300.50 |
| | Hoang, Lan | 1997 | 757.40 | 704.50 | 533,590.60 |
| | New, Jonathan B. | 1998 | 878.94 | 26.00 | 22,852.50 |
| | Rose, Jorian L. | 1998 | 806.08 | 414.00 | 333,716.00 |
| | Warshavsky, Oren J. | 1998 | 895.87 | 622.40 | 557,590.00 |
| | Murphy, Keith R. | 1998 | 886.34 | 626.40 | 555,206.00 |
| | Perdion, Jason P | 1998 | 426.70 | 24.10 | 10,283.50 |
| | Wang, Ona T | 1998 | 742.86 | 290.20 | 215,577.00 |
| | Wall, Brett A | 1998 | 471.58 | 107.10 | 50,506.20 |
| | Fischbach, Ryan D | 1999 | 481.44 | 43.00 | 20,702.00 |
| | Scully, Elizabeth A | 2000 | 647.73 | 46.40 | 30,054.60 |
| | Bohorquez Jr, Fernando A | 2000 | 725.05 | 403.20 | 292,340.00 |
| | Gruppuso, Anthony M. | 2000 | 625.00 | 605.30 | 378,312.50 |
| | Cremona, Nicholas J. | 2000 | 790.42 | 791.90 | 625,932.50 |
| | Bell, Stacey A. | 2001 | 654.88 | 739.00 | 483,955.30 |
| | Pfeifer, Timothy S. | 2001 | 754.76 | 324.50 | 244,920.50 |
| | Townsend, Wendy C. | 2001 | 374.23 | 21.30 | 7,971.00 |
| | Beckerlegge, Robertson D | 2001 | 605.93 | 226.70 | 137,364.50 |
| | Fokas, Jimmy | 2001 | 746.72 | 177.80 | 132,766.00 |
| | Rollinson, James H | 2001 | 439.46 | 298.00 | 130,957.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Alaverdi, Loura L | 2001 | 575.00 | 57.10 | 32,832.50 |
| | Zeballos, Gonzalo S. | 2001 | 804.41 | 523.80 | 421,349.00 |
| | Wearsch, Thomas M | 2002 | 611.81 | 90.20 | 55,185.60 |
| | North, Geoffrey A. | 2002 | 639.23 | 651.70 | 416,586.10 |
| | Malek, Sammi | 2003 | 598.76 | 92.10 | 55,146.00 |
| | Shields, Nkosi D. | 2003 | 475.07 | 527.20 | 250,455.90 |
| | Wilde, Michael C | 2003 | 349.60 | 18.90 | 6,607.50 |
| | Jacobs, Edward J. | 2003 | 639.30 | 719.00 | 459,658.40 |
| | Oliver, Jason S. | 2003 | 613.34 | 358.60 | 219,944.40 |
| | Pergament, Benjamin D | 2003 | 645.03 | 212.00 | 136,746.00 |
| | Hochmuth, Farrell A | 2003 | 465.61 | 473.00 | 220,234.30 |
| | Cohen, Dennis O | 2004 | 559.05 | 31.00 | 17,330.50 |
| | Smith, Rachel M | 2004 | 429.87 | 418.50 | 179,901.60 |
| | Kitchen, David E | 2004 | 383.23 | 543.50 | 208,286.20 |
| | Proano, David F | 2005 | 345.00 | 9.60 | 3,312.00 |
| | Chow, Teresa C. | 2005 | 423.26 | 50.60 | 21,417.00 |
| | Hartman, Ruth E | 2005 | 341.81 | 45.40 | 15,518.00 |
| | Fish, Eric R. | 2005 | 668.65 | 56.80 | 37,979.20 |
| | DeLaquil, Mark W | 2005 | 670.00 | 0.20 | 134.00 |
| | Conley, Sylvia J | 2006 | 593.29 | 284.30 | 168,672.50 |
| | Lange, Gretchen L | 2006 | 324.00 | 35.80 | 11,599.20 |
| | Carlisle, Marie L. | 2006 | 413.76 | 385.90 | 159,668.70 |
| | Petrelli III, John W | 2006 | 435.00 | 170.20 | 74,037.00 |
| | Jenson, Karin Scholz | 2007 | 623.68 | 501.00 | 312,462.60 |
| | Sherer, James A. | 2007 | 575.00 | 378.40 | 217,580.00 |
| | Kitaev, Erica G. | 2008 | 382.85 | 157.30 | 60,222.80 |
| | Skapof, Marc | 2009 | 722.77 | 287.30 | 207,652.50 |
