EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FIFTEENTH INTERIM
PERIOD OF DECEMBER 1, 2013 THROUGH MARCH 31, 2014

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 822.30 | $ 438,035.80 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,649.30 | 963,324.00 |
| 03 | Feeder Funds | 774.40 | 289,662.20 |
| 04 | Asset Search Recovery and Sale | 53.70 | 44,701.50 |
| 05 | Internal Office Meetings with Staff | 691.50 | 373,668.80 |
| 07 | Billing | 722.90 | 263,890.30 |
| 08 | Case Administration | 2,378.60 | 784,509.40 |
| 09 | Banks | 5.60 | 4,900.00 |
| 11 | Press Inquires and Responses | 440.00 | 220,335.50 |
| 12 | Document Review | 6,682.80 | 1,646,152.50 |
| 13 | Discovery - Depositions and Document Productions | 8,144.60 | 2,797,982.90 |
| 14 | International | 228.30 | 136,196.00 |
| 18 | Auditors | 5.80 | 5,502.20 |
| 19 | Non-Bankruptcy Litigation | 943.30 | 236,646.30 |
| 20 | Governmental Agencies | 79.00 | 48,550.80 |
| 21 | Allocation | 82.90 | 51,130.50 |
| 000003 | Stanley Chais | 614.40 | 366,234.30 |
| 000004 | J. Ezra Merkin | 5,203.10 | 2,448,624.60 |
| 000005 | Customer Claims | 2,440.00 | 1,330,928.20 |
| 000006 | Vizcaya | 828.60 | 442,928.80 |
| 000007 | Madoff Family | 3,757.60 | 1,834,466.70 |
| 000009 | Fairfield Greenwich | 1,621.30 | 841,550.80 |
| 000010 | Harley | 96.50 | 26,766.10 |
| 000011 | Cohmad Securities Corporation | 3,568.90 | 1,762,032.80 |
| 000012 | Picower | 59.00 | 38,652.00 |
| 000013 | Kingate | 2,939.40 | 1,816,832.70 |
| 000018 | Thybo | 557.50 | 263,047.90 |
| 000021 | Avoidance Action Investigation/Litigation | 18,485.70 | 8,211,896.60 |
| 000027 | JPMorgan Chase | 1,289.40 | 757,942.20 |
| 000028 | Westport | 321.30 | 210,646.60 |
| 000029 | Rye/Tremont | 153.40 | 75,165.60 |
| 000030 | HSBC | 2,549.00 | 1,304,407.30 |
| 000031 | Katz/Wilpon | 1.50 | 1,065.00 |
| 000032 | LuxAlpha/UBS | 2,838.20 | 1,358,557.50 |
| 000033 | Nomura Bank International PLC | 756.80 | 351,487.40 |
| 000034 | Citibank | 1,317.40 | 598,470.30 |
| 000035 | Natixis | 609.40 | 270,889.10 |
| 000036 | Merrill Lynch | 977.30 | 458,600.30 |
| 000037 | ABN AMRO | 716.10 | 393,135.50 |
| 000038 | Banco Bilbao | 227.60 | 75,060.60 |
| 000039 | Fortis | 215.30 | 117,945.80 |
| 000040 | Medici Enterprise | 2,489.70 | 1,104,198.70 |
| 000042 | Equity Trading | 513.90 | 273,800.40 |
| 000043 | Defender | 227.70 | 119,170.10 |
| 000044 | Maccabee | 11.50 | 6,308.40 |
| 000045 | Levey | 138.90 | 55,259.70 |
| 000046 | Glantz | 762.20 | 415,950.40 |
| 000047 | Bonaventre | 118.50 | 35,341.00 |
| 000048 | Bongiorno | 10.20 | 4,918.80 |
| 000049 | Greenberger | 22.20 | 12,787.10 |
| 000052 | Donald Friedman | 1,304.10 | 579,681.30 |
| 000053 | Magnify | 1,514.50 | 720,936.80 |
| 000054 | Mendelow | 118.50 | 53,261.40 |
| 000056 | Lipkin | 26.30 | 9,923.20 |
| 000057 | Perez/O'Hara | 4.00 | 2,098.70 |
| 000058 | PJ Administrators | 427.70 | 181,639.40 |
| 000059 | Stanley Shapiro | 697.10 | 346,539.70 |
| 000060 | Avellino & Bienes | 290.10 | 155,761.00 |
| 000061 | Maxam | 5.90 | 1,359.20 |
| 000062 | Subsequent Transfer | 4,870.60 | 1,664,879.10 |
| 000065 | Legacy Capital Ltd | 1,066.70 | 637,140.80 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000066 | Lieberbaum | 152.40 | 78,038.70 |
| 000071 | Square One | 84.90 | 35,466.90 |
| 000072 | Plaza Investments | 596.10 | 254,657.90 |
| 000073 | BNP Paribas | 2,324.40 | 992,490.90 |
| | | | |
| Grand Total | | 93,627.80 | 41,404,133.00 |

| | | |
|---|---|---:|
| **Less 10% Public Interest Discount** | | (4,140,413.30) |
| **Grand Total** | $ | 37,263,719.70 |
| **Current Application** | | |
| Interim Compensation Requested | $ | 37,263,719.70 |
| Interim Compensation Paid | | (33,537,347.73) |
| Interim Compensation Deferred | $ | 3,726,371.97 |
| **Prior Applications** | | |
| Interim Compensation Requested | $ | 549,420,610.49 |
| Interim Compensation Paid | $ | (519,233,135.51) |
| Interim Compensation Deferred | $ | 30,187,474.98 |