EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FIFTEENTH
INTERIM PERIOD OF DECEMBER 1, 2013 THROUGH MARCH 31, 2014

| | | | |
|---|---|---|---:|
| E101 | Copying (E101) | $ | 21,617.50 |
| E102 | Outside Printing (E102) | | 2,433.25 |
| E104 | Facsimile (E104) | | 11.20 |
| E105 | Telephone (E105) | | 3,598.14 |
| E106 | Online Research (E106) | | 51,984.46 |
| E107 | Delivery Services/ Messengers (E107) | | 7,883.36 |
| E108 | Postage (E108) | | 6,152.00 |
| E110 | Out-of-Town Travel (E110) | | 211,980.64 |
| E112 | Court Fees (E112) | | 29,809.42 |
| E113 | Subpoena Fees (E113) | | 2,886.94 |
| E114 | Witness Fees (E114) | | 77.41 |
| E115 | Deposition Transcripts (E115) | | 19,478.16 |
| E116 | Trial Transcripts (E116) | | 13,503.94 |
| E119 | Experts (E119) | | 4,758.36 |
| E123 | Other Professionals (E123) | | 14,499.43 |
| E124 | Other (E124) | | 2,966.73 |
| E125 | Translation Costs (E125) | | 85,340.63 |
| E129 | Official Fees (E129) | | 1,200.00 |
| E130 | Patent Maintenance Fees (E130) | | 3,621.00 |
| Grand Total | | $ | 483,802.57 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $ 11,859,463.43