**Exhibit B**

SUMMARY OF FOURTHEENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP
FOR SERVICES RENDERED FROM DECEMBER 1, 2013 THROUGH MARCH 31, 2014

| Name | Year Admitted | December 2013 Standard Hourly Rate | December Total Hours Billed | December Total Compensation | January-March 2014 Standard Hourly Rate | January-March 2014 Total Hours Billed | January-March Total Compensation | Total Hours Billed Dec-March | Total Compensation Dec-March |
|---|---|---|---|---|---|---|---|---|---|
| **Partners and Special Counsel** | | | | | | | | | |
| Howard L. Simon | 1977 | 550.00 | 89.60 | $ 49,280.00 | 575.00 | 369.40 | $212,405.00 | 459.00 | $ 261,685.00 |
| Kim M. Longo | 2002 | 435.00 | 156.00 | $ 67,860.00 | 455.00 | 600.00 | $273,000.00 | 756.00 | $ 340,860.00 |
| Antonio J. Casas | 1992 | 430.00 | 23.90 | $ 10,277.00 | 445.00 | 283.10 | $125,979.50 | 307.00 | $ 136,256.50 |
| Thomas A. Banahan | 1977 | 510.00 | 8.70 | $ 4,437.00 | 525.00 | 5.20 | $2,730.00 | 13.90 | $ 7,167.00 |
| **Total Partners and Special Counsel** | | | **278.20** | **$ 131,854.00** | | **1,257.70** | **$614,114.50** | **1,535.90** | **$ 745,968.50** |
| **Associates** | | | | | | | | | |
| Karen M. Cullen | 1981 | 415.00 | 144.60 | $ 60,009.00 | 415.00 | 543.10 | $225,386.50 | 687.70 | $ 285,395.50 |
| Carol LaFond | 2000 | 410.00 | 142.90 | $ 58,589.00 | 410.00 | 498.00 | $204,180.00 | 640.90 | $ 262,769.00 |
| Brian W. Kreutter | 2003 | 355.00 | 151.80 | $ 53,889.00 | 365.00 | 506.90 | $185,018.50 | 658.70 | $ 238,907.50 |
| John J. Tepedino | 2004 | 355.00 | 27.10 | $ 9,620.50 | 365.00 | 72.30 | $26,389.50 | 99.40 | $ 36,010.00 |
| Yani Indrajana Ho | 2005 | 340.00 | 2.10 | $ 714.00 | 350.00 | 338.90 | $118,615.00 | 341.00 | $ 119,329.00 |
| Serena M. Parker | 2002 | 355.00 | 3.00 | $ 1,065.00 | 365.00 | 58.20 | $21,243.00 | 61.20 | $ 22,308.00 |
| Rebekah J. Mott | 2002 | - | - | $ - | 300.00 | 138.20 | $41,460.00 | 138.20 | $ 41,460.00 |
| Dave Butler | 1987 | 400.00 | 16.50 | $ 6,600.00 | 415.00 | 17.10 | $7,096.50 | 33.60 | $ 13,696.50 |
| Alex Jonatowski | 2007 | 330.00 | 81.80 | $ 26,994.00 | 335.00 | 417.40 | $139,829.00 | 499.20 | $ 166,823.00 |
| Aurelio Quinones | 1989 | 330.00 | 56.50 | $ 18,645.00 | 335.00 | 420.30 | $140,800.50 | 476.80 | $ 159,445.50 |
| Alan D. Lawn | 2008 | 330.00 | 190.70 | $ 62,931.00 | 340.00 | 497.50 | $169,150.00 | 688.20 | $ 232,081.00 |
| **Total Associates** | | | **817.00** | **$ 299,056.50** | | **3,507.90** | **$1,279,168.50** | **4,324.90** | **$ 1,578,225.00** |
| **Paraprofessionals** | | | | | | | | | |
| Joel Solomon | | 230.00 | 2.30 | $ 529.00 | 240.00 | 6.40 | $1,536.00 | 8.70 | $ 2,065.00 |
| Jacob Gould | | 220.00 | 66.20 | $ 14,564.00 | - | - | $0.00 | 66.20 | $ 14,564.00 |
| Kevin D. Coleman | | 260.00 | 51.50 | $ 13,390.00 | - | - | $0.00 | 51.50 | $ 13,390.00 |
| Matthew Corwin | | 220.00 | 84.40 | $ 18,568.00 | 220.00 | 341.40 | $75,108.00 | 425.80 | $ 93,676.00 |
| Michael A. Simon | | 170.00 | 54.50 | $ 9,265.00 | 170.00 | 53.80 | $9,146.00 | 108.30 | $ 18,411.00 |
| **Total Paraprofessionals** | | | **258.90** | **$ 56,316.00** | | **401.60** | **$85,790.00** | **660.50** | **$ 142,106.00** |

| | | Hours | Total Fees |
|---|---|---|---|
| **Partners and Special Counsel** | | 1,535.90 | $ 745,968.50 |
| **Associates** | | 4,324.90 | $ 1,578,225.00 |
| **Paraprofessionals** | | 660.50 | $ 142,106.00 |
| **Blended Attorney Rate** | 396.57 | | |
| **GRAND TOTAL** | | 6,521.30 | $ 2,466,299.50 |