**Exhibit C**

SUMMARY OF FOURTEENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
DECEMBER 1, 2013 THROUGH AND INCLUDING MARCH 31, 2014

| Code Description | Amount |
|---|---|
| Copying | $          741.17 |
| Telephone | 24.37 |
| Postage | 406.24 |
| Delivery Services/Messenger | 777.55 |
| Online Research | 8,210.84 |
| Staff Overtime | 192.50 |
| Filing and Related Professional Services | 781.04 |
| Process Serving Fees | 30.00 |
| Miscellaneous Fees | 45.00 |
| **TOTAL** | **$          11,208.71** |

10976377.XLS