**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE FOURTEENTH INTERIM PERIOD OF DECEMBER 1, 2013 THROUGH MARCH 31, 2014

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 211.30 | $ 80,301.50 |
| | | 007 | Fee Application | 66.30 | 28,078.50 |
| | | 020 | Internal Office Meeting | 57.70 | 21,767.00 |
| | | 041 | Discovery, Document Review, Document Production | 1,020.80 | 391,496.00 |
| | | 042 | Bankruptcy Court Litigation | 183.20 | 74,154.00 |
| | | L140 | Document/File Management | 19.60 | 3,482.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 463.70 | 174,498.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 19.40 | 5,928.00 |
| 10 | Blumenfeld | 010 | Litigation | 860.30 | 354,082.50 |
| 12 | Credit Suisse | 010 | Litigation | 415.80 | 155,705.00 |
| 13 | Solon Capital | 010 | Litigation | 46.60 | 18,034.00 |
| 14 | Zephyros | 010 | Litigation | 40.60 | 15,353.00 |
| 15 | Mistral | 010 | Litigation | 37.80 | 14,227.50 |
| 16 | Societe Generale | 010 | Litigation | 62.30 | 23,133.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 750.90 | 251,632.50 |
| 18 | Clariden Leu | 010 | Litigation | 55.10 | 20,871.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 26.30 | 9,132.50 |
| 20 | Coordinated Cases | 010 | Litigation | 2,183.60 | 824,422.50 |
| | | | **TOTALS** | **6,521.30** | **$ 2,466,299.50** |

10976377.XLS