BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Timothy S. Pfeifer
Email: tpfeifer@bakerlaw.com
Marco Molina
Email: mmolina@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>            Plaintiff-Applicant, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>            Plaintiff, <br><br>     v. <br><br> SQUARE ONE FUND Ltd, et al., <br><br>            Defendants. | Adv. Pro. No. 10-04330 (SMB) |

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding previously scheduled for July 30, 2014 has been further adjourned to

**January 28, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference

will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
       July 21, 2014

                 BAKER & HOSTETLER LLP


                 By: /s/ Timothy S. Pfeifer
                 45 Rockefeller Plaza
                 New York, New York 10111
                 Telephone: 212.589.4200
                 Facsimile: 212.589.4201
                 David J. Sheehan
                 Email: dsheehan@bakerlaw.com
                 Timothy S. Pfeifer
                 Email: tpfeifer@bakerlaw.com
                 Marco Molina
                 Email: mmolina@bakerlaw.com

                 *Attorneys for Plaintiff Irving H. Picard, Trustee for*
                 *the Substantively Consolidated SIPA*
                 *Liquidation of Bernard L. Madoff Investment*
                 *Securities LLC and Bernard L. Madoff*