JULY 18, 2014

MR. B.K. CHEEMA

45 ROCKFELLER PLAZA

NEW YORK, NY. 10111

CLAIMANT:

LAMAR ELLIS

1516 SHIRLEY AVE.

JACKSON, MS. 39204

R.E: BERNARD L. MADOFF INVESTMENT SECURITIES, LLC.

(BLMIS) BANKR.S.S.N.Y. NO. 08-1789(SMB)

DEAR MR. CHEEMA:

I AM IN RECEIPT OF YOUR 7/14/14 LETTER TO ME EXPLAINING THE DIFFERENCE BETWEEN THE TERM(S) CUSTOMER & VICTIM AS THEY RELATE TO "BERNARD MADOFF" SECURITIES; THANK YOU VERY MUCH. HOWEVER, NOW IN MY TWILIGHT YEARS, 81 YEARS OLD, AND EXPERIENCING SOME FORM OF DEMENTIA, I HAVE A TENDENCY IT SEEMS TO GET THINGS MIXED UP MORE EASLY THAN BEFORE; (SUCH AS) THIS: WHICH ONE OF MY CLAIM APPLICATIONS (1) 2008-2009 AS A CUSTOMER OF BLMIS OR (2) MY 2014 MADOFF VICTIM FUND APPLICATION THAT I MENTIONED IN MY ENCLOSED 5/25/14 LETTER TO MY U.S. CONGRESSIONAL REPRESENTATIVE THE HONORABLE BENNIE THOMPSON (MS), WHERE I ASK FOR HIS ASSISTANCES BECAUSE OF THREATS ON MY LIFE. I BELIEVE THAT THESE THREATS ARE DUE TO THE FACT THAT I FILED CLAIMS AGAINST BLMIS IN THE PAST. I REALIZE THAT THE ABOVE MENTIONED THREATS ARE MY PERSONAL PROBLEMS, BUT AT THIS STAGE IN MY LIFE AND MY PAST SERVICE TO AMERICA I ASK AMERICA TO HELP ME NOW.

SINCERELY,

LAMAR Ellis

C.C. HONORABLE STUART M. BERNSTEIN

C.C. U.S. DEPT. OF JUSTICE, ERIC HOLDER



RECEIVED JUL 21 2014 U.S. BANKRUPTCY COURT, SDNY

5/25/14

To: U.S. Congress Representative

Honorable Bennie Thompson, Washington, D.C.

Dear honorable Bennie Thompson,

My name is Lamar Ellis, the son of the late Gertrude E. Ellis. I am also the trustee of her family. Trust with Trustee Responsibilitiee earlier this year (2014). I was contacted by the U.S. Justice Department suggesting that I file a (form IND) in order that (we) might qualify to receive some or all of our financial losses attributed Madoff Victim Funds and others. However, since submitting (form IND) in February 2014, I've received threats from anonymous parties and now fear for my life. Please contact the U.S. Justice Department on my behalf at the address shown upon some of the enclosed documents submitted here to give a definite time lime of (dispersible) or (non-dispersible) of Maddof Victim Funds in order to afford me the opportunity to better protect my life against the threats that I've received already.

Secondly while representing my late mother's estate starting in 2004, I became aware that's she, I , my siblings, and other family members along with family farm land located in Yazoo County, Mississippi were from 25% to1/8% Choctaw Native American heritage. In 2012, we notified the U.S. Department of Agriculture upon its 2012 Census forms that the family's "farm land from 1880" is designated as mixed Native American tribal enterprises and burial grounds. In 2012, we also notified the U.S. Dept. of the Interion that we believed that we were entitled to an equal amount of Royalties from the main body of the Choctaw's as those Choctaw's that were located in Philadelphia, Mississippi, but so far we have not received a response from the Choctaw Nation or the U.S. Dept. that handles Indian affairs. Please contact any U.S. Dept. of Indian Affairs dealings in order to obtain direction for me under any U.S Statute or law which could apply in such a case as I've described here.

Thank You,

Lamar Ellis (conserver)
1516 Shirley Ave.
Jackson, MS 39204
Enclosures:
1. G. Ellis FAM Trust #84-6380874
2. Baxter Moton Great Grandchildren
3. May 17,1995 State of MS
   Letter, May 4, 1995 Deposit Guarantee (Safekeep) Bank, Energetic 1979
   Charter/Form 8283
4. G. Ellis (Headstart Center) Dedication/Maddoff Victim Fund)
5. Ellis- Jackson-Moton (Tribal Land)
6. Choctaw Tribal Enterprise Burial Grounds

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

July 14, 2014

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lamar Ellis
1516 Shirley Ave.
Jackson, MS 39204

Re:   *Bernard L. Madoff Investment Securities LLC ("BLMIS") Bankr. S.D.N.Y., No.*
      *08-1789 (SMB)*

Dear Mr. Ellis:

We are counsel to Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation proceedings of BLMIS under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the estate of Bernard L. Madoff.

We are in receipt of your letter to Judge Bernstein and the Trustee, which was filed on July 9, 2014, ECF No. 7284. In your letter, you ask that the Trustee consider reversing his denial of your claim. We write to inform you that your BLMIS claims have been expunged pursuant to prior proceedings as described below.

On March 24, 2009 and July 30, 2009, you filed two claims (008118 and 070192) with the Trustee in the BLMIS SIPA proceeding. On December 8, 2009 and November 4, 2010, the Trustee determined your claims, informing you by letter at the address in your claim forms that you did not have an account or any other relationship with BLMIS and therefore you are not a "customer" of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78*lll* (2). See enclosed. You filed three objections to the Trustee's denial of your claims on December 22, 2009, September 17, 2010 and November 29, 2010, ECF Nos. 1112, 2998 and 3249.

On March 16, 2012, the Trustee filed his third omnibus motion (the "Motion," ECF No. 4732) seeking to have the Bankruptcy Court expunge any and all claims and objections filed by or on behalf of claimants that did not invest with BLMIS, or in entities that invested with BLMIS, pursuant to section 78fff–2(b)(2) of SIPA, Rule 3007(d) of the

July 14, 2014
Page 2

Federal Rules of Bankruptcy Procedure and the Bankruptcy Court's Order of December 23, 2008. You were served with notice of the hearing and adjournments, ECF Nos. 4737, 4768, 4772, as enclosed.

On April 19, 2012, the Bankruptcy Court granted the Motion, expunging your claims and overruling your objections. See Order, ECF No. 4779, also enclosed. You were served with the Order at the address specified in your claims objections, ECF No. 4792, as enclosed. No timely appeal was filed and the order is now final. Thus, there is no further action for the Trustee to take with respect to your claim.

Regarding your request for review of the data you submitted to the U.S. Department of Justice in connection with the Madoff Victim Fund, neither the Trustee nor the Bankruptcy Court has involvement in the administration of the Madoff Victim Fund. The Madoff Victim Fund is administered by Richard C. Breeden, the Special Master on behalf of the U.S. Department of Justice. For more information, please be advised that the relevant website is www.madoffvictimfund.com and the contact details are as follows: Madoff Victim Fund, P.O. Box 6310, Syracuse, NY 13217-6310, info@madoffvictimfund.com, and (866) 624-3670.

Sincerely,

Bik Cheema

Enclosures

cc:   Honorable Stuart M. Bernstein

# Energetic Foundation Plan
# Military Order of the Purple Heart
### Chartered by Congress
### Exclusively for Combat Wounded Veterans





