**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GURITZKY FAMILY PARTNERSHIP LP,<br><br>SANFORD GURITZKY, individually, and as general partner of the Guritzky Family Partnership LP, | Adv. Pro. No. 10-04288 (SMB) |

and

BRENDA GURITZKY, individually, and as
general partner of the Guritzky Family Partnership
LP,

                Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: September 26, 2014

2. Fact Discovery shall be completed by: August 1, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: October 28, 2015

4. The Disclosure of Rebuttal Experts shall be due: November 30, 2015

5. The Deadline for Completion of Expert Discovery shall be: March 1, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: May 3, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 17, 2016

8. The Deadline for Conclusion of Mediation shall be: September 16, 2016

[Remainder left intentionally blank]

Dated: New York, New York
      July 23, 2014

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*