| | |
|---|---|
| **BECKER & POLIAKOFF LLP**<br>Helen Davis Chaitman<br>Lance Gotthoffer<br>Peter W. Smith<br>Julie Gorchkova<br>45 Broadway, 8th Floor<br>New York, New York 10006<br>(212) 599-3322<br>*Attorneys for Defendants Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis (the "Fox Plaintiffs")* | **Opposition Deadline:**<br>August 8, 2014<br><br>**Reply Deadline:**<br>August 15, 2014<br><br>**Hearing Date / Time:**<br>September 18, 2014, at 10:00 A.M. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>CAPITAL GROWTH COMPANY, *et als,*<br><br>      Intervenors,<br><br>  -against-<br><br>SUSANNE STONE MARSHALL, *et als*,<br><br>      Defendants. | Adv. Pro. No. 14-01840 (SMB) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Fox Plaintiffs' Motion for an Order:

(i) Authorizing Discovery From the Trustee, April Frielich, Barbara Picower, and Bernard

{N0051800 }

Madoff Pursuant To FRBP 2004, and Authorizing the Deposition of Madoff to Preserve Testimony Pursuant FRCP 27; (ii) Authorizing the Deposition of Madoff Pursuant To FRCP 30(a)(2)(B); and (iii) Directing the Sequence of Discovery Pursuant to FRCP 26 filed on July 18, 2014 has been scheduled for **September 18, 2014 at <u>10:00 AM.</u>** Any opposition papers are due on August 8, 2014. The Fox Plaintiffs' reply, if any, is due on August 15, 2014.

**PLEASE TAKE FURTHER NOTICE** that the above-reference hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:    July 23, 2014                     **BECKER & POLIAKOFF LLP**
          New York, New York

                                    By:    /s/ *Helen Davis Chaitman*
                                           Helen Davis Chaitman
                                           45 Broadway
                                           New York, New York 10006
                                           (212) 599-3322
                                           hchaitman@bplegal.com
                                           *Attorneys for Defendants Susanne Stone*
                                           *Marshall, Adele Fox, Marsha Peshkin, and*
                                           *Russell Oasis (the "Fox Plaintiffs")*