**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and Alan Nisselson, Chapter 7 Trustee for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>      v.<br><br>XYZ3 CORP. (Redacted – Under Seal),<br><br>      Defendant. | Adv. Pro. No. 10-05319 (SMB) |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned adversary proceeding, by and through their respective counsel, that plaintiffs Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the estate of Bernard L. Madoff, and Alan Nisselson, as Chapter 7 Trustee for the estate of Bernard L. Madoff, may and do hereby dismiss the above-captioned adversary proceeding with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (made applicable by Rule 7041(a)(1)(A)(ii) of the Federal Rules of Bankruptcy Procedure).

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York　　By: /s/ Howard L. Simon
       July 21, 2014　　　　　　　Howard L. Simon (hsimon@windelsmarx.com)
                                　Windels Marx Lane & Mittendorf LLP
                                　156 West 56th Street
                                　New York, New York 10019
                                　Tel:  (212) 237-1000
                                　Fax: (212) 262-1215

                                　*Special Counsel for Irving H. Picard, Trustee for the
                                　Substantively Consolidated SIPA Liquidation of
                                　Bernard L. Madoff Investment Securities LLC and the
                                　Estate of Bernard L. Madoff, and Alan Nisselson,
                                　Chapter 7 Trustee for the Estate of Bernard L. Madoff*

Dated: New York, New York  By: /s/ Daniel J. Leffell
       July 18, 2014  Daniel J. Leffell (dleffell@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Tel:  (212) 373-3000
Fax: (212) 757-3990

*Attorneys for XYZ3 Corp.*

3