**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR JULY 30, 2014**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance action as set forth on the attached Appendix A is scheduled to be heard at the Avoidance Action Omnibus Hearing scheduled for July 30, 2014 at 10:00 a.m.

The avoidance actions as set forth on the attached Appendix B which were scheduled for a status conference at the Avoidance Action Omnibus Hearing on May 28, 2014 at 10:00 a.m., were rescheduled to be held on June 19, 2014, July 17, 2014 and have been further rescheduled to be held on August 28, 2014 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for August 27, 2014. The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at

such hearing as required by the Order.

Dated: July 23, 2014
New York, New York

By:    /s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

3

# **APPENDIX A**

I.     <u>Picard v. The Estate of Doris Igoin, et al.</u>; 10-04336

1. Motion to Dismiss Adversary Proceeding
(Filed: 4/2/2012) [Docket No. 19]

      A.     Declaration of Jonathan K. Cooperman in Support of Motion to Dismiss
(Filed: 4/2/2012) [Docket No. 20]

      B.     Declaration of Laurence Apfelbaum in Support of Motion to Dismiss
(Filed: 4/2/2012) [Docket No. 21]

      C.     Declaration of Bruno Quint in Support of Motion to
(Filed: 4/2/2012) [Docket No. 22]

      D.     Memorandum of Law in Support of Motion to (Filed: 4/2/2012) [Docket No. 23]

<u>Objections Filed</u>:

2. Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens filed by David J. Sheehan (Filed: 8/3/2012) [Docket No. 30]

      A.     Declaration of Ona T. Wang in Support of the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan
(Filed: 8/3/2012) [Docket No. 31]

<u>Replies Filed</u>:

3. Reply Memorandum of Law in Further Support of Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 34]

      A.     Reply Declaration of Laurence Apfelbaum in Further Support of Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 35]

      B.     Reply Declaration of Bruno Quint in Further Support of Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 36]

4. Trustee's Sur-Reply in Further Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens filed by Ona T. Wang
(Filed: 10/1/2012) [Docket No. 43]

Supplemental Briefing:

5.  Trustee's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens filed by Ona T. Wang (Filed: 6/20/2014) [Docket No. 92]

    A.  Supplemental Declaration of Ona T. Wang in Support of Trustee's Opposition to Defendants' Motion to Dismiss filed by Ona T. Wang
        (Filed: 6/20/2014) [Docket No. 93]

6.  [Unredacted] Jurisdictional Memorandum of Law in Further Support of Defendants' Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 6/23/2014) [Docket No. 95]

    A.  Declaration of Jonathan K. Cooperman in Further Support of Defendants' Motion to Dismiss Based on Jurisdictional Discovery filed by Jonathan K. Cooperman
        (Filed: 6/23/2014) [Docket No. 96]

Supplemental Replies Filed:

7.  Trustee's Supplemental Reply in Further Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens (related document(s)19) filed by Ona T. Wang (Filed: 7/18/2014) [Docket No. 100]

8.  Memorandum of Law in Response to the Trustee's Supplemental Memorandum of Law and in Further Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and for Forum Non Conveniens filed by Jonathan K. Cooperman
    (Filed: 7/18/2014) [Docket No. 101]

Additional Documents:

    A.  Letter from Jonathan K. Cooperman to Honorable Judge Lifland in response to the Trustee's letter dated September 11, 2012 filed by Jonathan K. Cooperman
        (Filed: 9/13/2012) [Docket No. 40]

    B.  December 26, 2012 Letter to Judge Lifland regarding Jurisdictional Discovery filed by Ona T. Wang (Filed: 1/14/2013) [Docket No. 49]

    C.  Letter dated 12/12/12 from Jonathan K. Cooperman to Judge Lifland re: Jurisdictional Discovery filed by Jonathan K. Cooperman
        (Filed: 1/14/2013) [Docket No. 50]

    D.  Letter dated 1/4/13 from Jonathan K. Cooperman to Judge Lifland in response to 12/28/12 letter by Trustee's counsel and in further support of 12/12/12 letter re: Jurisdictional Discovery filed by Jonathan K. Cooperman
        (Filed: 1/14/2013) [Docket No. 51]

  E. Memorandum Endorsement Order signed on 1/15/2013 Denying Defendant's Request for Jurisdictional Discovery (Filed: 1/15/2013) [Docket No. 52]

# APPENDIX B

1. <u>Picard v. Michel Most</u>; 10-04941

    (i) Status Conference concerning Defendant's motion to quash filed on May 6, 2014

2. <u>Picard v. Marjorie Most</u>; 10-04947

    (i) Status Conference concerning Defendant's motion to quash filed on May 6, 2014