# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

July 23, 2014

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lamar Ellis
1516 Shirley Ave.
Jackson, MS 39204

Re:   Bernard L. Madoff Investment Securities LLC ("BLMIS")
      Bankr. S.D.N.Y., No. 08-1789 (SMB)

Dear Mr. Ellis:

We are in receipt of your letter, which was filed on July 21, 2014, ECF No. 7498.

Please note that the Trustee disallowed your two claims against BLMIS (008118 and 070192) on December 8, 2009 and November 4, 2010, respectively. The basis was that since you did not have an account or any other relationship with BLMIS, you were not a "customer" of BLMIS as that term is defined at 15 U.S.C. § 78lll (2) of SIPA.

The Court affirmed the Trustee's determinations in its April 19, 2012 Order, ECF No. 4779, that expunged your claims and overruled your objections.

As communicated in my letter to you, dated July 14, 2014, ECF No. 7359, the Trustee had nothing to do with the letter you received from Richard C. Breeden, Special Master for the Madoff Victim Fund, dated January 7, 2014, regarding your claim, about which you wrote to Representative Bennie G. Thompson on May 25, 2014.

In the event you have not received it, I enclose a copy of the Court's Order scheduling

July 23, 2014
Page 2

a hearing on July 30, 2014, ECF No. 7418, regarding your letter dated July 9, 2014, ECF No. 7284.

Sincerely,

Bik Cheema

Enclosure

cc:   Honorable Stuart M. Bernstein