**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>S&L PARTNERSHIP, a New York partnership, CARLA GOLDWORM, TRUST FOR THE BENEFIT OF SAMUEL GOLDWORM, a New York trust, SAMUEL GOLDWORM, as trustee and as an individual, TRUST FOR THE BENEFIT OF LUKE GOLDWORM, a New York trust, and LUKE GOLDWORM, as trustee and as an individual,<br><br>Defendants. | Adv. Pro. No. 10-04702 (SMB) |

300320776

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: September 15, 2014.

2.      Fact Discovery shall be completed by: February 5, 2015.

3.      The Disclosure of Case-in-Chief Experts shall be due: June 12, 2015.

4.      The Disclosure of Rebuttal Experts shall be due: July 17, 2015.

5.      The Deadline for Completion of Expert Discovery shall be: October 9, 2015.

6.      The Deadline for Service of a Notice of Mediation Referral shall be: December 4, 2015.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 18, 2015.

8.      The Deadline for Conclusion of Mediation shall be: April 15, 2016.

Dated: New York, New York
        July 22, 2014

Of Counsel:                                          **BAKER & HOSTETLER LLP**

**BAKER & HOSTETLER LLP**                            By:*/s/ Nicholas J. Cremona*
11601 Wilshire Boulevard, Suite 1400                 David J. Sheehan
Los Angeles, California 90025-0509                   Nicholas J. Cremona
Telephone:  310.820.8800                             45 Rockefeller Plaza
Facsimile:  310.820.8859                             New York, NY 10111
Michael R. Matthias                                  Telephone: (212) 589-4200
Email:  mmatthias@bakerlaw.com                       Facsimile: (212) 589-4201

                                                     *Attorneys for Irving H. Picard, Trustee for the*
                                                     *Substantively Consolidated SIPA Liquidation of*
                                                     *Bernard L. Madoff Investment Securities LLC*
                                                     *and for the Estate of Bernard L. Madoff*

300320776