**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>KELMAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership, C.D. KELMAN CORPORATION, a Delaware corporation, CHARLES D. KELMAN REVOCABLE TRUST DATED MAY 16, 2001, AS RESTATED AND AMENDED, a Florida trust, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, MARITAL TRUST UNDER ARTICLE X OF THE CHARLES D. KELMAN REVOCABLE TRUST, a | Adv. Pro. No. 10-05158 (SMB) |

300320792

Florida trust, ANN G. KELMAN, as trustee and as an individual, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, TRUST FOR LESLEY A. KELMAN KOEPPEL UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, JENNIFER KELMAN, as trustee, LESLEY A. KELMAN KOEPPEL, as trustee and as an individual, TRUST FOR JENNIFER KELMAN UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, LESLEY A. KELMAN KOEPPEL, as trustee, JENNIFER KELMAN, as trustee and as an individual, TRUST FOR EVAN KELMAN UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, EVAN KELMAN, TRUST FOR J.K. [a minor] UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, J.K., a minor, TRUST FOR S.K. [a minor] UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, S.K., a minor, TRUST FOR CHARLES D. KELMAN'S GRANDCHILDREN AND MORE REMOTE DESCENDANTS UNDER ARTICLE VII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, STEVEN A. BELSON, as trustee, and DARREN S. BERGER, as trustee,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

300320792

1. The Initial Disclosures shall be due: September 15, 2014.

2. Fact Discovery shall be completed by: February 5, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: June 12, 2015.

4. The Disclosure of Rebuttal Experts shall be due: July 17, 2015.

5. The Deadline for Completion of Expert Discovery shall be: October 9, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: December 4, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 18, 2015.

8. The Deadline for Conclusion of Mediation shall be: April 15, 2016.

Dated: New York, New York
July 22, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard L.*
*Madoff*

300320792