**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THERESA BERMAN REVOCABLE TRUST; ESTATE OF THERESA BERMAN; LYLE BERMAN, in his capacity as Trustee for the Theresa Berman Revocable Trust and in his capacity as Personal Representative of the Estate of Theresa Berman; SHARON BERMAN SNYDER, in her capacity as Trustee for the Theresa Berman | Adv. Pro. No. 10-04416 (SMB) |

> Revocable Trust and in her capacity as Personal
> Representative of the Estate of Theresa Berman; and
> LILLIAN BERMAN GOLDFARB, in her capacity as
> Trustee for the Theresa Berman Revocable Trust and
> in her capacity as Personal Representative of the
> Estate of Theresa Berman,
>
>                      Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: April 30, 2014

2. Fact Discovery shall be completed by: December 15, 2014

3. The Disclosure of Case-in-Chief Experts shall be due: April 29, 2015

4. The Disclosure of Rebuttal Experts shall be due: May 29, 2015

5. The Deadline for Completion of Expert Discovery shall be: August 27, 2015

6. The Deadline for Mediation Referral shall be: October 26, 2015

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 9, 2015

8. The Deadline for Conclusion of Mediation shall be: March 8, 2016

Dated: New York, New York
      July 25, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*