**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ADELINE SHERMAN REVOCABLE TRUST, AS AMENDED; STEPHEN HELFMAN, in his capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended; SUSAN HELFMAN, in her capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended; and ADELINE SHERMAN,<br><br>        Defendants. | Adv. Pro. No. 10-04816 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Aleida Martinez Molina, counsel for Defendant Adeline Sherman ("Defendant"), (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendant.

2. On June 24, 2014, counsel for Defendant filed and served a Motion to Dismiss on the Trustee.

3. The Parties have agreed to dismiss Defendant, who is deceased.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding.

5. Upon the dismissal of Defendant, the caption of this adversary proceeding is hereby amended to delete Defendant, as reflected on Exhibit A to this stipulation.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Date: July 24, 2014
      New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE**

By: */s/ Aleida Martinez Molina*
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
Telephone: 305.854.0800
Facsimile: 305.854.2323
Aleida Martinez Molina
Email: AMartinez@wsh-law.com

*Attorneys for Defendants Adeline Sherman Revocable Trust, as Amended, Stephen Helfman, Susan Helfman, and Adeline Sherman*

So Ordered this 25th day of July, 2014

    /s/ STUART M. BERNSTEIN_____
    HONORABLE STUART M. BERNSTEIN
    UNITED STATES BANKRUPTCY JUDGE

**"EXHIBIT A"**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>     v.<br><br>ADELINE SHERMAN REVOCABLE TRUST, AS AMENDED; STEPHEN HELFMAN, in his capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended; and SUSAN HELFMAN, in her capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended,<br><br>           Defendants. | Adv. Pro. No. 10-04816 (SMB) |