UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Debtor.

SIPA LIQUIDATION

Adv. Pro. No. 08-01789 (SMB)

-------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

              Plaintiff,

              v.

COHMAD SECURITIES CORPORATION, *et al.*

              Defendants.

Adv. Pro. No. 09-01305 (SMB)

-------------------------------------------------------------x

## ORDER GRANTING LEAVE TO WITHDRAW AS CO-COUNSEL

Upon consideration of the application of Siegel, Lipman, Shepard, LLP, f/k/a Siegel, Lipman, Dunay, Shepard & Miskel, LLP (the "Firm") for an order, pursuant to Local Bankruptcy Rule 2090-1(e), to withdraw as co-counsel of record for Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust (the "Spring Defendants"); and due and sufficient notice of the application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the application; and based on the record of the case; and the Court having determined that cause has been shown for the granting of the relief requested in the application; it is hereby

**ORDERED**, ~~that the application is granted; and it is further~~ **[SMB: 7/28/14]**

**ORDERED**, that the Firm and Kenneth W. Lipman, Esq. are granted leave to withdraw as co-counsel for the Spring Defendants and they are hereby deemed removed as co-counsel of record in this adversary proceeding (Adv. Pro. No. 09-01305) and in the related *In re Bernard L.*

*Madoff Investment Securities LLC* proceeding (Adv. Pro. No. 08-01789), and the Clerk is directed to remove the Firm and Kenneth W. Lipman, Esq. from the ECF docket in each of the foregoing adversary proceedings.

Dated: New York, New York
      July 28th, 2014

    /s/ STUART M. BERNSTEIN_____
    **UNITED STATES BANKRUPTCY JUDGE**

2