# **<u>EXHIBIT B</u>**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

                   Plaintiff-Applicant,

     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                   Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## AFFIDAVIT OF PUBLICATION

I, JOHN FRANKS, being duly sworn, depose and say that:

1.      I am a Director at the Dallas, Texas office of AlixPartners, LLP ("AlixPartners"). AlixPartners is employed by the Trustee (as defined) as claims agent, in part.

2.      I have personal knowledge of the matters herein.

3.      On December 15, 2008, the United States District Court for the Southern District of New York entered an order appointing Irving H. Picard, Esq. ("the Trustee") as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, the debtor herein ("the Debtor"), under the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa *et seq.*, as amended ("SIPA").

4.      On December 23, 2008, an order ("the Order") was entered in this proceeding authorizing and directing the Trustee to cause notice of the commencement of this liquidation proceeding (the "Notice") to be published one time in the following newspapers on or before January 9, 2009: *The New York Times*, all editions; *The Wall Street Journal*, all editions; *The Financial*

*Times*, all editions; *USA Today*, all editions; *Jerusalem Post*, all editions; and *Ye'diot Achronot*, all editions (the "Newspapers").

     5.     The Notice was entitled "Notice To Customers And Creditors Of Bernard L. Madoff Investment Securities LLC And To All Other Parties In Interest." A copy of the Notice is attached hereto as Exhibit A.

     6.     The Notice was published in each of the Newspapers on January 2, 2009. A copy of the Verification of Publication for each newspaper and the Notice as it appeared in each newspaper is attached hereto as Exhibits B through H.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed in Dallas, Texas this 2nd day of February, 2009.

                       John Franks
                       Director
                       AlixPartners LLP

Subscribed and sworn to before me
this 2nd day of February, 2009.

Notary Public   *March 27, 2010*

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2010

# **EXHIBIT A**

## **The Notice**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding |
| Plaintiff-Applicant, | No. 08-01789-BRL |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

## COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving

H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing

Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed**

**only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as

their name and addresses appear on the Debtor's books and records. Customers who do not receive

such forms within seven (7) days from the date of this Notice may obtain them by writing to the

Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be

filed with the Trustee at the above address within thirty (30) days after the date of this Notice.

**Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim

forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the

address shown above within six (6) months after the date of this Notice. **All such claims will be**

**deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6)**

**months after the date of this Notice.**

## AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

**NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree,

certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C.

§ 362 and by order of the United States District Court for the Southern District of New York entered

on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

**NOTICE IS HEREBY GIVEN** that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

**NOTICE IS HEREBY GIVEN** that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

**NOTICE IS HEREBY GIVEN** that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's

website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website,

www.madofftrustee.com. From time to time in the future, other updated information and notices

concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:   January 2, 2009
         New York, New York

                                        Irving H. Picard, Esq.
                                        Trustee for the Liquidation of the
                                        Business of Bernard L. Madoff Investment
                                        Securities LLC

## EXHIBIT B

**Jerusalem Post and Ye'diot Achronot**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

## AFFIDAVIT OF PUBLICATION

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc., an advertising agency, and (b) that the advertisement of which the annexed is a copy was published in the following publications:

*Jerusalem Post Daily (Israel) Edition* in the issue dated 1/2/09
*Jerusalem Post International Edition* in the issue dated 1/2/09
*Yedioth Ahronoth Daily (Israel) Edition* in the issue dated 1/2/09
*Yedioth Ahronoth International Edition* in the issue dated 1/2/09

X _____
             (Signature)

_____
             (Title)

Sworn to before me this: _____ 12TH _____ day of _____ January _____, 2009

_Lori Hummel_
Notary Public

"OFFICIAL SEAL"
Lori Hummel
Notary Public, State of Illinois
Commission Expires 12/20/2010





**קונקורס אינטרנשיונל טראוול בע"מ**

15 West 34th, St., Floor 5, NY, NY 10001
Tel: 212-689-2323
E-mail:Concourse.travel@gmail.com

**Corporate Accounts Welcome**

Last Minute Booking at Low
Advanced Purchase Prices

**CIT Concourse International Travel, Inc.**

---

**אילן טורס**
טיולים מודרכים בשפה העברית

מסלולי הטיולים לעונת החורף!



