# **<u>EXHIBIT C</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

---

**AFFIDAVIT OF MAILING**

I, JOHN FRANKS, being duly sworn, depose and say that:

1. I am a Director at the Dallas, Texas office of AlixPartners, LLP ("AlixPartners"). AlixPartners is employed by the Trustee (as defined) as claims agent, in part.

2. I have personal knowledge of the matters herein.

3. On December 15, 2008, the United States District Court for the Southern District of New York entered an order appointing Irving H. Picard, Esq. ("the Trustee") as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa *et seq.*, as amended ("SIPA").

4. On December 23, 2008, an order ("the Order") was entered in this proceeding authorizing and directing the Trustee to, amongst other things, mail a copy of (a) the notice of the commencement of this liquidation proceeding (the "Notice"), explanatory information and claim form to each person who, from the books and records of BLMIS, appeared to have been a customer of BLMIS with an open account during the twelve month period prior to December 11, 2008; (b) the

1

Notice, explanatory letter and claim form to creditors other than customers; and (c) the Notice, explanatory letter and Series 300 Rules to broker dealers to the addresses of such customers, creditors and broker dealers as they appeared on available books and records of BLMIS.

5. On or around December 23, 2008, the Trustee employed AlixPartners to assist the Trustee in carrying out his duties and responsibilities pursuant to this proceeding. AlixPartners employees and Baker & Hostetler LLP attorneys reviewed BLMIS' books and records and provided AlixPartners with the names, addresses and account numbers of some of the customers, creditors and broker dealers of BLMIS.

6. AlixPartners also received the names and/or addresses of some of the customers, creditors and broker dealers of BLMIS via phone calls and voicemails left by customers on the Trustee's hotline and mail/e-mail from customers sent directly to the Securities Investor Protection Corporation ("SIPC") and BLMIS, which were forwarded to AlixPartners.

7. A customer list (including creditors and broker dealers of BLMIS) was prepared under the direction of AlixPartners. From this list, AlixPartners generated a complete set of mailing labels for the customers, creditors and broker dealers of BLMIS.

8. AlixPartners arranged for the Notice, a letter to all customers of BLMIS, a customer claim form, instructions for completing customer claim form, SIPC Investor's Guide to Brokerage Firm Liquidations Brochure ("SIPC Brochure") and a return envelope (the "Customer Documents") to be mailed to customers of BLMIS. The mailing was accomplished on behalf of the Trustee by sending the Customer Documents to each of the persons and/or entities listed on the attached <u>Exhibit A</u>.

9. AlixPartners arranged for the Notice, an explanatory letter and a general creditor claim form (the "Vendor Documents") to be mailed to vendors of BLMIS. The mailing was

2

accomplished on behalf of the Trustee by sending the Vendor Documents to each of the persons and/or entities listed on the attached Exhibit B.

10. AlixPartners arranged for the Notice, an explanatory letter and a general creditor claim form (the "Employee Documents") to be mailed to current and former employees of BLMIS. The mailing was accomplished on behalf of the Trustee by sending the Employee Documents to each of the persons and/or entities listed on the attached Exhibit C.

11. AlixPartners arranged for the Notice, an explanatory letter and SIPC Series 300 Rules Brochure for Broker Dealers (the "Broker Dealer Documents") to be mailed to broker dealers of BLMIS. The mailing was accomplished on behalf of the Trustee by sending the Broker Dealer Documents to each of the persons and/or entities listed on the attached Exhibit D.

12. AlixPartners arranged for the Notice, applicable explanatory letter, claim form, instructions and SIPC Brochure (the "Other Party Documents") to be mailed to other parties of BLMIS. The mailing was accomplished on behalf of the Trustee by sending the Other Party Documents to each of the persons and/or entities listed on the attached Exhibit E.

13. The Customer Documents, Vendor Documents, Employee Documents, Broker Dealer Documents and Other Party Documents are collectively referred to herein as the "Documents."

14. The Documents were mailed on behalf of the Trustee to the majority of customers on January 2, 2009. Some of the Documents were mailed to customers after January 2, 2009, but on or before January 9, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas this 3rd day of February, 2009.

*John Franks*
Director
AlixPartners LLP

Subscribed and sworn to before me
this 3rd day of February, 2009.

