# **EXHIBIT E**

MARTIN J. AUERBACH, ESQ.  
1185 Avenue of the Americas  
31st Floor  
New York, New York 10036  
Telephone: (212) 704-4347  

*Attorney for Defendant*

William P. Weintraub  
Kizzy L. Jarashow  
FRIEDMAN KAPLAN SEILER  
  & ADELMAN LLP  
7 Times Square  
New York, New York 10036-6516  
Telephone: (212) 833-1100  

*Attorneys for Defendant*

Laura E. Neish  
ZUCKERMAN SPAEDER LLP  
1185 Avenue of the Americas  
31st Floor  
New York, New York 10036  
Telephone: (212) 704-9600  

*Attorneys for Defendant*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

2680410.1

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY HINTE,<br><br>    Defendant. | Adv. Pro. No. 10-04450 (BRL) |

**NOTICE OF MOTION AND DEFENDANT'S
MOTION TO WITHDRAW THE REFERENCE**

2680410.1

PLEASE TAKE NOTICE THAT Jeffrey Hinte, the defendant in the above-captioned adversary proceeding (the "Defendant") respectfully moves the United States District Court for the Southern District of New York (the "District Court") for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Bankruptcy Rules for the Southern District of New York, withdrawing the reference of the above-captioned adversary proceeding to the United States Bankruptcy Court for the Southern District of New York for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Withdraw the Reference, the Declaration of William P. Weintraub in Support of Defendant's Motion to Withdraw the Reference, and the exhibits thereto. The Defendant has made no prior request for the relief sought herein.

2680410.1

WHEREFORE, the Defendant respectfully requests that the District Court enter an order granting the relief requested herein, and such other and further relief as the District Court deems appropriate.

Dated: New York, New York
March 29, 2012

| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | MARTIN J. AUERBACH, ESQ. |
|---|---|
| /s/William P. Weintraub | /s/Martin J. Auerbach |
| William P. Weintraub | Martin J. Auerbach |
| Kizzy L. Jarashow | 1185 Avenue of the Americas |
| 7 Times Square | 31st Floor |
| New York, New York 10036-5616 | New York, New York 10036 |
| (212) 833-1100 | (212) 704-4347 |
| *Attorneys for Defendant* | *Attorney for Defendant* |

ZUCKERMAN SPAEDER LLP

/s/Laura E. Neish
Laura E. Neish
1185 Avenue of the Americas
31st Floor
New York, New York 10036
(212) 704-9600

*Attorneys for Defendant*

2

2680410.1