# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>v.<br><br>JOEL BUSEL REVOCABLE TRUST,<br><br>SANDRA BUSEL REVOCABLE TRUST,<br><br>JOEL BUSEL, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Sandra Busel Revocable Trust, and<br><br>SANDRA BUSEL, in her capacity as Trustee of the Sandra Busel Revocable Trust and the Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust,<br><br>              Defendants. | Adv. Pro. No. 10-04423 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

      This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including October 24, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*Remainder of This Page Intentionally Left Blank*]

Dated: July 28, 2014
      New York, New York

By:   */s/  Marc E. Hirschfield*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: July 28, 2014
      Fort Lauderdale, Florida

By:   */s/  Michael I. Goldberg*
**AKERMAN SENTERFITT**
350 East Las Olas Boulevard Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Michael I. Goldberg
Email: michael.goldberg@akerman.com
Donald N. David
Email: donald.david@akerman.com

*Attorneys for Defendants Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel and Sandra Busel*

*/s/  Melanie L. Cyganowski*
Melanie L. Cyganowski, Mediator

3