**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05386 (SMB) |
| Plaintiffs, | |
| v. | |
| HOBOKEN RADIOLOGY, LLC, | |
| Defendant. | |

**STIPULATION AND ORDER APPROVING SELECTION OF MEDIATOR AND EXTENDING AGREED PERIOD FOR MEDIATION**

**WHEREAS,** Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee") and the defendant ("Defendant," and together with the Trustee, the "Parties") in the above-referenced adversary proceeding (the "Action") agreed to exchange limited discovery and mediate the issues

presented in the Action pursuant to a Stipulation and Order (the "Mediation Order"), "so ordered" by this Court on November 13, 2013 (Doc. No. 41); and

**WHEREAS**, the Mediation Order provides that the Parties shall choose a mediator who is on this Court's Mediation Panel or is an otherwise appropriate person mutually agreed to by the Parties, which selection shall in either case be in accordance with this Court's General Order M-390 and subject to this Court's further approval; and

**WHEREAS**, the Parties have selected Hon. Francis G. Conrad ("Conrad") as the mediator; and

**WHEREAS**, Conrad is on the Court's Mediation Panel and served as a United States Bankruptcy Judge in various jurisdictions and as a member of the Bankruptcy Appellate Panel for the Second Circuit; and

**WHEREAS,** Conrad and the Parties have entered into a separate Mediator Engagement Agreement consistent with the Mediation Order and this Court's General Order M-390; and

**WHEREAS**, consistent with the Mediation Order, the Parties shall each pay half of all reasonable fees, expenses and other amounts payable to Conrad; and

**WHEREAS**, the Mediation Order further provides that the "Agreed Period" for exchanging limited discovery and conducting the mediation shall be deemed to cover the 120-day period commencing on the November 13, 2013 "so ordered" date; and

**WHEREAS**, the Parties need additional time to exchange limited discovery and conduct the mediation, and wish to extend the Agreed Period to cover the 90-day period commencing on the "so ordered" date below.

**NOW, THEREFORE,** the Parties have stipulated and agreed to, and the Court has **ORDERED**, the following:

    1.    Other than as set forth below, the Parties hereby affirm the terms of the Mediation Order in all respects.

2

2. Conrad is approved to mediate this Action in accordance with the terms of the Mediation Order, the Mediator Engagement Agreement and this Court's General Order M-390.

3. The "Agreed Period", as set forth in subparagraph 1(b)(i) of the Mediation Order, is extended to cover the 90-day period commencing on the "so ordered" date below.

4. The pre-trial conference in the Action is adjourned from July 30, 2014 at 10:00 a.m. to October 22, 2014 at 10:00 a.m.

| | |
|---|---|
| Dated: New York, New York<br>July 10, 2014 | By: /s/ Howard L. Simon<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Alan Nisselson, Chapter 7 Trustee for the Estate of Bernard L. Madoff* |
| Dated: Jericho, New York<br>July 10, 2014 | By: /s/ Thomas M. Mealiffe<br>Thomas M. Mealiffe, Esq. (tmealiffe@nixonpeabody.com)<br>NIXON PEABODY LLP<br>50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Phone: (516) 832-7500<br>Facsimile: (516) 832-7555<br><br>*Attorneys for Defendant* |

SO ORDERED ON July 30th, 2014:

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3