Lax & Neville LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)
Gabrielle J. Pretto, Esq. (GP1202)

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :       SIPA LIQUIDATION
                                        :
          Plaintiff-Applicant,          :       No. 08-01789 (BRL)
                                        :
     v.                                 :
                                        :
BERNARD L. MADOFF INVESTMENT            :
SECURITIES, LLC,                        :
                                        :
          Defendant.                    :
---------------------------------------------------------------X
In re:                                  :
                                        :       Adv. Pro. No. 10-04798 (BRL)
BERNARD L. MADOFF,                      :
                                        :
          Debtor.                       :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation :
Of Bernard L. Madoff Investment Securities LLC :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 :
                                        :
JANET JAFFE TRUST U/A dtd 4/20/90, ALVIN :
JAFFE TRUST dtd 4/20/90, JANET JAFFE,   :
Individually and in her capacity as Trustee for the :
Janet Jaffe Trust dtd 4/20/90,          :
                                        :
          Defendants.                   :
---------------------------------------------------------------X

1

**ORDER GRANTING REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL**

Jeffrey L. Bernfeld and Bernfeld, DeMatteo & Bernfeld, LLP, have previously appeared and filed pleadings on behalf of Defendants Janet Jaffe Trust U/A dtd 4/20/90, Alvin Jaffe Trust dtd 4/20/90 and Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust dtd 4/20/90 (collectively referred to as "Defendants"), and Defendants having retained separate legal counsel, Brian J. Neville, Lax & Neville LLP, 1450 Broadway, 35th Floor, New York, New York 10036, to represent them in this proceeding, with Bernfeld, DeMatteo & Bernfeld, LLP and Lax & Neville LLP having filed a Request to Withdraw and Substitute Counsel, it is hereby

ORDERED, that the Request of Bernfeld, DeMatteo & Bernfeld, LLP to Withdraw as Attorney of record be and is hereby granted; it is further

ORDERED that Brian J. Neville, of Lax & Neville LLP is hereby substituted as counsel and Attorney of Record for Defendants.

Dated: New York, New York
       July 30th, 2014

>                                    */s/* **STUART M. BERNSTEIN**
>                                    Honorable Stuart Bernstein
>                                    United States Bankruptcy Judge

2