# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF ELEANOR MYERS a/k/a ELEANOR BLOCK a/k/a LEE BLOCK,<br><br>TRUST U/W/O HARRIET MYERS,<br><br>GERALD J. BLOCK, individually and as Beneficiary of the Estate of Eleanor Myers,<br><br>MELISSA MYERS, as Beneficiary of the Trust U/W/O Harriet Myers, and<br><br>JASON MYERS, as Beneficiary of the Trust U/W/O Harriet Myers,<br><br>Defendants. | Adv. Pro. No. 10-05401 (SMB) |