**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05200 (SMB) |
| v. | |
| HELENE CUMMINGS KARP ANNUITY, and HELEN CUMMINGS KARP, | |
| Defendants. | |

**STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard

L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants

Helene Cummings Karp Annuity and Helen Cummings Karp (together, the "Defendants"), by

and through their counsel, Dentons US LLP (collectively, the "Parties"), represent as follows:

1

**WHEREAS**, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "LPO") [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]; and

**WHEREAS,** the Trustee commenced this action (the "Adversary Proceeding") by filing a complaint (the "Complaint") on December 3, 2010 [Dkt. No. 1]; and

**WHEREAS**, pursuant to stipulation filed on January 3, 2014 [Dkt. No. 25], the Defendants' time to respond to the Complaint was most recently extended to July 18, 2014; and

**WHEREAS**, pursuant to the Notice of Applicability filed by the Trustee in this Adversary Proceeding on December 3, 2010 [Dkt. No. 2], the LPO and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter; and

**WHEREAS**, under the Avoidance Procedures, "the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan (the 'Initial Case Conference')" within 30 days after an answer is filed (the "Initial Case Conference Period"); and

**WHEREAS**, the Defendants filed an answer to the Complaint on April 16, 2014 [Dkt. No. 30]; and

**WHEREAS**, the parties have agreed to extend the Initial Case Conference Period in this Adversary Proceeding, which would have otherwise expired on May 16, 2014;

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, the following:

1.      The Initial Case Conference Period is hereby extended to February 16, 2015, or 30 days after January 16, 2015.

2.      The Initial Case Conference in this Adversary Proceeding will be held on a date to be agreed upon by the parties which is within 30 days of January 16, 2015.

Dated: New York, New York
      July 25, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and for the Estate of Bernard L. Madoff*

**DENTONS US LLP**

By:  *s/ Carole Neville*
1221 Avenue of the Americas
New York, New York 10020
Telephone:  212.768.6889
Facsimile:  212.768.6800
Email: carole.neville@dentons.com

*Attorneys for Defendants*

**SO ORDERED ON <u>July 30th, 2014</u>:**

**/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**