**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
SECURITIES INVESTOR PROTECTION
CORPORATION,

         Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

         Defendant.

------------------------------------------------------------------------ x

In re:

BERNARD L. MADOFF,

         Debtor.

------------------------------------------------------------------------ x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

         Plaintiff,

v.

PERGAMENT EQUITIES, LLC, ROBERT PERGAMENT, and LOIS PERGAMENT,

         Defendants.

------------------------------------------------------------------------ x

Admin. Case No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

District Court No.
12-CV-02153 (JSR)

Bankr. Adv. Pro. No.
10-04944 (SMB)

**ORDER ADMITTING**
**SCOTT M. GROSSMAN *PRO HAC VICE***

    Upon the Application (the "<u>Application</u>") of Maria J. DiConza, a shareholder of Greenberg Traurig, LLP, counsel to Pergament Equities, LLC, for the admission *pro hac vice* of Scott M. Grossman, a shareholder in Greenberg Traurig's Fort Lauderdale office, in connection

with the above-referenced cases and all proceedings with respect to such cases; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED:

1. Pursuant to Local Bankruptcy Rule 2090-1, the Application for admission *pro hac vice* of Scott M. Grossman is granted.

2. Scott M. Grossman is admitted to the bar of the United States Bankruptcy Court for the Southern District of New York for the limited purpose of representing the Pergament Equities, LLC in these cases and in any proceedings therein, subject to the payment of the filing fee with the Clerk of the Court.

Dated: New York, New York
      August 1st, 2014                               /s/ STUART M. BERNSTEIN
                                                      UNITED STATES BANKRUPTCY JUDGE