UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Admin. Case No. 08-01789 (BRL) |
| Plaintiff-Applicant, | : | SIPA LIQUIDATION |
| v. | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| Defendant. | : | |

| | |
|---|---|
| In re: | : |
| BERNARD L. MADOFF, | : |
| Debtor. | : |

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | Bankr. Adv. Pro. No. |
| v. | : | 10-04944 (SMB) |
| PERGAMENT EQUITIES, LLC, ROBERT PERGAMENT, and LOIS PERGAMENT, | : | |
| Defendants. | : | |

### STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND ORDERED that in accordance with Local Bankruptcy Rule 2090-1(e), defendant Pergament Equities, LLC substitutes as its attorneys of record, Greenberg Traurig, LLP, in place and stead of Holland & Knight LLP, in the above-captioned adversary proceeding.

ORL 298868791v3

| GREENBERG TRAURIG, LLP<br><br>By: /s/ *Maria J. DiConza*<br>Maria J. DiConza<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: 212.801.9200<br>Facsimile: 212.801.6400<br>Email: DiConzaM@gtlaw.com<br><br>-and-<br><br>GREENBERG TRAURIG, P.A.<br>Scott M. Grossman (*pro hac vice admission pending*)<br>401 East Las Olas Boulevard<br>Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: 954.768.5212<br>Facsimile: 954.759.5512<br>Email: GrossmanSM@gtlaw.com<br><br>*Substituted Attorneys for Pergament Equities, LLC* | HOLLAND & KNIGHT LLP<br><br>By: /s/ *Barbra R. Parlin*<br>Barbra R. Parlin<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: 212-513-3200<br>Facsimile: 212-385-9010<br>Email: barbra.parlin@hklaw.com<br><br>*Outgoing Attorneys for Pergament Equities, LLC* |
|---|---|

The substitution of counsel is hereby approved and so ORDERED.

Date:   New York, New York
        August 1st , 2014

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

*ORL 298868791v3*