# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04936 (SMB) |
| Plaintiff, | |
| v. | |
| L Rags, Inc., | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including September 19, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

300330970.1

Dated:  August 4, 2014
      New York, New York

By:     _/s/ Nicholas J. Cremona_____
      **BAKER & HOSTETLER LLP**
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      Email:  dsheehan@bakerlaw.com
      Nicholas J. Cremona
      Email:  ncremona@bakerlaw.com
      Christa C. Turner
      Email:  cturner@bakerlaw.com

      *Attorneys for Irving H. Picard, Trustee for the*
      *Substantively Consolidated SIPA Liquidation of*
      *Bernard L. Madoff Investment Securities LLC and*
      *Bernard L. Madoff*

Dated: August 4, 2014
      Fort Lauderdale, FL

By:     _/s/  Michael I. Golberg_____
      Akerman LLP
      666 Fifth Avenue, 20th Floor
      New York, NY 10103
      Phone: (212) 880-3800
      Fax: (212) 880-8965
      Susan Balaschak
      Email: ssan.balaschak@akerman.com

      Las Olas Centre II, Suite 1600
      350 East Las Olas Boulevard
      Fort Lauderdale, FL 33301-2229
      Telephone: (954) 463-2700
      Facsimile: (954) 463-2224
      Michael I. Goldberg
      Email: michael.goldberg@akerman.com

      *Attorneys for Defendant L Rags, Inc.*

300330970.1

_/s/  Melanie Cyganowski_____  _____
Melanie Cyganowski, Mediator

300330970.1