## **EXHIBIT A**

1096-1100 River Road Associates, LLC
Fred A. Daibes, LLC
Fred A. Daibes