**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>  v.<br><br>THE SUMITOMO TRUST AND BANKING CO., LTD.,<br><br>      Defendant. | Adv. Pro. No. 11-02573 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND
AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Sumitomo Mitsui Trust Bank, Limited (formerly known as The Sumitomo Trust & Banking Co., Ltd.) ("Defendant") may answer, move against, or otherwise respond to the Trustee's amended complaint ("Amended Complaint") is extended up to and including October 15, 2014.  The pre-trial conference will be adjourned from October 22, 2014, at 10:00 a.m. to November 19, 2014, at 10:00 a.m.

   The purpose of this stipulated extension ("Stipulation") is to provide additional time for the Defendant to answer, move against, or otherwise respond to the Amended Complaint. Nothing in this Stipulation is a waiver of the Defendant's right to request from the Court a

further extension of time to answer, move against, or otherwise respond to the Amended Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: August 5, 2014
       New York, New York

| BAKER & HOSTETLER LLP | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP |
|---|---|
| By: /s/ Thomas L. Long | By: /s/ Jordan E. Stern |
| 45 Rockefeller Plaza | 299 Park Avenue |
| New York, New York 10111 | New York, New York 10171 |
| Telephone: 212.589.4200 | Telephone: 212-888-3033 |
| Facsimile: 212.589.4201 | Facsimile: 212-888-0255 |
| David J. Sheehan | Zeb Landsman |
| Email: dsheehan@bakerlaw.com | Email: zlandsman@beckerglynn.com |
| Marc E. Hirschfield | Jordan E. Stern |
| Email: mhirschfield@bakerlaw.com | Email: jstern@beckerglynn.com |
| Thomas L. Long | |
| Email: tlong@bakerlaw.com | *Attorneys for Sumitomo Mitsui Trust Bank, Limited (formerly known as The Sumitomo Trust & Banking Co., Ltd.)* |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | |