**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC | |
| Plaintiff, | Adv. Pro. No. 10-04388 (SMB) |
| v. | |
| ESTATE OF ROBERT RIMSKY, RIMSKY FAMILY LIMITED PARTNERSHIP, L. RIMSKY, INC., ARTICLE THIRD TRUST U/W JEANNE RIMSKY, ARTICLE FOURTH TRUST SECTION ONE, ARTICLE FOURTH TRUST SECTION THREE, ARTICLE FIFTH TRUST SECTION ONE, DOUGLAS JAY RIMSKY, RENA RIMSKY WING, LEE COOPER RIMSKY, DON HARRIS RIMSKY, RENEE RIMSKY, MARGARET RIMSKY, SARAH RIMSKY LEVITIN, KENNETH WING, GABRIELLE JAFFE, ADAM BEER, JONATHAN WING, JULIETTE BEER, BARRY MEYERS, HARRIET L. MEYERS, ERIC RIMSKY, LIZA RIMSKY, KATE RIMSKY, K.A.L., A.R.L., J.L.W., T. RANDOLPH HARRIS, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY, and SHELDON SILVERBERG, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY, | |
| Defendants. | |

## STIPULATION AND ORDER DISMISSING
## DEFENDANT SHELDON SILVERBERG WITHOUT PREJUDICE

WHEREAS, on November 30, 2010, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* and the substantively consolidated estate of Bernard L. Madoff, commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against Sheldon Silverberg, in his fiduciary capacity as trustee for the Article Third Trust U/W Jeanne Rimsky (the "Defendant"), among others, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

WHEREAS, the Defendant was sued solely in his fiduciary capacity, as trustee for the Article Third Trust U/W Jeanne Rimsky (the "Trust"), in the Adversary Proceeding;

WHEREAS, pursuant to an order entered by the New York State Surrogate's Court of the County of Nassau dated June 22, 2009, Letters of Trusteeship issued to the Defendant were revoked and new Letters of Trusteeship were issued to T. Randolph Harris, also a defendant in the above-captioned adversary proceeding;

WHEREAS, the Defendant requested that the Trustee agree to dismiss him from the Adversary Proceeding; and

WHEREAS, in reliance on the representations and/or materials submitted by the Defendant, the Trustee, in the exercise of his due and deliberate discretion, has determined to dismiss the Defendant from the Adversary Proceeding without prejudice under certain terms as set forth in this Stipulation and Order.

IT IS HEREBY agreed and stipulated between the Trustee and the Defendant as follows:

1.      Defendant hereby affirms (a) that all representations made by the Defendant and all materials provided by the Defendant are true and correct under penalty of perjury, and (b) that

the Trustee has relied upon these materials in exercising his discretion to dismiss the Defendant

from the Adversary Proceeding.

2.      Defendant hereby agrees that to the extent it is subsequently determined that the

Defendant deliberately or intentionally made materially false and/or misleading representations

or submitted materially false and/or misleading statements and/or materials, the Defendant

hereby agrees (a) that the Trustee shall have the right to reinstitute the Adversary Proceeding

against the Defendant and/or pursue other remedies available to him and (b) that Defendant

agrees that this Stipulation and Order shall act to toll any applicable statutes of limitation with

respect to the Trustee's commencement of any such claims and notwithstanding section 546(a)

of the Bankruptcy Code, Defendant hereby agrees to waive any statute of limitations defense in

any such actions or claims commenced by Trustee; provided, however, that this Stipulation and

Order is not intended to revive any claims which were barred by any statute of limitations or any

time based limitation or defense that expired prior to the commencement of the Adversary

Proceeding.

3.      With respect to the dismissal of the Defendant, all defendants in this Adversary

Proceeding agree to waive all defenses as to necessary parties that may be raised, including, but

not limited to, under Fed. R. Civ. P. 19, made applicable by Fed. R. Bankr. P. 7019.

4.      Pursuant to Fed. R. Civ. P. 41(a), made applicable by Fed. R. Bankr. P. 7041(a),

the Trustee and the Defendant hereby agree that upon approval of this Stipulation and Order by

the Bankruptcy Court, except as set forth in paragraph 2 hereof, the Trustee's claims against the

Defendant are dismissed without prejudice.

5.      Upon the dismissal of the Defendant, the caption of the Adversary Proceeding is

hereby amended to delete the Defendant from the caption.  The amended caption of the

Adversary Proceeding shall appear as indicated in Exhibit A to this Stipulation and Order.

6.      This Stipulation and Order may be signed by counsel for the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

[*The Remainder of this Page is Intentionally Left Blank*]

7.      This Stipulation and Order is subject to the approval of the Bankruptcy Court,

failing which the provisions of the Stipulation and Order shall be void and of no effect.

Date:  August 5, 2014

By:_s/ *Marc E. Hirschfield*          By:_s/ *Elise S. Frejka*_
David J. Sheehan                     Philip Bentley
Marc E. Hirschfield                  Elise S. Frejka
BAKER & HOSTETLER LLP                Jason S. Rappaport
45 Rockefeller Plaza                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
New York, New York 10111             1177 Avenue of the Americas
Telephone: (212) 589-4200            New York, New York 10036
Fax: (212) 589-4201                  Telephone: (212) 715-9100
                                     Fax: (212) 715-8000

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the SIPA Liquidation of Bernard L. Madoff*    *Attorneys for Estate of Robert Rimsky, Rimsky*
*Investment Securities LLC*                        *Family Limited Partnership, L. Rimsky, Inc., Article*
                                                   *Third Trust U/W Jeanne Rimsky, Article Fourth*
                                                   *Trust Section One, Article Fourth Trust Section*
                                                   *Three, Article Fifth Trust Section One, Douglas Jay*
                                                   *Rimsky, Rena Rimsky Wing, Lee Cooper Rimsky,*
                                                   *Don Harris Rimsky, Renee Rimsky, Margaret*
                                                   *Rimsky, Sarah Rimsky Levitin, Kenneth Wing,*
                                                   *Gabrielle Jaffe, Adam Beer, Jonathan Wing, Juliette*
                                                   *Beer, Barry Meyers, Harriet L. Meyers, Eric*
                                                   *Rimsky, Liza Rimsky, Kate Rimsky, K.A.L., A.R.L.,*
                                                   *J.L.W., T. Randolph Harris, in his fiduciary capacity*
                                                   *as trustee for the Article Third Trust U/W Jeanne*
                                                   *Rimsky, and Sheldon Silverberg, in his fiduciary*
                                                   *capacity as trustee for the Article Third Trust U/W*
                                                   *Jeanne Rimsky*

**SO ORDERED:**

**By: /s/ STUART M. BERNSTEIN**_____       **Date: August 5th, 2014**_____
       **HON. STUART M. BERNSTEIN**
       **UNITED STATES BANKRUPTCY JUDGE**