MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
John A. Pintarelli

*Counsel for Defender Limited and*
*Reliance Management (BVI) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDER LIMITED, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-05229 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE**

ny-1153372

**PLEASE TAKE NOTICE** that the law firm of Morrison & Foerster LLP has replaced Klestadt & Winters, LLP as attorneys for Defender Limited ("Defender") and Reliance Management (BVI) Limited ("Reliance") in the above-captioned cases. Defender and Reliance respectfully request that all notices, motions, applications, reports, stipulations, pleadings, orders, complaints, and other documents filed in the above-captioned cases, including, without limitation, all such items referred to in Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served upon Defender and Reliance at the following address:

>  Gary S. Lee
>  John A. Pintarelli
>  MORRISON & FOERSTER LLP
>  250 West 55th Street
>  New York, New York 10019
>  Telephone: (212) 468-8000
>  Facsimile: (212) 468-7900
>  glee@mofo.com
>  jpintarelli@mofo.com

**PLEASE TAKE FURTHER NOTICE** that Gary S. Lee and John A. Pintarelli hereby enter appearances in the above-captioned cases.

Dated: August 6, 2014
       New York, New York

| /s/ Tracy L. Klestadt | /s/ Gary S. Lee |
|---|---|
| Tracy L. Klestadt | Gary S. Lee |
| **KLESTADT & WINTERS, LLP** | John A. Pintarelli |
| 570 Seventh Avenue, 17th Floor | **MORRISON & FOERSTER LLP** |
| New York, New York 10018-6314 | 250 West 55th Street |
| Telephone: (212) 972-3000 | New York, New York 10019 |
| Facsimile: (212) 972-2245 | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| *Original Counsel for Defender Limited and Reliance Management (BVI) Limited* | *Substituted Counsel for Defender Limited and Reliance Management (BVI) Limited* |

ny-1153372