JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 746-8000
Fax: (516) 393-8282
Steven R. Schlesinger
e-mail: sschlesinger@jaspanllp.com
Shannon Anne Scott
e-mail sscott@jaspanllp.com

**Presentment Date: September 2, 2014 at 9:30 a.m.**
**Objection Date: August 26, 2014 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT

SECURITIES LLC,

        Defendant.
------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

        Debtor.
------------------------------------------------------------X
AMY J. LURIA and ROBERT LURIA,

        Plaintiff,

v.

HSBC BANK USA, N.A.,

        Defendants,
------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

Adv. Pro. No. 11-01241 (SMB)

### NOTICE OF PRESENTMENT OF STIPULATION BETWEEN AMY J. LURIA, ROBERT LURIA AND HSBC BANK USA, N.A. AND AGREED ORDER TO DISMISS THIS ADVERSARY PROCEEDING WITH PREJUDICE

SXS/D956352v1/M057546/C0149820

**PLEASE TAKE NOTICE**, that Amy J. Luria and Robert Luria, as plaintiffs in the above-referenced adversary proceeding will present the attached proposed Stipulation Between Amy J. Luria, Robert Luria and HSBC Bank USA and Agreed Order to Dismiss This Adversary Proceeding with Prejudice, for signature on **September 2, 2014** ("Stipulation and Order").

**PLEASE TAKE FURTHER NOTICE**, that that any responses or objections to the Order must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://nysb.uscourts.gov), and (b) by all other parties in interest, on a 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) the attorneys for HSBC Bank USA, N.A., Cleary, Gottlieb, Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Thomas J. Moloney, Esq.), (ii) and attorneys for Irving H. Picard, The Trustee for the Liquidation Proceedings of Bernard L. Madoff Investment Securities LLC and the Substantively Consolidated Bankruptcy Case of Bernard L. Madoff, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111, (Attn: Andrew Reich, Esq.), so as to be received no later than **August 26, 2014** at 4:00 p.m. (Eastern Time).

SXS/D956352v1/M057546/C0149820

**PLEASE TAKE FURTHER NOTICE**, that if no objections to the Stipulation and Order are timely filed, served and received in accordance with this notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: Garden City, New York
      August 6, 2014

                                      JASPAN SCHLESINGER LLP
                                      *Attorneys for Plaintiffs*

                    By:    *s/ Shannon Anne Scott*
                           STEVEN R. SCHLESINGER, ESQ.
                           SHANNON ANNE SCOTT, ESQ.
                           300 Garden City Plaza
                           Garden City, New York 11530
                           (516) 746-8000