UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT

SECURITIES LLC,

        Defendant.
-----------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

        Debtor.
-----------------------------------------------------------------X
AMY J. LURIA and ROBERT LURIA,

        Plaintiff,

v.

HSBC BANK USA, N.A.,

        Defendants,
-----------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**AFFIDAVIT OF SERVICE**

Adv. Pro. No. 11-01241 (SMB)

        **PATRICIA ROBBINS**, being duly sworn, deposes and says:

        Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP, 300 Garden City Plaza, Garden City, New York 11530.

        On August 6, 2014, deponent served the **NOTICE OF PRESENTMENT OF STIPULATION BETWEEN AMY J. LURIA, ROBERT LURIA AND HSBC BANK USA, N.A. AND AGREED ORDER TO DISMISS THIS ADVERSARY PROCEEDING WITH PREJUDICE** upon the parties listed below, at the addresses listed below, said addresses being designated for that purpose, via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

PAD/D816206v1/M044851/C0114550
SXS/D981188v1/M057546/C0149820

TO:     Cleary, Gottlieb, Steen & Hamilton LLP
        Attn: Thomas J. Moloney, Esq.
        Attorneys for HSBC Bank USA, N.A.
        One Liberty Plaza
        New York, NY 10006

        Baker & Hostetter LLP
        Attn: Andrew Reich, Esq.
        Attorneys for Irving H. Picard, The Trustee for the Liquidation
          Proceedings of Bernard L. Madoff Investment Securities LLC and
          the Substantively Consolidated Bankruptcy Case of Bernard L. Madoff
        45 Rockefeller Plaza
        New York, NY 10111

                                                         /s/ *Patricia Robbins*
                                                         PATRICIA ROBBINS

Sworn to before me this
6th day of August, 2014

*/s/Judith Melnick*
Notary Public, State of New York
No. 4797434
Qualified in Nassau County
Commission Expires: February 28, 2018