## **EXHIBIT B**

## **LIST OF DEFENDANTS REPRESENTED BY BROAD & CASSEL, P.A.**

MICHAEL S. BIENES

DIANNE K. BIENES

ST. JAMES ASSOCIATES

DIANNE K. BIENES AS TRUSTEE FOR DIANNE K. BIENES GRANTOR RETAINED ANNUITY TRUST DATED 10/31/1997

DIANE K. BIENES GRANTOR RETAINED ANNUITY TRUST DATED 10/31/97

DIANNE K. BIENES AS TRUSTEE FOR T.C.D. TRUST

T.C.D. TRUST

MICHAEL BIENES AS TRUSTEE FOR GLENN J. DYDO IRREVOCABLE TRUST U/A AUGUST 12, 1988

GLENN J. DYDO IRREVOCABLE TRUST U/A AUGUST 12, 1988