**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC, AND ARDEN ENDOWMENT ADVISERS, LTD.,<br><br>        Defendants. | Adv. Proc. No. 12-01023 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants Arden Asset Management Inc., Arden Asset Management LLC, and Arden Endowment Advisers, Ltd. ("Defendants") may move, answer, or otherwise respond to the Trustee's complaint filed in the above-captioned adversary proceeding (Adv. Pro. No. 12-01023 (SMB)) is extended up to and including November 5, 2014. The pre-trial

conference will be adjourned from October 22, 2014, at 10:00 a.m. to January 28, 2015, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to answer, move against, or otherwise respond to the complaint. Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond to the complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by counsel in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation may be modified by written agreement between counsel for the parties for good cause shown. This Stipulation is entered into pursuant to the Orders Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

*[Remainder of page intentionally left blank.]*

Dated: August 8, 2014
New York, New York

| **SEWARD & KISSEL LLP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: /s/ Mandy DeRoche | By: /s/ Thomas L. Long |
| M. William Munno<br>Mandy DeRoche | David J. Sheehan<br>Thomas L. Long<br>Torello H. Calvani |
| One Battery Park Plaza<br>New York, New York  10004 | 45 Rockefeller Plaza<br>New York, New York  10111 |
| Telephone:  (212) 574-1200<br>Facsimile:  (212) 480-8421 | Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201 |
| Email:  munno@sewkis.com<br>Email:  deroche@sewkis.com | Email:  dsheehan@bakerlaw.com<br>Email:  tlong@bakerlaw.com<br>Email:  tcalvani@bakerlaw.com |
| *Attorneys for Defendants Arden Asset Management Inc., Arden Asset Management LLC and Arden Endowment Advisers, Ltd.* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* |