**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Bankruptcy Case No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as | Adv. Pro. No. 14-01840 (SMB)<br><br>**DECLARATION OF KEITH R. MURPHY IN SUPPORT OF TRUSTEE'S BRIEF IN OPPOSITION TO FOX PLAINTIFFS' MOTION FOR DISCOVERY** |

Trustee for the Picower Foundation and for the Trust
f/b/o Gabriel H. Picower,

                                    Intervenors,

            -against-

SUSANNE STONE MARSHALL; ADELE FOX;
MARSHA PESHKIN; RUSSELL OASIS; A & G
GOLDMAN PARTNERSHIP; and PAMELA
GOLDMAN,

                                    Defendants.

KEITH R. MURPHY, under penalty of perjury, declares:

1.      I am a member of the Bar of this Court and a partner at the firm of Baker &
Hostetler LLP, counsel for Irving H. Picard, Trustee for the substantively consolidated
liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities
Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the estate of Bernard L.
Madoff, individually.

2.      I make this declaration to transmit to this Court a true and correct copy of the
following document, which is attached hereto, in connection with the Trustee's Opposition to the
Fox Plaintiffs' Motion for Discovery:

> Exhibit A:      MJ Lee, *Bernie Madoff Speaks: Politics, Remorse, and Wall Street*,
> POLITICO (Mar. 20, 2014)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 8, 2014
               New York, New York

                            _____/s/ Keith R. Murphy_____
                                    Keith R. Murphy