**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS R. FRANCK, individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05; FLORENCE LAW IRREVOCABLE TRUST DTD 1/24/05; and HOWARD KLEE, | Adv. Pro. No. 10-04759 (SMB) |

Defendants.

### STIPULATION EXTENDING TIME TO SELECT A MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the date by which Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Defendants Lewis R. Franck and Florence Law Irrevocable Trust dtd 1/24/05 shall choose a mediator in accordance with the Notice of Mediation Referral [Dkt. No. 46] is extended to August 15, 2014.

Dated: New York, New York

August 8, 2014

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **SEEGER WEISS LLP** |
| By: /s/ *Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com | By: /s/ *Parvin K. Aminolroaya*<br>77 Water Street, 26th Floor<br>New York, New York 10005<br>Telephone: 212.584.0700<br>Facsimile: 212.584.0799<br>Parvin K. Aminolroaya<br>Email: paminolroaya@seegerweiss.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Lewis R. Franck and Florence Law Irrevocable Trust DTD 1/24/05* |