**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended,<br><br>    Defendants. | Adv. Pro. No. 10-04795 (SMB) |

## **STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Peter G. Chernis Revocable Trust dtd 1/16/87 and Peter G. Chernis, in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87 (collectively, the "Defendants") represent as follows:

**WHEREAS**, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "LPO") [Adv. Pro. No. 08-01789 (SMB), Dkt. 3141];

**WHEREAS,** the Trustee commenced this action (the "Adversary Proceeding") by filing a complaint (the "Complaint") on December 1, 2010 [Dkt. 1];

**WHEREAS**, Defendants filed an answer to the Complaint on July 18, 2014 [Dkt. 33];

**WHEREAS**, pursuant to the Notice of Applicability filed by the Trustee in this Adversary Proceeding on December 1, 2010 [Dkt. 2], the LPO and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter;

**WHEREAS**, under the Avoidance Procedures, "the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan (the 'Initial Case Conference')" within 30 days after the last defendant files an answer to the Complaint (the "Initial Case Conference Period");

**WHEREAS**, all Defendants have filed an answer to the Complaint on July 18, 2014 [Dkt. 33];

2

**WHEREAS**, the Trustee and Defendants have agreed to extend the Initial Case Conference Period in this Adversary Proceeding, which would otherwise have ended on August 18, 2014; and

**WHEREAS**, nothing in this Stipulation is a waiver of the Defendants' right to request from the Court (and the Trustee's right to object to any such request), or the parties' rights to agree to, a further extension the Initial Case Conference Period.

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, that the Initial Case Conference Period is hereby extended to January 16, 2015.

Dated: August 11, 2014
New York, New York

| **BAKER & HOSTETLER LLP** | **DUANE MORRIS LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Michael S. Lastowski* |
| 45 Rockefeller Plaza | 1540 Broadway |
| New York, New York 10111 | New York, New York 1036-4086 |
| Telephone: 212.589.4200 | Michael R. Lastowski |
| Facsimile: 212.589.4201 | Patricia Heer Piskorski |
| David J. Sheehan | Jeffrey D. Sternklar |
| Email: dsheehan@bakerlaw.com | mlastowski@duanemorris.com |
| Nicholas J. Cremona | phheer@duanemorris.com |
| Email: ncremona@bakerlaw.com | jsternklar@duanemorris.com |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants* |

SO ORDERED ON August 11th, 2014  :

       /s/ STUART M. BERNSTEIN_____
       HONORABLE STUART M. BERNSTEIN
       UNITED STATES BANKRUPTCY JUDGE