UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>M. ELLIOT SCHNALL,<br><br>Defendant. | Adv. Pro. No. 10-04772 (BRL) |

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND ORDERED that the Law Offices of Herbert Beigel shall be substituted in place of the law firm of O'Melveny & Myers LLP as counsel of record for Defendant M. Elliot Schnall in the above-captioned matter. Mr. Beigel entered a notice of appearance on behalf of Mr. Schnall in the above-captioned matter on January 12, 2014 [D.I. 17]. All notices, pleadings, orders, complaints and other documents served or required to be served on the Defendant in the above captioned cases should be sent only to the Law Offices of Herbert Beigel at the address provided in Mr. Beigel's notice of appearance.

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

| | |
|---|---|
| Dated: August 1, 2014 | Dated: August 1, 2014 |
| HERBERT BEIGEL, ESQ. | O'MELVENY & MYERS LLP |
| By: /s/ Herbert Beigel<br>38327 S. Arroyo Way<br>Tucson, AZ 85739<br>Telephone: (520) 825-1995<br>Facsimile: (520) 844-6215 | By: /s/ Peter Friedman<br>Peter Friedman, Esq.<br>John J. Rapisardi, Esq.<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061 |
| Dated: New York, New York<br>August 11th, 2014 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |