**Schulte Roth & Zabel LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
William D. Zabel
Email: William.zabel@srz.com
Marcy Ressler Harris
Email: marcy.harris@srz.com
Michael Y. Kwon
Email: michael.kwon@srz.com
Jennifer M. Opheim
Email: jennifer.opheim@srz.com
*Attorneys for Picower Parties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | )<br>)<br>) Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | )<br>) SIPA Liquidation |
| v. | )<br>) (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | )<br>)<br>) |
| Defendant. | ) |
| In re: | )<br>) |
| BERNARD L. MADOFF, | )<br>) |
| Debtor. | ) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | )<br>)<br>) Adv. Pro. No. 14-01840 (SMB) |
| Plaintiff, | ) |
| v. | )<br>) |
| SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF NEW YORK    )

EVAN MELLUZZO, being duly sworn, deposes and states:

I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

On August 8, 2014, deponent served a copy of the Intervenors' Opposition to the Fox Plaintiffs' Motion for Discovery, via electronic transmission upon the following at the email addresses designated for that purpose:

| | |
|---|---|
| Helen Davis Chaitman<br>Becker & Poliakoff<br>Email: hchaitman@becker-poliakoff.com<br><br>*Attorney for: Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis* | Peter W. Smith<br>Becker & Poliakoff<br>Email: psmith@becker-poliakoff.com<br><br>*Attorney for: Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis* |
| Julie Gorchkova<br>Becker & Poliakoff<br>Email: jgorchkova@becker-poliakoff.com<br><br>*Attorney for: Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis* | Frederick E. Schmidt<br>Herrick, Feinstein LLP<br>Email: eschmidt@herrick.com<br><br>*Attorney for: A&G Goldman and Pamela Goldman* |
| David J. Sheehan<br>Baker & Hostetler LLP<br>Email: dsheehan@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

2

/s/ Evan Melluzzo
EVAN MELLUZZO

Sworn to before me this
12th day of August, 2014

/s/ Jamille C. Offutt
Notary Public

Jamille C. Offutt
Notary Public, State of New York
No. 01OF6257779
Qualified in New York County
Commission Expires: March 19, 2016