**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>          Plaintiff,<br><br>          v.<br><br>DEFENDER LIMITED, *et al.*,<br><br>          Defendants. | Adv. Pro. No. 10-05229 (SMB) |

## AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On August 8, 2014, I served a true and correct copy of the *Notice of Substitution of Counsel and Notice of Appearance* by pre-paid first class U.S. Mail upon all parties listed on Exhibit A attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
12th day of August 2014

/s/ Melissa A. Hager
Notary Public

MELISSA A. HAGER
Notary Public, State of New York
No. 02HA5024023
Qualified in New York County
Commission Expires February 22, 2018

**Exhibit A**

Original Counsel for Defender Limited
and Reliance Management (BVI) Limited
KLESTADT & WINTERS, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018-6314
Attn:   Tracy L. Klestadt

Security Investment Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207
Attn:    Kevin H. Bell
           Nathanael Kelley
           Christopher H. LaRosa
           Josephine Wang

Counsel for Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn:   David J. Sheehan
           Marc E. Hirschfield
           Keith R. Murphy

Counsel to Reliance International Research, LLC
Seward & Kissel
One Battery Park Plaza
New York, NY  10004
Attn:   Marc J. Hyland
           Mandy DeRoche