Return Date and Time: August 19, 2014 at 10:00 a.m.
Objection Deadline: August 12, 2014 at 5:00 p.m.

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York  10019
Telephone:    (212) 373-3000
Facsimile:    (212) 757-3990
Martin Flumenbaum
Stephen J. Shimshak
Andrew J. Ehrlich
Caitlin E. Grusauskas
Brette Tannenbaum

*Attorneys for the Estate of Mark D. Madoff and*
*Andrew H. Madoff individually and as Executor*
*of the Estate of Mark D. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF MARK D. MADOFF, ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and STEPHANIE S. MACK,<br><br>Defendants. | Adv. Pro. No. 09-1503 (BRL)<br><br>**Related Doc: 184**<br><br>**DECLARATION OF ANDREW J. EHRLICH IN SUPPORT OF THE OPPOSITION OF DEFENDANTS ESTATE OF MARK D. MADOFF AND ANDREW H. MADOFF TO THE TRUSTEE'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

I, Andrew J. Ehrlich, declare pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, attorneys for defendants the Estate of Mark D. Madoff and Andrew H. Madoff in the above-captioned action. I submit this declaration in support of the Opposition of the Estate of Mark D. Madoff and Andrew H. Madoff to the Trustee's Motion for Leave to File a Third Amended Complaint.

2. Attached as Exhibit 1 hereto is a true and correct copy of the Final Judgment entered in *Madoff Securities International Ltd.* v. *Raven & Ors* [2013] EWHC 3147 (Comm.) (Eng.) (Popplewell, J.).

3. Attached as Exhibit 2 hereto is a true and correct copy of a blackline comparing the proposed Third Amended Complaint (excluding exhibits) to the Second Amended Complaint, filed in this action on May 4, 2012.

4. I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2014.

_____
Andrew J. Ehrlich