**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02762 (SMB) |
| Plaintiff, | |
| v. | |
| LIGHTHOUSE INVESTMENT PARTNERS LLC, d/b/a LIGHTHOUSE PARTNERS, LIGHTHOUSE SUPERCASH FUND LIMITED, and LIGHTHOUSE DIVERSIFIED FUND LIMITED, | |
| Defendants. | |

## STIPULATION EXTENDING TIME TO RESPOND
## AND ADJOURNING THE PRE-TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendants Lighthouse Investment Partners LLC, d/b/a Lighthouse

Partners, Lighthouse Supercash Fund Limited, and Lighthouse Diversified Fund Limited (the

"Defendants") may move, answer or otherwise respond to the Trustee's complaint (the

"Complaint") is extended up to and including November 5, 2014.  The pre-trial conference will be adjourned from October 22, 2014, at 10:00 a.m. to January 28, 2015, at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for the Defendants to answer, move against, or otherwise respond to the Complaint.  Nothing in this Stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated:  August 12, 2014
      New York, New York

BAKER & HOSTETLER LLP

By:  /s/ Thomas L. Long
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Thomas L. Long
Email:  tlong@bakerlaw.com
Mark A. Kornfeld
Email:  mkornfeld@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

LOEB & LOEB LLP

By:  /s/ Eugene R. Licker
345 Park Avenue
New York, New York 10154
Telephone:  212.407.4157
Facsimile:  646.219.7454
Eugene R. Licker
Email: elicker@loeb.com

*Attorneys for Lighthouse Investment Partners
LLC, d/b/a Lighthouse Partners, Lighthouse
Supercash Fund Limited, and Lighthouse
Diversified Fund Limited*