UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                       Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                       Defendant.

Adv. Pro. No. 08-01789 (SMB)
SIPA Liquidation

(Substantively Consolidated)

---------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                       Debtor.

---------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                       Plaintiff,

   v.

THE ESTATE OF MARK D. MADOFF,
ANDREW H. MADOFF, individually and as
Executor of the Estate of Mark D. Madoff and
STEPHANIE S. MACK,

                       Defendants.

Adv. Pro. No. 09-01503 (SMB)

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

I, Brette Tannenbaum, certify and say:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On August 12, 2014, I caused to be served copies of the following documents on the persons listed on the attached service list:

(i) Memorandum of Law of Defendants Estate of Mark D. Madoff and Andrew H. Madoff in Opposition to the Trustee's Motion for Leave to File a Third Amended Complaint; and

(ii) Declaration of Andrew J. Ehrlich in Support of the Opposition of Defendants Estate of Mark D. Madoff and Andrew H. Madoff to the Trustee's Motion for Leave to File a Third Amended Complaint (together with accompanying exhibits).

3. I caused such service to be made by sending the aforementioned documents via electronic mail (e-mail) on the persons set forth on the attached service list.

/s/ Brette Tannenbaum
Brette Tannenbaum

Dated: August 12, 2014

Doc#: US1:9546551v1

## SERVICE LIST

David Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: dsheehan@bakerlaw.com

Lauren Resnick
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: lresnick@bakerlaw.com

Jimmy Fokas
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: jfokas@bakerlaw.com

Sammi Malek
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: smalek@bakerlaw.com

Patrick Campbell
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: pcampbell@bakerlaw.com

Lawrence Gottlieb
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Email: lgottlieb@cooley.com

Michael Klein
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Email: mklein@cooley.com

Alan Levine
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Email: alevine@cooley.com

Laura Grossfield Birger
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Email: lbirger@cooley.com

Doc#: US1:9546551v1