**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>HARVEY E. ROTHENBERG REV TRUST UAD 7/24/02, HARVEY E. ROTHENBERG as trustee, and beneficiary, and BETTY KLEIN, | Adv. Pro. No. 10-05072 (SMB) |

|  |
|---|
| Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 29, 2013.

2. Fact Discovery shall be completed by: April 14, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: August 27, 2014.

4. The Disclosure of Rebuttal Experts shall be due: September 29, 2014.

5. The Deadline for Completion of Expert Discovery shall be: December 29, 2014.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before February 27, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before March 13, 2015.

8. The Deadline for Conclusion of Mediation shall be:  On or before July 10, 2015.

[*The Remainder of this Page is Intentionally Left Blank*]

300332069.1

Dated: New York, New York
   August 11, 2014

BAKER & HOSTETLER LLP

By: s/ *Marc E. Hirschfield*
David J. Sheehan
Marc. E. Hirschfield
Oren J. Warshavsky
Lindsey A. Shoshany
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*

300332069.1