UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| LEHMAN BROTHERS INC., | Case No.: 08-01420 (JMP) SIPA |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## OF EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF HAWAII (NO. 2665)

**PLEASE TAKE NOTICE** that the Employees' Retirement System of the State of Hawaii ("Claimant") filed a proof of claim, assigned Claim No. 2665 (the "Claim") in the liquidation of the business of Lehman Brothers Inc. ("LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), in the case captioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) (the "SIPA Proceeding").

**PLEASE TAKE FURTHER NOTICE** that I, as duly authorized signatory for Claimant, do hereby withdraw with prejudice, and without costs to any party, the Claim (the "Claim Withdrawal"). I further authorize the Trustee's claims agent, Epiq Bankruptcy Solutions, LLC, to reflect the Claim Withdrawal on the official claims register in the SIPA Proceeding.

Dated: October 11, 2013
      Honolulu, Hawaii

                                        ATTORNEY GENERAL
                                        OF THE STATE OF HAWAII

                                        By: _____
                                        Brian Aburano, Deputy Attorney General
                                        Department of the Attorney General
                                        425 Queen Street
                                        Honolulu, Hawaii 96734
                                        (808) 586-0618

                                        *Counsel for Claimant Employees' Retirement*
                                        *System of the State of Hawaii*