UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
BERNARD L. MADOFF INVESTMENT                                :   Case No. 08-99000 (SMB)
SECURITIES LLC,                                             :   Adv. P. No. 08-01789 (SMB)
                                                            :
                                                            :   SIPA LIQUIDATION
                        Debtor.                             :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation               :
of Bernard L. Madoff Investment Securities LLC,             :
                                                            :
                        Plaintiff,                          :
                                                            :
                                                            :   Adv. Proc. No. 09-01182 (SMB)
J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,                      :
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,                      :
ASCOT FUND LTD., GABRIEL CAPITAL                            :
CORPORATION,                                                :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X

**ERRATA ORDER**

**MEMORANDUM DECISION GRANTING IN PART AND DENYING
IN PART DEFENDANTS' MOTIONS TO DISMISS**

**A P P E A R A N C E S:**

BAKER & HOSTETLER LLP
*Attorneys for Plaintiff, Irving H. Picard,*
  *Trustee for the Liquidation of*
  *Bernard L. Madoff Investment Securities LLC*
45 Rockefeller Plaza
New York, NY 10111

    Marc E. Hirschfield, Esq.
    Marc D. Powers, Esq.
    David J. Sheehan, Esq.
        Of Counsel

DECHERT LLP
*Attorneys for Defendants J. Ezra Merkin*
  *& Gabriel Capital Corporation*
1095 Avenue of the Americas

New York, NY 10036

    Andrew J. Levander, Esq.
    Gary J. Mennitt, Esq.
    Jonathan D. Perry, Esq.
    Neil A. Steiner, Esq.
    M. Katherine Stroker, Esq.
        Of Counsel

REED SMITH LLP
*Attorneys for Defendants Gabriel Capital, L.P.*
  *& Ariel Fund Ltd.*
599 Lexington Avenue
New York, NY 10022

    Casey D. Laffey, Esq.
    James C. McCarroll, Esq.
        Of Counsel

FULBRIGHT & JAWORSKI L.L.P.
*Attorneys for Defendant Ascot Partners, L.P.*
666 Fifth Avenue
New York, NY 10103

    Judith A. Archer, Esq.
    David L. Barrack, Esq.
    Daniel M. Glosband, Esq.
    Christopher R. Newcomb, Esq.
    David B. Schwartz, Esq.
    Joseph A. Schwartz, Esq.
    Matthew T. Tulchin, Esq.
    Jami Mills Vibbert, Esq.
        Of Counsel

SADIS & GOLDBERG LLP
*Attorneys for Ascot Fund Ltd.*
551 Fifth Avenue, 21st Floor
New York, NY 10176

    Douglas R. Hirsch, Esq.
    Jennifer A. Rossan, Esq.
        Of Counsel

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

ORDERED, that the Memorandum Decision Granting In Part And Denying In Part Defendants' Motions To Dismiss, dated August 12, 2014 (ECF Doc. #212), be changed as follows:

A. Page 1-2, "Andrew J. Levander, Esq." should be added as an attorney for Dechert LLP above "Gary J. Mennitt, Esq."

Dated: New York, New York
August 13, 2014

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge