BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 19, 2014 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.   Fifteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim
     Compensation for Services Rendered and Reimbursement of Actual and Necessary

|     | |
| --- | --- |
|     | Expenses Incurred from December 1, 2013 through March 31, 2014 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 12/1/2013 to 3/31/2014, fee: $37,263,719.70, expenses: $483,802.57. Filed by Baker & Hostetler, L.L.P. (Filed: 7/21/2014) [Docket No. 7470] |
| B.  | Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Schiltz & Schiltz, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $19,227.07, expenses: $1,249.77. Filed by Schiltz & Schiltz (Filed: 7/21/2014) [Docket No. 7471] |
| C.  | Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Higgs & Johnson, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $20,660.40, expenses: $947.28. Filed by Higgs & Johnson (Filed: 7/21/2014) [Docket No. 7472] |
| D.  | Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Sorokor - Agmon, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $74,590.31, expenses: $198.24. Filed by Sorokor - Agmon (Filed: 7/21/2014) [Docket No. 7473] |
| E.  | Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $247,918.79, expenses: $2,354.59. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 7/21/2014) [Docket No. 7474] |
| F.  | Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for SCA Creque, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $55,421.68, expenses: $305.00. Filed by SCA Creque (Filed: 7/21/2014) [Docket No. 7475] |
| G.  | Fourteenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $2,466,299.50, expenses: $11,208.71. Filed by Windels Marx Lane & Mittendorf, LLP (Filed: 7/21/2014) [Docket No. 7476] |
| H.  | Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of |

    Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $16,626.15, expenses: $148.95. Filed by Young Conaway Stargatt & Taylor, LLP (Filed: 7/21/2014) [Docket No. 7477]

I. Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Williams, Barristers & Attorneys, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $274,485.91, expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 7/21/2014) [Docket No. 7478]

J. Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Taylor Wessing, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $129,484.15, expenses: $338,251.44. Filed by Taylor Wessing (Filed: 7/21/2014) [Docket No. 7479]

K. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for UGGC & Associes, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $131,203.09, expenses: $2,501.27. Filed by UGGC & Associes (Filed: 7/21/2014) [Docket No. 7480]

L. Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Triay Stagnetto Neish, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $206,277.03, expenses: $6,616.02. Filed by Triay Stagnetto Neish (Filed: 7/21/2014) [Docket No. 7481]

M. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Werder Vigano, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $4,850.46, expenses: $0. Filed by Werder Vigano (Filed: 7/21/2014) [Docket No. 7482]

N. Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through June 10, 2014 as well as Reimbursement of Fees Previously Held Back by SIPC for Greenfield Stein & Senior, LLP, Special Counsel, period: 12/1/2013 to 6/10/2014, fee: $4,927.05, expenses: $0. Filed by Greenfield Stein & Senior, LLP (Filed: 7/21/2014) [Docket No. 7483]

O. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and

|     | |
| --- | --- |
|     | Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Browne Jacobson, LLP, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $294,523.70, expenses: $544,410.59. Filed by Browne Jacobson, LLP (Filed: 7/21/2014) [Docket No. 7484] |
| P.  | Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Eugene F. Collins, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $3,858.22, expenses: $0. Filed by Eugene F. Collins (Filed: 7/21/2014) [Docket No. 7485] |
| Q.  | Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Ritter & Ritter Advokatur, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $7,715.86, expenses: $1,087.20. Filed by Ritter & Ritter Advokatur (Filed: 7/21/2014) [Docket No. 7486] |
| R.  | Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Munari Giudici Maniglio Panfili E Associati, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $4,292.59, expenses: $0. Filed by Munari Giudici Maniglio Panfili E Associati (Filed: 7/21/2014) [Docket No. 7487] |
| S.  | Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $7,841.24, expenses: $126.00. Filed by Kelley, Wolter & Scott, P.A. (Filed: 7/21/2014) [Docket No. 7488] |
| T.  | Application of Bedell Cristin Guernsey Partnership as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 for Bedell Cristin Guernsey Partnership, Special Counsel, period: 12/1/2013 to 3/31/2014, fee: $27,771.00, expenses: $0. Filed by Bedell Cristin Guernsey Partnership (Filed: 7/21/2014) [Docket No. 7489] |

Related Documents:

| | |
| --- | --- |
| 1. | Notice of Hearing on Fifteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2013 through March 31, 2014 filed by David J. Sheehan (Filed: 7/21/2014) [Docket No. 7490] |

2. Affidavit of Service of Notice of Hearing on Fifteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2013 through March 31, 2014 (Filed: 7/21/2014) [Docket No. 7497]

Responses Filed:

3. Recommendation of the Securities Investor Protection Corporation in Support of Fifteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/11/2014) [Docket No. 7617]

4. Recommendation of the Securities Investor Protection Corporation in Support of the Fourteenth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/11/2014) [Docket No. 7618]

5. Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/11/2014) [Docket No. 7620]

6. Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Kelley, Wolter & Scott, P.A., for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/11/2014) [Docket No. 7621]

7. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Eighth and Final Application of Greenfield Stein & Senior LLP for Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/11/2014) [Docket No. 7622]

8. Recommendation of the Securities Investor Protection Corporation in Support of Tenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/11/2014) [Docket No. 7623]

Objections Due:        August 12, 2014

Objections Filed:       NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
      August 18, 2014

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300331829