**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEROME O'HARA,<br><br>BERNADETTE O'HARA,<br><br>O'HARA FAMILY PARTNERSHIP,<br><br>ELIZABETH SARRO,<br><br>GEORGE PEREZ, and<br><br>JEANETTE PEREZ,<br><br>Defendants. | Adv. Pro. No. 10-04272 (SMB) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO**
**RESPOND AND TO ADJOURN THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendants Jerome O'Hara ("O'Hara"), Bernadette O'Hara, George Perez ("Perez"), and Jeanette Perez (collectively, "Defendants") may move, answer, or otherwise

respond to the Trustee's complaint (the "Complaint") is extended up to and including November 7, 2014. The pre-trial conference will be adjourned from October 22, 2014 to December 17, 2014, at 10:00 a.m.

On or about March 17, 2010, the United States filed indictment 10 Cr. 228 (LTS) in the United States District Court for the Southern District of New York charging O'Hara and Perez with conspiracy to commit securities fraud, falsify records of a broker-dealer, and falsify records of an investment advisor, in violation of 18 U.S.C. § 371; falsifying records of a broker-dealer, in violation of 15 U.S.C. §§ 78(a) and 78ff, 17 C.F.R. § 240.17a-3, and 18 U.S.C. § 2; and falsifying records of an investment advisor, in violation of 15 U.S.C. §§ 80b-4 and 80b-17, 17 C.F.R. § 275.204-2, and 18 U.S.C. § 2 (the "Criminal Case").

On November 19, 2010, the Trustee commenced an adversary proceeding, styled *Picard v. O'Hara et al.*, Adv. Proc. No. 10-04272 (BRL), by filing the Complaint in the United States Bankruptcy Court for the Southern District of New York against Defendants. Counsel for O'Hara and Perez requested a stay of the adversary proceeding pending resolution of the Criminal Case.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction. Upon notice to Defendants, nothing in this Stipulation waives the Trustee's right to request from the Court an order to

require Defendants to answer, move against, or otherwise respond to the Complaint and to attend a pre-trial conference prior to December 17, 2014.

Dated: August 18, 2014
      New York, New York

                                      BAKER & HOSTETLER LLP

                                      By: /s/ Ona T. Wang
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email: dsheehan@bakerlaw.com
                                      Keith R. Murphy
                                      Email: kmurphy@bakerlaw.com
                                      Ona T. Wang
                                      Email: owang@bakerlaw.com

                                      *Attorneys for Plaintiff Irving R. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

                                      THE LAW OFFICES OF GORDON MEHLER, PLLC

                                      By: /s/ Gordon Mehler
                                      747 Third Avenue, 32nd Floor
                                      New York, New York 10017
                                      Telephone: (212) 661-2414
                                      Facsimile: (212) 661-8761
                                      Gordon Mehler
                                      Email: gmehler@mehlerlaw.com

                                      *Attorneys for Defendants Jerome O'Hara and Bernadette O'Hara*

                KRANTZ & BERMAN, LLP

                By: /s/ Larry H. Krantz
                747 Third Avenue, 32nd Floor
                New York, New York 10017
                Telephone: (212) 661-0009
                Facsimile: (212) 355-5009
                Larry H. Krantz
                Email: lkrantz@krantzberman.com

*Attorneys for Defendants George Perez and Jeanette Perez*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: August 18th, 2014    HON. STUART M. BERNSTEIN
       New York, New York    UNITED STATES BANKRUPTCY JUDGE