**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, ESTATE OF MARK D. MADOFF, and STEPHANIE S. MACK,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 09-1503 (SMB) |

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**
**AND ADJOURNING PRE-TRIAL CONFERENCE AND HEARING**

　　　　WHEREAS, on July 15, 2014, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively consolidated estate of Bernard L. Madoff individually, filed a Notice of Motion for Entry of Order Under Rule 15 of the Federal Rules of Civil Procedure, as incorporated by Rule 7105 of the Federal Rules of

Bankruptcy Procedure, Granting Trustee's Motion for Leave to File a Third Amended Complaint (the "Motion for Leave to Amend"); and

WHEREAS, on August 12, 2014, Defendants Estate of Mark D. Madoff and Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, filed a Memorandum of Law in Opposition to the Trustee's Motion for Leave to File a Third Amended Complaint (the "Opposition"); and

WHEREAS, on July 28, 2014, the Trustee filed a Notice of Adjournment of the pre-trial conference which was previously scheduled for July 30, 2014, to be held on September 17, 2014;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The Trustee shall have until October 10, 2014 to file a reply to the Opposition of not more than twenty-five (25) pages (the "Reply").

2. Defendants Estate of Mark D. Madoff and Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, shall have until October 31, 2014 to file a sur-reply to the Reply of not more than ten (10) pages.

3. The hearing before this Court on the Motion for Leave to Amend, which was previously scheduled to be held on August 19, 2014, is adjourned to November 19, 2014, at 10:00 a.m.

4. The pre-trial conference, which was previously scheduled to be held on September 17, 2014, is adjourned to November 19, 2014, at 10:00 a.m., or otherwise shall proceed in accordance with applicable court rules.

5. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the presiding Court a further extension, or of any other party's right to object to any such request.

Dated: August 18, 2014
      New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Lauren Resnick
Email: lresnick@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Andrew Ehrlich*
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  212.373-3191
Facsimile: 212.492-0191
Martin Flumenbaum
Email: mflumenbaum@paulweiss.com
Andrew Ehrlich
Email: aehrlich@paulweiss.com

*Attorneys for Defendants Andrew H. Madoff and the Estate of Mark D. Madoff*


SO ORDERED:

Dated: August 18th, 2014
New York, New York

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3