08-01789-cgm   Doc 7716   Filed 08/18/14   Entered 08/18/14 17:15:43   Main Document
Pg 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01695 (SMB) |
| Plaintiff, v. | |
| BORDIER & CIE, | |
| Defendant. | |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Bordier & Cie ("Defendant"), may move, answer, or otherwise

respond to the Trustee's complaint (the "Complaint") is extended up to and including

October 30, 2014. The pre-trial conference will be adjourned from October 22, 2014, at

10:00 a.m. to January 28, 2015, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for

Defendant to move, answer, or otherwise respond to the Complaint. Nothing in this Stipulation

is a waiver of the Defendant's right to request from the Court a further extension of time to

move, answer, or otherwise respond to the Complaint and/or the Trustee's right to object to any

such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and

entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including

without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be

deemed an original.    This Stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial

Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).


 Dated:  August 18, 2014
         New York, New York

By: /s/ Thomas L. Long                        By: /s/ John F. Zulack
**BAKER & HOSTETLER LLP**                      **FLEMMING ZULACK WILLIAMSON**
45 Rockefeller Plaza                           **ZAUDERER LLP**
New York, New York 10111                       One Liberty Plaza
Telephone:  (212) 589-4200                     New York, New York 10006
Facsimile:  (212) 589-4201                     Telephone:  (212) 412-9500
David J. Sheehan                               Facsimile:  (212) 964-9200
Email:  dsheehan@bakerlaw.com                  John F. Zulack
Thomas L. Long                                 Email:  jzulack@fzwz.com
Email:  tlong@bakerlaw.com                     Megan P. Davis
Mark A. Kornfeld                               Email:  mdavis@fzwz.com
Email:  mkornfeld@bakerlaw.com

                                               *Attorneys for Bordier & Cie*
*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*