**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JUDY L. KAUFMAN, as a tenant in common,<br><br>LISA D. KAVA, as a tenant in common,<br><br>NEAL S. KAUFMAN, as a tenant in common, | Adv. Pro. No. 10-04527 (SMB) |

| |
|---|
| ROBERT AND REBECCA EPSTEIN LIVING TRUST, as a tenant in common, <br><br> ROBERT A. EPSTEIN, individually and as a trustee of the Robert and Rebecca Epstein Living Trust, <br><br> REBECCA B. EPSTEIN, individually and as a trustee of the Robert and Rebecca Epstein Living Trust, <br><br> DANIEL C. EPSTEIN, as a tenant in common, and <br><br> JENNIFER SPRING MCPHERSON, <br><br>                                Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due August 22, 2014.

2. Fact Discovery shall be completed by: August 20, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: May 19, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due: November 20, 2015.

5. The Disclosure of Rebuttal Experts shall be due: December 23, 2015.

6. The Deadline for Completion of Expert Discovery shall be: March 25, 2016.

7. The Deadline for Service of a Notice of Mediation Referral shall be: May 27, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 10, 2016.

9. The Deadline for Conclusion of Mediation shall be: October 14, 2016.

Dated: New York, New York
   August 19, 2014

BAKER & HOSTETLER LLP

By: */s/Marc Hirschfield*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Tatiana Markel
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*