**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                    Plaintiff, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>                    Plaintiff, <br><br>     v. <br><br> CORNERSTONE CAPITAL (DEL), INC.; <br><br> DAVID PULVER, in his capacity as President of Cornerstone Capital (Del), Inc. and Individually; and | Adv. Pro. No. 10-05413 (SMB) |

| | |
|---|---|
| CAROL PULVER, | |
| | Defendants. |

## NINTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following amended deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  May 29, 2012.

2. Fact Discovery shall be completed by: October 6, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: December 4, 2014.

4. The Disclosure of Rebuttal Experts shall be due: January 16, 2015.

5. The Deadline for Completion of Expert Discovery shall be: April 17, 2015.

6. The Deadline to file a Notice of Mediation Referral shall be: June 4, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 18, 2015.

8. The Deadline for Conclusion of Mediation shall be: October 15, 2015.

Dated: New York, New York
      August 18, 2014

BAKER & HOSTETLER LLP

By: /s/ Heather J. McDonald
    David J. Sheehan
    Marc E. Hirschfield
    Nicholas J. Cremona
    Heather J. McDonald
    Kimberly M. Maynard
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*