PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
(212) 336-2222 (fax)

James V. Masella III, Esq.
Scott Charles Caplan, Esq.

*Counsel to Defendant George N. Faris*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | **STIPULATION AND ORDER** |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-5047 (SMB) |
| GEORGE N. FARIS, | |
| Defendants. | |

**WHEREAS**, James V. Masella, III, has represented Defendant in these proceedings previously; and

**WHEREAS**, Mr. Masella has changed firms, and is now a Partner with the law firm of Patterson Belknap Webb & Tyler LLP; and

**WHEREAS**, Defendant in these proceedings now wish to have Mr. Masella again represent him;

**IT IS HEREBY STIPULATED AND CONSENTED THAT** pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause as demonstrated herein, the law firm of Blank Rome LLP withdraws as counsel for Defendants and the law firm of Patterson Belknap Webb & Tyler LLP be and hereby is substituted as attorneys of record for Defendant George N. Faris in the above action.


**BLANK ROME LLP**                                      **PATTERSON BELKNAP WEBB & TYLER LLP**

By:    /s/ Philippe M. Salomon           By:    /s/ Scott Charles Caplan
       Philippe M. Salomon                      James V. Masella, III
       405 Lexington Avenue                     Scott Charles Caplan
       New York, New York 10174                 1133 Avenue of the Americas
       (212) 885-5000                           New York, New York 10036
       *Withdrawing Counsel for*                (212) 336-2000
       *Defendant*                              *Substituting Counsel for Defendant*

       Dated: July 10, 2014                     Dated: July 14, 2014


SO ORDERED: <u>August 19th, 2014</u>



 /s/ STUART M. BERNSTEIN
U.S. Bankruptcy Court
Honorable Stuart M. Bernstein