PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
(212) 336-2222 (fax)

James V. Masella III, Esq.
Scott Charles Caplan, Esq.

*Counsel to Defendants Leonard and Roberta Ganz*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | **STIPULATION AND ORDER** |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>Leonard R. Ganz and Roberta Ganz,<br><br>    Defendants. | Adv. Pro. No. 10-4958 (SMB) |

**WHEREAS**, James V. Masella, III, has represented Defendants in these proceedings previously; and

**WHEREAS**, Mr. Masella has changed firms, and is now a Partner with the law firm of Patterson Belknap Webb & Tyler LLP; and

**WHEREAS**, Defendants in these proceedings now wish to have Mr. Masella again represent them;

**IT IS HEREBY STIPULATED AND CONSENTED THAT** pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause as demonstrated herein, the law firm of Blank Rome LLP withdraws as counsel for Defendants and the law firm of Patterson Belknap Webb & Tyler LLP be and hereby is substituted as attorneys of record for Defendants Leonard R. Ganz and Roberta Ganz in the above action.

| **BLANK ROME LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
|---|---|
| By:  /s/ Philippe M. Salomon<br>Philippe M. Salomon<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 885-5000<br>*Withdrawing Counsel for Defendants* | By:  /s/ Scott Charles Caplan<br>James V. Masella, III<br>Scott Charles Caplan<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>*Substituting Counsel for Defendants* |
| Dated: July 10, 2014 | Dated: July 14, 2014 |

SO ORDERED: August 19th, 2014

/s/ STUART M. BERNSTEIN
U.S. Bankruptcy Court
Honorable Stuart M. Bernstein