UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 19, 2014, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000483 and T000484)

Executed on Aug. 19, 2014

_____
John S. Franks

Sworn to and subscribed before me this 19th day of Aug, 2014

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)                                              Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000483 and T000484**
8/19/2014

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| x-T000483 | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| x-T000484 | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | |