**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. LURIA and ROBERT LURIA PARTNERS,<br><br>    Defendants. | Adv. Pro. No. 10-03223 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE
<u>AND CONTINUANCE OF HEARING</u>**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding, which had been scheduled for August 27, 2014, has been adjourned to September 17, 2014, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the hearing on Plaintiff's motion to dismiss Defendants' counterclaims and to strike Defendants' fourteenth and fifteenth affirmative defenses, which had been scheduled for August 27, 2014, has also been continued to September 17, 2014, at 10:00 a.m.

Dated: New York, New York
       August 20, 2014

                            /s/Keith R. Murphy
                            David J. Sheehan
                            Email: dsheehan@bakerlaw.com
                            Keith R. Murphy
                            Email: kmurphy@bakerlaw.com
                            Jonathan B. New
                            Email: jnew@bakerlaw.com
                            Andrew W. Reich
                            Email: areich@bakerlaw.com
                            **BAKER & HOSTETLER LLP**
                            45 Rockefeller Plaza
                            New York, New York 10111
                            Telephone: (212) 589-4200
                            Facsimile: (212) 589-4201

                            *Attorneys for Irving H. Picard, Esq., Trustee*
                            *for the Substantively Consolidated SIPA*
                            *Liquidation of Bernard L. Madoff Investment*
                            *Securities LLC and the Estate of Bernard L.*
                            *Madoff*