**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>           v.<br><br>ESTATE OF SAMUEL ROBERT ROITENBERG; SAMUEL ROITENBERG TRUST; HAROLD ROITENBERG, in his capacity as Trustee for Samuel Roitenberg Trust; T.R., and N.R., | Adv. Pro. No. 10-05215 (SMB) |

Defendants

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 25, 2014.

2. Fact Discovery shall be completed by: August 18, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: January 11, 2016.

4. The Disclosure of Rebuttal Experts shall be due: February 10, 2016.

5. The Deadline for Completion of Expert Discovery shall be: May 10, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 11, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 25, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before November 22, 2016.

300332793.2

Dated: New York, New York
      August 20, 2014

BAKER & HOSTETLER LLP

By: /s/ Nicholas Cremona
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300332793.2