**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>FEDERICO CERETTI, ET AL.<br><br>            Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND TO FOURTH**
**AMENDED COMPLAINT**

Upon the request of defendants Federico Ceretti, Carlo Grosso, FIM Advisers LLP, and

FIM Limited (together, the "FIM Defendants"), by and through their undersigned attorneys, for a

08-01789-cgm    Doc 7755    Filed 08/21/14    Entered 08/21/14 15:12:26    Main Document
    Pg 2 of 3

further extension of time beyond September 19, 2014, as provided by the "Stipulation Extending Time to Respond to Fourth Amended Complaint" [Doc #105]; and the respective counsel for the Trustee and the FIM Defendants having conferred; and the FIM Defendants having represented through their counsel that they will appear and defend (*i.e.*, not default), in this proceeding; it is hereby stipulated and agreed by and between the undersigned herein:

The deadline by which the FIM Defendants may move, answer or otherwise respond to the Fourth Amended Complaint is extended from September 19, 2014 up to and including October 10, 2014.

Nothing in this Stipulation is a waiver of any of the FIM Defendants' right to request from the Court a further extension of the deadline set forth above and/or the Trustee's right to object to any such request.

Undersigned counsel for the FIM Defendants expressly represent: (i) service of the Summons and Complaint in the above-captioned adversary proceeding was properly and timely effected upon them, and (ii) they have the authority to, and hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the Summons and Complaint on behalf of the FIM Defendants.

The parties to this Stipulation agree that entering into this Stipulation does not constitute submission by the FIM Defendants to the jurisdiction of this Court and, except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including to challenge the jurisdiction of the Court in this Court or any other court.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 7037) in the above-captioned case (No. 08-01789 (BRL)).

Dated: August 21, 2014
      New York, New York

| BAKER & HOSTETLER LLP | PAUL HASTINGS LLP |
|---|---|
| By: /s/ _David J. Sheehan_<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Geraldine E. Ponto<br>Email: gponto@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ Jodi Kleinick<br>75 East 55th Street<br>New York, New York 10022<br>Telephone: (212) 318-6000<br>Facsimile: (212) 230-7691<br>Jodi Kleinick<br>Email: jodikleinick@paulhastings.com<br>Barry Sher<br>Email: barrysher@paulhastings.com<br>Mor Wetzler<br>Email: morwetzler@paulhastings.com<br><br>*Attorneys for Defendants Federico Ceretti, Carlo Grosso, FIM Limited, and FIM Advisers LLP* |