**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04850 (SMB) |
| Plaintiff, | |
| v. | |
| NATHAN COHEN TRUST; NATHAN COHEN, individually and in his capacity as Trustee of the Nathan Cohen Trust; DAVID B. COHEN, in his capacity as Trustee of the Nathan Cohen Trust; and JONATHAN R. COHEN, in his capacity as Trustee of the Nathan Cohen Trust, | |
| Defendants. | |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted

pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including October 20, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  August 22, 2014
           New York, New York

By:     */s/ Nicholas J. Cremona*
        **BAKER & HOSTETLER LLP**
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com
        Marc E. Hirschfield
        Email:  mhirschfield@bakerlaw.com
        Nicholas J. Cremona
        Email:  ncremona@bakerlaw.com

        *Attorneys for Irving H. Picard, Trustee for the*
        *Substantively Consolidated SIPA Liquidation of*
        *Bernard L. Madoff Investment Securities LLC and*
        *Bernard L. Madoff*

Dated:  August 22, 2014
           New York, New York

By:     */s/ Michael I. Goldberg*
        **AKERMAN LLP**
        666 Fifth Avenue, 20th Floor
        New York, New York 10103
        Telephone: (212) 880-3800
        Facsimile: (212) 880-8965
        Michael I. Goldberg
        Email: Michael.goldberg@akerman.com

        *Attorneys for Defendant Nathan Cohen*

Dated:  August 22, 2014
           New York, New York

By:     */s/ Melanie L. Cyganowski*
        **OTTERBOURG P.C.**
        230 Park Avenue
        New York, New York 10169-0075
        Telephone: (212) 661-9100
        Facsimile: (917) 368-7121
        Melanie L. Cyganowski
        Email: mcyganowski@otterbourg.com

        *Mediator*

3