**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No.  11-02910 (SMB) |
| v. | |
| MERRILL LYNCH BANK (SUISSE) SA, | |
| Defendant. | |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*., and the estate of Bernard L.

Madoff, individually, by and through his counsel, Baker & Hostetler LLP, and defendant

Merrill Lynch Bank (Suisse) SA ("MLBS"), by and through its counsel, Arnold & Porter

LLP, hereby stipulate and agree as follows:

Whereas on November 22, 2011, the Trustee filed the above-captioned action against MLBS in this Bankruptcy Court, asserting bankruptcy law claims (the "Complaint");

Whereas the Trustee and MLBS previously have entered into stipulations recognizing MLBS's waiver of service of the Summons and Complaint in this action, setting a date for MLBS to answer the Trustee's Complaint, and setting a briefing schedule should MLBS move to dismiss the Trustee's Complaint in lieu of an answer;

Whereas except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses the Trustee and MLBS may have and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction;

IT IS HEREBY STIPULATED AND AGREED by and between the Trustee and MLBS, by the endorsement of their counsel below, that:

1. MLBS shall file and serve an answer, motion or other response to the Complaint in this action no later than October 22, 2014;

2. The Trustee's response to any motion or other response filed and served by MLBS with respect to the Complaint shall be filed and served no later than December 17, 2014;

3. MLBS's reply to any response by the Trustee referenced in paragraph 2 above shall be filed and served no later than January 16, 2015; and

4. The Pre-Trial Conference shall be adjourned from January 28, 2015, at 10:00 a.m. to February 25, 2015, at 10:00 a.m.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one

2

and the same instrument.  A signed facsimile or electronic copy of this stipulation shall be

deemed an original.  This stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-

Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).


Dated:  August 22, 2014                    /s/ Thomas L. Long
        New York, New York                 BAKER & HOSTETLER LLP
                                           45 Rockefeller Plaza
                                           New York, New York 10111
                                           Telephone: (212) 589-4200
                                           Facsimile: (212) 589-4201
                                           David J. Sheehan
                                           Email: dsheehan@bakerlaw.com
                                           Thomas L. Long
                                           Email: tlong@bakerlaw.com
                                           Regina L. Griffin
                                           Email: rgriffin@bakerlaw.com

                                           *Attorneys for Trustee Irving H. Picard, Esq.,
                                           Trustee for the SIPA Liquidation of Bernard L.
                                           Madoff Investment Securities LLC and Bernard L.
                                           Madoff*


                                           /s/ Mary E. Sylvester
                                           ARNOLD & PORTER LLP
                                           399 Park Avenue
                                           New York, New York 10022
                                           Telephone: (212) 715-1000
                                           Facsimile: (212) 715-1399
                                           Pamela A. Miller
                                           Email: Pamela.Miller@aporter.com
                                           Kent A. Yalowitz
                                           Email: Kent.Yalowitz@aporter.com
                                           Mary E. Sylvester
                                           Email: Mary.Sylvester@aporter.com

                                           *Attorneys for Defendant Merrill Lynch Bank
                                           (Suisse) SA*

3