**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Dean D. Hunt
dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>PHYLLIS B. REISCHER TRUST DATED 11/3/97; RESIDUARY TRUST FOR PHYLLIS REISCHER UNDER AM. & REST. INDENTURE OF TRUST DATED 8/8/01; PHYLLIS B. REISCHER, | Adv. Pro. No. 10-04869 (SMB) |

individually and in her capacity as Settlor and Trustee for the Phyllis B. Reischer Trust and as Trustee for the Residuary Trust for Phyllis Reischer Under Am. & Rest. Indenture of Trust dated 8/8/01; LISA PAYTON, in her capacity as Trustee for the Residuary Trust for Phyllis Reischer Under Am. & Rest. Indenture of Trust dated 8/8/01; and PAUL VOYNOW, in his capacity as a former Trustee for the Residuary Trust for Phyllis Reischer Under Am. & Rest. Indenture of Trust dated 8/8/01,

Defendant(s).

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  Passed

2. The Deadline for Service of Substantive Interrogatories shall be:  Passed

3. Fact Discovery shall be completed by:  October 6, 2014

4. The Disclosure of Case-in-Chief Experts shall be due:  December 19, 2014

5. The Disclosure of Rebuttal Experts shall be due: January 16, 2015

6. The Deadline for Completion of Expert Discovery shall be:  April 18, 2015

7. The Deadline to File a Notice of Mediation Referral shall be:  June 17, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 1, 2015

9. The Deadline for Conclusion of Mediation shall be:  October 29, 2015

Dated: New York, New York
       August 25, 2014

Of Counsel:

BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*