**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Dean D. Hunt
dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>            v.<br><br>THE MARILYN CHERNIS REVOCABLE TRUST; MARILYN CHERNIS, individually and in her capacity as Trustee of the Marilyn Chernis Revocable Trust; HERBERT J. CHERNIS, in his capacity as | Adv. Pro. No. 10-04671 (SMB) |

> Trustee of the Marilyn Chernis Revocable Trust; and PETER CHERNIS, in his capacity as Trustee of the Marilyn Chernis Revocable Trust,
>
>                 Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 18, 2014.

2. Fact Discovery shall be completed by: December 1, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: May 8, 2015.

4. The Disclosure of Rebuttal Experts shall be due: June 8, 2015.

5. The Deadline for Completion of Expert Discovery shall be: September 4, 2015.

6. The Deadline to File a Notice of Mediation Referral shall be: November 4, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 18, 2015.

8. The Deadline for Conclusion of Mediation shall be: March 17, 2016.

| | |
|---|---|
| Dated: New York, New York<br>August 25, 2014 | BAKER & HOSTETLER LLP |
| | By: /s/ Nicholas J. Cremona |
| Of Counsel: | David J. Sheehan<br>Nicholas J. Cremona |
| BAKER & HOSTETLER LLP<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-5018<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | 45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |