Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>    Defendants. | Adv. Pro. No. 10-05257 (BRL) |

**NOTICE OF DEFENDANTS'
<u>MOTION TO DISMISS AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE**, that on August 25, 2014, defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia Zraick DeLuca, and Karen M. Rich filed *Defendants' Motion to Dismiss the Amended Complaint* [Adv. Pro. Docket No. 33] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Stuart Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") at a date to be determined by the Bankruptcy Court in accordance with the procedures applicable to adversary proceedings.

Dated:  August 25, 2014
         New York, New York

**HUNTON & WILLIAMS LLP**

*/s/ Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone:  (212) 309-1132

*Attorneys for the Defendants*

99997.032244 EMF_US 52142033v1