**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04290 (SMB) |
| Plaintiff, | |
| v. | |
| MICHAEL FRENCHMAN, and | |
| LAURIE FRENCHMAN, | |
| Defendants. | |

<u>**STIPULATION FOR EXTENSION OF TIME**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants Michael Frenchman and Laurie Frenchman (together, "Defendants") may move, answer, or otherwise respond to the Complaint filed in the above-captioned adversary proceeding is extended from August 29, 2014, up to and including October 31, 2014.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a

waiver of the Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this Stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Defendant's estate or personal representative/executor, and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding. For the avoidance of doubt, the parties to this Stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the Stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

Except as expressly set forth above, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental

2

Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences

(ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).


Dated:  August 25, 2014
         New York, New York

                                          BAKER & HOSTETLER, LLP

                                          By:  /s/ Ona T. Wang
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone:  (212) 589-4200
                                          Facsimile:  (212) 589-4201
                                          David J. Sheehan
                                          Email:  dsheehan@bakerlaw.com
                                          Marc E. Hirschfield
                                          Email:  mhirschfield@bakerlaw.com
                                          Ona T. Wang
                                          Email:  owang@bakerlaw.com

                                          *Attorneys for Attorneys for Plaintiff Irving R. Picard,
                                          Trustee for the Substantively Consolidated SIPA
                                          Liquidation of Bernard L. Madoff Investment
                                          Securities LLC and Bernard L. Madoff*


                                          KUDMAN TRACHTEN ALOE LLP

                                          By: /s/ Evan S. Cowit
                                          350 Fifth Avenue, Suite 4400
                                          New York, New York 10118
                                          Telephone:  (212) 868-1010
                                          Facsimile:  (212) 868-0013
                                          Paul H. Aloe
                                          Email:  paloe@kudmanlaw.com
                                          Evan S. Cowit
                                          Email:  ecowit@kudmanlaw.com

                                          *Attorneys for Defendants Michael Frenchman and
                                          Laurie Frenchman*

3