**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Fernando A. Bohorquez

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04393 (SMB) |
| Plaintiff, | |
| v. | |
| ISAAC BLECH, | |
| Defendant. | |

**STIPULATION OF PARTIAL SETTLEMENT AND**
**STAY OF FURTHER PROCEEDINGS UNTIL RESOLUTION OF**
**BANKRUPTCY CODE SECTION 546(e) APPEAL**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and

defendant Isaac Blech (the "Defendant", and together with Trustee, the "Parties"), by and

through his counsel, Richard L. Spinogatti, Esq., hereby stipulate and agree to the following:

1.      On November 30, 2010, Trustee commenced this adversary proceeding against

the Defendant seeking the avoidance and recovery of: (a) transfers made by BLMIS within two

years of December 11, 2008 (the "Two Year Transfers") and (b) transfers made by BLMIS prior

to December 11, 2006 (the "Non-Two Year Transfers").

2.      By Order dated April 30, 2012, (the "Dismissal Order"), the District Court

dismissed Trustee's claims to avoid and recover the Non-Two Year Transfers made to certain

defendants based on an interpretation of Bankruptcy Code Section 546(e).

3.      Trustee has appealed the Dismissal Order to the United States Court of Appeals

for the Second Circuit (the "546(e) Appeal"). The 546(e) Appeal remains *sub judice*.

4.      On August 19, 2014, the Parties entered into a settlement agreement (the

"Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on

November 12, 2010 [Dkt. No. 3181].

5.      Under the Settlement Agreement, the Parties have settled Trustee's claims for the

Two Year Transfers but have agreed to stay this proceeding until a final, non-appealable order is

issued in the 546(e) Appeal affirming or reversing the Dismissal Order.

6.      If a final, non-appealable order in the 546(e) Appeal reverses the Dismissal Order,

Trustee will, as soon as practicable, dismiss Trustee's Two Year Transfer claims against the

Defendant, and the Defendant shall respond to the Trustee's Non-Two Year Transfer claims within thirty (30) days of the entry of such final, non-appealable order. Defendant agrees they will not assert any laches, statutes of limitations, statute of repose, or time limitations defense based on the time period this proceeding is stayed as against them by this Stipulation. The Parties stipulate and agree: (i) Trustee preserves all rights, claims, causes of action, if any, against the Defendant for the Non-Two Year Transfers, and (ii) the Defendant preserves all defenses, if any, in response to Trustee's Non-Two Year Transfers.

7.      If a final, non-appealable order in the 546(e) Appeal affirms the Dismissal Order, Trustee will, as soon as practicable, dismiss the adversary proceeding without costs to either Trustee or the Defendant.

8.      The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK;
SIGNATURE PAGE FOLLOWS]

Dated: August 25, 2014

BAKER & HOSTETLER LLP

By: *s/ Fernando A. Bohorquez*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee
for the Liquidation of Bernard L. Madoff
Investment Securities LLC and Estate of Bernard
L. Madoff*

PROSKAUER ROSE LLP

By: *s/ Richard L. Spinogatti*
Eleven Times Square
New York, New York 10036
Telephone:(212) 969-3540
Facsimile: (212) 969-2900
Richard L. Spinogatti
Email: rspinogatti@proskauer.com

*Attorneys for Defendant Isaac Blech*

SO ORDERED

/s/ STUART M. BERNSTEIN_
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

Dated: August 25th, 2014
New York, New York