**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Laurin D. Quiat
Paul S. Enockson
Justin T. Winquist

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                              Plaintiff, <br><br>         v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br>                              Plaintiff, <br><br>         v. <br><br> THE ESTATE OF DORRIS CARR BONFIGLI, and BARBARA BONFIGLI, in her capacity as executor of THE ESTATE OF DORRIS CARR BONFIGLI, | Adv. Pro. No. 10-04835 (SMB) |

|  |
|---|
| Defendants. |

# SEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: completed unless amended by the parties

2. Fact Discovery shall be completed by: completed unless amended by the parties.

3. The Disclosure of Case-in-Chief Experts shall be due: **November 17, 2014**.

4. The Disclosure of Rebuttal Experts shall be due: **January 5, 2015.**

5. The Deadline for Completion of Expert Discovery shall be: **April 6, 2015**.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before **June 8, 2015.**

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before **June 22, 2015.**

8. The Deadline for Conclusion of Mediation shall be: On or before **October 26, 2015.**

Dated: New York, New York
August 27, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Laurin D. Quiat
Paul S. Enockson
Justin T. Winquist
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*