**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>          Debtor. | |

<u>**NOTICE OF SETTLEMENT OF ORDER**</u>

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 9074-1(a) for the

Southern District of New York, the proposed order, a copy of which is annexed hereto, granting

the relief set forth in the Memorandum Decision Granting Motion to Affirm Trustee's

Determinations Denying Claims of Claimants Who Invested in Certain ERISA Plans entered by

this Court in the above-referenced adversary proceeding on August 22, 2014, ECF No. 7761, will

be presented for settlement and entry to the Honorable Stuart M. Bernstein, at Room 723 of the

United States Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004 on September 5, 2014.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order

must be made in writing and received by the Bankruptcy Judge's chambers and by the

undersigned not later than 11:30 a.m on September 3, 2014. The ECF docket number to which

the filing relates shall be included in the upper right hand corner of the caption of all objections.

Unless an objection is received by that time, the proposed order annexed hereto may be entered

by the Court.


Dated:  August 27, 2014              /s/ David J. Sheehan
        New York, New York        Baker & Hostetler LLP
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201
                                    David J. Sheehan
                                    Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

2

300333292.3