**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Elyssa S. Kates
Jessie A. Kuhn
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>HARVEY E. ROTHENBERG REV TRUST UAD 7/24/02, HARVEY E. ROTHENBERG as trustee, and beneficiary, and BETTY KLEIN, | Adv. Pro. No. 10-05072 (SMB) |

Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel, that:

1. On February 8, 1994, Choro Associates made two transfers of $250,000.00 to BLMIS.

2. Harvey E. Rothenberg ("Rothenberg") contributed, and was the source of, one of these $250,000.00 transfers.

3. This was the first time Choro Associates transferred money or other consideration to BLMIS.

4. On or around February 8, 1994 BLMIS opened account 1CM279, in the name of Choro Associates.

5. BLMIS credited the two $250,000.00 deposits in account 1CM279.

6. On July 6, 1994, Choro Associates made two transfers of $150,000.00 into account 1CM279.

7. Rothenberg contributed one of these $150,000.00 transfers. Of this $150,000.00, Klein was the source of $100,000.00.

8. BLMIS credited the two $150,000.00 deposits in account 1CM279.

9. On December 13, 1996, Choro Associates made two transfers of $250,000.00 to BLMIS.

10. Rothenberg contributed $150,000.00 to one of these $250,000 transfers. Betty Klein ("Klein") contributed the remaining $100,000.00 to the same $250,000 transfer.

11. BLMIS credited the two $250,000.00 deposits in account 1CM279.

12. Choro Associates only transferred money to BLMIS on February 8, 1994, July 6, 1994, and December 13, 1996.

13. Choro Associates transferred a total of $1,300,000.00 to BLMIS account 1CM279, held in the name of Choro Associates.

14. On September 20, 1995, BLMIS transferred $30,000.00 to Choro Associates.

15. Rothenberg received $15,000.00 of this transfer and distributed $3,613.00 to Klein.

16. On January 4, 1999, BLMIS transferred $1,235,985.11 to 1CM558, a BLMIS account held in the name of BKHR Partners ("BKHR").

17. BKHR is a partnership between Rothenberg and Klein, among others.

18. BLMIS opened 1CM558 on or around January 4, 1999.

19. On January 4, 1999, BLMIS also transferred $1,235,985.11 to 1CM557, a BLMIS account held in the name of C.H.O. Enterprises Inc.

20. Rothenberg and Klein are presently not affiliated with and have never had any interests in C.H.O. Enterprises Inc.

21. On August 25, 1999, BLMIS transferred $3,966.80 from 1CM279 to 1CM558.

22. On August 25, 1999, BLMIS also transferred $3,966.81 from 1CM279 to 1CM557.

23. Other than what is set forth herein, there were no deposits, withdrawals or transfers into or out of account 1CM279.

24. As detailed above, 1CM558 was initially funded with a $1,235,985.11 transfer from 1CM279.

25. BLMIS credited the $1,235,985.11 deposit in account 1CM558.

26. On January 19, 1999, BKHR transferred $245,000.00 to BLMIS.

27. Rothenberg contributed $123,200.00 to this transfer.

28. Klein contributed $121,800.00 to this transfer.

29. BLMIS credited the $245,000.00 deposit in account 1CM558.

30. On May 3, 1999, BKHR transferred $125,000.00 to BLMIS.

31. Klein contributed all $125,000.00 to this transfer.

32. BLMIS credited the $125,000.00 deposit in account 1CM558.

33. On July 28, 1999, BKHR made three transfers to BLMIS. The first was for $100,000.00, the second was for $100,000.00, and the third was for $50,000.00.

34. Rothenberg contributed $100,000.00 to these transfers.

35. Klein contributed $100,000.00 to these transfers.

36. BLMIS credited the $100,000.00, $100,000.00, and $50,000.00 deposits in account 1CM558.

37. As detailed above, on August 25, 1999, 1CM558 received a $3,966.80 transfer from 1CM279.

38. BLMIS credited the $3,966.80 deposit in account 1CM558.

39. On February 12, 2002, BKHR made two transfers to BLMIS. The first was for $700,000.00 and the second was for $300,000.00.

40. Rothenberg contributed all $1,000,000.00 to these transfers.

41. BLMIS credited the $700,000.00 and $300,000.00 deposits in account 1CM558.

42. BKHR only transferred money to BLMIS on January 19, 1999, May 3, 1999, July 28, 1999, and February 12, 2002. BLMIS account 1CM558 only received transfers from 1CM279 on January 4, 1999 and August 25, 1999.

