# EXHIBIT 3

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited* |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |

EXHIBIT 3

| Adversary Proceeding Number | Case Name |
|---|---|
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA** |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |

\* - The Trustee seeks discovery from only the specific defendant named in this adversary proceeding, Reliance Management (BVI) Ltd., and from its principal, Tim Brockmann.

\*\* - The Trustee seeks discovery from only the following specific defendants named in this adversary proceeding: (i) Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Banque Degroof SA/NV); (ii) Banque Degroof Luxembourg SA; (iii) Banque Degroof France SA (a/k/a Banque Degroof et Phillipe SA); (iv) Degroof Gestion Institutionelle Luxembourg SA; (v) Aforge Finance Holding; (vi) Aforge Finance; (vii) Aforge Capital Management SA; and (viii) Aforge Gestion.