Pg 1 of 8

08-01789-cgm    Doc 7828-4    Filed 08/28/14    Entered 08/28/14 17:03:53    Exhibit C
Pg 1 of 8

# EXHIBIT C

# EXHIBIT C

EXHIBIT C

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited* |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |

EXHIBIT C

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |

# EXHIBIT C-1

EXHIBIT C-1

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited* |
| 10-05348 | Picard v. Nomura Bank International plc |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |

| Adversary Proceeding Number | Case Name |
|---|---|
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |

# EXHIBIT C-2

| Adversary Proceeding Number | Case Name | Producing Party | Relationship of Producing Party | Number of Documents Produced | Production Notes |
|---|---|---|---|---|---|
| 10-05345 | Picard v. Citibank, N.A. | Citibank, N.A. / Citigroup Global Markets Limited (CGML) | Defendant / Related Third Party | 32,091 / 299 | Citibank N.A. largely produced records for BLMIS accountholders who maintained accounts with defendant; only [72] documents relevant to this case. CGML's parent company produced what appears to be sampling of relevant documents, but appear to not consist of all available documents because of the small production size. |
| 10-05346 | Picard v. Merrill Lynch International | Merrill Lynch International | Defendant | 1,315 | Emails produced were limited to 2007 and 2008; production included documents produced in triplicate; over 500 documents were Fairfield Sentry Limited's weekly net asset value reports. |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. | Banco Bilbao Vizcaya Argentaria, S.A. | Defendant | 3,602 | No internal emails, credit committee/risk management memoranda, due diligence files; the produced transaction materials were only representative samples. |
| 10-05353 | Picard v. Natixis | Natixis Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC) | Related Third Party | 610 | Reproduced documents that were originally produced in resposne to a FINRA investigation; only produced documents pertinent to U.S. based transactions. |
| 10-05354 / 11-02760 | Picard v. ABN AMRO Bank, N.A. | ABN AMRO Bank N.A. | Defendant | 5 | Records unrelated to adversary proceeding, pertain to other BLMIS accountholder who maintained accounts with defendant. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. | Fortis Prime Fund Solutions (USA) LLC and/or Fortis PFS USA LLC | Related Third Party | 1,444 | Production is heavily redacted; records produced pertained to services provided to a feeder fund defendant in a different adversary proceeding. |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. | Picard v. National Bank of Kuwait S.A.K. | Defendant | 91 | Documents appear to be sampling of relevant documents, but appear to not consist of all available documents because of small production size. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. | Barcclays Bank S.A. | Related Third Party | 3,705 | Records unrelated to adversary proceeding, pertain to other BLMIS accountholders who maintained accounts with defendant. |
| 12-01023 | Picard v. Arden Asset Management | Arden Asset Management LLC | Defendant | 525 | Documents appear to be sampling of relevant documents, but appear to not consist of all available documents because of small production size. |
| 10-04284 | Picard v. Plaza Investments International Limited | Plaza Investments International Limited | Defendant | 244 | Sampling of records given, many in duplicate made in unrelated class action. Allowed Trustee to view an additional 2,000 documents, but Trustee could not take or copy those records. |
| 12-01576 | Picard v. BNP Paribas S.A. | BNP Paribas S.A. | Defendant | 1,691 | Trustee receeived a sampling of documents pertinent to the adversary proceeding. |
| 12-01565 | Picard v. Standard Chartered Financial Services | Standard Chartered International (USA) Ltd., f/k/a American Express Bank Ltd. | Related Third Party | 248 | Documents appear to be sampling of relevant documents, but appear to not consist of all available documents because of small production size. No emails produced. |