# EXHIBIT 1

**EXHIBIT 1**

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02731 | Picard v. Trincaster Corporation |
| 11-02925 | Picard v. Credit Suisse AG, et al. |
| 12-01025 | Picard v. Solon Capital, Ltd. |
| 12-01273 | Picard v. Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Limited |
| 12-01676 | Picard v. Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. |
| 12-01698 | Picard v. Banque Internationale À Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., et al. |
| 12-01699 | Picard v. Royal Bank of Canada, et al. |