WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>       Plaintiff-Applicant, <br>    v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>       Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>     Plaintiff, <br>    v. <br><br> DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO, <br><br>    Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

**JOINDER TO THE TRUSTEE'S MEMORANDUM OF LAW**
**IN SUPPORT OF OMNIBUS MOTION FOR LEAVE TO REPLEAD**
**PURSUANT TO FED. R. CIV. P. 15(a) AND COURT ORDER AUTHORIZING**
**LIMITED DISCOVERY PURSUANT TO FED. R. CIV. P. 26(d)(1)**

{10993340:3}

Windels Marx Lane & Mittendorf, LLP ("Windels Marx") is special counsel to Irving H.

Picard, as trustee (the "Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC

under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff and is counsel of record for the Trustee in the

adversary proceedings listed on Exhibit 1.

In the above noted capacity, Windels Marx hereby joins in its entirety the Trustee's

Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P.

15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) filed by

Baker & Hostetler LLP on August 28, 2014 in the main docket of this case, *SIPC v. Bernard L. Madoff*

*Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB) [Dkt. No. 7827] (the "Memorandum"), and

all arguments asserted therein.

For the reasons set forth in the Memorandum, the Trustee respectfully requests that the

Bankruptcy Court enter an order: (i) granting him leave to replead the operative complaints in the

adversary proceedings listed on Exhibit 1, pursuant to Fed. R. Civ. P. 15(a), made applicable to this

proceeding pursuant to Fed. R. Bank. P. 7015; and (ii) directing the defendants identified on Exhibit 1

to comply with the Proposed Limited Document Demands attached as Exhibit B to the Declaration of

Howard L. Simon dated August 28, 2014 pursuant to Fed. R. Civ. P. 26(d), made applicable to this

proceeding by Fed. R. Bankr. P. 7026(d).

Dated: August 28, 2014
     New York, New York

/s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*