# EXHIBIT A

EXHIBIT A

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|---|---|
| 11-02731 | Picard v. Trincaster Corporation | X | X |
| 11-02925 | Picard v. Credit Suisse AG, et al. | X | X |
| 12-01025 | Picard v. Solon Capital, Ltd. | X | X |
| 12-01273 | Picard v. Mistral (SPC) | X | X |
| 12-01278 | Picard v. Zephyros Limited | X | X |
| 12-01676 | Picard v. Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG | X | X |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. | X | X |
| 12-01698 | Picard v. Banque Internationale À Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. et al. | X | X |
| 12-01699 | Picard v. Royal Bank of Canada, et al. | X | X |

# EXHIBIT A-1

**EXHIBIT A-1**

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02731 | Picard v. Trincaster Corporation |
| 12-01025 | Picard v. Solon Capital, Ltd. |
| 12-01273 | Picard v. Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Limited |
| 12-01676 | Picard v. Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG |
| 12-01698 | Picard v. Banque Internationale À Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., et al. |

# EXHIBIT A-2

| Adversary Proceeding Number | Case Name | Producing Party | Relationship of Producing Party | Number of Documents Produced | Production Notes |
|---|---|---|---|---|---|
| 11-02925 | Picard v. Credit Suisse AG, et al. | Credit Suisse Securities (USA) LLC ("CS USA") | Defendant | 460 | Nearly all of the documents are related to Madoff family accounts with CS USA and are not relevant to this adversary proceeding. |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. | Societe Generale | Defendant | 4 | Minimal production of four documents. No emails produced. |
| 12-01699 | Picard v. Royal Bank of Canada, et al. | Royal Bank of Canada | Defendant | 2,870 | Only one of the eight defendants produced documents, and the production was described as omitting documents located in certain jurisdictions. |