**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:  (212) 332-8840
Facsimile:  (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

Hearing Date:  October 22, 2014 at 10:00 a.m. EST
Objection Deadline:  October 10, 2014 at 4:00 p.m. EST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff-Applicant,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　Plaintiff,<br>　　v.<br>DEFENDANTS LISTED ON EXHIBIT 1 ATTACHED HERETO, | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

01:15931102.1

Defendants.

**NOTICE OF TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD PURSUANT TO FED. R. CIV. P. 15(a) AND COURT ORDER AUTHORIZING LIMITED DISCOVERY PURSUANT TO FED. R. CIV. P. 26(D)(1)**

Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on October 22, 2014 at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, seeking entry of an order (i) granting the Trustee leave to replead the operative complaints in the adversary proceedings identified on **Exhibit 1** attached hereto (the "YCST Adversary Proceedings"), pursuant to Fed. R. Civ. P. 15(a), made applicable to this proceeding pursuant to Fed. R. Bankr. P. 7015; and (ii) directing the defendants in the YCST Adversary Proceedings to comply with the proposed Limited Document Discovery Demand attached as Exhibit A to the *Declaration of Matthew B. Lunn in Support of the Trustee's Omnibus Motion for Leave to Replead Pursuant to Federal R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)*, filed on the date herewith, pursuant to Fed. R. Civ. P. 26(d), made applicable to this proceeding by Fed. R. Bankr. P. 7026(d).

PLEASE TAKE FURTHER NOTICE that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than October 10, 2014 at 4:00 p.m. (EST) (with a courtesy copy

01:15931102.1

2

delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon counsel for the Trustee, Young Conaway Stargatt & Taylor, LLP, 1270 Avenue of the Americas, Suite 2210, New York, New York 10020, Attn: Matthew B. Lunn and Justin P. Duda.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

| | |
|---|---|
| Dated: August 28, 2014<br>New York, New York | /s/ Matthew B. Lunn<br>Matthew B. Lunn<br>Justin P. Duda<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1270 Avenue of the Americas<br>Suite 2210<br>New York, New York 10020<br>Telephone:   (212) 332-8840<br>Facsimile:    (212) 332-8855<br><br>*Attorneys for Irving H. Picard,*<br>*Trustee for the*<br>*Substantively Consolidated SIPA*<br>*Liquidation of*<br>*Bernard L. Madoff Investment*<br>*Securities LLC*<br>*and Bernard L. Madoff* |

# **EXHIBIT 1**

YCST Adversaries

| **Adversary Proceeding** | **Adversary Proceeding Number** |
|---|---|
| Picard v. Caceis Bank Luxembourg, *et al.* | 11-02758 |
| Picard v. Crédit Agricole (Suisse) S.A., *et al.* | 12-01022 |
| Picard v. Barfield Nominees Limited, *et al.* | 12-01669 |
| Picard v. Crédit Agricole Corporate and Investment Bank | 12-01670 |
| Picard v. Intesa Sanpaolo SpA, *et al.* | 12-01680 |