**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>            Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>            Plaintiff,<br>v.<br>DEFENDANTS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br>            Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

**JOINDER TO THE TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD PURSUANT TO FED. R. CIV. P. 15(a) AND COURT ORDER AUTHORIZING LIMITED DISCOVERY PURSUANT TO FED. R. CIV. P. 26(d)(1) AND RELATED MEMORANDUM OF LAW**

Young Conaway Stargatt and Taylor, LLP ("Young Conaway") is counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and the estates of Bernard L. Madoff in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and is

01:15864975.1

counsel of record for the Trustee in the adversary proceedings identified on **Exhibit 1** annexed hereto (collectively, the "YCST Adversary Proceedings").

In the above noted capacity, on the date herewith, Young Conaway, on behalf of the Trustee, has filed the *Trustee's Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)* (the "Motion") and hereby joins, in its entirety, the related *Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)* [Docket No. 7827] (the "Memorandum") filed by Baker & Hostetler LLP, on August 28, 2014, in Case No. 08-10789, and adopts as its own all arguments asserted therein in support of the Motion.

In support of the Motion, on the date herewith, Young Conaway has also filed, on behalf of the Trustee, the *Declaration of Matthew B. Lunn in Support of the Trustee's Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)* (the "Lunn Declaration").

*[Remainder of Page Intentionally Left Blank]*

01:15864975.1

For the reasons set forth in the Memorandum, the Trustee respectfully requests that the Bankruptcy Court enter an order: (i) granting him leave to replead the operative complaints in the YCST Adversary Proceedings, pursuant to Fed. R. Civ. P. 15(a), made applicable to this proceeding pursuant to Fed. R. Bank. P. 7015; and (ii) directing the defendants in the YCST Adversary Proceedings to comply with the proposed Limited Document Discovery Demand attached as <u>Exhibit A</u> to the Lunn Declaration, pursuant to Fed. R. Civ. P. 26(d), made applicable to this proceeding by Fed. R. Bankr. P. 7026(d).

Dated: August 28, 2014  
       New York, New York

/s/ Matthew B. Lunn  
Matthew B. Lunn  
Justin P. Duda  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
1270 Avenue of the Americas  
Suite 2210  
New York, New York 10020  
Telephone:  (212) 332-8840  
Facsimile:  (212) 332-8855  

*Attorneys for Irving H. Picard,*  
*Trustee for the*  
*Substantively Consolidated SIPA*  
*Liquidation of*  
*Bernard L. Madoff Investment*  
*Securities LLC*  
*and Bernard L. Madoff*

# **EXHIBIT 1**

YCST Adversaries

01:15864975.1

| Adversary Proceeding | Adversary Proceeding Number |
|---|---|
| Picard v. Caceis Bank Luxembourg, *et al.* | 11-02758 |
| Picard v. Crédit Agricole (Suisse) S.A., *et al.* | 12-01022 |
| Picard v. Barfield Nominees Limited, *et al.* | 12-01669 |
| Picard v. Crédit Agricole Corporate and Investment Bank | 12-01670 |
| Picard v. Intesa Sanpaolo SpA, *et al.* | 12-01680 |

01:15864975.1