**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff L. Madoff, | Adv. Pro. No. 10-05174 (SMB) |
| Plaintiff, | |
| v. | |
| TRUST CREATED UNDER AGREEMENT DATED 1/9/90 BY LEONARD LITWIN FOR THE BENEFIT OF DIANE MILLER, | |
| TRUST CREATED UNDER AGREEMENT | |

11/13/89 BY LEONARD LITWIN FOR THE
BENEFIT OF HOWARD SWARZMAN,

TRUST CREATED UNDER AGREEMENT
11/13/89 BY LEONARD LITWIN FOR THE
BENEFIT OF STEVEN SWARZMAN,

THE STEVEN SWARZMAN 2006 TRUST,

LEONARD LITWIN FRIENDS AND FAMILY
TRUST,

LEONARD LITWIN,

CAROLE L. PITTELMAN,

RICHARD G. COHEN,

DIANE MILLER,

HOWARD L. SWARZMAN, and

STEVEN SWARZMAN,

     Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through

his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules

of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure

applicable in adversary proceedings), hereby dismisses the above-captioned adversary

proceeding with prejudice.  Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is

permitted to voluntarily dismiss this adversary proceeding without further order of the court by

filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an

answer or a motion for summary judgment.

Dated: August 28, 2014
      New York, New York

**BAKER & HOSTETLER LLP**

By: _s/ Nicholas J. Cremona_
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*