**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Timothy S. Pfeifer

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-05411 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND
## AND ADJOURNING THE PRE-TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, and defendants Josef Duregger, Peter Fischer, Harald Nograsek, Gerhard Randa, Stefan Zapotocky, Werner Kretschmer, Wilhelm Hemetsberger, Peter Scheithauer, and Ursula Radel-Leszczynski (the "Defendants"), by and through their undersigned counsel, that the time by which the Trustee may respond to the Motion to Dismiss filed by the Defendants is extended up to and including October 1, 2014. It is further stipulated and agreed that the Defendants shall file their reply by November 7, 2014. The return date for this matter was previously set for November 19, 2014 at 10:00 a.m., but will be rescheduled for December 17, 2014 at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for the Trustee to respond to the Motion to Dismiss. The extension of time granted by this Stipulation is without prejudice to any future extensions of time.

Undersigned counsel for the Defendants represent that service of process of the summons and Complaint on the Defendants has been completed, and hereby waives any defenses based on insufficiency of process or insufficiency of service of process on behalf of the Defendants.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental

2

300333830.1

Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: August 29, 2014
New York, New York

| | |
|---|---|
| /s/ *Timothy S. Pfeifer* | /s/ *Jeff G. Hammel* |
| David J. Sheehan | Jeff G. Hammel |
| Timothy S. Pfeifer | |
| | |
| BAKER & HOSTETLER LLP | LATHAM & WATKINS LLP |
| 45 Rockefeller Plaza | 885 Third Avenue |
| New York, New York 10111 | New York, New York 10022 |
| Telephone: (212) 589-4200 | Telephone: (212) 906-1260 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 751-4864 |
| Email: dsheehan@bakerlaw.com | Email: jeff.hammel@lw.com |
| Email: tpfeifer@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for Defendants Josef Duregger, Peter Fischer, Harald Nograsek, Gerhard Randa, Stefan Zapotocky, Werner Kretschmer, Wilhelm Hemetsberger, Peter Scheithauer and Ursula Radel-Leszczynski* |

300333830.1