**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                               Plaintiff,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                             Plaintiff,<br>     v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>                             Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF NEW YORK  )

     I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On August 28, 2014, I served the following documents:

- **Notice of Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1);**

- **Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1); and**

- **Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)**

via electronic transmission to the email address designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to the parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

*/s/Tanya Kinne*
TANYA KINNE

Sworn to before me this
29th day of August, 2014

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

## SCHEDULE A

Inter Asset Management Inc.
c/o Bison Financial Services Ltd., Bison Court, Road Town , Tortola
British Virgin Islands

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
23, Avenue de la Porte-Neuve
L-2227 Luxembourg
Luxembourg

Intelligent Voice Research, L.L.C.
c/o Joseph Nicholson
121 West 20th Street, Apt 2A
New York, NY 10011

Ivo Rothschild
410 Avenue Victoria, Apt #12
Westmount, Quebec H3Y 2R2
Canada

Ptown Pookies, L.L.C.
c/o Christopher J. Snow, Esq, Registered Agent
90 Harry Kemp Way
Provincetown, Ma 02657

INVERCOUNSEL USA LLC
2 South Biscayne Boulevard, Suite 3400,
Miami, Florida 33131

Caprice International Group Inc.
9513 New Waterford Cove
Delray Beach, Florida 33446
and
Attention or Care of Officer or Agent Authorized to Accept Service
9513 New Waterford Cove
Delray Beach, Florida 33446

Eric Schiffer d/b/a Desert Rose Ltd
250 West 39th Street, Suite 300,
New York, New York 10018

Joseph J. Nicholson, individually and as trustee of the Joseph J. Nicholson Charitable Remainder
Unitrust
Email: jn@dfcompanies.com

Paul Robert Murphy
Email: murphy@niggle.com

Wallace Aptman, individually and as beneficial owner of one or more IRAs
Email: waptman@american-securities.com

Wallace Aptman IRA Rollover
Email: waptman@american-securities.com

Jeff E. Butler
Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, and Dakota Global

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Defender Limited, Reliance Management (BVI) Limited, and Primeo Fund

John A. Pintarelli
Morrison & Foerster LLP
Email: jpintarelli@mofo.com
Attorney for: Defender Limited, and Reliance Management (BVI) Limited

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney for: Reliance International Research, LLC, and Reliance International Research, LLC

Mandy DeRoche
Seward & Kissel
Email: deroche@sewkis.com
Attorney for: Reliance International Research, LLC, ARDEN ASSET MANAGEMENT INC.,
ARDEN ASSET MANAGEMENT LLC, and ARDEN ENDOWMENT ADVISERS, LTD.

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney for: Equity Trading Portfolio Limited, and Equity Trading Fund, Ltd.

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: lfriedman@cgsh.com
Attorney for: BNP Paribas Arbitrage SNC, and BNP Paribas Securities Corp.

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney for: BNP Paribas Arbitrage SNC, BNP Paribas Securities Corp., BNP Paribas
Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A.,
f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., BNP Paribas
Securities Services S.A., BNP PARIBAS ARBITRAGE SNC, BNP Paribas S.A., BNP Paribas
(Suisse) S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas
Bank & Trust Cayman Limited, BGL BNP Paribas Luxembourg S.A., BNP Paribas Securities
Services Succursale de Luxembourg, and BNP Paribas Securities Services S.A.

Michael P. Burke
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
Email: mburke@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney for: Fairfield Investment Fund Limited, and Stable Fund

Frederick R. Kessler
Wollmuth Maher & Deutsch LLP
Email: fkessler@wmd-law.com
Attorney for: Fairfield Investment Fund Limited, Fairfield Investors (Euro) Limited, and Stable
Fund

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney for: Fairfield Investors (Euro) Limited, and Stable Fund

Mark G. Cunha
Peter E. Kazanoff
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Email: pkazanoff@stblaw.com
Attorney for: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda), LTD., Fairfield
Greenwich Advisors LLC, Fairfield International Managers, Inc., Mark Mckeefry, Daniel Lipton,
Gordon Mckenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold
Greisman, Corina Noel Piedrahita, Lourdes Barreneche, Santiago Reyes, Jacqueline Harry,
BARRENECHE, INC., FAIRFIELD GREENWICH CAPITAL PARTNERS, SELECTA
FINANCIAL CORPORATION INC., and SHARE MANAGEMENT LLC

Andrew W. Hammond
White & Case LLP
Email: ahammond@whitecase.com
Attorney for: Walter Noel

Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
Email: dfetterman@kasowitz.com
Attorney for: Jeffrey Tucker, 1185 Park Avenue Foundation, Inc., Catherine L. Steinmann, David
P. Steinmann, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee
of the David P. Steinmann Money Purchase Pension Plan, as trustee of the Trust UAD 3/4/92
FBO Benjamin R. Sigelman, as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman and
as custodian for Catherine L. Steinmann, David P. Steinmann IRA Rollover #1, David P.
Steinmann IRA Rollover #2, David P. Steinmann Money Purchase Pension Plan, David
Steinmann Defined Benefit Plan, Gabriel B. Steinmann, Jennifer E. Steinmann, JJG Enterprises,
and Joshua Steinmann

Andrew J. Levander
David S. Hoffner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Attorney for: Andr?s Piedrahita

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney for: Amit Vijayvergiya

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney for: Robert Blum

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney for: Gregory Bowes

Sean F. O'Shea
O'Shea Partners LLP
Email: soshea@osheapartners.com
Attorney for: Cornelis Boele, and FORTUNA ASSET MANAGEMENT INC.

Marc D. Feingold
O'Shea Partners LLP
Email: mfeingold@osheapartners.com
Attorney for: Cornelis Boele

Todd E. Duffy
Douglas A. Amedeo
DuffyAmedeo LLP

Email: tduffy@duffyamedeo.com
Email: damedeo@duffyamedeo.com
Attorney for: Ursula Radel-Leszczynski, Regulus Asset Management Limited, Carruba Asset
Management Limited, Tereo Trust Company Limited, Alpha Prime Fund Limited, Senator Fund
SPC, and Alpha Prime Asset Management Ltd.

Sheldon Eisenberger
The Law Office of Sheldon Eisenberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: pog@nqgrg.com
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: nda@nqgrg.com
Email: sheldon@eisenbergerlaw.com
Email: pog@nqgrg.com
Email: nda@nqgrg.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur,
Inc., and Herald Asset Management Limited

Mary K. Warren
Willkie Farr & Gallagher LLP
Email: mwarren@willkie.com
Attorney for: Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Equus
Asset Mgmt. Ltd, Equus Asset Management Partners, L.P., Cape Investment Advisors Limited,
Genevalor, Benbassat et Cie, Hermes Asset Management Limited, and Dr. Alain B. L?vy, solely
in his capacity as Executor of the Estate of Mario Benbassat

Eric A. Heining
Mark Michael Elliott
Bingham McCutchen LLP
Email: eric.heining@bingham.com
Email: mark.elliott@bingham.com
Attorney for: Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski,
Jean-Marc Wenger, Aurelia Asset Management Partners, and Aurelia Fund Management Ltd.

Michael E. Wiles
Debevoise & Plimpton LLP
Email: mewiles@debevoise.com
Attorney for: Hermes International Fund Limited, Geo Currencies, Thema Wise Investments Ltd.,
Lagoon Investment Trust, Thema International Fund plc, Hermes International Fund Limited,
Thema Fund Ltd., Lagoon Investment Limited, and Pictet et Cie

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney for: Thema Asset Mgmt. (Bermuda), and Thema Asset Management Limited (BVI)

Brian Harvey
Daniel M. Glosband
Goodwin Procter LLP
Email: bharvey@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Attorney for: T+M Trusteeship & Management Services S.A., and GTM Management Services
Services Corp. N.V.

Joseph Serino
David S. Flugman
Jay Lefkowitz
Kirkland & Ellis LLP
Email: joseph.serino@kirkland.com
Email: david.flugman@kirkland.com
Email: jay.lefkowitz@kirkland.com
Attorney for: Herald Fund SPC

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Herald (Lux) SICAV, Luxembourg Investment Fund, Luxembourg Investment Fund
US Equity Plus, Maitre Alain Rukavina, Paul Laplume, LUXALPHA SICAV as represented by its
Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, Maitre Alain Rukavina in
their capacity as liquidator and representative of Luxalpha Sicav, and Paul Laplume in their
capacity as liquidator and representative of Luxalpha Sicav

Mark McDermott
Susan L. Saltzstein
Maura Barry Grinalds
Jeremy A. Berman
Marco E. Schnabl
Skadden, Arps, Slate, Meagher & Flom LLP
Email: mark.mcdermott@skadden.com
Email: susan.saltzstein@skadden.com
Email: maurabarry.grinalds@skadden.com
Email: jeremy.berman@skadden.com
Email: marco.schnabl@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited, and UniCredit S.p.A.

