WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>          Debtor. | |
| PERTAINS TO THE CASES LISTED IN SCHEDULE A | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) SS.:
COUNTY OF NEW YORK  )

Alan D. Lawn, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on August 29, 2014, I served:

**Joinder to the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1);**

**Notice of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)**; and

**Declaration of Howard L. Simon in Support of the Trustee's Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)**

upon the interested parties by emailing those parties as set forth on the attached Schedule A, true and correct copies via electronic transmission to the email addresses as set forth on the attached Schedule A.

*/s/* Alan D. Lawn
Alan D. Lawn

Sworn to before me this
29th Day of August 2014

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

## SCHEDULE A

***Picard v. Credit Suisse AG, et al.,*** **Adv. Pro. No. 11-02925 (SMB)**
***Picard v. Solon Capital, Ltd.****, **Adv. Pro. No. 12-01025 (SMB)**
***Picard v. Zephyros Limited****, **Adv. Pro. No. 12-01278 (SMB)**
***Picard v. Mistral (SPC)****, **Adv. Pro. No. 12-01273 (SMB)**
***Picard v. Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG,***
**Adv. Pro. No. 12-01676 (SMB)**

William J. Sushon (wsushon@omm.com)
Shiva Eftekhari (seftekhari@omm.com)


***Picard v. Trincaster Corporation,*** **Adv. Pro. No. 11-02731 (SMB)**

Richard Levin (rlevin@cravath.com)
David Greenwald (dgreenwald@cravath.com)


***Picard v. Societe Generale Private Banking (Suisse) S.A., et al.,*** **Adv. Pro. No. 12-01677
(SMB)**

John F. Zulack (jzulack@fzwz.com)
Gary J. Mennitt (gary.mennitt@dechert.com)
Brian J. Butler (bbutler@bsk.com)


***Picard v. Banque Internationale à Luxembourg S.A., et al.,*** **Adv. Pro. No. 12-01698 (SMB)**

Philip R. Schatz (philip.schatz@wsfny.com)
Jeff Butler (jeff.butler@cliffordchance.com)

***Picard v. Royal Bank of Canada, et al.,*** **Adv. Pro. No. 12-01699 (SMB)**

Bruce M. Sabados (bruce.sabados@kattenlaw.com)