**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    Melissa L. Romano, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, special counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff in the above-captioned cases, and that on the 28th day of August, 2014, she caused copies of the following pleading(s) to be served, via electronic mail, to those parties on the attached service list and on the 29th day of August, 2014, she caused copies of the following pleading(s) to be served, via Federal Express, to those parties on the attached service list:

- **Notice of Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) [Docket No. 7826]**

01:13962070.1

- Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) [Docket No. 7827]

- Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) [Docket No. 7828]

- Notice of Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) [Docket No. 7834]

- Joinder to the Trustee's Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) and Related Memorandum of Law [Docket No. 7835]

- Declaration of Matthew B. Lunn in Support of the Trustee's Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) [Docket No. 7836]

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

_____
Melissa L. Romano

AFFIRMED TO AND SUBSCRIBED before me this ____ day September, 2014.

_____
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 29, 2016

01:13962070.1

2

## SERVICE LIST

Lawrence B. Friedman, Esq.
Lisa Vicens, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email:  *lfriedman@cgsh.com*
        *evicens@cgsh.com*

*(Crédit Agricole (Suisse) S.A. and Crédit Agricole S.A. - Adv. 12-01022) & (Crédit Agricole Corp. & Investment Bank d/b/a Crédit Agricole Private Banking Miami - Adv. 12-01670)*

***Electrontic Mail & Federal Express***

Thomas B. Kinzler, Esq.
Daniel Schimmel, Esq.
Jaclyn Metzinger, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*tkinzler@kelleydrye.com*
*dschimmel@kelleydrye.com*
*jmetzinger@kelleydrye.com*

*(Caceis Bank Luxembourg and Caceis Bank - Adv. 11-02758)*

***Electrontic Mail & Federal Express***

Elliot Moskowitz, Esq
Andrew Ditchfield, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  *elliot.moskowitz@davispolk.com*
        *andrew.ditchfield@davispolk.com*

*(Intesa/Eurizon Defendants - Adv. 12-01680)*

***Electrontic Mail & Federal Express***

Bruce M. Sabados, Esq
Anthony Paccione, Esq.
Mark Ciani, Esq.
Allison Wuertz, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
*Bruce.sabados@kattenlaw.com*
*Anthony.paccione@kattenlaw.com*
*Allison.wuertz@kattenlaw.com*

*(Barfield Nominees Limited and Northern Trust Corp. - Adv. No. 12-01669)*

***Electrontic Mail & Federal Express***