**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05103 (SMB) |
| v. | |
| ABRAHAM KLEINMAN and MARJORIE KLEINMAN, | |
| Defendants. | |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action (the "Action") in the United States Bankruptcy Court for the Southern District of New York (the "Court") against (i) Abraham Kleinman ("Decedent"); (ii) Marjorie Kleinman ("M. Kleinman"); and (iii) NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Abe Kleinman [Dkt. 1];

**WHEREAS**, NTC & Co. was dismissed from the Action without prejudice on May 11, 2011 [Dkt. 11]; and

**WHEREAS**, Decedent died during the pendency of the Action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and counsel for M. Kleinman, the Estate of Abraham Kleinman (the "Estate")[1], and Bonnie Joyce Kansler in her capacity as Executor of the Estate ("Kansler"), as follows:

1. The Estate and Kansler are hereby substituted into the Action in place of Decedent, and the complaint filed in the Action ("Complaint") shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption in the Action to remove Decedent as a defendant and substitute the Estate and Kansler, as reflected on Exhibit A to this stipulation.

---

[1] *Probate Proceeding, Will of Abraham Kleinman a/k/a Abe Kleinman*, Surrogate's Court of the State of New York, County of New York, File No. 13-3395.

3. Undersigned counsel for the Estate and Kansler expressly represents that it has the authority to accept service of the Complaint on behalf of the Estate and Kansler.

4. Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have and agree that the entry into this stipulation shall not expand or affect any rights they do not otherwise have.

5. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

[Rest of page intentionally left blank.]

Dated: September 3, 2014
      New York, New York

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTLER LLP** | By: *s/ Nicholas J. Cremona* |
| 11601 Wilshire Boulevard, Suite 1400 | 45 Rockefeller Plaza |
| Los Angeles, California 90025-0509 | New York, New York 10111 |
| Telephone: 310.820.8800 | Telephone: 212.589.4200 |
| Facsimile: 310.820.8859 | Facsimile: 212.589.4201 |
| Michael R. Matthias | David J. Sheehan |
| Email: mmatthias@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**LAX & NEVILLE, LLP**

By: *s/ Gabrielle J. Pretto*
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Barry R. Lax
Email: blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com
Gabrielle J. Pretto
Email: gpretto@laxneville.com

*Attorneys for Defendants*

SO ORDERED:

Dated:  September 4th, 2014          /s/ STUART M. BERNSTEIN
New York, New York                   HONORABLE STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE