**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Dean D. Hunt
dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>LORRAINE L. FRIEDMAN REVOCABLE TRUST,<br><br>LORRAINE L. FRIEDMAN, individually and in her capacity as Trustee of the Lorraine L. Friedman | Adv. Pro. No. 10-05251 (SMB) |

| |
|---|
| Revocable Trust,<br><br>FREDERICK FRIEDMAN, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust,<br>JAY OFSINK, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust,<br><br>and<br><br>PAUL R. COMEAU, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust,,<br><br>           Defendants. |

## ELEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: February 24, 2014.

2. The Deadline for Service of Substantive Interrogatories shall be: October 17, 2014.

3. Fact Discovery shall be completed by: October 17, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: December 18, 2014.

5. The Disclosure of Rebuttal Experts shall be due: January 15, 2015.

6. The Deadline for Completion of Expert Discovery shall be: April 15, 2015.

7. The Deadline for Mediation Referral shall be: June 12, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 26, 2015.

9. The Deadline for Conclusion of Mediation shall be: October 24, 2015.

| | |
|---|---|
| Dated: New York, New York<br>September 4, 2014 | BAKER & HOSTETLER LLP |
| Of Counsel:<br><br>BAKER & HOSTETLER LLP<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-5018<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>ncremona@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |