UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEFENDANTS LISTED ON EXHIBITS A and B ATTACHED TO THE NOTICE OF MOTION<br><br>　　　　　　　　　　Defendants. | Adv. Pro. Nos. listed on Exhibits A and B Attached Hereto |

**[PROPOSED] ORDER TO SHOW CAUSE TO PERMIT THE DEFENDANTS
TO FILE A DECLARATION OF HELEN DAVIS CHAITMAN IN FURTHER SUPPORT OF
THE PENDING MOTIONS TO DISMISS**

　　　　Upon the annexed declaration of Helen Davis Chaitman, Esq., dated September 5, 2014, along with the attached exhibit; and it appearing that no notice of this Order to Show Cause need to be given, except as provided herein; and upon due deliberation and sufficient cause appearing therefore, it is hereby:

　　　　**ORDERED**, that the Trustee show cause at a hearing to be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on September ___, 2014 at _____ a.m./p.m., why an order should not be

{N0055200 }

entered granting Defendants' request to permit the Defendants to file the accompanying declaration of Helen Davis Chaitman, Esq., with exhibit, in further support of the pending motions to dismiss; and it is further

**ORDERED**, that the Defendants shall serve a copy of this Order to Show Cause, the Notice of Motion, the Declaration of Helen Davis Chaitman, Esq., and the Proposed Order on or before _____, A.M./P.M. on _____, on the Trustee's counsel; and it is further

**ORDERED**, that the Defendants shall serve a copy of this Order to Show Cause, the Notice of Motion, the Declaration of Helen Davis Chaitman, Esq., and the Proposed Order on or before _____, A.M./P.M. on _____, on the Securities Investor Protection Corporation; and it is further

**ORDERED**, that all service hereunder hall be made by electronic mail and/or facsimile as well as the Court's Electronic Case Filing ("ECF") system.

Dated:       New York, New York
             September ___, 2014 at ___ A.M./P.M.

~~HONORABLE STUART M. BERNSTEIN~~
~~UNITED STATES BANKRUPTCY JUDGE~~

### MEMORANDUM ENDORSEMENT AND ORDER

The Court declines to sign this order to show cause because no additional hearing is necessary. Instead, the Court will consider the Defendants' proposed submission to supplement their motions to dismiss at the hearing on those motions. The Trustee and SIPC may serve and file letter responses not exceeding three pages each to the issue raised by the proposed submission no later than September 12, 2014. The Defendants' counsel is directed to serve a copy of this order and the papers to which it refers no later than 5 pm on September 5, 2014 upon counsel for the Trustee and SIPC by email or facsimile.

SO ORDERED: September 5, 2014

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

{N0055200 }