**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
Peter W. Smith psmith@bplegal.com
Julie Gorchkova jgorchkova@bplegal.com
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Defendants Listed on*
*Exhibits A & B Attached to the Notice of Motions to Dismiss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>DEFENDANTS LISTED ON EXHIBITS A and B ATTACHED TO THE NOTICE OF MOTIONS TO DISMISS,<br>　　　　　　　　　　　　Defendants. | Adv. Pro. Nos. listed on Exhibits A and B to the Notice of Motions to Dismiss |

{N0022960 }

## CERTIFICATE OF SERVICE

I, Chelsey Davis, hereby certify that I caused true and correct copies of the following document(s):

1. Judge Bernstein's September 5, 2014 So Ordered Memorandum Endorsed Order [ECF No. 7871]; and

3. Declaration of Helen Davis Chaitman, Esq. in Support of Defendants' Application to File This Declaration in Further Support of the Defendants' Motions to Dismiss

to be served via electronic mail upon:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

and

JOSEPHINE WANG
General Counsel
KEVIN H. BELL
Senior Associate General Counsel for
Dispute Resolution
NATHANAEL KELLEY
Staff Attorney

805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
E-mail: jwang@sipc.org
E-mail: kbell@sipc.org
E-mail: nkelley@sipc.org
*Attorneys for Securities Investor
Protection Corporation*

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2014

                                                /s/ *Chelsey Davis*