**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF RUTH SCHLESINGER, MARCIA SCHLESINGER ROIFF, in her capacity as executrix of the Estate of Ruth Schlesinger and individually, and JENNY W. SCHLESINGER, individually,<br><br>Defendants. | Adv. Pro. No. 10-05018 (SMB) |

## SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    The Trustee's Initial Disclosures were made on December 12, 2011.

2.    Fact Discovery shall be completed by: November 27, 2015.

3.    The Disclosure of Case-in-Chief Experts shall be due: January 26, 2016.

4.    The Disclosure of Rebuttal Experts shall be due: February 25, 2016.

5.    The Deadline for Completion of Expert Discovery shall be: May 25, 2016.

6.    The Deadline to file a Notice of Mediation Referral shall be: June 8, 2016.

7.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 22, 2016.

8.    The Deadline for Conclusion of Mediation shall be: October 20, 2016.

300334260.2

Dated: September 5, 2014

BAKER & HOSTETLER LLP

By:  /s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Christa C. Turner
Email:  cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

FOLEY HOAG LLP

By:  /s/ *Kenneth S. Leonetti*
155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone: 617.832.1271
Kenneth S. Leonetti
Email: kleonetti@foleyhoag.com

*Attorneys for Defendants Estate of Ruth
Schlesinger and Marcia Schlesinger Roiff*

SCHLESINGER GANNON &
LAZETERA LLP

By:  /s/ *Ross S. Katz*
535 Madison Avenue
New York, New  York 10022
Telephone: 212.652.3713
Ross S. Katz
Email: rkatz@sglllp.com

*Attorneys for Defendant Jenny W.
Schlesinger*