Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>    Defendants. | Adv. Pro. No. 10-05257 (BRL)<br><br>Hearing Date: Mar. 25, 2015 at 10:00 am<br><br>Objection Deadline: Mar. 18, 2015 at 4:00p.m. |

**AMENDED NOTICE OF HEARING ON DEFENDANTS'
<u>MOTION TO DISMISS AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE**, that on August 25, 2014, defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia Zraick DeLuca, and Karen M. Rich (collectively, the "Defendants") filed *Defendants' Motion to Dismiss the Amended Complaint* [Adv. Pro. Docket No. 33] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 25, 2015 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom Number 723, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion (i) must be in writing; (ii) shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court; (iii) be filed in accordance with General Order M-399 of the Bankruptcy Court, which can be found at www.nysb.uscourts.gov; (iv) shall set forth the name of the objecting party and the basis for the objection and the specific grounds therefore; (v) shall be filed with the Clerk of the Bankruptcy Court (with a courtesy copy delivered directly to the Chambers of the Honorable Stuart M. Bernstein), together with the proof of service thereof; and (vi) shall be served in a manner so as to actually be received by Hunton & Williams LLP, 200 Park Avenue, 52nd Floor, New York, New York 10166, Attn: Peter S. Partee, Sr., Esq. and Robert A. Rich, Esq, **no later than 4:00 p.m. on March 18, 2015 (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE**, that if you fail to file and serve a timely response to the Motion in accordance with the above requirements, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

2

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained by accessing the Bankruptcy Court's website at www.nysb.uscourts.gov through an account obtained from Pacer Service Center at 1-800-676-6856.

Dated: September 8, 2014
       New York, New York       **HUNTON & WILLIAMS LLP**

                                                   */s/ Robert A. Rich*
                                                   Peter S. Partee, Sr.
                                                   Robert A. Rich
                                                   200 Park Avenue, 53rd Floor
                                                   New York, New York 10166
                                                   Telephone:  (212) 309-1132

                                                   *Attorneys for the Defendants*