Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>Defendants. | Adv. Pro. No. 10-05257 (SMB)<br><br>Hearing Date: Mar. 25, 2015 at 10:00 am<br><br>Objection Deadline: Mar. 18, 2015 at 4:00 p.m. |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ): SS
COUNTY OF NEW YORK        )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On September 3, 2014, I served a true and complete copy of *Amended Notice of Hearing on Defendants' Motion to Dismiss Amended Complaint* [Docket No. 7880, Adv. Pro. Docket No. 35] by electronic service via the Court's CM/ECF system and by electronic mail on Christa Cowart Turner, Esq., BakerHostetler, SunTrust Center, Suite 2300, 200 South Orange Avenue, Orlando, Florida 32801, cturner@bakerlaw.com.

Dated: New York, New York
September 8, 2014

_____
Constance Andonian

Sworn to before me on this
8th day of September 2014

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
My Commission Expires May 10, 20__

2

99997.032244 EMF_US 52298297v1