**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Robertson D. Beckerlegge
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>v.<br><br>PETER KNOBEL and PATRICE KNOBEL,<br><br>            Defendants. | Adv. Pro. No. 10-04928 (SMB) |

1

## FIRST AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by November 25, 2014.

2. Responses to previously served discovery shall be served by November 11, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due January 29, 2015.

4. The Disclosure of Rebuttal Experts shall be due February 26, 2015.

5. The Deadline for Completion of Expert Discovery shall be May 26, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be September 4, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be September 18, 2015.

8. The Deadline for Conclusion of Mediation shall be December 31, 2015. This deadline may be extended by the mutual consent of the parties to the mediation and the mediator.

Dated: New York, New York  
       September 9, 2014

**BAKER & HOSTETLER LLP**

*By: Robertson D. Beckerlegge*____  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
Oren J. Warshavsky  
Robertson D. Beckerlegge  
George Klidonas  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee  
for the Substantively Consolidated SIPA  
Liquidation of Bernard L. Madoff Investment  
Securities LLC and for the Estate of Bernard  
L. Madoff*