**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>          v.<br><br>NORMA SHAPIRO, individually and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro; NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, | Adv. Pro. No. 10-04486 (SMB) |

REVOCABLE TRUST; TRUST UNDER WILL OF
PHILIP SHAPIRO; and MARTIN ROSEN, in his
capacity as Trustee of the Trust Under Will of Philip
L. Shapiro,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: September 30, 2014.

2.  Fact Discovery shall be completed by: February 5, 2015.

3.  The Disclosure of Case-in-Chief Experts shall be due: June 12, 2015.

4.  The Disclosure of Rebuttal Experts shall be due: July 17, 2015.

5.  The Deadline for Completion of Expert Discovery shall be: October 9, 2015.

6.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before
    December 4, 2015.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:
    On or before December 18, 2015.

8.  The Deadline for Conclusion of Mediation shall be: On or before April 15, 2016.

Dated:  New York, New York          BAKER & HOSTETLER LLP
        September 9, 2014


                                    By: */s/ Nicholas J. Cremona*
                                    David J. Sheehan
                                    Nicholas J. Cremona
                                    45 Rockefeller Plaza
                                    New York, NY 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201

                                    *Attorneys for Irving H. Picard, Trustee*
                                    *for the Substantively Consolidated SIPA*
                                    *Liquidation of Bernard L. Madoff Investment*
                                    *Securities LLC and for the Estate of Bernard*
                                    *L. Madoff*