**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>MARTIN GETTINGER, individually, and in his capacity as Trustee for TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1, TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN, and MISCORK CORP. RETIREMENT PLAN; CLARK GETTINGER, individually; TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1; TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN; GETTINGER MANAGEMENT LLC PROFIT SHARING PLAN; and MISCORK CORP. RETIREMENT PLAN,<br><br>    Defendants. | Adv. Pro. No. 10-05046 (SMB) |

{11000355:1}

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including December 3, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

{11000355:1}

| | |
|---|---|
| Dated: New York, New York<br>September 10, 2014 | By: /s/ Howard L. Simon<br>Howard L. Simon, Esq. (hsimon@windelsmarx.com)<br>Kim M. Longo, Esq. (klongo@windelsmarx.com)<br>Yani Indrajana Ho (yho@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |
| Dated: Fort Lauderdale, FL<br>September 10, 2014 | By: /s/ Michael I. Goldberg<br>Michael I. Goldberg, Esq.<br>(michael.goldberg@akerman.com)<br>Akerman Senterfitt LLP<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224 |

{11000355:1}