**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>           v.<br><br>STEVEN E. LEBER CHARITABLE REMAINDER UNITRUST; STEVEN LEBER in his capacity as Trustee, personal representative of the Estate of Marion Leber, and individually; and the ESTATE of MARION LEBER, | Adv. Pro. No. 10-05121 (SMB) |

|  |
|---|
| Defendants. |

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: October 31, 2014.

2. Fact Discovery shall be completed by: July 27, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: September 25, 2015.

4. The Disclosure of Rebuttal Experts shall be due: January 15, 2016.

5. The Deadline for Completion of Expert Discovery shall be: April 15, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 14, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 28, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before October 26, 2016.

Dated: New York, New York  
       September 10, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
Heather J. McDonald  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*

300330918.3