**BakerHostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05080 (SMB) |
| Plaintiff, | |
| v. | |
| BERTRAM BROMBERG TRUST UAD 5/26/06, | |
| BERTRAM BROMBERG, individually and in his capacities as settlor, beneficiary, and trustee of the Bertram Bromberg Trust UAD 5/26/06, | |
| GLORIA BROMBERG TRUST UAD 5/26/06, | |
| GLORIA BROMBERG, individually and in her capacities as settlor, beneficiary, and trustee of the | |

Gloria Bromberg Trust UAD 5/26/06,

            Defendants.

## AMENDED CASE MANAGEMENT NOTICE

       PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.      Initial Disclosures shall be Served by:  October 13, 2014

2.      Fact Discovery shall be Completed by: March 19, 2015

3.      The Disclosure of Case-in-Chief Experts shall be due: August 31, 2015

4.      The Disclosure of Rebuttal Experts shall be due: September 28, 2015

5.      The Deadline for Completion of Expert Discovery shall be: December 18, 2015

6.      The Deadline for Mediation referral shall be: February 19, 2016

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:

      March 4, 2016

8.      The Deadline for Conclusion of Mediation shall be: July 1, 2016

Dated:   September 10, 2014

Of Counsel:


**BAKER HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Fax: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
   45 Rockefeller Plaza
   New York, New York 10111
   Telephone: (212) 589-4200
   Facsimile: (212) 589-4201
   David J. Sheehan
   Email:  dsheehan@bakerlaw.com
   Nicholas J. Cremona
   Email:  ncremona@bakerlaw.com


*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*