# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Eugenia G. Vogel Trust, Eugenia G. Vogel Irrevocable Trust, Emile Gladstone, in his capacity as trustee of the Eugenia G. Vogel Trust and the Eugenia G. Vogel Irrevocable Trust, HOWARD VOGEL RETIREMENT PLAN and HOWARD VOGEL, individually and in his capacity as trustee of the Howard Vogel Retirement Plan,<br><br>    Defendants. | Adv. Pro. No. 10-05090 (SMB) |