**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Robertson D. Beckerlegge
Dominic A. Gentile

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARC B. WOLPOW 1995 FAMILY TRUST, BARRY S. VOLPERT and R. BRADFORD MALT, in their capacities as trustees of the Marc B. Wolpow 1995 Family Trust, MARC B. WOLPOW individually, and NINA WOLPOW | Adv. Pro. No. 10-04646 (SMB) |

|  |
|--|
| Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014.

2. Fact Discovery shall be completed by: December 12, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: February 16, 2015.

4. The Disclosure of Rebuttal Experts shall be due: March 18, 2015.

5. The Deadline for Completion of Expert Discovery shall be: June 16, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 17, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 31, 2015.

8. The Deadline for Conclusion of Mediation shall be: On or before December 29, 2015.

[*Remainder of This Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: New York, New York<br>September 10, 2014 | **BAKER & HOSTETLER LLP**<br><br>By: *s/ Dominic A. Gentile*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Robertson D. Beckerlegge<br>Email: rbeckerlegge@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Dominic A. Gentile<br>Email: dgentile@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |