UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTIONS AND CERTAIN CLAIMS

Karen Davis, Karen Davis as Nominee for the 2004 Elissa Weiner Trust, Richard Tuchman, Arthur Asch and Theodore WM. Tashlik (collectively, the "Claimants"), having filed objections (the "Objections", Docket No. 2039 and 3713) to the Trustee's Notices of Determination respecting Claimants' customer claims (#002614, 002410, 002163, 002949 and 002950, collectively, the "Customer Claims"), hereby give notice that they withdraw such Objections and claims 002163, 002949 and 002950, in each case with prejudice. Ms. Davis also amends Claim 002410 so that such claim has been filed on behalf of "Ms. Karen Davis, as Nominee."

Claimants have agreed they will file no additional objections to the Trustee's notices of determination of any of their Customer Claims, and waive any objection period to the notices of determination, including, without limitation, as revised.

Dated: September 3, 2014

*/s/ Vivian Turetsky*
Vivian Turetsky
Berger Legal LLC
5 Penn Plaza, 19th Floor
New York, New York 10001

300331296.1
300333533.6