**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> BAM L.P., <br><br> MICHAEL MANN, <br><br> MERYL MANN, <br><br> BETSY MANN POLATSCH, and | Adv. Pro. No. 10-04390 (SMB) |

| ADAM MANN, |
| :--- |
| Defendants. |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: September 30, 2014.

2.  Fact Discovery shall be completed by: February 5, 2015.

3.  The Disclosure of Case-in-Chief Experts shall be due: June 12, 2015.

4.  The Disclosure of Rebuttal Experts shall be due: July 17, 2015.

5.  The Deadline for Completion of Expert Discovery shall be: October 9, 2015.

6.  The Deadline for Service of a Notice of Mediation Referral shall be: on or before December 4, 2015.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 18, 2015.

8.  The Deadline for Conclusion of Mediation shall be: April 15, 2016.

Dated: New York, New York
September 11, 2014

BAKER & HOSTETLER LLP

By: <u>s/ Nicholas J. Cremona</u>
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*