**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>ROBERT A. LURIA and ROBERT LURIA PARTNERS,<br><br>        Defendants. | Adv. Pro. No. 10-03223 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE
<u>AND CONTINUANCE OF HEARING</u>**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding, which had been scheduled for September 17, 2014, has been adjourned to October 22, 2014, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the hearing on Plaintiff's motion to dismiss Defendants' counterclaims and to strike Defendants' fourteenth and fifteenth affirmative defenses, which had been scheduled for September 17, 2014, has also been continued to October 22, 2014, at 10:00 a.m.

Dated:  New York, New York
        September 10, 2014

                                             /s/Keith R. Murphy
                                            David J. Sheehan
                                            Email: dsheehan@bakerlaw.com
                                            Keith R. Murphy
                                            Email: kmurphy@bakerlaw.com
                                            Jonathan B. New
                                            Email: jnew@bakerlaw.com
                                            Andrew W. Reich
                                            Email: areich@bakerlaw.com
                                            **BAKER & HOSTETLER LLP**
                                            45 Rockefeller Plaza
                                            New York, New York 10111
                                            Telephone: (212) 589-4200
                                            Facsimile: (212) 589-4201

                                            *Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*