**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>COHEN POOLED ASSET ACCOUNT *et al.*,<br><br>  Defendants. | Adv. Pro. No. 10-04371 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that at the Court's direction, the hearing on Defendants' Motion to Dismiss (ECF No. 87) the Trustee's Complaint has been adjourned from September 17, 2014 to **October 22, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference in the above-referenced adversary proceeding has been adjourned from October 22, 2014 to **November 19, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing and pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
September 11, 2014

| **BAKER & HOSTETLER LLP** | **SHAPIRO, ARATO & ISSERLES, LLP** |
|---|---|
| By: *s/ Dominic A. Gentile*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Dominic A. Gentile<br>Email: dgentile@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By: *s/ Eric S. Olney*<br>500 Fifth Avenue, 40th Floor<br>New York, New York 10110<br>Telephone: 212.257.4880<br>Facsimile: 212.202.6417<br>Eric S. Olney<br>Email: eolney@shapiroarato.com<br><br>*Attorneys for Defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H.E. Cohen Foundation* |