BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>        Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing on Becker & Poliakoff LLP Motions to

Dismiss ("B&P Motions")[1] and Motions to Dismiss Listed on Appendix A to the Trustee's

---
[1] Attached hereto as <u>Exhibit 1</u> is a list of the B&P Motions to which this notice applies.

February 20 Letter to the Court as Amended ("Avoidance Action Motions")[2], previously scheduled to be held on September 17, 2014 at 10:00 a.m., has been rescheduled to **September 17, 2014 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

.
Dated: New York, New York
      September 11, 2014

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

---

[2] Attached hereto as <u>Exhibit 2</u> is a list of the Adversary Proceeding Motions to which this notice applies.

## Exhibit 1 – B&P MOTIONS

| APN | CASE NAME |
|---|---|
| 10-04292 | Robert Roman |
| 10-04302 | Joan Roman |
| 10-04303 | Kenneth Robert Cutroneo, et al. |
| 10-04305 | David Shapiro,, et al. |
| 10-04306 | Angela Tilentnick |
| 10-04314 | David Shapiro Nominee Nominee #3 |
| 10-04321 | Herbert Barbanel, et al. |
| 10-04324 | Barbara Roth, et al. |
| 10-04325 | David Shapiro Nominee #2 |
| 10-04327 | Gertrude E. Alpern Revocable Trust, et al. |
| 10-04328 | David Shapiro Nominee |
| 10-04344 | Alexander Sirotkin |
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. |
| 10-04362 | Sage Associates, et al. |
| 10-04367 | Benjamin T. Heller |
| 10-04380 | Robert Yaffe, et al. |
| 10-04381 | David Abel |
| 10-04391 | Yesod Fund, a trust, et al. |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 10-04400 | Sage Realty, et al. |
| 10-04406 | Triangle Properties # 39, Robert Yaffe, et al. |
| 10-04412 | Judith Rechler |
| 10-04425 | Manuel O. Jaffe |
| 10-04428 | Allen Meisels |
| 10-04434 | Trust U/W/O Morris Weintraub FBO Audrey Weintraub, et al. |
| 10-04438 | Estate of Seymour Epstein, et al. |
| 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant |
| 10-04474 | Roger Rechler Revocable Trust, et al. |
| 10-04487 | Robert Weintraub, et al. |
| 10-04489 | Marlene Krauss |
| 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. |
| 10-04503 | Judd Robbins |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 10-04541 | Kenneth W Perlman, et al. |
| 10-04545 | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child |
| 10-04562 | Robert F. Ferber |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. |
| 10-04599 | Alvin E. Shulman |
| 10-04606 | Florence W. Shulman |
| 10-04610 | The Whitman Partnership, et al. |

300335034.2

Pg 4 of 8

| | |
|---|---|
| 10-04614 | Robert S. Whitman |
| 10-04621 | Donald A. Benjamin |
| 10-04633 | Richard S. Poland |
| 10-04644 | Russell L. Dusek, |
| 10-04648 | Peter D. Kamenstein |
| 10-04660 | P.B. Robco Inc. |
| 10-04667 | David Gross, et al. |
| 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. |
| 10-04680 | Chalek Associates LLC, et al. |
| 10-04682 | James M Garten |
| 10-04694 | Clothmasters, Inc. |
| 10-04709 | Andrew M. Goodman |
| 10-04712 | Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Trust |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. |
| 10-04728 | Bruno L. Digiulian |
| 10-04733 | J.Z. Personal Trust, et al. |
| 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. |
| 10-04748 | Murray Horowitz, et al. |
| 10-04749 | Philip F. Palmedo |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. |
| 10-04752 | Kuntzman Family LLC, et al. |
| 10-04753 | Carla Ginsburg |
| 10-04762 | James M. Goodman |
| 10-04768 | Placon2, William R. Cohen, et al. |
| 10-04781 | Estate of Irene Schwartz, et al. |
| 10-04786 | Edwin Michalove |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. |
| 10-04806 | Kenneth M.Kohl, as an individual and as a joint tenant, et al. |
| 10-04809 | Allen Gordon |
| 10-04812 | Shari Block Jason |
| 10-04818 | Toby Harwood |
| 10-04823 | Frank DiFazio, et al. |
| 10-04826 | Boyer Palmer |
| 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. |
| 10-04852 | Alvin E. Shulman Pourover Trust, et al. |
| 10-04859 | Bert Margolies Trust, et al. |
| 10-04867 | Estate of Steven I. Harnick, et al. |
| 10-04876 | Marie S. Rautenberg |
| 10-04884 | Steven Andelman |
| 10-04889 | Robert S. Savin |
| 10-04905 | Train Klan, a Partnership, et al. |
| 10-04912 | Harry Smith Revocable Living Trust, et al. |
| 10-04914 | Allen Gordon |
| 10-04916 | Susan Andelman |
| 10-04920 | Glenhaven Limited, et al. |

300335034.2

08-01789-cgm    Doc 7918    Filed 09/11/14    Entered 09/11/14 16:48:08    Main Document
                                      Pg 5 of 8

| | |
|---|---|
| 10-04956 | D. M. Castelli |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. |
| 10-04991 | Guiducci Family Limited Partnership, et al. |
| 10-04993 | Melvin H. and Leona Gale Joint Revocable Living Trust, et al. |
| 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. |
| 10-05032 | Marvin Kirsten, et al. |
| 10-05037 | Barbara L. Savin |
| 10-05041 | Marilyn Turk Revocable Trust, et al. |
| 10-05051 | Bevro Realty Corp. Defined Benefit Pension Plan, et al. |
| 10-05064 | The Celeste & Adam Bartos Charitable Trust, et al. |
| 10-05079 | Estate of James M. Goodman, et al. |
| 10-05102 | Robert A. Benjamin, et al. |
| 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| 10-05105 | Robert C. Luker Family Partnership, et al. |
| 10-05106 | Stony Brook Foundation, Inc. |
| 10-05116 | Leonard J. Oguss Trust, et al. |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. |
| 10-05128 | JABA Associates LP, et al. |
| 10-05133 | Boyer H. Palmer, individually, etc, et al. |
| 10-05135 | Reckson Generation, et al. |
| 10-05148 | Bert Brodsky Associates, Inc. Pension Plan, et al. |
| 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| 10-05151 | Palmer Family Trust,etc., et al. |
| 10-05154 | Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan |
| 10-05157 | The Harnick Brothers Partnership, et al. |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al |
| 10-05190 | The Lazarus-Schy Family Partnership, etc., et al |
| 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, etc., et al |
| 10-05217 | Edward I. Speer, et al |
| 10-05232 | Trust for the benefit of Ryan Tavlin, et al. |
| 10-05259 | Stanley I. Lehrer, individually, et al. |
| 10-05309 | William Pressman, Inc., et al. |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. |
| 10-05377 | Richard G. Eaton |
| 10-05420 | Gunther K. Unflat, et al. |
| 10-05435 | Keith Schaffer, et al. |
| 10-05438 | Realty Negotiators Inc. Defined Benefit Pension Plan, et al. |
| 10-05443 | Brad Wechsler |
| 12-01706 | Estate of Nathan Schupak |

300335034.2

## Exhibit 2 – ADVERSARY PROCEEDING MOTIONS

| APN | CASE NAME |
|---|---|
| 10-04323 | Sondra M. Wiener Trust, et al. |
| 10-04293 | Dr. Marvin Wiener |
| 10-04294 | David T. Washburn |
| 10-04301 | Frieda Bloom |
| 10-04289 | John Fujiwara, et al. |
| 10-04307 | Howard Solomon |
| 10-04304 | Elinor Solomon |
| 10-04724 | P. Charles Gabriele |
| 10-04575 | Boslow Family Limited Partnership, et al. |
| 10-04332 | Barry Weisfield |
| 10-05401 | Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. |
| 10-05209 | Lapin Children LLC |
| 10-04978 | Estate of Ira S. Rosenberg, et al. |
| 10-04495 | Carl Glick |
| 10-04396 | Edith A. Schur |
| 10-04511 | Weithorn/Casper Associates for Selected Holdings, LLC |
| 10-04966 | Onesco International, LTD, et al. |
| 10-04435 | Prospect Capital Partners, et al. |
| 10-04576 | Norton A. Eisenberg |
| 10-04944 | Pergament Equities, et al. |
| 10-05194 | Bruce D. Pergament, et al |
| 10-04565 | The Murray & Irene Pergament Foundation, Inc, et al. |
| 10-05397 | Oakdale Foundation, Inc., et al. |
| 10-04741 | William M. Woessner Family Trust |
| 10-04560 | Richard E. Feldman |
| 10-04349 | Pauline B. Feldman |
| 10-05372 | O.D.D. Investment, L.P, et al. |
| 10-04472 | Daniel N. Silna, et al. |
| 10-04470 | The Silna Family Inter Vivos Trust, et al. |
| 10-04336 | Estate of Doris Igoin, et al. |
| 10-05036 | Elinor Friedman Felcher |
| 10-04601 | Leif |
| 10-04698 | Nancy J. Marks Trust 2002, et al. |
| 10-04772 | M. Elliot Schnall |
| 10-05400 | Ted Goldberg, et al. |
| 10-04726 | Lori Chemla, et al. |
| 10-04744 | Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. |
| 10-04335 | Aspen Fine Arts Co. |
| 10-04655 | Jaffe Family Investment Partnership, et al. |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |

6

| | |
|---|---|
| 10-04588 | Amy Pinto Lome Revocable Trust U/A/D 5/22/03, et al. |
| 10-04906 | Steven V Marcus Separate Property of the Marcus Family Trust |
| 10-04551 | Douglas D. Johnson |
| 10-04579 | Shetland Fund Limited Partnership, et al. |
| 10-04502 | Steven Schiff |
| 10-04363 | Schiff Family Holdings Nevada Limited Partnership, et al. |
| 10-04717 | William Diamond |
| 10-04370 | Sidney Marks Trust 2002, et al. |
| 10-04540 | Jonathan Sobin |
| 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. |
| 10-04881 | Jillian Wernick Livingston |
| 10-04735 | Kara Fishbein Goldman, et al. |
| 10-04467 | David S. Wallenstein |
| 10-04725 | Ruth E. Goldstein |
| 10-04988 | Wallenstein/NY Partnership, et al. |
| 10-04447 | Franklin Sands |
| 10-04861 | Harold J. Hein |
| 10-04827 | Madeline Gins Arakawa individually and as joint tenant, et al. |
| 10-04415 | Barbara J. Berdon |
| 10-04408 | Yankowitz, et al. |
| 10-04896 | Helene Juliette Feffer |
| 10-04361 | Harvey L. Werner Revocable Trust, et al. |
| 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. |
| 10-05239 | Robert Fried, et al. |
| 10-04774 | Diane Wilson |
| 10-05094 | The Estate of Carolyn Miller, et al. |
| 10-04357 | James Greiff |
| 10-04647 | The Abbit Family Trust 9/7/90, et al. |
| 10-04976 | Eleven Eighteen Limited Partnership, et al. |
| 10-04582 | Gerald Blumenthal |
| 10-04797 | Edmond A. Gorek, as an individual and as a joint tenant, et al. |
| 10-04623 | Edmond A. Gorek |
| 10-04954 | Ruth Kahn |
| 10-04796 | Howard Kaye |
| 10-04756 | Stephen B. Kaye, as an individual and as a joint tenant, et al. |
| 10-04419 | Katz Group Limited Partnership, a Wyoming limited partnership,et al. |
| 10-04865 | Edward H. Kaplan, et al. |
| 10-04341 | Marden, et al. |
| 10-05118 | Charlotte M. Marden |
| 10-04348 | Marden Family Limited Partnership, et al. |
| 10-05027 | 1776 K Street Associates Limited Partnership, et al. |
| 10-05160 | The Lanny Rose Revocable Trust, a Florida trust, et al. |
| 10-04900 | Bonnie J. Kansler |
| 10-05169 | Fairfield Pagma Associates,etc.,et al. |

7

| | |
|---|---|
| 10-05246 | The Frances J. Le Vine Revocable Trust, et al. |
| 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer, |
| 10-05048 | Armand L. Greenhall, et al. |
| 10-04921 | Stanley T. Miller |
| 10-04481 | Armand Lindenbaum |
| 10-04401 | Rose Gindel Trust, et al. |
| 10-05069 | Potamkin Family Foundation Inc. |
| 10-05058 | America Israel Cultural Foundation, Inc |
| 10-05224 | David R. Markin, individually and as trustee of the David Markin Char |
| 10-04998 | Estate Of Hermen Greenberg, et al. |
| 10-05231 | Trust under Deed of Suzanne R. May dated November 23, 1994, et al. |
| 10-04951 | Harold A. Thau |
| 10-05089 | John Denver Concerts, Inc. Pension Plan Trust, et al. |
| 10-05371 | L.H. Rich Companies, N.R, et al. |
| 10-05085 | Eugene J. Ribakoff 2006 Trust, et al. |
| 10-04672 | Sidney Cole |
| 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. |
| 10-05136 | Richard Roth |
| 10-04394 | Frederic Z. Konigsberg, et al. |
| 10-05384 | Neil Reger Profit Sharing Keogh, et al. |
| 10-04946 | Stephen R. Goldenberg |
| 10-04799 | Marvin L. Olshan |
| 10-05424 | The Frederica Ripley French Revocable Trust, et al. |

300335034.2