**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR SEPTEMBER 17, 2014**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance actions as set forth on the attached Appendix A are scheduled to be heard at the Avoidance Action Omnibus Hearing scheduled for **September 17, 2014 at 2:00 P.M.**

The next Avoidance Action Omnibus Hearing is scheduled for October 22, 2014 at 10:00 a.m. The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  September 11 2014
New York, New York

By:    /s/ Nicholas J. Cremona_____
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2

## APPENDIX A

1. SIPC v. BLMIS; Avoidance Actions Motions to Dismiss

    (a) Hearing on Becker & Poliakoff LLP Motion to Dismiss ("B&P Motions)[1] and Motions to Dismiss Listed on Appendix A to the Trustee's February 20 Letter to the Court as Amended ("Adversary Proceeding Motions)[2]

---

[1] Attached hereto as Exhibit 1 is a list of the B&P Motions to which this notice applies.
[2] Attached hereto as Exhibit 2 is a list of the Adversary Proceeding Motions to which this notice applies.

3

## Exhibit 1 – B&P MOTIONS

| APN | CASE NAME |
|---|---|
| 10-04292 | Robert Roman |
| 10-04302 | Joan Roman |
| 10-04303 | Kenneth Robert Cutroneo, et al. |
| 10-04305 | David Shapiro, et al. |
| 10-04306 | Angela Tilentnick |
| 10-04314 | David Shapiro Nominee Nominee #3 |
| 10-04321 | Herbert Barbanel, et al. |
| 10-04324 | Barbara Roth, et al. |
| 10-04325 | David Shapiro Nominee #2 |
| 10-04327 | Gertrude E. Alpern Revocable Trust, et al. |
| 10-04328 | David Shapiro Nominee |
| 10-04344 | Alexander Sirotkin |
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. |
| 10-04362 | Sage Associates, et al. |
| 10-04367 | Benjamin T. Heller |
| 10-04380 | Robert Yaffe, et al. |
| 10-04381 | David Abel |
| 10-04391 | Yesod Fund, a trust, et al. |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 10-04400 | Sage Realty, et al. |
| 10-04406 | Triangle Properties # 39, Robert Yaffe, et al. |
| 10-04412 | Judith Rechler |
| 10-04425 | Manuel O. Jaffe |
| 10-04428 | Allen Meisels |
| 10-04434 | Trust U/W/O Morris Weintraub FBO Audrey Weintraub, et al. |
| 10-04438 | Estate of Seymour Epstein, et al. |
| 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant |
| 10-04474 | Roger Rechler Revocable Trust, et al. |
| 10-04487 | Robert Weintraub, et al. |
| 10-04489 | Marlene Krauss |
| 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. |
| 10-04503 | Judd Robbins |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 10-04541 | Kenneth W Perlman, et al. |
| 10-04545 | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child |
| 10-04562 | Robert F. Ferber |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. |
| 10-04599 | Alvin E. Shulman |
| 10-04606 | Florence W. Shulman |
| 10-04610 | The Whitman Partnership, et al. |

| | |
|---|---|
| 10-04614 | Robert S. Whitman |
| 10-04621 | Donald A. Benjamin |
| 10-04633 | Richard S. Poland |
| 10-04644 | Russell L. Dusek, |
| 10-04648 | Peter D. Kamenstein |
| 10-04660 | P.B. Robco Inc. |
| 10-04667 | David Gross, et al. |
| 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. |
| 10-04680 | Chalek Associates LLC, et al. |
| 10-04682 | James M Garten |
| 10-04694 | Clothmasters, Inc. |
| 10-04709 | Andrew M. Goodman |
| 10-04712 | Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Trust |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. |
| 10-04728 | Bruno L. Digiulian |
| 10-04733 | J.Z. Personal Trust, et al. |
| 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. |
| 10-04748 | Murray Horowitz, et al. |
| 10-04749 | Philip F. Palmedo |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. |
| 10-04752 | Kuntzman Family LLC, et al. |
| 10-04753 | Carla Ginsburg |
| 10-04762 | James M. Goodman |
| 10-04768 | Placon2, William R. Cohen, et al. |
| 10-04781 | Estate of Irene Schwartz, et al. |
| 10-04786 | Edwin Michalove |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. |
| 10-04806 | Kenneth M.Kohl, as an individual and as a joint tenant, et al. |
| 10-04809 | Allen Gordon |
| 10-04812 | Shari Block Jason |
| 10-04818 | Toby Harwood |
| 10-04823 | Frank DiFazio, et al. |
| 10-04826 | Boyer Palmer |
| 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. |
| 10-04852 | Alvin E. Shulman Pourover Trust, et al. |
| 10-04859 | Bert Margolies Trust, et al. |
| 10-04867 | Estate of Steven I. Harnick, et al. |
| 10-04876 | Marie S. Rautenberg |
| 10-04884 | Steven Andelman |
| 10-04889 | Robert S. Savin |
| 10-04905 | Train Klan, a Partnership, et al. |
| 10-04912 | Harry Smith Revocable Living Trust, et al. |
| 10-04914 | Allen Gordon |
| 10-04916 | Susan Andelman |
| 10-04920 | Glenhaven Limited, et al. |

Pg 6 of 9

| | |
|---|---|
| 10-04956 | D. M. Castelli |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. |
| 10-04991 | Guiducci Family Limited Partnership, et al. |
| 10-04993 | Melvin H. and Leona Gale Joint Revocable Living Trust, et al. |
| 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. |
| 10-05032 | Marvin Kirsten, et al. |
| 10-05037 | Barbara L. Savin |
| 10-05041 | Marilyn Turk Revocable Trust, et al. |
| 10-05051 | Bevro Realty Corp. Defined Benefit Pension Plan, et al. |
| 10-05064 | The Celeste & Adam Bartos Charitable Trust, et al. |
| 10-05079 | Estate of James M. Goodman, et al. |
| 10-05102 | Robert A. Benjamin, et al. |
| 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| 10-05105 | Robert C. Luker Family Partnership, et al. |
| 10-05106 | Stony Brook Foundation, Inc. |
| 10-05116 | Leonard J. Oguss Trust, et al. |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. |
| 10-05128 | JABA Associates LP, et al. |
| 10-05133 | Boyer H. Palmer, individually, etc, et al. |
| 10-05135 | Reckson Generation, et al. |
| 10-05148 | Bert Brodsky Associates, Inc. Pension Plan, et al. |
| 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| 10-05151 | Palmer Family Trust,etc., et al. |
| 10-05154 | Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan |
| 10-05157 | The Harnick Brothers Partnership, et al. |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al |
| 10-05190 | The Lazarus-Schy Family Partnership, etc., et al |
| 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, etc., et al |
| 10-05217 | Edward I. Speer, et al |
| 10-05232 | Trust for the benefit of Ryan Tavlin, et al. |
| 10-05259 | Stanley I. Lehrer, individually, et al. |
| 10-05309 | William Pressman, Inc., et al. |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. |
| 10-05377 | Richard G. Eaton |
| 10-05420 | Gunther K. Unflat, et al. |
| 10-05435 | Keith Schaffer, et al. |
| 10-05438 | Realty Negotiators Inc. Defined Benefit Pension Plan, et al. |
| 10-05443 | Brad Wechsler |
| 12-01706 | Estate of Nathan Schupak |

**Exhibit 2 – ADVERSARY PROCEEDING MOTIONS**

| APN | CASE NAME |
|---|---|
| 10-04323 | Sondra M. Wiener Trust, et al. |
| 10-04293 | Dr. Marvin Wiener |
| 10-04294 | David T. Washburn |
| 10-04301 | Frieda Bloom |
| 10-04289 | John Fujiwara, et al. |
| 10-04307 | Howard Solomon |
| 10-04304 | Elinor Solomon |
| 10-04724 | P. Charles Gabriele |
| 10-04575 | Boslow Family Limited Partnership, et al. |
| 10-04332 | Barry Weisfield |
| 10-05401 | Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. |
| 10-05209 | Lapin Children LLC |
| 10-04978 | Estate of Ira S. Rosenberg, et al. |
| 10-04495 | Carl Glick |
| 10-04396 | Edith A. Schur |
| 10-04511 | Weithorn/Casper Associates for Selected Holdings, LLC |
| 10-04966 | Onesco International, LTD, et al. |
| 10-04435 | Prospect Capital Partners, et al. |
| 10-04576 | Norton A. Eisenberg |
| 10-04944 | Pergament Equities, et al. |
| 10-05194 | Bruce D. Pergament, et al |
| 10-04565 | The Murray & Irene Pergament Foundation, Inc, et al. |
| 10-05397 | Oakdale Foundation, Inc., et al. |
| 10-04741 | William M. Woessner Family Trust |
| 10-04560 | Richard E. Feldman |
| 10-04349 | Pauline B. Feldman |
| 10-05372 | O.D.D. Investment, L.P, et al. |
| 10-04472 | Daniel N. Silna, et al. |
| 10-04470 | The Silna Family Inter Vivos Trust, et al. |
| 10-04336 | Estate of Doris Igoin, et al. |
| 10-05036 | Elinor Friedman Felcher |
| 10-04601 | Leif |
| 10-04698 | Nancy J. Marks Trust 2002, et al. |
| 10-04772 | M. Elliot Schnall |
| 10-05400 | Ted Goldberg, et al. |
| 10-04726 | Lori Chemla, et al. |
| 10-04744 | Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. |
| 10-04335 | Aspen Fine Arts Co. |
| 10-04655 | Jaffe Family Investment Partnership, et al. |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |
| 10-04588 | Amy Pinto Lome Revocable Trust U/A/D 5/22/03, et al. |

| | |
|---|---|
| 10-04906 | Steven V Marcus Separate Property of the Marcus Family Trust |
| 10-04551 | Douglas D. Johnson |
| 10-04579 | Shetland Fund Limited Partnership, et al. |
| 10-04502 | Steven Schiff |
| 10-04363 | Schiff Family Holdings Nevada Limited Partnership, et al. |
| 10-04717 | William Diamond |
| 10-04370 | Sidney Marks Trust 2002, et al. |
| 10-04540 | Jonathan Sobin |
| 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. |
| 10-04881 | Jillian Wernick Livingston |
| 10-04735 | Kara Fishbein Goldman, et al. |
| 10-04467 | David S. Wallenstein |
| 10-04725 | Ruth E. Goldstein |
| 10-04988 | Wallenstein/NY Partnership, et al. |
| 10-04447 | Franklin Sands |
| 10-04861 | Harold J. Hein |
| 10-04827 | Madeline Gins Arakawa individually and as joint tenant, et al. |
| 10-04415 | Barbara J. Berdon |
| 10-04408 | Yankowitz, et al. |
| 10-04896 | Helene Juliette Feffer |
| 10-04361 | Harvey L. Werner Revocable Trust, et al. |
| 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. |
| 10-05239 | Robert Fried, et al. |
| 10-04774 | Diane Wilson |
| 10-05094 | The Estate of Carolyn Miller, et al. |
| 10-04357 | James Greiff |
| 10-04647 | The Abbit Family Trust 9/7/90, et al. |
| 10-04976 | Eleven Eighteen Limited Partnership, et al. |
| 10-04582 | Gerald Blumenthal |
| 10-04797 | Edmond A. Gorek, as an individual and as a joint tenant, et al. |
| 10-04623 | Edmond A. Gorek |
| 10-04954 | Ruth Kahn |
| 10-04796 | Howard Kaye |
| 10-04756 | Stephen B. Kaye, as an individual and as a joint tenant, et al. |
| 10-04419 | Katz Group Limited Partnership, a Wyoming limited partnership,et al. |
| 10-04865 | Edward H. Kaplan, et al. |
| 10-04341 | Marden, et al. |
| 10-05118 | Charlotte M. Marden |
| 10-04348 | Marden Family Limited Partnership, et al. |
| 10-05027 | 1776 K Street Associates Limited Partnership, et al. |
| 10-05160 | The Lanny Rose Revocable Trust, a Florida trust, et al. |
| 10-04900 | Bonnie J. Kansler |
| 10-05169 | Fairfield Pagma Associates,etc.,et al. |
| 10-05246 | The Frances J. Le Vine Revocable Trust, et al. |

| | |
|---|---|
| 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer, |
| 10-05048 | Armand L. Greenhall, et al. |
| 10-04921 | Stanley T. Miller |
| 10-04481 | Armand Lindenbaum |
| 10-04401 | Rose Gindel Trust, et al. |
| 10-05069 | Potamkin Family Foundation Inc. |
| 10-05058 | America Israel Cultural Foundation, Inc |
| 10-05224 | David R. Markin, individually and as trustee of the David Markin Char |
| 10-04998 | Estate Of Hermen Greenberg, et al. |
| 10-05231 | Trust under Deed of Suzanne R. May dated November 23, 1994, et al. |
| 10-04951 | Harold A. Thau |
| 10-05089 | John Denver Concerts, Inc. Pension Plan Trust, et al. |
| 10-05371 | L.H. Rich Companies, N.R, et al. |
| 10-05085 | Eugene J. Ribakoff 2006 Trust, et al. |
| 10-04672 | Sidney Cole |
| 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. |
| 10-05136 | Richard Roth |
| 10-04394 | Frederic Z. Konigsberg, et al. |
| 10-05384 | Neil Reger Profit Sharing Keogh, et al. |
| 10-04946 | Stephen R. Goldenberg |
| 10-04799 | Marvin L. Olshan |
| 10-05424 | The Frederica Ripley French Revocable Trust, et al. |