**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br> v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>    Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the conference scheduled by the Court in response to the August 22, 2014 correspondence from Robinson B. Lacy, previously scheduled to be held on September 17, 2014 at 12:00 p.m., has been rescheduled to **September 17, 2014 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New

York 1004.

Dated: New York, New York
       September 11, 2014          By: */s/ Regina Griffin*
                                                 **BAKER & HOSTETLER LLP**
                                                 45 Rockefeller Plaza
                                                 New York, New York 10111
                                                 Telephone: (212) 589-4200
                                                 Facsimile: (212) 589-4201
                                                 David J. Sheehan
                                                 Email: dsheehan@bakerlaw.com
                                                 Regina Griffin
                                                 Email: rgriffin@bakerlaw.com

                                                 *Attorneys for Irving H. Picard, Esq., Trustee for the*
                                                 *Substantively Consolidated SIPA Liquidation of*
                                                 *Bernard L. Madoff Investment Securities LLC*
                                                 *and Bernard L. Madoff*

2