**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendant, Barbara Kotlikoff Harman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>       Plaintiff,<br>    v.<br><br>BARBARA KOTLIKOFF HARMAN,<br><br>          Defendant. | Adv. Pro. No. 10-05130 (SMB) |

<u>**CERTIFICATE OF SERVICE**</u>

   I, Lourdes Blanco, hereby certify that on September 5, 2014 I caused a true and correct

copy of Request for Documents to the Trustee by Barbara Kotlikoff Harman; and on September

12, 2014 caused a true and correct copy of Supboena to Depository Trust & Clearing

Corporation to be served by electronic mail upon:

{N0055758 }

Joshua C. Thomas jthomas@bakerlaw.com
Farrell Hochmuth fhochmuth@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 100111

*Attorneys for the Trustee*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2014                    /s/ *Lourdes Blanco*

{N0055758 }