Form 27 - GENERAL PURPOSE

P384233

**BECKER &POLIAKOFF LLP**    BECKER &POLIAKOFF LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

index No. 08-01789 (SMB)
Date Filed

IN RE:BERNARD L MADOFF INVESTMENT SECURITIES LLC
                                        DEBTOR
                    - vs -
IRVING H PICARD, TRUSTEE
                                        PLAINTIFF

Office No.
Court Date.
**10/08/2014**

BARBARA KOTLIKOFF HARMAN                        DEFENDANT
                    - vs -

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**MATTHEW FERNANDEZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **SEPTEMBER, 2014 3:40PM** at
**55 WATER ST LOBBY
NEW YORK NY 10041**
I served a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**
upon **DEPOSITORY TRUST &CLEARING CORPORATION**
the **WITNESS** therein named by delivering to, and leaving personally with
**HAZEL FONTANEZ, LEGAL CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **TAN**   HAIR: **BROWN**
APP.AGE: **39** APP. HT: **5/5** APP. WT: **195**
OTHER IDENTIFYING FEATURES
**GLASSES**

COMMENTS:

Sworn to before me this
09TH day of SEPTEMBER, 2014

CHRISTOPHER ROSSI
Notary Public, KINGS
  01RO6164647
Qualified in KINGS
Commission Expires 04/30/2015

MATTHEW FERNANDEZ 1453858
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 2-BPLLP-384233