**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                 Plaintiff,<br><br>   v.<br><br>MARK B. EVENSTAD REVOCABLE TRUST u/a dated January 30, 2003; MARK B. EVENSTAD in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust; SHANNON MAHONEY EVENSTAD in her capacity as Trustee for the Mark B. Evenstad Revocable Trust; MARK B. EVENSTAD individually; and | Adv. Pro. No. 10-04512 (SMB) |

SHANNON MAHONEY EVENSTAD
individually,

Defendants.

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 16, 2014

2. Fact Discovery shall be completed by: December 12, 2014

3. The Disclosure of Case-in-Chief Experts shall be due: August 14, 2015

4. The Disclosure of Rebuttal Experts shall be due: September 14, 2015

5. The Deadline for Completion of Expert Discovery shall be: October 13, 2015

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before December 14, 2015

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before December 28, 2015, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

8. The Deadline for Conclusion of Mediation shall be:  On or before April 26, 2016, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated: September 12, 2014

**BAKER & HOSTETLER LLP**

By: /s *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

**LOEB & LOEB, LLP**

By: /s/ *Daniel B. Besikof*
345 Park Avenue
New York, New York 10154
Telephone: 212.407.4129
Facsimile: 646.417.6335
P. Gregory Schwed
Email: gschwed@loeb.com
Daniel B. Besikof
Email: dbesikof@loeb.com

*Attorneys for Defendants*