**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> MBE PREFERRED LIMITED PARTNERSHIP; MBE GENERAL LLC as the General Partner of MBE Preferred Limited Partnership; KENNETH L. EVENSTAD REVOCABLE TRUST u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited Partnership; KENNETH L. EVENSTAD in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, | Adv. Pro. No. 10-04952 (SMB) |

300380887.5

2000; GRACE B. EVENSTAD in her capacity as
Trustee for the Kenneth L. Evenstad Revocable
Trust u/a/d May 2, 2000; KENNETH L.
EVENSTAD, individually; GRACE B.
EVENSTAD, individually; MARK B. EVENSTAD
REVOCABLE TRUST u/a/d January 30, 2003 as a
Limited Partner of MBE Preferred Limited
Partnership; MARK B. EVENSTAD in his capacity
as Grantor and Trustee for the Mark B. Evenstad
Revocable Trust u/a/d January 30, 2003;
SHANNON MAHONEY EVENSTAD in her
capacity as Trustee for the Mark B. Evenstad
Revocable Trust u/a/d January 30, 2003; MARK B.
EVENSTAD individually; and SHANNON
MAHONEY EVENSTAD individually,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: May 16, 2014

2.      Fact Discovery shall be completed by:  December 12, 2014

3.      The Disclosure of Case-in-Chief Experts shall be due: August 14, 2015

4.      The Disclosure of Rebuttal Experts shall be due: September 14, 2015

5.      The Deadline for Completion of Expert Discovery shall be: October 13, 2015

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
December 14, 2015

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
or before December 28, 2015, or within 14 days after the service of the Notice of Mediation
Referral, whichever is earlier.

2

8.     The Deadline for Conclusion of Mediation shall be:  On or before April 26, 2016, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated:  September 12, 2014

**BAKER & HOSTETLER LLP**

By: /s *Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas Cremona
Email:  ncremona@bakerlaw.com
Christa C. Turner
Email:  cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

**LOEB & LOEB, LLP**

By:  /s/  *Daniel B. Besikof*_____
345 Park Avenue
New York, New York 10154
Telephone:  212.407.4129
Facsimile:  646.417.6335
P. Gregory Schwed
Email:  gschwed@loeb.com
Daniel B. Besikof
Email:  dbesikof@loeb.com

*Attorneys for Defendants*

300310887.5