**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GEOFFREY S. REHNERT,<br><br>        Defendant. | Adv. Pro. No. 10-04556 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014.

2. Fact Discovery shall be completed by: December 12, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: February 16, 2015.

4. The Disclosure of Rebuttal Experts shall be due: March 18, 2015.

5. The Deadline for Completion of Expert Discovery shall be: June 16, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: August 17, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 31, 2015.

8. The Deadline for Conclusion of Mediation shall be: December 29, 2015.

300335158.1

Dated: September 12, 2014

| | |
|---|---|
| BAKER & HOSTETLER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: *Nicholas J. Cremona* | By: *Elise S. Frejka* |
| 45 Rockefeller Plaza | Philip Bentley |
| New York, New York 10111 | Elise S. Frejka |
| Telephone: 212.589.4200 | Jason S. Rappaport |
| Facsimile: 212.589.4201 | 1177 Avenue of the Americas |
| David J. Sheehan | New York, New York 10036 |
| Email: dsheehan@bakerlaw.com | Telephone: 212.715.9100 |
| Nicholas J. Cremona | Facsimile: 212.715.8000 |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | and |
| Email: cturner@bakerlaw.com | |
| Parker G. Jordan | GOULSTON & STORRS |
| Email: pjordan@bakerlaw.com | A Professional Corporation |
| | James F. Wallack |
| *Attorneys for Plaintiff Irving H. Picard,* | Peter D. Bilowz |
| *Trustee for the Liquidation of Bernard L.* | 400 Atlantic Avenue |
| *Madoff Investment Securities LLC* | Boston, Massachusetts 02110-3333 |
| | Telephone: 617.482.1776 |
| | Facsimile: 617.574.4112 |
| | |
| | *Attorneys for Defendants* |

300335158.1