**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>            v.<br><br>GORVIS, LLC, a California Limited Liability Company,<br><br>THE STACY L. KOFF INVESTMENT TRUST, a | Adv. Pro. No. 10-04544 (SMB) |

member of Gorvis, LLC,

THE DAVID I. KOFF INVESTMENT TRUST, a
member of GORVIS, LLC,

ALAN S. GORDON, in his capacities as trustee of the
Stacy L. Koff Investment Trust and trustee of the
David I. Koff Investment Trust,

C. RAY JOHNSON, in his capacities as trustee of the
Stacy L. Koff Investment Trust and trustee of the
David I. Koff Investment Trust,

STACY L. KOFF, individually as settlor and
beneficiary of the Stacy L. Koff Investment Trust,

and

DAVID I. KOFF, individually as settlor and
beneficiary of the David I. Koff Investment Trust,

                        Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were due: **May 16, 2014**.

2.      Fact Discovery shall be completed by: **January 9, 2015**.

3.      The Disclosure of Case-in-Chief Experts shall be due: **March 18, 2015**.

4.      The Disclosure of Rebuttal Experts shall be due: **April 16, 2015.**

5.      The Deadline for Completion of Expert Discovery shall be: **July 15, 2015**.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
        **September 14, 2015**.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before **September 28, 2015**, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

8. The Deadline for Conclusion of Mediation shall be: **January 26, 2016**.

Dated: New York, New York
September 12, 2014

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*