SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

———

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3475

E-MAIL ADDRESS
mcunha@stblaw.com

<u>VIA ECF</u>

September 17, 2014

Re:     *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, No. 08-1789 (SMB); *Picard v. Fairfield Sentry Ltd.*, No. 09-1239 (SMB)

Honorable Stuart M. Bernstein
United State Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Dear Judge Bernstein:

We write as counsel for certain of the defendants in *Picard v. Fairfield Sentry Ltd.*, No. 09-1239 (SMB) (the "Sentry Action"), to join the requests set forth in Robinson B. Lacy's August 22, 2014 letter to the Court [ECF Docket No. 7766] and Lawrence B. Friedman's September 15, 2014 letter to the Court [ECF Docket No. 7950]. These requests ask the Court to schedule supplemental briefing to address how the Court should apply Judge Rakoff's recent Opinion and Order that bars the extraterritorial application of Section 550(a) of the Bankruptcy Code to the Trustee's claims under that section, and thus requires the dismissal, in whole or in part, of many of the Trustee's pending lawsuits. I am authorized to advise that counsel for all of the Fairfield Greenwich-related defendants consent to this letter, including, without limitation, Frederick R. Kessler of Wollmuth Maher & Deutsch LLP on behalf of Fairfield Investment Fund Ltd. and Fairfield Investors (Euro) Ltd.

Respectfully Submitted,

/s/ Mark G. Cunha
Mark G. Cunha

cc: Frederick R. Kessler, Esq.
cc: Andrew J. Levander, Esq.
cc: Sean F. O'Shea, Esq.
cc: Andrew W. Hammond, Esq.
cc: Bruce A. Baird, Esq.

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.

S IMPSON T HACHER & B ARTLETT LLP

Honorable Stuart M. Bernstein -2- September 17, 2014

cc. Daniel J. Fetterman, Esq.
cc: Edward M. Spiro, Esq.
cc: David J. Sheehan, Esq.