**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
David F. Proano

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* OF DAVID FERNANDO PROANO

I, David Fernando Proaño, request admission, *pro hac vice*, before the Honorable Stuart M.

Bernstein, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §

78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced

matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
 July 25, 2014

*s/ David F. Proaño*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200 / Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

BAKER & HOSTETLER LLP
1900 E. 9th Street, Suite 3200
Cleveland, Ohio 44114
(216) 621-0200/ Fax (216) 696-0740
David F. Proaño
Email: dproano@bakerlaw.com

*Attorneys for Defendant Irving H. Picard,*
*Esq., Trustee for the Substantively*
*Consolidated SIPA Liquidation of Bernard L.*
*Madoff Investment Securities LLC and Bernard*
*L. Madoff*