**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Brett A. Wall

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
## <u>*PRO HAC VICE*</u> OF BRETT AARON WALL

I, Brett Aaron Wall, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein,

to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment

Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa <u>et</u> <u>seq.</u>

("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced matter and in

any related adversary proceedings.

  I certify that I am a member in good standing of the bar in the State of Ohio.

  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
   July 25, 2014

                   *s/ Brett A. Wall*
                BAKER & HOSTETLER LLP
                45 Rockefeller Plaza
                New York, New York 10111
                (212) 589-4200 / Fax (212) 589-4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com
                Marc E. Hirschfield
                Email: mhirschfield@bakerlaw.com
                Nicholas J. Cremona
                Email: ncremona@bakerlaw.com

                BAKER & HOSTETLER LLP
                1900 E. 9th Street, Suite 3200
                Cleveland, Ohio 44114
                (216) 621-0200/ Fax (216) 696-0740
                Brett A. Wall
                Email: bwall@bakerlaw.com

                *Attorneys for Defendant Irving H. Picard,*
                *Esq., Trustee for the Substantively*
                *Consolidated SIPA Liquidation of Bernard L.*
                *Madoff Investment Securities LLC and Bernard*
                *L. Madoff*