

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PDF FILE WITH AUDIO FILE ATTACHMENT
Page 1 of 1

Case: 08-01789 Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC.

Audio Date and Time: 09/17/2014 15:50

Audio File Size: 12,480 KB

Audio Run Time: [01:44:00] (hh:mm:ss)

Audio File Name: 1ap-08-01789-SMB140917-155.0500001.mp3

Audio Track Title: 08-01789 heard on 09/17/2014

**Help using this file:**
An audio file is embedded as an attachment in this PDF document. To listen
to the file, click the Attachments tab or the Paper Clip icon.
Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a
convenience to the public. In accordance with 28 U.S.C. § 753 (b)
"[n]o transcripts of the proceedings of the court shall be considered as
official except those made from the records certified by the reporter or other
individual designated to produce the record."**