UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

Morty Wolosoff Trust and Gloria Wolosoff Trust (the "Claimants"), having filed objections (the "Objections", Docket Numbers 3775 and 3776) to the Trustee's Notices of Determination respecting Claimants customer claims (#005981 and 005980), hereby give notice that they withdraw such Objections.

Dated: September 15, 2014

Stephen N. Dratch on behalf of Claimants
Franzblau Dratch, P.C.
354 Eisenhower Parkway
Plaza One
P.O. Box 472
Livingston, New Jersey 07039