**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Jacqlyn R. Rovine
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>       Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>       Plaintiff,<br>v.<br>ESTATE OF SYRIL SEIDEN, and<br>STUART SEIDEN, individually and in his fiduciary capacity,<br>       Defendants. | Adv. Pro. No. 10-04739 (SMB) |

## EIGHTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on March 15, 2013.

2. Substantive Interrogatories were served on January 10, 2014.

3. Fact Discovery was completed by July 28, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: October 17, 2014.

5. The Disclosure of Rebuttal Experts shall be due: November 17, 2014.

6. The Deadline for Completion of Expert Discovery shall be: February 16, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: April 17, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 1, 2015.

[*The Rest of this Page is Intentionally Left Blank*]

9. The Deadline for Conclusion of Mediation shall be: August 17, 2015.

Dated: New York, New York
September 22, 2014

BAKER & HOSTETLER LLP

By: s/ *Marc E. Hirschfield*
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Jacqlyn R. Rovine
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300335889.2