Michael I. Goldberg (MG 0869)
**AKERMAN, LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-222
Phone:  (954) 463-2700/ Fax:  (954) 463-2224

*Attorneys for A&G GOLDMAN PARTNERSHIP,
GERALD GOLDMAN and ALAN GOLDMAN*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

            Plaintiff-Applicant,                  Adv. Pro. No. 08-01789 (BRL)

   - against -                              SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES LLC,

            Defendant.

-----------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

Debtor.

-----------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

            Plaintiff,

   - against -                              Adv. Pro. No. 10-04421  (SMB)

A&G GOLDMAN PARTNERSHIP, a New York
Partnership, GERALD GOLDMAN, as General
Partner of A&G Goldman Partnership and
individually, and ALAN GOLDMAN, as General
Partner of A&G Goldman Partnership and
individually,

            Defendants.

-----------------------------------------------------------------x

**NOTICE OF RENEWED MOTION TO DISMISS**

{29601478;1}                              1

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Renewed Motion to Dismiss the Complaint, all prior papers and proceedings herein, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Defendants, by and through undersigned counsel, will move to dismiss the complaint filed in this instant adversary proceeding pursuant to Rule 12(b) of the Federal Rules of Civil Procedure made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 at hearing to be held on the motion at a date to be determined by the Bankruptcy Judge in accordance with the procedures applicable to adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that the motion will be subject to further submissions on a schedule to be determined by the Court.

Dated: September 22, 2014
      New York, New York

                                **AKERMAN, LLP**

                          By: /s/   Michael I. Goldberg
                              Michael I. Goldberg (MG 0869)
                              Email: michael.goldberg@akerman.com
                              Las Olas Centre II, Suite 1600
                              350 East Las Olas Boulevard
                              Fort Lauderdale, FL  33301-2229
                              Phone:  (954) 463-2700
                              Fax:  (954) 463-2224

                              *Attorneys for A&G GOLDMAN PARTNERSHIP, GERALD GOLDMAN and ALAN GOLDMAN,*