Michael I. Goldberg (MG 0869)
**AKERMAN, LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700/ Fax:  (954) 463-2224

*Attorneys for A&G GOLDMAN PARTNERSHIP,*
*GERALD GOLDMAN and ALAN GOLDMAN*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION              :
CORPORATION,                                :
                                            :
            Plaintiff-Applicant,            :       Adv. Pro. No. 08-01789 (BRL)
                                            :
      - against -                           :       SIPA LIQUIDATION
                                            :
BERNARD L. MADOFF INVESTMENT                :       (Substantively Consolidated)
SECURITIES LLC,                             :
                                            :
            Defendant.                      :
---------------------------------------------------------------x
In re:                                      :
                                            :
BERNARD L. MADOFF,                          :
                                            :
Debtor.                                     :
---------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                            :
            Plaintiff,                      :
                                            :
      - against -         :                 :       Adv. Pro. No. 10-04421  (SMB)
                                            :
A&G GOLDMAN PARTNERSHIP, a New York          :
Partnership, GERALD GOLDMAN, as General     :
Partner of A&G Goldman Partnership and      :
individually, and ALAN GOLDMAN, as General  :
Partner of A&G Goldman Partnership and      :
individually,                               :
                                            :
            Defendants.                     :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

{29601488;1}                        1

I, Michael I. Goldberg, hereby certify that on September 22, 2014, I caused true and correct copies of the Notice of Renewed Motion to Dismiss and Memorandum of Law in Support of the Renewed Motion to Dismiss the Complaint to be filed with the Clerk of the Court and to be served using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive notification through the CM/ECF system.

Dated: September 22, 2014
      New York, New York

                              **AKERMAN, LLP**

                        By: /s/  Michael I. Goldberg
                            Michael I. Goldberg (MG 0869)
                            Email: michael.goldberg@akerman.com
                            Las Olas Centre II, Suite 1600
                            350 East Las Olas Boulevard
                            Fort Lauderdale, FL  33301-2229
                            Phone:  (954) 463-2700
                            Fax:  (954) 463-2224

                            *Attorneys for A&G GOLDMAN PARTNERSHIP, GERALD GOLDMAN and ALAN GOLDMAN*