Michael I. Goldberg (MG 0869)
**AKERMAN, LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700/ Fax:  (954) 463-2224

*Attorneys for MARSY MITTLEMANN*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff-Applicant, | : | Adv. Pro. No. 08-01789 (BRL) |
| | : | |
| - against - | : | SIPA LIQUIDATION |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against -          : | : | Adv. Pro. No. 10-04713  (SMB) |
| | : | |
| MARSY MITTLEMANN, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, Michael I. Goldberg, hereby certify that on September 22, 2014, I caused true and

correct copies of the Notice of Renewed Motion to Dismiss and Memorandum of Law in Support

of the Renewed Motion to Dismiss the Complaint be filed with the Clerk of the Court and to be

served using the CM/ECF system which automatically sent notification of such filing to the

parties in this action that have elected to receive notification through the CM/ECF system.

Dated: September 22, 2014
       New York, New York

**AKERMAN, LLP**


By: /s/   Michael I. Goldberg
       Michael I. Goldberg (MG 0869)
       Email: michael.goldberg@akerman.com
       Las Olas Centre II, Suite 1600
       350 East Las Olas Boulevard
       Fort Lauderdale, FL  33301-2229
       Phone:  (954) 463-2700/ Fax:  (954) 463-2224

       *Attorneys for MARSY MITTLEMANN*