Michael I. Goldberg (MG 0869)
**AKERMAN, LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700/ Fax:  (954) 463-2224

*Attorneys for JUST EMPIRE, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff-Applicant, | : | Adv. Pro. No. 08-01789 (BRL) |
| | : | |
| - against - | : | SIPA LIQUIDATION |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BERNARD L. MADOFF, | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - : | : | Adv. Pro. No. 10-05436  (SMB) |
| | : | |
| JUST EMPIRE, LLC, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Michael I. Goldberg, hereby certify that on September 22, 2014, I caused true and correct copies of the Notice of Renewed Motion to Dismiss and Memorandum of Law in Support of the Renewed Motion to Dismiss the Complaint be filed with the Clerk of the Court and to be

{29601626;1}                             1

served using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive notification through the CM/ECF system.

Dated: September 22, 2014
      New York, New York

                               **AKERMAN, LLP**

                               By: /s/   Michael I. Goldberg
                                  Michael I. Goldberg (MG 0869)
                                  Email: michael.goldberg@akerman.com
                                  Las Olas Centre II, Suite 1600
                                  350 East Las Olas Boulevard
                                  Fort Lauderdale, FL  33301-2229
                                  Phone:  (954) 463-2700/ Fax:  (954) 463-2224

                                  *Attorneys for JUST EMPIRE, LLC*