Michael I. Goldberg (MG 0869)
**AKERMAN, LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700/ Fax:  (954) 463-2224

*Attorneys for the Mittlemann Family Foundation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

    - against -

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
---------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
---------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

    - against -

THE MITTLEMANN FAMILY FOUNDATION

        Defendants.
---------------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-04638  (SMB)

## CERTIFICATE OF SERVICE

     I, Michael I. Goldberg, hereby certify that on September 22, 2014, I caused true and correct copies of the Notice of Renewed Motion to Dismiss and Memorandum of Law in Support of Renewed Motion to Dismiss the Complaint be filed with the Clerk of the Court and to be

{29606241;1}

1

{29606241;1}

served using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive notification through the CM/ECF system.

Dated: September 22, 2014
      New York, New York

                      **AKERMAN, LLP**

                      By: /s/   Michael I. Goldberg
                          Michael I. Goldberg (MG 0869)
                          Email: michael.goldberg@akerman.com
                          Las Olas Centre II, Suite 1600
                          350 East Las Olas Boulevard
                          Fort Lauderdale, FL  33301-2229
                          Phone:  (954) 463-2700
                          Fax:  (954) 463-2224

                          *Attorneys for the Mittlemann Family Foundation*