BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON SCHEDULE A, EXHIBIT 1 AND EXHIBIT 2 ATTACHED HERETO,<br><br>       Defendants. | Adv. Pro. Nos. listed on Exhibit 1 and Exhibit 2 Attached Hereto |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

I, **Oleg Bitman**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On September 22, 2014, I served the:

- **September 22, 2014 Letter to Judge Bernstein regarding September 17, 2014 Hearing on Omnibus Motions to Dismiss**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A, Exhibit 1 and Exhibit 2.

**TO:**  *See Attached Schedule A*


*/s/Oleg Bitman*_____
OLEG BITMAN

Sworn to before me this
23rd day of September, 2014


*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA  19101-7346

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Carolina Fornos – carolina.fornos @usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**BLMIS Customers**

Edward H. Kohlschreiber
3546 S. Ocean Blvd. Apt. 226
Palm Beach, FL 33480

Richard G. Corey
1235 Edgewood Drive
Charleston, W.V. 25302

Ng Shok Mui Susanna
Ng Shok Len
12B Marigold Mansion
Taikoo Shing, Hong Kong

Cecilia M. Parker

11 South Shore Trail
Sparta, NJ 07871

Guy S. Parker
43 Fawn Lake Road
Stockholm, NJ 07460-1423

Panagiotis Moutzouris
8 Aiolou Street
Voula GR-16673
Greece

Harriet Rubin
9733 Ravine Avenue
Las Vegas, NV 89117

Ethel L. Chambers
S. James Chambers
3443 SE Fairway E
Stuart, FL 34997

Anna Lowit
5700 Queen Palm Ct Apt. A
Delray Beach, FL 33484

Barbara Moss Estate
c/o Irving Moss
665 Thwaite Pl Apt. 3J
Bronx, NY 10467-7905

George H. Hulnick
72 Golf Lane
Ridgefield, CT  06877

Kenneth Springer
2267 Newbury Dr.
Wellington, FL 33414

Peerstate Equity Fund L.P.
c/o Lou Prochilo
43 West St.
Northport, NY 11768

Chris P. Tsukoa
A. Angelaki
1202 Parrilla de Avila
Tampa, FL 33613

Hilda Drucker

5 Schenck Ave, Apt. 3-I
Great Neck, NY 11021

John H. Petito
3639 River Road
Lumberville, PA 18933

Bernard W. Braverman
417 Hill Street
Southampton, NY 11968
Email: berniebraverman@gmail.com

Richard C. Brockway
705 Harbour Drive
Vero Beach, FL 32963

Kimberly S. Stoller
710 8th Avenue Apt. 6E
Belmar, NJ 07719

KR Erwin Hawle
Dorfstrasse 67
4865 Nussdorf
Austria

Shao-Po Wang
No. 69, Zhongshan Rd., Tucheng Dist.
New Taipei City 236,
Taiwan

Chi-Hua Liao
No. 449 Sanmin Road
Jhubei City, Hsinchu County
Taiwan

Lee Garrity
2601 Willowwood Ave.
Valparaiso, IN 46383

Remy Investments Corp
c/o Ann Kallgren
1-5 Harley Street
London W1G 9QD
England, United Kingdom

Alder Family Foundation
6424 Brookside Rd
Chevy Chase, MD 20814
Email: lovormon@aol.com

Maurice Sandler
Gloria Sandler
Email: mauricesandler@sbcglobal.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Michael E. Fisch
Sudeshna M. Fisch
Email: fischwave@comcast.net

Daniel L. Gaba
c/o Rhoda S. Gaba
Herzrankovsky - Orlandoc 5/15/12
1210 Vienna
Austria

Ilse Della-Rowere
Herzranovsky - Orlandog 5/15/12
Vienna, 1210
Austria

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Samuel Frederick Rohdie
Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Gail B. Oren Revocable Trust dtd. 9/8/95
Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Sharon Lee Tiner
Email: sltiner@yahoo.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

Paul J. Fisch
Email: pfisch@twcny.rr.com

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Au Yuet Shan
Email: eau203@gmail.com

PFC Nominees Limited
Email: info@pfcintl.com

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer
Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Samore 1992 Family Trust
John Samore
Gayle Samore Co-Trustees
John Samore, Jr.
Ronald E. Samore, Sr.
James R. Samore
Email: johnsamore@hotmail.com

Partricia M. Hynes
Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Kamal Kishore Muchhal
Aruna Muchhal
Email: muchhal@netvigator.com

MLSMK Investments Co

Email: stanleymkatz@mac.com

Charles Nicholas Doyle
Linda Doyle
Email: linchasd@netvigator.com

John Stirling Gale
Email: galejs@gmail.com

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lindel Coppell
Email: lindencoppell@gmail.com

Paul Maddocks
Email: maddockspaul@gmail.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Carole Coyle
Email: bionicdoll@aol.com

Martha Alice Gilluly
Email: marny@corsair2.com

Phyrne and Ron LLC
Email: jpitkin@umich.edu

Howard Stern
Email: hstern@wzssa.com

Robins Family Limited Partnership
Email: charles.robins@weil.com

Dewey H. Lane
Email: dewlane@gmail.com

Fondo General De Inversion Centro America-No, S.A.
FJ Associates, S.A.
Krates, S.A.
Email: pabst@mantomgmt.com

Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

Rhouda Macdonald
Email: rmacdon482@aol.com

Jeanne H. Rosenblum
Email: prosenblum@mindspring.com

Capital Bank
Email: Volker.enzi@capitalbank.at
Email: Christoph.stocker@capitalbank.at

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

Martin Wimick
Email: mwinick@hotmail.com

Bullock Family Estate
Andrew Bullock
Courtney Bullock
Diana Bullock
Kerry Scarvie
Email: abullock5150@cox.net

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Alice J. Rawlins
Email: alicerawlins@me.com

Linda Wolf
Rita Wolf
Email: wolfie2400@yahoo.com

Stephen Hill
Email: leyla.hill@hos.com

Waterland Investment Services
Email: admin@waterland-investment.nl

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Ralph Schiller
Email: optics58@gmail.com

Patsy P. Jones
Email: 335pat@roadrunner.com

Donald P. Weber
Email: mdweb27@me.com

Harvey Barr
Lillian Barr
Email: hbarr@bplegalteam.com

Yvonne Roodberg
Email: cissie2010@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Donald Schupak
Email: dschupak@schupakgroup.com

Joanne Rosen
Amy Cappellazzo
Email: jr@beacon-ny.com

Nancy Dver Cohen
Email: ndver@comcast.net

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

Matthew F. Carroll
Email: mcarroll16@msn.com

David Drucker
Email: daved628@aol.com

Phyllis Pressman
Email: peplady5@gmail.com

Crisbo S.A.
Email: info.luxembourg@atcgroup.com

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Kwok Yiu Leung
Siu Yuen Veronica Nh
Email: yiuleunghk@gmail.com
Email: yiuleung@yahoo.com.hk

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

KHI Overseas Ltd
Email: ew@khiholdings.com

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Goore Partnership
Email: hyassky@aol.com

Nicholas Kardasis
Email: gdnite@earthlink.net

BF+M Life Insurance Company Limited
Email: jsousa@bfm.bm

Alan G. Cosner
Email: alan@cosnerlaw.com

Chien-Liang Shih
Email: gary.libra@gmail.com

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Andy Huang
Email: andy.huang@sofos.com.sg

John B. Malone
Email: doctor1000@earthlink.net

Jose Haidenblit
Email: chore55@yahoo.com

Richard Hoefer
Email: richard.hoefer@utanet.at

Jane Delaire
Email: j.delaire@yahoo.com

Birgit Peters
Email: birgit.peters2010@yahoo.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

John P. Harris
Email: johnph1494@gmail.com

Marcia Roses Schachter
2202 Bleckley Ct,
Charlotte, NC 28270
Email: marciroses@aol.com


Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Diana P. Victor

Notices of Appearance

Eric Goldberg
Gordon Silver
Email: egoldberg@gordonsilver.com
Attorney for: Eric D. Goldberg

William F. Dahill
Fletcher W. Strong
Wollmuth Maher & Deutsch LLP
Email: wdahill@wmd-law.com
Email: fstrong@wmd-law.com
Attorney for: Robert F. Weinberg

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney for: Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust, and
DeMatteis FLP Assets

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister Seelig & Fein LLP
Email: sir@msf-law.com
Email: jmr@msf-law.com
Attorney for: Jasper Investors Group LLC ("Jasper")

Jennifer L. Young
Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: jyoung@milberg.com
Email: mgluck@milberg.com

Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Attorney for: Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates
Florida General Partnership, Judith Rock Goldman, The Horowitz Family Trust, and The
Unofficial Committee of Certain Claim Holders

Howard Kleinhendler
David Yeger, Esq.
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Email: dyeger@wmllp.com
Attorney for: Rosenman Family LLC

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney for: Attorney for the United States of America

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney for: The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss,
Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss, Marilyn
Cohn Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney for: Iron Mountain Information Management,  Inc.

Brian J. Neville
Barry R. Lax.
Lax & Neville, LLP
Email: bneville@laxneville.com
Email: blax@laxneville.com
Attorney for: Rose Less, and PJFN Investors LP

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney for: Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation

Dennis C. Quinn
Barger & Wolen, LLP
Email: dquinn@bargerwolen.com
Attorney for: Jewish Community Foundation of the Jewish Federation - Council of Greater Los
Angeles

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney for: Alan Nisselson, and Interim Chapter 7 Trustee of Bernard L. Madoff

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney for: Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Willams P.S.
Email: jshickich@riddellwilliams.com
Email: eletey@riddellwilliams.com
Attorney for: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney for: Anchor Holdings, LLC

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney for: Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack
Conrad, and Amy Beth Smith

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney for: Lawrence Torn

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney for: ELEM/Youth in Distress Israel  Inc. ("ELEM")

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney for: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

Dana M. Seshens
Karen E. Wagner

Jonathan D. Martin
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Email: jonathan.martin@davispolk.com
Attorney for: Sterling Equities Associates and Certain Affiliates

Jeffrey L. Bernfeld
David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Email: davidbernfeld@bernfeld-dematteo.com
Attorney for: Dr. Michael Schur, and Mrs. Edith A. Schur

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney for: Samdia Family,  LP

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney for: Carl J. Shapiro et al.

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney for: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital
Management

Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Ellen G. Victor,  holder of Bernard L. Madoff Investment Securities LLC Accounts
1ZA128-3 and 1ZA128-40, Ariana Victor, Justin Victor Baadarani, Shosharma Remark Victor,
and Leila Victor Baadarani

David J. Apfel
Daniel M. Glosband
Brenda R. Sharton
Goodwin Procter LLP
Email: dapfel@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: bsharton@goodwinprocter.com

Attorney for: Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney for: Carol Rosen

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Paul Laplume, and Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email: bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
Attorney for: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Fred W. Reinke
Mayer Brown LLP
Email: freinke@mayerbrown.com
Attorney for: Mutua Madrilena Automovilista Ramo de vida, AXA Private Management, and Fondauto Fondo de Pensiones,  SA

Arthur J. Steinberg
Richard A. Cirillo
Kristi E. Jacques
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: rcirillo@kslaw.com
Email: kjacques@kslaw.com
Attorney for: National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK Banque Privee and counsel for the Pascucci Family

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: lmartin@stblaw.com
Email:  jlevine@stblaw.com
Attorney for: Spring Mountain Capital, LP

Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Iris Schaum

Steven R. Schlesinger
Shannon Scott
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: sscott@jaspanllp.com
Attorney for: Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as
Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, Samuels Family LTD
Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, and
Jay Rosen Executors

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney for: Von Rautenkranz Nachfolger Special Investments LLC

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney for: Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P.
Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W
George H. Hurwitz (collectively the "Guritzky Parties")

George Brunelle, Esq.
Anna Hadjikow
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Email:  ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Attorney for: The James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn
Berniker, BK Interest,  LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin
M. Hellberg, Barry E. Kaufman, and Marion Tallering-Garfield

Test
Brunelle & Hadjikow, P.C.
Email: brunellelaw@gmail.com
Attorney for: James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest,  LLC, The
Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman,
and Marion Tallering-Garfield

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney for: SBM Investments,  LLP, and Weithorn/Casper Associated for Selected Holdings
LLC

Barbara A. Schweiger
Jonathan W. Wolfe
Skoloff & Wolfe, P.C.
Email: bschweiger@skoloffwolfe.com

17

Email: jwolfe@skoloffwolfe.com
Attorney for: Albert & Carole Angel

Richard J. McCord
Carol A. Glick
Certilman, Balin, Adler & Hyman LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
Attorney for: Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman, and Alyssa Beth Certilman

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney for: Nephrology Associates P.C. Pension Plan

Nancy L. Fineman
Cotchett, Pitre & McCarthy
Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com
Attorney for: Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride

Bernard J. Garbutt III
Morgan Lewis & Bockius LLP
Email: bgarbutt@morganlewis.com
Attorney for: The Kostin Company, The Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and Andrew Kostin

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney for: Joan L. Fisher, Carl T. Fisher, and The Trust U/A VIII of the Will of Gladys C. Luria F/B/O Carl T. Fisher

Carmine Boccuzzi(Duplicate - To Be Deleted)
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank,  N.A., and Citigroup Global Markets Limited

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank North America,  Inc.

Casey D. Laffey
Reed Smith LLP
Email: claffey@reedsmith.com
Attorney for: Bart M. Schwartz,  as Receiver of Gabriel Capital,  L.P., and Ariel Fund Limited

Michael S. Pollok
Marvin and Marvin, PLLC
Email: mpollok@marvinandmarvin.com
Attorney for: Alan Hayes, and Wendy Wolosoff-Hayes

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: Eleven Eighteen Limited Partnership, Bernard S. Gewirz, Carl S. Gewirz, Edward
H. Kaplan, Jerome A. Kaplan, Albert H. Small, 1776 K Street Associates Limited Partnership,
Estate of Robert H. Smith, Robert H. Smith Revocable Trust, Clarice R. Smith, Robert P. Kogod,
Marjet LLC, and Irene R. Kaplan

Carolyn B. Rendell
David S. Stone
Amy Walker Wagner
Stone & Magnanini, LLP
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Email: awagner@stonemagnalaw.com
Attorney for: Defendants David P. Gerstman, and Janet Gerstman

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney for: Counsel for Judie B. Lifton and the Judie Lifton 1996

Jeffrey D. Sternklar
Duane Morris LLP
Email: jdsternklar@duanemorris.com
Attorney for: Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her
capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity
as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat

Jeff E. Butler
Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, Inc., and Dakota Global Investments, Ltd.

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney for: Belfer Two Corporation

Schuyler D. Geller

Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney for: Counsel for Brian H. Gerber

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney for: Orthopaedic Specialty Group,  P.C. Defined Contribution Pension Plan Participants

Fred H. Perkins
Robert K. Dakis
Michael Lago, Esq.
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Email:  bankruptcy@morrisoncohen.com
Attorney for: Customer Claimant David Silver

Andrew J. Ehrlich
Caitlin Grusauskas
Brette Tannenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: cgrusauskas@paulweiss.com
Email: btannenbaum@paulweiss.com
Attorney for: The Estate of Mark D. Madoff, and Andrew H. Madoff, individually and as
Executor of the Estate of Mark D. Madoff

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff
Email: hchaitman@becker-poliakoff.com
Email: psmith@becker-poliakoff.com
Email: jgorchkova@bplegal.com
Attorney for: Marsha Peshkin et al.

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney for: MUUS Independence Fund LP, and Michael W. Sonnenfeldt

Paula J. Warmuth
Glenn P. Warmuth
Stim & Warmuth, P.C.
Email: pjw@stim-warmuth.com
Email: gpw@stim-warmuth.com
Attorney for: Creditors,  Michael Most and Marjorie Most

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney for: Linda Polatsch

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney for: PJ Administrator LLC, Trust Under Article Fourth U/W/O Robert E. Klufer, Alyse
Klufer,  individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O
Robert E. Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust Under Article Fourth
U/W/O Robert E. Klufer, Robert and Alyse Klufer Family Trust ?A?, Alyse Joel Klufer as
Trustee of the Robert and Alyse Klufer Family Trust ?A?, Elisabeth Klufer, Nancy Greengrass,
Jane Shrage, Natalie Greengrass, Maxwell Greengrass, Damien Cave, and Michael Shrage

Steven H. Newman
Robert A. Abrams
Katsky Korins LLP
Email: snewman@katskykorins.com
Email: rabrams@katskykorins.com
Attorney for: Richard Spring, The Spring Family Trust, The Jeanne T. Spring Trust, Estate of
Richard L. Cash, Richard L. Cash Declaration of Trust Dated September 19,1994, James H.
Cash, David Cash, Jonathan Cash, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, Freda
Epstein Revocable Trust, Freda B. Epstein, Jennifer Spring McPherson, and S. H. & Helen R.
Scheuer Family Foundation

William B. Pollard, III
Ina Bort
Daniel J. Kornstein, Esq.
Amy C. Gross, Esq.
Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com
Email: dkornstein@kvwmail.com
Email: agross@kvwmail.com
Attorney for: Certain American Securities Defendants

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney for: Defendant Oppenheimer Acquisition Corp.

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: SNR Customers

William A. Habib, Esq.
Habib Law Associates, LLC

Email:  wahabib@verizon.net
Attorney for: Anthony F. Russo

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney for: Fabio Conti

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: CRS Revocable Trust, Constance R. Sisler, individually, and in her capacity as
Settlor and Trustee of the CRS Revocable Trust, Allan R. Tessler, in his capacity as Trustee of
the CRS Revocable Trust, Edith G. Sisler, S. James Coppersmith Charitable Remainder Unitrust,
Robert S. Bernstein, Robert Auerbach Revocable Trust, Joyce C. Auerbach Revocable Trust, and
Robert Auerbach,  individually

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney for: The Pati H. Gerber Defendants

Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: morwetzler@paulhastings.com
Attorney for: Federico Ceretti, Carlo Grosso, Kingate Management Limited, FIM Limited, and
FIM Advisors, LLP

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney for: Maria Shuster, Maria Rabinovich, Vladimir Rabinovich, Alexander Rabinovich,
Natasha Jane Rabinovich, Jason M. Rausher, Eric Rausher, Marsha H. Rausher, Mitchell J.
Rausher, Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Arnold Kohn, Theresa A.
Wolfe, Wendy Sager Pomerantz, Robin S. Abramowitz, Howard Pomerantz, Richard
Abramowitz & Pomerantz, P.A. Retirement Plan, Trustees Richard Abramowitz and Howard L.
Pomerantz, Marcia B Fitzmaurice, Thomas R. Fitzmaurice, Rita S. Katz (n/k/a Rita Starr Katz
Davey), Paula S. Katz, Frank S. Katz, Melissa Doron, parent of A.S.D., Samuel D. Davis, Traci
D. Davis, and Daniel L. Davis,  Individually and as parent of H.D.D.

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney for: Andrew C. Sankin

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney for: New York State Education Department.

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, Jing W. Davis (now known as Amy Davis),, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Sol Davis, individually and as Trustee of the Sol Davis Retirement Plan, Giuseppe C. Basili, Grace A. Nash, Michael T. Nash, Thomas H. Nash, Justin Kane, Cynthia Schrank Kane, Steven E. Sklar, parent of J.K.S, parent of K.H.S, parent of N.A.S., Linda Laychak, Eugene G. Laychak, Jr., Jozef Kaczynski, Giuseppa A Boccanfuso, Dominick F. Boccanfuso, Margherita M. Basili, Trustee of Margherita M. Basili Retirement Plan and individually, Betty Tarr, Madeline E Corish Estate, Margaret Pace, Joanne Verses, Shirley B. Sklar, William Sklar, William Sklar, Trustee of Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, Harold Murtha, Trustee of Murtha Enterprises, Inc. Profit-Sharing Plan, Robert Levin, Diane T. Levin, Carol P. Dargan, Everett L. Dargan, Antona G Wilson, Gerald A Wilson, Midlands Surgical Associates, PA Profit Sharing Plan, Anna Kedersha, as parent of A.K, Mary Zarra, as parent of A.Z. and A.Z., Sophia B Freitag, Crescienzo J Boccanfuso, Patti E Schacht, Cindy J Schacht, Jacqueline A Johnson, Douglas H. Johnson, Cory D Johnson, Jaime R Johnson, David C Johnson, Bonnie A Johnson, Individually and as parent of D.C.J., Diane C. Backus, and WR Johnson Co. Pension and Profit Sharing Plan

Xochitl Strohbehn
Quinn Emanuel Urquhart & Sullivan, LLP
Email: xochitlstrohbehn@quinnemanuel.com
Attorney for: Kingate Global Fund Ltd., and Kingate Euro Fund Ltd.

Matthew Kalinowski
Andrew D. Gottfried
Morgan Lewis & Bockius LLP
Email: mkalinowski@morganlewis.com
Email: agottfried@morganlewis.com
Attorney for: The Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and Andrew Kostin

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: BSI AG

George W. Shuster
Andrea J. Robinson
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Email: andrea.robinson@wilmerhale.com
Attorney for: SNS Global Custody B.V., and SNS Bank N.V.

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP

Email: david.livshiz@freshfields.com
Attorney for: Tensyr Limited

Michael I. Goldberg
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Attorney for:  Michael I. Goldberg

Marianna Udem
ASK,  LLP
Email: mudem@askllp.com
Attorney for: Marianna Udem

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney for: Seth L. Rosenberg

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney for: Mark S. Cohen

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney for: David Bolton

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney for: Mark P. Goodman

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney for: Vivian R. Drohan

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney for: Tony Miodonka

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney for: Marshall R. King

Gary Woodfield

Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney for: Gary Woodfield

Scott W. Reynolds
Hogan Lovells US LLP
Email: scott.reynolds@hoganlovells.com
Attorney for: Scott W. Reynolds

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney for: Harold D. Jones

Richard A. Kirby
K&L Gates LLP
Email: richard.kirby@klgates.com
Attorney for: Richard A. Kirby

Brendan M. Scott
Klestadt & Winters, LLP
Email: bscott@klestadt.com
Attorney for: Brendan M. Scott

Richard Galler
Kleeblatt, Galler & Abramson, LLC
Email: richard@kgalaw.com
Attorney for: Richard Galler

Elise Scherr Frejka
Kramer Levin Naftalis & Frankel LLP
Email: efrejka@kramerlevin.com
Attorney for: Elise Scherr Frejka

Richard E. Signorelli
Bryan Ha
Law Office of Richard E. Signorelli
Email: rsignorelli@nycLITIGATOR.com;  rsignorelli@aol.com
Email: bhanyc@gmail.com
Attorney for: Richard E. Signorelli

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney for: Amy J. Swedberg

Harvey Krauss
McLaughlin & Stern, LLP
Email: hkrauss@mclaughlinstern.com

Attorney for: Harvey Krauss

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Gary S. Lee

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney for: Richard G. Haddad

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: Richard L. Spinogatti

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney for: Will R. Tansey

Michael V. Ciresi
Robins, Kaplan, Miller & Ciresi LLP
Email: MVCiresi@rkmc.com
Attorney for: Michael V. Ciresi

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney for: Douglas R. Hirsch

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney for: George R. Hirsch

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney for: Timothy A. Valliere

John Lavin
Blount & Lavin, P.C.
Email: jlavin@blountlavin.com
Attorney for: John J. Lavin

Michael V. Blumenthal
Thompson & Knight LLP

Email: Michael.Blumenthal@tklaw.com
Attorney for: Michael V. Blumenthal

Steven Paradise
Vinson & Elkins L.L.P
Email: sparadise@velaw.com
Attorney for: Steven Paradise

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney for: Deirdre Norton Hykal

Onesco International Ltd
Carbondale, CO 81623
and
c/o Equity Trust (BVI) Ltd., Palm Grove House
Road Town, Tortola
British Virgin Islands

Impact Designs Limited
Kowloon, Hong Kong
China

Elizabeth Woessner
Denver, Colorado 80218

Bradermak Equities Corp.
Roslyn, NY 11576
and
GARDEN CITY PARK, NY 11040

Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Wiener Family Limited Partnership, Wiener Family Holding Corporation, Marvin
M. Wiener, Sondra M. Wiener, and Marvin M. Wiener

Chester Salomon
Alec P. Ostrow
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Email: aostrow@beckerglynn.com
Attorney for: David Washburn, CARL GLICK, Stanley S. Weithorn, individually, in his capacity
as General Manager/Partner of Weithorn/Casper Associates for Selected Holdings, LLC, as
trustee of the Article Sixth Trust, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn
Trust, Lara L. Weithorn Trust, Weithorn Family Charitable Remainder Unitrust, MLM
Charitable Remainder Unitrust, Stanley/Lois Charitable Remainder Unitrust, and director of
Weithorn and Ehrmann Families Foundation, Weithron/Casper Associates for Selected Holdings

LLC, Muriel Casper Weithorn, Corey Casper, Howard B. Weithorn, Monroe Klein, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn Trust, Weithorn Grandchildren Charitable Lead Unitrust, Weithorn Family Charitable Lead Annuity Trust, Weithorn Family Charitable Remainder Unitrust, MLM Charitable Remainder Unitrust, Article Sixth Trust, Michael J. Weithorn, in his capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust, and the Weithorn Family Charitable Lead Annuity Trust, William J. Rouhana, Jr., in his capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust and the Weithorn Family Charitable Lead Annuity Trust, Weithorn and Ehrmann Families Foundation, Stanley/Lois Charitable Remainder Unitrust, Lara L. Weithorn Trust, Prospect Capital Partners, Prospect Hill Foundation, and The Sperry Fund

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney for: Frieda Bloom, John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Gabrielle J. Pretto
Lax & Neville, LLP
Email: gpretto@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, Stephen B. Kaye, Sandra Phillips Kaye, BONNIE J. KANSLER, Fairfield Pagma Associates LP, Seymour Kleinman, Marjorie Kleinman, Fairfox LLC, Seyfair LLC, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Barry R. Lax.
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, Lanny Rose Revocable Trust, Lanny Rose, as trustor, as trustee and as an individual, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Jennifer L. Young
Milberg LLP

Email: jyoung@milberg.com
Attorney for: P. CHARLES GABRIELE, Trust U/W/O Harriet Myers, DELIA GAIL
ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S ROSENBERG,
Norton A. Eisenberg, William M. Woessner Family Trust, Sheila A Woessner Family Trust,
William M. Woessner, individually, and as Trustee of the William M. Woessner Family Trust
and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as Trustee of
the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Laurence E.
Leif, Aspen Fine Arts Co., Melvin W. Knyper, Steven V Marcus Separate Property of the
Marcus Family Trust, Steven V. Marcus, individually and in his capacity as Trustee of the
Steven V. Marcus Separate Property of the Marcus Family Trust, General Partner of the Marcus
Family Limited Partnership and Guardian of O.M., K.M. and H.M, The Marcus Family Limited
Partnership, Denise C. Marcus, in her capacity as Trustee of the Steven V. Marcus Separate
Property of the Marcus Family Trust, Ruth E. Goldstein, Gerald Blumenthal, Potamkin Family
Foundation, Inc., Harold A. Thau, John Denver Concerts, Inc. Pension Plan Trust, Harold A.
Thau, in his capacity as Trustee for the John Denver Concerts, Inc. Pension Plan Trust, Richard
Roth, and Stephen R. Goldenberg

Matthew A. Kupillas
Milberg LLP
Email: mkupillas@milberg.com
Attorney for: P. CHARLES GABRIELE, Trust U/W/O Harriet Myers, Kathleen Albert as
personal representative of the Estate of Gary Albert, Steven Braun as personal representative of
the Estate of Gary Albert, Norton A. Eisenberg, Laurence E. Leif, Aspen Fine Arts Co., Melvin
W. Knyper, Ruth E. Goldstein, Potamkin Family Foundation, Inc., Harold A. Thau, John Denver
Concerts, Inc. Pension Plan Trust, and Harold A. Thau, in his capacity as Trustee for the John
Denver Concerts, Inc. Pension Plan Trust

Richard Levy, Jr.
Pryor Cashman LLP
Email: rlevy@pryorcashman.com
Attorney for: Boslow Family Limited Partnership, Iris Boslow Revocable Living Trust, Alvin S.
Boslow, Iris C. Boslow, Mindy Boslow, Judy Boslow, Lisa Boslow Dorman, Robert Pergament,
Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray
Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray
Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY
PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL
TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO
LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as
Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of
the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the
Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO
Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz
Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi
Pergament & Bruce Pergament Foundation, Inc., BERNARD A. & CHRIS MARDEN
FOUNDATION INC, THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN
FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried,
Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia
G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust,
Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z.

Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE  MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: BARRY WEISFELD, Lapin Children LLC, Harold J. Hein, Barbara J. Berdon, ALVIN GINDEL REVOCABLE TRUST AGREEMENT, Alvin Gindel, in his capacity as trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof, James Greiff, Stanley T. Miller, Rose Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust, Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust, AMERICA ISRAEL CULTURAL FOUNDATION INC, David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SouthPac Trust International, Inc., as trustee of the David R. Markin 2003 Trust, David R. Markin Charitable Remainder Unitrust #1, David R. Markin Charitable Remainder Unitrust #2, David R. Markin 2003 Trust, EUGENE J. RIBAKOFF 2006 TRUST, STEPHANIE RIBAKOFF, as Trustee of the Eugene J. Ribakoff 2006 Trust, as Personal Representative of the Estate of Eugene J. Ribakoff, and individually, ESTATE OF EUGENE J. RIBAKOFF, Sidney Cole, Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing Keogh, Neil Reger Profit Sharing Keogh, The Frederica Ripley French Revocable Trust, Frederica R. French, and Seth B. French

Jed Horwitt
Zeisler & Zeisler, P.C.
Email: jhorwitt@zeislaw.com
Attorney for: Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block

Jenny Lynn Fountain
Stephen T. O'Neill
Robert A. Franklin
MURRAY & MURRAY PC
Email: jfountain@murraylaw.com
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com
Attorney for: Gerald J. Block, individually and as Beneficiary of the Estate of Eleanor Myers

Brian J. Zimmet

Olga Batsedis
Zimmet Bieber LLP
Email: bzimmet@zblaw.com
Email: obatsedis@zblaw.com
Attorney for: Melissa Myers, as Beneficiary of the Trust U/W/O Harriet Myers, and Jason
Myers, as Beneficiary of the Trust U/W/O Harriet Myers

Joshua H. Vinik
Milberg LLP
Email: jvinik@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity,
ESTATE OF IRA S ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner
Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner
Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as
Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust,
Richard Roth, and Stephen R. Goldenberg

Joshua E. Keller
Milberg LLP
Email: jkeller@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity,
ESTATE OF IRA S ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner
Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner
Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as
Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust,
Steven V Marcus Separate Property of the Marcus Family Trust, Steven V. Marcus, individually
and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family
Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M.
and H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her capacity as Trustee
of the Steven V. Marcus Separate Property of the Marcus Family Trust, Ruth E. Goldstein,
Richard Roth, and Stephen R. Goldenberg

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Edith A. Schur

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney for: Edith A. Schur, Richard E. Feldman, Pauline B. Feldman, William Diamond,
Jeffrey R. Werner 11/1/98 Trust, Jeffrey R. Werner, Violet M. Werner, in her capacity as Trustee
for the Jeffrey R. Werner 11/1/98 Trust, Ken-Wen Family Limited Partnership, Kenneth W.
Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership, Wendy
Brown, Cheryl Yankowitz, Jack Yankowitz, Harvey L. Werner Revocable Trust u/a/d 8/31/82
As Amended, Violet M. Werner, individually and in her capacity as Co-Trustee of the Harvey L.
Werner Revocable Trust u/a/d 8/31/82, as amended, Jeffrey R. Werner, in his capacity as Co-
Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Wendy Werner
Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82,

31

as amended, Estate of Carolyn Miller,, Laurie Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, Leonard Miller, individually and in his capacities as Personal Representative of the Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, The Carolyn Rosen Miller Revocable Trust, Trust Under Deed of Suzanne R. May Dated 11/23/1994, Estate of Suzanne R. May as Successor of Suzanne R. May in her Capacity as Creator and Trustee of Trust under Deed of Suzanne R. May dated 11/23/94, Cheryl M. Coleman, Individually as Beneficiary of Estate of Suzanne R. May, Richard A. May, Individually as Beneficiary of Estate of Suzanne R. May, Jeffrey A. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994, Executor of Estate of Robert E. May, and Individually, and as Beneficiary of the Estate of Suzanne R. May, Estate of Robert E. May, Frederic Z. Konigsberg, Susan M. Konigsberg, Bradermak, Ltd., and Lee Rautenberg

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com
Attorney for: Kathleen Albert as personal representative of the Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert, and Jonathan Sobin

Scott M. Grossman
Maria J. DiConza
Greenberg Traurig, LLP
Email: grossmansm@gtlaw.com
Email: diconzam@gtlaw.com
Attorney for: Pergament Equities LLC

Patrick Sibley
David C. Rose
Pryor Cashman LLP
Email: psibley@pryorcashman.com
Email: drose@pryorcashman.com
Attorney for: Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc., BERNARD A. & CHRIS MARDEN FOUNDATION INC, THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z. Marden, Meghan M. Auld, Elizabeth C. Auld,

MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C
MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN
REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE
MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as
trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as
personal representative, and as an individual, Avram Goldberg, individually and in his capacity
as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg,
individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol
Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon
Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as
attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and
Avram J. Goldberg Special Account

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald
Schupak, The Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter
Vivos Trust, Sophie Silna, Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel
Silna, individually and in his capacity as general partner of White Lakes Associates, White Lake
Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner
of White Lake Associates, Ezra Shafron Trust, as partner of White Lake Associates, Noah
Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake
Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of
White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ozzie Silna,
Sophie Silna, Spencer Silna, Samantha Silna, Silna Family Intervivos Trust, Ted Goldberg, Lori
Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis
Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership,
Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership,
Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership,
Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership,
Barton Realty Corp., in its capacity as a Limited Partner of Shetland Fund Limited Partnership,
Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund
Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of
Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as
a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership,
Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited
Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited
Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter
Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I.
Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland
Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in
its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin
Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of
Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its capacity as a Limited Partner
of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a Limited Partner of
Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its
capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his
capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc.,

it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and Helene Juliette Feffer

Sara Spiegelman
Wachtel Missry LLP
Email: sspiegelman@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna, Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ted Goldberg, Lori Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and Helene Juliette Feffer

Jonathan K. Cooperman

Jessica L. Klarfeld
Kelley Drye & Warren LLP
Email: Jcooperman@KelleyDrye.com
Email: jklarfeld@kelleydrye.com
Attorney for: Laurence Apfelbaum, individually and in her capacities as executor and beneficiary
of the Estate of (Succession) of Doris Igoin, Emilie Apfelbaum, and Estate (Succession) of Doris
Igoin

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: Nancy J. Marks Trust 2002, Sidney Marks in his capacity as successor Trustee for
the Nancy J. Marks Trust 2002, Robert A. Marks, Susan M. Lazarus, Lawrence D. Marks, Estate
of Nancy J. Marks, Sidney Marks in his capacity as Personal Representative for the Estate of
Nancy J. Marks, Sidney Marks Trust 2002, and Sidney Marks

Herbert Beigel
Law Offices of Herbert Beigel
Email: hbeigel@gmail.com
Attorney for: M. Elliot Schnall

Marvin C. Ingber
Marvin C. Ingber
Email: mcingber@comcast.net
Attorney for: Irving J. Pinto 1996 Grantor Retained Annuity Trust, Sidney Kaplan in his/her
capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J.
Pinto 1994 Grantor Retained Annuity Trust, Irving J. Pinto 1994 Grantor Retained Annuity
Trust, Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto,
Estate of Irving J. Pinto, James B. Pinto Revocable Trust U/A DTD 12/1/03, and James B. Pinto,
individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust

Robert M. McClay
McClay Alton, P.L.L.P
Email: bob@mcclay-alton.com;law@mcclay-alton.com;jane@mcclay-alton.com
Attorney for: Irving J. Pinto 1996 Grantor Retained Annuity Trust, Sidney Kaplan in his/her
capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J.
Pinto 1994 Grantor Retained Annuity Trust, Irving J. Pinto 1994 Grantor Retained Annuity
Trust, Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto,
Estate of Irving J. Pinto, James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto,
individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,
Amy Pinto Lome Revocable Trust U/A/D 5/22/03, Amy Pinto Lome, individually and in her
capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, and
Leonard D. Lome, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d
5/22/03

Hanh Huyhn
Howard R. Elisofon
Herrick, Feinstein, LLP
Email: hhuynh@herrick.com

Email: helisofon@herrick.com
Attorney for: Douglas D. Johnson

Parvin K. Aminolroaya
Christopher M. Van de Kieft
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: cvandekieft@seegerweiss.com
Attorney for: Jonathan Sobin

Anthony L. Paccione
Brian A. Schmidt
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Email: brian.schmidt@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: RBC Centura Bank

Matthew Gluck, Esq.
Milberg LLP
Email: mgluck@milberg.com
Attorney for: Ruth E. Goldstein

Gary D. Sesser
Judith M. Wallace
Ronald D. Spencer
Carter Ledyard & Millburn LLP
Email: sesser@clm.com
Email: none
Email: none
Attorney for: Estate of Madeline Gins Arakawa, Ronald Spencer, in his capacity as Executor of
the Estate of Madeline Gins Arakawa, Michael Govan, in his capacity as Executor of the Estate
of Madeline Gins Arakawa, and Stephen Gins, in his capacity as Executor of the Estate of
Madeline Gins Arakawa

Kenneth C. Murphy
Simon & Partners LLP
Email: KCMurphy@Simonlawyers.com
Attorney for: Diane Wilson

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: ELEVEN EIGHTEEN LIMITED PARTNERSHIP, BERNARD S. GEWIRZ,
CARL S. GEWIRZ, EDWARD H. KAPLAN, JEROME A. KAPLAN, ALBERT H. SMALL,
EDWARD H. KAPLAN, MARJET LLC, IRENE R. KAPLAN, 1776 K Street Associates

Limited Partnership, Bernard S. Gewirz, Edward H. Kaplan, Estate of Robert H. Smith, Clarice
R. Smith, as personal representative, as trustee, and as an individual, Robert P. Kogod, as
personal representative, Robert H. Smith Revocable Trust, Eleventh Amendment and
Restatement, and Successor Trusts, Sherri L. Waddell, individually, Richard N. Greenberg,
individually, Aleco J. Greenberg, individually, Robert L. Powell, individually, Vicki Shannon,
individually, Delores Ross, individually, Theus Griggs, individually, William Powell,
individually, C. Richard Beyda, in his capacity as personal representative of the Estate of
Hermen Greenberg, John Schofield, in his capacity as personal representative of the Estate of
Hermen Greenberg, Lee G. Kirstein, in his capacity as personal representative of the Estate of
Hermen Greenberg, M.G., a minor, individually, C.W., a minor, individually, M.W., a minor,
individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified Terminable Interest
Property Trust for the Benefit of Monica Greenberg, as established under the Last Will and
Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last
Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under
the Last Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as
established under the Last Will and Testament of Hermen Greenberg

Thomas D. Goldberg
Margarita Y. Ginzburg
Day Pitney LLP
Email: tgoldberg@daypitney.com
Email: mginzburg@daypitney.com
Attorney for: Edmond A. Gorek, M.D., as an individual and as a joint tenant, Marguerite M.
Gorek, as an individual and as a joint tenant, and Edmond A. Gorek, MD

Marc G. Rosenberg
Lee S Shalov
McLaughlin & Stern, LLP
Email: mrosenberg@mclaughlinstern.com
Email: lshalov@mclaughlinstern.com
Attorney for: Howard Kaye

Stacey L. Meisel
Michael Holzapfel
Becker Meisel LLC
Email: slmeisel@beckermeisel.com
Email: meholzapfel@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED
PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable
Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable
Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an
individual, Margaret Katz Cann, as trustee, and as an individual, and Aron B. Katz, as trustee,
and as an individual

Joseph F. Keenan
McCanliss & Early, LLP
Email: jkeenan@mccanliss.com
Attorney for: Deidre A. Sweeney, and Estate of Armand L. Greenhall

Jonathan Evan Goldberg
Dentons US LLP
Email: jonathan.goldberg@dentons.com
Attorney for: AMERICA ISRAEL CULTURAL FOUNDATION INC

Robert M. Hirsh
Arent Fox LLP
Email: robert.hirsh@arentfox.com
Attorney for: Sherri L. Waddell, individually, Richard N. Greenberg, individually, Aleco J.
Greenberg, individually, Robert L. Powell, individually, Vicki Shannon, individually, Delores
Ross, individually, Theus Griggs, individually, William Powell, individually, C. Richard Beyda,
in his capacity as personal representative of the Estate of Hermen Greenberg, John Schofield, in
his capacity as personal representative of the Estate of Hermen Greenberg, Lee G. Kirstein, in his
capacity as personal representative of the Estate of Hermen Greenberg, M.G., a minor,
individually, C.W., a minor, individually, M.W., a minor, individually, Estate of Hermen
Greenberg, Monica Greenberg, Qualified Terminable Interest Property Trust for the Benefit of
Monica Greenberg, as established under the Last Will and Testament of Hermen Greenberg,
Trust for the Benefit of M.G., as established under the Last Will and Testament of Hermen
Greenberg, Trust for the Benefit of M.W., as established under the Last Will and Testament of
Hermen Greenberg, and Trust for the Benefit of C.W., as established under the Last Will and
Testament of Hermen Greenberg

Andrew J. Goodman
Garvey Schubert Barer
Email: agoodman@gsblaw.com
Attorney for: L. H. Rich Companies, N. R. Investment Associates, and M. R. Investment
Associates

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney for: Jan Stahl, Geri Stahl, H. Peter Steil, APO Health Inc. PSP f/b/o H. Peter Steil, APO
Health, Inc. PSP f/b/o Jan Stahl, Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl, and PJS Trading,
Inc. PSP f/b/o Jan Stahl

Joshua S. Androphy
Thomas J. Fleming
Olshan Frome Wolosky LLP
Email: JAndrophy@olshanlaw.com
Email: tfleming@olshanlaw.com
Attorney for: Marvin L. Olshan

Helen Davis Chaitman
Julie Gorchkova
Peter W. Smith
Becker & Poliakoff[1]
Email: hchaitman@beker-poliakoff.cm

---

[1] Attorneys for parties listed on Exhibit 1

Email: jgorchkova@beker-poliakoff.com
Email: psmith@bekcer-poliakoff.com

## Exhibit 1 – B&P MOTIONS

| APN | CASE NAME |
|---|---|
| 10-04292 | Robert Roman |
| 10-04302 | Joan Roman |
| 10-04303 | Kenneth Robert Cutroneo, et al. |
| 10-04305 | David Shapiro,, et al. |
| 10-04306 | Angela Tilentnick |
| 10-04314 | David Shapiro Nominee Nominee #3 |
| 10-04321 | Herbert Barbanel, et al. |
| 10-04324 | Barbara Roth, et al. |
| 10-04325 | David Shapiro Nominee #2 |
| 10-04327 | Gertrude E. Alpern Revocable Trust, et al. |
| 10-04328 | David Shapiro Nominee |
| 10-04344 | Alexander Sirotkin |
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. |
| 10-04362 | Sage Associates, et al. |
| 10-04367 | Benjamin T. Heller |
| 10-04380 | Robert Yaffe, et al. |
| 10-04381 | David Abel |
| 10-04391 | Yesod Fund, a trust, et al. |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 10-04400 | Sage Realty, et al. |
| 10-04406 | Triangle Properties # 39, Robert Yaffe, et al. |
| 10-04412 | Judith Rechler |
| 10-04425 | Manuel O. Jaffe |
| 10-04428 | Allen Meisels |
| 10-04434 | Trust U/W/O Morris Weintraub FBO Audrey Weintraub, et al. |
| 10-04438 | Estate of Seymour Epstein, et al. |
| 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant |
| 10-04474 | Roger Rechler Revocable Trust, et al. |
| 10-04487 | Robert Weintraub, et al. |
| 10-04489 | Marlene Krauss |
| 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. |
| 10-04503 | Judd Robbins |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 10-04541 | Kenneth W Perlman, et al. |
| 10-04545 | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child |
| 10-04562 | Robert F. Ferber |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. |
| 10-04599 | Alvin E. Shulman |
| 10-04606 | Florence W. Shulman |
| 10-04610 | The Whitman Partnership, et al. |
| 10-04614 | Robert S. Whitman |

| 10-04621 | Donald A. Benjamin |
|----------|---------------------|
| 10-04633 | Richard S. Poland |
| 10-04644 | Russell L. Dusek, |
| 10-04648 | Peter D. Kamenstein |
| 10-04660 | P.B. Robco Inc. |
| 10-04667 | David Gross, et al. |
| 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. |
| 10-04680 | Chalek Associates LLC, et al. |
| 10-04682 | James M Garten |
| 10-04694 | Clothmasters, Inc. |
| 10-04709 | Andrew M. Goodman |
| 10-04712 | Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Trust |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. |
| 10-04728 | Bruno L. Digiulian |
| 10-04733 | J.Z. Personal Trust, et al. |
| 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. |
| 10-04748 | Murray Horowitz, et al. |
| 10-04749 | Philip F. Palmedo |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. |
| 10-04752 | Kuntzman Family LLC, et al. |
| 10-04753 | Carla Ginsburg |
| 10-04762 | James M. Goodman |
| 10-04768 | Placon2, William R. Cohen, et al. |
| 10-04781 | Estate of Irene Schwartz, et al. |
| 10-04786 | Edwin Michalove |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. |
| 10-04806 | Kenneth M.Kohl, as an individual and as a joint tenant, et al. |
| 10-04809 | Allen Gordon |
| 10-04812 | Shari Block Jason |
| 10-04818 | Toby Harwood |
| 10-04823 | Frank DiFazio, et al. |
| 10-04826 | Boyer Palmer |
| 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. |
| 10-04852 | Alvin E. Shulman Pourover Trust, et al. |
| 10-04859 | Bert Margolies Trust, et al. |
| 10-04867 | Estate of Steven I. Harnick, et al. |
| 10-04876 | Marie S. Rautenberg |
| 10-04884 | Steven Andelman |
| 10-04889 | Robert S. Savin |
| 10-04905 | Train Klan, a Partnership, et al. |
| 10-04912 | Harry Smith Revocable Living Trust, et al. |
| 10-04914 | Allen Gordon |
| 10-04916 | Susan Andelman |
| 10-04920 | Glenhaven Limited, et al. |
| 10-04956 | D. M. Castelli |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. |

| 10-04991 | Guiducci Family Limited Partnership, et al. |
| 10-04993 | Melvin H. and Leona Gale Joint Revocable Living Trust, et al. |
| 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. |
| 10-05032 | Marvin Kirsten, et al. |
| 10-05037 | Barbara L. Savin |
| 10-05041 | Marilyn Turk Revocable Trust, et al. |
| 10-05051 | Bevro Realty Corp. Defined Benefit Pension Plan, et al. |
| 10-05064 | The Celeste & Adam Bartos Charitable Trust, et al. |
| 10-05079 | Estate of James M. Goodman, et al. |
| 10-05102 | Robert A. Benjamin, et al. |
| 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| 10-05105 | Robert C. Luker Family Partnership, et al. |
| 10-05106 | Stony Brook Foundation, Inc. |
| 10-05116 | Leonard J. Oguss Trust, et al. |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. |
| 10-05128 | JABA Associates LP, et al. |
| 10-05133 | Boyer H. Palmer, individually, etc, et al. |
| 10-05135 | Reckson Generation, et al. |
| 10-05148 | Bert Brodsky Associates, Inc. Pension Plan, et al. |
| 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| 10-05151 | Palmer Family Trust,etc., et al. |
| 10-05154 | Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan |
| 10-05157 | The Harnick Brothers Partnership, et al. |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al |
| 10-05190 | The Lazarus-Schy Family Partnership, etc., et al |
| 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, etc., et al |
| 10-05217 | Edward I. Speer, et al |
| 10-05232 | Trust for the benefit of Ryan Tavlin, et al. |
| 10-05259 | Stanley I. Lehrer, individually, et al. |
| 10-05309 | William Pressman, Inc., et al. |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. |
| 10-05377 | Richard G. Eaton |
| 10-05420 | Gunther K. Unflat, et al. |
| 10-05435 | Keith Schaffer, et al. |
| 10-05438 | Realty Negotiators Inc. Defined Benefit Pension Plan, et al. |
| 10-05443 | Brad Wechsler |
| 12-01706 | Estate of Nathan Schupak |

## Exhibit 2 – ADVERSARY PROCEEDINGS

| APN | CASE NAME |
| --- | --- |
| 10-04323 | Sondra M. Wiener Trust, et al. |
| 10-04293 | Dr. Marvin Wiener |
| 10-04294 | David T. Washburn |
| 10-04301 | Frieda Bloom |
| 10-04289 | John Fujiwara, et al. |
| 10-04307 | Howard Solomon |
| 10-04304 | Elinor Solomon |
| 10-04724 | P. Charles Gabriele |
| 10-04575 | Boslow Family Limited Partnership, et al. |
| 10-04332 | Barry Weisfield |
| 10-05401 | Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. |
| 10-05209 | Lapin Children LLC |
| 10-04978 | Estate of Ira S. Rosenberg, et al. |
| 10-04495 | Carl Glick |
| 10-04396 | Edith A. Schur |
| 10-04511 | Weithorn/Casper Associates for Selected Holdings, LLC |
| 10-04966 | Onesco International, LTD, et al. |
| 10-04435 | Prospect Capital Partners, et al. |
| 10-04576 | Norton A. Eisenberg |
| 10-04944 | Pergament Equities, et al. |
| 10-05194 | Bruce D. Pergament, et al |
| 10-04565 | The Murray & Irene Pergament Foundation, Inc, et al. |
| 10-05397 | Oakdale Foundation, Inc., et al. |
| 10-04741 | William M. Woessner Family Trust |
| 10-04560 | Richard E. Feldman |
| 10-04349 | Pauline B. Feldman |
| 10-05372 | O.D.D. Investment, L.P, et al. |
| 10-04472 | Daniel N. Silna, et al. |
| 10-04470 | The Silna Family Inter Vivos Trust, et al. |
| 10-04336 | Estate of Doris Igoin, et al. |
| 10-05036 | Elinor Friedman Felcher |
| 10-04601 | Leif |
| 10-04698 | Nancy J. Marks Trust 2002, et al. |
| 10-04772 | M. Elliot Schnall |
| 10-05400 | Ted Goldberg, et al. |
| 10-04726 | Lori Chemla, et al. |
| 10-04744 | Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. |
| 10-04335 | Aspen Fine Arts Co. |
| 10-04655 | Jaffe Family Investment Partnership, et al. |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |
| 10-04588 | Amy Pinto Lome Revocable Trust U/A/D 5/22/03, et al. |
| 10-04906 | Steven V Marcus Separate Property of the Marcus Family Trust |

| | |
|---|---|
| 10-04551 | Douglas D. Johnson |
| 10-04579 | Shetland Fund Limited Partnership, et al. |
| 10-04502 | Steven Schiff |
| 10-04363 | Schiff Family Holdings Nevada Limited Partnership, et al. |
| 10-04717 | William Diamond |
| 10-04370 | Sidney Marks Trust 2002, et al. |
| 10-04540 | Jonathan Sobin |
| 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. |
| 10-04881 | Jillian Wernick Livingston |
| 10-04735 | Kara Fishbein Goldman, et al. |
| 10-04467 | David S. Wallenstein |
| 10-04725 | Ruth E. Goldstein |
| 10-04988 | Wallenstein/NY Partnership, et al. |
| 10-04447 | Franklin Sands |
| 10-04861 | Harold J. Hein |
| 10-04827 | Madeline Gins Arakawa individually and as joint tenant, et al. |
| 10-04415 | Barbara J. Berdon |
| 10-04408 | Yankowitz, et al. |
| 10-04896 | Helene Juliette Feffer |
| 10-04361 | Harvey L. Werner Revocable Trust, et al. |
| 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. |
| 10-05239 | Robert Fried, et al. |
| 10-04774 | Diane Wilson |
| 10-05094 | The Estate of Carolyn Miller, et al. |
| 10-04357 | James Greiff |
| 10-04647 | The Abbit Family Trust 9/7/90, et al. |
| 10-04976 | Eleven Eighteen Limited Partnership, et al. |
| 10-04582 | Gerald Blumenthal |
| 10-04797 | Edmond A. Gorek, as an individual and as a joint tenant, et al. |
| 10-04623 | Edmond A. Gorek |
| 10-04954 | Ruth Kahn |
| 10-04796 | Howard Kaye |
| 10-04756 | Stephen B. Kaye, as an individual and as a joint tenant, et al. |
| 10-04419 | Katz Group Limited Partnership, a Wyoming limited partnership,et al. |
| 10-04865 | Edward H. Kaplan, et al. |
| 10-04341 | Marden, et al. |
| 10-05118 | Charlotte M. Marden |
| 10-04348 | Marden Family Limited Partnership, et al. |
| 10-05027 | 1776 K Street Associates Limited Partnership, et al. |
| 10-05160 | The Lanny Rose Revocable Trust, a Florida trust, et al. |
| 10-04900 | Bonnie J. Kansler |
| 10-05169 | Fairfield Pagma Associates,etc.,et al. |
| 10-05246 | The Frances J. Le Vine Revocable Trust, et al. |
| 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer, |
| 10-05048 | Armand L. Greenhall, et al. |
| 10-04921 | Stanley T. Miller |

| 10-04481 | Armand Lindenbaum |
| 10-04401 | Rose Gindel Trust, et al. |
| 10-05069 | Potamkin Family Foundation Inc. |
| 10-05058 | America Israel Cultural Foundation, Inc |
| 10-05224 | David R. Markin, individually and as trustee of the David Markin Char |
| 10-04998 | Estate Of Hermen Greenberg, et al. |
| 10-05231 | Trust under Deed of Suzanne R. May dated November 23, 1994, et al. |
| 10-04951 | Harold A. Thau |
| 10-05089 | John Denver Concerts, Inc. Pension Plan Trust, et al. |
| 10-05371 | L.H. Rich Companies, N.R, et al. |
| 10-05085 | Eugene J. Ribakoff 2006 Trust, et al. |
| 10-04672 | Sidney Cole |
| 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. |
| 10-05136 | Richard Roth |
| 10-04394 | Frederic Z. Konigsberg, et al. |
| 10-05384 | Neil Reger Profit Sharing Keogh, et al. |
| 10-04946 | Stephen R. Goldenberg |
| 10-04799 | Marvin L. Olshan |
| 10-05424 | The Frederica Ripley French Revocable Trust, et al. |