**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> CACEIS BANK LUXEMBOURG and CACEIS BANK, <br><br> Defendants. | Adv. Pro. No. 11-02758 (SMB) |

**STIPULATION FOR EXTENSION OF TIME**

On June 16, 2014, Caceis Bank Luxembourg and Caceis Bank France, formerly known as Caceis Bank (collectively, "Caceis" or the "Defendants") filed a motion to dismiss the Complaint (the "Motion") in the above-captioned adversary proceeding (Adv. Pro. No. 11-02758 (BRL)) (the "Adversary Proceeding"). The Trustee has requested an extension of time to respond to the Motion or to file an amended Complaint. Caceis does not oppose the Trustee's request for a further extension.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that:

Caceis does not recognize that the Trustee has the right to amend the Complaint as a matter of course nor does Caceis consent to such an amendment. The Trustee, however, asserts that he has a right to amend the Complaint as a matter of course. To the extent the Trustee seeks to amend the Complaint, any such amendment shall be filed and served on the undersigned counsel to the Defendants on or before October 29, 2014. Caceis shall file and serve on the undersigned counsel to the Trustee any response or make any motion with respect to such amendment on or before December 17, 2014.

If the Trustee objects to the Motion, he shall file and serve on the undersigned counsel to the Defendants any such objection on or before October 29, 2014. Caceis shall file and serve on the undersigned counsel to the Trustee any reply papers on or before November 19, 2014. The hearing date for the Motion, currently set for November 19, 2014, shall be rescheduled for _____.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including, without limitation, any right to a jury trial.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: September 23, 2014

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| By: /s/ Matthew B. Lunn<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: *mlunn@ycst.com*<br>　　　　*jduda@ycst.com*<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ Daniel Schimmel<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>Thomas B. Kinzler<br>Email: *tkinzler@kelleydrye.com*<br>Daniel Schimmel<br>Email: *dschimmel@kelleydrye.com*<br>Jaclyn Metzinger<br>Email: *jmetzinger@kelleydrye.com*<br><br>*Attorneys for the Defendants* |

**SO ORDERED:**

Dated: September 23rd, 2014            /s/ STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　Honorable Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge