# Exhibit A

## Carlisle, Marie L.

| | |
|---|---|
| **From:** | Gregory Kinoian <GKinoian@ohdlaw.com> |
| **Sent:** | Wednesday, March 26, 2014 6:22 PM |
| **To:** | Carlisle, Marie L.; Paul Hollander |
| **Cc:** | Hochmuth, Farrell; Smith, Rachel M. |
| **Subject:** | RE: Adv. Pro. No. 10-04683; Trustee, Irving R. Picard v. Laurel Kohl and Jodi M. Kohl - Initial Disclosures |

I should have sent you an update sooner.  We learned that Mr. Meyers was no longer with the Dorfman firm.  However, he still works for the Kohls.  He still had some files (about a redweld), and advised us that Dorfman still had some files.  Dorfman has turned over all the files they had (about 2 banker boxes).  Meyers' files and Dorfman's files are now in our possession and I'm in the process of reviewing them.  We will be sending them to you as soon as possible, likely next week.  Thank you for your courtesies.

Greg

Gregory S. Kinoian

OKIN, HOLLANDER & DeLUCA, L.L.P.
One Parker Plaza, 12th Floor
Fort Lee, NJ  07024
Tel:  (201) 947-7500 x226
Fax:  (201) 947-2663
E-Mail:  gkinoian@ohdlaw.com

---

**From:** Carlisle, Marie L. [mailto:mcarlisle@bakerlaw.com]
**Sent:** Wednesday, March 26, 2014 7:15 PM
**To:** Gregory Kinoian; Paul Hollander
**Cc:** Hochmuth, Farrell; Smith, Rachel M.
**Subject:** Adv. Pro. No. 10-04683; Trustee, Irving R. Picard v. Laurel Kohl and Jodi M. Kohl - Initial Disclosures

Greg and Paul,

As you are aware, pursuant to the Case Management Notice filed in the above referenced matter, initial disclosures were to be served on or before March 11, 2014.  We provided you with the Trustee's disclosures and documents on March 11, as well as access to the Trustee's electronic data room, but to date have not yet received any disclosures from your clients.  If you sent them and we somehow missed them, please let me know when and to whom they were sent so that I can locate them.  If not, we request that you provide us copies of your clients' disclosures as soon as possible.

Thank you,

Marie

| My Bio | Web site | vCard |
|---|---|---|
| T  713.646.1388<br>F  713.751.1717 | **Marie Carlisle**<br>mcarlisle@bakerlaw.com | |

1

www.bakerlaw.com

BakerHostetler
811 Main Street
Suite 1100
Houston, TX 77002-6111

**BakerHostetler**

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.