# Exhibit B

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

May 22, 2014

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and US Mail**

Gregory Kinoian
Paul Hollander
Okin, Hollander & DeLuca, LLP
One Parker Plaza, 12th Floor
400 Kelby Street
Fairlawn, NJ 07024
phollander@ohdlaw.com
GKinoian@ohdlaw.com

Re:   Adv. Pro. No. 10-04683 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Laurel Kohl, individually and as a joint tenant, and Jodi M. Kohl, individually and as a joint tenant*, in the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

This letter is to serve as a reminder that the Trustee has not yet received Laurel and Jodi Kohl's Initial Disclosures in the above referenced matter. Pursuant to the parties' Case Management Notice, Initial Disclosures were due on March 11, 2014. In an email dated March 26, 2014, you informed counsel for the Trustee that you were in the process of reviewing documents and expected to send them out the following week. Since that time, however, we have not received the disclosures nor have you responded to voice mails inquiring as to status.

Before taking further action as provided for by the Local Rules of the United States Bankruptcy Court or seeking court intervention, we are extending, as a professional courtesy, this reminder of your client's obligation to provide Initial Disclosures.

If you have previously sent the disclosures and accompanying documents, please let us know when you sent them and to whom they were addressed so that we may locate them.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Gregory Kinoian
Paul Holalnder
May 22, 2014
Page 2

If you have any questions regarding any of the above, please feel free to contact me or Marie Carlisle at 713-646-1388.

Regards,

Dean D. Hunt