# Exhibit C

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

June 25, 2014

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and US Mail**

Gregory Kinoian
Paul HollanderK
Okin, Hollander & DeLuca, LLP
One Parker Plaza, 12th Floor
400 Kelby Street
Fairlawn, NJ 07024
phollander@ohdlaw.com
GKinoian@ohdlaw.com

Re:   Adv. Pro. No. 10-04683 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Laurel Kohl, individually and as a joint tenant, and Jodi M. Kohl, individually and as a joint tenant*, in the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

With regards to the above-referenced Adversary Proceeding, enclosed please find the following:

- the Trustee Irving Picard's First Set of Interrogatories to Defendant Laurel Kohl;

- the Trustee Irving Picard's First Set of Interrogatories to Defendant Jodi M. Kohl;

- the Trustee Irving Picard's First Set of Requests for Production of Documents to Defendant Laurel Kohl; and

- the Trustee Irving Picard's First Set of Requests for Production of Documents to Defendant Jodi M. Kohl.

Further, I want to again remind you that the Trustee has not yet received Laurel and Jodi Kohl's Initial Disclosures in the above referenced matter. Pursuant to the parties' Case Management Notice, Initial Disclosures were due on March 11, 2014. In an email

Gregory Kinoian
Paul Holalnder
June 25, 2014
Page 2

dated March 26, 2014, you informed counsel for the Trustee that you were in the process of reviewing documents and expected to send them out the following week. Since that time, however, we have not received the disclosures nor have you responded to voice mails or correspondence inquiring as to status.

If you have any questions regarding any of the above, please feel free to contact me or Marie Carlisle at 713-646-1388.

Regards,

Dean D. Hunt

Enclosures