# Exhibit D

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

August 26, 2014

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and Hand Delivery**

Gregory Kinoian
Paul Hollander
Okin, Hollander & DeLuca, LLP
One Parker Plaza, 12th Floor
400 Kelby Street
Fairlawn, NJ 07024
phollander@ohdlaw.com
GKinoian@ohdlaw.com

Re:    Adv. Pro. No. 10-04683 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Laurel Kohl, individually and as a joint tenant, and Jodi M. Kohl, individually and as a joint tenant*, in the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

With regards to the above-referenced Adversary Proceeding, enclosed please find the following:

- Trustee Irving Picard's First Set of Requests for Admissions to Defendant Laurel Kohl; and

- Trustee Irving Picard's First Set of Requests for Admissions to Defendant Jodi M. Kohl.

Further, I want to again remind you that the Trustee has not yet received Laurel and Jodi Kohl's Initial Disclosures in the above referenced matter, nor has he received Laurel and Jodi Kohl's responses to the Trustees Interrogatories or Requests for Production. Pursuant to the parties' Case Management Notice, Initial Disclosures were due on March 11, 2014. The Trustee's Interrogatories and Requests for Production were served on June 25, 2014, with responses due by July 25, 2014. To date, the Trustee has not yet received any of these documents from your clients. If you have previously sent the disclosures, discovery responses and accompanying documents,

Gregory Kinoian
Paul Hollander
August 26, 2014
Page 2

please let us know when you sent them and to whom they were addressed so that we may locate them.

If you have any questions regarding any of the above, please feel free to contact me or Marie Carlisle at 713-646-1388.

Regards,

*Dean D. Hunt*

Dean D. Hunt          *by permission mc*

Enclosures