# Exhibit E

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

August 27, 2014

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and Hand Delivery**

Gregory Kinoian
Paul Hollander
Okin, Hollander & DeLuca, LLP
One Parker Plaza, 12th Floor
400 Kelby Street
Fairlawn, NJ 07024
phollander@ohdlaw.com
GKinoian@ohdlaw.com

Re:   Adv. Pro. No. 10-04683 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Laurel Kohl, individually and as a joint tenant, and Jodi M. Kohl, individually and as a joint tenant*, in the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

With regards to the above-referenced Adversary Proceeding, enclosed please find the following:

- Trustee Irving Picard's Second Set of Requests for Production to Defendant Laurel Kohl; and

- Trustee Irving Picard's Second Set of Requests for Production to Defendant Jodi M. Kohl.

We were recently informed by your clients' former accounting firm, Dorfman Abrams Music LLC, that they no longer represent your clients and that all records were returned to Laurel and/or Jodi Kohl on or about March 19, 2014. Enclosed with this letter is a copy of the correspondence received by our office from Dorman Abrams Music LLC. Therefore, please produce all responsive documents including those documents received from Dorfman Abrams Music LLC that have been returned to their possession.

Further, and as indicated in our correspondence of August 26, 2014, please be reminded of your client's outstanding discovery obligations, including Defendants' Initial

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Gregory Kinoian
Paul Hollander
August 27, 2014
Page 2

Disclosures, production of documents in response to the Trustee's Requests for Production and Interrogatory Answers. If you have previously sent the disclosures, discovery responses and accompanying documents, please let us know when you sent them and to whom they were addressed so that we may locate them.

If you have any questions regarding any of the above, please feel free to contact me or Marie Carlisle at 713-646-1388.

Regards,

*Dean D. Hunt by permission mc*

Dean D. Hunt

Enclosures