**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

G. Bruce Lifton (the "Claimant"), having filed an objection (the "Objection," Docket No. 2070) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010799), hereby gives notice that he withdraws such Objection.

Dated: September 11, 2014

                                                                                                             _____
                                                                                        Alan Marder, on behalf of G. Bruce Lifton
                                                                                       Meyer, Suozzi, English & Klein, P.C.
                                                                                      990 Stewart Avenue
                                                                                      P.O. Box 9194
                                                                                      Garden City, New York 11530
                                                                                      Telephone: 516.592.5708