UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Howard Berger (the "Claimant"), having filed objection (the "Objection", Docket Number 3621) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006051), hereby gives notice that he withdraws such Objection.

Dated: September 22, 2014

_____
Howard Berger
27 Holiday Point Road
Sherman, CT 06784