UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

Beth Gersten and Irving B. Kahn Foundation Inc. (the "Claimants"), having filed objections (the "Objections", Docket Numbers 3770 and 3771) to the Trustee's Notices of Determination respecting Claimants customer claims (#004650 and 003113), hereby give notice that they withdraw such Objections.

Dated: September 11, 2014

_Beth H Gersten_
Beth Gersten on behalf of the Claimants
385 Route 24 Suite 1E
Chester NJ 07930