UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Gloria Hendler Trust and Milton Hendler Residuary Trust (the "Claimants"), having filed objections (the "Objections", Docket Numbers 3772 and 3773) to the Trustee's Notices of Determination respecting Claimants customer claims (#003809 and 003122), hereby give notice that they withdraw such Objections.

Dated: September 11, 2014

_____
Gloria Hendler on behalf of the Claimants
385 Route 24 Suite 1E
Chester NJ 07930