**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF MERCEDES P. REA and ANTHONY J. D'AURIA, in his capacity as personal representative of the Estate of Mercedes P. Rea,<br><br>Defendants. | Adv. Pro. No. 10-05393 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including November 14, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[The Remainder of this Page Left Blank Intentionally]**

Dated:          New York, New York
                September 26, 2014

**LAW OFFICE OF**
**RICHARD E. SIGNORELLI**

By: *s/ Richard E. Signorelli*
799 Broadway, Suite 53
New York, NY 10003
Telephone: 212.254.4218
Facsimile: 212.254.1396
Richard E. Signorelli
Email: rsignorelli@aol.com and
rsignorelli@nyclitigator.com
Bryan Ha
Email: bhanyc@gmail.com

*Attorneys for Defendants The Estate of*
*Mercedes P. Rea and Anthony J. D'Auria, in*
*his capacity as the personal representative of*
*the Estate of Mercedes P. Rea*

**BAKER & HOSTETLER LLP**

By: *s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jessie A. Kuhn
Email: jkuhn@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com
Lindsey A. Shoshany
Email: lshoshany@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*

**JEFFREY N. RICH**

By: *s/ Jeffrey N. Rich*
Rich Michaelson Magaliff Moser LLP
340 Madison Avenue, 19th Floor
New York, NY 10173
Telephone: 212.220.9402
Facsimile: 212.913.9641
Email: jrich@r3mlaw.com

*Mediator*