Schedule 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Amy Luria Partners LLC ("Claimant"), having filed an objection (the "Objection", Docket No. 3030) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#013293 and #70221), hereby gives notice that it withdraws such Objection.

Dated: September 12, 2014

_____
Steven R. Schlesinger, Esq.
On behalf of Amy Luria Partners LLC
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530

18

300314132.9