Schedule 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Robert Luria Partners ("Claimant"), having filed an objection (the "Objection", Docket No. 2791) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#013315, #70219, and #70220), hereby gives notice that it withdraws such Objection.

Dated: September 12, 2014

                                              Steven R. Schlesinger, Esq.
                                              On behalf of Robert Luria Partners
                                              Jaspan Schlesinger LLP
                                              300 Garden City Plaza
                                              Garden City, New York 11530