UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Judie B. Lifton and Martin Lifton as Trustee of the Judie Lifton 1996 Revocable Trust dated September 5, 1996 (the "Claimant"), having filed an objection (the "Objection," Docket No. 2071) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010284), hereby gives notice that it withdraws such Objection.

Dated: September 29, 2014

_____
Alan Marder, on behalf of Judie B. Lifton as
Trustee of the Judie Lifton 1996 Revocable
Trust dated September 5, 1996
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue
P.O. Box 9194
Garden City, New York 11530
Telephone: 516.592.5708

_____
Michael I. Goldberg, on behalf of Martin
Lifton as Trustee of the Judie Lifton 1996
Revocable Trust dated September 5, 1996
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: 954.463.2700