**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF JEROME I. GELLMAN, FLORENCE GELLMAN, as personal representative and as an individual, and KENNETH GELLMAN, <br><br> Defendants. | Adv. Pro. No. 10-05117 (SMB) |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")1 [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, each adversary proceeding shall be referred to mediation upon the completion of discovery without further court order.  The Trustee shall file a notice of mediation referral at the time the adversary proceeding is being referred to mediation. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee states that discovery in the above-referenced adversary proceeding has been completed and that it is referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Trustee and Defendant (the "Parties") shall choose a mediator in accordance with the Mediation Order.  If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.

---

1 All terms not defined herein shall be given the meaning ascribed to them in the Order.

Dated: New York, New York
      September 29, 2014

Of Counsel:                                                **BAKER & HOSTETLER LLP**

**BAKER & HOSTETLER LLP**                                  By: *s/ Nicholas J. Cremona*
11601 Wilshire Boulevard, Suite 1400                       45 Rockefeller Plaza
Los Angeles, California 90025-0509                         New York, New York 10111
Telephone: 310.820.8800                                    Telephone: 212.589.4200
Facsimile: 310.820.8859                                    Facsimile: 212.589.4201
Michael R. Matthias                                        David J. Sheehan
Email: mmatthias@bakerlaw.com                              Email: dsheehan@bakerlaw.com
                                                           Marc E. Hirschfield
                                                           Email: mhirschfield@bakerlaw.com
                                                           Nicholas J. Cremona
                                                           Email: ncremona@bakerlaw.com

                                                           *Attorneys for Irving H. Picard, Trustee for the*
                                                           *Substantively Consolidated SIPA Liquidation*
                                                           *of Bernard L. Madoff Investment Securities*
                                                           *LLC and for the Estate of Bernard L. Madoff*

300335620