**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05117 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF JEROME I. GELLMAN, FLORENCE GELLMAN, as personal representatives and as an individual, and KENNETH GELLMAN, | |
| Defendants. | |

# ORDER GRANTING APPLICATION OF JOSEPH S. ROSENTHAL
# TO WITHDRAW AS ATTORNEY OF RECORD

Upon consideration of the application of Joseph S. Rosenthal, Esq., to withdraw as counsel of record (the "Application"), as well as the supporting declaration; and the Court having jurisdiction to consider the Application; and the Court having determined that the relief sought in the Application is just and appropriate; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** as follows:

1. ~~The Application is GRANTED;~~**[SMB: 10/1/14]**

2. Attorney Joseph S. Rosenthal, Esq., is permitted to withdraw as counsel of record for defendants Florence Gellman, Kenneth Gellman, and the Estate of Jerome I. Gellman;

3. This Court shall retain jurisdiction and authority to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

Dated: October 1st, 2014         /s/ STUART M. BERNSTEIN
                                 THE HONORABLE STUART M. BERNSTEIN
                                 UNITED STATES BANKRUPTCY JUDGE