**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 2, 2014 AT 10:30 A.M.**

**CONTESTED MATTER**

**Picard v. Merkin, et al.; Adv. Pro. No. 09-01182**

1. Notice of Trustee's Motion to Direct Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b) and to Certify Judgment for Immediate Appeal Under 28 U.S.C. § 158(d) (Filed: 9/5/2014) [ECF No. 226]

  A. Trustee's Memorandum of Law in Support of Motion to Direct Entry of Final

    Judgment Under Federal Rule of Civil Procedure 54(b) and to Certify Judgment for Immediate Appeal Under 28 U.S.C. § 158(d) (Filed: 9/5/2014) [ECF No. 227]

    B. Brief of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Direct Entry of Final Judgment and to Certify Judgment for Immediate Appeal (Filed: 9/5/2014) [ECF No. 228]

Replies Filed:

2. Memorandum of Law In Opposition To Trustees Motion To Direct Entry of Final Judgment Under Federal Rule of Civil Procedure 54 (b) And to Certify Judgment For Immediate Appeal (Filed: 9/12/2014) [ECF No. 230]

3. Memorandum of Law of Bart M. Schwartz, As Receiver For Defendants Ariel Fund Limited And Gabriel Capital, L.P., And Ralph C. Dawson, As Receiver For Defendant Ascot Partners, L.P., In Opposition To Trustee's Motion To Direct Entry of Final Judgment Under Fed. R. Civ. P. 54(b) And To Certify Judgment For Immediate Appeal Under 28 U.S.C. Section 158(d) (Filed: 9/12/2014) [ECF No. 231]

Additional Documents:

4. Notice of Hearing on Trustee's Motion to Direct Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b) and to Certify Judgment for Immediate Appeal Under 28 U.S.C. § 158(d) (Filed: 9/22/2014) [ECF No. 232]

    Status: This matter is going forward.

Dated: New York, New York
       October 1, 2014

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*