Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 2, 2014

Regina L. Griffin
direct dial: 212.589.4276
rgriffin@bakerlaw.com

**VIA E-MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:  No. 08-1789 (SMB), Trustee's Omnibus Motion for Leave to Replead and Defendants'
     Request for Further Proceedings on Extraterritoriality Motion

Dear Judge Bernstein:

      We represent Irving Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff").  We submit this letter to the Court jointly with Robinson B. Lacy, Esq., one of the coordinating defense counsel with respect to the extraterritoriality issue ("Extraterritoriality Issue").

      At the conference before the Court on September 17, 2014, the parties discussed potential parameters for efficiently proceeding with respect to the Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery ("Trustee's Motion") and the defendants' request for further proceedings with respect to the Extraterritoriality Issue.  Since the conference, the parties have been working together to prepare a mutually acceptable agreed order that will set forth a proposed process and briefing schedule.  The parties anticipate submitting a proposed order for the Court's consideration in short order.

      Pending the Court's approval of the proposed order, as discussed with the Court at the September 17th conference, this letter is being placed on the docket to confirm that the Trustee's Motion, including the time to file papers in opposition to the Trustee's Motion, is adjourned *sine die*.

The Honorable Stuart M. Bernstein
October 2, 2014
Page 2

Very truly yours,

/s/ Regina Griffin


Regina L. Griffin
Partner


cc:   Robinson B. Lacy, Esq.
      Sullivan & Cromwell LLP

      Franklin B. Velie, Esq.
      Sullivan & Worcester LLP

      Marco E. Schnabl, Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP

      Howard L. Simon, Esq.
      Windels Marx Lane & Mittendorf LLP

      Matthew B. Lunn, Esq.
      Young Conaway Stargatt & Taylor LLP