

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Matthew B. Lunn
P 302.571.6646
F 302.576.3312
Mlunn@ycst.com

October 2, 2014

**VIA E-MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:    Adv. Pro. No. 11-02758 (SMB); Adv. Pro. No. 12-01022 (SMB); Adv. Pro. No. 12-01669 (SMB); Adv. Pro. No. 12-01670 (SMB); Adv. Pro. No. 12-01680 (SMB)

Dear Judge Bernstein:

    Young Conaway Stargatt & Taylor, LLP ("Young Conaway") is counsel for Irving Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the substantively consolidated estate of Bernard L. Madoff, and is counsel of record for the Trustee in the above-referenced adversary proceedings. Young Conaway hereby joins in its entirety the attached letter submitted jointly today by Baker & Hostetler LLP and Robinson B. Lacy, Esq. in the consolidated BLMIS main docket (Adv. Pro. No. 08-01789) [Dkt. No. 8060].

                                Respectfully,

                                /s/ Matthew B. Lunn

                                Matthew B. Lunn

MBL/jpd

 Cc:    Robinson B. Lacy, Esq.
          Sullivan & Cromwell LLP

01:16092704.2

Rockefeller Center ● 1270 Avenue of the Americas, Suite 2210 ● New York, NY 10020
P  212.332.8840  F  212.332.8855  YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
October 2, 2014
Page 2

    Franklin B. Velie, Esq.
    Sullivan & Worcester LLP

    Marco E. Schnabl, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP

    Regina L. Griffin, Esq.
    Baker & Hostetler LLP

    Howard L. Simon, Esq.
    Windels Marx Lane & Mittendorf, LLP

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 2, 2014

Regina L. Griffin
direct dial: 212.589.4276
rgriffin@bakerlaw.com

**VIA E-MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

Re:   No. 08-1789 (SMB), Trustee's Omnibus Motion for Leave to Replead and Defendants' Request for Further Proceedings on Extraterritoriality Motion

Dear Judge Bernstein:

  We represent Irving Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff").  We submit this letter to the Court jointly with Robinson B. Lacy, Esq., one of the coordinating defense counsel with respect to the extraterritoriality issue ("Extraterritoriality Issue").

  At the conference before the Court on September 17, 2014, the parties discussed potential parameters for efficiently proceeding with respect to the Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery ("Trustee's Motion") and the defendants' request for further proceedings with respect to the Extraterritoriality Issue.  Since the conference, the parties have been working together to prepare a mutually acceptable agreed order that will set forth a proposed process and briefing schedule.  The parties anticipate submitting a proposed order for the Court's consideration in short order.

  Pending the Court's approval of the proposed order, as discussed with the Court at the September 17th conference, this letter is being placed on the docket to confirm that the Trustee's Motion, including the time to file papers in opposition to the Trustee's Motion, is adjourned *sine die*.

The Honorable Stuart M. Bernstein
October 2, 2014
Page 2

Very truly yours,

/s/ Regina Griffin

Regina L. Griffin
Partner

cc:   Robinson B. Lacy, Esq.
      Sullivan & Cromwell LLP

      Franklin B. Velie, Esq.
      Sullivan & Worcester LLP

      Marco E. Schnabl, Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP

      Howard L. Simon, Esq.
      Windels Marx Lane & Mittendorf LLP

      Matthew B. Lunn, Esq.
      Young Conaway Stargatt & Taylor LLP