

**Windels Marx Lane & Mittendorf, LLP**

windelsmarx.com

Howard L. Simon
212.237.1094
hsimon@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

October 2, 2014

**VIA E-MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:   Adv. Pro. No. 12-1677 (SMB); Adv. Pro. No. 11-2925 (SMB); Adv. Pro. No. 12-1025 (SMB); Adv. Pro. No. 12-1273 (SMB); Adv. Pro. No. 12-1278 (SMB); Adv. Pro. No. 12-1676 (SMB); Adv. Pro. No. 12-1698 (SMB); Adv. Pro. No. 11-2731 (SMB); Adv. Pro. No. 12-1699 (SMB)

Dear Judge Bernstein:

Windels Marx Lane & Mittendorf, LLP ("Windels Marx") acts as special counsel to Irving Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the substantively consolidated estate of Bernard L. Madoff, and is counsel of record for the Trustee in the above-referenced adversary proceedings. Windels Marx hereby joins in its entirety the attached letter submitted jointly today by Baker Hostetler and Robinson B. Lacy, Esq. in the consolidated BLMIS main docket (Adv. Pro. No. 08-01789) [Dkt. No. 8060].

Respectfully,

*/s/ Howard L. Simon*

Howard L. Simon

Cc:   Robinson B. Lacy, Esq.
      Sullivan & Cromwell LLP

{11008385:1}



The Honorable Stuart M. Bernstein
October 2, 2014
Page 2

    Franklin B. Velie, Esq.
    Sullivan & Worcester LLP

    Marco E. Schnabl, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP

    Regina L. Griffin, Esq.
    Baker & Hostetler LLP

    Matthew B. Lunn, Esq.
    Young Conaway Stargatt & Taylor LLP

{11008385:1}

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 2, 2014

Regina L. Griffin
direct dial: 212.589.4276
rgriffin@bakerlaw.com

**VIA E-MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

Re:   No.  08-1789 (SMB), Trustee's Omnibus Motion for Leave to Replead and Defendants'
      Request for Further Proceedings on Extraterritoriality Motion

Dear Judge Bernstein:

We represent Irving Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff").  We submit this letter to the Court jointly with Robinson B. Lacy, Esq., one of the coordinating defense counsel with respect to the extraterritoriality issue ("Extraterritoriality Issue").

At the conference before the Court on September 17, 2014, the parties discussed potential parameters for efficiently proceeding with respect to the Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery ("Trustee's Motion") and the defendants' request for further proceedings with respect to the Extraterritoriality Issue.  Since the conference, the parties have been working together to prepare a mutually acceptable agreed order that will set forth a proposed process and briefing schedule.  The parties anticipate submitting a proposed order for the Court's consideration in short order.

Pending the Court's approval of the proposed order, as discussed with the Court at the September 17th conference, this letter is being placed on the docket to confirm that the Trustee's Motion, including the time to file papers in opposition to the Trustee's Motion, is adjourned *sine die*.

The Honorable Stuart M. Bernstein
October 2, 2014
Page 2

Very truly yours,

/s/ Regina Griffin

Regina L. Griffin
Partner

cc: Robinson B. Lacy, Esq.
Sullivan & Cromwell LLP

Franklin B. Velie, Esq.
Sullivan & Worcester LLP

Marco E. Schnabl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP

Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf LLP

Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor LLP