MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
John A. Pintarelli
Kiersten A. Fletcher
Meryl L. Rothchild

*Counsel for Defender Limited and*
*Reliance Management (BVI) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFENDER LIMITED, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05229 (SMB) |

ny-1156724

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Kiersten A. Fletcher and Meryl L. Rothchild from the firm of Morrison & Foerster LLP hereby appear as additional counsel of record for Defender Limited ("Defender") and Reliance Management (BVI) Limited ("Reliance") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that Defender and Reliance respectfully request that all notices, motions, applications, reports, stipulations, pleadings, orders, complaints, and other documents filed in the above-captioned cases, including, without limitation, all such items referred to in Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served upon Defender and Reliance at the following address:

> Gary S. Lee
> John A. Pintarelli
> Kiersten A. Fletcher
> Meryl L. Rothchild
> MORRISON & FOERSTER LLP
> 250 West 55th Street
> New York, New York 10019
> Telephone: (212) 468-8000
> Facsimile: (212) 468-7900
> glee@mofo.com
> jpintarelli@mofo.com
> kfletcher@mofo.com
> mrothchild@mofo.com

ny-1156724

Dated: October 3, 2014
      New York, New York

/s/ Gary S. Lee
Gary S. Lee
John A. Pintarelli
Kiersten A. Fletcher
Meryl L. Rothchild
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Defender Limited and Reliance Management (BVI) Limited*

ny-1156724