**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>      v.<br><br>DEFENDER LIMITED, *et al.*,<br><br>      Defendants. | Adv. Pro. No. 10-05229 (SMB) |

**AFFIDAVIT OF SERVICE**

State of New York   )
                          )   ss.:
County of New York  )

      Danielle E. Braun, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On October 3, 2014, I served a true and correct copy of the *Notice of Appearance and Request for Service of All Pleadings and Documents* by pre-paid first class U.S. Mail upon all parties listed on Exhibit A attached hereto.

/s/ Danielle E. Braun
Danielle E. Braun

Sworn to before me on this
3rd day of October 2014

/s/ Melissa A. Hager
Notary Public

MELISSA A. HAGER
Notary Public, State of New York
No. 02HA5024023
Qualified in New York County
Commission Expires February 22, 2016

# Exhibit A

<u>Security Investment Protection Corporation</u>
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207
Attn:   Kevin H. Bell
         Nathanael Kelley
         Christopher H. LaRosa
         Josephine Wang

<u>Counsel for Irving H. Picard, Trustee</u>
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn:   David J. Sheehan
         Marc E. Hirschfield
         Keith R. Murphy

<u>Counsel to Reliance International Research, LLC</u>
Seward & Kissel
One Battery Park Plaza
New York, NY  10004
Attn:   Marc J. Hyland
         Mandy DeRoche