UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Each of the members of L&I Investments, LLC, as listed on Exhibit A attached hereto (the "Claimants"), having filed an objection (the "Objection", Docket Number 3974) to the Trustee's Notices of Determination respecting the Claimants' customer claims identified on Exhibit A, hereby give notice that they withdraw such Objection.

Dated: October 3, 2014

MOSES & SINGER LLP

By /s/ Mark N. Parry
Mark N. Parry, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
mparry@mosessinger.com

*Attorneys for the Members of L&I Investments LLC*

-1-