# EXHIBIT A

EXHIBIT A – MEMBERS OF L&I INVESTMENTS, LLC

| Claimant Name | Claim Number(s) | Objection Docket Number | Invested in BLMIS Account Number |
|---|---|---|---|
| 1984 Goldrich Family Irrevocable Trust | 015889, 015926 | 3974 | 1L0225 |
| 444 East 75th Street Venture | 015890, 015927 | 3974 | 1L0225 |
| 444 Investment Group LLC | 015891, 015928 | 3974 | 1L0225 |
| Banbury Lake Village Co. LLP | 015892, 015929 | 3974 | 1L0225 |
| Best Square Associates | 015925, 015962 | 3974 | 1L0225 |
| BWCI, Inc | 015893, 015930 | 3974 | 1L0225 |
| Chesapeake Investment Company LLP | 015895, 015932 | 3974 | 1L0225 |
| College Park Square III Associates LLLP | 015896, 015933 | 3974 | 1L0225 |
| College Park Square IV Associates LLP | 015897, 015934 | 3974 | 1L0225 |
| Executive Park Company LLLP | 015921, 015958 | 3974 | 1L0225 |
| Goldfrost Company LLP | 015898, 015935 | 3974 | 1L0225 |
| Grandchildren's Trust U/A dated 9/11/90 | 015899, 015936 | 3974 | 1L0225 |
| I.W. Berger Trst dtd 12/31/97 fbo Lauren J Goldrich | 015922, 015923, 015959, 015960 | 3974 | 1L0225 |
| I.William Berger | 015900, 015937 | 3974 | 1L0225 |
| Janice T. Goldrich | 015901, 015938 | 3974 | 1L0225 |
| Janice T. Goldrich Irrevocable Trust-2000 | 015902, 015939 | 3974 | 1L0225 |
| Larrymore Investment Group LLC | 015903, 015940 | 3974 | 1L0225 |
| Larrymore Organization, Inc. | 015904, 015941 | 3974 | 1L0225 |
| Lauren J. Goldrich | 015920, 015957 | 3974 | 1L0225 |

1

| Claimant Name | Claim Number(s) | Objection Docket Number | Invested in BLMIS Account Number |
|---|---|---|---|
| Lauren J. Goldrich Irrev Trust #3 - 1996 | 015905, 015942 | 3974 | 1L0225 |
| Lawrence J. Goldrich | 015906, 015943 | 3974 | 1L0225 |
| Lawrence J. Goldrich Foundation | 015907, 015944 | 3974 | 1L0225 |
| Ocean Reef Rental Pool | 015894, 015931 | 3974 | 1L0225 |
| Oceana Properties LLC | 015908, 015945 | 3974 | 1L0225 |
| Ororico Properties LLC | 015909, 015946 | 3974 | 1L0225 |
| Patricia S. Goldrich | 015918, 015955 | 3974 | 1L0225 |
| Pocomoke Plaza Shopping Center | 015910, 015947 | 3974 | 1L0225 |
| Point-O-Woods Company LLLP | 015911, 015948 | 3974 | 1L0225 |
| Round Bay Realty Company LLP | 015912, 015949 | 3974 | 1L0225 |
| Scarborough Lane Shoppes LLC | 015913, 015950 | 3974 | 1L0225 |
| Stony Run Company LLC | 015914, 015951 | 3974 | 1L0225 |
| Stony Run II Company LLC | 015915, 015952 | 3974 | 1L0225 |
| The Larrymore Foundation | 015924, 015961 | 3974 | 1L0225 |
| Vicki E. Goldrich | 015919, 015956 | 3974 | 1L0225 |
| Virginia Beach Investment Company | 015916, 015953 | 3974 | 1L0225 |
| West Point Square LLC | 015917, 015954 | 3974 | 1L0225 |

300336894.1