**BakerHostetler**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

David J. Sheehan
direct dial: 212.589.4616
dsheehan@bakerlaw.com

October 6, 2014

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC, No. 08-01789 (SMB);
      Picard v. Merkin, Adv. Pro. No. 09-01182 (SMB)

Dear Judge Bernstein:

      We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, plaintiff in the above-referenced adversary proceeding.

      At the October 2, 2014 hearing on the Trustee's Motion to Direct Entry of a Final Judgment Under Federal Rule of Civil Procedure 54(b) and to Certify Judgment for Immediate Appeal Under 28 U.S.C. § 158(d) (the "Hearing"), the Court requested that the Trustee's counsel submit a chart identifying those adversary proceedings pending before the Court in which the Trustee's claims could be the subject of a motion to dismiss based on the standards enunciated in Judge Rakoff's "Actual Knowledge" decision, *SIPC v. BLMIS*, No. 12 Misc. 115 (JSR), 2013 WL 1609154 (S.D.N.Y. Apr. 15, 2013), and this Court's decision of August 12, 2014 in this adversary proceeding. *Picard v. Merkin*, 2014 WL 3908211 (Bankr. S.D.N.Y. Aug. 12, 2014).

      The chart is enclosed herewith. The chart lists 103 adversary proceedings and the number of defendants in each against whom the Trustee's claims could be affected by the "actual knowledge" standard. The Trustee is available to the Court should it have any further questions.

Stuart M. Bernstein
October 6, 2014
Page 2

Sincerely,

*/s/ David J. Sheehan*

David J. Sheehan

cc:

| | |
|---|---|
| Andrew J. Levander, Esq. | David L. Barrack, Esq. |
| Neil A. Steiner, Esq. | Judith A. Archer, Esq. |
| Dechert LLP | Jami Mills Vibbert, Esq. |
| 1095 Avenue of the Americas | Fulbright & Jaworski LLP |
| New York, NY 10036 | 666 Fifth Avenue |
| | New York, NY 10103 |
| | |
| Casey D. Laffey, Esq. | Douglas Hirsch, Esq. |
| Jordan Siev, Esq. | Jennifer Rossan, Esq. |
| Reed Smith LLP | Sadis & Goldberg LLP |
| 599 Lexington Avenue | 551 Fifth Avenue, 21st Floor |
| New York, NY 10022 | New York, New York 10176 |