| ADVERSARY PROCEEDING NUMBER | CASE NAME | NUMBER OF TOTAL DEFENDANTS | NUMBER OF ACTIVE DEFENDANTS | NUMBER OF DEFENDANTS POTENTIALLY AFFECTED BY THE ACTUAL KNOWLEDGE INTERPRETATION OF 546(e) |
|---|---|---|---|---|
| 09-01161 | CERETTI, et al. | 18 | 18 | 18 |
| 09-01172 | CHAIS, et al. | 58 | 57 | 57 |
| 09-01182 | MERKIN, et al. | 6 | 6 | 6 |
| 09-01239 | FAIRFIELD SENTRY LIMITED, et al. | 46 | 26 | 25 |
| 09-01364 | HSBC BANK PLC, et al. | 61 | 61 | 40 |
| 09-01365 | THYBO ASSET MANAGEMENT LIMITED, et al. | 2 | 2 | 2 |
| 09-01503 | ANDREW MADOFF, et al. | 4 | 3 | 2 |
| 10-04213 | CONTELLESSA-PITZ, et al. | 2 | 2 | 2 |
| 10-04214 | BONVENTRE, et al. | 2 | 2 | 2 |
| 10-04215 | BONGIORNO, et al. | 2 | 2 | 2 |
| 10-04216 | CRUPI, et al. | 6 | 2 | 2 |
| 10-04218 | LIPKIN, et al. | 10 | 10 | 10 |
| 10-04272 | JEROME O'HARA, et al. | 7 | 6 | 6 |
| 10-04282 | JOEL LEVEY | 1 | 1 | 1 |
| 10-04283 | MENDELOW, et al. | 7 | 6 | 4 |
| 10-04284 | PLAZA INVESTMENTS INTERNATIONAL LIMITED, et al. | 2 | 2 | 2 |
| 10-04285 | UBS AG, et al. | 22 | 14 | 14 |
| 10-04287 | CARDINAL MANAGEMENT, et al. | 2 | 2 | 2 |
| 10-04330 | SQUARE ONE FUND LTD, et al. | 6 | 6 | 6 |
| 10-04730 | BLUMENFELD, et al. | 60 | 59 | 35 |
| 10-05120 | OREADES SICV, et al. | 5 | 5 | 5 |
| 10-05267 | FLAX, et al. | 8 | 8 | 8 |
| 10-05279 | MAGNIFY INC., et al. | 11 | 8 | 7 |
| 10-05286 | LEGACY CAPITAL LTD., et al. | 12 | 12 | 2 |
| 10-05311 | UBS AG, et al. | 15 | 9 | 9 |
| 10-05346 | MERRILL LYNCH INTERNATIONAL | 1 | 1 | 1 |
| 10-05353 | NATIXIS S.A., et al. | 5 | 5 | 4 |
| 10-05354 | ABN AMRO BANK N.V. | 2 | 1 | 1 |
| 10-05355 | ABN AMRO BANK (IRELAND) LTD., et al. | 3 | 2 | 1 |
| 10-05383 | STANLEY SHAPIRO, et al. | 20 | 12 | 12 |
| 10-05394 | GLANTZ, et al. | 39 | 18 | 15 |
| 10-05395 | FRIEDMAN, et al. | 6 | 5 | 5 |
| 10-05407 | MACCABEE, et al. | 3 | 3 | 3 |
| 10-05408 | GREENBERGER, et al. | 2 | 2 | 2 |
| 10-05411 | KOHN, et al. | 78 | 75 | 1 |
| 10-05415 | AMERICAN SECURITIES MANAGEMENT, L.P., et al. | 202 | 108 | 108 |
| 10-05421 | AVELLINO & BIENES, et al. | 44 | 38 | 38 |
| 11-01885 | SAFRA NATIONAL BANK OF NEW YORK | 1 | 1 | 1 |
| 11-02149 | BANQUE SYZ & CO., S.A. | 1 | 1 | 1 |
| 11-02493 | ABU DHABI INVESTMENT AUTHORITY | 1 | 1 | 1 |
| 11-02537 | ORBITA CAPITAL RETURN STRATEGY LIMITED | 1 | 1 | 1 |
| 11-02538 | QUILVEST FINANCE LTD. | 1 | 1 | 1 |
| 11-02540 | LION GLOBAL INVESTORS LIMITED | 1 | 1 | 1 |
| 11-02542 | PARSON FINANCE PANAMA S.A. | 1 | 1 | 1 |
| 11-02551 | DELTA NATIONAL BANK & TRUST COMPANY | 1 | 1 | 1 |
| 11-02553 | UNIFORTUNE ASSET MANAGEMENT SGR S.P.A., et al. | 2 | 2 | 2 |
| 11-02568 | CATHAY LIFE INSURANCE CO. LTD. | 2 | 1 | 1 |
| 11-02569 | BARCLAYS BANK (SUISSE) S.A., et al. | 3 | 3 | 3 |
| 11-02571 | BANQUE PRIVEE ESPIRITO SANTO S.A. (F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) | 1 | 1 | 1 |
| 11-02572 | KOREA EXCHANGE BANK, et al. | 2 | 2 | 2 |
| 11-02730 | ATLANTIC SECURITY BANK | 1 | 1 | 1 |
| 11-02731 | TRINCASTER CORPORATION | 1 | 1 | 1 |
| 11-02733 | NAIDOT & CO. | 1 | 1 | 1 |
| 11-02758 | CACEIS BANK LUXEMBOURG, et al. | 2 | 2 | 2 |
| 11-02762 | LIGHTHOUSE INVESTMENT PARTNERS LLC, et al. | 3 | 3 | 3 |
| 11-02763 | INTELIGO BANK LTD. PANAMA BRANCH, F/K/A BLUBANK LTD. PANAMA BRANCH | 1 | 1 | 1 |
| 11-02784 | SOMERS DUBLIN LIMITED, et al. | 2 | 2 | 2 |
| 11-02910 | MERRILL LYNCH BANK (SUISSE) S.A. | 1 | 1 | 1 |
| 11-02922 | BANK JULIUS BAER & CO. LTD. | 1 | 1 | 1 |
| 11-02923 | FALCON PRIVATE BANK LTD. | 1 | 1 | 1 |
| 11-02925 | CREDIT SUISSE AG, et al. | 11 | 11 | 8 |
| 11-02929 | LGT BANK LIECHTENSTEIN LTD. | 1 | 1 | 1 |

| ADVERSARY PROCEEDING NUMBER | CASE NAME | NUMBER OF TOTAL DEFENDANTS | NUMBER OF ACTIVE DEFENDANTS | NUMBER OF DEFENDANTS POTENTIALLY AFFECTED BY THE ACTUAL KNOWLEDGE INTERPRETATION OF 546(e) |
|---|---|---|---|---|
| 12-01002 | THE PUBLIC INSTITUTION FOR SOCIAL SECURITY | 1 | 1 | 1 |
| 12-01004 | FULLERTON CAPITAL PTE LTD. | 1 | 1 | 1 |
| 12-01005 | SICO LIMITED | 2 | 1 | 1 |
| 12-01019 | BANCO ITAU EUROPA LUXEMBOURG S.A., et al. | 2 | 2 | 1 |
| 12-01021 | GROSVENOR INVESTMENT MANAGEMENT LTD., et al. | 4 | 4 | 4 |
| 12-01022 | CRÉDIT AGRICOLE (SUISSE), et al. | 2 | 2 | 1 |
| 12-01023 | ARDEN ASSET MANAGEMENT INC., et al. | 4 | 3 | 3 |
| 12-01025 | SOLON CAPITAL, LTD. | 1 | 1 | 1 |
| 12-01046 | SNS BANK N.V., et al. | 2 | 2 | 2 |
| 12-01047 | KOCH INDUSTRIES, INC. | 1 | 1 | 1 |
| 12-01048 | BANCO GENERAL S.A., et al. | 2 | 2 | 2 |
| 12-01194 | KOOKMIN BANK | 1 | 1 | 1 |
| 12-01202 | BANK VONTOBEL AG, et al. | 3 | 2 | 2 |
| 12-01205 | MULTI-STRATEGY FUND LIMITED, et al. | 2 | 2 | 2 |
| 12-01207 | LLOYDS TSB BANK PLC | 1 | 1 | 1 |
| 12-01209 | BSI AG | 1 | 1 | 1 |
| 12-01210 | SCHRODER & CO. BANK AG | 1 | 1 | 1 |
| 12-01216 | BANK HAPOALIM B.M., et al. | 2 | 2 | 1 |
| 12-01217 | BROWN BROTHERS HARRIMAN & CO. | 1 | 1 | 1 |
| 12-01278 | ZEPHYROS LIMITED | 1 | 1 | 1 |
| 12-01512 | ZCM ASSET HOLDING COMPANY (BERMUDA) LLC | 1 | 1 | 1 |
| 12-01513 | CITIVIC NOMINEES LTD. | 1 | 1 | 1 |
| 12-01565 | STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., et al. | 3 | 3 | 3 |
| 12-01566 | UKFP (ASIA) NOMINEES | 1 | 1 | 1 |
| 12-01576 | BNP PARIBAS S.A., et al. | 8 | 6 | 5 |
| 12-01577 | UBS DEUTSCHLAND AG, et al. | 2 | 2 | 2 |
| 12-01669 | BARFIELD NOMINEES LIMITED, et al. | 2 | 2 | 2 |
| 12-01670 | CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | 1 | 1 | 1 |
| 12-01676 | CREDIT SUISSE AG, et al. | 1 | 1 | 1 |
| 12-01677 | SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A., et al. | 16 | 16 | 12 |
| 12-01680 | INTESA SANPAOLO SPA, et al. | 8 | 8 | 8 |
| 12-01690 | EFG BANK S.A., et al. | 3 | 3 | 3 |
| 12-01691 | BANQUE DEGROOF SA/NA, et al. | 11 | 11 | 11 |
| 12-01693 | LOMBARD ODIER DARIER HENTSCH & CIE | 1 | 1 | 1 |
| 12-01695 | BORDIER & CIE | 1 | 1 | 1 |
| 12-01697 | ABN AMRO FUND SERVICES (ISLE OF MAN) NOMINEES LIMITED, et al. | 3 | 3 | 2 |
| 12-01698 | BANQUE INTERNATIONALE A LUXEMBOURG S.A., et al. | 5 | 5 | 2 |
| 12-01699 | ROYAL BANK OF CANADA, et al. | 8 | 8 | 6 |
| 12-01700 | CAPRICE INTERNATIONAL GROUP INC. ET AL. | 6 | 5 | 5 |
| 12-01701 | PF TRUSTEES LIMITED IN ITS CAPACITY AS TRUSTEE OF RD TRUST, et al. | 3 | 3 | 3 |
| 12-01702 | BARRENECHE, INC., et al. | 11 | 9 | 8 |
| Totals | 103 | 955 | 765 | 608 |