Lax & Neville LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)
Gabrielle J. Pretto, Esq. (GP1202)

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : | No. 08-01789 (BRL) |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| Defendant. | : | |

-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | Adv. Pro. No. 10-04476 (SMB) |
| BERNARD L. MADOFF, | : | |
| Debtor. | : | |

-------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation    :
Of Bernard L. Madoff Investment Securities LLC   :
                                                 :
          Plaintiff,                             :
                                                 :
     v.                                          :
                                                 :
FRANITZA FAMILY LIMITED PARTNERSHIP,             :
MANFRED FRANITZA REVOCABLE TRUST,                :
MANFRED FRANITZA, individually and in his        :
Capacities as General Partner of the Franitza    :
Family Limited Partnership and as trustee and/or :
Beneficiary of the Manfred Franitza Revocable    :
Trust, MARGRIT FRANITZA, individually and in    :
her Capacities as General Partner of the Franitza :

1

|  |  |
|---|---|
| Family Limited Partnership and as trustee and/or | : |
| Beneficiary of the Manfred Franitza Revocable | : |
| Trust, URTE FRANITZA-GOLDSTEIN, | : |
| Individually and as General Partner of the Franitza | : |
| Family Limited Partnership, KAREN FENNER, | : |
| Individually and as General Partner of the Franitza | : |
| Family Limited Partnership | : |
|  | : |
| Defendants. | : |

-----------------------------------------------------------------X

## NOTICE OF REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL

Jeffrey L. Bernfeld and the law firm Bernfeld, DeMatteo & Bernfeld, LLP, having appeared as attorneys for Defendants the Franitza Family Limited Partnership, the Manfred Franitza Revocable Trust, Manfred Franitza, Margit Franitza, Urte Franitza-Goldstein and Karen Fenner (collectively referred to as "Defendants"), in the above-referenced matter and adversary proceeding, hereby requests to withdraw as Attorneys of Record in connection with the above-referenced matter and in the related adversary proceeding.

As grounds for this Request to withdraw as Attorneys of Record, Defendants have retained alternate legal counsel in connection with the above-referenced matter and related adversary proceeding.  Defendants have retained Brian J. Neville of Lax & Neville LLP, 1450 Broadway, 35th Floor, New York, New York 10036 to represent them in this proceeding.  Defendants consent to the substitution of counsel.

Wherefore, Jeffrey L. Bernfeld of Bernfeld, DeMatteo & Bernfeld, LLP and Brian J. Neville of Lax & Neville LLP respectfully request that this Request to Withdraw and Substitute Counsel be granted.  A proposed order is attached.

Dated: New York, New York
       October 6, 2014

**Bernfeld, DeMatteo & Bernfeld LLP**             **Lax & Neville, LLP**

                                                  */s/ Brian J. Neville*
_____
Jeffrey L. Bernfeld, Esq.                         Brian J. Neville, Esq.
600 Third Avenue, 15th Floor                      1450 Broadway, 35th Floor
New York, New York 10016                          New York, New York 10018
Telephone: (212) 661 - 1661                       Telephone: (212) 696-1999
Facsimile: (212) 557 - 9610                       Facsimile: (212) 566 - 4531

Lax & Neville LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)
Gabrielle J. Pretto, Esq. (GP1202)

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :          SIPA LIQUIDATION
                                          :
       Plaintiff-Applicant,               :          No. 08-01789 (BRL)
                                          :
   v.                                    :
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES, LLC,                          :
                                          :
       Defendant.                         :
---------------------------------------------------------------X
In re:                                    :
                                          :          Adv. Pro. No. 10-04476 (SMB)
BERNARD L. MADOFF,                        :
                                          :
       Debtor.                            :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation  :
Of Bernard L. Madoff Investment Securities LLC :
                                               :
       Plaintiff,                              :
                                               :
   v.                                         :
                                               :
FRANITZA FAMILY LIMITED PARTNERSHIP,   :
MANFRED FRANITZA REVOCABLE TRUST,      :
MANFRED FRANITZA, individually and in his :
Capacities as General Partner of the Franitza :
Family Limited Partnership and as trustee and/or :
Beneficiary of the Manfred Franitza Revocable :
Trust, MARGRIT FRANITZA, individually and in :
her Capacities as General Partner of the Franitza :

4

```
Family Limited Partnership and as trustee and/or    :
Beneficiary of the Manfred Franitza Revocable       :
Trust, URTE FRANITZA-GOLDSTEIN,                     :
Individually and as General Partner of the Franitza :
Family Limited Partnership, KAREN FENNER,           :
Individually and as General Partner of the Franitza :
Family Limited Partnership                          :
                                                    :
            Defendants.                             :
---------------------------------------------------------------X
```

**ORDER GRANTING REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL**

Jeffrey L. Bernfeld and Bernfeld, DeMatteo & Bernfeld, LLP, have previously appeared and filed pleadings on behalf of Defendants the Franitza Family Limited Partnership, the Manfred Franitza Revocable Trust, Manfred Franitza, Margit Franitza, Urte Franitza-Goldstein and Karen Fenner (collectively referred to as "Defendants"), and Defendants having retained separate legal counsel, Brian J. Neville, Lax & Neville LLP, 1450 Broadway, 35th Floor, New York, New York 10036, to represent them in this proceeding, with Bernfeld, DeMatteo & Bernfeld, LLP and Lax & Neville LLP having filed a Request to Withdraw and Substitute Counsel, it is hereby

ORDERED, that the Request of Bernfeld, DeMatteo & Bernfeld, LLP to Withdraw as Attorney of record be and is hereby granted; it is further

ORDERED that Brian J. Neville, of Lax & Neville LLP is hereby substituted as counsel and Attorney of Record for Defendants.

Dated: New York, New York
       October 7th 2014

                                        */s/ STUART M. BERNSTEIN*
                                        Honorable Stuart Bernstein
                                        United States Bankruptcy Judge

5