UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Robin Eastern (the "Claimant"), having filed objection (the "Objection", Docket Number 3711) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006281), hereby gives notice that she withdraws such Objection.

Dated: October 3, 2014

James J. DeLuca on behalf of Robin Eastern
Okin, Hollander & Deluca, L.L.P.
One Parker Plaza, 12th Floor
Fort Lee, NJ 07024