UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Joseph S. Eastern 2004 Irrevocable Trust (the "Claimant"), having filed objection (the "Objection", Docket Number 3712) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006282), hereby gives notice that it withdraws such Objection.

Dated: October 3 2014

_____
James J. DeLuca on behalf of The Joseph S.
Eastern 2004 Irrevocable Trust
Okin, Hollander & Deluca, L.L.P.
One Parker Plaza, 12th Floor
Fort Lee, NJ 07024