```
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendants
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES INVESTOR PROTECTION           Adv. Proc. No.
CORPORATION,                             08-01789 (SMB)

        Plaintiff-Applicant,             SIPA LIQUIDATION

    v.                                   (Substantively
                                          Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
------------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------------x
IRVING H. PICARD, Trustee for the        Adv. Proc. No.
Liquidation of Bernard L. Madoff         10-04941 (SMB)
Investment Securities LLC,

        Plaintiff,

    v.

MICHAEL MOST,

        Defendant.
------------------------------------------x

most-134

```
------------------------------------x
IRVING H. PICARD, Trustee for the          Adv. Proc. No.
Liquidation of Bernard L. Madoff           10-04947 (SMB)
Investment Securities LLC,

                Plaintiff,

        v.

MARJORIE MOST,

                Defendant.
------------------------------------x
```

### NOTICE OF ADJOURNMENT OF MOTIONS

**PLEASE TAKE NOTICE** that the motions by the defendants, Michael Most and Marjorie Most, why subpoenas issued by plaintiff should not be quashed and protective order should not be granted, in the above-referenced adversary proceedings that were previously scheduled for October 16, 2014 at 10:00 a.m. have been adjourned on consent to **November 30, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced motions will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  Farmingville, NY
        October 8, 2014

                            STIM & WARMUTH, P.C.

                            By:/s/_____
                               PAULA J. WARMUTH
                               Attorney for Defendants,

2

Michael Most and Marjorie Most
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com