STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION          Adv. Proc. No.
CORPORATION,                            08-01789 (SMB)

        Plaintiff-Applicant,           SIPA LIQUIDATION

    v.                                  (Substantively
                                          Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------x
IRVING H. PICARD, Trustee for the       Adv. Proc. No.
Liquidation of Bernard L. Madoff        10-04947 (SMB)
Investment Securities LLC,

        Plaintiff,

    v.

MARJORIE MOST,

        Defendant.
------------------------------------x

            CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On October 8, 2014, I served the amended answer to amended complaint of Marjorie Most by electronically filing said document on this Court's ECF filing system and by emailing a true and correct copy of said document and the notice of electronic filing via electronic transmission to the email addresses designated for delivery as set forth below:

BAKER & HOSTETLER LLP
Attorneys for Plaintiff
Michael R. Matthias, Esq.
email: mmathias@bakerlaw.com
Sarah Jane T.C. Truong, Esq.
email: struong@bakerlaw.com
Edward J. Jacobs, Esq.
email: ejacobs@bakerlaw.com
Nicholas Cremona, Esq.
email: ncremona@bakerlaw.com
Michael J. Durkheimer, Esq.
email: mdurkheimer@bakerlaw.com

Dated:   Farmingville, NY
         October 8, 2014

                              STIM & WARMUTH, P.C.


                              By: /s/
                                  PAULA J. WARMUTH

2

Attorney for Defendant,
Marjorie Most
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com