```
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Defendant
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION                Adv. Proc. No.
CORPORATION,                                  08-01789 (SMB)

        Plaintiff-Applicant,                SIPA LIQUIDATION

    v.                                      (Substantively
                                                    Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
----------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
----------------------------------------x
IRVING H. PICARD, Trustee for the             Adv. Proc. No.
Liquidation of Bernard L. Madoff              10-04941 (SMB)
Investment Securities LLC,

        Plaintiff,

    v.

MICHAEL MOST,

        Defendant.
----------------------------------------x

                CERTIFICATE OF SERVICE

most-134

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On October 8, 2014, I served the amended answer to amended complaint of Michael Most by electronically filing said document on this Court's ECF filing system and by emailing a true and correct copy of said document and the notice of electronic filing via electronic transmission to the email addresses designated for delivery as set forth below:

BAKER & HOSTETLER LLP
Attorneys for Plaintiff
Michael R. Matthias, Esq.
email: mmathias@bakerlaw.com
Sarah Jane T.C. Truong, Esq.
email: struong@bakerlaw.com
Edward J. Jacobs, Esq.
email: ejacobs@bakerlaw.com
Nicholas Cremona, Esq.
email: ncremona@bakerlaw.com
Michael J. Durkheimer, Esq.
email: mdurkheimer@bakerlaw.com

Dated:  Farmingville, NY
        October 8, 2014

                    STIM & WARMUTH, P.C.


                    By: /s/_____
                        PAULA J. WARMUTH

2

```
                        Attorney for Defendant,
                        Michael Most
                        2 Eighth Street
                        Farmingville, NY 11738
                        Telephone:  631-732-2000
                        Facsimile:  631-732-2662
                        Paula J. Warmuth
                        Email:  pjw@stim-warmuth.com
                        Glenn P. Warmuth
                        Email:  gpw@stim-warmuth.com
```