**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No.  10-05346 (SMB) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH INTERNATIONAL, | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO RESPOND
## AND ADJOURNING THE PRE-TRIAL CONFERENCE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, Baker & Hostetler LLP, and defendant Merrill Lynch International (incorrectly named in earlier pleadings as Merrill Lynch International & Co. C.V.) ("MLI"), by and through its counsel, Arnold & Porter LLP, hereby stipulate and agree as follows:

Whereas on December 8, 2010, the Trustee filed the above-captioned action against MLI in this Bankruptcy Court, asserting numerous bankruptcy law claims (the "Complaint");

Whereas the Trustee and MLI previously have entered into stipulations recognizing MLI's waiver of service of the Summons and Complaint in this action, setting a date for MLI to answer the Trustee's Complaint, and setting a briefing schedule should MLI move to dismiss the Trustee's Complaint in lieu of an answer;

Whereas except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses the Trustee and MLI may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction;

IT IS HEREBY STIPULATED AND AGREED by and between the Trustee and MLI, by the endorsement of their counsel below, that:

1.    MLI shall file and serve an answer, motion or other response to the Complaint in this action no later than January 16, 2015;

2.    The Trustee's response to any motion or other response filed and served by MLI with respect to the Complaint shall be filed and served no later than March 18, 2015;

3.    MLI's reply to any response by the Trustee referenced in paragraph 2 above shall be filed and served no later than April 17, 2015; and

4.    The Pre-Trial Conference shall be adjourned from February 25, 2015, at 10:00 a.m. to May 20, 2015, at 10:00 a.m.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one

and the same instrument.  A signed facsimile or electronic copy of this stipulation shall be

deemed an original.  This stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-

Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).


Dated:  October 8, 2014                        /s/ Thomas L. Long
        New York, New York                   BAKER & HOSTETLER LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Thomas L. Long
                                        Email: tlong@bakerlaw.com
                                        Regina L. Griffin
                                        Email: rgriffin@bakerlaw.com

                                        *Attorneys for Trustee Irving H. Picard, Esq.,*
                                        *Trustee for the SIPA Liquidation of Bernard L.*
                                        *Madoff Investment Securities LLC and Bernard L.*
                                        *Madoff*


                                        /s/ Mary E. Sylvester
                                        ARNOLD & PORTER LLP
                                        399 Park Avenue
                                        New York, New York 10022
                                        Telephone: (212) 715-1000
                                        Facsimile: (212) 715-1399
                                        Pamela A. Miller
                                        Email: Pamela.Miller@aporter.com
                                        Kent A. Yalowitz
                                        Email: Kent.Yalowitz@aporter.com
                                        Mary E. Sylvester
                                        Email: Mary.Sylvester@aporter.com

                                        *Attorneys for Defendant Merrill Lynch*
                                        *International*