**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>ATLANTIC SECURITY BANK,<br><br>        Defendant. | Adv. Pro. No. 11-02730 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Atlantic Security Bank ("Defendant") may move, answer, or

otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including

November 21, 2014.  The pre-trial conference will be adjourned from December 17, 2014, at

10:00 a.m. to January 28, 2015, at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time

for Defendant to answer, move against, or otherwise respond to the Complaint.  Nothing in this

Stipulation is a waiver of Defendant's right to request from the Court a further extension of time to answer, move against, or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: October 8, 2014
       New York, New York

BAKER & HOSTETLER LLP                    ARNOLD & PORTER LLP


By: /s/ Thomas L. Long                   By: /s/ Andrew T. Karron
45 Rockefeller Plaza                     555 Twelfth Street, NW
New York, New York 10111                 Washington, DC 20004
Telephone:  212.589.4200                 Telephone:  (202) 942-5000
Facsimile:  212.589.4201                 Facsimile:  (202) 942-5999
David J. Sheehan                         Andrew T. Karron
Email:  dsheehan@bakerlaw.com            Email:  Andrew.Karron@aporter.com
Marc E. Hirschfield                      Scott B. Schreiber
Email:  mhirschfield@bakerlaw.com        Email:  Scott.Schreiber@aporter.com
Thomas L. Long
Email:  tlong@bakerlaw.com               *Attorneys for Atlantic Security Bank*

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

2