**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br><br>        Defendant. | Adv. Pro. No. 11-02551 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Delta National Bank and Trust Company ("Defendant") may move, answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including November 21, 2014. The pre-trial conference will remain on January 28, 2015, at 10:00 a.m.

  The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of the Defendant's right to request from the Court a further extension of

time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: October 8, 2014
       New York, New York

| | |
|---|---|
| /s/ Thomas L. Long | /s/ William C. Heuer |
| **BAKER & HOSTETLER LLP** | **DUANE MORRIS LLP** |
| 45 Rockefeller Plaza | 1540 Broadway |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 692-1000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 692-1020 |
| David J. Sheehan | William C. Heuer |
| Email: dsheehan@bakerlaw.com | Email: wheuer@duanemorris.com |
| Thomas L. Long | |
| Email: tlong@bakerlaw.com | *Attorneys for Delta National Bank and Trust Company* |
| Mark A. Kornfeld | |
| Email: mkornfeld@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*

2