**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 11-02540 (SMB) |
| v. | |
| LION GLOBAL INVESTORS LIMITED, | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Lion Global Investors Limited ("Defendant") may move,

answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and

including November 21, 2014.  The pre-trial conference will remain on January 28, 2015, at

10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time

for Defendant to move, answer, or otherwise respond to the Complaint.  Nothing in this

Stipulation is a waiver of the Defendant's right to request from the Court a further extension of

time to move, answer, or otherwise respond to the Complaint and/or the Trustee's right to object

to any such request.

    The parties to this Stipulation reserve all rights and defenses they may have, and entry

into this Stipulation shall not impair or otherwise affect such rights and defenses, including

without limitation any defense based on lack of personal jurisdiction.

    This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be

deemed an original.  This Stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial

Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).


Dated:  October 8, 2014
        New York, New York

/s/ Thomas L. Long
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Thomas L. Long
Email:  tlong@bakerlaw.com
Mark A. Kornfeld
Email:  mkornfeld@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

2

/s/ Richard L. Spinogatti
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10035
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Richard L. Spinogatti
Email:  rspinogatti@proskauer.com

*Attorneys for Lion Global Investors Limited*