UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pr. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY HINTE,<br><br>   Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## CERTIFICATE OF SERVICE

  I, Erica Appelman, hereby certify that a copy of the Defendant and Counterclaimant Jeffrey Kusama-Hinte's Memorandum of Law in Opposition to the Trustee's Motion to Dismiss Counterclaims and Strike Affirmative Defenses, filed through the CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 8, 2014.

Dated: October 9, 2014
   New York, NY        By:  s/ Erica Appelman
                 Erica Appelman
                 **Law Firm of Martin J. Auerbach, Esq.**
                 1185 Avenue of the Americas, 31st Floor
                 New York, NY 10036
                 (646) 746-8656
                 appelman@mjaesq.com