```
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth
```

Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (SMB)

       Plaintiff-Applicant,            SIPA LIQUIDATION

  v.                                      (Substantively
                                               Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
-----------------------------------x
In Re:

BERNARD L. MADOFF,

       Debtor.
-----------------------------------x
IRVING H. PICARD, Trustee for the         Adv. Proc. No.
Liquidation of Bernard L. Madoff          10-04941 (SMB)
Investment Securities LLC,

       Plaintiff,

  v.

MICHAEL MOST,

       Defendant.
-----------------------------------x

most-134

```
-----------------------------------------x
IRVING H. PICARD, Trustee for the            Adv. Proc. No.
Liquidation of Bernard L. Madoff             10-04947 (SMB)
Investment Securities LLC,

                Plaintiff,

        v.

MARJORIE MOST,

                Defendant.
-----------------------------------------x
```

**AMENDED NOTICE OF ADJOURNMENT OF MOTIONS**

**PLEASE TAKE NOTICE** that the motions by the defendants, Michael Most and Marjorie Most, why subpoenas issued by plaintiff should not be quashed and protective order should not be granted, in the above-referenced adversary proceedings that were previously scheduled for October 16, 2014 at 10:00 a.m. have been adjourned on consent to **November 20, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced motions will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:   Farmingville, NY
         October 9, 2014

                                    STIM & WARMUTH, P.C.

                                    By:/s/_____
                                       PAULA J. WARMUTH
                                       Attorney for Defendants,

2

Michael Most and Marjorie Most
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Email: pjw@stim-warmuth.com
Glenn P. Warmuth
Email: gpw@stim-warmuth.com