**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Thomas L. Long
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>                    Defendant. | Adv. Pro. No. 11-02760 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND
AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,
that the time by which defendant ABN AMRO Bank N.V. (presently known as The Royal Bank
Of Scotland, N.V.) ("Defendant") may answer, move against, or otherwise respond to the
Trustee's complaint ("Complaint") is extended up to and including November 21, 2014. The
pre-trial conference will be adjourned from December 17, 2014, at 10:00 a.m. to January 28,
2015, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for
the Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this
Stipulation is a waiver of the Defendant's right to request from the Court a further extension of
time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to
object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and
entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including
without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of
which when so signed shall be an original, but all of which shall together constitute one and the
same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be
deemed an original. This Stipulation is entered into pursuant to the Order Granting
Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial
Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: October 9, 2014
      New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ Thomas L. Long
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Thomas L. Long
Email:  tlong@bakerlaw.com
Mark A. Kornfeld
Email:  mkornfeld@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**ALLEN & OVERY LLP**

By: /s/ Brian de Haan
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 610-6300
Facsimile:  (212) 610-6399
Michael Feldberg
Email:  michael.feldberg@allenovery.com
Brian de Haan
Email:  brain.dehaan@allenovery.com

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank Of Scotland, N.V.)*