UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Naomi Karp (the "Claimant"), having filed objections (the "Objections", Docket Numbers 2715, 2775, and 2777) to the Trustee's Notice of Determination respecting Claimant's customer claim (#009660), hereby gives notice that she withdraws such Objections.

Dated: October 6, 2014

_____
Betsy E. Karp on behalf of Naomi Karp
381 S Lake Drive, Apt 414
Palm Beach
FL 33480-4544