UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Ilene R. May (the "Claimant"), having filed objection (the "Objection", Docket Number 3535) to the Trustee's Notice of Determination respecting Claimant's customer claim (#003844), hereby gives notice that she withdraws such Objection.

Dated: October 4, 2014

Ilene R. May
801 Yale Ave., #509
Swarthmore, PA 19081