**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Timothy S. Pfeifer

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br> (Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>             Defendants. | Adv. Pro. No. 10-05411 (SMB) |

## STIPULATION EXTENDING TIME OF CERTAIN DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, and defendants Line Group Ltd., Line Management Services Ltd., Line Holdings Ltd., and Redcrest Investments, Inc. (the "Defendants"), by and through their undersigned counsel, that the time by which Defendants may answer, move, or otherwise respond to the Trustee's Second Amended Complaint (the "Complaint") is extended up to and including January 15, 2015.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. This is the tenth such extension for Defendants. Nothing in this Stipulation is a waiver of the right to request from the Court a further extension of time to answer, move, or otherwise respond and/or the Trustee's right to object to such request.

Undersigned counsel for Defendants represents that service of process of the summons and Complaint on the Defendants has been completed, and hereby waives any defenses based on insufficiency of process or insufficiency of service of process on behalf of Defendants.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be

deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental

Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences

(ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).


 Dated: October 13, 2014
        New York, New York


/s/ *Timothy S. Pfeifer*                          /s/ *David S. Flugman*
Timothy S. Pfeifer                                David S. Flugman

BAKER & HOSTETLER LLP                             KIRKLAND & ELLIS LLP
45 Rockefeller Plaza                              601 Lexington Avenue
New York, New York 10111                          New York, New York 10022
Telephone: (212) 589-4200                         Telephone: (212) 446-6408
Facsimile: (212) 589-4201                         Facsimile: (212) 446-6460
Email: tpfeifer@bakerlaw.com                      Email: david.flugman@kirkland.com

*Attorneys for Irving H. Picard, Trustee for*     *Attorneys for Defendants Line Group Ltd., Line*
*the Substantively Consolidated SIPA*             *Management Services Ltd., Line Holdings Ltd.,*
*Liquidation of Bernard L. Madoff*                *and Redcrest Investments, Inc.*
*Investment Securities LLC and the estate*
*of Bernard L. Madoff*