**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Trustee-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Trustee,<br>  v.<br><br>CITIBANK, N.A., CITIBANK NORTH AMERICA, INC., and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>    Defendants. | Adv. Pro. No. 10-05345 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING PRE-TRIAL CONFERENCE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Trustee may respond to the Motion to Dismiss filed by Defendants Citibank, N.A., Citibank North America, Inc., and Citigroup Global Markets Limited (the "Defendants") is extended up to and including November 21, 2014.  It is further stipulated and agreed that the Defendants shall file any reply by January 21, 2015.  The return date for this matter was previously set for December 17, 2014, at 10:00 a.m., but will be rescheduled for February 25, 2015, at 10:00 a.m. The pre-trial conference will be adjourned from January 28, 2015, at 10:00 a.m., to March 25, 2015, at 10:00 a.m.

-2-

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for the Trustee to respond to the Defendants' Motion to Dismiss. This is the fifteenth such extension. Nothing in this Stipulation is a waiver of the Trustee's right to request from the Court a further extension of time to respond to the Defendants' Motion to Dismiss and/or the Defendants' right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (BRL), Dkt. No. 7037).

*[Remainder of page intentionally left blank.]*

Dated: October 13, 2014
New York, New York

*/s/ Regina L. Griffin*
David J. Sheehan
Regina L. Griffin
Thomas L. Long
Melissa L. Kosack
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

-and-

Catherine E. Woltering
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616

*Attorneys for Trustee Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

*/s/Carmine D. Boccuzzi, Jr*
Carmine D. Boccuzzi, Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendants Citibank, N.A., Citibank North America, Inc., and Citigroup Global Markets Limited*