**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RALPH FINE, FINE FUND LLC, and THE RALPH FINE REVOCABLE TRUST,<br><br>        Defendants. | Adv. Pro. No. 10-04383 (SMB) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due on February 24, 2012.

2. Fact Discovery shall be completed on or before February 13, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: June 1, 2012.

4. The Disclosure of Case-in-Chief Experts shall be due on May 22, 2015.

5. The Disclosure of Rebuttal Experts shall be due on June 26, 2015.

6. The Deadline for Completion of Expert Discovery shall be September 25, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 10, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 24, 2015.

9. The Deadline for Conclusion of Mediation shall be March 24, 2016.

Dated: New York, New York
October 14, 2014

BAKER & HOSTETLER LLP

By: /s/ *Marc E. Hirschfield*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: ehirschfield@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*