**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon
Kim M. Longo
Yani Indrajana Ho

*Special Counsel for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MADOFF FAMILY LLC, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF,<br><br>Defendants. | Adv. Pro. No. 10-03485 (SMB) |

{11012630:1}

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the pre-trial conference has been further adjourned from

October 22, 2014 to **February 25, 2015** at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: New York, New York          By: /s/ Howard L. Simon
           October 14, 2014                Howard L. Simon (hsimon@windelsmarx.com)
                                           Kim M. Longo (klongo@windelsmarx.com)
                                           Yani Indrajana Ho (yho@windelsmarx.com)
                                           Windels Marx Lane & Mittendorf LLP
                                           156 West 56th Street
                                           New York, New York 10019
                                           Tel:  (212) 237-1000
                                           Fax: (212) 262-1215

                                           *Special Counsel for Irving H. Picard, Trustee for the*
                                           *Substantively Consolidated SIPA Liquidation of*
                                           *Bernard L. Madoff Investment Securities LLC and*
                                           *Bernard L. Madoff*