**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Lan Hoang

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Legacy Capital Ltd., et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05286 (SMB) |

**STIPULATION EXTENDING TIME OF CERTAIN DEFENDANTS TO ANSWER,
MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, and defendants Legacy Capital Ltd., Isaac Jimmy Mayer, Rafael Mayer, David Mayer, Khronos LLC, Khronos Capital Research LLC, BNP Paribas Securities Corp., and Montpellier Resources Ltd. (the "Stipulating Defendants"), by and through their undersigned counsel, that the time by which the Stipulating Defendants may answer, move, or otherwise respond to the Complaint in this action is extended up to and including January 16, 2015.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for the Stipulating Defendants to answer, move against, or otherwise respond to the Complaint. This is the sixteenth such extension for the Stipulating Defendants. Nothing in this Stipulation is a waiver of the right to request from the Court a further extension of time to answer, move, or otherwise respond and/or the Trustee's right to object to such request.

The Stipulating Defendants were served a copy of the summons and Complaint and hereby waive any defenses based on insufficiency of process or insufficiency of service of process on behalf of the Stipulating Defendants.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction or improper venue.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same

1

instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

Dated: October 14, 2014
New York, New York

**BAKER & HOSTETLER LLP**

By: _/s/ Oren J. Warshavsky_
    Oren J. Warshavsky
    Lan Hoang

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**STEVENS & LEE P.C.**

By: _/s/ Nicholas F. Kajon_
    Nicholas F. Kajon

485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 537-0403
Facsimile: (610) 371-1223

*Attorneys for Defendant Legacy Capital Ltd.*

**STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.**

By: _/s/ Eugene E. Stearns_
    Eugene E. Stearns
    Carlos J. Canino

Museum Tower
150 West Flager Street, Suite 2200

2

Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

*Attorneys for Defendant Isaac Jimmy Mayer*
**DICKSTEIN SHAPIRO LLP**

By: \_/s/ Eric B. Fisher_____
   Eric B. Fisher
   Barry N. Seidel

1633 Broadway
New York, New York 10019
Telephone: (212) 277-6681
Facsimile: (917) 677-8188


*Attorneys for Defendants Rafael Mayer, David Mayer, Khronos LLC, and Khronos Capital Research LLC*

**CLEARY GOTTLIEB STEEN
 & HAMILTON LLP**

By: \_\_/s/ Breon S. Peace_____
   Breon S. Peace
   Ari D. MacKinnon

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendant BNP Paribas Securities Corp.*

**BUTZEL LONG** a professional corporation

By: \_\_/s/ Peter D. Morgenstern_____
   Peter D. Morgenstern

230 Park Avenue, Suite 850
New York, NY 10169
Telephone: (212) 818-1110
Facsimile: (212) 818-0494

*Attorneys for Defendant Montpellier Resources Ltd.*

3