UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Debtor.<br>-------------------------------------------------------------------<br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br><br>                      v.<br><br>BARRENECHE, INC., et al.,<br><br>                  Defendants. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br><br><br>Adv. Pro. No. 12-01702 (SMB) |

**STIPULATION EXTENDING TIME TO MOVE, ANSWER
OR OTHERWISE RESPOND TO TRUSTEE'S COMPLAINT
AND ADJOURNING THE PRE-TRIAL CONFERENCE**

**WHEREAS**, Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee") commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing a Complaint against Barreneche, Inc., Dove Hill Trust, Fairfield Greenwich Capital Partners, FG Investors Ltd., Fortuna Asset Management Inc., Jacqueline M. Harary 2005 GRAT, Invercounsel, S.L., Invercounsel USA LLC, Robert A. Blum 2004 GRAT, Selecta Financial Corporation Inc., and Share Management LLC on June 6, 2012 (the "Complaint"); and

**WHEREAS,** the Trustee filed an Affidavit of Service of the Third Summons and Notice of Pretrial Conference in an Adversary Proceeding and the Complaint on defendants Jacqueline M. Harary 2005 GRAT and Robert A. Blum 2004 GRAT and subsequently filed notices of

dismissal without prejudice as against defendants Jacqueline M. Harary 2005 GRAT and Robert A. Blum 2004 GRAT; and

**WHEREAS**, the Trustee has filed an Affidavit of Service of the Third Summons and Notice of Pretrial Conference in an Adversary Proceeding and the Complaint on defendants Barreneche, Inc., Fairfield Greenwich Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., and Share Management LLC (collectively, the "Stipulation Defendants"), and Invercounsel USA LLC; and

**WHEREAS,** the Stipulation Defendants have requested an extension of time to move, answer or otherwise respond to the Complaint.

**NOW, THEREFORE**, it is stipulated and agreed by and between the Trustee and the Stipulation Defendants as follows:

1. The time by which the Stipulation Defendants may move, answer or otherwise respond to the Complaint is further extended from October 15, 2014, up to, and including **January 16, 2015.**

2. The pre-trial conference previously scheduled for December 17, 2014 at 10:00 a.m. shall be adjourned to **February 25, 2015 at 10:00 a.m.**

3. All times set forth in this Stipulation to move, answer or otherwise respond to the Complaint shall be subject to and superseded by any applicable court order providing for a later response date.

4. The parties to this Stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect any such rights and defenses, including challenges to service, personal jurisdiction, or the jurisdiction of this Court or any other Court.

2

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: New York, New York
October 14, 2014

/s/ Thomas L. Long
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone (212) 589-4200
Facsimile:  9212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Thomas L. Long
Email:  tlong@bakerlaw.com
Mark A. Kornfeld
Email: mkornfeld@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

Dated: New York, New York
      October 14, 2014

/s/ Mark G. Cunha
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Mark G. Cunha
Email: mcunha@stblaw.com
Peter E. Kazanoff
Email: pkazanoff@stblaw.com
*Counsel to Defendants Barreneche, Inc., Fairfield Greenwich Capital Partners, Selecta Financial Corporation Inc., and Share Management LLC*

Date: New York, New York
      October 14, 2014

/s/ Michael E. Petrella
O'Shea Partners LLP
521 Fifth Avenue, 25th Floor
New York, NY 10175
Telephone: 212-682-4426
Sean F. O'Shea
Email: soshea@osheapartners.com
Michael E. Petrella
Email: mpetrella@osheapartners.com
*Counsel to Defendant Fortuna Asset Management Inc.*