BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc Hirschfield
Timothy Pfeifer
Elizabeth McCurrach

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEON FLAX, *et al.*, <br><br> Defendants. | Adv. Pro. No. 10-05267 (SMB) |

<u>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**</u>

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for October 22, 2014 has been adjourned

to **February 25, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
      October 15, 2014

          By:    /s/ Timothy Pfeifer
                 Baker & Hostetler LLP
                 45 Rockefeller Plaza
                 New York, New York 10111
                 Telephone: 212.589.4200
                 Facsimile: 212.589.4201
                 David J. Sheehan
                 Marc Hirschfield
                 Timothy Pfeifer
                 Elizabeth McCurrach


                 *Attorneys for Irving H. Picard, Trustee for the*
                 *Substantively Consolidated SIPA Liquidation*
                 *of Bernard L. Madoff Investment Securities LLC*
                 *and the Estate of Bernard L. Madoff*