**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK D/B/A CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, F/K/A CALYON S.A. D/B/A CRÉDIT AGRICOLE MIAMI PRIVATE BANK, SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A.,<br><br>    Defendant. | Adv. Pro. No. 12-01670 (SMB) |

01:16154575.1

**STIPULATION FOR EXTENSION OF TIME TO RESPOND AND
ADJOURNMENT OF PRETRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Crédit Agricole Corporate and Investment Bank D/B/A Crédit Agricole Private Banking Miami, F/K/A Calyon S.A. D/B/A Crédit Agricole Miami Private Bank, successor in interest to Credit Lyonnais S.A. (the "Defendant"), may move, answer, or otherwise respond to the complaint (the "Complaint") filed in the above-captioned adversary proceeding (Adv. Pro. No. 12-01670 (SMB)) (the "Adversary Proceeding") is extended up to and including Novemeber 17, 2014.  The pre-trial conference will be adjourned from December 17, 2014 at 10:00 a.m. to January 28, 2015 at 10:00 a.m.

The purpose of this stipulated extension is to provide additional time for the Defendant to answer, move against, or otherwise respond to the Complaint.  This is the eleventh such extension.  Nothing in this stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to answer, move, or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.  By entering into this Stipulation, the Defendant is not making a general appearance, nor has it consented to jurisdiction or waived any right to a jury trial.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting

01:16154575.1

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Dkt. No. 7037) in the above-captioned case (Adv. Pro. No. 08-01789 (SMB)).

Dated: October 16, 2014

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: /s/ Matthew B. Lunn<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: *mlunn@ycst.com* | By: /s/ Lawrence B. Friedman<br>Lawrence B. Friedman<br>Lisa Vicens<br>Jennifer Philbrick<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: *lfriedman@cgsh.com* |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for the Defendant* |

01:16154575.1

3