| | |
|---|---|
| Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>Antonio J. Casas (acasas@windelsmarx.com) | Hearing Date: November 18, 2014 at 10 a.m.<br>Objection Deadline: November 11, 2014 at 5 p.m. |

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>v.<br><br>EDWARD BLUMENFELD, individually, and as Trustee for SUSAN BLUMENFELD GST TRUST, TRUST F/B/O SUSAN BLUMENFELD, TRUST F/B/O DAVID BLUMENFELD, and TRUST F/B/O BRAD | Adv. Pro. No. 10-04730 (SMB) |

{10998213:1}

BLUMENFELD;

SUSAN BLUMENFELD, individually, and as Trustee for TRUST F/B/O SUSAN BLUMENFELD, TRUST F/B/O DAVID BLUMENFELD, TRUST F/B/O BRAD BLUMENFELD, DAVID BLUMENFELD FARMINGDALE TRUST, BRAD BLUMENFELD FARMINGDALE TRUST, BOXWOOD REALTY GROUP, and DOGWOOD REALTY GROUP;

DAVID BLUMENFELD, individually, and as Trustee for SUSAN BLUMENFELD GST TRUST, THE DAVID BLUMENFELD FAMILY TRUST, TRUST F/B/O DAVID BLUMENFELD, BOXWOOD REALTY GROUP, and DOGWOOD REALTY GROUP;

BRAD BLUMENFELD, individually, and as Trustee for SUSAN BLUMENFELD GST TRUST, THE DAVID BLUMENFELD FAMILY TRUST, TRUST F/B/O BRAD BLUMENFELD, BOXWOOD REALTY GROUP, and DOGWOOD REALTY GROUP;

HARVEY COHEN, individually, and as Trustee for EDWARD BLUMENFELD AND SUSAN BLUMENFELD CHARITABLE LEAD TRUST, EDWARD AND SUSAN BLUMENFELD 2007 CHARITABLE LEAD TRUST, and BRAD BLUMENFELD CHARITABLE LEAD TRUST;

BLUMENFELD DEVELOPMENT GROUP, LTD.; EDWARD AND SUSAN BLUMENFELD CHARITABLE LEAD TRUST; EDWARD BLUMENFELD & SUSAN BLUMENFELD 2007 CHARITABLE LEAD TRUST; TRUST F/B/O SUSAN BLUMENFELD; SUSAN BLUMENFELD GST TRUST; TRUST F/B/O DAVID BLUMENFELD; EDWARD BLUMENFELD & SUSAN BLUMENFELD, GUARDIANS FOR DAVID BLUMENFELD NY UGMA; BRAD BLUMENFELD CHARITABLE LEAD

{10998213:1}

TRUST; TRUST F/B/O BRAD BLUMENFELD; EDWARD BLUMENFELD & SUSAN BLUMENFELD, GUARDIANS FOR BRAD BLUMENFELD NY UGMA; THE BRAD BLUMENFELD FAMILY FOUNDATION; THE EDWARD AND SUSAN BLUMENFELD FOUNDATION; BULL MARKET FUND; EDWARD BLUMENFELD ET AL II; DWD ASSOCIATES, LLC; BDG DWD ASSOCIATES, LLC; EDB CAPITAL, LLC; DOUBLE B SQUARED LLC; EDWARD BLUMENFELD GERALD Y MORDFIN ET AL; DOGWOOD REALTY GROUP; EDWARD BLUMENFELD ET AL; LAGUARDIA CORPORATE CENTER ASSOCIATES, L.P.; LAGUARDIA CORPORATE CENTER ASSOCIATES, LLC; BOXWOOD REALTY GROUP; SOUTH SEA HOLDINGS L.P.; BDG PISCATAWAY, LLC; BDG KINGSBRIDGE, LLC; BWI; SUSAN BLUMENFELD INTERIORS, LTD.; BDG CONSTRUCTION CORP.; DAVID BLUMENFELD FARMINGDALE TRUST; THE DAVID BLUMENFELD FAMILY TRUST; BRAD BLUMENFELD FARMINGDALE TRUST; 45 SOUTH SERVICE ROAD, LLC; BCC II, LLC; BDG COMMACK, LLC; BDG DEER PARK ASSOCIATES, LLC; BDG LAKE GROVE I, LLC; BDG LARKFIELD ASSOCIATES, LLC; CHARLESTON ENTERPRISES, LLC; DANIEL LAND CO. LLC; BDG DANIEL STREET, LLC; GOTHAM PLAZA ASSOCIATES, LLC; BDG 125TH STREET, LLC; 10 MICHAEL DRIVE ASSOCIATES, L.P.; 500 BI-COUNTY ASSOCIATES, L.P.; ARC-BDG SETAUKET ENTERPRISE; BLUMCO SETAUKET, LLC; COBLUM SETAUKET, LLC; BDG 115 BROADHOLLOW, L.P.; MAXROB, L.P.; B-4 PARTNERSHIP; 125 BETHPAGE ASSOCIATES; and BDG YAPHANK, LLC,

                Defendants.

{10998213:1}

# NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT AGREEMENT BY AND BETWEEN THE TRUSTEE AND THE DEFENDANTS

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff," and together with BLMIS, collectively, the "Debtors"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, New York 10004, on **November 18, 2014 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving a settlement agreement (the "Agreement") by and among the Trustee and the Defendants as more particularly set forth in the motion annexed hereto (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be in writing, shall conform to the Bankruptcy Rules and other applicable rules and orders of this Court, and shall be filed in accordance with General Order M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov), with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, and shall be served upon (a) Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, Attn: Howard L. Simon, Esq.; (b) Irving H. Picard, Esq., c/o Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111; (c) Goodwin Proctor LLP, The New York Times Building, 620 Eighth Avenue, New

---

[1] All defined terms not otherwise defined herein shall have the meaning ascribed in the Motion.

York, NY 10018, Attn: William P. Weintraub, Esq.; and (d) Clayman & Rosenberg LLP, 305 Madison Avenue, Suite 1301, New York, NY 10165, Attn: Seth L. Rosenberg, Esq., so as to be received no later than **November 11, 2014 at 5:00 p.m**.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served with respect to the Motion, the Motion shall be deemed uncontested and an order granting the requested relief may be entered with no further notice or opportunity to be heard offered to any party.

| | |
|---|---|
| Dated:  New York, New York<br>October  17, 2014 | Respectfully submitted,<br><br>/s/ Howard L. Simon<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br>Howard L. Simon<br>Email: hsimon@windelsmarx.com<br>Kim M. Longo<br>Email: klongo@windelsmarx.com<br>Antonio J. Casas<br>Email: acasas@windelsmarx.com<br>*Attorneys for Irving H. Picard,*<br>*Trustee for the  Substantively Consolidated*<br>*SIPA Liquidation of Bernard L. Madoff*<br>*Investment Securities LLC and the Estate of*<br>*Bernard L. Madoff* |