Michael I. Goldberg (MG 0869)
**AKERMAN, LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224

*Attorneys for Krellenstein Family Limited Partnership II of 1999, Krellenstein Family Enterprises, Inc., Ely Krellenstein Revocable Trust of 1994, Ely Krellenstein, Shirley Krellenstein Revocable Trust of 1994, and Shirley Krellenstein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION           :
CORPORATION,                                                       :
                                                                                    :
       Plaintiff-Applicant,                                    :    Adv. Pro. No. 08-01789 (BRL)
                                                                                    :
v.                                                                                :    SIPA LIQUIDATION
                                                                                    :
BERNARD L. MADOFF INVESTMENT      :    (Substantively Consolidated)
SECURITIES LLC,                                                    :
                                                                                    :
       Defendant.                                                 :

---------------------------------------------------------------x

In re:                                                                         :
                                                                                    :
BERNARD L. MADOFF,                                         :
                                                                                    :
       Debtor.                                                         :

---------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                                                                    :
       Plaintiff,                                                      :
                                                                                    :
v.                                                                                :    Adv. Pro. No. 10-04661(SMB)
                                                                                    :
KRELLENSTEIN FAMILY LIMITED                 :
PARTNERSHIP II OF 1999, a Delaware          :
Limited Partnership,                                              :
                                                                                    :
KRELLENSTEIN FAMILY ENTERPRISES, INC  :
a Delaware Corporation,                                        :
                                                                                    :
ELY KRELLENSTEIN REVOCABLE TRUST OF  :
1994, a Florida Trust,                                             :
                                                                                    :
ELY KRELLENSTEIN, as settlor, as                     :

{29765795;1}                                    1

| | |
|---|---|
| trustee, and as an individual, | : |
| | |
| SHIRLEY KRELLENSTEIN REVOCABLE TRUST OF 1994, a Florida Trust, and | : |
| | : |
| SHIRLEY KRELLENSTEIN, as settlor, as trustee, and as an individual. | : |
| | : |
| Defendants | : |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Michael I. Goldberg, hereby certify that on October 20, 2014, I caused true and correct copies of the Notice of Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss the Complaint be filed with the Clerk of the Court and to be served using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive notification through the CM/ECF system.

Dated: October 20, 2014
      New York, New York

                             **AKERMAN, LLP**

                          By: /s/   Michael I. Goldberg
                             Michael I. Goldberg (MG 0869)
                             Email: michael.goldberg@akerman.com
                             Las Olas Centre II, Suite 1600
                             350 East Las Olas Boulevard
                             Fort Lauderdale, FL  33301-2229
                             Phone:  (954) 463-2700
                             Fax:  (954) 463-2224

                             *Attorneys for Krellenstein Family Limited*
                             *Partnership II of 1999, Krellenstein Family*
                             *Enterprises, Inc., Ely Krellenstein*
                             *Revocable Trust of 1994, Ely Krellenstein,*
                             *Shirley Krellenstein Revocable Trust of*
                             *1994, and Shirley Krellenstein*