# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>ESTATE OF CARL S. STECKER, LEONA STECKER, individually, in her capacity as personal representative of the Estate of Carl S. Stecker, and as trustee of the Carl S. Stecker Revocable Trust, CARL S. STECKER REVOCABLE TRUST,<br><br>        Defendants. | Adv. Pro. No. 10-04860 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including November 17, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  October 17, 2014
        New York, New York

By:    s/ *Marc E. Hirschfield*
       **BAKER & HOSTETLER LLP**
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: (212) 589-4200
       Facsimile: (212) 589-4201
       David J. Sheehan
       Email:  dsheehan@bakerlaw.com
       Marc E. Hirschfield
       Email: mhirschfield@bakerlaw.com
       Dominic A. Gentile
       Email: dgentile@bakerlaw.com
       Joshua B. Rog
       Email: jrog@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: October 17, 2014
       New York, New York

By:     s/ *Brian J. Neville*
       **LAX & NEVILLE LLP**
       1450 Broadway
       New York, NY 10018
       Telephone: 212.696.1999
       Facsimile: 212.566.4531
       Barry R. Lax
       Email: blax@laxneville.com
       Brian J. Neville
       Email: bneville@laxneville.com
       Gabrielle Pretto
       Email: gpretto@lawneville.com

       *Attorneys for Defendants Estate of Carl S. Stecker, Leona Stecker, individually, in her capacity as personal representative of the Estate of Carl S. Stecker, and as trustee of the Carl S. Stecker Revocable Trust, Cark S. Stecker Revocable Trust*

Dated: October 17, 2014
       New York, New York

       s/ *Hon. Francis G. Conrad*
       Hon. Francis G. Conrad

6658 Mountain View Way West PO Box 68
Huletts Landing, New York 12841--0068
Telephone: (802) 342.4244
Facsimile: (810) 815.2441
Email: fconrad@vermontel.net

*Mediator*