**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                        Plaintiff,<br><br>        v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>                                        Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK   )

I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On October 21, 2014, I served the **NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVER** via electronic transmission to the email address designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to the parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

/s/Tanya Kinne
TANYA KINNE


Sworn to before me this
22nd day of October, 2014


*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

<u>SCHEDULE A</u>

Inter Asset Management Inc.
c/o Bison Financial Services Ltd., Bison Court, Road Town , Tortola
British Virgin Islands

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
23, Avenue de la Porte-Neuve
L-2227 Luxembourg
Luxembourg

Intelligent Voice Research, L.L.C.
c/o Joseph Nicholson
121 West 20th Street, Apt 2A
New York, NY 10011

Ivo Rothschild
410 Avenue Victoria, Apt #12
Westmount, Quebec H3Y 2R2
Canada

Ptown Pookies, L.L.C.
c/o Christopher J. Snow, Esq, Registered Agent
90 Harry Kemp Way
Provincetown, Ma 02657

INVERCOUNSEL USA LLC
2 South Biscayne Boulevard, Suite 3400,
Miami, Florida 33131

Caprice International Group Inc.
9513 New Waterford Cove
Delray Beach, Florida 33446
and
Attention or Care of Officer or Agent Authorized to Accept Service
9513 New Waterford Cove
Delray Beach, Florida 33446

Eric Schiffer d/b/a Desert Rose Ltd
250 West 39th Street, Suite 300,
New York, New York 10018

Joseph J. Nicholson, individually and as trustee of the Joseph J. Nicholson Charitable Remainder
Unitrust
Email: jn@dfcompanies.com

Paul Robert Murphy
Email: murphy@niggle.com

Wallace Aptman, individually and as beneficial owner of one or more IRAs
Email: waptman@american-securities.com

Wallace Aptman IRA Rollover
Email: waptman@american-securities.com

Jeff E. Butler
Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, and Dakota Global

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Defender Limited, Reliance Management (BVI) Limited, and Primeo Fund

John A. Pintarelli
Morrison & Foerster LLP
Email: jpintarelli@mofo.com
Attorney for: Defender Limited, and Reliance Management (BVI) Limited

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney for: Reliance International Research, LLC, and Reliance International Research, LLC

Mandy DeRoche
Seward & Kissel
Email: deroche@sewkis.com
Attorney for: Reliance International Research, LLC, ARDEN ASSET MANAGEMENT INC.,
ARDEN ASSET MANAGEMENT LLC, and ARDEN ENDOWMENT ADVISERS, LTD.

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney for: Equity Trading Portfolio Limited, and Equity Trading Fund, Ltd.

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: lfriedman@cgsh.com
Attorney for: BNP Paribas Arbitrage SNC, and BNP Paribas Securities Corp.

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney for: BNP Paribas Arbitrage SNC, BNP Paribas Securities Corp., BNP Paribas
Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A.,
f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., BNP Paribas
Securities Services S.A., BNP PARIBAS ARBITRAGE SNC, BNP Paribas S.A., BNP Paribas
(Suisse) S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas
Bank & Trust Cayman Limited, BGL BNP Paribas Luxembourg S.A., BNP Paribas Securities
Services Succursale de Luxembourg, and BNP Paribas Securities Services S.A.

Michael P. Burke
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
Email: mburke@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney for: Fairfield Investment Fund Limited, and Stable Fund

Frederick R. Kessler
Wollmuth Maher & Deutsch LLP
Email: fkessler@wmd-law.com
Attorney for: Fairfield Investment Fund Limited, Fairfield Investors (Euro) Limited, and Stable
Fund

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney for: Fairfield Investors (Euro) Limited, and Stable Fund

Mark G. Cunha
Peter E. Kazanoff
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Email: pkazanoff@stblaw.com
Attorney for: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda), LTD., Fairfield
Greenwich Advisors LLC, Fairfield International Managers, Inc., Mark Mckeefry, Daniel Lipton,
Gordon Mckenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold
Greisman, Corina Noel Piedrahita, Lourdes Barreneche, Santiago Reyes, Jacqueline Harry,
BARRENECHE, INC., FAIRFIELD GREENWICH CAPITAL PARTNERS, SELECTA
FINANCIAL CORPORATION INC., and SHARE MANAGEMENT LLC

Andrew W. Hammond
White & Case LLP
Email: ahammond@whitecase.com
Attorney for: Walter Noel

Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
Email: dfetterman@kasowitz.com
Attorney for: Jeffrey Tucker, 1185 Park Avenue Foundation, Inc., Catherine L. Steinmann, David
P. Steinmann, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee
of the David P. Steinmann Money Purchase Pension Plan, as trustee of the Trust UAD 3/4/92
FBO Benjamin R. Sigelman, as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman and
as custodian for Catherine L. Steinmann, David P. Steinmann IRA Rollover #1, David P.
Steinmann IRA Rollover #2, David P. Steinmann Money Purchase Pension Plan, David
Steinmann Defined Benefit Plan, Gabriel B. Steinmann, Jennifer E. Steinmann, JJG Enterprises,
and Joshua Steinmann

Andrew J. Levander
David S. Hoffner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Attorney for: Andr?s Piedrahita

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney for: Amit Vijayvergiya

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney for: Robert Blum

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney for: Gregory Bowes

Sean F. O'Shea
O'Shea Partners LLP
Email: soshea@osheapartners.com
Attorney for: Cornelis Boele, and FORTUNA ASSET MANAGEMENT INC.

Marc D. Feingold
O'Shea Partners LLP
Email: mfeingold@osheapartners.com
Attorney for: Cornelis Boele

Todd E. Duffy
Douglas A. Amedeo
DuffyAmedeo LLP

Email: tduffy@duffyamedeo.com
Email: damedeo@duffyamedeo.com
Attorney for: Ursula Radel-Leszczynski, Regulus Asset Management Limited, Carruba Asset
Management Limited, Tereo Trust Company Limited, Alpha Prime Fund Limited, Senator Fund
SPC, and Alpha Prime Asset Management Ltd.

Sheldon Eisenberger
The Law Office of Sheldon Eisenberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: pog@nqgrg.com
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: nda@nqgrg.com
Email: sheldon@eisenbergerlaw.com
Email: pog@nqgrg.com
Email: nda@nqgrg.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur,
Inc., and Herald Asset Management Limited

Mary K. Warren
Willkie Farr & Gallagher LLP
Email: mwarren@willkie.com
Attorney for: Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Equus
Asset Mgmt. Ltd, Equus Asset Management Partners, L.P., Cape Investment Advisors Limited,
Genevalor, Benbassat et Cie, Hermes Asset Management Limited, and Dr. Alain B. L?vy, solely
in his capacity as Executor of the Estate of Mario Benbassat

Eric A. Heining
Mark Michael Elliott
Bingham McCutchen LLP
Email: eric.heining@bingham.com
Email: mark.elliott@bingham.com
Attorney for: Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski,
Jean-Marc Wenger, Aurelia Asset Management Partners, and Aurelia Fund Management Ltd.

Michael E. Wiles
Debevoise & Plimpton LLP
Email: mewiles@debevoise.com
Attorney for: Hermes International Fund Limited, Geo Currencies, Thema Wise Investments Ltd.,
Lagoon Investment Trust, Thema International Fund plc, Hermes International Fund Limited,
Thema Fund Ltd., Lagoon Investment Limited, and Pictet et Cie

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney for: Thema Asset Mgmt. (Bermuda), and Thema Asset Management Limited (BVI)

Brian Harvey
Daniel M. Glosband
Goodwin Procter LLP
Email: bharvey@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Attorney for: T+M Trusteeship & Management Services S.A., and GTM Management Services
Services Corp. N.V.

Joseph Serino
David S. Flugman
Jay Lefkowitz
Kirkland & Ellis LLP
Email: joseph.serino@kirkland.com
Email: david.flugman@kirkland.com
Email: jay.lefkowitz@kirkland.com
Attorney for: Herald Fund SPC

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Herald (Lux) SICAV, Luxembourg Investment Fund, Luxembourg Investment Fund
US Equity Plus, Maitre Alain Rukavina, Paul Laplume, LUXALPHA SICAV as represented by its
Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, Maitre Alain Rukavina in
their capacity as liquidator and representative of Luxalpha Sicav, and Paul Laplume in their
capacity as liquidator and representative of Luxalpha Sicav

Mark McDermott
Susan L. Saltzstein
Maura Barry Grinalds
Jeremy A. Berman
Marco E. Schnabl
Skadden, Arps, Slate, Meagher & Flom LLP
Email: mark.mcdermott@skadden.com
Email: susan.saltzstein@skadden.com
Email: maurabarry.grinalds@skadden.com
Email: jeremy.berman@skadden.com
Email: marco.schnabl@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited, and UniCredit S.p.A.

Evan Davis
James Frasco
Charles J. Keeley, III
Cleary Gottlieb Steen & Hamilton LLP
Email: edavis@cgsh.com
Email: jfrasco@cgsh.com
Email: cjkeeley@cgsh.com

Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., and HSBC Fund Services (Luxembourg) S.A.

David E. Brodsky
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Email: tmoloney@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Private Bank (Suisse) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., HSBC Fund Services (Luxembourg) S.A., SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED, and SICO Limited

Marla Decker
Cleary Gottlieb Steen & Hamilton LLP
Email: mdecker@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., and HSBC Fund Services (Luxembourg) S.A.

Franklin B. Velie
Jonathan Kortmansky
Mitchell C. Stein
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Email: jkortmansky@sandw.com
Email: mstein@sandw.com
Attorney for: UniCredit Bank Austria AG

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney for: Legacy Capital Limited

Kathleya Chotiros
Cleary Gottlieb Steen & Hamilton LLP
Email: kchotiros@cgsh.com

Attorney for: BNP Paribas Securities Corp., BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., BNP Paribas Securities Services S.A., and BNP PARIBAS ARBITRAGE SNC

Shaya M. Berger
Eric B. Fisher
Barry N. Seidel
Dickstein Shapiro LLP
Email: bergers@dicksteinshapiro.com
Email: fishere@dicksteinshapiro.com
Email: seidelb@dicksteinshapiro.com
Attorney for: Khronos LLC, Khronos Capital Research LLC, Rafael Mayer, and David Mayer

Peter D. Morgenstern
Morgenstern & Blue, LLC
Butzel Long
Email: abraham@butzel.com
Email: pmorgenstern@mfbnyc.com
Email: abraham@butzel.com
Attorney for: Montpellier Resources Ltd.

Eugene E. Stearns
Harold D. Moorefield
Jonathan C. Vair
Christopher L. Barnett
Carlos J. Canino
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Email: estearns@stearnsweaver.com
Email: hmoorefield@stearnsweaver.com
Email: jvair@stearnsweaver.com
Email: cbarnett@stearnsweaver.com
Email: ccanino@stearnsweaver.com
Attorney for: Isaac Jimmy Mayer

David Greenwald
Cravath Swaine & Moore LLP
Email: dgreenwald@cravath.com
Attorney for: M&B Capital Advisers Sociedad de Valores, S.A., UNIFORTUNE ASSET MANAGEMENT SGR SPA, and UNIFORTUNE CONSERVATIVE FUND

Richard Levin
Cravath Swaine & Moore LLP
Email: rlevin@cravath.com
Attorney for: M&B Capital Advisers Sociedad de Valores, S.A., and Banque Syz & Co., SA

Tracy L. Klestadt
Klestadt & Winters, LLP
Email: tklestadt@klestadt.com
Attorney for: Reliance Management (Gibraltar) Limited

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS
Third Party Management Company SA, UBS (Luxembourg) SA, UBS AG, UBS Fund Services
(Luxembourg) SA, UBS Third Party Management Company SA, and UBS Deutschland AG as
successor in interest to Dresdner Bank LateinAmerika AG

Thomas J. Hall
Chadbourne & Parke LLP
Email: thall@chadbourne.com
Attorney for: Landmark Investment Fund (Ireland)

Martin Flumenbaum
Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: mflumenbaum@paulweiss.com
Email: aehrlich@paulweiss.com
Attorney for: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Joseph P. Moodhe
shannon Rose Selden
Amanda M. Ulrich
Debevoise & Plimpton LLP
Email: jpmoodhe@debevoise.com
Email: srselden@debevoise.com
Email: amulrich@debevoise.com
Attorney for: Plaza Investments International Limited, and Notz Stucki Management (Bermuda)
Limited

Tammy P. Bieber
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: bieber@thsh.com
Attorney for: Square One Fund Ltd., Luc. D. Estenne, Square Asset Management Ltd., and
Partners Advisers S.A.

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Circle Partners

Theresa Trzaskoma
Brune & Richard LLP
Email: ttrzaskoma@bruneandrichard.com
Attorney for: Kathryn R. Siggins

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Thybo Stable Funds Ltd., Thybo Asset Management Limited, Citibank, N.A.,
Citibank North America, Inc., Citigroup Global Markets Limited, and Citibank (Switzerland) Ltd.

Jeffrey T. Scott
Sullivan & Cromwell LLP
Email: scottj@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar), and Banque J. Safra (Suisse) SA f/k/a Banque Jacob
Safra (Suisse) SA

Robinson B. Lacy
Sullivan & Cromwell LLP
Email: lacyr@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar), Banque J. Safra (Suisse) SA f/k/a Banque Jacob
Safra (Suisse) SA, Safra National Bank of New York,, STANDARD CHARTERED FINANCIAL
SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL SERVICES
(LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as
represented by its liquidator Hanspeter Kr?mer, STANDARD CHARTERED BANK
INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK
INTERNATIONAL, and STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a
AMERICAN EXPRESS BANK LTD.

Andrew Gelfand
Sullivan & Cromwell LLP
Email: gelfanda@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar)

Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Attorney for: ZEUS PARTNERS LIMITED, George Anagnos, Josephine G. Anagnos, Maria
Anagnos-Pierce, Steven Anagnos, Lloyds TSB Bank PLC, ACCESS INTERNATIONAL
ADVISORS LLC, PIERRE DELANDMETER in his capacity as Liquidator of ELITE-
STABILITY FUND SICAV AND ELITE-STABILITY FUND SICAV STABLEROCK
COMPARTMENT, ELITE-STABILITY FUND SICAV AND ELITE-STABILITY FUND
SICAV STABLEROCK COMPARTMENT, as represented by their Liquidator PIERRE
DELANDMETER, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS
INTERNATIONAL ADVISORS (LUXEMBOURG) SA), as represented by its Liquidator
FERNAND ENTRINGER, and FERNAND ENTRINGER, in his capacity as Liquidator of

12

ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL
ADVISORS (LUXEMBOURG) SA)

Brian A. Schmidt
Katten Muchin Rosenman LLP
Email: brian.schmidt@kattenlaw.com
Attorney for: ZEUS PARTNERS LIMITED

Michael Feldberg
Allen & Overy LLP
Email: michael.feldberg@allenovery.com
Attorney for: ABN AMRO Bank N.A., and ABN AMRO BANK N.V.

Lanier Saperstein
Allen & Overy LLP
Email: lanier.saperstein@allenovery.com
Attorney for: ABN AMRO Bank N.A.

Joanna Shally
Shearman & Sterling LLP
Email: jshally@shearman.com
Attorney for: Banco Bilbao Vizcaya Argentaria, S.A., INTELIGO BANK LTD.-PANAMA
BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH, Naidot & Co., BANCO ITA?
EUROPA LUXEMBOURG S.A., and BANCO ITA? EUROPA INTERNATIONAL

Heather Lamberg Kafele
Shearman & Sterling LLP
Email: hkafele@shearman.com
Attorney for: Banco Bilbao Vizcaya Argentaria, S.A., and INTELIGO BANK LTD.-PANAMA
BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

David Livshiz
Jeri Buzzetta
Cleary Gottlieb Steen & Hamilton LLP
Email: dlivshiz@cgsh.com
Email: jbuzzetta@cgsh.com
Attorney for: Citibank, N.A., Citibank North America, Inc., Citigroup Global Markets Limited,
and Citibank (Switzerland) Ltd.

Brian H. Polovoy
Christopher R. Fenton
Andrew Z. Lipson
Shearman & Sterling LLP
Email: bpolovoy@shearman.com
Email: christopher.fenton@shearman.com
Email: andrew.lipson@shearman.com

Attorney for: Citrus Investment Holdings, Ltd., NOMURA INTERNATIONAL PLC, and Nomura International PLC

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA

Gabriel Herrmann
Gibson Dunn
Email: gherrmann@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA, and UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG

Brian Muldrew
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Attorney for: Groupement Financier, Access International Advisors LLC, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), Access International Advisors Ltd., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, Patrick Littaye, ACCESS INTERNATIONAL ADVISORS LLC, PIERRE DELANDMETER in his capacity as Liquidator of ELITE-STABILITY FUND SICAV AND ELITE-STABILITY FUND SICAV STABLEROCK COMPARTMENT, ELITE-STABILITY FUND SICAV AND ELITE-STABILITY FUND SICAV STABLEROCK COMPARTMENT, as represented by their Liquidator PIERRE DELANDMETER, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA), as represented by its Liquidator FERNAND ENTRINGER, and FERNAND ENTRINGER, in his capacity as Liquidator of ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA)

Robert Knuts
Sher Tremonte LLP
Email: rknuts@shertremonte.com
Attorney for: Theodore Dumbauld

Scott M. Berman
Christopher L. McCall
Friedman Kaplan Seiler & Adelman LLP
Email: sberman@fklaw.com
Email: cmccall@fklaw.com
Attorney for: Pierre Delandmeter

Pamela A. Miller
Kent A. Yalowitz
Arnold & Porter LLP
Email: Pamela.Miller@aporter.com
Email: Kent.Yalowitz@aporter.com
Attorney for: Merrill Lynch International, MERRILL LYNCH BANK (SUISSE) SA, and
Fullerton Capital Pte Ltd.

Bruce Ginsberg
Joseph Cioffi
James R. Serritella
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: jcioffi@dglaw.com
Email: jserritella@dglaw.com
Attorney for: Natixis, IXIS Corporate & Investment Bank, Bloom Asset Holdings Fund, and
Natixis Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC)

Jessica Simonoff
David Onorato
David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: jessica.simonoff@freshfields.com
Email: david.onorato@freshfields.com
Email: david.livshiz@freshfields.com
Attorney for: Tensyr Limited

Roger E. Barton
Barton, Barton, & Plotkin  LLP
Email: rbarton@bartonesq.com
Attorney for: Abe Mastbaum, individually, as custodian for Jason Mastbaum and as beneficial
owner of one or more IRAs, Abe Mastbaum IRA, Abe Mastbaum IRA Rollover, Abe Mastbaum
IRA SEP, and Jason Mastbaum

William B. Pollard, III
Ina Bort
Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com

Attorney for: The Abstraction Fund, Alice Rosenwald, also known as Alice R. Sigelman, individually, as custodian for Jonathan Sigelman, as custodian for Benjamin R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald and as Executrix of the Estate of Jesse L. Sigelman, Alice Rosenwald Fund, American Philanthropic Foundation, American Securities Group, L.L.C., American Securities Holdings Corp., American Securities Opportunity Fund, L.P., Anchorage Charitable Fund, AS Hirota Holdings Corp., Benjamin R. Sigelman, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman and as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, David R. Varet, Decimal Investments, L.L.C., Elizabeth R. Varet, individually, as custodian for Joseph R. Varet, as custodian and/or trustee of the Elizabeth R. Varet Money Purchase Pension Plan, as grantor of the 2004 V Trust, as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as settlor of the Michael A. Varet Trust UAD 11/9/94, as settlor of the Trust 11/9/94 (A. Anagnos et al., trustees), as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as beneficiary and trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Elizabeth R. Varet Defined Benefit Plan & Trust, Elizabeth R. Varet IRA Rollover, Elizabeth Varet Money Purchase Pension Plan, Hudson Charitable Fund, JJG Foundation, Inc., Jonathan R. Sigelman, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Joseph R. Varet, individually, as beneficiary and as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, Metropolitan Philanthropic Fund, Inc., Michael A. Varet, individually, as beneficial owner of one or more IRAs, as custodian for David R. Varet and Sara R. Varet and as trustee of the Michael A. Varet Trust UAD 11/9/94, Michael A. Varet IRA Rollover, Michael A. Varet IRA Rollover #2, Nina Rosenwald, individually, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina

Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, P&I Partners, Sarah R. Varet, individually, as trustee and as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, William Rosenwald Family Fund, Inc., Estate of Jesse L. Sigelman, American Securities Management, L.P., Formerly Known As American Securities, L.P., Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et al., trustees), Stuart H. Coleman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald and as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al., trustees), James R. Ledley as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87, Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87, and Ronald J. Stein, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

Carl H. Loewenson, Jr.
David S. Brown
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Email: dbrown@mofo.com
Attorney for: Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97, Arlene Marie Pettingill, CDK Partners, Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund, Charles D. Klein  IRA Rollover, Charles D. Klein Money Purchase Pension Plan, Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97, Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97, Jane P. Klein IRA, Joseph A. Rossetti, as beneficial owner of an IRA, Joseph A. Rossetti IRA Rollover, Klein Family Holdings, L.L.C., Laila Hafner, as beneficial owner of an IRA, Laila Hafner IRA, Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch Money Purchase Pension Plan, Laura M.

Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch IRA, Michael G. Fisch, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust, Michael G. Fisch IRA, Michael G. Fisch Profit Sharing Plan, The Charles and Jane Klein Family Fund, The Reed L. Harman and Nan M. Harman Foundation, Reed L. Harman, as trustee of the Visalia Trust UAD 1/25/97, Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97, Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, Susan C. Wolfe, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, SafeHand Investments, Strongback Holdings Corporation, and PF TRUSTEES LIMITED in its capacity as trustee of RD Trust

Kiersten A. Fletcher
Morrison & Foerster LLP
Email: kfletcher@mofo.com
Attorney for: Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97, Arlene Marie Pettingill, CDK Partners, Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund, Charles D. Klein  IRA Rollover, Charles D. Klein Money Purchase Pension Plan, Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97, Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97, Jane P. Klein IRA, Joseph A. Rossetti, as beneficial owner of an IRA, Joseph A. Rossetti IRA Rollover, Klein Family Holdings, L.L.C., Laila Hafner, as beneficial owner of an IRA, Laila Hafner IRA, Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch Money Purchase Pension Plan, Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch IRA, Michael G. Fisch, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust, Michael G. Fisch IRA, Michael G. Fisch Profit Sharing Plan, The Charles and Jane Klein Family Fund, The Reed L. Harman and Nan M. Harman Foundation, Reed L. Harman, as trustee of the Visalia Trust UAD 1/25/97, Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97, Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, and Susan C. Wolfe, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein

Dean A. Dickie
Miller Canfield
Email: dickie@millercanfield.com

Attorney for: Barry F. Margolius, as trustee of the Joseph J. Nicholson Charitable Remainder Unitrust, and Anthony R. Grillo, as trustee of the Joseph J. Nicholson Charitable Remainder Unitrust

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: Darmel Management, L.L.C., Joyce W. Goldstein, individually, as beneficial owner of an IRA and as trustee of the Neil B. Goldstein 2007 Trust, Joyce Goldstein IRA, Neil B. Goldstein, individually, as beneficial owner of one or more IRAs, as grantor of the Neil B. Goldstein 2007 Trust and as beneficiary of the Jean Weiner 1991 Grantor Retained Annuity Trust, Neil B. Goldstein IRA Rollover, South Lake, L.L.C., Laurence E. Ach, as trustee of the Jean Weiner 1991 Grantor Retained Annuity Trust, GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENOR BALANCED GROWTH FUND LIMITED, and GROSVENOR AGGRESSIVE GROWTH FUND LIMITED

Donald S. Zakarin
Pryor Cashman LLP
Email: dzakarin@pryorcashman.com
Attorney for: The Estate of Miriam Furst-Ostow, and Rachael Ostow Lustbader, as Executrix of the Estate of Miriam F. Ostow

Allison M. Wuertz
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: allison.wuertz@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: George Anagnos, Josephine G. Anagnos, Maria Anagnos-Pierce, and Steven Anagnos

Scott A. Ziluck
Halperin Battaglia Raicht, LLP
Email: sziluck@halperinlaw.net
Attorney for: Judy Steinberg Kovler

Steven Storch
Brittany Nilson
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Email: bnilson@samlegal.com
Attorney for: PJ Associates GP Corp., PJ Associates Group, L.P. DBA PJ Administrator, L.L.C., and PJ Administrator, L.L.C., Formerly Known As PJ Associates Group, L.P

Christopher Harris
Latham & Watkins LLP
Email: christopher.harris@lw.com

Attorney for: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.), and ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)

Jason A. Kolbe
Latham & Watkins LLP
Email: Jason.Kolbe@lw.com
Attorney for: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), and ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited

Joshua J. Fritsch
Yavar Bathaee
Sullivan & Cromwell LLP
Email: fritschj@sullcrom.com
Email: bathaeey@sullcrom.com
Attorney for: Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA

Stacey J. Rappaport
Dorothy Heyl
Milbank, Tweed, Hadley & McCloy LLP
Email: srappaport@milbank.com
Email: dheyl@milbank.com
Attorney for: LGT BANK IN LIECHTENSTEIN, and LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz) AG

Marc J. Gottridge
Andrew M. Behrman
Jordan L. Estes
Hogan Lovells US LLP
Email: marc.gottridge@hoganlovells.com
Email: andrew.behrman@hoganlovells.com
Email: jordan.estes@hoganlovells.com
Attorney for: BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS PRIVATE BANK & TRUST LIMITED

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com
Attorney for: PARSON FINANCE PANAMA

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: jzulack@fzwz.com

Attorney for: BANQUE CANTONALE VAUDOISE, BORDIER & CIE, BANQUE PRIVEE
ESPIRITO SANTO SA, and Lombard Odier Darier Hentsch & Cie

Elizabeth A. O?Connor
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Attorney for: BANQUE CANTONALE VAUDOISE, BORDIER & CIE, and BANQUE PRIVEE
ESPIRITO SANTO SA

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney for: QUILVEST FINANCE LIMITED

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney for: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC,
and ARDEN ENDOWMENT ADVISERS, LTD.

Seong H. Kim
Celina M. Munoz
Steptoe & Johnson LLP
Email: skim@steptoe.com
Email: cmunoz@steptoe.com
Attorney for: MERITZ FIRE & MARINE INSURANCE CO. LTD.

Peter R. Chaffetz
Andreas A. Frischknecht
Erin E. Valentine
Chaffetz Lindsey LLP
Email: peter.chaffetz@chaffetzlindsey.com
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Attorney for: SIX SIS AG

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney for: NATIONAL BANK OF KUWAIT, Korea Exchange Bank, Individually And As
Trustee For Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, and KOOKMIN
BANK

Eric Fishman
Kerry A. Brennan
Brandon R. Johnson
PILLSBURY WINTHROP SHAW PITTMAN LLP

Email: eric.fishman@pillsburylaw.com
Email: kerry.brennan@pillsburylaw.com
Email: brandon.johnson@pillsburylaw.com
Attorney for: FALCON PRIVATE BANK LTD.

Mary E. Sylvester
Arnold & Porter LLP
Email: Mary.Sylvester@aporter.com
Attorney for: MERRILL LYNCH BANK (SUISSE) SA, and Fullerton Capital Pte Ltd.

David W. Parham
Baker & McKenzie LLP
Email: david.parham@bakermckenzie.com
Attorney for: CATHAY LIFE INSURANCE CO. LTD.

Andrew T. Karron
Arnold & Porter LLP
Email: Andrew.Karron@aporter.com
Attorney for: ATLANTIC SECURITY BANK, and Platinum All Weather Fund Limited

Scott B. Schreiber
Arnold & Porter LLP
Email: Scott.Schreiber@aporter.com
Attorney for: ATLANTIC SECURITY BANK

Sam Levy
Wuersch & Gering LLP
Email: Samuel.levy@wg-law.com
Attorney for: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, and Vontobel Asset
Management Inc.

Robert S. Fischler
Martin J. Crisp
Ropes & Gray
Email: robert.fischler@ropesgray.com
Email: martin.crisp@ropesgray.com
Attorney for: SCHRODER & CO. BANK AG

Eric M. Kay
Quinn Emanuel Urquhart & Sullivan, LLP
Email: erickay@quinnemanuel.com
Attorney for: ABU DHABI INVESTMENT AUTHORITY

Charles C. Platt
Jeremy S. Winer
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com

Email: jeremy.winer@wilmerhale.com
Attorney for: BSI AG, individually and as successor in interest to Banco del Gottardo

James N. Lawlor
John D. Giampolo
Wollmuth Maher & Deutsch LLP
Email: jlawlor@wmd-law.com
Email: jgiampolo@wmd-law.com
Attorney for: Korea Investment Trust Management Company

Jonathan P. Guy
James W. Burke
Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Email: jburke@orrick.com
Attorney for: KOCH INDUSTRIES. INC.

Scott S. Balber
Jonathan C. Cross
Herbert Smith Freehills NY LLP
Email: scott.balber@hsf.com
Email: jonathan.cross@hsf.com
Attorney for: BANK HAPOALIM B.M., and BANK HAPOALIM (SWITZERLAND) LTD.

William C. Heuer
Duane Morris LLP
Email: wheuer@duanemorris.com
Attorney for: DELTA NATIONAL BANK AND TRUST COMPANY

Jonathan Perry
Gary J. Mennitt
Dechert LLP
Email: jonathan.perry@dechert.com
Email: gary.mennitt@dechert.com
Attorney for: ORBITA CAPITAL RETURN STRATEGY LIMITED

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Boies, Schiller & Flexner LLP
Email: jstern@bsfllp.com
Email: sshimshak@paulweiss.com
Email: avickery@bsfllp.com
Email: jstern@bsfllp.com
Attorney for: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: LION GLOBAL INVESTORS LIMITED

Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: zlandsman@beckerglynn.com
Attorney for: THE SUMITOMO TRUST AND BANKING CO., LTD

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: rlack@fklaw.com
Attorney for: MULTI-STRATEGY FUND LIMITED, and CDP Capital Tactical Alternative
Investments

George M. Chalos
Kerri M. D'Ambrosio
Chalos & Co., P.C.
Email: gmc@chaloslaw.com
Email: kdambrosio@chaloslaw.com
Attorney for: First Gulf Bank

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney for: UKFP (ASIA) NOMINEES LIMITED

Robert H. Baron
Cravath Swaine & Moore LLP
Email: rbaron@cravath.com
Attorney for: UNIFORTUNE ASSET MANAGEMENT SGR SPA, and UNIFORTUNE
CONSERVATIVE FUND

Eugene R. Licker
Loeb & Loeb LLP
Email: elicker@loeb.com
Attorney for: LIGHTHOUSE PARTNERS LLC, LIGHTHOUSE SUPERCASH FUND
LIMITED, and LIGHTHOUSE DIVERSIFIED FUND LIMITED

Bruce M. Sabados
Katten Muchin Rosenman LLP
Email: bruce.sabados@kattenlaw.com
Attorney for: Lloyds TSB Bank PLC

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
Email: dmark@kasowitz.com
Attorney for: Banca Carige S.P.A.

Bethany Kriss
Allen & Overy LLP
Email: bethany.kriss@allenovery.com
Attorney for: ABN AMRO BANK N.V.

Alan M. Unger
Sidley Austin LLP
Email: aunger@sidley.com
Attorney for: KBC INVESTMENTS LIMITED

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Attorney for: SNS BANK N.V., and SNS GLOBAL CUSTODY B.V.

Eric B. Halper
John P. Cooney, Jr.
Virginia I. Weber
McKool Smith
Email: ehalper@mckoolsmith.com
Email: jcooney@mckoolsmith.com
Email: vweber@mckoolsmith.com
Attorney for: BANK JULIUS BAER & CO. LTD.

Patrick Berarducci
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: berarduccip@sullcrom.com
Email: nelless@sullcrom.com
Attorney for: STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A.,
f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a
AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as represented by its liquidator
Hanspeter Kr?mer, STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS)
LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD
CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.

Christopher Newcomb
Goodwin Procter LLP
Email: cnewcomb@goodwinprocter.com
Attorney for: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com
Email: mcademartori@sheppardmullin.com
Attorney for: Union USD Global Arbitrage Fund, Union USD Global Arbitrage A Fund, Union Arbitrage Strategy Fund, and Union Securities Investment Trust Co., Ltd.

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney for: BNP Paribas S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Limited, BGL BNP Paribas Luxembourg S.A., BNP Paribas Securities Services Succursale de Luxembourg, and BNP Paribas Securities Services S.A.

D. Farrington Yates
Reid L. Ashinoff
Dentons US LLP
Email: farrington.yates@dentons.com
Email: reid.ashinoff@dentons.com
Attorney for: EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited

Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: siciliano@thsh.com
Attorney for: Odyssey

Michael E. Petrella
O'Shea Partners LLP
Email: mpetrella@osheapartners.com
Attorney for: FORTUNA ASSET MANAGEMENT INC.

Peter Feldman
Otterbourg P.C.
Email: pfeldman@otterbourg.com
Attorney for: DEGROOF GESTION INSTITUTIONNELLE LUXEMBOURG SA, BANQUE DEGROOF FRANCE SA (f/k/a BANQUE DEGROOF ET PHILLIPE SA), BANQUE DEGROOF LUXEMBOURG SA, BANQUE DEGROOF SA/NV (a/k/a BANQUE DEGROOF BRUXELLES a/k/a BANK DEGROOF SA/NV), AFORGE FINANCE HOLDING, AFORGE FINANCE, AFORGE CAPITAL MANAGEMENT SA, and AFORGE GESTION

Robert Gottlieb
Katten Muchin Rosenman LLP
Email: robert.gottlieb@kattenlaw.com

Attorney for: FERNAND ENTRINGER, in his capacity as Liquidator of ACCESS
MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS
(LUXEMBOURG) SA)

**<u>Government Parties</u>**
Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org
Josephine Wang
Email: jwang@sipc.org

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov
Terri Swanson
Email: swansont@sec.gov
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov

United States Attorney for SDNY
Carolina Fornos
Email: carolina.fornos@usdoj.gov
Alicia Simmons
Email: Alicia.simmons@usdoj.gov
Matthew Schwartz
Email: matthew.schwartz@usdoj.gov

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com

Internal Revenue Service
District Director
290 Broadway
New York, NY 10008

**BLMIS Customers**
Remy Investments Corp
c/o Ann Kallgren
1-5 Harley Street
London W1G 9QD,
England,  United Kingdom

Edward H. Kohlschreiber
3546 S. Ocean Blvd. Apt. 226
Palm Beach, FL 33480

Richard G. Corey
1235 Edgewood Drive
Charleston, WV 25302

Ng Shok Mui Susanna
Ng Shok Len
12B Marigold Mansion
Taikoo Shing,,
Hong Kong

Cecilia M. Parker
11 South Shore Trail
Sparta, NJ 07871

Guy S. Parker
43 Fawn Lake Road
Stockholm, NJ 07460-1423

Panagiotis Moutzouris
8 Aiolou Street
Voula GR-16673,
Greece

Harriet Rubin
9733 Ravine Avenue
Las Vegas, NV 89117

Ethel L. Chambers
S. James Chambers
3443 SE Fairway E
Stuart, FL 34997

Anna Lowit
5700 Queen Palm Ct Apt. A
Delray Beach, FL 33484

Barbara Moss Estate
c/o Irving Moss
665 Thwaite Pl Apt. 3J
Bronx, NY 10467-7905

George H. Hulnick
72 Golf Lane
Ridgefield, CT 06877

Kenneth Springer
2267 Newbury Dr.
Wellington, FL 33414

Peerstate Equity Fund L.P.
c/o Lou Prochilo
43 West St.
Northport, NY 11768

Chris P. Tsukoa
A. Angelaki
1202 Parrilla de Avila
Tampa, FL 33613

Hilda Drucker
5 Schenck Ave, Apt. 3-I
Great Neck, NY 11021

John H. Petito
3639 River Rd
Lumberville, PA 18933

Bernard W. Braverman
417 Hill Street
Southampton, NY 11968
Email: berniebraverman@gmail.com

Richard C. Brockway
705 Harbour Drive
Vero Beach, FL 32963

Kimberly S. Stoller
710 8th Avenue Apt. 6E
Belmar, NJ 07719

KR Erwin Hawle
Dorfstrasse 67
4865 Nussdorf,

Austria

Shao-Po Wang
No. 69, Zhongshan Rd., Tucheng Dist.
New Taipei City 236,,
Taiwan

Chi-Hua Liao
No. 449 Sanmin Road
Jhubei City, Hsinchu County,
Taiwan

Lee Garrity
2601 Willowwood Ave.
Valparaiso, IN 46383

Alder Family Foundation
6424 Brookside Rd
Chevy Chase, MD 20814
Email: lovormon@aol.com

Maurice Sandler
Gloria Sandler
Email: mauricesandler@sbcglobal.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Michael E. Fisch
Sudeshna M. Fisch
Email: fischwave@comcast.net

Daniel L. Gaba
c/o Rhoda S. Gaba
Herzrankovsky - Orlandoc 5/15/12
1210 Vienna
Austria

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Samuel Frederick Rohdie
Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Gail B. Oren Revocable Trust dtd. 9/8/95

Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Sharon Lee Tiner
Email: sltiner@yahoo.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

Paul J. Fisch
Email: pfisch@twcny.rr.com

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Au Yuet Shan
Email: eau203@gmail.com

PFC Nominees Limited
Email: info@pfcintl.com

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer
Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Samore 1992 Family Trust
John Samore
Gayle Samore Co-Trustees
John Samore, Jr.

Ronald E. Samore, Sr.
James R. Samore
Email: johnsamore@hotmail.com

Partricia M. Hynes
Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Kamal Kishore Muchhal
Aruna Muchhal
Email: muchhal@netvigator.com

MLSMK Investments Co
Email: stanleymkatz@mac.com

Charles Nicholas Doyle
Linda Doyle
Email: linchasd@netvigator.com

John Stirling Gale
Email: galejs@gmail.com

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lindel Coppell
Email: lindencoppell@gmail.com

Paul Maddocks
Email: maddockspaul@gmail.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Carole Coyle
Email: bionicdoll@aol.com

Martha Alice Gilluly
Email: marny@corsair2.com

Phyrne and Ron LLC

Email: jpitkin@umich.edu

Howard Stern
Email: hstern@wzssa.com

Robins Family Limited Partnership
Email: charles.robins@weil.com

Dewey H. Lane
Email: dewlane@gmail.com

Fondo General De Inversion Centro America-No, S.A.
FJ Associates, S.A.
Krates, S.A.
Email: pabst@mantomgmt.com

Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

Rhouda Macdonald
Email: rmacdon482@aol.com

Jeanne H. Rosenblum
Email: prosenblum@mindspring.com

Capital Bank
Email: Volker.enzi@capitalbank.at
Email: Christoph.stocker@capitalbank.at

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

Martin Wimick
Email: mwinick@hotmail.com

Bullock Family Estate
Andrew Bullock
Courtney Bullock
Diana Bullock
Kerry Scarvie
Email: abullock5150@cox.net

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Alice J. Rawlins
Email: alicerawlins@me.com

Linda Wolf
Rita Wolf
Email: wolfie2400@yahoo.com

Stephen Hill
Email: leyla.hill@hos.com

Waterland Investment Services
Email: admin@waterland-investment.nl

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Ralph Schiller
Email: optics58@gmail.com

Patsy P. Jones
Email: 335pat@roadrunner.com

Donald P. Weber
Email: mdweb27@me.com

Harvey Barr
Lillian Barr
Email: hbarr@bplegalteam.com

Yvonne Roodberg
Email: cissie2010@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Donald Schupak
Email: dschupak@schupakgroup.com

Joanne Rosen
Amy Cappellazzo
Email: jr@beacon-ny.com

Nancy Dver Cohen
Email: ndver@comcast.net

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

Matthew F. Carroll

Email: mcarroll16@msn.com

David Drucker
Email: daved628@aol.com

Phyllis Pressman
Email: peplady5@gmail.com

Crisbo S.A.
Email: info.luxembourg@atcgroup.com

Ilse Della-Rowere
Herzranovsky - Orlandog 5/15/12
Vienna,  1210
Austria

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Kwok Yiu Leung
Siu Yuen Veronica Nh
Email: yiuleunghk@gmail.com
Email: yiuleung@yahoo.com.hk

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

KHI Overseas Ltd
Email: ew@khiholdings.com

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Goore Partnership
Email: hyassky@aol.com

Nicholas Kardasis
Email: gdnite@earthlink.net

BF+M Life Insurance Company Limited
Email: jsousa@bfm.bm

Alan G. Cosner
Email: alan@cosnerlaw.com

Chien-Liang Shih
Email: gary.libra@gmail.com

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Andy Huang
Email: andy.huang@sofos.com.sg

John B. Malone
Email: doctor1000@earthlink.net

Jose Haidenblit
Email: chore55@yahoo.com

Richard Hoefer
Email: richard.hoefer@utanet.at

Jane Delaire
Email: j.delaire@yahoo.com

Birgit Peters
Email: birgit.peters2010@yahoo.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

John P. Harris
Email: johnph1494@gmail.com

Marcia Roses Schachter
2202 Bleckley Ct,
Charlotte, NC 28270
Email: marciroses@aol.com


Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Diana P. Victor

**Notices of Appearance**

Eric Goldberg
Gordon Silver
Email: egoldberg@gordonsilver.com
Attorney for: Eric D. Goldberg

William F. Dahill
Fletcher W. Strong
Wollmuth Maher & Deutsch LLP
Email: wdahill@wmd-law.com
Email: fstrong@wmd-law.com
Attorney for: Robert F. Weinberg

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney for: Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust, and
DeMatteis FLP Assets

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister Seelig & Fein LLP
Email: sir@msf-law.com
Email: jmr@msf-law.com
Attorney for: Jasper Investors Group LLC ("Jasper")

Jennifer L. Young
Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: jyoung@milberg.com
Email: mgluck@milberg.com
Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Attorney for: Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates
Florida General Partnership, Judith Rock Goldman, The Horowitz Family Trust, and The
Unofficial Committee of Certain Claim Holders

Howard Kleinhendler
David Yeger, Esq.
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Email: dyeger@wmllp.com
Attorney for: Rosenman Family LLC

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney for: Attorney for the United States of America

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney for: The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn
I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss, Marilyn Cohn
Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney for: Iron Mountain Information Management, Inc.

Brian J. Neville
Barry R. Lax.
Lax & Neville, LLP
Email: bneville@laxneville.com
Email: blax@laxneville.com
Attorney for: Rose Less, and PJFN Investors LP

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney for: Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation

Dennis C. Quinn
Barger & Wolen, LLP
Email: dquinn@bargerwolen.com
Attorney for: Jewish Community Foundation of the Jewish Federation - Council of Greater Los
Angeles

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney for: Alan Nisselson, and Interim Chapter 7 Trustee of Bernard L. Madoff

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com

Attorney for: Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Willams P.S.
Email: jshickich@riddellwilliams.com
Email: eletey@riddellwilliams.com
Attorney for: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney for: Anchor Holdings, LLC

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney for: Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack
Conrad, and Amy Beth Smith

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney for: Lawrence Torn

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney for: ELEM/Youth in Distress Israel  Inc. ("ELEM")

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney for: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

Dana M. Seshens
Karen E. Wagner
Jonathan D. Martin
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Email: jonathan.martin@davispolk.com
Attorney for: Sterling Equities Associates and Certain Affiliates

Jeffrey L. Bernfeld
David B. Bernfeld

Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Email: davidbernfeld@bernfeld-dematteo.com
Attorney for: Dr. Michael Schur, and Mrs. Edith A. Schur

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney for: Samdia Family,  LP

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney for: Carl J. Shapiro et al.

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney for: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital
Management

Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Ellen G. Victor,  holder of Bernard L. Madoff Investment Securities LLC Accounts
1ZA128-3 and 1ZA128-40, Ariana Victor, Justin Victor Baadarani, Shosharma Remark Victor,
and Leila Victor Baadarani

David J. Apfel
Daniel M. Glosband
Brenda R. Sharton
Goodwin Procter LLP
Email: dapfel@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: bsharton@goodwinprocter.com
Attorney for: Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E.
Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor as Trustee
of the Jane O'Connor Living Trust

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney for: Carol Rosen

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Paul Laplume, and Alain Rukavina, Court Appointed Liquidators for LuxAlpha
Sicav and Luxembourg Investment Fund

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email: bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
Attorney for: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Fred W. Reinke
Mayer Brown LLP
Email: freinke@mayerbrown.com
Attorney for: Mutua Madrilena Automovilista Ramo de vida, AXA Private Management, and
Fondauto Fondo de Pensiones,  SA

Arthur J. Steinberg
Richard A. Cirillo
Kristi E. Jacques
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: rcirillo@kslaw.com
Email: kjacques@kslaw.com
Attorney for: National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK Banque
Privee and counsel for the Pascucci Family

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: lmartin@stblaw.com
Email:  jlevine@stblaw.com
Attorney for: Spring Mountain Capital, LP

Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Iris Schaum

Steven R. Schlesinger
Shannon Scott
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: sscott@jaspanllp.com
Attorney for: Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as

Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, Samuels Family LTD Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, and Jay Rosen Executors

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney for: Von Rautenkranz Nachfolger Special Investments LLC

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney for: Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz (collectively the "Guritzky Parties")

George Brunelle, Esq.
Anna Hadjikow
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Attorney for: The James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest,  LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman, and Marion Tallering-Garfield

Test
Brunelle & Hadjikow, P.C.
Email: brunellelaw@gmail.com
Attorney for: James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest,  LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman, and Marion Tallering-Garfield

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney for: SBM Investments,  LLP, and Weithorn/Casper Associated for Selected Holdings LLC

Barbara A. Schweiger
Jonathan W. Wolfe
Skoloff & Wolfe, P.C.
Email: bschweiger@skoloffwolfe.com
Email: jwolfe@skoloffwolfe.com
Attorney for: Albert & Carole Angel

Richard J. McCord
Carol A. Glick

Certilman, Balin, Adler & Hyman LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
Attorney for: Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman,
and Alyssa Beth Certilman

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney for: Nephrology Associates P.C. Pension Plan

Nancy L. Fineman
Cotchett, Pitre & McCarthy
Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com
Attorney for: Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg,
Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride

Bernard J. Garbutt III
Morgan Lewis & Bockius LLP
Email: bgarbutt@morganlewis.com
Attorney for: The Kostin Company, The Kostin Company, Susan Kostin, Deborah Weinstein,
David Kostin, and Andrew Kostin

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney for: Joan L. Fisher, Carl T. Fisher, and The Trust U/A VIII of the Will of Gladys C.
Luria F/B/O Carl T. Fisher

Carmine Boccuzzi(Duplicate - To Be Deleted)
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank,  N.A., and Citigroup Global Markets Limited

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank North America,  Inc.

Casey D. Laffey
Reed Smith LLP
Email: claffey@reedsmith.com
Attorney for: Bart M. Schwartz,  as Receiver of Gabriel Capital,  L.P., and Ariel Fund Limited

Michael S. Pollok
Marvin and Marvin, PLLC
Email:  mpollok@marvinandmarvin.com

Attorney for: Alan Hayes, and Wendy Wolosoff-Hayes

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: Eleven Eighteen Limited Partnership, Bernard S. Gewirz, Carl S. Gewirz, Edward
H. Kaplan, Jerome A. Kaplan, Albert H. Small, 1776 K Street Associates Limited Partnership,
Estate of Robert H. Smith, Robert H. Smith Revocable Trust, Clarice R. Smith, Robert P. Kogod,
Marjet LLC, and Irene R. Kaplan

Carolyn B. Rendell
David S. Stone
Amy Walker Wagner
Stone & Magnanini, LLP
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Email: awagner@stonemagnalaw.com
Attorney for: Defendants David P. Gerstman, and Janet Gerstman

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney for: Counsel for Judie B. Lifton and the Judie Lifton 1996

Jeffrey D. Sternklar
Duane Morris LLP
Email: jdsternklar@duanemorris.com
Attorney for: Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat,in her
capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity
as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat

Jeff E. Butler
Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, Inc., and Dakota Global Investments, Ltd.

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney for: Belfer Two Corporation

Schuyler D. Geller
Bellows & Bellows, P.C.

Email: sgeller@bellowslaw.com
Attorney for: Counsel for Brian H. Gerber

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney for: Orthopaedic Specialty Group,  P.C. Defined Contribution Pension Plan Participants

Fred H. Perkins
Robert K. Dakis
Michael Lago, Esq.
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Email:  bankruptcy@morrisoncohen.com
Attorney for: Customer Claimant David Silver

Andrew J. Ehrlich
Caitlin Grusauskas
Brette Tannenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: cgrusauskas@paulweiss.com
Email: btannenbaum@paulweiss.com
Attorney for: The Estate of Mark D. Madoff, and Andrew H. Madoff, individually and as
Executor of the Estate of Mark D. Madoff

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff
Email: hchaitman@becker-poliakoff.com
Email: psmith@becker-poliakoff.com
Email: jgorchkova@bplegal.com
Attorney for: Marsha Peshkin et al.

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney for: MUUS Independence Fund LP, and Michael W. Sonnenfeldt

Paula J. Warmuth
Glenn P. Warmuth
Stim & Warmuth, P.C.
Email: pjw@stim-warmuth.com
Email: gpw@stim-warmuth.com
Attorney for: Creditors,  Michael Most and Marjorie Most

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney for: Linda Polatsch

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney for: PJ Administrator LLC, Trust Under Article Fourth U/W/O Robert E. Klufer, Alyse
Klufer,  individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O
Robert E. Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust Under Article Fourth
U/W/O Robert E. Klufer, Robert and Alyse Klufer Family Trust ?A?, Alyse Joel Klufer as Trustee
of the Robert and Alyse Klufer Family Trust ?A?, Elisabeth Klufer, Nancy Greengrass, Jane
Shrage, Natalie Greengrass, Maxwell Greengrass, Damien Cave, and Michael Shrage

Steven H. Newman
Robert A. Abrams
Katsky Korins LLP
Email: snewman@katskykorins.com
Email: rabrams@katskykorins.com
Attorney for: Richard Spring, The Spring Family Trust, The Jeanne T. Spring Trust, Estate of
Richard L. Cash, Richard L. Cash Declaration of Trust Dated September 19,1994, James H. Cash,
David Cash, Jonathan Cash, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, Freda Epstein
Revocable Trust, Freda B. Epstein, Jennifer Spring McPherson, and S. H. & Helen R. Scheuer
Family Foundation

William B. Pollard, III
Ina Bort
Daniel J. Kornstein, Esq.
Amy C. Gross, Esq.
Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com
Email: dkornstein@kvwmail.com
Email: agross@kvwmail.com
Attorney for: Certain American Securities Defendants

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney for: Defendant Oppenheimer Acquisition Corp.

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: SNR Customers

William A. Habib, Esq.
Habib Law Associates, LLC
Email:  wahabib@verizon.net
Attorney for: Anthony F. Russo

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney for: Fabio Conti

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: CRS Revocable Trust, Constance R. Sisler, individually, and in her capacity as
Settlor and Trustee of the CRS Revocable Trust, Allan R. Tessler, in his capacity as Trustee of the
CRS Revocable Trust, Edith G. Sisler, S. James Coppersmith Charitable Remainder Unitrust,
Robert S. Bernstein, Robert Auerbach Revocable Trust, Joyce C. Auerbach Revocable Trust, and
Robert Auerbach,  individually

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney for: The Pati H. Gerber Defendants

Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: morwetzler@paulhastings.com
Attorney for: Federico Ceretti, Carlo Grosso, Kingate Management Limited, FIM Limited, and
FIM Advisors, LLP

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney for: Maria Shuster, Maria Rabinovich, Vladimir Rabinovich, Alexander Rabinovich,
Natasha Jane Rabinovich, Jason M. Rausher, Eric Rausher, Marsha H. Rausher, Mitchell J.
Rausher, Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Arnold Kohn, Theresa A.
Wolfe, Wendy Sager Pomerantz, Robin S. Abramowitz, Howard Pomerantz, Richard Abramowitz
& Pomerantz, P.A. Retirement Plan, Trustees Richard Abramowitz and Howard L. Pomerantz,
Marcia B Fitzmaurice, Thomas R. Fitzmaurice, Rita S. Katz (n/k/a Rita Starr Katz Davey), Paula
S. Katz, Frank S. Katz, Melissa Doron, parent of A.S.D., Samuel D. Davis, Traci D. Davis, and
Daniel L. Davis,  Individually and as parent of H.D.D.

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney for: Andrew C. Sankin

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney for: New York State Education Department.

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable
Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, Jing W. Davis (now known as
Amy Davis),, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Sol Davis,
individually and as Trustee of the Sol Davis Retirement Plan, Giuseppe C. Basili, Grace A. Nash,
Michael T. Nash, Thomas H. Nash, Justin Kane, Cynthia Schrank Kane, Steven E. Sklar, parent of
J.K.S, parent of K.H.S, parent of N.A.S., Linda Laychak, Eugene G. Laychak, Jr., Jozef
Kaczynski, Giuseppa A Boccanfuso, Dominick F. Boccanfuso, Margherita M. Basili, Trustee of
Margherita M. Basili Retirement Plan and individually, Betty Tarr, Madeline E Corish Estate,
Margaret Pace, Joanne Verses, Shirley B. Sklar, William Sklar, William Sklar, Trustee of Pacific
Plumbing and Heating Supply Company Profit-Sharing Plan, Harold Murtha, Trustee of Murtha
Enterprises, Inc. Profit-Sharing Plan, Robert Levin, Diane T. Levin, Carol P. Dargan, Everett L.
Dargan, Antona G Wilson, Gerald A Wilson, Midlands Surgical Associates, PA Profit Sharing
Plan, Anna Kedersha, as parent of A.K, Mary Zarra, as parent of A.Z. and A.Z., Sophia B Freitag,
Crescienzo J Boccanfuso, Patti E Schacht, Cindy J Schacht, Jacqueline A Johnson, Douglas H.
Johnson, Cory D Johnson, Jaime R Johnson, David C Johnson, Bonnie A Johnson, Individually
and as parent of D.C.J., Diane C. Backus, and WR Johnson Co. Pension and Profit Sharing Plan

Xochitl Strohbehn
Quinn Emanuel Urquhart & Sullivan, LLP
Email: xochitlstrohbehn@quinnemanuel.com
Attorney for: Kingate Global Fund Ltd., and Kingate Euro Fund Ltd.

Matthew Kalinowski
Andrew D. Gottfried
Morgan Lewis & Bockius LLP
Email: mkalinowski@morganlewis.com
Email: agottfried@morganlewis.com
Attorney for: The Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and Andrew
Kostin

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: BSI AG

George W. Shuster
Andrea J. Robinson
Wilmer Cutler Pickering Hale and Dorr LLP

Email: george.shuster@wilmerhale.com
Email: andrea.robinson@wilmerhale.com
Attorney for: SNS Global Custody B.V., and SNS Bank N.V.

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney for: Tensyr Limited

Michael I. Goldberg
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Attorney for:  Michael I. Goldberg

Marianna Udem
ASK,  LLP
Email: mudem@askllp.com
Attorney for: Marianna Udem

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney for: Seth L. Rosenberg

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney for: Mark S. Cohen

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney for: David Bolton

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney for: Mark P. Goodman

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney for: Vivian R. Drohan

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com

Attorney for: Tony Miodonka

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney for: Marshall R. King

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney for:  Gary Woodfield

Scott W. Reynolds
Hogan Lovells US LLP
Email: scott.reynolds@hoganlovells.com
Attorney for: Scott W. Reynolds

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney for: Harold D. Jones

Richard A. Kirby
K&L Gates LLP
Email: richard.kirby@klgates.com
Attorney for: Richard A. Kirby

Brendan M. Scott
Klestadt & Winters, LLP
Email: bscott@klestadt.com
Attorney for: Brendan M. Scott

Richard Galler
Kleeblatt, Galler & Abramson, LLC
Email: richard@kgalaw.com
Attorney for: Richard Galler

Elise Scherr Frejka
Kramer Levin Naftalis & Frankel LLP
Email: efrejka@kramerlevin.com
Attorney for: Elise Scherr Frejka

Richard E. Signorelli
Bryan Ha
Law Office of Richard E. Signorelli
Email: rsignorelli@nycLITIGATOR.com;_rsignorelli@aol.com
Email: bhanyc@gmail.com

Attorney for: Richard E. Signorelli

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney for: Amy J. Swedberg

Harvey Krauss
McLaughlin & Stern, LLP
Email: hkrauss@mclaughlinstern.com
Attorney for: Harvey Krauss

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Gary S. Lee

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney for: Richard G. Haddad

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: Richard L. Spinogatti

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney for: Will R. Tansey

Michael V. Ciresi
Robins, Kaplan, Miller & Ciresi LLP
Email: MVCiresi@rkmc.com
Attorney for: Michael V. Ciresi

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney for: Douglas R. Hirsch

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney for: George R. Hirsch

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney for: Timothy A. Valliere

John Lavin
Blount & Lavin, P.C.
Email: jlavin@blountlavin.com
Attorney for: John J. Lavin

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney for: Michael V. Blumenthal

Steven Paradise
Vinson & Elkins L.L.P
Email: sparadise@velaw.com
Attorney for: Steven Paradise

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney for: Deirdre Norton Hykal

**EXHIBIT 1**

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01154 | Picard v. Vizcaya Partners Limited |
| 09-01239 | Picard v. Fairfield Sentry Limited |
| 09-01364 | Picard v. HSBC Bank plc |
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04285 | Picard v. UBS AG |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited |
| 10-05286 | Picard v. Legacy Capital Ltd. |
| 10-05311 | Picard v. UBS AG |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 10-05415 | Picard v. American Securities Management, L.P. |
| 11-01724 | Picard v. Pictet et Cie |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA |
| 11-01885 | Picard v. Safra National Bank of New York |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |

EXHIBIT 1

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |