# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>FRANITZA FAMILY LIMITED PARTNERSHIP, MANFRED FRANITZA REVOCABLE TRUST, MANFRED FRANITZA, individually and in his capacities as General Partner of the Franitza Family Limited Partnership and as Trustee and/or Beneficiary of the Manfred Franitza Revocable Trust, Margrit Franitza, individually and in her capacities as General Partner of the Franitza Family Limited Partnership and as Trustee and/or Beneficiary of the Manfred Franitza Revocable Trust, URTE FRANITZA-GOLDSTEIN, individually and as General Partner of the Franitza Family Limited Partnership, and KAREN FENNER, individually and a General Partner of the Franitza Family Limited Partnership,<br><br>       Defendants. | Adv. Pro. No. 10-04476 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including November 24, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[The remainder of this page is intentionally left blank.]

2

Dated:  October 22, 2014
        New York, New York

By:    */s/ Nicholas J. Cremona*
      **BAKER & HOSTETLER LLP**
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      Email:  dsheehan@bakerlaw.com
      Marc E. Hirschfield
      Email:  mhirschfield@bakerlaw.com
      Nicholas J. Cremona
      Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated:  October 22, 2014
        New York, New York

By:    */s/ Gabrielle J. Pretto*
      **LAX & NEVILLE, LLP**
      1450 Broadway, 35th Floor
      New York, New York 10018
      Telephone: (212) 696-1999
      Facsimile: (212) 566-4531
      Gabrielle J. Pretto
      Email: gpretto@laxneville.com
      Brian J. Neville
      Email: bneville@laxneville.com
      Barry R. Lax
      Email: blax@laxneville.com

*Attorneys for Defendants Franitza Family Limited Partnership, Manfred Franitza Revocable Trust, Manfred Franitza, individually and in his capacities as General Partner of the Franitza Family Limited Partnership and as Trustee and/or Beneficiary of the Manfred Franitza Revocable Trust, Margrit Franitza, individually and in her capacities as General Partner of the Franitza Family Limited Partnership and as Trustee and/or Beneficiary of the Manfred Franitza Revocable Trust, Urte Franitza-Goldstein, individually and as General*

3

*Partner of the Franitza Family Limited Partnership, and Karen Fenner, individually and a General Partner of the Franitza Family Limited Partnership*

Dated:  October 22, 2014
       New York, New York

/s/ *Deborah A. Reperowitz*
**TROUTMAN SANDERS LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6230
Facsimile: (212) 704-6288
Deborah A. Reperowitz
Email:  deborah.reperowitz@troutmansanders.com

*Mediator*