UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Bea Laub Estate (the "Claimant"), having filed an objection (the "Objection", Docket Number 3535) to the Trustee's Notice of Determination respecting Claimant's customer claim (#003842), hereby gives notice that it withdraws such Objection.

Dated: October 21, 2014

_____
Marc D. Rabinovitz, as Executor of the Bea Laub Estate
127 N. Alta Vista Blvd
Los Angeles, CA 90036