UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>      Debtor.<br><br>SECURITIES INVESTOR PROTECTION<br>CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>      Defendant. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Bonnie Joyce Kansler, as Executor of the Estate of Abraham Kleinman (the "Claimant"),
having filed objection (the "Objection", Docket Number 1991) to the Trustee's Notice of
Determination respecting Claimant's customer claims (#012234, 015297 and 015342), hereby
gives notice that she withdraws such Objection.

Dated: October 22, 2014

                                           _Bonnie J. Kansler, Exec_
Bonnie Joyce Kansler, as Executor of the Estate
of Abraham Kleinman, on behalf of Claimant
24 Woodlee Road
Cold Springs Harbor, New York 11724

300335572