UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Marjorie Kleinman (the "Claimant"), having filed objection (the "Objection", Docket Number 740) to the Trustee's Notice of Determination respecting Claimant's customer claims (#12196 , 006338, 015299 and 15341), hereby gives notice that she withdraws such Objection.

Dated: October 2, 2014

_____
Marjorie Kleinman
By: Bonnie Joyce Kansler, Power of Attorney
24 Woodlee Road
Cold Springs Harbor, New York 11724

300335572