**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114
Telephone: (216) 861-7834
Fax: (216) 696-0740
Brett Wall (*admitted pro hac vice*)
Email: bwall@bakerlaw.com
Jason Perdion (*admitted pro hac vice*)
Email: jperdion@bakerlaw.com
David Proaño (*admitted pro hac vice*)
Email: dproano@bakerlaw.com
Gretchen Lange (*admitted pro hac vice*)
Email: glange@bakerlaw.com
Darren Crook (*admitted pro hac vice*)
Email: dcrook@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT BARBANEL,<br><br>and<br><br>ESTATE OF ALICE BARBANEL,<br><br>and<br><br>HERBERT BARBANEL, in his capacity as Executor of the Estate of Alice Barbanel,<br><br>Defendants. | Adv. Pro. No. 10-04321 (SMB) |

## STIPULATION TO CORRECT TITLE OF PARTY SUBSTITUTED FOR DEFENDANT ALICE BARBANEL
## AND ORDER

**WHEREAS**, through a *Stipulation for Substitution of Defendant Alice Barbanel* submitted and approved on October 20, 2014, the Estate of Alice Barbanel[1] (the "Estate"), and Herbert Barbanel, in his capacity as Executor of the Estate (collectively referred to as "Defendants") were substituted into this action in place of Alice Barbanel, deceased; and

**WHEREAS**, Herbert Barbanel is the Personal Representative of the Estate; and

---

[1] The Estate of Alice Barbanel, Circuit Court of Palm Beach County, FL, File #50 2014 CP002958 XXXX MB.

**WHEREAS**, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff, and the Defendants wish to amend Herbert Barbanel's title from "Executor of the Estate of Alice Barbanel" to "the Personal Representative of the Estate of Alice Barbanel" for purposes of this action to avoid any confusion concerning the identity of the parties substituted for defendant Alice Barbanel.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Herbert Barbanel, in his capacity as the Personal Representative of the Estate of Alice Barbanel, as follows:

1. Herbert Barbanel's title is amended from "Executor of the Estate of Alice Barbanel" to "the Personal Representative of the Estate of Alice Barbanel" for purposes of this action, and the complaint shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption to amend Herbert Barbanel's title from "Executor of the Estate of Alice Barbanel" to "the Personal Representative of the Estate of Alice Barbanel," as reflected on Exhibit A to this Stipulation.

3. Counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil

Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 22, 2014

New York, New York

| **BAKER & HOSTETLER LLP** | **BECKER & POLIAKOFF LLP** |
|---|---|
| By: /s/    *Nicholas Cremona*    | By: */s/ Helen Davis Chaitman (by email consent)* |
| BAKER & HOSTETLER LLP | 45 Broadway, 8th Floor |
| 45 Rockefeller Plaza | New York, New York 10006 |
| New York, New York 10111 | Telephone: (212) 599-3322 |
| Telephone: (212) 589-4200 | Facsimile: (212) 557-0295 |
| Facsimile: (212) 589-4201 | Helen Davis Chaitman |
| David J. Sheehan | Email: hchaitman@bplegal.com |
| Email: dsheehan@bakerlaw.com | Julie Gorchkova |
| Nicholas Cremona | Email: jgorchkova@bplegal.com |
| Email: ncremona@bakerlaw.com | Peter W. Smith |
|  | Email: psmith@bplegal.com |
| 1900 East 9th Street, Suite 3200 |  |
| Cleveland, Ohio 44114 |  |
| Telephone: (216) 861-7834 |  |
| Fax: (216) 696-0740 |  |
| Brett Wall (*admitted pro hac vice*) |  |
| Email: bwall@bakerlaw.com |  |
| Jason Perdion (*admitted pro hac vice*) |  |
| Email: jperdion@bakerlaw.com |  |
| David Proaño (*admitted pro hac vice*) |  |
| Email: dproano@bakerlaw.com |  |
| Gretchen Lange (*admitted pro hac vice*) |  |
| Email: glange@bakerlaw.com |  |
| Darren Crook (*admitted pro hac vice*) |  |
| Email: dcrook@bakerlaw.com |  |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED.
Dated: October 22nd, 2014     /s/ STUART M. BERNSTEIN    
New York, New York            HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE