UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Harmon Family Limited Partnership (the "Claimant"), having filed an objection (the "Objection", Docket No. 2150) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (# 005630), hereby gives notice that it withdraws such Objection.

Dated: October, 22, 2014

                                                William C. Heuer, Esq.
                                                Patricia H. Heer, Esq. on behalf of Claimant
                                                DUANE MORRIS LLP
                                                1540 Broadway
                                                New York, NY 10036-4086
                                                Telephone: 212.692.1022