**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BENNETT M. BERMAN TRUST,<br><br>BENNETT & GERTRUDE BERMAN FOUNDATION, INC., | Adv. Pro. No. 10-05293 (SMB) |

> THE ESTATE OF BENNETT M. BERMAN,
>
> BERMAN FAMILY FOUNDATION,
>
> JEFFREY BERMAN FOUNDATION,
>
> JEFFREY A. BERMAN, individually, in his capacity as Trustee of the Bennett M. Berman Trust, in his capacity as trustee of the Jordan Finnegan Trust, and in his capacity as personal representative of the Estate of Bennett M. Berman,
>
> HELAINE BERMAN FISHER, individually, in her capacity as Trustee of the Bennett M. Berman Trust, in her capacity as trustee of the Jordan Finnegan Trust, and in her capacity as personal representative of the Estate of Bennett M. Berman,
>
> JORDAN FINNEGAN,
>
> TRUST CREATED FOR THE BENEFIT OF JORDAN FINNEGAN UNDER SECTION 6.1 OF THE BENNETT M. BERMAN TRUST DATED MAY 9, 2003,
>
> JUSTIN FINNEGAN, and
>
> JEFFREY STAVIN, in his capacity as Trustee of the Bennett M. Berman Trust,
>
>                       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses Helaine Berman Fisher,

Jordan Finnegan, the Trust Created for the Benefit of Jordan Finnegan under Section 6.1 of the Bennett M. Berman Trust Dated May 9, 2003, Justin Finnegan, the Berman Family Foundation, and the Bennett & Gertrude Berman Foundation, Inc. (the "Fisher, Finnegan and Foundation Defendants"), from the above-captioned adversary proceeding with prejudice.  Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss the Fisher, Finnegan and Foundation Defendants from this adversary proceeding without further order of the Court by filing this Notice of Dismissal as, as of the date hereof, the Fisher, Finnegan and Foundation Defendants have not served either an answer or a motion for summary judgment. Upon the dismissal of the Fisher, Finnegan and Foundation Defendants, the action shall continue against the remaining defendants and the caption for this proceeding is hereby amended to delete the Fisher, Finnegan and Foundation Defendants from the caption.  The amended caption of the proceeding shall appear as indicated on Exhibit A to this stipulation.

Date:  October 23, 2014
       New York, New York

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jessica Schichnes
Email: jschichnes@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

**EXHIBIT A**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>BENNETT M. BERMAN TRUST, | Adv. Pro. No. 10-05293 (SMB) |

THE ESTATE OF BENNETT M. BERMAN,

JEFFREY BERMAN FOUNDATION,

JEFFREY A. BERMAN, individually, in his capacity as Trustee of the Bennett M. Berman Trust, in his capacity as trustee of the Jordan Finnegan Trust, and in his capacity as personal representative of the Estate of Bennett M. Berman, and

JEFFREY STAVIN, in his capacity as Trustee of the Bennett M. Berman Trust,

      Defendants.