**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  

Presentment Date: November 10, 2014  
Time: 12:00 p.m.  

Objections Due: November 3, 2014  
Time: 11:30 a.m.  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the estate of Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                             Plaintiff,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                             Plaintiff,<br>     v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>                             Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

**NOTICE OF PRESENTMENT OF ORDER CONCERNING FURTHER**  
**PROCEEDINGS ON EXTRATERRITORIALITY MOTION AND**  
**TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD AND**  

1

**FOR LIMITED DISCOVERY AND OPPORTUNITY FOR HEARING**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, by the Trustee's undersigned counsel, will present the attached Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery, a copy of which is annexed hereto as <u>Exhibit A</u> (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **November 10, 2014 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Regina Griffin, Esq., and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than **November 3, 2014 at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on **November 19, 2014 at 10:00 a.m.** The moving and objecting parties are

2

required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, if no timely Objections are served or filed, upon the filing of a Certificate of No Objection, the proposed Order may be signed without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated: New York, New York
      October 23, 2014

By: */s/ Regina Griffin*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina Griffin
Email: rgriffin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**EXHIBIT 1**

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01154 | Picard v. Vizcaya Partners Limited |
| 09-01239 | Picard v. Fairfield Sentry Limited |
| 09-01364 | Picard v. HSBC Bank plc |
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04285 | Picard v. UBS AG |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited |
| 10-05286 | Picard v. Legacy Capital Ltd. |
| 10-05311 | Picard v. UBS AG |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 10-05415 | Picard v. American Securities Management, L.P. |
| 11-01724 | Picard v. Pictet et Cie |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA |
| 11-01885 | Picard v. Safra National Bank of New York |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |

**EXHIBIT 1**

| | ADDITIONAL CASES ADDED |
|---|---|
| 09-01161 | Picard v. Federico Ceretti, et al. |
| 10-04336 | Picard v. The Estate of Doris Igoin, et al. |
| 10-04517 | Picard v. Radcliff Investments Limited, et al. |
| 10-05267 | Picard v. Leon Flax, et al. |
| 10-05411 | Picard v. Sonja Kohn, et al. |
| 11-02731 | Picard v. Trincaster Corporation |
| 11-02758 | Picard v. Caceis Bank Luxembourg, et al. |
| 11-02925 | Picard v. Credit Suisse AG, et al. |
| 12-01022 | Picard v. Credit Agricole (Suisse) S.A., et al. |
| 12-01025 | Picard v. Solon Capital Ltd. |
| 12-01273 | Picard v. Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Ltd. |
| 12-01513 | Picard v. Citivic Nominees Ltd. |
| 12-01669 | Picard v. Barfield Nominees Ltd., et al. |
| 12-01676 | Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. |
| 12-01680 | Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), et al. |
| 12-01698 | Picard v. Banque Internationale a Luxembourg S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., et al. |
| 12-01699 | Picard v. Royal Bank of Canada, et al. |