**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>                   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                Plaintiff,<br><br>                   v.<br><br>AARON D. LEVEY REVOCABLE LIVING TRUST; JOEL LEVEY; WENDY KAPNER; SANDRA MOORES,<br><br>                                Defendants. | Adv. Pro. No. 10-05441 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 25, 2011.

2. Fact Discovery was completed by: September 3, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: December 12, 2014.

4. The Disclosure of Rebuttal Experts shall be due: January 14, 2015.

5. The Deadline for Completion of Expert Discovery shall be: February 16, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 17, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 31, 2015.

8. The Deadline for Conclusion of Mediation shall be: On or before June 1, 2015.

Dated: New York, New York  
      October 23, 2014

BAKER & HOSTETLER LLP

By: s/ Nicholas J Cremona\_\_\_\_  
David J. Sheehan  
Nicholas J. Cremona  
Christopher B. Gallagher  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee  
for the Substantively Consolidated SIPA  
Liquidation of Bernard L. Madoff Investment  
Securities LLC and for the Estate of Bernard  
L. Madoff*