**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicolas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04622 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF RAANAN SMELIN; BETTY SMELIN, individually and in her capacity as Executrix of the Estate of Raanan Smelin; ANICE MILLS; DAVID SMELIN; and ADAM SMELIN, | |
| Defendants. | |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Initial Disclosures were Served on: March 29, 2013

2. Fact Discovery was Completed by: March 28, 2014

3. The Deadline for Service of Substantive Interrogatories was: September 20, 2013

4. The Disclosure of Case-in-Chief Experts was: September 19, 2014

5. The Disclosure of Rebuttal Experts shall be due: December 16, 2014

6. The Deadline for Completion of Expert Discovery shall be: March 17, 2015

7. The Deadline to file a Notice of Mediation Referral shall be: May 12, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 26, 2015

9. The Deadline for Conclusion of Mediation shall be: September 22, 2015

Dated: New York, New York  
       October 24, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100  
Houston, Texas 77002-5018  
Telephone: (713)751-1600  
Facsimile: (713)751-1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
   45 Rockefeller Plaza  
   New York, New York 10111  
   Telephone: (212) 589-4200  
   Facsimile: (212) 589-4201  
   David J. Sheehan  
   Email: dsheehan@bakerlaw.com  
   Nicholas J. Cremona  
   Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*