**MILBERG LLP**
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Mitchell Ross, individually, in his capacity as personal representative of the estate of Leon Ross and in his capacity as personal representative of the estate of Miriam Ross*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04723 (SMB) |
| v. | |
| MITCHELL ROSS, in his capacity as personal representative and primary beneficiary of the estate of Leon Ross and in his capacity as personal representative and primary beneficiary of the estate of Miriam Ross, | |
| Defendant. | |

## NOTICE OF DEFENDANT MITCHELL ROSS'

## MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT Defendant Mitchell Ross hereby moves for an Order dismissing the Amended Complaint in this adversary proceeding pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (made applicable by Fed. R. Bankr. P. 7012).

The Motion is based upon accompanying Memorandum of Law and the exhibits thereto, all pleadings and papers filed in these proceedings, and any other matters that may properly come before the Court in connection with this Motion.

The Motion will be scheduled for further briefing, oral argument, and submission in accordance with the Litigation Case Management Procedures previously adopted by the Court.

Dated: New York, New York
October 24, 2014

s/ Matthew A. Kupillas
MILBERG LLP
Matthew A. Kupillas
E-mail: mkupillas@milberg.com
Matthew Gluck
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Parvin K. Aminolroaya
77 Water Street, 26th Floor
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Attorneys for Mitchell Ross, individually, in his capacity as personal representative of the estate of Leon Ross and in his capacity as personal representative of the estate of Miriam Ross*

694151v1