**MILBERG LLP**
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Mitchell Ross, individually, in his capacity as personal representative of the estate of Leon Ross and in his capacity as personal representative of the estate of Miriam Ross*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04723 (SMB) |
| v. | |
| MITCHELL ROSS, in his capacity as personal representative and primary beneficiary of the estate of Leon Ross and in his capacity as personal representative and primary beneficiary of the estate of Miriam Ross, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Matthew A. Kupillas, hereby certify that on the 24th day of October, 2014, I electronically filed the NOTICE OF DEFENDANT MITCHELL ROSS' MOTION TO DISMISS THE AMENDED COMPLAINT and the MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT MITCHELL ROSS' MOTION TO DISMISS THE AMENDED COMPLAINT, along with the exhibit thereto, with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

*s/ Matthew A. Kupillas*
Matthew A. Kupillas

694178v1