**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ZCM ASSET HOLDING COMPANY (BERMUDA) LLC,<br><br>        Defendant. | Adv. Pro. No. 12-01512 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time by which defendant ZCM Asset Holding Company (Bermuda) Ltd.[1] ("Defendant") may move against, answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including December 19, 2014. The pre-trial conference will remain on January 28, 2015, at 10:00 a.m.

---

[1] The Complaint in this action inadvertently names defendant ZCM Asset Holding Company (Bermuda) Ltd. as "ZCM Asset Holding Company (Bermuda) LLC." When appropriate, counsel for the Trustee agrees to correct the caption with an amended pleading.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendant to move against, answer, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to move against, answer, or otherwise respond and/or the Trustee's right to object to any such request and/or the parties' right to agree to further extensions.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

*[Remainder of page intentionally left blank.]*

Dated: October 27, 2014
       New York, New York

/s/ Thomas L. Long
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Mark A. Kornfeld
Email: mkornfeld@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*

/s/ Jack G. Stern
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th floor
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Alan B. Vickery
Email: avickery@bsfllp.com
Jack G. Stern
Email: jstern@bsfllp.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Stephen J. Shimshak
Email: sshimshak@paulweiss.com

*Attorneys for ZCM Asset Holding Company
(Bermuda) Ltd.*