**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  GORRIN FAMILY TRUST DTD 5/24/73; ANN GORRIN, individually and in her capacity as Trustee of the Gorrin Family Trust dtd 5/24/73; and MORRIS GORRIN, individually and in his capacity as Trustee of the Gorrin Family Trust dtd 5/24/73,  Defendants. | Adv. Pro. No. 10-04789 (SMB) |

## STIPULATION EXTENDING TIME TO SELECT A MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the date by which the parties shall choose a mediator in accordance with the Mediation Order is extended up to and including January 28, 2015.

Dated: New York, New York
       October 27, 2014

| | |
|---|---|
| Of Counsel:<br>**BAKER & HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713)751-1600<br>Facsimile: (713)751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com<br>Farrell A. Hochmuth<br>Email: fhochmuth@bakerlaw.com | */s/ Nicholas J. Cremona*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>e-mail: dsheehand@bakerlaw.com<br>Marc E. Hirschfield<br>e-mail: mhirschfield@bakerlaw.com<br>Nicholas J. Cremona<br>e-mail: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*<br><br>*/s/ Jeffrey L. Bernfeld*<br>**BERNFELD, DEMATTEO & BERNFELD, LLP**<br>600 Third Avenue, 15th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1661<br>Facsimile: (212) 557-9610<br>Jeffrey L. Bernfeld<br>Email: jeffreybernfeld@bernfeld-dematteo.com<br><br>*Attorneys for Defendants Gorrin Family Trust dtd 5/24/73; Ann Gorrin, individually and in her capacity as Trustee of the Gorrin Family Trust dtd 5/24/73; and Morris Gorrin, individually and in his capacity as Trustee of the Gorrin Family Trust dtd 5/24/73* |