# EXHIBIT B

**Proposed Order**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date: November 4, 2014<br>Time: 12:00 p.m. |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Objections Due: November 4, 2014<br>Time 11:00 a.m.<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

### ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN SPIZZ COHEN & SERCHUK, P.C. AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF OCTOBER 1, 2014

Upon the Application (the "Application") of Irving H. Picard (the "Trustee"), as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Spizz Cohen & Serchuk, P.C. ("SCS"), as special counsel as of October 1, 2014, and upon the declaration of Paul Richard Karan submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Court finds that SCS is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

    3.    The Trustee is authorized to retain SCS as special counsel to the Trustee as provided in the Application, *nunc pro tunc*, as of October 1, 2014.

Dated: New York, New York
       _____ \_\_\_\_, 2014

                                                              _____
                                                              HONORABLE STUART M. BERNSTEIN
                                                              UNITED STATES BANKRUPTCY JUDGE