**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. AND f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., AS REPRESENTED BY ITS LIQUIDATOR HANSPETER KRÄMER,<br><br>STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, AND<br><br>STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.,<br><br>       Defendants. | Adv. Pro. No. 12-01565 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Standard Chartered Financial Services (Luxembourg) S.A., defendant Standard Chartered Bank International (Americas) Ltd., and defendant Standard Chartered International (USA) Ltd. (together, "Defendants") may answer, move against, or otherwise respond to the Trustee's complaint ("Complaint") is extended up to and including December 19, 2014.  The pre-trial conference will remain on January 28, 2015, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for the Defendants to answer, move against, or otherwise respond to the Complaint.  Nothing in this Stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated:  October 27, 2014
         New York, New York

| | |
|---|---|
| /s/ Thomas L. Long | /s/ Robinson B. Lacy |
| **BAKER & HOSTETLER LLP** | **SULLIVAN & CROMWELL LLP** |
| 45 Rockefeller Plaza | 125 Broad Street |
| New York, New York 10111 | New York, New York 10004 |
| Telephone: (212) 589-4200 | Telephone: (212) 558-4000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 558-3588 |
| David J. Sheehan | Robinson B. Lacy |
| Email: dsheehan@bakerlaw.com | Email: lacyr@sullcrom.com |
| Thomas L. Long | Sharon L. Nelles |
| Email: tlong@bakerlaw.com | Email: nelless@sullcrom.com |
| Mark A. Kornfeld | Patrick B. Berarducci |
| Email: mkornfeld@bakerlaw.com | Email: berarduccip@sullcrom.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd.* |