**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GUTMACHER ENTERPRISES, LP, a New York Limited Partnership,<br><br>THE ESTATE OF BARBARA GIRARD,<br><br>RICHARD WEINBERGER, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary | Adv. Pro. No. 10-05091 (SMB) |

Trust FBO Nicole Girard,

SEYMOUR ZISES, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee
of the Barbara Girard Testamentary Trust FBO Nicole Girard,

THE ESTATE OF ROSE GUTMACHER,

GEORGE S. KAUFMAN, in his capacity as personal representative of the Estate of Rose Gutmacher,

THOMAS D. KEARNS, in his capacities as personal representative of the Estate of Rose Gutmacher and trustee for the Trust FBO Nicole Girard U/A/D/ 12/2/97,

THE TRUST FBO NICOLE GIRARD U/A/D/ 12/2/97,

THE BARBARA GIRARD TESTAMENTARY TRUST FBO NICOLE GIRARD,

And

NICOLE GIRARD, individually and in her capacity as trustee of the Trust FBO Nicole Girard U/A/D/ 12/2/97,

                                                           Defendants.

## TENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] and entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    The Disclosure of Case-in-Chief Experts shall be due:  December 4, 2014.

2.    The Disclosure of Rebuttal Experts shall be due:  January 8, 2015.

3. The Deadline for Completion of Expert Discovery shall be: April 9, 2015.

4. The Deadline for Service of a Notice of Mediation Referral shall be on or before: June 11, 2015.

5. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before: June 25, 2015.

6. The Deadline for Conclusion of Mediation shall be: October 22, 2015.

Dated: New York, New York
      October 29, 2014

BAKER & HOSTETLER LLP

By: *Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*