**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04746 (SMB) |
| v. | |
| HARMON FAMILY LIMITED PARTNERSHIP; FAMILY TRUST UNDER ARTICLE VII of the HAROLD HARMON REVOCABLE TRUST; FLORENCE HARMON REVOCABLE TRUST; JUDITH BREZNIAK; AND MARK HARMON, in his capacity as Conservator of Marjorie Harmon, | |
| Defendants. | |

# STIPULATION FOR VOLUNTARY DISMISSAL
# OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Harmon Family Limited Partnership ("Partnership"); Family Trust Under Article VII of the Harold Harmon Revocable Trust; Florence Harmon Revocable Trust; Judith Brezniak and Mark Harmon, each in their capacity as a general and limited partner of the Partnership, and Mark Harmon, in his capacity as Conservator of Marjorie Harmon ("Defendants"), by and through their counsel, Dune Morris, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendants.

2. On January 16, 2014, Defendants served an answer on the Trustee.

3. On October 20, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
October 29, 2013

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002-5018
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: /s/  Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**DUANE MORRIS LLP**

By:  /s/ *Martin B. Shulkin*
1540 Broadway
New York, New York 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
Patricia Heer Piskorski
Email: PHHeer@duanemorris.com

   -- and --

100 High Street, 24th Floor
Boston, Massachusetts 02210-1724
Telephone: 857.488.4216
Facsimile: 857.401.3034
Martin B. Shulkin
Email: MBShulkin@duanemorris.com
Jeffrey D. Sternklar
Email: JDSternklar@duanemorris.com

*Attorneys for Defendants Harmon Family Limited Partnership, Family Trust Under Article VII of the Harold Harmon Revocable Trust, Florence Harmon Revocable Trust, Judith Brezniak and Mark Harmon, each in their capacity as a general and limited partner of the Partnership and Mark*

*Harmon, in his capacity as Conservator of Marjorie Harmon*

4