**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Dean D. Hunt
dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br><br>      v.<br><br>THE SUSAN PARESKY TRUST,<br><br>SUSAN PARESKY, in her capacity as Trustee of the Susan Paresky Trust and individually as settler | Adv. Pro. No. 10-04840 (SMB) |

and beneficiary thereof, and,

JOSEPH M. PARESKY, in his capacity as Trustee of the Susan Paresky Trust,

                              Defendants.

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: **April 15, 2014**.

2. Fact Discovery shall be completed by: **February 2, 2015**.

3. The Disclosure of Case-in-Chief Experts shall be due: **April 14, 2015**.

4. The Disclosure of Rebuttal Experts shall be due: **May 14, 2015**.

5. The Deadline for Completion of Expert Discovery shall be: **August 12, 2015**.

6. The Deadline for Mediation Referral shall be: **October 8, 2015**.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: **October 22, 2015**.

8. The Deadline for Conclusion of Mediation shall be: **February 19, 2016**.

Dated: New York, New York  
       October 30, 2014

Of Counsel:

BAKER & HOSTETLER LLP  
811 Main Street, Suite 1100  
Houston, Texas 77002-5018  
Telephone: (713) 751-1600  
Facsimile: (713) 751-1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
dsheehan@bakerlaw.com  
Nicholas J. Cremona  
ncremona@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*