**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 09-01182 (SMB) |

## EIGHTH AMENDED CASE MANAGEMENT PLAN

Irving Picard, Esq., as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC, and Defendants J. Ezra Merkin, Gabriel Capital, L.P., Ariel Fund Ltd., Ascot Partners, L.P., Ascot Fund Ltd., and Gabriel Capital Corporation ("Defendants") (collectively, the "Parties") seek to modify the April 22, 2014 Seventh Amended Case Management Plan [ECF No. 208], pursuant to Fed. Civ. R. P. 16(a)(4), as incorporated into Bank. R. 7016.

In order to complete certain outstanding and newly served discovery, address certain discovery disputes, accommodate the schedules of certain individuals yet to be deposed, and complete third-party discovery, and in light of the pending discovery disputes currently before the Binding Arbitrator, the Parties respectfully request that the Seventh Amended Case Management Plan [ECF No. 208] be modified as follows:

1. <u>Motion to Dismiss</u>:  This Court entered a Memorandum Decision Granting in Part and Denying in Part Defendants' Motions to Dismiss on August 12, 2014 [ECF No. 212] (the "Decision").  This Court entered errata orders with respect to the Decision on August 14, 2014 [ECF No. 213] and August 20, 2014 [ECF No. 215].  On October 2, 2014, the Court heard oral argument on the Trustee's Motion to Direct Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b), and reserved decision on the motion.

2. <u>Discovery Cut-off</u>:  All document discovery, fact depositions, and all fact discovery must be completed by January 30, 2015.  The parties may not serve any new requests for fact discovery (whether document requests, interrogatories, requests to admit or depositions), whether addressed to parties or to non-parties; provided, however, that the parties may serve new requests to the limited extent that such new requests are necessitated by documents or information hereafter produced.

3. <u>Experts</u>:  Every party-proponent that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before March 16, 2015.  Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before April 30, 2015.  No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinion covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence.  All experts may be deposed, but such depositions must occur on or before May 29, 2015. The foregoing restriction shall not include amendments to expert reports in light of new evidence as required by Fed. R. Civ. P. 26.

4. <u>Next Conference</u>: The parties shall next appear before the Court on April 29, 2015 at 10:00 a.m.

5. <u>Settlement</u>: The parties have engaged in some settlement discussions, and will notify the Court if they believe a settlement conference would be productive.

~~6.~~ <u>Summary Judgment Briefing</u>: **Any party desiring to make a motion for summary judgment must comply with Local Bankr. R. 7056-1(a) by June 16, 2015.** ~~The following shall be the schedule for summary judgment:~~

~~June 19, 2015:    Motion(s) for Summary Judgment Due.~~

~~July 31, 2015:    Summary Judgment Response Brief(s) Due.~~

~~August 28, 2015:    Summary Judgment Reply Brief(s) Due.~~ **[SMB: 10/30/14]**

SO ORDERED.

Dated: October 30, 2014
New York, NY

/S/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge