**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>MANDELL & BLAU, M.D.'s, P.C. 401(K) PROFIT SHARING PLAN; JEFFREY S. BLAU, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; NEAL D. BARKOFF, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; JULIE S. GERSHON, in her capacity | Adv. Pro. No. 10-05156 (SMB) |

|  |
|---|
| as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; RICHARD GLISSON, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; HENRY JANSSEN, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; ALISA SIEGFELD, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; M. LEE WALLACE, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; and JEAN WIEGERT, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan, |
|         Defendants. |

## STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Mandell & Blau M.D.'s P.C. 401(k) Profit Sharing Plan; Jeffrey S. Blau, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Neal D. Barkoff, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Julie S. Gershon, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Richard Glisson, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Henry Janssen, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Alisa Siegfeld, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; M. Lee Wallace, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; and Jean Wiegert, in her capacity as Trustee of the Mandell &

Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan ("Defendants"), by and through their counsel, Shipman & Goodwin, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 3, 2010, the Trustee filed and served the Complaint against Defendants. Subsequently, the Trustee filed and served its Amended Complaint on January 3, 2012.

2. On December 13, 2011, Defendants served an answer on the Trustee's original Complaint; and on February 2, 2012, Defendants served an answer on the Trustee's Amended Complaint.

3. On October 20, 2014 the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
       October 30, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002-5018
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: /s/ Nicholas J. Cremona
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SHIPMAN & GOODWIN, LLP**

By: /s/ Ira H. Goldman
    One Constitution Plaza
    Hartford, Connecticut 06103
    Telephone: (860) 251-5000
    Facsimile: (860) 251-5099
    Ira H. Goldman
    jgoldman@goodwin.com
    Kim Cohen
    kcohen@goodwin.com

*Attorneys for Defendants Mandell & Blau M.D.'s P.C. 401(k) Profit Sharing Plan; Jeffrey S. Blau, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Neal D. Barkoff, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Julie S. Gershon, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Richard Glisson, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Henry Janssen, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; Alisa Siegfeld, in her*

*capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; M. Lee Wallace, in his capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan; and Jean Wiegert, in her capacity as Trustee of the Mandell & Blau, M.D.'s, P.C. 401(K) Profit Sharing Plan*

5