# EXHIBIT 1

Exhibit B

BLMIS ACCOUNT NO. 1CM411 - NTC & CO. FBO DR ROBERT F GOLD    REDACTED

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 8/30/1996 | TRANS FROM 1CM07530 | 550,786 [1] | - | - | 150,000 | - | 150,000 | - | - | - |
| 9/19/1996 | TRANS FROM 1CM07530 | 1,983 [2] | - | - | - | - | 150,000 | - | - | - |
| 10/14/1997 | CHECK | 40,002 | 40,002 | - | - | - | 190,002 | - | - | - |
| 4/22/2002 | CHECK | (100,000) | - | (100,000) | - | - | 90,002 | - | - | - |
| 1/8/2003 | CHECK | (100,000) | - | (100,000) | - | - | (9,998) | - | - | (9,762) |
| 3/10/2004 | CHECK | (100,000) | - | (100,000) | - | - | (109,998) | - | - | (100,000) |
| 8/13/2004 | CHECK | (57,000) | - | (57,000) | - | - | (166,998) | - | - | (57,000) |
| 7/27/2005 | CHECK | (100,000) | - | (100,000) | - | - | (266,998) | - | - | (100,000) |
| 6/16/2006 | CHECK | (100,000) | - | (100,000) | - | - | (366,998) | - | - | (100,000) |
| 10/12/2006 | CHECK | 168 | 168 | - | - | - | (366,830) | - | - | - |
| 7/18/2007 | CHECK | (120,000) | - | (120,000) | - | - | (486,830) | - | (120,000) | (120,000) |
| 8/7/2007 | CHECK | (600,000) | - | (600,000) | - | - | (1,086,830) | - | (600,000) | (600,000) |
| 1/8/2008 | CHECK | 67 | 67 | - | - | - | (1,086,762) | - | - | - |
| 7/16/2008 | CHECK | (100,000) | - | (100,000) | - | - | (1,186,762) | - | (100,000) | (100,000) |
| | Total: | | $ 40,238 | $ (1,377,000) | $ 150,000 | $ - | $ (1,186,762) | $ - | $ (820,000) | $ (1,186,762) |

[1] Although BLMIS statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.