**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04290 (SMB) |
| Plaintiff, | |
| v. | |
| MICHAEL FRENCHMAN, and | |
| LAURIE FRENCHMAN, | |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendants Michael Frenchman and Laurie Frenchman (together,

"Defendants") may move, answer, or otherwise respond to the Complaint filed in the above-

captioned adversary proceeding is extended from October 31, 2014, up to and including January

15, 2015.

The purpose of this stipulated extension is to provide additional time for Defendants to

answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a

waiver of the Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this Stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Defendant's estate or personal representative/executor, and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding. For the avoidance of doubt, the parties to this Stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the Stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

Except as expressly set forth above, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental

Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences

(ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

Dated:  October 31, 2014
      New York, New York

                                       BAKER & HOSTETLER, LLP

                                       By:  /s/ Ona T. Wang
                                       45 Rockefeller Plaza
                                       New York, New York 10111
                                       Telephone:  (212) 589-4200
                                       Facsimile:  (212) 589-4201
                                       David J. Sheehan
                                       Email:  dsheehan@bakerlaw.com
                                       Marc E. Hirschfield
                                       Email:  mhirschfield@bakerlaw.com
                                       Ona T. Wang
                                       Email:  owang@bakerlaw.com

                                       *Attorneys for Attorneys for Plaintiff Irving R. Picard,*
                                       *Trustee for the Substantively Consolidated SIPA*
                                       *Liquidation of Bernard L. Madoff Investment*
                                       *Securities LLC and Bernard L. Madoff*

                                       KUDMAN TRACHTEN ALOE LLP

                                       By: /s/ Paul H. Aloe
                                       350 Fifth Avenue, Suite 4400
                                       New York, New York 10118
                                       Telephone:  (212) 868-1010
                                       Facsimile:  (212) 868-0013
                                       Paul H. Aloe
                                       Email:  paloe@kudmanlaw.com
                                       Evan S. Cowit
                                       Email:  ecowit@kudmanlaw.com

                                       *Attorneys for Defendants Michael Frenchman and*
                                       *Laurie Frenchman*