**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05407 (SMB) |
| v. | |
| JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE LIVING TRUST, | |
| JOHN GREENBERGER MACCABEE, Individually and as Trustee of the John Greenberger Maccabee and Sherry Morse Maccabee Living Trust, and | |
| SHERRY MORSE MACCABEE, Individually and as Trustee of the John Greenberger Maccabee and Sherry Morse Maccabee Living Trust, | |
| Defendants. | |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Procedures Governing Mediation of Matters and the Use of

        Pg 2 of 4

Early Neutral Evaluation and Mediation/Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings (Local Rule 9019-1, Adopted by Order M-452 (General Order Amending and Restating M-143, M-211, and M-390)) (the "Mediation Procedures").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the parties must conclude mediation in the above-captioned case is extended up to and including November 14, 2014.

The purpose of this Stipulation is to provide additional time for the parties to resolve this matter through the mediation process as contemplated under the Mediation Procedures.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

300340107.2

| | |
|---|---|
| Dated: October 30, 2014<br>New York, New York | By:    /s/ Donna A. Tobin<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Donna A. Tobin<br>Email: dtobin@bakerlaw.com<br>Kimberly M. Maynard<br>Email: kmaynard@bakerlaw.com<br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |
| Dated: October 30, 2014<br>New York, New York | By:    /s/ Jeffrey Bernfeld<br>**BERNFELD, DEMATTEO & BERNFELD**<br>600 Third Avenue, 15th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1661<br>David B. Bernfeld<br>Email:  dbblaw@hotmail.com<br>Jeffrey Bernfeld<br>Email: jeffreybernfeld@bernfeld-dematteo.com<br>*Attorneys for Defendants John Greenberger Maccabee and Sherry Morse Maccabee Living Trust, John Greenberger Maccabee, and Sherry Morse Maccabee* |
| Dated: October 30, 2014<br>New York, New York | By:    /s/ Deborah A. Reperowitz<br>Deborah A. Reperowitz, Mediator<br>**TROUTMAN SANDERS LLP**<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174-0700<br>Telephone: (212) 704-6000<br>Email: deborah.reperowitz@troutmansanders.com |

3

300340107.2

SO ORDERED:

Dated: October 31st, 2014                    /s/ STUART M. BERNSTEIN
New York, New York                           HONORABLE STUART M. BERNSTEIN
                                             UNITED STATES BANKRUPTCY JUDGE

300340107.2