**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>              Defendant. | Adv. Pro. No. 11-02493 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Abu Dhabi Investment Authority ("Defendant") may move,

answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and

including December 19, 2014.  The pre-trial conference will remain on January 28, 2015, at

10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for

Defendant to answer, move against, or otherwise respond to the Complaint.  Nothing in this

Stipulation is a waiver of Defendant's right to request from the Court a further extension of time

to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: October 31, 2014
        New York, New York

| **BAKER & HOSTETLER LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: /s/ Thomas L. Long | By: /s/ Eric Kay |
| 45 Rockefeller Plaza | 51 Madison Avenue, 22nd Floor |
| New York, New York 10111 | New York, New York 10010 |
| Telephone:  (212) 589-4200 | Telephone:  (212) 849-7000 |
| Facsimile:  (212) 589-4201 | Facsimile:  (212) 849-7100 |
| David J. Sheehan | Marc Greenwald |
| Email:  dsheehan@bakerlaw.com | Email:  mgreenwald@quinnemanuel.com |
| Thomas L. Long | Eric Kay |
| Email:  tlong@bakerlaw.com | Email:  erickay@quinnemanuel.com |
| Mark A. Kornfeld | |
| Email:  mkornfeld@bakerlaw.com | *Attorneys for Abu Dhabi Investment Authority* |

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*