**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC* and *Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>THE MELVIN N. LOCK TRUST,<br><br>THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982,<br><br>THE ESTATE OF SYLVIA W. LOCK, | Adv. Pro. No. 10-05410 (SMB) |

| |
|---|
| NORTHERN TRUST, N.A., F/K/A NORTHERN TRUST BANK OF FLORIDA, N.A., a National Association, in its capacity as Personal Representative of the ESTATE OF SYLVIA W. LOCK, in its capacity as Trustee of THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982, and in its capacity as Trustee of the MELVIN N. LOCK TRUST, <br><br> LORRAINE LOCK NOSWORTHY, <br><br> AMANDA GOLDBERG SYNDERMAN, <br><br> JEREMY GOLDBERG, <br><br> ELENA ELKIN, <br><br> JOSHUA ELKIN, <br><br> FREDERICK GOLDBERG, <br><br> ALYSSA GOLDBERG, <br><br> MEREDITH GOLDBERG, <br><br> JOAN ELKIN MADISON, <br><br> SUSAN SIEGAL, <br><br> PAMELA W. GOLDBERG, and <br><br> JAMES NOSWORTHY, <br><br>           Defendants. |

### FOURTH CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE that on May 16, 2014, pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB) on November 10, 2010, a

Case Management Notice (the "First Case Management Notice") was filed in the above captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that on June 30, 2014, pursuant to the Order, a Second Case Management Notice [Adv. Dkt. No. 53] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on September 10, 2014, pursuant to the Order, a Third Case Management Notice [Adv. Dkt. No. 555] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the parties to the Adversary Proceeding, by and through their counsel, have agreed to an amendment to the dates set forth in the Third Case Management Notice and that the following deadlines are hereby made applicable to the Adversary Proceeding:

1. The Initial Disclosures shall be due: January 16, 2015

2. The Deadline for Service of Substantive Interrogatories shall be: April 14, 2015

3. Fact Discovery shall be completed by: August 7, 2015

4. The Disclosure of Case-in-Chief Expert Report(s) shall be due: October 8, 2015

5. The Disclosure of Rebuttal Expert Report(s) shall be due: November 9, 2015

6. The Deadline for Completion of Expert Discovery shall be: January 8, 2016

7. The Deadline to File a Notice of Mediation Referral shall be: February 8, 2016

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 22, 2016

9. The Deadline for Conclusion of Mediation shall be: April 22, 2016

Dated: October 31, 2014

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FULBRIGHT & JAWORSKI L.L.P. |
|---|---|
| By: */s/ Matthew B. Lunn* <br> Matthew B. Lunn <br> Justin P. Duda <br> Rockefeller Center <br> 1270 Avenue of the Americas, Suite 2210 <br> New York, New York 10020 <br> Telephone: (212) 332-8840 <br> Facsimile: (212) 332-8855 <br> Email: *mlunn@ycst.com* | By: */s/ David A. Rosenzweig* <br> David A. Rosenzweig <br> David L. Barrack <br> 666 Fifth Avenue <br> New York, New York 10103-3198 <br> Telephone: (212) 318-3400 <br> Facsimile: (212) 318-3400 <br> Email: *drosenzweig@fulbright.com* <br> *dbarrack@fulbright.com* |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., a National Association, in Its Capacity as Personal Representative of The Estate of Sylvia W. Lock, in Its Capacity as Trustee of the Sylvia W. Lock Declaration of Trust, Dated April 13, 1982, and In Its Capacity as Trustee of The Melvin N. Lock Trust* |

WARNER & SCHEUERMAN

By: */s/ Jonathon D. Warner*
Jonathon D. Warner
6 West 18th Street, 10th floor
New York, NY 10011
Telephone: (212) 924-7111
Facsimile: (212) 924-6111
Email: *jdwarner@warnerandscheuerman.com*

*Attorneys for Lorraine Lock Nosworthy, Amanda Goldberg Snyderman s/h/a Synderman, Jeremy Goldberg, Elena Elkin, Joshua Elkin, Frederick Goldberg, Alyssa Goldberg, Meredith Goldberg, Joan Elkin Madison, Susan Siegal, Pamela W. Goldberg and James Nosworthy*