**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>        Defendant. | Adv. Proc. No. 12-01566 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant UKFP (Asia) Nominees Limited ("Defendant") may move, answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including December 19, 2014. The pre-trial conference will remain on January 28, 2015, at 10:00 a.m.

      The purpose of this stipulated extension is to provide additional time for Defendant to move, answer, or otherwise respond to the Complaint. Nothing in this stipulation is a waiver of

Defendant's right to request from the Court a further extension of time to move, answer, or otherwise respond and/or the Trustee's right to object to any such request.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation, any objection to jurisdiction of this Court or to venue.

This stipulation may be signed by counsel in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this stipulation shall be deemed an original.  This stipulation may be modified by written agreement between counsel for the parties for good cause shown.  This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated: October 29, 2014
      New York, New York

| BAKER & HOSTETLER LLP | MAYER BROWN LLP |
|---|---|
| By: /s/ Thomas L. Long | By:  /s/ Joaquin Matias C de Baca |
| 45 Rockefeller Plaza | 1675 Broadway |
| New York, New York 10111 | New York, New York 10019 |
| Telephone:  (212) 589-4200 | Telephone:  (212) 506-2500 |
| Facsimile:  (212) 589-4201 | Facsimile:  (212) 262-1910 |
| David J. Sheehan | Brian Trust |
| Email:  dsheehan@bakerlaw.com | Email: btrust@mayerbrown.com |
| Marc E. Hirschfield | Joaquin Matias C de Baca |
| Email:  mhirschfield@bakerlaw.com | Email: jcdebaca@mayerbrown.com |
| Thomas L. Long | |
| Email: tlong@bakerlaw.com | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* | *Attorneys for Defendant UKFP (Asia) Nominees Limited* |