ARNOLD & PORTER LLP

399 Park Avenue

New York, New York 10022

Telephone:  (212) 715-1000

Facsimile:  (212) 715-1399

*Attorneys for Merrill Lynch International*

Presentment Date: November 10, 2014 at 12:00 p.m.

Objection Deadline: November 3, 2014 at 11:30 a.m.

This filing relates to:

ECF Docket No. 8249 in Adv. Pro. No. 08-01789 (SMB)

ECF Docket No. 62 in Adv. Pro. No. 10-05346 (SMB)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtors. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>          v.<br><br>MERRILL LYNCH INTERNATIONAL,<br><br>                          Defendant. | Adv. Pro. No. 10-05346 (SMB) |

**LIMITED OBJECTION OF MERRILL LYNCH INTERNATIONAL TO THE TRUSTEE'S PRESENTMENT OF ORDER CONCERNING FURTHER PROCEEDINGS ON EXTRATERRITORIALITY MOTION AND TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY**

Merrill Lynch International ("MLI") respectfully submits this limited objection to the proposed order (the "Proposed Order") submitted by Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, as Exhibit A to the Notice of Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Docket No. 8249).  In support of this Limited Objection, MLI respectfully states as follows:

1.      MLI has produced documents to the Trustee.  Those productions are governed by a Confidentiality Agreement executed on October 27, 2009, and the Protective Order subsequently filed in the Bankruptcy Court on February 16, 2010.  In this regard, MLI is similarly situated to the UBS Defendants, as set forth in the Limited Objection of UBS Defendants to the Trustee's Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery, filed November 3, 2014, in Adv. Pro. Nos. 08-01789 (SMB), 10-04285 (SMB), 10-05311 (SMB) (the "UBS Objection").

2.      MLI hereby adopts in full the arguments set forth in the UBS Objection.

3.      For the reasons set forth in the UBS Objection, this Court should decline to sign the Proposed Order unless Paragraph 7 thereof is stricken.

Dated: New York, New York
       November 3, 2014

Respectfully submitted,

ARNOLD & PORTER LLP


/s/ Pamela A. Miller
Pamela A. Miller
pamela.miller@aporter.com
Kent A. Yalowitz
kent.yalowitz@aporter.com

399 Park Avenue
New York, New York 10022
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399

*Attorneys for Merrill Lynch International*