**Settlement Date: November 12, 2014 at 12:00 p.m.**
**Objection Deadline: November 10, 2014 at 12:00 p.m.**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 14-01840 (SMB) |

CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower,

Intervenors,

v.

SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,

Defendants.

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Regarding

Defendants' Motion for Discovery from the Trustee, April Freilich, Barbara Picower, and

Bernard Madoff, entered by this Court in the above-referenced adversary proceeding on October

30, 2014 (ECF No. 85), and upon direction of the Court, the undersigned counsel to plaintiff

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa *et seq*., and the estate of Bernard L. Madoff, individually,

will present the attached proposed order to the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge, for settlement and signature in his chambers located at the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York, 10004 on **November 12, 2014 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or

objections to the proposed order must be in writing and must be filed with the Clerk of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004 by no later than **November 10, 2014 at 12:00 p.m.** (with a

courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and must be

served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New

York, New York 10111, Attn: David J. Sheehan, Esq., (b) the Securities Investor Protection

Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell,

Esq., and (c) Schulte Roth & Zabel LLP, counsel for the Intervenors, 919 Third Avenue, New

York, NY 10022, Attn: Marcy Ressler Harris.  Any objections must specifically state the interest

that the objecting party has in these proceedings and the specific basis of any objection to the

proposed order.  Unless a counter-proposed order and/or written objection to the proposed order

are received before the objection deadline, the proposed order may be signed and entered.

Dated: New York, New York
      November 3, 2014

                         */s/ Keith R. Murphy*

                         Baker & Hostetler LLP
                         45 Rockefeller Plaza
                         New York, New York 10111
                         Telephone: (212) 589-4200
                         Facsimile: (212) 589-4201
                         David J. Sheehan
                         Email: dsheehan@bakerlaw.com
                         Deborah H. Renner
                         Email: drenner@bakerlaw.com
                         Tracy L. Cole
                         Email: tcole@bakerlaw.com
                         Keith R. Murphy
                         Email: kmurphy@bakerlaw.com
                         Amy Vanderwal
                         Email: avanderwal@bakerlaw.com
                         Ferve Ozturk
                         Email: fozturk@bakerlaw.com

                         *Attorneys for Irving H. Picard, Trustee for the*
                         *Substantively Consolidated SIPA Liquidation*
                         *of Bernard L. Madoff Investment Securities*
                         *LLC and the Estate of Bernard L. Madoff*

TO:

Helen Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff, P.A.
45 Broadway, 8th Floor
New York, NY 10006
Phone:  212-599-3322
Fax: 212-557-0295
hchaitman@becker-poliakoff.com
psmith@becker-poliakoff.com
jgorchkova@becker-poliakoff.com

*Counsel for Adele Fox, Susanne Stone Marshall,*
*Russell Oasis, and Marsha Peshkin*

Frederick E. Schmidt
Hanh V. Huynh
Herrick, Feinstein LLP
2 Park Avenue

New York, NY 10016
Email: eschmidt@herrick.com
Email: hhuynh@herrick.com

*Counsel for Pamela Goldman and A&G*
*Goldman Partnership*

Marcy R. Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Phone: 212-756-2000
Fax: 212-593-5955
Email:  marcy.harris@srz.com

*Counsel for the Intervenors*