UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>      -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Case No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>              Plaintiff,<br><br>      -against-<br><br>LEGACY CAPITAL LTD., ISAAC JIMMY MAYER, RAFAEL MAYER, DAVID MAYER, KHRONOS LLC, KHRONOS CAPITAL RESEARCH LLC, BNP PARIBAS SECURITIES CORP., HCH MANAGEMENT COMPANY LTD., MONTPELLIER RESOURCES LTD., INVERSIONES COQUE S.A., AURORA RESOURCES LTD., and OLYMPUS ASSETS LDC,<br><br>              Defendants. | Adv. Pro. No. 10-05286 (SMB) |

**STATEMENT OF DEFENDANTS LEGACY CAPITAL LTD.,
ISAAC JIMMY MAYER, RAFAEL MAYER, DAVID MAYER,
KHRONOS LLC, KHRONOS CAPITAL RESEARCH LLC AND
MONTPELLIER RESOURCES LTD. IN RESPONSE TO PROPOSED
ORDER CONCERNING FURTHER PROCEEDINGS ON
EXTRATERRITORIALITY MOTION AND TRUSTEE'S OMNIBUS
<u>MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY</u>**

        Legacy Capital Ltd., Isaac Jimmy Mayer, Rafael Mayer, David Mayer, Khronos LLC,

Khronos Capital Research LLC, and Montpellier Resources Ltd., (collectively, the

"Defendants") respectfully submit this statement in response to the Notice Of Presentment (the "Notice") Of Proposed Order Concerning Further Proceedings On Extraterritoriality Motion And Trustee's Omnibus Motion For Leave To Replead And For Limited Discovery And Opportunity For Hearing (the "Proposed Order"), filed on October 23, 2014, by Irving H. Picard (the "Trustee"), Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff.

Although this statement is not required, in an abundance of caution and to avoid any possible misunderstanding, the Defendants file this statement to ensure that all parties are on notice that the above-referenced adversary proceeding (the "Legacy Action") is not listed on Exhibit A or B to the Proposed Order, and thus the Defendants are not parties to the omnibus briefing process the Trustee has proposed and do not plan to participate therein. Accordingly, to the extent that the Trustee should wish to seek leave to amend the complaint in the Legacy Action or to the extent that any clarification is required with respect to the applicability of the Extraterritoriality Order (as defined in the Proposed Order) to any of the Defendants in the Legacy Action, any such relief should be sought in a motion to be filed with respect to the Legacy Action.

Proceeding in this manner will promote judicial efficiency by allowing the Court to consider at one time all issues relating to any proposed amendment of the complaint in the Legacy Action.

Defendants respectfully reserve all rights and defenses with respect to any motion for leave to amend the complaint in the Legacy Action and with respect to all other issues therein.

Dated: November 3, 2014
      New York, New York

           Respectfully submitted,

**STEVENS & LEE P.C.**

By: /s/ Nicholas F. Kajon
     Nicholas F. Kajon

485 Madison Avenue, 20th Floor
New York, New York 10022
Tel: (212) 537-0403
Fax: (610) 371-1223

*Attorneys for Defendant Legacy Capital Ltd.*

**DICKSTEIN SHAPIRO LLP**

By: /s/ Eric B. Fisher
     Eric B. Fisher
     Barry N. Seidel
     Shaya M. Berger
1633 Broadway
New York, New York 10019
Tel: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendants Rafael Mayer, David Mayer, Khronos LLC and Khronos Capital Research LLC*

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

By: /s/ Carlos J. Canino
     Eugene E. Stearns
     Carlos J. Canino
     Drew M. Dillworth

Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395

*Attorneys for Defendant Isaac Jimmy Mayer*

**BUTZEL LONG**

By: /s/ Peter D. Morgenstern
    Peter D. Morgenstern

230 Park Avenue, Suite 850
New York, NY 10169
Tel: (212) 818-1110
Fax: (212) 818-0494

*Attorneys for Defendant Montpellier Resources Ltd.*