**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04312 (SMB) |
| Plaintiff, | |
| v. | |
| EDWARD T. COUGHLIN and SUZANNE E. COUGHLIN, | |
| Defendants. | |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141). Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, in this adversary proceeding on

November 26, 2010 (Adv. Pro. No. 10-04311 (SMB), Dkt. No. 2), the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on October 15, 2014, the Trustee filed with this Court a Notice of Mediation Referral (Dkt. No. 38), wherein the Trustee and Defendants Edward T. Coughlin and Suzanne E. Coughlin (the "Parties") jointly agreed to enter mediation upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and General Order M-390, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select Keith N. Costa, Esq., from the law firm of Dilworth Paxson LLP, to act as Mediator in this matter.  The Parties further agree to contact Mr. Costa as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

*[Signature page to follow.]*

Dated:  November 3, 2014
        New York, New York

| BAKER & HOSTETLER LLP | LEWIS & McKENNA |
|---|---|
| By: *s/ Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> Torello H. Calvani <br> Email: tcalvani@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: s/ Gregory S. Goett <br> 82 East Allendale Road, Suite 6 <br> Saddle River, New Jersey 07458 <br> Telephone:  201.934.9800 <br> Facsimile:  201.934.8681 <br> Paul Z. Lewis <br> Email: plewis@lewismckenna.com <br> Gregory S. Goett <br> Email: ggoett@lewismckenna.com <br><br> *Attorneys for Edward T. Coughlin and Suzanne E. Coughlin* |