**DICKSTEIN SHAPIRO LLP**
Eric B. Fisher
Barry N. Seidel
Shaya M. Berger
1633 Broadway
New York, New York 10019
Tel: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendants Rafael Mayer,
David Mayer, Khronos LLC and
Khronos Capital Research LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Case No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br> -against-<br><br>LEGACY CAPITAL LTD., ISAAC JIMMY MAYER, RAFAEL MAYER, DAVID MAYER, KHRONOS LLC, KHRONOS CAPITAL RESEARCH LLC, BNP PARIBAS SECURITIES CORP., HCH MANAGEMENT COMPANY LTD., MONTPELLIER RESOURCES LTD., INVERSIONES COQUE S.A., AURORA RESOURCES LTD., and OLYMPUS ASSETS LDC,<br><br>    Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused true copies of the Statement of Defendants Legacy Capital Ltd., Isaac Jimmy Mayer, Rafael Mayer, David Mayer, Khronos LLC, Khronos Capital Research LLC and Montpellier Resources Ltd. in Response to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery, along with a Notice of Electronic Filing of the same, to be served on the 3rd day of November 2014 via e-mail on Baker & Hostetler LLP, Attn.: Regina Griffin, Esq. (rgriffin@bakerlaw.com), and the Securities Investor Protection Corporation, Attn: Kevin H. Bell, Esq. (kbell@sipc.org).

Dated: November 3, 2014
      New York, New York

**DICKSTEIN SHAPIRO LLP**

By: /s/ Shaya M. Berger
    Eric B. Fisher
    Barry N. Seidel
    Shaya M. Berger
1633 Broadway
New York, New York 10019
Tel: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendants Rafael Mayer, David Mayer, Khronos LLC and Khronos Capital Research LLC*