Exhibit 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Elaine Rosenberg (the "Claimant"), having filed an objection (the "Objection", Docket Numbers 2032, 2033 and 2034) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#12175 and 14194), hereby gives notice that she withdraws such Objection.

Dated: __November 3__, 2014

Christopher M. Mason
Christopher M. Desiderio
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
Facsimile: (212) 940-3111