GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for UBS AG, UBS (Luxembourg) SA,
UBS Fund Services (Luxembourg) SA, and
UBS Third Party Management Company SA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtors. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBS AG, *et al.*,<br><br>                    Defendants. | Adv. Pro. No. 10-04285 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>UBS AG, *et al.*,<br><br>                  Defendants. | Adv. Pro. No. 10-05311 (SMB) |

## AFFIDAVIT OF SERVICE

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, Attorneys for the Movants.

2. On November 3, 2014, I caused a true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as **Exhibit A**, at the addresses set forth therein as indicated.

- *Limited Objection of UBS Defendants to the Trustee's Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery* **[Docket No. 8342]**

I certify under penalty of perjury that the foregoing is true and correct.

                                                              Duke Amponsah

Sworn to before me this
4th day of November, 2014

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 20__

2

# **Exhibit A**

**VIA HAND**
Hon. Stuart M. Bernstein
U.S. Bankruptcy Court
Southern District Of NY
One Bowling Green
New York, NY 10004

**VIA OVERNIGHT DELIVERY**

Regina Griffin, Esq.
Baker & Hostetler LLP, Counsel for the Trustee
45 Rockefeller Plaza
New York, New York 10111

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, NW, Suite 800
Washington, DC 20005