UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMY J. LURIA and AMY LURIA PARTNERS LLC, <br><br> Defendants. | Adv. Pro. No. 10-03222 (SMB) |

**STIPULATION FOR VOLUNTARY DISMISSAL OF
ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendants Amy J. Luria and Amy Luria

Partners LLC, by and through their counsel, Jaspan Schlesinger LLP, in accordance with Federal

Rule of Bankruptcy Procedure 7041(a)(1)(ii) (making Federal Rule of Civil Procedure 41(a)(1)

applicable in adversary proceedings), stipulate to a dismissal of the above-captioned adversary proceeding without prejudice.

Dated: November 5, 2014

**BAKER & HOSTETLER LLP**

*/s/Keith R. Murphy*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Andrew W. Reich
Email: areich@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**JASPAN SCHLESINGER LLP**

*/s/Steven R. Schlesinger*
Steven R. Schlesinger
Email: sschlesinger@jaspanllp.com
Shannon A. Scott
Email: sscott@jaspanllp.com
**JASPAN SCHLESINGER LLP**
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 746-8000
Facsimile: (516) 393-8282

*Attorneys for Defendants Amy J. Luria and Amy*
*Luria Partners LLC*

300340703.1

2