**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04664 (SMB) |
| Plaintiff, | |
| v. | |
| RICHARD A. MILLER TRUST DATED 5/3/2000; and RICHARD A. MILLER, individually and in his capacity as Trustee of the Richard A. Miller Trust dated 5/3/2000; GAYLA E. MILLER, individually and in her capacity as Trustee of the Richard A. Miller Trust dated 5/3/2000, | |
| Defendants. | |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures have been exchanged.

2. Fact Discovery shall be completed by: May 14, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: July 21, 2015.

4. The Disclosure of Rebuttal Experts shall be due: August 20, 2015.

5. The Deadline for Completion of Expert Discovery shall be: November 18, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before January 8, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 22, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before May 20, 2016.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
November 4, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Farrell A. Hochmuth

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*