## Miscellaneous:

10-04478-smb Irving H. Picard, Trustee for the Liquidation of B v. Estate of Leonard M. Heine Jr. et al

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Marc E. Hirschfield entered on 11/5/2014 at 3:31 PM and filed on 11/5/2014

| | |
|---|---|
| **Case Name:** | Irving H. Picard, Trustee for the Liquidation of B v. Estate of Leonard M. Heine Jr. et al |
| **Case Number:** | 10-04478-smb |
| **Document Number:** | 29 |

**Docket Text:**
Stipulation *Extending Time to Conclude Mediation to November 21, 2014* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\sroberts\Documents\ECF Filings 11-5-14\10-04478 Heine Stipulation Extending Mediation.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/5/2014] [FileNumber=14008847-0]
[46976401803308c91dc9240996f7b9cd7a8bf29f5832d5120d96d090a97ed214ec02
3b7d2a1d66b7ce092605147a6447cdb95357a1a10fb19fd8062049d78492]]

**10-04478-smb Notice will be electronically mailed to:**

Jeffrey L. Bernfeld on behalf of Defendant Estate of Leonard M. Heine Jr.
jeffreybernfeld@bernfeld-dematteo.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

**10-04478-smb Notice will not be electronically mailed to:**

Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.
,