**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>FLORENCE W. SHULMAN, individually and in her capacity as Trustee of the Florence Shulman Pourover Trust; FLORENCE SHULMAN POUROVER TRUST, in its own capacity and in its capacity as a Limited Partner of FAS Partners, L.P.; FAS PARTNERS, L.P.; SHULMAN FAMILY CORPORATION, in its capacity as General Partner | Adv. Pro. No. 10-04606 (SMB) |

> of FAS Partners, L.P.; ALVIN E. SHULMAN POUROVER TRUST, in its capacity as Limited Partner of FAS Partners, L.P.; and ALVIN E. SHULMAN, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust,
>
>                   Defendants.

## STIPULATION FOR SUBSTITUTION OF DEFENDANT FLORENCE W. SHULMAN AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Florence W. Shulman, individually and in her capacity as Trustee of the Florence Shulman Pourover Trust; Florence Shulman Pourover Trust, in its own capacity and in its capacity as a Limited Partner of FAS Partners, L.P.; FAS Partners, L.P.; Shulman Family Corporation, in its capacity as General Partner of FAS Partners, L.P.; Alvin E. Shulman Pourover Trust, in its capacity as Limited Partner of FAS Partners, L.P.; and Alvin E. Shulman, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust; and

**WHEREAS**, Florence W. Shulman died on January 15, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of Florence W. Shulman, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust and Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, as follows:

1. The Estate of Florence W. Shulman[1] (the "Estate"), and Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of Florence W. Shulman, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust and Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, (collectively referred to as "Defendants"), are hereby substituted into this action in place of Florence W. Shulman, deceased, and the complaint shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption to remove Florence W. Shulman and substitute the Estate of Florence W. Shulman and Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of Florence W. Shulman, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust and Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, as reflected on Exhibit A to this Stipulation.

3. Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of Florence W. Shulman, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust and Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust: (i) expressly represent that each has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waive service of the summons and the Amended Complaint on behalf of Defendants, (iii) hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agree that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure

---

[1] The Estate of Florence W. Shulman, Court File No. 2014CP0018990000-02 in the Circuit Court for Miami-Dade County, Florida, Probate Division.

15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: November 5, 2014
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

By: */s/ Helen Davis Chaitman*
Becker & Poliakoff
45 Broadway
New York, New York 10006
Helen Davis Chaitman
hchaitman@becker-poliakoff.com
Peter W. Smith
psmith@becker-poliakoff.com

SO ORDERED.
Dated: November 5th, 2014
New York, New York

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04606 (SMB) |
| v. | |
| ESTATE OF FLORENCE W. SHULMAN; ALAN M. GOLDBERG, in his capacity as Personal Representative of the Estate of Florence W. Shulman; KEVIN SHULMAN in his capacity as Trustee of the Florence Shulman Pourover Trust; CARAN RUGA ROSS, in her capacity as Trustee of the Florence Shulman Pourover Trust; | |

Pg 7 of 7

FLORENCE SHULMAN POUROVER TRUST, in its own capacity and in its capacity as a Limited Partner of FAS Partners, L.P.; FAS PARTNERS, L.P.; SHULMAN FAMILY CORPORATION, in its capacity as General Partner of FAS Partners, L.P.; ALVIN E. SHULMAN POUROVER TRUST, in its capacity as Limited Partner of FAS Partners, L.P.; and ALVIN E. SHULMAN, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust,

    Defendants.