**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                Plaintiff,<br><br>    v.<br><br>LEWIS W. BERNARD 1995 CHARITABLE REMAINDER TRUST; LEWIS W. BERNARD in his capacity as Grantor and Trustee and individually; and ROBERT B. FEDUNIAK in his capacity as Special Trustee,<br><br>                                Defendants. | Adv. Pro. No. 10-05063 (SMB) |

# **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 14, 2014

2. Fact Discovery shall be completed by: December 19, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: August 8, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: February 26, 2015

5. The Disclosure of Rebuttal Experts shall be due: March 19, 2015

6. The Deadline for Completion of Expert Discovery shall be: June 17, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 17, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 31, 2015.

9. The Deadline for Conclusion of Mediation shall be: On or before December 29, 2015.

Dated: New York, New York
November 7, 2014

BAKER & HOSTETLER LLP

By: ./s/ Nicholas J. Cremona____
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Heather J. McDonald
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*

300340248.1