**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CACEIS BANK LUXEMBOURG and CACEIS BANK,<br><br>   Defendants. | Adv. Pro. No. 11-02758 (SMB) |

01:16283567.2

## CORRECTED NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-captioned

adversary proceeding has been further adjourned from November 19, 2014 to **January 28, 2015**

**at 10:00 a.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be

held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated:  November 7, 2014                          YOUNG CONAWAY STARGATT &
       New York, New York                          TAYLOR, LLP

                                    */s/ Matthew B. Lunn*
                                    Matthew B. Lunn
                                    Justin P. Duda
                                    Rockefeller Center
                                    1270 Avenue of the Americas, Suite 2210
                                    New York, New York 10020
                                    Telephone:  (212) 332-8840
                                    Facsimile: (212) 332-8855
                                    Email:  *mlunn@ycst.com*
                                            *jduda@ycst.com*

                                  *Attorneys for Plaintiff Irving H. Picard,*
                                    *Trustee for the Liquidation of Bernard L.*
                                    *Madoff Investment Securities LLC*

01:16283567.2