**Presentment Date and Time: November 25, 2014 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: November 25, 2014 at 11:30 a.m. (Prevailing Eastern Time)**

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, New York 10011-1624
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
        bscott@klestadt.com

*Attorney of Record for Reliance Management (Gibraltar) Limited*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., M&B CAPITAL ADVISERS HOLDING, S.A., M&B CAPITAL ADVISERS GESTIÓN SGIIC, S.A., JB CAPITAL MARKETS SOCIEDAD DE VALORES, S.A. (F/K/A M&B CAPITAL MARKETS SOCIEDAD DE VALORES, S.A.), FRANCISCO JAVIER BOTIN-SANZ de SAUTUOLA O'SHEA, GUILLERMO MORENES MARIATEGUI, RELIANCE INTERNATIONAL RESEARCH LLC, RELIANCE MANAGEMENT (GIBRALTAR) LIMITED, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as | Adv. Pro. No. 10-05311 (BRL) |

> represented by their Liquidators MAITRE ALAIN
> RUKAVINA and PAUL LAPLUME, MAITRE
> ALAIN RUKAVINA and PAUL LAPLUME, in
> their capacities as liquidators and representatives of
> LUXEMBOURG INVESTMENT FUND AND
> LUXEMBOURG INVESTMENT FUND U.S.
> EQUITY PLUS, and LANDMARK
> INVESTMENT FUND IRELAND,
>
>                   Defendants.

## NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING APPLICATION OF KLESTADT & WINTERS, LLP TO WITHDRAW AS COUNSEL OF RECORD TO DEFENDANT RELIANCE MANAGEMENT (GIBRALTAR) LIMITED PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

**PLEASE TAKE NOTICE** that upon the application of Klestadt & Winters, LLP for entry of an order authorizing it to withdraw as counsel of record to defendant Reliance Management (Gibraltar) Limited, the undersigned will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **November 25, 2014 at 12:00 noon (ET)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than **11:30 a.m. on November 25, 2014**. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

Dated:  New York, New York
            November 10, 2014

                        KLESTADT & WINTERS, LLP

                        By: /s/ Tracy L. Klestadt
                        Tracy L. Klestadt
                        Brendan M. Scott
                        570 Seventh Avenue, 17th Floor
                        New York, New York 10011-1624
                        Tel:  (212) 972-3000
                        Fax:  (212) 972-2245
                        Email:  tklestadt@klestadt.com
                                    bscott@klestadt.com

                        *Attorney of Record for Reliance Management*
                        *(Gibraltar) Limited*

2