**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., M&B CAPITAL ADVISERS HOLDING, S.A., M&B CAPITAL ADVISERS GESTIÓN SGIIC, S.A., JB CAPITAL MARKETS SOCIEDAD DE VALORES, S.A. (F/K/A M&B CAPITAL MARKETS SOCIEDAD DE VALORES, S.A.), FRANCISCO JAVIER BOTIN-SANZ de SAUTUOLA O'SHEA, GUILLERMO MORENES MARIATEGUI, RELIANCE INTERNATIONAL RESEARCH LLC, RELIANCE MANAGEMENT (GIBRALTAR) LIMITED, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, MAITRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, and LANDMARK INVESTMENT FUND IRELAND,<br><br>        Defendants. | Adv. Pro. No. 10-05311 (BRL) |

### ORDER GRANTING MOTION OF KLESTADT & WINTERS, LLP TO WITHDRAW AS COUNSEL OF RECORD TO DEFENDANT RELIANCE MANAGEMENT (GIBRALTAR) LIMITED PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

Upon the application of Klestadt & Winters, LLP ("K&W") dated November 10, 2014 (the "Application"), seeking entry of an order, pursuant to Local Rule 2090-1(e), authorizing K&W to withdraw as counsel of record to Reliance Management (Gibraltar) Limited, a defendant in the above captioned matter; and notice having been given to the Defendant at its last known address; it is

**ORDERED**, that the Application be, and it hereby is, granted; and it is further

**ORDERED**, that in accordance with Local Rule 2090-1(e), K&W is authorized and empowered to withdraw as local counsel of record, effective as of the date of this Order.

**ORDERED,** that the Clerk of Courts is directed to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       November __, 2014

_____
UNITED STATES BANKRUPTCY JUDGE