**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                        Plaintiff,<br><br>        v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>                                        Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK    )

        I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On November 7, 2014, I served the ***NOTICE OF HEARING ON ORDER CONCERNING FURTHER PROCEEDINGS ON EXTRATERRITORIALITY MOTION AND TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY AND OPPORTUNITY FOR HEARING*** via electronic transmission to the email address designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to the parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

/s/Tanya Kinne
TANYA KINNE

Sworn to before me this
10th day of November, 2014

/s/Sonya M. Graham
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

<u>SCHEDULE A</u>

Inter Asset Management Inc.
c/o Bison Financial Services Ltd., Bison Court, Road Town , Tortola
British Virgin Islands

BA Worldwide Fund Management Ltd.
Craigmuir Chambers,
P.O. Box 71,
Road Town, Tortola
British Virgin Islands

Robert D. Salem
c/o Duration Services Ltd.
5 Vigo Street
London,  W1S 3HB
England

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
23, Avenue de la Porte-Neuve
L-2227 Luxembourg
Luxembourg

Inversiones Coque S.A.
Bank of America Building
50th Street
Panama,
Panama
and
c/o Arias Fabrega & Fabrega
Plaza 2000
16th Floor
50th Street
Panama,
Panama

HCH Investment Company Ltd
Third Floor
Harbour Centre
George Town, Grand Cayman
Cayman Islands

Aurora Resources Ltd.
The Tropic Isle Building, Wickham's Cay
Road Town, Tortola
British Virgin Islands

and
Hamilton Trust & Management Company Ltd.
Omar Hodge Building 2nd Floor
Wickham's Cay
Road Town, Tortola VG1110
British Virgin Islands

Olympus Assets LDC
Third Floor
Harbour Centre
George Town, Grand Cayman
Cayman Islands
and
c/o Mourant Ozannes Corporate Services (Cayman) Ltd.
Third Floor
Harbour Centre
42 North Church Street
George Town, Grand Cayman
Cayman Islands

Robert Reuss
20:20 Medici AG Hegelgasse 17/17, 1010 Vienna,
Austria

Paul de Sury
Via Stampa 8, 20123 Milan,
Italy
and
Universita Degli Studi Di Torino, Facolta di Economia, Corsso Unione Sovietica 218/bis, 10134,
Torino
Italy

Daniele Cosulich
17 Ladbroke Road, London W11 3PA,
England
and
26 Pembridge Crescent W11 3DS, London,
England

Tecno Development & Research S.r.l.
Via Settala Lodovico 20, 20124 Milano,
Italy
and
c/o Renato Florio, as liquidator, Via Molino delle Armi 3, 20100 Milano
Italy
and
c/o Renato Florio, as liquidator, Via Lodovico Settala 20, Milano

Italy
and
c/o Shlomo (Momy) Amselem, 3B Gowland's Ramp
Gibraltar

Mariadelmar Raule
Via Luigi Canonica 32, 20154 Milan,
Italy
and
Via Palermo 11, 20120 Milan,
Italy
and
Istituto per la Salvaguardia della Numismatica Italiana Srl, Via Spadari 3, 20123 Milan
Italy

Sofipo Austria GmbH
Schwartzenbergplatz 7, 1030 Vienna,
Austria

M-Tech Services GmbH
Doblhoffgasse 9/15, 1010 Vienna,
Austria
and
Mordechai Landau as liquidator for M-Tech Service GmbH, Doblhoffgasse 9/15, 1010 Vienna
Austria

Absolute Portfolio Management Ltd., (dissolved)
Turner & Roulstone Mgmt Ltd.,
Strathvale House, George Town, PO Box 2636
Cayman Islands

Bank Medici AG (Gibraltar)
57/63 Line Wall Road,
Gibraltar
and
c/o Iain Currie, 808 Eurotowers
Gibraltar
and
c/o Samuel Vidal Moses Cohen, 144 Main St.
Gibraltar
and
c/o Ingrid Lane, Calle Las Palmeras 7, Urbanizacion Vista Laguna, Torreguadiaro, Cadiz 11312
Spain

Andreas Schindler
Singerstrasse 30/38, 1010 Wien
Austria

Bank Austria Worldwide Fund Management Ltd.
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola.
British Virgin Islands

Bank Austria Cayman Islands Ltd.
Whitehall House,
238 North Church St.,
George Town, Grand Cayman,
Cayman Islands KY1-1206
Cayman Islands

Ursula Radel-Leszczynski
Gugitzhasse 11, Haus 21, 1190, Vienna,
Austria

Brera Servizi Aziendiale S.r.l.
Via Alessandro Manzoni, 44 CAP 20121, Milan
Italy
and
c/o De Vlamink S.A.
 412 F. Route d'Esch,
L-2086
Luxembourg
and
Corso Vittorio Emanuel 11, #15, 20122 Milan
Italy
and
Cervini Anna Grazia Ernesta, Piazza Sant'Erasmo #5, 20121 Milan
Italy

Herald Consult Ltd.
Equity Trust (BVI) Limited, Palm Grove House, PO Box 438, Road Town, Tortola VG1110
British Virgin Islands
and
Katharinenweg 4, 8002, Zurich,
Switzerland

Rachel Kohn
18 Hazait St., 94661 Jerusalem,
Israel

Yvonne Landau (Ne Kohn)
26 Torat Haim St. 96466 Jerusalem,
Israel

Michael Kohn

15 Techelet Mordechai St 94396 Jerusalem,
Israel

Nicole Herzog (Ne Kohn)
15 Talbot Avenue, St. Kilda East, 3183 Melbourne,
Australia

Yakov Lantzitsky
4 Barberry Drive
Lakewood, NJ 08701
and
275 Read Street
Lakewood, NJ 08701

I-Technology Solutions, Inc.
Irving Shapiro, 636 Kindersley Avenue, Mount Royal, Quebec, Canada H3R 1S5 OR 1010 de la
Gauchetiere Ouest, Suite 900,
Montreal,  H3B 2P8
Canada

Renato Florio
Via Lodovico Settala 20, 20124 Milano,
Italy

Susanne Giefing
Petrigasse 3/Haus 3, 2604 Theresienfeld,
Austria
and
Zeilgassen 18, 7327 Drassmarkt,
Austria

Marketinc Strategies Ltd
Eastview Services Ltd.
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay, P.O. Box 146, Road
Town, Tortola
British Virgin Islands

Systor S.A.
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay, P.O. Box 146, Road
Town, Tortola,
British Virgin Islands

IT Resources
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay PO Box 146, Road Town,
Tortola
British Virgin Islands

Brightlight Trading Ltd.
Fintechnology Ltd.
Tonga International S.A.
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay PO Box 146, Road Town,
Tortola,
British Virgin Islands

Privatlife AG
Industriestrasse 2, 9487 Gamprin-Bendern,
Liechtenstein

New Economy.Tech S.A.
Via Trevano 49, c/o Ballerini Consulenze Sagl, 6904 Lugano,
Switzerland
and
Franziska Herrchen Massiah, Strada della Castellanza, 6967 Dino,
Switzerland

RTH AG
Chamerstrasse 172, 6304 Zug,
Switzerland
and
Rachel Muller (aka Rachel Muller-Meyer), Bellariastrasse 69, 8038 Zurich,
Switzerland

Ecoinfo Gmbh
Baarerstrasse 73, 6302 Zug,
Switzerland
and
Rachel Muller (aka Rachel Muller-Meyer), Bellariastrasse 69, 8038 Zurich,
Switzerland

Sharei Halacha Jerusalem, Inc.
c/o Director Jeffrey Zell,  1781 East 23rd Street,
Brooklyn, NY 11229

Intelligent Voice Research, L.L.C.
c/o Joseph Nicholson
121 West 20th Street, Apt 2A
New York, NY 10011

Ivo Rothschild
410 Avenue Victoria, Apt #12
Westmount, Quebec H3Y 2R2
Canada

Joseph J. Nicholson, individually and as trustee of the Joseph J. Nicholson Charitable Remainder

Unitrust
121 West 20th Street Apt.#2A
New York, NY 10011
Email: jn@dfcompanies.com

Pamela Murphy
Piedras 1677
Cuidad Autonoma de Buenos Aires,  C1140ABI
Argentina

Paul Robert Murphy
c/o Michael Dillhyon Industriestrasse
47 6300
Zug,
Switzerland
Email: murphy@niggle.com

Ptown Pookies, L.L.C.
c/o Christopher J. Snow, Esq, Registered Agent
90 Harry Kemp Way
Provincetown, Ma 02657

Wallace Aptman, individually and as beneficial owner of one or more IRAs
Wallace Aptman
1654 Bridgewood Drive
Boca Raton, Florida 33434
Email: waptman@american-securities.com

Wallace Aptman IRA Rollover
c/o Wallace Aptman
1654 Bridgewood Drive
Boca Raton, Florida 33434
Email: waptman@american-securities.com

Banco General SA
Calle Aquilino de la Guardia y Avenida Rogelio Alfaro, Apartado Postal 0819-09280
Panama,  0819-09280
Republica de Panama

BG Valores, f/k/a Defendant Wall Street Securities S.A.
Calle Aquilino de la Guardia y Calle Rogelio Alfaro, Apartado ,
Panama Rep. de Panama, Panama Postal 0819-09280
Panama

Caprice International Group Inc.
9513 New Waterford Cove
Delray Beach, Florida 33446

and
Attention or Care of Officer or Agent Authorized to Accept Service
9513 New Waterford Cove
Delray Beach, Florida 33446

Eric Schiffer d/b/a Desert Rose Ltd
250 West 39th Street, Suite 300,
New York, New York 10018

Pine Cliffs Investment Limited
Cenard Investments Ltd
ZCM c/o Appleby Canons Court, 22 Victoria Street,
Hamilton,  HM12
Bermuda

DOVE HILL TRUST
163 Penang Road, #02-01 Winsland House II,
238463
Singapore

FG INVESTORS LTD.
31 The Strand, 46 Canal Point Drive, P.O. Box 2075,
Grand Cayman,  KT-1-1105
BWI

INVERCOUNSEL, S.L.
Almagro 27-2 IZQ 28010, ,
Madrid,
Spain

INVERCOUNSEL USA LLC
2 South Biscayne Boulevard, Suite 3400,
Miami, Florida 33131


Jeffrey T. Scott
Sullivan & Cromwell LLP
Email: scottj@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar), and Banque J. Safra (Suisse) SA f/k/a Banque Jacob
Safra (Suisse) SA

Robinson B. Lacy
Sullivan & Cromwell LLP
Email: lacyr@sullcrom.com
Attorney for: Banque Jacob Safra (Gibraltar), Banque J. Safra (Suisse) SA f/k/a Banque Jacob
Safra (Suisse) SA, Safra National Bank of New York,, STANDARD CHARTERED FINANCIAL
SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL SERVICES

(LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as
represented by its liquidator Hanspeter Kramer, STANDARD CHARTERED BANK
INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK
INTERNATIONAL, and STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a
AMERICAN EXPRESS BANK LTD.

Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Attorney for: ZEUS PARTNERS LIMITED, Leon Flax, George Anagnos, Josephine G. Anagnos,
Maria Anagnos-Pierce, Steven Anagnos, Lloyds TSB Bank PLC, Barfield Nominees Limited,
Northern Trust Corporation, ACCESS INTERNATIONAL ADVISORS LLC, PIERRE
DELANDMETER in his capacity as Liquidator of ELITE-STABILITY FUND SICAV AND
ELITE-STABILITY FUND SICAV STABLEROCK COMPARTMENT, ELITE-STABILITY
FUND SICAV AND ELITE-STABILITY FUND SICAV STABLEROCK COMPARTMENT, as
represented by their Liquidator PIERRE DELANDMETER, ACCESS MANAGEMENT
LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA),
as represented by its Liquidator FERNAND ENTRINGER, and FERNAND ENTRINGER, in his
capacity as Liquidator of ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS
INTERNATIONAL ADVISORS (LUXEMBOURG) SA)

Robert S Loigman
Shusheel Kirpalani
Daniel Holzman
Xochitl Strohbehn
Rex Lee
Quinn Emanuel Urquhart & Sullivan, LLP
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: xochitlstrohbehn@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Attorney for: Kingate Global Fund, Ltd., and Kingate Euro Fund, Ltd.

Jodi Aileen Kleinick
Barry G Sher
Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: jodikleinick@paulhastings.com
Email: barrysher@paulhastings.com
Email: morwetzler@paulhastings.com
Attorney for: Federico Ceretti, Carlo Grosso, FIM Limited, and FIM Advisors LLP

Peter R. Chaffetz
Andreas A. Frischknecht
Erin E. Valentine
Chaffetz Lindsey LLP

11

Email: peter.chaffetz@chaffetzlindsey.com
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Attorney for: Kingate Management Limited, and SIX SIS AG

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citi Hedge Fund Services Limited, Thybo Stable Funds Ltd., Thybo Asset
Management Limited, Citibank, N.A., Citibank North America, Inc., Citigroup Global Markets
Limited, CITIVIC NOMINEES LTD, and Citibank (Switzerland) Ltd.

James W. Doggett
Cleary Gottlieb Steen & Hamilton LLP
Email: jdoggett@cgsh.com
Attorney for: Citi Hedge Fund Services Limited

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: timothy.harkness@freshfields.com
Attorney for: Ashby Holding Services Limited, First Peninsula, Individually and as Trustees of
the Ashby Trust, Ashby Investment Services Limited, Individually and as Trustees of The Ashby
Trust, The Ashby Trust, El Prela Group Holding Services, Alpine Trustees Limited, Individually
and as Trustees of the El Prela Trust, Port of Hercules Ltd., Individually and as Trustee of the El
Prela Trust, El Prela Trading Investments Limited, and El Prela Trust

David E. Brodsky
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Email: tmoloney@cgsh.com
Attorney for: HSBC Bank Bermuda Limited, HSBC Holdings plc, HSBC Bank plc, HSBC Bank
USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services
(Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg)
S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC
Private Bank (Suisse) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities
Services (Ireland) Ltd., HSBC Fund Services (Luxembourg) S.A., SOMERS DUBLIN LIMITED,
SOMERS NOMINEES (FAR EAST) LIMITED, and SICO Limited

Andrew Martin
Mello Jones & Martin
Email: amartin@mjm.bm
Attorney for: HSBC Bank Bermuda Limited

Michael P. Burke
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP

Email: mburke@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney for: Fairfield Investment Fund Limited, and Stable Fund

Frederick R. Kessler
Wollmuth Maher & Deutsch LLP
Email: fkessler@wmd-law.com
Attorney for: Fairfield Investment Fund Limited, Fairfield Investors (Euro) Limited, and Stable Fund

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney for: Fairfield Investors (Euro) Limited, and Stable Fund

Mark G. Cunha
Peter E. Kazanoff
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Email: pkazanoff@stblaw.com
Attorney for: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Mark Mckeefry, Daniel Lipton, Gordon Mckenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Corina Noel Piedrahita, Lourdes Barreneche, Santiago Reyes, Jacqueline Harry, BARRENECHE, INC., FAIRFIELD GREENWICH CAPITAL PARTNERS, SELECTA FINANCIAL CORPORATION INC., and SHARE MANAGEMENT LLC

Andrew W. Hammond
White & Case LLP
Email: ahammond@whitecase.com
Attorney for: Walter Noel

Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
Email: dfetterman@kasowitz.com
Attorney for: Jeffrey Tucker, 1185 Park Avenue Foundation, Inc., Catherine L. Steinmann, David P. Steinmann, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the David P. Steinmann Money Purchase Pension Plan, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman and as custodian for Catherine L. Steinmann, David P. Steinmann IRA Rollover #1, David P. Steinmann IRA Rollover #2, David P. Steinmann Money Purchase Pension Plan, David Steinmann Defined Benefit Plan, Gabriel B. Steinmann, Jennifer E. Steinmann, JJG Enterprises, and Joshua Steinmann

Andrew J. Levander
David S. Hoffner
Dechert LLP

Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Attorney for: Andres Piedrahita

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney for: Amit Vijayvergiya

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney for: Robert Blum

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney for: Gregory Bowes

Sean F. O'Shea
O'Shea Partners LLP
Email: soshea@osheapartners.com
Attorney for: Cornelis Boele, and FORTUNA ASSET MANAGEMENT INC.

Marc D. Feingold
O'Shea Partners LLP
Email: mfeingold@osheapartners.com
Attorney for: Cornelis Boele

Todd E. Duffy
DuffyAmedeo LLP
Email: tduffy@duffyamedeo.com
Attorney for: Ursula Radel-Leszczynski, Regulus Asset Management Limited, Carruba Asset
Management Limited, Tereo Trust Company Limited, Alpha Prime Fund Limited, Senator Fund
SPC, Alpha Prime Asset Management Ltd., and Manfred Kastner

Douglas A. Amedeo
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Attorney for: Ursula Radel-Leszczynski, Regulus Asset Management Limited, Carruba Asset
Management Limited, Tereo Trust Company Limited, Alpha Prime Fund Limited, Senator Fund
SPC, and Alpha Prime Asset Management Ltd.

Sheldon Eisenberger
The Law Office of Sheldon Eisenberger
Email: sheldon@eisenbergerlaw.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur,

Inc., Herald Asset Management Limited, Bank Medici AG, Sonja Kohn, Erwin Kohn, Netty Blau, Moishe Hartstein, Rina Hartstein, Mordechai Landau, Robert Alan Kohn, Erko, Inc., Eurovaleur, Inc., Infovaleur, Inc., Windsor IBC, Inc., Herald Asset Management Ltd., Tecno Development & Research Ltd., Shlomo (Momy) Amselem, MediciFinanz Consulting GmbH, Medici S.r.l., Medici Cayman Islands Ltd., Lifetrust AG, and Starvest Anstalt

Price O. Gielen
Nathan D. Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: pog@nqgrg.com
Email: nda@nqgrg.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur, Inc., Herald Asset Management Limited, Bank Medici AG, Sonja Kohn, Erwin Kohn, Netty Blau, Moishe Hartstein, Rina Hartstein, Mordechai Landau, Robert Alan Kohn, Erko, Inc., Eurovaleur, Inc., Infovaleur, Inc., Windsor IBC, Inc., Herald Asset Management Ltd., Tecno Development & Research Ltd., Shlomo (Momy) Amselem, MediciFinanz Consulting GmbH, Medici S.r.l., and Medici Cayman Islands Ltd.

Mary K. Warren
Willkie Farr & Gallagher LLP
Email: mwarren@willkie.com
Attorney for: Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Equus Asset Mgmt. Ltd, Equus Asset Management Partners, L.P., Cape Investment Advisors Limited, Genevalor, Benbassat et Cie, Hermes Asset Management Limited, and Dr. Alain B. Levy, solely in his capacity as Executor of the Estate of Mario Benbassat

Mark Michael Elliott
Bingham McCutchen LLP
Email: mark.elliott@bingham.com
Attorney for: Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Aurelia Asset Management Partners, and Aurelia Fund Management Ltd.

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Primeo Fund, Defender Limited, and Reliance Management (BVI) Limited

Michael E. Wiles
Debevoise & Plimpton LLP
Email: mewiles@debevoise.com
Attorney for: Hermes International Fund Limited, Geo Currencies, Thema Wise Investments Ltd., Lagoon Investment Trust, Thema International Fund plc, Hermes International Fund Limited, Thema Fund Ltd., Lagoon Investment Limited, and Pictet et Cie

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com

15

Attorney for: Thema Asset Mgmt. (Bermuda), and Thema Asset Management Limited (BVI)

William P. Weintraub
Goodwin Procter LLP
Email: wweintraub@goodwinprocter.com
Attorney for: T+M Trusteeship & Management Services S.A., GTM Management Services
Services Corp. N.V., and THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

Daniel M. Glosband
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com
Attorney for: T+M Trusteeship & Management Services S.A., and GTM Management Services
Services Corp. N.V.

Joseph Serino
Jay Lefkowitz
Kirkland & Ellis LLP
Email: joseph.serino@kirkland.com
Email: jay.lefkowitz@kirkland.com
Attorney for: Herald Fund SPC, Redcrest Investments, Inc., Line Group Ltd., Line Management
Services Ltd., and Line Holdings Ltd.

David S. Flugman
Kirkland & Ellis LLP
Email: david.flugman@kirkland.com
Attorney for: Herald Fund SPC, Franco Mugnai, Redcrest Investments, Inc., Line Group Ltd.,
Line Management Services Ltd., and Line Holdings Ltd.

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Herald (Lux) SICAV, LUXALPHA SICAV as represented by its Liquidators
MAITRE ALAIN RUKAVINA and PAUL LAPLUME, Maitre Alain Rukavina in their capacity
as liquidator and representative of Luxalpha Sicav, Paul Laplume in their capacity as liquidator
and representative of Luxalpha Sicav, Luxembourg Investment Fund, Luxembourg Investment
Fund US Equity Plus, Maitre Alain Rukavina, and Paul Laplume

Mark McDermott
Skadden, Arps, Slate, Meagher & Flom LLP
Email: mark.mcdermott@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited, UniCredit S.p.A., and
UniCredit S.p.A.

Susan L. Saltzstein
Marco E. Schnabl
Skadden, Arps, Slate, Meagher & Flom LLP
Email: susan.saltzstein@skadden.com

Email: marco.schnabl@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited, UniCredit S.p.A., and Pioneer Global Asset Management S.p.A.

Maura Barry Grinalds
Jeremy A. Berman
Skadden, Arps, Slate, Meagher & Flom LLP
Email: maurabarry.grinalds@skadden.com
Email: jeremy.berman@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited, and UniCredit S.p.A.

Evan Davis
James Frasco
Charles J. Keeley, III
Cleary Gottlieb Steen & Hamilton LLP
Email: edavis@cgsh.com
Email: jfrasco@cgsh.com
Email: cjkeeley@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., and HSBC Fund Services (Luxembourg) S.A.

Marla Decker
Cleary Gottlieb Steen & Hamilton LLP
Email: mdecker@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., and HSBC Fund Services (Luxembourg) S.A.

Franklin B. Velie
Jonathan Kortmansky
Mitchell C. Stein
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Email: jkortmansky@sandw.com
Email: mstein@sandw.com
Attorney for: UniCredit Bank Austria AG, and UniCredit Bank Austria AG

Joseph P. Moodhe
shannon Rose Selden
Amanda M. Ulrich
Debevoise & Plimpton LLP

17

Email: jpmoodhe@debevoise.com
Email: srselden@debevoise.com
Email: amulrich@debevoise.com
Attorney for: Plaza Investments International Limited, and Notz Stucki Management (Bermuda)
Limited

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, and UBS
Third Party Management Company SA

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS
Third Party Management Company SA, UBS (Luxembourg) SA, UBS AG, UBS Fund Services
(Luxembourg) SA, UBS Third Party Management Company SA, and UBS Deutschland AG as
successor in interest to Dresdner Bank LateinAmerika AG

Gabriel Herrmann
Gibson Dunn
Email: gherrmann@gibsondunn.com
Attorney for: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS
Third Party Management Company SA, and UBS Deutschland AG as successor in interest to
Dresdner Bank LateinAmerika AG

Brian Muldrew
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Attorney for: Groupement Financier, Access International Advisors LLC, CLAUDINE MAGON
DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as
Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE
THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a
CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of
THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA
VILLEHUCHET), Access International Advisors Ltd., ACCESS MANAGEMENT
LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA)
as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA
as represented by its Liquidator MAITRE FERNAND ENTRINGER, Patrick Littaye, ACCESS
INTERNATIONAL ADVISORS LLC, PIERRE DELANDMETER in his capacity as Liquidator
of ELITE-STABILITY FUND SICAV AND ELITE-STABILITY FUND SICAV
STABLEROCK COMPARTMENT, ELITE-STABILITY FUND SICAV AND ELITE-
STABILITY FUND SICAV STABLEROCK COMPARTMENT, as represented by their
Liquidator PIERRE DELANDMETER, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a

ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA), as represented by its
Liquidator FERNAND ENTRINGER, and FERNAND ENTRINGER, in his capacity as
Liquidator of ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS
INTERNATIONAL ADVISORS (LUXEMBOURG) SA)

Robert Knuts
Sher Tremonte LLP
Email: rknuts@shertremonte.com
Attorney for: Theodore Dumbauld

Scott M. Berman
Christopher L. McCall
Friedman Kaplan Seiler & Adelman LLP
Email: sberman@fklaw.com
Email: cmccall@fklaw.com
Attorney for: Pierre Delandmeter

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney for: Cardinal Management, Dakota Global, Radcliff Investments Limited, Rothschild
Trust Guernsey Limited, BANQUE INTERNATIONALE A LUXEMBOURG S.A. (f/k/a Dexia
Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia
Nordic Private Bank S.A., and BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE)
S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.)

Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, and Dakota Global

Tammy P. Bieber
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: bieber@thsh.com
Attorney for: Square One Fund Ltd., Luc. D. Estenne, Square Asset Management Ltd., and
Partners Advisers S.A.

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Circle Partners

Theresa Trzaskoma
Brune & Richard LLP
Email: ttrzaskoma@bruneandrichard.com
Attorney for: Kathryn R. Siggins

Jonathan K. Cooperman
Jessica L. Klarfeld
Kelley Drye & Warren LLP
Email: Jcooperman@KelleyDrye.com
Email: jklarfeld@kelleydrye.com
Attorney for: Laurence Apfelbaum, individually and in her capacities as executor and beneficiary
of the Estate of (Succession) of Doris Igoin, Emilie Apfelbaum, and Estate (Succession) of Doris
Igoin

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney for: Equity Trading Portfolio Limited, and Equity Trading Fund, Ltd.

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: lfriedman@cgsh.com
Attorney for: BNP Paribas Arbitrage SNC, BNP Paribas Securities Corp., CREDIT AGRICOLE
(SUISSE) S.A., and CREDIT AGRICOLE S.A., a.k.a. BANQUE DU CREDIT AGRICOLE

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney for: BNP Paribas Arbitrage SNC, BNP Paribas Investment Partners Luxembourg S.A.
(f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management
Company S.A.), BGL BNP Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas
Securities Corp., BNP PARIBAS ARBITRAGE SNC, BNP Paribas S.A., BNP Paribas (Suisse)
S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank &
Trust Cayman Limited, BGL BNP Paribas Luxembourg S.A., BNP Paribas Securities Services
Succursale de Luxembourg, and BNP Paribas Securities Services S.A.

Brian H. Polovoy
Christopher R. Fenton
Andrew Z. Lipson
Shearman & Sterling LLP
Email: bpolovoy@shearman.com
Email: christopher.fenton@shearman.com
Email: andrew.lipson@shearman.com
Attorney for: Citrus Investment Holdings, Ltd., NOMURA INTERNATIONAL PLC, and
Nomura International PLC

Martin Flumenbaum
Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: mflumenbaum@paulweiss.com
Email: aehrlich@paulweiss.com
Attorney for: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Kathleya Chotiros
Cleary Gottlieb Steen & Hamilton LLP
Email: kchotiros@cgsh.com
Attorney for: BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset
Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL
BNP Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities Corp., and BNP
PARIBAS ARBITRAGE SNC

John A. Pintarelli
Meryl L. Rothchild
Morrison & Foerster LLP
Email: jpintarelli@mofo.com
Email: mrothchild@mofo.com
Attorney for: Defender Limited, and Reliance Management (BVI) Limited

Kiersten A. Fletcher
Morrison & Foerster LLP
Email: kfletcher@mofo.com
Attorney for: Defender Limited, Reliance Management (BVI) Limited, Andrew B. Klein,
individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D.
Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD
12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the
Andrew B. Klein 1997 Trust DTD 5/15/97, Arlene Marie Pettingill, CDK Partners, Charles D.
Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the
Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation
Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein
Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund, Charles
D. Klein  IRA Rollover, Charles D. Klein Money Purchase Pension Plan, Elizabeth Klein,
individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD
7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97, The Estate of
Miriam Furst-Ostow, Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for
Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons
FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles
D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust
DTD 5/15/97, Jane P. Klein IRA, Joseph A. Rossetti, as beneficial owner of an IRA, Joseph A.
Rossetti IRA Rollover, Klein Family Holdings, L.L.C., Laila Hafner, as beneficial owner of an
IRA, Laila Hafner IRA, Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in
the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M.
Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch Money Purchase Pension Plan,
Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch IRA, Michael G. Fisch,
individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael
G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust,
Michael G. Fisch IRA, Michael G. Fisch Profit Sharing Plan, The Charles and Jane Klein Family
Fund, The Reed L. Harman and Nan M. Harman Foundation, Reed L. Harman, as trustee of the
Visalia Trust UAD 1/25/97, Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97, and
Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney for: Reliance International Research, LLC, and Reliance International Research, LLC

Mandy DeRoche
Seward & Kissel
Email: deroche@sewkis.com
Attorney for: Reliance International Research, LLC, ARDEN ASSET MANAGEMENT INC.,
ARDEN ASSET MANAGEMENT LLC, and ARDEN ENDOWMENT ADVISERS, LTD.

Richard A. Kirby
Phillip M. Guess
Laura Clinton
K&L Gates LLP
Email: richard.kirby@klgates.com
Email: philip.guess@klgates.com
Email: laura.clinton@klgates.com
Attorney for: Turret Corporation (f/k/a Woodstock Corporation (f/k/a Lehigh Corporation)),
Eastside Investments Ltd, Radcliffes Trustee Company SA, Investec Trust Switzerland (SA), and
Wellington Trustees (BVI) Limited

Brendan M. Scott
Klestadt & Winters, LLP
Email: bscott@klestadt.com
Attorney for: The Tower Trust, and R&H Trust Co. (Jersey) Limited

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney for: Legacy Capital Limited

Shaya M. Berger
Eric B. Fisher
Barry N. Seidel
Dickstein Shapiro LLP
Email: bergers@dicksteinshapiro.com
Email: fishere@dicksteinshapiro.com
Email: seidelb@dicksteinshapiro.com
Attorney for: Khronos LLC, Khronos Capital Research LLC, Rafael Mayer, and David Mayer

Joshua E. Abraham
Peter D Morgenstern
Butzel Long
Email: abraham@butzel.com
Email: morgenstern@butzel.com

Attorney for: Montpellier Resources Ltd.

Eugene E. Stearns
Jonathan C. Vair
Christopher L. Barnett
Carlos J. Canino
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Email: estearns@stearnsweaver.com
Email: jvair@stearnsweaver.com
Email: cbarnett@stearnsweaver.com
Email: ccanino@stearnsweaver.com
Attorney for: Isaac Jimmy Mayer

David Greenwald
Cravath Swaine & Moore LLP
Email: dgreenwald@cravath.com
Attorney for: M&B Capital Advisers Sociedad de Valores, S.A., UNIFORTUNE ASSET
MANAGEMENT SGR SPA, and UNIFORTUNE CONSERVATIVE FUND

Richard Levin
Cravath Swaine & Moore LLP
Email: rlevin@cravath.com
Attorney for: M&B Capital Advisers Sociedad de Valores, S.A., Banque Syz & Co., SA, and
TRINCASTER CORPORATION

Tracy L. Klestadt
Klestadt & Winters, LLP
Email: tklestadt@klestadt.com
Attorney for: Reliance Management (Gibraltar) Limited

Thomas J. Hall
Chadbourne & Parke LLP
Email: thall@chadbourne.com
Attorney for: Landmark Investment Fund (Ireland)

David Livshiz
Jeri Buzzetta
Cleary Gottlieb Steen & Hamilton LLP
Email: dlivshiz@cgsh.com
Email: jbuzzetta@cgsh.com
Attorney for: Citibank, N.A., Citibank North America, Inc., Citigroup Global Markets Limited,
CITIVIC NOMINEES LTD, and Citibank (Switzerland) Ltd.

Pamela A. Miller
Kent A. Yalowitz
Arnold & Porter LLP
Email: Pamela.Miller@aporter.com

Email: Kent.Yalowitz@aporter.com
Attorney for: Merrill Lynch International, MERRILL LYNCH BANK (SUISSE) SA, and
Fullerton Capital Pte Ltd.

Joanna Shally
Shearman & Sterling LLP
Email: jshally@shearman.com
Attorney for: Banco Bilbao Vizcaya Argentaria, S.A., Naidot & Co., INTELIGO BANK LTD.-
PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH, BANCO ITA EUROPA
LUXEMBOURG S.A., and BANCO ITA EUROPA INTERNATIONAL

Heather Lamberg Kafele
Shearman & Sterling LLP
Email: hkafele@shearman.com
Attorney for: Banco Bilbao Vizcaya Argentaria, S.A., and INTELIGO BANK LTD.-PANAMA
BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

Bruce Ginsberg
Joseph Cioffi
James R. Serritella
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: jcioffi@dglaw.com
Email: jserritella@dglaw.com
Attorney for: Natixis, IXIS Corporate & Investment Bank, Bloom Asset Holdings Fund, and
Natixis Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC)

Jessica Simonoff
David Onorato
David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: jessica.simonoff@freshfields.com
Email: david.onorato@freshfields.com
Email: david.livshiz@freshfields.com
Attorney for: Tensyr Limited

Michael Feldberg
Allen & Overy LLP
Email: michael.feldberg@allenovery.com
Attorney for: ABN AMRO Bank N.A., and ABN AMRO BANK N.V.

Christopher Harris
Latham & Watkins LLP
Email: christopher.harris@lw.com
Attorney for: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland)
Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial
Services (Ireland) Ltd.), and ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a

Fortis (Isle Of Man) Nominees Limited

Maria Barton
Daniel D. Adams
Jeff G. Hammel
Latham & Watkins LLP
Email: maria.barton@lw.com
Email: daniel.adams@lw.com
Email: jeff.hammel@lw.com
Attorney for: Peter Scheithauer, Josef Duregger, Gerhard Randa, Stefan Zapotocky, Werner
Kretschmer, Wilhelm Hemetsberger, Harald Nograsek, and Peter Fischer

Stephen M. Harnik
Harnik & Finkelstein LLP
Email: stephen@harnik.com
Attorney for: Helmuth Frey

Stephen M. Harnik
Harnik Law Firm
Email: stephen@harnik.com
Attorney for: Andreas Pirkner, and Werner Tripolt

Eliot Lauer
Curtis, Mallet-Prevost, Colt & Mosle LLP
Email: elauer@curtis.com
Attorney for: Alessandro Profumo

Roger E. Barton
Barton, Barton, & Plotkin  LLP
Email: rbarton@bartonesq.com
Attorney for: Abe Mastbaum, individually, as custodian for Jason Mastbaum and as beneficial
owner of one or more IRAs, Abe Mastbaum IRA, Abe Mastbaum IRA Rollover, Abe Mastbaum
IRA SEP, and Jason Mastbaum

William B. Pollard, III
Ina Bort
Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com
Attorney for: The Abstraction Fund, Alice Rosenwald, also known as Alice R. Sigelman,
individually, as custodian for Jonathan Sigelman, as custodian for Benjamin R. Sigelman, as
trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and
beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Apollo Trust
for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald,
as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD
8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R.
Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust

5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald and as Executrix of the Estate of Jesse L. Sigelman, Alice Rosenwald Fund, American Philanthropic Foundation, American Securities Group, L.L.C., American Securities Holdings Corp., American Securities Opportunity Fund, L.P., Anchorage Charitable Fund, AS Hirota Holdings Corp., Benjamin R. Sigelman, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman and as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, David R. Varet, Decimal Investments, L.L.C., Elizabeth R. Varet, individually, as custodian for Joseph R. Varet, as custodian and/or trustee of the Elizabeth R. Varet Money Purchase Pension Plan, as grantor of the 2004 V Trust, as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as settlor of the Michael A. Varet Trust UAD 11/9/94, as settlor of the Trust 11/9/94 (A. Anagnos et al., trustees), as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as beneficiary and trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Elizabeth R. Varet Defined Benefit Plan & Trust, Elizabeth R. Varet IRA Rollover, Elizabeth Varet Money Purchase Pension Plan, Hudson Charitable Fund, JJG Foundation, Inc., Jonathan R. Sigelman, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Joseph R. Varet, individually, as beneficiary and as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, Metropolitan Philanthropic Fund, Inc., Michael A. Varet, individually, as beneficial owner of one or more IRAs, as custodian for David R. Varet and Sara R. Varet and as trustee of the Michael A. Varet Trust UAD 11/9/94, Michael A. Varet IRA Rollover, Michael A. Varet IRA Rollover #2, Nina Rosenwald, individually, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, P&I Partners, Sarah R. Varet, individually, as trustee and as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, William Rosenwald Family Fund, Inc., Estate of Jesse L. Sigelman, American Securities Management, L.P., Formerly Known As American Securities, L.P., Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et al., trustees), Stuart H. Coleman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue 1 Trust UAD

8/30/41 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald and as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al., trustees), James R. Ledley as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87, Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87, and Ronald J. Stein, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

Carl H. Loewenson, Jr.
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Attorney for: Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97, Arlene Marie Pettingill, CDK Partners, Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund, Charles D. Klein  IRA Rollover, Charles D. Klein Money Purchase Pension Plan, Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97, The Estate of Miriam Furst-Ostow, Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97, Jane P. Klein IRA, Joseph A. Rossetti, as beneficial owner of an IRA, Joseph A. Rossetti IRA Rollover, Klein Family Holdings, L.L.C., Laila Hafner, as beneficial owner of an IRA, Laila Hafner IRA, Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch Money Purchase Pension Plan, Laura M. Roberson-Fisch Profit Sharing Plan, Laura M. Roberson-Fisch IRA, Michael G. Fisch, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust, Michael G. Fisch IRA, Michael G. Fisch Profit Sharing Plan, The Charles and Jane Klein Family Fund, The Reed L. Harman and Nan M. Harman Foundation, Reed L. Harman, as trustee of the Visalia Trust UAD 1/25/97, Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97, Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, SafeHand Investments, Strongback Holdings Corporation, and PF TRUSTEES LIMITED in its capacity as trustee of RD Trust

Dean A. Dickie
Miller Canfield
Email: dickie@millercanfield.com
Attorney for: Barry F. Margolius, as trustee of the Joseph J. Nicholson Charitable Remainder
Unitrust, and Anthony R. Grillo, as trustee of the Joseph J. Nicholson Charitable Remainder
Unitrust

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: Darmel Management, L.L.C., Joyce W. Goldstein, individually, as beneficial owner
of an IRA and as trustee of the Neil B. Goldstein 2007 Trust, Joyce Goldstein IRA, Neil B.
Goldstein, individually, as beneficial owner of one or more IRAs, as grantor of the Neil B.
Goldstein 2007 Trust and as beneficiary of the Jean Weiner 1991 Grantor Retained Annuity Trust,
Neil B. Goldstein IRA Rollover, South Lake, L.L.C., Laurence E. Ach, as trustee of the Jean
Weiner 1991 Grantor Retained Annuity Trust, GROSVENOR INVESTMENT MANAGEMENT
LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENOR BALANCED
GROWTH FUND LIMITED, and GROSVENOR AGGRESSIVE GROWTH FUND LIMITED

Donald S. Zakarin
Pryor Cashman LLP
Email: dzakarin@pryorcashman.com
Attorney for: The Estate of Miriam Furst-Ostow, and Rachael Ostow Lustbader, as Executrix of
the Estate of Miriam F. Ostow

Allison M. Wuertz
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: allison.wuertz@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: George Anagnos, Josephine G. Anagnos, Maria Anagnos-Pierce, Steven Anagnos,
Barfield Nominees Limited, and Northern Trust Corporation

Scott A. Ziluck
Halperin Battaglia Raicht, LLP
Email: sziluck@halperinlaw.net
Attorney for: Judy Steinberg Kovler

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney for: PJ Associates GP Corp., PJ Associates Group, L.P. DBA PJ Administrator, L.L.C.,
and PJ Administrator, L.L.C., Formerly Known As PJ Associates Group, L.P

Joshua J. Fritsch
Yavar Bathaee
Sullivan & Cromwell LLP

Email: fritschj@sullcrom.com
Email: bathaeey@sullcrom.com
Attorney for: Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA

Eric M. Kay
Quinn Emanuel Urquhart & Sullivan, LLP
Email: erickay@quinnemanuel.com
Attorney for: ABU DHABI INVESTMENT AUTHORITY

Jonathan Perry
Dechert LLP
Email: jonathan.perry@dechert.com
Attorney for: ORBITA CAPITAL RETURN STRATEGY LIMITED

Gary J. Mennitt
Dechert LLP
Email: gary.mennitt@dechert.com
Attorney for: ORBITA CAPITAL RETURN STRATEGY LIMITED, and Bank Audi S.A.M.-
Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M.)

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney for: QUILVEST FINANCE LIMITED

Seong H. Kim
Steptoe & Johnson LLP
Email: skim@steptoe.com
Attorney for: MERITZ FIRE & MARINE INSURANCE CO. LTD.

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: LION GLOBAL INVESTORS LIMITED

George M. Chalos
Kerri M. D'Ambrosio
Chalos & Co., P.C.
Email: gmc@chaloslaw.com
Email: kdambrosio@chaloslaw.com
Attorney for: First Gulf Bank

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com

Attorney for: PARSON FINANCE PANAMA

William C. Heuer
Duane Morris LLP
Email: wheuer@duanemorris.com
Attorney for: DELTA NATIONAL BANK AND TRUST COMPANY

Robert H. Baron
Cravath Swaine & Moore LLP
Email: rbaron@cravath.com
Attorney for: UNIFORTUNE ASSET MANAGEMENT SGR SPA, and UNIFORTUNE
CONSERVATIVE FUND

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney for: NATIONAL BANK OF KUWAIT, Korea Exchange Bank, Individually And As
Trustee For Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, and KOOKMIN
BANK

David W. Parham
Baker & McKenzie LLP
Email: david.parham@bakermckenzie.com
Attorney for: CATHAY LIFE INSURANCE CO. LTD.

Marc J. Gottridge
Jordan L. Estes
Hogan Lovells US LLP
Email: marc.gottridge@hoganlovells.com
Email: jordan.estes@hoganlovells.com
Attorney for: BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS
PRIVATE BANK & TRUST LIMITED

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
Email: dmark@kasowitz.com
Attorney for: Banca Carige S.P.A.

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: jzulack@fzwz.com
Attorney for: BANQUE PRIVEE ESPIRITO SANTO SA, Societe Generale Private Banking
(Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe Generale Private Banking (Lugano-
Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Socgen Nominees (UK)
Limited, Lyxor Asset Management S.A., as Successor in Interest to Barep Asset Management
S.A., Societe Generale Holding de Participations S.A., as Successor in Interest to Barep Asset
Management S.A, SG AM AI Premium Fund L.P. (f/k/a SG AM Alternative Diversified U.S.

L.P.), Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P., SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified Fund), Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager Diversified Fund), Societe Generale S.A., as Trustee for Lyxor Premium Fund, Societe Generale Bank & Trust S.A., Lombard Odier Darier Hentsch & Cie, BANQUE CANTONALE VAUDOISE, and BORDIER & CIE

Elizabeth A. O'Connor
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Attorney for: BANQUE PRIVEE ESPIRITO SANTO SA, BANQUE CANTONALE VAUDOISE, and BORDIER & CIE

James N. Lawlor
John D. Giampolo
Wollmuth Maher & Deutsch LLP
Email: jlawlor@wmd-law.com
Email: jgiampolo@wmd-law.com
Attorney for: Korea Investment Trust Management Company

Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: zlandsman@beckerglynn.com
Attorney for: THE SUMITOMO TRUST AND BANKING CO., LTD

Andrew T. Karron
Arnold & Porter LLP
Email: Andrew.Karron@aporter.com
Attorney for: ATLANTIC SECURITY BANK, and Platinum All Weather Fund Limited

Scott B. Schreiber
Arnold & Porter LLP
Email: Scott.Schreiber@aporter.com
Attorney for: ATLANTIC SECURITY BANK

Daniel Schimmel
Jaclyn M. Metzinger
Thomas B. Kinzler
Kelley Drye & Warren LLP
Email: dschimmel@kelleydrye.com
Email: jmetzinger@kelleydrye.com
Email: tkinzler@kelleydrye.com
Attorney for: CACEIS BANK LUXEMBOURG, and CACEIS BANK

Alan M. Unger
Sidley Austin LLP
Email: aunger@sidley.com

Attorney for: KBC INVESTMENTS LIMITED

Eugene R. Licker
Loeb & Loeb LLP
Email: elicker@loeb.com
Attorney for: LIGHTHOUSE PARTNERS LLC, LIGHTHOUSE SUPERCASH FUND
LIMITED, and LIGHTHOUSE DIVERSIFIED FUND LIMITED

Mary E. Sylvester
Arnold & Porter LLP
Email: Mary.Sylvester@aporter.com
Attorney for: MERRILL LYNCH BANK (SUISSE) SA, and Fullerton Capital Pte Ltd.

Eric B. Halper
John P. Cooney, Jr.
Virginia I. Weber
McKool Smith
Email: ehalper@mckoolsmith.com
Email: jcooney@mckoolsmith.com
Email: vweber@mckoolsmith.com
Attorney for: BANK JULIUS BAER & CO. LTD.

Eric Fishman
Kerry A. Brennan
Brandon R. Johnson
PILLSBURY WINTHROP SHAW PITTMAN LLP
Email: eric.fishman@pillsburylaw.com
Email: kerry.brennan@pillsburylaw.com
Email: brandon.johnson@pillsburylaw.com
Attorney for: FALCON PRIVATE BANK LTD.

William J. Sushon
Shiva Eftekhari
O'Melveny & Myers LLP
Email: wsushon@omm.com
Email: seftekhari@omm.com
Attorney for: Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau
Branch Wealth Management, Credit Suisse AG, Nassau Branch LATAM Investment Banking,
Credit Suisse Wealth Management Limited, Credit Suisse (Luxembourg) SA, Credit Suisse
International Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse London
Nominees Limited, Credit Suisse (UK) Limited, Credit Suisse Securities (USA) LLC, Solon
Capital, Ltd., Mistral (SPC), Zephyros Limited, and Credit Suisse AG, as successor-in-interest to
Clariden Leu AG and Bank Leu AG

Stacey J. Rappaport
Dorothy Heyl
Milbank, Tweed, Hadley & McCloy LLP

Email: srappaport@milbank.com
Email: dheyl@milbank.com
Attorney for: LGT BANK IN LIECHTENSTEIN, and LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz) AG

Christopher Newcomb
Goodwin Procter LLP
Email: cnewcomb@goodwinprocter.com
Attorney for: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney for: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC, and ARDEN ENDOWMENT ADVISERS, LTD.

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Attorney for: SNS BANK N.V., and SNS GLOBAL CUSTODY B.V.

Jonathan P. Guy
James W. Burke
Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Email: jburke@orrick.com
Attorney for: KOCH INDUSTRIES. INC.

Sam Levy
Wuersch & Gering LLP
Email: Samuel.levy@wg-law.com
Attorney for: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, and Vontobel Asset Management Inc.

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: rlack@fklaw.com
Attorney for: MULTI-STRATEGY FUND LIMITED, and CDP Capital Tactical Alternative Investments

Bruce M. Sabados
Katten Muchin Rosenman LLP
Email: bruce.sabados@kattenlaw.com
Attorney for: Lloyds TSB Bank PLC, Barfield Nominees Limited, Northern Trust Corporation, Guernroy Limited, Royal Bank of Canada (Channel Islands) Limited, ROYAL BANK OF CANADA, ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED, ROYAL BANK OF CANADA (ASIA) LIMITED, ROYAL BANK OF CANADA (SUISSE) S.A., RBC

DOMINION SECURITIES INC., and RBC ALTERNATIVE ASSETS, L.P.

Charles C. Platt
Jeremy S. Winer
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Email: jeremy.winer@wilmerhale.com
Attorney for: BSI AG, individually and as successor in interest to Banco del Gottardo

Robert S. Fischler
Martin J. Crisp
Ropes & Gray
Email: robert.fischler@ropesgray.com
Email: martin.crisp@ropesgray.com
Attorney for: SCHRODER & CO. BANK AG

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com
Email: mcademartori@sheppardmullin.com
Attorney for: Union USD Global Arbitrage Fund, Union USD Global Arbitrage A Fund, Union
Arbitrage Strategy Fund, and Union Securities Investment Trust Co., Ltd.

Scott S. Balber
Jonathan C. Cross
Herbert Smith Freehills NY LLP
Email: scott.balber@hsf.com
Email: jonathan.cross@hsf.com
Attorney for: BANK HAPOALIM B.M., and BANK HAPOALIM (SWITZERLAND) LTD.

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Boies, Schiller & Flexner LLP
Email: jstern@bsfllp.com
Email: sshimshak@paulweiss.com
Email: avickery@bsfllp.com
Email: jstern@bsfllp.com
Attorney for: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Patrick Berarducci
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: berarduccip@sullcrom.com
Email: nelless@sullcrom.com

Attorney for: STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A.,
f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a
AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as represented by its liquidator
Hanspeter Kramer, STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS)
LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD
CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney for: UKFP (ASIA) NOMINEES LIMITED

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney for: BNP Paribas S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage SNC, BNP
Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Limited, BGL BNP Paribas
Luxembourg S.A., BNP Paribas Securities Services Succursale de Luxembourg, and BNP Paribas
Securities Services S.A.

Brian J. Butler
Bond, Schoeneck & King, PLLC
Email: bbutler@bsk.com
Attorney for: OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus,
and UMR Select Alternatif

Elliot Moskowitz
Davis Polk & Wardwell LLP
Email: elliot.moskowitz@davispolk.com
Attorney for: Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA, Eurizon Capital
SGR SpA (as Successor in Interest to Eurizon Investimenti SGR SpA, f/k/a Nextra Investment
Management SGR SpA, and Eurizon Alternative Investments SGR Spa, f/k/a Nextra Alternative
Inv, Eurizon Low Volatility f/k/a Nextra Low Volatility, Eurizon Low Volatility II f/k/a Nextra
Low Volatility II, Eurizon Low Volatility PB f/k/a Nextra Low Volatility PB, Eurizon Medium
Volatility f/k/a Nextra Medium Volatility, Eurizon Medium Volatility II f/k/a Nextra Medium
Volatility II, and Eurizon Total Return f/k/a Nextra Total Return

D. Farrington Yates
Reid L. Ashinoff
Dentons US LLP
Email: farrington.yates@dentons.com
Email: reid.ashinoff@dentons.com
Attorney for: EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a
EFG Eurofinanciere d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as
successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited

Peter Feldman
Otterbourg P.C.
Email: pfeldman@otterbourg.com
Attorney for: DEGROOF GESTION INSTITUTIONNELLE LUXEMBOURG SA, BANQUE
DEGROOF FRANCE SA (f/k/a BANQUE DEGROOF ET PHILLIPE SA), BANQUE
DEGROOF LUXEMBOURG SA, BANQUE DEGROOF SA/NV (a/k/a BANQUE DEGROOF
BRUXELLES a/k/a BANK DEGROOF SA/NV), AFORGE FINANCE HOLDING, AFORGE
FINANCE, AFORGE CAPITAL MANAGEMENT SA, and AFORGE GESTION

Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: siciliano@thsh.com
Attorney for: Odyssey

Philip R. Schatz
Wrobel & Schatz, LLP
Email: philip.schatz@wandslaw.com
Attorney for: RBC DEXIA INVESTOR SERVICES BANK S.A., RBC DEXIA INVESTOR
SERVICES TRUST, and RBC DEXIA INVESTOR SERVICES ESPANA S.A

Michael E. Petrella
O'Shea Partners LLP
Email: mpetrella@osheapartners.com
Attorney for: FORTUNA ASSET MANAGEMENT INC.

EXHIBIT 1

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01154 | Picard v. Vizcaya Partners Limited |
| 09-01239 | Picard v. Fairfield Sentry Limited |
| 09-01364 | Picard v. HSBC Bank plc |
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04285 | Picard v. UBS AG |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited |
| 10-05286 | Picard v. Legacy Capital Ltd. |
| 10-05311 | Picard v. UBS AG |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 10-05415 | Picard v. American Securities Management, L.P. |
| 11-01724 | Picard v. Pictet et Cie |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA |
| 11-01885 | Picard v. Safra National Bank of New York |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |

**EXHIBIT 9**

| ADDITIONAL CASES ADDED | |
|---|---|
| 09-01161 | Picard v. Federico Ceretti, et al. |
| 10-04336 | Picard v. The Estate of Doris Igoin, et al. |
| 10-04517 | Picard v. Radcliff Investments Limited, et al. |
| 10-05267 | Picard v. Leon Flax, et al. |
| 10-05411 | Picard v. Sonja Kohn, et al. |
| 11-02731 | Picard v. Trincaster Corporation |
| 11-02758 | Picard v. Caceis Bank Luxembourg, et al. |
| 11-02925 | Picard v. Credit Suisse AG, et al. |
| 12-01022 | Picard v. Credit Agricole (Suisse) S.A., et al. |
| 12-01025 | Picard v. Solon Capital Ltd. |
| 12-01273 | Picard v. Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Ltd. |
| 12-01513 | Picard v. Citivic Nominees Ltd. |
| 12-01669 | Picard v. Barfield Nominees Ltd., et al. |
| 12-01676 | Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. |
| 12-01680 | Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), et al. |
| 12-01698 | Picard v. Banque Internationale a Luxembourg S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., et al. |
| 12-01699 | Picard v. Royal Bank of Canada, et al. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |