**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-05284 (SMB) |
| BENJAMIN W. ROTH; and | |

MARION B. ROTH,

Defendants.

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,
that the date before which the above-captioned Defendants (individually and collectively, the
"Defendants") may move, answer or otherwise respond to the complaint (the "Complaint") filed
in the above-captioned adversary proceeding is extended up to and including January 12, 2015.

The purpose of this stipulated extension is to provide additional time for Defendants to
answer, move against, or otherwise respond to the Complaint.  Nothing in this stipulation is a
waiver of the Defendants' right to request from the Court a further extension of time to answer,
move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and
defenses they may have, and entry into this stipulation shall not impair or otherwise affect such
rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this
stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding
are alive or that counsel has previously provided notice to the Trustee in writing of Defendants'
death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within
thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county
and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees
to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising
the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the
deceased Defendant's estate or personal representative/executor and/or (c) advising the Trustee

who will represent the deceased Defendant's estate herein and in any probate proceeding.   For

the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth

in this paragraph shall continue beyond the time period addressed by the stipulation and shall be

ongoing for the duration of the above-captioned adversary proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.   A signed facsimile, photostatic or electronic copy of this stipulation shall be

deemed an original.   This stipulation is entered into pursuant to the Order Granting Supplemental

Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences

(ECF No. 7037) in the above-captioned case (No. 08-01789 (SMB)).

[*The Remainder of this Page is Intentionally Left Blank*]

Dated as of:  November 10, 2014

**BAKER & HOSTETLER LLP**

By: _/s/ Heather J. McDonald_
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

_Attorneys for Irving H. Picard, Trustee for the_
_Substantively Consolidated SIPA Liquidation_
_of Bernard L. Madoff Investment Securities_
_LLC and the Estate of Bernard L. Madoff_

**STROOCK & STROOCK & LAVAN**

By: _/s/ Michele L. Pahmer_
180 Maiden Lane
New York, New York 10038
Telephone: 212.806.5400
Facsimile: 212.806.6006
Joel Cohen
Email: jcohen@stroock.com
Michele L. Pahmer
Email: mpahmer@stroock.com

_Attorneys for Defendants Benjamin W. Roth_
_and Marion B. Roth_

300341349.2