**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 11-02540 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Lion Global Investors Limited ("Defendant") may move, answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including December 19, 2014. The pre-trial conference will remain on January 28, 2015, at 10:00 a.m.

  The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendant to move, answer, or otherwise respond to the Complaint. Nothing in this

Stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to move, answer, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defense based on lack of personal jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

Dated:  November 11, 2014　　　　　　　/s/ Thomas L. Long
     New York, New York　　　　　　　**BAKER & HOSTETLER LLP**
                                                  45 Rockefeller Plaza
                                                  New York, New York 10111
                                                  Telephone:  (212) 589-4200
                                                  Facsimile:  (212) 589-4201
                                                  David J. Sheehan
                                                  Email:  dsheehan@bakerlaw.com
                                                  Thomas L. Long
                                                  Email:  tlong@bakerlaw.com
                                                  Mark A. Kornfeld
                                                  Email:  mkornfeld@bakerlaw.com

                                                  *Attorneys for Irving H. Picard, Trustee*
                                                  *for the Substantively Consolidated SIPA*
                                                  *Liquidation of Bernard L. Madoff Investment*
                                                  *Securities LLC and Bernard L. Madoff*

/s/ Richard L. Spinogatti
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10035
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Richard L. Spinogatti
Email:  rspinogatti@proskauer.com

*Attorneys for Lion Global Investors Limited*