UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Katherine M. Radosh (the "Claimant"), having filed an objection (the "Objection", ECF No. 3196) to the Trustee's Notice of Determination respecting Claimant's customer claim (#014896), hereby gives notice that she withdraws such Objection.

Dated: ~~September~~ __ 2014
　　　　October 9

_Katherine M. Radosh_
Katherine M. Radosh
2533 NE 26th Avenue
Lighthouse Point, Florida 33064-8315

300334431