UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Burnett H. Radosh and Katherine M. Radosh JTWROS (the "Claimant"), having filed an objection (the "Objection", ECF No. 3197) to the Trustee's Notice of Determination respecting Claimant's customer claim (#014897), hereby gives notice that it withdraws such Objection.

Dated: ~~September~~ October 9, 2014

_____
Burnett H. Radosh
2533 NE 26th Avenue
Lighthouse Point, Florida 33064-8315

Dated: ~~September~~ October 9, 2014

_____
Katherine M. Radosh
2533 NE 26th Avenue
Lighthouse Point, Florida 33064-8315

300334432