UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Burnett H. Radosh (the "Claimant"), having filed an objection (the "Objection", ECF No. 3198) to the Trustee's Notice of Determination respecting Claimant's customer claim (#014898), hereby gives notice that he withdraws such Objection.

Dated: ~~September~~ October 9, 2014

Burnett H. Radosh
2533 NE 26th Avenue
Lighthouse Point, Florida 33064-8315

300334433