UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Laura Radosh Butt (the "Claimant"), having filed an objection (the "Objection", ECF No. 3231) to the Trustee's Notice of Determination respecting Claimant's customer claim (#014894), hereby gives notice that she withdraws such Objection.

Dated: October 7 2014

_____

Laura Radosh Butt
~~541 Montrose Street~~
~~Philadelphia, Pennsylvania 19147~~
941 Merion Square Road
Gladwyne, PA 19035

300333851.6