KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, New York 10011-1624
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
       bscott@klestadt.com

*Attorney of Record for Reliance Management (Gibraltar) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., M&B CAPITAL ADVISERS HOLDING, S.A., M&B CAPITAL ADVISERS GESTIÓN SGIIC, S.A., JB CAPITAL MARKETS SOCIEDAD DE VALORES, S.A. (F/K/A M&B CAPITAL MARKETS SOCIEDAD DE VALORES, S.A.), FRANCISCO JAVIER BOTIN-SANZ de SAUTUOLA O'SHEA, GUILLERMO MORENES MARIATEGUI, RELIANCE INTERNATIONAL RESEARCH LLC, RELIANCE MANAGEMENT (GIBRALTAR) LIMITED, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, MAITRE | Adv. Pro. No. 10-05311 (BRL) |

| | |
|---|---|
| ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, and LANDMARK INVESTMENT FUND IRELAND,<br><br>    Defendants. | |

## CERTIFICATE OF SERVICE

  BRENDAN M. SCOTT, being duly sworn, deposes and says:

  1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

  2. I hereby certify that on the 10th day of November, 2014, copies of:

- Application of Klestadt & Winters, LLP to Withdraw as Counsel of Record to Defendant Reliance Management (Gibraltar) Limited Pursuant to Local Bankruptcy Rule 2090-1(e),

- Declaration of Tracy L. Klestadt in Support of Application of Klestadt & Winters, LLP to Withdraw as Counsel of Record to Defendant Reliance Management (Gibraltar) Limited Pursuant to Local Bankruptcy Rule 2090-1(e),

- Notice of Presentment of Proposed Order Granting Application of Klestadt & Winters, LLP to Withdraw as Counsel of Record to Defendant Reliance Management (Gibraltar) Limited Pursuant to Local Bankruptcy Rule 2090-1(e) and

- Order Granting Motion of Klestadt & Winters, LLP to Withdraw as Counsel of Record to Defendant Reliance Management (Gibraltar) Limited Pursuant to Local Bankruptcy Rule 2090-1(e)

were served by Federal Express Overnight Delivery upon the service list annexed hereto as Exhibit A and by email upon the service list annexed hereto as Exhibit B.

                     */s/ Brendan M. Scott*
                       Brendan M. Scott

## **EXHIBIT A**

David Whitehead
c/o Fidux Trust Company Limited
Suite 6, Blandel Bridge House
56 Sloane Square
London  SW1W 8AX
England

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

## **EXHIBIT B**

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
sranade@bakerlaw.com
owarshavsky@bakerlaw.com
FChockley@bakerlaw.com
JBurke@bakerlaw.com
bpergament@bakerlaw.com
kjenson@bakerlaw.com
gzeballos@bakerlaw.com
gnorth@bakerlaw.com
kmurphy@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*


SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
hyland@sewkis.com
deroche@sewkis.com

*Attorneys for Defendant Reliance International Research LLC*


PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway, P.O. Box 1997
Morristown, NJ 07962
Telephone: 973.538.4006
Facsimile: 973.538.5146
bsmoore@pbnlaw.com

*Attorneys for Defendants Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, as represented by their court appointed liquidators Paul Laplume and Alain Rukavina, and Paul Laplume and Alain Rukavina, in their capacity as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus*

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
GHerrmann@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA*


CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5487
Facsimile: (646) 710-5487
THall@chadbourne.com
STrimmer@chadbourne.com

*Attorneys for Defendant Landmark Investment Fund Ireland*


CRAVATH, SWAINE AND MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1978
Facsimile: (212) 474-3700
RLevin@cravath.com
dgreenwald@cravath.com

*Attorneys for Defendant M&B Capital Advisers Sociedad de Valores S.A.*