UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| vs. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | Case No. 09-11893 (BRL) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING R. PICARD, Trustee of the Liquidation of Bernard L. Madoff Investment Securities, LLC, | Adv. Pro. No. 10-4333 (BRL) |
| Plaintiff, | |
| vs. | |
| DORADO INVESTMENT COMPANY; MARSHALL D. MILLER, in his capacity as a General Partner of Dorado Investment Company; DAVID J. MILLER, in his capacity as a General Partner of Dorado Investment Company; STEVEN L. MILLER, in his capacity as a General Partner of Dorado Investment Company; and SUSAN MILLER, in her capacity as a General Partner of Dorado Investment Company, | |
| Defendants. | |

121274547v10910223 69434

## **CERTIFICATE OF SERVICE**

I, Amy E. Kulbeik, an employee of Cozen O'Connor, and in the course of said employment on November 13, 2014 caused the following documents:

Joint Amended Answer on Behalf of Dorado Investment Company, Marshall D. Miller, David J. Miller, Steven L. Miller and Susan Miller

to be served upon:

Dean D. Hunt (dhunt@bakerlaw.com)
Jody E. Schechter (dschechter@bakerlaw.com)
BAKER & HOSTETLER, LLP
811 Main Street
Suite 1100
Houston, TX 77002-6111

via E-Mail at the addresses listed above.


Dated: November 13, 2014                                         /s/ Amy E. Kulbeik

121274547v10910223 69434