**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CAPRICE INTERNATIONAL GROUP INC., CITIBANK (SWITZERLAND) LTD., ERIC SCHIFFER D/B/A DESERT ROSE LTD, PINE CLIFFS INVESTMENT LIMITED, AND CENARD INVESTMENTS LTD.,<br><br>　　　　　Defendant. | Adv. Pro. No. 12-01700 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Citibank (Switzerland) AG (incorrectly named in the Complaint as Citibank (Switzerland) Ltd.) ("Defendant"), may move, answer or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including December 19, 2014. The pre-trial conference will remain on January 28, 2015, at 10:00 a.m.

　　The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this

Stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photocopy or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7037).

*[Remainder of page intentionally left blank.]*

Dated: November 14, 2014
New York, New York

By: */s/ Thomas L. Long*      By: */s/ Carmine D. Boccuzzi, Jr.*

**BAKER & HOSTETLER LLP**      **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

45 Rockefeller Plaza      One Liberty Plaza
New York, New York 10111      New York, New York 10006
Telephone: (212) 589-4200      Telephone: (212) 225-2000
Facsimile: (212) 589-4201      Facsimile: (212) 225-3999
David J. Sheehan      Carmine D. Boccuzzi, Jr.
Email: dsheehan@bakerlaw.com      Email: cboccuzzi@cgsh.com
Thomas L. Long
Email: tlong@bakerlaw.com      *Attorneys for Citibank (Switzerland) AG*
Mark A. Kornfeld
Email: mkornfeld@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*