UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Tom Bernfeld (the "Claimant"), having filed objections (the "Objections", Docket Numbers 2835 and 3168) to the Trustee's Notices of Determination respecting Claimant's customer claim (#014650), hereby gives notice that he withdraws such Objections.

Dated: November/2 2014

Ellen Bernfeld on behalf of Tom Bernfeld
2121 South Jefferson Ave.
Sarasota, FL 34239