UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

The Herbert Bernfeld Residuary Trust (the "Claimant"), having filed objections (the "Objections", Docket Numbers 2835, 3168, 3187 and 3473) to the Trustee's Notices of Determination respecting Claimant's customer claims (#014645 and 014646), hereby gives notice that it withdraws such Objections.

Dated: November 12, 2014

_____
Ellen Bernfeld on behalf of The Herbert
Bernfeld Residuary Trust
1212 Ben Franklin Drive #609
Sarasota, FL 34236