UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Ellen Bernfeld (the "Claimant"), having filed objections (the "Objections", Docket Numbers 2835, 3168, 3187 and 3473) to the Trustee's Notices of Determination respecting Claimant's customer claims (#014643 and 014649), hereby gives notice that she withdraws such Objections.

Dated: November 10, 2014

Ellen Bernfeld
2601 Jefferson Circle
Sarasota, FL 34239