UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

Marilyn Bernfeld (the "Claimant"), having filed objections (the "Objections", Docket Numbers 2835, 3168, 3187 and 3473) to the Trustee's Notices of Determination respecting Claimant's customer claims (#014644 and 014648), hereby gives notice that she withdraws such Objections.

Dated: November 12 2014

Ellen Bernfeld on behalf of Marilyn Bernfeld
1212 Ben Franklin Drive #609
Sarasota, FL 34236