| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 968-6000<br>David Parker<br>Matthew J. Gold | **Hearing Date: April 29, 2015**<br>**Hearing Time: 10:00 a.m.** |

Counsel for Defendants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

SIPA LIQUIDATION

Case No. 08-01789 (SMB)

(Substantively Consolidated)

------------------------------------------------------------
In re:

BERNARD L. MADOFF,

                Debtor.

------------------------------------------------------------
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

                v.

ELINS FAMILY TRUST, *et al.*,

                Defendants.
------------------------------------------------------------x

Adv. Pro. No. 10-4339 (SMB)

ECF Case

**NOTICE OF**
**MOTION TO DISMISS COMPLAINT**

      PLEASE TAKE NOTICE that the motion to dismiss complaint will be heard on April 29, 2015 at 10:00 a.m. at the regularly scheduled Omnibus hearing before the Honorable Stuart M. Bernstein at the United States Bankruptcy Court, One Bowling Green, New York, NY 10004.

MGOLD\267744.1 - 11/17/14

            KLEINBERG KAPLAN WOLFF & COHEN, P.C.

By: /s/ Matthew J. Gold
    Matthew J. Gold
    551 Fifth Avenue
    New York, NY  10176
    Tel: 212-880-9827

Dated:  November 17, 2014

MGOLD\267744.1 - 11/17/14