
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Donna A. Tobin
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL LIEBERBAUM and<br><br>CYNTHIA LIEBERBAUM,<br><br>        Defendants. | Adv. Pro. No. 10-05406 (SMB) |

300336823.8

# STIPULATION FOR VOLUNTARY DISMISSAL
# OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard, as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Michael Lieberbaum and Cynthia Lieberbaum, by and through their counsel, Hogan Lovells US LLP, in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii) (making Federal Rule of Civil Procedure 41(a)(1) applicable in adversary proceedings), hereby stipulate to a dismissal of the above-captioned adversary proceeding with prejudice.

Dated: November 17, 2014

**BAKER & HOSTETLER LLP**

By: /s/ _Donna A. Tobin_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Donna A. Tobin
Email: dtobin@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**HOGAN LOVELLS US LLP**

By: /s/ *Lisa Fried*
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Christopher R. Donoho, III
Email: chris.donoho@hoganlovells.com
Dennis H. Tracey, III
Email: dennis.tracey@hoganlovells.com
Lisa Fried
Email: lisa.fried@hoganlovells.com

*Attorneys for Defendants Michael Lieberbaum and Cynthia Lieberbaum*