# EXHIBIT J

CLOSED,WM

## U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:14-cv-80012-KAM

| | |
|---|---|
| Goldman et al v. Capital Growth Company et al | Date Filed: 01/06/2014 |
| Assigned to: Judge Kenneth A. Marra | Date Terminated: 09/25/2014 |
| Cause: 28:2201 Declaratory Judgment | Jury Demand: None |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Pamela Goldman**            represented by    **Lesley Guy Blackner**
Blackner Stone & Associates
340 Royal Poinciana Way
St 317-377
Palm Beach, FL 33480
561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph George Galardi**
Beasley Hauser Kramer & Galardi PA
505 S Flagler Drive
Suite 1500
West Palm Beach, FL 33401
561-835-0900
Fax: 835-0939
Email: Galardi@beasleylaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A & G Goldman Partnership**            represented by    **Lesley Guy Blackner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph George Galardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Capital Growth Company            represented by **Jennifer Opheim**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212-756-2000
Email: jennifer.opheim@srz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212-756-2000
Email: michael.kwon@srz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-374-8500
Email: brian.toth@hklaw.com
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-789-7678
Fax: 305-679-6335
Email: sbohrer@hklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Decisions, Inc.            represented by **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*

                                                                                                 *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Favorite Funds**                       represented by  **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JA Primary Limited Partnership**      represented by  **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**

(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**JA Special Limited Partnership**  represented by  **Jennifer Opheim**
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael Kwon**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAB Partnership**  represented by  **Jennifer Opheim**
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael Kwon**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEMW Partnership**  represented by  **Jennifer Opheim**
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Michael Kwon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian W. Toth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sanford Lewis Bohrer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **JF Partnership** | represented by **Jennifer Opheim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kwon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian W. Toth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sanford Lewis Bohrer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **JFM Investment Companies** | represented by **Jennifer Opheim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kwon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian W. Toth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

                                                  **Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**JLN Partnership**        represented by   **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                  **Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                                  **Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                  **Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**JMP Limited Partnership**        represented by   **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                  **Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                                  **Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                  **Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jeffry M. Picower Special Company**        represented by   **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Michael Kwon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Brian W. Toth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Sanford Lewis Bohrer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
**Jeffry M. Picower, P.C.** represented by **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**The Picower Foundation** represented by **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**

                                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Trustees of the Picower Foundation**    represented by   **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Picower Institute of Medical Research**    represented by   **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kwon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanford Lewis Bohrer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Trust f/b/o Gabrielle H. Picower**    represented by   **Jennifer Opheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Michael Kwon**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Brian W. Toth**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Sanford Lewis Bohrer**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

## Defendant

**Barbara Picower**       represented by  **Jennifer Opheim**
*individually, and as Executor of the*                  (See above for address)
*Estate of Jeffry M. Picower, and as*                 *LEAD ATTORNEY*
*Trustee for the Picower Foundation and*           *ATTORNEY TO BE NOTICED*
*for the Trust f/b/o Gabriel H. Picower*

                    **Michael Kwon**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Brian W. Toth**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Sanford Lewis Bohrer**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/06/2014 | 1 | COMPLAINT *for Declaratory Judgment* against All Defendants. Filing fees $ 400.00 receipt number 113C-6366685, filed by A & G Goldman Partnership, Pamela Goldman. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Complaint-Class Action, # 3 Exhibit B - Memorandum and Order 9-30-13, # 4 Exhibit C - Report and Recommendation)(Galardi, Joseph) (Entered: 01/06/2014) |
| 01/06/2014 | 2 | Judge Assignment to Judge Kenneth A. Marra (yha) (Entered: 01/06/2014) |
| 01/08/2014 | 3 | Order Requiring Counsel to Confer and File Joint Scheduling Report. Signed by Judge Kenneth A. Marra on 1/7/2014. (ir) (Entered: 01/08/2014) |
| 01/28/2014 | 4 | |

| | | |
|---|---|---|
| | | NOTICE of Filing Proposed Summons(es) by A & G Goldman Partnership, Pamela Goldman (Attachments: # 1 Summon(s) All Defendants)(Galardi, Joseph) (Entered: 01/28/2014) |
| 01/28/2014 | 5 | Plaintiff's MOTION for Summary Judgment *and Incorporated Statement of Material Facts and Memorandum of Law* by A & G Goldman Partnership, Pamela Goldman. Responses due by 2/14/2014 (Attachments: # 1 Exhibit A - January 13, 2014 Opinion)(Galardi, Joseph) (Entered: 01/28/2014) |
| 01/29/2014 | 6 | Summons Issued as to All Defendants. (yha) (Entered: 01/29/2014) |
| 02/21/2014 | 7 | Notice of Pendency of Other Action by A & G Goldman Partnership, Pamela Goldman (Galardi, Joseph) (Entered: 02/21/2014) |
| 03/11/2014 | 8 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline by A & G Goldman Partnership, Pamela Goldman. Barbara Picower served on 2/21/2014, answer due 3/14/2014; The Picower Foundation served on 2/21/2014, answer due 3/14/2014; The Trust f/b/o Gabrielle H. Picower served on 2/21/2014, answer due 3/14/2014. (Attachments: # 1 Affidavit in Support of Return of Service)(Galardi, Joseph) (Entered: 03/11/2014) |
| 03/14/2014 | 9 | Defendant's MOTION to Dismiss 1 Complaint, *for Insufficient Process*, Defendant's MOTION to Stay re 1 Complaint, by Capital Growth Company, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., Barbara Picower, The Picower Foundation, The Picower Institute of Medical Research, The Trust f/b/o Gabrielle H. Picower. Attorney Brian W. Toth added to party Capital Growth Company(pty:dft), Attorney Brian W. Toth added to party Favorite Funds (pty:dft), Attorney Brian W. Toth added to party JA Primary Limited Partnership(pty:dft), Attorney Brian W. Toth added to party JA Special Limited Partnership(pty:dft), Attorney Brian W. Toth added to party JAB Partnership (pty:dft), Attorney Brian W. Toth added to party JEMW Partnership(pty:dft), Attorney Brian W. Toth added to party JF Partnership(pty:dft), Attorney Brian W. Toth added to party JFM Investment Companies(pty:dft), Attorney Brian W. Toth added to party JLN Partnership(pty:dft), Attorney Brian W. Toth added to party JMP Limited Partnership(pty:dft), Attorney Brian W. Toth added to party Jeffry M. Picower Special Company(pty:dft), Attorney Brian W. Toth added to party Jeffry M. Picower, P.C.(pty:dft), Attorney Brian W. Toth added to party Barbara Picower(pty:dft), Attorney Brian W. Toth added to party The Picower Foundation(pty:dft), Attorney Brian W. Toth added to party The Picower Institute of Medical Research(pty:dft), Attorney Brian W. Toth added to party The Trust f/b/o Gabrielle H. Picower(pty:dft). Responses due by 3/31/2014 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Affidavit Barbara Picower, # 9 Affidavit Raquel Gorostiza)(Toth, Brian) (Entered: 03/14/2014) |
| 03/18/2014 | 10 | NOTICE by JFM Investment Companies, JA Special Limited Partnership, The Picower Institute of Medical Research, The Picower Foundation, JMP Limited Partnership, JA Primary Limited Partnership, Capital Growth Company, JEMW |

|  |  | Partnership, JLN Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., Barbara Picower, JAB Partnership, Decisions, Inc., JF Partnership, The Trust f/b/o Gabrielle H. Picower, Favorite Funds re 9 Defendant's MOTION to Dismiss 1 Complaint, *for Insufficient Process*Defendant's MOTION to Stay re 1 Complaint, . Attorney Sanford Lewis Bohrer added to party Capital Growth Company(pty:dft), Attorney Sanford Lewis Bohrer added to party Decisions, Inc.(pty:dft), Attorney Sanford Lewis Bohrer added to party Favorite Funds(pty:dft), Attorney Sanford Lewis Bohrer added to party JA Primary Limited Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party JA Special Limited Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party JAB Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party JEMW Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party JF Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party JFM Investment Companies(pty:dft), Attorney Sanford Lewis Bohrer added to party JLN Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party JMP Limited Partnership(pty:dft), Attorney Sanford Lewis Bohrer added to party Jeffry M. Picower Special Company(pty:dft), Attorney Sanford Lewis Bohrer added to party Jeffry M. Picower, P.C.(pty:dft), Attorney Sanford Lewis Bohrer added to party Barbara Picower(pty:dft), Attorney Sanford Lewis Bohrer added to party The Picower Foundation(pty:dft), Attorney Sanford Lewis Bohrer added to party The Picower Institute of Medical Research(pty:dft), Attorney Sanford Lewis Bohrer added to party The Trust f/b/o Gabrielle H. Picower(pty:dft). (Attachments: # 1 Exhibit A)(Bohrer, Sanford) (Entered: 03/18/2014) |
|---|---|---|
| 03/28/2014 | 11 | RESPONSE in Opposition re 9 Defendant's MOTION to Dismiss 1 Complaint, *for Insufficient Process*Defendant's MOTION to Stay re 1 Complaint, filed by A & G Goldman Partnership, Pamela Goldman. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M)(Galardi, Joseph) (Entered: 03/28/2014) |
| 04/07/2014 | 12 | REPLY to Response to Motion re 9 Defendant's MOTION to Dismiss 1 Complaint, *for Insufficient Process*Defendant's MOTION to Stay re 1 Complaint, filed by Capital Growth Company, Decisions, Inc., Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., John Doe Trustees of the Picower Foundation, Barbara Picower, The Picower Foundation, The Picower Institute of Medical Research, The Trust f/b/o Gabrielle H. Picower. Attorney Brian W. Toth added to party Decisions, Inc.(pty:dft), Attorney Brian W. Toth added to party John Doe Trustees of the Picower Foundation(pty:dft). (Toth, Brian) (Entered: 04/07/2014) |
| 06/26/2014 | 13 | NOTICE by JFM Investment Companies, JA Special Limited Partnership, John Doe Trustees of the Picower Foundation, The Picower Institute of Medical Research, The Picower Foundation, JMP Limited Partnership, JA Primary |

|  |  | Limited Partnership, Capital Growth Company, JEMW Partnership, JLN Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., Barbara Picower, JAB Partnership, Decisions, Inc., The Trust f/b/o Gabrielle H. Picower, JF Partnership, Favorite Funds *of Memorandum Decision Granting BLMIS Trustee's Motion for an Injunction and Denying Motion for a Stay and Cross-Motion to Dismiss* (Attachments: # 1 Exhibit A)(Toth, Brian) (Entered: 06/26/2014) |
|---|---|---|
| 07/03/2014 | 14 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael Kwon. Filing Fee $ 75.00. Receipt # 82354. (pt) (Entered: 07/07/2014) |
| 07/03/2014 | 15 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jennifer M. Opheim. Filing Fee $ 75.00. Receipt # 82354. (pt) (Entered: 07/07/2014) |
| 07/10/2014 | 16 | NOTICE by JFM Investment Companies, JA Special Limited Partnership, John Doe Trustees of the Picower Foundation, The Picower Institute of Medical Research, The Picower Foundation, JMP Limited Partnership, JA Primary Limited Partnership, Capital Growth Company, JEMW Partnership, JLN Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., Barbara Picower, JAB Partnership, Decisions, Inc., The Trust f/b/o Gabrielle H. Picower, JF Partnership, Favorite Funds *of Order in Picard v. Marshall et al. Enjoining Plaintiffs from Prosecuting this Action* (Attachments: # 1 Exhibit A) (Toth, Brian) (Entered: 07/10/2014) |
| 07/23/2014 | 17 | ENDORSED ORDER granting Michael Kwon 14 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; granting Jennifer M. Opheim 15 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Kenneth A. Marra on 7/23/2014. (ir) (Entered: 07/23/2014) |
| 09/24/2014 | 18 | Agreed MOTION to close case *and Joint Stipulation* by A & G Goldman Partnership, Pamela Goldman. (Attachments: # 1 Exhibit Proposed Order) (Galardi, Joseph) (Entered: 09/24/2014) |
| 09/25/2014 | 19 | ORDER granting 18 Motion to Close Case. This case is ADMINISTRATIVELY CLOSED. Signed by Judge Kenneth A. Marra on 9/24/2014. (ir) (Entered: 09/25/2014) |
| 09/25/2014 |  | Civil Case Terminated. (ir)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 09/25/2014) |

|  |
|---|
| **PACER Service Center** |
| **Transaction Receipt** |