# EXHIBIT M

STAYED,WM

## U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:14-cv-81125-KAM

Goldman et al v. Capital Growth Company et al
Assigned to: Judge Kenneth A. Marra
Cause: 15:0078 Securities Exchange Act

Date Filed: 08/28/2014
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Pamela Goldman**     represented by **James Wallace Beasley , Jr.**
Beasley Hauser Kramer Leonard & Galardi PA
505 S Flagler Drive
Suite 1500
West Palm Beach, FL 33401
561-835-0900
Fax: 835-0939
Email: stringer@beasleylaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lesley Guy Blackner**
Blackner Stone & Associates
340 Royal Poinciana Way
St 317-377
Palm Beach, FL 33480
561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com
*ATTORNEY TO BE NOTICED*

**Joseph George Galardi**
Beasley Hauser Kramer & Galardi PA
505 S Flagler Drive
Suite 1500
West Palm Beach, FL 33401
561-835-0900
Fax: 835-0939
Email: Galardi@beasleylaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | |
|---|---|
| **A & G Goldman Partnership**<br>*individually and on behalf of a class of*<br>*similarly situated Plaintiffs* | **James Wallace Beasley , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lesley Guy Blackner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph George Galardi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

<u>Defendant</u>

**Capital Growth Company**

<u>Defendant</u>

**Decisions, Inc.**

<u>Defendant</u>

**Favorite Funds**

<u>Defendant</u>

**JA Primary Limited Partnership**

<u>Defendant</u>

**JA Special Limited Partnership**

<u>Defendant</u>

**JAB Partnership**

<u>Defendant</u>

**JEMW Partnership**

<u>Defendant</u>

**JF Partnership**

<u>Defendant</u>

**JFM Investment Companies**

<u>Defendant</u>

**JLN Partnership**

<u>Defendant</u>

**JMP Limited Partnership**

**Defendant**

Jeffry M. Picower Special Company

**Defendant**

Jeffry M. Picower, P.C.

**Defendant**

The Picower Foundation

**Defendant**

John Doe Trustees of the Picower Foundation

**Defendant**

The Picower Institute of Medical Research

**Defendant**

The Trust f/b/o Gabrielle H. Picower

**Defendant**

Barbara Picower
*individually, and as Executor of the Estate of Jeffrey M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2014 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C-7028466, filed by A & G Goldman Partnership, Pamela Goldman. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Galardi, Joseph) (Entered: 08/28/2014) |
| 08/28/2014 | 2 | Judge Assignment to Judge Kenneth A. Marra (bb) (Entered: 08/28/2014) |
| 09/03/2014 | 3 | Order Requiring Counsel to confer and file Joint Scheduling Report. Signed by Judge Kenneth A. Marra on 9/3/2014. (ir) (Entered: 09/03/2014) |
| 09/24/2014 | 4 | Agreed MOTION to Stay *and Joint Stipulation* by A & G Goldman Partnership, Pamela Goldman. Responses due by 10/14/2014 (Attachments: # 1 Exhibit Proposed Order)(Galardi, Joseph) (Entered: 09/24/2014) |
| 09/25/2014 | 5 | Clerks Notice to Filer re 4 Agreed MOTION to Stay *and Joint Stipulation*. **Attorney Did Not Associate Themselves**; ERROR - Filing attorney neglected to associate themselves to the case. The Clerk has added the attorney to the case. It is not necessary to refile this document future filings must comply with the CM/ECF Administrative Procedures and Local Rules by filing a Notice of Attorney Appearance and linking themselves to the case. (asl) (Entered: 09/25/2014) |

| 09/29/2014 | 6 | ORDER granting 4 Motion to Stay. Signed by Judge Kenneth A. Marra on 9/29/2014. (ir) (Entered: 09/29/2014) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/17/2014 10:04:23 |