# EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 14-81125-CIV-MARRA

PAMELA GOLDMAN and
A & G GOLDMAN PARTNERSHIP, individually
and on behalf of a class of similarly situated Plaintiffs,

vs.

CAPITAL GROWTH COMPANY, et al.;

      Defendants.

_____/

**JOINT STIPULATION AND
AGREED MOTION FOR STAY**

Plaintiffs Pamela Goldman and A & G Goldman Partnership and Defendants[1] (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move for the entry of an order staying this action, and in support state as follows:

1.      Plaintiffs, individually and on behalf of a putative class of similarly situated putative plaintiffs, filed their Complaint [D.E. 1] ("Complaint") in this action on August 28, 2014 (the "Action").

2.      Defendants hereby agree to waive service of summons of the Complaint in the Action pursuant to Federal Rule of Civil Procedure 4(d), and, notwithstanding any provision in

---

[1] "Defendants" collectively refers to Defendants Capital Growth Company, Decisions, Inc., Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust f/b/o Gabrielle H. Picower, Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower.

this Motion, Plaintiffs shall be permitted to file documents necessary and sufficient to evidence and effect such service on Defendants under Rule 4.

3.     The Parties agree and jointly request the entry of a stay of the Action pending final resolution of any challenge to the Complaint brought by Irving H. Picard (as Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC) (the "Trustee") and/or the Defendants in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

4.     The Parties agree and jointly request that an order granting the stay provide that the stay shall terminate if a challenge to the Complaint by the Defendants and/or the Trustee is not filed in the Bankruptcy Court on or before November 17, 2014.  The Parties agree that Plaintiffs' response to any such challenge shall be filed on or before December 15, 2014; and any reply to that response shall be filed on or before January 12, 2014.

5.     The Parties agree that other than as set forth above, the Parties reserve all rights and defenses they may otherwise have with respect to this Action, and entry into this stipulation shall not impair or otherwise affect or result in a waiver of any such rights and defenses or estop them from asserting such rights, and the Parties request that the order granting this Motion provide as such.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an order in the form of the proposed order attached hereto.

**Dated: September 24, 2014.**

Respectfully, submitted by:

/s/ James W. Beasley, Jr.
James W. Beasley, Jr.
beasley@beasleylaw.net
Florida Bar No. 145750
Joseph G. Galardi
galardi@beasleylaw.net
Florida Bar No. 180572
BEASLEY KRAMER
& GALARDI, P.A.
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Tel: (561) 835-0900
Fax: (561) 835-0939

-and-

Lesley Blackner, Esq.
lblackner@aol.com
Florida Bar No. 654043
BLACKNER, STONE & ASSOCIATES
123 Australian Avenue
Palm Beach, Florida 33480
Tel: (561) 659-5754
Fax: (561) 659-3184
*Attorneys for Plaintiffs*

/s/ Sanford L. Bohrer
Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

Of counsel:

SCHULTE ROTH & ZABEL LLP
William D. Zabel
Marcy Ressler Harris
Michael Kwon (admitted pro hac vice)
Jennifer M. Opheim (admitted pro hac vice)
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Defendants*

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this **24th** day of September, 2014, this document was electronically filed with the Clerk of this Court by using the CM/ECF system, which will serve a copy on all counsel of record.

/s/ Joseph G. Galardi
Joseph G. Galardi