# EXHIBIT P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-81125-CIV-MARRA

PAMELA GOLDMAN and
A & G GOLDMAN PARTNERSHIP, individually
and on behalf of a class of similarly situated Plaintiffs,

vs.

CAPITAL GROWTH COMPANY, et al.;

    Defendants.

_____/

**ORDER ON JOINT STIPULATION AND
AGREED MOTION FOR STAY**

This matter came before the Court on the Joint Stipulation and Agreed Motion for Stay ("Motion") filed by Plaintiffs and Defendants (collectively, the "Parties") (DE 4). Plaintiffs, individually and on behalf of a putative class of similarly situated putative plaintiffs, filed their Complaint [D.E. 1] ("Complaint") in this action on August 28, 2014 (the "Action").

Having considered the Motion (DE 4), and being otherwise fully advised in the premises, the Motion is hereby **GRANTED** as follows:

1.    Plaintiffs shall be permitted to file documents necessary and sufficient to evidence and effect service on Defendants under Federal Rule of Civil Procedure 4.

2.    This Action is otherwise **STAYED** pending final resolution of any challenge to the Complaint brought by Irving H. Picard (as Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC) (the "Trustee") and/or the Defendants in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

3. The stay shall terminate if a challenge to the Complaint by the Defendants and/or the Trustee is not filed in the Bankruptcy Court on or before November 17, 2014.

4. Other than as set forth above, the Parties have reserved all rights and defenses they may otherwise have with respect to this Action. The Parties' entry into the Joint Stipulation and Agreed Motion shall not impair or otherwise affect or result in a waiver of any such rights and defenses, or estop them from asserting such rights.

**DONE AND ORDERED**, in Chambers, at West Palm Beach, Florida this 29th day of September, 2014.

KENNETH A. MARRA
United States District Judge

cc: All Counsel of Record