**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> A & G GOLDMAN PARTNERSHIP and PAMELA GOLDMAN, <br><br> Defendants. | Adv. Pro. No. _____ (SMB) <br><br><br> **AFFIDAVIT OF VINEET SEHGAL IN SUPPORT OF APPLICATION FOR ENFORCEMENT OF THE PERMANENT INJUNCTION AND AUTOMATIC STAY** |

STATE OF NEW YORK        )
                         )   ss:
COUNTY OF NEW YORK       )

VINEET SEHGAL, being duly sworn, deposes and says:

1.  I am a Managing Director of AlixPartners LLP, consultant to, and claims agent for, Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the estate of Bernard L. Madoff ("Madoff"), individually.

2.  I make this affidavit to transmit to this Court true and correct copies of documents and provide information in connection with the Application for Enforcement of the Permanent Injunction and Automatic Stay.

3.  Through SIPC advances and an interim distribution from the fund of customer property, Pamela Goldman's allowed claims (Claim Nos. 005535 and 005183) have been fully satisfied.

4.  True and correct copies of the following documents are attached:[1]

    Exhibit A:  Customer Claim No. 005535, received March 4, 2009 (Pamela Goldman)

    Exhibit B:  Notice of Determination of Claim No. 005535, issued July 2, 2010 (Pamela Goldman)

    Exhibit C:  Customer Claim No. 005183, received March 4, 2009 (Pamela Goldman)

    Exhibit D:  Notice of Determination of Claim No. 005183, issued October 29, 2009 (Pamela Goldman)

---

[1] Certain information in the below-described claim forms has been redacted from the copies annexed hereto to protect potentially confidential information in accordance with the Court's Protective Order entered on June 6, 2011, as amended on September 17, 2013. (Adv. Pro. No. 08-01789, ECF Nos. 4137, 5474.) Further, exhibits to this affidavit reflecting filed claims do not include the supporting material originally filed with the claims.

2

| | |
|---|---|
| Exhibit E: | Customer Claim No. 015036, received July 2, 2009 (A&G Goldman) |
| Exhibit F: | Notice of Determination of Claim No. 015036, issued August 28, 2009 (A&G Goldman) |
| Exhibit G: | Objection to Trustee's Determination of Claim filed by A&G Goldman, Adv. Pro. No. 08-1789 (Bankr. S.D.N.Y.), filed September 30, 2009 (ECF No. 492) |

_____
Vineet Sehgal

Sworn and subscribed to before me this 13TH
day of November, 2014

_____
Notary Public

SHARYN P. DOYLE
Notary Public, State of New York
No. 01DO5051953
Qualified in New York County
Commission Expires Nov. 13, 2017