John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Claimant A&G Goldman Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

Adv. Pro. No. 08-0179 (BRL)

SIPA Liquidation

(Substantively Consolidated)

------------------------------------------------------------X

In re:

BERNARD L. MADOFF

                Debtor,

------------------------------------------------------------X

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant A & G Goldman Partnership, by its attorneys Herrick, Feinstein LLP, hereby submits its objection to the Trustee's denial of its customer Claim Number 015036. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008

account statement provided by BLMIS.

In support of its objection Claimant submits herewith its November 30, 2008 account statement, which shows a closing balance of $1,618,432.86. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
September 28, 2009

                            HERRICK, FEINSTEIN LLP

By: _____
      John Oleske
      2 Park Avenue
      New York, New York 10016
      Telephone: 212-592-1400
      joleske@herrick.com
      *Attorneys for Claimant*
      *A&G Goldman Partnership*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE          NY    10580

| PAGE | 1 |
|---|---|
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******5682 |
| YOUR ACCOUNT NUMBER | 1-G0304-3-0 |

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 138,401.24 | |
| 11/12 | 884 | | 3613 | WAL-MART STORES INC | 55.330 | 49,388.72 | |
| 11/12 | 578 | | 4115 | INTERNATIONAL BUSINESS MACHS | 87.270 | 50,465.06 | |
| 11/12 | 2,142 | | 7939 | EXXON MOBIL CORP | 72.880 | 156,193.96 | |
| 11/12 | 2,346 | | 8441 | INTEL CORP | 14.510 | 34,133.46 | |
| 11/12 | 1,122 | | 12767 | JOHNSON & JOHNSON | 59.580 | 66,892.76 | |
| 11/12 | 1,550 | | 17092 | JP MORGAN CHASE CO | 38.530 | 59,011.90 | |
| 11/12 | 816 | | 21418 | COCA COLA CO | 44.660 | 36,474.56 | |
| 11/12 | 476 | | 25744 | MCDONALDS CORP | 55.370 | 26,375.12 | |
| 11/12 | 884 | | 30070 | MERCK & CO INC | 28.550 | 25,279.20 | |
| 11/12 | 3,230 | | 34396 | MICROSOFT CORP | 21.580 | 69,715.30 | |
| 11/12 | 1,632 | | 38722 | ORACLE CORPORATION | 17.300 | 28,298.60 | |
| 11/12 | 646 | | 51700 | PEPSICO INC | 56.410 | 36,465.86 | |
| 11/12 | 374 | | 52202 | APPLE INC | 100.780 | 37,705.72 | |
| 11/12 | 2,754 | | 56026 | PFIZER INC | 16.940 | 46,762.76 | |
| 11/12 | 646 | | 56528 | ABBOTT LABORATORIES | 54.610 | 35,303.06 | |
| 11/12 | 1,224 | | 60352 | PROCTER & GAMBLE CO | 64.080 | 78,481.92 | |
| 11/12 | 442 | | 60854 | AMGEN INC | 59.180 | 26,165.72 | |
| 11/12 | 850 | | 64678 | PHILIP MORRIS INTERNATIONAL | 43.600 | 37,094.00 | |
| 11/12 | 2,040 | | 65180 | BANK OF AMERICA | 21.590 | 44,124.60 | |
| 11/12 | 680 | | 69004 | QUALCOMM INC | 33.770 | 22,990.60 | |
| 11/12 | 2,220 | | 69506 | CITIGROUP INC | 12.500 | 27,735.70 | |
| 11/12 | 510 | | 73350 | SCHLUMBERGER LTD | 49.480 | 25,254.80 | |
| 11/12 | 1,224 | | 73832 | COMCAST CORP | 16.510 | 20,256.24 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 74935222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE          NY  10580

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****5682
YOUR ACCOUNT NUMBER: 1-G0304-3-0

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,414 | | 77656 | AT&T INC | 27 | 65,274.00 | |
| 11/12 | 612 | | 78158 | CONOCOPHILIPS | 52.510 | 32,160.12 | |
| 11/12 | 408 | | 81982 | UNITED PARCEL SVC INC CLASS B | 52.040 | 21,248.32 | |
| 11/12 | 2,482 | | 82484 | CISCO SYSTEMS INC | 16.730 | 41,622.86 | |
| 11/12 | 714 | | 86308 | U.S. BANCORP | 29.530 | 21,112.42 | |
| 11/12 | 850 | | 86610 | CHEVRON CORP | 73.430 | 62,449.50 | |
| 11/12 | 408 | | 90634 | UNITED TECHNOLOGIES CORP | 53.180 | 21,705.28 | |
| 11/12 | 4,318 | | 91136 | GENERAL ELECTRIC CO | 19.630 | 84,934.34 | |
| 11/12 | 1,156 | | 94960 | VERIZON COMMUNICATIONS | 30.410 | 35,199.96 | |
| 11/12 | 1,102 | | 95462 | GOOGLE | 337.400 | 371,740.80 | |
| 11/12 | 1,428 | | 99286 | WELLS FARGO & CO NEW | 29.800 | 42,761.40 | |
| 11/12 | 1,020 | | 99788 | HEWLETT PACKARD CO | 34.900 | 35,638.00 | |
| 11/12 | | 1,550,000 | 21898 | U.S. TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,549,008.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 9.67 |
| 11/12 | | 161,188 | 16997 | FIDELITY SPARTAN DIV 11/12/08 U S TREASURY MONEY MARKET | 1 | | 161,188.00 |
| 11/12 | 18,540 | | 26366 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,540.00 | |
| 11/19 | | | | FIDELITY SPARTAN DIV 11/19/08 U S TREASURY MONEY MARKET | DIV | | 2.28 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE    NY    10580

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5682
YOUR ACCOUNT NUMBER: 1-G0304-3-0

| DATE | BOUGHT / RECEIVED LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 18,540 | 51740 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 18,540.00 |
| 11/19 | 100,000 | | 56337 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 99,926.00 | |
| 11/19 | 20,480 | | 60779 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,480.00 | |
| 11/19 | 229,000 | | 63668 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 229,000.00 | |
| 11/19 | | 22,000 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,000.00 |
| | | | | NEW BALANCE | | 233,397.31 | |
| | | | | SECURITY POSITIONS AT MKT PRICE | MKT PRICE | | |
| | 2,414 | | | ABBOTT LABORATORIES | 528.560 | | |
| | 646 | | | AMGEN INC | 52.390 | | |
| | 442 | | | APPLE INC | 55.540 | | |
| | 1,374 | | | BANK OF AMERICA | 92.670 | | |
| | 2,040 | | | CHEVRON CORP | 16.250 | | |
| | 850 | | | CISCO SYSTEMS INC | 79.010 | | |
| | 2,482 | | | CITI GROUP INC | 16.540 | | |
| | 2,210 | | | COCA COLA CO | 8.290 | | |
| | 1,816 | | | COMCAST CORP CL A | 46.870 | | |
| | 1,224 | | | | 17.340 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-G0304-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ***-**-5682

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE                    NY     10580

| BOUGHT | SOLD | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 612 | | | CONOCOPHILIPS | 52.520 | | |
| 2,142 | | | EXXON MOBIL CORP. | 80.150 | | |
| 2,318 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 102 | | | GOOGLE | 292.960 | | |
| 1,020 | | | HEWLETT PACKARD CO | 35.280 | | |
| 2,346 | | | INTEL CORP. | 13.800 | | |
| 578 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 1,530 | | | J P MORGAN CHASE & CO | 31.660 | | |
| 1,122 | | | JOHNSON & JOHNSON | 58.580 | | |
| 476 | | | MCDONALDS CORP. | 56.750 | | |
| 804 | | | MERCK & CO. | 26.720 | | |
| 3,230 | | | MICROSOFT CORP. | 20.220 | | |
| 1,632 | | | ORACLE CORPORATION | 16.090 | | |
| 646 | | | PEPSICO INC | 56.700 | | |
| 2,754 | | | PFIZER INC | 16.490 | | |
| 850 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,224 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | | | QUALCOMM INC. | 33.570 | | |
| 680 | | | SCHLUMBERGER LTD | 50.740 | | |
| 1,510 | | | FIDELITY SPARTAN | 1. | | |
| 20,480 | | | U S TREASURY MONEY MARKET | | | |
| 714 | | | U S BANCORP | 26.980 | | |
| 408 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 100,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 5/26/2009 | | | |
| | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE NY 10580

PAGE: 5
11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *****5682
YOUR ACCOUNT NUMBER: 1-G0304-3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 408 | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 1,156 | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,084 | | WAL MART STORES INC | 55.880 | | |
| 1,428 | | WELLS FARGO & CO NEW | 28.890 | | |
| | | MARKET VALUE OF SECURITIES | | | |
| | | LONG SHORT | | | |
| | | 1,626,932.86 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 0DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE                    NY 10580

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-G0304-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5682
PAGE: 6

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES            187,766.38
                                     171,753,969.81

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE            NY    10580

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5682
YOUR ACCOUNT NUMBER: 1-G0304-4-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TKT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 138,402.00 |
| 11/12 | | 34 | 43048 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 53,686.00 |
| 11/12 | 34 | | 47374 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 60,554.00 | |
| 11/19 | | 34 | 33478 | S & P 100 INDEX DECEMBER 430 CALL | 26.___ | | 88,366.00 |
| 11/19 | 34 | | 37803 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 102,034.00 | |
| 11/19 | 34 | | 42228 | S & P 100 INDEX NOVEMBER 460 CALL | 1_.___ | 10,234.00 | |
| 11/19 | | 34 | 46453 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 125,766.00 |
| | | | | NEW BALANCE | | | 233,396.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 34 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG  56,100.00  SHORT  79,220.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES