# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 18, 2014

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

**VIA ECF AND EMAIL TO**
**BERNSTEIN.CHAMBERS@NYSB.USCOURTS.GOV**

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:   Picard v. Ceretti, Adv. Pro. No. 09-01161-smb, November 19, 2014, 10:00 a.m.
      Conference with the Court

Your Honor:

Enclosed as Attachment A is a copy of the correspondence exchanged between counsel for FIM Limited and the Trustee over the past several months, to which we referred in the reply letter to Your Honor filed in the above-referenced proceeding on November 17, 2014 [ECF No. 137].  This correspondence is relevant to the dispute raised by the Paul Hastings firm, as counsel for FIM Limited, in its letter and attachments filed with the Court on November 14, 2014 [ECF No. 136], and the status conference requested by that firm, scheduled for November 19, 2014, at 10:00 a.m.

The consideration of the Court is greatly appreciated.

Respectfully submitted,

/s/Geraldine E. Ponto

Geraldine E. Ponto
Enclosures


Copy:  Jodi A. Kleinick (w/encls.)
       (by electronic mail)