# EXHIBIT "A"

## SETTLEMENT AGREEMENT

## AGREEMENT

This Agreement, dated as of November 13, 2014 ("Agreement"), is made by and between Irving H. Picard, in his capacity as the trustee ("Trustee") for the liquidation proceedings under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated Chapter 7 case pending before the United States Bankruptcy Court for the Southern District Court of New York (the "Bankruptcy Court") of Bernard L. Madoff ("Madoff"), and Senator Fund SPC ("Senator"). The Trustee and Senator collectively shall be referred to herein as the "Parties."

## BACKGROUND

A.     BLMIS and its predecessors were registered broker-dealers and members of the Securities Investor Protection Corporation ("SIPC").

B.     On December 11, 2008 (the "Filing Date"), the Securities and Exchange Commission (the "SEC") filed a complaint in the United States District Court for the Southern District of New York (the "District Court") against BLMIS and Madoff.

C.     On December 15, 2008, the District Court entered an order under SIPA, which, in pertinent part, appointed the Trustee for the liquidation of the business of BLMIS under section 5(b)(3) of SIPA and removed the case to the Bankruptcy Court under section 5(b)(4) of SIPA, where it is pending as Case No. 08-01789 (SMB) (the "SIPA Proceeding"). The Trustee is duly qualified to serve and act on behalf of the BLMIS estate (the "BLMIS Estate"). By Order dated June 9, 2009, the estate of Madoff was substantively consolidated with the BLMIS Estate.

D.     Senator maintained an account with BLMIS, designated account no. 1FR128 ("Account"), that was opened on or around September 6, 2006. Over the life of the Account, Senator withdrew from its BLMIS account approximately Ninety-Five Million United States Dollars ($95,000,000.00) (the "Transfers").

E.     On or about February 2, 2009, Senator filed a customer claim with the Trustee, which the Trustee has designated as Claim No. 001504 (the "Customer Claim"). The Customer Claim is included as Attachment A to this Agreement. The Customer Claim asserts that Senator is entitled to the securities reflected on its Account statement for the period ending November 30, 2008. On March 16, 2009, Senator supplemented its claim with a chart depicting a calculation of Senator's net equity. The Parties agree that Senator's net equity equals $162,249,980 ("Net Equity").

F.     On December 5, 2010, the Trustee filed an Amended Complaint ("Amended Complaint") in an adversary proceeding captioned *Picard v. HSBC Bank plc, et al.*, Adv. Pro. No. 09-1364 (SMB) (the "Adversary Proceeding"). In the Amended Complaint, the Trustee asserted claims to avoid and recover the Transfers under 11 U.S.C. §§ 544, 547, 548, 550, or 551, SIPA § 78fff-(2)(c)(3), and the New York Debtor and Creditor Law §§ 270–281 ("Avoiding Power Claims"). The Trustee also asserted claims to disallow Senator's Customer Claim,

pursuant to 11 U.S.C. § 502(d), and to equitably subordinate Senator's Customer Claim, pursuant to 11 U.S.C. §§ 510(c) and 105(a) ("Disallowance and Subordination Claims").

G.   On May 27, 2011, Senator filed an Answer to the Amended Complaint, and a cross-claim against various HSBC entities, including HSBC Securities Services (Luxembourg), S.A. ("HSSL"), which acted as custodian and administrator to Senator, for fraud, fraudulent concealment, negligent misrepresentation, breach of fiduciary duty, breach of contract, gross negligence, negligence, unjust enrichment, breach of Luxembourg statutory law, and failure to act according to Articles 17(1) and 18(2) of the Law dated 20.12.2002 Concerning the Undertakings of Collective Investments (collectively, "Senator's U.S. Claims").

H.   Senator will be filing claims against HSSL in Luxembourg for, among other things, HSSL liability arising out of or relating to its role as Senator's custodian and administrator ("Senator's Luxembourg Claims").

## AGREEMENT

1.   Payment to Trustee. At the Closing (as defined in paragraph 8) Senator shall pay or cause to be paid to the Trustee, pursuant to the conveyances, assignments, endorsements, and transfers set forth in paragraph 8, the sum of Ninety-Five Million United States Dollars ($95,000,000) (the "Settlement Payment") in full and final settlement and satisfaction of all Avoiding Power Claims, Disallowance and Subordination Claims, and any other claims of the Trustee or the BLMIS Estate of every kind and nature whatsoever, whether known or unknown (as described in paragraph 5), that the Trustee or the BLMIS Estate may have against Senator.

2.   Allowance of Senator's Customer Claim. Upon the Closing (as defined in paragraph 8), Senator's Customer Claim shall be deemed conclusively allowed pursuant to section 502(h) of the Bankruptcy Code and 15 U.S.C. § 78lll(11), equal in priority to other allowed customer claims against the BLMIS Estate, in the amount of Two Hundred Thirty-Eight Million Seven Hundred Fifty-Three Thousand Four Hundred Eighty-Two Dollars ($238,753,482) (the "Allowed Claim"). As of the date of this Agreement, the initial amount to be paid by the Trustee to Senator allocable to the Allowed Claim in respect of a catch-up distribution is $109,967,466 (46.059% of the Allowed Claim).

3.   Release by the Trustee. In consideration for the terms herein, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 8), the Trustee on behalf of himself, BLMIS, and its consolidated estates, shall release, acquit, and forever discharge Senator, including its successors and/or assigns from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of liability or damages (including any allegation of duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature, or description, direct or indirect, in law, equity or arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise (including attorneys' fees, costs, or disbursements), known or unknown, existing as of the date of the Closing that are, have been, could have been, or might in the future be asserted by the Trustee based on, arising out of, or in

2

any way related to Senator's relationship with BLMIS, including, without limitation, the claims against Senator in the Adversary Proceeding, except for any and all claims to enforce Senator's obligations under this Agreement. The release granted by the Trustee hereunder shall extend to Regulus Asset Management Ltd, Carruba Asset Management Ltd, Tereo Trust Company Limited, Ursula Radel-Leszczynski, and all of their respective current and former directors, officers, employees, indirect or direct shareholders, limited partners, principals, members, successors, assigns, accountants, attorneys, agents, representatives, including, without limitation, Peter Fischer, Roger Hanson, and Adam Zielinski ("Additional Releasees") only concerning direct or indirect transfers of money from Senator to the Additional Releasees but not for any claims that the Trustee may otherwise have. For the avoidance of doubt, the Parties agree that the Trustee's release granted herein shall not in any way extend to the other defendants in the Adversary Proceeding or any transfers of money the Additional Releasees received from any other defendants.

4.    Release by Senator. In consideration for the covenants and agreements in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 8), Senator hereby releases, acquits, and forever discharges the Trustee and all his agents, representatives, attorneys, employees, and professionals, and BLMIS and its consolidated estate, from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of liability or damages (including any allegation of duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature or description, direct or indirect, in law, equity, or arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise (including attorneys' fees, costs or, disbursements), known or unknown, existing as of the date of the Closing, based on, arising out of, or in any way related to BLMIS, except for Senator's rights to enforce the Trustee's obligations under this Agreement. For the avoidance of doubt, nothing in this release shall release the right or claim of any Defendant to any and all distributions such Defendant receives from (i) the forfeiture fund established by the U.S. Department of Justice and (ii) the class action settlement in *Shapiro v. JP Morgan Chase & Co.*, No. 11 Civ. 8331 (CM) (S.D.N.Y.) and *Hill v. JP Morgan Chase & Co.*, No. 11 Civ. 7961 (CM) (S.D.N.Y.).

5.    Unknown Claims. Unknown Claims shall mean any released claims pursuant to paragraphs 3 and 4 of the Agreement, as defined herein, that the Parties do not know or suspect to exist in their favor at the time of giving the release in this Agreement that if known by them, might have affected their settlement and release in this Agreement. With respect to any and all released claims in paragraphs 3 and 4 of this Agreement, the Parties shall expressly waive or be deemed to have waived, the provisions, rights and benefits of California Civil Code section 1542 (to the extent it applies herein), which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
> WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT
> TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING
> THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE

MATERIALLY AFFECTED HIS SETTLEMENT WITH THE
DEBTOR.

The Parties expressly waive, and shall be deemed to have waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, that is similar, comparable, or equivalent in effect to California Civil Code section 1542. The Parties may hereafter discover facts in addition to or different from those that they now know or believe to be true with respect to the subject matter of the Released Claims, but the Parties shall expressly have and be deemed to have fully, finally, and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or noncontingent, whether or not concealed or hidden, that now exist or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. The Parties acknowledge and shall be deemed to have acknowledged that the foregoing waiver was separately bargained for and a key element of the settlement of which this release is a part.

6.    Dismissal of Adversary Proceedings. Within five days of the Closing (as defined in paragraph 8), the Parties shall submit to the Bankruptcy Court a stipulation requesting the dismissal of the Adversary Proceeding, with prejudice, as against Senator, with each party bearing its own costs, attorneys' fees, and expenses.

7.    Court Approval; Effective Date; Termination. This Agreement is subject to, and shall become effective and binding on the Parties upon the Bankruptcy Court's approval of this Agreement in the SIPA Proceeding by an order that is no longer subject to appeal, review, or rehearing (the "Effective Date"). The Trustee shall use his reasonable efforts to obtain approval of the Agreement in the SIPA Proceeding as promptly as practicable after the date of this Agreement. If this Agreement has not become effective as provided in this paragraph within 360 days after the date of this Agreement (or within such additional time as mutually agreed upon by the Parties), then (a) this Agreement (other than this paragraph) shall terminate and be void; (b) all of the statements, concessions, consents, and agreements contained in the Agreement (other than this paragraph) shall be void; and (c) neither the Trustee nor Senator may use or rely on any such statement, concession, consent, or agreement in any public statement or litigation involving the SIPA Proceeding, or any case or proceeding relating to Senator, BLMIS, or Madoff.

8.    Closing. There shall be a closing ("Closing") within five business days after the Effective Date of this Agreement. At the Closing simultaneously:

(a)    Senator shall satisfy the Settlement Payment by:

(i)    conveying, assigning, endorsing, and transferring to the Trustee the funds to be advanced by SIPC in the amount of Five Hundred Thousand Dollars ($500,000.00); and

(ii)    conveying, assigning, endorsing, and transferring to the Trustee from the catch-up distribution the sum of Ninety-Four Million Five Hundred Thousand Dollars ($94,500,000) owed to Senator under the Allowed Claim.

(b)    The Trustee shall pay Senator Fifteen Million Four Hundred Sixty-Seven Thousand Four Hundred Sixty-Six Dollars ($15,467,466), consisting of the balance of the catch-up distribution owed to Senator under the Allowed Claim pursuant to payment instructions to be provided by Senator to the Trustee; and

(c)    The releases contained in paragraphs 3 and 4 shall become effective without any further action by any of the Parties.

9.    Senator's Claims Against HSBC.  As part of Senator's consideration for this settlement, Senator agrees to share with the Trustee 50% of proceeds of (a) Senator's U.S. Claims; (b) Senator's Luxembourg Claims; and (c) any other claims that Senator asserts against HSSL, HSBC Bank plc, or a related entity which are related to or arise from the same facts and circumstances that give rise to Senator's Luxembourg Claims and Senator's U.S. Claims.

10.    Cooperation and Discovery Obligations.  A Party shall respond to reasonable discovery requests served by another Party as though it remained a party to the Adversary Proceeding.  Service of discovery requests upon a Party shall be complete when made by delivery to its United States counsel.  Discovery requests shall be governed by the Federal Rules of Civil Procedure; by entering into this Agreement, the Parties expressly reserve, and are not waiving, any and all rights available under the Federal Rules to object to discovery requests or to move for a protective order as appropriate.

11.    Senator's and Trustee's Authority.  Senator represents and warrants to the Trustee that, as of the date hereof, it has the full power, authority, and legal right to execute and deliver, and to perform its obligations under this Agreement and has taken all necessary action to authorize the execution, delivery, and performance of its obligations under this Agreement.  The Trustee represents and warrants to Senator that, as of the date hereof, and subject to the approval of the Bankruptcy Court as set forth in paragraph 7 above, he has the full power, authority, and legal right to execute and deliver, and to perform his obligations under this Agreement and has taken all necessary action to authorize the execution, delivery, and performance of his respective obligations under this Agreement.  Senator represents and warrants that it owns and controls the Customer Claim as of the date of this Agreement.

12.    Further Assurances.  The Parties shall execute and deliver any document or instrument reasonably requested by any of them after the date of this Agreement to effectuate the intent of this Agreement.

13.    Entire Agreement.  This Agreement constitutes the entire agreement and understanding between and among the Parties and supersedes all prior agreements, representations, and understandings concerning the subject matter hereof.

14.    No Admission.  This Agreement and all negotiations, statements, and proceedings in connection therewith are not, will not be argued to be, and will not be deemed to be a presumption, concession, or admission by any Party of any fault, liability, or wrongdoing

whatsoever. This Agreement and any matter relating thereto may not be offered or received in evidence or otherwise referred to in any civil, criminal, or administrative action or proceeding as evidence of any fault, liability, or wrongdoing whatsoever.

15.     Amendments, Waiver.  This Agreement may not be terminated, amended, or modified in any way except in a writing signed by all of the Parties.  No waiver of any provision of this Agreement shall be deemed to constitute a waiver of any other provision hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

16.     Assignability.  No party hereto may assign its rights under this Agreement without the prior written consent of each of the other Parties hereto, except that nothing in this Agreement shall prevent Senator from assigning all or part of the Allowed Claim, without the prior written consent of the Trustee, pursuant to the Bankruptcy Court's November 10, 2010 Order Establishing Procedures for the Assignment of Allowed Claims.

17.     Successors Bound.  This Agreement shall be binding upon and inure to the benefit of each of the Parties and their successors and permitted assigns.

18.     No Third Party Beneficiary.  Except as expressly provided in paragraphs 3 and 4, the Parties do not intend to confer any benefit by or under this Agreement upon any person or entity other than the Parties hereto and their respective successors and permitted assigns.

19.     Applicable Law.  This Agreement shall be construed and enforced in accordance with the laws of the State of New York, without regard to its conflict of laws provisions.

20.     Exclusive Jurisdiction.  The Parties agree that the Bankruptcy Court shall have exclusive jurisdiction over any and all disputes between or among the Parties, whether in law or equity, arising out of or relating to this Agreement, or any provision thereof, and the Parties hereby consent to and submit to the jurisdiction of the Bankruptcy Court for any such action.  In the event the BLMIS proceeding is closed by a final decree and not reopened, the Parties agree that any dispute arising out of this Agreement, or any provision thereof, may be brought in the United States District Court for the Southern District of New York or the Supreme Court of New York in New York County.

21.     Captions and Rules of Construction.  The captions in this Agreement are inserted only as a matter of convenience and for reference and do not define, limit, or describe the scope of this Agreement or the scope or content of any of its provisions.  Any reference in this Agreement to a paragraph is to a paragraph of this Agreement.  "Includes" and "including" are not limiting.

22.     Counterparts, Electronic Copy of Signatures.  This Agreement may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document.  The Parties may evidence their execution of this Agreement by delivery to the other Parties of scanned or faxed copies of their signatures with the same effect as the delivery of an original signature.

08-01789-cgm   Doc 8497-2   Filed 11/18/14   Entered 11/18/14 14:26:53   Exhibit A
Pg 8 of 40

23.    Negotiated Agreement. This Agreement has been fully negotiated by the Parties. Each Party acknowledges and agrees that this Agreement has been drafted jointly, and the rule that ambiguities in an agreement or contract may be construed against the drafter shall not apply in the construction or interpretation of this Agreement.

24.    Severability. In the event that any term or provision of this Agreement or any application thereof is deemed to be invalid or unenforceable, the remainder of this Agreement and any other application of such term or provision shall not be affected thereby.

25.    Notices. Any notices under this Agreement shall be in writing, shall be effective when received and may be delivered only by hand, by overnight delivery service, by fax, or by electronic transmission to:

If to the Trustee:

Irving H. Picard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Email: ipicard@bakerlaw.com

If to Senator, c/o:

Todd E. Duffy
E-mail: tduffy@duffyamedeo.com
DuffyAmedeo LLP
275 Seventh Avenue, 7th Floor
New York, NY 10001

with copies to:

Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
F:  (212) 589-4201

*[Signature pages follow]*

7

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date first above written.

_____

IRVING H. PICARD

Trustee for Bernard L. Madoff
Investment Securities LLC

Sworn to and subscribed before me
this 13th day of November, 2014

_____
                Notary Public

SONYA M. GRAHAM
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: 9/12/20 17

8

**SENATOR FUND SPC**

By: _____

Name: Peter Fischer

Title: Director

By: _____

Name: Helmut Randl

Title: Director

**ATTACHMENT "A"**

**CUSTOMER CLAIM**

| CUSTOMER CLAIM | Bernard L. Madoff Investment Securities LLC |
|---|---|
| | Case No 08-01789-BRL |
| | U S Bankruptcy Court for the Southern District of New York |
| | Claim Number:      001504 |

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

FEB 02 2009

## DECEMBER 11, 2008

PLACE MAILING LABEL HERE

Provide your office and home telephone no.

OFFICE: + 43 1 513 95 40

HOME:_____

Taxpayer I.D. Number (Social Security No.)
_____

SENATOR FUND SPC
attn: HAUSMANINGER KLETTER
RECHTSANWÄLTE — GESELLSCHAFT MBH

A-1010 WIEN, FRANZ JOSEFS-KAI 3
TEL. 01/513 95 40
FAX 01/513 95 40-12

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of December 11, 2008:
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.                                    $_____

d.  If balance is zero, insert "None."                       _____NONE_____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | | NO |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE ENCLOSED LISTS* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

50218O406                               2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | NO |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | NO |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | NO |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | NO |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | NO |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | NO |

502180406

3

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____    NO

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: PETER FISCHER
        HOHENSTAUFENGASSE 7/7 , A-1010 VIENNA , AUSTRIA

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date _____   Signature_____

Date  1/23/2009                 Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201


502180406

# HAUSMANINGER KLETTER
### ATTORNEYS AT LAW

VIA CERTIFIED MAIL –
RETURN RECEIPT REQUESTED

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securi-
ties LLC
Claims Processing Center

2100 McKinney Ave., Suite 800
Dallas, TX 75201
USA

HON. PROF. UNIV. DOZ. DR. CHRISTIAN HAUSMANINGER
LL.M. (HARVARD), ATTORNEY AT LAW (NEW YORK)
DR. MARK KLETTER
LL.M. (BRÜGGE)
DR. ROBERT LEITNER
LL M. (VIRGINIA)
DR. MANFRED KETZER
LL.M. (DUKE), ATTORNEY AT LAW (NEW YORK)
DR. ROBERT BACHNER
LL.M. (N.Y.U.), ATTORNEY AT LAW (NEW YORK)
DR. GREGOR GESSNER
MAS, LL.M. (N.Y.U.)
MAG. RONALD FRANKL
MAG. NADJA ZACHARIA
DR. MICHAEL HERZER
LL.M. (PENN STATE)

Vienna, January 23, 2009
Ext: 32

Customer Claim SENATOR FUND SPC

Dear Colleague,

On behalf of our client SENATOR FUND SPC please find attached the duly completed
Customer Claim with attached documentation prepared by the Fund′s Custodian HSBC
Luxembourg. Please let us know at once should any information be missing or should you
require any additional information.

Please inform us whether any decision has already been reached as to whether investors in
SENATOR FUND SPC are entitled to file separate claims in addition to the present claim.

Please also inform us of any further developments in the present case.

Sincerely yours,

Ch. Hausmaninger

Encl.

## Position Appraisal Report
### *Senator Equity Segregated Portfolio One Pool*
*Period End Date 11/30/2008*
*Report Type: Strategy*
U.S. Dollars

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| **Long Positions** | | | | | | | | | | |
| **Madoff Securities International Ltd** | | | | | | | | | | |
| **Trading** | | | | | | | | | | |
| **American Put Option** | | | | | | | | | | |
| **USD** | | | | | | | | | | |
| S&P 100 Index 370 Put 12/20/2008 | DI12739 | 512.000 | 5.1000 | 1,075,712.00 | 261,120.00 | 1,075,712.00 | 261,120.00 | -814,592.00 | 0.14 | 0.14 |
| S&P 100 Index 420 Put 12/20/2008 | DI12690 | 3,889.000 | 16.5000 | 11,670,889.00 | 6,416,850.00 | 11,670,889.00 | 6,416,850.00 | -5,254,039.00 | 3.52 | 3.49 |
| Total - USD | | | | 12,746,601.00 | 6,677,970.00 | 12,746,601.00 | 6,677,970.00 | -6,068,631.00 | 3.66 | 3.63 |
| Total - American Put Option | | | | 12,746,601.00 | 6,677,970.00 | 12,746,601.00 | 6,677,970.00 | -6,068,631.00 | 3.66 | 3.63 |
| **Equity** | | | | | | | | | | |
| **USD** | | | | | | | | | | |
| 3M Co | 2595708 | 30,807.000 | 66.9300 | 1,960,781.16 | 2,061,912.51 | 1,960,781.16 | 2,061,912.51 | 101,131.35 | 1.13 | 1.12 |
| AT&T Inc | 2831811 | 264,540.000 | 28.5600 | 7,334,447.86 | 7,555,262.40 | 7,334,447.86 | 7,555,262.40 | 220,814.54 | 4.14 | 4.11 |
| Abbott Laboratories | 2002305 | 70,416.000 | 52.3900 | 3,916,707.92 | 3,689,094.24 | 3,916,707.92 | 3,689,094.24 | -227,613.68 | 2.02 | 2.01 |
| Altria Group Inc | 2692632 | 92,421.000 | 16.0800 | 1,740,498.90 | 1,486,129.68 | 1,740,498.90 | 1,486,129.68 | -254,369.22 | 0.81 | 0.81 |
| Amgen Inc | 2023607 | 48,411.000 | 55.5400 | 2,895,296.12 | 2,688,746.94 | 2,895,296.12 | 2,688,746.94 | -206,549.18 | 1.47 | 1.46 |
| Apple Inc | 2046251 | 39,609.000 | 92.6700 | 4,153,634.90 | 3,670,566.03 | 4,153,634.90 | 3,670,566.03 | -483,068.87 | 2.01 | 2.00 |
| Bank of America Corp | 2295677 | 227,281.000 | 16.2500 | 5,151,595.72 | 3,693,316.25 | 5,151,595.72 | 3,693,316.25 | -1,458,279.47 | 2.02 | 2.01 |
| Bank of New York Mellon Corporation | B1Z77F6 | 51,753.000 | 30.2100 | 1,667,392.77 | 1,563,458.13 | 1,667,392.77 | 1,563,458.13 | -103,934.64 | 0.86 | 0.85 |
| Baxter International Inc | 2085102 | 27,705.000 | 52.9000 | 1,664,150.21 | 1,465,594.50 | 1,664,150.21 | 1,465,594.50 | -198,555.71 | 0.80 | 0.80 |
| Boeing Co | 2108601 | 31,112.000 | 42.6300 | 1,624,156.32 | 1,326,304.56 | 1,624,156.32 | 1,326,304.56 | -297,851.76 | 0.73 | 0.72 |
| Bristol-Myers Squibb Co | 2126335 | 89,319.000 | 20.7000 | 1,867,401.89 | 1,848,903.30 | 1,867,401.89 | 1,848,903.30 | -18,498.59 | 1.01 | 1.01 |
| CVS/Caremark Corp | 2577609 | 64,956.000 | 28.9300 | 1,991,087.57 | 1,879,177.08 | 1,991,087.57 | 1,879,177.08 | -111,910.49 | 1.03 | 1.02 |
| Chevron Corp | 2838555 | 93,720.000 | 79.0100 | 6,974,910.19 | 7,404,817.20 | 6,974,910.19 | 7,404,817.20 | 429,907.01 | 4.06 | 4.03 |
| Cisco Systems Inc | 2198163 | 265,831.000 | 16.5400 | 4,637,776.82 | 4,396,844.74 | 4,637,776.82 | 4,396,844.74 | -240,932.08 | 2.41 | 2.39 |
| Citigroup Inc | 2297907 | 246,661.000 | 8.2900 | 3,231,661.55 | 2,044,819.69 | 3,231,661.55 | 2,044,819.69 | -1,186,841.86 | 1.12 | 1.11 |
| Coca-Cola Co | 2206657 | 89,319.000 | 46.8700 | 4,024,103.30 | 4,186,381.53 | 4,024,103.30 | 4,186,381.53 | 162,278.23 | 2.29 | 2.28 |
| Colgate-Palmolive Co | 2209106 | 2,476.000 | 65.0700 | 155,244.81 | 161,113.32 | 155,244.81 | 161,113.32 | 5,868.51 | 0.09 | 0.09 |
| Comcast Corp Cl A | 2044545 | 130,459.000 | 17.3400 | 2,150,409.25 | 2,262,159.06 | 2,150,409.25 | 2,262,159.06 | 111,749.81 | 1.24 | 1.23 |
| ConocoPhillips (USD) | 2685717 | 69,357.000 | 52.5200 | 3,592,362.74 | 3,642,629.64 | 3,592,362.74 | 3,642,629.64 | 50,266.90 | 2.00 | 1.98 |

Prior Knowledge Date:11/06/2008:12:38:00
Knowledge Date:12/04/2008:08:38:54
ClosedPeriod

1

## Position Appraisal Report
### *Senator Equity Segregated Portfolio One Pool*
*Period End Date 11/30/2008*
*Report Type: Strategy*
U.S. Dollars

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| Exelon Corp | 2670519 | 3,584.000 | 56.2100 | 174,827.16 | 201,456.64 | 174,827.16 | 201,456.64 | 26,629.48 | 0.11 | 0.11 |
| Exxon Mobil Corp | 2326618 | 236,595.000 | 80.1500 | 17,633,844.68 | 18,963,089.25 | 17,633,844.68 | 18,963,089.25 | 1,329,244.57 | 10.39 | 10.31 |
| Fidelity Spartan US Treasury Money Market Fund | DS06971 | 40.000 | 1.0000 | 40.00 | 40.00 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| General Electric Co | 2380498 | 472,923.000 | 17.1700 | 9,128,406.58 | 8,120,087.91 | 9,128,406.58 | 8,120,087.91 | -1,008,318.67 | 4.45 | 4.42 |
| Goldman Sachs Group Inc | 2407966 | 16,855.000 | 78.9900 | 1,542,541.00 | 1,331,376.45 | 1,542,541.00 | 1,331,376.45 | -211,164.55 | 0.73 | 0.72 |
| Google Inc Cl A | B020QX2 | 8,802.000 | 292.9600 | 3,057,714.96 | 2,578,633.92 | 3,057,714.96 | 2,578,633.92 | -479,081.04 | 1.41 | 1.40 |
| Hewlett-Packard Co | 2424006 | 111,324.000 | 35.2800 | 4,180,231.21 | 3,927,510.72 | 4,180,231.21 | 3,927,510.72 | -252,720.49 | 2.15 | 2.14 |
| Home Depot Inc | 2434209 | 77,647.000 | 23.1100 | 1,758,390.42 | 1,794,422.17 | 1,758,390.42 | 1,794,422.17 | 36,031.75 | 0.98 | 0.98 |
| Intel Corp | 2463247 | 252,908.000 | 13.8000 | 3,942,787.69 | 3,490,130.40 | 3,942,787.69 | 3,490,130.40 | -452,657.29 | 1.91 | 1.90 |
| International Business Machines Corp | 2005973 | 61,614.000 | 81.6000 | 5,585,193.58 | 5,027,702.40 | 5,585,193.58 | 5,027,702.40 | -557,491.18 | 2.76 | 2.73 |
| JPMorgan Chase & Co | 2190385 | 167,238.000 | 31.6600 | 6,635,037.12 | 5,294,755.08 | 6,635,037.12 | 5,294,755.08 | -1,340,282.04 | 2.90 | 2.88 |
| Johnson & Johnson | 2475833 | 126,570.000 | 58.5800 | 7,726,222.25 | 7,414,470.60 | 7,726,222.25 | 7,414,470.60 | -311,751.65 | 4.06 | 4.03 |
| Kraft Foods Inc Cl A | 2764296 | 68,845.000 | 27.2100 | 2,012,284.31 | 1,873,272.45 | 2,012,284.31 | 1,873,272.45 | -139,011.86 | 1.03 | 1.02 |
| McDonald's Corp | 2550707 | 51,241.000 | 58.7500 | 2,937,581.03 | 3,010,408.75 | 2,937,581.03 | 3,010,408.75 | 72,827.72 | 1.65 | 1.64 |
| Medtronic Inc | 2575465 | 51,753.000 | 30.5200 | 2,039,313.78 | 1,579,501.56 | 2,039,313.78 | 1,579,501.56 | -459,812.22 | 0.87 | 0.86 |
| Merck & Co Inc | 2578312 | 96,822.000 | 26.7200 | 2,904,240.78 | 2,587,083.84 | 2,904,240.78 | 2,587,083.84 | -317,156.94 | 1.42 | 1.41 |
| Microsoft Corp | 2588173 | 354,910.000 | 20.2200 | 7,906,813.01 | 7,176,280.20 | 7,906,813.01 | 7,176,280.20 | -730,532.81 | 3.93 | 3.90 |
| Occidental Petroleum Corp | 2655408 | 38,550.000 | 54.1400 | 2,070,500.74 | 2,087,097.00 | 2,070,500.74 | 2,087,097.00 | 16,596.26 | 1.14 | 1.14 |
| Oracle Corp | 2661568 | 178,870.000 | 16.0900 | 3,245,646.41 | 2,878,018.30 | 3,245,646.41 | 2,878,018.30 | -367,628.11 | 1.58 | 1.57 |
| Pepsico Inc | 2681511 | 70,416.000 | 56.7000 | 4,012,977.52 | 3,992,587.20 | 4,012,977.52 | 3,992,587.20 | -20,390.32 | 2.19 | 2.17 |
| Pfizer Inc | 2684703 | 305,208.000 | 16.4300 | 5,374,834.71 | 5,014,567.44 | 5,374,834.71 | 5,014,567.44 | -360,267.27 | 2.75 | 2.73 |
| Philip Morris International Inc | B2PKRQ3 | 93,952.000 | 42.1600 | 4,005,750.95 | 3,961,016.32 | 4,005,750.95 | 3,961,016.32 | -44,734.63 | 2.17 | 2.15 |
| Procter & Gamble Co | 2704407 | 135,919.000 | 64.3500 | 8,787,931.26 | 8,746,387.65 | 8,787,931.26 | 8,746,387.65 | -41,543.61 | 4.79 | 4.76 |
| Qualcomm Inc | 2714923 | 74,817.000 | 33.5700 | 2,749,337.07 | 2,511,606.69 | 2,749,337.07 | 2,511,606.69 | -237,730.38 | 1.38 | 1.37 |
| Schlumberger Ltd | 2779201 | 54,111.000 | 50.7400 | 2,748,066.26 | 2,745,592.14 | 2,748,066.26 | 2,745,592.14 | -2,474.12 | 1.50 | 1.49 |
| Time Warner Inc | 2712165 | 160,479.000 | 9.0500 | 1,628,331.54 | 1,452,334.95 | 1,628,331.54 | 1,452,334.95 | -175,996.59 | 0.80 | 0.79 |
| US Bancorp | 2736035 | 79,218.000 | 26.9800 | 2,356,846.10 | 2,137,301.64 | 2,356,846.10 | 2,137,301.64 | -219,544.46 | 1.17 | 1.16 |
| United Parcel Service Inc Cl B | 2517382 | 44,010.000 | 57.6000 | 2,345,251.10 | 2,534,976.00 | 2,345,251.10 | 2,534,976.00 | 189,724.90 | 1.39 | 1.38 |
| United Technologies Corp | 2915500 | 44,010.000 | 48.5300 | 2,398,485.70 | 2,135,805.30 | 2,398,485.70 | 2,135,805.30 | -262,680.40 | 1.17 | 1.16 |
| Verizon Communications Inc | 2090571 | 127,869.000 | 32.6500 | 3,920,975.50 | 4,174,922.85 | 3,920,975.50 | 4,174,922.85 | 253,947.35 | 2.29 | 2.27 |
| Wal-Mart Stores Inc | 2936921 | 101,223.000 | 55.8800 | 5,647,790.76 | 5,656,341.24 | 5,647,790.76 | 5,656,341.24 | 8,550.48 | 3.10 | 3.08 |
| Walt Disney Co | 2270726 | 85,150.000 | 22.5200 | 2,102,594.96 | 1,917,578.00 | 2,102,594.96 | 1,917,578.00 | -185,016.96 | 1.05 | 1.04 |
| Wells Fargo & Co | 2649100 | 152,194.000 | 28.8900 | 4,989,089.48 | 4,396,884.66 | 4,989,089.48 | 4,396,884.66 | -592,204.82 | 2.41 | 2.39 |
| Wyeth | 2027104 | 7,168.000 | 36.0100 | 236,830.00 | 258,119.68 | 236,830.00 | 258,119.68 | 21,289.68 | 0.14 | 0.14 |

Prior Knowledge Date:11/06/2008:12:38:00
Knowledge Date:12/04/2008:08:38:54
ClosedPeriod

2

# Position Appraisal Report
## *Senator Equity Segregated Portfolio One Pool*
*Period End Date  11/30/2008*
*Report Type:  Strategy*
U.S. Dollars

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| Total - USD | | | | 198,520,329.62 | 187,998,590.20 | 198,520,329.62 | 187,998,590.20 | -10,521,739.42 | 103.02 | 102.24 |
| Total - Equity | | | | | | 198,520,329.62 | 187,998,590.20 | -10,521,739.42 | 103.02 | 102.24 |
| Total - Madoff Securities International Ltd Trading | | | | | | 211,266,930.62 | 194,676,560.20 | -16,590,370.42 | 106.68 | 105.87 |
| Total - | | | | | | 211,266,930.62 | 194,676,560.20 | -16,590,370.42 | 106.68 | 105.87 |
| **Total - Long Positions** | | | | | | **211,266,930.62** | **194,676,560.20** | **-16,590,370.42** | **106.68** | **105.87** |

## Short Positions
**Madoff Securities International Ltd Trading**
**American Call Option**
**USD**

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| S&P 100 Index 380 Call 12/20/2008 | DI12738 | -512.000 | 61.0000 | -1,740,288.00 | -3,123,200.00 | -1,740,288.00 | -3,123,200.00 | -1,382,912.00 | -1.71 | -1.70 |
| S&P 100 Index 430 Call 12/20/2008 | DI12689 | -3,889.000 | 23.3000 | -10,107,511.00 | -9,061,370.00 | -10,107,511.00 | -9,061,370.00 | 1,046,141.00 | -4.97 | -4.93 |
| Total - USD | | | | -11,847,799.00 | -12,184,570.00 | -11,847,799.00 | -12,184,570.00 | -336,771.00 | -6.68 | -6.63 |
| Total - American Call Option | | | | | | -11,847,799.00 | -12,184,570.00 | -336,771.00 | -6.68 | -6.63 |
| Total - Madoff Securities International Ltd Trading | | | | | | -11,847,799.00 | -12,184,570.00 | -336,771.00 | -6.68 | -6.63 |
| Total - | | | | | | -11,847,799.00 | -12,184,570.00 | -336,771.00 | -6.68 | -6.63 |
| **Total - Short Positions** | | | | | | **-11,847,799.00** | **-12,184,570.00** | **-336,771.00** | **-6.68** | **-6.63** |
| **TOTAL NET POSITIONS** | | | | | | **199,419,131.62** | **182,491,990.20** | **-16,927,141.42** | **100.00** | **99.24** |

Prior Knowledge Date:11/06/2008:12:38:00
Knowledge Date:12/04/2008:08:38:54
ClosedPeriod

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY    BP 413
L-2014 LUXEMBOURG

PERIOD ENDING 11/30/08

PAGE 1    AM

YOUR ACCOUNT NUMBER  1-FR128-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 9,295,397.40 | |
| 11/03 | | | | CHECK WIRE | CW | 82,000,000.00 | |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/03/08 | DIV | | 6.08 |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 1.82 | |
| 11/03 | | 33,430 | 23115 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,430.00 |
| 11/03 | | 16,450,000 | 23181 | U S TREASURY BILL DUE 2/12/2009    2/12/2009 | 99.865 | | 16,427,792.50 |
| 11/03 | | 35,825,000 | 23231 | U S TREASURY BILL DUE 12/11/2008    12/11/2008 | 99.966 | | 35,812,819.50 |
| 11/03 | | 17,950,000 | 23232 | U S TREASURY BILL DUE 12/18/2008    12/18/2008 | 99.928 | | 17,937,076.00 |
| 11/03 | | 11,800,000 | 23233 | U S TREASURY BILL DUE 01/08/2009    1/08/2009 | 99.930 | | 11,791,740.00 |
| 11/03 | 2,862 | | 23294 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,862.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE 2

PAGE 42/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40/MONT001/2/3 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY    BP 413
L-2014 LUXEMBOURG

PERIOD ENDING 11/30/08    PAGE 2    AM

YOUR ACCOUNT NUMBER 1-FR128-3-0

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 13,779 | | 10980 | APPLE INC | 105.380 | 1,452,582.02 | |
| 11/06 | 24,496 | | 11215 | ABBOTT LABORATORIES | 55.090 | 1,350,463.64 | |
| 11/06 | 16,841 | | 11450 | AMGEN INC | 60.350 | 1,017,027.35 | |
| 11/06 | 12,248 | | 11685 | BOEING CO | 51.120 | 626,606.76 | |
| 11/06 | 79,612 | | 11920 | BANK OF AMERICA | 23.840 | 1,901,134.08 | |
| 11/06 | 9,186 | | 12155 | BAXTER INTERNATIONAL INC | 60.600 | 557,058.60 | |
| 11/06 | 18,372 | | 12390 | BANK OF NEW YORK MELLON CORP | 32.290 | 593,965.88 | |
| 11/06 | 30,620 | | 12625 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 632,302.20 | |
| 11/06 | 10,717 | | 12860 | ANHEUSER BUSCH COS INC | 62.430 | 669,490.31 | |
| 11/06 | 85,736 | | 13095 | CITI GROUP INC | 13.530 | 1,163,437.08 | |
| 11/06 | 45,930 | | 13330 | COMCAST CORP CL A | 15.790 | 727,071.70 | |
| 11/06 | 24,496 | | 13565 | CONOCOPHILIPS | 51.120 | 1,253,214.52 | |
| 11/06 | 93,391 | | 13800 | CISCO SYSTEMS INC | 17.520 | 1,639,945.32 | |
| 11/06 | 22,965 | | 14035 | CVS CAREMARK CORP | 30.510 | 701,580.15 | |
| 11/06 | 32,151 | | 14270 | CHEVRON CORP | 73.740 | 2,372,100.74 | |
| 11/06 | 30,620 | | 14505 | THE WALT DISNEY CO | 24.760 | 759,375.20 | |
| 11/06 | 163,817 | | 14740 | GENERAL ELECTRIC CO | 19.600 | 3,217,365.20 | |
| 11/06 | 3,062 | | 14975 | GOOGLE | 356.520 | 1,091,786.24 | |
| 11/06 | 6,124 | | 15210 | GOLDMAN SACHS GROUP INC | 91.870 | 562,855.88 | |
| 11/06 | 27,558 | | 15445 | HOME DEPOT INC | 23.300 | 643,203.40 | |
| 11/06 | 38,275 | | 15680 | HEWLETT PACKARD CO | 38.310 | 1,467,846.25 | |
| 11/06 | 21,434 | | 15915 | INTERNATIONAL BUSINESS MACHS | 92.800 | 1,989,952.20 | |
| 11/06 | 87,267 | | 16150 | INTEL INC | 16.070 | 1,405,870.69 | |
| 11/06 | 44,399 | | 16385 | JOHNSON & JOHNSON | 61.310 | 2,723,877.69 | |

CONTINUED ON PAGE  3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 43/43 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40MONT001/28 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING
11/30/08

PAGE
3   AM

YOUR ACCOUNT NUMBER
1-FR128-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 58,178 | | 16620 | J.P. MORGAN CHASE & CO | 40.910 | 2,382,388.98 | |
| 11/06 | 24,496 | | 16855 | KRAFT FOOD INC | 29.110 | 714,057.56 | |
| 11/06 | 30,620 | | 17090 | COCA COLA CO | 44.490 | 1,363,507.80 | |
| 11/06 | 18,372 | | 17325 | MCDONALDS CORP | 57.900 | 1,064,472.80 | |
| 11/06 | 18,372 | | 17560 | MEDTRONIC INC | 40.310 | 741,309.32 | |
| 11/06 | 10,717 | | 17795 | 3M COMPANY | 63.590 | 681,922.03 | |
| 11/06 | 32,151 | | 18030 | ALTRIA GROUP INC | 19.160 | 617,299.16 | |
| 11/06 | 33,682 | | 18265 | MERCK & CO | 30.780 | 1,038,078.96 | |
| 11/06 | 124,011 | | 18500 | MICROSOFT CORP | 22.310 | 2,771,645.41 | |
| 11/06 | 62,771 | | 18735 | ORACLE CORPORATION | 18.110 | 1,139,292.81 | |
| 11/06 | 13,779 | | 19440 | OCCIDENTAL PETROLEUM CORP | 54.290 | 748,612.91 | |
| 11/06 | 24,496 | | 19675 | PEPSICO INC | 57 | 1,397,251.00 | |
| 11/06 | 105,639 | | 19910 | PFIZER INC | 17.690 | 1,872,978.91 | |
| 11/06 | 47,461 | | 20145 | PROCTER & GAMBLE CO | 64.570 | 3,066,454.77 | |
| 11/06 | 33,682 | | 20380 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 1,440,578.86 | |
| 11/06 | 26,027 | | 20615 | QUALCOMM INC | 37.810 | 985,121.87 | |
| 11/06 | 18,372 | | 20850 | SCHLUMBERGER LTD | 51.760 | 951,668.72 | |
| 11/06 | 91,860 | | 21085 | AT&T INC | 26.980 | 2,482,056.80 | |
| 11/06 | 56,647 | | 21320 | TIME WARNER INC | 10.060 | 572,133.82 | |
| 11/06 | 15,310 | | 21555 | UNITED PARCEL SVC INC CLASS B | 52.790 | 808,826.90 | |
| 11/06 | 27,558 | | 21790 | U S BANCORP | 29.550 | 815,440.90 | |
| 11/06 | 15,310 | | 22025 | UNITED TECHNOLOGIES CORP | 54.920 | 841,437.20 | |
| 11/06 | 44,399 | | 22260 | VERIZON COMMUNICATIONS | 29.980 | 1,332,857.02 | |
| 11/06 | 52,054 | | 22495 | WELLS FARGO & CO NEW | 33.660 | 1,754,219.64 | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

TRADE DATE: 11/30/08   PAGE 4   AM

YOUR ACCOUNT NUMBER: 1-FR128-3-0   YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TYM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 35,213 | | 22730 | WAL-MART STORES INC | 56.560 | 1,993,055.28 | |
| 11/06 | 82,674 | | 22965 | EXXON MOBIL CORP | 73.68D | 6,094,726.32 | |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | .15 |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .05 | |
| 11/06 | 53,451 | | 10745 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 53,451.00 | |
| 11/06 | | 2,862 | 48262 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 2,862.00 |
| 11/06 | | 14,700,000 | 48908 | U S TREASURY BILL DUE 01/08/2009 1/08/2009 | 99.960 | | 14,694,120.00 |
| 11/06 | | 26,500,000 | 49119 | U S TREASURY BILL DUE 01/15/2009 1/15/2009 | 99.946 | | 26,485,690.00 |
| 11/06 | | 26,500,000 | 49334 | U S TREASURY BILL DUE 01/22/2009 1/22/2009 | 99.934 | | 26,482,510.00 |
| 11/06 | | 26,500,000 | 49549 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 26,480,920.00 |
| 11/06 | 7,975,000 | | 49991 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 7,959,209.50 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PAGE 45/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time]* SVR:LU04/MONT0001/28 * DNIS:240 * CSID: * DURATION (mm-ss):40-31

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ∘ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
4D AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

| PERIOD ENDING | | PAGE |
|---|---|---|
| 11/30/08 | | 5 AM |

| YOUR ACCOUNT NUMBER | YOUR TAX/DATER IDENTIFICATION NUMBER |
|---|---|
| 1-FR128-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 7,975,000 | | 50220 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 7,955,142.25 | |
| 11/06 | 7,975,000 | | 50449 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 7,953,148.50 | |
| 11/07 | 9,531 | | 23501 | APPLE INC | 108.800 | 1,037,353.80 | |
| 11/07 | 16,944 | | 23736 | ABBOTT LABORATORIES | 56.590 | 959,537.96 | |
| 11/07 | 11,649 | | 23971 | AMGEN INC | 62.070 | 723,518.63 | |
| 11/07 | 8,472 | | 24206 | BOEING CO | 53.640 | 454,776.08 | |
| 11/07 | 56,009 | | 24441 | BANK OF AMERICA | 23.720 | 1,283,253.48 | |
| 11/07 | 6,354 | | 24676 | BAXTER INTERNATIONAL INC | 61.740 | 392,549.96 | |
| 11/07 | 11,649 | | 24911 | BANK OF NEW YORK MELLON CORP | 34.210 | 398,977.29 | |
| 11/07 | 21,180 | | 25146 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 446,050.60 | |
| 11/07 | 7,413 | | 25381 | ANHEUSER BUSCH COS INC | 64.190 | 476,136.47 | |
| 11/07 | 57,186 | | 25616 | CITI GROUP INC | 14.410 | 826,337.26 | |
| 11/07 | 30,711 | | 25851 | COMCAST CORP CL A | 17.390 | 535,292.29 | |
| 11/07 | 15,885 | | 26086 | CONOCOPHILIPS | 53.060 | 843,493.10 | |
| 11/07 | 62,481 | | 26321 | CISCO SYSTEMS INC | 17.580 | 1,100,914.98 | |
| 11/07 | 14,826 | | 26556 | CVS CAREMARK CORP | 31.720 | 470,873.72 | |
| 11/07 | 22,239 | | 26791 | CHEVRON CORP | 75.450 | 1,678,821.55 | |
| 11/07 | 20,121 | | 27026 | THE WALT DISNEY CO | 25.620 | 516,304.02 | |
| 11/07 | 111,195 | | 27261 | GENERAL ELECTRIC CO | 19.810 | 2,207,219.95 | |
| 11/07 | 2,118 | | 27496 | GOOGLE | 349.160 | 739,604.88 | |
| | | | | CONTINUED ON PAGE   6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING 11/30/08

PAGE 6

YOUR ACCOUNT NUMBER  1-FR128-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/07 | 4,236 | | 27731 | GOLDMAN SACHS GROUP INC | 89.070 | 377,469.52 | |
| 11/07 | 18,003 | | 27966 | HOME DEPOT INC | 22.480 | 405,427.44 | |
| 11/07 | 26,475 | | 28201 | HEWLETT PACKARD CO | 38.820 | 1,028,818.50 | |
| 11/07 | 14,826 | | 28436 | INTERNATIONAL BUSINESS MACHS | 92.430 | 1,370,960.18 | |
| 11/07 | 59,304 | | 28671 | INTEL CORP | 16 | 951,236.00 | |
| 11/07 | 29,652 | | 28906 | JOHNSON & JOHNSON | 61.820 | 1,834,272.64 | |
| 11/07 | 40,242 | | 29141 | J.P. MORGAN CHASE & CO | 40.960 | 1,649,921.32 | |
| 11/07 | 15,885 | | 29376 | KRAFT FOOD INC | 29.710 | 472,578.35 | |
| 11/07 | 21,180 | | 29611 | COCA COLA CO | 46.580 | 987,441.40 | |
| 11/07 | 11,649 | | 29846 | MCDONALDS CORP | 57.510 | 670,398.99 | |
| 11/07 | 11,649 | | 30081 | MEDTRONIC INC | 41.140 | 479,704.86 | |
| 11/07 | 7,413 | | 30316 | 3M COMPANY | 64.880 | 481,251.44 | |
| 11/07 | 22,239 | | 30551 | ALTRIA GROUP INC | 19.370 | 431,658.43 | |
| 11/07 | 23,298 | | 30786 | MERCK & CO | 30.480 | 711,054.04 | |
| 11/07 | 84,720 | | 31021 | MICROSOFT CORP | 22.940 | 1,946,864.80 | |
| 11/07 | 42,360 | | 31256 | ORACLE CORPORATION | 18.470 | 784,083.20 | |
| 11/07 | 8,472 | | 31961 | OCCIDENTAL PETROLEUM CORP | 54.380 | 461,045.36 | |
| 11/07 | 16,944 | | 32196 | PEPSICO INC | 58.630 | 994,103.72 | |
| 11/07 | 72,012 | | 32431 | PFIZER INC | 18 | 1,299,096.00 | |
| 11/07 | 32,829 | | 32666 | PROCTER & GAMBLE CO | 65.180 | 2,141,107.22 | |
| 11/07 | 22,239 | | 32901 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 971,398.96 | |
| 11/07 | 18,003 | | 33136 | QUALCOMM INC | 37.690 | 679,253.07 | |
| 11/07 | 12,708 | | 33371 | SCHLUMBERGER LTD | 51.770 | 658,401.16 | |
| 11/07 | 61,422 | | 33606 | AT&T INC | 28.910 | 1,778,166.02 | |
| 11/07 | 38,124 | | 33841 | TIME WARNER INC | 10.110 | 386,957.64 | |

CONTINUED ON PAGE   7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ▪ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
42 Berkeley Street
Mayfair, London W1J 8DT
Tel. 010 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING: 11/30/08

PAGE: 7   AM

YOUR ACCOUNT NUMBER: 1-FR128-3-0

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/07 | 10,590 | | 34076 | UNITED PARCEL SVC INC CLASS B | 53.680 | 568,894.20 | |
| 11/07 | 19,062 | | 34311 | U S BANCORP | 30.790 | 587,680.98 | |
| 11/07 | 10,590 | | 34546 | UNITED TECHNOLOGIES CORP | 56 | 593,463.00 | |
| 11/07 | 29,652 | | 34781 | VERIZON COMMUNICATIONS | 31.810 | 944,416.12 | |
| 11/07 | 36,006 | | 35016 | WELLS FARGO & CO NEW | 34.080 | 1,228,524.48 | |
| 11/07 | 24,357 | | 35251 | WAL-MART STORES INC | 56.730 | 1,382,746.61 | |
| 11/07 | 56,127 | | 35486 | EXXON MOBIL CORP | 75.280 | 4,227,485.56 | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .97 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CM | .29 | |
| 11/07 | | 53,451 | 10988 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 53,451.00 |
| 11/07 | | 16,425,000 | 11258 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 16,412,352.75 |
| 11/07 | | 16,500,000 | 11470 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 16,481,355.00 |
| 11/07 | | 16,500,000 | 11686 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 16,481,685.00 |
| | | | | CONTINUED ON PAGE   8 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF | 885 Third Avenue | Affiliated with |
| | INVESTMENT SECURITIES LLC | New York, NY 10022 | Madoff Securities International Limited |
| | New York □ London | (212) 230-2424 | 12 Berkeley Street |
| | | 800 334-1343 | Mayfair, London W1J 8DT |
| | | Fax (212) 838-4061 | Tel 020 7493 6222 |

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

| PERIOD ENDING | 11/30/08 | PAGE | 8 | AM |

| YOUR ACCOUNT NUMBER | 1-FR128-3-0 | YOUR TAXPAYER IDENTIFICATION NUMBER |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 16,425,000 | 11899 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 16,402,990.50 |
| 11/07 | 9,075,000 | | 12233 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 9,049,590.00 | |
| 11/07 | 9,075,000 | | 12453 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 9,045,143.25 | |
| 11/07 | 26,497 | | 12678 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,497.00 |
| 11/10 | 11,691 | | 35961 | APPLE INC | 108.720 | 1,271,512.52 | |
| 11/10 | 20,784 | | 36196 | ABBOTT LABORATORIES | 55.910 | 1,162,864.44 | |
| 11/10 | 14,289 | | 36431 | AMGEN INC | 59.620 | 852,481.18 | |
| 11/10 | 10,392 | | 36666 | BOEING CO | 52.190 | 542,773.48 | |
| 11/10 | 67,548 | | 36901 | BANK OF AMERICA | 24.050 | 1,627,230.40 | |
| 11/10 | 9,093 | | 37136 | BAXTER INTERNATIONAL INC | 60.770 | 552,944.61 | |
| 11/10 | 15,588 | | 37371 | BANK OF NEW YORK MELLON CORP | 33.480 | 522,509.24 | |
| 11/10 | 27,279 | | 37606 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 582,406.49 | |
| 11/10 | 9,093 | | 37841 | ANHEUSER BUSCH COS INC | 64.090 | 583,133.37 | |
| 11/10 | 74,043 | | 38076 | CITI GROUP INC | 14.270 | 1,059,554.61 | |
| 11/10 | 38,970 | | 38311 | COMCAST CORP CL A | 17.410 | 680,025.70 | |
| 11/10 | 20,784 | | 38546 | CONOCOPHILIPS | 54.130 | 1,125,868.92 | |
| 11/10 | 79,239 | | 38781 | CISCO SYSTEMS INC | 18.080 | 1,435,810.12 | |

CONTINUED ON PAGE   9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PAGE 49/143 * RCVD AT 12/2/2008 7:40:00 PM [Romance Standard Time] * SVR:LU40N/ONT00 1/2/3 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY    BP 413
L-2014 LUXEMBOURG

| PERIOD ENDING | | PAGE | |
|---|---|---|---|
| 11/30/08 | | 9 | AN |

YOUR ACCOUNT NUMBER: 1-FR128-3-0

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 19,485 | | 39016 | CVS CAREMARK CORP | 31.300 | 610,659.50 | |
| 11/10 | 28,578 | | 39251 | CHEVRON CORP | 76.410 | 2,184,787.98 | |
| 11/10 | 24,681 | | 39486 | THE WALT DISNEY CO | 25.660 | 634,501.46 | |
| 11/10 | 141,591 | | 39721 | GENERAL ELECTRIC CO | 20.530 | 2,912,526.23 | |
| 11/10 | 2,598 | | 39956 | GOOGLE | 363.580 | 944,683.84 | |
| 11/10 | 6,495 | | 40191 | GOLDMAN SACHS GROUP INC | 92.680 | 602,215.60 | |
| 11/10 | 23,382 | | 40426 | HOME DEPOT INC | 23.030 | 539,422.46 | |
| 11/10 | 33,774 | | 40661 | HEWLETT PACKARD CO | 37.290 | 1,260,782.46 | |
| 11/10 | 18,186 | | 40896 | INTERNATIONAL BUSINESS MACHS | 92.660 | 1,685,841.76 | |
| 11/10 | 76,641 | | 41131 | INTEL CORP | 15.880 | 1,220,124.08 | |
| 11/10 | 37,671 | | 41366 | JOHNSON & JOHNSON | 61.320 | 2,311,491.72 | |
| 11/10 | 49,362 | | 41601 | J.P. MORGAN CHASE & CO | 41.730 | 2,061,850.26 | |
| 11/10 | 20,784 | | 41836 | KRAFT FOOD INC | 30.100 | 626,429.40 | |
| 11/10 | 27,279 | | 42071 | COCA COLA CO | 45.500 | 1,242,285.50 | |
| 11/10 | 15,588 | | 42306 | MCDONALDS CORP | 57.230 | 892,724.24 | |
| 11/10 | 15,588 | | 42541 | MEDTRONIC INC | 40.300 | 628,819.40 | |
| 11/10 | 9,093 | | 42776 | 3M COMPANY | 64.690 | 588,589.17 | |
| 11/10 | 27,279 | | 43011 | ALTRIA GROUP INC | 18.890 | 516,391.31 | |
| 11/10 | 28,578 | | 43246 | MERCK & CO | 30.510 | 873,057.78 | |
| 11/10 | 105,219 | | 43481 | MICROSOFT CORP | 23.200 | 2,445,288.80 | |
| 11/10 | 53,259 | | 43716 | ORACLE CORPORATION | 18.600 | 992,747.40 | |
| 11/10 | 11,691 | | 44421 | OCCIDENTAL PETROLEUM CORP | 56.010 | 655,279.91 | |
| 11/10 | 20,784 | | 44656 | PEPSICO INC | 57.550 | 1,196,950.20 | |
| 11/10 | 92,229 | | 44891 | PFIZER INC | 17.960 | 1,660,121.84 | |
| 11/10 | 40,269 | | 45126 | PROCTER & GAMBLE CO | 65.230 | 2,628,356.87 | |
| | | | | CONTINUED ON PAGE   10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING **11/30/08**

PAGE **10** AM

YOUR ACCOUNT NUMBER **1-FR128-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | 27,279 | | 45361 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 1,202,185.37 | |
| 11/10 | 22,083 | | 45596 | QUALCOMM INC | 37.310 | 824,799.73 | |
| 11/10 | 16,887 | | 45831 | SCHLUMBERGER LTD | 50.500 | 853,468.50 | |
| 11/10 | 80,538 | | 46066 | AT&T INC | 28.580 | 2,304,997.04 | |
| 11/10 | 46,764 | | 46301 | TIME WARNER INC | 11.010 | 516,741.64 | |
| 11/10 | 12,990 | | 46536 | UNITED PARCEL SVC INC CLASS B | 54.420 | 707,434.80 | |
| 11/10 | 23,382 | | 46771 | U S BANCORP | 31.510 | 737,701.82 | |
| 11/10 | 12,990 | | 47006 | UNITED TECHNOLOGIES CORP | 56.430 | 733,544.70 | |
| 11/10 | 38,970 | | 47241 | VERIZON COMMUNICATIONS | 32 | 1,248,598.00 | |
| 11/10 | 44,166 | | 47476 | WELLS FARGO & CO NEW | 34.600 | 1,529,909.60 | |
| 11/10 | 29,877 | | 47711 | WAL-MART STORES INC | 55.710 | 1,665,642.67 | |
| 11/10 | 70,146 | | 47946 | EXXON MOBIL CORP | 75.800 | 5,319,871.80 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.44 |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | | .43 |
| 11/10 | | 26,497 | 12914 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,497.00 |
| 11/10 | | 16,500,000 | 13114 | U S TREASURY BILL DUE 3/12/2009    3/12/2009 | 99.875 | | 16,479,375.00 |
| 11/10 | | 3,775,000 | 13293 | U S TREASURY BILL DUE 03/19/2009    3/19/2009 | 99.867 | | 3,769,979.25 |

CONTINUED ON PAGE   11

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 51/113 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:L/A00MONT00/23 * DNIS:2101 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

11/30/08    11    AM

YOUR ACCOUNT NUMBER   1-FR128-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 7,975,000 | 13504 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.834 | | 7,961,761.50 |
| 11/10 | | 7,975,000 | 13706 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.770 | | 7,956,657.50 |
| 11/10 | | 17,050,000 | 13925 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.742 | | 17,006,011.00 |
| 11/10 | | 9,075,000 | 14153 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 9,046,504.50 |
| 11/10 | 100,000 | | 14375 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 99,686.00 | |
| 11/10 | 13,203 | | 14602 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,203.00 | |
| 11/18 | | 27,223 | 49349 | ANHEUSER BUSCH COS INC | 70 | | 1,905,610.00 |
| 11/18 | 1,900,000 | | 49584 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 1,896,770.00 | |
| 11/18 | 8,840 | | 49822 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,840.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.24 |

CONTINUED ON PAGE   12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
4D AVENUE MONTEREY    BP 413
L-2014 LUXEMBOURG

PERIOD ENDING  11/30/08    PAGE 12   AM

YOUR ACCOUNT NUMBER  1-FR128-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .67 | |
| 11/19 | | 22,043 | 51526 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,043.00 |
| 11/19 | 17,275,000 | | 56131 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 17,262,216.50 | |
| 11/19 | 2,362 | | 60565 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,362.00 | |
| 11/20 | | 17,275,000 | 63798 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 17,268,435.50 |
| 11/20 | 17,275,000 | | 64036 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 17,265,844.25 | |
| 11/20 | 2,591 | | 64275 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,591.00 | |
| 11/25 | 4,608 | | 64516 | APPLE INC | 85.070 | 392,186.56 | |
| 11/25 | 8,192 | | 64754 | ABBOTT LABORATORIES | 54.140 | 443,841.88 | |
| 11/25 | 5,632 | | 64992 | AMGEN INC | 53.630 | 302,269.16 | |
| 11/25 | 26,112 | | 65230 | BANK OF AMERICA | 12.980 | 339,977.76 | |
| 11/25 | 3,072 | | 65468 | BAXTER INTERNATIONAL INC | 52.570 | 161,617.04 | |
| 11/25 | 6,144 | | 65706 | BANK OF NEW YORK MELLON CORP | 24.690 | 151,940.36 | |
| 11/25 | 10,240 | | 65944 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 206,642.60 | |

CONTINUED ON PAGE  13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 13 |

YOUR ACCOUNT NUMBER: 1-FR128-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 29,696 | | 66182 | CITI GROUP INC | 6.100 | 182,332.60 | |
| 11/25 | 2,560 | | 66420 | COLGATE PALMOLIVE CO | 62.660 | 160,511.60 | |
| 11/25 | 14,848 | | 66658 | COMCAST CORP CL A | 13.970 | 208,049.56 | |
| 11/25 | 8,192 | | 66896 | CONOCOPHILIPS | 45.100 | 369,786.20 | |
| 11/25 | 30,720 | | 67134 | CISCO SYSTEMS INC | 14.970 | 461,106.40 | |
| 11/25 | 7,680 | | 67372 | CVS CAREMARK CORP | 27.040 | 207,974.20 | |
| 11/25 | 10,752 | | 67610 | CHEVRON CORP | 68.710 | 739,199.92 | |
| 11/25 | 9,728 | | 67848 | THE WALT DISNEY CO | 19.760 | 192,614.28 | |
| 11/25 | 3,584 | | 68086 | EXELON CORP | 48.740 | 174,827.16 | |
| 11/25 | 56,320 | | 68324 | GENERAL ELECTRIC CO | 14.010 | 791,295.20 | |
| 11/25 | 1,024 | | 68562 | GOOGLE | 275 | 281,640.00 | |
| 11/25 | 8,704 | | 68800 | HOME DEPOT INC | 19.530 | 170,337.12 | |
| 11/25 | 12,800 | | 69038 | HEWLETT PACKARD CO | 32.990 | 422,784.00 | |
| 11/25 | 7,168 | | 69276 | INTERNATIONAL BUSINESS MACHS | 75.080 | 538,459.44 | |
| 11/25 | 29,696 | | 69514 | INTEL CORP | 12.270 | 365,556.92 | |
| 11/25 | 14,848 | | 69752 | JOHNSON & JOHNSON | 57.650 | 856,580.20 | |
| 11/25 | 19,456 | | 69990 | J.P. MORGAN CHASE & CO | 27.760 | 540,876.56 | |
| 11/25 | 7,680 | | 70228 | KRAFT FOOD INC | 25.900 | 199,219.00 | |
| 11/25 | 10,240 | | 70466 | COCA COLA CO | 42.040 | 430,898.60 | |
| 11/25 | 5,632 | | 70704 | MCDONALDS CORP | 55 | 309,985.00 | |
| 11/25 | 6,144 | | 70942 | MEDTRONIC INC | 30.800 | 189,480.20 | |
| 11/25 | 3,584 | | 71180 | 3M COMPANY | 58.280 | 209,018.52 | |
| 11/25 | 10,752 | | 71418 | ALTRIA GROUP INC | 16.250 | 175,150.00 | |
| 11/25 | 11,264 | | 71656 | MERCK & CO | 25 | 282,050.00 | |
| | | | | CONTINUED ON PAGE   14 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6122

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY    BP 413
L-2014 LUXEMBOURG

PERIOD ENDING 11/30/08
PAGE 14    AM

YOUR ACCOUNT NUMBER 1-FR128-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TAX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | 40,960 | | 71894 | MICROSOFT CORP | 18.100 | 743,014.00 | |
| 11/25 | 20,480 | | 72608 | ORACLE CORPORATION | 16.050 | 329,523.00 | |
| 11/25 | 4,608 | | 72846 | OCCIDENTAL PETROLEUM CORP | 44.570 | 205,562.56 | |
| 11/25 | 8,192 | | 73084 | PEPSICO INC | 51.800 | 424,672.60 | |
| 11/25 | 35,328 | | 73322 | PFIZER INC | 15.320 | 542,637.96 | |
| 11/25 | 15,360 | | 73560 | PROCTER & GAMBLE CO | 61.940 | 952,012.40 | |
| 11/25 | 10,752 | | 73798 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 391,587.76 | |
| 11/25 | 8,704 | | 74036 | QUALCOMM INC | 29.850 | 260,162.40 | |
| 11/25 | 6,144 | | 74274 | SCHLUMBERGER LTD | 46.270 | 284,527.88 | |
| 11/25 | 30,720 | | 74512 | AT&T INC | 25 | 769,228.00 | |
| 11/25 | 18,944 | | 74750 | TIME WARNER INC | 8.010 | 152,498.44 | |
| 11/25 | 5,120 | | 74988 | UNITED PARCEL SVC INC CLASS B | 50.760 | 260,095.20 | |
| 11/25 | 9,216 | | 75226 | U S BANCORP | 23.400 | 216,022.40 | |
| 11/25 | 5,120 | | 75464 | UNITED TECHNOLOGIES CORP | 44.890 | 230,040.80 | |
| 11/25 | 14,848 | | 75702 | VERIZON COMMUNICATIONS | 26.570 | 395,104.36 | |
| 11/25 | 19,968 | | 75940 | WELLS FARGO & CO NEW | 23.820 | 476,435.76 | |
| 11/25 | 11,776 | | 76178 | WAL-MART STORES INC | 51.450 | 606,346.20 | |
| 11/25 | 7,168 | | 76416 | WYETH | 33 | 236,830.00 | |
| 11/25 | 27,648 | | 76654 | EXXON MOBIL CORP | 72 | 1,991,761.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | .45 |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FOLXX | CW | | .14 |
| | | | | CONTINUED ON PAGE    15 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 55/43 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LI40/RIONT00012/3 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 15 | AN |

| YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR128-3-0 | |

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 4,953 | 77227 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,953.00 |
| 11/25 | | 19,275,000 | 77485 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 19,251,484.50 |
| 11/26 | | 84 | 78022 | COLGATE PALMOLIVE CO | 62.730 | | 5,266.32 |
| 11/26 | 40 | | 78127 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 40.00 | |
| | | | | NEW BALANCE | | 27,460,929.96 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 264,540 | | | AT&T INC | 28.560 | | |
| | 70,416 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 92,421 | | | ALTRIA GROUP INC | 16.080 | | |
| | 48,411 | | | AMGEN INC | 55.540 | | |
| | 39,609 | | | APPLE INC | 92.670 | | |
| | 227,281 | | | BANK OF AMERICA | 16.250 | | |
| | 51,753 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 27,705 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 31,112 | | | BOEING CO | 42.630 | | |
| | 89,319 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 64,956 | | | CVS CAREMARK CORP | 28.930 | | |
| | 93,720 | | | CHEVRON CORP | 79.010 | | |
| | 265,831 | | | CISCO SYSTEMS INC | 16.540 | | |

CONTINUED ON PAGE   16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10922
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING: 11/30/08
PAGE: 16    AM

YOUR ACCOUNT NUMBER: 1-FB128-3-0

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 246,661 | | | CITI GROUP INC | 8.290 | | |
| | 89,319 | | | COCA COLA CO | 46.870 | | |
| | 2,476 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 130,459 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 69,357 | | | CONOCOPHILIPS | 52.520 | | |
| | 85,150 | | | THE WALT DISNEY CO | 22.520 | | |
| | 3,584 | | | EXELON CORP | 56.210 | | |
| | 236,595 | | | EXXON MOBIL CORP | 80.150 | | |
| | 472,923 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 16,855 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 8,802 | | | GOOGLE | 292.960 | | |
| | 111,324 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 77,647 | | | HOME DEPOT INC | 23.110 | | |
| | 252,908 | | | INTEL CORP | 13.800 | | |
| | 61,614 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 167,238 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 126,570 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 68,845 | | | KRAFT FOOD INC | 27.210 | | |
| | 51,241 | | | MCDONALDS CORP | 58.750 | | |
| | 51,753 | | | MEDTRONIC INC | 30.520 | | |
| | 96,822 | | | MERCK & CO | 26.720 | | |
| | 354,910 | | | MICROSOFT CORP | 20.220 | | |
| | 38,550 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 178,870 | | | ORACLE CORPORATION | 16.090 | | |
| | | | | CONTINUED ON PAGE  17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 57/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40MONT00123 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY    BP 413
L-2014 LUXEMBOURG

PERIOD ENDING: 11/30/08
PAGE: 17    AM

YOUR ACCOUNT NUMBER
1-FR128-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 70,416 | | | PEPSICO INC | 56.700 | | |
| | 305,208 | | | PFIZER INC | 16.430 | | |
| | 93,952 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 135,919 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 74,817 | | | QUALCOMM INC | 33.570 | | |
| | 54,111 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 40 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 30,807 | | | 3M COMPANY | 66.930 | | |
| | 160,479 | | | TIME WARNER INC | 9.050 | | |
| | 79,218 | | | U S BANCORP | 26.980 | | |
| | 44,010 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 44,010 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 127,869 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 101,223 | | | WAL-MART STORES INC | 55.880 | | |
| | 152,194 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 7,168 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | 187,998,590.20 | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 58/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LVA0NONT0N120 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 18 | AM |

YOUR ACCOUNT NUMBER: 1-FR128-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,192,589.88 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,442,642,023.88 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING 11/30/08   PAGE 1 AM

YOUR ACCOUNT NUMBER 1-FR128-4-0

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 9,295,398.00 |
| 11/06 | | 1,531 | 18970 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 3,106,399.00 |
| 11/06 | 1,531 | | 19205 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 3,140,081.00 | |
| 11/07 | | 1,059 | 31491 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 2,328,741.00 |
| 11/07 | 1,059 | | 31726 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 1,462,479.00 | |
| 11/10 | | 1,299 | 43951 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 1,609,461.00 |
| 11/10 | 1,299 | | 44186 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 2,183,619.00 | |
| 11/19 | | 3,889 | 30164 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 10,107,511.00 |
| 11/19 | 3,889 | | 30402 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 11,670,889.00 | |
| 11/19 | 2,590 | | 30640 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 391,090.00 | |
| 11/19 | 1,299 | | 30878 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 118,209.00 | |
| 11/19 | | 2,590 | 31116 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 11,652,410.00 |
| 11/19 | | 1,299 | 31354 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 7,662,801.00 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York u London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
LUXEMBOURG SA SPEC CUST ACCT
FOR SENATOR FUND SPC
40 AVENUE MONTEREY   BP 413
L-2014 LUXEMBOURG

PERIOD ENDING
11/30/08

PAGE
2   AN

YOUR ACCOUNT NUMBER
1-FR128-4-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | | 512 | 72132 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 1,740,288.00 |
| 11/25 | 512 | | 72370 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 1,075,712.00 | |
| | | | | NEW BALANCE | | | 27,460,930.00 |
| | | 3,889 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | 512 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 3,889 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 512 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |

MARKET VALUE OF SECURITIES
LONG                SHORT
6,677,970.00     12,184,570.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PAGE 61/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LL40MONT001/29 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

HAUSMANINGER KLETTER

RECHTSANWÄLTE — GESELLSCHAFT MBH

A-1010 WIEN, FRANZ JOSEFS-KAI 3
TEL 01 513 95 40
FAX 01/513 95 40-12



WIEN
23.1.09
1010

ÖSTERREICH
€ EUROCENT
0895
F 393672



**PRIORITY**
**PRIORITAIRE**

R IIIIIIIII  (AR)

1010  Wien

R  RO 74540241 4 AT



WIEN
ID: 7
23JAN09-14:23
1010

BAR FREIGEMACHT
POSTAGE PAID
ÖSTERREICH
AUSTRIA

000210

BULLETIN D'EXPÉDITION
DOCUMENTS DE DOUANE, ETC., INCLUS
7 662 018 210   03.2008



Post.