| | |
|---|---|
| **Baker & Hostetler LLP** <br> 45 Rockefeller Plaza <br> New York, NY  10111 <br> Telephone: (212) 589-4200 <br> Facsimile:  (212) 589-4201 <br><br> *Attorneys for Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Substantively Consolidated estate of Bernard L. Madoff* | Hearing Date: November 19, 2014 <br> Time:  10:00 a.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>         Plaintiff, <br>   v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>         Plaintiff, <br>   v. <br><br> DEFENDANTS IN  ADVERSARY PROCEEDINGS LISTED ON APPENDIX 1 ATTACHED HERETO, <br><br>         Defendants. | Adv. Pro. Nos. listed on Appendix 1 Attached Hereto |

**TRUSTEE'S STATEMENT REGARDING AMENDMENTS TO EXHIBITS TO**
**PROPOSED ORDER CONCERNING FURTHER PROCEEDINGS**
**ON EXTRATERRITORIALITY MOTION AND TRUSTEE'S OMNIBUS**
<u>**MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY**</u>

Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), individually, by and through his counsel, respectfully submits this statement ("Statement") submitting amended exhibits A and B to the proposed order (the "Proposed Order"), submitted as Exhibit A to the Notice of Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Docket No. 8249). In support of this Statement, the Trustee respectfully states as follows:

## Introduction

1. Attached to the Proposed Order are Exhibits A and B, which identify the parties seeking to participate in the briefing procedures set forth in the Proposed Order.

2. Specifically, Exhibit A to the Proposed Order identifies the subsequent transferee defendants who participated in the motion to withdraw the reference with respect to extraterritoriality issue before the District Court, and contend that the District Court's Extraterritoriality Decision requires dismissal of the Trustee's counts pursuant to Bankruptcy Code Section 550(a)(2), in whole or in part.

3. Exhibit B to the Proposed Order identifies subsequent transferee defendants who did not participate in the motion to withdraw the reference with respect to extraterritoriality issue before the District Court, but contend that the District Court's Extraterritoriality Decision requires dismissal of the Trustee's counts pursuant to Bankruptcy Code Section 550(a)(2), in whole or in part.

4. Since the filing of the Proposed Order, the Trustee was contacted by counsel for

2

certain subsequent transferee defendants that were not included in the original Exhibits A or B to the Proposed Order, but now seek to participate in the briefing procedures set forth in the Proposed Order. The Trustee has conferred with coordinating counsel for the defendants, and neither has any objection to the inclusion of these defendants to the briefing procedures set forth in the Proposed Order.

5. Attached as Exhibit 1 to this Statement is a revised Exhibit A to the Proposed Order adding a new defendant to the schedule.

6. Attached as Exhibit 2 to this Statement is a revised Exhibit B to the Proposed Order adding a new defendant to the schedule.

7. For the convenience of the Court and the parties, attached as Exhibits 3 and 4 are blackline versions of Exhibits A and B, respectively, comparing the proposed revisions to the original exhibits.

Dated: New York, New York  
November 18, 2014

Respectfully submitted,

*/s/ Regina Griffin*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina Griffin
Email: rgriffin@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*

3

APPENDIX 1

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01154 | Picard v. Vizcaya Partners Limited |
| 09-01239 | Picard v. Fairfield Sentry Limited |
| 09-01364 | Picard v. HSBC Bank plc |
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04285 | Picard v. UBS AG |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited |
| 10-05286 | Picard v. Legacy Capital Ltd. |
| 10-05311 | Picard v. UBS AG |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 10-05415 | Picard v. American Securities Management, L.P. |
| 11-01724 | Picard v. Pictet et Cie |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA |
| 11-01885 | Picard v. Safra National Bank of New York |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |

# APPENDIX 1

| Adversary Proceeding Number | Case Name |
|---|---|
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |

## APPENDIX 1

| | ADDITIONAL CASES ADDED |
|---|---|
| 09-01161 | Picard v. Federico Ceretti, et al. |
| 10-04336 | Picard v. The Estate of Doris Igoin, et al. |
| 10-04517 | Picard v. Radcliff Investments Limited, et al. |
| 10-05267 | Picard v. Leon Flax, et al. |
| 10-05411 | Picard v. Sonja Kohn, et al. |
| 11-02731 | Picard v. Trincaster Corporation |
| 11-02758 | Picard v. Caceis Bank Luxembourg, et al. |
| 11-02925 | Picard v. Credit Suisse AG, et al. |
| 12-01022 | Picard v. Credit Agricole (Suisse) S.A., et al. |
| 12-01025 | Picard v. Solon Capital Ltd. |
| 12-01273 | Picard v. Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Ltd. |
| 12-01513 | Picard v. Citivic Nominees Ltd. |
| 12-01669 | Picard v. Barfield Nominees Ltd., et al. |
| 12-01676 | Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. |
| 12-01680 | Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), et al. |
| 12-01698 | Picard v. Banque Internationale a Luxembourg S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., et al. |
| 12-01699 | Picard v. Royal Bank of Canada, et al. |