BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Regina Griffin
Thomas L. Long
Catherine E. Woltering
Jonathan D. Blattmachr

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 19, 2014 AT 10:00 A.M.**

**CONTESTED MATTER**

SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)

1.   Notice of Hearing on Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery and Opportunity for Hearing (Filed: 11/07/2014) [Docket No. 8390]

2. Notice of Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery and Opportunity for Hearing (Filed: 10/23/2014) [Docket No. 8249]

Objections Filed:

3. Limited Objection of UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA ("UBS Defendants") to the Trustee's Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 11/3/14) [Adv. Pro. No. 10-04285: Docket No. 178]

4. Limited Objection of UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA ("UBS Defendants") to the Trustee's Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 11/3/14) [Adv. Pro. No. 10-05311: Docket No. 181]

5. Statement of Defendants Legacy Capital Ltd., Isaac Jimmy Mayer, Rafael Mayer, David Mayer, Khronos LLC, Khronos Capital Research LLC and Montpellier Resources Ltd. in Response to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 11/3/14) [Adv. Pro. No. 10-05286: Docket No. 92]

6. Limited Objection of Merrill Lynch International to the Trustee's Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 11/3/14) [Adv. Pro. No. 10-05346: Docket No. 64]

Response Filed:

7. Trustee's Response to Limited Objections to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 11/12/14) [Docket No. 8440]

Supplemental Statement Filed:

8. Trustee's Statement Regarding Amendments to Exhibits to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 11/18/2014) [Docket No. 8500]

Additional Filings:

9. November 17, 2014 Letter to Judge Bernstein filed by Lowenstein Sandler on behalf of Bureau of Labor Insurance (Filed: 11/17/2014) [Docket No. 8478]

300342200

10. November 18, 2014 Letter to Judge Bernstein filed by Baker Hostetler LLP in response to letter filed on behalf of Bureau of Labor Insurance (Filed: 11/18/2014) [Docket No. 8498]

Related Filings:

11. Trustee's Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [Docket No. 7826]

    a. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [Docket No. 7827]

    b. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [Docket No. 7828]

12. October 2, 2014 Letter to Judge Bernstein regarding Trustee's Omnibus Motion for Leave to Replead and Defendants' Request for Further Proceedings on Extraterritoriality Motion (Filed: 10/02/2014) [Docket No. 8060]

13. Joinder to October 2, 2014 Letter to Judge Bernstein regarding Trustee's Omnibus Motion for Leave to Replead and Defendants' Request for Further Proceedings on Extraterritoriality Motion (Filed: 10/02/2014) [Docket No. 8062]

14. Joinder to October 2, 2014 Letter to Judge Bernstein regarding Trustee's Omnibus Motion for Leave to Replead and Defendants' Request for Further Proceedings on Extraterritoriality Motion (Filed: 10/02/2014) [Docket No. 8063]

15. Notice of Adjournment of Hearing on Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (Filed: 10/21/2014) [Docket No. 8229]

**Status:** This matter is going forward.

## STATUS CONFERENCE

Picard v. Ceretti, et al., Adv. Pro. No. 09-01161 (SMB)

1. November 14, 2014 Letter to Judge Bernstein filed by Paul Hastings on behalf of FIM Advisers LLP, FIM Limited, and Messrs. Carlo Grosso and Federico Ceretti (the "FIM Defendants") regarding dispute over litigation position. (Filed: 11/14/2014) [Adv. Pro. No. 09-01161: Docket No. 136]

300342200

2. November 17, 2014 Letter filed by Baker & Hostetler LLP on behalf of Irving H. Picard in Response to November 14, 2014 Letter to Judge Bernstein filed by Paul Hastings on behalf of FIM Advisers LLP, FIM Limited, and Messrs. Carlo Grosso and Federico Ceretti (Filed: 11/17/2014) [Adv. Pro. No. 09-01161: Docket No. 137]

3. November 18, 2014 Supplemental Letter with Attachment A including correspondence exchanged between counsel for FIM Limited and the Trustee filed by Baker & Hostetler LLP on behalf of Irving H. Picard in Response to November 14, 2014 Letter to Judge Bernstein filed by Paul Hastings on behalf of FIM Advisers LLP, FIM Limited, and Messrs. Carlo Grosso and Federico Ceretti (Filed:  11/18/2014) [Adv. Pro. No. 09-01161: Docket No. 141]

**Status**:  This matter is going forward.

Dated: New York, New York
November 18, 2014

Respectfully submitted,

*/s/ Regina Griffin*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina Griffin
Email: rgriffin@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com
Jonathan D. Blattmachr
Email: jblattmachr@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*