**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> SOUTHERN ENGINEERING CORPORATION EMPLOYEES' PROFIT SHARING PLAN; ALBERT H. SMALL, in his capacity as Trustee of the trust maintained in connection with the Southern Engineering Corporation Employees' Profit Sharing Plan; and ALBERT H. SMALL, individually, <br><br> Defendants. | Adv. Pro. No. 10-05081 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted

pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including December 15, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  November 19, 2014
      New York, New York

By:    */s/ Nicholas J. Cremona*
       **BAKER & HOSTETLER LLP**
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: (212) 589-4200
       Facsimile: (212) 589-4201
       David J. Sheehan
       Email:  dsheehan@bakerlaw.com
       Marc E. Hirschfield
       Email:  mhirschfield@bakerlaw.com
       Nicholas J. Cremona
       Email:  ncremona@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated:  November 19, 2014
      New York, New York

By:    */s/ Edward A. Smith*
       **VENABLE LLP**
       1270 Avenue of the Americas
       Rockefeller Center
       New York, New York 10020
       Telephone: (212) 983-3850
       Facsimile: (212) 307-5598
       Edward A. Smith
       Email: easmith@Venable.com
       Vincent E. Verrocchio (*pro hac vice* pending)
       Email: veverrocchio@Venable.com

       *Attorneys for Defendants Southern Engineering Corporation Employees' Profit Sharing Plan and Albert H. Small*

Dated:  November 19, 2014
      New York, New York

By:    */s/ Stuart Hirshfield*
       **STUART HIRSHFIELD**
       P. O. Box 127
       Stockbridge, MA 01262-0127
       Telephone: (917) 886-7324
       Facsimile: (413) 298-5478
       SHirshfield1@gmail.com

       *Mediator*