**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04730 (SMB) |
| Plaintiff, | |
| v. | |

EDWARD BLUMENFELD, individually, and as Trustee for SUSAN BLUMENFELD GST TRUST, TRUST F/B/O SUSAN BLUMENFELD, TRUST F/B/O DAVID BLUMENFELD, and TRUST F/B/O BRAD BLUMENFELD;

SUSAN BLUMENFELD, individually, and as Trustee for TRUST F/B/O SUSAN BLUMENFELD, TRUST F/B/O DAVID BLUMENFELD, TRUST F/B/O BRAD BLUMENFELD, DAVID BLUMENFELD FARMINGDALE TRUST, BRAD BLUMENFELD FARMINGDALE TRUST, BOXWOOD REALTY GROUP, and DOGWOOD REALTY GROUP;

DAVID BLUMENFELD, individually, and as

{10998352:2}

Trustee for SUSAN BLUMENFELD GST
TRUST, THE DAVID BLUMENFELD
FAMILY TRUST, TRUST F/B/O DAVID
BLUMENFELD,  BOXWOOD REALTY
GROUP, and DOGWOOD REALTY GROUP;

BRAD BLUMENFELD, individually, and as
Trustee for SUSAN BLUMENFELD GST
TRUST, THE DAVID BLUMENFELD
FAMILY TRUST, TRUST F/B/O BRAD
BLUMENFELD, BOXWOOD REALTY
GROUP, and DOGWOOD REALTY GROUP;

HARVEY COHEN, individually, and as Trustee
for EDWARD BLUMENFELD AND SUSAN
BLUMENFELD CHARITABLE LEAD
TRUST, EDWARD AND SUSAN
BLUMENFELD 2007 CHARITABLE LEAD
TRUST, and BRAD BLUMENFELD
CHARITABLE LEAD TRUST;

BLUMENFELD DEVELOPMENT GROUP,
LTD.; EDWARD AND SUSAN
BLUMENFELD CHARITABLE LEAD
TRUST; EDWARD BLUMENFELD & SUSAN
BLUMENFELD 2007 CHARITABLE LEAD
TRUST; TRUST F/B/O SUSAN
BLUMENFELD; SUSAN BLUMENFELD GST
TRUST; TRUST F/B/O DAVID
BLUMENFELD; EDWARD BLUMENFELD &
SUSAN BLUMENFELD, GUARDIANS FOR
DAVID BLUMENFELD NY UGMA; BRAD
BLUMENFELD CHARITABLE LEAD
TRUST; TRUST F/B/O BRAD
BLUMENFELD; EDWARD BLUMENFELD &
SUSAN BLUMENFELD, GUARDIANS FOR
BRAD BLUMENFELD NY UGMA; THE
BRAD BLUMENFELD FAMILY
FOUNDATION; THE EDWARD AND SUSAN
BLUMENFELD FOUNDATION; BULL
MARKET FUND; EDWARD BLUMENFELD
ET AL II; DWD ASSOCIATES, LLC; BDG
DWD ASSOCIATES, LLC; EDB CAPITAL,
LLC; DOUBLE B SQUARED, LLC; EDWARD
BLUMENFELD GERALD Y MORDFIN ET
AL; DOGWOOD REALTY GROUP;
EDWARD BLUMENFELD ET AL;

{10998352:2}

LAGUARDIA CORPORATE CENTER
ASSOCIATES, L.P.; LAGUARDIA
CORPORATE CENTER ASSOCIATES, LLC;
BOXWOOD REALTY GROUP; SOUTH SEA
HOLDINGS L.P.; BDG PISCATAWAY, LLC;
BDG KINGSBRIDGE, LLC; BWI; SUSAN
BLUMENFELD INTERIORS, LTD.; BDG
CONSTRUCTION CORP.; DAVID
BLUMENFELD FARMINGDALE TRUST;
THE  DAVID BLUMENFELD FAMILY
TRUST; BRAD BLUMENFELD
FARMINGDALE TRUST; 45 SOUTH
SERVICE ROAD, LLC; BCC II, LLC; BDG
COMMACK, LLC; BDG DEER PARK
ASSOCIATES, LLC; BDG LAKE GROVE I,
LLC; BDG LARKFIELD ASSOCIATES, LLC;
CHARLESTON ENTERPRISES, LLC;
DANIEL LAND CO. LLC; BDG DANIEL
STREET, LLC; GOTHAM PLAZA
ASSOCIATES, LLC; BDG 125TH STREET,
LLC; 10 MICHAEL DRIVE ASSOCIATES,
L.P.; 500 BI-COUNTY ASSOCIATES, L.P.;
ARC-BDG SETAUKET ENTERPRISE;
BLUMCO SETAUKET, LLC; COBLUM
SETAUKET, LLC; BDG 115
BROADHOLLOW, L.P.; MAXROB, L.P.; B-4
PARTNERSHIP; 125 BETHPAGE
ASSOCIATES; and BDG YAPHANK, LLC,

          Defendants.

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT AGREEMENT BY AND BETWEEN THE TRUSTEE AND THE DEFENDANTS

Upon the motion (ECF Number 43, the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee") as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving the agreement, by and between the Trustee and the Defendants as more particularly set forth in the agreement annexed thereto (the "Agreement"); and it appearing that due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and the Order Establishing Notice Procedures (SIPA Proceeding, ECF No. 4560); and the Court having considered the Affidavit of Irving H. Picard in support of the Motion; and it further appearing the relief sought in the Motion is appropriate based upon the record of the hearing held before this Court to consider the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it is

~~ORDERED, that the Motion is granted; and it is further~~**[SMB: 11/19/14]**

ORDERED, that the Agreement between the Trustee and the Defendants is hereby approved and authorized; and it is further

ORDERED, that the Trustee and the Defendants shall each comply with and carry

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

out the terms of the Agreement; and it is further

**ORDERED, that the plaintiff shall submit a proposed Order dismissing this**

**adversary proceeding and it is further [SMB: 11/19/14]**

ORDERED, that this Court shall have exclusive jurisdiction over any and all disputes

between or among the Parties arising out of or relating to the Agreement, as set forth more

fully in the Agreement.

Dated: New York, New York
       November 19th, 2014

                                        /s/ STUART M. BERNSTEIN
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE