# EXHIBIT 1

08-01789-cgm Doc 3521-1 Filed 11/20/14 Entered 11/20/14 09:41:19 Exhibit
Pg 2 of 3
10-04941-bsf Doc 13-2 Filed 01/03/12 Entered 01/03/12 22:17:06 Exhibit B

Exhibit B

**BLMIS ACCOUNT NO. 1ZA781 - MICHAEL MOST**

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Transaction Amount Reported in Customer Statement | Column 4<br>Cash Deposits | Column 5<br>Cash Withdrawals | Column 6<br>Transfers of Principal In | Column 7<br>Transfers of Principal Out | Column 8<br>Balance of Principal | Column 9<br>90-Day Preferential Transfers | Column 10<br>2-Year Fraudulent Transfers | Column 11<br>6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/1992 | CHECK | 460,000 | 460,000 | - | - | - | 460,000 | - | - | - |
| 3/23/1995 | CHECK | 50,000 | 50,000 | - | - | - | 510,000 | - | - | - |
| 6/22/1995 | CHECK | 50,000 | 50,000 | - | - | - | 560,000 | - | - | - |
| 9/15/1995 | CHECK | 50,000 | 50,000 | - | - | - | 610,000 | - | - | - |
| 1/28/1997 | CHECK | 700,000 | 700,000 | - | - | - | 1,310,000 | - | - | - |
| 7/1/1998 | CHECK | (75,000) | - | (75,000) | - | - | 1,235,000 | - | - | - |
| 10/1/1998 | CHECK | (75,000) | - | (75,000) | - | - | 1,160,000 | - | - | - |
| 1/4/1999 | CHECK | (75,000) | - | (75,000) | - | - | 1,085,000 | - | - | - |
| 4/1/1999 | CHECK | (75,000) | - | (75,000) | - | - | 1,010,000 | - | - | - |
| 7/1/1999 | CHECK | (75,000) | - | (75,000) | - | - | 935,000 | - | - | - |
| 10/1/1999 | CHECK | (75,000) | - | (75,000) | - | - | 860,000 | - | - | - |
| 1/3/2000 | CHECK | (75,000) | - | (75,000) | - | - | 785,000 | - | - | - |
| 4/3/2000 | CHECK | (75,000) | - | (75,000) | - | - | 710,000 | - | - | - |
| 7/3/2000 | CHECK | (75,000) | - | (75,000) | - | - | 635,000 | - | - | - |
| 10/2/2000 | CHECK | (75,000) | - | (75,000) | - | - | 560,000 | - | - | - |
| 1/2/2001 | CHECK | (75,000) | - | (75,000) | - | - | 485,000 | - | - | - |
| 4/2/2001 | CHECK | (75,000) | - | (75,000) | - | - | 410,000 | - | - | - |
| 6/7/2001 | CHECK | (250,000) | - | (250,000) | - | - | 160,000 | - | - | - |
| 7/2/2001 | CHECK | (75,000) | - | (75,000) | - | - | 85,000 | - | - | - |
| 10/1/2001 | CHECK | (75,000) | - | (75,000) | - | - | 10,000 | - | - | - |
| 1/2/2002 | CHECK | (75,000) | - | (75,000) | - | - | (65,000) | - | - | - |
| 4/1/2002 | CHECK | (75,000) | - | (75,000) | - | - | (140,000) | - | - | - |
| 7/1/2002 | CHECK | (75,000) | - | (75,000) | - | - | (215,000) | - | - | - |
| 10/1/2002 | CHECK | (75,000) | - | (75,000) | - | - | (290,000) | - | - | - |
| 1/2/2003 | CHECK | (75,000) | - | (75,000) | - | - | (365,000) | - | - | - |
| 4/1/2003 | CHECK | (75,000) | - | (75,000) | - | - | (440,000) | - | - | - |
| 7/1/2003 | CHECK | (75,000) | - | (75,000) | - | - | (515,000) | - | - | - |
| 10/1/2003 | CHECK | (75,000) | - | (75,000) | - | - | (590,000) | - | - | - |
| 1/2/2004 | CHECK | (75,000) | - | (75,000) | - | - | (665,000) | - | - | - |
| 1/16/2004 | STOP PAYMENT | 75,000 | - | 75,000 | - | - | (590,000) | - | - | - |
| 1/21/2004 | CHECK | (75,000) | - | (75,000) | - | - | (665,000) | - | - | - |
| 2/24/2004 | CHECK | 110,000 | 110,000 | - | - | - | (555,000) | - | - | - |
| 4/1/2004 | CHECK | (75,000) | - | (75,000) | - | - | (630,000) | - | - | - |
| 6/2/2004 | CHECK | (500,000) | - | (500,000) | - | - | (1,130,000) | - | - | - |
| 7/1/2004 | CHECK | (45,000) | - | (45,000) | - | - | (1,175,000) | - | - | - |
| 10/1/2004 | CHECK | (45,000) | - | (45,000) | - | - | (1,220,000) | - | - | - |
| 1/3/2005 | CHECK | (45,000) | - | (45,000) | - | - | (1,265,000) | - | - | - |
| 4/1/2005 | CHECK | (45,000) | - | (45,000) | - | - | (1,310,000) | - | - | - |
| 7/1/2005 | CHECK | (45,000) | - | (45,000) | - | - | (1,355,000) | - | - | - |
| 10/3/2005 | CHECK | (45,000) | - | (45,000) | - | - | (1,400,000) | - | - | - |
| 10/21/2005 | CHECK | 250,000 | 250,000 | - | - | - | (1,150,000) | - | - | - |
| 1/3/2006 | CHECK | (45,000) | - | (45,000) | - | - | (1,195,000) | - | - | - |
| 3/6/2006 | CHECK | 500,000 | 500,000 | - | - | - | (695,000) | - | - | - |
| 3/27/2006 | CHECK | 510,000 | 510,000 | - | - | - | (185,000) | - | - | - |
| 4/3/2006 | CHECK | (75,000) | - | (75,000) | - | - | (260,000) | - | - | (60,000) |
| 4/13/2006 | CHECK | 200,000 | 200,000 | - | - | - | (60,000) | - | - | - |
| 7/3/2006 | CHECK | (75,000) | - | (75,000) | - | - | (135,000) | - | - | (75,000) |

**BLMIS ACCOUNT NO. 1ZA781 - MICHAEL MOST**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2006 | CHECK | (75,000) | - | (75,000) | - | - | (210,000) | - | - | (75,000) |
| 1/2/2007 | CHECK | (75,000) | - | (75,000) | - | - | (285,000) | - | (75,000) | (75,000) |
| 4/2/2007 | CHECK | (75,000) | - | (75,000) | - | - | (360,000) | - | (75,000) | (75,000) |
| 7/2/2007 | CHECK | (75,000) | - | (75,000) | - | - | (435,000) | - | (75,000) | (75,000) |
| 7/5/2007 | CHECK | (500,000) | - | (500,000) | - | - | (935,000) | - | (500,000) | (500,000) |
| 10/1/2007 | CHECK | (75,000) | - | (75,000) | - | - | (1,010,000) | - | (75,000) | (75,000) |
| 10/31/2007 | CHECK | (1,980,000) | - | (1,980,000) | - | - | (2,990,000) | - | (1,980,000) | (1,980,000) |
| 1/2/2008 | CHECK | (75,000) | - | (75,000) | - | - | (3,065,000) | - | (75,000) | (75,000) |
| 4/1/2008 | CHECK | (75,000) | - | (75,000) | - | - | (3,140,000) | - | (75,000) | (75,000) |
| 7/1/2008 | CHECK | (75,000) | - | (75,000) | - | - | (3,215,000) | - | (75,000) | (75,000) |
| 10/1/2008 | CHECK | (75,000) | - | (75,000) | - | - | (3,290,000) | - | (75,000) | (75,000) |
| | Total: | | $ 2,880,000 | $ (6,170,000) | $ - | $ - | $ (3,290,000) | $ - | $ (3,080,000) | $ (3,290,000) |