# EXHIBIT 1

08-01789-cgm Doc 2522-1 Filed 11/20/14 Entered 11/20/14 09:44:11 Exhibit
10-04947-bcl Doc 12-2 Filed 01/05/12 Entered 01/05/12 22:24:41 Exhibit B
Pg 2 of 3

Exhibit B

**BLMIS ACCOUNT NO. 1ZA780 - MARJORIE MOST**

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Transaction Amount Reported in Customer Statement | Column 4<br>Cash Deposits | Column 5<br>Cash Withdrawals | Column 6<br>Transfers of Principal In | Column 7<br>Transfers of Principal Out | Column 8<br>Balance of Principal | Column 9<br>90-Day Preferential Transfers | Column 10<br>2-Year Fraudulent Transfers | Column 11<br>6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/1992 | CHECK | 1,125,000 | 1,125,000 | - | - | - | 1,125,000 | - | - | - |
| 7/1/1997 | CHECK | (50,000) | - | (50,000) | - | - | 1,075,000 | - | - | - |
| 10/1/1997 | CHECK | (50,000) | - | (50,000) | - | - | 1,025,000 | - | - | - |
| 1/2/1998 | CHECK | (50,000) | - | (50,000) | - | - | 975,000 | - | - | - |
| 4/1/1998 | CHECK | (50,000) | - | (50,000) | - | - | 925,000 | - | - | - |
| 4/22/1998 | CHECK | (250,000) | - | (250,000) | - | - | 675,000 | - | - | - |
| 7/1/1998 | CHECK | (75,000) | - | (75,000) | - | - | 600,000 | - | - | - |
| 10/1/1998 | CHECK | (75,000) | - | (75,000) | - | - | 525,000 | - | - | - |
| 1/4/1999 | CHECK | (75,000) | - | (75,000) | - | - | 450,000 | - | - | - |
| 3/18/1999 | CHECK | (250,000) | - | (250,000) | - | - | 200,000 | - | - | - |
| 4/1/1999 | CHECK | (75,000) | - | (75,000) | - | - | 125,000 | - | - | - |
| 5/26/1999 | CHECK | (100,000) | - | (100,000) | - | - | 25,000 | - | - | - |
| 7/1/1999 | CHECK | (75,000) | - | (75,000) | - | - | (50,000) | - | - | - |
| 8/27/1999 | CHECK | (100,000) | - | (100,000) | - | - | (150,000) | - | - | - |
| 10/1/1999 | CHECK | (75,000) | - | (75,000) | - | - | (225,000) | - | - | - |
| 1/3/2000 | CHECK | (75,000) | - | (75,000) | - | - | (300,000) | - | - | - |
| 4/3/2000 | CHECK | (75,000) | - | (75,000) | - | - | (375,000) | - | - | - |
| 7/3/2000 | CHECK | (75,000) | - | (75,000) | - | - | (450,000) | - | - | - |
| 10/2/2000 | CHECK | (75,000) | - | (75,000) | - | - | (525,000) | - | - | - |
| 1/2/2001 | CHECK | (75,000) | - | (75,000) | - | - | (600,000) | - | - | - |
| 4/2/2001 | CHECK | (75,000) | - | (75,000) | - | - | (675,000) | - | - | - |
| 7/2/2001 | CHECK | (75,000) | - | (75,000) | - | - | (750,000) | - | - | - |
| 10/1/2001 | CHECK | (75,000) | - | (75,000) | - | - | (825,000) | - | - | - |
| 10/10/2001 | CHECK | 15,000 | 15,000 | - | - | - | (810,000) | - | - | - |
| 1/2/2002 | CHECK | (75,000) | - | (75,000) | - | - | (885,000) | - | - | - |
| 4/1/2002 | CHECK | (75,000) | - | (75,000) | - | - | (960,000) | - | - | - |
| 4/8/2002 | CHECK | 55,000 | 55,000 | - | - | - | (905,000) | - | - | - |
| 7/1/2002 | CHECK | (75,000) | - | (75,000) | - | - | (980,000) | - | - | - |
| 10/1/2002 | CHECK | (75,000) | - | (75,000) | - | - | (1,055,000) | - | - | - |
| 1/2/2003 | CHECK | (75,000) | - | (75,000) | - | - | (1,130,000) | - | - | - |
| 4/1/2003 | CHECK | (75,000) | - | (75,000) | - | - | (1,205,000) | - | - | - |
| 7/1/2003 | CHECK | (75,000) | - | (75,000) | - | - | (1,280,000) | - | - | - |
| 7/8/2003 | CHECK | 25,000 | 25,000 | - | - | - | (1,255,000) | - | - | - |
| 10/1/2003 | CHECK | (75,000) | - | (75,000) | - | - | (1,330,000) | - | - | (5,000) |
| 1/2/2004 | CHECK | (75,000) | - | (75,000) | - | - | (1,405,000) | - | - | - |
| 1/16/2004 | STOP PAYMENT | 75,000 | - | 75,000 | - | - | (1,330,000) | - | - | - |
| 1/21/2004 | CHECK | (75,000) | - | (75,000) | - | - | (1,405,000) | - | - | (75,000) |
| 2/24/2004 | CHECK | 375,000 | 375,000 | - | - | - | (1,030,000) | - | - | - |
| 4/1/2004 | CHECK | (75,000) | - | (75,000) | - | - | (1,105,000) | - | - | (75,000) |
| 7/1/2004 | CHECK | (55,000) | - | (55,000) | - | - | (1,160,000) | - | - | (55,000) |
| 10/1/2004 | CHECK | (55,000) | - | (55,000) | - | - | (1,215,000) | - | - | (55,000) |
| 1/3/2005 | CHECK | (55,000) | - | (55,000) | - | - | (1,270,000) | - | - | (55,000) |
| 4/1/2005 | CHECK | (55,000) | - | (55,000) | - | - | (1,325,000) | - | - | (55,000) |
| 7/1/2005 | CHECK | (55,000) | - | (55,000) | - | - | (1,380,000) | - | - | (55,000) |
| 10/3/2005 | CHECK | (55,000) | - | (55,000) | - | - | (1,435,000) | - | - | (55,000) |
| 10/21/2005 | CHECK | 250,000 | 250,000 | - | - | - | (1,185,000) | - | - | - |
| 1/3/2006 | CHECK | (55,000) | - | (55,000) | - | - | (1,240,000) | - | - | (55,000) |

**BLMIS ACCOUNT NO. 1ZA780 - MARJORIE MOST**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 3/17/2006 | CHECK | 500,000 | 500,000 | - | - | - | (740,000) | - | - | - |
| 4/3/2006 | CHECK | (75,000) | - | (75,000) | - | - | (815,000) | - | - | (75,000) |
| 4/13/2006 | CHECK | 200,000 | 200,000 | - | - | - | (615,000) | - | - | - |
| 7/3/2006 | CHECK | (75,000) | - | (75,000) | - | - | (690,000) | - | - | (75,000) |
| 10/2/2006 | CHECK | (75,000) | - | (75,000) | - | - | (765,000) | - | - | (75,000) |
| 1/2/2007 | CHECK | (75,000) | - | (75,000) | - | - | (840,000) | - | (75,000) | (75,000) |
| 4/2/2007 | CHECK | (75,000) | - | (75,000) | - | - | (915,000) | - | (75,000) | (75,000) |
| 7/2/2007 | CHECK | (75,000) | - | (75,000) | - | - | (990,000) | - | (75,000) | (75,000) |
| 7/5/2007 | CHECK | (500,000) | - | (500,000) | - | - | (1,490,000) | - | (500,000) | (500,000) |
| 10/1/2007 | CHECK | (75,000) | - | (75,000) | - | - | (1,565,000) | - | (75,000) | (75,000) |
| 10/31/2007 | CHECK | (20,000) | - | (20,000) | - | - | (1,585,000) | - | (20,000) | (20,000) |
| 1/2/2008 | CHECK | (75,000) | - | (75,000) | - | - | (1,660,000) | - | (75,000) | (75,000) |
| 1/17/2008 | CHECK | (300,000) | - | (300,000) | - | - | (1,960,000) | - | (300,000) | (300,000) |
| 4/1/2008 | CHECK | (75,000) | - | (75,000) | - | - | (2,035,000) | - | (75,000) | (75,000) |
| 7/1/2008 | CHECK | (75,000) | - | (75,000) | - | - | (2,110,000) | - | (75,000) | (75,000) |
| 10/1/2008 | CHECK | (75,000) | - | (75,000) | - | - | (2,185,000) | - | (75,000) | (75,000) |
| | Total: | | $ 2,545,000 | $ (4,730,000) | $ - | $ - | $ (2,185,000) | $ - | $ (1,420,000) | $ (2,185,000) |