EXHIBIT B
SUMMARY OF SIXTEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2014 THROUGH JULY 31, 2014

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 515.00 | 80.00 | 41,200.00 |
| | Picard, Irving H. | 1966 | 975.00 | 404.00 | 393,900.00 |
| | Sheehan, David J. | 1968 | 975.00 | 630.10 | 614,347.50 |
| | Matthias, Michael R | 1973 | 669.00 | 458.30 | 306,602.70 |
| | Moscow, John W | 1973 | 805.00 | 2.00 | 1,610.00 |
| | Bash, Brian A | 1975 | 720.00 | 51.00 | 36,720.00 |
| | Long, Thomas L | 1976 | 890.00 | 678.80 | 604,132.00 |
| | Markowitz, Laurence S | 1977 | 760.00 | 0.50 | 380.00 |
| | Gibson, Wendy J | 1979 | 530.00 | 302.40 | 160,272.00 |
| | Powers, Marc D | 1981 | 839.00 | 15.10 | 12,668.90 |
| | Chockley III, Frederick W | 1982 | 782.00 | 123.90 | 96,889.80 |
| | Ponto, Geraldine E. | 1982 | 875.00 | 586.10 | 512,837.50 |
| | Drogen, Andrew M | 1983 | 650.00 | 1.20 | 780.00 |
| | Hannon, John P | 1983 | 755.00 | 0.60 | 453.00 |
| | McGowan Jr, John J | 1984 | 602.00 | 3.30 | 1,986.60 |
| | Quiat, Laurin D | 1985 | 570.00 | 24.70 | 14,079.00 |
| | Rivkin Jr, David B | 1985 | 950.00 | 45.10 | 42,845.00 |
| | Smith, Elizabeth A | 1985 | 813.00 | 19.10 | 15,528.30 |
| | Kellogg, Amy E | 1986 | 530.00 | 0.80 | 424.00 |
| | McDonald, Heather J | 1986 | 648.00 | 171.50 | 111,132.00 |
| | Reich, Andrew W | 1987 | 600.00 | 591.40 | 354,840.00 |
| | Russo, Dennis W. | 1987 | 875.00 | 0.50 | 437.50 |
| | Tobin, Donna A. | 1987 | 720.00 | 226.30 | 162,936.00 |
| | Burke, John J | 1988 | 705.00 | 140.80 | 99,264.00 |
| | DeLancey, Leah E | 1990 | 628.00 | 8.40 | 5,275.20 |
| | Douthett, Breaden M | 1991 | 406.00 | 134.30 | 54,525.80 |
| | Goldberg, Steven H | 1991 | 895.00 | 110.30 | 98,718.50 |
| | Hunt, Dean D | 1991 | 643.00 | 289.00 | 185,827.00 |
| | Resnick, Lauren J | 1991 | 910.00 | 79.00 | 71,890.00 |
| | Hirschfield, Marc E. | 1992 | 860.00 | 541.10 | 465,346.00 |
| | Selby, Judy A. | 1992 | 834.00 | 435.10 | 362,873.40 |
| | Warren, Thomas D | 1992 | 715.00 | 88.80 | 63,492.00 |
| | Griffin, Regina L. | 1993 | 890.00 | 561.60 | 499,824.00 |
| | Kornfeld, Mark A. | 1993 | 890.00 | 532.40 | 473,836.00 |
| | Renner, Deborah H. | 1993 | 890.00 | 372.90 | 331,881.00 |
| | Brennan, Terry M | 1995 | 490.00 | 43.10 | 21,119.00 |
| | Casey, Lee A | 1995 | 906.00 | 39.30 | 35,605.80 |
| | Scaletta, Anthony J | 1995 | 458.00 | 180.80 | 82,806.40 |
| | Cole, Tracy L | 1996 | 755.00 | 418.60 | 316,043.00 |
| | Levin, Richard B. | 1996 | 450.00 | 16.60 | 7,470.00 |
| | Turner, Christa C. | 1996 | 463.00 | 553.30 | 256,177.90 |
| | Enockson, Paul S | 1997 | 475.00 | 186.90 | 88,777.50 |
| | Hoang, Lan | 1997 | 762.00 | 754.90 | 575,233.80 |
| | Murphy, Keith R. | 1997 | 888.88 | 637.50 | 566,663.00 |
| | Scully, Elizabeth A | 1997 | 648.00 | 30.80 | 19,958.40 |
| | Fish, Eric R. | 1998 | 674.00 | 165.10 | 111,277.40 |
| | New, Jonathan B. | 1998 | 885.00 | 60.00 | 53,100.00 |
| | Perdion, Jason P | 1998 | 427.00 | 72.80 | 31,085.60 |
| | Rollinson, James H | 1998 | 442.00 | 294.00 | 129,948.00 |
| | Rose, Jorian L. | 1998 | 810.00 | 463.10 | 375,111.00 |
| | Wall, Brett A | 1998 | 473.00 | 129.20 | 61,111.60 |
| | Wang, Ona T | 1998 | 745.00 | 153.80 | 114,581.00 |
| | Warshavsky, Oren J. | 1998 | 900.00 | 367.10 | 330,390.00 |
| | Fischbach, Ryan D | 1999 | 485.00 | 28.90 | 14,016.50 |
| | Pergament, Benjamin D | 1999 | 648.00 | 279.20 | 180,921.60 |
| | Bohorquez, Jr Fernando A | 2000 | 729.73 | 534.30 | 389,893.00 |
| | Cremona, Nicholas J. | 2000 | 795.00 | 815.50 | 648,322.50 |
| | Gruppuso, Anthony M. | 2000 | 625.00 | 560.30 | 350,187.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Alaverdi, Loura L | 2001 | 575.00 | 475.30 | 273,297.50 |
| | Beckerlegge, Robertson D | 2001 | 610.00 | 237.10 | 144,631.00 |
| | Bell, Stacey A. | 2001 | 659.00 | 688.70 | 453,853.30 |
| | Fokas, Jimmy | 2001 | 750.00 | 217.60 | 163,200.00 |
| | Pfeifer, Timothy S. | 2001 | 757.00 | 371.50 | 281,225.50 |
| | Skapof, Marc | 2001 | 725.00 | 322.70 | 233,957.50 |
| | Townsend, Wendy C. | 2001 | 380.00 | 42.00 | 15,960.00 |
| | Zeballos, Gonzalo S. | 2001 | 808.00 | 594.10 | 480,032.80 |
| | North, Geoffrey A. | 2002 | 643.00 | 717.10 | 461,095.30 |
| | Wearsch, Thomas M | 2002 | 618.00 | 146.90 | 90,784.20 |
| | Hochmuth, Farrell A | 2003 | 468.00 | 545.50 | 255,294.00 |
| | Jacobs, Edward J. | 2003 | 643.00 | 629.70 | 404,897.10 |
| | Jenson, Karin Scholz | 2003 | 628.00 | 490.20 | 307,845.60 |
| | Malchow, Jessica P. | 2003 | 360.00 | 7.00 | 2,520.00 |
| | Malek, Sammi | 2003 | 600.00 | 47.60 | 28,560.00 |
| | Oliver, Jason S. | 2003 | 618.00 | 398.50 | 246,273.00 |
| | Sherer, James A. | 2003 | 575.00 | 518.20 | 297,965.00 |
| | Shields, Nkosi D. | 2003 | 478.00 | 583.30 | 278,817.40 |
| | Cohen, Dennis O | 2004 | 565.00 | 50.60 | 28,589.00 |
| | DeLaquil, Mark W | 2004 | 690.00 | 0.30 | 207.00 |
| | Kitaev, Erica G. | 2004 | 386.00 | 57.70 | 22,272.20 |
| | Kitchen, David E | 2004 | 386.00 | 339.80 | 131,162.80 |
| | Smith, Rachel M | 2004 | 432.00 | 519.70 | 224,510.40 |
| | Chow, Teresa C. | 2005 | 425.00 | 42.30 | 17,977.50 |
| | Hartman, Ruth E | 2005 | 345.00 | 89.10 | 30,739.50 |
| | Proano, David F | 2005 | 345.00 | 65.90 | 22,735.50 |
| | Carlisle, Marie L. | 2006 | 417.00 | 429.40 | 179,059.80 |
| | Conley, Sylvia J | 2006 | 595.00 | 201.00 | 119,595.00 |
| | Lange, Gretchen L | 2006 | 324.00 | 90.70 | 29,386.80 |
| | Petrelli III, John W | 2006 | 435.00 | 458.80 | 199,578.00 |
| Partners and of Counsel Total | | | 686.34 | 23,873.80 | 16,385,577.90 |
| Associates | Meisels, Naomi P. | 1984 | 540.00 | 4.90 | 2,646.00 |
| | Bieler, Philip | 1994 | 437.00 | 687.40 | 300,393.80 |
| | Kates, Elyssa S. | 2000 | 592.00 | 308.10 | 182,395.20 |
| | Song, Brian W. | 2002 | 489.00 | 548.20 | 268,069.80 |
| | Cheema, Bik | 2003 | 576.00 | 825.00 | 475,200.00 |
| | Hooper, Rachel P. | 2003 | 360.00 | 27.10 | 9,756.00 |
| | Wlodek, Heather | 2003 | 484.00 | 655.00 | 317,020.00 |
| | Gabriel, Jessie M | 2004 | 556.00 | 167.00 | 92,852.00 |
| | Allen, Brian F. | 2005 | 463.00 | 358.20 | 165,846.60 |
| | Carvalho, Melissa M. | 2005 | 566.00 | 188.40 | 106,634.40 |
| | Stanganelli, Maryanne | 2005 | 566.00 | 421.60 | 238,625.60 |
| | Thorpe, Courtni E | 2005 | 329.00 | 2.20 | 723.80 |
| | Feil, Matthew D. | 2006 | 515.00 | 270.30 | 139,204.50 |
| | Kosack, Melissa L. | 2006 | 540.00 | 746.90 | 403,326.00 |
| | Longstaff, Carrie | 2006 | 520.00 | 469.90 | 244,348.00 |
| | Shoshany, Lindsey A. | 2006 | 458.00 | 281.70 | 129,018.60 |
| | Smith, Greer D | 2006 | 314.00 | 5.30 | 1,664.20 |
| | Vanderwal, Amy E. | 2006 | 566.00 | 427.60 | 242,021.60 |
| | Wright, Michael P. | 2006 | 450.00 | 4.00 | 1,800.00 |
| | Brown, Seanna R. | 2007 | 643.00 | 703.50 | 452,350.50 |
| | Calvani, Torello H. | 2007 | 592.00 | 789.30 | 467,265.60 |
| | Casey IV, James P. | 2007 | 386.00 | 13.30 | 5,133.80 |
| | Forman, Jonathan A. | 2007 | 566.00 | 575.00 | 325,450.00 |
| | Garvin, Naima J. | 2007 | 561.00 | 40.40 | 22,664.40 |
| | Goldmark, Jena B. | 2007 | 425.00 | 594.10 | 252,492.50 |
| | Jones, Bradley K. | 2007 | 305.00 | 175.00 | 53,375.00 |
| | Kleber, Kody | 2007 | 405.00 | 217.00 | 87,885.00 |
| | Klidonas, George | 2007 | 463.00 | 578.30 | 267,752.90 |
| | Perlman, Julian D. | 2007 | 592.00 | 654.40 | 387,404.80 |
| | Ranade, Samir K. | 2007 | 540.00 | 671.30 | 362,502.00 |
| | Ritz, Kenneth A. | 2007 | 425.00 | 501.40 | 213,095.00 |
| | Truong, Sarah Jane T.C. | 2007 | 566.00 | 762.50 | 431,575.00 |
| | Walrath, Jennifer M | 2007 | 499.00 | 57.30 | 28,592.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Wasick, Joanna F. | 2007 | 618.00 | 483.90 | 299,050.20 |
| | Amin, Tina U | 2008 | 324.00 | 132.20 | 42,832.80 |
| | Carbajal, Natacha | 2008 | 515.00 | 682.70 | 351,590.50 |
| | Carpenter, Susrut A. | 2008 | 473.00 | 312.70 | 147,907.10 |
| | Chang, Willy | 2008 | 445.00 | 83.90 | 37,335.50 |
| | Day, James W. | 2008 | 473.00 | 55.70 | 26,346.10 |
| | Grossman, Andrew M. | 2008 | 535.00 | 59.80 | 31,993.00 |
| | Harrigan, Sean M. | 2008 | 495.00 | 78.20 | 38,709.00 |
| | McCurrach, Elizabeth G. | 2008 | 463.00 | 793.40 | 367,344.20 |
| | Moody, Matthew J. | 2008 | 468.00 | 240.30 | 112,460.40 |
| | Rovine, Jacqlyn | 2008 | 442.00 | 335.10 | 148,114.20 |
| | Schutte, Elizabeth M. | 2008 | 412.00 | 417.70 | 172,092.40 |
| | Sea, Nexus U. | 2008 | 473.00 | 220.10 | 104,107.30 |
| | Stanley, Trevor M. | 2008 | 458.00 | 417.50 | 191,215.00 |
| | Thomas, Joshua C. | 2008 | 360.00 | 91.20 | 32,832.00 |
| | Usitalo, Michelle R. | 2008 | 478.00 | 380.20 | 181,735.60 |
| | Woltering, Catherine E. | 2008 | 453.00 | 772.90 | 350,123.70 |
| | Zunno, Kathryn M. | 2008 | 592.00 | 263.30 | 155,873.60 |
| | Blattmachr, Jonathan D. | 2009 | 453.00 | 655.20 | 296,805.60 |
| | Campbell, Patrick T | 2009 | 463.00 | 137.60 | 63,708.80 |
| | Gentile, Dominic A. | 2009 | 437.00 | 800.70 | 349,905.90 |
| | Hilsheimer, Lauren M. | 2009 | 432.00 | 553.50 | 239,112.00 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 491.60 | 113,068.00 |
| | Hirce, Margaret E. | 2009 | 463.00 | 410.20 | 189,922.60 |
| | Howe, Mary E. | 2009 | 453.00 | 427.00 | 193,431.00 |
| | Kessler, Dena S. | 2009 | 345.00 | 246.20 | 84,939.00 |
| | Kuhn, Jessie A. | 2009 | 453.00 | 848.10 | 384,189.30 |
| | Markel, Tatiana | 2009 | 463.00 | 685.60 | 317,432.80 |
| | Maynard, Kim M. | 2009 | 412.00 | 304.90 | 125,618.80 |
| | McKnight, Katherine L. | 2009 | 458.00 | 316.80 | 145,094.40 |
| | Molina, Marco | 2009 | 453.00 | 161.80 | 73,295.40 |
| | Nickodem, Robert G. | 2009 | 230.00 | 244.60 | 56,258.00 |
| | Ozturk, Ferve E. | 2009 | 473.00 | 735.60 | 347,938.80 |
| | Perkins, Francesca J. | 2009 | 485.00 | 728.90 | 353,516.50 |
| | Shapiro, Peter B. | 2009 | 473.00 | 759.60 | 359,290.80 |
| | Sollie, Erica | 2009 | 453.00 | 46.20 | 20,928.60 |
| | Winquist, Justin T. | 2009 | 309.00 | 144.40 | 44,619.60 |
| | Barnes, S. Ben | 2010 | 230.00 | 605.10 | 139,173.00 |
| | Biondo, Lindsay J. | 2010 | 230.00 | 210.40 | 48,392.00 |
| | Burch, Alexander D. | 2010 | 324.00 | 117.80 | 38,167.20 |
| | Bushnell, Christina M. | 2010 | 230.00 | 272.90 | 62,767.00 |
| | Carney, Brian W. | 2010 | 230.00 | 373.20 | 85,836.00 |
| | Castillon, Jesus J. | 2010 | 334.00 | 376.90 | 125,884.60 |
| | Chandler, Tara R. | 2010 | 230.00 | 495.70 | 114,011.00 |
| | Choi, David | 2010 | 412.00 | 547.50 | 225,570.00 |
| | Clegg, Sammantha E. | 2010 | 453.00 | 239.50 | 108,493.50 |
| | Cook, Nora K. | 2010 | 230.00 | 502.20 | 115,506.00 |
| | Fein, Amanda E. | 2010 | 453.00 | 673.40 | 305,050.20 |
| | Hansford, Melissa L. | 2010 | 230.00 | 356.40 | 81,972.00 |
| | Hoff, Michelle M. | 2010 | 230.00 | 263.60 | 60,628.00 |
| | Iannuzzi, Michael M. | 2010 | 400.00 | 1.30 | 520.00 |
| | Martin, David J. | 2010 | 230.00 | 753.50 | 173,305.00 |
| | Maytal, Anat | 2010 | 427.00 | 411.60 | 175,753.20 |
| | McGourty, Cara | 2010 | 442.00 | 677.30 | 299,366.60 |
| | McMillan, David M. | 2010 | 427.00 | 398.80 | 170,287.60 |
| | Mosier, A. Mackenna | 2010 | 422.00 | 557.90 | 235,433.80 |
| | Needham, Kelly C. | 2010 | 230.00 | 406.50 | 93,495.00 |
| | Noethlich, Brian R. | 2010 | 230.00 | 532.30 | 122,429.00 |
| | Parente, Michael | 2010 | 230.00 | 399.80 | 91,954.00 |
| | Rog, Joshua B. | 2010 | 412.00 | 496.60 | 204,599.20 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 220.40 | 50,692.00 |
| | Salehpour, Morvareed Z. | 2010 | 335.00 | 11.90 | 3,986.50 |
| | Schichnes, Jessica | 2010 | 432.00 | 385.50 | 166,536.00 |
| | Scott, Justin T. | 2010 | 334.00 | 357.60 | 119,438.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Taddeo, Luisa | 2010 | 230.00 | 777.20 | 178,756.00 |
| | Ubaid, Maryland H. | 2010 | 230.00 | 275.50 | 63,365.00 |
| | Vasel, Denise D. | 2010 | 412.00 | 113.10 | 46,597.20 |
| | Young, Michelle L. | 2010 | 386.00 | 73.00 | 28,178.00 |
| | Allen, Zachary S. | 2011 | 230.00 | 27.60 | 6,348.00 |
| | Bacon, Natalie R. | 2011 | 230.00 | 403.00 | 92,690.00 |
| | Ball, Stephen L. | 2011 | 386.00 | 507.50 | 195,895.00 |
| | Barhorst, Damon C. | 2011 | 230.00 | 189.30 | 43,539.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 644.60 | 148,258.00 |
| | Cabico, Jason D. | 2011 | 386.00 | 211.50 | 81,639.00 |
| | Crook, Darren A. | 2011 | 255.00 | 193.20 | 49,266.00 |
| | deVries, Alan C. | 2011 | 230.00 | 713.20 | 164,036.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 290.30 | 66,769.00 |
| | Durbin, Damon M. | 2011 | 230.00 | 651.20 | 149,776.00 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 127.50 | 29,325.00 |
| | Feldstein, Robyn M | 2011 | 405.00 | 760.60 | 308,043.00 |
| | Gottesman, Joel D. | 2011 | 230.00 | 255.70 | 58,811.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 24.90 | 5,727.00 |
| | Krishna, Ganesh | 2011 | 427.00 | 772.40 | 329,814.80 |
| | Liao, Nina C. | 2011 | 396.00 | 96.20 | 38,095.20 |
| | Oliva, Frank M. | 2011 | 406.00 | 159.40 | 64,716.40 |
| | Patrick, Stacey M. | 2011 | 230.00 | 179.40 | 41,262.00 |
| | Rose, Nicholas M. | 2011 | 386.00 | 283.60 | 109,469.60 |
| | Sakowitz, Brittany A. | 2011 | 335.00 | 33.90 | 11,356.50 |
| | Schechter, Jody E. | 2011 | 335.00 | 524.30 | 175,640.50 |
| | Schwab, Justin J | 2011 | 412.00 | 37.60 | 15,491.20 |
| | Shifrin, Maximillian S. | 2011 | 460.00 | 116.20 | 53,452.00 |
| | Sinclair, Jordan A. | 2011 | 318.29 | 498.90 | 158,794.10 |
| | Spears, Ericka H. | 2011 | 230.00 | 161.80 | 37,214.00 |
| | Stewart, Justin T. | 2011 | 230.00 | 238.60 | 54,878.00 |
| | Towner, Amber N. | 2011 | 230.00 | 278.90 | 64,147.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 701.50 | 161,345.00 |
| | Wangsgard, Kendall E. | 2011 | 386.00 | 88.50 | 34,161.00 |
| | White, Jason T. | 2011 | 230.00 | 357.30 | 82,179.00 |
| | Zuberi, Madiha M. | 2011 | 427.00 | 510.60 | 218,026.20 |
| | Ackerman, Stephanie | 2012 | 396.00 | 672.60 | 266,349.60 |
| | Cornell, Aaron E. | 2012 | 230.00 | 399.40 | 91,862.00 |
| | Curtin, Daniel P. | 2012 | 370.00 | 8.00 | 2,960.00 |
| | Gallagher, Christopher B. | 2012 | 405.00 | 485.30 | 196,546.50 |
| | Hellmuth, William W. | 2012 | 324.00 | 230.20 | 74,584.80 |
| | Hough, Shawn P. | 2012 | 401.00 | 541.60 | 217,181.60 |
| | Muranovic, Sanja | 2012 | 303.00 | 476.00 | 144,228.00 |
| | Quimby, P. Alex | 2012 | 260.00 | 105.80 | 27,508.00 |
| | Raile, Richard B. | 2012 | 345.00 | 13.10 | 4,519.50 |
| | Rice, David W. | 2012 | 405.00 | 784.60 | 317,763.00 |
| | Rosenberg, C. Zachary | 2012 | 360.00 | 234.90 | 84,564.00 |
| | Babka, Sarah R. | 2013 | 395.00 | 149.80 | 59,171.00 |
| | Choate, Hannah C. | 2013 | 360.00 | 645.50 | 232,380.00 |
| | Coats, Holly L. | 2013 | 226.00 | 321.60 | 72,681.60 |
| | Darwall, Julian H. | 2013 | 360.00 | 383.00 | 137,880.00 |
| | Durkheimer, Michael J. | 2013 | 290.00 | 82.90 | 24,041.00 |
| | Felz, Jenna N. | 2013 | 360.00 | 518.50 | 186,660.00 |
| | Ferguson, Kaitlyn A. | 2013 | 360.00 | 155.30 | 55,908.00 |
| | Fradkin, Yulia M | 2013 | 310.00 | 10.80 | 3,348.00 |
| | Holder, Casey E | 2013 | 305.00 | 128.50 | 39,192.50 |
| | Jordan, Parker G. | 2013 | 245.00 | 74.60 | 18,277.00 |
| | Joyce, Justin J. | 2013 | 230.00 | 623.80 | 143,474.00 |
| | Owsley, Travis I. | 2013 | 230.00 | 81.50 | 18,745.00 |
| | Pate, Alan M. | 2013 | 360.00 | 18.10 | 6,516.00 |
| | Smith, Jonathan L. | 2013 | 303.00 | 273.50 | 82,870.50 |
| | Thompson, Aaron J. | 2013 | 230.00 | 145.10 | 33,373.00 |
| | Tranbaugh, Mary H. | 2014 | 360.00 | 341.20 | 122,832.00 |
| | Cardenas, Samantha A. | #N/A | 230.00 | 210.00 | 48,300.00 |
| | Groves, Ryan D. | #N/A | 230.00 | 471.70 | 108,491.00 |
| Associates Total | | | 395.39 | 57,761.40 | 22,838,338.90 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Beer, Sharon L | #N/A | 230.00 | 124.10 | 28,543.00 |
| | Bekier, James M. | #N/A | 412.00 | 473.90 | 195,246.80 |
| | Belanger, Christina I. | #N/A | 315.00 | 0.70 | 220.50 |
| | Bhagat, Ashish K. | #N/A | 175.00 | 0.40 | 70.00 |
| | Bitman, Oleg | #N/A | 272.00 | 549.80 | 149,545.60 |
| | Blaber, Theresa A | #N/A | 314.00 | 95.80 | 30,081.20 |
| | Bliss, Stephanie L. | #N/A | 230.00 | 180.00 | 41,400.00 |
| | Boos, George G. | #N/A | 240.00 | 118.60 | 28,464.00 |
| | Bruening, Mark P | #N/A | 175.00 | 282.50 | 49,437.50 |
| | Cabrera, Ramon C | #N/A | 257.00 | 89.30 | 22,950.10 |
| | Carroll, Dylan T. | #N/A | 190.00 | 454.10 | 86,279.00 |
| | Chan, Angeline | #N/A | 242.00 | 167.10 | 40,438.20 |
| | Charlotten, Magdalena | #N/A | 272.00 | 209.20 | 56,902.40 |
| | Clark, Nancy L | #N/A | 230.00 | 1.10 | 253.00 |
| | Cloonan, Maureen E | #N/A | 280.00 | 11.50 | 3,220.00 |
| | Cohen, Justin H. | #N/A | 324.00 | 9.10 | 2,948.40 |
| | Creagan, Carol A | #N/A | 175.00 | 1.00 | 175.00 |
| | Curbelo, Gracemary | #N/A | 315.00 | 59.80 | 18,837.00 |
| | Farber, Eugenll B | #N/A | 175.00 | 183.70 | 32,147.50 |
| | Fener, Scott A. | #N/A | 175.00 | 75.80 | 13,265.00 |
| | Fetzer, Jeffrey L | #N/A | 226.00 | 153.90 | 34,781.40 |
| | Fishelman, Benjamin D. | #N/A | 401.00 | 583.70 | 234,063.70 |
| | Fredle, Vicki M | #N/A | 200.00 | 299.90 | 59,980.00 |
| | Gibbons, Michael E. | #N/A | 360.00 | 503.20 | 181,152.00 |
| | Glanzman, Adam J | #N/A | 314.00 | 68.90 | 21,634.60 |
| | Graham, Sonya M. | #N/A | 260.00 | 51.00 | 13,260.00 |
| | Grigsby, Camilla B. | #N/A | 125.00 | 47.80 | 5,975.00 |
| | Halwes, Shannon L. | #N/A | 206.00 | 14.00 | 2,884.00 |
| | Iskhakova, Yuliya | #N/A | 303.00 | 689.80 | 209,009.40 |
| | Kinne, Tanya M | #N/A | 314.00 | 662.10 | 207,899.40 |
| | Landrio, Nikki M. | #N/A | 355.00 | 960.40 | 340,942.00 |
| | Lasko, Seth D. | #N/A | 345.00 | 116.80 | 40,296.00 |
| | Lowe, Sonia K | #N/A | 190.00 | 0.50 | 95.00 |
| | Maxwell, Sarah A | #N/A | 180.00 | 247.60 | 44,568.00 |
| | McIntosh, Casey | #N/A | 190.00 | 335.90 | 63,821.00 |
| | McLaughlin, Christopher | #N/A | 185.00 | 610.50 | 112,942.50 |
| | Medina, Rebecca J. | #N/A | 160.00 | 209.00 | 33,440.00 |
| | Monge, Tirsa | #N/A | 329.00 | 569.70 | 187,431.30 |
| | Montani, Christine A. | #N/A | 329.00 | 538.10 | 177,034.90 |
| | Nadworny, Bari R. | #N/A | 300.00 | 9.60 | 2,880.00 |
| | Nunes, Silas T | #N/A | 288.00 | 656.00 | 188,928.00 |
| | Nunez, Willie | #N/A | 230.00 | 417.20 | 95,956.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 319.00 | 486.30 | 155,129.70 |
| | Paremoud, Jana | #N/A | 252.00 | 73.10 | 18,421.20 |
| | Pulsipher, Eric K. | #N/A | 303.00 | 481.50 | 145,894.50 |
| | Remus, Amanda | #N/A | 319.00 | 399.00 | 127,281.00 |
| | Reyes, Lucinda A. | #N/A | 185.00 | 565.90 | 104,691.50 |
| | Roberts, Sarah B. | #N/A | 315.00 | 423.50 | 133,402.50 |
| | Schnarre, Nicole L. | #N/A | 412.00 | 445.50 | 183,546.00 |
| | Sommerkamp, Justin J. | #N/A | 300.00 | 0.30 | 90.00 |
| | Stephens, Shawna M. | #N/A | 125.00 | 5.60 | 700.00 |
| | Stone, Adrian | #N/A | 288.00 | 602.70 | 173,577.60 |
| | Suffern, Anne C. | #N/A | 324.00 | 585.00 | 189,540.00 |
| | Sweet, Karen R | #N/A | 230.00 | 410.10 | 94,323.00 |
| | Thomas, Theresa K | #N/A | 230.00 | 43.30 | 9,959.00 |
| | Tushaj Diana M. | #N/A | 252.00 | 294.00 | 74,062.80 |
| | Velez, Francisco J. | #N/A | 260.00 | 1.50 | 390.00 |
| | Villamayor, Fidentino L. | #N/A | 345.00 | 668.90 | 230,770.50 |
| | von Collande, Constance M. | #N/A | 303.00 | 559.30 | 169,467.90 |
| | Wallace, Dawn L. | #N/A | 314.00 | 221.80 | 69,645.20 |
| | Weaver, Scott | #N/A | 267.00 | 401.70 | 107,253.90 |
| | Zamora, Jessica | #N/A | 185.00 | 69.20 | 12,802.00 |

| | | | |
|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal | | 288.0 | 17,571.30 | 5,060,346.70 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 686.34 | 23,873.80 | 16,385,577.90 |
| Associates Total | 395.39 | 57,761.40 | 22,838,338.90 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 287.99 | 17,571.30 | 5,060,346.70 |
| Blended Attorney Rate | 480.48 | | |
| Total Fees Incurred | | 99,206.50 | 44,284,263.50 |

| | | |
|---|---|---|
| **Less 10% Public Interest Discount** | | (4,428,426.35) |
| **Grand Total** | $ | 39,855,837.15 |