EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR SIXTEENTH INTERIM
PERIOD OF APRIL 1, 2014 THROUGH JULY 31, 2014

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 313.30 | $ 171,539.90 |
| 02 | Bankruptcy Court Litigation and Related Matters | 2,650.90 | 1,639,365.30 |
| 03 | Feeder Funds | 461.90 | 201,231.80 |
| 04 | Asset Search Recovery and Sale | 43.10 | 29,950.60 |
| 05 | Internal Office Meetings with Staff | 992.80 | 560,513.20 |
| 07 | Billing | 747.10 | 275,052.00 |
| 08 | Case Administration | 2,766.90 | 847,164.80 |
| 09 | Banks | 4.00 | 3,412.70 |
| 11 | Press Inquires and Responses | 369.70 | 172,794.30 |
| 12 | Document Review | 2,591.60 | 715,194.80 |
| 13 | Discovery - Depositions and Document Productions | 7,303.10 | 2,562,781.10 |
| 14 | International | 176.20 | 131,286.40 |
| 19 | Non-Bankruptcy Litigation | 402.50 | 93,521.40 |
| 20 | Governmental Agencies | 22.30 | 17,788.30 |
| 21 | Allocation | 106.40 | 71,568.50 |
| 000003 | Stanley Chais | 75.10 | 56,454.30 |
| 000004 | J. Ezra Merkin | 3,561.30 | 1,729,041.60 |
| 000005 | Customer Claims | 3,080.50 | 1,737,429.30 |
| 000006 | Vizcaya | 650.20 | 315,228.30 |
| 000007 | Madoff Family | 4,105.40 | 1,811,568.90 |
| 000009 | Fairfield Greenwich | 958.20 | 480,033.00 |
| 000011 | Cohmad Securities Corporation | 5,006.80 | 2,331,892.40 |
| 000012 | Picower | 11.50 | 6,934.60 |
| 000013 | Kingate | 2,657.80 | 1,671,380.80 |
| 000018 | Thybo | 201.70 | 122,227.60 |
| 000019 | Ruth Madoff | 1.20 | 973.20 |
| 000021 | Avoidance Action Investigation/Litigation | 23,566.60 | 9,774,637.70 |
| 000027 | JPMorgan Chase | 867.50 | 500,061.10 |
| 000028 | Westport | 174.50 | 123,326.00 |
| 000029 | Rye/Tremont | 1,355.80 | 693,480.70 |
| 000030 | HSBC | 3,486.80 | 1,788,477.90 |
| 000032 | LuxAlpha/UBS | 4,390.80 | 1,720,845.50 |
| 000033 | Nomura Bank International PLC | 643.60 | 306,751.50 |
| 000034 | Citibank | 1,934.80 | 937,298.60 |
| 000035 | Natixis | 356.00 | 148,995.90 |
| 000036 | Merrill Lynch | 905.70 | 442,082.40 |
| 000037 | ABN AMRO | 1,373.00 | 744,899.80 |
| 000038 | Banco Bilbao | 406.20 | 119,676.30 |
| 000039 | Fortis | 720.50 | 366,519.40 |
| 000040 | Medici Enterprise | 2,199.40 | 1,037,677.90 |
| 000042 | Equity Trading | 544.20 | 271,022.60 |
| 000043 | Defender | 266.00 | 137,078.70 |
| 000044 | Maccabee | 439.60 | 236,160.70 |
| 000045 | Levey | 229.70 | 94,223.30 |
| 000046 | Glantz | 709.90 | 402,577.00 |
| 000047 | Bonventre | 45.30 | 15,206.00 |
| 000048 | Bongiorno | 20.80 | 9,954.10 |
| 000049 | Greenberger | 158.90 | 82,155.30 |
| 000050 | Pitz | 14.20 | 6,186.40 |
| 000051 | Crupi | 38.90 | 17,529.30 |
| 000052 | Donald Friedman | 751.60 | 350,132.60 |
| 000053 | Magnify | 1,473.20 | 714,295.50 |
| 000054 | Mendelow | 219.70 | 99,883.90 |
| 000056 | Lipkin | 86.60 | 35,793.10 |
| 000057 | Perez/O'Hara | 81.70 | 38,094.40 |
| 000058 | PJ Administrators | 594.70 | 274,999.70 |
| 000059 | Stanley Shapiro | 752.00 | 371,132.80 |
| 000060 | Avellino & Bienes | 506.50 | 276,679.10 |
| 000061 | Maxam | 1.00 | 825.20 |
| 000062 | Subsequent Transfer | 7,956.00 | 2,935,570.50 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 175.10 | 79,208.40 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000065 | Legacy Capital Ltd | 560.30 | 335,675.00 |
| 000066 | Lieberbaum | 165.30 | 97,829.50 |
| 000071 | Square One | 111.90 | 51,393.00 |
| 000072 | Plaza Investments | 396.70 | 205,452.50 |
| 000073 | BNP Paribas | 1,264.00 | 684,145.10 |
| | | | |
| Grand Total | | 99,206.50 | 44,284,263.50 |

**Less 10% Public Interest Discount**          (4,428,426.35)

**Grand Total**          $ 39,855,837.15

**Current Application**
Interim Compensation Requested          $ 39,855,837.15
Interim Compensation Paid          (35,870,253.44)
Interim Compensation Deferred          $ 3,985,583.71

**Prior Applications**
Interim Compensation Requested          $ 586,684,330.19
Interim Compensation Paid          $ (552,770,483.24)
Interim Compensation Deferred          $ 33,913,846.95