EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR SIXTEENTH
INTERIM PERIOD OF APRIL 1, 2014 THROUGH JULY 31, 2014

| | | | |
|---|---|---|---:|
| E101 | Copying (E101) | $ | 13,073.90 |
| E102 | Outside Printing (E102) | | 5,779.12 |
| E104 | Facsimile (E104) | | 2.60 |
| E105 | Telephone (E105) | | 1,983.47 |
| E106 | Online Research (E106) | | 67,463.43 |
| E107 | Delivery Services/ Messengers (E107) | | 6,443.62 |
| E108 | Postage (E108) | | 2,253.35 |
| E110 | Out-of-Town Travel (E110) | | 110,305.49 |
| E111 | Business Meals, etc. (E111) | | 11.18 |
| E112 | Court Fees (E112) | | 33,049.82 |
| E113 | Subpoena Fees (E113) | | 1,045.00 |
| E114 | Witness Fees (E114) | | 80.00 |
| E115 | Deposition Transcripts (E115) | | 18,985.08 |
| E116 | Trial Transcripts (E116) | | 2,890.20 |
| E119 | Experts (E119) | | 11,093.25 |
| E123 | Other Professionals (E123) | | 45,066.22 |
| E124 | Other (E124) | | 151,533.58 |
| Grand Total | | $ | 471,059.31 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $ 12,343,266.00