EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR SIXTEENTH INTERIM
PERIOD OF APRIL 1, 2014 THROUGH JULY 31, 2014

|  | Counsel and Trustee |
|---|---:|
| Interim Compensation Requested (All Periods) | $ 626,540,167.34 |
| Interim Compensation Deferred | $ 37,899,430.66 |
| Holdback Amount to be Released | 12,899,430.66 |
| Holdback After Release | $ 25,000,000.00 |