**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, ABRAHAM WOLFSON, ZEV WOLFSON, and SOUTH FERRY BUILDING COMPANY,<br>　　　　　　Defendants. | Adv. Pro. No. 10-04350 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on: June 6, 2014

2. Fact Discovery shall be completed by: January 30, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: March 26, 2015

4. The Disclosure of Rebuttal Experts shall be due: May 22, 2015

5. The Deadline for Completion of Expert Discovery shall be: July 17, 2015

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 18, 2015

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 2, 2015.

8. The Deadline for Conclusion of Mediation shall be: On or before December 8, 2015.

300336917.1

Dated: November 21, 2014

| **BAKER & HOSTETLER LLP** | **K&L GATES LLP** |
|---|---|
| By: /s *Nicholas J. Cremona* | By: *Richard A. Kirby* |
| 45 Rockefeller Plaza | 1601 K Street NW |
| New York, New York 10111 | Washington, DC 20006-1600 |
| Telephone: 212.589.4200 | Telephone: 202.661.3730 |
| Facsimile: 212.589.4201 | Facsimile: 202.778.9100 |
| David J. Sheehan | Richard A. Kirby |
| Email: dsheehan@bakerlaw.com | Email: Richard.Kirby@klgates.com |
| Marc E. Hirschfield | Martha Rodriguez-Lopez |
| Email: mhirschfield@bakerlaw.com | Email: Martha.RodriguezLopez@klgates.com |
| Nicholas Cremona | Laura Clinton |
| Email: ncremona@bakerlaw.com | Email: Laura.Clinton@klgates.com |
| Christa C. Turner | Matthew D. Doden |
| Email: cturner@bakerlaw.com | Email: Matt.Doden@klgates.com |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

*Attorneys for Defendants South Ferry #2, LP, Emmanuel Gettinger, Aaron Wolfson, South Ferry Building Company, Zev Wolfson, and Abraham Wolfson*

300281266