# Exhibit B

SUMMARY OF FIFTEENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2014 THROUGH JULY 31, 2014

| Name | Year Admitted | April-July 2014 Standard Hourly Rate | April-July 2014 Total Hours Billed | April-July Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Howard L. Simon | 1977 | 575.00 | 534.00 | $ 307,050.00 |
| Kim M. Longo | 2002 | 455.00 | 777.90 | $ 353,944.50 |
| Antonio J. Casas | 1992 | 445.00 | 501.30 | $ 223,078.50 |
| **Total Partners and Special Counsel** | | | **1,813.20** | **$884,073.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 415.00 | 733.50 | $ 304,402.50 |
| Dave Butler | 1987 | 415.00 | 5.80 | $ 2,407.00 |
| Carol LaFond | 2000 | 410.00 | 672.30 | $ 275,643.00 |
| Brian W. Kreutter | 2003 | 365.00 | 664.60 | $ 242,579.00 |
| John J. Tepedino | 2004 | 365.00 | 352.90 | $ 128,808.50 |
| Yani Indrajana Ho | 2005 | 350.00 | 678.10 | $ 237,335.00 |
| Craig D. Gottilla | 2001 | 350.00 | 16.90 | $ 5,915.00 |
| Alan D. Lawn | 2008 | 340.00 | 688.80 | $ 234,192.00 |
| Tashanna Golden | 2008 | 340.00 | 295.80 | $ 100,572.00 |
| Alex Jonatowski | 2007 | 335.00 | 660.60 | $ 221,301.00 |
| Aurelio Quinones | 1989 | 335.00 | 413.60 | $ 138,556.00 |
| Rebekah J. Mott | 2012 | 300.00 | 655.90 | $ 196,770.00 |
| **Total Associates** | | | **5,838.80** | **$2,088,481.00** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 240.00 | 6.90 | $ 1,656.00 |
| Matthew Corwin | | 220.00 | 474.60 | $ 104,412.00 |
| Michael A. Simon | | 170.00 | 199.00 | $ 33,830.00 |
| **Total Paraprofessionals** | | | **680.50** | **$139,898.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 1,813.20 | $ 884,073.00 |
| **Associates** | 5,838.80 | $ 2,088,481.00 |
| **Paraprofessionals** | 680.50 | $ 139,898.00 |
| **Blended Attorney Rate** | 388.47 | |
| **GRAND TOTAL** | 8,332.50 | $ 3,112,452.00 |