## Exhibit C

SUMMARY OF FIFTEENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2014 THROUGH AND INCLUDING JULY 31, 2014

| Code Description | Amount |
|---|---:|
| Copying | $ 1,743.55 |
| Telephone | 73.36 |
| Postage | 90.89 |
| Delivery Services/Messenger | 976.42 |
| Online Research | 2,962.35 |
| Staff Overtime | 275.00 |
| Filing and Related Professional Services | 2,233.40 |
| Process Serving Fees | 1,119.70 |
| Translation Fees | 3,319.46 |
| **TOTAL** | **$ 12,794.13** |