## Exhibit D

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE FIFTEENTH INTERIM PERIOD OF APRIL 1, 2014 THROUGH AND INCLUDING JULY 31, 2014

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 233.00 | $ 94,672.00 |
| | | 007 | Fee Application | 83.50 | 33,266.00 |
| | | 041 | Discovery, Document Review, Document Production | 990.50 | 382,395.00 |
| | | 042 | Bankruptcy Court Litigation | 204.10 | 78,303.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 835.70 | 298,364.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 57.30 | 20,862.50 |
| 10 | Blumenfeld | 010 | Litigation | 552.40 | 229,179.50 |
| 12 | Credit Suisse | 010 | Litigation | 821.10 | 309,091.50 |
| 13 | Solon Capital | 010 | Litigation | 45.30 | 16,527.00 |
| 14 | Zephyros | 010 | Litigation | 94.30 | 34,156.50 |
| 15 | Mistral | 010 | Litigation | 60.80 | 22,151.50 |
| 16 | Societe Generale | 010 | Litigation | 279.60 | 100,247.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 604.30 | 204,712.50 |
| 18 | Clariden Leu | 010 | Litigation | 176.70 | 63,379.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 40.20 | 13,986.00 |
| 20 | Coordinated Cases | 010 | Litigation | 3,253.70 | 1,211,157.50 |
| | | | **TOTALS** | **8,332.50** | **$ 3,112,452.00** |