**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

_____

In re:

BERNARD L. MADOFF,

      Debtor.

_____

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | Adv. Pro. No. 10-05141 (SMB) |
| Plaintiff, | |
| v. | |
| MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN; DAVID MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan; and MARSHALL MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan, | |
| Defendants. | |

## STIPULATION TO AMENDMENT

      IT IS HEREBY STIPULATED AND AGREED, by and between Irving H. Picard (the

"Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment

Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the substantively consolidated estate of Bernard L. Madoff on the one hand, and the Minnetonka Moccasin Company, Inc. Pension Plan, David Miller, and Marshall Miller (collectively, "Defendants") on the other hand, in each case by and through their respective attorneys, as follows:

1.    On December 2, 2010, the above-captioned adversary proceeding was commenced by the Trustee against the Defendants.

2.    On May 6, 2011, the Defendants timely served and filed their Answer to the Trustee's Complaint in this matter.

3.    Following the completion of certain portions of fact discovery, and pursuant to Federal Rule of Civil Procedure 15(a)(2) and Federal Rule of Bankruptcy Procedure 7015, Defendants have requested the Trustee's consent to an amendment of Defendants' Answer, which consent the Trustee has provided.  This Stipulation confirms the Trustee's consent in this regard.

4.    Furthermore, and also pursuant to Federal Rule of Civil Procedure 15(a)(2) and Federal Rule of Bankruptcy Procedure 7015, the Trustee has requested Defendants' consent to an amendment of the Trustee's Complaint if the Trustee should determine that such amendment is necessary following the conduct of additional fact discovery, and Defendants have also provided that consent.  This Stipulation confirms Defendants' consent in this regard.

5.    As a product of the parties' stipulated consent to amendment, Defendants shall have until Friday, November 26, 2014 to serve and file their Amended Answer in this action.

Dated:  November 21, 2014


By: */s/ Nicholas J. Cremona*  
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dunt@bakerlaw.com

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and Bernard L.*
*Madoff*

By: */s/ Heather Marx*  
Cozen O'Connor
33 South Sixth Street, Suite 4640
Minneapolis, MN 55402
Telephone: (612) 260-9000
Facsimile: (612) 260-9080
Thomas G. Wallrich
Email: twallrich@cozen.com
Heather Marx
Email: hmarx@cozen.com

*Attorneys for Defendants*
*Minnetonka Moccasin Company, Inc*
*Pension Plan, David Miller,*
*and Marshall Miller*