# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| vs. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | Adv. Pro. No. 10-05141 (SMB) |
| Plaintiff, | |
| vs. | |
| MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN; DAVID MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan; and MARSHALL MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Amy E. Kulbeik, an employee of Cozen O'Connor, and in the course of said employment on November 24, 2014 caused the following documents:

Amended Joint Answer on Behalf of Minnetonka Moccasin Co., Inc. Pension Plan, David Miller, and Marshall Miller

to be served upon:

Dean D. Hunt (dhunt@bakerlaw.com)
Jody E. Schechter (jschechter@bakerlaw.com)
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111

via E-Mail at the addresses listed above.


Dated: November 24, 2014  /s/ Amy E. Kulbeik

121274547v10910223 69434