## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| vs. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

---

| | |
|---|---|
| In re: | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |

---

| | |
|---|---|
| IRVING R. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | Adv. Pro. No. 10-04664 (SMB) |
| Plaintiff, | |
| vs. | |
| RICHARD A. MILLER TRUST DATED 5/3/2000; and RICHARD A. MILLER, individually and in his capacity as Trustee of the Richard A. Miller Trust dated 5/3/2000; and GAYLA E. MILLER, individually and in her capacity as Trustee of the Richard A. Miller Trust dated 5/3/2000, | |
| Defendants. | |

---

### CERTIFICATE OF SERVICE

I, Amy E. Kulbeik, an employee of Cozen O'Connor, and in the course of said employment on November 24, 2014 caused the following documents:

Joint Amended Answer on Behalf of Richard A. Miller Trust Dated 5/3/2000, Richard A. Miller, and Gayla E. Miller

to be served upon:

Dean D. Hunt (dhunt@bakerlaw.com)
Jody E. Schechter (jschechter@bakerlaw.com)
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111

via E-Mail at the addresses listed above.


Dated: November 24, 2014                              /s/ Amy E. Kulbeik

121274547v10910223 69434