# EXHIBIT A

SUMMARY OF TRANSFERS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Account Name | 90-Day Preferential Transfers | Two Year Fictitious Profit Transfers | Two Year Principal Transfers | Total Two Year Transfers | Six Year Fictitious Profit Transfers | Six Year Principal Transfers | Total Six Year Transfers | Full History Fictitious Profit Transfers | Full History Principal Transfers | Total Full History Transfers |
| 100126 | AVELLINO FAMILY TRUST C/O FRANK AVELLINO | - | - | - | - | - | - | - | (350,000) | (400,000) | (750,000) |
| 100127 | AVELLINO GROUP C/O FRANK AVELLINO | - | - | - | - | - | - | - | (17,789) | (432,211) | (450,000) |
| 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | - | - | - | - | - | - | - | (70,673,757) | (124,665,290) | (195,339,048) |
| 1A0046 | AVELLINO & BIENES PENSION PLAN & TRUST C/O FRANK AVELLINO | - | - | - | - | - | - | - | (2,816,585) | (4,350,138) | (7,166,723) |
| 1A0047 | AVELLINO & BIENES SPECIAL C/O FRANK AVELLINO | - | - | - | - | - | - | - | (33,264,438) | (8,594,754) | (41,859,192) |
| 1A0048 | AVELLINO & BIENES #2 C/O FRANK AVELLINO | - | - | - | - | - | - | - | (27,001,128) | (41,099,308) | (68,100,435) |
| 1A0049 | AVELLINO & BIENES #3 C/O FRANK AVELLINO | - | - | - | - | - | - | - | (36,722,050) | (3,112,500) | (39,834,550) |
| 1A0050 | AVELLINO & BIENES #4 C/O FRANK AVELLINO | - | - | - | - | - | - | - | (65,453,497) | (12,989,250) | (78,442,747) |
| 1A0051 | FRANK J AVELLINO TRUSTEE | - | - | - | - | - | - | - | (5,002,549) | (2,950,000) | (7,952,549) |
| 1A0053 | AVELLINO & BIENES #5 C/O FRANK AVELLINO | - | - | - | - | - | - | - | (212,801,638) | (36,229,845) | (249,031,484) |
| 1B0018 | DIANE K BIENES | - | - | - | - | - | - | - | (29,874,996) | (1,245,966) | (31,120,962) |
| 1ZA879 | KENN JORDAN ASSOCIATES C/O FRANK AVELLINO | - | - | - | - | - | (2,350,000) | (2,350,000) | - | (5,745,000) | (5,745,000) |
| 1ZB032 | MAYFAIR VENTURES C/O FRANK AVELLINO | - | (2,500,000) | - | (2,500,000) | (2,550,000) | - | (2,550,000) | (4,350,000) | (23,500,000) | (27,850,000) |
| 1ZB046 | GROSVENOR PARTNERS LTD C/O FRANK AVELLINO | - | (2,500,000) | - | (2,500,000) | (28,650,000) | - | (28,650,000) | (58,251,400) | (43,351,600) | (101,603,000) |
| 1ZB249 | MAYFAIR BOOKKEEPING SERV INC MAYFAIR PENSION PLAN C/O FRANK AVELLINO | - | - | - | - | - | - | - | - | - | - |
| 1ZB262 | STRATTHAM C/O THOMAS G AVELLINO | (4,250,000) | - | (17,980,000) | (17,980,000) | - | (23,105,000) | (23,105,000) | - | (23,820,000) | (23,820,000) |
| 1ZB509 | ASTER ASSOCIATES FRANK AVELLINO, NANCY CARROLL AVELLINO GENERAL PARTNERS | - | (3,500,000) | - | (3,500,000) | (7,000,000) | - | (7,000,000) | (7,000,000) | - | (7,000,000) |
| 1ZB510 | ST JAMES ASSOCIATES MICHAEL BIENES, DIANE BIENES GENERAL PARTNERS | - | (8,700,000) | - | (8,700,000) | (17,450,000) | (1,000,000) | (18,450,000) | (17,450,000) | (1,000,000) | (18,450,000) |
| | Total: | $ (4,250,000) | $ (17,200,000) | $ (17,980,000) | $ (35,180,000) | $ (55,650,000) | $ (26,455,000) | $ (82,105,000) | $ (571,029,826) | $ (333,485,863) | $ (904,515,688) |

Note: Any differences due to rounding