**EXHIBIT C**

**Liability for Initial Transfers – By Defendant: Frank J. Avellino**                                                                                                                                 Exhibit C-1

| | Avellino Family Trust c/o Frank Avellino (100126) | Avellino Group c/o Frank Avellino (100127) | Avellino & Bienes c/o Frank Avellino (1A0045) | Avellino & Bienes Pension Plan & Trust c/o Frank Avellino (1A0046) | Avellino & Bienes Special c/o Frank Avellino (1A0047) | Avellino & Bienes #2 c/o Frank Avellino (1A0048) | Avellino & Bienes #3 c/o Frank Avellino (1A0049) | Avellino & Bienes #4 c/o Frank Avellino (1A0050) | Frank J Avellino Trustee (1A0051) | Avellino & Bienes #5 c/o Frank Avellino (1A0053) | Kenn Jordan Associates c/o Frank Avellino (1ZA879) | Mayfair Ventures c/o Frank Avellino (1ZB032) | Grosvenor Partners Ltd c/o Frank Avellino (1ZB046) | Aster Associates Frank Avellino, Nancy Carroll Avellino General Partners (1ZB509) | TOTAL LIABILITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FRANK AVELLINO** | | | | | | | | | | | | | | | |
| 2 Year Fictitious Profit | | | | | | | | | | | | $ (2,500,000) | $ (2,500,000) | $ (3,500,000) | $ (8,500,000) |
| 2 Year Principal | | | | | | | | | | | | | | | |
| 2 Year Total | | | | | | | | | | | | $ (2,500,000) | $ (2,500,000) | $ (3,500,000) | $ (8,500,000) |
| 6 Year Fictitious Profit | | | | | | | | | | | | $ (2,550,000) | $ (28,650,000) | $ (7,000,000) | $ (38,200,000) |
| 6 Year Principal | | | | | | | | | | | $ (2,350,000) | | | | $ (2,350,000) |
| 6 Year Total | | | | | | | | | | | $ (2,350,000) | $ (2,550,000) | $ (28,650,000) | $ (7,000,000) | $ (40,550,000) |
| Full History Fictitious Profit | $ (350,000) | $ (17,789) | $ (70,673,757) | $ (2,816,585) | $ (33,264,438) | $ (27,001,128) | $ (36,722,050) | $ (65,453,497) | $ (5,002,549) | $ (212,801,638) | | $ (4,350,000) | $ (58,251,400) | $ (7,000,000) | $ (523,704,831) |
| Full History Principal | $ (400,000) | $ (432,211) | $ (124,665,290) | $ (4,350,138) | $ (8,594,754) | $ (41,099,308) | $ (3,112,500) | $ (12,989,250) | $ (2,950,000) | $ (36,229,845) | $ (5,745,000) | $ (23,500,000) | $ (43,351,600) | | $ (307,419,896) |
| **Full History Total** | $ (750,000) | $ (450,000) | $ (195,339,048) | $ (7,166,723) | $ (41,859,192) | $ (68,100,435) | $ (39,834,550) | $ (78,442,747) | $ (7,952,549) | $ (249,031,484) | $ (5,745,000) | $ (27,850,000) | $ (101,603,000) | $ (7,000,000) | $ (831,124,728) |

Note: Any differences due to rounding

| | Avellino & Bienes c/o Frank Avellino (1A0045) | Avellino & Bienes Pension Plan & Trust c/o Frank Avellino (1A0046) | Avellino & Bienes Special c/o Frank Avellino (1A0047) | Avellino & Bienes #2 c/o Frank Avellino (1A0048) | Avellino & Bienes #3 c/o Frank Avellino (1A0049) | Avellino & Bienes #4 c/o Frank Avellino (1A0050) | Avellino & Bienes #5 c/o Frank Avellino (1A0053) | Mayfair Ventures c/o Frank Avellino (1ZB032) | Grosvenor Partners Ltd c/o Frank Avellino (1ZB046) | Diane K Bienes (1B0018) | St James Associates Michael Bienes, Diane Bienes General Partners (1ZB510) | TOTAL LIABILITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MICHAEL BIENES** | | | | | | | | | | | | |
| 2 Year Fictitious Profit | | | | | | | | $ (2,500,000) | $ (2,500,000) | | $ (8,700,000) | $ (13,700,000) |
| 2 Year Principal | | | | | | | | | | | | |
| 2 Year Total | | | | | | | | $ (2,500,000) | $ (2,500,000) | | $ (8,700,000) | $ (13,700,000) |
| 6 Year Fictitious Profit | | | | | | | | $ (2,550,000) | $ (28,650,000) | | $ (17,450,000) | $ (48,650,000) |
| 6 Year Principal | | | | | | | | | | | $ (1,000,000) | $ (1,000,000) |
| 6 Year Total | | | | | | | | $ (2,550,000) | $ (28,650,000) | | $ (18,450,000) | $ (49,650,000) |
| Full History Fictitious Profit | $ (70,673,757) | $ (2,816,585) | $ (33,264,438) | $ (27,001,128) | $ (36,722,050) | $ (65,453,497) | $ (212,801,638) | $ (4,350,000) | $ (58,251,400) | $ (29,874,996) | $ (17,450,000) | $ (558,659,489) |
| Full History Principal | $ (124,665,290) | $ (4,350,138) | $ (8,594,754) | $ (41,099,308) | $ (3,112,500) | $ (12,989,250) | $ (36,229,845) | $ (23,500,000) | $ (43,351,600) | $ (1,245,966) | $ (1,000,000) | $ (300,138,651) |
| **Full History Total** | $ (195,339,048) | $ (7,166,723) | $ (41,859,192) | $ (68,100,435) | $ (39,834,550) | $ (78,442,747) | $ (249,031,484) | $ (27,850,000) | $ (101,603,000) | $ (31,120,962) | $ (18,450,000) | $ (858,798,141) |

Note: Any differences due to rounding

MADC0309_00000294

|  | **Mayfair Ventures c/o Frank Avellino (1ZB032)** | **Grosvenor Partners Ltd c/o Frank Avellino (1ZB046)** | **Aster Associates Frank Avellino, Nancy Carroll Avellino General Partners (1ZB509)** | **TOTAL LIABILITY** |
|---|---:|---:|---:|---:|
| **NANCY CARROLL AVELLINO** | | | | |
| 2 Year Fictitious Profit | $ (2,500,000) | $ (2,500,000) | $ (3,500,000) | $ (8,500,000) |
| 2 Year Principal | | | | |
| 2 Year Total | $ (2,500,000) | $ (2,500,000) | $ (3,500,000) | $ (8,500,000) |
| 6 Year Fictitious Profit | $ (2,550,000) | $ (28,650,000) | $ (7,000,000) | $ (38,200,000) |
| 6 Year Principal | | | | |
| 6 Year Total | $ (2,550,000) | $ (28,650,000) | $ (7,000,000) | $ (38,200,000) |
| Full History Fictitious Profit | $ (4,350,000) | $ (58,251,400) | $ (7,000,000) | $ (69,601,400) |
| Full History Principal | $ (23,500,000) | $ (43,351,600) | | $ (66,851,600) |
| **Full History Total** | **$ (27,850,000)** | **$ (101,603,000)** | **$ (7,000,000)** | **$ (136,453,000)** |

Note: Any differences due to rounding

| | **Avellino & Bienes c/o Frank Avellino (1A0045)** | **Avellino & Bienes Special c/o Frank Avellino (1A0047)** | **Avellino & Bienes #2 c/o Frank Avellino (1A0048)** | **Avellino & Bienes #3 c/o Frank Avellino (1A0049)** | **Avellino & Bienes #4 c/o Frank Avellino (1A0050)** | **Avellino & Bienes #5 c/o Frank Avellino (1A0053)** | **Mayfair Ventures c/o Frank Avellino (1ZB032)** | **Grosvenor Partners Ltd c/o Frank Avellino (1ZB046)** | **Diane K Bienes (1B0018)** | **St James Associates Michael Bienes, Diane Bienes General Partners (1ZB510)** | **TOTAL LIABILITY** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DIANNE BIENES** | | | | | | | | | | | |
| 2 Year Fictitious Profit | | | | | | | $ (2,500,000) | $ (2,500,000) | | $ (8,700,000) | $ (13,700,000) |
| 2 Year Principal | | | | | | | | | | | |
| 2 Year Total | | | | | | | $ (2,500,000) | $ (2,500,000) | | $ (8,700,000) | $ (13,700,000) |
| 6 Year Fictitious Profit | | | | | | | $ (2,550,000) | $ (28,650,000) | | $ (17,450,000) | $ (48,650,000) |
| 6 Year Principal | | | | | | | | | | $ (1,000,000) | $ (1,000,000) |
| 6 Year Total | | | | | | | $ (2,550,000) | $ (28,650,000) | | $ (18,450,000) | $ (49,650,000) |
| Full History Fictitious Profit | $ (70,673,757) | $ (33,264,438) | $ (27,001,128) | $ (36,722,050) | $ (65,453,497) | $ (212,801,638) | $ (4,350,000) | $ (58,251,400) | $ (29,874,996) | $ (17,450,000) | $ (555,842,904) |
| Full History Principal | $ (124,665,290) | $ (8,594,754) | $ (41,099,308) | $ (3,112,500) | $ (12,989,250) | $ (36,229,845) | $ (23,500,000) | $ (43,351,600) | $ (1,245,966) | $ (1,000,000) | $ (295,788,513) |
| **Full History Total** | $ **(195,339,048)** | $ **(41,859,192)** | $ **(68,100,435)** | $ **(39,834,550)** | $ **(78,442,747)** | $ **(249,031,484)** | $ **(27,850,000)** | $ **(101,603,000)** | $ **(31,120,962)** | $ **(18,450,000)** | $ **(851,631,418)** |

Note: Any differences due to rounding

|  | **Aster Associates Frank Avellino, Nancy Carroll Avellino General Partners (1ZB509)** | **Strattham c/o Thomas G. Avellino (1ZB262)** | **TOTAL LIABILITY** |
|---|---:|---:|---:|
| **THOMAS AVELLINO** | | | |
| 90-Day Preferential Transfer | | $ (4,250,000) | $ (4,250,000) |
| 2 Year Fictitious Profit | $ (3,500,000) | | $ (3,500,000) |
| 2 Year Principal | | $ (17,980,000) | $ (17,980,000) |
| 2 Year Total | $ (3,500,000) | $ (17,980,000) | $ (21,480,000) |
| 6 Year Fictitious Profit | $ (7,000,000) | | |
| 6 Year Principal | | $ (23,105,000) | $ (23,105,000) |
| 6 Year Total | $ (7,000,000) | $ (23,105,000) | $ (30,105,000) |
| Full History Fictitious Profit | $ (7,000,000) | | $ (7,000,000) |
| Full History Principal | | $ (23,820,000) | $ (23,820,000) |
| **Full History Total** | **$ (7,000,000)** | **$ (23,820,000)** | **$ (30,820,000)** |

Note: Any differences due to rounding