# EXHIBIT E

Exhibit E

COUNTS FOR INDIVIDUAL DEFENDANTS, ENTITY DEFENDANTS, AND SUBSEQUENT TRANSFEREE DEFENDANTS

| Defendant Name | Count I | Count II | Count III | Count IV | Count V | Count VI | Count VII | Count VIII | Count IX | Count X | Count XI | Count XII | Count XIII |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frank J. Avellino | X | X | X | X | X | X | X | | X | | | | X |
| Michael S. Bienes | X | X | X | X | X | X | X | | X | | | | X |
| Nancy C. Avellino | X | X | X | X | X | X | X | | X | | | | X |
| Dianne K. Bienes | X | X | X | X | X | X | X | | X | | | | X |
| Thomas G. Avellino | X | X | X | X | X | X | X | | X | | | | X |
| Avellino & Bienes | | | | | | | X | | | | | | |
| Avellino Family Trust | | | | | | | X | | | | | | |
| Avellino & Bienes Pension Plan & Trust | | | | | | | X | | | | | | |
| Grosvenor Partners, Ltd. | X | X | X | X | X | X | | | X | | | | |
| Mayfair Ventures, G.P. | X | X | X | X | X | X | X | | | | | | X |
| Aster Associates | X | X | X | X | X | X | X | | X | | | | |
| St. James Associates | X | X | X | X | X | X | X | | | | | | |
| Strattham Partners | X | X | X | X | X | X | X | X | X | X | X | X | |
| Kenn Jordan Associates | | | X | X | X | X | X | | X | X | X | X | |
| Ascent, Inc. | | | | | | | | | X | | | | X |
| Mayfair Bookkeeping Services, Inc. | | | | | | | | | X | X | X | X | |
| Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as amended | | | | | | | | | X | | | | |
| Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992 | | | | | | | | | X | | | | |
| Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 under Agreement dated June 24, 1992 | | | | | | | | | X | | | | |
| Frank J. Avellino Revocable Trust Number One under the Declaration of Trust Number One dated June 10, 1988 | | | | | | | | | X | | | | |
| Nancy Carroll Avellino Revocable Trust under the Trust Agreement dated May 18, 1992 | | | | | | | | | X | | | | |
| 27 Cliff, LLC | | | | | | | | | X | | | | X |
| The Avellino Family Foundation, Inc. | | | | | | | | | X | | | | |
| Rachel A. Rosenthal | | | | | | | | | X | | | | X |
| Rachel Anne Rosenthal Trust U/A dated June 29, 1990 | | | | | | | | | X | | | | X |
| The Rachel Anne Rosenthal Trust #3 | | | | | | | | | X | | | | X |
| Heather C. Lowles | | | | | | | | | X | | | | X |
| Heather Carroll Lowles Trust U/A dated June 29, 1990 | | | | | | | | | X | | | | X |
| Tiffany Joy Lowles Trust U/A dated June 29, 1990 | | | | | | | | | X | | | | X |
| Melanie A. Lowles | | | | | | | | | X | | | | |
| Melanie Ann Lowles Trust U/A dated June 29, 1990 | | | | | | | | | X | | | | X |
| Taylor Ashley McEvoy Trust U/A dated June 24, 1992 | | | | | | | | | X | | | | X |
| Madison Alyssa McEvoy Trust U/A dated June 29, 1990 | | | | | | | | | X | | | | X |
| A minor with the initials S. A. | | | | | | | | | X | | | | |
| S.A. Grantor Retained Annuity Trust | | | | | | | | | X | | | | X |

MADC0309_00000330