**EXHIBIT F**

**DEFENDANT GENERAL PARTNERS AND ASSOCIATED DEFENDANT GENERAL PARTNERSHIPS**

|  | General Partnerships | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant General Partners** | **A&B** | **Grosvenor** | **Mayfair Ventures** | **Aster** | **St. James** | **Strattham** | **KJA** |
| Frank J. Avellino | X | X | X | X |  |  | X |
| Michael S. Bienes | X | X | X |  | X |  |  |
| Nancy Carroll Avellino |  | X | X | X |  |  |  |
| Dianne K. Bienes | X | X | X |  | X |  |  |
| Thomas G. Avellino |  |  |  | X |  | X |  |
| Mayfair Ventures |  | X |  |  |  |  |  |
| Ascent, Inc. |  |  |  |  |  | X |  |
| 27 Cliff, LLC |  |  |  | X |  |  |  |
| Rachel A. Rosenthal |  |  |  | X |  |  |  |
| Rachel Anne Rosenthal Trust U/A dated June 29, 1990 |  |  |  | X |  |  |  |
| Rachel Rosenthal Trust Number 3 |  |  |  | X |  |  |  |
| Heather C. Lowles |  |  |  | X |  |  |  |
| Heather Carroll Lowles Trust U/A dated June 29, 1990 |  |  |  | X |  |  |  |
| Tiffany Joy Lowles Trust U/A dated June 29, 1990 |  |  |  | X |  |  |  |
| Melanie Ann Lowles Trust U/A dated June 29, 1990 |  |  |  | X |  |  |  |
| Taylor Ashley McEvoy Trust U/A dated June 24, 1992 |  |  |  | X |  |  |  |
| Madison Alyssa McEvoy Trust U/A dated June 29, 1990 |  |  |  | X |  |  |  |
| S.A. Grantor Retained Annuity Trust |  |  |  | X |  |  |  |

MADC0309_00000331