# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| vs. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | Adv. Pro. No. 10-05126 (SMB) |
| Plaintiff, | |
| vs. | |
| MINNETONKA MOCCASIN CO., INC. PROFIT SHARING TRUST; DAVID MILLER, in his capacity as Trustee of the Minnetonka Moccasin Co., Inc. Profit Sharing Trust; and MARSHALL MILLER, in his capacity as Trustee of the Minnetonka Moccasin Co., Inc. Profit Sharing Trust, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Amy E. Kulbeik, an employee of Cozen O'Connor, and in the course of said employment on November 25, 2014 caused the following documents:

   Joint Amended Answer on Behalf of Minnetonka Moccasin Co., Inc. Profit Sharing
   Trust, David Miller, and Marshall Miller

121274547v10910223 69434

to be served upon:

Dean D. Hunt (dhunt@bakerlaw.com)
Jody E. Schechter (jschechter@bakerlaw.com)
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111

via E-Mail at the addresses listed above.


Dated: November 25, 2014                                      /s/ Amy E. Kulbeik