**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jacqlyn Rovine
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY GAINES & CO., INC. PROFIT SHARING PLAN;<br><br>JAY GAINES, individually, and in his fiduciary capacity as trustee of the JAY GAINES & CO., | Adv. Pro. No. 10-05301 (SMB) |

Pg 2 of 2

INC. PROFIT SHARING PLAN; and

SHERRY GAINES, individually, and in her fiduciary capacity as trustee of the JAY GAINES & CO., INC. PROFIT SHARING PLAN,

        Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding previously scheduled for December 23, 2014 has been adjourned to **December 23, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
       November 25, 2014

                BAKER & HOSTETLER LLP

                By: /s/ Marc E. Hirschfield
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone: 212.589.4200
                Facsimile: 212.589.4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com
                Marc E. Hirschfield
                Email: mhirschfield@bakerlaw.com
                Oren J. Warshavsky
                Email: owarshavsky@bakerlaw.com
                Jacqlyn Rovine
                Email: jrovine@bakerlaw.com
                Lindsey A. Shoshany
                Email: lshoshany@bakerlaw.com

                *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

300342996.1