UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   DEFENDANT. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED) |

## CERTIFICATE OF SERVICE

I, Christopher Clark, hereby certify that on this 25th day of November, 2014, I caused a true and correct copy of the foregoing pleadings:

(a)  Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.'s Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Fourth Amended Complaint

to be served upon counsel of record for all parties to the Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Liquidation Action (No. 08-01789 (SMB)) via filing on *CM/ECF* to those consenting to such service and via electronic mail to the parties listed in Schedule A to this certificate.

 Dated: November 25, 2014
     New York, New York

                /s/ Christopher Clark
                CHRISTOPHER CLARK

## **SCHEDULE A**

David J. Sheehan
Geraldine Ponto
Gonzalo Zeballos
John Burke
Anthony Grupposo
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Counsel to Irving H. Picard, Trustee
for the Liquidation of Bernard L.
Madoff Investment Securities LLC