**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Timothy Pfeifer
tpfeifer@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>SONJA KOHN, INFOVALEUR, INC., & TECNO DEVELOPMENT & RESEARCH, LTD.,<br><br>                    Defendants. | Adv. Pro. No. 10-05411 (SMB) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), by his counsel Baker & Hostetler LLP, and under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding through Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses, without prejudice, the defendants listed on Exhibit A attached hereto from the above-captioned action (the "Dismissed Defendants"). Under Rule 41(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss, without prejudice, the defendants listed on Exhibit A from the above-captioned action without further order of the Court by filing this Notice of Dismissal. As of the date hereof, no Dismissed Defendant has served an answer or a motion for summary judgment.

Dated:  November 26, 2014
          New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ David J. Sheehan*

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Timothy S. Pfeifer
tpfeifer@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**EXHIBIT A**

1. 20:20 Medici AG f/k/a/ Bank Medici AG
2. Absolute Portfolio Management Ltd.
3. Alessandro Profumo
4. Andreas Pirkner
5. Bank Austria Cayman Islands Ltd.
6. Bank Austria Worldwide Fund Management Ltd.
7. Bank Medici AG (Gibraltar)
8. Brightlight Trading Ltd.
9. Daniele Cosulich
10. Eastview Services Ltd.
11. EcoInfo GmbH
12. Erko, Inc.
13. Erwin Kohn
14. Eurovaleur, Inc.
15. Fintechnology Ltd.
16. Franco Mugnai
17. Friedrich Kadrnoska
18. Gerhard Randa
19. Gianfranco Gutty
20. Harald Nograsek
21. Helmuth Frey
22. Herald Asset Management Ltd.
23. Herald Consult Ltd.
24. IT Resources
25. I-Technology Solutions, Inc.
26. John and Jane Doe Defendants 1-100
27. Josef Duregger
28. Lifetrust AG
29. Line Group Ltd.
30. Line Holdings Ltd.
31. Line Management Services Ltd.
32. Manfred Kastner
33. Mariadelmar Raule
34. Marketing Strategies Ltd.
35. Medici Cayman Island Ltd.
36. Medici S.r.l.
37. MediciFinanz Consulting GmbH
38. Michael Kohn
39. Moishe Hartstein

40. Mordechai Landau
41. M-Tech Services GmbH
42. Netty Blau
43. New Economy.Tech S.A.
44. Nicole Herzog (Née Kohn)
45. Paul de Sury
46. Peter Fischer
47. Peter Scheithauer
48. Pioneer Global Asset Management, S.p.A.
49. PrivatLife AG
50. Rachel Kohn
51. Redcrest Investments, Inc.
52. Renato Florio
53. Rina Hartstein (Née Kohn)
54. Robert Alain Kohn a/k/a Avraham Ze'ev Kahan
55. RTH AG
56. Sharei Halacha Jerusalem, Inc.
57. Shlomo (Momy) Amselem
58. Sofipo Austria GmbH
59. Starvest Anstalt
60. Stefan Zapotocky
61. Susanne Giefing
62. Systor S.A.
63. Tecno Development & Research s.r.l.
64. Tonga International S.A.
65. UniCredit Bank Austria AG
66. UniCredit S.p.A.
67. Ursula Radel-Leszczynski
68. Werner Kretschmer
69. Werner Tripolt
70. Wilhelm Hemetsberger
71. Windsor IBC, Inc.
72. Yakov Lantzitsky
73. Yvonne Landau (Née Kohn)