# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>SONJA KOHN, INFOVALEUR, INC., & TECNO DEVELOPMENT AND RESEARCH LTD.,<br><br>      Defendants. | Adv. Pro. No. 10-5411 (SMB) |

## [PROPOSED] ORDER GRANTING MOTION FOR
## LEAVE TO FILE A THIRD AMENDED COMPLAINT

**THIS MATTER**, having come before the Court on Plaintiff's Motion for Leave to File a Third Amended Complaint (the "Motion"), and the Court having considered the submissions in support of and in opposition to (if any) the Motion, and the Court having found good cause for the relief sought in the Motion, it is hereby **ORDERED** that:

1.  The Motion is granted.

2.  Plaintiff's Third Amended Complaint, in substantially the form attached to the Notice of

    Motion, is to be filed on or before _____, 2014.

3.  Defendants Robert Reuss and Andreas Schindler are dismissed from this action without

    prejudice.

4.  The caption is amended to reflect the dismissal of all defendants other than Sonja Kohn,

    Infovaleur, Inc., and Tecno Development and Research Ltd, as set forth in the Third

    Amended Complaint and the Voluntary Notice of Dismissal filed on November 26,

    2014, ECF No. ____.


SO ORDERED.

Dated: December ____, 2014
        New York, New York


                                        _____
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE