UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Eric Grode and Elizabeth Harre (the "Claimants"), having filed an objection (the "Objection", Docket Number 3696) to the Trustee's Notice of Determination respecting Claimants' customer claim (#006891), hereby give notice that they withdraw such Objection.

Dated: October 22 2014

Eric Grode and Elizabeth Harre
~~2141 East Ave., Apt. A~~  402 Bonnie Brae Avenue
Rochester, NY ~~14610-2645~~ 14618