UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Daniel L. Squadron (the "Claimant"), having filed an objection (the "Objection", Docket Number 3698) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006872), hereby gives notice that he withdraws such Objection.

Dated: October ?/ 2014

Daniel L. Squadron
~~360 Court Street, Apt. 24~~   492 Henry St, Apt 5K
Brooklyn, NY 11231