UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Catherine Shea (the "Claimant"), having filed an objection (the "Objection", Docket Number 3688) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006883), hereby gives notice that she withdraws such Objection.

Dated: October 28 2014

Catherine Shea
12 Cypress St.
Millburn, NJ 07041-1906