UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>Debtor. <br> SECURITIES INVESTOR PROTECTION CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | SIPA LIQUIDATION <br><br> Case No. 08-01789 (SMB) <br><br> ~~(Substantively Consolidated)~~ |

### NOTICE OF WITHDRAWAL OF OBJECTION

Michael and Marcy Squadron (the "Claimants"), having filed an objection (the "Objection", Docket Number 3686) to the Trustee's Notice of Determination respecting Claimants' customer claim (#006888), hereby give notice that they withdraw such Objection.

Dated: October 24 2014

*/s/ Michael Squadron*   */s/ Marcy Squadron*
Michael and Marcy Squadron
65 Union Avenue
Upper Saddle River, NJ 07458