UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Alana D. Gold (the "Claimant"), having filed an objection (the "Objection", Docket Number 3685) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006887), hereby gives notice that she withdraws such Objection.

Dated: October 24 2014

　　　　　　　　　　　　　　　　　　　　　/s/ Alana Gold
　　　　　　　　　　　　　　　　　　　　　Alana D. Gold
　　　　　　　　　　　　　　　　　　　　　27 Glendale Avenue
　　　　　　　　　　　　　　　　　　　　　Armonk, NY 10504