UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Peter and Carol Gold (the "Claimants"), having filed an objection (the "Objection", Docket Number 3695) to the Trustee's Notice of Determination respecting Claimants' customer claim (#006885), hereby give notice that they withdraw such Objection.

Dated: October 7, 2014

                                                                     Peter and Carol Gold
                                                                      27 Glendale Avenue
                                                                       Armonk, NY 10504