UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Robert Vas Dias and Margaret Butcher (the "Claimants"), having filed an objection (the "Objection", Docket Number 3702) to the Trustee's Notice of Determination respecting Claimants' customer claim (#006895), hereby give notice that they withdraw such Objection.

Dated: November 1st, 2014

_[signatures]_

Robert Vas Dias and Margaret Butcher
5B Compton Avenue
Canonbury, London N1 2XD
United Kingdom