UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Sarah B. Harre (the "Claimant"), having filed an objection (the "Objection", Docket Number 3699) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006892), hereby gives notice that she withdraws such Objection.

Dated: October 28 2014

Sarah B. Harre
~~189 Lowell St., #1~~ 55 Richdale Avenue #2
Somerville, MA ~~02144~~ 02145