UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Swing and David Harre (the "Claimants"), having filed an objection (the "Objection", Docket Number 3682) to the Trustee's Notice of Determination respecting Claimants' customer claim (#006889), hereby give notice that they withdraw such Objection.

Dated: October 23, 2014

_Swing and David Harre_
Swing and David Harre
~~103 Carrot Island Lane~~ 1570 East Ave
~~Beaufort, NC 28516~~ Apt. 814
Rochester, NY 14610