UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Anna Rothwell (the "Claimant"), having filed an objection (the "Objection", Docket Number 3700) to the Trustee's Notice of Determination respecting Claimant's customer claim (#006894), hereby gives notice that she withdraws such Objection.

Dated: October 29 2014

x _Anna Rothwell_
Anna Rothwell
45 Coleherne Court
The Little Boltons
London, SW5 0DN
United Kingdom