**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Lindsey Shoshany
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LESLIE AUFZIEN LEVINE, LISA AUFZIEN, ALAN L. AUFZIEN, individually and in his capacity as a Joint Tenant, NORMA K. AUFZIEN, individually and in her capacity as a Joint Tenant, MEREDITH AUFZIEN BAUER, and JONATHAN | Adv. Pro. No. 10-04483 (SMB) |

1

M. AUFZIEN,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    The Initial Disclosures shall be due: May 16, 2014.

2.    Fact Discovery shall be completed by: January 29, 2015.

3.    The Disclosure of Case-in-Chief Experts shall be due: March 31, 2015.

4.    The Disclosure of Rebuttal Experts shall be due: April 30, 2015.

5.    The Deadline for Completion of Expert Discovery shall be: July 31, 2015.

6.    The Deadline for Service of a Notice of Mediation Referral shall be:  On or before September 14, 2015.

7.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before September 28, 2015.

8.    The Deadline for Conclusion of Mediation shall be:  On or before January 26, 2016.

Dated: New York, New York
December 2, 2014

BAKER & HOSTETLER LLP

*/s/ Marc Hirschfield_____*
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Lindsey Shoshany
George Klidonas
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*