
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SERENE WARREN REVOCABLE TRUST U/A/D SEPTEMBER 15, 2005, SERENE WARREN and CHRISTOPHER WARREN, as trustees of the Serene Warren Revocable Trust, and SERENE WARREN, individually, | Adv. Pro. No. 10-04514 (SMB) |

|  |
|---|
| Defendants. |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 16, 2014

2. Fact Discovery shall be completed by: February 2, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: August 14, 2015

4. The Disclosure of Rebuttal Experts shall be due: September 14, 2015

5. The Deadline for Completion of Expert Discovery shall be: October 13, 2015

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 14, 2015

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before December 28, 2015.

8. The Deadline for Conclusion of Mediation shall be: On or before April 26, 2016.

300342917.1

Dated: December 2, 2014

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: /s *Nicholas J. Cremona*_____ | By: /s/ *Daniel B. Besikof*_____ |
| 45 Rockefeller Plaza | 345 Park Avenue |
| New York, New York 10111 | New York, New York 10154 |
| Telephone: 212.589.4200 | Telephone: 212.407.4129 |
| Facsimile: 212.589.4201 | Facsimile: 646.417.6335 |
| David J. Sheehan | P. Gregory Schwed |
| Email: dsheehan@bakerlaw.com | Email: gschwed@loeb.com |
| Marc E. Hirschfield | Daniel B. Besikof |
| Email: mhirschfield@bakerlaw.com | Email: dbesikof@loeb.com |
| Nicholas Cremona | |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | |
| Email: cturner@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Defendants* |