**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>        v.<br><br>MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF,<br><br>                     Defendants. | Adv. Pro. No. 10-03483 (SMB) |

## [PROPOSED] ORDER GRANTING TRUSTEE'S MOTION FOR <u>SUBSTITUTION</u>

THIS MATTER, having come before the Court on Plaintiff's motion for entry of an

Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding

by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion to

substitute (i) the Estate of Andrew H. Madoff and Martin Flumenbaum for deceased defendant

{11028092:2}

Andrew Madoff and (ii) David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this proceeding [Dkt. No. 67], and the Court having considered the submissions in support of and in opposition (if any) to the Motion, and the Court having found good cause for the relief sought in the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.

SO ORDERED.

Dated: _____, 2014            _____
      New York, New York                              HONORABLE STUART M. BERNSTEIN
                                                              UNITED STATES BANKRUPTCY JUDGE