**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE ROBERT AUERBACH REVOCABLE TRUST, <br><br> THE JOYCE C. AUERBACH REVOCABLE TRUST, <br><br> ROBERT AUERBACH, individually, and <br><br> JOYCE C. AUERBACH, individually, as Trustee of | Adv. Pro. No. 10-04891 (SMB) |

the Robert Auerbach Revocable Trust, and as
Trusteeof the Joyce C. Auerbach Revocable Trust,

                              Defendants.

## ELEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] and entered by the Bankruptcy Court in the

above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.    The Disclosure of Case-in-Chief Experts shall be due:  February 12, 2015.

2.    The Disclosure of Rebuttal Experts shall be due:  March 16, 2015.

3.    The Deadline for Completion of Expert Discovery shall be:  June 15, 2015.

4.    The Deadline for Service of a Notice of Mediation Referral shall be on or before:  August 14, 2015.

5.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before:  August 28, 2015.

6.    The Deadline for Conclusion of Mediation shall be:  December 28, 2015.

Dated: New York, New York
       December 2, 2014

BAKER & HOSTETLER LLP


By:  *Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*