**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CRS REVOCABLE TRUST,<br><br>CONSTANCE R. SISLER, individually, and in her capacity as Settlor and Trustee of CRS Revocable Trust,<br><br>ALLAN R. TESSLER, in his capacity as Trustee of CRS Revocable Trust, and<br><br>EDITH G. SISLER, | Adv. Pro. No. 10-04996 (SMB) |

|  |
|---|
| Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 21, 2012

2. Fact Discovery shall be completed by: August 21, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: October 20, 2015

4. The Disclosure of Rebuttal Experts shall be due: November 19, 2015

5. The Deadline for Completion of Expert Discovery shall be: February 17, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: April 18, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 2, 2016

8. The Deadline for Conclusion of Mediation shall be: August 11, 2016

Dated: New York, New York
December 3, 2014

BAKER & HOSTETLER LLP

By: _/s/ Marc E. Hirschfield_
  David J. Sheehan
  Marc E. Hirschfield
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*