**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                   Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                   Plaintiff,<br><br>          v.<br><br>KELMAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership, C.D. KELMAN CORPORATION, a Delaware corporation, CHARLES D. KELMAN REVOCABLE TRUST DATED MAY 16, 2001, AS RESTATED AND AMENDED, a Florida trust, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, MARITAL TRUST UNDER ARTICLE X OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee and as an individual, | Adv. Pro. No. 10-05158 (SMB) |

STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, TRUST FOR LESLEY A. KELMAN KOEPPEL UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, JENNIFER KELMAN, as trustee, LESLEY A. KELMAN KOEPPEL, as trustee and as an individual, TRUST FOR JENNIFER KELMAN UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, LESLEY A. KELMAN KOEPPEL, as trustee, JENNIFER KELMAN, as trustee and as an individual, TRUST FOR EVAN KELMAN UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, EVAN KELMAN, TRUST FOR J.K. [a minor] UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, J.K., a minor, TRUST FOR S.K. [a minor] UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, S.K., a minor, TRUST FOR CHARLES D. KELMAN'S GRANDCHILDREN AND MORE REMOTE DESCENDANTS UNDER ARTICLE VII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, STEVEN A. BELSON, as trustee, and DARREN S. BERGER, as trustee,

Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for December 23, 2014 has been adjourned to December 23, 2015 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

2

300254007

Dated: December 2, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**DENTONS US LLP**

By: *s/ Carole Neville*
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212.768.6889
Facsimile: 212.768.6800
Carole Neville
Email: carole.neville@dentons.com

*Attorneys for Kelman Partners Limited Partnership, C.D. Kelman Corporation, Trust for Leslie A. Kelman Koeppel Under Article XII of the Charles D. Kelman Revocable Trust, Leslie A. Kelman Koeppel, as trustee and as an individual, and Jennifer Kelman as trustee, Trust for Jennifer Kelman Under Article XII of the Charles D. Kelman Revocable Trust, Leslie A. Kelman Koeppel as trustee, and Jennifer Kelman as trustee and as an individual*

**PROSKAUER ROSE LLP**

By: *s/ Richard L. Spinogatti*
Eleven Times Square
New York, New York 10036-8299
Telephone: 212.969.3270
Facsimile: 212.969.2900
Sheldon I. Hirshon
Email: shirshon@proskauer.com
Richard L. Spinogatti
Email: rspinogatti@proskauer.com

3

*Attorneys for Charles D. Kelman Revocable Trust Dated May 16, 2001, as Restated and Amended, Steven A. Belson, as trustee, Darren S. Berger, as trustee, Marital Trust Under Article X of the Charles D. Kelman Revocable Trust, Ann G. Kelman, as Trustee and as an individual, Steven A. Belson, as trustee, Darren S. Berger, as trustee, Trust for Evan Kelman Under Article XIII of the Charles D. Kelman Revocable Trust, Ann G. Kelman, as trustee, Steven A. Belson, as trustee, Darren S. Berger, as trustee, Evan Kelman, Trust for J.K. [a minor] Under Article XIII of the Charles D. Kelman Revocable Trust, Ann G. Kelman, as trustee, Steven A. Belson, as trustee, Darren S. Berger, as trustee, J.K., a minor, Trust for S.K. [a minor] Under Article XIII of the Charles D. Kelman Revocable Trust, Ann G. Kelman, as trustee, Steven A. Belson, as trustee, Darren S. Berger, as trustee, S.K., a minor, Trust for Charles D. Kelman's Grandchildren and More Remote Descendants Under Article VII of the Charles D. Kelman Revocable Trust, Steven A. Belson, as trustee, and Darren S. Berger*