**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>COHEN POOLED ASSET ACCOUNT *et al.*,<br><br>     Defendants. | Adv. Pro. No. 10-04371 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that at the Court's direction, the hearing on Defendants'

Motion to Dismiss (ECF No. 87) the Trustee's Complaint has been adjourned from January

28, 2015 to **March 25, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference in the above-

referenced adversary proceeding has been adjourned from March 25, 2015 to **April 29, 2015**

**at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing and pre-

trial conference will be held before the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge.

Dated: New York, New York
       December 3, 2014

**BAKER & HOSTETLER LLP**

By: *s/ Dominic A. Gentile*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dominic A. Gentile
Email: dgentile@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC and the*
*estate of Bernard L. Madoff*

**SHAPIRO, ARATO & ISSERLES,  LLP**

By: *s/ Eric S. Olney*
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: 212.257.4880
Facsimile: 212.202.6417
Eric S. Olney
Email: eolney@shapiroarato.com

*Attorneys for Defendants Leon Meyers, Leon*
*Meyers Trust, Harold Cohen Living Trust,*
*Elsa Cohen Living Trust, and H.E. Cohen*
*Foundation*