**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Dean D. Hunt
dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                       Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                       Plaintiff,<br><br>            v.<br><br>DOUGLAS SHAPIRO,<br><br>                       Defendant. | Adv. Pro. No. 10-04543 (SMB) |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: **Passed.**

2. The Deadline for Service of Substantive Interrogatories shall be: **Passed.**

3. Fact Discovery shall be completed by: **Passed.**

4. The Disclosure of Case-in-Chief Experts shall be due: **January 27, 2015.**

5. The Disclosure of Rebuttal Experts shall be due: **February 26, 2015.**

6. The Deadline for Completion of Expert Discovery shall be: **May 27, 2015.**

7. Deadline to file Notice of Mediation Referral shall be: **July 27, 2015.**

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: **August 10, 2015.**

9. The Deadline for Conclusion of Mediation shall be: **December 8, 2015.**

| | |
|---|---|
| Dated: New York, New York<br>December 3, 2014 | BAKER & HOSTETLER LLP |
| Of Counsel:<br><br>BAKER & HOSTETLER LLP<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-5018<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | By: */s/ Nicholas Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |