**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Marc E. Hirschfield
Dominic A. Gentile

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>              v.<br><br>NANCY ELLEN WEISSER,<br><br>                              Defendant. | Adv. Pro. No. 10-04508 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due on September 9, 2011.

2. Fact Discovery shall be completed on or before April 1, 2013.

3. The Deadline for Service of Substantive Interrogatories shall be January 9, 2012.

4. The Disclosure of Case-in-Chief Experts shall be due on June 16, 2015.

5. The Disclosure of Rebuttal Experts shall be due on July 9, 2015.

6. The Deadline for Completion of Expert Discovery shall be October 16, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be December 16, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be December 30, 2015.

9. The Deadline for Conclusion of Mediation shall be May 2, 2016.

[*Remainder of This Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: New York, New York<br>December 3, 2014 | By: *s/ Dominic A. Gentile*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Marc E. Hirschfield<br>Email: ehirschfield@bakerlaw.com<br>Dominic A. Gentile<br>Email: dgentile@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |