BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> DORADO INVESTMENT COMPANY; MARSHALL D. MILLER, in his capacity as a General Partner of Dorado Investment Company; DAVID J. MILLER, in his capacity as a General Partner of Dorado Investment Company; STEVEN L. MILLER, in his capacity as a General Partner of | Adv. Pro. No. 10-04333 (SMB) |

Dorado Investment Company; and
SUSAN MILLER, in her capacity as a General Partner
of Dorado Investment Company,
                                        Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for December 17, 2014, has been

adjourned to **December 16, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Date:  New York, New York
       December 4, 2014

Of Counsel:                                By: */s/ Nicholas J. Cremona*
                                           Baker & Hostetler LLP
Baker & Hostetler LLP                      45 Rockefeller Plaza
811 Main, Suite 1100                       New York, New York 10111
Houston, Texas 77002                       Telephone: 212.589.4200
Telephone: 713.751-1600                    Facsimile: 212.589.4201
Facsimile: 713.751-1717                    David J. Sheehan
Dean D. Hunt                               Email:  dsheehan@bakerlaw.com
Email: dhunt@bakerlaw.com                  Nicholas J. Cremona
Farrell A. Hochmuth                        Email:  ncremona@bakerlaw.com
Email: fhochmuth@bakerlaw.com

                                           *Attorneys for Irving H. Picard, Trustee for the*
                                           *Substantively Consolidated SIPA Liquidation*
                                           *of Bernard L. Madoff Investment Securities*
                                           *LLC and for the Estate of Bernard L. Madoff*