**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO, <br><br> Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On December 2, 2014, the ***NOTICE OF PRESENTMENT OF ORDER CONCERNING FURTHER PROCEEDINGS ON EXTRATERRITORIALITY MOTION AND TRUSTEE'S OMNIBUS MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY AND OPPORTUNITY FOR HEARING*** was served pursuant to the Court's order [Transcript of Oral Argument at 28 and 29, Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, 08-01789-smb (November 29, 2014)], via ECF notification and by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to the parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

                                        */s/Tanya Kinne*
                                        TANYA KINNE


Sworn to before me this
5th day of December, 2014


*/s/Magdalena Charlotten*
Notary Public

Magdalena Charlotten
Notary Public, State of New York
No. 01CH6059474
Qualified in New York County
Commission Expires: May 29, 2015

2

SCHEDULE A

Inter Asset Management Inc.
c/o Bison Financial Services Ltd., Bison Court, Road Town , Tortola
British Virgin Islands

BA Worldwide Fund Management Ltd.
Craigmuir Chambers,
P.O. Box 71,
Road Town, Tortola
British Virgin Islands

Robert D. Salem
c/o Duration Services Ltd.
5 Vigo Street
London,  W1S 3HB
England

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
23, Avenue de la Porte-Neuve
L-2227 Luxembourg
Luxembourg

Inversiones Coque S.A.
Bank of America Building
50th Street
Panama,
Panama
and
c/o Arias Fabrega & Fabrega
Plaza 2000
16th Floor
50th Street
Panama,
Panama

HCH Investment Company Ltd
Third Floor
Harbour Centre
George Town, Grand Cayman
Cayman Islands

Aurora Resources Ltd.
The Tropic Isle Building, Wickham's Cay
Road Town, Tortola
British Virgin Islands

and
Hamilton Trust & Management Company Ltd.
Omar Hodge Building 2nd Floor
Wickham's Cay
Road Town, Tortola VG1110
British Virgin Islands

Olympus Assets LDC
Third Floor
Harbour Centre
George Town, Grand Cayman
Cayman Islands
and
c/o Mourant Ozannes Corporate Services (Cayman) Ltd.
Third Floor
Harbour Centre
42 North Church Street
George Town, Grand Cayman
Cayman Islands

Robert Reuss
20:20 Medici AG Hegelgasse 17/17, 1010 Vienna,
Austria

Paul de Sury
Via Stampa 8, 20123 Milan,
Italy
and
Universita Degli Studi Di Torino, Facolta di Economia, Corsso Unione Sovietica 218/bis, 10134,
Torino
Italy

Daniele Cosulich
17 Ladbroke Road, London W11 3PA,
England
and
26 Pembridge Crescent W11 3DS, London,
England

Tecno Development & Research S.r.l.
Via Settala Lodovico 20, 20124 Milano,
Italy
and
c/o Renato Florio, as liquidator, Via Molino delle Armi 3, 20100 Milano
Italy
and
c/o Renato Florio, as liquidator, Via Lodovico Settala 20, Milano

4

Italy
and
c/o Shlomo (Momy) Amselem, 3B Gowland's Ramp
Gibraltar

Mariadelmar Raule
Via Luigi Canonica 32, 20154 Milan,
Italy
and
Via Palermo 11, 20120 Milan,
Italy
and
Istituto per la Salvaguardia della Numismatica Italiana Srl, Via Spadari 3, 20123 Milan
Italy

Sofipo Austria GmbH
Schwartzenbergplatz 7, 1030 Vienna,
Austria

M-Tech Services GmbH
Doblhoffgasse 9/15, 1010 Vienna,
Austria
and
Mordechai Landau as liquidator for M-Tech Service GmbH, Doblhoffgasse 9/15, 1010 Vienna
Austria

Absolute Portfolio Management Ltd., (dissolved)
Turner & Roulstone Mgmt Ltd.,
Strathvale House, George Town, PO Box 2636
Cayman Islands

Bank Medici AG (Gibraltar)
57/63 Line Wall Road,
Gibraltar
and
c/o Iain Currie, 808 Eurotowers
Gibraltar
and
c/o Samuel Vidal Moses Cohen, 144 Main St.
Gibraltar
and
c/o Ingrid Lane, Calle Las Palmeras 7, Urbanizacion Vista Laguna, Torreguadiaro, Cadiz 11312
Spain

Andreas Schindler
Singerstrasse 30/38, 1010 Wien
Austria

Bank Austria Worldwide Fund Management Ltd.
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola.
British Virgin Islands

Bank Austria Cayman Islands Ltd.
Whitehall House,
238 North Church St.,
George Town, Grand Cayman,
Cayman Islands KY1-1206
Cayman Islands

Ursula Radel-Leszczynski
Gugitzhasse 11, Haus 21, 1190, Vienna,
Austria

Brera Servizi Aziendiale S.r.l.
Via Alessandro Manzoni, 44 CAP 20121, Milan
Italy
and
c/o De Vlamink S.A.
 412 F. Route d'Esch,
L-2086
Luxembourg
and
Corso Vittorio Emanuel 11, #15, 20122 Milan
Italy
and
Cervini Anna Grazia Ernesta, Piazza Sant'Erasmo #5, 20121 Milan
Italy

Herald Consult Ltd.
Equity Trust (BVI) Limited, Palm Grove House, PO Box 438, Road Town, Tortola VG1110
British Virgin Islands
and
Katharinenweg 4, 8002, Zurich,
Switzerland

Rachel Kohn
18 Hazait St., 94661 Jerusalem,
Israel

Yvonne Landau (Ne Kohn)
26 Torat Haim St. 96466 Jerusalem,
Israel

Michael Kohn

6

15 Techelet Mordechai St 94396 Jerusalem,
Israel

Nicole Herzog (Ne Kohn)
15 Talbot Avenue, St. Kilda East, 3183 Melbourne,
Australia

Yakov Lantzitsky
4 Barberry Drive
Lakewood, NJ 08701
and
275 Read Street
Lakewood, NJ 08701

I-Technology Solutions, Inc.
Irving Shapiro, 636 Kindersley Avenue, Mount Royal, Quebec, Canada H3R 1S5 OR 1010 de la Gauchetiere Ouest, Suite 900,
Montreal,  H3B 2P8
Canada

Renato Florio
Via Lodovico Settala 20, 20124 Milano,
Italy

Susanne Giefing
Petrigasse 3/Haus 3, 2604 Theresienfeld,
Austria
and
Zeilgassen 18, 7327 Drassmarkt,
Austria

Marketinc Strategies Ltd
Eastview Services Ltd.
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay, P.O. Box 146, Road Town, Tortola
British Virgin Islands

Systor S.A.
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay, P.O. Box 146, Road Town, Tortola,
British Virgin Islands

IT Resources
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay PO Box 146, Road Town, Tortola
British Virgin Islands

Brightlight Trading Ltd.
Fintechnology Ltd.
Tonga International S.A.
Trident Trust Company (BVI) Ltd., Trident Chambers, Wickhams Cay PO Box 146, Road Town,
Tortola,
British Virgin Islands

Privatlife AG
Industriestrasse 2, 9487 Gamprin-Bendern,
Liechtenstein

New Economy.Tech S.A.
Via Trevano 49, c/o Ballerini Consulenze Sagl, 6904 Lugano,
Switzerland
and
Franziska Herrchen Massiah, Strada della Castellanza, 6967 Dino,
Switzerland

RTH AG
Chamerstrasse 172, 6304 Zug,
Switzerland
and
Rachel Muller (aka Rachel Muller-Meyer), Bellariastrasse 69, 8038 Zurich,
Switzerland

Ecoinfo Gmbh
Baarerstrasse 73, 6302 Zug,
Switzerland
and
Rachel Muller (aka Rachel Muller-Meyer), Bellariastrasse 69, 8038 Zurich,
Switzerland

Sharei Halacha Jerusalem, Inc.
c/o Director Jeffrey Zell, 1781 East 23rd Street,
Brooklyn, NY 11229

Intelligent Voice Research, L.L.C.
c/o Joseph Nicholson
121 West 20th Street, Apt 2A
New York, NY 10011

Ivo Rothschild
410 Avenue Victoria, Apt #12
Westmount, Quebec H3Y 2R2
Canada

Joseph J. Nicholson, individually and as trustee of the Joseph J. Nicholson Charitable Remainder Unitrust
121 West 20th Street Apt.#2A
New York, NY 10011
Email: jn@dfcompanies.com

Pamela Murphy
Piedras 1677
Cuidad Autonoma de Buenos Aires,  C1140ABI
Argentina

Paul Robert Murphy
c/o Michael Dillhyon Industriestrasse
47 6300
Zug,
Switzerland
Email: murphy@niggle.com

Ptown Pookies, L.L.C.
c/o Christopher J. Snow, Esq, Registered Agent
90 Harry Kemp Way
Provincetown, Ma 02657

Wallace Aptman, individually and as beneficial owner of one or more IRAs
Wallace Aptman
1654 Bridgewood Drive
Boca Raton, Florida 33434
Email: waptman@american-securities.com

Wallace Aptman IRA Rollover
c/o Wallace Aptman
1654 Bridgewood Drive
Boca Raton, Florida 33434
Email: waptman@american-securities.com

Banco General SA
Calle Aquilino de la Guardia y Avenida Rogelio Alfaro, Apartado Postal 0819-09280
Panama,  0819-09280
Republica de Panama

BG Valores, f/k/a Defendant Wall Street Securities S.A.
Calle Aquilino de la Guardia y Calle Rogelio Alfaro, Apartado ,
Panama Rep. de Panama, Panama Postal 0819-09280
Panama

Caprice International Group Inc.
9513 New Waterford Cove

9

Delray Beach, Florida 33446
and
Attention or Care of Officer or Agent Authorized to Accept Service
9513 New Waterford Cove
Delray Beach, Florida 33446

Eric Schiffer d/b/a Desert Rose Ltd
250 West 39th Street, Suite 300,
New York, New York 10018

Pine Cliffs Investment Limited
Cenard Investments Ltd
ZCM c/o Appleby Canons Court, 22 Victoria Street,
Hamilton,  HM12
Bermuda

DOVE HILL TRUST
163 Penang Road, #02-01 Winsland House II,
238463
Singapore

FG INVESTORS LTD.
31 The Strand, 46 Canal Point Drive, P.O. Box 2075,
Grand Cayman,  KT-1-1105
BWI

INVERCOUNSEL, S.L.
Almagro 27-2 IZQ 28010, ,
Madrid,
Spain

INVERCOUNSEL USA LLC
2 South Biscayne Boulevard, Suite 3400,
Miami, Florida 33131

**EXHIBIT 1**

| Adversary Proceeding Number | Case Name |
| --- | --- |
| 09-01154 | Picard v. Vizcaya Partners Limited |
| 09-01239 | Picard v. Fairfield Sentry Limited |
| 09-01364 | Picard v. HSBC Bank plc |
| 09-01365 | Picard v. Thybo Asset Management Limited |
| 10-04284 | Picard v. Plaza Investments International Limited |
| 10-04285 | Picard v. UBS AG |
| 10-04287 | Picard v. Cardinal Management |
| 10-04330 | Picard v. Square One Fund Ltd |
| 10-04457 | Picard v. Equity Trading Fund |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. |
| 10-05120 | Picard v. Oreades SICAV |
| 10-05229 | Picard v. Defender Limited |
| 10-05286 | Picard v. Legacy Capital Ltd. |
| 10-05311 | Picard v. UBS AG |
| 10-05345 | Picard v. Citibank, N.A. |
| 10-05346 | Picard v. Merrill Lynch International |
| 10-05348 | Picard v. Nomura Bank International plc |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Picard v. Natixis |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. |
| 10-05415 | Picard v. American Securities Management, L.P. |
| 11-01724 | Picard v. Pictet et Cie |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA |
| 11-01885 | Picard v. Safra National Bank of New York |
| 11-02149 | Picard v. Banque Syz & Co., SA |
| 11-02493 | Picard v. Abu Dhabi Investment Authority |
| 11-02537 | Picard v. Orbita Capital Return Strategy |
| 11-02538 | Picard v. Quilvest Finance Ltd. |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Picard v. Lion Global Investors Limited |
| 11-02541 | Picard v. First Gulf Bank |
| 11-02542 | Picard v. Parson Finance Panama S.A. |
| 11-02551 | Picard v. Delta National Bank and Trust Company |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. |
| 11-02570 | Picard v. Banca Carige S.P.A. |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. |
| 11-02572 | Picard v. Korea Exchange Bank |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Picard v. Atlantic Security Bank |
| 11-02733 | Picard v. Naidot & Co. |

| Adversary Proceeding Number | Case Name |
| --- | --- |
| 11-02759 | Picard v. Nomura International plc |
| 11-02760 | Picard v. ABN Amro Bank N.V. |
| 11-02761 | Picard v. KBC Investments Limited |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC |
| 11-02763 | Picard v. Inteligo Bank Ltd. |
| 11-02784 | Picard v. Somers Dublin Limited |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. |
| 11-02923 | Picard v. Falcon Private Bank Ltd. |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. |
| 12-01002 | Picard v. The Public Institution For Social Security |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. |
| 12-01005 | Picard v. SICO Limited |
| 12-01019 | Picard v. Banco Itau |
| 12-01021 | Picard v. Grosvenor Investment Management |
| 12-01023 | Picard v. Arden Asset Management |
| 12-01046 | Picard v. SNS Bank N.V. |
| 12-01047 | Picard v. Koch Industries Inc. |
| 12-01048 | Picard v. Banco General S.A. |
| 12-01194 | Picard v. Kookmin Bank |
| 12-01195 | Picard v. Six Sis AG |
| 12-01202 | Picard v. Vontobel AG |
| 12-01205 | Picard v. Multi Strategy Fund Ltd |
| 12-01207 | Picard v. Lloyds TSB Bank plc |
| 12-01209 | Picard v. BSI AG |
| 12-01210 | Picard v. Schroder & Co. |
| 12-01211 | Picard v. Union Securities |
| 12-01216 | Picard v. Bank Hapoalim |
| 12-01512 | Picard v. ZCM Asset Holding Co |
| 12-01565 | Picard v. Standard Chartered Financial Services |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. |
| 12-01576 | Picard v. BNP Paribas S.A. |
| 12-01577 | Picard v. Dresdner Bank |
| 12-01690 | Picard v. EFG Bank S.A. |
| 12-01691 | Picard v. Banque Degroof SA |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Picard v. Banque Cantonale Vaudoise |
| 12-01695 | Picard v. Bordier & Cie |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 12-01700 | Picard v. Caprice International Group Inc. |
| 12-01701 | Picard v. RD Trust |
| 12-01702 | Picard v. Barreneche, Inc. |

| **ADDITIONAL CASES ADDED** | |
|---|---|
| 09-01161 | Picard v. Federico Ceretti, et al. |
| 10-04336 | Picard v. The Estate of Doris Igoin, et al. |
| 10-04517 | Picard v. Radcliff Investments Limited, et al. |
| 10-05267 | Picard v. Leon Flax, et al. |
| 10-05411 | Picard v. Sonja Kohn, et al. |
| 11-02731 | Picard v. Trincaster Corporation |
| 11-02758 | Picard v. Caceis Bank Luxembourg, et al. |
| 11-02925 | Picard v. Credit Suisse AG, et al. |
| 12-01022 | Picard v. Credit Agricole (Suisse) S.A., et al. |
| 12-01025 | Picard v. Solon Capital Ltd. |
| 12-01273 | Picard v. Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Ltd. |
| 12-01513 | Picard v. Citivic Nominees Ltd. |
| 12-01669 | Picard v. Barfield Nominees Ltd., et al. |
| 12-01676 | Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), et al. |
| 12-01680 | Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), et al. |
| 12-01698 | Picard v. Banque Internationale a Luxembourg S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., et al. |
| 12-01699 | Picard v. Royal Bank of Canada, et al. |