**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
George Klidonas
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF HELENE ABRAHAM, <br><br> ESTATE OF ALEXANDER ABRAHAM, | Adv. Pro. No. 10-04372 (SMB) |

> NANCY ABRAHAM, individually and in her fiduciary capacity,
>
> JAMES ABRAHAM, individually and in his fiduciary capacity,
>
> WILLIAM SPEARS, individually and in his fiduciary capacity,
>
> TRUST UNDER CLAUSE THIRD (B) F/B/O MYRON WILK,
>
> ANTONIA ABRAHAM,
>
> KAREN ABRAHAM,
>
> LAUREN ABRAHAM MAHONEY,
>
> TRUST U/A DATED 4/2/1996 F/B/O KAREN ABRAHAM,
>
> TRUST U/A DATED 4/2/1996 F/B/O ANTONIA ABRAHAM, and
>
> TRUST U/A DATED 4/2/1996 F/B/O LAUREN ABRAHAM,
>
>                     Defendants.

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding previously scheduled for December 23, 2014 has been rescheduled and will be held on **December 23, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
December 9, 2014

          BAKER & HOSTETLER LLP

          By: /s/ Marc E. Hirschfield
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: 212.589.4200
          Facsimile: 212.589.4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Marc E. Hirschfield
          Email: mhirschfield@bakerlaw.com
          Oren J. Warshavsky
          Email: owarshavsky@bakerlaw.com
          George Klidonas
          Email: gklidonas@bakerlaw.com
          Lindsey A. Shoshany
          Email: lshoshany@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*