# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

David J. Sheehan
direct dial: 212.589.4616
dsheehan@bakerlaw.com

December 9, 2014

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC, No. 08-01789 (SMB);
      Picard v. Merkin, Adv. Pro. No. 09-01182 (SMB)

Dear Judge Bernstein:

      We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, plaintiff in the above-referenced adversary proceeding.

      In the Memorandum Decision Denying Trustee's Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) issued on December 4, 2014, your Honor requested the submission of two proposed orders. Enclosed herewith are the (i) Proposed Order Granting In Part and Denying In Part Defendants' Motions to Dismiss the Third Amended Complaint; and (ii) Proposed Order Denying Motion to Direct Entry of Final Judgment and Certify for Immediate Appeal.

      The Trustee is available to the Court should it have any questions.

Respectfully submitted,

*/s/ David J. Sheehan*

David J. Sheehan

Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Honorable Stuart M. Bernstein
December 9, 2014
Page 2

cc (via e-mail):

Andrew J. Levander, Esq.
Neil A. Steiner, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

David L. Barrack, Esq.
Judith A. Archer, Esq.
Jami Mills Vibbert, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Casey D. Laffey, Esq.
Jordan Siev, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Douglas Hirsch, Esq.
Jennifer Rossan, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, New York 10176

300344244.1