**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Oren J. Warshavsky
Peter B. Shapiro
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE 1995 JACK PARKER DESCENDANT TRUST NO. 1, ADAM P. GLICK, HAROLD ANFANG, DANIEL F. LINDLEY, JOHN REISMAN, PERI ARENAS, KIM DICKSTEIN, JILL FISCHER, and TESUJI PARTNERS, LLC,<br><br>    Defendants. | Adv. Pro. No. 10-04345 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding previously scheduled for December 17, 2014 has been further adjourned to **July 29, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  December 8, 2014

| | |
|---|---|
| BAKER & HOSTETLER LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| By: /s/ *Marc E. Hirschfield*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Peter B. Shapiro<br>Email: pshapiro@bakerlaw.com<br>George Klidonas<br>Email: gklidonas@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ *David J. Mark*<br>1633 Broadway<br>New York, New York 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800<br>Marc E. Kasowitz<br>Email: mkasowitz@kasowitz.com<br>Daniel J. Fetterman<br>Email: dfetterman@kasowitz.com<br>Adam K. Grant<br>Email: agrant@kasowitz.com<br>David J. Mark<br>Email: dmark@kasowitz.com<br><br>*Attorneys for Defendants The 1995 Jack Parker Descendant Trust No. 1, Adam P. Glick, Harold Anfang, Daniel F. Lindley, John Reisman, Pero Arenas, Kim Dickstein, Jill Fischer, and Tesuji Partners, LLC* |