**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Oren J. Warshavsky
Peter B. Shapiro
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>JRAG, LLC and TESUJI PARTNERS, LLC,<br><br>                Defendants. | Adv. Pro. No. 10-04334 (SMB) |

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding previously scheduled for December 17, 2014 has been further adjourned to **July 29, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  December 8, 2014

| BAKER & HOSTETLER LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
|---|---|
| By:  /s/  *Marc E. Hirschfield*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Marc E. Hirschfield<br>Email:  mhirschfield@bakerlaw.com<br>Oren J. Warshavsky<br>Email:  owarshavsky@bakerlaw.com<br>Peter B. Shapiro<br>Email:  pshapiro@bakerlaw.com<br>George Klidonas<br>Email: gklidonas@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:  /s/  *David J. Mark*<br>1633 Broadway<br>New York, New York 10019<br>Telephone:  212.506.1700<br>Facsimile:  212.506.1800<br>Marc E. Kasowitz<br>Email:  mkasowitz@kasowitz.com<br>Daniel J. Fetterman<br>Email:  dfetterman@kasowitz.com<br>Adam K. Grant<br>Email:  agrant@kasowitz.com<br>David J. Mark<br>Email:  dmark@kasowitz.com<br><br>*Attorneys for Defendants JRAG, LLC and Tesuji Partners, LLC* |