**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br>  v.<br><br>JOEL R. LEVEY,<br><br>     Defendant. | Adv. Pro. No. 10-04282 (SMB) |

## **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for January 28, 2015 has been adjourned and will be held on **February 25, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 10, 2014
       New York, New York

| **WACHTELL MISSRY LLP** | *BAKER & HOSTETLER LLP* |
|---|---|
| By: s/  *Howard Kleinhendler*_____ | *By: s/  Jonathan B. New*_____ |
| One Dag Hammarskjold Plaza | 45 Rockefeller Plaza |
| 885 Second Avenue | New York, New York 10111 |
| New York, NY 10017 | Telephone: 212.589.4200 |
| Telephone: 212.909.9522 | Facsimile: 212.589.4201 |
| Facsimile: 212.9099417 | David J. Sheehan |
| Howard Kleinhendler | Email: dsheehan@bakerlaw.com |
| Email: hkleinhendler@wmllp.com | Marc E. Hirschfield |
| Sara Spiegelman | Email: mhirschfield@bakerlaw.com |
| Email: sspiegelman@wmllp.com | Jonathan B. New |
|  | Email: jnew@bakerlaw.com |
| *Attorneys for Defendant Joel R. Levey* | Robertson D. Beckerlegge |
|  | Email: rbeckerlegge@bakerlaw.com |
|  | Christopher B. Gallagher |
|  | Email: cgallagher@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*