**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>          v.<br><br>GLORIA LANDIS and SHELLEY MICHELMORE<br><br>                              Defendant. | Adv. Pro. No. 10-04957 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were due: July 25, 2011.

2.      Fact Discovery was completed by: August 27, 2014.

3.      The Disclosure of Case-in-Chief Experts shall be due: June 25, 2015.

4.      The Disclosure of Rebuttal Experts shall be due: July 27, 2015.

5.      The Deadline for Completion of Expert Discovery shall be: August 27, 2015.

6.      The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 28, 2015.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 12, 2015.

8.      The Deadline for Conclusion of Mediation shall be: On or before January 12, 2016.

Dated: New York, New York
      December 10, 2014

BAKER & HOSTETLER LLP

By: s/ Nicholas J. Cremona____
David J. Sheehan
Nicholas J. Cremona
Christopher B. Gallagher
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*