**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br>      v.<br><br>AARON D. LEVEY REVOCABLE LIVING TRUST; JOEL LEVEY; WENDY KAPNER; SANDRA MOORES,<br><br>                    Defendants. | Adv. Pro. No. 10-04894 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 25, 2011.

2. Fact Discovery was completed by: August 29, 2014.

3. The Disclosure of Case-in-Chief Experts shall be due: June 18, 2015.

4. The Disclosure of Rebuttal Experts shall be due: July 20, 2015.

5. The Deadline for Completion of Expert Discovery shall be: August 21, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 22, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 6, 2015.

8. The Deadline for Conclusion of Mediation shall be: On or before January 6, 2016.

Dated: New York, New York  
       December 10, 2014

BAKER & HOSTETLER LLP

By: s/ Nicholas J. Cremona  
David J. Sheehan  
Nicholas J. Cremona  
Christopher B. Gallagher  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*