**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04475 (SMB) |
| v. | |
| DPF INVESTORS; DAVID A. PERSKY, in his capacity as a General Partner of DPF Investors; MARLENE PERSKY, in her capacity as a General Partner of DPF Investors, and in her capacity as Custodian for J.P. and L.P., Trustee of the Persky Family Trust, Trustee of the David A. Persky Trust for Minors for the benefit of L.P., Trustee of the David A. Persky Trust for Minors for the benefit of J.P., all of which are General Partners of DPF Investors; PERSKY FAMILY TRUST; DAVID A. PERSKY TRUST FOR MINORS FOR THE BENEFIT OF L.P.; DAVID A. PERSKY TRUST FOR MINORS FOR THE BENEFIT OF J.P.; J.P.; and L.P., | |
| Defendants. | |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including December 31, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

### [THIS PORTION IS INTENTIONALLY LEFT BLANK]

Dated: December 11, 2014
     New York, New York

By:    */s/ Nicholas J. Cremona*
      **BAKER & HOSTETLER LLP**
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      Email:  dsheehan@bakerlaw.com
      Nicholas J. Cremona
      Email:  ncremona@bakerlaw.com

      *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: December 11, 2014
     New York, New York

By:    */s/ LaShann M. DeArcy*
      **MORRISON & FOERSTER LLP**
      1290 Avenue of the Americas
      New York, New York 10104
      Telephone: (212) 468-8042
      Facsimile: (212) 468-7900
      Gary S. Lee
      Email: glee@mofo.com
      LaShann M. DeArcy
      Email: ldearcy@mofo.com
      Kiersten A. Fletcher
      Email: KFletcher@mofo.com

      *Attorneys for Defendants DPF Investors, David A. Persky, Marlene A. Persky, the Persky Family Trust, the David A. Persky Trust for Minors for the benefit of L.P., the David A. Persky Trust for Minors for the benefit of J.P., L.P. and J.P.*

3

_/s/ Jeffrey N. Rich_
**RICH MICHAELSON MAGLIFF MOSER, LLP**
340 Madison Avenue, 19th Floor
New York, New York 10173
Telephone: (212) 220-9403
Facsimile: (212) 913-9641
Jeffrey N. Rich, Esq.
Email:  jrich@r3mlaw.com

_Mediator_