UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Laurence E. Leif (the "Claimant"), having filed objections (the "Objections", Docket Nos. 2351 and 2825) to the Trustee's Notices of Determination of Claims respecting Claimant's customer claims (Nos. 000458 and 001204), hereby gives notice that he withdraws such Objections.

Dated: December 11, 2014

By: */s/ Matthew A. Kupillas*

**MILBERG LLP**
Matthew A. Kupillas, Esq.
(On behalf of Laurence E. Leif)
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 613-5697
Facsimile: (212) 273-4331
Email: mkupillas@milberg.com