UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## CERTIFICATE OF SERVICE

I, Matthew A. Kupillas, hereby certify that on the 11th day of December, 2014, I electronically filed a NOTICE OF WITHDRAWAL OF OBJECTIONS with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

Dated: December 11, 2014

By: */s/ Matthew A. Kupillas*
**MILBERG LLP**
Matthew A. Kupillas, Esq.
(On behalf of Laurence E. Leif)
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 613-5697
Facsimile: (212) 273-4331
Email: mkupillas@milberg.com