**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05262 (SMB) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING** |
| JPT REINSURANCE CO., LTD. PORTFOLIO TRUST U/A/D 6/16/03; PG MARKETING, INC., in its capacity as trustee for the benefit of the JPT Reinsurance Co., Ltd. Portfolio Trust under separate agreement dated 6/1/98; STANDARD GROUP REINSURANCE CO., LTD., in its capacity as trustee for the benefit of the JPT Reinsurance Co., Ltd. Portfolio Trust u/a/d 6/16/03 and individually; and JPT REINSURANCE CO., LTD., | |
| Defendants. | |

PLEASE TAKE NOTICE that plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses with prejudice the above-captioned adversary proceeding and all the defendants named therein, including defendants JPT REINSURANCE CO., LTD. PORTFOLIO TRUST U/A/D 6/16/03, PG MARKETING, INC., STANDARD GROUP REINSURANCE CO., LTD., and JPT REINSURANCE CO., LTD.  Pursuant to Bankruptcy Rule 7041, the Trustee is permitted to voluntarily dismiss the adversary proceeding without further order of the court by filing this Notice of Dismissal as, of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date:  December 11, 2014
         New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ David J. Sheehan
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*