# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 11, 2014

Nicholas J. Cremona
Direct dial: 212.589.4682
ncremona@bakerlaw.com

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, 08-1789 (SMB) (Substantively Consolidated); *Picard v. Laurel Kohl, individually and as a joint tenant, and Jodi M. Kohl, individually and as a joint tenant*; Adv. Pro. No. 10-04683 (SMB).

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the estate of Bernard L. Madoff, plaintiff in the above-referenced adversary proceeding. We previously wrote on September 24, 2014, to request a conference with the Court, pursuant to Local Bankruptcy Rule 7007-1(b) and Your Honor's Chambers Rules, with respect to a discovery dispute in the above-referenced adversary proceeding. The Court granted our request and the conference is currently scheduled for December 17, 2014.

We write today to inform the Court that the parties have conferred and Defendants have provided responses to the Trustee's written discovery and produced documents to the Trustee. The previous discovery dispute is resolved and, therefore, we

Honorable Stuart M. Bernstein
December 11, 2014
Page 2

request that the matter be taken off the Court's calendar as the conference is no longer required.

Respectfully submitted,

/s/ Nicholas J. Cremona

Nicholas J. Cremona

cc (via e-mail):

Gregory Kinoian
Paul Hollander
Okin, Hollander & DeLuca, LLP
One Parker Plaza, 12th Floor
400 Kelby Street
Fairlawn, NJ 07024
phollander@ohdlaw.com
GKinoian@ohdlaw.com