**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes
George Klidonas

*Attorneys for Irving H. Picard, Esq., as*
*Trustee for the substantively consolidated*
*SIPA liquidation of Bernard L. Madoff Investment*
*Securities LLC and estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04657 (SMB) |
| Plaintiff, | |
| v. | |
| KASE-GLASS FUND, | |
| NATHAN KASE, individually, in his capacity as joint tenant and in his capacity as general partner of the Kase-Glass Fund, and | |

| |
|---|
| JUDITH KASE, individually and in her capacity as joint tenant,<br><br>                    Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on April 14, 2014.

2. Fact Discovery shall be completed by April 20, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due June 19, 2015.

4. The Disclosure of Rebuttal Experts shall be due July 20, 2015.

5. The Deadline for Completion of Expert Discovery shall be October 19, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be December 18, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be January 4, 2016.

8. The Deadline for Conclusion of Mediation shall be May 3, 2016. This deadline may be extended by the mutual consent of the parties to the mediation and the mediator.

| | |
|---|---|
| Dated: New York, New York<br>December 11, 2014 | BAKER & HOSTETLER LLP<br><br>By: /s/ Marc E. Hirschfield_____<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>Oren J. Warshavsky<br>Jessica Schichnes<br>George Klidonas<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Esq., as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff* |