IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>Adv. Pro. No. 10-05259 (SMB)<br><br>Judge Stewart M. Bernstein |

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I am an attorney and I have cases pending in this Court.

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

　　　Terence W. McCormick

My State Bar Number is 2541498.

FIRM INFORMATION:

OLD FIRM ADDRESS:　　Mintz & Gold LLP
　　　　　　　　　　　　470 Park Avenue South, 10th Floor North
　　　　　　　　　　　　New York, N.Y. 10016-6819
　　　　　　　　　　　　Phone: (212) 696-4848
　　　　　　　　　　　　Fax:　　(212) 696-1231

NEW FIRM ADDRESS:　　Mintz & Gold LLP
　　　　　　　　　　　　600 Third Avenue, 25th Floor
　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　Phone: (212) 696-4848
　　　　　　　　　　　　Fax:　　(212) 696-1231

I will continue to be counsel of record on the above-entitled case.

Dated: New York, New York
December 5, 2014

By: _____
Terence W. McCormick