# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>v.<br><br>GEORGE D. LEVY TRUST; ESTATE OF GEORGE D. LEVY; KAREN S. LEVY, in her individual capacity and in her capacity as Personal Representative of the Estate of George D. Levy; GEORGE D. LEVY & KAREN S. LEVY IRREVOCABLE FAMILY TRUST U/D/T DATED 8/17/90; and DAVID ANDELMAN, in his capacity as Trustee for the George D. Levy and Karen S. Levy Irrevocable Family Trust U/D/T dated 8/17/90,<br><br>          Defendants. | Adv. Pro. No. 10-04721 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including December 31, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: December 11, 2014
　　　　New York, New York

By:　*/s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: December 11, 2014
　　　　New York, New York

By:　*/s/ LaShann M. DeArcy*
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8042
Facsimile: (212) 468-7900
Gary S. Lee
Email: glee@mofo.com
LaShann M. DeArcy
Email: ldearcy@mofo.com
Kiersten A. Fletcher
Email: KFletcher@mofo.com

*Attorneys for Defendants George D. Levy Trust, Estate of George D. Levy, Karen S. Levy, George D. Levy & Karen S. Levy Irrevocable Family Trust U/T/D Dated 8/17/90, and David Andelman*

*/s/ Jeffrey N. Rich*
**RICH MICHAELSON MAGLIFF MOSER, LLP**
340 Madison Avenue, 19th Floor
New York, New York 10173
Telephone: (212) 220-9403
Facsimile: (212) 913-9641
Jeffrey N. Rich, Esq.
Email: jrich@r3mlaw.com

*Mediator*

4