**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERICO CERETTI, ET AL.<br><br>            Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled to be held on December 17, 2014, has been further adjourned to **March 25, 2015, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** the pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
        December 11, 2014

                                    By: /s/ _David J. Sheehan_
                                    Baker & Hostetler LLP
                                    45 Rockefeller Plaza
                                    New York, NY 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201
                                    David J. Sheehan
                                    Email: dsheehan@bakerlaw.com
                                    Geraldine E. Ponto
                                    Email: gponto@bakerlaw.com

                                    *Attorneys for Plaintiff Irving H. Picard,*
                                    *Trustee for the Liquidation of Bernard L.*
                                    *Madoff Investment Securities LLC*
                                    *Substantively Consolidated with the estate of*
                                    *Bernard L. Madoff*