# EXHIBIT 1

Exhibit B

**BLMIS ACCOUNT NO. 1CM581 - DAVID A WINGATE**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 4/30/1999 | CHECK WIRE | 750,000 | 750,000 | - | - | - | 750,000 | - | - | - |
| 4/30/1999 | CHECK WIRE | 900,000 | 900,000 | - | - | - | 1,650,000 | - | - | - |
| 4/30/1999 | CHECK WIRE | 350,000 | 350,000 | - | - | - | 2,000,000 | - | - | - |
| 5/22/2001 | CHECK | (250,000) | - | (250,000) | - | - | 1,750,000 | - | - | - |
| 11/14/2001 | CHECK | (50,000) | - | (50,000) | - | - | 1,700,000 | - | - | - |
| 8/19/2002 | CHECK | (200,000) | - | (200,000) | - | - | 1,500,000 | - | - | - |
| 6/25/2003 | CHECK | (250,000) | - | (250,000) | - | - | 1,250,000 | - | - | - |
| 4/28/2004 | CHECK | (75,000) | - | (75,000) | - | - | 1,175,000 | - | - | - |
| 5/25/2004 | CHECK | (125,000) | - | (125,000) | - | - | 1,050,000 | - | - | - |
| 10/1/2004 | CHECK | (200,000) | - | (200,000) | - | - | 850,000 | - | - | - |
| 6/16/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 350,000 | - | - | - |
| 1/8/2007 | CHECK | (200,000) | - | (200,000) | - | - | 150,000 | - | - | - |
| 6/4/2007 | CHECK | (200,000) | - | (200,000) | - | - | (50,000) | - | (50,000) | (50,000) |
| 6/29/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (550,000) | - | (500,000) | (500,000) |
| 10/16/2007 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (1,550,000) | - | - | - |
| 10/19/2007 | STOP PAYMENT | 1,000,000 | - | 1,000,000 | - | - | (550,000) | - | - | - |
| 10/19/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (1,550,000) | - | (1,000,000) | (1,000,000) |
| | **Total:** | | $ 2,000,000 | $ (3,550,000) | $ - | $ - | $ (1,550,000) | $ - | $ (1,550,000) | $ (1,550,000) |