## EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIPS

List Of Relevant Partnerships With Accounts At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership Account Name | Partnership Name | Partnership Account Number | Claim Filed By Partnership | Total Outstanding Objections Received From Claimants Invested In The Partnership |
|---|---|---|---|---|
| P & S Associates General Partnership | P & S Associates General Partnership | 1ZA873 | Yes (004328) | 58 |
| S & P Associates General Partnership | S & P Associates General Partnership | 1ZA874 | Yes (004303) | 173 |
| | | | | **Total: 231** |