# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In Partnerships Identified In Exhibit 1

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 002429 | Joan L. Hughes | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003192 | Henry C. & Irmgard Koehler, Trust | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003270 | Abraham & Rita Newman | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003428 | Joyce Forte Or Bruce Cummings Or Lynn Cummings | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003428 | Joyce Forte Or Bruce Cummings Or Lynn Cummings | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 003763 | Holy Ghost Fathers South West Brazil | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 10/19/2009 |
| 003763 | Holy Ghost Fathers South West Brazil | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003775 | Burt Moss & Associates, Inc. 401K | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003775 | Burt Moss & Associates, Inc. 401K | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 003783 | Burt & Susan Moss, Ten Ent | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003783 | Burt & Susan Moss, Ten Ent | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 003869 | Janet Molchan | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003962 | Robert & Suzanne Plati | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 003962 | Robert & Suzanne Plati | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003981 | Suzanne K. Plati | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003981 | Suzanne K. Plati | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 004482 | James A. Jordan Living Trust | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004487 | Holy Ghost Father Of Ireland | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004487 | Holy Ghost Father Of Ireland | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 004488 | Paroquia De Santa Luzia | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004560 | Adam C. & Tonya K. Langley | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004560 | Adam C. & Tonya K. Langley | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004646 | Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004646 | Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 004647 | Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 004647 | Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004648 | Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 004648 | Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004673 | Ande Anderten | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004950 | Burt Moss & Associates, Inc. 401K Plan | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004950 | Burt Moss & Associates, Inc. 401K Plan | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004966 | Paul J. Frank | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005012 | Susan M. & Victor G. Shaheen | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005042 | Holy Ghost Fathers South West Brazil | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005042 | Holy Ghost Fathers South West Brazil | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 10/19/2009 |
| 005180 | Mary E Nickens | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005180 | Mary E Nickens | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 005343 | Burt & Susan Moss | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 005362 | Walsh Family Trust #2 | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005362 | Walsh Family Trust #2 | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 005421 | Myra Friedman Revocable Trust | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005622 | Alex And Angela Shanks | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005909 | Gerald Login | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005909 | Gerald Login | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 006122 | Elaine Ziffer | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006322 | Sam Rosen & Edith Rosen | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006322 | Sam Rosen & Edith Rosen | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 007092 | Group Benefit Consultants, Inc | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 008134 | Sandra W. Dydo | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 008198 | Catherine G. Walden | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 008218 | Abraham Saland | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 009838 | Rebekah Gray Wills/Richard Wills, Jr. | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 011229 | Matthew D Carone Revocable Trust | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 011230 | Carone Gallery Inc. Pernsion Trust | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 011238 | Carone Material Trust #2 Utd 1/26/2000 | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 011277 | Carone Marital Trust #1 Utd 1/26/00 | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 011278 | Carone Marital Trust C/O R. Ballotta | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 012857 | Calla And Marvin Gutter | P & S Associates General Partnership | 1ZA873 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 001243 | Mr. Paul Mueller | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 001879 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 001879 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 12/28/2009 |
| 001879 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 001880 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 001880 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 001880 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 12/28/2009 |
| 001881 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 001881 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 12/28/2009 |
| 001881 | Cindy Wallick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002095 | Ann W. Wensel Living Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002557 | Joahn L. Hughes | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002559 | Lawrence D. Hughes | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002716 | Marquerite & Steven Marinaro | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002745 | Karen Newman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002877 | Donald A & M Carolyn Dunkle | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002937 | Donna Jean Rowan | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 002938 | Charles M. Rowan | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003044 | Kathryn L. Babcock | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003044 | Kathryn L. Babcock | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003082 | Lawrence D Hughes | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003097 | Emilie Leonardi | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003176 | Brenda Joyce Chapman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 003176 | Brenda Joyce Chapman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003197 | Chris P. Lambert | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003274 | Ann M. Sullivan | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003274 | Ann M. Sullivan | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003275 | Scott Patience | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003275 | Scott Patience | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 003322 | Kim D. Janicek, Custodian | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003458 | Brenda J. Buckley | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003459 | Walter M. Buckley | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003460 | Walter M. & Brenda J. Buckley | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003682 | Louis S. And Darlene A. O'Neal | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003704 | Louis S. O'Neal, Jr. | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003782 | Burton Harold Moss Ind Ret Acct | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003782 | Burton Harold Moss Ind Ret Acct | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 003910 | Edward M. Jacobs | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003938 | Bette Anne (Powell) Peltzer | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003939 | Bette Anne Powell | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003972 | Alice B. Iuen | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003978 | Glen O. & Barbara J. Powell | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 003980 | Marvin F. Iuen | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004018 | Helen F. Holt Revocable Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 004050 | Mary Ann Barbara | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004050 | Mary Ann Barbara | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 004073 | Susan Michaelson | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004094 | Irwin B & Mary N Reed | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004129 | Rosemary Leo-Sullivan | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004198 | Adele Rynkiewicz | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004211 | Dorothea V. Marema | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004212 | Dorothea V. Marema | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004237 | Jess L. Taylor | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004272 | Martha S. Gennett, IRA | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004274 | Ellen W. Sanders | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004275 | Martha Sanders Gennett | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004276 | E. Anne Sanders | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004294 | Martha S. Gennett, Roth IRA | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004301 | Cristina P. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1za874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004301 | Cristina P. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004302 | Cristina P. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1za874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004302 | Cristina P. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004304 | Robert Jacob | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 004304 | Robert Jacob | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004322 | Edward J. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1za874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 004322 | Edward J. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004323 | Edward J. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1za874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004323 | Edward J. Strobel Trust Via Guardian Angel Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004324 | SPJ Investments, LTD | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004324 | SPJ Investments, LTD | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004329 | Marvin A. Seperson | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004330 | Guardian Angel Trust LLC | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004330 | Guardian Angel Trust LLC | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004483 | James Allen Jordan IRA | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004573 | Edith A Pillsbury | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004573 | Edith A Pillsbury | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 004608 | Trisha Nichols | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004623 | Louis Mcilvaine, Trustee | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004644 | Kathy G. Walsh General Partner (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004644 | Kathy G. Walsh General Partner (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 004645 | James R. & Kathleen Walsh General Partner (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 004649 | Kathy G. Walsh General Partner (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004649 | Kathy G. Walsh General Partner (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 004671 | Melissa Donelson | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004671 | Melissa Donelson | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 004672 | Susan Kovach | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 004672 | Susan Kovach | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004883 | Jane Gray Solomon Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 004883 | Jane Gray Solomon Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004949 | Burton Harold Moss Individual Retirement Acct | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004949 | Burton Harold Moss Individual Retirement Acct | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 004958 | Douglas Stepelton Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004958 | Douglas Stepelton Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 004984 | Phillip A. Hocott Living Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 004984 | Phillip A. Hocott Living Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005101 | Jennifer Stepelton Fka Jennifer Cooney IRA Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005101 | Jennifer Stepelton Fka Jennifer Cooney IRA Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005102 | Gary Bizzell IRA Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005102 | Gary Bizzell IRA Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005103 | Harvey L Powell | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005104 | Sharon Falls IRA/Sep Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005104 | Sharon Falls IRA/Sep Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005105 | Douglas A & Virlee Stepelton | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005105 | Douglas A & Virlee Stepelton | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005106 | Patrick And Patricia Cooney | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005106 | Patrick And Patricia Cooney | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005107 | Sean D Stepelton IRA/Sep Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005107 | Sean D Stepelton IRA/Sep Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005108 | Brett Stepelton IRA Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005108 | Brett Stepelton IRA Account | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005109 | Sean Stepelton | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005109 | Sean Stepelton | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005109 | Sean Stepelton | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005110 | Sharon Falls | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005110 | Sharon Falls | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005132 | Robert G Mick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005132 | Robert G Mick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 005170 | Alicia N Holloway Revocable Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005173 | Scott W. Holloway Revocable Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005173 | Scott W. Holloway Revocable Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005319 | Fox Family Partnership | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005320 | Barbara B. Fox | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005360 | Margaret B. Guinn (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 005360 | Margaret B. Guinn (S & P Associates General Partnership) | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005361 | James R. & Kathleen Walsh | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/8/2010 |
| 005361 | James R. & Kathleen Walsh | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005393 | Steve Jacob Cust Fbo J.J. Ugma | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005393 | Steve Jacob Cust Fbo J.J. Ugma | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005396 | Craig C Snyder | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 005396 | Craig C Snyder | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 005396 | Craig C Snyder | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005407 | Festus & Helen Stacy Foundation, Inc. | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 005407 | Festus & Helen Stacy Foundation, Inc. | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005407 | Festus & Helen Stacy Foundation, Inc. | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005412 | Stepelton Advisors, Inc. | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/5/2010 |
| 005412 | Stepelton Advisors, Inc. | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005509 | Don G. Holloway | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005518 | Phillip A. Hocott Living Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005518 | Phillip A. Hocott Living Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005561 | Andrea Dee King | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005582 | Deborah Mcmurtrey IRA | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005583 | Fred Mcmurtrey IRA | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005584 | Fred Mcmurtrey | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005586 | David Stepelton Family Trust, Steve Jacoank C Wolke, Co-Trustees | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005586 | David Stepelton Family Trust, Steve Jacoank C Wolke, Co-Trustees | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 005590 | Matthew Jacob | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005590 | Matthew Jacob | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 005616 | Marilyn K Mick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 005616 | Marilyn K Mick | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005620 | Corinne G Playso | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/6/2010 |
| 005620 | Corinne G Playso | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005621 | Martha Mohr-Franta | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005802 | Sharon Lee Tiner | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005854 | Michael F. Jacob | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/7/2010 |
| 005854 | Michael F. Jacob | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 005894 | Karen S Audet IRA | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006081 | Regina Carle | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006124 | Margaret Lipworth & Donna Moss | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006251 | Michelle Carter | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006290 | Mike Goff Custodian For R.A.G., Ugma | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006408 | Adam Holloway | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 006662 | James Judd | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 007091 | Gary R. Chapman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 008190 | Robert R. Podwill & Gail Podwill | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 008220 | Michael J. Podwill | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 009353 | Richard P. & Dora F. Long | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 009354 | Richard P Long | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 009739 | Densel L Raines | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 009744 | Deborah Fellman Revocable Trust | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 013815 | Wallace M. Goodman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 013815 | Wallace M. Goodman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 013816 | Wallace M. Goodman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |
| 013816 | Wallace M. Goodman | S & P Associates General Partnership | 1ZA874 | Claim for securities and/or credit balance denied (12/08/2009). | 1/11/2010 |