**Securities Investor Protection Corporation**

**v.**

**Bernard L. Madoff Investment Securities LLC**

**In re:  Bernard L. Madoff Investment Securities and
Bernard L. Madoff, Debtors**

**Case No. 08-01789 (SMB)
SIPA Liquidation
(Substantively Consolidated)**

**Exhibits 4-15 to the Declaration of Vineet Sehgal are
available for review upon written or telephonic request to:**

**Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:  Bik Cheema, Esq.
Tel:  (212) 589-4613
Email:  bcheema@bakerlaw.com**