**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                      Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br>    v.<br><br>AUDAX GROUP LP,<br><br>AUDAX MANAGEMENT CO. LLC,<br><br>101 HUNTINGTON HOLDINGS LLC,<br><br>MARC B. WOLPOW,<br><br>GEOFFREY S. REHNERT, and<br><br>RICHARD T. JOSEPH,<br><br>                      Defendants. | Adv. Pro. No. 10-04651 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF PLAINTIFF**

PLEASE TAKE NOTICE THAT the law firm of Windels Marx Lane & Mittendorf, LLP, Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee"), shall be substituted in place of the law firm of Baker & Hostetler, LLP as counsel of

{11032058:2}

record for the Trustee in the above-referenced bankruptcy matter and that all future pleadings and papers should be served upon Howard L. Simon, Esq. at the address indicated below.

Respectfully submitted this 12th day of December, 2014.

| **BAKER & HOSTETLER LLP** | **WINDELS MARX LANE & MITTENDORF, LLP** |
|---|---|
| /s/ Nicholas J. Cremona<br>Nicholas J. Cremona, Esq.<br>(ncremona@bakerlaw.com)<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | /s/ Howard L. Simon<br>Howard L. Simon, Esq.<br>(hsimon@windelsmarx.com)<br>Kim M. Longo, Esq.<br>(klongo@windelsmarx.com)<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215 |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

{11032058:2}             2