**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 9074-1(a) for the Southern District of New York, the proposed order, a copy of which is annexed hereto, granting the relief set forth in the Memorandum Decision Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts entered by this Court in the above-referenced adversary proceeding on December 8, 2014, ECF No. 8680, will be presented for settlement and entry to the Honorable Stuart M. Bernstein, at Room 723 of the United States Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on December 19, 2014.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received by the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m on December 17, 2014. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless an objection is received by that time, the proposed order annexed hereto may be entered by the Court.

Dated: December 12, 2014  
      New York, New York

      */s/ David J. Sheehan*  
      Baker & Hostetler LLP  
      45 Rockefeller Plaza  
      New York, New York 10111  
      Telephone: (212) 589-4200  
      Facsimile: (212) 589-4201  
      David J. Sheehan  
      Email: dsheehan@bakerlaw.com

      *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*