**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> VIZCAYA PARTNERS LIMITED, BANQUE JACOB SAFRA (GIBRALTAR) LTD, a/k/a BANK J SAFRA LIMITED, ASPHALIA FUND LIMITED, and ZEUS PARTNERS LIMITED, <br><br> Defendants. | Adv. Pro. No. 09-01154 (SMB) |

## **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for December 17, 2014 has been adjourned and will be held on **March 25, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 12, 2014
  New York, New York

SULLIVAN & CROMWELL LLP

  /s/ Robinson B. Lacy
BY:  Robinson B. Lacy
  lacyr@sullcrom.com
  125 Broad Street
  New York, New York 10004
  (212) 558-4000

  *Attorneys for Defendant Bank. J. Safra
  (Gibraltar) Limited*

BAKER & HOSTETLER LLP

  /s/ Oren J. Warshavsky
BY:  Oren J. Warshavsky
  owarshavsky@bakerlaw.com
  Robertson D. Beckerlegge
  rbeckerlegge@bakerlaw.com
  45 Rockefeller Plaza
  New York, NY 10111
  (212) 589-4200

  *Attorneys for Irving H. Picard, Trustee
  for the Substantively Consolidated SIPA
  Liquidation of Bernard L. Madoff
  Investment Securities LLC and for the
  Estate of Bernard L. Madoff*

KATTEN MUCHIN ROSENMAN LLP

  /s/ Anthony L. Paccione
BY:  Anthony L. Paccione
  anthony.paccione@kattenlaw.com
  575 Madison Avenue
  New York, NY 10022-2585
  (212) 940-8800

  *Attorneys for Defendant
  Zeus Partners Limited*