**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CORNERSTONE CAPITAL (DEL), INC.;<br><br>DAVID PULVER, in his capacity as President of Cornerstone Capital (Del), Inc. and Individually; and<br><br>CAROL PULVER, | Adv. Pro. No. 10-05413 (SMB) |

> Defendants.

## ELEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following amended deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 29, 2012.

2. Fact Discovery shall be completed by: January 24, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: March 25, 2015.

4. The Disclosure of Rebuttal Experts shall be due: April 24, 2015.

5. The Deadline for Completion of Expert Discovery shall be: July 23, 2015.

6. The Deadline to file a Notice of Mediation Referral shall be: September 21, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 5, 2015.

8. The Deadline for Conclusion of Mediation shall be: February 2, 2016.

Dated: New York, New York  
December 12, 2014

BAKER & HOSTETLER LLP

By: */s/ Heather J. McDonald*  
David J. Sheehan  
Nicholas J. Cremona  
Heather J. McDonald  
Kimberly M. Maynard  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*