**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>PULVER FAMILY FOUNDATION, INC.,<br><br>         Defendant. | Adv. Pro. No. 10-05052 (SMB) |

**ELEVENTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following amended deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 29, 2012.

2. Fact Discovery shall be completed by: January 24, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: March 25, 2015.

4. The Disclosure of Rebuttal Experts shall be due: April 24, 2015.

5. The Deadline for Completion of Expert Discovery shall be: July 23, 2015.

6. The Deadline to file a Notice of Mediation Referral shall be: September 21, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 5, 2015.

8. The Deadline for Conclusion of Mediation shall be: February 2, 2016.

Dated: New York, New York
December 12, 2014

BAKER & HOSTETLER LLP

By: */s/ Heather J. McDonald*
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*