**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
45 Broadway, 8th Floor
New York, New York 10006
Telephone (212) 599-3322
Facsimile (212) 557-0295
HCHAITMAN@BPLEGAL.COM

*Attorneys for Defendants, Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, and Susan B. Alswanger*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                    Plaintiff,<br>        v.<br><br>ZIESES INVESTMENT PARTNERSHIP, MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R. ZIESES, CARYN ZIESES, BARRY INGER, ALLAN INGER, and SUSAN B. ALSWANGER,<br><br>                    Defendants. | Adv. Pro. No. 10-04669 (SMB) |

**NOTICE OF REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL**

{N0062756 2 }

Anthony A. Mingione and Philippe Marc Salomon and the law firm Blank Rome LLP, having appeared as attorneys for Defendants Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, and Susan B. Alswanger ("Defendants") in the above-referenced matter and adversary proceeding, hereby request to withdraw as Attorneys of Record in conneciton with the above-referenced matter and in the related adversary proceeding, and to substitute Helen Davis Chaitman of Becker & Poliakoff, LLP, as counsel for Defendants in those matters.

As grounds for this Request to Withdraw as Attorneys of Record, Defendants have retained Helen Davis Chaitman of Becker & Poliakoff, LLP, 45 Broadway, 8th Floor, New York, New York 10006 to represent them in these proceedings.

Wherefore, Blank Rome LLP, by and through Philippe Marc Salomon and Anthony A. Mingione, and Becker & Poliakoff, LLP, by and through Helen Davis Chaitman of respectfully request that this Request to Withdraw and Substitute Counsel be granted. A proposed order is attached.

Dated: New York, New York
December 15, 2014

| **BLANK ROME LLP** | **BECKER & POLIAKOFF LLP** |
|---|---|
| *Withdrawing Attorneys for Defendants Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, and Susan B. Alswanger* | *Substituting Attorneys for Defendants Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, and Susan B. Alswanger* |
| By: /s/ Anthony A. Mingione<br>Philippe Marc Salomon<br>Anthony A. Mingione<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174-0208<br>(212) 885-5000 | By: /s/ Helen Davis Chaitman<br><br>Helen Davis Chaitman<br>45 Broadway<br>New York, New York 10006<br>(212) 599-3322<br>HCHAITMAN@BPLEGAL.COM |

AMANTIONE@BLANKROME.COM


By:     */s/ Philippe Marc Salomon*
        Philippe Marc Salomon
        Anthony A. Mingione
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174-0208
        (212) 885-5000
        PSALOMON@BLANKROME.COM

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                               Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                               Plaintiff,<br>      v.<br><br>ZIESES INVESTMENT PARTNERSHIP, MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R. ZIESES, CARYN ZIESES, BARRY INGER, ALLAN INGER, and SUSAN B. ALSWANGER,<br><br>                               Defendants. | Adv. Pro. No. 10-04669 (SMB) |

## ORDER GRANTING REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL

      Anthony A. Mingione and Philippe Marc Salomon of Blank Rome LLP have previously appeared and filed pleadings on behalf of Defendants Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, and Susan B. Alswanger ("Defendants"), and Defendants having retained separate legal counsel, Helen Davis Chaitman of Becker & Poliakoff, LLP, 45 Broadway, 8th Floor, New York, New York 10006, to represent them in these proceedings, with Blank Rome LLP and Becker & Poliakoff, LLP having filed a Request to Withdraw and Substitute Counsel, it is hereby

ORDERED, that the Request of Philippe Marc Salomon, Anthony A. Mingione and Blank Rome LLP, to Withdraw as counsel and Attorneys of Record be and is hereby granted; it is further

ORDERED, that Helen Davis Chaitman of Becker & Poliakoff, LLP is hereby substituted as counsel and Attorney of Record for Defendants.

Dated: New York, New York
December __, 2014

/s/
Honorable Stuart M. Bernstein
United States Bankruptcy Judge