**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC* and *Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>THE MELVIN N. LOCK TRUST,<br><br>THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982,<br><br>THE ESTATE OF SYLVIA W. LOCK, | Adv. Pro. No. 10-05410 (BRL) |

01:16406019.1

NORTHERN TRUST, N.A., F/K/A NORTHERN TRUST BANK OF FLORIDA, N.A., a National Association, in its capacity as Personal Representative of the ESTATE OF SYLVIA W. LOCK, in its capacity as Trustee of THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982, and in its capacity as Trustee of the MELVIN N. LOCK TRUST,

LORRAINE LOCK NOSWORTHY,

AMANDA GOLDBERG SYNDERMAN,

JEREMY GOLDBERG,

ELENA ELKIN,

JOSHUA ELKIN,

FREDERICK GOLDBERG,

ALYSSA GOLDBERG,

MEREDITH GOLDBERG,

JOAN ELKIN MADISON,

SUSAN SIEGAL,

PAMELA W. GOLDBERG, and

JAMES NOSWORTHY,

        Defendants.

## STIPULATION FOR ADJOURNMENT OF PRETRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the pre-trial conference in this adversary proceeding will be adjourned from December 17, 2014 at 10:00 a.m. to March 25, 2015 at 10:00 a.m.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

01:16406019.1      2

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Dkt. No. 5600) in the above-captioned case (Adv. Pro. No. 08-01789 (BRL)).

*[Remainder of Page Intentionally Left Blank]*

Dated: December 15, 2014

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FULBRIGHT & JAWORSKI L.L.P. |
| By: */s/ Matthew B. Lunn*<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: *mlunn@ycst.com*<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: */s/ David A. Rosenzweig*<br>David A. Rosenzweig<br>David L. Barrack<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>Telephone: (212) 318-3400<br>Facsimile: (212) 318-3400<br>Email: *drosenzweig@fulbright.com*<br>　　　　*dbarrack@fulbright.com*<br><br>*Attorneys for Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., a National Association, in Its Capacity as Personal Representative of The Estate of Sylvia W. Lock, in Its Capacity as Trustee of the Sylvia W. Lock Declaration of Trust, Dated April 13, 1982, and In Its Capacity as Trustee of The Melvin N. Lock Trust* |

WARNER & SCHEUERMAN

By: */s/ Jonathon D. Warner*
Jonathon D. Warner
6 West 18th Street, 10th floor
New York, NY 10011
Telephone: (212) 924-7111
Facsimile: (212) 924-6111
Email: *jdwarner@warnerandscheuerman.com*

*Attorneys for Lorraine Lock Nosworthy, Amanda Goldberg Snyderman s/h/a Synderman, Jeremy Goldberg, Elena Elkin, Joshua Elkin, Frederick Goldberg, Alyssa Goldberg, Meredith Goldberg, Joan Elkin Madison, Susan Siegal, Pamela W. Goldberg and James Nosworthy*