**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04730 (SMB) |
| Plaintiff, | |
| v. | |
| EDWARD BLUMENFELD, *et al.* | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned adversary proceeding, by and through their respective counsel, that plaintiff Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. and the estate of Bernard L. Madoff may and does hereby dismiss the above-captioned

{11030308:1}

adversary proceeding with prejudice and without costs to any party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure).

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York  
       December 15, 2014

By: /s/ Howard L. Simon  
Howard L. Simon (hsimon@windelsmarx.com)  
Windels Marx Lane & Mittendorf, LLP  
156 West 56th Street  
New York, New York 10019  
Tel: (212) 237-1000  
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: New York, New York  
       December 15, 2014

By: /s/ William P. Weintraub  
William P. Weintraub  
(wweintraub@goodwinprocter.com)  
Goodwin Procter LLP  
The New York Times Building  
620 Eight Avenue  
New York, NY 10018-1405  
Tel: (212) 813-8800  
Fax: (212 355-3333

*Attorneys for Defendants*

Dated: New York, New York  
       December 15, 2014

By: /s/ Seth L. Rosenberg  
Seth L. Rosenberg (rosenberg@clayro.com)  
Clayman & Rosenberg LLP  
305 Madison Avenue  
New York, NY 10165

Tel: (212) 922-1080
Fax: (212) 949-8255

*Attorneys for Defendants*

SO ORDERED ON December 16, 2014:

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE