BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan
Keith R. Murphy
Oren J. Warshavsky
Geoffrey A. North

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2014 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**I.** **Picard v. Robert L. Silverman, et al.; Adv. Pro. No. 10-05418 (SMB)**

1. Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement By and Between the Trustee and Westport National Bank, a Division of Connecticut Community Bank. N.A. (Filed: 11/21/2014) [ECF No. 40]

Status:        This matter is going forward.

## II.    Picard v. HSBC Bank PLC, et al.; Adv. Pro. No. 09-01364 (SMB)

1. Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Between the Trustee, on the one hand, and Primeo Fund and Herald Fund SPC, on the other hand (Filed: 11/17/2014) [ECF No. 338]

2. Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Between the Trustee and Senator Fund SPC
(Filed: 11/18/2014) [ECF No. 339]

Status:        This matter is going forward.

## CONTESTED MATTERS

## III.   Picard v. Ceretti, et al.; Adv. Pro. No. 09-01161 (SMB)

1. Notice of Motion to Dismiss Fourth Amended Complaint
(Filed: 7/18/2014) [ECF No. 111]

Related Documents:

2. Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.'s Memorandum of Law in Support of Their Motion to Dismiss the Fourth Amended Complaint
(Filed: 7/18/14) [ECF No. 112]

Objections Filed:

3. Trustee's Memorandum of Law in Opposition to Joint Liquidators' Motion to Dismiss Fourth Amended Complaint (Filed: 10/14/2014) [ECF No. 126]

4. Declaration of Anthony M. Gruppuso, Esq. in Support of Trustee's Opposition to Joint Liquidators' Motion to Dismiss Fourth Amended Complaint
(Filed: 10/14/2014) [ECF No. 127]

5. Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.'s Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Fourth Amended Complaint
(Filed: 11/25/2014) [ECF No. 147]

Status:        This matter is going forward.

IV.   **Picard v. A & G Goldman, et al.; Adv. Pro. No. 14-02407 (SMB)/Capital Growth Company, et.al. v. Pamela Goldman, et. al., Adv. Pro. No. 14-02048 (SMB)**

1. Notice of Motion to Consolidate Adversary Proceedings (Filed: 11/17/2014) [ECF No. 6]

Related Documents:

2. Picower Parties' Motion to Consolidate Adversary Proceedings (Filed: 11/17/2014) [ECF No. 7]

Objections Filed:

3. Defendants A & G Goldman Partnership and Pamela Goldman's Response to Plaintiffs' Motion to Consolidate Adversary Proceedings (Filed: 12/3/2014) [ECF No. 13]

Status:   This matter is going forward.

Dated: New York, New York
       December 16, 2014

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Oren J. Warshavsky
Geoffrey A. North

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*