**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BPLEGAL.COM
Peter W. Smith PSMITH@BPLEGAL.COM
Julie Gorchkova JGORCHKOVA@BPLEGAL.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendant*
*Sharon Popkin Andersen*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                    Plaintiff,<br>          v.<br><br>JOSEPH S. POPKIN REVOCABLE TRUST DATED FEBRUARY 9, 2006, a Florida trust, ESTATE OF JOSEPH S. POPKIN, ROBIN POPKIN LOGUE, as trustee of the Joseph S. Popkin Revocable Trust Dated February 9, 2006, as the personal representative of the Estate of Joseph S. Popkin, and as an individual, SHARON POPKIN, and MARK POPKIN,<br><br>                    Defendants. | Adv. Pro. No. 10-04712 (SMB)<br><br><br><br><br><br>**STIPULATION** |

{N0063156 2}

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel and Defendant Sharon Popkin Andersen (the "Defendant"), hereby stipulate and agree as follows:

1. The Defendant joins in the motion to dismiss filed by Becker & Poliakoff, LLP on October 31, 2014 and all accompanying papers on the same grounds described therein, and also joins in and adopts the arguments asserted in all of the other pending motions to dismiss filed in the innocent investor BLMIS adversary proceedings listed in Appendix A to the Trustee's February 20, 2014 letter [Case No.: 08-01789, Doc. 5678] (collectively, the "Motions").

2. This stipulation shall be deemed as the Defendant's joinder in the Motions.

3. The Defendant shall be bound by the decision(s) rendered on the Motions.

Dated: December 11, 2014
New York, New York

| BAKER & HOSTETLER LLP | BECKER & POLIAKOFF P.A. |
|---|---|
| By: */s/ Michael Matthias* <br> Michael Matthias <br> mmatthias@bakerlaw.com <br><br> 11601 Wilshire Blvd., Ste. 1400 <br> Los Angeles, CA 90025 <br> Telephone: (310) 442-8802 <br> Facsimile: (310) 820-8859 <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Helen Davis Chaitman* <br> Helen Davis Chaitman <br> hchaitman@bplegal.com <br> Peter Smith <br> psmith@becker-poliakoff.com <br> Julie Gorchkova <br> jgorchkova@becker-poliakoff.com <br><br> 45 Broadway <br> New York, New York 10006 <br> Telephone: (212) 599-3322 <br> Facsimile: (212) 557-0295 <br><br> *Attorneys for Sharon Popkin Andersen* |

{N0063156 2}

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2014

/s/ Lourdes Blanco

{N0063156 2 }