UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Edward Blumenfeld (the "Claimant"), having filed an objection (the "Objection", Docket No. 3418) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011057), hereby gives notice that he withdraws such Objection.

Dated: December 15, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Seth L. Rosenberg, Esq. on behalf of Edward Blumenfeld
　　　　　　　　　　　　　　　　　　　　　　　Clayman & Rosenberg LLP
　　　　　　　　　　　　　　　305 Madison Avenue
　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　　T: 212.922.1080

{11011743;3}