UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Boxwood Realty Group (the "Claimant"), having filed an objection (the "Objection", Docket No. 759) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011799), hereby gives notice that it withdraws such Objection.

Dated: December 15, 2014

                     _____
                     Seth L. Rosenberg, Esq. on behalf of Boxwood Realty Group
                     Clayman & Rosenberg LLP
                     305 Madison Avenue
                     New York, NY 10165
                     T: 212.922.1080

{11011743;3}