UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Debtor.
---------------------------------------
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

      Plaintiff,
  -v-

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
ASCOT FUND LTD., GABRIEL CAPITAL
CORPORATION,

      Defendants.
---------------------------------------X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 09-1182 (SMB)

## **STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND ORDERED that, in accordance with Local Bankruptcy Rule 2090-1(e) and with the consent of Defendant Ascot Fund Limited ("Ascot Fund"), Fulbright & Jaworski LLP is substituted in place of Sadis & Goldberg as Ascot Fund's attorneys of record in the above-captioned adversary proceeding.

Dated: New York, New York
December 16, 2014

| SADIS & GOLDBERG | FULBRIGHT & JAWORSKI LLP |
|---|---|
| By:   /s/ Douglas R. Hirsch<br>Douglas R. Hirsch<br>Jennifer Rossan<br>551 Fifth Avenue, 21st Floor<br>New York, New York  10176<br>Tel.:  (212) 947-3793<br>Fax:  (212) 947-3796<br>dhirsch@sglawyers.com<br>jrossan@sglawyers.com<br><br>*Outgoing Attorneys for Ascot Fund Limited* | By:   /s/ Judith A. Archer<br>Judith A. Archer<br>David L. Barrack<br>Jami Mills Vibbert<br>David B. Schwartz<br>666 Fifth Avenue<br>New York, New York  10103<br>Tel.:  (212) 318-3000<br>Fax:  (212) 318-3400<br>judith.archer@nortonrosefulbright.com<br>david.barrack@nortonrosefulbright.com<br>jami.vibbert@nortonrosefulbright.com<br>david.schwartz@nortonrosefulbright.com<br><br>*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P. and Substituted Attorneys for Ascot Fund Limited* |

**SO ORDERED.**

Date: December 16th, 2014

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE