**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>Plaintiff,<br>- against –<br>**HSBC BANK PLC, et. al.**<br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

## DECLARATION OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On December 16, 2014, I caused to be served via electronic mail, true and correct copies of the Answer, Affirmative Defenses, and Amended Cross-Claim of Alpha Prime Fund Limited and Senator Fund SpC and/or via overnight mail as indicated to those parties set forth on Exhibit A attached hereto.

1

2.  I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

_____
Todd E. Duffy

Dated: December 16, 2014

Exhibit A

Sheldon Eisenberger
The Law Office of Sheldon Eisenberger
Email: sheldon@eisenbergerlaw.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur, Inc. and Herald Asset Management Limited

Price O. Gielen
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: pog@nqgrg.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur, Inc. and Herald Asset Management Limited

Nathan D. Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: nda@nqgrg.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur, Inc. and Herald Asset Management Limited

Mary K. Warren
Willkie Farr & Gallagher LLP
Email: mwarren@willkie.com
Attorney for: Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Equus Asset Mgmt. Ltd, Equus Asset Management Partners, L.P., Cape Investment Advisors Limited, Genevalor, Benbassat et Cie, Hermes Asset Management Limited and Dr. Alain B. Levy, solely in his capacity as Executor of the Estate of Mario Benbassat

Mark Michael Elliott
Bingham McCutchen LLP
Email: mark.elliott@bingham.com
Attorney for: Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Aurelia Asset Management Partners and Aurelia Fund Management Ltd.

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Primeo Fund

Michael E. Wiles
Debevoise & Plimpton LLP
Email: mewiles@debevoise.com
Attorney for: Hermes International Fund Limited, Geo Currencies, Thema Wise Investments Ltd., Lagoon Investment Trust, Thema International Fund plc, Hermes International Fund Limited, Thema Fund Ltd. and Lagoon Investment Limited

3

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney for: Thema Asset Mgmt. (Bermuda) and Thema Asset Management Limited (BVI)

William P. Weintraub
Goodwin Procter LLP
Email: wweintraub@goodwinprocter.com
Attorney for: T+M Trusteeship & Management Services S.A. and GTM Management Services
Services Corp. N.V.

Daniel M. Glosband
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com
Attorney for: T+M Trusteeship & Management Services S.A. and GTM Management Services
Services Corp. N.V.

Joseph Serino
Kirkland & Ellis LLP
Email: joseph.serino@kirkland.com
Attorney for: Herald Fund SPC

David S. Flugman
Kirkland & Ellis LLP
Email: david.flugman@kirkland.com
Attorney for: Herald Fund SPC

Jay Lefkowitz Kirkland & Ellis LLP
Email: jay.lefkowitz@kirkland.com
Attorney for: Herald Fund SPC

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Herald (Lux) SICAV

Mark McDermott
Skadden, Arps, Slate, Meagher & Flom LLP
Email: mark.mcdermott@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

Susan L. Saltzstein
Skadden, Arps, Slate, Meagher & Flom LLP
Email: susan.saltzstein@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

4

Maura Barry Grinalds
Skadden, Arps, Slate, Meagher & Flom LLP
Email: maurabarry.grinalds@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

Jeremy A. Berman
Skadden, Arps, Slate, Meagher & Flom LLP
Email: jeremy.berman@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

Marco E. Schnabl
Skadden, Arps, Slate, Meagher & Flom LLP
Email: marco.schnabl@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

Evan Davis
Cleary Gottlieb Steen & Hamilton LLP
Email: edavis@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd. and HSBC Fund Services (Luxembourg) S.A.

James Frasco
Cleary Gottlieb Steen & Hamilton LLP
Email: jfrasco@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd. and HSBC Fund Services (Luxembourg) S.A.

Charles J. Keeley, III
Cleary Gottlieb Steen & Hamilton
LLP Email: cjkeeley@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman)  Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland)  Ltd. and HSBC Fund Services (Luxembourg) S.A.

David E. Brodsky
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman)  Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Private Bank (Suisse) S.A.,  HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd. and  HSBC Fund Services (Luxembourg) S.A.

Marla Decker
Cleary Gottlieb Steen & Hamilton LLP
Email: mdecker@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd. and HSBC Fund Services (Luxembourg)  S.A.

Thomas J. Moloney **(via email and overnight mail)**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: tmoloney@cgsh.com
Attorney for: HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman)  Limited, HSBC Private Banking Holdings (Suisse) SA, HSBC Private Bank (Suisse) S.A.,  HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd. and  HSBC Fund Services (Luxembourg) S.A.

Franklin B. Velie
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Attorney for: UniCredit Bank Austria AG

Jonathan Kortmansky Sullivan & Worcester LLP
Email: jkortmansky@sandw.com
Attorney for: UniCredit Bank Austria AG

Mitchell C. Stein
Sullivan & Worcester LLP
Email: mstein@sandw.com
Attorney for: UniCredit Bank Austria AG