UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Edward and Susan Blumenfeld Foundation (the "Claimant"), having filed an objection (the "Objection", Docket No. 756) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011055), hereby gives notice that it withdraws such Objection.

Dated: December 15    , 2014

_____
Seth L. Rosenberg, Esq. on behalf of The
Edward and Susan Blumenfeld Foundation
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
T: 212.922.1080