UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

South Sea Holdings, L.P. (the "Claimant"), having filed an objection (the "Objection", Docket No. 758) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011059), hereby gives notice that it withdraws such Objection.

Dated: December 15, 2014

                                                                         Seth L. Rosenberg, Esq. on behalf of
                                                                         South Sea Holdings, L.P.
                                                                         Clayman & Rosenberg LLP
                                                                         305 Madison Avenue
                                                                         New York, NY 10165
                                                                         T: 212.922.1080

{11011743:3}