UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Susan Blumenfeld (the "Claimant"), having filed an objection (the "Objection", Docket No. 3029) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011800), hereby gives notice that she withdraws such Objection.

Dated: December 15 , 2014

_____

Seth L. Rosenberg, Esq. on behalf of
Susan Blumenfeld
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
T: 212.922.1080