UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Susan Blumenfeld GST Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 2991) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#009063 and #009051), hereby gives notice that it withdraws such Objection.

Dated: December 15, 2014

                                                        _____
Seth L. Rosenberg, Esq. on behalf of
The Susan Blumenfeld GST Trust
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165
T: 212.922.1080

{11011743;3}