UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

David Blumenfeld (the "Claimant"), having filed an objection (the "Objection", Docket No. 3026) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011220), hereby gives notice that he withdraws such Objection.

Dated: December 15, 2014

                                                  Seth L. Rosenberg, Esq. on behalf of
                                                  David Blumenfeld
                                                  Clayman & Rosenberg LLP
                                                  305 Madison Avenue
                                                  New York, NY 10165
                                                  T: 212.922.1080

{11011743:3}