UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Edward Blumenfeld and Susan Blumenfeld Charitable Lead Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 3028) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#009050 and #009068), hereby gives notice that it withdraws such Objection.

Dated: December 15, 2014

                                                         Seth L. Rosenberg, Esq. on behalf of
                                                         The Edward Blumenfeld and Susan
                                                         Blumenfeld Charitable Lead Trust
                                                          Clayman & Rosenberg LLP
                                                          305 Madison Avenue
                                                          New York, NY 10165
                                                          T: 212.922.1080

{11011743:3}