UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Bull Market Fund (the "Claimant"), having filed an objection (the "Objection", Docket No. 3097) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009840), hereby gives notice that it withdraws such Objection.

Dated: December 15, 2014

                                                      Seth L. Rosenberg, Esq. on behalf of
                                                      Bull Market Fund
                                                      Clayman & Rosenberg LLP
                                                      305 Madison Avenue
                                                      New York, NY 10165
                                                      T: 212.922.1080