**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　　)
　　　　　　　　　　　　　　) ss:
COUNTY OF DALLAS　　　　　)

　　JOHN S. FRANKS, being duly sworn, deposes and says:

A. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

B. I am over the age of eighteen years and am not a party to the above-captioned action.

C. On December 12, 2014, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships [Docket Number 8734]

2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (including Exhibits 1- 3) [Docket Number 8736]

3. Declaration of Bik Cheema in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships [Docket Number 8737]

Executed on Dec. 15, 2014

_____
John S. Franks

Sworn to and subscribed before me this 15 day of December 2014

THERESA K. PETRY
MY COMMISSION EXPIRES
January 13, 2018

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

**Exhibit A**
**December 12, 2014**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| [redacted] | | | | | | |
| Kachroo Legal Services | Dr. Gaytri D. Kachroo | Street, Suite 1800 | Cambridge | MA | 02142 | |
| [redacted] | | | | | | |
| Phillips Nizer LLP | Chryssa V. Valletta | 666 Fifth Avenue | New York | NY | 10103-0084 | |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | |
| [redacted] | | | | | | |

**Exhibit A**
**December 12, 2014**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| Schoeppl & Burke, P.A. | Carl F. Schoeppl, Esq. (7917) | 4651 North Federal Highway | Boca Raton | FL | 33431 | |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |