**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Joshua B. Rog
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>v.<br><br>LUCERNE FOUNDATION and DOUGLAS J. RIMSKY in his capacity as Trustee,<br><br>          Defendants. | Adv. Pro. No. 10-05055 (SMB) |

<u>**AMENDED CASE MANAGEMENT NOTICE**</u>

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above capti9oned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were completed: April 30, 2014

2.      Fact Discovery shall be completed by:  April 1, 2015

3.      The Deadline for Service of Substantive Interrogatories was: November 13, 2014

4.      The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015

5.      The Disclosure of Rebuttal Experts shall be due: July 29, 2015

6.      The Deadline for Completion of Expert Discovery shall be: October 27, 2015

7.      The Deadline for Service of a Notice of Mediation Referral shall be: December 28, 2015

8.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 11, 2016

9.      The Deadline for Conclusion of Mediation shall be: May 10, 2016

[*The Remainder of this Page is Intentionally Left Blank*]

Dated: New York, New York
        December 16, 2014

BAKER & HOSTETLER LLP

By: /s/ Marc E. Hirschfield
David J. Sheehan
Marc E. Hirschfield
Joshua B. Rog
Lindsey A. Shoshany
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and for the Estate
of Bernard L. Madoff*

300345054.1