**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Joshua B. Rog
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                            Plaintiff,<br>v.<br><br>ESTATE OF ROBERT RIMSKY, RIMSKY FAMILY LIMITED PARTNERSHIP, L. RIMSKY, INC., ARTICLE THIRD TRUST U/W JEANNE RIMSKY, ARTICLE FOURTH TRUST SECTION ONE, ARTICLE FOURTH TRUST SECTION THREE, ARTICLE FIFTH TRUST SECTION ONE, DOUGLAS JAY | Adv. Pro. No. 10-04388 (SMB) |

|  |
|---|
| RIMSKY, RENA RIMSKY WING, LEE COOPER RIMSKY, DON HARRIS RIMSKY, RENEE RIMSKY, MARGARET RIMSKY, SARAH RIMSKY LEVITIN, KENNETH WING, GABRIELLE JAFFE, ADAM BEER, JONATHAN WING, JULIETTE BEER, BARRY MEYERS, HARRIET L. MEYERS, ERIC RIMSKY, LIZA RIMSKY, KATE RIMSKY, K.A.L., A.R.L., J.L.W., and T. RANDOLPH HARRIS, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY,<br><br>          Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above capti9oned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were completed: April 30, 2014

2. Fact Discovery shall be completed by: April 1, 2015

3. The Deadline for Service of Substantive Interrogatories was: November 13, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015

5. The Disclosure of Rebuttal Experts shall be due: July 29, 2015

6. The Deadline for Completion of Expert Discovery shall be: October 27, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: December 28, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 11, 2016

9. The Deadline for Conclusion of Mediation shall be: May 10, 2016

300345056.1

| | |
|---|---|
| Dated: New York, New York<br>December 16, 2014 | BAKER & HOSTETLER LLP<br><br>By: */s/ Marc E. Hirschfield*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Joshua B. Rog<br>Lindsey A. Shoshany<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff*<br>*Investment Securities LLC and for the Estate*<br>*of Bernard L. Madoff* |

300345056.1