# **EXHIBIT A**

# CONSOLIDATED EXTRATERRITORIALITY MOTION[1, 2]

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | CLAIMS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 1 | *Picard v. Vizcaya Partners Ltd., Banque Jacob Safra (Gibraltar) Ltd., Siam Capital Management, Asphalia Fund Ltd., and Zeus Partners Ltd.* | 09-1154-SMB 12-cv-2588-JSR | Katten Muchin Rosenman LLP | Vizcaya Partners Ltd. (BVI) | Zeus Partners Ltd. (BVI) | Counts 3-6 |
| 2a | *Picard v. Federico Ceretti, Carlo Grosso, Kingate Global Fund Ltd., Kingate Euro Fund Ltd., Kingate Management Ltd., FIM Advisers LLP, FIM Ltd., Citi Hedge Fund Services Ltd., First Peninsula Trustees Ltd. (individually and as trustee of the Ashby Trust), The Ashby Trust, Ashby Investment Services Ltd., Alpine Trustees Ltd. (individually and as trustee of El Prela Trust), Port of Hercules Trustees Ltd. (individually, and as trustee of El Prela Trust), El Prela Trust, El Prela Group Holding Services, Ashby Holdings Services Ltd., El Prela Trading Investments Ltd., and HSBC Bank Bermuda Ltd.* | 09-1161-SMB 11-cv-7134-JSR | Freshfields Bruckhaus Deringer US LLP | Kingate Management Ltd. (Bermuda) and certain of the foreign subsequent transferees | First Peninsula Trustees Ltd. (Liberia), The Ashby Trust (BVI or Liberia), Ashby Investment Services Ltd. (BVI), Alpine Trustees Ltd. (Liberia), Port of Hercules Trustees Ltd. (BVI), El Prela Trust (BVI or Liberia), El Prela Group Holding Services (BVI), Ashby Holdings Services Ltd. (BVI), El Prela Trading Investments Ltd. (BVI) | <u>Count 9</u> |

---

[1]     These Schedules show the jurisdiction under whose laws the transferors and transferees that are not natural persons are organized, and the citizenship of the transferors and transferees that are natural persons, in each case as of the time of the transfers, as alleged in the complaints or as agreed by the Trustee and the transferee.  The parties do not agree, and nothing in this Order shall preclude any party from presenting any argument, concerning the extent to which such jurisdiction of organization or citizenship is conclusive in determining whether a transferor is a "foreign transferor," or a transferee is a "foreign transferee," for purpose of the Extraterritoriality Order or otherwise.

[2]     In the column furthest to the right, "All Counts" means all counts in the adversary proceeding.  An identification of counts that is underlined, as in "<u>Count 9</u>," indicates that the counts subject to the motion include all the claims against the Foreign Subsequent Transferees in the entry, other than counts that were previously dismissed.

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | CLAIMS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 2b | *Picard v. Federico Ceretti, et al. (see 2a above)* | 09-1161-SMB 11-cv-7134-JSR | Paul Hastings LLP | Kingate Global Fund Ltd. (BVI), Kingate Euro Fund Ltd. (BVI), Kingate Management Ltd. (Bermuda) | FIM Ltd. (UK), FIM Advisers (UK) | Count 9 |
| 2c | *Picard v. Federico Ceretti, et al. (see 2a above)* | 09-1161-SMB 11-cv-7134-JSR | Paul Hastings LLP | First Peninsula Trustees Ltd. (Liberia), The Ashby Trust (BVI or Liberia), Ashby Investment Services Ltd. (BVI), Alpine Trustees Ltd. (Liberia), Port of Hercules Trustees Ltd. (BVI), El Prela Trust (BVI or Liberia), El Prela Group Holding Services (BVI), Ashby Holdings Services Ltd. (BVI), El Prela Trading Investments Ltd. (BVI), Kingate Global Fund Ltd. (BVI), Kingate Euro Fund Ltd. (BVI), and/or Kingate Management Ltd. (Bermuda), FIM Ltd. (UK), FIM Advisers (UK) | Federico Ceretti (Italy), Carlo Grosso (Italy) | Count 9 |

2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 3a | *Picard v. Fairfield Sentry Ltd., Greenwich Sentry L.P., Greenwich Sentry Partners L.P., Fairfield Sigma Ltd., Fairfield Lambda Ltd., Fairfield Investment Fund Ltd., Fairfield Investors (Euro) Ltd., Stable Fund, Fairfield Greenwich Ltd., Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors LLC, Fairfield International Managers Inc., Walter Noel, Jeffrey Tucker, Andres Piedrahita, Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, Jacqueline Harary* | 09-1239-SMB 12-cv-2638-JSR | Simpson Thacher & Bartlett LLP; Dechert LLP | Fairfield Sentry Ltd. (BVI), Fairfield Greenwich Ltd. (Cayman Islands), Fairfield Greenwich (Bermuda) Ltd. (Bermuda) ; Fairfield Greenwich (U.K.) Ltd. (U.K.) Fairfield Sigma Ltd. (BVI), Fairfield Lambda Ltd. (BVI), Chester Global Strategy Fund Ltd. (Cayman Islands), Irongate Global Strategy Fund Ltd. (Cayman Islands), Fairfield Greenwich Fund (Luxembourg) (Lux.), Fairfield Investment Fund Ltd. (BVI), Fairfield Investors (Euro) Ltd. (BVI), Fairfield Investors (Swiss Franc) Ltd. (BVI), Fairfield Investors (Yen) Ltd. (BVI), Fairfield Investment Trust (Cayman Islands), FIF Advanced Ltd. (BVI), Sentry Select Ltd. (BVI), Greenwich Bermuda Ltd. (Bermuda), | Fairfield Greenwich Ltd. (Cayman Islands), Fairfield Greenwich (Bermuda) Ltd. (Bermuda), Andres Piedrahita (Colombia), Amit Vijayvergiya (Canada), Gordon McKenzie (Canada), Corina Piedrahita (Brazil and U.S.), Richard Landsberger (U.S.), Philip Toub (U.S.), Harold Greisman (U.S.), Andrew Smith (U.S.) | Counts 4, 7, 10, 13, 16, 19, 22, 25 |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | | | | Chester Management (Cayman) Ltd. (Cayman Islands). | | |
| 3b | *Picard v. Fairfield Sentry Ltd., et al. (see 3a above)* | 09-1239-SMB 12-cv-2619-JSR | Wollmuth Maher & Deutsch LLP | Fairfield Sentry Ltd. (BVI) | Fairfield Investment Fund Ltd. (BVI) | Counts 4, 7, 10, 13, 16, 19, 22, 25 |
| | | | | Fairfield Investment Fund Ltd. (BVI) | Fairfield Investors (Euro) Ltd. (BVI) | Counts 4, 7, 10, 13, 16, 19, 22, 25 |
| 4a | *Picard v. HSBC Bank, plc, HSBC Securities Services (Luxembourg) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Bermuda) Ltd., HSBC Bank USA, N.A., HSBC Securities Services (Bermuda) Ltd., HSBC Bank (Cayman) Ltd., HSBC Private Bank Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Fund Services (Luxembourg) S.A., HSBC Bank Bermuda Ltd., Herald Fund SPC, Herald (Lux) Sica V, Primeo Fund, Alpha Prime Fund Ltd., Senator Fund SPC, Hermes International Fund Ltd., Lagoon Investment Ltd., Thema Fund Ltd., Thema Wise Investments Ltd., Thema International Fund PLC, GEO Currencies Ltd. S.A., Herald Asset Management Ltd., 20:20 Medici AG, Unicredit Bank Austria AG, BA Worldwide Fund Management Ltd., Eurovaleur, Inc. Pioneer Alternative Investment Management Ltd., Alpha Prime Asset Management Ltd., Regulus Asset Management Ltd., Carruba Asset Management Ltd., Genevalor, Benbassat Et Cie, Hermes Asset Management Ltd., Thema Asset Management (Bermuda)* | 09-1364-SMB 11-cv-6524-JSR | Morrison & Foerster LLP | Herald Fund SPC (Cayman Islands), Alpha Prime Fund Ltd. (Bermuda) | Primeo Fund (Cayman Islands) | Counts 2 and 10 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | *Ltd., Thema Asset Management Ltd., Equus Asset Management, Ltd., Equus Asset Management Partners, L.P., Aurelia Fund Management Ltd., Ursula Radel-Leszczynski, Sonja Kohn, Erwin Kohn, Mario Benbassat, Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Lagoon Investment Trust, Unicredit S.p.A., Inter Asset Management, Inc., GTM Management Services Corp. N.V., T+M Trusteeship & Management Services S.A., Aurelia Asset Management Partners, Cape Investment Advisors Ltd., and Tereo Trust Company Ltd.* | | | | | |
| 4b | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-2162-JSR | Sullivan & Worcester LLP | "Feeder Fund Defendants" (Cayman Islands, Lux., Bermuda, BVI, Ireland, and/or Panama) | UniCredit Bank Austria AG (Austria) | Counts 2 and 10 |
| 4c | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-2239-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP | "Feeder Fund Defendants" (Cayman Islands, Lux., Bermuda, BVI, Ireland, and/or Panama) | Unicredit S.p.A. (Italy), Pioneer Alternative Investment Management Ltd. (Ireland) | Counts 2 and 10 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 4d | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-2431-JSR | Cleary Gottlieb Steen & Hamilton LLP | Primeo Fund (Cayman Islands), Herald Fund SPC (Cayman Islands), Herald Lux (Lux.), Alpha Prime Fund Ltd. (Bermuda), Senator Fund (Cayman Islands), Hermes International Fund (BVI), Lagoon Investment Ltd. (BVI), Thema Fund Ltd. (BVI), Thema Wise Investments (BVI), Thema International Fund (Ireland), Geo Currencies Ltd. (Panama), Lagoon Investment Trust (BVI), Harley (Cayman Islands), Thema International (Ireland), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | HSBC Bank plc (England/Wales), HSBC Holdings plc (England/Wales), HSBC Securities Services (Lux.) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Bermuda) Ltd., HSBC Securities Services (Bermuda) Ltd., HSBC Bank (Cayman Islands) Ltd., HSBC Private Banking Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Fund Services (Luxembourg) S.A., and HSBC Bank Bermuda Ltd. (Bermuda) | Counts 2, 10, 13, 14, 15, 16, 17, 18,19 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 4e | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-3401-JSR | Debevoise & Plimpton LLP; Willkie Farr & Gallagher LLP; Bingham McCutchen LLP | Lagoon Investment Limited (BVI), Hermes International Fund Ltd. (BVI), Thema Wise Investments Limited (BVI), Thema Fund Limited (BVI), Thema International Fund plc (Ireland) | Thema International Fund plc (Ireland), Hermes International Fund Ltd. (BVI), Lagoon Investment Ltd. (BVI), Lagoon Investment Trust (BVI), Equus Asset Management Ltd. (Bermuda), Equus Asset Management Partners, L.P. (Bermuda), Genevalor, Benbassat & Cie (Switz.), Cape Investment Advisors Ltd. (Bermuda), Hermes Asset Management Ltd. (Bermuda), Thema Asset Management (Bermuda) Ltd. (Bermuda), Thema Asset Management Ltd. (BVI), Aurelia Fund Management Ltd. (Bermuda), Aurelia Asset Management Partners (Bermuda), Alberto Benbassat (Switz.), Stephane Benbassat (Switz.), Estate of Mario Benbassat (Switz.), Roberto Nespolo (Switz. And Italy), David Smith (UK); Laurent Mathysen-Gerst (Switz.), Wladimir Stepcynski (Switz.), Jean-Marc Wenger (Switz.), Pascal Cattaneo (Switz.), Olivier Ador (Switz.) | Counts 2 and 10 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 5 | *Picard v. Plaza Investments International Ltd. and Notz Stucki Management (Bermuda) Ltd.* | 10-4284-SMB 12-cv-2646-JSR | Debevoise & Plimpton LLP | Plaza Investments International Ltd. (BVI) | Notz Stucki Management (Bermuda) Ltd. (Bermuda) | Counts 2 and 10 |
| 6 | *Picard v. Cardinal Management Inc. and Dakota Global Investments Ltd.* | 10-4287-SMB 12-cv-2981-JSR | Clifford Chance US LLP | Cardinal Management (St. Lucia) | Dakota Global (BVI) | Counts 2 and 9 |
| 7 | *Picard v. Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A., Circle Partners, and Kathryn R. Siggins* | 10-4330-SMB 12-cv-2490-JSR | Thompson Hine LLP; Brune & Richard LLP; Bernfeld, DeMatteo & Bernfeld, LLP | Square One (BVI) | Luc Estenne (Belgium/ Switzerland), Square Asset Management (BVI), Partners Advisers (Switz.), Circle Partners (Netherlands), Kathryn Siggins (UK) | Counts 2 and 10 |
| 8 | *Picard vs. The Estate of Doris Igoin, Laurence Apfelbaum (individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin), and Emilie Apfelbaum* | 10-4336-SMB 12-cv-2872-JSR | Kelley Drye & Warren LLP | Laurence Apfelbaum (France), Emilie Apfelbaum (France), Doris Igoin/Estate of Doris Igoin (France), Emilie Apfelbaum (France) | Laurence Apfelbaum (France), Estate of Doris Igoin (France) | Count 7 |
| 9 | *Picard v. Equity Trading Portfolio Ltd., Equity Trading Fund, Ltd., BNP Paribas Arbitrage SNC* | 10-4457-SMB 11-cv-7810-JSR | Cleary Gottlieb Steen & Hamilton LLP | Equity Trading (BVI), Equity Trading Fund (Cayman Islands) | BNP Paribas Arbitrage SNC (France) | Counts 8 and 9 |
| 10 | *Picard v. Radcliff Investments Limited, Rothschild Trust Guernsey Limited, and Robert D. Salem* | 10-4517-SMB 12-cv-2982-JSR | Clifford Chance US LLP | Radcliff Investments Ltd. (Cayman Islands) | Rothschild Trust Guernsey Limited (Guernsey) | Count 7 |
| 11a | *Picard v. Oreades Sicav, Inter Investissements S.A. (f/k/a Inter Conseil S.A.), BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., and BNP Paribas Securities Services, S.A.* | 10-5120-SMB 11-cv-7763-JSR | Cleary Gottlieb Steen & Hamilton LLP; | Oreades SICAV (Lux.) | BNP Paribas Investment Partners Luxembourg S.A. (Lux.), BGL BNP Paribas S.A. (Lux.), BNP Paribas Securities Services S.A (France) | Count 5 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 11b | *Picard v. Oreades Sicav, Inter Investissements S.A. (f/k/a Inter Conseil S.A.), BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., and BNP Paribas Securities Services, S.A.* | 10-5120-SMB 11-cv-7763-JSR | Paul Weiss, Rifkind Wharton & Garrisen LLP; | Oreades SICAV (Lux.) | Inter Investissements (f/k/a Inter Conseil S.A. (Lux.) | Count 5 |
| 12 | *Picard v. Defender Ltd., Reliance Management (BVI) Ltd., Reliance Management (Gibraltar) Ltd., Reliance International Research LLC, and Tim Brockman* | 10-5229-SMB 12-cv-2800-JSR | Morrison & Foerster LLP | Defender Ltd. (BVI) | Reliance Management (BVI) Ltd. (BVI) | Counts 2 and 9 |
| 13 | *Picard v. Leon Flax, Turret Corporation (f/k/a Woodstock Corporation, f/k/a Lehigh Corporation), Eastside Investment Ltd., The Tower Trust, Investec Trust (Switzerland) S.A. (as Trustee of The Tower Trust), Radcliffes Trustee Company (as Trustee of the Tower Trust), R&H Trust Co. (Jersey) Ltd. (as Trustee of The Tower Trust), and Wellington Trustees (BVI) Ltd. (as Trustee of The Tower Trust)* | 10-5267-SMB 12-cv-2928-JSR | Katten Muchin Rosenman LLP; K&L Gates | Leon Flax (London), Turret Corp. (BVI), Eastside Investment Ltd. (Jersey, principal place of business Switzerland), The Tower Trust (Trustees located in BVI, Jersey, and Switzerland), Investec Trust (Switzerland) S.A. (Switzerland), Radcliffes Trustee Co. (Switzerland), R&H Trust Co. (Jersey) Ltd. (Jersey), Wellington Trustees (BVI) Ltd. (BVI) | Leon Flax (London), Tower Trust (Trustees located in BVI, Jersey, and Switzerland) | Count 8 |
| 14 | [This line intentionally left blank.] | | | | | |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 15a | *UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., M&B Capital Advisers Sociedad de Valores, S.A., Reliance International Research LLC, Reliance Management (Gibraltar) Ltd., Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, as represented by their Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, and Landmark Investment Fund Ireland* | 10-5311-SMB 12-cv-2483-JSR | Cravath, Swaine & Moore LLP | Luxembourg Investment Fund U.S. Equity Plus (Lux), Landmark Investment Fund Ireland (Ireland) | M&B Capital Advisers Sociedad de Valores, S.A. (Spain) | Counts 2, 4, 11, 18 |
| 15b | *Picard v. UBS AG, et al. (see 15a above)* | 10-5311-SMB 12-cv-2802-JSR | Klestadt & Winters LLP | Luxembourg Investment Fund U.S. Equity Plus (Lux.) | Reliance Management (Gibraltar) Ltd. (Gibraltar) | Counts 2 and 11 |
| 16 | *Picard v. Merrill Lynch International* | 10-5346-SMB 12-cv-3486-JSR | Arnold & Porter LLP | Fairfield Sentry Ltd. (BVI), Fairfield Sigma Ltd. (BVI) | Merrill Lynch International (UK) | All counts |
| 17 | *Picard v. Nomura International PLC* | 10-5348-SMB 12-cv-2446-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Nomura International PLC (UK) | All counts |
| 18 | *Picard v. Banco Bilbao Vizcaya Argentaria, S.A.* | 10-5351-SMB 11-cv-7100-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI) | Banco Bilbao Vizcaya Argentaria, S.A. (Spain) | All counts |
| 19 | *Picard v. Natixis, Natixis Corporate & Investment Bank, Natixis Financial Products, Inc., Bloom Asset Holdings Fund, and Tensyr Limited* | 10-5353-SMB 11-cv-9501-JSR | Davis & Gilbert (for Natixis and Bloom Asset Holdings Fund); Freshfields (for Tensyr Ltd.) | Fairfield Sentry (BVI), Fairfield Investment Fund Ltd. (BVI), Groupement Financier Ltd. (BVI), Alpha Prime (Bermuda), and Harley (Cayman Islands) | Natixis (France), Natixis Corporate & Investment Bank (France), Bloom Asset Holdings Fund (Ireland), Tensyr Limited(Jersey) | Counts 1 - 7 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 20 | *Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.)* | 10-5354-SMB 11-cv-6878-JSR | Allen & Overy LLP | Rye Select Broad Market Portfolio Ltd. (Cayman Islands), Rye Select Broad Market XL Portfolio L.P. (Cayman Islands) | ABN AMRO Bank N.V. (Netherlands) | Counts 3 and 5 |
| 21 | *Picard v. ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd* | 10-5355-SMB 11-cv-6877-JSR | Latham & Watkins LLP | Kingate Global Fund (BVI) | ABN AMRO Bank (Ireland) Ltd. (Ireland) and ABN AMRO Custodial Services (Ireland) Ltd. (Ireland) | Count 4 |
| 22a | *Picard v. Sonja Kohn, Erwin Kohn, Netty Blau, Robert Alain Kohn a/k/a Avraham Ze'ev Kahan, Rachel Kohn, Rina Hartstein, Moishe Hartstein, Mordechai Landau, Yvonne Landau, Michael Kohn, Nicole Herzog, Erko Inc., Palladium Capital Advisors LLC, Windsor IBC, Inc., Eurovaleur, Inc., Infovaleur, Inc., Yakov Lantzits-ky, Techno Development and Research S.R.L., I-Tech-nology Solutions, Inc., Renato Florio, Mariadelmar Raule, Tecno Development & Research Ltd., Shlomo (Momy) Amselem, Herald Asset Management Ltd., Franco Mugnai, Paul de Sury, Daniele Cosulich, 20:20 Medici AG f/k/a Bank Medici AG, Absolute Portfolio Management Ltd., Medicifinanz Consulting GMBH, Medici S.R.L., Medici Cayman Island Ltd., Bank Medici AG (Gibraltar), Peter Scheithauer, Robert Reuss, Helmuth Frey, Manfred Kastner, Josef Duregger, Andreas Schindler, Susanne Giefing, Unicredit Bank Austria AG, Gerhard Randa, Stefan Zapotocky, Friedrich* | 10-5411-SMB 12-cv-2161-JSR | Sullivan & Worcester LLP | Herald Fund SPC (Cayman Islands) | UniCredit Bank Austria AG (Austria) | Counts 14-19 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | *Kadrnoska, Ursula Radel-Leszczynski, Werner Kretschmer, Wilhelm Hemetsberger, Peter Fischer, Harald Nograsek, Bank Austria Worldwide Fund Management Ltd., Bank Austria Cayman Islands Ltd., Unicredit S.P.A., Alessandro Profumo, Gianfranco Gutty, Pioneer Global Asset Management, S.P.A., Sofipo Austria GMBH, M-Tech Services GMBH, Marketinc Strategies Ltd., Eastview Services Ltd., Systor S.A., IT Resources, Brightlight Trading Ltd., Fintechnology Ltd., Tonga International S.A., Lifetrust AG, Privatlife AG, Starvest Anstalt, New Economy.Tech S.A., RTH AG, Ecoinfo GMBH, Redcrest Investments Inc., Line Group Ltd., Line Management Services Ltd., Line Holdings Ltd., Herald Consult Ltd., Sharei Halacha Jerusalem Inc., John and Jane Doe Defendants 1-100* | | | | | |
| 22b | *Picard v. Sonja Kohn, et al. (see 22a above)* | 10-5411-SMB 12-cv-2240-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP | Herald Fund SPC (Cayman Islands), Herald Asset Management Ltd. (Cayman Islands) | Unicredit S.p.A. (Italy), Pioneer Global Asset Management (Italy) | Counts 5, 14-19 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 22c | *Picard v. Sonja Kohn, et al. (see 22a above)* | 10-5411-SMB 12-cv-2639-JSR | Sheldon Eisenberger | Tecno Gibraltar (Gibraltar), Tecno Italy (Italy), UniCredit Bank Austria AG (Austria), and Herald Fund SPC (Cayman Islands) | Starvest Anstalt (Lichtenstein), Lifetrust AG (Lichtenstein), Netty Blau (Austria), Mordechai Landau (Israel), Yvonne Landau (Austria), Rachel Kohn (Israel), Michael Kohn (Austria), Nicole Herzog (Australia), Herald Asset Management (Cayman Islands), Tecno Development & Research (Italy/Gibraltar), Shlomo (Momy) Amselem (Israel), 20:20 Medici (Austria), Medici Cayman Islands (Cayman Islands), MediciFinanz Consulting GmbH (Germany), Medici S.r.l (Italy), Herald Consult Ltd. (Gibraltar) | Counts 4, 5 and 13-19 |

13

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 23 | *Picard v. Pictet et Cie* | 11-1724-SMB 12-cv-3402-JSR | Debevoise & Plimpton LLP | Kingate Global Fund Ltd. (BVI)., Kingate Euro Fund Ltd. (BVI), Asphalia Fund Ltd. (Cayman Islands), Fairfield Sentry Ltd. (BVI), Fairfield Sigma Ltd. (BVI), Fairfield Lambda Ltd. (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands)[3] | Picet et Cie (Switz.) | All counts |
| 24 | *Picard v. Banque J. Safra (Suisse) SA* | 11-1725-SMB 12-cv-2587-JSR | Sullivan & Cromwell LLP | Kingate Global Fund (BVI), Vizcaya Partners Ltd. (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands),[4] Ariel Fund Ltd. (Cayman Islands) | Banque J. Safra (Suisse) SA (Switz.) | All counts |
| 25 | *Picard v. Banque Syz & Co., SA* | 11-2149-SMB 12-cv-2489-JSR | Cravath, Swaine & Moore LLP | Kingate Global (BVI), Kingate Euro (BVI), Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Banque Syz & Co., SA (Switz.) | Count 1 |
| 26 | *Picard v. Abu Dhabi Investment Authority* | 11-2493-SMB 12-cv-2616-JSR | Quinn Emanuel Urquhart & Sullivan, LLP | Fairfield Sentry (BVI) | Abu Dhabi Investment Authority (United Arab Emirates) | All counts |

---

[3]    The specific Tremont fund is not identified in the complaint, but it was Rye Select Broad Market Portfolio Ltd. (Cayman Islands).

[4]    The specific Tremont fund is not identified in the complaint, but it was Rye Select Broad Market Portfolio Ltd. (Cayman Islands).

14

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 27 | *Picard v. Orbita Capital Return Strategy Ltd.* | 11-2537-SMB 12-cv-2934-JSR | Dechert LLP | Fairfield Sentry (BVI) | Orbita Capital Return Strategy Ltd. (Cayman Islands) | All counts |
| 28 | *Picard v. Quilvest Finance Ltd.* | 11-2538-SMB 12-cv-2580-JSR | Jones Day | Fairfield Sentry (BVI) | Quilvest Finance Ltd.(BVI) | All counts |
| 29 | *Picard v. Meritz Fire & Marine Insurance Co. Ltd.* | 11-2539-SMB 12-cv-2878-JSR | Steptoe & Johnson LLP | Fairfield Sentry (BVI) | Meritz Fire & Marine Insurance Co. Ltd. (Korea) | All counts |
| 30 | *Picard v. Lion Global Investors Ltd.* | 11-2540-SMB 12-cv-2349-JSR | Proskauer Rose LLP | Fairfield Sentry (BVI) | Lion Global Investors Ltd. (Singapore) | All counts |
| 31 | *Picard v. Unifortune Asset Management SGR SPA, and Unifortune Conservative Fund* | 11-2553-SMB 12-cv-2485-JSR | Cravath, Swaine & Moore LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), | Unifortune Conservative Fund (Italy), Unifortune Asset Management (Italy) | All counts |
| 32 | *Picard v. Cathay Life Insurance Co. Ltd.* | 11-2568-SMB 12-cv-3489-JSR | Baker & McKenzie LLP | Fairfield Sentry (BVI) | Cathay Life Insurance Co. Ltd. (Taiwan) | All counts |
| 33 | *Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Ltd.* | 11-2569-SMB 12-cv-1882-JSR | Hogan Lovells US LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Barclays Bank Suisse S.A. (Switz.), Barclays Bank S.A. (Spain), Barclays Private Bank & Trust Limited(Jersey) | All counts |
| 34 | *Picard v. Banca Carige, S.P.A.* | 11-2570-SMB 12-cv-2408-JSR | Kasowitz, Benson, Torres, & Friedman LLP | Fairfield Sentry (BVI) | Banca Carige (Italy) | All counts |
| 35 | *Picard v. Banque Privee Espirito Santo S.A.* | 11-2571-SMB 12-cv-2442-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI) | Banque Privee Espirito Santo S.A. (Switz.) | All counts |
| 36 | *Picard v. The Sumitomo Trust and Banking Co., Ltd.* | 11-2573-SMB 12-cv-2481-JSR | Becker, Glynn, Muffly, Chassin & Hosinski LLP | Fairfield Sentry (BVI) | The Sumitomo Trust and Banking Co. Ltd. (Japan) | All counts |
| 37 | *Picard v. Atlantic Security Bank* | 11-2730-SMB 12-cv-2980-JSR | Arnold & Porter LLP | Fairfield Sentry (BVI) | Atlantic Security Bank (Cayman Islands) | All counts |
| 38 | *Picard v. Trincaster Corporation* | 11-2731-SMB 12-cv-2486-JSR | Cravath, Swaine & Moore LLP | Fairfield Sentry (BVI) | Trincaster (BVI) | All counts |

15

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 39 | *Picard v. Caceis Bank Luxembourg and Caceis Bank* | 11-2758-SMB 12-cv-2434-JSR | Kelley Drye & Warren LLP | Fairfield Sentry (BVI), Harley International (Cayman Islands), Fairfield Sigma (BVI) | Caceis Bank Luxembourg (Lux.), Caceis Bank (France) | All counts |
| 40 | *Picard v. Nomura International PLC* | 11-2759-SMB 12-cv-2443-JSR | Shearman & Sterling LLP | Harley International (Cayman Islands) | Nomura International PLC (UK) | All counts |
| 41 | *Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) and ABN AMRO Bank (Switzerland) AG (f/k/a ABN AMRO Bank Schweiz)* | 11-2760-SMB 12-cv-1939-JSR | Allen & Overy LLP | Fairfield Sentry (BVI), Harley International (Cayman Islands), Fairfield Sigma (BVI) | ABN AMRO Bank N.V. (Netherlands) | All counts |
| 42 | *Picard v. KBC Investments Ltd.* | 11-2761-SMB 12-cv-2877-JSR | Sidley Austin LLP | Harley International (Cayman Islands) | KBC Investments Ltd. (UK) | All counts |
| 43 | *Picard v. Inteligo Bank Ltd. Panama Branch f/k/a/ Blubank Ltd. Panama Branch* | 11-2763-SMB 12-cv-2364-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Inteligo Bank Ltd. Panama Branch (Bahamas) | All counts |
| 44 | *Picard v. Somers Dublin Ltd. and Somers Nominees (Far East) Ltd.* | 11-2784-SMB 12-cv-2430-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry (BVI), Harley International (Cayman Islands) | Somers Dublin (Ireland), Somers Nominees (Bermuda) | All counts |
| 45 | *Picard v. BNP Paribas Arbitrage SNC* | 11-2796-SMB 12-cv-641-JSR | Cleary Gottlieb Steen & Hamilton LLP | Harley International (Cayman Islands) | BNP Paribas Arbitrage SNC (France) | All counts |
| 46 | *Picard v. Merrill Lynch Bank (Suisse) SA* | 11-2910-SMB 12-cv-3487-JSR | Arnold & Porter LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Merrill Lynch Bank (Suisse) S.A. (Switz.) | All counts |
| 47 | *Picard v. Bank Julius Baer & Co., Ltd.* | 11-2922-SMB 12-cv-2311-JSR | McKool Smith P.C. | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI) | Bank Julius Baer & Co., Ltd. (Switz.) | All counts |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 48 | *Picard vs. LGT Bank in Liechtenstein Ltd.* | 11-2929-SMB 13-cv-1394-JSR | Milbank, Tweed, Hadley & McCloy LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | LGT Bank in Liechtenstein Ltd. (Liechtenstein ) | All counts |
| 49 | *Picard v. Fullerton Capital PTE Ltd.* | 12-1004-SMB 12-cv-3488-JSR | Arnold & Porter LLP | Fairfield Sentry (BVI) | Fullerton Capital PTE (Singapore) | All counts |
| 50 | *Picard v. Banco Itau Europa Luxembourg S.A. and Banco Itau Europa International* | 12-1019-SMB 12-cv-2432-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Fairfield Sigma (BVI) | Banco Itau Europa Luxembourg S.A. (Lux.) | Counts 1 and 2 |
| 51 | *Picard v. Grosvenor Investment Management Ltd., Grosvenor Private Reserve Fund Limited, Grosvenor Balanced Growth Fund Limited, and Grosvenor Aggressive Growth Fund Limited* | 12-1021-SMB 12-cv-2351-JSR | Proskauer Rose LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Grosvenor Investment Management Ltd. (Bermuda), Grosvenor Private Reserve Fund Limited(Bermuda), Grosvenor Balanced Growth Fund Limited (Bermuda), Grosvenor Aggressive Growth Fund Ltd. (Bermuda) | All counts |
| 52 | *Picard v. Credit Agricole (Suisse) S.A. and Credit Agricole S.A. (a/k/a Banque du Credit Agricole)* | 12-1022-SMB 12-cv-2494-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro Fund (BVI), Fairfield Sigma Ltd. (BVI) | Crédit Agricole (Suisse) S.A. (Switz.), Crédit Agricole S.A. (France) | All counts |
| 53 | *Picard v. Arden Asset Management, Inc., Arden Asset Management LLC, and Arden Endowment Advisers, Ltd.* | 12-1023-SMB 12-cv-2581-JSR | Seward & Kissel LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Arden Endowment Advisers, Ltd. (Cayman Islands) | All counts |
| 54 | *Picard v. SNS Bank N.V. and SNS Global Custody B.V.* | 12-1046-SMB 12-cv-2509-JSR | Wilmer Cutler Pickering Hale and Dorr LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI) | SNS Bank N.V. (Netherlands), SNS Global Custody B.V. (Netherlands) | All counts |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 55 | *Picard v. Six Sis AG* | 12-1195-SMB 12-cv-5906-JSR | Chaffetz Lindsey LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Kingate Global (BVI), Kingate Euro (BVI) | SIX SIS AG (Switz.) | All counts |
| 56 | *Picard v. Multi-Strategy Fund Ltd and CDP Capital Tactical Alternative Investments* | 12-1205-SMB 12-cv-4840-JSR | Friedman Kaplan Seiler & Adelman LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Multi-Strategy Fund Ltd. (Canada), CDP Capital Tactical Alternative Investments (Canada) | All counts |
| 57 | *Picard v. Lloyds TSB Bank PLC* | 12-1207-SMB 12-cv-4722-JSR | Katten Muchin Rosenman LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Lloyds TSB Bank plc (UK) | All counts |
| 58 | *Picard v. Schroder & Co. Bank AG* | 12-1210-SMB 12-cv-4749-JSR | Ropes & Gray LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro Fund (BVI), Fairfield Sigma (BVI) | Schroder & Co Bank AG (Switz.) | All counts |
| 59 | *Picard v. Union Securities Investment Trust Co., Ltd., Union USD Global Arbitrage Fund, Union USD Global Arbitrage A Fund, and Union Arbitrage Strategy Fund* | 12-1211-SMB 13-cv-4429 -JSR | Sheppard Mullin Richter & Hampton LLP | Fairfield Sentry (BVI) | Union Securities Investment Trust Co. (Taiwan), Union Global Fund (Taiwan), Union Global A Fund (Taiwan), Union Strategy Fund (Taiwan) | All counts |
| 60 | *Picard v. Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) Ltd.* | 12-1216-SMB 12-cv-6187-JSR | Herbert Smith Freehills New York LLP | Fairfield Sentry (BVI), Kingate Global Fund (BVI) | Bank Hapoalim B.M. (Israel), Bank Hapoalim (Switzerland) Ltd. (Switz.) | All counts |
| 61 | *Picard v. Citivic Nominees Ltd.* | 12-1513-SMB 12-cv-7228-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Citivic Nominees Ltd. (UK) | All counts |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 62 | *Picard v. Standard Chartered Financial Services (Luxembourg) S.A. (f/k/a American Express Financial Services (Luxembourg) S.A., and f/k/a American Express Bank (Luxembourg) S.A., as represented by its liquidator Hanspeter Kramer), Standard Chartered Bank International (Americas) Ltd. (f/k/a American Express International), and Standard Chartered International (USA) Ltd. (f/k/a American Express Bank Ltd.) (moving defendants: Standard Chartered Financial Services(Luxembourg) S.A.* | 12-1565-SMB 12-cv-6292-JSR | Sullivan & Cromwell LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Standard Chartered Financial Services (Luxembourg) S.A. (Lux.) | Counts 1and 2 |
| 63 | *Picard v. BNP Paribas S.A., BNP Paribas (Suisse) S.A. (individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank), BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Ltd., BGL BNP Paribas Luxembourg S.A. (as Successor in Interest to BNP Paribas Luxembourg S.A.), BNP Paribas Securities Services – Succursale de Luxembourg, and BNP Paribas Securities Services S.A.* | 12-1576-SMB 12-cv-5796-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry Ltd. (BVI), Kingate Global Fund Ltd. (BVI), Kingate Euro Fund Ltd. (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | BNP Paribas S.A. (France), BNP Paribas Suisse S.A. (Switz.), BNP Paribas Arbitrage SNC (France), BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Ltd. (Cayman Islands), BGL BNP Paribas Luxembourg S.A. (Lux.), BNP Paribas Securities Services — Succursale de Luxembourg (France), BNP Paribas Securities Services S.A. (France) | Counts 1, 2, 3 and 5 |
| 64a | *Picard v. UBS Deutschland AG (as Successor in Interest to Dresdner Bank LateinAmerika AG), and LGT Bank (Switzerland) Ltd. (as Successor in Interest to Dresdner Bank (Schweiz) AG)* | 12-1577-SMB 12-cv-9380-JSR | Gibson, Dunn & Crutcher LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Dresdner Bank LateinAmerika AG (Germany); UBS Deutschland AG (Germany) | Count 1 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 64b | *Picard v. UBS Deutschland AG, UBS Deutschland AG (as Successor in Interest to Dresdner Bank LateinAmerika AG), and LGT Bank (Switzerland) Ltd. (as Successor in Interest to Dresdner Bank (Schweiz) AG)* | 12-1577-SMB 12-cv-9380-JSR | Milbank, Tweed, Hadley & McCloy LLP | Fairfield Sentry (BVI), Kingate Euro (BVI) | Dresdner Bank (Schweiz) AG (Switz.) | Counts 1 and 2 |
| 65 | *Picard v. Barfield Nominees Ltd. and Northern Trust Corporation* | 12-1669-SMB 12-cv-5278-JSR | Katten Muchin Rosenman LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Barfield Nominees Ltd. (Guernsey) | All counts |
| 66 | *Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe General Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Socgen Nominees (UK) Ltd., Lyxor Asset Management S.A. (as Successor in Interest to Barep Asset Management S.A.), Societe Generale Holding de Participations S.A. (as Successor in Interest to Barep Asset Management S.A.), SG AM AI Premium Fund L.P. (f/k/ SG AM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc. and as General Partner of SG AM AI Premium Fund L.P.), SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Multimanager Diversified Fund), Lyxor Premium Fund (f/k/a SGAM Alternative Diversified Premium Fund), Societe Generale S.A. (as Trustee for Lyxor Premium Fund), Societe Generale Bank & Trust S.A., OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus, UMR Select Alternatif, and Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M)* | 12-1677-SMB 12-cv-8860-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI) | Societe Generale Private Banking (Suisse) S.A. (Switz.), Societe Generale Private Banking (Lugano-Svizzera) S.A. (Switz.), Socgen Nominees (UK) Ltd. (UK), Lyxor Asset Management S.A. (France), Societe Generale Holding de Participations S.A. (France), SG Audace Alternatif (France), SGAM AI Equilibrium Fund (Lux.), Lyxor Premium Fund (Ireland), Societe Generale S.A (France), Societe Generale Bank & Trust S.A. (Lux.) | Counts 1 - 4 |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 67 | *Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), Eurizon Capital SGR SPA (as Successor in Interest to Eurizon Investmenti SGR SPA, f/k/a Nextra Investment Management SGR SPA, and Eurizon Alternative Investments SGR SPA, f/k/a Nextra Alternative Investments SGR SPA), Eurizon Low Volatility (f/k/a Nextra Low Volatility), Eurizon Low Volatility II (f/k/a/ Nextra Low Volatility II), Eurizon Low Volatility PB (f/k/a Nextra Low Volatility PB), Eurizon Medium Volatility (f/k/a Nextra Medium Volatility), Eurizon Medium Volatility II (f/k/a Nextra Medium Volatility II), Eurizon Total Return (f/k/a Nextra Total Return)* | 12-1680-SMB 12-cv-7157 and 12-cv-6291-JSR | Davis Polk & Wardwell LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Eurizon Capital SGR S.p.A. (Italy), Eurizon Low Volatility (Italy), Eurizon Low Volatility II (Italy), Eurizon Low Volatility PB (Italy), Eurizon Medium Volatility (Italy), Eurizon Medium Volatility II (Italy), Eurizon Total Return (Italy) | Counts 1-2 |

21

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 68a | *Picard v. Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Bank Degroof SA/NV), Banque Degroof Luxembourg S.A., Banque Degroof France S.A. (f/k/a Banque Degroof Et Phillipe S.A.), Degroof Gestion Institutionnelle Luxembourg S.A., Elite-Stability Fund SICAV and Elite-Stability Fund SICAV Stablerock Compartment (as represented by their Liquidator Pierre Delandmeter), Pierre Delanmeter (in his capacity as Liquidator of Elite-Stability Fund SICAV and Elite-Stability Fund SICAV Stablerock Compartment), Access International Advisors LLC, Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A., and as represented by its Liquidator Fernand Entringer), Fernand Entringer (in his capacity as Liquidator of Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A., Aforge Finance Holding, Aforge Finance, Aforge Capital Management S.A., Aforge Gestion* | 12-1691-SMB 12-cv-8709-JSR | Otterbourg, Steindler, Houston & Rosen, P.C. | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI), Kingate Euro (BVI) (directly or indirectly through Elite-Stability Fund SICAV (Lux.) and/or Elite-Stability Fund SICAV Stablerock Compartment (Lux.)) | Banque Degroof SA/NV (Belgium), Banque Degroof Luxembourg S.A. (Lux.), Banque Degroof France S.A. (France), Degroof Gestion Institutionnelle Luxembourg S.A. (Lux.), Aforge Finance Holding S.A. (France), Aforge Finance S.A. (France), Aforge Gestion S.A. (France), Aforge Capital Management S.A. (Switz.) | Counts 1, 2, 3, 4 and 6 |
| 68b | *Picard v. Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Bank Degroof SA/NV) et al. (see 68a above)* | 12-1691-SMB 12-cv-8709-JSR | Katten Muchin Rosenman LLP | Groupement Financier Ltd. (BVI), Groupement Financier Levered Ltd. (BVI), Luxalpha SICAV (Lux.), Oreades SICAV (Lux.), Elite-Stability Fund SICAV (Lux.), Elite-Stability Fund SICAV Stablerock Compartment (Lux.) | Elite-Stability Fund SICAV (Lux.), Elite-Stability Fund SICAV Stablerock Compartment (Lux.), Access Management Luxembourg  S.A. (Lux.) | Counts 2, 3, 5 and 6 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 69 | *Picard v. Lombard Odier Darier Hentsch & Cie* | 12-1693-SMB 12-cv-8858-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Fairfield Sigma (BVI) | Lombard Odier (Switz.) | All counts |
| 70 | *Picard v. Banque Cantonale Vaudoise* | 12-1694-SMB 12-cv-8816-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI) | Banque Cantonale Vaudoise (Switz.) | All counts |
| 71 | *Picard v. Bordier & Cie* | 12-1695-SMB 12-cv-8861-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Bordier & Cie (Switz.) | All counts |
| 72a | *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Ltd. (f/k/a Fortis (Isle of Man) Nominees Ltd.), Platinum All Weather Fund Ltd., and Odyssey* | 12-1697-SMB 12-cv-6290-JSR | Tannenbaum Helpern Syracuse & Hirschtritt LLP | ABN AMRO Fund Services (Isle of Man) Nominees Ltd. (Isle of Man) | Odyssey (BVI/Isle of Man) | Count 1 |
| 72b | *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited. (f/k/a Fortis (Isle of Man) Nominees Ltd.), Platinum All Weather Fund Ltd., and Odyssey* | 12-1697-SMB 12-cv-9115-JSR | Latham & Watkins LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | ABN AMRO Fund Services (Isle of Man) Nominees Limited (Isle of Man) | Count 1 |
| 73 | *Picard v. Royal Bank of Canada, Guernroy Ltd., Royal Bank of Canada (Channel Islands) Ltd., Royal Bank of Canada Trust Company (Jersey) Ltd., Royal Bank of Canada (Asia) Ltd., Royal Bank of Canada (Suisse) S.A., RBC Dominion Securities Inc., and RBC Alternative Assets, L.P.* | 12-1699-SMB 12-cv-4938-JSR | Katten Muchin Rosenman LLP | Fairfield Sentry (BVI), Kingate Global Fund (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Royal Bank of Canada (Canada), Guernroy Ltd. (Guernsey), Royal Bank of Canada (Channel Islands) Ltd. (Guernsey), Royal Bank of Canada Trust Company (Jersey) Ltd. (Jersey), Royal Bank of Canada (Asia) Ltd. (Singapore), Royal Bank of Canada (Suisse) S.A. (Switz.), RBC Dominion Securities Inc. (Canada) | Counts 1, 2 and 3 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 74 | *Picard v. Caprice International Group, Inc., Citibank (Switzerland) Ltd., Eric Schiffer D/B/A Desert Rose Ltd., Pine Cliffs Investment Ltd., Cenard Investments Ltd., and Advanced Strategies Ltd.* | 12-1700-SMB 12-cv-7230-JSR | Cleary Gottlieb Steen & Hamilton LLP | ZCM Asset Holding Company (Bermuda) LLC (Bermuda) | Citibank (Switzerland) AG (Switz.)[5] | Count 1 |

---

[5]      This transferee is referred to as Citibank (Switzerland) Ltd. in the caption and as both Citibank (Switzerland) Ltd. and Citibank (Switzerland) AG in the body of the complaint.

24