# **<u>EXHIBIT B</u>**

# ADDITIONAL EXTRATERRITORIALITY DEFENDANTS[1, 2]

|  | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 1a | *Picard v. Federico Ceretti, Carlo Grosso, Kingate Global Fund Ltd., Kingate Euro Fund Ltd., Kingate Management Ltd., FIM Advisers LLP, FIM Ltd., Citi Hedge Fund Services Ltd., First Peninsula Trustees Ltd. (individually and as trustee of the Ashby Trust), The Ashby Trust, Ashby Investment Services Ltd., Alpine Trustees Ltd. (individually and as trustee of El Prela Trust), Port of Hercules Trustees Ltd. (individually, and as trustee of El Prela Trust), El Prela Trust, El Prela Group Holding Services, Ashby Holdings Services Ltd., El Prela Trading Investments Ltd., and HSBC Bank Bermuda Ltd.* | 09-1161-SMB | Chaffetz Lindsey LLP | Kingate Global (BVI), Kingate Euro (BVI) | Kingate Management Ltd. (Bermuda) | Count Nine |
| 1b | *Picard v. Federico Ceretti, et al. (see 1a above)* | 09-1161-SMB | Cleary Gottlieb Steen & Hamilton LLP | Kingate Global (BVI), Kingate Euro (BVI) | Citi Hedge Fund Services Ltd. (Bermuda) | Count Nine |
| 1c | *Picard v. Federico Ceretti, et al. (see 1a above)* | 09-1161-SMB | Cleary Gottlieb Steen & Hamilton LLP | Kingate Global (BVI), Kingate Euro (BVI) | HSBC Bank Bermuda Limited (Bermuda) | Count Nine |

---

[1] These Schedules show the jurisdiction under whose laws the transferors and transferees that are not natural persons are organized, and the citizenship of the transferors and transferees that are natural persons, in each case as of the time of the transfers, as alleged in the complaints or as agreed by the Trustee and the transferee. The parties do not agree, and nothing in this Order shall preclude any party from presenting any argument, concerning the extent to which such jurisdiction of organization or citizenship is conclusive in determining whether a transferor is a "foreign transferor," or a transferee is a "foreign transferee," for purpose of the Extraterritoriality Order or otherwise.

[2] In the column furthest to the right, "All Counts" means all counts in the adversary proceeding. An identification of counts that is underlined, as in "Count Nine," indicates that the counts subject to the motion include all the claims against the Foreign Subsequent Transferees in the entry, other than counts that were previously dismissed.

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 2a | *Picard v. HSBC Bank PLC, HSBC Holdings PLC, HSBC Services (Luxembourg) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Institutional Trust Services (Bermuda) Ltd.), HSBC Bank USA, N.A., HSBC Securities Services (Bermuda) Ltd., HSBC Bank (Cayman) Ltd., HSBC Private Bank Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Bank Bermuda Ltd., Herald Fund SPC, Herald (LUX) SICAV, Primeo Fund, Alpha Prime Fund Ltd., Senator Fund SPC, Hermes International Fund Ltd., Lagoon Investment Ltd., Thema Fund Ltd., Thema Wise Investments Ltd., Thema International Fund PLC, Geo Currencies Ltd. S.A, Herald Aset Management Ltd., 20:20 Medici AG, Unicredit Bank Austria AG, BA Worldwide Fund Management Ltd., Eurovaleur, Inc., Pioneer Alternative Investment Management Ltd., Eurovaleur, Inc., Pioneer Alternative Investment Management Ltd., Alpha Prime Asset management Ltd., Regulus Asset Management Ltd., Carruba Asset Management Ltd., Genevalor, Benbassat et cie, Hermes Asset Management Ltd., Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd., Equus Asset Management Ltd., Equus Asset Management Partners, L.P., Aurella Fund Management Ltd., Ursala Radel-Leszcynski, Sonja Kohn, Erwin Kohn, Mario Benbassat, Alberto Benbasset, Stephane Benbasset, David T. Smith, Roberto Nespolo, Laurent Mathysen-Gerst, Oliveir Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Lagoon Investment Trust, UniCredit S.p.A., Inter Asset Management, Inc., GTM* | 09-1364-SMB | Goodwin Procter LLP | Thema Asset Management Ltd. (BVI) | T+M Trusteeship & Management Services S.A. (Switz.) | Counts Two and Ten |

2

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | *Management Services Corp. N.V., T+M Trusteeship & Management Services S.A., Aurella Asset Management Partners, Cape Investment Advisors Ltd., and Tereo Trust Company Ltd.* | | | | | |
| 2b | *Picard v. HSBC Bank PLC, et al. (see above)* | 09-1364-SMB | Goodwin Procter LLP | Hermes Asset Management Ltd. (Bermuda) | GTM Management Services Corp. N.V. (Curacao) | Counts Two and Ten |
| 3a | *Picard v. UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Manage-ment Company S.A., Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access Internation-al Advisors (Luxembourg) SA) as represented by its Liquidator Maitre Fernand Entringer, Access Partners SA as represented by its Liquidator Maitre Fernand Entringer, Patrick Littaye, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Pierre Delandmeter, Theodore Dumbauld, Luxalpha SICAV as represented by its Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxalpha SICAV, and Groupement Financier Ltd.* | 10-4285-SMB | Gibson, Dunn & Crutcher LLP | Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI) | UBS AG (Switz.), UBS (Luxembourg) S.A. (Lux.), UBS Fund Services (Luxembourg) S.A. (Lux.), UBS Third Party Management Company S.A. (Lux.) | Counts Two and Nine |

3

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 3b | *Picard v. UBS AG, et al. (see 3a above)* | 10-4285-SMB | Katten Muchin Rosenman LLP | Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI) | Access International Advisors Ltd. (Bahamas), Access Management Luxembourg S.A. (Lux.), Access Partners S.A. (Lux.), Patrick Littaye (Belgium) | Counts Two and Nine |
| 3c | *Picard v. UBS AG, et al. (see 3a above)* | 10-4285-SMB | Friedman Kaplan Seiler & Adelman LLP | Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI) | Pierre Delandmeter (Lux.) | Counts Two and Nine |
| 4 | *Picard v. UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., M&B Capital Advisers Sociedad de Valores, S.A., M&B Capital Advisers Gestion SGIIC S.A., Reliance Management (BVI) Ltd., Reliance International Research LLC, Reliance Management (Gibraltar) Ltd., Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus (as represented by their Liquidators Maitre Alain Rukavina and Paul Laplume), Maitre Alain Rukavina and Paul Laplume (in their capacities as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus), and Landmark Investment Fund Ireland* | 10-5311-SMB | Gibson, Dunn & Crutcher LLP | Luxembourg Investment Fund U.S. Equity Plus (Lux.) | UBS AG (Switz.), UBS (Luxembourg) S.A. (Lux.), UBS Fund Services (Luxembourg) S.A. (Lux.), UBS Third Party Management Company S.A. (Lux.) | Counts Two and Eleven |
| 5 | *Picard v. National Bank of Kuwait S.A.K.* | 11-2554-SMB | King & Spalding LLP | Fairfield Sentry (BVI) | National Bank of Kuwait S.A.K.(Kuwait) | All Counts |

4

|  | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 6a | *Picard v. Korea Exchange Bank, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III, and Korea Investment Trust Management Company* | 11-2572-SMB | King & Spalding LLP | Fairfield Sentry (BVI) | Korea Exchange Bank, as Trustee (South Korea) | All Counts |
| 6b | *Picard v. Korea Exchange Bank, et al. (see 6a above)* | 11-02572-SMB | Wollmuth Maher & Deutsch LLP | Fairfield Sentry (BVI) | Korea Investment Trust Management Company (South Korea) | All Counts |
| 7 | *Picard v. Falcon Private Bank Ltd. (f/k/a AIG Private Bank AG)* | 11-2923-SMB | Pillsbury Winthrop Shaw Pittman LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | AIG Privat Bank AG (Switz.) | All Counts |

5

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 8 | *Picard v. Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse Wealth Management Ltd., Credit Suisse (Luxembourg) SA, Credit Suisse International Ltd., Credit Suisse Nominees (Guernsey) Ltd., Credit Suisse London Nominees Ltd., Credit Suisse (UK) Ltd., and Credit Suisse Securities (USA) LLC* | 11-2925-SMB | O'Melveny & Myers LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Credit Suisse AG (Switz.), Credit Suisse AG, Nassau Branch (Bahamas), Credit Suisse AG, Nassau Branch Wealth Management (Bahamas), Credit Suisse AG, Nassau Branch LATAM Investment Banking (Bahamas), Credit Suisse Wealth Management Ltd. (Bahamas), Credit Suisse (Luxembourg) SA (Lux.), Credit Suisse International Ltd. (UK), Credit Suisse Nominees (Guernsey) Ltd. (Guernsey), Credit Suisse London Nominees Ltd. (UK), Credit Suisse (UK) Ltd. (UK) | Counts One through Five |
| 9 | *Picard v. Public Institution for Social Security* | 12-1002-SMB | Goodwin Procter LLP | Fairfield Sentry (BVI) | Public Institute for Social Security (Kuwait) | All Counts |
| 10 | *Picard v. SICO Ltd.* | 12-1005-SMB | Cleary Gottlieb Steen & Hamilton LLP | Kingate Global (BVI), Fairfield Sentry (BVI) | SICO Ltd. (BVI) | All Counts |
| 11 | *Picard v. Solon Capital Ltd.* | 12-1025-SMB | O'Melveny & Myers LLP | Kingate Global (BVI) | Solon Capital (Bermuda) | All Counts |

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 12 | *Picard v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company* | 12-1047-SMB | Orrick, Herrington & Sutcliffe LLP | Fairfield Sentry (BVI) | Koch Investment (UK) Company (UK) | Count One |
| 13 | *Picard v. Kookmin Bank* | 12-1194-SMB | King & Spalding LLP | Fairfield Sentry (BVI) | Kookmin Bank, as Trustee (South Korea) | All Counts |
| 14 | *Picard v. BSI AG, individually and as successor in interest to Banco del Gottardo* | 12-1209-SMB | Wilmer Cutler Pickering Hale and Dorr LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | BSI AG (Switz.), Banco del Gottardo (Switz.) | All Counts |
| 15 | *Picard v. Mistral (SPC)* | 12-1273-SMB | O'Melveny & Myers LLP | Kingate Global (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Mistral (SPC) (Cayman Islands) | All Counts |
| 16 | *Picard v. Zephyros Ltd.* | 12-1278-SMB | O'Melveny & Myers LLP | Kingate Global (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Zephyros Ltd. (Cayman Islands) | All Counts |
| 17 | *Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG* | 12-1676-SMB | O'Melveny & Myers LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI) | Credit Suisse AG (Switz.), Clariden Leu AG (Switz.), Bank Leu AG (Switz.) | All Counts |

7

|  | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 18a | *Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe General Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Socgen Nominees (UK) Ltd., Lyxor Asset Management S.A. (as Successor in Interest to Barep Asset Management S.A.), Societe Generale Holding de Participations S.A. (as Successor in Interest to Barep Asset Management S.A.), SG AM AI Premium Fund L.P. (f/k/ SG AM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc. and as General Partner of SG AM AI Premium Fund L.P.), SG Audace Alternatif (f/k/a/ SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Multimanager Diversified Fund), Lyxor Premium Fund (f/k/a SGAM Alternative Diversified Premium Fund), Societe Generale S.A. (as Trustee for Lyxor Premium Fund), Societe Generale Bank & Trust S.A., OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus, UMR Select Alternatif, and Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M)* | 12-1677-SMB | Dechert LLP | Kingate Global (BVI) | Bank Audi S.A.M.- Audi Saradar Group (Monaco) | All Counts |
| 18b | *Picard v. Societe Generale Private Banking (Suisse) S.A., et al. (see 14a above)* | 12-1677-SMB | Bond Schoeneck & King, PLLC | Fairfield Sentry (BVI) | OFI MGA Alpha Palmares (France), Oval Palmares Europlus (France), UMR Select Alternatif (France) | All Counts |

8

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 19 | *Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), Eurizon Capital SGR SPA (as Successor in Interest to Eurizon Investmenti SGR SPA, f/k/a Nextra Investment Management SGR SPA, and Eurizon Alternative Investments SGR SPA, f/k/a Nextra Alternative Investments SGR SPA), Eurizon Low Volatility (f/k/a Nextra Low Volatility), Eurizon Low Volatility II (f/k/a/ Nextra Low Volatility II), Eurizon Low Volatility PB (f/k/a Nextra Low Volatility PB), Eurizon Medium Volatility (f/k/a Nextra Medium Volatility), Eurizon Medium Volatility II (f/k/a Nextra Medium Volatility II), Eurizon Total Return (f/k/a Nextra Total Return)* | 12-1680-SMB | Davis Polk & Wardwell LLP | Kingate Global (BVI) | Intesa Sanpaolo S.p.A. (Italy) | Count Two |
| 20 | *Picard v. EFG Bank S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere d'Investissements S.A.M. and EFG Bank & Trust (Bahamas) Ltd., as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Ltd.* | 12-1690-SMB | Dentons US LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI) | EFG Bank S.A. (Switz.), EFG Bank Monaco S.A.M. (Monaco), EFG Bank & Trust Bahamas Ltd. (Bahamas) | All Counts |
| 21 | *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Ltd. (f/k/a Fortis (Isle of Man) Nominees Ltd.), Platinum All Weather Fund Ltd., and Odyssey* | 12-1697-SMB | Arnold & Porter LLP | Fortis (Isle of Man) Nominees, Ltd. (Isle of Man) | Platinum All Weather Fund Limited (Cayman Islands) | Count One |

9

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 22 | *Picard v. Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., RBC Dexia Investor Services Bank S.A., RBC Dexia Investor Services Trust, RBC Dexia Investor Services España S.A., and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switz.) Ltd.)* | 12-1698-SMB | Clifford Chance US LLP (for Banque Internationale à Luxembourg S.A. and Banque Internationale à Luxembourg (Suisse) S.A.), Wrobel Schatz & Fox LLP (for RBC Dexia Investor Services Bank S.A., RBC Dexia Investor Services Trust, and RBC Dexia Investor Services España S.A.) | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Kingate Global (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Banque Internationale à Luxembourg S.A. (Lux.), RBC Dexia Investor Services Bank S.A. (Lux.), RBC Dexia Investor Services Trust (Canada), RBC Dexia Investor Services España S.A. (Spain), Banque Internationale à Luxembourg (Suisse) S.A. (Switz.) | All Counts |
| 23 | *Picard v. Barreneche, Inc., Dove Hill Trust, Fairfield Greenwich Capital Partners, FG Investors Ltd., Fortuna Asset Management Inc., Invercounsel, S.L., Invercounsel USA LLC, Selecta Financial Corporation Inc., and Share Management LLC* | 12-1702-SMB | Simpson Thacher & Bartlett LLP (for limited purposes only) | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Fairfield Greenwich Ltd. (Cayman Islands), Fairfield Greenwich (Bermuda) Ltd. (Bermuda) | Dove Hill Trust (Singapore), FG Investors Ltd. (Cayman Islands) | All Counts |
| 24 | *Picard v. Parson Finance Panama S.A.* | 11-02542-SMB | Kellner Herlihy Getty & Friedman LLP | Fairfield Sentry (BVI) | Parson Finance Panama S.A. (Panama) | All counts |

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 25 | *Picard v. Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners, Lighthouse Supercash Fund Limited, and Lighthouse Diversified Fund Limited* | 11-02762-SMB | Loeb & Loeb LLP | Fairfield Sentry (BVI) | Lighthouse Diversified Fund Limited (Cayman) | All counts |
| 26 | *Picard v. Vontobel AG f/k/a Bank J. Vontobel & Co. AG, and Vontobel Asset Management Inc.* | 12-01202-SMB | Wuersch and Gering LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Vontobel AG f/k/a Bank J. Vontobel & Co. AG (Switz.) | All counts |
| 27 | *Picard v. ZCM Asset Holding Company (Bermuda) LLC* | 12-01512-SMB | Boies, Shiller & Flexner LLP and Paul, Weiss, Rifkind, Wharton & Garrison | Kingate Global (BVI), Fairfield Sentry (BVI) | ZCM Asset Holding Company (Bermuda) LLC (Bermuda) | All counts |
| 28 | *Picard v. UKFP (Asia) Nominees Ltd.* | 12-01566-SMB | Mayer Brown LLP | Fairfield Sentry (BVI) | UKFP (Asia) Nominees Ltd. (BVI) | All counts |
| 29 | *Picard v. Safehand Investments, Strongback Holdings Corporation and PF Trustees Limited in its capacity as trustee of RD Trust* | 12-01701-SMB | Morrison & Foerster LLP | Fairfield Greenwich Ltd. (Cayman), Fairfield Greenwich (Bermuda) Ltd. (Bermuda) | Safehand Investments (Cayman), Strongback Holdings Corporation (Malta), PF Trustees Limited in its capacity as trustee of RD Trust (Cayman) | All counts |
| 30 | *Picard v. First Gulf Bank* | 11-02541-SMB | Chalos & Co., P.C. | Fairfield Sentry (BVI) | First Gulf Bank (UAE) | All counts |