# **EXHIBIT C**

Exhibit C

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|---|---|
| 09-01154 | Picard v. Vizcaya Partners Limited | X | |
| 09-01239 | Picard v. Fairfield Sentry Limited | X | |
| 09-01364 | Picard v. HSBC Bank plc | X | |
| 09-01365 | Picard v. Thybo Asset Management Limited | X | X |
| 10-04284 | Picard v. Plaza Investments International Limited | X | X |
| 10-04285 | Picard v. UBS AG | X | |
| 10-04287 | Picard v. Cardinal Management | X | X |
| 10-04330 | Picard v. Square One Fund Ltd | X | X |
| 10-04457 | Picard v. Equity Trading Fund | X | X |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. | X | X |
| 10-05120 | Picard v. Oreades SICAV | X | X |
| 10-05229 | Picard v. Defender Limited* | X | X |
| 10-05286 | Picard v. Legacy Capital Ltd. | X | |
| 10-05311 | Picard v. UBS AG | X | |
| 10-05345 | Picard v. Citibank, N.A. | X | X |
| 10-05346 | Picard v. Merrill Lynch International | X | X |
| 10-05348 | Picard v. Nomura Bank International plc | X | X |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. | X | X |
| 10-05353 | Picard v. Natixis | X | X |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. | X | X |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. | X | X |
| 10-05415 | Picard v. American Securities Management, L.P. | X | |
| 11-01724 | Picard v. Pictet et Cie | X | |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA | X | |
| 11-01885 | Picard v. Safra National Bank of New York | X | |
| 11-02149 | Picard v. Banque Syz & Co., SA | X | X |
| 11-02493 | Picard v. Abu Dhabi Investment Authority | X | X |
| 11-02537 | Picard v. Orbita Capital Return Strategy | X | X |
| 11-02538 | Picard v. Quilvest Finance Ltd. | X | X |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. | X | X |
| 11-02540 | Picard v. Lion Global Investors Limited | X | X |
| 11-02541 | Picard v. First Gulf Bank | X | X |
| 11-02542 | Picard v. Parson Finance Panama S.A. | X | X |
| 11-02551 | Picard v. Delta National Bank and Trust Company | X | X |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA | X | X |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. | X | X |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. | X | X |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. | X | X |
| 11-02570 | Picard v. Banca Carige S.P.A. | X | X |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. | X | X |
| 11-02572 | Picard v. Korea Exchange Bank | X | X |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. | X | X |
| 11-02730 | Picard v. Atlantic Security Bank | X | X |
| 11-02733 | Picard v. Naidot & Co. | X | X |
| 11-02759 | Picard v. Nomura International plc | X | X |
| 11-02760 | Picard v. ABN Amro Bank N.V. | X | X |
| 11-02761 | Picard v. KBC Investments Limited | X | X |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC | X | X |

Exhibit C

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|:---:|:---:|
| 11-02763 | Picard v. Inteligo Bank Ltd. | X | X |
| 11-02784 | Picard v. Somers Dublin Limited | X | X |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC | X | X |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA | X | X |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. | X | X |
| 11-02923 | Picard v. Falcon Private Bank Ltd. | X | X |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. | X | X |
| 12-01002 | Picard v. The Public Institution For Social Security | X | X |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. | X | X |
| 12-01005 | Picard v. SICO Limited | X | X |
| 12-01019 | Picard v. Banco Itau | X | X |
| 12-01021 | Picard v. Grosvenor Investment Management | X | X |
| 12-01023 | Picard v. Arden Asset Management | X | X |
| 12-01046 | Picard v. SNS Bank N.V. | X | X |
| 12-01047 | Picard v. Koch Industries Inc. | X | X |
| 12-01048 | Picard v. Banco General S.A. | X | X |
| 12-01194 | Picard v. Kookmin Bank | X | X |
| 12-01195 | Picard v. Six Sis AG | X | X |
| 12-01202 | Picard v. Vontobel AG | X | X |
| 12-01205 | Picard v. Multi Strategy Fund Ltd | X | X |
| 12-01207 | Picard v. Lloyds TSB Bank plc | X | X |
| 12-01209 | Picard v. BSI AG | X | X |
| 12-01210 | Picard v. Schroder & Co. | X | X |
| 12-01211 | Picard v. Union Securities | X | X |
| 12-01216 | Picard v. Bank Hapoalim | X | X |
| 12-01512 | Picard v. ZCM Asset Holding Co | X | X |
| 12-01565 | Picard v. Standard Chartered Financial Services | X | X |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. | X | X |
| 12-01576 | Picard v. BNP Paribas S.A. | X | X |
| 12-01577 | Picard v. Dresdner Bank | X | X |
| 12-01690 | Picard v. EFG Bank S.A. | X | X |
| 12-01691 | Picard v. Banque Degroof SA** | X | X |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie | X | X |
| 12-01694 | Picard v. Banque Cantonale Vaudoise | X | X |
| 12-01695 | Picard v. Bordier & Cie | X | X |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited | X | X |
| 12-01700 | Picard v. Caprice International Group Inc. | X | X |
| 12-01701 | Picard v. RD Trust | X | X |
| 12-01702 | Picard v. Barreneche, Inc. | X | X |

Exhibit C

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|---|---|
| **Trustee Represented by Young Conway** | | | |
| 12-01680 | Picard v. Intesa Sanpaolo SpA | X | X |
| 12-01670 | Picard v. Credit Agricole Corporate and Investment Bank | X | X |
| 12-01669 | Picard v. Barfield Nominees Limited | X | X |
| 12-01022 | Picard v. Credit Agricole (Suisse) S.A. | X | X |
| 11-02758 | Picard v. Caceis Bank Luxembourg | X | X |
| **Trustee Represented by Windels Marx** | | | |
| 11-02731 | Picard v. Trincaster Corporation | X | X |
| 11-02925 | Picard v. Credit Suisse AG, et al. | X | X |
| 12-01025 | Picard v. Solon Capital, Ltd. | X | X |
| 12-01273 | Picard v. Mistral (SPC) | X | X |
| 12-01278 | Picard v. Zephyros Limited | X | X |
| 12-01676 | Picard v. Credit Suisse AG | X | X |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. | X | X |
| 12-01698 | Picard v. Banque Internationale À Luxembourg S.A. | X | X |
| 12-01699 | Picard v. Royal Bank of Canada | X | X |

\* - The Trustee seeks discovery from only the following specific defendant named in this adversary proceeding, Reliance Management (BVI) Ltd., and from its principal, Tim Brockmann.

\*\* - The Trustee seeks discovery from only the following specific defendants named in this adversary proceeding: (i) Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Banque Degroof SA/NV); (ii) Banque Degroof Luxembourg SA; (iii) Banque Degroof France SA (a/k/a Banque Degroof et Phillipe SA); (iv) Degroof Gestion Institutionnelle Luxembourg SA; (v) Aforge Finance Holding; (vi) Aforge Finance; (vii) Aforge Capital Management SA; and (viii) Aforge Gestion.