BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 18, 2014 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.    Sixteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim
       Compensation for Services Rendered and Reimbursement of Actual and Necessary

|   |   |
|---|---|
|   | Expenses Incurred from April 1, 2014 through July 31, 2014 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 4/1/2014 to 7/31/2014, fee: $39,855,837.15, expenses: $471,059.31. Filed by Baker & Hostetler, L.L.P. (Filed: 11/21/2014) [Docket No. 8549] |
| B. | Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Schiltz & Schiltz, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $360,172.50, expenses: $23,411.21. Filed by Schiltz & Schiltz (Filed: 11/21/2014) [Docket No. 8550] |
| C. | Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Higgs & Johnson, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $90,542.25, expenses: $1,191.72. Filed by Higgs & Johnson (Filed: 11/21/2014) [Docket No. 8551] |
| D. | Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Sorokor - Agmon, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $111,266.48, expenses: $8.00. Filed by Sorokor - Agmon (Filed: 11/21/2014) [Docket No. 8553] |
| E. | Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $245,783.48, expenses: $1,234.31. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 11/21/2014) [Docket No. 8555] |
| F. | Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for SCA Creque, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $119,111.61, expenses: $160.00. Filed by SCA Creque (Filed: 11/21/2014) [Docket No. 8556] |
| G. | Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Young, Conaway, Stargatt & Taylor, LLP, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $113,588.55, expenses: $884.43. Filed by Young, Conaway, Stargatt & Taylor, LLP (Filed: 11/21/2014) [Docket No. 8557] |
| H. | Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for |

      Williams, Barristers & Attorneys, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $234,463.66, expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 11/21/2014) [Docket No. 8558]

I.     Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Taylor Wessing, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $154,337.21, expenses: $75,490.11. Filed by Taylor Wessing (Filed: 11/21/2014) [Docket No. 8559]

J.     Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for UGGC & Associes, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $91,925.65, expenses: $16,112.75. Filed by UGGC & Associes (Filed: 11/21/2014) [Docket No. 8560]

K.     Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Triay Stagnetto Neish, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $51,164.12, expenses: $346.62. Filed by Triay Stagnetto Neish (Filed: 11/21/2014) [Docket No. 8561]

L.     Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Werder Vigano, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $70,026.39, expenses: $0. Filed by Werder Vigano (Filed: 11/21/2014) [Docket No. 8562]

M.     Application of La Tanzi, Spaulding & Landreth, P.C. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for La Tanzi, Spaulding & Landreth, P.C., Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $270.00, expenses: $0. Filed by La Tanzi, Spaulding & Landreth, P.C. (Filed: 11/21/2014) [Docket No. 8563]

N.     Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Browne Jacobson, LLP, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $1,226,218.89, expenses: $37,184.80. Filed by Browne Jacobson, LLP (Filed: 11/21/2014) [Docket No. 8564]

O.     Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Eugene F.

        Collins, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $100,717.28, expenses: $1,285.09. Filed by Eugene F. Collins (Filed: 11/21/2014) [Docket No. 8565]

P.    Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Ritter & Ritter Advokatur, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $3,044.90, expenses: $0. Filed by Ritter & Ritter Advokatur (Filed: 11/21/2014) [Docket No. 8566]

Q.    Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Munari Giudici Maniglio Panfili E Associati, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $9,145.23, expenses: $5.94. Filed by Munari Giudici Maniglio Panfili E Associati (Filed: 11/21/2014) [Docket No. 8567]

R.    Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through July 31, 2014 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $3,690.00, expenses: $0. Filed by Kelley, Wolter & Scott, P.A. (Filed: 11/21/2014) [Docket No. 8568]

S.    Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 11, 2014 through July 31, 2014 for Cochran Allan, Special Counsel, period: 6/11/2014 to 7/31/2014, fee: $7,159.50, expenses: $0. Filed by Cochran Allan (Filed: 11/21/2014) [Docket No. 8569]

T.    Fifteenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 Through July 31, 2014 and Request for Partial Release of Holdback for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 4/1/2014 to 7/31/2014, fee: $3,112,452.00, expenses: $12,794.13. Filed by Windels Marx Lane & Mittendorf, LLP (Filed: 11/21/2014) [Docket No. 8572]

<u>Related Documents</u>:

    1.    Notice of Hearing on Sixteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from April 1, 2014 through July 31, 2014 filed by David J. Sheehan (Filed: 11/21/2014) [Docket No. 8573]

    2.    Affidavit of Service of Notice of Hearing on Sixteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and

Necessary Expenses Incurred by Applicants from April 1, 2014 through July 31, 2014 (Filed: 11/21/2014) [Docket No. 8578]

Responses Filed:

3. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8727]

4. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Fourth Application of Kelley, Wolter & Scott, P.A., for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8728]

5. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of First Application of Cochran Allan for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8729]

6. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Second Application of La Tanzi Spaulding & Landreth, P.C., for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8730]

7. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of the Fifteenth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8731]

8. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Eleventh Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8732]

9. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Sixteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/12/2014) [Docket No. 8733]

<u>Objections Due</u>:     December 11, 2014

<u>Objections Filed</u>:     NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
December 17, 2014

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300344298