**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>BRANCH FAMILY DEVELOPMENT, LLC; | Adv. Pro. No. 10-04949 (SMB) |

ADAM STEINER; CHARLES STEINER; and
BRYAN STEINER,

Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    The Initial Disclosures were due: April 30, 2014

2.    Fact Discovery shall be completed by: April 1, 2015

3.    The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015

4.    The Disclosure of Rebuttal Experts shall be due: July 29, 2015

5.    The Deadline for Completion of Expert Discovery shall be: October 27, 2015

6.    The Deadline for Mediation Referral shall be: December 28, 2015

7.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 11, 2016

8.    The Deadline for Conclusion of Mediation shall be: May 10, 2016

New York, New York
December 17, 2014


Of Counsel:                                           By: */s/ Nicholas Cremona*
                                                      **BAKER & HOSTETLER LLP**
**BAKER & HOSTETLER LLP**                             45 Rockefeller Plaza
811 Main Street, Suite 1100                           New York, New York 10111
Houston, Texas 77002-5018                             Telephone:  212.589.4200
Telephone: 713.751.1600                               Facsimile:  212.589.4201
Facsimile: 713.751.1717                               David J. Sheehan
Dean D. Hunt                                          Email:  dsheehan@bakerlaw.com
Email: dhunt@bakerlaw.com                             Nicholas Cremona
                                                      Email:  ncremona@bakerlaw.com

                                                      *Attorneys for Irving H. Picard, Trustee for the*
                                                      *Substantively Consolidated SIPA Liquidation*
                                                      *of Bernard L. Madoff Investment Securities*
                                                      *LLC and the Estate of Bernard L. Madoff*