**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE LYLE BERMAN FAMILY PARTNERSHIP; NEIL I SELL, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA 8/9/89, the Jessie | Adv. Pro. No. 10-05071 (SMB) |

| |
|---|
| Lynn Berman Irrevocable Trust U/TA 8/9/89 and the Amy Berman Irrevocable Trust U/TA 8/9/89; STANLEY TAUBE, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA 8/9/89, the Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, and the Amy Berman Irrevocable Trust U/TA 8/9/89; JULIE BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as a Partner of The Lyle Berman Family Partnership; BRADLEY BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as a Partner of The Lyle Berman Family Partnership; JESSIE LYNN BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as a Partner of The Lyle Berman Family Partnership; AMY BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as a Partner of The Lyle Berman Family Partnership; JULIE BERMAN; BRADLEY BERMAN; JESSIE LYNN BERMAN; and AMY BERMAN, |
| Defendants. |

## **SECOND AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: April 30, 2014

2. Fact Discovery shall be completed by: May 18, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: August 19, 2015

4. The Disclosure of Rebuttal Experts shall be due: September 18, 2015

5. The Deadline for Completion of Expert Discovery shall be: December 17, 2015

6. The Deadline for Mediation Referral shall be: February 16, 2016

2

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 1, 2016

8.     The Deadline for Conclusion of Mediation shall be: June 28, 2016

New York, New York
December 17, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: */s/ Nicholas Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*