**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LL and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>ARTHUR KEPES UNIFIED CREDIT SHELTER TRUST, a Florida trust, RONALD KEPES, as trustee and as an individual, and LAWRENCE KEPES,<br><br>         Defendants. | Adv. Pro. No. 10-05034 (SMB) |

300345261

# FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following revised deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  September 14, 2015

2. Fact Discovery shall be completed by:  April 11, 2016

3. The Disclosure of Case-in-Chief Experts shall be due:  June 13, 2016

4. The Disclosure of Rebuttal Experts shall be due:  July 13, 2016

5. The Deadline for Completion of Expert Discovery shall be:  October 17, 2016

6. The Deadline to file a Notice of Mediation Referral Schedule shall be:  December 12, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  December 27, 2016

8. The Deadline for Conclusion of Mediation shall be:  May 1, 2017

Dated:  New York, New York
        December 17, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

BAKER & HOSTETLER LLP
By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakeralw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*