UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Cornerstone Capital, Inc. (the "Claimant"), having filed an objection (the "Objection", Docket Number 2322) to the Trustee's Notice of Determination respecting Claimant's customer claim (#014448), hereby gives notice that it withdraws such Objection.

Dated: December 15, 2014

*Peter D. Greene / AK*
_____
Peter D. Greene, Esq. on behalf of Cornerstone Capital (Del), Inc.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700