**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05237 (SMB) |
| v. | |
| Russell J. deLucia, | |
| Defendant. | |

### STIPULATION OF PARTIAL SETTLEMENT AND STAY OF FURTHER PROCEEDINGS UNTIL RESOLUTION OF <ins>BANKRUPTCY CODE SECTION 546(E) APPEAL</ins>

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendant, Russell J. deLucia (the "Defendant"), and with the Trustee, the "Parties", by and through his counsel, hereby stipulate and agree to the following:

1.  On November 30, 2010, the Trustee commenced this adversary proceeding against the Defendant seeking the avoidance and recovery of: (a) transfers made by BLMIS within two years of December 11, 2008 (the "Two Year Transfers") and (b) transfers made by BLMIS prior to December 11, 2006 (the "Non-Two Year Transfers").

2.  By Order dated April 30, 2012, (the "Dismissal Order"), the District Court dismissed the Trustee's claims to avoid and recover the Non-Two Year Transfers made to certain defendants based on an interpretation of Bankruptcy Code Section 546(e).

3.  The Trustee has appealed the Dismissal Order to the United States Court of Appeals for the Second Circuit (Case No. 12-2557) (the "546(e) Appeal").

4.  On December 6, 2014, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5.  Under the Settlement Agreement, the Parties have settled the Trustee's claims for the Two Year Transfers but have agreed to stay this proceeding until a final, non-appealable order is issued in the 546(e) Appeal affirming or reversing the Dismissal Order.

6.      If a final, non-appealable order in the 546(e) Appeal reverses the Dismissal Order, the Trustee will, as soon as practicable, dismiss the Trustee's Two Year Transfer claims against the Defendant, and the Defendant shall respond to the Trustee's Non-Two Year Transfer claims within sixty (60) days of the entry of such final, non-appealable order.  Defendant agrees he will not assert any laches, statute of limitations, statute of repose, or time limitations defense based on the time period this proceeding is stayed as against him by this Stipulation.  The Parties stipulate and agree: (i) the Trustee preserves all rights, claims, causes of action, if any, against the Defendant for the Non-Two Year Transfers, and (ii) the Defendant preserves all defenses, if any, in response to the Trustee's Non-Two Year Transfers.

7.      If a final, non-appealable order in the 546(e) Appeal affirms the Dismissal Order, the Trustee will, as soon as practicable, dismiss the adversary proceeding without prejudice and without costs to either the Trustee or the Defendant.

8.      The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

Dated:  December 18, 2014

        BAKER & HOSTETLER LLP

        By:  /s/ *Nicholas J. Cremona*
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone:  212.589.4200
        Facsimile:  212.589.4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email:  ncremona@bakerlaw.com
        Christa C. Turner
        Email:  cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

GOODWIN PROCTER LLP

By: /s/ *Christopher Newcomb*
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: 212.459.7285
Facsimile: 212.355.3333
Christopher Newcomb
Email: cnewcomb@goodwinproctor.com

*Attorney for Defendant Russell J. deLucia*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: December 18th, 2014   HON. STUART M. BERNSTEIN
New York, New York           UNITED STATES BANKRUPTCY JUDGE

4