**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias
Teresa C. Chow

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA S. GROSS 2006 GRAT, a New York trust, THE LORA TRUST U/A 8/29/89, a New York trust, LORA JOY APPLETON, as trustee and as an individual, SUSAN J. ANOLICK, as trustee, and BARBARA S. GROSS,<br><br>Defendants. | Adv. Pro. No. 10-04389 (SMB) |

300328114

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action (the "Action") in the United States Bankruptcy Court for the Southern District of New York (the "Court") against (i) Barbara S. Gross 2006 GRAT ("Gross GRAT"); (ii) The Lora Trust U/A 8/29/89 ("Lora Trust"); (iii) Lora Joy Appleton, as trustee of the Gross GRAT, and individually as beneficiary of the Lora Trust; (iv) Susan J. Anolick, as trustee of the Lora Trust; and (v) Barbara S. Gross, as grantor and a beneficiary of the Gross GRAT (collectively, "Defendants") [Dkt. 1];

**WHEREAS**, Barbara S. Gross died during the pendency of the Action;

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and counsel for Defendants, Estate of Barbara S. Gross ("Estate"),[1] and Fiduciary Trust International of the South, as personal representative of the Estate ("FTIS"), as follows:

1. The Estate and FTIS as personal representative of the Estate are hereby substituted into the Action in place of Barbara S. Gross, deceased, and the complaint filed in the Action on November 30, 2010 (the "Complaint") shall be deemed so amended.

2. The Estate's responses, affirmative defense and reservation of rights to the Complaint set forth in the Answer, dated June 13, 2011, shall be deemed amended and treated as responses, affirmative defenses and reservation of rights by both the Estate and FTIS and neither the Estate nor FTIS shall have any further obligation to otherwise answer the Complaint.

---

[1] *In Re: Estate of Barbara S. Gross*, in the Circuit Court for Miami Dade County, Florida, Probate Division, File No. 11-2627.

3. The Clerk of the Court is hereby directed to amend the caption in the Action to remove Barbara S. Gross and substitute the Estate and FTIS as personal representative of the Estate, as reflected on Exhibit A to this stipulation.

4. Undersigned counsel for the Estate and FTIS as personal representative of the Estate expressly represents that it has the authority to accept service of all pleadings and other papers on behalf of the Estate and FTIS as personal representative of the Estate.

5. Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have and agree that the entry into this stipulation shall not expand or affect any rights they do not otherwise have.

6. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

[Rest of page intentionally left blank.]

300328114

08-01789-cgm    Doc 8835    Filed 12/19/14    Entered 12/19/14 07:55:58    Main Document
Pg 4 of 5

Dated: December 17, 2014
    New York, New York

<table>
<tr><td>

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com
Teresa C. Chow
Email: tchow@bakerlaw.com

</td><td>

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**MOSES & SINGER LLP**

By: */s/ Kent C. Kolbig*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7822
Facsimile: (212) 377-6052
Kent C. Kolbig
Email: kkolbing@mosessinger.com

*Attorneys for Named Defendants and the Estate of Barbara S. Gross and Fiduciary Trust International of the South*

</td></tr>
</table>

SO ORDERED:

Dated: <u>December 18th, 2014</u>      /s/ STUART M. BERNSTEIN
    New York, New York                    HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias
Teresa C. Chow

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>BARBARA S. GROSS 2006 GRAT, a New York trust, ESTATE OF BARBARA S. GROSS, FIDUCIARY TRUST INTERNATIONAL OF THE SOUTH, a Florida corporation, as personal representative, LORA JOY APPLETON, as trustee of the Barbara S. Gross 2006 GRAT and as an individual, THE LORA TRUST U/A 8/29/89, a New York trust, and SUSAN J. ANOLICK, as trustee of The Lora Trust U/Q 8/29/89 and as an individual,<br><br>       Defendants. | Adv. Pro. No. 10-04389 (SMB) |

300328114