Official Form 17A (12/14)

KACHROO LEGAL SERVICES P.C.
Gaytri D. Kachroo
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (212) 372-8939
Fax: (617) 864-1125

*Attorneys for The Diana Melton Trust, Dated 12/05/05*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Defendant. | |

**NOTICE OF APPEAL**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

    **The Diana Melton Trust, Dated 12/05/05**

1

Official Form 17A (12/14)

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (describe)
_____

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
**X** Other (describe)

**Contested Proceeding Claimants**

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   **Memorandum Decision Affirming Application Of The Trustee's Inter-Account Method To The Determination Of Transfers Between BLMIS Accounts**.

2. State the date on which the judgment, order, or decree was entered: **December 8, 2014**.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.

**Securities Investor Protection Corporation**

represented by     **Kevin H. Bell**
Security Investment Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207
202-371-8300
Fax : 202-371-6728
Email: kbell@sipc.org

**Nathanael Kelley**
Securities Investor Protection Corporation
805 15th St., N.W., Suite 800
Washington, DC 20005
202-371-8300

2

Fax : 202-371-6728
Email: nkelley@sipc.org

**Christopher H. LaRosa**
Securties Investor Protection Corp
805 15th Street, N.W.
Suite 800
Washington, DC 20005
202.371.8300
Fax : 202.371.6728
Email: clarosa@sipc.org

**Josephine Wang**
Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, DC 20005-2207
(202) 371-8300
Fax : (202) 371-6728
Email: jwang@sipc.org

2.

*Trustee*
----------------------
**Irving H. Picard**
Baker & Hostetler, LLP                    represented by    **Jonathan R. Barr**
45 Rockefeller Plaza                                        Baker & Hostetler LLP
New York, NY 10111                                          1050 Connecticut Avenue NW
(212) 589-4200                                              Washington, DC 20036-5304
                                                            (202) 861-1500
                                                            Fax : (212) 861-1783
                                                            Email: jbarr@bakerlaw.com

                                                            **Seanna Brown**
                                                            Baker & Hostetler LLP
                                                            45 Rockefeller Plaza
                                                            New York, NY 10111
                                                            (212) 589-4200
                                                            Fax : (212) 589-4201
                                                            Email: sbrown@bakerlaw.com

                                                            **John J. Burke**
                                                            Baker Hostetler LLP

1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
(202) 861-1600
Fax : (202) 861-1783
Email: jburke@bakerlaw.com

**Bik Cheema**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: bcheema@bakerlaw.com

**Nicholas Cremona**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4682
Fax : 212-459-4221
Email: ncremona@bakerlaw.com

**Brian K. Esser**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: besser@bakerlaw.com

**Jessie Morgan Gabriel**
Baker & Hostetler LLP
65 E. State Street
Columbus, OH 43215
(614) 228-1541
Fax : (614) 462-2616
Email: jgabriel@bakerlaw.com

**Marc E. Hirschfield**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: mhirschfield@bakerlaw.com

Official Form 17A (12/14)

**John Moscow**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: jmoscow@bakerlaw.com

**Keith R. Murphy**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: kmurphy@bakerlaw.com

**Irving H. Picard**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: ipicard@bakerlaw.com

**Geraldine E. Ponto**
Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4221
Email: gponto@bakerlaw.com

**Marc D. Powers**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: mpowers@bakerlaw.com

**Lauren Resnick**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

5

Fax : (212) 589-4201
Email: lresnick@bakerlaw.com

**Jorian L. Rose**
Baker Hostetler LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: jrose@bakerlaw.com

**Elizabeth A. Scully**
Baker & Hostetler LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 861-1698
Fax : (202) 861-1783
Email: escully@bakerlaw.com

**David J. Sheehan**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212 589 4200
Fax : 212 589 4201
Email: dsheehan@bakerlaw.com
*LEAD ATTORNEY*

**Howard L. Simon**
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
(212) 237-1000
Fax : (212) 262-1215
Email: hsimon@windelsmarx.com
*LEAD ATTORNEY*

**Jennifer M. Walrath**
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 861-1500

Fax : (202) 861-1783
Email: jwalrath@bakerlaw.com

**Oren Warshavsky**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212.589.4200
Fax : 212.589.4201
Email: owarshavsky@bakerlaw.com

**Catherine Elizabeth Woltering**
Baker Hostetler LLP
65 East State Street
Suite 2100
Columbus, OH 43215
614.462.2677
Fax : 614.462.2616
Email: cwoltering@bakerlaw.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Official Form 17A (12/14)

KACHROO LEGAL SERVICES P.C.

**/s/ Gaytri D. Kachroo**                                 Date:       December 19, 2014
Kachroo Legal Services, P.C.
Gaytri Kachroo
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (212) 372-8939
Fax: (617) 864-1125
Email:gkachroo@kachroolegal.com

*Attorneys for The Diana Melton Trust, Dated 12/05/05*

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.