BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF RESCHEDULED SUPPLEMENTAL OMNIBUS AVOIDANCE**
**ACTION HEARING DATES THROUGH DECEMBER 2015**

In accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Court's Order, please take notice that Avoidance Action Omnibus Hearings (as defined in the Order)

shall be held December 17, 2014,[1] February 25, 2015, March 18, 2015[2], April 29, 2015, May 20, 2015, June 24, 2015, July 29, 2015, August 26, 2015, September 30, 2015, October 28, 2015, November 18, 2015 and December 16, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing Dates in accordance with the Order.

Dated: New York, New York
       December 22, 2014

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

---

[1] At the direction of the Court, the January 28, 2015 hearing date has been cancelled.

[2] At the direction of the Court, the March 25, 2015 hearing date has been cancelled and the March 2015 omnibus hearing date has been rescheduled to March 18, 2015.