## EXHIBIT A TO SIXTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)

*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*

*In re Bernard L. Madoff*

**Current Compensation Period: April 1, 2014 – July 31, 2014 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid for Current Fee Period | Interim Compensation to be Paid for Prior Fee Periods | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 11/21/2014 ECF No. 8549 | 04/01/2014 – 07/31/2014 | $39,855,837.15 | $39,855,837.15 | $35,870,253.44 | $12,899,430.66 | $48,769,684.10 | $471,059.31 | $471,059.31 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/21/2014 ECF No. 8550 | 04/01/2014 – 07/31/2014 | $360,172.50 | $360,172.50 | $288,138.00 | $0 | $288,138.00 | $23,411.21 | $23,411.21 |
| Higgs & Johnson, Special Counsel to the Trustee | 11/21/2014 ECF No. 8551 | 04/01/2014 – 07/31/2014 | $90,542.25 | $90,542.25 | $72,433.80 | $0 | $72,433.80 | $1,191.72 | $1,191.72 |
| Soroker – Agmon, Special Counsel to the Trustee | 11/21/2014 ECF No. 8553 | 04/01/2014 – 07/31/2014 | $111,266.48 | $111,266.48 | $89,013.19 | $0 | $89,013.19 | $8.00 | $8.00 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 11/21/2014 ECF No. 8555 | 04/01/2014 – 07/31/2014 | $245,783.48 | $245,783.48 | $196,626.79 | $0 | $196,626.79 | $1,234.31 | $1,234.31 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid for Current Fee Period | Interim Compensation to be Paid for Prior Fee Periods | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| SCA Creque, Special Counsel to the Trustee | 11/21/2014 ECF No. 8556 | 04/01/2014 – 07/31/2014 | $119,111.61 | $119,111.61 | $95,289.29 | $0 | $95,289.29 | $160.00 | $160.00 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/21/2014 ECF No. 8557 | 04/01/2014 – 07/31/2014 | $113,588.55 | $113,588.55 | $90,870.84 | $0 | $90,870.84 | $884.43 | $884.43 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/21/2014 ECF No. 8572 | 04/01/2014 – 07/31/2014 | $3,112,452.00 | $3,112,452.00 | $2,489,961.60 | $2,000,000.00 | $4,489,961.60 | $12,794.13 | $12,794.13 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/21/2014 ECF No. 8558 | 04/01/2014 – 07/31/2014 | $234,463.66 | $234,463.66 | $187,570.93 | $0 | $187,570.93 | $0 | $0 |
| Taylor Wessing, Special Counsel to the Trustee | 11/21/2014 ECF No. 8559 | 04/01/2014 – 07/31/2014 | $154,337.21 | $154,337.21 | $123,469.77 | $0 | $123,469.77 | $75,490.11 | $75,490.11 |
| UGGC & Associés, Special Counsel to the Trustee | 11/21/2014 ECF No. 8560 | 04/01/2014 – 07/31/2014 | $91,925.65 | $91,925.65 | $73,540.52 | $0 | $73,540.52 | $16,112.75 | $16,112.75 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | 11/21/2014 ECF No. 8561 | 04/01/2014 – 07/31/2014 | $51,164.12 | $51,164.12 | $40,931.30 | $0 | $40,931.30 | $346.62 | $346.62 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid for Current Fee Period | Interim Compensation to be Paid for Prior Fee Periods | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Werder Vigano, Special Counsel to the Trustee | 11/21/2014 ECF No. 8562 | 04/01/2014 – 07/31/2014 | $70,026.39 | $70,026.39 | $56,021.11 | $0 | $56,021.11 | $0 | $0 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | 11/21/2014 ECF No. 8563 | 04/01/2014 – 07/31/2014 | $270.00 | $270.00 | $216.00 | $0 | $216.00 | $0 | $0 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 11/21/2014 ECF No. 8564 | 04/01/2014 – 07/31/2014 | $1,226,218.89 | $1,226,218.89 | $980,975.12 | $0 | $980,975.12 | $37,184.80 | $37,184.80 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/21/2014 ECF No. 8565 | 04/01/2014 – 07/31/2014 | $100,717.28 | $100,717.28 | $80,573.83 | $0 | $80,573.83 | $1,285.09 | $1,285.09 |
| Kelley, Wolter & Scott Special Counsel to the Trustee | 11/21/2014 ECF No. 8568 | 04/01/2014 – 07/31/2014 | $3,690.00 | $3,690.00 | $2,952.00 | $0 | $2,952.00 | $0 | $0 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | 11/21/2014 ECF No. 8566 | 04/01/2014 – 07/31/2014 | $3,044.90 | $3,044.90 | $2,435.92 | $0 | $2,435.92 | $0 | $0 |
| Munari Giudici Maniglio Panfili E Associati, Special Counsel to the Trustee | 11/21/2014 ECF No. 8567 | 04/01/2014 – 07/31/2014 | $9,145.23 | $9,145.23 | $7,316.19 | $0 | $7,316.19 | $5.94 | $5.94 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid for Current Fee Period | Interim Compensation to be Paid for Prior Fee Periods | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Cochran Allan, Special Counsel to the Trustee | 11/21/2014 ECF No. 8569 | 06/11/2014 – 07/31/2014 | $7,159.50 | $7,159.50 | $5,727.60 | $0 | $5,727.60 | $0 | $0 |

Schedule A(1)　　　　　　　　　　　DATE: <u>12/18/2014</u>　　　　　　　　INITIALS: <u>SMB</u>　USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.