# EXHIBIT B TO SIXTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (SMB)

*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $626,540,167.34 | $626,540,167.34 | $601,540,167.34 | $12,814,325.31 | $12,814,325.31 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $427,927.11 | $427,927.11 | $342,341.72 | $45,887.29 | $45,887.29 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,206,240.36 | $1,206,240.36 | $964,992.32 | $97,150.41 | $97,150.41 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,061,657.10 | $1,061,657.10 | $849,325.68 | $112,782.23 | $112,782.23 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $28,210.64 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $5,349,317.18 | $5,349,317.18 | $4,279,453.75 | $231,143.81 | $231,143.81 |
| SCA Creque, Special Counsel to the Trustee | $1,193,253.58 | $1,193,253.58 | $954,602.89 | $7,096.30 | $7,096.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $490,382.56 | $490,382.56 | $392,306.04 | $26,750.82 | $26,750.82 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $39,951,593.66 | $39,951,593.66 | $32,402,065.18 | $285,773.89 | $285,773.89 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $3,208,581.91 | $3,208,581.91 | $2,566,865.54 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $23,794,638.78 | $23,794,638.78 | $19,035,711.03 | $10,173,732.25 | $10,173,732.25 |
| UGGC & Associés, Special Counsel to the Trustee | $992,051.22 | $992,051.22 | $793,640.99 | $44,652.46 | $44,652.46 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,141.64 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $209,933.22 | $209,933.22 | $167,946.58 | $1,162.37 | $1,162.37 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Soroker - Agmon, Special Counsel to the Trustee | $2,020,922.91 | $2,020,922.91 | $1,616,738.11 | $22,531.34 | $22,531.34 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $2,962,928.61 | $2,962,928.61 | $2,370,342.89 | $693.259.75 | $693.259.75 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $7,398.00 | $7,398.00 | $5,918.40 | $349.40 | $349.40 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $537,566.08 | $537,566.08 | $430,052.87 | $12,543.41 | $12,543.41 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $130,590.22 | $130,590.22 | $104,472.17 | $3,506.94 | $3,506.94 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $28,498.37 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,689.21 | $86,689.21 | $69,351.37 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $24,804.45 | $24,804.45 | $19,843.56 | $560.00 | $560.00 |
| Cochran Allan, Special Counsel to the Trustee | $7,159.50 | $7,159.60 | $5,727.60 | $0 | $0 |

Schedule A(1)            DATE: 12/18/2014            INITIALS:  SMB   USBJ