**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04636 (SMB) |
| v. | |
| RICHARD J. HELFMAN LIFE INSURANCE TRUST DTD 12/30/89; SUSAN HELFMAN, individually and in her capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89; and STEPHEN HELFMAN, individually and in his capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89, | |
| Defendants. | |

**NOTICE OF EXTENDED RESPONSE DUE DATE**

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order) [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the

Notice of Applicability filed by Plaintiff, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Services LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et. seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 6, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, § 2(E), the Trustee is required to file a "Notice of Extended Response Due Date" upon the termination of mediation setting forth the new response due date. In accordance therewith, the new response due date shall be thirty (30) days following the date of completion of the failed mediation.

The mediation of the Adversary Proceeding took place at the offices of Baker & Hostetler LLP in New York, New York on October 8, 2014. The mediation was unsuccessful and the deadline to conclude mediation passed on December 18, 2014. In accordance with the Order, the Extended Response Due Date for Defendants to respond to the Complaint is Friday, January 30, 2015.

Dated: December 23, 2014
    New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile:  713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

Respectfully submitted,

By: _/s/ Nicholas J. Cremona_
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111-0100
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

_Attorneys for Irving H. Picard, Trustee for the_
_Substantively Consolidated SIPA Liquidation_
_of Bernard L. Madoff Investment Securities_
_LLC and the Estate of Bernard L. Madoff_