**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                Plaintiff,<br><br>v.<br><br>PHYLLIS B. REISCHER TRUST DATED 11/3/97; RESIDUARY TRUST FOR PHYLLIS RESICHER UNDER AM. & REST. INDENTURE OF TRUST DATED 8/8/01; PHYLLIS B. REISCHER, | Adv. Pro. No. 10-04869 (SMB) |

| | |
|---|---|
| individually and in her capacity as Settlor and Trustee for the Phyllis B. Reischer Trust and as Trustee for the Residuary Trust for Phyllis Reischer Under Am. & Rest. Indenture of Trust dated 8/8/01; LISA PAYTON, in her capacity as Trustee for the Residuary Trust for Phyllis Reischer Under Am. & Rest. Indenture of Trust dated 8/8/01; and PAUL VOYNOW, in his capacity as a former Trustee for the Residuary Trust for Phyllis Reischer Under Am. & Rest. Indenture of Trust dated 8/8/01, PGC Limited Partnership,<br><br>                                  Defendants. | |

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: **Passed.**

2. The Deadline for Service of Substantive Interrogatories shall be: **Passed.**

3. Fact Discovery shall be completed by: **Passed.**

4. The Disclosure of Case-in-Chief Experts shall be due: **April 29, 2015.**

5. The Disclosure of Rebuttal Experts shall be due: **May 29, 2015.**

6. The Deadline for Completion of Expert Discovery shall be: **August 27, 2015.**

7. The Deadline to file a Notice of Mediation Referral shall be: **October 26, 2015.**

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: **November 9, 2015.**

9. The Deadline for Conclusion of Mediation shall be: **March 8, 2016.**

Dated: New York, New York
December 23, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*