**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower,<br><br>      Plaintiffs,<br><br>  v.<br><br>PAMELA GOLDMAN and A & G GOLDMAN PARTNERSHIP,<br><br>      Defendants. | Adv. Pro. No. 14-02408 (SMB)<br><br><br><br><br><br><br><br><br><br><br><br>**ORDER CONSOLIDATING ADVERSARY PROCEEDINGS** |

Upon the motion, dated November 17, 2014 (the "Consolidation Motion"), of the Picower Parties[1], seeking to consolidate the adversary proceedings of *Capital Growth Co., et al. v. Goldman*, *et al.*, Adv. Pro. No. 14-02408 (SMB) (the "Picower Action") and *Picard v. Goldman*, *et al.*, Adv. Pro. No. 14-02407 (SMB) (the "Trustee's Action" and, together with the Picower Action, the "Adversary Proceedings"), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and the Court having jurisdiction to consider the Consolidation Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and 15 U.S.C. § 78eee(b)(4); and consideration of the Consolidation Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Consolidation Motion having been provided to all parties entitled to notice in the Picower Action and the Trustee's Action, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Consolidation Motion (the "Hearing"); and the appearances of all interested parties having been noted in the record of the Hearing; the record of the Hearing, and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Adversary Proceedings shall be consolidated; and

1. All pleadings and papers filed in the Adversary Proceedings shall bear the following consolidated caption:

---

[1] The "Picower Parties" refers to Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust f/b/o Gabrielle H. Picower; Barbara Picower, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower.

1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>A & G GOLDMAN PARTNERSHIP and PAMELA GOLDMAN,<br><br>Defendants. | Adv. Pro. No. 14-02407 (SMB) |
| CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower,<br><br>Plaintiffs,<br><br>v. | Adv. Pro. No. 14-02408 (SMB) |

2

| PAMELA GOLDMAN and A & G GOLDMAN PARTNERSHIP, | |
|---|---|
| Defendants. | |

2. The Trustee's Action is hereby designated as the lead case, and all pleadings and other papers in the Adversary Proceedings shall be docketed in the Trustee's Action and served on the parties to both Adversary Proceedings, as well as the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq.

3. The briefing schedule to which the Picower Parties and the Goldmans agreed pursuant to the Stipulation dated September 24, 2014 shall remain in effect, and is not modified hereby.

**SO ORDERED** this 23rd day of December, 2014

/s/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE