**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, | |
| v. | |
| LEWIS R. FRANCK, individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05; FLORENCE LAW IRREVOCABLE TRUST DTD 1/24/05; and HOWARD KLEE, | Adv. Pro. No. 10-04759 (SMB) |
| Defendants. | |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including January 30, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: December 23, 2014
        New York, New York

By:      */s/ Nicholas J. Cremona*
         **BAKER & HOSTETLER LLP**
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: (212) 589-4200
         Facsimile: (212) 589-4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Nicholas J. Cremona
         Email:  ncremona@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee for the*
         *Substantively Consolidated SIPA Liquidation of*
         *Bernard L. Madoff Investment Securities LLC and*
         *Bernard L. Madoff*

Dated: December 23, 2014
        New York, New York

By:      */s/ Parvin K. Aminolroaya*
         **SEEGER WEISS LLP**
         77 Water Street, 26th Floor
         New York, New York 10005
         Telephone: 212.584.0700
         Facsimile: 212.584.0799
         Parvin K. Aminolroaya
         Email: paminolroaya@seegerweiss.com

         *Attorneys for Defendants Lewis R. Franck and*
         *Florence Law Irrevocable Trust DTD 1/24/05*

3