**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>J. EZRA MERKIN; et al.,<br><br>        Defendants. | Adv. Pro. No. 09-1182 (SMB)<br><br>Refers to Dkt. No. 251 |

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that the time by which Defendants J. Ezra Merkin, Gabriel Capital Corporation, Gabriel Capital, L.P., Ariel Fund Limited, Ascot Fund Ltd., and Ascot Partners L.P. have to answer the Third Amended Complaint [Dkt. No. 151] is extended to January 29, 2015.

| | |
|---|---|
| Dated: December 29, 2014<br>       New York, New York | REED SMITH LLP<br><br>By: /s/ James C. McCarroll<br><br>    James C. McCarroll<br>    Jordan W. Siev<br>    Michael J. Venditto<br>    Casey D. Laffey<br><br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 521-5400<br>Facsimile:  (212) 521-5450<br>*Attorneys for Bart M. Schwartz as Receiver of Ariel Fund Limited and Gabriel Capital, L.P.* |

- 2 -

| | |
|---|---|
| Dated: December 29, 2014<br>New York, New York | FULBRIGHT & JAWORSKI LLP<br><br>By: /s/ Judith A. Archer<br><br>    Judith A. Archer<br>    David L. Barrack<br>    Jami Mills Vibbert<br>    David B. Schwartz<br><br>666 Fifth Avenue<br>New York, NY 10103<br>Telephone: (212) 318-3000<br>Facsimile: (212) 318-3400<br><br>*Attorneys for Ascot Fund Ltd. and Ralph C. Dawson, Esq., as Receiver of Defendant Ascot Partners, L.P.* |
| Dated: December 29, 2014<br>New York, New York | DECHERT LLP<br><br>By: /s/ Neil A. Steiner<br><br>    Andrew J. Levander<br>    Neil A. Steiner<br><br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>*Attorneys for Defendants*<br>*J. Ezra Merkin and Gabriel Capital Corporation* |

| | |
|---|---|
| Dated:  December 29, 2014<br>        New York, New York | BAKER & HOSTETLER LLP<br><br>By:  /s/ Lan Hoang<br><br>    David J. Sheehan<br>    Lan Hoang<br>    Edward J. Jacobs<br>    Brian W. Song<br>    Sarah Jane T.C. Truong<br><br>45 Rockefeller Plaza<br>New York, NY  10103<br>Telephone:   (212) 589-4200<br>Facsimile:     (212) 589-4201<br><br>*Attorneys for Plaintiff, Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Substantively Consolidated Estate of Bernard L. Madoff* |

SO ORDERED:

Dated:  December 29, 2014
        New York, New York

      /s/Stuart M. Bernstein
Stuart M. Bernstein
United States Bankruptcy Court Judge