**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>    v.<br><br>FIRST GULF BANK,<br><br>                    Defendant. | Adv. Pro. No. 11-02541 (BRL) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear in the above captioned cases on behalf of FIRST GULF BANK, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address:

    George M. Chalos, Esq.
    Kerri M. D'Ambrosio, Esq.
    CHALOS & CO, P.C.
    55 Hamilton Avenue
    Oyster Bay, New York 11771

Chalos & Co, P.C. Ref: 2277.001

Tel: 516-714-4300
Fax: 516-750-9051
e-mail: gmc@chaloslaw.com
kdambrosio@chaloslaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive FIRST GULF BANK's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) right to trial by jury of any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to seek a change of venue; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which FIRST GULF BANK is or may be entitled under agreements, documents, or instruments, in law or equity, including, but not limited to, any and all jurisdictional defenses, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: Oyster Bay, New York
January 2, 2015

                              CHALOS & CO, PC

                         By: */s/ George M. Chalos*
                            George M. Chalos (GC-8693)
                            55 Hamilton Avenue
                            Oyster Bay, New York 11771
                            Tel: 516-714-4300
                            Fax: 516-750-9051
                            gmc@chaloslaw.com
                            Attorneys for First Gulf Bank

## **CERTIFICATE OF SERVICE**

I, George M. Chalos, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic services through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2015 /s/ *George M. Chalos*
George M. Chalos

Chalos & Co, P.C. Ref: 2277.001