UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>            Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>            Debtor. |  |

## NOTICE OF APPEAL

Edward Zraick Jr., Nancy Zraick, Patricia DeLuca and Karen M. Rich (collectively, the "Claimants"), by their attorneys, Hunton & Williams LLP, hereby appeal under 28 U.S.C. §158(a)(1) from the *Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts* [Docket No. 8857] entered on December 22, 2014, and related *Memorandum Decision Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfer Between BLMIS Accounts* [Docket No. 8680]) entered on December 8, 2014.

The names of the parties to the orders and telephone numbers of counsel are as follows:

Appellants:

Edward Zraick Jr.
Nancy Zraick
Patricia DeLuca
Karen M. Rich

Counsel:

Peter S. Partee, Sr.
Robert A. Rich
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000

Appellees:

Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the estate of Bernard L. Madoff

Counsel:

David J. Sheehan
Jorian L. Rose
Amy E. Vanderwal
Seanna R. Brown
Bik Cheema
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200


Dated: January 5, 2015

**HUNTON & WILLIAMS LLP**

By:      /s/ *Robert A. Rich*

Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Edward Zraick Jr., Nancy
Zraick, Patricia DeLuca, and Karen M. Rich*

- 2 -