UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                 Debtor. | |

## NOTICE OF APPEAL

Edward Zraick Jr., Nancy Zraick, Patricia DeLuca and Karen M. Rich (collectively, the "Claimants"), by their attorneys, Hunton & Williams LLP, hereby appeal under 28 U.S.C. §158(a)(1) from the *Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts* [Docket No. 8857] entered on December 22, 2014, and related *Memorandum Decision Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfer Between BLMIS Accounts* [Docket No. 8680]) entered on December 8, 2014.

The names of the parties to the orders and telephone numbers of counsel are as follows:

| Appellants: | Counsel: |
|---|---|
| Edward Zraick Jr.<br>Nancy Zraick<br>Patricia DeLuca<br>Karen M. Rich | Peter S. Partee, Sr.<br>Robert A. Rich<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, New York 10166-0136<br>(212) 309-1000 |

- 2 -

| Appellees: | Counsel: |
|---|---|
| Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff | David J. Sheehan<br>Jorian L. Rose<br>Amy E. Vanderwal<br>Seanna R. Brown<br>Bik Cheema<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>(212) 589-4200 |

Dated: January 5, 2015

**HUNTON & WILLIAMS LLP**

By:   /s/ *Robert A. Rich*

Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Edward Zraick Jr., Nancy Zraick, Patricia DeLuca, and Karen M. Rich*