Official Form 17A (12/14)

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant, Michael Most

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------x
In Re:

BERNARD L. MADOFF,

          Debtor.
-------------------------------------x

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   Michael Most

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

most-138

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (describe)
A customer of Bernard L. Madoff Investment Securities LLC and a claimant

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    Order Affirming Application of the Trustee's Inter-Account Method to the Determination of the Transfers between BLMIS Accounts dated December 19, 2014 [Dkt. No. 8857](annexed hereto as exhibit A).

2. State the date on which the judgment, order, or decree was entered:

    December 22, 2014.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

~~APPENDIX A~~

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
212-589-4200
    David J. Sheehan, Esq.
    Jorian Rose, Esq.
    Amy E. Vanderwal, Esq.
    Seanna R. Brown, Esq.
    Bik Cheema, Esq.
    Nicholas J. Cremona, Esq.
        Of Counsel

*Attorneys for Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC*

SECURITIES INVESTOR PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
202-371-8300
    Josephine Wang, Esq.
    Kevin H. Bell, Esq.
    Lauren T. Attard, Esq.
        Of Counsel

*Attorneys for Securities Investor Protection Corporation*

LAW OFFICES OF JOEL L. HERZ
3573 E. Sunrise Drive, Suite 215
Tucson, Arizona 85718
520-529-8080
    Joel L. Herz, Esq.
        Of Counsel

*Attorneys for Samdia Family, LP*

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, New York 11738
631-732-2000
    Paula J. Warmuth, Esq.
        Of Counsel

*Attorneys for Michael Most*

HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
212-309-1000
    Peter S. Partee, Sr., Esq.
    Richard P Norton, Esq.
    Robert A. Rich, Esq.
        Of Counsel

*Attorneys for Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich*

AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
212-880-3800 and 954-463-2700
    Susan Balaschak, Esq.
    Michael I. Goldberg, Esq.
        Of Counsel

*Attorneys for the Mittlemann Family Foundation*

DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
212-692-1000
    Gerard S. Catalanello, Esq.
    Patricia H. Piskorski, Esq.
        Of Counsel

*Attorneys for Brian Ross, Esq.*

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, New York 10176
212-986-6000
    David Parker, Esq.
    Matthew J. Gold, Esq.
        Of Counsel

*Attorneys for Lawrence Elins*

BECKER & POLIAKOFF LLP
45 Broadway, 8th Floor
New York, New York 10006
212-599-3322
    Helen Davis Chaitman, Esq.
        Of Counsel

*Attorneys for Aaron Blecker, Adele Shapiro, Angela Tiletnick, Barbara Engel, Barbara Kotlikoff Harman, Ben Heller, Benjamin T. Heller Irrevocable Trust, Beth P. Feldman as Trustee, Beth P.*

*Feldman as Trustee Dtd 11/15/82, Bruce N. Palmer, Carol Fisher, Carol Kamenstein, Chalek Associates LLC, David Chalek, Frances Reiss, Isabel Chalek, Jessica Decker, John Tzannes Trust, Mitchel Chalek, Morton Chalek, Peter Tzannes, Richard Mark Chalek, Robin Tzannes, Laura Hallick, as participant in Daprex Profit Sharing Plan and 401K Plan, David Drucker, David Shapiro, Hilda Drucker, Marilyn Komarc, Ptr of David Shapiro Nombrec, Myra M. Levine, Naomi Karp, Elaine Langweiler, Frederick H. Mandel (Partner), Irving M. Sonnenfeld, Deborah Shapiro, Edwin Michalove, Elaine R. Schaffer, Estate of Gabriel Friedman c/o Richard Friedman Executor, Boyer H. Palmer, Fern C. Palmer and Boyer H. Palmer, Ttees Fern C. Palmer Rec Tst, Fern C. Palmer, Frieda Low, Glenn Rechler, Gunther Unflat, Herbert Barbanel & Alice Barbanel NT Wros, Jonathan Schwartz as Trustee FBO Nancy M. Riehm, Keith Schaffer, Kenneth M. Kohl & Myrna Kohl, Kurt C. Palmer, Theresa R. Ryan, Marjorie Forrest, Martin R. Harnick, Steven P. Norton, NTC & Co. FBO Denis Casteli (19988), Manuel O. Jaffe MD, Richard M. Friedman, NTC & Co. FBO Robert Halio (26849), Robert Yaffe, Mishkin Family Trust, NTC & Co. FBO Adele Fox (111257), NTC & Co. FBO Jeffrey Shankman (111752), Marsh Peshkin Ira, NTC & Co. FBO Steven C. Schupak (096898), Blake Palmer, Bret Palmer, Callie A. Ostenson/Murray, Dana Lefavor, Heidi Holmers, Kelly Bunch, Megan Bunch, Oscar Palmer, Palmer Family Trust, Ryan Murray, Sophia Palmer, Pamela K. Marxen, Philip E. Miller, Robert K. Low, Roberta Schwartz, Robin L. Warner & Jon Warner, Rona Mast, Sage Realty c/o Malcolm Sage, Sandy Sandler, Sloan G. Kamenstein, Steven J. Andelman, Susan R. Andelman, Benjamin Rechler Trust c/o Mitchell Rechler, The Gaba Partnership, Willi Rechler Trust c/o Mitchell Rechler, Theresa R. Ryan and Lawrence J. Ryan Trustees, Timothy Shawn Teufel and Valerie Anne Teufel, Tracy D. Kamenstein, WDG Associates Inc Retirement Trust*

GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, Minnesota 55402
612-373-0830
    Lawrence M. Shapiro, Esq.
        Of Counsel

*Attorneys for Marion E. Apple*

BERNFELD, DEMATTEO, LLP
600 Third Avenue, 15th Floor
New York, New York 10016
212-661-1661
    Jeffrey Bernfeld, Esq.
        Of Counsel

*Attorneys for Alan Winters, Edith Schur, Frederick Konigsberg,*
  *Susan Konigsberg, Harvey L. Werner Revocable Trust U/A/D 8/31/82,*
  *Jeffrey R. Werner 11/1/98 Trust, Manfred Franitza, Margrit Franitza,*
  *Marital Trust No. 1 created under the Harvey L. Werner Revocable*
  *Trust U/A/D 8/31/82 and Werner Foundation*

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212-309-6000

        Bernard I. Garbutt, III, Esq.
           Of Counsel

*Attorneys for Kostin Company*

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
212-728-8000
        Joseph T. Baio, Esq.
        Todd G. Cosenza, Esq.
           Of Counsel

*Attorneys for Westport National Bank, a division of Connecticut*
   *Community Bank, N.A.*

ELLIOT G. SAGOR, ESQ., *Pro Se*
470 Park Avenue South, 10th Floor North
New York, New York 10016
212-696-4848

MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
212-594-5300
        Matthew Gluck, Esq.
        Matthew A. Kupillas, Esq.
        Jennifer L. Young, Esq.
        Joshua E. Keller, Esq.
           Of Counsel

*Jointly with Seeger Weiss LLP, attorneys for Jan Marcus Capper, Gary Albert, Jerry Guberman Trust Dated 12/23/93, Harold A. Thau (IRA), John Denver Concerts Inc. Pension Plan Trust, Joseph Sloves (IRA), Laurence E. Leif, Onesco International, Ltd., Potamkin Family Foundation I, Inc., June Pollack T/O/D to Keith L. Pollack and Cary G. Pollack, Linda Berger Howard Berger J/T WROS, Judith Rock Goldman, Anita Karimian, Gary L. Harnick (IRA), William M. Wiessner Family Trust, /Sheila A. Woessner Family Trust TIC, Jonathan Michaeli (IRA), The Adina Michaeli Revocable Trust, Trudy Schlachter, Gerald Blumenthal (IRA), Steven v. Marcus Separate Property Marcus Family Trust, Richard Roth (IRA), Richard Roth, Lynda Roth, Michael Roth, Michael Roth (IRA), Florence Roth, Lester Kolodny (IRA), P. Charles Gabriele (IRA), Delia Gail Rosenberg, Aspen Fine Arts Co., Elizabeth Harris Brown, The Douglas G. Brown Revocable Trust, Do Stay, Inc., Elbert R. Brown, Trustee, Viola Brown, Trustee U/T/D 12/29/88, Lawrence I Brown and Barbara Brown J/T WROS, Lewis R. Frank, Martin Gelman & Michael Dancer JT/WROS, Barbara Harris, Deborah Katz, Jack Kaufman and Phyllis Kaufman J/T WROS, Michael Mathias and Stacey Mathias J/T WROS, Katharine Brown Trust, Barbara Schlossberg, Bernard Seldon, Jonathan Sobin, Leila F. Sobin*

SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, New York 10005
212-584-0700

>     Stephen A. Weiss, Esq.
>     Parvin K. Aminolroaya, Esq.
>         Of Counsel

*Attorneys for Melvyn Weiss and Barbara Weiss JTWROS*

K&L GATES LLP
1601 K Street NW
Washington, DC 20006
202-661-3730
>     Richard A. Kirby, Esq.
>     Laura K. Clinton, Esq.
>         Of Counsel

*Attorneys for Joel A. and Kerry E. Blum, Jt. Owners,*
   *Norman J. Blum Living Trust*

DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
212-768-6889
>     Carol Neville, Esq.
>         Of Counsel

*Attorneys for Davina Greenspan & Lori Friedman, Toby Hobish (IRA),*
   *Alvin Gindel Revocable Trust Agreement, Estate of Helen Shurman,*
   *Lapin Children LLC, Laura Guggenheimer Cole, Norma Shapiro (IRA),*
   *Norma Shapiro Trustee, Norma Shapiro, Barbara Berdon, Epic*
   *Ventures LLC, David R. Markin 2003 Trust, David Markin, Cecile Rudnick*

LAX & NEVILLE LLP
1450 Broadway, 35th Floor
New York, New York 10018
212-696-1999
>     Barry R. Lax, Esq.
>     Brian J. Neville, Esq.
>         Of Counsel

*Attorneys for Mary Albanese IRA, Dominick Albanese Trust Account B, David Belosa & Bari Belosa J/T WROS, Gordon Bennet 1988 Trust, Watershed Foundation, Harriet Bergman, Leonard Bergman Credit Shelter Trust FBO Harriet Bergman, Adriane Biondo, Audrey and Robert Orenbach, Mildred Wang, Shelley Roth, Ira Roth, Alexander Roth, Evan Roth, Jordan Roth, Brow Family Partnership, Carol Bulman (IRA), William Jay Cohen, Trustee, Elinor P. Cohen Trustee Dated 11/14/89 FBO Eleanor P. Cohen, Coronado S A, Jacob Davis and Marilyn Davis, Trustees, Jacob Davis IRA, Marilyn Davis & Jacob Davis ttees UTA by Marilyn Davis, Karl Drobitsky, Richard Eaton IRA, Fammad LLC, Myron Feuer IRA, Peds Retirement Trust, PJFN Investors LP, Selma Fox IRA, Jerome Fox IRA, Fox Family Partnership LLC, Accu Plan Employees' Profit Shareing Trust, Constance Friedman, Allan Robert Greene, Julia Greene, Allen Robert Greene as custodian, Bruce Hector MD, Jay M. Izes IRA, Dori Kamp, Howard L.*

*Kamp, Abe Kleinman IRA, Bonnie Kansler IRA, Dale Kleinman, Marjorie Kleinman, Matthew Kansler, Deborah Kaye, Elliot Kaye, Lawrence Kaye Trustee Evelyn Kaye Trust FBO Judith Knight et al., Lawrence Kaye and Susan Kaye Trustees, Lawrence Kaye IRA, Paul Kaye, Robert Kehlmann Trustee, Trust FBO Ephraim Kehlmann U/A DTD 12/30/72, Robert Kehlmann and Diana Tosto Kehlmann, Robert Kehlmann Trustee Tst UW William Kehlmann 1/23/65, Zipora Wagreich Trustee U/A Dtd 11/6/90, Donald S. Kent, Madeline R. Kent Living Trust, Sheila Kolodny, The Korn Family Limited Partnership, Robert Korn Revocable Trust, Donna Lefkowitz Revocable Trust dtd 12/13/04, Laurence E. Leif IRA, Rose Less, Ruth Mechaneck, The Mechaneck Rev Liv Trust DTD 5/11/94, Harriet K. Meiss Trust, morse Family Foundation Inc., Linda Morese Revocable Trust dated 6/18/93, John Maccabee & Sherry More Maccabee Living Trust Dated 1/24/97, The HO Marital Appointment Trust, Michael Oshry, Suzanne Oshry & Meryl Evans Co-Trustees, White Orchard Investments, Ltd, Harry Pech and Jeffry Pech J/T WROS, Lanny Rose, JIR Enterprises LLC, Kenneth E. Roth, Elaine C. Schlessberg Trust Dated 8/26/2004, Norman Schlessberg Trust/Trustee, Robert L. Schwartz 2004 Revocable Trust Agreement, Anne Squadron IRA, Anne Strickland Squadron, Alana D. Gold, Alexander Squadron, Anna Rothwell, Arthur and Eleanor Squadron, William Squadron and Debra Lagapa, Catherine Shea, Daniel Squadron, Elena Prohaska Glinn, Elizabeth Shea, Eric Grode and Elizabeth Harre, Sarah B. Harre, Swing and David Harre, Jacob Squadron, Justin Shea, Laurel Squadron, Michael and Marcy Squadron, Neill P. Squadron, Pasquale and Marianna Bernardin, Peter and Carol Gold, Richard Squadron and Theodosia Price, Robert Vas Dias and Margaret Butcher, Samuel Squadron, Sarah D. Gold, Seth and Elizabeth Squadron, Vanessa Gang, Angelo Viola, Angelo Viola IRA, Laura Weill, Bette Wilkes, Jennie Wilkes, Sanuel Wilkes, Stephen Wilkes, Alan Goldstein IRA, Stephen Weisser, Barbara L. Larid c/o Roger Williams, Roger Williams and Miriam L. Williams*

KACHROO LEGAL SERVICES P.C.
245 Park Avenue, 39th Floor
New York, New York 10167
212-372-8939
    Gaytri D. Kachroo, Esq.
        Of Counsel

*Attorneys for The Diana Melton Trust, Dated 12/05/05*

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box is the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

N/A

**Part 5: Sign below**

/s/ Paula J. Warmuth                                         Date: January 5, 2015
Signature of attorney for appellant(s)
(or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Stim & Warmuth, P.C.
Paula J. Warmuth
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Email: pjw@stim-warmuth.com
Glenn P. Warmuth
Email: gpw@stim-warmuth.com

Fee waiver notice: if appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.