# EXHIBIT 2
## Claimants Raising Inter-Account Transfer Issue But No Transfers Occurred[1]

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection to Determination Docket Number | Counsel Name or Pro Se |
|---|---|---|---|---|---|---|
| Ari Jaffe, Esquire | 100051 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100052 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100053 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100054 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100070 | No | 1ZA354 | Reaven Group | 2094 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100424 | No | 1ZA354 | Reaven Group | 2094 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100051 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100052 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100053 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| Ari Jaffe, Esquire | 100054 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| David And Irma Gross | 000058 | Yes | 1CM404 | David Gross And Irma Gross J/T Wros | 1133 | Akerman Senterfitt LLP |
| David Gross | 100434 | Yes | 1CM404 | David Gross And Irma Gross J/T Wros | 1133 | Akerman Senterfitt LLP |
| David Gross And Irma Gross | 015790 | Yes | 1CM404 | David Gross And Irma Gross J/T Wros | 1133 | Akerman Senterfitt LLP |
| Diana Melton Trust Dated 12-5-05 | 008648 | No | 1ZA699 | Diana Melton Trust Dtd 12/5/05 | 874 | Milberg LLP |

---

[1] This exhibit excludes claims and objections raising the Inter-Account Transfer Issue that have since been withdrawn.

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection to Determination Docket Number | Counsel Name or Pro Se |
|---|---|---|---|---|---|---|
| Dr. Leon I. Fink, MD | 001437 | Yes | 1ZA357 | Dr Leon I Fink Md Retirement Trust | 823 | Pro Se Filing |
| Elisabeth Fishbein | 013314 | No | 1ZA302 | Elisabeth Fishbein | 3822 | Pryor Cashman LLP |
| Jan Bernstein And Ken Bernstein Jt/Wros | 013294 | No | 1ZA804 | Jan Bernstein And Kenneth Bernstein J/T Wros | 3824 | Pryor Cashman LLP |
| John Maccabee & Sherry Morse Maccabee Living Trust Dated 1/24/97 | 010609 | Yes | 1M0002 | John Maccabee & Sherry Morse Maccabee | 3550 | Bernfeld, Dematteo & Bernfeld, LLP |
| Josef Mittlemann, President | 100256 | Yes | 1KW357 | The Mittlemann Family Foundation | 2901 | Pro Se Filing |
| Josef Mittlemann, President | 100359 | Yes | 1KW357 | The Mittlemann Family Foundation | 2901 | Pro Se Filing |
| Josef Mittlemann, President | 100418 | Yes | 1KW357 | The Mittlemann Family Foundation | 2901 | Pro Se Filing |
| Josef Mittlemann, President | 100429 | Yes | 1KW357 | The Mittlemann Family Foundation | 2901 | Pro Se Filing |
| Kara Fishbein Goldman And Steven Goldman J/T Wros | 013307 | Yes | 1ZA303 | Kara Fishbein Goldman And Steven Goldman J/T Wros | 3825 | Pryor Cashman LLP |
| Leon Fink | 001436 | Yes | 1ZR030 | Millennium Trust Company, LLC FBO Leon Fink (26908) | 823 | Pro Se Filing |
| Lynn Ott | 003491 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Lynn Ott | 003492 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Lynn Ott | 003491 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| Lynn Ott | 003492 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| NTC & Co Norma Fishbein Ira | 014308 | Yes | 1ZR248 | Millennium Trust Company, LLC FBO Norma Fishbein (108988) | 3820 | Pryor Cashman LLP |
| NTC & Co Norma Fishbein Ira | 014308 | Yes | 1ZR248 | Millennium Trust Company, LLC FBO Norma Fishbein (108988) | 3947 | Pryor Cashman LLP |
| NTC & Co. Fbo Ken Macher (95448) | 001831 | Yes | 1ZR049 | Millennium Trust Company, LLC FBO Ken Macher (95448) | 1046 | Pro Se Filing |

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection to Determination Docket Number | Counsel Name or Pro Se |
|---|---|---|---|---|---|---|
| Optima Limited Partnership C/O Rachel Sha | 011568 | No | 1FR063 | Optima Limited Partnership C/O Maples & Calder Ugland Hse | 3640 | Moses & Singer LLP |
| Oxford Envelope Corporation | 013402 | No | 1ZA865 | Oxford Envelope Corporation C/O Hertz Herson & Co LLP | 3827 | Pryor Cashman LLP |
| Premero Investment Ltd. | 004772 | Yes | 1FN097 | Premero Investment Ltd Ii | 986 | Herrick, Feinstein LLP |
| Reaven Group, C/O Albert Reaven | 004498 | No | 1ZA354 | Reaven Group | 2094 | Kohrman Jackson & Krantz PLL |
| Robert Rosenberg (Deceased) | 003490 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Robert Rosenberg (Deceased) | 003493 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1788 | Kohrman Jackson & Krantz PLL |
| Robert Rosenberg (Deceased) | 003490 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| Robert Rosenberg (Deceased) | 003493 | No | 1EM302 | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 2833 | Kohrman Jackson & Krantz PLL |
| The Fishbein Family Interstitial Cystitis Rsch Fnd, C/O Robert Fishbein | 013296 | Yes | 1ZB334 | The Fishbein Family Interstitial Cystitis Rsch Fdn | 3823 | Pryor Cashman LLP |
| The Mittlemann Family Foundation | 003370 | Yes | 1KW357 | The Mittlemann Family Foundation | 2901 | Pro Se Filing |
| Urte Franitza-Goldstein & Karen Fenner | 000862 | Yes | 1ZB315 | Franitza Family Limited Partnership | 3241 | Bernfeld, Dematteo & Bernfeld, LLP |
| Weithorn/Casper Associates For Selected Holdings LLC | 005627 | Yes | 1CM396 | Weithorn/Casper Associate For Selected Holdings LLC | 2098 | Becker, Glynn, Melamed & Muffly LLP |