BECKER & POLIAKOFF LLP
45 Broadway
New York, New York 10006
(212) 599-3322
Helen Davis Chaitman
hchaitman@bplegal.com
*Attorneys for the claimants listed
on Exhibit A hereto*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the claimants listed on **Exhibit A** hereto (the "Customers"), by their attorneys, Becker & Poliakoff LLP, hereby appeal under 28 U.S.C. § 158(a)(1) from the *Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts* [Docket No. 8857] entered on December 22, 2014 (annexed hereto as **Exhibit B**), and related *Memorandum Decision Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfer Between BLMIS Accounts* [Docket No. 8680] entered on December 8, 2014 (annexed hereto as **Exhibit C**).

{N0065518 2}

The names of the parties to the orders and telephone numbers of counsel are as follows:

| Appellants: | Counsel: |
|---|---|
| Claimants listed on Exhibit A hereto | Helen Davis Chaitman<br>Becker & Poliakoff LLP<br>45 Broadway, 8th Floor<br>New York, NY 10006<br>(212) 599-3322 |
| Appellees:<br><br>Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff | Counsel:<br><br>David J. Sheehan<br>Jorian L. Rose<br>Amy E. Vanderwal<br>Seanna R. Brown<br>Bik Cheema<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>(212) 589-4200 |

January 5, 2015

                      **BECKER & POLIAKOFF LLP**

               By: */s/ Helen Davis Chaitman*

                    Helen Davis Chaitman
                    45 Broadway
                    New York, New York 10006
                    (212) 599-3322

                    *Attorneys for the Claimants listed on*
                    *Exhibit A attached hereto*

## **CERTIFICATE OF SERVICE**

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2015

*/s/ Chelsey Davis*