STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SECURITIES INVESTOR PROTECTION                  Adv. Proc. No.
CORPORATION,                                    08-01789 (SMB)

               Plaintiff-Applicant,            SIPA LIQUIDATION

     v.                                         (Substantively
                                                   Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.
-----------------------------------x
In Re:

BERNARD L. MADOFF,

               Debtor.
-----------------------------------x

## CERTIFICATE OF SERVICE

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On January 5, 2015, I caused a true and correct copy of the

most-138

notice of appeal to be electronically filed with the Court [ECF No. 8913] and served upon the parties to this action who receive electronic service through ECF.

Dated: Farmingville, NY
       January 6, 2015

                      STIM & WARMUTH, P.C.

               By: /s/
                    PAULA J. WARMUTH
                    Attorney for Claimant,
                    Michael Most
                    2 Eighth Street
                    Farmingville, NY 11738
                    Telephone: 631-732-2000
                    Facsimile: 631-732-2662
                    Paula J. Warmuth
                    Email: pjw@stim-warmuth.com
                    Glenn P. Warmuth
                    Email: gpw@stim-warmuth.com