**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT A. MEISTER,<br><br>        Defendant. | Adv. Pro. No. 10-04409 (SMB) |

**AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014.

2. Fact Discovery shall be completed by: April 1, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: November 17, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015.

5. The Disclosure of Rebuttal Experts shall be due: July 29, 2015.

6. The Deadline for Completion of Expert Discovery shall be: October 27, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 28, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 11, 2016.

9. The Deadline for Conclusion of Mediation shall be: On or before May 10, 2016.

Dated: New York, New York  
       January 6, 2015

BAKER & HOSTETLER LLP

By: */s/ Robertson D. Beckerlegge*  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
Robertson D. Beckerlegge  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*