**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINE THIRTY LL INVESTMENTS, LLC, a Delaware limited liability company, NINE THIRTY CAPITAL PARTNERS, LLC, a Delaware limited liability company, LEVY FAMILY PARTNERS LLC, a Delaware limited liability company, NINE THIRTY PARTNERS HOLDINGS, LLC, a Delaware limited liability company, and STUART J. RABIN,<br><br>Defendants. | Adv. Pro. No. 10-04443 (SMB) |

300345915

### **STIPULATION FOR EXTENSION OF TIME TO RESPOND FOR DEFENDANT LEVY FAMILY PARTNERS LLC**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before which defendant Levy Family Partners LLC ("Defendant") may move, answer or otherwise respond to the Complaint is extended up to and including April 16, 2015.

The purpose of this stipulated extension is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 8762) in the above-captioned case (No. 08-01789 (SMB)).

300345915

Dated: January 6, 2015

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: *s/ Nicholas J. Cremona* |
| 11601 Wilshire Boulevard, Suite 1400 | 45 Rockefeller Plaza |
| Los Angeles, California 90025-0509 | New York, New York 10111 |
| Telephone: 310.820.8800 | Telephone: 212.589.4200 |
| Facsimile: 310.820.8859 | Facsimile: 212.589.4201 |
| Michael R. Matthias | David J. Sheehan |
| Email: mmatthias@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

| | |
|---|---|
| Of Counsel: | **WOLFF & SAMSON PC** |
| **SPERLING & SLATER** | By: *s/ Ronald L. Israel* |
| 55 W. Monroe Street, Suite 3200 | 140 Broadway, 46th Floor |
| Chicago, Illinois 60603 | New York, New York 10005 |
| Telephone: 312.641.3200 | Telephone: 973.530.2045 |
| Facsimile: 312.641.6492 | Facsimile: 973.530.2245 |
| Michael G. Dickler | Ronald L. Israel |
| Email: mdickler@sperling-law.com | Email: risrael@wolffsamson.com |
| | Karen L. Gilman |
| | Email: kgilman@wolffsamson.com |

*Attorneys for Defendant Levy Family Partners LLC*

2

300345915