UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                         )   ss:
COUNTY OF DALLAS     )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 26, 2014, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000491)

Executed on  Jan. 6 , 2015

John S. Franks

Sworn to and subscribed before me this 6ᵗʰ day of January, 2015



(SEAL)

Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900491**
**12/26/2014**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Dolos XIII LLC | c/o Fortress Investment Group LLC, Credit Funds | David Sharpe | 1345 Avenue of the Americas, 23rd Floor | New York | NY | 10105 | |