**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> PLAFSKY FAMILY LLC RETIREMENT PLAN; ROBERT PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; ESTATE OF NATHAN PLAFSKY; ROBERT PLAFSKY, in his capacity as Personal Representative of the Estate of Nathan Plafsky; and EDNA KAMINSKI, <br><br> Defendants. | Adv. Pro. No. 10-05150 (SMB) |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Plafsky Family LLC Retirement Plan, Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan, Nathan Plafsky, and Edna Kaminski; and

**WHEREAS**, Edna Kaminski died on June 22, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Kathryn L. Hvasta as the personal representative of the Estate of Edna Kaminski, as follows:

1.      The Estate of Edna Kaminski[1] (the "Estate"), and Kathryn L. Hvasta, in her capacity as the personal representative of the Estate (collectively referred to as "Defendants"), are hereby substituted into this action in place of Edna Kaminski, deceased, and the Complaint shall be deemed so amended.  Attached as Exhibit A to this Stipulation is the caption as amended removing Edna Kaminski and substituting the Estate of Edna Kaminski and Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski.

2.      The Clerk of the Court is hereby directed to amend the caption to remove Edna Kaminski and substitute the Estate of Edna Kaminski and Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski, as reflected on Exhibit A to this Stipulation.

---

[1] *In the Matter of the Estate of Edna C. Kaminski*, *Deceased*, Docket No. 245771, State of New Jersey, Middlesex County Surrogate's Court.

3.      Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  January 6, 2015

New York, New York

| BAKER & HOSTETLER LLP | BECKER & POLIAKOFF, LLP |
|---|---|
| By: */s/ Nicholas J. Cremona* | By: */s/ Helen Davis Chaitman* |
| 45 Rockefeller Plaza | 45 Broadway, 8th Floor |
| New York, New York 10111 | New York, New York 10008 |
| Telephone:  212.589.4200 | Telephone: 212.599.3322 |
| Facsimile:  212.589.4201 | Facsimile: 212.557.0295 |
| David J. Sheehan | Helen Davis Chaitman |
| Email:  dsheehan@bakerlaw.com | E-mail: hchaitman@becker-poliakoff.com |
| Nicholas J. Cremona | Peter W. Smith |
| Email:  ncremona@bakerlaw.com | Email: psmith@becker-poliakoff.com |
| | Julie Gorchkova |
| | Email: jgorchkova@becker-poliakoff.com |
| *Attorneys for Plaintiff Irving H. Picard,* | |
| *Trustee for the Liquidation of Bernard L.* | |
| *Madoff Investment Securities LLC* | *Attorneys for Defendants Estate of* |
| *and for the Estate of Bernard L. Madoff* | *Edna Kaminski and Kathryn L. Hvasta* |

SO ORDERED.

Dated: January 6th, 2015                        /s/ STUART M. BERNSTEIN
New York, New York                        HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> PLAFSKY FAMILY LLC RETIREMENT PLAN; ROBERT PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; ESTATE OF NATHAN PLAFSKY; ROBERT PLAFSKY, in his capacity as Personal Representative of the Estate of Nathan Plafsky; ESTATE OF EDNA KAMINSKI; and KATHRYN L. HVASTA, in her capacity as Personal Representative of the Estate of | Adv. Pro. No. 10-05150 (SMB) |

Edna Kaminski,

Defendants.