**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BENNETT M. BERMAN TRUST,<br><br>THE ESTATE OF BENNETT M. BERMAN,<br><br>JEFFREY BERMAN FOUNDATION, | Adv. Pro. No. 10-05293 (SMB) |

> JEFFREY A. BERMAN, individually, in his capacity as Trustee of the Bennett M. Berman Trust, in his capacity as trustee of the Jordan Finnegan Trust, and in his capacity as personal representative of the Estate of Bennett M. Berman, and
>
> JEFFREY STAVIN, in his capacity as Trustee of the Bennett M. Berman Trust,
>
>                     Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Bennett M. Berman Trust, the Estate of Bennett M. Berman, Jeffrey Berman Foundation, and Jeffrey A. Berman, individually, in his capacity as Trustee of the Bennett M. Berman Trust, in his capacity as trustee of the Jordan Finnegan Trust, and in his capacity as personal representative of the Estate of Bennett M. Berman (the "Berman Defendants"), by and through their counsel, Goodwin Procter LLP, and defendant Jeffrey Stavin (the "Stavin Defendant", together with the Berman Defendants, the "Defendants"), by and through his counsel, Troutman Sanders LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 7, 2010, the Trustee filed and served the Complaint against the Defendants, among others.

2. On January 17, 2014, the Stavin Defendant served an answer on the Trustee.

3. On December 22, 2014, defendants Jeffrey A. Berman and Jeffrey Berman Foundation entered into a settlement agreement pursuant to the Settlement Procedures Order,

2

entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. Jeffrey A. Berman represents that defendants Bennett M. Berman Trust and the Estate of Bennett M. Berman have been closed. The Stavin Defendant was sued in his capacity as trustee of the Bennett M. Berman Trust.

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to the dismissal with prejudice of the Trustee's claims against Defendants.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 6, 2015

**BAKER & HOSTETLER LLP**

By: /s/ Marc E. Hirschfield
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jessica Schichnes

Email: jschichnes@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

**GOODWIN PROCTER LLP**

By: /s/ Christopher Newcomb
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7285
Christopher Newcomb
cnewcomb@goodwinprocter.com

Exchange Place
Boston, MA 02109
Telephone: (617) 570-1970
David J. Apfel
Email: dapfel@goodwinprocter.com

*Attorneys for Defendants Jeffrey Berman, the Estate of Bennett M. Berman, the Bennett M. Berman Trust and the Jeffrey Berman Foundation*

**TROUTMAN SANDERS LLP**

By: /s/ Stephen G. Rinehart
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6305
Stephen G. Rinehart
Email: stephen.rinehart@troutmansanders.com

*Attorneys for Defendant Jeffrey Stavin*

**SO ORDERED** this 6th day of January, 2015.

/s/ STUART M. BERNSTEIN
STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4