**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>      Plaintiff-Applicant, <br><br>    v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>      Plaintiff, <br><br>    v. <br><br> SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, ZEV | Adv. Pro. No. 10-04488 (SMB) |

WOLFSON, in his capacity as trustee u/i/t f/b/o Aaron Wolfson and Alisa Wolfson and individually, A. TRUST, AA. TRUST, A.O.N. TRUST, AARON TRUST, ABRAHAM ADEFF, ABRAHAM TRUST, ABRAHAM N. TRUST, AL. TRUST, ALISA TRUST, A.N. TRUST, GOLDIE APPELGRAD, individually and in her capacity as a joint tenant of Simcha & Goldie Applegrad, as j/t/w/r/o/s, SIMCHA APPELGRAD, individually and in his capacity as a joint tenant of Simcha & Goldie Applegrad, as j/t/w/r/o/s, DAVID G. AVIV, MIRIAM BEREN, B.F.&W. REALTY COMPANY, a New York limited partnership, HELEN ELBAUM, in her capacity as custodian for Zelda Elbaum and Ruth Elbaum, ZELDA ELBAUM, RAZEL FASKOWITZ, ROSLYN GETTINGER, MORRIS GOLDSTEIN, SAMUEL GOLDSTEIN, ISRAEL GROSSMAN, KALMAN HALPERN, ZEVI HARRIS, JOSEPH KATZ, BESSIE KAUFMAN, individually and in her capacity as joint tenant of David & Bessie Kaufman, as j/t/w/r/o/s, DAVID KAUFMAN, individually and in his capacity as joint tenant of David & Bessie Kaufman, as j/t/w/r/o/s, SARA KLEIN, individually and in her capacity as joint tenant of joint tenant of Sol & Sara Klein, as j/t/w/r/o/s, SOL KLEIN, individually and in his capacity as joint tenant of Sol & Sara Klein, as j/t/w/r/o/s, ALBERT KLEINMAN, MOSES LEITER, individually and in his capacity as joint tenant of Moses & N. Zwi Leiter, j/t/w/r/o/s, N. ZWI LEITER, individually and in her capacity as joint tenant of Moses & N. Zwi Leiter, j/t/w/r/o/s, GERDA LEVINSOHN, HYMAN MANDELBAUM, MAX MANDIS, individually and in his capacity as joint tenant of Max Mandis & Freda Rosenberg, as j/t/w/r/o/s, ANTHONY MARGADONNA, individually and in his capacity as joint tenant of Anthony & Julia Margadonna, as j/t/w/r/o/s, JULIA MARGADONNA, individually and in her capacity as joint tenant of Anthony & Julia Margadonna, as j/t/w/r/o/s, CLARA METH, MORRIS MILEWSKI, MORRIS NUSSBAUM, MARY PETERS, R. TRUST, R.A. TRUST, REBECCA TRUST, IRVING ROSEN, FREDA ROSENBERG, individually and in her capacity as

2

joint tenant of Max Mandis & Freda Rosenberg, as
j/t/w/r/o/s, LEO SCHECHTER, BENJAMIN
SCHENKER, individually and in his capacity as
joint tenant of Benjamin & Minnie Schenker, as
j/t/w/r/o/s,  MINNIE SCHENKER, individually and
in her capacity as joint tenant of Benjamin &
Minnie Schenker, as j/t/w/r/o/s, MILDRED
SHAPIRO, individually and in her capacity as joint
tenant of Rabbi Solomon B. & Mildred Shapiro, as
j/t/w/r/o/s, RABBI SOLOMON B. SHAPIRO,
individually and in his capacity as joint tenant of
Rabbi Solomon B. & Mildred Shapiro, as
j/t/w/r/o/s, LEON SHIFFMAN, LEE SIEGMUND,
NACHEMA SINGER, SARAH SPINDELL,
CHAIM TWERKSY, individually and in their
capacity as a joint tenant of Chaim & Rachel
Twersky, as j/t/w/r/o/s, RACHEL TWERSKY,
individually and in her capacity as a joint tenant of
Chaim & Rachel Twersky, as j/t/w/r/o/s, ERNEST
WACHTEL, individually and in his capacity as
joint tenant of Ernest & Rose Wachtel, as
j/t/w/r/o/s, ROSE WACHTEL, individually and in
her capacity as joint tenant of Ernest & Rose
Wachtel, as j/t/w/r/o/s, MAX WEIL, CHANA
WOLFSON, HELEN YOUNGER, AARON
ZEITLIN, individually and in his capacity as
trustee for Abraham Trust, Rebecca Trust, Alisa
Trust, Aaron Trust, Abraham N. Trust, R.A. Trust,
Al. Trust, Aa. Trust, A.N. Trust, R. Trust, A. Trust,
and A.O.N. Trust, and RACHEL ZEITLIN,

                                    Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

300346014.1

1.        The Initial Disclosures were exchanged on: June 6, 2014

2.        Fact Discovery shall be completed by: July 1, 2015

3.        The Disclosure of Case-in-Chief Experts shall be due: September 29, 2015

4.        The Disclosure of Rebuttal Experts shall be due: November 28, 2015

5.        The Deadline for Completion of Expert Discovery shall be: February 29, 2016

6.        The Deadline for Service of a Notice of Mediation Referral shall be:  On or before April 29, 2016

7.        The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 13, 2016

8.        The Deadline for Conclusion of Mediation shall be:  On or before September 12, 2016

Dated:  January 7, 2014

**BAKER & HOSTETLER LLP**                    **K&L GATES LLP**

By: /s *Nicholas Cremona*                         By:  /s *Richard A. Kirby*_____
45 Rockefeller Plaza                              1601 K Street NW
New York, New York 10111                         Washington, DC 20006-1600
Telephone:  212.589.4200                          Telephone: 202.661.3730
Facsimile:  212.589.4201                          Facsimile: 202.778.9100
David J. Sheehan                                  Richard A. Kirby
Email:  dsheehan@bakerlaw.com                     Email: Richard.Kirby@klgates.com
Marc E. Hirschfield                               Martha Rodriguez-Lopez
Email:  mhirschfield@bakerlaw.com                 Email: Martha.RodriguezLopez@klgates.com
Nicholas Cremona                                  Laura Clinton
Email:  ncremona@bakerlaw.com                     Email: Laura.Clinton@klgates.com
Christa C. Turner                                 Matthew D. Doden
Email: cturner@bakerlaw.com                       Email: Matt.Doden@klgates.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

                                                  *Attorneys for Defendants*

300281263

300346014.1