**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> ROBERT L. SILVERMAN, WESTPORT NATIONAL BANK, a division of CONNECTICUT COMMUNITY BANK, N.A., and PSCC SERVICES, INC., <br><br> Defendants. | Adv. Pro. No. 10-05418 (SMB) |

**NOTICE OF DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee for the liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the substantively consolidated estate of Bernard

L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, in accordance with

Federal Rule of Bankruptcy Procedure 7041(a)(1)(i) (making Federal Rule of Civil Procedure

41(a)(1) applicable in adversary proceedings), and following entry of the December 17, 2014 *Order pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement by and between the Trustee and Westport National Bank, a division of Connecticut Community Bank, N.A.,* hereby dismisses the above-captioned adversary proceeding with prejudice.

Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the court by filing this Notice of Dismissal because, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Dated: New York, New York
January 7, 2015

BAKER & HOSTETLER LLP

By: /s/ *Keith R. Murphy*
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Keith R. Murphy
kmurphy@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff