# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>SAMUEL-DAVID ASSOCIATES, LTD.; ANN M. OLESKY, individually and in her capacity as General Partner of Samuel-David Associates, Ltd.; DAVID E. OLESKY, individually and in his capacity as a Limited Partner of Samuel-David Associates, Ltd.; and SAMUEL J. OLESKY, individually and in his capacity as a Limited Partner of Samuel-David Associates, Ltd.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04453 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including May 19, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated as of: January 7, 2015

| **BAKER & HOSTETLER LLP** | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C** |
|---|---|
| By: /s/ *Nicholas J. Cremona*  <br>45 Rockefeller Plaza <br>New York, New York 10111 <br>Telephone: 212.589.4200 <br>Facsimile: 212.589.4201 <br>David J. Sheehan <br>Email: dsheehan@bakerlaw.com <br>Marc E. Hirschfield <br>Email: mhirschfield@bakerlaw.com <br>Nicholas J. Cremona <br>Email: ncremona@bakerlaw.com <br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ *Steven Eichel* <br>875 Third Avenue <br>New York, New York 10022 <br>Telephone: 212.603.6345 <br>Steven Eichel <br>Email: se@robinsonbrog.com <br><br>**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.** <br><br>2001 Bryan Street, Suite 1800 <br>Dallas, Texas 75201 <br>Telephone: 214.871.2100 <br>Facsimile: 214.871.1111 <br>Linda S. LaRue <br>Email: llarue@qsclpc.com <br>Brent J. Rodine <br>Email: brodine@qsclpc.com <br><br>*Attorneys for Defendant Samuel-David Associates, Ltd.; Ann M. Olesky, individually and in her capacity as General Partner of Samuel-David Associates, Ltd.; David E. Olesky, individually and in his capacity as a Limited Partner of Samuel-David Associates, Ltd.; and Samuel J. Olesky, individually and in his capacity as a Limited Partner of Samuel-David Associates, Ltd.* |

By: /s/ *Stuart Hirshfield*
Stuart Hirshfield
P. O. Box 127
Stockbridge, MA 01262-0127
Telephone: 917-886-7324
Facsimile: 413- 298-5478
Email: Shirshfield1@gmail.com

*Mediator.*