Howard Kleinhendler
Sara Spiegelman
WACHTEL MISSRY LLP
885 Second Avenue
New York, New York 10017
Telephone: (212) 909-9500
Facsimile: (212) 909-9417

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**STIPULATION** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>G.S. SCHWARTZ & CO., INC. and GERALD S. SCHWARTZ,<br><br>    Defendants. | Adv. Pro. No. 10-04526 (BRL) |

**WHEREAS**, Blank Rome LLP has represented Defendants in these proceedings previously; and

**WHEREAS**, Defendants in these proceedings now wish to have Wachtel Missry LLP represent them;

**IT IS HEREBY STIPULATED AND CONSENTED THAT** pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause as demonstrated herein, the law firm of Blank Rome LLP withdraws as counsel for Defendants and the law firm of Wachtel Missry LLP be and hereby is substituted as attorneys of record for Defendants G.S. Schwartz & Co., Inc. and Gerald S. Schwartz in the above section.

| **BLANK ROME LLP** | **WACHTEL MISSRY LLP** |
|---|---|
| By: /s/Philippe M. Salomon<br>　　Philippe M. Salomon<br>　　Anthony A. Mingione<br>　　405 Lexington Avenue<br>　　New York, New York 10174<br>　　(212) 885-5000<br>　　*Withdrawing Counsel for Defendants*<br>　　Dated: October __, 2014 | By: /s/ Howard Kleinhendler<br>　　Howard Kleinhendler<br>　　Sara Spiegelman<br>　　885 Second Avenue<br>　　New York, New York 10017<br>　　(212) 909-9500<br>　　*Substituting Counsel for Defendants*<br>　　Dated: October __, 2014 |

SO ORDERED

January 7th, 2015

/s/ STUART M. BERNSTEIN
U.S Bankruptcy Court
Honorable Stuart M. Bernstein