**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Esq., as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>               v.<br><br>NANCY PORTNOY,<br><br>                              Defendant. | Adv. Pro. No. 10-04659 (SMB) |

## EIGHTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on December 9, 2011

2. Fact Discovery shall be completed by: September 4, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: November 4, 2015

4. The Disclosure of Rebuttal Experts shall be due: December 4, 2015

5. The Deadline for Completion of Expert Discovery shall be: February 2, 2016

6. The Deadline to file a Notice of Mediation Referral shall be March 3, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 17, 2016

8. The Deadline for Conclusion of Mediation shall be: June 1, 2016

Dated: January 8, 2015

| | |
|---|---|
| BAKER & HOSTETLER LLP | KOSTELANETZ & FINK, L.L.P. |
| By: /s/*Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, NY 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> Christa C. Turner <br> Email: cturner@bakerlaw.com | By: /s/*Brian C. Wille* <br> 7 World Trade Center <br> New York, New York 10007 <br> Telephone: 212.808.8100 <br> Facsimile: 212.808.8108 <br> Brian C. Wille <br> Email: bwille@kflaw.com <br> Christopher M. Ferguson <br> Email: cferguson@kflaw.com |
| *Attorneys for Irving H. Picard, Esq., as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* | *Attorneys for Defendant Nancy Portnoy* |