**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>GAIL NESSEL,<br><br>         Defendant. | Adv. Pro. No. 10-04395 (SMB) |

## NINTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  Fact Discovery shall be completed by: October 15, 2015.

2.  The Disclosure of Case-in-Chief Experts shall be due: January 15, 2016.

3.  The Disclosure of Rebuttal Experts shall be due: February 15, 2016.

4.  The Deadline for Completion of Expert Discovery shall be: May 13, 2016.

5.  The Deadline to file a Notice of Mediation Referral shall be: July 12, 2016.

6.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 26, 2016.

7.  The Deadline for Conclusion of Mediation shall be: November 23, 2016.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Pg 3 of 3

<div style="display:flex">

Dated: New York, New York
      January 8, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email:  dhunt@bakerlaw.com
Farrell A. Hochmuth
Email:  fhochmuth@bakerlaw.com

BAKER & HOSTETLER LLP

By:  */s/ Nicholas J. Cremona*
   45 Rockefeller Plaza
   New York, New York 10111
   Telephone: (212) 589-4200
   Facsimile: (212) 589-4201
   David J. Sheehan
   Email:  dsheehan@bakerlaw.com
   Marc E. Hirschfield
   Email:  mhirschfield@bakerlaw.com
   Nicholas J. Cremona
   Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

</div>