**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                            Plaintiff,<br><br>            v.<br><br>THE ARTICLE FOURTH NON-EXEMPT TRUST CREATED UNDER THE LEO M. KLEIN TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, a Florida trust, THE LEO M. KLEIN REVOCABLE TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, a Florida trust, GLORIA C. KLEIN REVOCABLE TRUST DATED APRIL 16, 1990, AS AMENDED, a Florida trust, | Adv. Pro. No. 10-04513 (SMB) |

300346902

ESTATE OF LEO M. KLEIN, ESTATE OF GLORIA C. KLEIN, GLORIA C. KLEIN TRUST F/B/O/ JANE KLEIN, a Florida Trust, JANE A. KLEIN, as trustee, personal representative, and as an individual, GLORIA C. KLEIN TRUST F/B/O/ DEBORAH KLEIN PATTON, a Florida trust, DEBORAH KLEIN PATTON as trustee and as an individual, and JUSTIN ANDREW KLEIN,

                              Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures: have been exchanged

2. Fact Discovery shall be completed by: April 14, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: June 2, 2015

4. The Disclosure of Rebuttal Experts shall be due: July 2, 2015

5. The Deadline for Completion of Expert Discovery shall be: October 30, 2015

6. The Deadline to File the Notice of Mediator Referral shall be: November 30, 2015

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 14, 2015

8. The Deadline for Conclusion of Mediation shall be: April 29, 2016

300346902

Dated:  New York, New York
      January 9, 2015

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: *s/ Nicholas J. Cremona* |
| 11601 Wilshire Boulevard, Suite 1400 | David J. Sheehan |
| Los Angeles, California 90025-0509 | Marc E. Hirschfield |
| Telephone:  310.820.8800 | Nicholas J. Cremona |
| Facsimile:  310.820.8859 | 45 Rockefeller Plaza |
| Michael R. Matthias | New York, NY 10111 |
| Email:  mmatthias@bakerlaw.com | Telephone: (212) 589-4200 |
| Teresa C. Chow | Facsimile: (212) 589-4201 |
| Email:  tchow@bakerlaw.com | |
| | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |