# EXHIBIT B

BLMIS ACCOUNT NO. 1E0128 - ENHANCEMENT GROUP C/O RICHARD GLANTZ

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/1992 | CHECK WIRE | 3,200,000 | 3,200,000 | - | - | - | 3,200,000 | - | - | - | - | - | - | - |
| 11/30/1992 | CHECK WIRE | (3,197,516) | - | (3,197,516) | - | - | 2,484 | - | - | - | - | - | (3,197,516) | - |
| | Total: | | $ 3,200,000 | $ (3,197,516) | $ - | $ - | $ 2,484 | $ - | $ - | $ - | $ - | $ - | $ (3,197,516) | $ - |

**BLMIS ACCOUNT NO. 1M0057 - MERWIN ASSOCIATES LTD C/O RICHARD GLANTZ**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/1992 | CHECK WIRE | 24,000,000 | 24,000,000 | - | - | - | 24,000,000 | - | - | - | - | - | - | - |
| 11/30/1992 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 27,000,000 | - | - | - | - | - | - | - |
| 11/30/1992 | CHECK WIRE | (26,981,338) | - | (26,981,338) | - | - | 18,662 | - | - | - | - | - | (26,981,338) | - |
| | Total: | | $ 27,000,000 | $ (26,981,338) | $ - | $ - | $ 18,662 | $ - | $ - | $ - | $ - | $ - | $ (26,981,338) | $ - |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers - Principal | 2-Year Fraudulent Transfers - Fictitious Profits | 6-Year Fraudulent Transfers - Principal | 6-Year Fraudulent Transfers - Fictitious Profits | Full History Fraudulent Transfers - Principal | Full History Fraudulent Transfers - Fictitious Profits |
| 11/19/1992 | CHECK WIRE | 2,800,000 | 2,800,000 | - | - | - | 2,800,000 | - | - | - | - | - | - | - |
| 11/19/1992 | CHECK WIRE | 2,300,000 | 2,300,000 | - | - | - | 5,100,000 | - | - | - | - | - | - | - |
| 12/7/1992 | CHECK WIRE | 1,400,000 | 1,400,000 | - | - | - | 6,500,000 | - | - | - | - | - | - | - |
| 1/19/1993 | CHECK | 150,000 | 150,000 | - | - | - | 6,650,000 | - | - | - | - | - | - | - |
| 3/31/1993 | CHECK | (220,000) | - | (220,000) | - | - | 6,430,000 | - | - | - | - | - | (220,000) | - |
| 4/28/1993 | CHECK | (50,000) | - | (50,000) | - | - | 6,380,000 | - | - | - | - | - | (50,000) | - |
| 5/20/1993 | CHECK WIRE | (4,687,531) | - | (4,687,531) | - | - | 1,692,469 | - | - | - | - | - | (4,687,531) | - |
| 9/15/1993 | CHECK | (50,000) | - | (50,000) | - | - | 1,642,469 | - | - | - | - | - | (50,000) | - |
| 1/14/1994 | TRANS FROM 1ZB12830 (1ZB128) | 2,644,977 [1] | - | - | 2,467,003 | - | 4,109,472 | - | - | - | - | - | - | - |
| 1/14/1994 | TRANS FROM 1ZA16930 (1ZA169) | 58,047 [2] | - | - | - | - | 4,109,472 | - | - | - | - | - | - | - |
| 1/27/1994 | TRANS FROM 1ZA95530 (1ZA955) | 57,831 [1] | - | - | 49,263 | - | 4,158,735 | - | - | - | - | - | - | - |
| 1/27/1994 | TRANS FROM 1ZA95430 (1ZA954) | 93,633 [1] | - | - | 80,000 | - | 4,238,735 | - | - | - | - | - | - | - |
| 2/3/1994 | CHECK | (40,000) | - | (40,000) | - | - | 4,198,735 | - | - | - | - | - | (40,000) | - |
| 3/8/1994 | CHECK | 10,000 | 10,000 | - | - | - | 4,208,735 | - | - | - | - | - | - | - |
| 3/8/1994 | CHECK | (100,000) | - | (100,000) | - | - | 4,108,735 | - | - | - | - | - | (100,000) | - |
| 3/23/1994 | TRANS FROM 1ZA95530 (1ZA955) | 37 [2] | - | - | - | - | 4,108,735 | - | - | - | - | - | - | - |
| 3/23/1994 | TRANS FROM 1ZA95430 (1ZA954) | 73 [2] | - | - | - | - | 4,108,735 | - | - | - | - | - | - | - |
| 4/11/1994 | CHECK | (13,500) | - | (13,500) | - | - | 4,095,235 | - | - | - | - | - | (13,500) | - |
| 4/14/1994 | TRANS FROM 1ZA95530 (1ZA955) | 8 [2] | - | - | - | - | 4,095,235 | - | - | - | - | - | - | - |
| 4/14/1994 | TRANS FROM 1ZA95430 (1ZA954) | 16 [2] | - | - | - | - | 4,095,235 | - | - | - | - | - | - | - |
| 4/26/1994 | CHECK | (81,000) | - | (81,000) | - | - | 4,014,235 | - | - | - | - | - | (81,000) | - |
| 5/19/1994 | CHECK | 85,000 | 85,000 | - | - | - | 4,099,235 | - | - | - | - | - | - | - |
| 7/7/1994 | CHECK | (236,000) | - | (236,000) | - | - | 3,863,235 | - | - | - | - | - | (236,000) | - |
| 7/28/1994 | CHECK WIRE | 225,000 | 225,000 | - | - | - | 4,088,235 | - | - | - | - | - | - | - |
| 8/11/1994 | CHECK | (20,000) | - | (20,000) | - | - | 4,068,235 | - | - | - | - | - | (20,000) | - |
| 8/18/1994 | CHECK | (120,000) | - | (120,000) | - | - | 3,948,235 | - | - | - | - | - | (120,000) | - |
| 9/28/1994 | CHECK | (76,000) | - | (76,000) | - | - | 3,872,235 | - | - | - | - | - | (76,000) | - |
| 10/19/1994 | CHECK | (160,000) | - | (160,000) | - | - | 3,712,235 | - | - | - | - | - | (160,000) | - |
| 11/30/1994 | CHECK | (50,000) | - | (50,000) | - | - | 3,662,235 | - | - | - | - | - | (50,000) | - |
| 12/27/1994 | CHECK | (170,000) | - | (170,000) | - | - | 3,492,235 | - | - | - | - | - | (170,000) | - |
| 1/13/1995 | CHECK | (90,000) | - | (90,000) | - | - | 3,402,235 | - | - | - | - | - | (90,000) | - |
| 4/3/1995 | CHECK | (550,000) | - | (550,000) | - | - | 2,852,235 | - | - | - | - | - | (550,000) | - |
| 6/1/1995 | CHECK | (200,000) | - | (200,000) | - | - | 2,652,235 | - | - | - | - | - | (200,000) | - |
| 8/7/1995 | CHECK | (210,000) | - | (210,000) | - | - | 2,442,235 | - | - | - | - | - | (210,000) | - |
| 12/19/1995 | CHECK | (400,000) | - | (400,000) | - | - | 2,042,235 | - | - | - | - | - | (400,000) | - |
| 1/24/1996 | CHECK | 135,000 | 135,000 | - | - | - | 2,177,235 | - | - | - | - | - | - | - |
| 6/5/1996 | CHECK | (300,000) | - | (300,000) | - | - | 1,877,235 | - | - | - | - | - | (300,000) | - |
| 8/20/1996 | CHECK | (90,000) | - | (90,000) | - | - | 1,787,235 | - | - | - | - | - | (90,000) | - |
| 9/18/1996 | CHECK | 53,000 | 53,000 | - | - | - | 1,840,235 | - | - | - | - | - | - | - |
| 12/19/1996 | CHECK | (700,000) | - | (700,000) | - | - | 1,140,235 | - | - | - | - | - | (700,000) | - |
| 1/14/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,240,235 | - | - | - | - | - | - | - |
| 1/15/1997 | TRANS TO 1ZB12530 (1ZB125) | (112,000) | - | - | - | (112,000) | 1,128,235 | - | - | - | - | - | - | - |
| 1/15/1997 | TRANS TO 1ZB12530 (1ZB125) | (100,000) | - | - | - | (100,000) | 1,028,235 | - | - | - | - | - | - | - |
| 4/4/1997 | CHECK | (150,000) | - | (150,000) | - | - | 878,235 | - | - | - | - | - | (150,000) | - |
| 4/25/1997 | CHECK | (300,000) | - | (300,000) | - | - | 578,235 | - | - | - | - | - | (300,000) | - |
| 9/3/1997 | CHECK | (75,000) | - | (75,000) | - | - | 503,235 | - | - | - | - | - | (75,000) | - |
| 9/16/1997 | CHECK | (50,000) | - | (50,000) | - | - | 453,235 | - | - | - | - | - | (50,000) | - |
| 12/19/1997 | CHECK | (450,000) | - | (450,000) | - | - | 3,235 | - | - | - | - | - | (450,000) | - |
| 1/6/1998 | CHECK | 150,000 | 150,000 | - | - | - | 153,235 | - | - | - | - | - | - | - |
| 3/24/1998 | CHECK | (250,000) | - | (250,000) | - | - | (96,765) | - | - | - | - | - | (250,000) | - |
| 7/20/1998 | CHECK | (34,400) | - | (34,400) | - | - | (131,165) | - | - | - | - | - | (34,400) | - |
| 8/19/1998 | CHECK | (200,000) | - | (200,000) | - | - | (331,165) | - | - | - | - | - | (200,000) | - |
| 12/24/1998 | CHECK | (462,000) | - | (462,000) | - | - | (793,165) | - | - | - | - | - | (462,000) | - |
| 1/8/1999 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (693,165) | - | - | - | - | - | - | - |
| 6/9/1999 | CHECK | (150,000) | - | (150,000) | - | - | (843,165) | - | - | - | - | - | (150,000) | - |
| 6/28/1999 | CHECK | 150,000 | 150,000 | - | - | - | (693,165) | - | - | - | - | - | - | - |
| 8/17/1999 | CHECK | (150,000) | - | (150,000) | - | - | (843,165) | - | - | - | - | - | (150,000) | - |
| 12/13/1999 | CHECK | (628,000) | - | (628,000) | - | - | (1,471,165) | - | - | - | - | - | (628,000) | - |
| 12/21/1999 | CHECK | (195,000) | - | (195,000) | - | - | (1,666,165) | - | - | - | - | - | (195,000) | - |
| 1/4/2000 | CHECK WIRE | 150,000 | 150,000 | - | - | - | (1,516,165) | - | - | - | - | - | - | - |
| 4/17/2000 | CHECK | (250,000) | - | (250,000) | - | - | (1,766,165) | - | - | - | - | - | (250,000) | - |
| 5/11/2000 | CHECK WIRE | 900,000 | 900,000 | - | - | - | (866,165) | - | - | - | - | - | - | - |
| 7/14/2000 | CHECK | (180,000) | - | (180,000) | - | - | (1,046,165) | - | - | - | - | - | (180,000) | - |
| 9/13/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,246,165) | - | - | - | - | - | (200,000) | - |
| 10/18/2000 | CHECK | (250,000) | - | (250,000) | - | - | (1,496,165) | - | - | - | - | - | (250,000) | - |
| 12/22/2000 | CHECK | (695,000) | - | (695,000) | - | - | (2,191,165) | - | - | - | - | - | (695,000) | - |
| 12/26/2000 | CHECK | (123,000) | - | (123,000) | - | - | (2,314,165) | - | - | - | - | - | (123,000) | - |
| 1/3/2001 | CHECK | 250,000 | 250,000 | - | - | - | (2,064,165) | - | - | - | - | - | - | - |
| 5/4/2001 | CHECK | (250,000) | - | (250,000) | - | - | (2,314,165) | - | - | - | - | - | (250,000) | - |
| 11/5/2001 | CHECK | (250,000) | - | (250,000) | - | - | (2,564,165) | - | - | - | - | - | (250,000) | - |
| 12/18/2001 | CHECK | (410,000) | - | (410,000) | - | - | (2,974,165) | - | - | - | - | - | (410,000) | - |
| 1/3/2002 | CHECK | 250,000 | 250,000 | - | - | - | (2,724,165) | - | - | - | - | - | - | - |
| 4/19/2002 | CHECK | (250,000) | - | (250,000) | - | - | (2,974,165) | - | - | - | - | - | (250,000) | - |

BLMIS ACCOUNT NO. 1T0026 - GRACE & COMPANY

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/30/2002 | CHECK | (100,000) | - | (100,000) | - | - | (3,074,165) | - | - | - | - | - | (100,000) | - |
| 6/10/2002 | CHECK | (90,000) | - | (90,000) | - | - | (3,164,165) | - | - | - | - | - | (90,000) | - |
| 6/14/2002 | CHECK | (190,000) | - | (190,000) | - | - | (3,354,165) | - | - | - | - | - | (190,000) | - |
| 6/21/2002 | CHECK | 1,200,000 | 1,200,000 | - | - | - | (2,154,165) | - | - | - | - | - | - | - |
| 8/23/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,254,165) | - | - | - | - | - | (100,000) | - |
| 8/29/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,354,165) | - | - | - | - | - | (100,000) | - |
| 9/24/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,454,165) | - | - | - | - | - | (100,000) | - |
| 12/23/2002 | CHECK | (1,530,000) | - | (1,530,000) | - | - | (3,984,165) | - | - | - | (1,530,000) | - | (1,530,000) | - |
| 1/13/2003 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (3,884,165) | - | - | - | - | - | - | - |
| 5/12/2003 | CHECK | (100,000) | - | (100,000) | - | - | (3,984,165) | - | - | - | (100,000) | - | (100,000) | - |
| 6/25/2003 | CHECK | (50,000) | - | (50,000) | - | - | (4,034,165) | - | - | - | (50,000) | - | (50,000) | - |
| 10/7/2003 | CHECK | (100,000) | - | (100,000) | - | - | (4,134,165) | - | - | - | (100,000) | - | (100,000) | - |
| 12/22/2003 | CHECK WIRE | (650,000) | - | (650,000) | - | - | (4,784,165) | - | - | - | (650,000) | - | (650,000) | - |
| 2/25/2004 | CHECK | (400,000) | - | (400,000) | - | - | (5,184,165) | - | - | - | (400,000) | - | (400,000) | - |
| 6/1/2004 | CHECK WIRE | 400,000 | 400,000 | - | - | - | (4,784,165) | - | - | - | - | - | - | - |
| 7/22/2004 | CHECK | (400,000) | - | (400,000) | - | - | (5,184,165) | - | - | - | (400,000) | - | (400,000) | - |
| 10/20/2004 | CHECK | (200,000) | - | (200,000) | - | - | (5,384,165) | - | - | - | (200,000) | - | (200,000) | - |
| 12/7/2004 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (4,384,165) | - | - | - | - | - | - | - |
| 12/31/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,884,165) | - | - | - | (500,000) | - | (500,000) | - |
| 1/31/2005 | CHECK WIRE | 550,000 | 550,000 | - | - | - | (4,334,165) | - | - | - | - | - | - | - |
| 2/14/2005 | CHECK WIRE | 400,000 | 400,000 | - | - | - | (3,934,165) | - | - | - | - | - | - | - |
| 2/18/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (3,734,165) | - | - | - | - | - | - | - |
| 4/1/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,234,165) | - | - | - | (500,000) | - | (500,000) | - |
| 5/2/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (4,034,165) | - | - | - | - | - | - | - |
| 5/10/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (3,834,165) | - | - | - | - | - | - | - |
| 5/31/2005 | CHECK WIRE | 350,000 | 350,000 | - | - | - | (3,484,165) | - | - | - | - | - | - | - |
| 7/22/2005 | CHECK | (90,000) | - | (90,000) | - | - | (3,574,165) | - | - | - | (90,000) | - | (90,000) | - |
| 10/3/2005 | CHECK | (100,000) | - | (100,000) | - | - | (3,674,165) | - | - | - | (100,000) | - | (100,000) | - |
| 12/27/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,174,165) | - | - | - | (500,000) | - | (500,000) | - |
| 1/23/2006 | CHECK WIRE | 300,000 | 300,000 | - | - | - | (3,874,165) | - | - | - | - | - | - | - |
| 3/29/2006 | CHECK | (50,000) | - | (50,000) | - | - | (3,924,165) | - | - | - | (50,000) | - | (50,000) | - |
| 6/28/2006 | CHECK | (400,000) | - | (400,000) | - | - | (4,324,165) | - | - | - | (175,835) | (224,165) | (175,835) | (224,165) |
| 9/29/2006 | CHECK | (400,000) | - | (400,000) | - | - | (4,724,165) | - | - | - | - | (400,000) | - | (400,000) |
| 12/21/2006 | CHECK | (400,000) | - | (400,000) | - | - | (5,124,165) | - | - | - | (400,000) | - | (400,000) | - |
| 3/29/2007 | CHECK | (550,000) | - | (550,000) | - | - | (5,674,165) | - | - | - | (550,000) | - | (550,000) | - |
| 7/9/2007 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (4,674,165) | - | - | - | - | - | - | - |
| 7/23/2007 | CHECK | (2,000,000) | - | (2,000,000) | - | - | (6,674,165) | - | - | - | (2,000,000) | - | (2,000,000) | - |
| 8/28/2007 | CHECK WIRE | 500,000 | 500,000 | - | - | - | (6,174,165) | - | - | - | - | - | - | - |
| 10/1/2007 | CHECK WIRE | 400,000 | 400,000 | - | - | - | (5,774,165) | - | - | - | - | - | - | - |
| 12/21/2007 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (6,374,165) | - | - | - | (600,000) | - | (600,000) | - |
| 3/28/2008 | CHECK | (100,000) | - | (100,000) | - | - | (6,474,165) | - | - | - | (100,000) | - | (100,000) | - |
| 6/11/2008 | CHECK | 2,000,000 | 2,000,000 | - | - | - | (4,474,165) | - | - | - | - | - | - | - |
| 6/27/2008 | CHECK WIRE | (3,100,000) | - | (3,100,000) | - | - | (7,574,165) | - | - | - | (3,100,000) | - | (3,100,000) | - |
| 8/18/2008 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (7,374,165) | - | - | - | - | - | - | - |
| | Total: | $ 18,208,000 | $ (27,966,431) | $ 2,596,266 | $ (212,000) | $ (7,374,165) | | $ - | $ - | $ - | $ (6,750,000) | $ (5,345,835) | $ (7,374,165) | $ (20,592,266) | $ (7,374,165) |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

MADC0265_00000015

**BLMIS ACCOUNT NO. 1ZA169 - RICHARD M. GLANTZ 1991 TRUST**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/1993 | CHECK A/O 12/4/92 (1ZB077) | 500,000 | - | - | 500,000 | - | 500,000 | - | - | - | - | - | - | - |
| 1/13/1994 | CHECK | (525,000) | - | (525,000) | - | - | (25,000) | - | - | - | - | - | (500,000) | (25,000) |
| 1/14/1994 | TRANS TO 1T002630 (1T0026) | (58,047) [1] | - | - | - | - | (25,000) | - | - | - | - | - | - | - |
|  | Total: |  | $ - | $ (525,000) | $ 500,000 | $ - | $ (25,000) | $ - | $ - | $ - | $ - | $ - | $ (500,000) | $ (25,000) |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

BLMIS ACCOUNT NO. 1ZA192 - FEJ 2 ASSOCIATES

| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers - Principal | 2-Year Fraudulent Transfers - Fictitious Profits | 6-Year Fraudulent Transfers - Principal | 6-Year Fraudulent Transfers - Fictitious Profits | Full History Fraudulent Transfers - Principal | Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
| 12/7/1992 | CHECK | 383,000 | 383,000 | - | - | - | 383,000 | - | - | - | - | - | - | - |
| 12/7/1992 | CHECK | 815,000 | 815,000 | - | - | - | 1,198,000 | - | - | - | - | - | - | - |
| 12/7/1992 | CHECK | 337,000 | 337,000 | - | - | - | 1,535,000 | - | - | - | - | - | - | - |
| 1/4/1993 | CHECK | 70,000 | 70,000 | - | - | - | 1,605,000 | - | - | - | - | - | - | - |
| 2/2/1993 | CHECK | 3,250,000 | 3,250,000 | - | - | - | 4,855,000 | - | - | - | - | - | - | - |
| 10/20/1993 | TRANS TO 1Z314330 (1ZB143) | (4,000,000) | - | - | - | (4,000,000) | 855,000 | - | - | - | - | - | - | - |
| 1/5/1994 | CHECK | 100,000 | 100,000 | - | - | - | 955,000 | - | - | - | - | - | - | - |
| 4/8/1996 | CHECK | (70,000) | - | (70,000) | - | - | 885,000 | - | - | - | - | - | (70,000) | - |
| 6/20/1996 | CHECK | 25,000 | 25,000 | - | - | - | 910,000 | - | - | - | - | - | - | - |
| 6/20/1996 | CHECK | 50,000 | 50,000 | - | - | - | 960,000 | - | - | - | - | - | - | - |
| 6/20/1996 | CHECK | 75,000 | 75,000 | - | - | - | 1,035,000 | - | - | - | - | - | - | - |
| 6/21/1996 | CHECK | (20,000) | - | (20,000) | - | - | 1,015,000 | - | - | - | - | - | (20,000) | - |
| 12/17/1996 | TRANS FROM 1ZB12530 (1ZB125) | 1,270,422 [1] | - | - | 537,366 | - | 1,552,366 | - | - | - | - | - | - | - |
| 12/19/1996 | CHECK | (285,000) | - | (285,000) | - | - | 1,267,366 | - | - | - | - | - | (285,000) | - |
| 6/20/1997 | CHECK | (175,000) | - | (175,000) | - | - | 1,092,366 | - | - | - | - | - | (175,000) | - |
| 9/3/1997 | CHECK | (100,000) | - | (100,000) | - | - | 992,366 | - | - | - | - | - | (100,000) | - |
| 9/16/1997 | CHECK | (200,000) | - | (200,000) | - | - | 792,366 | - | - | - | - | - | (200,000) | - |
| 11/5/1997 | CHECK | (50,000) | - | (50,000) | - | - | 742,366 | - | - | - | - | - | (50,000) | - |
| 12/19/1997 | CHECK | (580,000) | - | (580,000) | - | - | 162,366 | - | - | - | - | - | (580,000) | - |
| 1/6/1998 | CHECK | 150,000 | 150,000 | - | - | - | 312,366 | - | - | - | - | - | - | - |
| 3/24/1998 | CHECK | (200,000) | - | (200,000) | - | - | 112,366 | - | - | - | - | - | (200,000) | - |
| 7/20/1998 | CHECK | (3,380) | - | (3,380) | - | - | 108,986 | - | - | - | - | - | (3,380) | - |
| 8/19/1998 | CHECK | (200,000) | - | (200,000) | - | - | (91,014) | - | - | - | - | - | (200,000) | - |
| 12/24/1998 | CHECK | (600,000) | - | (600,000) | - | - | (691,014) | - | - | - | - | - | (600,000) | - |
| 1/11/1999 | CHECK WIRE | 150,000 | 150,000 | - | - | - | (541,014) | - | - | - | - | - | - | - |
| 3/31/1999 | CHECK | (300,000) | - | (300,000) | - | - | (841,014) | - | - | - | - | - | (300,000) | - |
| 6/9/1999 | CHECK | (400,000) | - | (400,000) | - | - | (1,241,014) | - | - | - | - | - | (400,000) | - |
| 8/17/1999 | CHECK | (100,000) | - | (100,000) | - | - | (1,341,014) | - | - | - | - | - | (100,000) | - |
| 12/13/1999 | CHECK | (341,000) | - | (341,000) | - | - | (1,682,014) | - | - | - | - | - | (341,000) | - |
| 12/20/1999 | CHECK | 435,000 | 435,000 | - | - | - | (1,247,014) | - | - | - | - | - | - | - |
| 1/4/2000 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,147,014) | - | - | - | - | - | - | - |
| 3/9/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,347,014) | - | - | - | - | - | (200,000) | - |
| 4/17/2000 | CHECK | (250,000) | - | (250,000) | - | - | (1,597,014) | - | - | - | - | - | (250,000) | - |
| 7/14/2000 | CHECK | (190,000) | - | (190,000) | - | - | (1,787,014) | - | - | - | - | - | (190,000) | - |
| 9/13/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,987,014) | - | - | - | - | - | (200,000) | - |
| 12/28/2000 | CHECK | 1,000,000 | 1,000,000 | - | - | - | (987,014) | - | - | - | - | - | - | - |
| 1/3/2001 | CHECK | 250,000 | 250,000 | - | - | - | (737,014) | - | - | - | - | - | - | - |
| 2/1/2001 | CHECK | 50,000 | 50,000 | - | - | - | (687,014) | - | - | - | - | - | - | - |
| 5/4/2001 | CHECK | (250,000) | - | (250,000) | - | - | (937,014) | - | - | - | - | - | (250,000) | - |
| 11/5/2001 | CHECK | (250,000) | - | (250,000) | - | - | (1,187,014) | - | - | - | - | - | (250,000) | - |
| 12/18/2001 | CHECK | (300,000) | - | (300,000) | - | - | (1,487,014) | - | - | - | - | - | (300,000) | - |
| 1/3/2002 | CHECK | 250,000 | 250,000 | - | - | - | (1,237,014) | - | - | - | - | - | - | - |
| 4/19/2002 | CHECK | (250,000) | - | (250,000) | - | - | (1,487,014) | - | - | - | - | - | (250,000) | - |
| 5/30/2002 | CHECK | (50,000) | - | (50,000) | - | - | (1,537,014) | - | - | - | - | - | (50,000) | - |
| 6/14/2002 | CHECK | (160,000) | - | (160,000) | - | - | (1,697,014) | - | - | - | - | - | (160,000) | - |
| 7/18/2002 | CHECK | (50,000) | - | (50,000) | - | - | (1,747,014) | - | - | - | - | - | (50,000) | - |
| 12/23/2002 | CHECK | (350,000) | - | (350,000) | - | - | (2,097,014) | - | - | - | (350,000) | - | (350,000) | - |
| 1/13/2003 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,997,014) | - | - | - | - | - | - | - |
| 1/17/2003 | CHECK WIRE | 54,983 | 54,983 | - | - | - | (1,942,031) | - | - | - | - | - | - | - |
| 5/8/2003 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,842,031) | - | - | - | - | - | - | - |
| 5/12/2003 | CHECK WIRE | 40,000 | 40,000 | - | - | - | (1,802,031) | - | - | - | - | - | - | - |
| 6/25/2003 | CHECK | (400,000) | - | (400,000) | - | - | (2,202,031) | - | - | - | (400,000) | - | (400,000) | - |
| 7/30/2003 | CHECK | (200,000) | - | (200,000) | - | - | (2,402,031) | - | - | - | (200,000) | - | (200,000) | - |
| 9/15/2003 | CHECK WIRE | 80,000 | 80,000 | - | - | - | (2,322,031) | - | - | - | - | - | - | - |
| 10/2/2003 | CHECK WIRE | 125,000 | 125,000 | - | - | - | (2,197,031) | - | - | - | - | - | - | - |
| 12/10/2003 | CHECK WIRE | 150,000 | 150,000 | - | - | - | (2,047,031) | - | - | - | - | - | - | - |
| 12/22/2003 | CHECK | (250,000) | - | (250,000) | - | - | (2,297,031) | - | - | - | (250,000) | - | (250,000) | - |
| 2/25/2004 | CHECK | (50,000) | - | (50,000) | - | - | (2,347,031) | - | - | - | (2,969) | (47,031) | (2,969) | (47,031) |
| 6/1/2004 | CHECK | (100,000) | - | (100,000) | - | - | (2,447,031) | - | - | - | - | - | (100,000) | - |
| 7/1/2004 | CHECK | (200,000) | - | (200,000) | - | - | (2,647,031) | - | - | - | - | - | (200,000) | - |
| 6/29/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,747,031) | - | - | - | - | - | (100,000) | - |
| 10/3/2005 | CHECK | (200,000) | - | (200,000) | - | - | (2,947,031) | - | - | - | - | - | (200,000) | - |
| 12/23/2005 | TRANS FROM 1ZB14330 (1ZB143) | 200,000 [2] | - | - | - | - | (2,947,031) | - | - | - | - | - | - | - |
| 12/27/2005 | CHECK | (100,000) | - | (100,000) | - | - | (3,047,031) | - | - | - | - | - | (100,000) | - |
| 1/23/2006 | CHECK WIRE | 300,000 | 300,000 | - | - | - | (2,747,031) | - | - | - | - | - | - | - |
| 3/30/2006 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | (4,247,031) | - | - | - | - | - | (1,500,000) | - |
| 12/21/2006 | CHECK | (200,000) | - | (200,000) | - | - | (4,447,031) | - | - | - | (200,000) | - | (200,000) | - |
| 6/28/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,947,031) | - | - | - | (500,000) | - | (500,000) | - |
| 7/23/2007 | CHECK WIRE | (3,500,000) | - | (3,500,000) | - | - | (8,447,031) | - | - | - | (3,500,000) | - | (3,500,000) | - |
| 10/2/2007 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | (6,447,031) | - | - | - | - | - | - | - |

BLMIS ACCOUNT NO. 1ZA192 - FEJS ASSOCIATES

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2007 | CHECK WIRE | (700,000) | - | (700,000) | - | - | (7,147,031) | - | - | (700,000) | - | (700,000) | - | (700,000) |
| 3/31/2008 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (7,897,031) | - | - | (750,000) | - | (750,000) | - | (750,000) |
| 6/27/2008 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (8,497,031) | - | - | (600,000) | - | (600,000) | - | (600,000) |
| 10/1/2008 | CHECK WIRE | (950,000) | - | (950,000) | - | - | (9,447,031) | - | - | (950,000) | - | (950,000) | - | (950,000) |
| 10/30/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (9,947,031) | - | - | (500,000) | - | (500,000) | - | (500,000) |
| | Total: | $ 10,439,983 | $ (16,924,380) | $ 537,366 | $ (4,000,000) | $ (9,947,031) | $ - | $ - | $ (7,700,000) | $ (1,202,969) | $ (9,947,031) | $ (6,977,349) | $ (9,947,031) | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

MADC0265_00000018

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/3/1993 | CHECK WIRE | 490,000 | 490,000 | - | - | - | 490,000 | - | - | - | - | - | - | - |
| 4/27/1993 | CHECK | (35,000) | - | (35,000) | - | - | 455,000 | - | - | - | - | - | (35,000) | - |
| 9/21/1993 | CHECK | (10,000) | - | (10,000) | - | - | 445,000 | - | - | - | - | - | (10,000) | - |
| 3/10/1995 | CHECK | (7,500) | - | (7,500) | - | - | 437,500 | - | - | - | - | - | (7,500) | - |
| 5/5/1995 | CHECK | (10,000) | - | (10,000) | - | - | 427,500 | - | - | - | - | - | (10,000) | - |
| 11/20/1995 | CHECK | (10,000) | - | (10,000) | - | - | 417,500 | - | - | - | - | - | (10,000) | - |
| 12/29/1995 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 567,500 | - | - | - | - | - | - | - |
| 1/11/1996 | CHECK | 200,000 | 200,000 | - | - | - | 767,500 | - | - | - | - | - | - | - |
| 2/26/1996 | CHECK | 15,000 | 15,000 | - | - | - | 782,500 | - | - | - | - | - | - | - |
| 3/12/1996 | CHECK | (25,000) | - | (25,000) | - | - | 757,500 | - | - | - | - | - | (25,000) | - |
| 5/17/1996 | CHECK | (100,000) | - | (100,000) | - | - | 657,500 | - | - | - | - | - | (100,000) | - |
| 5/28/1996 | CHECK | (22,500) | - | (22,500) | - | - | 635,000 | - | - | - | - | - | (22,500) | - |
| 8/8/1996 | CHECK | (15,000) | - | (15,000) | - | - | 620,000 | - | - | - | - | - | (15,000) | - |
| 9/17/1996 | CHECK | (32,500) | - | (32,500) | - | - | 587,500 | - | - | - | - | - | (32,500) | - |
| 11/4/1996 | CHECK | (25,000) | - | (25,000) | - | - | 562,500 | - | - | - | - | - | (25,000) | - |
| 11/29/1996 | CHECK | (25,000) | - | (25,000) | - | - | 537,500 | - | - | - | - | - | (25,000) | - |
| 12/19/1996 | CHECK | (50,000) | - | (50,000) | - | - | 487,500 | - | - | - | - | - | (50,000) | - |
| 3/11/1997 | CHECK | 200,000 | 200,000 | - | - | - | 687,500 | - | - | - | - | - | - | - |
| 4/23/1997 | TRANS TO 1ZB12530 (1ZB125) | (200,000) | - | - | - | (200,000) | 487,500 | - | - | - | - | - | - | - |
| 7/18/1997 | CHECK | (25,000) | - | (25,000) | - | - | 462,500 | - | - | - | - | - | (25,000) | - |
| 12/19/1997 | CHECK | (25,000) | - | (25,000) | - | - | 437,500 | - | - | - | - | - | (25,000) | - |
| 2/2/1998 | CHECK | (15,000) | - | (15,000) | - | - | 422,500 | - | - | - | - | - | (15,000) | - |
| 4/9/1998 | CHECK | (35,000) | - | (35,000) | - | - | 387,500 | - | - | - | - | - | (35,000) | - |
| 5/21/1998 | CHECK | (20,000) | - | (20,000) | - | - | 367,500 | - | - | - | - | - | (20,000) | - |
| 1/4/1999 | CHECK | 35,000 | 35,000 | - | - | - | 402,500 | - | - | - | - | - | - | - |
| 4/16/1999 | CHECK | (35,000) | - | (35,000) | - | - | 367,500 | - | - | - | - | - | (35,000) | - |
| 6/11/1999 | CHECK | (10,000) | - | (10,000) | - | - | 357,500 | - | - | - | - | - | (10,000) | - |
| 8/5/1999 | CHECK | (20,000) | - | (20,000) | - | - | 337,500 | - | - | - | - | - | (20,000) | - |
| 1/4/2000 | CHECK WIRE | 40,000 | 40,000 | - | - | - | 377,500 | - | - | - | - | - | - | - |
| 4/14/2000 | CHECK | (45,000) | - | (45,000) | - | - | 332,500 | - | - | - | - | - | (45,000) | - |
| 12/22/2000 | CHECK | (20,000) | - | (20,000) | - | - | 312,500 | - | - | - | - | - | (20,000) | - |
| 1/29/2001 | CHECK | 45,000 | 45,000 | - | - | - | 357,500 | - | - | - | - | - | - | - |
| 5/23/2001 | CHECK | (15,000) | - | (15,000) | - | - | 342,500 | - | - | - | - | - | (15,000) | - |
| 10/26/2001 | CHECK | (20,000) | - | (20,000) | - | - | 322,500 | - | - | - | - | - | (20,000) | - |
| 4/29/2002 | CHECK | (30,000) | - | (30,000) | - | - | 292,500 | - | - | - | - | - | (30,000) | - |
| 7/17/2002 | CHECK | (20,000) | - | (20,000) | - | - | 272,500 | - | - | - | - | - | (20,000) | - |
| 8/23/2002 | CHECK | (25,000) | - | (25,000) | - | - | 247,500 | - | - | - | - | - | (25,000) | - |
| 11/8/2002 | CHECK | (15,000) | - | (15,000) | - | - | 232,500 | - | - | - | - | - | (15,000) | - |
| 12/31/2002 | CHECK | 45,000 | 45,000 | - | - | - | 277,500 | - | - | - | - | - | - | - |
| 4/9/2003 | CHECK | (40,000) | - | (40,000) | - | - | 237,500 | - | - | - | (40,000) | - | (40,000) | - |
| 4/16/2003 | CHECK | (15,000) | - | (15,000) | - | - | 222,500 | - | - | - | (15,000) | - | (15,000) | - |
| 6/25/2003 | CHECK | (30,000) | - | (30,000) | - | - | 192,500 | - | - | - | (30,000) | - | (30,000) | - |
| 8/1/2003 | CHECK | (15,000) | - | (15,000) | - | - | 177,500 | - | - | - | (15,000) | - | (15,000) | - |
| 8/21/2003 | CHECK | (15,000) | - | (15,000) | - | - | 162,500 | - | - | - | (15,000) | - | (15,000) | - |
| 12/22/2003 | CHECK | (20,000) | - | (20,000) | - | - | 142,500 | - | - | - | (20,000) | - | (20,000) | - |
| 2/25/2004 | CHECK | (10,000) | - | (10,000) | - | - | 132,500 | - | - | - | (10,000) | - | (10,000) | - |
| 6/1/2004 | CHECK | (15,000) | - | (15,000) | - | - | 117,500 | - | - | - | (15,000) | - | (15,000) | - |
| 7/12/2004 | CHECK | (20,000) | - | (20,000) | - | - | 97,500 | - | - | - | (20,000) | - | (20,000) | - |
| 12/23/2004 | CHECK | (25,000) | - | (25,000) | - | - | 72,500 | - | - | - | (25,000) | - | (25,000) | - |
| 3/29/2005 | CHECK | (75,000) | - | (75,000) | - | - | (2,500) | - | - | - | (72,500) | (2,500) | (72,500) | (2,500) |
| 8/2/2005 | CHECK | (30,000) | - | (30,000) | - | - | (32,500) | - | - | - | - | (30,000) | - | (30,000) |
| 12/27/2005 | CHECK | (20,000) | - | (20,000) | - | - | (52,500) | - | - | - | - | (20,000) | - | (20,000) |
| 1/18/2006 | CHECK | (20,000) | - | (20,000) | - | - | (72,500) | - | - | - | - | (20,000) | - | (20,000) |
| 5/8/2006 | CHECK | (25,000) | - | (25,000) | - | - | (97,500) | - | - | - | - | (25,000) | - | (25,000) |
| 9/29/2006 | CHECK | (25,000) | - | (25,000) | - | - | (122,500) | - | - | - | - | - | - | - |
| 10/17/2006 | STOP PAYMENT | 25,000 | - | 25,000 | - | - | (97,500) | - | - | - | - | - | - | - |
| 10/17/2006 | CHECK | (25,000) | - | (25,000) | - | - | (122,500) | - | - | - | - | (25,000) | - | (25,000) |
| 12/21/2006 | CHECK | (80,000) | - | (80,000) | - | - | (202,500) | - | - | - | (80,000) | - | (80,000) | - |
| 6/18/2007 | CHECK | (35,000) | - | (35,000) | - | - | (237,500) | - | - | - | (35,000) | - | (35,000) | - |
| 12/21/2007 | CHECK | (100,000) | - | (100,000) | - | - | (337,500) | - | - | - | (100,000) | - | (100,000) | - |
| 6/4/2008 | CHECK | (170,000) | - | (170,000) | - | - | (507,500) | - | - | - | (170,000) | - | (170,000) | - |
| | Total: | $ 1,220,000 | $ (1,527,500) | $ - | $ (200,000) | $ (507,500) | | $ - | $ - | $ (385,000) | $ (277,500) | $ (507,500) | $ (1,020,000) | $ (507,500) |

MADC0265_00000019

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers - Principal | 2-Year Fraudulent Transfers - Fictitious Profits | 6-Year Fraudulent Transfers - Principal | 6-Year Fraudulent Transfers - Fictitious Profits | Full History Fraudulent Transfers - Principal | Full History Fraudulent Transfers - Fictitious Profits |
| 10/20/1993 | TRANS FROM 1ZA19230 (*1ZA192*) | 4,000,000 | - | - | 4,000,000 | - | 4,000,000 | - | - | - | - | - | - | - |
| 7/28/1994 | CHECK | (37,000) | - | (37,000) | - | - | 3,963,000 | - | - | - | - | - | (37,000) | - |
| 3/20/1996 | TRANS TO 1ZB12530 (*1ZB125*) | (45,000) | - | - | - | (45,000) | 3,918,000 | - | - | - | - | - | - | - |
| 4/8/1996 | CHECK | (620,000) | - | (620,000) | - | - | 3,298,000 | - | - | - | - | - | (620,000) | - |
| 6/5/1996 | CHECK | (65,000) | - | (65,000) | - | - | 3,233,000 | - | - | - | - | - | (65,000) | - |
| 8/20/1996 | CHECK | (270,000) | - | (270,000) | - | - | 2,963,000 | - | - | - | - | - | (270,000) | - |
| 4/4/1997 | CHECK | (207,000) | - | (207,000) | - | - | 2,756,000 | - | - | - | - | - | (207,000) | - |
| 7/20/1998 | CHECK | (13,220) | - | (13,220) | - | - | 2,742,780 | - | - | - | - | - | (13,220) | - |
| 8/19/1998 | CHECK | (200,000) | - | (200,000) | - | - | 2,542,780 | - | - | - | - | - | (200,000) | - |
| 12/24/1998 | CHECK | (220,000) | - | (220,000) | - | - | 2,322,780 | - | - | - | - | - | (220,000) | - |
| 1/11/1999 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 2,472,780 | - | - | - | - | - | - | - |
| 6/28/1999 | CHECK | 40,000 | 40,000 | - | - | - | 2,512,780 | - | - | - | - | - | - | - |
| 8/17/1999 | CHECK | (100,000) | - | (100,000) | - | - | 2,412,780 | - | - | - | - | - | (100,000) | - |
| 12/13/1999 | CHECK | (1,338,000) | - | (1,338,000) | - | - | 1,074,780 | - | - | - | - | - | (1,338,000) | - |
| 1/4/2000 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 1,224,780 | - | - | - | - | - | - | - |
| 3/9/2000 | CHECK | (200,000) | - | (200,000) | - | - | 1,024,780 | - | - | - | - | - | (200,000) | - |
| 4/17/2000 | CHECK | (250,000) | - | (250,000) | - | - | 774,780 | - | - | - | - | - | (250,000) | - |
| 7/14/2000 | CHECK | (160,000) | - | (160,000) | - | - | 614,780 | - | - | - | - | - | (160,000) | - |
| 9/13/2000 | CHECK | (200,000) | - | (200,000) | - | - | 414,780 | - | - | - | - | - | (200,000) | - |
| 10/18/2000 | CHECK | (100,000) | - | (100,000) | - | - | 314,780 | - | - | - | - | - | (100,000) | - |
| 12/22/2000 | CHECK | (1,663,000) | - | (1,663,000) | - | - | (1,348,220) | - | - | - | - | - | (1,153,312) | (509,688) |
| 1/3/2001 | CHECK | 250,000 | 250,000 | - | - | - | (1,098,220) | - | - | - | - | - | - | - |
| 5/4/2001 | CHECK | (250,000) | - | (250,000) | - | - | (1,348,220) | - | - | - | - | - | - | (250,000) |
| 11/5/2001 | CHECK | (250,000) | - | (250,000) | - | - | (1,598,220) | - | - | - | - | - | - | (250,000) |
| 12/18/2001 | CHECK | (220,000) | - | (220,000) | - | - | (1,818,220) | - | - | - | - | - | - | (220,000) |
| 1/3/2002 | CHECK | 250,000 | 250,000 | - | - | - | (1,568,220) | - | - | - | - | - | - | - |
| 4/19/2002 | CHECK | (250,000) | - | (250,000) | - | - | (1,818,220) | - | - | - | - | - | - | (250,000) |
| 5/30/2002 | CHECK | (100,000) | - | (100,000) | - | - | (1,918,220) | - | - | - | - | - | - | (100,000) |
| 7/18/2002 | CHECK | (50,000) | - | (50,000) | - | - | (1,968,220) | - | - | - | - | - | - | (50,000) |
| 12/23/2002 | CHECK | (850,000) | - | (850,000) | - | - | (2,818,220) | - | - | - | - | (850,000) | - | (850,000) |
| 1/17/2003 | CHECK WIRE | 38,532 | 38,532 | - | - | - | (2,779,688) | - | - | - | - | - | - | - |
| 6/25/2003 | CHECK | (225,000) | - | (225,000) | - | - | (3,004,688) | - | - | - | - | (225,000) | - | (225,000) |
| 7/28/2003 | CHECK | (200,000) | - | (200,000) | - | - | (3,204,688) | - | - | - | - | (200,000) | - | (200,000) |
| 12/22/2003 | CHECK | (450,000) | - | (450,000) | - | - | (3,654,688) | - | - | - | - | (450,000) | - | (450,000) |
| 2/25/2004 | CHECK | (250,000) | - | (250,000) | - | - | (3,904,688) | - | - | - | - | (250,000) | - | (250,000) |
| 7/26/2004 | CHECK | (100,000) | - | (100,000) | - | - | (4,004,688) | - | - | - | - | (100,000) | - | (100,000) |
| 10/20/2004 | CHECK | (150,000) | - | (150,000) | - | - | (4,154,688) | - | - | - | - | (150,000) | - | (150,000) |
| 12/31/2004 | CHECK WIRE | (550,000) | - | (550,000) | - | - | (4,704,688) | - | - | - | - | (550,000) | - | (550,000) |
| 2/14/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (4,504,688) | - | - | - | - | - | - | - |
| 6/29/2005 | CHECK | (200,000) | - | (200,000) | - | - | (4,704,688) | - | - | - | - | (200,000) | - | (200,000) |
| 8/10/2005 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (4,604,688) | - | - | - | - | - | - | - |
| 10/3/2005 | CHECK | (250,000) | - | (250,000) | - | - | (4,854,688) | - | - | - | - | (250,000) | - | (250,000) |
| 12/23/2005 | TRANS TO 1ZA19230 (*1ZA192*) | (200,000) [1] | - | - | - | - | (4,854,688) | - | - | - | - | - | - | - |
| 12/27/2005 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (5,454,688) | - | - | - | - | (600,000) | - | (600,000) |
| 12/20/2006 | CHECK | (250,000) | - | (250,000) | - | - | (5,704,688) | - | - | (250,000) | - | (250,000) | - | (250,000) |
| 6/28/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (6,204,688) | - | - | (500,000) | - | (500,000) | - | (500,000) |
| 7/23/2007 | CHECK WIRE | (7,000,000) | - | (7,000,000) | - | - | (13,204,688) | - | - | (7,000,000) | - | (7,000,000) | - | (7,000,000) |
| 12/21/2007 | CHECK WIRE | (1,700,000) | - | (1,700,000) | - | - | (14,904,688) | - | - | (1,700,000) | - | (1,700,000) | - | (1,700,000) |
| 3/14/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (15,404,688) | - | - | (500,000) | - | (500,000) | - | (500,000) |
| 6/27/2008 | CHECK WIRE | (800,000) | - | (800,000) | - | - | (16,204,688) | - | - | (800,000) | - | (800,000) | - | (800,000) |
| 10/30/2008 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (16,954,688) | - | - | (750,000) | - | (750,000) | - | (750,000) |
| | Total: | $ 1,178,532 | $ (22,088,220) | $ 4,000,000 | $ (45,000) | $ (16,954,688) | $ - | $ - | $ (11,500,000) | $ - | $ (15,325,000) | $ (5,133,532) | $ (16,954,688) | |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

BLMIS ACCOUNT NO. 1ZR010 - DTC & CO. FBO RICHARD M GLANTZ (87328)

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/1992 | CHECK WIRE | 2,295 | 2,295 | - | - | - | 2,295 | - | - | - | - | - | - | - |
| 12/2/1992 | CHECK WIRE | 911,871 | 911,871 | - | - | - | 914,166 | - | - | - | - | - | - | - |
| 12/2/1992 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 1,014,166 | - | - | - | - | - | - | - |
| 12/2/1992 | CHECK WIRE | 75,326 | 75,326 | - | - | - | 1,089,492 | - | - | - | - | - | - | - |
| 12/14/1992 | CHECK | 2,173 | 2,173 | - | - | - | 1,091,665 | - | - | - | - | - | - | - |
| 1/21/1993 | CHECK | (2,173) | - | (2,173) | - | - | 1,089,492 | - | - | - | - | - | - | (2,173) | - |
| 4/29/1996 | CHECK | 2,000 | 2,000 | - | - | - | 1,091,492 | - | - | - | - | - | - | - |
| 10/14/1997 | CHECK | 2,020 | 2,020 | - | - | - | 1,093,511 | - | - | - | - | - | - | - |
| 9/21/1998 | CHECK | 2,000 | 2,000 | - | - | - | 1,095,511 | - | - | - | - | - | - | - |
| 12/7/1999 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 595,511 | - | - | - | - | - | (500,000) | - |
| 12/16/1999 | CHECK | (350,000) | - | (350,000) | - | - | 245,511 | - | - | - | - | - | (350,000) | - |
| 1/3/2001 | CHECK | (700,000) | - | (700,000) | - | - | (454,489) | - | - | - | - | - | (700,000) | - |
| 1/30/2001 | CHECK | 299,892 | 299,892 | - | - | - | (154,597) | - | - | - | - | - | - | - |
| 2/7/2001 | CHECK | 335 | 335 | - | - | - | (154,262) | - | - | - | - | - | - | - |
| 2/27/2001 | CHECK | 58 | 58 | - | - | - | (154,204) | - | - | - | - | - | - | - |
| 10/29/2001 | CHECK | (400,000) | - | (400,000) | - | - | (554,204) | - | - | - | - | - | (400,000) | - |
| 9/5/2002 | CHECK | (255,000) | - | (255,000) | - | - | (809,204) | - | - | - | - | - | (255,000) | - |
| 9/25/2002 | CHECK | 5,000 | 5,000 | - | - | - | (804,204) | - | - | - | - | - | - | - |
| 10/10/2002 | CHECK | 28 | 28 | - | - | - | (804,176) | - | - | - | - | - | - | - |
| 11/5/2002 | CHECK | 1,667 | 1,667 | - | - | - | (802,509) | - | - | - | - | - | - | - |
| 11/20/2002 | CHECK | 1,667 | 1,667 | - | - | - | (800,843) | - | - | - | - | - | - | - |
| 12/10/2002 | CHECK | 1,667 | 1,667 | - | - | - | (799,176) | - | - | - | - | - | - | - |
| 1/29/2003 | CHECK | 1,609 | 1,609 | - | - | - | (797,567) | - | - | - | - | - | - | - |
| 2/21/2003 | CHECK | 58 | 58 | - | - | - | (797,509) | - | - | - | - | - | - | - |
| 3/4/2003 | CHECK | 1,657 | 1,657 | - | - | - | (795,852) | - | - | - | - | - | - | - |
| 4/1/2003 | CHECK | 1,667 | 1,667 | - | - | - | (794,186) | - | - | - | - | - | - | - |
| 5/7/2003 | CHECK | 1,667 | 1,667 | - | - | - | (792,519) | - | - | - | - | - | - | - |
| 5/27/2003 | CHECK | 1,667 | 1,667 | - | - | - | (790,852) | - | - | - | - | - | - | - |
| 7/2/2003 | CHECK | 1,667 | 1,667 | - | - | - | (789,186) | - | - | - | - | - | - | - |
| 7/29/2003 | CHECK | 637 | 637 | - | - | - | (788,549) | - | - | - | - | - | - | - |
| 9/12/2003 | CHECK | 1,667 | 1,667 | - | - | - | (786,882) | - | - | - | - | - | - | - |
| 9/30/2003 | CHECK | 1,667 | 1,667 | - | - | - | (785,216) | - | - | - | - | - | - | - |
| 10/28/2003 | CHECK | 1,667 | 1,667 | - | - | - | (783,549) | - | - | - | - | - | - | - |
| 12/26/2003 | CHECK WIRE | (1,100,000) | - | (1,100,000) | - | - | (1,883,549) | - | - | - | (1,100,000) | - | (1,100,000) | - |
| 12/29/2003 | CHECK | 1,667 | 1,667 | - | - | - | (1,881,882) | - | - | - | - | - | - | - |
| 1/20/2004 | CHECK | 1,654 | 1,654 | - | - | - | (1,880,228) | - | - | - | - | - | - | - |
| 2/3/2004 | CHECK | 657 | 657 | - | - | - | (1,879,571) | - | - | - | - | - | - | - |
| 2/10/2004 | CHECK | 53 | 53 | - | - | - | (1,879,518) | - | - | - | - | - | - | - |
| 3/23/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,877,852) | - | - | - | - | - | - | - |
| 4/6/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,876,185) | - | - | - | - | - | - | - |
| 5/25/2004 | CHECK | 1,536 | 1,536 | - | - | - | (1,874,649) | - | - | - | - | - | - | - |
| 6/23/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,872,982) | - | - | - | - | - | - | - |
| 8/3/2004 | CHECK | 631,667 | 631,667 | - | - | - | (1,241,316) | - | - | - | - | - | - | - |
| 9/14/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,239,649) | - | - | - | - | - | - | - |
| 10/26/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,237,982) | - | - | - | - | - | - | - |
| 11/2/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,236,316) | - | - | - | - | - | - | - |
| 1/5/2005 | CHECK | 1,667 | 1,667 | - | - | - | (1,234,649) | - | - | - | - | - | - | - |
| 5/17/2005 | CHECK | 125,000 | 125,000 | - | - | - | (1,109,649) | - | - | - | - | - | - | - |
| 8/1/2006 | CHECK | 216,307 | 216,307 | - | - | - | (893,342) | - | - | - | - | - | - | - |
| 8/7/2006 | CHECK | 11 | 11 | - | - | - | (893,332) | - | - | - | - | - | - | - |
| 12/21/2006 | CHECK WIRE | (6,000,000) | - | (6,000,000) | - | - | (6,893,332) | - | (2,672,011) | (3,327,989) | (2,672,011) | (3,327,989) | (2,672,011) | (3,327,989) |
| 1/31/2007 | CHECK | 5,081 | 5,081 | - | - | - | (6,888,251) | - | - | - | - | - | - | - |
| 2/20/2007 | CHECK | 100,009 | 100,009 | - | - | - | (6,788,242) | - | - | - | - | - | - | - |
| 7/9/2007 | CHECK WIRE | 2,500,000 | 2,500,000 | - | - | - | (4,288,242) | - | - | - | - | - | - | - |
| 1/8/2008 | CHECK | 258 | 258 | - | - | - | (4,287,984) | - | - | - | - | - | - | - |
| 4/4/2008 | CHECK WIRE | 900,000 | 900,000 | - | - | - | (3,387,984) | - | - | - | - | - | - | - |
| 6/24/2008 | CHECK | 59,995 | 59,995 | - | - | - | (3,327,989) | - | - | - | - | - | - | - |
| | Total: | $ 5,979,184 | $ (9,307,173) | $ - | $ - | $ (3,327,989) | $ - | $ (2,672,011) | $ (3,327,989) | $ (3,772,011) | $ (3,327,989) | $ (5,979,184) | $ (3,327,989) |

MADC0265_00000021

BLMIS ACCOUNT NO. 1ZR176 - JTC & CO FBO EDWARD R GLANTZ (94559)

| Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers - Principal | Column 11 2-Year Fraudulent Transfers - Fictitious Profits | Column 12 6-Year Fraudulent Transfers - Principal | Column 13 6-Year Fraudulent Transfers - Fictitious Profits | Column 14 Full History Fraudulent Transfers - Principal | Column 15 Full History Fraudulent Transfers - Fictitious Profits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/1993 | CHECK WIRE | 1,889,140 | 1,889,140 | - | - | - | 1,889,140 | - | - | - | - | - | - | - |
| 11/19/1993 | CHECK | (150,000) | - | (150,000) | - | - | 1,739,140 | - | - | - | - | - | (150,000) | - |
| 12/2/1994 | CHECK | (150,000) | - | (150,000) | - | - | 1,589,140 | - | - | - | - | - | (150,000) | - |
| 11/16/1995 | CHECK | (144,299) | - | (144,299) | - | - | 1,444,841 | - | - | - | - | - | (144,299) | - |
| 12/6/1995 | CHECK | (5,701) | - | (5,701) | - | - | 1,439,140 | - | - | - | - | - | (5,701) | - |
| 11/26/1996 | CHECK | (167,979) | - | (167,979) | - | - | 1,271,162 | - | - | - | - | - | (167,979) | - |
| 12/1/1997 | CHECK | (400,000) | - | (400,000) | - | - | 871,162 | - | - | - | - | - | (400,000) | - |
| 12/1/1998 | CHECK | (400,000) | - | (400,000) | - | - | 471,162 | - | - | - | - | - | (400,000) | - |
| 12/10/1999 | CHECK | (400,000) | - | (400,000) | - | - | 71,162 | - | - | - | - | - | (400,000) | - |
| 12/15/2000 | CHECK | (400,000) | - | (400,000) | - | - | (328,838) | - | - | - | - | - | (232,035) | (167,965) |
| 12/14/2001 | CHECK | (375,000) | - | (375,000) | - | - | (703,838) | - | - | - | - | - | - | (375,000) |
| 12/11/2002 | CHECK | (400,000) | - | (400,000) | - | - | (1,103,838) | - | - | - | - | (400,000) | - | (400,000) |
| 12/11/2003 | CHECK | (400,000) | - | (400,000) | - | - | (1,503,838) | - | - | - | - | (400,000) | - | (400,000) |
| 12/15/2004 | CHECK | (300,000) | - | (300,000) | - | - | (1,803,838) | - | - | - | - | (300,000) | - | (300,000) |
| 12/22/2005 | CHECK | (410,000) | - | (410,000) | - | - | (2,213,838) | - | - | - | - | (410,000) | - | (410,000) |
| 12/28/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,713,838) | - | - | (500,000) | - | (500,000) | - | (500,000) |
| 1/3/2008 | CHECK | (265,000) | - | (265,000) | - | - | (2,978,838) | - | - | (265,000) | - | (265,000) | - | (265,000) |
| 9/11/2008 | CHECK WIRE | 160,874 | 160,874 | - | - | - | (2,817,965) | - | - | - | - | - | - | - |
| | Total: | $ 2,050,014 | $ (4,867,979) | $ - | $ - | $ (2,817,965) | | $ - | $ - | $ (765,000) | $ - | $ (2,275,000) | $ (2,050,014) | $ (2,817,965) |

MADC0265_00000022