# EXHIBIT C

Exhibit C-1

**SUBSEQUENT TRANSFERS TO AUSTIN BOSARGE**

| Date | Transferor | Transfer Amount |
|------|-----------|----------------|
| 4/11/2008 | Jelris & Associates, L.P. | 165,000 |
| | | $ 165,000 |

MADC0265_00000023

**SUBSEQUENT TRANSFERS TO EJS ASSOCIATES, L.P.**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 6/13/2000 | Jelris & Associates, L.P. | 150,000 |
| 8/24/2000 | Jelris & Associates, L.P. | 200,000 |
| 9/14/2000 | Jelris & Associates, L.P. | 90,000 |
| 9/28/2000 | Jelris & Associates, L.P. | 201,576 |
| 10/19/2000 | Grace & Company | 200,450 |
| 12/26/2000 | Jelris & Associates, L.P. | 846,370 |
| 12/27/2000 | Grace & Company | 150,674 |
| 12/26/2000 | Jelris & Associates, L.P. | 400,000 |
| 3/14/2001 | Jelris & Associates, L.P. | 11,427 |
| 1/2/2003 | Grace & Company | 50,158 |
| 11/13/2003 | Jelris & Associates, L.P. | 80,000 |
| 2/27/2004 | Grace & Company | 101,300 |
| 2/27/2004 | Jelris & Associates, L.P. | 47,706 |
| 2/27/2004 | Jelris & Associates, L.P. | 55,333 |
| 5/26/2006 | Jelris & Associates, L.P. | 50,000 |
| 6/23/2006 | Jelris & Associates, L.P. | 10,000 |
| 12/27/2006 | Glantz Family Foundation | 10,000 |
| 6/10/2008 | Grace & Company | 100,274 |
| | | $ 2,755,268 |

MADC0265_00000024

**Exhibit C-3**

**SUBSEQUENT TRANSFERS TO GLANTZ FAMILY FOUNDATION, INC.**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 9/25/2006 | EJS Associates, L.P. | 10,000 |
| | | $ 10,000 |

MADC0265_00000025

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
THE EDWARD R. GLANTZ LIVING TRUST AND/OR
THE ESTATE OF EDWARD R. GLANTZ**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 5/18/1998 | EJS Associates, L.P. | 21,156 |
| 9/8/1998 | EJS Associates, L.P. | 20,000 |
| 7/9/1999 | EJS Associates, L.P. | 15,000 |
| 8/29/2000 | EJS Associates, L.P. | 10,000 |
| 5/12/2004 | EJS Associates, L.P. | 10,000 |
| 9/13/2004 | EJS Associates, L.P. | 25,000 |
| 12/23/2005 | EJS Associates, L.P. | 20,000 |
| 1/17/2006 | EJS Associates, L.P. | 20,000 |
| 5/18/2006 | EJS Associates, L.P. | 15,000 |
| 9/8/2006 | EJS Associates, L.P. | 5,000 |
| 9/21/2006 | EJS Associates, L.P. | 5,000 |
| 10/11/2006 | EJS Associates, L.P. | 2,500 |
| 1/29/2007 | Jelris & Associates, L.P. | 5,000 |
| 2/14/2007 | EJS Associates, L.P. | 5,000 |
| | | $   178,656 |

MADC0265_00000026

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**THE THELMA GLANTZ LIVING TRUST AND/OR**
**THE ESTATE OF THELMA GLANTZ**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 5/18/1998 | EJS Associates, L.P. | 21,156 |
| 9/8/1998 | EJS Associates, L.P. | 20,000 |
| 7/14/1999 | EJS Associates, L.P. | 15,000 |
| 9/11/2000 | EJS Associates, L.P. | 10,000 |
| 5/18/2006 | EJS Associates, L.P. | 15,000 |
| 9/8/2006 | EJS Associates, L.P. | 5,000 |
| 9/21/2006 | EJS Associates, L.P. | 5,000 |
| 10/11/2006 | EJS Associates, L.P. | 2,500 |
| 1/29/2007 | Jelris & Associates, L.P. | 5,000 |
| 2/14/2007 | EJS Associates, L.P. | 5,000 |
| 4/2/2007 | EJS Associates, L.P. | 20,000 |
| 4/16/2007 | EJS Associates, L.P. | 10,000 |
| 4/23/2007 | EJS Associates, L.P. | 10,000 |
| 5/7/2007 | EJS Associates, L.P. | 10,000 |
| 7/9/2007 | EJS Associates, L.P. | 10,000 |
| 7/12/2007 | EJS Associates, L.P. | 10,000 |
| 7/25/2007 | EJS Associates, L.P. | 10,000 |
| 9/21/2007 | EJS Associates, L.P. | 10,000 |
| 10/26/2007 | EJS Associates, L.P. | 5,000 |
| 12/21/2007 | EJS Associates, L.P. | 5,000 |
| 1/15/2008 | EJS Associates, L.P. | 40,000 |
| 1/30/2008 | EJS Associates, L.P. | 10,000 |
| 3/18/2008 | EJS Associates, L.P. | 60,000 |
| 3/28/2008 | EJS Associates, L.P. | 150,000 |
| 4/3/2008 | EJS Associates, L.P. | 15,000 |
| 4/11/2008 | EJS Associates, L.P. | 110,000 |
| 5/7/2008 | EJS Associates, L.P. | 50,000 |
| 5/9/2008 | EJS Associates, L.P. | 10,000 |
| 6/17/2008 | EJS Associates, L.P. | 10,000 |
| 9/17/2008 | EJS Associates, L.P. | 10,000 |
| 10/14/2008 | EJS Associates, L.P. | 10,000 |
| 11/20/2008 | EJS Associates, L.P. | 10,000 |

MADC0265_00000027

Exhibit C-5

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**THE THELMA GLANTZ LIVING TRUST AND/OR**
**THE ESTATE OF THELMA GLANTZ**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 11/28/2008 | EJS Associates, L.P. | 10,000 |
| | | $ 698,656 |

MADC0265_00000028

Exhibit C-6

**SUBSEQUENT TRANSFERS FOR THE BENEFIT OF**
**THE EDWARD GLANTZ LIVING TRUST AND/OR**
**THE ESTATE OF EDWARD GLANTZ AND**
**THE THELMA GLANTZ LIVING TRUST AND/OR**
**THE ESTATE OF THELMA GLANTZ**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 4/13/2006 | EJS Associates, L.P. | 1,500,000 |
| 7/21/2006 | EJS Associates, L.P. | 10,000 |
| | | $ 1,510,000 |

MADC0265_00000029

Exhibit C-7

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 2/18/1998 | Grace & Company | 5,000 |
| 2/24/1998 | EJS Associates, L.P. | 10,000 |
| 3/3/1998 | EJS Associates, L.P. | 10,000 |
| 3/16/1998 | EJS Associates, L.P. | 5,000 |
| 3/16/1998 | EJS Associates, L.P. | 20,000 |
| 3/16/1998 | Grace & Company | 50,000 |
| 3/23/1998 | EJS Associates, L.P. | 10,000 |
| 3/27/1998 | Grace & Company | 13,000 |
| 5/1/1998 | Grace & Company | 13,000 |
| 5/7/1998 | Grace & Company | 10,000 |
| 5/19/1998 | EJS Associates, L.P. | 10,000 |
| 6/4/1998 | EJS Associates, L.P. | 15,000 |
| 6/10/1998 | Jelris & Associates | 100,000 |
| 6/11/1998 | Jelris & Associates | 5,000 |
| 6/30/1998 | Jelris & Associates | 10,000 |
| 7/2/1998 | Jelris & Associates | 5,000 |
| 7/7/1998 | Jelris & Associates | 10,000 |
| 7/9/1998 | Jelris & Associates | 25,000 |
| 7/10/1998 | Jelris & Associates | 3,000 |
| 7/23/1998 | Jelris & Associates | 12,000 |
| 7/30/1998 | Jelris & Associates | 10,000 |
| 8/14/1998 | Jelris & Associates | 7,000 |
| 8/19/1998 | Grace & Company | 25,000 |
| 9/2/1998 | Grace & Company | 5,000 |
| 9/15/1998 | EJS Associates, L.P. | 50,000 |
| 9/15/1998 | Grace & Company | 40,000 |
| 9/22/1998 | Jelris & Associates | 10,000 |
| 1/13/1999 | Grace & Company | 20,000 |
| 1/20/1999 | Grace & Company | 5,000 |
| 1/26/1999 | Grace & Company | 10,000 |
| 2/2/1999 | Grace & Company | 7,000 |
| 2/5/1999 | Grace & Company | 400,000 |

MADC0265_00000030

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
RICHARD M. GLANTZ AND/OR
THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 2/24/1999 | Grace & Company | 5,000 |
| 3/3/1999 | Grace & Company | 6,000 |
| 3/4/1999 | Grace & Company | 4,471 |
| 3/12/1999 | EJS Associates, L.P. | 17,125 |
| 3/12/1999 | EJS Associates, L.P. | 16,691 |
| 3/16/1999 | EJS Associates, L.P. | 5,000 |
| 3/16/1999 | EJS Associates, L.P. | 10,000 |
| 3/17/1999 | Grace & Company | 10,000 |
| 3/26/1999 | Grace & Company | 5,000 |
| 4/1/1999 | Grace & Company | 400,000 |
| 4/1/1999 | Grace & Company | 5,775 |
| 4/2/1999 | Grace & Company | 5,000 |
| 4/2/1999 | Grace & Company | 6,000 |
| 4/6/1999 | Grace & Company | 5,000 |
| 4/14/1999 | Grace & Company | 50,000 |
| 4/14/1999 | Grace & Company | 90,000 |
| 4/26/1999 | Grace & Company | 20,000 |
| 5/3/1999 | Grace & Company | 10,000 |
| 5/3/1999 | Grace & Company | 5,000 |
| 5/14/1999 | Jelris & Associates | 75,000 |
| 5/25/1999 | EJS Associates, L.P. | 30,000 |
| 5/25/1999 | Grace & Company | 4,000 |
| 6/14/1999 | EJS Associates, L.P. | 60,000 |
| 6/16/1999 | Grace & Company | 5,435 |
| 6/21/1999 | Grace & Company | 5,000 |
| 6/28/1999 | Grace & Company | 5,000 |
| 7/6/1999 | EJS Associates, L.P. | 5,000 |
| 7/8/1999 | EJS Associates, L.P. | 5,000 |
| 7/8/1999 | EJS Associates, L.P. | 10,500 |
| 7/16/1999 | EJS Associates, L.P. | 5,000 |
| 7/21/1999 | EJS Associates, L.P. | 5,000 |
| 7/21/1999 | EJS Associates, L.P. | 5,000 |
| 7/30/1999 | EJS Associates, L.P. | 2,500 |

MADC0265_00000031

Exhibit C-7

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 7/30/1999 | EJS Associates, L.P. | 5,000 |
| 8/10/1999 | EJS Associates, L.P. | 5,000 |
| 8/13/1999 | EJS Associates, L.P. | 10,000 |
| 8/27/1999 | EJS Associates, L.P. | 5,000 |
| 9/1/1999 | EJS Associates, L.P. | 10,000 |
| 9/3/1999 | EJS Associates, L.P. | 5,000 |
| 9/13/1999 | EJS Associates, L.P. | 5,000 |
| 9/14/1999 | EJS Associates, L.P. | 72,000 |
| 9/16/1999 | Grace & Company | 40,000 |
| 9/20/1999 | Grace & Company | 10,000 |
| 9/21/1999 | Grace & Company | 28,000 |
| 10/14/1999 | Grace & Company | 5,000 |
| 10/14/1999 | Grace & Company | 10,000 |
| 10/14/1999 | Grace & Company | 30,000 |
| 10/14/1999 | Grace & Company | 30,000 |
| 10/18/1999 | Grace & Company | 3,500 |
| 10/27/1999 | EJS Associates, L.P. | 5,000 |
| 11/1/1999 | Grace & Company | 10,000 |
| 11/5/1999 | Grace & Company | 5,000 |
| 11/5/1999 | Grace & Company | 13,000 |
| 11/12/1999 | Grace & Company | 7,500 |
| 11/17/1999 | Grace & Company | 7,000 |
| 11/29/1999 | Grace & Company | 13,000 |
| 12/2/1999 | Grace & Company | 10,000 |
| 12/2/1999 | Grace & Company | 20,000 |
| 12/22/1999 | Grace & Company | 153,147 |
| 12/24/1999 | Jelris & Associates | 378,173 |
| 1/3/2000 | Grace & Company | 300,000 |
| 1/3/2000 | Jelris & Associates | 2,000 |
| 1/18/2000 | Grace & Company | 10,000 |
| 1/18/2000 | Grace & Company | 80,000 |
| 1/26/2000 | Grace & Company | 5,000 |
| 1/26/2000 | Grace & Company | 15,000 |

MADC0265_00000032

Exhibit C-7

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 2/1/2000 | EJS Associates, L.P. | 5,000 |
| 2/8/2000 | Grace & Company | 5,000 |
| 2/22/2000 | Grace & Company | 15,000 |
| 3/6/2000 | Grace & Company | 5,000 |
| 3/7/2000 | Grace & Company | 15,000 |
| 3/7/2000 | Grace & Company | 70,000 |
| 3/9/2000 | EJS Associates, L.P. | 7,000 |
| 3/13/2000 | Grace & Company | 50,000 |
| 3/15/2000 | Grace & Company | 20,000 |
| 3/16/2000 | EJS Associates, L.P. | 200,000 |
| 3/21/2000 | Grace & Company | 5,000 |
| 3/28/2000 | EJS Associates, L.P. | 14,771 |
| 3/28/2000 | EJS Associates, L.P. | 15,176 |
| 3/30/2000 | Grace & Company | 12,000 |
| 3/30/2000 | Grace & Company | 15,000 |
| 4/4/2000 | Grace & Company | 50,000 |
| 4/14/2000 | EJS Associates, L.P. | 50,000 |
| 4/14/2000 | Jelris & Associates | 90,000 |
| 5/1/2000 | Grace & Company | 8,000 |
| 5/15/2000 | Grace & Company | 3,500 |
| 5/17/2000 | Grace & Company | 40,000 |
| 5/18/2000 | Grace & Company | 10,000 |
| 5/18/2000 | Grace & Company | 15,000 |
| 5/23/2000 | Grace & Company | 5,000 |
| 5/25/2000 | Grace & Company | 11,000 |
| 6/14/2000 | EJS Associates, L.P. | 80,000 |
| 6/20/2000 | Grace & Company | 950 |
| 6/28/2000 | Grace & Company | 15,000 |
| 7/3/2000 | Grace & Company | 10,000 |
| 7/3/2000 | Grace & Company | 15,000 |
| 7/14/2000 | EJS Associates, L.P. | 75,000 |
| 7/24/2000 | EJS Associates, L.P. | 3,000 |
| 8/2/2000 | Grace & Company | 10,000 |

MADC0265_00000033

## SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
## RICHARD M. GLANTZ AND/OR
## THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|------|-----------|----------------|
| 8/4/2000 | Grace & Company | 12,000 |
| 9/6/2000 | EJS Associates, L.P. | 50,000 |
| 9/14/2000 | EJS Associates, L.P. | 50,000 |
| 9/14/2000 | EJS Associates, L.P. | 65,000 |
| 9/15/2000 | Grace & Company | 10,000 |
| 9/22/2000 | Grace & Company | 25,000 |
| 10/11/2000 | Grace & Company | 15,000 |
| 10/18/2000 | Grace & Company | 10,000 |
| 11/13/2000 | Grace & Company | 50,000 |
| 11/29/2000 | EJS Associates, L.P. | 100,000 |
| 12/1/2000 | Grace & Company | 25,000 |
| 12/7/2000 | Grace & Company | 10,000 |
| 12/11/2000 | Grace & Company | 10,000 |
| 12/26/2000 | Grace & Company | 10,000 |
| 12/27/2000 | Grace & Company | 24,588 |
| 12/28/2000 | Grace & Company | 12,000 |
| 1/24/2001 | Grace & Company | 25,000 |
| 1/31/2001 | Grace & Company | 7,000 |
| 2/12/2001 | Grace & Company | 4,000 |
| 2/13/2001 | EJS Associates, L.P. | 20,000 |
| 2/13/2001 | Grace & Company | 20,000 |
| 2/15/2001 | EJS Associates, L.P. | 12,581 |
| 2/15/2001 | EJS Associates, L.P. | 12,805 |
| 2/20/2001 | Grace & Company | 5,500 |
| 3/12/2001 | Grace & Company | 10,000 |
| 3/12/2001 | Grace & Company | 4,000 |
| 3/14/2001 | EJS Associates, L.P. | 15,000 |
| 3/21/2001 | Jelris & Associates | 170,000 |
| 3/27/2001 | Grace & Company | 16,000 |
| 4/3/2001 | EJS Associates, L.P. | 50,000 |
| 4/4/2001 | EJS Associates, L.P. | 5,000 |
| 4/13/2001 | Grace & Company | 18,000 |
| 5/4/2001 | Grace & Company | 7,000 |

MADC0265_00000034

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 5/8/2001 | Grace & Company | 10,000 |
| 5/9/2001 | Grace & Company | 3,000 |
| 5/29/2001 | Grace & Company | 5,000 |
| 5/29/2001 | Grace & Company | 5,000 |
| 6/1/2001 | Grace & Company | 5,000 |
| 6/4/2001 | Grace & Company | 10,000 |
| 6/5/2001 | EJS Associates, L.P. | 421 |
| 6/5/2001 | Jelris & Associates | 421 |
| 6/15/2001 | Grace & Company | 7,000 |
| 6/15/2001 | Grace & Company | 5,000 |
| 6/18/2001 | Grace & Company | 4,000 |
| 6/29/2001 | Grace & Company | 20,000 |
| 7/4/2001 | Grace & Company | 12,000 |
| 7/25/2001 | Grace & Company | 5,000 |
| 7/31/2001 | Grace & Company | 20,000 |
| 8/15/2001 | EJS Associates, L.P. | 5,000 |
| 8/27/2001 | EJS Associates, L.P. | 5,000 |
| 8/29/2001 | EJS Associates, L.P. | 15,000 |
| 8/30/2001 | EJS Associates, L.P. | 5,000 |
| 9/4/2001 | EJS Associates, L.P. | 6,000 |
| 9/5/2001 | Grace & Company | 6,500 |
| 9/10/2001 | Grace & Company | 50,000 |
| 9/14/2001 | Grace & Company | 20,000 |
| 10/1/2001 | EJS Associates, L.P. | 10,000 |
| 10/4/2001 | Jelris & Associates | 15,000 |
| 10/16/2001 | EJS Associates, L.P. | 5,000 |
| 10/29/2001 | EJS Associates, L.P. | 5,000 |
| 10/30/2001 | EJS Associates, L.P. | 2,000 |
| 11/1/2001 | Grace & Company | 7,000 |
| 11/1/2001 | EJS Associates, L.P. | 4,000 |
| 11/2/2001 | EJS Associates, L.P. | 3,000 |
| 11/9/2001 | Grace & Company | 17,000 |
| 11/20/2001 | EJS Associates, L.P. | 5,000 |

MADC0265_00000035

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 11/26/2001 | Grace & Company | 18,000 |
| 11/30/2001 | EJS Associates, L.P. | 5,000 |
| 12/3/2001 | Grace & Company | 10,000 |
| 12/10/2001 | Grace & Company | 5,000 |
| 12/17/2001 | EJS Associates, L.P. | 5,000 |
| 12/26/2001 | Grace & Company | 20,000 |
| 12/31/2001 | Grace & Company | 20,000 |
| 12/31/2001 | Grace & Company | 15,000 |
| 1/2/2002 | EJS Associates, L.P. | 22,000 |
| 1/7/2002 | Grace & Company | 10,000 |
| 1/9/2002 | Grace & Company | 5,000 |
| 1/14/2002 | Grace & Company | 40,000 |
| 1/16/2002 | Grace & Company | 5,000 |
| 3/4/2002 | Grace & Company | 1,000 |
| 3/5/2002 | Grace & Company | 5,000 |
| 3/12/2002 | Grace & Company | 10,000 |
| 4/1/2002 | Grace & Company | 10,000 |
| 4/9/2002 | Grace & Company | 25,000 |
| 4/15/2002 | Grace & Company | 5,000 |
| 4/19/2002 | Grace & Company | 4,000 |
| 4/25/2002 | Grace & Company | 5,000 |
| 5/1/2002 | Grace & Company | 5,000 |
| 5/10/2002 | Grace & Company | 5,000 |
| 5/16/2002 | Grace & Company | 10,000 |
| 5/23/2002 | Grace & Company | 3,000 |
| 5/28/2002 | Grace & Company | 10,000 |
| 5/29/2002 | Grace & Company | 7,000 |
| 5/30/2002 | Grace & Company | 10,000 |
| 6/12/2002 | EJS Associates, L.P. | 37,108 |
| 6/13/2002 | Jelris & Associates | 9,012 |
| 7/11/2002 | Grace & Company | 15,000 |
| 8/13/2002 | Grace & Company | 10,000 |
| 9/4/2002 | Grace & Company | 10,000 |

MADC0265_00000036

## SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
## RICHARD M. GLANTZ AND/OR
## THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 9/10/2002 | Grace & Company | 10,000 |
| 9/11/2002 | Grace & Company | 10,000 |
| 9/13/2002 | Grace & Company | 27,000 |
| 9/19/2002 | Grace & Company | 10,000 |
| 9/23/2002 | Grace & Company | 10,000 |
| 9/27/2002 | Grace & Company | 10,000 |
| 10/3/2002 | Grace & Company | 10,000 |
| 10/11/2002 | Jelris & Associates | 5,000 |
| 10/11/2002 | Jelris & Associates | 5,000 |
| 10/23/2002 | Jelris & Associates | 10,000 |
| 10/29/2002 | Grace & Company | 10,000 |
| 11/6/2002 | EJS Associates, L.P. | 10,000 |
| 12/10/2002 | EJS Associates, L.P. | 20,000 |
| 12/20/2002 | EJS Associates, L.P. | 10,000 |
| 12/20/2002 | Grace & Company | 1,390 |
| 12/24/2002 | Grace & Company | 20,000 |
| 12/31/2002 | EJS Associates, L.P. | 15,000 |
| 1/2/2003 | Jelris & Associates | 220,000 |
| 1/10/2003 | Jelris & Associates | 27,000 |
| 1/17/2003 | Grace & Company | 15,000 |
| 1/17/2003 | Jelris & Associates | 10,000 |
| 1/17/2003 | Jelris & Associates | 5,000 |
| 1/23/2003 | Jelris & Associates | 10,000 |
| 1/29/2003 | EJS Associates, L.P. | 10,000 |
| 1/29/2003 | Grace & Company | 30,685 |
| 2/12/2003 | Jelris & Associates | 10,000 |
| 2/14/2003 | Grace & Company | 65,000 |
| 2/19/2003 | Grace & Company | 15,000 |
| 2/20/2003 | EJS Associates, L.P. | 12,000 |
| 2/24/2003 | Grace & Company | 5,000 |
| 2/24/2003 | Grace & Company | 5,752 |
| 2/24/2003 | Jelris & Associates | 25,000 |
| 3/3/2003 | Grace & Company | 5,000 |

MADC0265_00000037

Exhibit C-7

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
RICHARD M. GLANTZ AND/OR
THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|------------|-----------------|
| 3/3/2003 | EJS Associates, L.P. | 40,000 |
| 3/11/2003 | Grace & Company | 511 |
| 3/11/2003 | Jelris & Associates | 20,000 |
| 3/20/2003 | Grace & Company | 10,000 |
| 3/20/2003 | EJS Associates, L.P. | 10,000 |
| 3/24/2003 | EJS Associates, L.P. | 10,000 |
| 3/25/2003 | Grace & Company | 15,000 |
| 3/25/2003 | EJS Associates, L.P. | 10,000 |
| 3/25/2003 | Jelris & Associates | 5,000 |
| 3/26/2003 | Grace & Company | 250 |
| 3/31/2003 | Grace & Company | 2,620 |
| 3/31/2003 | Jelris & Associates | 10,000 |
| 4/2/2003 | Grace & Company | 5,000 |
| 4/2/2003 | Jelris & Associates | 10,000 |
| 4/10/2003 | Grace & Company | 7,440 |
| 4/10/2003 | Jelris & Associates | 8,000 |
| 4/16/2003 | Jelris & Associates | 10,000 |
| 4/16/2003 | Jelris & Associates | 10,000 |
| 4/22/2003 | Grace & Company | 10,000 |
| 5/12/2003 | Jelris & Associates | 10,000 |
| 5/15/2003 | Jelris & Associates | 10,000 |
| 5/21/2003 | Grace & Company | 72,399 |
| 5/23/2003 | Grace & Company | 35,000 |
| 5/28/2003 | Jelris & Associates | 35,000 |
| 5/30/2003 | Grace & Company | 5,000 |
| 5/30/2003 | Jelris & Associates | 10,000 |
| 6/5/2003 | Grace & Company | 5,000 |
| 6/6/2003 | Grace & Company | 52,049 |
| 6/6/2003 | Jelris & Associates | 10,000 |
| 6/6/2003 | Jelris & Associates | 5,000 |
| 6/10/2003 | Jelris & Associates | 10,000 |
| 6/13/2003 | Grace & Company | 10,000 |
| 6/13/2003 | Grace & Company | 871 |

MADC0265_00000038

### SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
### RICHARD M. GLANTZ AND/OR
### THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|---|---|---|
| 6/19/2003 | Jelris & Associates | 20,000 |
| 6/24/2003 | Grace & Company | 31,993 |
| 6/25/2003 | Grace & Company | 5,000 |
| 6/25/2003 | Jelris & Associates | 10,000 |
| 7/1/2003 | Grace & Company | 5,000 |
| 7/1/2003 | Jelris & Associates | 10,000 |
| 7/1/2003 | Jelris & Associates | 25,000 |
| 7/9/2003 | Grace & Company | 5,000 |
| 7/9/2003 | Jelris & Associates | 25,000 |
| 7/15/2003 | Grace & Company | 5,000 |
| 7/15/2003 | Jelris & Associates | 5,000 |
| 7/15/2003 | Jelris & Associates | 40,000 |
| 7/23/2003 | Jelris & Associates | 5,000 |
| 7/29/2003 | Jelris & Associates | 10,000 |
| 7/29/2003 | Jelris & Associates | 5,000 |
| 8/1/2003 | Grace & Company | 10,000 |
| 8/6/2003 | Jelris & Associates | 10,000 |
| 8/11/2003 | Jelris & Associates | 5,000 |
| 8/11/2003 | Jelris & Associates | 8,000 |
| 8/19/2003 | Jelris & Associates | 10,000 |
| 8/22/2003 | Jelris & Associates | 20,000 |
| 8/26/2003 | Jelris & Associates | 10,000 |
| 9/2/2003 | Jelris & Associates | 5,000 |
| 9/5/2003 | Jelris & Associates | 5,000 |
| 9/9/2003 | EJS Associates, L.P. | 35,000 |
| 9/9/2003 | Grace & Company | 734 |
| 9/12/2003 | Grace & Company | 10,000 |
| 9/22/2003 | Jelris & Associates | 10,000 |
| 9/23/2003 | EJS Associates, L.P. | 250 |
| 9/23/2003 | Grace & Company | 10 |
| 10/2/2003 | Grace & Company | 5,000 |
| 10/10/2003 | Grace & Company | 85,000 |
| 11/17/2003 | Jelris & Associates | 10,000 |

MADC0265_00000039

### SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
### RICHARD M. GLANTZ AND/OR
### THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|---|---|---|
| 11/25/2003 | Grace & Company | 202 |
| 12/22/2003 | Grace & Company | 86,407 |
| 12/23/2003 | Jelris & Associates | 3,000 |
| 12/30/2003 | Grace & Company | 15,000 |
| 12/30/2003 | EJS Associates, L.P. | 10,000 |
| 12/30/2003 | Grace & Company | 40,000 |
| 1/6/2004 | Jelris & Associates | 10,000 |
| 1/9/2004 | Grace & Company | 5,000 |
| 1/9/2004 | Grace & Company | 5,000 |
| 1/9/2004 | Grace & Company | 734 |
| 1/9/2004 | Grace & Company | 10,000 |
| 1/14/2004 | Grace & Company | 10,000 |
| 1/23/2004 | Grace & Company | 20,000 |
| 1/27/2004 | Grace & Company | 261 |
| 2/2/2004 | Grace & Company | 10,000 |
| 2/6/2004 | Grace & Company | 20,000 |
| 2/13/2004 | Grace & Company | 10,000 |
| 2/20/2004 | Grace & Company | 5,000 |
| 2/24/2004 | Grace & Company | 35,000 |
| 2/24/2004 | Grace & Company | 135 |
| 2/27/2004 | EJS Associates, L.P. | 11,251 |
| 2/27/2004 | Grace & Company | 37,920 |
| 3/2/2004 | EJS Associates, L.P. | 2,001 |
| 3/2/2004 | Grace & Company | 1 |
| 3/5/2004 | Grace & Company | 10,000 |
| 3/5/2004 | Grace & Company | 10,000 |
| 3/10/2004 | Grace & Company | 5,000 |
| 3/10/2004 | Grace & Company | 5,000 |
| 3/30/2004 | Grace & Company | 15,000 |
| 4/5/2004 | Grace & Company | 10,000 |
| 4/8/2004 | Grace & Company | 79,100 |
| 4/9/2004 | Grace & Company | 580 |
| 4/14/2004 | Grace & Company | 10,000 |

MADC0265_00000040

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 4/26/2004 | EJS Associates, L.P. | 92 |
| 5/4/2004 | Grace & Company | 10,000 |
| 5/18/2004 | Grace & Company | 25,000 |
| 5/25/2004 | EJS Associates, L.P. | 116 |
| 5/27/2004 | Grace & Company | 5,000 |
| 6/3/2004 | Grace & Company | 60,000 |
| 6/4/2004 | EJS Associates, L.P. | 67,000 |
| 6/11/2004 | Grace & Company | 10,000 |
| 6/11/2004 | Grace & Company | 10,000 |
| 6/14/2004 | Grace & Company | 17 |
| 6/15/2004 | Grace & Company | 580 |
| 6/15/2004 | Grace & Company | 15,000 |
| 6/22/2004 | Grace & Company | 15,000 |
| 6/28/2004 | Grace & Company | 5,000 |
| 8/2/2004 | Grace & Company | 400,000 |
| 8/2/2004 | Jelris & Associates | 102,000 |
| 8/11/2004 | Jelris & Associates | 479,000 |
| 8/24/2004 | Grace & Company | 10,000 |
| 9/17/2004 | Grace & Company | 610 |
| 9/21/2004 | Grace & Company | 10,000 |
| 9/22/2004 | EJS Associates, L.P. | 143 |
| 10/5/2004 | Grace & Company | 20,000 |
| 10/14/2004 | Grace & Company | 20,000 |
| 10/14/2004 | Jelris & Associates | 20,000 |
| 10/26/2004 | Grace & Company | 10,000 |
| 10/29/2004 | EJS Associates, L.P. | 300,000 |
| 10/29/2004 | Grace & Company | 10,000 |
| 11/9/2004 | Grace & Company | 10,000 |
| 11/9/2004 | Grace & Company | 10,000 |
| 11/12/2004 | Grace & Company | 5,000 |
| 11/15/2004 | EJS Associates, L.P. | 30,000 |
| 11/15/2004 | Grace & Company | 20,000 |
| 11/16/2004 | Grace & Company | 30,000 |

MADC0265_00000041

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 11/24/2004 | Grace & Company | 5,000 |
| 11/24/2004 | Grace & Company | 40,000 |
| 12/7/2004 | Grace & Company | 15,000 |
| 12/10/2004 | EJS Associates, L.P. | 67 |
| 12/10/2004 | Grace & Company | 70,879 |
| 12/22/2004 | Grace & Company | 82,000 |
| 12/22/2004 | Jelris & Associates | 41,666 |
| 12/22/2004 | Jelris & Associates | 41,666 |
| 12/22/2004 | Jelris & Associates | 41,666 |
| 12/30/2004 | Grace & Company | 137 |
| 1/19/2005 | Grace & Company | 580 |
| 2/3/2005 | Grace & Company | 10,000 |
| 2/11/2005 | Jelris & Associates | 10,000 |
| 3/1/2005 | Jelris & Associates | 50,000 |
| 3/9/2005 | Jelris & Associates | 20,000 |
| 3/11/2005 | Jelris & Associates | 10,000 |
| 3/17/2005 | Grace & Company | 10,000 |
| 3/28/2005 | Grace & Company | 150 |
| 3/29/2005 | Grace & Company | 40,000 |
| 4/1/2005 | Grace & Company | 10,000 |
| 4/13/2005 | Jelris & Associates | 10,000 |
| 4/15/2005 | EJS Associates, L.P. | 10,000 |
| 4/21/2005 | EJS Associates, L.P. | 50,000 |
| 5/2/2005 | EJS Associates, L.P. | 30,000 |
| 5/2/2005 | Grace & Company | 725 |
| 5/26/2005 | EJS Associates, L.P. | 20,000 |
| 6/3/2005 | Grace & Company | 10,000 |
| 6/3/2005 | EJS Associates, L.P. | 15,000 |
| 6/10/2005 | EJS Associates, L.P. | 10,000 |
| 6/20/2005 | Grace & Company | 3,000 |
| 6/24/2005 | EJS Associates, L.P. | 10,000 |
| 7/1/2005 | Jelris & Associates | 10,000 |
| 7/1/2005 | Jelris & Associates | 200,000 |

MADC0265_00000042

### SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
### RICHARD M. GLANTZ AND/OR
### THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 7/15/2005 | EJS Associates, L.P. | 10,000 |
| 7/18/2005 | EJS Associates, L.P. | 46,323 |
| 7/28/2005 | Jelris & Associates | 10,000 |
| 8/10/2005 | Grace & Company | 5,000 |
| 9/12/2005 | Grace & Company | 3,000 |
| 9/12/2005 | Jelris & Associates | 20,000 |
| 9/30/2005 | EJS Associates, L.P. | 10,000 |
| 10/5/2005 | EJS Associates, L.P. | 10,000 |
| 10/7/2005 | EJS Associates, L.P. | 15,000 |
| 10/20/2005 | Jelris & Associates | 50,000 |
| 10/25/2005 | EJS Associates, L.P. | 163 |
| 10/25/2005 | Grace & Company | 28 |
| 10/27/2005 | EJS Associates, L.P. | 15,000 |
| 11/10/2005 | EJS Associates, L.P. | 5,000 |
| 11/21/2005 | EJS Associates, L.P. | 25,000 |
| 11/23/2005 | EJS Associates, L.P. | 233 |
| 11/23/2005 | Grace & Company | 88 |
| 11/28/2005 | EJS Associates, L.P. | 34,218 |
| 11/28/2005 | Grace & Company | 11,300 |
| 11/29/2005 | EJS Associates, L.P. | 50,000 |
| 12/5/2005 | Grace & Company | 300 |
| 12/5/2005 | Grace & Company | 10,000 |
| 12/5/2005 | EJS Associates, L.P. | 248 |
| 12/5/2005 | Grace & Company | 103 |
| 12/5/2005 | EJS Associates, L.P. | 20,000 |
| 12/15/2005 | Grace & Company | 10,000 |
| 12/21/2005 | Grace & Company | 5,000 |
| 12/21/2005 | Grace & Company | 4,000 |
| 12/21/2005 | Jelris & Associates | 10,000 |
| 12/28/2005 | Grace & Company | 20,000 |
| 12/29/2005 | Grace & Company | 10,000 |
| 12/29/2005 | Grace & Company | 10,000 |
| 1/3/2006 | Grace & Company | 286 |

MADC0265_00000043

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
RICHARD M. GLANTZ AND/OR
THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 1/5/2006 | Jelris & Associates | 450,000 |
| 1/6/2006 | EJS Associates, L.P. | 20,000 |
| 1/6/2006 | Jelris & Associates | 80,000 |
| 1/17/2006 | Grace & Company | 915 |
| 2/2/2006 | Jelris & Associates | 50,000 |
| 2/16/2006 | EJS Associates, L.P. | 164,770 |
| 2/23/2006 | EJS Associates, L.P. | 30,000 |
| 2/27/2006 | EJS Associates, L.P. | 79,500 |
| 2/28/2006 | Jelris & Associates | 10,000 |
| 2/28/2006 | Jelris & Associates | 5,000 |
| 3/3/2006 | Grace & Company | 500 |
| 3/3/2006 | Jelris & Associates | 25,000 |
| 3/28/2006 | Grace & Company | 150 |
| 4/6/2006 | Grace & Company | 5,000 |
| 4/20/2006 | Grace & Company | 1,000 |
| 4/25/2006 | Grace & Company | 2,000 |
| 4/25/2006 | EJS Associates, L.P. | 206 |
| 4/25/2006 | EJS Associates, L.P. | 15,000 |
| 4/25/2006 | Grace & Company | 39 |
| 4/27/2006 | Jelris & Associates | 5,000 |
| 5/5/2006 | Jelris & Associates | 5,000 |
| 5/18/2006 | Jelris & Associates | 10,000 |
| 5/23/2006 | Jelris & Associates | 35,000 |
| 5/24/2006 | EJS Associates, L.P. | 353 |
| 5/24/2006 | Grace & Company | 469 |
| 5/26/2006 | EJS Associates, L.P. | 30,000 |
| 5/26/2006 | Jelris & Associates | 10,000 |
| 6/1/2006 | Jelris & Associates | 30,000 |
| 6/8/2006 | EJS Associates, L.P. | 50,000 |
| 6/13/2006 | Grace & Company | 5,000 |
| 6/13/2006 | EJS Associates, L.P. | 10,000 |
| 6/16/2006 | Grace & Company | 1,500 |
| 6/22/2006 | EJS Associates, L.P. | 30,000 |

MADC0265_00000044

### SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
### RICHARD M. GLANTZ AND/OR
### THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|------|-----------|----------------|
| 6/27/2006 | Grace & Company | 513 |
| 6/29/2006 | EJS Associates, L.P. | 50,000 |
| 6/30/2006 | Jelris & Associates | 15,000 |
| 7/6/2006 | Grace & Company | 100,000 |
| 7/6/2006 | Grace & Company | 71,800 |
| 7/6/2006 | EJS Associates, L.P. | 5,000 |
| 7/18/2006 | Jelris & Associates | 30,000 |
| 7/21/2006 | Grace & Company | 10,000 |
| 7/21/2006 | EJS Associates, L.P. | 50,000 |
| 7/24/2006 | EJS Associates, L.P. | 150,000 |
| 7/24/2006 | Jelris & Associates | 35,000 |
| 7/28/2006 | Jelris & Associates | 15,000 |
| 8/14/2006 | Grace & Company | 10,000 |
| 8/24/2006 | EJS Associates, L.P. | 12,000 |
| 8/28/2006 | EJS Associates, L.P. | 303 |
| 8/28/2006 | Grace & Company | 27 |
| 8/28/2006 | Jelris & Associates | 20,000 |
| 9/1/2006 | EJS Associates, L.P. | 5,000 |
| 9/5/2006 | EJS Associates, L.P. | 25,000 |
| 9/8/2006 | EJS Associates, L.P. | 18,000 |
| 9/8/2006 | Jelris & Associates | 10,000 |
| 9/26/2006 | EJS Associates, L.P. | 648 |
| 9/26/2006 | Grace & Company | 25 |
| 9/29/2006 | Grace & Company | 1,500 |
| 9/29/2006 | Grace & Company | 20,000 |
| 10/11/2006 | Grace & Company | 10,000 |
| 10/18/2006 | Grace & Company | 25,000 |
| 10/18/2006 | Grace & Company | 100,000 |
| 10/25/2006 | EJS Associates, L.P. | 501 |
| 10/25/2006 | Grace & Company | 25 |
| 10/27/2006 | Grace & Company | 10,000 |
| 11/7/2006 | Grace & Company | 25,000 |
| 11/7/2006 | Grace & Company | 25,000 |

MADC0265_00000045

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 11/22/2006 | EJS Associates, L.P. | 15,000 |
| 11/22/2006 | Jelris & Associates | 25,000 |
| 11/27/2006 | EJS Associates, L.P. | 517 |
| 11/27/2006 | Grace & Company | 25 |
| 12/1/2006 | EJS Associates, L.P. | 30,000 |
| 12/12/2006 | EJS Associates, L.P. | 10,000 |
| 12/20/2006 | Grace & Company | 10,000 |
| 12/20/2006 | Jelris & Associates | 50,000 |
| 12/26/2006 | Grace & Company | 42,000 |
| 12/27/2006 | Grace & Company | 73,000 |
| 12/27/2006 | EJS Associates, L.P. | 61,217 |
| 12/27/2006 | EJS Associates, L.P. | 501 |
| 12/27/2006 | EJS Associates, L.P. | 30,000 |
| 12/27/2006 | Jelris & Associates | 125,000 |
| 12/28/2006 | Grace & Company | 3,000 |
| 12/28/2006 | Grace & Company | 10,000 |
| 1/22/2007 | Grace & Company | 1,000 |
| 1/22/2007 | Jelris & Associates | 588 |
| 1/29/2007 | Jelris & Associates | 10,000 |
| 2/14/2007 | Grace & Company | 5,000 |
| 2/27/2007 | EJS Associates, L.P. | 123 |
| 2/27/2007 | Grace & Company | 198 |
| 2/28/2007 | Grace & Company | 10,000 |
| 3/27/2007 | EJS Associates, L.P. | 265 |
| 3/27/2007 | Grace & Company | 417 |
| 3/30/2007 | Jelris & Associates | 10,000 |
| 4/2/2007 | Grace & Company | 10,000 |
| 4/2/2007 | Grace & Company | 50,000 |
| 4/9/2007 | EJS Associates, L.P. | 15,000 |
| 4/11/2007 | Grace & Company | 55,000 |
| 4/16/2007 | Grace & Company | 1,570 |
| 4/16/2007 | Jelris & Associates | 130,000 |
| 4/24/2007 | EJS Associates, L.P. | 310 |

MADC0265_00000046

## SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
## RICHARD M. GLANTZ AND/OR
## THE RICHARD M. GLANTZ 1991 LIVING TRUST

| Date | Transferor | Transfer Amount |
|---|---|---|
| 5/7/2007 | Jelris & Associates | 10,000 |
| 5/23/2007 | EJS Associates, L.P. | 590 |
| 5/23/2007 | Grace & Company | 277 |
| 5/24/2007 | Jelris & Associates | 10,000 |
| 6/6/2007 | EJS Associates, L.P. | 25,000 |
| 6/19/2007 | Grace & Company | 10,000 |
| 6/19/2007 | EJS Associates, L.P. | 35,000 |
| 6/19/2007 | Grace & Company | 1,550 |
| 6/26/2007 | EJS Associates, L.P. | 831 |
| 6/26/2007 | Grace & Company | 468 |
| 6/29/2007 | Grace & Company | 20,000 |
| 7/2/2007 | EJS Associates, L.P. | 92,000 |
| 7/2/2007 | Grace & Company | 81,000 |
| 7/9/2007 | EJS Associates, L.P. | 10,000 |
| 7/19/2007 | EJS Associates, L.P. | 20,000 |
| 7/25/2007 | Jelris & Associates | 50,000 |
| 8/6/2007 | EJS Associates, L.P. | 10,000 |
| 8/17/2007 | EJS Associates, L.P. | 10,000 |
| 8/24/2007 | EJS Associates, L.P. | 10,000 |
| 8/27/2007 | EJS Associates, L.P. | 390 |
| 9/4/2007 | EJS Associates, L.P. | 10,000 |
| 9/6/2007 | Jelris & Associates | 250,000 |
| 9/11/2007 | Grace & Company | 10,000 |
| 9/14/2007 | EJS Associates, L.P. | 70,000 |
| 9/21/2007 | Grace & Company | 1,545 |
| 9/21/2007 | Jelris & Associates | 30,000 |
| 9/28/2007 | EJS Associates, L.P. | 28,000 |
| 9/28/2007 | EJS Associates, L.P. | 10,000 |
| 10/10/2007 | EJS Associates, L.P. | 25,000 |
| 10/22/2007 | Jelris & Associates | 15,000 |
| 11/9/2007 | Jelris & Associates | 30,000 |
| 11/15/2007 | EJS Associates, L.P. | 100,000 |
| 11/27/2007 | Grace & Company | 181 |

MADC0265_00000047

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF
RICHARD M. GLANTZ AND/OR
THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|------|-----------|----------------|
| 12/5/2007 | Jelris & Associates | 20,000 |
| 12/7/2007 | EJS Associates, L.P. | 25,000 |
| 12/11/2007 | Jelris & Associates | 10,000 |
| 12/21/2007 | Grace & Company | 50,000 |
| 12/24/2007 | EJS Associates, L.P. | 359 |
| 12/24/2007 | Grace & Company | 245 |
| 12/24/2007 | Jelris & Associates | 260,000 |
| 12/27/2007 | EJS Associates, L.P. | 60,056 |
| 12/27/2007 | Grace & Company | 31,000 |
| 12/27/2007 | Jelris & Associates | 20,000 |
| 12/27/2007 | Jelris & Associates | 25,000 |
| 12/28/2007 | Grace & Company | 10,000 |
| 12/28/2007 | EJS Associates, L.P. | 100,000 |
| 12/28/2007 | Jelris & Associates | 400,000 |
| 12/31/2007 | Grace & Company | 25,000 |
| 1/15/2008 | Grace & Company | 1,547 |
| 1/17/2008 | EJS Associates, L.P. | 100 |
| 1/25/2008 | Jelris & Associates | 10,000 |
| 1/30/2008 | Jelris & Associates | 20,000 |
| 2/12/2008 | EJS Associates, L.P. | 25,000 |
| 3/25/2008 | EJS Associates, L.P. | 50 |
| 3/25/2008 | Grace & Company | 136 |
| 3/26/2008 | EJS Associates, L.P. | 15,000 |
| 4/3/2008 | Grace & Company | 1,418 |
| 4/3/2008 | Grace & Company | 1,801 |
| 5/9/2008 | EJS Associates, L.P. | 25,000 |
| 6/6/2008 | Jelris & Associates | 20,000 |
| 6/17/2008 | EJS Associates, L.P. | 25,000 |
| 6/17/2008 | Grace & Company | 1,800 |
| 6/17/2008 | Jelris & Associates | 10,000 |
| 7/2/2008 | EJS Associates, L.P. | 25,000 |
| 7/23/2008 | Grace & Company | 175 |
| 7/28/2008 | Jelris & Associates | 60,000 |

MADC0265_00000048

Exhibit C-7

**SUBSEQUENT TRANSFERS TO OR FOR THE BENEFIT OF**
**RICHARD M. GLANTZ AND/OR**
**THE RICHARD M. GLANTZ 1991 LIVING TRUST**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 8/5/2008 | Jelris & Associates | 25,000 |
| 8/14/2008 | EJS Associates, L.P. | 57,000 |
| 8/14/2008 | EJS Associates, L.P. | 50,000 |
| 8/26/2008 | EJS Associates, L.P. | 10,000 |
| 9/30/2008 | Grace & Company | 1,801 |
| 10/1/2008 | EJS Associates, L.P. | 100,000 |
| 10/3/2008 | EJS Associates, L.P. | 50,000 |
| 10/6/2008 | EJS Associates, L.P. | 20 |
| 10/21/2008 | EJS Associates, L.P. | 30,000 |
| 10/21/2008 | EJS Associates, L.P. | 300,000 |
| 10/27/2008 | EJS Associates, L.P. | 50,000 |
| 11/4/2008 | Grace & Company | 41 |
| 11/12/2008 | EJS Associates, L.P. | 123 |
| 11/12/2008 | Jelris & Associates | 50,000 |
| 11/12/2008 | Jelris & Associates | 50,000 |
| 11/20/2008 | Jelris & Associates | 25,000 |
| 12/3/2008 | Grace & Company | 277 |
| 12/4/2008 | Jelris & Associates | 75,000 |
| 12/8/2008 | EJS Associates, L.P. | 395 |
| 12/17/2008 | Grace & Company | 60,000 |
| 12/17/2008 | Jelris & Associates | 75,000 |
| | | $    16,769,734 |

MADC0265_00000049

Exhibit C-8

**SUBSEQUENT TRANSFERS TO GRACE & COMPANY**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 10/11/2000 | EJS Associates, L.P. | 200,000 |
| 12/11/2000 | EJS Associates, L.P. | 150,000 |
| 12/31/2001 | EJS Associates, L.P. | 85,000 |
| 2/1/2002 | Jelris & Associates, L.P. | 100,000 |
| 11/26/2002 | EJS Associates, L.P. | 25,000 |
| 12/6/2002 | EJS Associates, L.P. | 25,000 |
| 5/9/2003 | Jelris & Associates, L.P. | 100,000 |
| 12/16/2003 | EJS Associates, L.P. | 100,000 |
| 5/20/2008 | EJS Associates, L.P. | 100,000 |
| | | $  885,000 |

MADC0265_00000050

Exhibit C-9

**SUBSEQUENT TRANSFERS TO JELRIS & ASSOCIATES, L.P.**

| Date | Transferor | Transfer Amount |
|------|-----------|----------------:|
| 8/20/1998 | Grace & Company | 10,211 |
| 12/28/2000 | EJS Associates, L.P. | 11,200 |
| 5/15/2003 | Grace & Company | 100,123 |
| 1/23/2004 | EJS Associates, L.P. | 55,000 |
| 2/10/2004 | EJS Associates, L.P. | 47,070 |
| 2/13/2004 | EJS Associates, L.P. | 500 |
| 12/14/2007 | EJS Associates, L.P. | 300,000 |
| 1/9/2008 | EJS Associates, L.P. | 400,000 |
| | | $ 924,104 |

MADC0265_00000051

Exhibit C-10

**SUBSEQUENT TRANSFERS TO LAKEVIEW INVESTMENT, L.P.**

| Date | Transferor | Transfer Amount |
|------|-----------|----------------:|
| 7/27/2007 | Jelris & Associates, L.P. | 7,000,000 |
| 7/27/2007 | EJS Associates, L.P. | 3,500,000 |
| 8/24/2007 | EJS Associates, L.P. | 325,000 |
| 10/24/2007 | EJS Associates, L.P. | 10,000 |
| 2/26/2008 | Jelris & Associates, L.P. | 10,000 |
| 7/2/2008 | EJS Associates, L.P. | 600,000 |
| 7/2/2008 | Jelris & Associates, L.P. | 800,000 |
| 7/2/2008 | Grace & Company | 3,100,000 |
| 8/5/2008 | EJS Associates, L.P. | 950,000 |
| 8/15/2008 | Grace & Company | 15,288 |
| 10/14/2008 | EJS Associates, L.P. | 125,000 |
| 11/25/2008 | EJS Associates, L.P. | 500,000 |
| | | $ 16,935,288 |

MADC0265_00000052

## SUBSEQUENT TRANSFERS TO ELAINE OSTRIN

| Date | Transferor | Transfer Amount |
|---|---|---|
| 1/2/1998 | EJS Associates, L.P. | 70,000 |
| 1/12/1998 | EJS Associates, L.P. | 20,000 |
| 1/12/1998 | EJS Associates, L.P. | 15,000 |
| 3/3/1998 | EJS Associates, L.P. | 8,000 |
| 4/10/1998 | EJS Associates, L.P. | 20,000 |
| 4/15/1998 | EJS Associates, L.P. | 80,000 |
| 5/18/1998 | EJS Associates, L.P. | 50,000 |
| 6/10/1998 | Jelris & Associates | 105,000 |
| 8/17/1998 | Jelris & Associates | 5,000 |
| 9/15/1998 | Jelris & Associates | 55,000 |
| 1/13/1999 | EJS Associates, L.P. | 120,000 |
| 2/2/1999 | EJS Associates, L.P. | 5,000 |
| 4/5/1999 | EJS Associates, L.P. | 2,000 |
| 4/13/1999 | EJS Associates, L.P. | 20,000 |
| 4/13/1999 | EJS Associates, L.P. | 120,000 |
| 4/21/1999 | EJS Associates, L.P. | 20,000 |
| 5/3/1999 | EJS Associates, L.P. | 2,000 |
| 5/7/1999 | EJS Associates, L.P. | 7,000 |
| 6/7/1999 | EJS Associates, L.P. | 2,000 |
| 6/14/1999 | EJS Associates, L.P. | 100,000 |
| 7/6/1999 | EJS Associates, L.P. | 5,000 |
| 7/8/1999 | EJS Associates, L.P. | 500 |
| 7/8/1999 | EJS Associates, L.P. | 10,000 |
| 9/3/1999 | EJS Associates, L.P. | 20,000 |
| 9/14/1999 | EJS Associates, L.P. | 28,000 |
| 9/14/1999 | EJS Associates, L.P. | 72,000 |
| 9/21/1999 | EJS Associates, L.P. | 5,000 |
| 9/30/1999 | EJS Associates, L.P. | 500 |
| 11/5/1999 | EJS Associates, L.P. | 5,000 |
| 11/29/1999 | EJS Associates, L.P. | 2,000 |
| 12/24/1999 | Jelris & Associates, L.P. | 417,000 |
| 1/4/2000 | EJS Associates, L.P. | 20,000 |
| 1/18/2000 | EJS Associates, L.P. | 70,000 |
| 3/30/2000 | EJS Associates, L.P. | 2,000 |

MADC0265_00000053

**SUBSEQUENT TRANSFERS TO ELAINE OSTRIN**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 4/6/2000 | EJS Associates, L.P. | 20,000 |
| 4/14/2000 | Jelris & Associates, L.P. | 100,000 |
| 5/15/2000 | EJS Associates, L.P. | 1,000 |
| 6/14/2000 | EJS Associates, L.P. | 101,000 |
| 6/20/2000 | EJS Associates, L.P. | 1,500 |
| 6/26/2000 | EJS Associates, L.P. | 20,000 |
| 7/25/2000 | EJS Associates, L.P. | 1,000 |
| 8/2/2000 | EJS Associates, L.P. | 1,500 |
| 8/21/2000 | EJS Associates, L.P. | 3,000 |
| 9/15/2000 | EJS Associates, L.P. | 92,000 |
| 9/19/2000 | EJS Associates, L.P. | 20,000 |
| 12/5/2000 | EJS Associates, L.P. | 1,000 |
| 1/11/2001 | EJS Associates, L.P. | 20,000 |
| 1/24/2001 | EJS Associates, L.P. | 1,000 |
| 2/26/2001 | EJS Associates, L.P. | 1,000 |
| 4/4/2001 | EJS Associates, L.P. | 5,000 |
| 4/4/2001 | EJS Associates, L.P. | 20,000 |
| 6/1/2001 | EJS Associates, L.P. | 2,000 |
| 6/25/2001 | EJS Associates, L.P. | 1,000 |
| 7/25/2001 | EJS Associates, L.P. | 20,000 |
| 8/2/2001 | EJS Associates, L.P. | 1,000 |
| 8/15/2001 | EJS Associates, L.P. | 500 |
| 9/5/2001 | EJS Associates, L.P. | 1,000 |
| 9/10/2001 | EJS Associates, L.P. | 5,000 |
| 9/24/2001 | EJS Associates, L.P. | 20,000 |
| 10/3/2001 | EJS Associates, L.P. | 1,000 |
| 11/21/2001 | EJS Associates, L.P. | 20,000 |
| 1/9/2002 | EJS Associates, L.P. | 20,000 |
| 1/14/2002 | EJS Associates, L.P. | 42,000 |
| 1/22/2002 | EJS Associates, L.P. | 1,000 |
| 1/23/2002 | EJS Associates, L.P. | 1,000 |
| 1/30/2002 | EJS Associates, L.P. | 500 |
| 3/5/2002 | EJS Associates, L.P. | 500 |
| 4/8/2002 | EJS Associates, L.P. | 20,000 |
| 4/11/2002 | Jelris & Associates, L.P. | 92,000 |

MADC0265_00000054

### SUBSEQUENT TRANSFERS TO ELAINE OSTRIN

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 6/7/2002 | EJS Associates, L.P. | 10,000 |
| 6/12/2002 | EJS Associates, L.P. | 63,000 |
| 7/8/2002 | EJS Associates, L.P. | 20,000 |
| 7/23/2002 | EJS Associates, L.P. | 5,000 |
| 9/6/2002 | Jelris & Associates, L.P. | 39,630 |
| 10/8/2002 | EJS Associates, L.P. | 20,000 |
| 1/10/2003 | Jelris & Associates, L.P. | 19,000 |
| 1/31/2003 | EJS Associates, L.P. | 3,000 |
| 2/26/2003 | EJS Associates, L.P. | 20,000 |
| 3/11/2003 | EJS Associates, L.P. | 5,000 |
| 4/9/2003 | EJS Associates, L.P. | 20,000 |
| 4/10/2003 | EJS Associates, L.P. | 50,000 |
| 5/28/2003 | Jelris & Associates, L.P. | 25,000 |
| 5/30/2003 | Jelris & Associates, L.P. | 5,000 |
| 6/10/2003 | Jelris & Associates, L.P. | 65,000 |
| 6/25/2003 | Jelris & Associates, L.P. | 20,000 |
| 7/15/2003 | Jelris & Associates, L.P. | 5,000 |
| 7/23/2003 | Jelris & Associates, L.P. | 5,000 |
| 9/9/2003 | EJS Associates, L.P. | 60,000 |
| 9/22/2003 | Jelris & Associates, L.P. | 22,000 |
| 10/15/2003 | Jelris & Associates, L.P. | 5,000 |
| 11/17/2003 | Jelris & Associates, L.P. | 10,000 |
| 12/10/2003 | EJS Associates, L.P. | 10,000 |
| 12/23/2003 | Jelris & Associates, L.P. | 20,000 |
| 12/30/2003 | Jelris & Associates, L.P. | 8,000 |
| 1/9/2004 | Jelris & Associates, L.P. | 62,000 |
| 1/9/2004 | Jelris & Associates, L.P. | 20,000 |
| 1/16/2004 | Jelris & Associates, L.P. | 10,000 |
| 1/29/2004 | EJS Associates, L.P. | 15,000 |
| 2/2/2004 | EJS Associates, L.P. | 5,000 |
| 2/13/2004 | EJS Associates, L.P. | 5,000 |
| 2/25/2004 | EJS Associates, L.P. | 10,000 |
| 2/26/2004 | EJS Associates, L.P. | 14,000 |
| 3/10/2004 | Jelris & Associates, L.P. | 10,000 |
| 3/12/2004 | Jelris & Associates, L.P. | 30,000 |

MADC0265_00000055

### SUBSEQUENT TRANSFERS TO ELAINE OSTRIN

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 3/30/2004 | Jelris & Associates, L.P. | 2,000 |
| 3/31/2004 | Jelris & Associates, L.P. | 20,000 |
| 4/8/2004 | Jelris & Associates, L.P. | 5,000 |
| 4/21/2004 | Jelris & Associates, L.P. | 20,000 |
| 5/11/2004 | Jelris & Associates, L.P. | 20,000 |
| 6/22/2004 | Jelris & Associates, L.P. | 25,000 |
| 8/4/2004 | Jelris & Associates, L.P. | 5,000 |
| 8/24/2004 | Jelris & Associates, L.P. | 5,000 |
| 9/1/2004 | Jelris & Associates, L.P. | 5,000 |
| 9/17/2004 | Jelris & Associates, L.P. | 50,000 |
| 9/24/2004 | Jelris & Associates, L.P. | 60,000 |
| 10/5/2004 | Jelris & Associates, L.P. | 30,000 |
| 10/26/2004 | Jelris & Associates, L.P. | 5,000 |
| 11/24/2004 | Jelris & Associates, L.P. | 10,000 |
| 12/22/2004 | EJS Associates, L.P. | 30,000 |
| 1/19/2005 | EJS Associates, L.P. | 45,000 |
| 2/8/2005 | Jelris & Associates, L.P. | 5,000 |
| 2/23/2005 | EJS Associates, L.P. | 5,000 |
| 3/1/2005 | Jelris & Associates, L.P. | 5,000 |
| 3/29/2005 | Jelris & Associates, L.P. | 5,000 |
| 4/4/2005 | Jelris & Associates, L.P. | 20,000 |
| 4/13/2005 | EJS Associates, L.P. | 5,000 |
| 4/13/2005 | EJS Associates, L.P. | 25,000 |
| 4/21/2005 | EJS Associates, L.P. | 15,000 |
| 4/29/2005 | Jelris & Associates, L.P. | 10,000 |
| 5/6/2005 | EJS Associates, L.P. | 5,000 |
| 6/3/2005 | EJS Associates, L.P. | 10,000 |
| 6/10/2005 | Jelris & Associates, L.P. | 45,000 |
| 7/7/2005 | EJS Associates, L.P. | 20,000 |
| 7/21/2005 | Jelris & Associates, L.P. | 5,000 |
| 7/25/2005 | Jelris & Associates, L.P. | 10,000 |
| 8/19/2005 | Jelris & Associates, L.P. | 3,000 |
| 9/12/2005 | Jelris & Associates, L.P. | 10,000 |
| 9/12/2005 | Jelris & Associates, L.P. | 45,000 |
| 9/20/2005 | EJS Associates, L.P. | 10,000 |

MADC0265_00000056

**SUBSEQUENT TRANSFERS TO ELAINE OSTRIN**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 9/20/2005 | EJS Associates, L.P. | 15,000 |
| 9/30/2005 | EJS Associates, L.P. | 15,000 |
| 10/5/2005 | EJS Associates, L.P. | 10,000 |
| 10/13/2005 | EJS Associates, L.P. | 20,000 |
| 10/14/2005 | EJS Associates, L.P. | 10,000 |
| 10/20/2005 | Jelris & Associates, L.P. | 15,000 |
| 11/21/2005 | EJS Associates, L.P. | 5,000 |
| 12/15/2005 | EJS Associates, L.P. | 10,000 |
| 12/28/2005 | EJS Associates, L.P. | 5,000 |
| 1/11/2006 | EJS Associates, L.P. | 20,000 |
| 1/17/2006 | Jelris & Associates, L.P. | 50,000 |
| 2/10/2006 | EJS Associates, L.P. | 5,000 |
| 2/23/2006 | EJS Associates, L.P. | 10,000 |
| 3/13/2006 | EJS Associates, L.P. | 10,000 |
| 3/23/2006 | EJS Associates, L.P. | 5,000 |
| 3/29/2006 | EJS Associates, L.P. | 25,000 |
| 4/10/2006 | Jelris & Associates, L.P. | 20,000 |
| 4/20/2006 | EJS Associates, L.P. | 5,000 |
| 4/25/2006 | EJS Associates, L.P. | 5,000 |
| 4/27/2006 | EJS Associates, L.P. | 5,000 |
| 5/5/2006 | Jelris & Associates, L.P. | 5,000 |
| 6/6/2006 | EJS Associates, L.P. | 10,000 |
| 6/13/2006 | EJS Associates, L.P. | 10,000 |
| 6/16/2006 | EJS Associates, L.P. | 43,000 |
| 9/8/2006 | Jelris & Associates, L.P. | 8,000 |
| 9/18/2006 | EJS Associates, L.P. | 50,000 |
| 10/2/2006 | EJS Associates, L.P. | 20,000 |
| 10/11/2006 | EJS Associates, L.P. | 10,000 |
| 10/18/2006 | EJS Associates, L.P. | 10,000 |
| 10/18/2006 | EJS Associates, L.P. | 10,000 |
| 10/27/2006 | EJS Associates, L.P. | 10,000 |
| 12/4/2006 | EJS Associates, L.P. | 5,000 |
| 12/12/2006 | EJS Associates, L.P. | 10,000 |
| 12/27/2006 | Jelris & Associates, L.P. | 10,000 |
| 1/9/2007 | EJS Associates, L.P. | 25,000 |

MADC0265_00000057

**SUBSEQUENT TRANSFERS TO ELAINE OSTRIN**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 1/16/2007 | EJS Associates, L.P. | 50,000 |
| 2/28/2007 | Jelris & Associates, L.P. | 10,000 |
| 3/5/2007 | EJS Associates, L.P. | 10,000 |
| 4/2/2007 | EJS Associates, L.P. | 10,000 |
| 4/16/2007 | EJS Associates, L.P. | 80,000 |
| 4/23/2007 | Jelris & Associates, L.P. | 5,000 |
| 5/7/2007 | EJS Associates, L.P. | 10,000 |
| 6/19/2007 | EJS Associates, L.P. | 60,000 |
| 6/27/2007 | Jelris & Associates, L.P. | 15,000 |
| 6/29/2007 | Jelris & Associates, L.P. | 20,000 |
| 7/9/2007 | EJS Associates, L.P. | 15,000 |
| 7/12/2007 | EJS Associates, L.P. | 15,000 |
| 7/25/2007 | Jelris & Associates, L.P. | 10,000 |
| 8/6/2007 | EJS Associates, L.P. | 15,000 |
| 9/21/2007 | Jelris & Associates, L.P. | 60,000 |
| 10/10/2007 | EJS Associates, L.P. | 10,000 |
| 10/22/2007 | EJS Associates, L.P. | 40,000 |
| 11/9/2007 | Jelris & Associates, L.P. | 10,000 |
| 12/21/2007 | EJS Associates, L.P. | 10,000 |
| 12/28/2007 | EJS Associates, L.P. | 10,000 |
| 1/15/2008 | Jelris & Associates, L.P. | 20,000 |
| 1/15/2008 | Jelris & Associates, L.P. | 60,000 |
| 3/7/2008 | Jelris & Associates, L.P. | 10,000 |
| 3/18/2008 | Jelris & Associates, L.P. | 10,000 |
| 3/18/2008 | EJS Associates, L.P. | 300,000 |
| 3/21/2008 | EJS Associates, L.P. | 20,000 |
| 4/3/2008 | EJS Associates, L.P. | 20,000 |
| 4/11/2008 | EJS Associates, L.P. | 100,000 |
| 4/23/2008 | Jelris & Associates, L.P. | 10,000 |
| 5/9/2008 | EJS Associates, L.P. | 10,000 |
| 5/20/2008 | Jelris & Associates, L.P. | 10,000 |
| 6/17/2008 | EJS Associates, L.P. | 70,000 |
| 7/7/2008 | EJS Associates, L.P. | 20,000 |
| 7/24/2008 | EJS Associates, L.P. | 10,000 |
| 7/28/2008 | Jelris & Associates, L.P. | 10,000 |

MADC0265_00000058

**SUBSEQUENT TRANSFERS TO ELAINE OSTRIN**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 8/5/2008 | Jelris & Associates, L.P. | 10,000 |
| 9/17/2008 | EJS Associates, L.P. | 80,000 |
| 10/21/2008 | EJS Associates, L.P. | 20,000 |
| 11/20/2008 | Jelris & Associates, L.P. | 10,000 |
| 11/28/2008 | Jelris & Associates, L.P. | 10,000 |
| 12/15/2008 | EJS Associates, L.P. | 500,000 |
| | | $    5,727,130 |

MADC0265_00000059

**Exhibit C-12**

**SUBSEQUENT TRANSFERS TO THE GLANTZ-OSTRIN TRUST I**

| Date | Transferor | Transfer Amount |
|------|-----------|-----------------|
| 10/24/2001 | Jelris & Associates, L.P. | 121,600 |
| 10/22/2002 | Jelris & Associates, L.P. | 121,600 |
| 10/24/2003 | Jelris & Associates, L.P. | 55,400 |
| 10/29/2004 | Jelris & Associates, L.P. | 36,150 |
| 11/4/2005 | Jelris & Associates, L.P. | 51,600 |
| 10/27/2006 | Jelris & Associates, L.P. | 60,800 |
| | | $ 447,150 |

MADC0265_00000060

**Exhibit C-13**

**SUBSEQUENT TRANSFERS TO THE GLANTZ-OSTRIN TRUST II**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 10/24/2001 | Jelris & Associates, L.P. | 119,500 |
| 10/22/2002 | Jelris & Associates, L.P. | 119,500 |
| 10/24/2003 | Jelris & Associates, L.P. | 119,500 |
| 10/29/2004 | Jelris & Associates, L.P. | 119,500 |
| 11/4/2005 | Jelris & Associates, L.P. | 119,500 |
| 10/27/2006 | Jelris & Associates, L.P. | 119,400 |
| 10/28/2008 | Jelris & Associates, L.P. | 119,400 |
| | | $ 836,300 |

MADC0265_00000061

Exhibit C-14

**SUBSEQUENT TRANSFERS TO VISTA MANAGEMENT CO.**

| Date | Transferor | Transfer Amount |
|------|-----------|----------------:|
| 11/12/2008 | Jelris & Associates, L.P. | 475,000 |
| 11/12/2008 | EJS Associates, L.P. | 500,000 |
| | | $ **975,000** |

MADC0265_00000062