**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. RUSSELL, individually and in his capacity as a joint tenant; and ANITA RUSSELL, individually and in her capacity as a joint tenant,<br><br>Defendants. | Adv. Pro. No. 10-04451 (SMB) |

## STIPULATION FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendants John Russell and Anita Russell,

by and through their counsel, Shaw Fishman Glantz & Towbin LLC (collectively, the "Parties"),

hereby stipulate and agree to the following:

1.      On November 30, 2010, the Trustee filed and served the Complaint against

Defendants.

2.      On October 31, 2012, Defendants served an answer on the Trustee.

3.      On December 23, 2014, the Parties entered into a settlement agreement pursuant

to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No.

3181].

4.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

prejudice of the Trustee's claims against Defendants in the above-captioned adversary

proceeding and dismissing the adversary proceeding.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated: New York, New York
      January 12, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002-5018
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By:  */s/ Nicholas J. Cremona*
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email:  dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**and**

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

By: */s/ David R. Doyle*
321 N. Clark St., Suite 800
Chicago, IL  60654.
Telephone: (312) 541-0151
Facsimile: (312) 980-3888
David R. Doyle
Email: ddoyle@shawfishman.com
Brian L. Shaw
Email:  bshaw@shawfishman.com

*Attorneys for Defendants John J. Russell, individually and in his capacity as a joint tenant, and Anita Russell, individually and in her capacity as a joint tenant*

            SO ORDERED

            /s/ STUART M. BERNSTEIN
Dated: January 12th, 2015    HON. STUART M. BERNSTEIN
New York, New York        UNITED STATES BANKRUPTCY JUDGE