**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Ruth E. Hartman

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>The Alan Miller Diane Miller Revocable Trust, Diane Miller, as trustee of The Alan Miller Diane Miller Revocable Trust, and Alan Miller, as trustee of the Alan Miller Diane Miller Revocable Trust,<br><br>Defendants. | Adv. Pro. No. 10-05213 (SMB) |

## EIGHTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  July 14, 2015.

2. Fact Discovery shall be completed by:  January 29, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due:  April 11, 2016.

4. The Disclosure of Rebuttal Experts shall be due: June 6, 2016.

5. The Deadline for Completion of Expert Discovery shall be: September 5, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before November 2, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before November 16, 2016.

8. The Deadline for Conclusion of Mediation shall be:  On or before January 30, 2017.

Dated: New York, New York
January 12, 2015

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*