Mrs. Susan Labriola
The Denton Family Trust
222 Guinea Road
Brewster, NY 10509


January 7, 2015


United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408


*Re: Motion For An Order Approving Fifth Allocation Of Property To The Fund Of Customer Property And Authorizing Fifth Interim Distribution To Customers In The Matter of Plaintiff vs. Bernard L. Madoff Investment Securities LLC (See Attached)*


To Whom It May Concern:


My interest in this matter is that I am a customer: Madoff account CMO 38. The Denton Family Trust account is 13-7544867.

Until the motions have gone before a vote in the Congress/Senate to change the law back to the true definition of phantom income/net zero, I do not wish for any further funds to be distributed.


Sincerely,

*[signature]*

Susan Labriola



cc: David J. Sheehan, Esq. Baker & Hostetler LLP
    Hon. Stuart M. Bernstein
    Kevin H. Bell, Esq., Securities Investor Protection Corporation


RECEIVED
JAN 0 0 2015
OFFICE OF THE GENERAL COUNSEL
S.I.P.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**AFFIDAVIT OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR AN ORDER APPROVING THE FIFTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FIFTH INTERIM DISTRIBUTION TO CUSTOMERS**

CITY OF NEW YORK    )
                    )  ss:
STATE OF NEW YORK   )

Vineet Sehgal, being duly sworn, deposes and says:

1. I am a Managing Director of AlixPartners LLP ("AlixPartners"). I make this affidavit to transmit to the Court information relevant to the motion by Irving H. Picard, trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"),[1] and the substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), for an Order Approving the Trustee's Fifth Allocation of Property to the

---

[1] For convenience, subsequent references to sections of the Act shall follow the form: "SIPA § __."

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

Hearing Date: January 15, 2015
Hearing Time: 10:00 A.M. (EST)
Objection Deadline: January 8, 2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**MOTION FOR AN ORDER APPROVING FIFTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FIFTH INTERIM DISTRIBUTION TO CUSTOMERS**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2121 Cedar Springs Rd., Suite 1100
Dallas, TX 75201

SUSAN LABRIOLA
222 GUINEA ROAD
BREWSTER NY 10509



FedEx Express shipping label (Extremely Urgent, Priority Overnight, FedEx tracking 8060 5578 8839, EP BZSA, FRI - 09 JAN 10:30A, 20005 DC-US IAD). Sender: Kenneth Nolan, Becker & Poliakoff. Recipient: Kevin H. Bell, Securities Investor Protection Corporation, Washington DC 20005.