BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 15, 2015 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.   Motion for an Order Approving Fifth Allocation of Property to the Fund of Customer Property and Authorizing Fifth Interim Distribution to Customers filed by David J. Sheehan (Filed: 12/22/2014) [Docket No. 8860]

Related Documents:

1. Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving the Fifth Allocation of Property to the Fund of Customer Property and Authorizing Fifth Interim Distribution to Customers filed by David J. Sheehan (Filed: 12/22/2014) [Docket No. 8862]

2. Affidavit of Service of Motion for an Order Approving Fifth Allocation of Property to the Fund of Customer Property and Authorizing Fifth Interim Distribution to Customers, Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving the Fifth Allocation of Property to the Fund of Customer Property and Authorizing Fifth Interim Distribution to Customers, and Notice of Rescheduled Supplemental Omnibus Avoidance Action Hearing Dates through December 2015 Filed by David J. Sheehan (Filed: 12/22/2014) [Docket No. 8875]

Objections Due:        January 8, 2015

Objections Filed:

3. Letter from Susan Labriola and the Denton Family Trust dated January 7, 2015 to the Bankruptcy Court regarding the Motion for an Order Approving Fifth Allocation of Property to the Fund of Customer Property and Authorizing Fifth Interim Distribution to Customers (Filed: 1/13/2015) [Docket No. 8976]

Status:        This matter is going forward.

Dated: New York, New York
       January 13, 2015

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Heather R. Wlodek

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

- 2 -

300346331.2