Mrs. Susan Labriola
The Denton Family Trust
222 Guinea Road
Brewster, NY 10509

January 7, 2015

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Motion For An Order Approving Fifth Allocation Of Property To The Fund Of Customer Property
And Authorizing Fifth Interim Distribution To Customers In The Matter of Plaintiff vs. Bernard L.
Madoff Investment Securities LLC (See Attached)

To Whom It May Concern:

My interest in this matter is that I am a customer: Madoff account CMO 38. The Denton Family Trust account is 13-7544867.

Until the motions have gone before a vote in the Congress/Senate to change the law back to the true definition of phantom income/net zero, I do not wish for any further funds to be distributed.

Sincerely,

Susan Labriola

RECEIVED
JAN - 8 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

cc: David J. Sheehan, Esq. Baker & Hostetler LLP
    Hon. Stuart M. Bernstein
    Kevin H. Bell, Esq., Securities Investor Protection Corporation