**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05080 (SMB) |
| v. | |
| BERTRAM BROMBERG TRUST UAD 5/26/06, | |
| BERTRAM BROMBERG, individually and in his capacities as settlor, beneficiary, and trustee of the Bertram Bromberg Trust UAD 5/26/06, | |
| GLORIA BROMBERG TRUST UAD 5/26/06, | |

GLORIA BROMBERG, individually and in her capacities as settlor, beneficiary, and trustee of the Gloria Bromberg Trust UAD 5/26/06,

                                                                                Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant Bertram Bromberg; and

**WHEREAS**, Bertram Bromberg died on June 22, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Gloria Bromberg, in her capacity as the Personal Representative of the Estate of Bertram Bromberg and in her capacity as successor trustee of the Bertram Bromberg Revocable Trust UAD 5/26/06, as follows:

1. The Estate of Bertram Bromberg [1] (the "Estate"), and Gloria Bromberg, in her capacity as the Personal Representative of the Estate of Bertram Bromberg and in her capacity as successor trustee of the Bertram Bromberg Revocable Trust UAD 5/26/06, (collectively referred to as "Defendants"), are hereby substituted into this action in place of Bertram Bromberg, deceased, and the complaint shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption to remove Bertram Bromberg and substitute the Estate of Bertram Bromberg and Gloria Bromberg, in her capacity

---

[1] The Estate of Bertram Bromberg, Court File No. 432014CP000662CPAXMX in the Circuit Court for Martin County, Florida, Probate Division.

as the Personal Representative of the Estate of Bertram Bromberg and in her capacity as successor trustee of the Bertram Bromberg Revocable Trust UAD 5/26/06, as reflected on Exhibit A to this Stipulation.

3. Counsel for the undersigned Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 14, 2015         **BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ *Elise S. Frejka*_____
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Philip Bentley
Email: pbtentley@kramerlevin.com
Elise S. Frejka
Email: efrejka@kramerlevin.com
Jason S. Rappaport
Email: jrappaport@kramerlevin.com

*Attorneys for Bertram Bromberg Trust UAD 5/26/06, Bertram Bromberg (deceased), Gloria Bromberg Trust UAD 5/26/06, and Gloria Bromberg*

SO ORDERED

**/s/ STUART M. BERNSTEIN**_____

Dated: January 15th, 2015           HON. STUART M. BERNSTEIN
New York, New York                  UNITED STATES BANKRUPTCY JUDGE