## Exhibit A

**LIST OF DEFENDANTS REPRESENTED BY HAILE, SHAW & PFAFFENBERGER, P.A.**

FRANK J. AVELLINO

NANCY C. AVELLINO

THOMAS G. AVELLINO

ASTER ASSOCIATES

STRATTHAM PARTNERS

ASCENT, INC.

KENN JORDAN ASSOCIATES

FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990, AS AMENDED

FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992

FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST AGREEMENT NUMBER 2 UNDER AGREEMENT DATED JUNE 24, 1992

FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER THE DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988, AS AMENDED

FRANK J. AVELLINO, TRUSTEE OF FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990, AS AMENDED

FRANK J. AVELLINO, TRUSTEE OF FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992

FRANK J. AVELLINO, TRUSTEE OF FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST AGREEMENT NUMBER 2 UNDER AGREEMENT DATED JUNE 24, 1992

FRANK J. AVELLINO, TRUSTEE OF FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER THE DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988, AS AMENDED

FRANK J. AVELLINO, TRUSTEE OF RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF RACHEL ANNE ROSENTHAL TRUST #3

FRANK J. AVELLINO, TRUSTEE OF HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992

FRANK J. AVELLINO, TRUSTEE OF MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF S.A. GRANTOR RETAINED ANNUITY TRUST

FRANK J. AVELLINO, TRUSTEE OF AVELLINO FAMILY TRUST

FRANK J. AVELLINO, TRUSTEE OF AVELLINO & BIENES PENSION PLAN & TRUST

NANCY C. AVELLINO, TRUSTEE OF NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER THE TRUST AGREEMENT DATED MAY 18, 1992

NANCY C. AVELLINO, TRUSTEE OF RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990

NANCY C. AVELLINO, TRUSTEE OF RACHEL ANNE ROSENTHAL TRUST #3

NANCY C. AVELLINO, TRUSTEE OF HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990

NANCY C. AVELLINO, TRUSTEE OF TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990

NANCY C. AVELLINO, TRUSTEE OF MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990

NANCY C. AVELLINO, TRUSTEE OF TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992

NANCY C. AVELLINO, TRUSTEE OF MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990

NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER THE TRUST AGREEMENT DATED MAY 18, 1992

27 CLIFF, LLC

THE AVELLINO FAMILY FOUNDATION, INC.

AVELLINO FAMILY TRUST

AVELLINO & BIENES

AVELLINO & BIENES PENSION PLAN & TRUST

GROSVENOR PARTNERS, LTD.

MAYFAIR VENTURES, G.P.

MAYFAIR BOOKKEEPING SERVICES, INC.

RACHEL A. ROSENTHAL

RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990

RACHEL ANNE ROSENTHAL TRUST #3

A MINOR WITH THE INITIALS S.A.

S.A. GRANTOR RETAINED ANNUITY TRUST

MELANIE A. LOWLES

MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990

HEATHER C. LOWLES

HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990

TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992

TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990

MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990