## **EXHIBIT B**

**LIST OF DEFENDANTS REPRESENTED BY BROAD & CASSEL, P.A.**

MICHAEL S. BIENES

DIANNE K. BIENES

ST. JAMES ASSOCIATES

MICHAEL BIENES, TRUSTEE FOR AVELLINO & BIENES PENSION PLAN & TRUST