**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**TRUSTEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

Under Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Irving H. Picard ("Trustee"), trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the estate of Bernard Madoff individually, hereby submits the following counter-designation of additional items to be included in the record on appeal (the "Counter-Designation") and counter-statement of the issues ("Counter-Statement") in connection with the notices of appeal filed on December 19, 2014 and January 5, 2015 (ECF Nos. 8910, 8911, 8912, 8913, 8916 and 8917) on behalf of certain customers (the "Appellants") from the Memorandum Decision Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (the "Decision") of December 8, 2014 (ECF No. 8680) and the Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (the "Order") of December 22, 2014 (ECF No. 8857), entered by the United States Bankruptcy Court for the Southern District of New York (Bernstein, J.), and respectfully submits as follows:

### COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Trustee hereby counter-designates the following items to be included in the record on appeal:

*SIPC v. BLMIS*, **08-1789-BRL (Bankr. S.D.N.Y.)**

| Date | ECF No. | Docket Text |
|---|---|---|
| 3/27/2014 | 6049 | Scheduling Order Signed On 3/27/2014. Re: Inter-Account Transfer Motion with hearing to be held on 6/19/2014 at 10:00 AM at Courtroom 723 (SMB) |

| Date | ECF No. | Docket Text |
|---|---|---|
| 3/31/2014 | 6079 | Memorandum Of Law Of The Securities Investor Protection Corporation In Support Of The Trustee's Determinations Regarding Inter-Account Transfers filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 Certificate of Service) |
| 3/31/2014 | 6086 | Declaration of Bik Cheema in Support of the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6085, 6084) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) |
| 4/1/2014 | 6092 | Affidavit of Service regarding Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6085, 6084, 6086) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 4/9/2014 | 6170 | Affidavit of Service Affidavit of Mailing for March 31, 2014 (related document(s)6085, 6084, 6086) filed by John J Collins Jr. on behalf of AlixPartners LLP. |
| 5/7/2014 | 6548 | Letter to Hon. Stuart M. Bernstein filed by Helen Chaitman on behalf of Marsha Peshkin. |
| 5/8/2014 | 6565 | Notice of Hearing filed by Helen Chaitman on behalf of Marsha Peshkin. |
| 5/8/2014 | 6589 | Letter to Honorable Stuart M. Bernstein regarding request for adjournment on Inter-Account Transfer Motion (related document(s)6548) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 5/13/2014 | 6640 | Opposition to the Trustee's Inter-Account Transfer Motion filed by Joel L. Herz on behalf of Samdia Family, LP. (Attachments: # 1 Exhibit A) |
| 5/15/2014 | 6670 | Memorandum of Law in Opposition to Inter-Account Transfer Motion (related document(s)6084) filed by Paula J. Warmuth on behalf of Michael Most. (Attachments: # 1 Exhibit A - Customer Claim # 2 Exhibit B - Objection to Trustee's Determination of Claim # 3 Exhibit C - Email from Baker & Hostetler) |
| 5/16/2014 | 6687 | Objection to Motion /Objection of Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Claim Nos. 002107 and 002108) (related document(s)6084) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. |
| 5/16/2014 | 6688 | Order Signed On 5/15/2014. Re: Granting The Diana Melton Trust Dated 12/05/05 Unopposed Motion For Brief Two (2) Day Extension Of Time To File Its Opposition To Trustees Inter-Account Transfer Motion |

| Date | ECF No. | Docket Text |
|---|---|---|
| 5/16/2014 | 6702 | Statement Objection And Joinder Of Brian Ross To Arguments Presented In Connection With The Trustees Motion Affirming Application Of Net Investment Method To Determination Of Customer Transfers Between Blmis Accounts (related document(s)6084) filed by Gerard Sylvester Catalanello on behalf of Brian Ross. |
| 5/16/2014 | 6706 | Statement /Joinder of Interested Party, The Mittlemann Family Foundation, in Samdia Family, LP's Memorandum of Law In Opposition to the Trustee's Inter-Account Transfer Motion and All Other Objections to the Trustee's Inter-Account Transfer Motion filed by Susan F. Balaschak on behalf of The Mittlemann Family Foundation. |
| 5/16/2014 | 6707 | Objection to Motion Objection of Lawrence Elins to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between Accounts (related document(s)6084) filed by Matthew J. Gold on behalf of Lawrence Elins. with hearing to be held on 6/19/2014 at 10:00 AM at Courtroom 723 (SMB) (Attachments: # 1 Pleading Certificate of Service) |
| 5/16/2014 | 6708 | Opposition Brief Customers' Memorandum of Law in Opposition to the Trustee's Method for Valuing Inter-Account Transfers (related document(s)6084) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A) |
| 5/16/2014 | 6712 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Athena Arvan. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 5/16/2014 | 6713 | Opposition Brief Marion Apple's Memorandum of Law in Opposition to The Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6084) filed by Lawrence M. Shapiro on behalf of Marion E Apple. |
| 5/16/2014 | 6714 | Opposition (related document(s)6084) filed by Jeffrey L. Bernfeld on behalf of Alan J. Winters Profit Sharing Trust, Alan Winters & Janet Winters Family Limited Partnership, Manfred W. Franitza, Franitza Family Limited Partnership "The Shores", Harvey L. Werner Revocable Trust, Harvey werner trust, Jeffrey R Werner Trust, Jeffrey R. Werner 11-1-98 Trust, Frederic Z Konigsberg, Susan M. Konigsberg, Manfred Franitza (IRA), Manfred Franitza Revocable Trust, Marital Trust No. 1 Created under the Harvey Werner revocable Trust U/A/D 8/31/82, Edith A. Schur, Werner Foundation. |

4

| Date | ECF No. | Docket Text |
|---|---|---|
| 5/16/2014 | 6715 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 5/16/2014 | 6716 | Declaration of Marion E. Apple (in opposition to Trustee's motion affirming application of net investment method to determination of customer transfers between BLMIS accounts) (related document(s)6084) filed by Lawrence M. Shapiro on behalf of Marion E Apple. |
| 5/16/2014 | 6717 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Barbara K. Gaba. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 5/16/2014 | 6719 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 5/16/2014 | 6724 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Ellen Mishkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) |
| 5/16/2014 | 6726 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Barbara Kotlikoff Harman. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) |
| 5/16/2014 | 6727 | Opposition to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6084) filed by Bernard J. Garbutt III on behalf of Kostin Company. |
| 05/16/2014 | 6734 | Motion to Join *Claimants' Omnibus Opposition To The Trustee's Motion Affirming Application Of Net Investment Method To Determination Of Customer Transfers Between BLMIS Accounts* filed by Gabrielle J. Pretto on behalf of Rose Less. |
| 05/16/2014 | 6753 | Motion to Join *with Revised Addendum* filed by Gabrielle J. Pretto on behalf of Rose Less. |

5

| Date | ECF No. | Docket Text |
|---|---|---|
| 5/20/2014 | 6760 | Declaration Corrects ECF errors in Doc No. 6719 - Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Chaitman, Helen) |
| 5/20/2014 | 6761 | Declaration Corrects corrupt files in Doc Nos. 6719 & 6760 - Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 5/21/2014 | 6788 | Order Signed On 5/21/2014 Re: Denying Motion Of The Irrevocable Charitable Remainder Trust Of Yale Fishman And The Glenn Akiva Fishman Charitable Remainder Unitrust For (I) A Hearing To Determine Allowance Of Claims And (II) Entry Of An Order Allowing The Trust Claimants Claims And Granting Related Relief(Related Doc # 5645) |
| 6/3/2014 | 6896 | Transcript regarding Hearing Held on 5/20/2014 10:16AM RE: The Fishman Trusts' Motion for a Hearing (I) to Determine Allowance of Claims and (II) Entry of an Order Allowing the Trust Claimants' Claims and Granting Related Relief. |
| 6/3/2014 | 6900 | Opposition Brief of Elliot G. Sagor (related document(s)6084) filed by Elliot G. Sagor on behalf of Elliot G. Sagor. |
| 6/3/2014 | 6901 | Declaration of ELLIOT G. SAGOR, ESQ. (related document(s)6084) filed by Elliot G. Sagor on behalf of Elliot G. Sagor. (Attachments: # 1 Appendix Document Appendix to Memorandum of Law # 2 Certificate of Service) |
| 6/6/2014 | 6928 | Declaration of Kevin H. Bell in Support of the Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (related document(s)6084) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 6/18/2014 | 7020 | Notice of Agenda for Matters Scheduled for Hearing on June 19, 2014 at 10:00 A.M. (related document(s)6084) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 7/3/2014 | 7249 | Transcript regarding Hearing Held on 6/19/2014 10:40AM RE: Inter-Account Transfers -- Trustee's Motion Affirming Application of Net Investment Method to Inter- Account Transfers. |

| Date | ECF No. | Docket Text |
|---|---|---|
| 12/12/2014 | 8741 | Notice of Settlement of an Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (related document(s)8680) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 12/19/2014 at 10:00 AM at Courtroom 723 (SMB) Objections due by 12/17/2014, (Attachments: # 1 Proposed Order # 2 Exhibit 1 to Proposed Order # 3 Exhibit 2 to Proposed Order) |
| 12/15/2014 | 8760 | Affidavit of Service regarding Notice of Settlement of an Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (related document(s)8741) Filed by David J. Sheehan on behalf of Irving H. Picard. |
| 12/22/2014 | 8857 | Order Signed On 12/19/2014 Re: Affirming Application Of The Trustees Inter-Account Method To The Determination Of Transfers Between BLMIS Accounts (Related Doc # 6084) |
| 1/2/2015 | 8910 | Statement of Issues on Appeal and Designation of Items to be Included in the Record filed by Gaytri D. Kachroo on behalf of Diana Melton Trust, Dated 12/05/05 |
| 1/5/2015 | 8911 | Letter /Notice Of Appeal (related document(s)8680, 8857) Filed by Robert A. Rich on behalf of Nancy Zraick, Edward A. Zraick, Jr. |
| 1/5/2015 | 8912 | Notice of Appeal (related document(s)8680, 8857) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. |
| 1/5/2015 | 8913 | Notice of Appeal (related document(s)8857) filed by Paula J. Warmuth on behalf of Michael Most. (Attachments: # 1 Exhibit A - part one (order appealed from) # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3) |
| 1/5/2015 | 8916 | Notice of Appeal (related document(s)8680, 8857) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) |
| 1/5/2015 | 8917 | Notice of Appeal (related document(s)8857) filed by Elliot G Sagor on behalf of Elliot G. Sagor. (Attachments: # 1 Exhibit (Order Appealed From)) |

## COUNTER-STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

The Trustee hereby submits the following counter-statement of the issue on appeal:

1.      Whether the Bankruptcy Court correctly held as a matter of law that the "Net Investment Method" approved by the Second Circuit, *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Bernard L. Madoff Inv. Sec. LLC)*, 654 F.3d 229 (2d Cir. 2001),

applies to the calculation of transfers between BLMIS accounts such that credit is given only up to the amount of principal in the transferee account at the time of the transfer and no credit is given for fictitious profits, when determining each customer's "net equity" under SIPA.

Dated: New York, New York
       January 15, 2015

                                          Respectfully submitted,

                                          */s/ David J. Sheehan*
                                          Baker & Hostetler LLP
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone: (212) 589-4200
                                          Facsimile: (212) 589-4201
                                          David J. Sheehan
                                          Email: dsheehan@bakerlaw.com
                                          Jorian L. Rose
                                          Email: jrose@bakerlaw.com
                                          Seanna R. Brown
                                          Email: sbrown@bakerlaw.com
                                          Amy Vanderwal
                                          Email: avanderwal@bakerlaw.com