**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                         Plaintiff,<br><br>         v.<br><br>BWA AMBASSADOR, INC.; ROBERT SIFF, and SHIRLEY SIFF,<br><br>                         Defendants. | Adv. Pro. No. 10-04452 (SMB) |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 15, 2014

2. Fact Discovery shall be completed by: September 4, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: February 10, 2016

4. The Disclosure of Rebuttal Experts shall be due: March 11, 2016

5. The Deadline for Completion of Expert Discovery shall be: June 9, 2016

6. The Deadline for Mediation Referral shall be: August 8, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 22, 2016

8. The Deadline for Conclusion of Mediation shall be: December 20, 2016

Dated:   January 15, 2015

|  |  |
|---|---|
| | **BAKER & HOSTETLER LLP** |
| Of Counsel: | By:  */s/  Nicholas J. Cremona* |
| | 45 Rockefeller Plaza |
| | New York, New York 10111 |
| | Telephone: (212) 589-4200 |
| **BAKER HOSTETLER LLP** | Facsimile: (212) 589-4201 |
| 811 Main, Suite 1100 | David J. Sheehan |
| Houston, Texas 77002 | Email:  dsheehan@bakerlaw.com |
| Telephone: 713.751.1600 | Nicholas J. Cremona |
| Fax: 713.751.1717 | Email:  ncremona@bakerlaw.com |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*