08-01789-cgm    Doc 9035    Filed 01/15/15    Entered 01/15/15 20:17:07    Main Document
Pg 1 of 3

**BakerHostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05080 (SMB) |
| Plaintiff, | |
| v. | |
| BERTRAM BROMBERG TRUST UAD 5/26/06, | |
| BERTRAM BROMBERG, individually and in his capacities as settlor, beneficiary, and trustee of the Bertram Bromberg Trust UAD 5/26/06, | |
| GLORIA BROMBERG TRUST UAD 5/26/06, | |
| GLORIA BROMBERG, individually and in her capacities as settlor, beneficiary, and trustee of the | |

Gloria Bromberg Trust UAD 5/26/06,

    Defendants.

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 15, 2014

2. Fact Discovery shall be completed by: September 4, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: February 10, 2016

4. The Disclosure of Rebuttal Experts shall be due: March 11, 2016

5. The Deadline for Completion of Expert Discovery shall be: June 9, 2016

6. The Deadline for Mediation Referral shall be: August 8, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 22, 2016

8. The Deadline for Conclusion of Mediation shall be: December 20, 2016

Dated: January 15, 2015

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Fax: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*