**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>THE OLESKY SURVIVORS TRUST DATED 2/27/84; and CYNTHIA OLESKY GIAMMARRUSCO, individually and in her capacity as Trustee of the Olesky Survivors Trust, | Adv. Pro. No. 10-04427 (SMB) |

|  |
|---|
| Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 15, 2014

2. Fact Discovery shall be completed by: September 4, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: February 10, 2016

4. The Disclosure of Rebuttal Experts shall be due: March 11, 2016

5. The Deadline for Completion of Expert Discovery shall be: June 9, 2016

6. The Deadline for Mediation Referral shall be: August 8, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 22, 2016

8. The Deadline for Conclusion of Mediation shall be: December 20, 2016

Dated:   January 15, 2015

**BAKER & HOSTETLER LLP**

Of Counsel:

By: */s/  Nicholas J. Cremona*
    45 Rockefeller Plaza
    New York, New York 10111

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Fax: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email:  dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*