BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02569 (SMB) |
| Plaintiff, | |
| v. | |
| BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS PRIVATE BANK & TRUST LIMITED, | |
| Defendants. | |

**<u>NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE</u>**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for January 28, 2015 has been adjourned

to **July 29, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference

will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: January 14, 2015
     New York, New York

By:   /s/ Thomas L. Long
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: 212.589.4200
       Facsimile: 212.589.4201
       David J. Sheehan
       Email:  dsheehan@bakerlaw.com
       Thomas L. Long
       Email:  tlong@bakerlaw.com
       Mark A. Kornfeld
       Email:  mkornfeld@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for the*
       *Substantively Consolidated SIPA Liquidation*
       *of Bernard L. Madoff Investment Securities LLC*
       *and the Estate of Bernard L. Madoff*