**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

------------------------------------- 

In re

BERNARD L. MADOFF,

　　　　　　　Debtor.

-------------------------------------

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

　　　　　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　Adv. Pro. No. 12-01565 (SMB)

STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Kramer, *et al.*,

　　　　　　　Defendants.

------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Diane L. McGimsey, to be admitted, *pro hac vice*, to represent Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd. (together, "Defendants") in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California

and the bars of the U.S. District Courts for the Southern, Eastern and Central Districts of California, it is hereby

**ORDERED**, that Diane L. McGimsey, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 15th, 2015
      New York, New York

/s/ STUART M. BERNSTEIN

UNITED STATES BANKRUPTCY JUDGE