**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Geoffrey A. North

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 09-01364 (SMB) |
| v. | |
| HSBC BANK PLC, et al | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO HERALD FUND SPC AND PRIMEO FUND**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Primeo Fund (In Official Liquidation) ("Primeo"), by and through its counsel, Kirkland & Ellis LLP, and Herald Fund SPC (In Official Liquidation) ("Herald"), by and through its counsel, Morrison & Foerster, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 5, 2010, the Trustee filed and served the Amended Complaint against, *inter alia*, Primeo and Herald.

2. On November 12, 2014, the Parties entered into a settlement agreement pursuant to Federal Rule of Bankruptcy Procedure 9019. The settlement agreement was approved by this Court on December 17, 2014, ECF No. 349.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Primeo and Herald in the above-captioned adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  January 15, 2015

                                              **BAKER & HOSTETLER LLP**

                                              By: */s/ Geoffrey A. North*
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone:  (212) 589-4200
                                              Facsimile:  (212) 589-4201
                                              David J. Sheehan
                                              Email: dsheehan@bakerlaw.com
                                              Oren J. Warshavsky
                                              Email: owarshavsky@bakerlaw.com
                                              Geoffrey A. North
                                              Email: gnorth@bakerlaw.com

                                              *Attorneys for Plaintiff Irving H. Picard, Trustee for*
                                              *the Liquidation of Bernard L. Madoff Investment*
                                              *Securities LLC and Estate of Bernard L. Madoff*

                                              **KIRKLAND & ELLIS LLP**

                                              By: */s /David S. Flugman*
                                              601 Lexington Avenue
                                              New York, NY 10022
                                              Telephone: (212) 446-4800
                                              Facsimile: (212) 446-4900
                                              Joseph Serino, Jr., P.C.
                                              Email: joseph.serino@kirkland.com
                                              David S. Flugman
                                              Email: david.flugman@kirkland.com

                                              *Attorneys for Defendant Herald Fund SPC*

                                    *Signatures continue on next page*

**MORRISON & FOERSTER LLP**

By: */s/ Gary S. Lee*
Gary S. Lee
Email: glee@mofo.com
John A. Pintarelli
Email: jpintarelli@mofo.com
250 West 55th Street
New York, NY 10019
T: (212) 468-8000
F: (212) 468-7900

*Attorneys for Defendant Primeo Fund*

SO ORDERED:                    /s/ STUART M. BERNSTEIN
                               HONORABLE STUART M. BERNSTEIN
Dated: January 16th, 2015      UNITED STATES BANKRUPTCY JUDGE
New York, New York