STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SECURITIES INVESTOR PROTECTION        Adv. Proc. No.
CORPORATION,                          08-01789 (SMB)

        Plaintiff-Applicant,         SIPA LIQUIDATION

v.                                    (Substantively
                                       Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------x

## CERTIFICATE OF SERVICE

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On January 15, 2015, I caused a true and correct copy of the Fed. R. Bankr. P. 8006 Statement of Issues and Designation of Record on Appeal to be

most-138

electronically filed with the Court [ECF No. 9013] and served upon the parties to this action who receive electronic service through ECF.

Dated: Farmingville, NY
       January 16, 2015

                      STIM & WARMUTH, P.C.

                      By: /s/
                          PAULA J. WARMUTH
                          Attorney for Claimant,
                          Michael Most
                          2 Eighth Street
                          Farmingville, NY 11738
                          Telephone: 631-732-2000
                          Facsimile: 631-732-2662
                          Paula J. Warmuth
                          Email: pjw@stim-warmuth.com
                          Glenn P. Warmuth
                          Email: gpw@stim-warmuth.com