UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                Debtor. | |

## APPELLANTS' ITEMS DESIGNATED FOR THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Appellants, Edward Zraick Jr., Nancy Zraick, Patricia DeLuca and Karen M. Rich (the "Appellants"), by and through their undersigned counsel, and pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, hereby identify the following issues to be presented on appeal and designate the items to be included for the record on appeal to the United States District Court for the Southern District of New York from the *Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts* [Docket No. 8857] (the "Order"), entered on December 22, 2014, and related *Memorandum Decision Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfer Between BLMIS Accounts* [Docket No. 8680] (the "Decision"), entered on December 8, 2014 (Hon. Stuart M. Bernstein) (the "Bankruptcy Court"), in the above-captioned proceeding.

## Designation of Items for the Record on Appeal

| Item | Date | Docket No. | Document Title |
|------|------|-----------|----------------|
| 1. | 10/16/2009 | 525 | Memorandum of Law in Support of Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed on Last Customer Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect To The Determinations Relating To Net Equity |
| 2. | 3/1/2010 | 1999 | Memorandum Decision Granting Trustees Motion For An Order (1) Upholding Trustees Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustees Determination Of Net Equity; And (3) Expunging Objections To Determinations Relating To Net Equity |
| 3. | 6/2/2010 | 2355 | Objection to Trustee's Determination of Claim |
| 4. | 6/18/2010 | 2455 | Motion for Admission to Practice *Pro Hac Vice* of Thomas L. Long |
| 5. | 3/27/2014 | 6049 | Scheduling Order Signed On 3/27/2014. Re: Inter-Account Transfer Motion with hearing to be held on 6/19/2014 at 10:00 AM at Courtroom 723 (SMB) |
| 6. | 3/31/2014 | 6079 | Memorandum Of Law Of The Securities Investor Protection Corporation In Support Of The Trustee's Determinations Regarding Inter-Account Transfers filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 Certificate of Service) |
| 7. | 3/31/2014 | 6084 | Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts |
| 8. | 3/31/2014 | 6085 | Memorandum of Law in Support of Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts |
| 9. | 3/31/2014 | 6086 | Declaration of Bik Cheema in Support of the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6085, 6084) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) |
| 10. | 4/1/2014 | 6092 | Affidavit of Service regarding Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6085, 6084, 6086) filed by David J. Sheehan on behalf of Irving H. Picard. |

| Item | Date | Docket No. | Document Title |
|---|---|---|---|
| 11. | 4/9/2014 | 6170 | Affidavit of Service Affidavit of Mailing for March 31, 2014 (related document(s)6085, 6084, 6086) filed by John J Collins Jr. on behalf of AlixPartners LLP. |
| 12. | 5/7/2014 | 6548 | Letter to Hon. Stuart M. Bernstein filed by Helen Chaitman on behalf of Marsha Peshkin. |
| 13. | 5/8/2014 | 6565 | Notice of Hearing filed by Helen Chaitman on behalf of Marsha Peshkin. |
| 14. | 5/8/2014 | 6589 | Letter to Honorable Stuart M. Bernstein regarding request for adjournment on Inter-Account Transfer Motion (related document(s)6548) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 15. | 5/13/2014 | 6640 | Opposition to the Trustee's Inter-Account Transfer Motion filed by Joel L. Herz on behalf of Samdia Family, LP. (Attachments: # 1 Exhibit A) |
| 16. | 5/15/2014 | 6670 | Memorandum of Law in Opposition to Inter-Account Transfer Motion (related document(s)6084) filed by Paula J. Warmuth on behalf of Michael Most. (Attachments: # 1 Exhibit A - Customer Claim # 2 Exhibit B - Objection to Trustee's Determination of Claim # 3 Exhibit C - Email from Baker & Hostetler) |
| 17. | 5/16/2014 | 6687 | Objection to Motion /Objection of Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen Rich to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (Claim Nos. 002107 and 002108) (related document(s)6084) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. |
| 18. | 5/16/2014 | 6688 | Order Signed On 5/15/2014. Re: Granting The Diana Melton Trust Dated 12/05/05 Unopposed Motion For Brief Two (2) Day Extension Of Time To File Its Opposition To Trustees Inter-Account Transfer Motion |
| 19. | 5/16/2014 | 6702 | Statement Objection And Joinder Of Brian Ross To Arguments Presented In Connection With The Trustees Motion Affirming Application Of Net Investment Method To Determination Of Customer Transfers Between Blmis Accounts (related document(s)6084) filed by Gerard Sylvester Catalanello on behalf of Brian Ross. |

| Item | Date | Docket No. | Document Title |
|------|------|-----------|----------------|
| 20. | 5/16/2014 | 6706 | Statement /Joinder of Interested Party, The Mittlemann Family Foundation, in Samdia Family, LP's Memorandum of Law In Opposition to the Trustee's Inter-Account Transfer Motion and All Other Objections to the Trustee's Inter-Account Transfer Motion filed by Susan F. Balaschak on behalf of The Mittlemann Family Foundation. |
| 21. | 5/16/2014 | 6707 | Objection to Motion Objection of Lawrence Elins to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between Accounts (related document(s)6084) filed by Matthew J. Gold on behalf of Lawrence Elins. with hearing to be held on 6/19/2014 at 10:00 AM at Courtroom 723 (SMB) (Attachments: # 1 Pleading Certificate of Service) |
| 22. | 5/16/2014 | 6708 | Opposition Brief Customers' Memorandum of Law in Opposition to the Trustee's Method for Valuing Inter-Account Transfers (related document(s)6084) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A) |
| 23. | 5/16/2014 | 6712 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Athena Arvan. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 24. | 5/16/2014 | 6713 | Opposition Brief Marion Apple's Memorandum of Law in Opposition to The Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6084) filed by Lawrence M. Shapiro on behalf of Marion E Apple. |
| 25. | 5/16/2014 | 6714 | Opposition (related document(s)6084) filed by Jeffrey L. Bernfeld on behalf of Alan J. Winters Profit Sharing Trust, Alan Winters & Janet Winters Family Limited Partnership, Manfred W. Franitza, Franitza Family Limited Partnership "The Shores", Harvey L. Werner Revocable Trust, Harvey werner trust, Jeffrey R Werner Trust, Jeffrey R. Werner 11-1-98 Trust, Frederic Z Konigsberg, Susan M. Konigsberg, Manfred Franitza (IRA), Manfred Franitza Revocable Trust, Marital Trust No. 1 Created under the Harvey Werner revocable Trust U/A/D 8/31/82, Edith A. Schur, Werner Foundation. |

| Item | Date | Docket No. | Document Title |
|------|------|------------|----------------|
| 26. | 5/16/2014 | 6715 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 27. | 5/16/2014 | 6716 | Declaration of Marion E. Apple (in opposition to Trustee's motion affirming application of net investment method to determination of customer transfers between BLMIS accounts) (related document(s)6084) filed by Lawrence M. Shapiro on behalf of Marion E Apple. |
| 28. | 5/16/2014 | 6717 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Barbara K. Gaba. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 29. | 5/16/2014 | 6719 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 30. | 5/16/2014 | 6724 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Ellen Mishkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) |
| 31. | 5/16/2014 | 6726 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Barbara Kotlikoff Harman. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) |
| 32. | 5/16/2014 | 6727 | Opposition to Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6084) filed by Bernard J. Garbutt III on behalf of Kostin Company. |

| Item | Date | Docket No. | Document Title |
|------|------|------------|----------------|
| 33. | 5/16/2014 | 6732 | Claimants' Omnibus Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts |
| 34. | 05/16/2014 | 6734 | Motion to Join *Claimants' Omnibus Opposition To The Trustee's Motion Affirming Application Of Net Investment Method To Determination Of Customer Transfers Between BLMIS Accounts* filed by Gabrielle J. Pretto on behalf of Rose Less. |
| 35. | 05/16/2014 | 6753 | Motion to Join *with Revised Addendum* filed by Gabrielle J. Pretto on behalf of Rose Less. |
| 36. | 5/20/2014 | 6760 | Declaration Corrects ECF errors in Doc No. 6719 - Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Chaitman, Helen) |
| 37. | 5/20/2014 | 6761 | Declaration Corrects corrupt files in Doc Nos. 6719 & 6760 - Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 38. | 5/21/2014 | 6788 | Order Signed On 5/21/2014 Re: Denying Motion Of The Irrevocable Charitable Remainder Trust Of Yale Fishman And The Glenn Akiva Fishman Charitable Remainder Unitrust For (I) A Hearing To Determine Allowance Of Claims and (II) Entry Of An Order Allowing The Trust Claimants Claims And Granting Related Relief(Related Doc # 5645) |
| 39. | 6/3/2014 | 6896 | Transcript regarding Hearing Held on 5/20/2014 10:16AM RE: The Fishman Trusts' Motion for a Hearing (I) to Determine Allowance of Claims and (II) Entry of an Order Allowing the Trust Claimants' Claims and Granting Related Relief. |
| 40. | 6/3/2014 | 6900 | Opposition Brief of Elliot G. Sagor (related document(s)6084) filed by Elliot G. Sagor on behalf of Elliot G. Sagor. |

| Item | Date | Docket No. | Document Title |
|------|------|------------|----------------|
| 41. | 6/3/2014 | 6901 | Declaration of ELLIOT G. SAGOR, ESQ. (related document(s)6084) filed by Elliot G. Sagor on behalf of Elliot G. Sagor. (Attachments: # 1 Appendix Document Appendix to Memorandum of Law # 2 Certificate of Service) |
| 42. | 6/6/2014 | 6926 | Reply Memorandum of Law in Support of Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts |
| 43. | 6/6/2014 | 6927 | Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determination Regarding Inter-Account Transfers |
| 44. | 6/6/2014 | 6928 | Declaration of Kevin H. Bell in Support of the Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (related document(s)6084) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 45. | 5/21/2014 | 6972 | The Diana Melton Trust, Dated 12/05/05, Opposition to the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts |
| 46. | 6/18/2014 | 7020 | Notice of Agenda for Matters Scheduled for Hearing on June 19, 2014 at 10:00 A.M. (related document(s)6084) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 47. | 7/3/2014 | 7249 | Transcript regarding Hearing Held on 6/19/2014 10:40AM RE: Inter- Account Transfers -- Trustee's Motion Affirming Application of Net Investment Method to Inter- Account Transfers. |
| 48. | 12/8/2014 | 8680 | Memorandum Decision Affirming Application of the Trustees Inter-Account Method to the Determination of Transfers Between BLMIS Accounts. |
| 49. | 12/12/2014 | 8741 | Notice of Settlement of an Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (related document(s)8680) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 12/19/2014 at 10:00 AM at Courtroom 723 (SMB) Objections due by 12/17/2014, (Attachments: # 1 Proposed Order # 2 Exhibit 1 to Proposed Order # 3 Exhibit 2 to Proposed Order) |

| Item | Date | Docket No. | Document Title |
|------|------|------------|----------------|
| 50. | 12/15/2014 | 8760 | Affidavit of Service regarding Notice of Settlement of an Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (related document(s)8741) Filed by David J. Sheehan on behalf of Irving H. Picard. |
| 51. | 12/19/2104 | 8843 | Notice of Appeal of Memorandum Decision Affirming Application Of The Trustees Inter-Account Method To The Determination Of Transfers Between BLMIS Accounts. |
| 52. | 12/22/2014 | 8857 | Order Signed On 12/19/2014 Re: Affirming Application Of The Trustees Inter-Account Method To The Determination Of Transfers Between BLMIS Accounts (Related Doc # 6084) |
| 53. | 1/2/2015 | 8910 | Statement of Issues on Appeal and Designation of Items to be Included in the Record filed by Gaytri D. Kachroo on behalf of Diana Melton Trust, Dated 12/05/05 |
| 54. | 1/5/2015 | 8911 | Letter /Notice Of Appeal (related document(s)8680, 8857) Filed by Robert A. Rich on behalf of Nancy Zraick, Edward A. Zraick, Jr. |
| 55. | 1/5/2015 | 8912 | Notice of Appeal (related document(s)8680, 8857) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. |
| 56. | 1/5/2015 | 8913 | Notice of Appeal (related document(s)8857) filed by Paula J. Warmuth on behalf of Michael Most. (Attachments: # 1 Exhibit A - part one (order appealed from) # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3) |
| 57. | 1/5/2015 | 8916 | Notice of Appeal (related document(s)8680, 8857) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) |
| 58. | 1/5/2015 | 8917 | Notice of Appeal (related document(s)8857) filed by Elliot G. Sagor on behalf of Elliot G. Sagor. (Attachments: # 1 Exhibit (Order Appealed From)) |
| 59. | 1/15/2015 | 9010 | Trustee's Counter-Designation of Additional Items to be Included in the Record on Appeal and Counter-Statement of the Issues to be Presented on Appeal |
| 60. | 1/15/2015 | 9013 | Fed. R. Bankr. P. 8006 Statement of Issues and Designation of Record on Appeal |
| 61. | 1/19/2015 | 9075 | Appellant's Statement of Issues on Appeal and Designation of Items to be Included in the Record |

**Statement of Issues on Appeal**

1.      Whether the Bankruptcy Court erred as a matter of law in affirming the application of the Trustee's Inter-Account Method to the determination of transfers between accounts.

2.      Whether the Bankruptcy Court erred as a matter of law in accepting the Trustee's Inter-Account Method to the extent it violates the safe harbor established by section 546(e) of the Bankruptcy Code.

3.      Whether the Bankruptcy Court erred in accepting the Trustee's Inter-Account Method for the determination of transfers between accounts, resulting in a disparate treatment of equivalent customer claims, thereby creating an arbitrary and inequitable outcome.

4.      Whether the Bankruptcy Court's error in accepting the Trustee's Inter-Account Method results in an erroneous and improper interpretation of the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa, *et seq*.

5.      Whether the Bankruptcy Court, to the extent it applied the "Net Equity Decision" of the Second Circuit Court of Appeals in *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC* (*In re Bernard L. Madoff Inv. Sec. LLC*), 654 F.3d 229 (2d Cir. 2011), erred in misinterpreting that decision and/or exceeding the proper scope of that decision.

Dated: New York, New York
      January 20, 2015

Respectfully submitted,

*/s/ Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys Edward Zraick Jr., Nancy Zraick,
Patricia DeLuca and Karen M. Rich*

99997.032244 EMF_US 53867804v2