**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04592 (SMB) |
| v. | |
| ANTHONY E. STEFANELLI, | |
| Defendant. | |

## MEDIATOR'S FINAL REPORT

Ted A. Berkowitz, the court appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

1.    The mediation of the Adversary Proceeding took place on October 2, 2014 at the offices of Baker & Hostetler LLP in New York, New York.

2.      The parties negotiated in good faith and complied with all relevant orders

governing the mediation including the Bankruptcy Court's Order entered November 10, 2010 (1)

Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending

the February 16, 2010 Protective Order, but were unable to reach a mutually satisfactory

resolution of the disputes involved in the Adversary Proceeding.

3.      The mediator has concluded that the parties have reached an impasse from which

no further progress can be made and there would be no further point to continuing the mediation

and by agreement of the parties and the mediator, the mediation is concluded.

Dated:  January 20, 2015
        New York, New York

                                        _____*Ted A. Berkowitz*_____
                                        Ted A. Berkowitz, Mediator