BECKER & POLIAKOFF LLP
45 Broadway
New York, New York 10006
(212) 599-3322
Helen Davis Chaitman
hchaitman@bplegal.com
*Attorneys for the claimants listed*
*on Exhibit A to the Notice of Appeal*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>          Debtor. | |

**APPELLANTS' ITEMS DESIGNATED FOR THE RECORD ON APPEAL**
**AND STATEMENT OF ISSUES ON APPEAL**

PLEASE TAKE NOTICE that the claimants listed on **Exhibit A** to the Notice of Appeal (ECF Doc. 8916) (the "Customers"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby identify the following issues to be presented on appeal and designate the items to be included in the record on appeal to the United States District Court for the Southern District of New York from the Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (ECF Doc. No. 8857), entered on

{N0066984 3 }

December 22, 2014, and related Memorandum Decision (ECF Doc. 8680), entered on December 8, 2014 (Hon. Stuart M. Bernstein) n the above-captioned proceeding.

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred as a matter of law in affirming the application of the Trustee's Inter-Account Method to the determination of transfers between BLMIS accounts, where the Inter-Account Method:

   a. violates the statute of limitations for fraudulent transfer actions;
   b. leads to arbitrary results;
   c. improperly combines accounts and violates federal securities laws;
   d. undermines New York's public policy favoring finality in business transactions;
   e. violates the Employee Retirement Income Security Act; and
   f. violates NY CPLR § 5205(d)(1).

2. Whether the Bankruptcy Court, to the extent it applied the "Net Equity Decision" of the Second Circuit, *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Bernard L. Madoff Inv. Sec. LLC)*, 654 F.3d 229 (2d Cir. 2001), erred in misinterpreting the decision and/or exceeding the proper scope of that decision.

3. Whether the Bankruptcy Court incorrectly held that BLMIS' change in corporate form is irrelevant to the calculation of transfers between BLMIS accounts.

4. Whether the Bankruptcy Court erred as a matter of law in accepting the Trustee's Inter-Account Method to the extent it violates the safe harbor established by section 546(e) of the Bankruptcy Code.

5. Whether the Trustee's Inter-Account Method is inconsistent with the Trustee's authority set forth in the Substantive Consolidation Order entered on June 10, 2009, *nunc pro tunc* to December 11, 2008 [Adv. Pro. No. 08-01789, ECF No. 252], which precludes the Trustee from bringing avoidance claims against customers of Bernard L. Madoff.

6. Whether the Bankruptcy Court erred as a matter of law in accepting the Trustee's Inter-Account Method to the extent it is inconsistent with the Second Circuits decision in *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Bernard L. Madoff Inv. Sec. LLC)*, 2014 WL 6863608 (2d Cir. Dec. 8, 2014), in which the Second Circuit recognized that BLMIS customers were parties to valid securities contracts.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Customers hereby designate the following items to be included in the record on appeal:

*SIPC v. BLMIS, 08-1789-BRL (Bankr. S.D.N.Y.)*

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| 6/10/2009 | 252 | Consent Order Signed On 6/9/2009, Substantively Consolidating The Estate of Bernard L. Madoff Into The SIPA Proceeding Of Bernard L. Madoff Investment Securities LLC And Expressly Preserving All Rights, Claims And Powers Of Both Estates. |
| 9/17/2009 | 439 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Marsha Peshkin IRA. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F) |
| 10/16/2009 | 519 | Memorandum of Law *of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Upholding Trustee's Determination Denying "Customer" Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity* filed by Josephine Wang on behalf of Securities Investor Protection Corporation. |
| 10/16/2009 | 524 | Motion for Objection to Claim(s) /Trustee's Motion For an Order Upholding Trustee's Determination Denying Customer Claims' For Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect to The Determinations Relating To Net Equity filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 2/2/2010 at 10:00 AM at Courtroom 623 (BRL) Responses due by 11/13/2009, (Attachments: 1 Declaration of Joseph Looby in Support of Trustee's Motion2 Declaration of Bik Cheema in Support of Trustee's Motion3 Declaration of Seanna R. Brown in Support of Trustee's Motion4 Exhibit A to Brown Declaration5 Exhibit B to Brown Declaration6 Exhibit C to Brown Declaration) |
| 10/16/2009 | 525 | Memorandum of Law *in Support of Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed on Last Customer Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect To The Determinations Relating To Net Equity* (related document(s)524) filed by David J. Sheehan on behalf of Irving H. Picard |
| 10/29/2009 | 550 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Carol Kamenstein. (Attachments: 1 Exhibit Exhibit A2 Exhibit Exhibit B) |
| 10/29/2009 | 551 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Sloan G. Kamenstein. (Attachments: 1 Exhibit Exhibit A2 Exhibit Exhibit B) |
| 10/29/2009 | 552 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Tracy D. Kamenstein. (Attachments: 1 Exhibit Exhibit A2 Exhibit Exhibit B) |

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| 11/2/2009 | 575 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Myrna Kohl, Kenneth M. Kohl. (Attachments: 1 Exhibit Exhibit A) |
| 11/2/2009 | 577 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Elaine R. Schaffer Revocable Trust. (Attachments: 1 Exhibit Exhibit A) |
| 11/2/2009 | 578 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Elaine Ruth Schaffer. (Attachments: 1 Exhibit Exhibit A) |
| 11/4/2009 | 606 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Robert Halio. (Attachments: 1 Exhibit Exhibit A) |
| 11/4/2009 | 608 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Julia Mishkin, Ellen Mishkin, William Mishkin, Mishkin Family Trust. (Attachments: 1 Exhibit Exhibit A) |
| 11/4/2009 | 616 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of WDG Associates Inc. Retirement Trust. (Attachments: 1 Exhibit Exhibit A) |
| 11/6/2009 | 640 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Richard M. Gaba, Barbara K. Gaba, Gaba Partnership. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 11/11/2009 | 704 | Objection to Trustee's Determination of Claim Amended filed by Helen Chaitman on behalf of Gunther K. Unflat. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 11/18/2009 | 961 | Response by affidavit to trustee's determination of claim filed by Aaron Blecker. (Chou, Rosalyn) |
| 11/30/2009 | 1028 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Jeffrey Shankman. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 12/1/2009 | 1032 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Keith Schaffer. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 12/11/2009 | 1068 | Objection of The Levy GST Trust dtd 3/14/02 FBO Francine Levy to trustee's determination of claim filed by Marjorie Forrest. (Chou, Rosalyn) |
| 12/17/2009 | 1081 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Alice Barbanel, Herbert Barbanel. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 12/17/2009 | 1082 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Ben Heller. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 1/15/2010 | 1765 | Reply to Motion Reply Memorandum of Law of the Securities Investor Protection Corporation In Support of Trustee's Motion for |

| FILING DATE | ECF NO. | DESCRIPTION |
| --- | --- | --- |
|  |  | an Order Upholding Trustee's Determination Denying "Customer" Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination Of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity (related document(s)524) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. |
| 1/15/2010 | 1768 | Supplemental Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination That Net Equity Should Not Be Based on Securities Positions Listed on Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should Be Based Upon Amounts Deposited Less Amounts Withdrawn (related document(s)524) filed by Patricia Schrage on behalf of Securities and Exchange Commission. |
| 1/15/2010 | 1773 | Reply Brief In Support of Trustee's Motion For An Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination Of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating To Net Equity (related document(s)12, 524, 437, 525) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 1/15/2010 | 1774 | Declaration of Seanna R. Brown in Support of Trustee's Reply Brief in Support of The Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating To Net Equity (related document(s)1773) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: 1 Exhibit A) |
| 3/1/2010 | 2003 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Frieda Low. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/1/2010 | 2004 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Robert Low. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/1/2010 | 2006 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Robert Yaffe. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/12/2010 | 2030 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Robin L. Warner. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/17/2010 | 2037 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Timothy Teufel. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |

| **FILING DATE** | **ECF NO.** | **DESCRIPTION** |
|---|---|---|
| 3/17/2010 | 2038 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Valerie Anne Teufel, Timothy Shawn Teufel. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/23/2010 | 2072 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Pamela Marxen. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/23/2010 | 2073 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Kurt Palmer. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/23/2010 | 2076 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Angela Tiletnick. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/30/2010 | 2112 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Beth P. Feldman. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 3/30/2010 | 2113 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Gunther K. Unflat, Margaret Unflat. (Attachments: 1 Exhibit Exhibit A2 Certificate of Service) |
| 4/21/2010 | 2219 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Manuel O. Jaffe. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 5/19/2010 | 2297 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Sage Realty. |
| 5/25/2010 | 2338 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Edwin Michalove. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/2/2010 | 2353 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Barbara Engel. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/2/2010 | 2354 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Adele Fox. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/7/2010 | 2364 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Bruce N. Palmer. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/7/2010 | 2365 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Fern C. Palmer Revocable Trust dated December 31, 1991 as amended. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/7/2010 | 2369 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Carol Fisher. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/7/2010 | 2370 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Steven A. Miller, Philip E. Miller. |

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| | | (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/8/2010 | 2383 | Response to trustee's determination of claim filed by Aaron Blecker. (Chou, Rosalyn) |
| 6/10/2010 | 2405 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Sandy Sandler. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/11/2010 | 2418 | Objection to trustee's determination of claim #13046 and #13045 filed by Susan R. Andelman, Steven J. Andelman. (Chou, Rosalyn) |
| 6/16/2010 | 2437 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Rona Mast. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 6/16/2010 | 2443 | Objection To Trustee's Determination Of Claim filed by Christopher Matthew Guhin on behalf of Barbara Kotlikoff Harman. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit : Cert Svce) |
| 7/14/2010 | 2707 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Adele Shapiro. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 7/14/2010 | 2713 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 7/14/2010 | 2714 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 7/14/2010 | 2715 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 7/14/2010 | 2718 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 7/14/2010 | 2722 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 7/14/2010 | 2725 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Deborah Shapiro. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 7/16/2010 | 2757 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Palmer Family Trust and its Beneficiaries. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Certificate of Service) |
| 7/19/2010 | 2772 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Benjamin T. Heller Irrevocable Trust, Benjamin T. Heller. (Attachments: 1 Exhibit A2 Certificate of Service) |

| **FILING DATE** | **ECF NO.** | **DESCRIPTION** |
|---|---|---|
| 7/19/2010 | 2774 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Jonathan Schwartz as Trustee for the benefit of Nancy M. Riehm. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 7/19/2010 | 2775 | Amended Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 7/20/2010 | 2777 | Second Amended Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of David Shapiro. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 8/3/2010 | 2836 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Theresa R. Ryan, Trustee. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/3/2010 | 2838 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Benjamin Rechler Trust and Mitchell Rechler, Trustee. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/3/2010 | 2839 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Tracey Weaver, Glenn Rechler. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/3/2010 | 2840 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Willi Rechler Trust and Mitchell Rechler, Trustee. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/11/2010 | 2862 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Richard Friedman. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/16/2010 | 2871 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Estate of Gabriel Friedman. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/17/2010 | 2875 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Roberta Schwartz Trust. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 8/20/2010 | 2881 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Chalek Associates LLC and each of its members. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 10/6/2010 | 3022 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Denis Castelli. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 11/1/2010 | 3084 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Theresa R. Ryan, Lawrence J. Ryan By-Pass Trust. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 11/3/2010 | 3093 | Amended Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Lawrence J. Ryan By-Pass Trust, Theresa R. Ryan. (Attachments: 1 Exhibit A2 Certificate of Service) |

| **FILING DATE** | **ECF NO.** | **DESCRIPTION** |
|---|---|---|
| 11/5/2010 | 3123 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Martin R. Harnick and Stephen P. Norton, Partners. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Certificate of Service) |
| 11/10/2010 | 3139 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Megan Burich, Boyer F. Palmer, Kelly Burich, Heidi Holmers, Dana LeFavor, Sophia Palmer, Oscar Palmer, Blake Palmer, Brett Palmer, Callie Murray, Ryan Murray. (Attachments: 1 Certificate of Service) |
| 12/13/2010 | 3401 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Thomas Shippam, Cathy Osipow, Laura Hallick, Kevin Galvis, Elizabeth Cavanaugh, Mildred Arent, Nina Westphal. (Attachments: 1 Exhibit A2 Exhibit B3 Certificate of Service) |
| 12/13/2010 | 3413 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Beth P. Feldman, Trustee. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 12/14/2010 | 3472 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Frances Reiss, Jessica Decker, John Tzannes, Peter Tzannes, Robin Tzannes, Isabel Chalek, David Chalek, Mitchel Chalek, Richard Chalek, Morton J. Chalek, Chalek Associates LLC and each of its members. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 12/15/2010 | 3502 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Fern C. Palmer and Boyer H. Palmer, Trustees of the Palmer Revocable Trust. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 12/15/2010 | 3503 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Steven C. Schupak. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 12/16/2010 | 3507 | Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Toby Lees. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 12/16/2010 | 3508 | Amended Objection to Trustee's Determination of Claim filed by Helen Chaitman on behalf of Fern C. Palmer and Boyer H. Palmer, Trustees of the Palmer Revocable Trust. (Attachments: 1 Exhibit A2 Certificate of Service) |
| 3/27/2014 | 6049 | Scheduling Order Signed on 3/27/2014. Re: Inter-Account Transfer Motion with hearing to be held on 6/19/2014 at 10:00 AM at Courtroom 723 (SMB) |
| 3/31/2014 | 6079 | Memorandum Of Law Of The Securities Investor Protection Corporation In Support Of The Trustee's Determinations Regarding Inter-Account Transfers filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 |

{N0066984 3}                                                  9

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| | | Certificate of Service) |
| 3/31/2014 | 6084 | Motion to Allow - Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 6/19/2014 at 10:00 AM at Courtroom 723 (SMB) Objections due by 5/16/2014 |
| 3/31/2014 | 6085 | Memorandum of Law in Support of Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6084) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 3/31/2014 | 6086 | Declaration of Bik Cheema in Support of the Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6085, 6084) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) |
| 4/1/2014 | 6092 | Affidavit of Service regarding Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6085, 6084, 6086) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 5/7/2014 | 6548 | Letter to Hon. Stuart M. Bernstein filed by Helen Chaitman on behalf of Marsha Peshkin. |
| 5/8/2014 | 6565 | Notice of Hearing filed by Helen Chaitman on behalf of Marsha Peshkin. |
| 5/8/2014 | 6589 | Letter to Honorable Stuart M. Bernstein regarding request for adjournment on Inter-Account Transfer Motion (related document(s)6548) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 5/16/2014 | 6708 | Opposition Brief - Customers' Memorandum of Law in Opposition to the Trustee's Method for Valuing Inter-Account Transfers (related document(s)6084) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A) |
| 5/16/2014 | 6712 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Athena Arvan. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 5/16/2014 | 6715 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |

| **FILING DATE** | **ECF NO.** | **DESCRIPTION** |
|---|---|---|
| 5/16/2014 | 6717 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Barbara K. Gaba. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 5/16/2014 | 6719 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 5/16/2014 | 6724 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Ellen Mishkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) |
| 5/16/2014 | 6726 | Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Barbara Kotlikoff Harman. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) |
| 5/20/2014 | 6760 | Declaration Corrects ECF errors in Doc No. 6719 - Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 5/20/2014 | 6761 | Declaration Corrects corrupt files in Doc Nos. 6719 & 6760 - Declaration in Opposition to the Trustee's Motion to Affirm Application of the Net Investment Method to the Determination of Customer Transfers between BLMIS Accounts (related document(s)6084) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 6/6/2014 | 6926 | Reply Memorandum of Law in Support of Trustee's Motion Affirming Application of Net Investment Method to Determination of Customer Transfers Between BLMIS Accounts (related document(s)6084) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 6/6/2014 | 6927 | Reply to Motion Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (related |

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| | | document(s)6084) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 Certificate of Service) |
| 6/6/2014 | 6928 | Declaration of Kevin H. Bell in Support of the Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Determinations Regarding Inter-Account Transfers (related document(s)6084) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 6/18/2014 | 7020 | Notice of Agenda for Matters Scheduled for Hearing on June 19, 2014 at 10:00 A.M. (related document(s)6084) filed by David J. Sheehan on behalf of Irving H. Picard. |
| 7/3/2014 | 7249 | Transcript regarding Hearing Held on 6/19/2014 10:40AM RE: Inter- Account Transfers -- Trustee's Motion Affirming Application of Net Investment Method to Inter- Account Transfers. |
| 12/8/2014 | 8680 | Written Opinion Signed On 12/5/2014. Re: Memorandum Decision Affirming Application Of The Trustees Inter-Account Method To The Determination Of Transfers Between BLMIS Accounts |
| 12/12/2014 | 8741 | Notice of Settlement of an Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (related document(s)8680) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 12/19/2014 at 10:00 AM at Courtroom 723 (SMB) Objections due by 12/17/2014, (Attachments: # 1 Proposed Order # 2 Exhibit 1 to Proposed Order # 3 Exhibit 2 to Proposed Order) |
| 12/15/2014 | 8760 | Affidavit of Service regarding Notice of Settlement of an Order Affirming Application of the Trustee's Inter-Account Method to the Determination of Transfers Between BLMIS Accounts (related document(s)8741) Filed by David J. Sheehan on behalf of Irving H. Picard. |
| 12/22/2014 | 8857 | Order Signed On 12/19/2014 Re: Affirming Application Of The Trustees Inter-Account Method To The Determination Of Transfers Between BLMIS Accounts (Related Doc # 6084) |
| 1/5/2015 | 8916 | Notice of Appeal (related document(s)8680, 8857) filed by Helen Chaitman on behalf of Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) |

January 20, 2015

            **BECKER & POLIAKOFF LLP**

By:  */s/ Helen Davis Chaitman*

Helen Davis Chaitman
45 Broadway
New York, New York 10006
(212) 599-3322

*Attorneys for the Claimants listed on Exhibit A attached to Notice of Appeal*

## CERTIFICATE OF SERVICE

I, Chelsey Davis, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2015

            */s/ Chelsey Davis*

{N0066984 3}    13