BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZCM ASSET HOLDING COMPANY (BERMUDA) LLC, <br><br> Defendant. | Adv. Pro. No. 12-01512 (SMB) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for January 28, 2015 has been adjourned to **July 29, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: January 21, 2015
       New York, New York

By:    /s/ Thomas L. Long
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: 212.589.4200
       Facsimile: 212.589.4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Thomas L. Long
       Email: tlong@bakerlaw.com
       Mark A. Kornfeld
       Email: mkornfeld@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for the
       Substantively Consolidated SIPA Liquidation
       of Bernard L. Madoff Investment Securities LLC
       and the Estate of Bernard L. Madoff*