**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

MAR Partners (the "Claimant"), having filed an objection (the "Objection," Docket No. 2012) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011077), hereby gives notice that it withdraws such Objection.

Dated: January 21, 2015

*/s/ Michael I. Goldberg*
Michael I. Goldberg, on behalf of MAR Partners
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: 954.463.2700

Akerman LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak, Esq.

1