**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

L. RAGS, Inc. (the "Claimant"), having filed an objection (the "Objection," Docket No.

2011) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim

(#011068), hereby gives notice that it withdraws such Objection.

Dated: January 21, 2015

_/s/ Michael I. Goldberg_____
Michael I. Goldberg, on behalf of L. Rags, Inc.
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: 954.463.2700

Akerman LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak, Esq.

1

300348568