**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

The Estate of Alvin Rush (the "Claimant"), having filed an objection (the "Objection," Docket No. 2010) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011078), hereby gives notice that it withdraws such Objection.

Dated: January 21, 2015

*/s/ Michael I. Goldberg*
Michael I. Goldberg, on behalf of the Estate of Alvin Rush
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: 954.463.2700

Akerman LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak, Esq.

1

300348568