**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br> v.<br><br>SAMANTHA C. EYGES TRUST U/A/D 4/19/02; MARILYN CHERNIS, in her capacity as Trustee of the Samantha C. Eyges Trust u/a/d/ 4/19/02; and SAMANTHA C. EYGES, | Adv. Pro. No. 10-04940 (SMB) |

                                    Defendants.

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures have been exchanged.

2. Fact Discovery shall be completed by: March 2, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: May 8, 2015.

4. The Disclosure of Rebuttal Experts shall be due: June 8, 2015.

5. The Deadline for Completion of Expert Discovery shall be: September 4, 2015.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 4, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 18, 2015.

8. The Deadline for Conclusion of Mediation shall be: On or before March 17, 2016.

Dated: New York, New York
       January 22, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

3