**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Jonathan B. New
Robertson D. Beckerlegge

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>FGLS Equity LLC<br><br>      Defendant. | Adv. Pro. No. 10-05191 (SMB) |

## CASE MANAGEMENT NOTICE

300347120

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (ECF No 3141), entered by this Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: January 30, 2015.

2. Fact Discovery shall be completed by: January 29, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: April 28, 2016.

4. The Disclosure of Rebuttal Experts shall be due: June 27, 2016.

5. The Deadline for Completion of Expert Discovery shall be: August 30, 2016.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 30, 2016.

7. The Deadline for Conclusion of Mediation shall be: December 30, 2016.

Dated: New York, New York  
       January 23, 2015

BAKER & HOSTETLER LLP

By:    */s/ Marc Hirschfield*

**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Marc E. Hirschfield  
Email: mhirschfield@bakerlaw.com  
Jonathan B. New  
Email: jnew@bakerlaw.com  
Robertson D. Beckerlegge  
Email: Rbeckerlegge@balerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*