KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for The Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert (deceased), James McNally and Marian Howard*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUST U/W/O H. THOMAS LANGBERT F/B/O EVELYN LANGBERT, EVELYN LANGBERT, individually, JAMES McNALLY, in his capacity as trustee of THE TRUST U/W/O H. THOMAS LANGBERT F/B/O EVELYN LANGBERT, MARIAN HOWARD, in her capacity as trustee of THE TRUST U/W/O H. THOMAS LANGBERT F/B/O EVELYN LANGBERT,<br><br>Defendants. | Adv. Pro. No. 10-05382 (SMB) |

**SUGGESTION OF DEATH**

**PLEASE TAKE NOTICE**, that undersigned counsel regrets to inform the Court that

Evelyn Langbert died on January 22, 2015.

Dated: New York, New York
January 23, 2015

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Elise S. Frejka
Philip Bentley
Elise S. Frejka
Jason S. Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for The Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert (deceased), James McNally and Marian Howard*