ROBINS KAPLAN L.L.P.
Stephen F. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities Investor Protection Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>**MOTION FOR LEAVE TO WITHDRAW MICHAEL CIRESI AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>Bernard L. Madoff<br><br>    Debtor | |

Pertains to:

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-04337 (SMB) |

**MOTION FOR LEAVE TO WITHDRAW MICHAEL CIRESI AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS**

Pursuant to Rule 1.3 of the Local Rules of the United States Bankruptcy court for the Southern District of New York, the undersigned attorney hereby moves this Court for an Order granting this Motion for Leave to Withdraw Michael Ciresi as Counsel of Record for Defendants and Removal from Electronic Case Filing Service Lists in the above-captioned proceedings. Mr. Ciresi is no longer with the firm representing Defendants. All other counsel of record at Robins Kaplan L.L.P. for Defendants in the above-captioned matter shall remain the same.

Dated: January 23, 2015

Respectfully submitted,

By: *s/Thomas F. Berndt*
Thomas F. Berndt (*admitted pro hac vice*)
Stephen F. Safranski (*admitted pro hac vice*)
Damien A. Riehl (*admitted pro hac vice*)
Robins Kaplan L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
tfberndt@rkmc.com
sfsafranski@rkmc.com
dariehl@rkmc.com

Harold Jones (Bar No. HDJ–4652)
JONES & SCHWARTZ, P.C.
One Old Country Road – Suite 384
Carle Place, New York 11514
Telephone: (516) 873–8700
Facsimile: (516) 873–8711
Email: hjones@jonesschwartz.com

*Attorneys for Defendants*

85499979.1