**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                                   Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                                   Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                                   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>                                   Plaintiff, <br><br> v. <br><br> GILBERT M. KOTZEN 1982 TRUST; MARCIA KOTZEN 2002 REVOCABLE TRUST; LINDA S. PARESKY, individually and in her capacity as Trustee for the Gilbert M. Kotzen 1982 Trust and the Marcia Kotzen 2002 Revocable Trust; and STEPHENY B. RIEMER, individually and in her capacity as Trustee for the Gilbert M. Kotzen 1982 | Adv. Pro. No. 10-04690 (SMB) |

Trust and the Marcia Kotzen 2002 Revocable Trust,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures deadline has passed.

2. The Deadline for Service of Substantive Interrogatories has passed.

3. Fact Discovery shall be completed by: February 27, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due: April 28, 2015.

5. The Disclosure of Rebuttal Experts shall be due: May 28, 2015.

6. The Deadline for Completion of Expert Discovery shall be: July 27, 2015.

7. The Deadline to File a Notice of Mediation Referral shall be: August 26, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 9, 2015.

9. The Deadline for Conclusion of Mediation shall be: November 9, 2015.

Dated: New York, New York
January 23, 2015

BAKER & HOSTETLER LLP

By: *Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*