**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Kevin M. Kelly (the "Claimant"), having filed an objection (the "Objection", Docket No. 3298) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001316), hereby gives notice that he withdraws such Objection.

Dated: January 23, 2015

**LAX & NEVILLE LLP**

By: */s/ Gabrielle Pretto*
  Barry R. Lax
  Brian J. Neville
  Gabrielle Pretto
  1450 Broadway, 35th Floor
  New York, NY 10018
  Telephone: 212.696.1999
  Facsimile: 212.566.4531
  Gabrielle J. Pretto
  Email: blax@laxneville.com
     bneville@laxneville.com
     gpretto@laxneville.com

*Attorneys for Defendants Kelly-Sexton Inc.*
*Profit Sharing Plan and Trust, Kevin M. Kelly,*
*T. Michael Kelly, and Timothy Sexton*