| Partners and of Counsel Total | | | 693.27 | 21,683.10 | 15,032,322.50 |
| Associates | Meisels, Naomi P. | 1989 | 530.32 | 39.20 | 20,788.50 |
| | Bieler, Philip | 1994 | 434.69 | 512.20 | 222,650.60 |
| | Kates, Elyssa S. | 2000 | 586.35 | 196.70 | 115,334.60 |
| | Esser, Brian K | 2002 | 645.00 | 16.50 | 10,642.50 |
| | Song, Brian W. | 2002 | 486.28 | 630.80 | 306,743.40 |
| | Wlodek, Heather | 2003 | 480.97 | 499.70 | 240,340.00 |
| | Cheema, Bik | 2003 | 572.14 | 697.80 | 399,240.00 |
| | White, Nicholas L | 2005 | 332.00 | 9.90 | 3,286.80 |
| | Stanganelli, Maryanne | 2005 | 562.39 | 350.30 | 197,005.80 |
| | Allen, Brian F. | 2005 | 461.13 | 369.10 | 170,201.70 |
| | Stump, Jacob R. | 2005 | 336.40 | 146.20 | 49,182.00 |
| | Carvalho, Melissa M. | 2005 | 563.42 | 293.70 | 165,475.80 |
| | Thorpe, Courtni E | 2005 | 329.00 | 3.50 | 1,151.50 |
| | Longstaff, Carrie | 2006 | 517.77 | 352.10 | 182,307.50 |
| | Vanderwal, Amy E. | 2006 | 563.53 | 641.00 | 361,225.20 |
| | Feil, Matthew D. | 2006 | 510.79 | 471.10 | 240,632.00 |
| | Kosack, Melissa L. | 2006 | 536.46 | 759.50 | 407,445.00 |
| | Ranade, Samir K. | 2007 | 535.71 | 451.30 | 241,765.50 |
| | Garvin, Naima J. | 2007 | 558.21 | 109.00 | 60,845.00 |
| | Calvani, Torello H. | 2007 | 588.44 | 693.90 | 408,320.40 |
| | Klidonas, George | 2007 | 459.65 | 412.60 | 189,651.90 |
| | Casey IV, James P. | 2007 | 383.87 | 9.30 | 3,570.00 |
| | Goldmark, Jena B. | 2007 | 422.84 | 643.10 | 271,929.50 |
| | Jones, Bradley K. | 2007 | 305.00 | 97.60 | 29,768.00 |
| | Forman, Jonathan A. | 2007 | 563.99 | 408.20 | 230,222.00 |
| | Truong, Sarah Jane T.C. | 2007 | 563.26 | 663.80 | 373,893.20 |
| | Wasick, Joanna F. | 2007 | 613.94 | 674.00 | 413,797.80 |
| | Ritz, Kenneth A. | 2007 | 422.96 | 486.30 | 205,683.50 |
| | Kleber, Kody | 2007 | 401.10 | 170.60 | 68,428.00 |
| | Brown, Seanna R. | 2007 | 639.69 | 611.60 | 391,233.80 |
| | Perlman, Julian D. | 2007 | 587.71 | 417.20 | 245,192.30 |
| | Thomas, Joshua C. | 2008 | 357.04 | 133.80 | 47,772.00 |
| | Walrath, Jennifer M | 2008 | 494.51 | 23.40 | 11,571.60 |
| | Sea, Nexus U. | 2008 | 471.25 | 391.70 | 184,587.70 |
| | McCurrach, Elizabeth G. | 2008 | 460.07 | 599.10 | 275,625.70 |
| | Day, James W. | 2008 | 468.09 | 127.00 | 59,447.00 |
| | Woltering, Catherine E. | 2008 | 450.25 | 710.20 | 319,764.10 |
| | Amin, Tina U | 2008 | 322.21 | 344.30 | 110,936.70 |
| | Zunno, Kathryn M. | 2008 | 584.37 | 66.20 | 38,685.50 |
| | Moody, Matthew J. | 2008 | 468.00 | 184.30 | 86,252.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Chang, Willy | 2008 | 441.76 | 10.50 | 4,638.50 |
| | Schutte, Elizabeth M. | 2008 | 410.27 | 389.00 | 159,596.00 |
| | Usitalo, Michelle R. | 2008 | 475.89 | 573.00 | 272,683.70 |
| | Rovine, Jacqlyn | 2008 | 438.95 | 451.20 | 198,052.80 |
| | Grossman, Andrew M. | 2008 | 529.96 | 75.00 | 39,747.00 |
| | Carbajal, Natacha | 2008 | 512.17 | 554.90 | 284,203.00 |
| | Nelson, Maritza S | 2008 | 303.00 | 33.30 | 10,089.90 |
| | Howe, Mary E. | 2009 | 449.43 | 421.70 | 189,524.70 |
| | Blattmachr, Jonathan D. | 2009 | 449.94 | 639.70 | 287,825.00 |
| | Winquist, Justin T. | 2009 | 306.37 | 110.00 | 33,701.10 |
| | Gentile, Dominic A. | 2009 | 433.53 | 571.60 | 247,803.20 |
| | Sollie, Erica | 2009 | 450.03 | 226.10 | 101,752.50 |
| | Campbell, Patrick T | 2009 | 459.29 | 180.60 | 82,948.30 |
| | Nickodem, Robert G. | 2009 | 230.00 | 363.50 | 83,605.00 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 461.60 | 106,168.00 |
| | Smith, Andrene | 2009 | 462.47 | 31.80 | 14,706.50 |
| | Molina, Marco | 2009 | 449.38 | 415.40 | 186,672.10 |
| | Ozturk, Ferve E. | 2009 | 470.56 | 631.20 | 297,017.10 |
| | Kuhn, Jessie A. | 2009 | 450.41 | 685.40 | 308,711.70 |
| | Markel, Tatiana | 2009 | 463.00 | 492.00 | 227,796.00 |
| | Shapiro, Peter B. | 2009 | 471.90 | 577.40 | 272,473.20 |
| | Maynard, Kim M. | 2009 | 409.05 | 93.60 | 38,287.20 |
| | Hilsheimer, Lauren M. | 2009 | 429.63 | 530.30 | 227,830.80 |
| | Perkins, Francesca J. | 2009 | 485.00 | 24.60 | 11,931.00 |
| | Parente, Michael | 2010 | 230.00 | 477.60 | 109,848.00 |
| | Rog, Joshua B. | 2010 | 408.76 | 541.70 | 221,427.20 |
| | Burch, Alexander D. | 2010 | 322.15 | 172.60 | 55,602.90 |
| | Choi, David | 2010 | 409.13 | 619.60 | 253,495.60 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 341.70 | 78,591.00 |
| | Ubaid, Maryland H. | 2010 | 230.00 | 153.20 | 35,236.00 |
| | Rouach, Sophie | 2010 | 418.16 | 133.10 | 55,657.50 |
| | Vasel, Denise D. | 2010 | 410.36 | 283.70 | 116,420.00 |
| | Martin, David J. | 2010 | 247.11 | 574.30 | 141,917.00 |
| | Wasko, Lindsay J. | 2010 | 230.00 | 375.60 | 86,388.00 |
| | Fein, Amanda E. | 2010 | 450.14 | 768.50 | 345,936.10 |
| | Noethlich, Brian R. | 2010 | 230.00 | 455.50 | 104,765.00 |
| | Schichnes, Jessica | 2010 | 429.14 | 371.10 | 159,254.40 |
| | Bushnell, Christina M. | 2010 | 230.00 | 273.60 | 62,928.00 |
| | Maytal, Anat | 2010 | 425.33 | 586.30 | 249,370.90 |
| | Barnes, S. Ben | 2010 | 230.00 | 510.60 | 117,438.00 |
| | Scott, Justin T. | 2010 | 331.09 | 392.50 | 129,954.70 |
| | Taddeo, Luisa | 2010 | 230.00 | 458.70 | 105,501.00 |
| | Gabriel, Jessie M | 2010 | 555.20 | 147.30 | 81,780.40 |
| | Needham, Kelly C. | 2010 | 230.00 | 340.80 | 78,384.00 |
| | McGourty, Cara | 2010 | 440.36 | 548.30 | 241,448.60 |
| | Cominsky, Mark A. | 2010 | 230.00 | 404.70 | 93,081.00 |
| | McKnight, Katherine L. | 2010 | 455.55 | 200.40 | 91,291.80 |
| | Young, Michelle L. | 2010 | 383.41 | 291.30 | 111,686.10 |
| | McMillan, David M. | 2010 | 424.58 | 444.60 | 188,770.20 |
| | Mosier, A. Mackenna | 2010 | 420.22 | 475.80 | 199,940.40 |
| | Salehpour, Morvareed Z. | 2010 | 335.00 | 25.00 | 8,375.00 |
| | Cook, Nora K. | 2010 | 230.00 | 422.60 | 97,198.00 |
| | Chandler, Tara R. | 2010 | 230.00 | 407.80 | 93,794.00 |
| | Clegg, Sammantha E. | 2010 | 451.01 | 247.00 | 111,398.30 |
| | Stanley, Trevor M. | 2010 | 455.34 | 385.60 | 175,580.40 |
| | Castillon, Jesus J. | 2010 | 330.95 | 194.00 | 64,203.80 |
| | Carney, Brian W. | 2010 | 230.00 | 431.90 | 99,337.00 |
| | Schechter, Jody E. | 2011 | 335.00 | 443.40 | 148,539.00 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 381.70 | 87,791.00 |
| | Hoff, Michelle M. | 2011 | 230.00 | 420.20 | 96,646.00 |
| | Towner, Amber N. | 2011 | 230.00 | 390.50 | 89,815.00 |
| | Sakowitz, Brittany A. | 2011 | 335.00 | 13.80 | 4,623.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 525.60 | 120,888.00 |
| | Ball, Stephen L. | 2011 | 384.08 | 427.30 | 164,118.30 |
| | deVries, Alan C. | 2011 | 230.00 | 601.20 | 138,276.00 |
| | Rose, Nicholas M. | 2011 | 385.45 | 226.20 | 87,188.90 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | White, Jason T. | 2011 | 230.00 | 474.50 | 109,135.00 |
| | Barhorst, Damon C. | 2011 | 230.00 | 295.40 | 67,942.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 410.30 | 94,369.00 |
| | Feldstein, Robyn M | 2011 | 402.73 | 641.70 | 258,434.50 |
| | Zuberi, Madiha M. | 2011 | 424.29 | 574.90 | 243,924.70 |
| | Liao, Nina C. | 2011 | 393.64 | 73.30 | 28,854.10 |
| | Bacon, Natalie R. | 2011 | 230.00 | 121.60 | 27,968.00 |
| | Patrick, Stacey M. | 2011 | 230.00 | 337.60 | 77,648.00 |
| | Nowakowski, Jonathan | 2011 | 398.95 | 237.10 | 94,591.50 |
| | Sinclair, Jordan A. | 2011 | 313.16 | 458.70 | 143,645.70 |
| | Wells, Carrie T. | 2011 | 230.00 | 240.60 | 55,338.00 |
| | Cabico, Jason D. | 2011 | 385.21 | 320.70 | 123,536.10 |
| | Kessler, Dena S. | 2011 | 343.84 | 220.20 | 75,714.00 |
| | Spears, Ericka H. | 2011 | 230.00 | 352.60 | 81,098.00 |
| | Krishna, Ganesh | 2011 | 425.51 | 626.70 | 266,668.50 |
| | Crook, Darren A. | 2011 | 255.00 | 15.00 | 3,825.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 300.60 | 69,138.00 |
| | Stewart, Justin T. | 2011 | 230.00 | 363.60 | 83,628.00 |
| | Oliva, Frank M. | 2011 | 404.93 | 108.30 | 43,854.30 |
| | Gottesman, Joel D. | 2011 | 230.00 | 269.40 | 61,962.00 |
| | Durbin, Damon M. | 2011 | 230.00 | 295.10 | 67,873.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 423.40 | 97,382.00 |
| | Quimby, P. Alex | 2012 | 259.17 | 115.20 | 29,856.00 |
| | Muranovic, Sanja | 2012 | 300.59 | 484.80 | 145,726.40 |
| | Curtin, Daniel P. | 2012 | 368.17 | 312.40 | 115,017.00 |
| | Rice, David W. | 2012 | 402.17 | 738.90 | 297,160.50 |
| | Ackerman, Stephanie | 2012 | 449.26 | 658.20 | 295,702.90 |
| | Cornell, Aaron E. | 2012 | 230.00 | 413.20 | 95,036.00 |
| | Harker, Francesca M. | 2012 | 435.78 | 10.80 | 4,706.40 |
| | Hough, Shawn P. | 2012 | 398.56 | 637.00 | 253,884.90 |
| | Khan, Juvaria S. | 2012 | 364.35 | 84.20 | 30,678.00 |
| | Gallagher, Christopher B. | 2012 | 403.01 | 606.80 | 244,549.00 |
| | Rosenberg, C. Zachary | 2012 | 357.93 | 258.90 | 92,668.00 |
| | Schwab, Justin J | 2013 | 401.12 | 16.10 | 6,458.00 |
| | Owsley, Travis I. | 2013 | 230.00 | 452.00 | 103,960.00 |
| | Raile, Richard B. | 2013 | 335.00 | 2.30 | 770.50 |
| | Hellmuth, William W. | 2013 | 322.30 | 421.00 | 135,689.40 |
| | Jordan, Parker G. | 2013 | 242.40 | 47.30 | 11,465.50 |
| | Carpenter, Susrut A. | 2013 | 466.56 | 238.10 | 111,088.60 |
| | Coats, Holly L. | 2013 | 225.35 | 375.10 | 84,527.80 |
| | Felz, Jenna N. | 2013 | 358.88 | 448.90 | 161,100.00 |
| | Fradkin, Yulia M | 2013 | 306.06 | 36.00 | 11,018.00 |
| | Smith, Jonathan L. | 2013 | 301.78 | 287.20 | 86,670.40 |
| | Pate, Alan M. | 2013 | 356.76 | 53.10 | 18,944.00 |
| | Thompson, Aaron J. | 2013 | 230.00 | 161.70 | 37,191.00 |
| | Durkheimer, Michael J. | 2013 | 290.00 | 43.40 | 12,586.00 |
| | Choate, Hannah C. | 2013 | 357.54 | 599.20 | 214,240.00 |
| | Babka, Sarah R. | 2013 | 395.00 | 319.00 | 126,005.00 |
| | Darwall, Julian H. | 2013 | 356.62 | 226.90 | 80,917.00 |
| | Joyce, Justin J. | 2013 | 230.00 | 473.40 | 108,882.00 |
| | Holder, Casey E | 2013 | 305.00 | 18.60 | 5,673.00 |
| | Ferguson, Kaitlyn A. | 2014 | 356.47 | 197.50 | 70,403.00 |
| | Wangsgard, Kendall E. | 2014 | 383.88 | 187.50 | 71,976.80 |
| | Tranbaugh, Mary H. | 2014 | 357.05 | 347.30 | 124,003.00 |
| | Hirce, Margaret E. | 2018 | 460.30 | 494.10 | 227,433.20 |
| | Cardenas, Samantha A. | #N/A | 230.00 | 407.10 | 93,633.00 |
| | Groves, Ryan D. | #N/A | 230.00 | 472.50 | 108,675.00 |
| Associates Total | | | 387.42 | 56,655.10 | 21,949,071.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Beer, Sharon L | #N/A | 228.63 | 96.60 | 22,085.50 |
| | Bekier, James M. | #N/A | 409.71 | 511.80 | 209,688.00 |
| | Belanger, Christina I. | #N/A | 315.00 | 3.20 | 1,008.00 |
| | Bitman, Oleg | #N/A | 270.62 | 466.40 | 126,217.50 |
| | Blaber, Theresa A | #N/A | 312.88 | 158.70 | 49,653.60 |
| | Bliss, Stephanie L. | #N/A | 228.91 | 227.20 | 52,007.50 |
| | Bruening, Mark P | #N/A | 175.00 | 272.00 | 47,600.00 |
| | Cabrera, Ramon C | #N/A | 255.72 | 175.00 | 44,750.30 |
| | Carroll, Dylan T. | #N/A | 190.00 | 214.80 | 40,812.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Chamberlain, David R | #N/A | 175.00 | 16.00 | 2,800.00 |
| | Chan, Angeline | #N/A | 241.46 | 271.80 | 65,627.90 |
| | Charlotten, Magdalena | #N/A | 271.43 | 267.60 | 72,634.60 |
| | Cohen, Justin H. | #N/A | 315.00 | 15.40 | 4,851.00 |
| | Curbelo, Gracemary | #N/A | 312.91 | 57.50 | 17,992.50 |
| | Farber, EugenlI B | #N/A | 175.00 | 377.30 | 66,027.50 |
| | Fener, Scott A. | #N/A | 156.95 | 73.70 | 11,567.50 |
| | Fetzer, Jeffrey L | #N/A | 223.11 | 105.10 | 23,449.00 |
| | Fishelman, Benjamin D. | #N/A | 398.62 | 580.00 | 231,199.50 |
| | Fredle, Vicki M | #N/A | 199.19 | 192.50 | 38,344.50 |
| | Gardner, Bronson R | #N/A | 200.00 | 47.00 | 9,400.00 |
| | Gibbons, Michael E. | #N/A | 358.07 | 393.30 | 140,827.00 |
| | Glanzman, Adam J | #N/A | 311.74 | 70.00 | 21,821.60 |
| | Graham, Sonya M. | #N/A | 260.00 | 45.60 | 11,856.00 |
| | Grigsby, Camilla B. | #N/A | 109.15 | 48.90 | 5,337.50 |
| | Halwes, Shannon L. | #N/A | 203.85 | 29.60 | 6,034.00 |
| | Iskhakova, Yuliya | #N/A | 301.28 | 598.30 | 180,256.90 |
| | Jesic, Mario | #N/A | 175.00 | 60.00 | 10,500.00 |
| | Kinne, Tanya M | #N/A | 312.12 | 519.90 | 162,273.00 |
| | Landrio, Nikki M. | #N/A | 353.06 | 845.50 | 298,510.50 |
| | Lasko, Seth D. | #N/A | 342.41 | 248.20 | 84,985.00 |
| | Maxwell, Sarah A | #N/A | 179.17 | 208.50 | 37,357.00 |
| | McLaughlin, Christopher | #N/A | 184.01 | 467.10 | 85,949.50 |
| | Medina, Rebecca J. | #N/A | 160.00 | 173.50 | 27,760.00 |
| | Monge, Tirsa | #N/A | 326.94 | 487.80 | 159,480.90 |
| | Montani, Christine A. | #N/A | 327.47 | 399.20 | 130,725.70 |
| | Nunes, Silas T | #N/A | 286.09 | 599.60 | 171,539.20 |
| | Nunez, Willie | #N/A | 230.00 | 486.60 | 111,918.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 319.00 | 364.10 | 116,147.90 |
| | Paremoud, Jana | #N/A | 250.26 | 111.00 | 27,778.80 |
| | Pulsipher, Eric K. | #N/A | 301.64 | 417.60 | 125,966.40 |
| | Remus, Amanda | #N/A | 316.55 | 441.20 | 139,661.90 |
| | Reyes, Lucinda A. | #N/A | 183.88 | 525.00 | 96,539.00 |
| | Roberts, Sarah B. | #N/A | 315.00 | 294.50 | 92,767.50 |
| | Schnarre, Nicole L. | #N/A | 409.38 | 432.50 | 177,056.00 |
| | Stone, Adrian | #N/A | 286.67 | 368.80 | 105,725.60 |
| | Suffern, Anne C. | #N/A | 322.75 | 352.60 | 113,802.30 |
| | Sweet, Karen R | #N/A | 229.89 | 42.10 | 9,678.50 |
| | Thomas, Theresa K | #N/A | 228.12 | 37.30 | 8,509.00 |
| | Tushaj, Diana M. | #N/A | 250.41 | 280.60 | 70,265.30 |
| | Villamayor, Fidentino L. | #N/A | 343.14 | 511.50 | 175,514.50 |
| | von Collande, Constance M. | #N/A | 301.41 | 586.90 | 176,894.70 |
| | Wallace, Dawn L. | #N/A | 312.60 | 262.60 | 82,088.30 |
| | Weaver, Scott | #N/A | 265.49 | 450.10 | 119,495.60 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 289.26 | 15,289.60 | 4,422,739.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 693.27 | 21,683.10 | 15,032,322.50 |
| Associates Total | 387.42 | 56,655.10 | 21,949,071.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 289.26 | 15,289.60 | 4,422,739.50 |
| Blended Attorney Rate | 472.07 | | |
| Total Fees Incurred | | 93,627.80 | 41,404,133.00 |
| Less 10% Public Interest Discount | | | (4,140,413.30) |
| **Grand Total** | | | $ 37,263,719.70 |