הרשמה ופירוט לטיול בטלפון: 718.924.7544

---

**משרדי עו"ד מאיר מוצא**
לשעבר תובע המחוזי מני-יורק
**FORMER PROSECUTOR**



ייצוג אמין תקיף ומקצועי:

www.mozaLaw.com

(718) 470-1206 Queens    ניתן להשיג 24 שעות    (516) 741-0003 Nassau

---

**KUNST**

212-964-5056 טל.
212-267-1199 פקס.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
        Plaintiff-Applicant,
v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
        Defendant.

Adversary Proceeding
No. 08-01789-BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but six months period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., a Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madoffrustee.com From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



## "הוא גרם לי לה'

### כ-4,000 המלצות כבר הגיעו לתחרות "המורה של המדינה"

מאת גנה אולמברט



## בית כנסת
## לא במשרד

## הדרכון אבד לכנ
## שלמו 1,000 שקל

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in late protection for the customer. Each claims should be filed with: the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their same and addresses appear on the Debtor's books and records. Customers who do not receive such form within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file proof of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004. At the meeting, claimants and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARINGS ON INDEBTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in effect of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the grounds that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served as counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., to be received no later than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madoff.trustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's website or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



**12 DEFENSE**

Sights on Gaza

**24 BUSINESS**

Reflections on the stock market



From Harry Potter to the Nazis

**28 ARTS**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.                                                                Adversary Proceeding
                                                                 No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

#### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq. as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78ccc(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009                              Irving H. Picard, Esq.
New York, New York                                  Trustee for the Liquidation of the Business of
                                                    Bernard L. Madoff Investment Securities LLC



# Weigh your options.

Get the scales tipping in your favor.
Advertise in The Jerusalem Post.

For details contact Sigal Nahisai at 212-742-0505 | ext. 106| sigaln@jpost.com

FOREIGN JOURNALISTS reporting from Sderot have been influenced by first-hand experience of life under rocket fire. Meanwhile IDF spokesman Avi Benayahu (inset) says new media is the future for communicating Israel's message. (Ariel Schalit/AP)

## groups give gov't top grades
## handling of Gaza operation

...edia outreach that ...nied previous Israeli failures of the past decade. "...happening in Gaza, ...continued, has been ...nsparent than the ...in Lebanon, where ...h was deliberately ...g the number of its ...had been killed. ...same time, she said ...he initial reporting

provided a good amount of context and background about the current fighting – for example, that Israel had been facing years of rocket attacks before taking this action – that information was harder to find as the media rushed to keep up with the unfolding events.

Though Mizrahi has succeeded in holding recent

events with Israeli officials in which hundreds of journalists have participated, she also expressed frustration that the larger context for Israel's actions was often being lost with the day-to-day coverage.

"The unfortunate thing is that people in the news business tend to cover only what's new today," she said.

---

## THE JERUSALEM POST

### NATIONAL ELECTIONS 2009

*English Language Forums*

will be inviting our readers to meet and hear representatives a all the major parties at a series of meetings.

...ve your calendars. Further details to come.

| ...ary 13 | 8 pm | HAIFA | Menahem Hall (adjacent to Rambam Synagogue), 39 Rechov Hahistim, Neve Shaanan (co-sponsored by EMUNAH) |
| ...ary 18 | 8 pm | NETANYA | AACI Hall, 28 Shmuel Hanatziv (co-sponsored by AACI) |
| ...ary 25 | 8 pm | RA'ANANA | to be announced |
| ...ary 31 | 8 pm | JERUSALEM | The Jerusalem Great Synagogue, 56 Rechov King George (co-sponsored by AACI and The Jerusalem Great Synagogue) |
| ...uary 1 | 8 pm | TEL AVIV | Ben Daniel, 62 Rehov B'nei Dan (co-sponsored by AACI) |

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.                                                                Adversary Proceeding
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,        No. 08-01789-BRL
Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in SIPA by Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so as to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as other SIPC brochures may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madoff.trustee.com. Please time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

## EXHIBIT C

**USA Today (National Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: January 2nd 2009 on the following legal advertisement- **SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L. MADOFF INVESTMENT....** published in the national edition of **USA Today.**

Principal Clerk of USA TODAY
January 5th 2009

This _5_ day of _January_ month _2009_ year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012



At PepsiCo, Indra Nooyi ranks No. 3 on Forbes magazine's list of the 100 most powerful women and is the highest ranked CEO, ahead of non-CEOs such as Sen. Hillary Rodham Clinton and Queen Elizabeth.




At DuPont, Ellen Kullman became CEO on Thursday.



At Kraft, Irene Rosenfeld has been CEO of Kraft since 2006.



At Avon, Stock is up 65% during CEO Andrea Jung's nine years.

## How stocks have performed

The stock market suffered its worst year since 1937, and female CEOs did not escape the devastation.

# MARKETPLACE TODAY

www.marketplace.usatoday.com
To advertise call 1.800.397.0070 Toll-free in the U.S. only

USA TODAY

## NOTICES

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

# **EXHIBIT D**

**USA Today (International Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L.**
**MADOFF INVESTMENT** published in the international edition of **USA Today.**

Principal Clerk of USA TODAY
January 7th 2009

This _____ day of _____ month
_____ year.

_____
Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012



## MARKETPLACE TODAY

www.marketplace.usatoday.com
To advertise call 1.800.397.0070 Toll-free in the U.S. only
usatoday.com

**NOTICES**

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789 BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee.

Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, before the Honorable Burton R. Lifland, United States Bankruptcy Judge. At this meeting, customers and creditors and their business may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the grounds that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found at SIPC's website at www.sipc.org under Proceedings/Legislation and at the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



ADVERTORIAL

## EDUCATION TODAY

www.marketplace.usatoday.com

Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm (CST)
To advertise call 1.800.397.0070 Toll-free in the U.S. only

### Distance Learning Offers Flexibility and Opportunity to Update Skills in Uncertain Times

*Education content provided by Peterson's*





### DISTANCE LEARNING

Send your sales through
the roof with an ad in

## MARKETPLACE TODAY.

For more information
on how to place
your ad call:
1-800-397-0070
toll-free in the U.S. only
Or visit us online at:
www.USATODAY.com

## EXHIBIT E

**The New York Times (International Herald Tribune)**



### INTERNATIONAL
### Herald Tribune

PUBLISHED BY THE NEW YORK TIMES

620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723   Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**

**NOTICE: AlixPartners**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East. Far East and the Americas. The notice, a true copy of which is attached,
was published on the following date(s):

January 2, 2009

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on January 5, 2009

_Judith King_

Judith King, Legal Notice Manager

Sworn before me on this 5ᵗʰ day of _January_ 2009 in the state of New York.

_Gail Arena_

Notary Public

Gail Arena
Notary Public, State of NY
No. 01AR4769887
Qualified in Nassau County
Commission Expires May 31, 2010

THE WORLD'S DAILY NEWSPAPER

' reached No. 4 with just over
to sales, and AC/DC's "Black
hrough an exclusive deal with
was No. 5 with 1.92 million.
act sells its music through
'unes, the dominant online
'DC has said that selling indi-
cks breaks up the continuity
um. But à la carte downloads
r less lucrative than full CDs.

tendance for the top 100 tours dropped 3 percent, but the average ticket price climbed 8 percent, to $66.90.

Despite the growth of online music sales, CDs remain by far the most popular format, although that hold is slipping: 361 million CDs were sold in 2008, down almost 20 percent from the previous year. About 84 percent of all album purchases were CDs, down from

reducing the floor space allotted to ... sic, said Richard Greenfield, a media analyst at Fall Research in New York.

"CDs no longer drive somebody into a store on Tuesday," Greenfield said, referring to the day new CDs usually go on sale. "So the big risk for 2009 is that you will see even more rapid contraction of floor space, as CDs really go out of sight, out of mind for the consumer."

# usic died for owners of Zune

e way the device handles a
" Apparently the Zune had
cting 2008 to have 365 days,

for the glitch? Patience. The
aid the internal clocks on the
rs expected to reset them-
a.m. on the East Coast of the
ites on Thursday. Microsoft
ne owners to drain the batter-
en turn the players back on
time. Those who had been
provide the soundtrack to
s Eve parties were out of luck.
Zune owners, like Geoffry
53-year-old entrepreneur in
t, were frustrated by the
t.
xcusable," Houze said. "It's
that Microsoft wouldn't

have been aware of something like this. They're fortunate the problem will resolve itself. They dodged a very large truck here."

Microsoft has had trouble getting traction for the Zune against the iPod, from Apple, which dominates the portable player market. It says North American sales of all Zune devices topped three million units in November, but it would not say how many were 30-gigabyte models.

The end-of-year timing led some Zune owners to call the problem "Z2K9." To some it offered a quick reminder of how full daily life is of highly complex systems that sometimes behave in unpredictable ways.

"Sure, a Zune breaks and no one cares. No one is really affected," said Peter Neumann, a security expert and principal scientist at SRI International, a nonprofit research institute in Menlo Park, California. "But if this were to happen on a much larger scale, in a life-critical situation like with a defense system or even a shuttle system, it would be a serious problem."

Another big Microsoft venture into hardware, the Xbox 360 video gaming console, has had its own share of breakdowns, the result of a manufacturing flaw. The company has offered to fix faulty machines free of charge, and it set aside a reported $1.1 billion for the repairs.

Zune fans are hoping that the player will not be quite as troublesome.

Microsoft plans to release an update for the player's internal software.

... counterfeit software that was created and packaged almost identically to the real products, despite Microsoft's antipiracy measures.

The counterfeit goods, like Windows XP and Office 2007, were sold using the Internet and exported from China, mostly shipped to the United States and Europe, where they commanded relatively high prices, investigators say.

American and Chinese officials say they broke up the criminal ring in July 2007 with the arrests of 25 people in China, the dismantling of several manufacturing facilities and the confiscation of counterfeit software valued at more than $500 million.

"This is absolutely unprecedented," said David Finn, Microsoft's associate general counsel for worldwide piracy and counterfeiting issues. "The size and scope of the operation is unlike anything we've seen before. We found their products in 36 countries."

A separate trial involving nine suspects in Shanghai has not yet reached a verdict. That group has been accused of counterfeiting Microsoft and Symantec software and distributing it worldwide.

Legal specialists say that software pirates are becoming increasingly sophisticated and that the two court cases show that China is capable of exporting high-quality, fully packaged software that could easily be sold as if it were the real thing. Even customs officials have been fooled by the counterfeits, which

The counterfeiting has caused some friction between U.S. and Chinese officials, but China insists that it has made significant progress in its fight against intellectual property violators. Now, the successful prosecution of one of the biggest software counterfeiting rings is seen by the government as a major breakthrough.

Shenzhen officials declined to comment Wednesday on the court verdict. Still, while the FBI and Chinese officials said hundreds of millions of dollars' worth of material had been seized in international raids, the Shenzhen court found Wednesday that the suspects on trial there had sold less than $200,000 worth of counterfeit products overseas.

It is unclear whether others pocketed much greater sums or whether many more ringleaders are still at large.

Those convicted had access to one of the biggest Chinese disk manufacturing companies — in Shenzhen — through the use of phony licenses, court papers said.

The counterfeit Microsoft software was produced using manufacturing equipment that costs millions of dollars, investigators said, and appeared in English, German, Italian, Korean, Spanish and other languages. The Chinese government found warehouses filled with molding machines, gilding machines, sealing machines and air compressors.

# MARKETS WITH REUTERS

## BREAKINGVIEWS.COM

## t countries 'd be losers

huge policy mistakes, the
wnturn will not rival the
ression, when U.S. gross
roduct dropped by 27
d the unemployment rate
percent. Even the worst
do not expect a GDP
double-digit percentage
r there is a chance of a sort
epression — which could
ulti-decade decline in living
in rich countries.
between developing and
world living standards is
GDP per person in the
tes is 4.6 times as high as the
age.
alization — in trade,
ations and knowledge — is
the difference. Both poor
ave gotten richer, though the
got richer faster.
uld change. The growth of
night start to come at the
f the rich.
r that income gap of 4.6
es in the next 15 years while
s GDP keeps growing at the
it did between 1960 and
5 percent. If that happens,
pita GDP will
ically be 27 percent lower in
in 2007 — the same fall as in
Depression, just spread out
more years.
untries can actually get
e average Argentine was 9
orer in 1945 than in 1929. It
e doses of wasteful
nomic policy to get that
: the current rich-country
f huge government deficits
terest rates are not growth-
ver the long term.
reversed quickly, this mix
ad to larger governments,
ne budget deficits and —
debts cannot be paid off —
ly dangerous inflation.
olicies could make a bad
worse. In the United States
wealthy countries, the result
downward-sloping saw-
attern of output, in which
ery is feebler than the
downturn.
nds, the poor are closely tied
, so China and its peers are
rom the troubles in their big
rkets. That could change,
poorer countries learn to rely
-value exports. Instead, they
te a self-sustaining upward
seful investments, improved
ity and rising incomes. Such a
g would be highly advisable if
ries turned to the economic
of self-harming behavior.

Even if the rich get one-third poorer, they will be much richer than their ancestors were in 1929, before the Great Depression started. But the psychological effect of losing income for so many years could be just as great. Talk about depressing.

— *Martin Hutchinson*

## *Credit Suisse drops problem*

Credit Suisse has found a new home for its perennial problem child. The Swiss bank is offloading the bulk of its non-Swiss fund management business — which guards about $58 billion in assets — to Aberdeen Asset Management of Britain, in an all-stock deal. The timing of the agreement, announced just before the end of the year, is neat.

But otherwise the deal is messy. The Swiss bank clearly wanted a fix for this drag on performance.

Asset management has been a headache for Credit Suisse, with high costs, poor investment performance and management walkouts. So it makes sense to carve it out and sell to a dedicated asset manager with more time to devote to fixing it.

But Credit Suisse's short patience is writ large in the terms of the deal.

Aberdeen is snapping up the fund-management business for just 0.6 percent of the value of its total assets — a shade more than it paid for Deutsche Bank's asset management business in 2005. If Aberdeen can apply a 30 percent margin on the $171 million in revenues it hopes to get this year, it would make an after-tax profit of about $41 million — a generous return on its investment of 11 percent.

Moreover, Credit Suisse has not achieved a clean break. It has swapped the business for as much as $363 million worth of shares in Aberdeen. That is small enough not to have much strategic value, and big enough to be inconvenient. The Swiss bank has to retain its shares for at least a year, but after that it is not clear it has an exit plan. An outright sale for cash would have been preferable.

Aberdeen gets an insurance policy, too. The price goes down if revenues fall over the next six months. If revenue halves, it can walk away. That extraordinary concession is a pretty clear indication of how much Credit Suisse wanted a deal — even one as imperfect as this.

— *John Foley*

breakingviews.com

*For more independent commentary and analysis, visit www.breakingviews.com.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. **Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. **All such claims will be deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# EXHIBIT F

**The New York Times**

## The New York Times

620 8TH AVENUE • NEW YORK • NEW YORK, NY 10018

SEC B   PG. 7

## CERTIFICATION OF PUBLICATION

_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

JAN 0 2 2009                                    20___

_Alice Weber_

JAN 0 2 2009                                    20___

_Alice Weber_

Approved:

_Marie Parrello_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
                                    Plaintiff-Applicant,
        v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
                                    Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor") are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to file claims should not file with the Court but rather are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers should also be aware that their claim filing will be deemed filed only when received by the Trustee.

All other creditors of the Debtor must file their claims with the Trustee within ninety (90) days after the date of this Notice. Claims may be filed with the Trustee at the address shown below.

...2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place creditors may attend, examine the Debtor, and transact such other business as may properly come before the meeting.

**HEARING ON DISPUTED INDEBTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that the copies of this Notice, the letter to customers, the claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of...

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA").

In re J.L. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice, however, the failure of a claimant to file his claim by the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (70) days from the date of this Notice of addresses may request a claim form from the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the entry of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business that may properly come before said meeting.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, the instruction as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidation and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and or the Trustee's website.

Dated:   January 2, 2009
         New York, New York

Irving H. Picard, Esq.
Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

**THE GLORY YEARS IN THE BRONX**

The New York Yankees have won more world championships than any other team in sports history. Every championship is now captured in a special limited-edition box set.

**nytimes.com/store**

**Rise and shine.**

Get The Times delivered to your home for less than $1 a day.*

Call 1-800-NYTIMES or visit
nytimes.com/subscribe.

**The New York Times**

# EXHIBIT G

**The Wall Street Journal**

STATE OF TEXAS                   )
                                 )   ss:
CITY AND COUNTY OF DALLAS)

I, <u>Erin Ostenson</u>, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of <u>THE WALL STREET JOURNAL</u> (Global), a daily national newspaper

published and of general circulation in The United States of America, Asia, Europe and

that the attached advertisement has been published in <u>THE WALL STREET JOURNAL</u>

(Global) for <u>one</u> insertion(s) on the following date(s): <u>January 2, 2009</u>; advertiser

Securities Investor Protection Corporation and that the foregoing statements are true and

correct to the best of my knowledge, information, and belief.

Sworn to before me this

<u>16th</u> day of <u>January</u> 2009

_____
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 16, 2012

**E WALL STREET JOURNAL.**     FRIDAY - SUNDAY, JANUARY 2 - 4, 2009 **15**

# THE MART

## PUBLIC NOTICES

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
        Plaintiff-Applicant,
        v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
        Defendant.

Adversary Proceeding
No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111; attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/ or the Trustee's website.

Dated:  January 2, 2009
     New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# EXHIBIT H

**The Financial Times**

# AFFIDAVITS

**IN THE MATTER OF:**   ALIX PARTNERS

**STATE OF NEW YORK:** |

**ss:** |

**COUNTY OF NEW YORK:** |

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the

**2nd day of January 2009**

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31 4 R067
Qualified in New York County
Commission Expires .......

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900

ADVERTISING.WSJ.COM.

**PUBLIC NOTICES**

## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

### COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

### AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

### MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

### HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

THE WALL STREET JOURNAL.        FRIDAY - SUNDAY, JANUARY 2 - 4, 2009  27

# THE MART

**PUBLIC NOTICES**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
    Plaintiff-Applicant.
    v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC.
    Defendant.

Adversary Proceeding
No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York. entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC. Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:  January 2, 2009
    New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



Caption: Mitch McConnell (centre) with senators-elect Joe Riche (left) and Mike Johanns. "As of right now, Americans are left with more questions than answers," Mr McConnell said

# Republicans threaten to delay stimulus

**News analysis**

**The party has made it clear there will be no rubber stamp for Obama's legislation, writes Andrew Ward**

Members of Congress are poised to resume negotiations over Barack Obama's proposed fiscal stimulus today, amid Republican warnings against hasty legislation laden with wasteful spending.

The president-elect wants Congress to have a bill ready to sign soon after he takes office on January 20, but Republicans are threatening to delay the process.

Mr Obama's advisers have proposed a $675bn-$775bn ($468bn-$525bn, €496bn-

$538bn) stimulus to shore up the economy, with the price likely to rise above $800bn after additions from congressional Democrats.

But Republican leaders this week made clear there would be no rubber stamp approval, warning that the bill faced "tough scrutiny and oversight".

"Taxpayers are in no mood to have a single dollar wasted," said Mitch McConnell, Republican leader in the Senate.

The Obama administration will need support from some Republicans to pass the bill because the Democrats fall narrowly short of a filibuster-proof Senate majority in November's election.

Many Republicans on Capitol Hill have cautiously accepted the need for stimulus measures to avoid a deeper economic crisis, creating the potential for bipartisan agreement. But Mr

McConnell said his party would act as a watchdog against excess, raising the prospect of conflict over the scale and contents of the package.

But Republican leaders urged hesitation on the stimulus and at least a week to review the legislation before a vote, casting doubt on the fast-track approval sounded by Democratic leaders. "As of right now, Americans are left with more questions than answers about this unprecedented government spending," he said. "I believe the taxpayers deserve to know a lot more about where it will be spent before we consider passing it."

Mr McConnell said Republicans would push for "the right mix of tax relief and other measures", signalling his hope to place greater emphasis on tax cuts rather than spending.

In addition to tax cuts for

the middle class, Mr Obama's plan would also include aid to cash-strapped state governments and massive investment in infrastructure, school construction, energy efficiency, broadband access and healthcare technology. Republicans face a

> **"Taxpayers are in no mood to have a single dollar wasted"**
> Mitch McConnell
> Senate minority leader

dilemma over how aggressively to challenge the proposals, given the risk of being blamed for stifling economic recovery. But this week's strongly worded statements by Mr McConnell and others suggest that the party is bristling for a fight.

"We should have a simple test: will the pet-up-written, reportedly trillion-dollar spending bill really create jobs and grow the economy – or will it simply create more government spending, more bureaucrats and deeper deficits?" said Mr McConnell.

As Senate minority leader, Mr McConnell will become the most powerful Republican in Washington after President George W. Bush leaves office, at a time when the party is struggling to agree a new agenda.

Many Republicans are eager to reassert the party's fiscal conservative principles, which were tarnished by the Bush administration's heavy deficit spending even before recent bail-outs for the financial and car sectors.

As state and local governments line up for a slice of the stimulus, Republicans have seized on constitutional funding requests to high-

light the risk of waste and fraud. Among them: $4.8m for a solar bear exhibit in Rhode Island, a $1.5m water park ride in Miami, and $3m for snowmaking at a ski resort in Minnesota.

Mr Obama has warned against special interest spending, insisting the stimulus must remain focused on projects that create the most jobs. He has already started reaching across the aisle with phone calls to moderate Republican senators such as Olympia Snowe of Maine. She subsequently praised the president-elect for his "collaborative" approach.

The next few weeks will provide the first big test of Mr Obama's election pledge to break the partisan gridlock in Washington – and of Mr McConnell's ability to impose discipline on the Republican caucus.

*www.ft.com/obama*

---

## ...volution party not over

before 3,000 people led by President Raúl Castro in eastern Santiago de Cuba, where the revolution began.

A phone survey found people across the island managed to obtain the party's rice, beans and pasta for the traditional family dinner on New Year's eve, in spite of recent hurricanes that seriously damaged agriculture.

Havana's streets were all but deserted for the 31 gun salute in the new year from the old Spanish fort overlooking the city.

People said there was plenty of talk at the dinner table about the future. The Castro era is coming to an end, a new administration is taking over in Washington and President Raúl Castro

said a few days ago that "structural and conceptual changes" were on the agenda of a Communist Party Congress due in late 2009. When Fidel Castro took Santiago 50 years ago he followed up his speech by leading a ragtag caravan of guerrillas on a week-long journey across the island. He made a spectacular entry into Havana on January 8, where

> **Raúl Castro said 'structural and conceptual changes' were on Communist agenda**

he spoke at a military garrison now turned into a complex of schools called "Liberty City".

The government said exemplary citizens would copy the caravan's route beginning on Friday and end at Liberty City on Thursday.

Foreign leaders, noticeably absent from yesterday's event – such as allies Hugo Chávez of Venezuela and Bolivia's Evo Morales – may well attend the final act, a local Communist party official said.

Those who hope to see Fidel Castro, 82, one more time speculated that he might appear. The former president has not been seen in public since intestinal surgery in July 2006.

---

## ...ponent of S African regime

ment, which ultimately became the Progressive Federal party, in 1986.

She was the sole representative for the PFP between 1961 and 1974, as well as for many years the only woman in the legislature, becoming known as a skilful parliamentarian.

Year after year she delivered dozens of parliamentary speeches on a wide range of issues, and cleverly used parliamentary questions, bringing to light information that would otherwise have remained hidden.

She took a special interest in prison conditions, being

dubbed "Our Lady of the Prisons" by Breyten Breytenbach, the Afrikaans poet, apartheid opponent and political prisoner, and was one of the very few people permitted to visit former president Nelson Mandela during his imprisonment on Robben Island.

In his autobiography, Mr Mandela writes: "It was an odd and wonderful sight to see this courageous woman peering into our cells and strutting around our courtyard." After the end of apartheid she led Suzman's own retirement from parliament in 1989) her relationship

with Mr Mandela – who is one year her junior – was warm.

But her dealings with Mr Mandela's African National Congress were not always cordial. During the apartheid years Ms Suzman had opposed the ANC's use of violence and the call for international sanctions against South Africa.

When Thabo Mbeki took over the presidency from Mr Mandela in 1999, he found her a staunch critic of his bizarre policy on HIV and Aids and so-called "quiet diplomacy" towards President Robert Mugabe in Zimbabwe.

Ms Suzman was also forthright in pointing out the shortcomings of the black empowerment policies championed by Mr Mbeki, arguing that these had simply benefited a handful of politically connected individuals and that more needed to be done to develop the skills of the majority black population.

But it will be for her brave opposition in apartheid that Ms Suzman will be remembered. She was awarded more than 20 honorary doctorates from international institutions, received the United Nations award of the International League for Human Rights, was made Dame of the British Empire, and was twice nominated for the Nobel Peace prize.



Suzman holds hands with Mandela in 1990

**Richard Lapper**

---

**Legal Notices**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC ("the Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain those by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m. at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim forms, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/ Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted on SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I caused true copies of the Affidavit of Publication to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

Dated:  February 2, 2009

Respectfully submitted,

/s/ David J. Sheehan
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Schedule A

<u>Via Overnight Mail:</u>

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

Craig Kugel
c/o William Gogel, Esq.
321 Broadway – 2nd Floor
New York, NY 10007

<u>Via U.S. First Class Mail</u>

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590

<u>Via Email:</u>

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

Lewis Liman - lliman@cgsh.com

- 3 -

Andrew Kosloff – <u>andrew.r.kosloff@chase.com</u>