*Kasandra B. Coleman*
Notary Public  March 27, 2010

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2010

4

## EXHIBIT A

**Customers**

A-1

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| JEANNE LEVY-CHURCH | C/O PAUL KONIGSBERG | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | | |
| JEANNE LEVY-HINTE | C/O KONIGSBERG WOLF & CO PC | ATTN: PAUL KONIGSBERG | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | |
| JEANNE LEVY-HINTE | C/O KONIGSBERG WOLF & CO PC | ATTN: PAUL KONIGSBERG | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | |
| JEANNE RIMSKY 1990 INCOME TST | T RANDOLPH HARRIS TRUSTEE | C/O DAVIDSON, DAWSON & CLARK | 330 MADISON AVE | NEW YORK, NY 10017 | |
| JEANNETTE F ROTH | 21050 POINT PLACE  UNIT 605 | AVENTURA, FL 33180  04071 | | | |
| JEAN-PIERRE DELAMAIRE | ACCESS INTERNATIONAL ADVISO | RS 5-11 LAVINGTON STREET | LONDON SE1 0NZ | LONDON | |
| JEFF ERSKINE | C/O SCHULMAN MANAGEMENT CORP | 800 WESTCHESTER AVE STE 602 | RYE BROOK, NY 10573 | | |
| JEFF LICHTENSTEIN | ROBIN LICHTENSTEIN I/T/F | LUCAS LICHTENSTEIN | 25003 RIVER WALK LANE | STEVENSON RANCH, CA 91381 | |
| JEFF M MADOFF | AND SONYA MADOFF LIVING TRUST | DATED 12/18/06 | 697 RIDGE ROAD | MIDDLETOWN, CT 06457 | |
| JEFF M MADOFF | AND SONYA MADOFF LIVING TRUST | DATED 12/18/06 | 697 RIDGE ROAD | MIDDLETOWN, CT 06457 | |
| JEFF STAVIN | FRIEDMAN, ALPREN, & GREEN | 1700 BROADWAY 23RD FLOOR | NEW YORK, NY 10019  05964 | | |
| JEFF STAVIN FRIEDMAN LLP | 1700 BROADWAY 23RD FLOOR | NEW YORK, NY 10019 | | | |
| JEFFERY R WERNER 11/1/98 TRUST | VIOLET M WERNER | 215 VIA TORTUGA | PALM BEACH, FL 33480 | | |
| JEFFREY A BERMAN | 10 ROGERS STREET #418 | CAMBRIDGE, MA 02142 | | | |
| JEFFREY A BERMAN TRUSTEE | 10 ROGERS STREET  APT 418 | CAMBRIDGE, MA 02142 | | | |
| JEFFREY A MAY | SUCCESSOR CO-TRUSTEE | 3 SPRINGER COURT | BETHESDA, MD 20817 | | |
| JEFFREY A MAY | SUCCESSOR CO-TRUSTEE | 3 SPRINGER COURT | BETHESDA, MD 20817 | | |
| JEFFREY B LANDIS TRUST 1990 | 4875 TALLOWOOD LANE | BOCA RATON, FL 33487 | | | |
| JEFFREY B NISSENBAUM | 20 PECK ROAD | PO BOX 158 | WALES, MA 01081 | | |
| JEFFREY BERMAN FOUNDATION | C/O JEFFREY BERMAN | 10 ROGERS STREET  STE #418 | CAMBRIDGE, MA 02142 | | |
| JEFFREY EISENSTADT | CUMBERLAND PACKING CORP | 2 CUMBERLAND STREET | BROOKLYN, NY 11205 | | |
| JEFFREY EISENSTADT FUND | C/O GREGG KANDER | BUCHANAN INGERSOLL & ROONEY | 1 OXFORD CENTER  20TH FLOOR | PITTSBURGH, PA 15219 | |
| JEFFREY ERSKINE | SCHULMAN MANAGEMENT LLC | 800 WESTCHESTER AVENUE STE 602 | RYE BROOK, NY 10573 | | |
| JEFFREY FEINSTEIN | 11 GRACE LANE | OYSTER BAY COVE, NY 11771 | | | |
| JEFFREY FEINSTEIN GRAT | 11 GRACE LANE | OYSTER BAY COVE, NY 11771 | | | |
| JEFFREY FELDMAN | 41 WHEATLEY ROAD | GLEN HEAD, NY 11545 | | | |
| JEFFREY FERRARO | SANDRA FERRARO | 50-31 211TH STREET | BAYSIDE, NY 11364 | | |
| JEFFREY H FISHER | SEPARATE PROPERTY REV TRUST | DTD 6/7/2007 | 340 ROYAL POINCIANA WAY #306 | PALM BEACH, FL 33480 | |
| JEFFREY HOWARD WOODRUFF | 1941 PEARL STREET  APT# 304 | BOULDER, CO 80302 | | | |
| JEFFREY KOMMIT | 15750 BITTERSWEET LANE | SPRING LAKE, MI 49456 | | | |
| JEFFREY KOMMIT | 18041 WILDWOOD SPRINGS PKWY | SPRING LAKE, MI 49456 | | | |
| JEFFREY L EGLOW | 18 LINVALE LANE | BRIDGEWATER, NJ 08807 | | | |
| JEFFREY L WEEKS | 67 KITCHELL AVE | WHARTON, NJ 07885 | | | |
| JEFFREY LEEDY | 208 COLT | HORSESHOE BAY, TX 78657 | | | |
| JEFFREY LEVY-HINTE | 8 EAST 12TH STREET  11TH FL | NEW YORK, NY 10003 | | | |
| JEFFREY MITTLER | JANET OR MARK MITTLER J/T WROS | 411 E 57TH STREET | NEW YORK, NY 10022 | | |
| JEFFREY NEIL KONIGSBERG | C/O PAUL J KONIGSBERG | 440 PARK AVE SOUTH | NEW YORK, NY 10016 | | |
| JEFFREY NEIL KONIGSBERG | 23 ROSS ROAD | SCARSDALE, NY 10583 | | | |
| JEFFREY R SCHISSEL CPA | 450 SEVENTH AVENUE  STE 2710 | NEW YORK, NY 10123 | | | |
| JEFFREY R WECHSLER REVOCABLE | LIVING TRUST | JEFFREY R WECHSLER TRUSTEE | 485 LEUCADENDRA DRIVE | CORAL GABLES, FL 33156 | |
| JEFFREY S WILPON | & VALERIE WILPON JT/WROS | 14 BROAD ROAD | GREENWICH, CT 06830 | | |
| JEFFREY S WILPON | & VALERIE WILPON JT TENANTS | 111 GREAT NECK ROAD | GREAT NECK, NY 11021 | | |
| JEFFREY SCHAFFER | DONNA SCHAFFER JT WROS | 393 PETER FORMAN DRIVE | FREEHOLD, NJ 07728 | | |
| JEFFREY SHANKMAN | 300 EAST 56TH STREET  APT 20F | NEW YORK, NY 10022 | | | |
| JEFFREY SHANKMAN | 300 EAST 56TH STREET  APT# 20F | NEW YORK, NY 10022 | | | |
| JEFFREY SHANKMAN | 60 EAST END AVE | NEW YORK, NY 10028 | | | |
| JEFFREY SISKIND | 370 CHESTNUT DRIVE | ROSLYN, NY 11576 | | | |
| JEFFREY SISKIND | 370 CHESTNUT DRIVE | ROSLYN, NY 11576 | | | |
| JEFFREY STAVIN | FRIEDMAN LLP | 1700 BROADWAY  23RD FL | NEW YORK, NY 10019 | | |
| JEFFREY STAVIN CPA | FRIEDMAN LLP | 1700 BROADWAY | NEW YORK, NY 10019 | | |
| JEFFREY STAVIN FRIEDMAN LLP | 1700 BROADWAY | NEW YORK, NY 10019 | | | |
| JEFFRY M PICOWER | 1410 SOUTH OCEAN BOULEVARD | PALM BEACH, FL 33480 | | | |
| JEFFRY M PICOWER SPECIAL CO | C/O DECISIONS INC | 22 SAW MILL RIVER ROAD 3RD FL | HAWTHORNE, NY 10532 | | |
| JEFFRY M PICOWER, P. C. | 25 VIRGINIA LANE | THORNWOOD, NY 10594 | | | |
| JELRIS & ASSOCIATES | 100 SMITH RANCH ROAD STE 116 | SAN RAFAEL, CA 94903 | | | |
| JEMW PARTNERSHIP | C/O DECISIONS INC | 22 SAW MILL RIVER ROAD 3RD FL | HAWTHORNE, NY 10532 | | |
| JENNIE BRETT | SUITE 323 | 125-10 QUEENS BLVD | KEW GARDENS, NY 11415  01519 | | |
| JENNIE BRETT | 1907 PLYMOUTH DRIVE | WESTBURY, NY 11590 | | | |
| JENNIE BRETT | 1907 PLYMOUTH DRIVE | WESTBURY, NY 11590 | | | |
| JENNIFER BETH KUNIN | 3253 31ST AVE SOUTH | MINNEAPOLIS, MN 55406 | | | |
| JENNIFER GATTEGNO | FAYE KUNTZMAN AS CUSTODIAN | P O BOX 961 | ENGLEWOOD CLIFFS, NJ 07632 | | |
| JENNIFER KELMAN | REVOCABLE TRUST DATED 12/22/04 | 260 E BOCA RATON ROAD | BOCA RATON, FL 33432 | | |
| JENNIFER LEEDS | C/O LINDSAY PARKER TSTEE | LORING, WOLCOTT & COOLIDGE | 230 CONGRESS STREET | BOSTON, MA 02110 | |
| JENNIFER M SEGAL | TR DATED 5/1/67 | 2 NO BREAKERS ROW #15 | PALM BEACH, FL 02181 | | |
| JENNIFER M SEGAL 1985 TRUST | DATED 4/16/85 | 200 EAST 72ND STREET | NEW YORK, NY 10021 | | |
| JENNIFER M SEGAL 1985 TRUST | DATED 4/16/85 | 200 EAST 72ND STREET | NEW YORK, NY 10021 | | |
| JENNIFER M SEGAL TRUST | U/D/T DTD 5/1/67 AS AMENDED | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | |
| JENNIFER M SEGAL TRUST | U/D/T DTD 5/1/67 AS AMENDED | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | |
| JENNIFER M SEGAL TRUST | UDT DATED 5/1/67 AS AMENDED | 2 NO BREAKERS ROW #45 | PALM BEACH, FL 33480 | | |
| JENNIFER MADOFF | F/B/O ROGER DAVID MADOFF | C/O PETER MADOFF | 885 THIRD AVENUE  18TH FLOOR | NEW YORK, NY 10022 | |
| JENNIFER MADOFF | 1 MORTON SQUARE  APT 5DW | NEW YORK, NY 10014 | | | |
| JENNIFER PRIESTLEY | 42 SILSOE HOUSE | 50 PARK VILLAGE EAST | LONDON  NW1 7QH | ENGLAND | |
| JENNIFER PRIESTLY | 48 CONIGER RD  LONDON SW6 3TA | UNITED KINGDOM | | | |
| JENNIFER SEGAL | 85 TR DTD 4/16/85 | 203 E 72ND ST APT 21C | NEW YORK, NY 10021 | | |
| JENNIFER SEGAL HERMAN | 1985 TRUST DATED 4/16/85 | 25 HIGHGATE ROAD | WELLESLEY, MA 02481 | | |
| JENNIFER SEGAL HERMAN | 1985 TRUST DATED 4/16/85 | 25 HIGHGATE ROAD | WELLESLEY, MA 02481 | | |
| JENNIFER SEGAL HERMAN | 1985 TRUST DATED 4/16/85 | 25 HIGHGATE ROAD | WELLESLEY, MA 02481 | | |
| JENNIFER SEGAL HERMAN TRUST | U/D/T DATED 5/1/67 AMENDED | 2 NO BREAKERS ROW #45 | PALM BEACH, FL 33480 | | |
| JENNIFER SEGAL HERMAN TRUST | U/D/T DTD 5/1/67 AS AMENDED | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | |
| JENNIFER SEGAL HERMAN TRUST | U/D/T DTD 5/1/67 AS AMENDED | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | |
| JENNIFER SEGAL TRUST | 2 NO BREAKERS ROW #45 | PALM BEACH, FL 33480 | | | |
| JENNIFER SPRING MCPHERSON | 3157 N 34TH STREET | HOLLYWOOD, FL 33021 | | | |
| JERALD HERSHMAN | 150 ORCHARD STREET | ALLENDALE, NJ 07401 | | | |
| JEREMIAH BLITZER | 15 WEST 72ND STREET  APT 24-C | NEW YORK, NY 10023 | | | |

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| THE STEVEN SWARZMAN 2006 TRUST | INDENTURE OF TRUST DTD 1/31/06 | 1200 UNION TURNPIKE | NEW HYDE PARK, NY 11040 | | |
| THE SUMNER AND ESTHER FELDBERG | 1998 CHARITABLE REMAINDER | UNITRUST | PO BOX 9175  770 COCHITUATE RD | FRAMINGHAM, MA 01701 | |
| THE SUSAN S SAVITSKY 2000 TST | DATED 10/27/2000 | VENABLE LLP | 575 7TH STREET N W | WASHINGTON, DC 20004 | |
| THE SYNAPSE COMMUNICATIONS | GROUP | 4132 FULTON AVENUE | SHERMAN OAKS, CA 91423 | | |
| THE THOMAS OSTERMAN FAMILY | 2006 GRANTOR TRUST | 111 GREAT NECK ROAD | GREAT NECK, NY 11021 | | |
| THE TITUS R LEVY TRUST | JEFFREY LEVY-HINTE TRUSTEE | 8 EAST 12TH STREET  11TH Fl | NEW YORK, NY 10003 | | |
| THE UNICYCLE TRADING COMPANY | C/O STANLEY CHAIS | 9255 DOHENY ROAD 901/03 | WEST HOLLYWOOD, CA 90069 | | |
| THE UNICYCLE TRADING COMPANY | C/O WILLIAM CHAIS | 333 S WINDSOR BLVD | LOS ANGELES, CA 90020 | | |
| THE WERNICK NOMINEE PTNRSHIP | C/O M GORDON EHRLICH | BINGHAM MC CUTCHEN LLP | ONE FEDERAL STREET | BOSTON, MA 02110 | |
| THE WESTLAKE FOUNDATION INC | C/O PAUL J KONIGSBERG TSTEE | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | | |
| THE WESTLAKE FOUNDATION INC | C/O PAUL J KONIGSBERG TSTEE | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | | |
| THE WHITMAN PARTNERSHIP | BERNARD WHITMAN | 5610 COUNTRY CLUB WAY | SARASOTA, FL 34243 | | |
| THE WILLI RECHLER TRUST | C/O APRIL MANALANG | 225 BROADHOLLOW ROAD | MELVILLE, NY 11747 | | |
| THE WILPON FAMILY 1997 | DESCENDANT'S TRUST | C/O STERLING EQUITIES | 111 GREAT NECK ROAD | GREAT NECK, NY 11021 | |
| THE WIVIOTT INVESTMENT LLC | ONE HUGHES CENTER DRIVE #1802 | LAS VEGAS, NV 89169 | | | |
| THE YESHAYA HOROWITZ ASSOC | ATTN: AYALA NAHIR | ALFASI ST 11 | JERUSALEM 92302 | ISRAEL | |
| THE ZANKEL FUND | 16 BAYBERRY ROAD | ARMONK, NY 10504 | | | |
| THE ZENKEL FOUNDATION | 15 WEST 53RD STREET | NEW YORK, NY 10019 | | | |
| THE ZENO F LEVY TRUST | JEFFREY LEVY-HINTE TRUSTEE | 8 EAST 12TH STREET  11TH Fl | NEW YORK, NY 10003 | | |
| THEA J LORBER | 1050 SEAWANE DRIVE | HEWLETT HARBOR, NY 11557 | | | |
| THELMA BARSHAY | 13320 SHANNON DRIVE | AUDUBON, PA 19403 | | | |
| THELMA E BARSHAY TRUST | ROBERT BARSHAY THELMA BARSHAY | TRUSTEES | 13320 SHANNON DELL DRIVE | AUDUBON, PA 19403 | |
| THELMA H GOLDSTEIN | 558 ABLERMARLE PLACE | CEDARHURST, NY 11516  01004 | | | |
| THEODORA BOZYCH | JP MORGAN CHASE | MAIL CODE  IL1-1735 | ONE BANK ONE PLAZA | CHICAGO, IL 60670 01735 | |
| THEODORA S GREER | JEFFREY BRUCE GREER SUC TSTEES | RTA AS AMEND OF AUSTIN L GREER | 8134 CASSIA DRIVE | BOYNTON BEACH, FL 33437 | |
| THEODORE ABRAMOV | CAROL BAER JT WROS | 788 COLUMBUS AVENUE APT# 8-M | NEW YORK, NY 10025 | | |
| THEODORE FETTMAN | AND BEVERLY FETTMAN J/T WROS | 5700 ARLINGTON AVENUE 6U | BRONX, NY 10471 | | |
| THEODORE GREEN | 35 WINTHROP ROAD | MONROE TOWNSHIP, NJ 08831  02603 | | | |
| THEODORE H FRIEDMAN | AND EVE FRIEDMAN J/T WROS | 25 CENTRAL PARK WEST #19J | NEW YORK, NY 10023 | | |
| THEODORE H FRIEDMAN | 25 CENTRAL PARK WEST  #19J | NEW YORK, NY 10023 | | | |
| THEODORE J SLAVIN | TRUST #1 DATED 5/10/1985 | 10560 WILSHIRE BLVD #PHB | LOS ANGELES, CA 90024 | | |
| THEODORE J SLAVIN | 600 NO SALTAIR AVE | LOS ANGELES, CA 90049 | | | |
| THEODORE JUNGREIS | 7768 WIND KEY DRIVE | BOCA RATON, FL 33434 | | | |
| THEODORE RONICK | 65 SANDPIPER LANE | P.O BOX 1627 | BRIDGEHAMPTON, NY 11932 | | |
| THEODORE RONICK | 65 SANDPIPER LANE | PO BOX 1627 | BRIDGEHAMPTON, NY 11932 | | |
| THEODORE S SELIGSON | INDENTURE OF TRUST | T SELIGSON TRUSTEE 10/20/78 | 777 WEST GERMANTOWN PIKE #429 | PLYMOUTH MEETING, PA 19462 | |
| THEODORE S SELIGSON | 9214 FLYNN CIRCLE #7 | BOCA RATON, FL 33496 | | | |
| THEODORE SCHWARTZ | 140 CADMAN PLAZA WEST APT 9B | BROOKLYN, NY 11201 | | | |
| THEODORE SELIGSON | 9214 FLYNN CIRCLE #7 | BOCA RATON, FL 33496 | | | |
| THEODORE WARSHAW | 11 EUGENE DRIVE | MONTVILLE, NJ 07045  09191 | | | |
| THERESA BERMAN REVOCABLE TRUST | THERESA BERMAN, LYLE BERMAN | SHARON BERMAN SNYDER TTEES | 12700 SHERWOOD PLACE #301 | MINNETONKA, MN 55305 | |
| THERESA C TERLIZZI | & JOHN I STEVEN J/T WROS | 2466 SHELLEY STREET | CLEARWATER, FL 33765 | | |
| THERESA R RYAN | LAWRENCE J RYAN TRUSTEES | U/D/T 11/20/91 | 217 SHEARWATER ISLE | FOSTER CITY, CA 94404 | |
| THERESA R RYAN | LAWRENCE J RYAN TRUSTEES | U/D/T 11/20/91 | 217 SHEARWATER ISLE | FOSTER CITY, CA 94404 | |
| THERESA ROSE RYAN | 217 SHEARWATER ISLE | FOSTER CITY, CA 94404  01431 | | | |
| THERESA RYAN | 217 SHEARWATER ISLE | FOSTER CITY, CA 94404  01431 | | | |
| THOMAS A PISCADLO INVSTMT CLUB | 2 HIGH POINT WAY | PISCATAWAY, NJ 08854 | | | |
| THOMAS A SHERMAN | 11471 TELLURIDE TRAIL | MINNETONKA, MN 55305 | | | |
| THOMAS BERNFELD | 185 WEST END AVENUE  APT #21D | NEW YORK, NY 10023 | | | |
| THOMAS BERNFELD | 343 HERNANDO AVENUE | SARASOTA, FL 34243 | | | |
| THOMAS D MOSCOE | 14700 ROCKSBOROUGH ROAD | MINNETONKA, MN 55345 | | | |
| THOMAS D MOSCOE | 445 GRAND BAY DRIVE  APT #607 | KEY BISCAYNE, FL 33149 | | | |
| THOMAS D MOSCOE | 445 GRAND BAY DRIVE  APT# 607 | KEY BISCAYNE, FL 33149 | | | |
| THOMAS D MOSCOE | 445 GRAND BAY DRIVE  APT# 607 | KEY BISCAYNE, FL 33149 | | | |
| THOMAS D MOSCOE | 445 GRAND BAY DRIVE  APT# 607 | KEY BISCAYNE, FL 33149 | | | |
| THOMAS D MOSCOE | 445 GRAND BAY DRIVE  APT# 607 | KEY BISCAYNE, FL 33149 | | | |
| THOMAS D MOSCOE REVOCABLE TST | U/A DATED 12/18/95 | THOMAS & MARLENE MOSCOE TTEES | 14700 ROCKSBOROUGH ROAD | MINNETONKA, MN 55345 | |
| THOMAS F BRODESSER JR | REV DEED OF TRUST DTD 5/12/03 | 462 SEASHORE ROAD | CAPE MAY, NJ 08204 | | |
| THOMAS FUSCO | 928 MANOR LANE | W BAYSHORE, NY 11706 | | | |
| THOMAS H SEGAL 1994 TRUST | DATED 4/28/94 | 43 HIGHGATE ROAD | WELLESLEY HILLS, MA 02481 | | |
| THOMAS H SEGAL 1994 TRUST | SPECIAL | 3801 CANTERBURY RD  SUITE 1013 | BALTIMORE, MD 21218 | | |
| THOMAS L STARK AND | HILARY M STARK J/T WROS | 14 INDIAN POINT LANE | RIVERSIDE, CT 06878 | | |
| THOMAS M DIVINE | 160 BEACON HILL DRIVE | WEST HARTFORD, CT 06117 | | | |
| THOMAS M KELLY | AND MELINDA T KELLY  J/T WROS | 255 BRATCHER LANE | BENTON, KY 42025 | | |
| THOMAS PLASTARAS, ESQ | 5 BRADSHAW LANE | FORT SALONGA, NY 11768 | | | |
| THOMAS SEGAL | 3801 CANTERBURY ROAD  APT 1013 | BALTIMORE, MD 21218 | | | |
| THOMAS V LICCARDI | & EDITH LICCARDI JT WROS | 281 SCARSDALE ROAD | YONKERS, NY 10707 | | |
| THOMAS V LICCARDI | AND EDITH LICCARDI JT WROS | 1 RIVERVUE PLACE APT #113 | TUCKAHOE, NY 10707 | | |
| THOMAS V PELLINGRA | 4 VAN BRUMMEL LANE | BALLSTON SPA, NY 12020 | | | |
| THOMAS W LOEB MD | PC AMENDED AND RETIRED | PROFIT SHARING PLAN 1/1/86 | 283 WHEATLEY ROAD | OLD WESTBURY, NY 11568 | |
| THREE S PARTNERSHIP | C/O A KOZAK AND COMPANY, LLP | 192 LEXINGTON AVE #1100 | NEW YORK, NY 10016 | | |
| THUD LLC | C/O ARONAUER, GOLDFARB, RE, | & YUDELL   ATTN: MICHAEL SCHER | 444 MADISON AVENUE | NEW YORK, NY 10022 | |
| THUNDERCLOUD GROUP | PENSION TRUST | PHILIP M HOLSTEIN JR, TSTEE | PO BOX 10629 | ASPEN, CO 81612 | |
| THYBO ADVISORY SAM | ATTN: ROD MORLEY | 24 BLVD PRINCESS CHARLOTTE | MC-98000  MONACO | | |
| THYBO ASSET MANAGEMENT LTD | C/O UBS (LUXEMBOURG) SA | ATTN: SERGE KARP  P O BOX 2 | 17-21 BLVD JOSEPH II | L-2010 LUXEMBOURG | |
| THYBO GLOBAL FUND LIMITED | C/O UBS (LUXEMBOURG) SA | ATTN: SERGE KARP  P O BOX 2 | 17-21 BLVD JOSEPH II | L-2010 LUXEMBOURG | |
| THYBO RETURN FUND | C/O UBS (LUXEMBOURG) SA | ATTN SERGE KARP  PO BOX 2 | 17-21 BLVD JOSEPH 11 | L-2010  LUXEMBOURG | |
| THYBO STABLE FUND LTD | C/O UBS FUND SVCS (LUXEMBOURG) | ATTN: STEVE KIEFFER  PO BOX 2 | 291 ROUTE D'ARLON  LUXEMBOURG | LUXEMBOURG L-1150 | |
| TILLIE BERGMAN IRREV TRUST | 15961 LOCK KATRINE TRAIL | DELRAY BEACH, FL 33446 | | | |
| TIMOTHY S TEUFEL | C/O STERLING EQUITIES INC | 111 GREAT NECK ROAD | GREAT NECK, NY 11021 | | |
| TIMOTHY S TEUFEL | 15636 OAKSTAND ROAD | POWAY, CA 92064  02264 | | | |
| TIMOTHY SHAWN TEUFEL | AND VALERIE ANNE TEUFEL | CO-TRUSTEES U/T/D 5/24/95 | P O BOX 3517 | TEQUESTA, FL 33469 | |
| TIMOTHY TEUFEL | P O BOX 3517 | TEQUESTA, FL 33469 | | | |
| TITUS RAY LEVY UGMA | FRANCIS LEVY CUSTODIAN | C/O PAUL KONIGSBERG | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | |

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| TRUST FBO DORA L GABA | DTD 3/3/88 DORA L GABA DANIEL | L GABA & RICHARD M GABA TSTEES | 345 W 58TH STREET APT 12-M | NEW YORK, NY 10019 | |
| TRUST FBO GABRIELLE H PICOWER | DEC INC | C/O APRIL C FREILICH | 22 SAW MILL RIVER ROAD | HAWTHORNE, NY 10532 | |
| TRUST FBO GABRIELLE H PICOWER | 5 SLOANS CURVE DRIVE | PALM BEACH, FL 33480 | | | |
| TRUST FBO JASON OSTROVE | DAVID OSTROVE TRUSTEE | 2129 ANGUS DRIVE | WALNUT CREEK, CA 94598 | | |
| TRUST FBO JULIE SCHAFLER | C/O CORTEC GROUP | 200 PARK AVE 20TH FL | NEW YORK, NY 10166 | | |
| TRUST FBO MARILYN GLICKFIELD | AND DESCENDANTS | 725 ROCKVILLE PIKE | ROCKVILLE, MD 20852 | | |
| TRUST FBO MARILYN GLICKFIELD & | DESCENDENTS OF L GLICKFIELD | C/O MARILYN GLICKFIELD | 5630 WISCONSIN AVENUE #1530 | CHEVY CHASE, MD 20815 | |
| TRUST FBO MICHAEL F LEVINE | A LEVINE TTEE | 16858 RIVER BIRCH CIRCLE | DELRAY BEACH, FL 33445 | | |
| TRUST FBO N WILKER | U/W H & P WILKER B AGREE N & S | WILKER TTEES C/O S WILKER | 14W WILLIAM STREET | GLEN COVE, NY 11542 | |
| TRUST FBO RICHARD SCHAFLER | C/O CORTEC GROUP | 200 PARK AVE 51ST FL | NEW YORK, NY 10166 | | |
| TRUST FBO SHERRY GAINES | U/W/O JEANETTE ROTH M B ROTH | M S COHN & S GAINES TTEES | 37 CREST HOLLOW LANE | SEARINGTOWN, NY 11507 | |
| TRUST FBO STANLEY S WEITHORN | & MURIEL CASPER | 6 FREMONTIA | PORTOLA VALLEY, CA 94028 | | |
| TRUST FBO THE CHILDREN OF | LESLIE B CITRON | C/O LESLIE & KENNETH CITRON | 21 EAST 87TH STREET #11E | NEW YORK, NY 10128 | |
| TRUST FBO WENDY FINE 5/30/84 | 7552 REXFORD ROAD | BOCA RATON, FL 33434 | | | |
| TRUST FOR THE BENEFIT OF | THE CHILDREN OF DAVID SHAPIRO | C/O DAVID SHAPIRO | 220 E 72ND STREET APT #19F | NEW YORK, NY 10021 | |
| TRUST FUND B | U/W EDWARD F SELIGMAN | F/B/O NANCY ATLAS | 169 PLAIN ROAD | WAYLAND, MA 01778 | |
| TRUST M-B FRANCIS N LEVY | U/I/D 07/24/91 | JEFFREY LEVY-HINTE TRUSTEE | 8 EAST 12TH STREET 11TH FL | NEW YORK, NY 10003 | |
| TRUST M-B FRANCIS N LEVY | U/I/D 7/24/91 | C/O PAUL KONIGSBERG | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 | |
| TRUST OF ANDREW GORDON | C/O B SHAPIRO | 59 PINEWOOD AVE | WEST LONG BRANCH, NJ 07764 | | |
| TRUST OF MARVIN E GREENFIELD | C/O BARBARA GREENFIELD | 300 EAST 56TH STREET APT# 12E | NEW YORK, NY 10022 | | |
| TRUST U/W ABRAHAM HERSHSON | H LEVINE D GERBER N LEVINE | & M WINTER AS CO-TRUSTEES | C/O MAX WINTERS 75-43 192ND ST | FLUSHING, NY 11366 | |
| TRUST U/W ABRAHAM HERSHSON | H LEVINE D GERBER N LEVINE | AS CO-TRUSTEES C/O N LEVINE | 885 THIRD AVENUE SUITE 1780 | NEW YORK, NY 10022 | |
| TRUST U/W HERBERT SINGER | 936 FIFTH AVENUE | NEW YORK, NY 10021 | | | |
| TRUST U/W OF BERNICE L RUDNICK | CECIL N RUDNICK, ET AL TSTEES | 200 BRADLEY PLACE APT #402 | PALM BEACH, FL 33480 | | |
| TRUST U/W/O FLORENCE AXELROD | LEON AXELROD FELICIA PORGES TRUSTEES | 106 WINDWARD DRIVE | PALM BEACH GARDENS, FL 33418 | | |
| TRUST U/W/O H THOMAS LANGBERT | F/B/O EVELYN LANGBERT | C/O EVELYN LANGBERT | 465 PARK AVENUE 22E | NEW YORK, NY 10022 | |
| TRUST U/W/O HARRIET MYERS | MARK BLOCK & W MYERS TTEES | C/O WILLARD MYERS | 58 TREMONT TERRACE | LIVINGSTON, NJ 07039 | |
| TRUST U/W/O MAX L KOEPPEL | ATTN ALFRED J KOEPPEL | 575 LEXINGTON AVE 29TH FL | NEW YORK, NY 10022 | | |
| TRUST U/W/O MORRIS WEINTRAUB | FBO AUDREY WEINTRAUB | 184 BRADLEY PLACE | PALM BEACH, FL 33480 | | |
| TRUST U/W/O MORTIMER F SHAPIRO | F/B/O ANITA ELLIS SHAPIRO | C/O ROSENMAN & COLIN | 575 MADISON AVENUE | NEW YORK, NY 10022 | |
| TRUST U/W/O PHILIP L SHAPIRO | APT 601 N | 3170 SO OCEAN BLVD | PALM BEACH, FL 33480 | | |
| TRUST U/W/O ROSE HELLER | C/O BEN HELLER | 14 WEBBER ROAD | SHARON, CT 06069 | | |
| TRUST U/W/O ROSE HELLER | C/O BEN HELLER | 14 WEBBER ROAD | SHARON, CT 06069 | | |
| TRUST U/W/O RUTH MUSS | FBO STANLEY MUSS | ATTN: LARRY ELLENTHAL | 118-35 QUEENS BOULEVARD | FOREST HILLS, NY 11375 | |
| TRUST UNDER ARTICLE FOURTH | U/W/O ROBERT E KLUFER | C/O ALYSE KLUFER | 720 MILTON RD N 1A | RYE, NY 10580 | |
| TRUST UNDER ARTICLE THIRD | FBO LILLIAN MOWSHOWITZ | 81-26 HADDON STREET | JAMAICA, NY 11432 | | |
| TRUST UNDER ARTICLE THIRD | FBO LILLIAN MOWSHOWITZ | 81-26 HADDON STREET | JAMAICA, NY 11432 | | |
| TRUST UNDER THE WILL OF | MAXWELL S FINGER | 133 N POMPANO BEACH BLVD | APT #1501 | POMPANO BEACH, FL 33062 | |
| TRUST UNDER THE WILL OF | BENJAMIN SHANKMAN | C/O JEFFREY SHANKMAN | 300 EAST 56TH STREET APT 20F | NEW YORK, NY 10022 | |
| TRUST UNDER THE WILL OF | MAXWELL S FINGER | 50 SUTTON PLACE SOUTH APT# 3H | NEW YORK, NY 10022 | | |
| TRUST UNDER WILL OF | IRA A SIMONDS | 4 ROSE STREET BLDG 4 APT 2H | OCEANSIDE, NY 11572 | | |
| TRUST UWO SIDNEY GREEENBERGER | RUTH GREENBERGER TRUSTEE | ROBERT GREEENBERGER TRUSTEE | 3903 JENIFER ST NW | WASHINGTON, DC 20015 | |
| TSG HOLDINGS INC | 110 EAST 59TH STREET 29TH FL | NEW YORK, NY 10022 | | | |
| TST F/B/O ANDREW ROSS SAMUELS | U/A DATED 6/15/97 | PETER B MADOFF TRUSTEE | C/O M JOEL 885 THIRD AVE | NEW YORK, NY 10022 | |
| TST FBO A DANIEL JESSELSON UID | 12/18/80 E M AND B JESSELSON | L LANG C STRAUSS TTEES | 1301 AVE OF THE AMER STE 4101 | NEW YORK, NY 10019 | |
| TST FBO A DANIEL JESSELSON UTI | 4/8/71 E & MG JESSELSON AND | J LEVINE TTEES | 1301 AVE OF THE AMER STE 4101 | NEW YORK, NY 10019 | |
| TST FBO DAVID MICHAEL CHARYTAN | DTD 6/3/87 | C CHARYTAN & M CHARYTAN TSTEES | 85 VERDUN AVENUE | NEW ROCHELLE, NY 10804 | |
| TST FBO LYNN ROBIN CHARYTAN | C CHARYTAN & M CHARYTAN TTEES | 85 VERDUN AVENUE | NEW ROCHELLE, NY 10804 | | |
| TST UNDER WILL OF JAY S WYNER | ETHEL WYNER TRUSTEE | 69 BARKERS POINT ROAD | SANDS POINT, NY 11050 | | |
| TUPLER FAMILY PARTNERSHIP | 22 INDIANA ROAD | SOMERSET, NJ 08873 | | | |
| TURBI SMILOW | 41 PUTNAM ROAD | EAST BRUNSWICK, NJ 08816 | | | |
| TURBI SMILOW | 7311 WINDMERE LANE | UNIVERSITY PARK, FL 34201 | | | |
| TURBI SMILOW | 7 LAKESIDE DRIVE | LEE, MA 01238 | | | |
| TURBO INVESTORS LLC | C/O VENTURE MANAGEMENT | 60 WELLS AVENUE | NEWTON, MA 02459 | | |
| TURMAN AND EIMER | 1980 BROADCAST PLAZA | MERRICK, NY 11566 | | | |
| TURRET CORPORATION | CITCO BUILDING WICKAMS CAY | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS | | |
| TURRET CORPORATION | CITCO BUILDING WICKHAMS CAY | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS | | |
| TURTLE CAY PARTNERS | JAMES J LOWERY | 12032 EAST END ROAD | N PALM BEACH, FL 33408 | | |
| TUVIA FELDMAN | 2 EAST END AVENUE | NEW YORK, NY 10021 | | | |
| TWINCO SUPPLY CORP | DEFINED BENEFIT PENSION TST | 55 CRAVEN STREET | HUNTINGTON STATION, NY 11746 | | |
| TWINCO SUPPLY CORP | DEFINED BENEFIT PENSION TST | 55 CRAVEN STREET | HUNTINGTON STATION, NY 11746 | | |
| U C INDUSTRIES INC | C/O CORTEX GROUP INC | 200 PARK AVENUE 20TH FLOOR | NEW YORK, NY 10166 | | |
| U M ENERGY CORP | PROFIT SHARING PLAN | 78-02 79TH STREET | GLENDALE, NY 11385 | | |
| UBS (LUXEMBOURG) SA | FBO LUXALPHA SICAV | 33A AVENUE JF KENNEDY | L-2010 LUXEMBOURG | LUXEMBOURG | |
| UBS (LUXEMBOURG) SA | 33A AVENUE JF KENNEDY | L-2010 LUXEMBOURG | EUROPE | | |
| UBS (LUXEMBOURG) SA | FBO LUXALPHA SICAV | ATTN: SERGE KARP | 33A AVENUE JF KENNEDY | L-1855 LUXEMBOURG | |
| UBS (LUXEMBOURG) SA FBO | LUXEMBOURG INVESTMENT FUND | US EQUITY PLUS | 36-38 GRAND RUE PO BOX 2 | L-2010 LUXEMBOURG | |
| UBS FINANCIAL SERVICES | ATTN: JOHN PETRACCO | 7950 SUMMERLIN LAKES DR STE# 1 | FT MYERS, FL 33907 | | |
| UBS FINANCIAL SERVICES | ATTN: JOHN PETRACCO | 7950 SUMMERLIN LAKES STE 1 | FORT MYERS, FL 33907 | | |
| UBS FINANCIAL SERVICES INC | ATTN: STEVE SINCLAIR | 200 PARK AVENUE 30TH FLOOR | NEW YORK, NY 10166 | | |
| UBS LUXEMBOURG S A | C/O THYBO ADVISORY SAM | 24 BLVD PRINCESSE CHARLOTTE | MONACO MC 98000 | | |
| UBS LUXEMBOURG SA | C/O TBG MANAGEMENT SAM | B P 89 | 29 BLVD PRINCESSE CHARLOTTE | MONACO MC 98007 | |
| UNION BANCAIRE PRIVEE | ASSET MGT (BERMUDA) LTD | ELAINE COULTER | PO BOX HM2572 | HAMIL BERMUDA HMKX | |
| UNION BANK OF SWITZERLAND | 117 OLD BROAD STREET | LONDON EC2N 1AJ | ENGLAND | | |
| UNION SALES ASSOCIATES | 601 ABBOTT STREET | DETROIT, MI 48226 | | | |
| UNITED CONGREGATIONS MESORA | ONE STATE STREET PLAZA 29TH FL | NEW YORK, NY 10004 | | | |
| UNITED JEWISH ENDOWMENT FUND | 6101 MONTROSE ROAD | ROCKVILLE, MD 20852 | | | |
| UPSHER-SMITH LABORATORIES INC | ATTN: STEPHEN ROBINSON | 6701 EVENSTAD DRIVE | MAPLE GROVE, MN 55369 | | |
| UPSHER-SMITH LABORATORIES INC | RETIREMENT PLAN AND TRUST | ATTN: STEPHEN M ROBINSON | 6701 EVANSTAD DRIVE | MAPLE GROVE, MN 55369 | |
| URI AND MYNA HERSCHER | FAMILY TRUST | 3276 LONGRIDGE AVENUE | SHERMAN OAKS, CA 91423 | | |
| URSULA M LANINO | PETER F LANINO TRUSTEES | URSULA M LANINO TST DTD 7/2/96 | 1104 NORTH HAMBLETONIAN DR | HERNANDO, FL 34442 | |
| URSULA M LANINO | 1104 N HAMBLETONIAN DRIVE | HERNANDO, FL 34442 | | | |
| URSULA MICHAELI | 2373 BROADWAY | NEW YORK, NY 10024 | | | |
| US TRUST COMPANY | ATTN: KATHRYN MOSIER | 114 WEST 47TH STREET 3RD FL | NEW YORK, NY 10036 01532 | | |