43. BKHR transferred a total of $1,620,000.00 to BLMIS.

44. Choro Associates transferred a total of $1,239,951.91 to 1CM558.

45. On January 14, 2004, BLMIS transferred $50,000.00 to BKHR.

46. On or around January 15, 2004, this transfer was returned to BLMIS. On January 15, 2004, BLMIS credited the $50,000.00 to BKHR.

47. On April 29, 2004, BLMIS transferred $150,000.00 to BKHR.

48. Rothenberg received the entire $150,000.00 from this transfer.

49. On June 4, 2004, BLMIS transferred $75,000.00 to BKHR.

50. Rothenberg received the entire $75,000.00 from this transfer.

51. On July 1, 2004, BLMIS transferred $75,000.00 to BKHR.

52. Rothenberg received the entire $75,000.00 from this transfer.

53. On October 1, 2004, BLMIS transferred $75,000.00 to BKHR.

54. Rothenberg received the entire $75,000.00 from this transfer.

55. On January 3, 2005, BLMIS transferred $75,000.00 to BKHR.

56. Rothenberg received the entire $75,000.00 from this transfer.

57. On April 1, 2005, BLMIS transferred $75,000.00 to BKHR.

58. Rothenberg received the entire $75,000.00 from this transfer.

59. On July 1, 2005, BLMIS transferred $75,000.00 to BKHR.

60. Rothenberg received the entire $75,000.00 from this transfer.

61. On October 3, 2005, BLMIS transferred $75,000.00 to BKHR.

62. Rothenberg received the entire $75,000.00 from this transfer.

63. On January 3, 2006, BLMIS transferred $75,000.00 to BKHR.

64. Rothenberg received the entire $75,000.00 from this transfer.

65. On March 27, 2006, BLMIS transferred $1,000,000.00 to 1CM963, a BLMIS account held in the name of Patriot Equities LLC. Such transfer was at Rothenberg's direction, and Patriot Equities was unrelated to BKHR. Rothenberg was a principal of Patriot Equities, but Klein was not in any way affiliated with Patriot Equities.

66. On April 3, 2006, BLMIS transferred $50,000.00 to BKHR.

67. Rothenberg received the entire $50,000.00 from this transfer.

68. On July 3, 2006, BLMIS transferred $50,000.00 to BKHR.

69. Rothenberg received the entire $50,000.00 from this transfer.

70. On October 2, 2006, BLMIS transferred $50,000.00 to BKHR.

71. Rothenberg received the entire $50,000.00 from this transfer.

72. On December 21, 2006, BLMIS transferred $2,000,000.00 to BKHR.

73. Rothenberg received $126,263.27 from this transfer.

74. On December 25, 2006, Klein received $1,852,369.48 from this transfer.

75. On December 25, 2006, Klein received $1,077.21 from this transfer.

76. On April 12, 2007, Klein received $20,290.04 from this transfer.

77. On or about January 3, 2007, by letter dated January 3, 2006 (sic), Rothenberg advised BLMIS that Account 1CM558 would be transferred from BKHR to Harvey Rothenberg

Trust. The remaining funds in account 1CM558 were transferred by Rothenberg to his Trust.

78. Klein never had any interests in Harvey Rothenberg Trust.

79. On April 2, 2007, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

80. On July 2, 2007, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

81. On October 1, 2007, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

82. On January 2, 2008, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

83. On April 1, 2008, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

84. On July 1, 2008, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

85. On October 1, 2008, BLMIS transferred $50,000.00 to Harvey Rothenberg Trust.

86. Other than what is set forth herein, there were no deposits, withdrawals or transfers into or out of account 1CM5558.

87. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: August 26, 2014
New York, New York

 */s/ Oren J. Warshavsky*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com
Jessie A. Kuhn
Email: jkuhn@bakerlaw.com
Lindsey A. Shoshany
Email: lshoshany@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

 */s/ Sarah E. Aberg*
**Sheppard Mullin Richter & Hampton LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212.653.8700
Facsimile: 212.653.8701
Alan Winick
Email: awinick@sheppardmullin.com
Sarah E. Aberg
Email: saberg@sheppardmullin.com

*Attorney for Harvey E. Rothenberg Rev. Trust UAD 7/24/02 and Harvey E. Rothenberg*

 */s/ Charles A. Singer*
**The Law Offices of Charles A. Singer**
11 Middle Neck Road, Suite 310
Great Neck, New York, 11021
Telephone: 516.482.0666
Facsimile: 516.482.0644
Charles A. Singer
Email: cas@charlesasinger.com

*Attorney for Betty Klein*