Evan Davis
James Frasco
Charles J. Keeley, III
Cleary Gottlieb Steen & Hamilton LLP
Email: edavis@cgsh.com
Email: jfrasco@cgsh.com
Email: cjkeeley@cgsh.com

Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., and HSBC Fund Services (Luxembourg) S.A.

David E. Brodsky
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Email: tmoloney@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Private Bank (Suisse) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., HSBC Fund Services (Luxembourg) S.A., SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED, and SICO Limited

Marla Decker
Cleary Gottlieb Steen & Hamilton LLP
Email: mdecker@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., and HSBC Fund Services (Luxembourg) S.A.

Franklin B. Velie
Jonathan Kortmansky
Mitchell C. Stein
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Email: jkortmansky@sandw.com
Email: mstein@sandw.com
Attorney for: UniCredit Bank Austria AG

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney for: Legacy Capital Limited

Kathleya Chotiros
Cleary Gottlieb Steen & Hamilton LLP
Email: kchotiros@cgsh.com

Attorney for: BNP Paribas Securities Corp., BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., BNP Paribas Securities Services S.A., and BNP PARIBAS ARBITRAGE SNC

Shaya M. Berger
Eric B. Fisher
Barry N. Seidel
Dickstein Shapiro LLP
Email: bergers@dicksteinshapiro.com
Email: fishere@dicksteinshapiro.com
Email: seidelb@dicksteinshapiro.com
Attorney for: Khronos LLC, Khronos Capital Research LLC, Rafael Mayer, and David Mayer

Peter D. Morgenstern
Morgenstern & Blue, LLC
Butzel Long
Email: abraham@butzel.com
Email: pmorgenstern@mfbnyc.com
Email: abraham@butzel.com
Attorney for: Montpellier Resources Ltd.

Eugene E. Stearns
Harold D. Moorefield
Jonathan C. Vair
Christopher L. Barnett
Carlos J. Canino
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Email: estearns@stearnsweaver.com
Email: hmoorefield@stearnsweaver.com
Email: jvair@stearnsweaver.com
Email: cbarnett@stearnsweaver.com
Email: ccanino@stearnsweaver.com
Attorney for: Isaac Jimmy Mayer

David Greenwald
Cravath Swaine & Moore LLP
Email: dgreenwald@cravath.com
Attorney for: M&B Capital Advisers Sociedad de Valores, S.A., UNIFORTUNE ASSET MANAGEMENT SGR SPA, and UNIFORTUNE CONSERVATIVE FUND

Richard Levin
Cravath Swaine & Moore LLP
Email: rlevin@cravath.com
Attorney for: M&B Capital Advisers Sociedad de Valores, S.A., and Banque Syz & Co., SA

Tracy L. Klestadt
Klestadt & Winters, LLP
Email: tklestadt@klestadt.com
Attorney for: Reliance Management (Gibraltar) Limited

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS
Third Party Management Company SA, UBS (Luxembourg) SA, UBS AG, UBS Fund Services
(Luxembourg) SA, UBS Third Party Management Company SA, and UBS Deutschland AG as
successor in interest to Dresdner Bank LateinAmerika AG

Thomas J. Hall
Chadbourne & Parke LLP
Email: thall@chadbourne.com
Attorney for: Landmark Investment Fund (Ireland)

Martin Flumenbaum
Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: mflumenbaum@paulweiss.com
Email: aehrlich@paulweiss.com
Attorney for: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Joseph P. Moodhe
shannon Rose Selden
Amanda M. Ulrich
Debevoise & Plimpton LLP
Email: jpmoodhe@debevoise.com
Email: srselden@debevoise.com
Email: amulrich@debevoise.com
Attorney for: Plaza Investments International Limited, and Notz Stucki Management (Bermuda)
Limited

Tammy P. Bieber
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: bieber@thsh.com
Attorney for: Square One Fund Ltd., Luc. D. Estenne, Square Asset Management Ltd., and
Partners Advisers S.A.

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Circle Partners

Theresa Trzaskoma
Brune & Richard LLP
Email: ttrzaskoma@bruneandrichard.com
Attorney for: Kathryn R. Siggins

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Thybo Stable Funds Ltd., Thybo Asset Management Limited, Citibank, N.A.,
Citibank North America, Inc., Citigroup Global Markets Limited, and Citibank (Switzerland) Ltd.

Jeffrey T. Scott
Sullivan & Cromwell LLP
Email: scottj@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar), and Banque J. Safra (Suisse) SA f/k/a Banque Jacob
Safra (Suisse) SA

Robinson B. Lacy
Sullivan & Cromwell LLP
Email: lacyr@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar), Banque J. Safra (Suisse) SA f/k/a Banque Jacob
Safra (Suisse) SA, Safra National Bank of New York,, STANDARD CHARTERED FINANCIAL
SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL SERVICES
(LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as
represented by its liquidator Hanspeter Kr?mer, STANDARD CHARTERED BANK
INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK
INTERNATIONAL, and STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a
AMERICAN EXPRESS BANK LTD.

Andrew Gelfand
Sullivan & Cromwell LLP
Email: gelfanda@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar)

Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Attorney for: ZEUS PARTNERS LIMITED, George Anagnos, Josephine G. Anagnos, Maria
Anagnos-Pierce, Steven Anagnos, Lloyds TSB Bank PLC, ACCESS INTERNATIONAL
ADVISORS LLC, PIERRE DELANDMETER in his capacity as Liquidator of ELITE-
STABILITY FUND SICAV AND ELITE-STABILITY FUND SICAV STABLEROCK
COMPARTMENT, ELITE-STABILITY FUND SICAV AND ELITE-STABILITY FUND
SICAV STABLEROCK COMPARTMENT, as represented by their Liquidator PIERRE
DELANDMETER, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS
INTERNATIONAL ADVISORS (LUXEMBOURG) SA), as represented by its Liquidator
FERNAND ENTRINGER, and FERNAND ENTRINGER, in his capacity as Liquidator of

ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL
ADVISORS (LUXEMBOURG) SA)

Brian A. Schmidt
Katten Muchin Rosenman LLP
Email: brian.schmidt@kattenlaw.com
Attorney for: ZEUS PARTNERS LIMITED

Michael Feldberg
Allen & Overy LLP
Email: michael.feldberg@allenovery.com
Attorney for: ABN AMRO Bank N.A., and ABN AMRO BANK N.V.

Lanier Saperstein
Allen & Overy LLP
Email: lanier.saperstein@allenovery.com
Attorney for: ABN AMRO Bank N.A.

Joanna Shally
Shearman & Sterling LLP
Email: jshally@shearman.com
Attorney for: Banco Bilbao Vizcaya Argentaria, S.A., INTELIGO BANK LTD.-PANAMA
BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH, Naidot & Co., BANCO ITA?
EUROPA LUXEMBOURG S.A., and BANCO ITA? EUROPA INTERNATIONAL

Heather Lamberg Kafele
Shearman & Sterling LLP
Email: hkafele@shearman.com
Attorney for: Banco Bilbao Vizcaya Argentaria, S.A., and INTELIGO BANK LTD.-PANAMA
BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

David Livshiz
Jeri Buzzetta
Cleary Gottlieb Steen & Hamilton LLP
Email: dlivshiz@cgsh.com
Email: jbuzzetta@cgsh.com
Attorney for: Citibank, N.A., Citibank North America, Inc., Citigroup Global Markets Limited,
and Citibank (Switzerland) Ltd.

Brian H. Polovoy
Christopher R. Fenton
Andrew Z. Lipson
Shearman & Sterling LLP
Email: bpolovoy@shearman.com
Email: christopher.fenton@shearman.com
Email: andrew.lipson@shearman.com

Attorney for: Citrus Investment Holdings, Ltd., NOMURA INTERNATIONAL PLC, and
Nomura International PLC

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, and UBS
Third Party Management Company SA

Gabriel Herrmann
Gibson Dunn
Email: gherrmann@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS
Third Party Management Company SA, and UBS Deutschland AG as successor in interest to
Dresdner Bank LateinAmerika AG

Brian Muldrew
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Attorney for: Groupement Financier, Access International Advisors LLC, CLAUDINE MAGON
DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as
Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE
THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a
CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of
THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA
VILLEHUCHET), Access International Advisors Ltd., ACCESS MANAGEMENT
LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA)
as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA
as represented by its Liquidator MAITRE FERNAND ENTRINGER, Patrick Littaye, ACCESS
INTERNATIONAL ADVISORS LLC, PIERRE DELANDMETER in his capacity as Liquidator
of ELITE-STABILITY FUND SICAV AND ELITE-STABILITY FUND SICAV
STABLEROCK COMPARTMENT, ELITE-STABILITY FUND SICAV AND ELITE-
STABILITY FUND SICAV STABLEROCK COMPARTMENT, as represented by their
Liquidator PIERRE DELANDMETER, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a
ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA), as represented by its
Liquidator FERNAND ENTRINGER, and FERNAND ENTRINGER, in his capacity as
Liquidator of ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS
INTERNATIONAL ADVISORS (LUXEMBOURG) SA)

Robert Knuts
Sher Tremonte LLP
Email: rknuts@shertremonte.com
Attorney for: Theodore Dumbauld

Scott M. Berman
Christopher L. McCall
Friedman Kaplan Seiler & Adelman LLP
Email: sberman@fklaw.com
Email: cmccall@fklaw.com
Attorney for: Pierre Delandmeter

Pamela A. Miller
Kent A. Yalowitz
Arnold & Porter LLP
Email: Pamela.Miller@aporter.com
Email: Kent.Yalowitz@aporter.com
Attorney for: Merrill Lynch International, MERRILL LYNCH BANK (SUISSE) SA, and
Fullerton Capital Pte Ltd.

Bruce Ginsberg
Joseph Cioffi
James R. Serritella
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: jcioffi@dglaw.com
Email: jserritella@dglaw.com
Attorney for: Natixis, IXIS Corporate & Investment Bank, Bloom Asset Holdings Fund, and
Natixis Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC)

Jessica Simonoff
David Onorato
David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: jessica.simonoff@freshfields.com
Email: david.onorato@freshfields.com
Email: david.livshiz@freshfields.com
Attorney for: Tensyr Limited

Roger E. Barton
Barton, Barton, & Plotkin  LLP
Email: rbarton@bartonesq.com
Attorney for: Abe Mastbaum, individually, as custodian for Jason Mastbaum and as beneficial
owner of one or more IRAs, Abe Mastbaum IRA, Abe Mastbaum IRA Rollover, Abe Mastbaum
IRA SEP, and Jason Mastbaum

William B. Pollard, III
Ina Bort
Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com

Attorney for: The Abstraction Fund, Alice Rosenwald, also known as Alice R. Sigelman, individually, as custodian for Jonathan Sigelman, as custodian for Benjamin R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald and as Executrix of the Estate of Jesse L. Sigelman, Alice Rosenwald Fund, American Philanthropic Foundation, American Securities Group, L.L.C., American Securities Holdings Corp., American Securities Opportunity Fund, L.P., Anchorage Charitable Fund, AS Hirota Holdings Corp., Benjamin R. Sigelman, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman and as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, David R. Varet, Decimal Investments, L.L.C., Elizabeth R. Varet, individually, as custodian for Joseph R. Varet, as custodian and/or trustee of the Elizabeth R. Varet Money Purchase Pension Plan, as grantor of the 2004 V Trust, as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as settlor of the Michael A. Varet Trust UAD 11/9/94, as settlor of the Trust 11/9/94 (A. Anagnos et al., trustees), as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as beneficiary and trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Elizabeth R. Varet Defined Benefit Plan & Trust, Elizabeth R. Varet IRA Rollover, Elizabeth Varet Money Purchase Pension Plan, Hudson Charitable Fund, JJG Foundation, Inc., Jonathan R. Sigelman, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Joseph R. Varet, individually, as beneficiary and as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, Metropolitan Philanthropic Fund, Inc., Michael A. Varet, individually, as beneficial owner of one or more IRAs, as custodian for David R. Varet and Sara R. Varet and as trustee of the Michael A. Varet Trust UAD 11/9/94, Michael A. Varet IRA Rollover, Michael A. Varet IRA Rollover #2, Nina Rosenwald, individually, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina

Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, P&I Partners, Sarah R. Varet, individually, as trustee and as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, William Rosenwald Family Fund, Inc., Estate of Jesse L. Sigelman, American Securities Management, L.P., Formerly Known As American Securities, L.P., Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et al., trustees), Stuart H. Coleman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald and as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al., trustees), James R. Ledley as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87, Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87, and Ronald J. Stein, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

Carl H. Loewenson, Jr.
David S. Brown
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Email: dbrown@mofo.com
Attorney for: Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97, Arlene Marie Pettingill, CDK Partners, Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund, Charles D. Klein  IRA Rollover, Charles D. Klein Money Purchase Pension Plan, Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97, Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97, Jane P. Klein IRA, Joseph A. Rossetti, as beneficial owner of an IRA, Joseph A. Rossetti IRA Rollover, Klein Family Holdings, L.L.C., Laila Hafner, as beneficial owner of an IRA, Laila Hafner IRA, Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch Money Purchase Pension Plan, Laura M.

Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch IRA, Michael G. Fisch, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust, Michael G. Fisch IRA, Michael G. Fisch Profit Sharing Plan, The Charles and Jane Klein Family Fund, The Reed L. Harman and Nan M. Harman Foundation, Reed L. Harman, as trustee of the Visalia Trust UAD 1/25/97, Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97, Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, Susan C. Wolfe, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, SafeHand Investments, Strongback Holdings Corporation, and PF TRUSTEES LIMITED in its capacity as trustee of RD Trust

Kiersten A. Fletcher
Morrison & Foerster LLP
Email: kfletcher@mofo.com
Attorney for: Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97, Arlene Marie Pettingill, CDK Partners, Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund, Charles D. Klein IRA Rollover, Charles D. Klein Money Purchase Pension Plan, Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97, Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97, Jane P. Klein IRA, Joseph A. Rossetti, as beneficial owner of an IRA, Joseph A. Rossetti IRA Rollover, Klein Family Holdings, L.L.C., Laila Hafner, as beneficial owner of an IRA, Laila Hafner IRA, Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch Money Purchase Pension Plan, Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch IRA, Michael G. Fisch, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust, Michael G. Fisch IRA, Michael G. Fisch Profit Sharing Plan, The Charles and Jane Klein Family Fund, The Reed L. Harman and Nan M. Harman Foundation, Reed L. Harman, as trustee of the Visalia Trust UAD 1/25/97, Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97, Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, and Susan C. Wolfe, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein

Dean A. Dickie
Miller Canfield
Email: dickie@millercanfield.com

Attorney for: Barry F. Margolius, as trustee of the Joseph J. Nicholson Charitable Remainder
Unitrust, and Anthony R. Grillo, as trustee of the Joseph J. Nicholson Charitable Remainder
Unitrust

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: Darmel Management, L.L.C., Joyce W. Goldstein, individually, as beneficial owner
of an IRA and as trustee of the Neil B. Goldstein 2007 Trust, Joyce Goldstein IRA, Neil B.
Goldstein, individually, as beneficial owner of one or more IRAs, as grantor of the Neil B.
Goldstein 2007 Trust and as beneficiary of the Jean Weiner 1991 Grantor Retained Annuity Trust,
Neil B. Goldstein IRA Rollover, South Lake, L.L.C., Laurence E. Ach, as trustee of the Jean
Weiner 1991 Grantor Retained Annuity Trust, GROSVENOR INVESTMENT MANAGEMENT
LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENOR BALANCED
GROWTH FUND LIMITED, and GROSVENOR AGGRESSIVE GROWTH FUND LIMITED

Donald S. Zakarin
Pryor Cashman LLP
Email: dzakarin@pryorcashman.com
Attorney for: The Estate of Miriam Furst-Ostow, and Rachael Ostow Lustbader, as Executrix of
the Estate of Miriam F. Ostow

Allison M. Wuertz
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: allison.wuertz@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: George Anagnos, Josephine G. Anagnos, Maria Anagnos-Pierce, and Steven
Anagnos

Scott A. Ziluck
Halperin Battaglia Raicht, LLP
Email: sziluck@halperinlaw.net
Attorney for: Judy Steinberg Kovler

Steven Storch
Brittany Nilson
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Email: bnilson@samlegal.com
Attorney for: PJ Associates GP Corp., PJ Associates Group, L.P. DBA PJ Administrator, L.L.C.,
and PJ Administrator, L.L.C., Formerly Known As PJ Associates Group, L.P

Christopher Harris
Latham & Watkins LLP
Email: christopher.harris@lw.com

Attorney for: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.), and ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)

Jason A. Kolbe
Latham & Watkins LLP
Email: Jason.Kolbe@lw.com
Attorney for: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), and ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited

Joshua J. Fritsch
Yavar Bathaee
Sullivan & Cromwell LLP
Email: fritschj@sullcrom.com
Email: bathaeey@sullcrom.com
Attorney for: Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA

Stacey J. Rappaport
Dorothy Heyl
Milbank, Tweed, Hadley & McCloy LLP
Email: srappaport@milbank.com
Email: dheyl@milbank.com
Attorney for: LGT BANK IN LIECHTENSTEIN, and LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz) AG

Marc J. Gottridge
Andrew M. Behrman
Jordan L. Estes
Hogan Lovells US LLP
Email: marc.gottridge@hoganlovells.com
Email: andrew.behrman@hoganlovells.com
Email: jordan.estes@hoganlovells.com
Attorney for: BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS PRIVATE BANK & TRUST LIMITED

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com
Attorney for: PARSON FINANCE PANAMA

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: jzulack@fzwz.com

Attorney for: BANQUE CANTONALE VAUDOISE, BORDIER & CIE, BANQUE PRIVEE
ESPIRITO SANTO SA, and Lombard Odier Darier Hentsch & Cie

Elizabeth A. O?Connor
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Attorney for: BANQUE CANTONALE VAUDOISE, BORDIER & CIE, and BANQUE PRIVEE
ESPIRITO SANTO SA

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney for: QUILVEST FINANCE LIMITED

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney for: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC,
and ARDEN ENDOWMENT ADVISERS, LTD.

Seong H. Kim
Celina M. Munoz
Steptoe & Johnson LLP
Email: skim@steptoe.com
Email: cmunoz@steptoe.com
Attorney for: MERITZ FIRE & MARINE INSURANCE CO. LTD.

Peter R. Chaffetz
Andreas A. Frischknecht
Erin E. Valentine
Chaffetz Lindsey LLP
Email: peter.chaffetz@chaffetzlindsey.com
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Attorney for: SIX SIS AG

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney for: NATIONAL BANK OF KUWAIT, Korea Exchange Bank, Individually And As
Trustee For Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, and KOOKMIN
BANK

Eric Fishman
Kerry A. Brennan
Brandon R. Johnson
PILLSBURY WINTHROP SHAW PITTMAN LLP

Email: eric.fishman@pillsburylaw.com
Email: kerry.brennan@pillsburylaw.com
Email: brandon.johnson@pillsburylaw.com
Attorney for: FALCON PRIVATE BANK LTD.

Mary E. Sylvester
Arnold & Porter LLP
Email: Mary.Sylvester@aporter.com
Attorney for: MERRILL LYNCH BANK (SUISSE) SA, and Fullerton Capital Pte Ltd.

David W. Parham
Baker & McKenzie LLP
Email: david.parham@bakermckenzie.com
Attorney for: CATHAY LIFE INSURANCE CO. LTD.

Andrew T. Karron
Arnold & Porter LLP
Email: Andrew.Karron@aporter.com
Attorney for: ATLANTIC SECURITY BANK, and Platinum All Weather Fund Limited

Scott B. Schreiber
Arnold & Porter LLP
Email: Scott.Schreiber@aporter.com
Attorney for: ATLANTIC SECURITY BANK

Sam Levy
Wuersch & Gering LLP
Email: Samuel.levy@wg-law.com
Attorney for: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, and Vontobel Asset
Management Inc.

Robert S. Fischler
Martin J. Crisp
Ropes & Gray
Email: robert.fischler@ropesgray.com
Email: martin.crisp@ropesgray.com
Attorney for: SCHRODER & CO. BANK AG

Eric M. Kay
Quinn Emanuel Urquhart & Sullivan, LLP
Email: erickay@quinnemanuel.com
Attorney for: ABU DHABI INVESTMENT AUTHORITY

Charles C. Platt
Jeremy S. Winer
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com

Email: jeremy.winer@wilmerhale.com
Attorney for: BSI AG, individually and as successor in interest to Banco del Gottardo

James N. Lawlor
John D. Giampolo
Wollmuth Maher & Deutsch LLP
Email: jlawlor@wmd-law.com
Email: jgiampolo@wmd-law.com
Attorney for: Korea Investment Trust Management Company

Jonathan P. Guy
James W. Burke
Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Email: jburke@orrick.com
Attorney for: KOCH INDUSTRIES. INC.

Scott S. Balber
Jonathan C. Cross
Herbert Smith Freehills NY LLP
Email: scott.balber@hsf.com
Email: jonathan.cross@hsf.com
Attorney for: BANK HAPOALIM B.M., and BANK HAPOALIM (SWITZERLAND) LTD.

William C. Heuer
Duane Morris LLP
Email: wheuer@duanemorris.com
Attorney for: DELTA NATIONAL BANK AND TRUST COMPANY

Jonathan Perry
Gary J. Mennitt
Dechert LLP
Email: jonathan.perry@dechert.com
Email: gary.mennitt@dechert.com
Attorney for: ORBITA CAPITAL RETURN STRATEGY LIMITED

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Boies, Schiller & Flexner LLP
Email: jstern@bsfllp.com
Email: sshimshak@paulweiss.com
Email: avickery@bsfllp.com
Email: jstern@bsfllp.com
Attorney for: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: LION GLOBAL INVESTORS LIMITED

Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: zlandsman@beckerglynn.com
Attorney for: THE SUMITOMO TRUST AND BANKING CO., LTD

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: rlack@fklaw.com
Attorney for: MULTI-STRATEGY FUND LIMITED, and CDP Capital Tactical Alternative
Investments

George M. Chalos
Kerri M. D'Ambrosio
Chalos & Co., P.C.
Email: gmc@chaloslaw.com
Email: kdambrosio@chaloslaw.com
Attorney for: First Gulf Bank

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney for: UKFP (ASIA) NOMINEES LIMITED

Robert H. Baron
Cravath Swaine & Moore LLP
Email: rbaron@cravath.com
Attorney for: UNIFORTUNE ASSET MANAGEMENT SGR SPA, and UNIFORTUNE
CONSERVATIVE FUND

Eugene R. Licker
Loeb & Loeb LLP
Email: elicker@loeb.com
Attorney for: LIGHTHOUSE PARTNERS LLC, LIGHTHOUSE SUPERCASH FUND
LIMITED, and LIGHTHOUSE DIVERSIFIED FUND LIMITED

Bruce M. Sabados
Katten Muchin Rosenman LLP
Email: bruce.sabados@kattenlaw.com
Attorney for: Lloyds TSB Bank PLC

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
Email: dmark@kasowitz.com
Attorney for: Banca Carige S.P.A.

Bethany Kriss
Allen & Overy LLP
Email: bethany.kriss@allenovery.com
Attorney for: ABN AMRO BANK N.V.

Alan M. Unger
Sidley Austin LLP
Email: aunger@sidley.com
Attorney for: KBC INVESTMENTS LIMITED

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Attorney for: SNS BANK N.V., and SNS GLOBAL CUSTODY B.V.

Eric B. Halper
John P. Cooney, Jr.
Virginia I. Weber
McKool Smith
Email: ehalper@mckoolsmith.com
Email: jcooney@mckoolsmith.com
Email: vweber@mckoolsmith.com
Attorney for: BANK JULIUS BAER & CO. LTD.

Patrick Berarducci
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: berarduccip@sullcrom.com
Email: nelless@sullcrom.com
Attorney for: STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A.,
f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a
AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as represented by its liquidator
Hanspeter Kr?mer, STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS)
LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD
CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.

Christopher Newcomb
Goodwin Procter LLP
Email: cnewcomb@goodwinprocter.com
Attorney for: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com
Email: mcademartori@sheppardmullin.com
Attorney for: Union USD Global Arbitrage Fund, Union USD Global Arbitrage A Fund, Union
Arbitrage Strategy Fund, and Union Securities Investment Trust Co., Ltd.

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney for: BNP Paribas S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage SNC, BNP
Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Limited, BGL BNP Paribas
Luxembourg S.A., BNP Paribas Securities Services Succursale de Luxembourg, and BNP Paribas
Securities Services S.A.

D. Farrington Yates
Reid L. Ashinoff
Dentons US LLP
Email: farrington.yates@dentons.com
Email: reid.ashinoff@dentons.com
Attorney for: EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a
EFG Eurofinanciere d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as
successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited

Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: siciliano@thsh.com
Attorney for: Odyssey

Michael E. Petrella
O'Shea Partners LLP
Email: mpetrella@osheapartners.com
Attorney for: FORTUNA ASSET MANAGEMENT INC.

Peter Feldman
Otterbourg P.C.
Email: pfeldman@otterbourg.com
Attorney for: DEGROOF GESTION INSTITUTIONNELLE LUXEMBOURG SA, BANQUE
DEGROOF FRANCE SA (f/k/a BANQUE DEGROOF ET PHILLIPE SA), BANQUE
DEGROOF LUXEMBOURG SA, BANQUE DEGROOF SA/NV (a/k/a BANQUE DEGROOF
BRUXELLES a/k/a BANK DEGROOF SA/NV), AFORGE FINANCE HOLDING, AFORGE
FINANCE, AFORGE CAPITAL MANAGEMENT SA, and AFORGE GESTION

Robert Gottlieb
Katten Muchin Rosenman LLP
Email: robert.gottlieb@kattenlaw.com

Attorney for: FERNAND ENTRINGER, in his capacity as Liquidator of ACCESS
MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS
(LUXEMBOURG) SA)

# EXHIBIT 1

**EXHIBIT 1**

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01154 | Picard v. Vizcaya Partners Limited |
| 09-01239 | Picard v. Fairfield Sentry Limited |
| 09-01364 | Picard v. HSBC Bank plc |
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04285 | Picard v. UBS AG |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited |
| 10-05286 | Picard v. Legacy Capital Ltd. |
| 10-05311 | Picard v. UBS AG |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 10-05415 | Picard v. American Securities Management, L.P. |
| 11-01724 | Picard v. Pictet et Cie |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA |
| 11-01885 | Picard v. Safra National Bank of New York |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |

EXHIBIT J

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |