**EXHIBIT A**

|  | **Account Holders represented by Becker & Poliakoff, LLP** | **Partnership** |
|---|---|---|
| 1. | Barbara & Bruce Aymes | S&P[1] |
| 2. | Kathrynn L. Babcock | S&P |
| 3. | Kathrynn L. Babcock (SPJ[2]) | S&P |
| 4. | Natale Barbara Trust F/B/O Mary Barbara (GA[3]) | S&P |
| 5. | Martin L. & Gloria Braun | S&P |
| 6. | Brenda J. Buckley (GA) | S&P |
| 7. | Walter M. & Brenda J. Buckley (GA) | S&P |
| 8. | Walter M. Buckley (GA) | S&P |
| 9. | Brenda Joyce Chapman (GA) | S&P |
| 10. | Joyce Forte or Bruce Cummings or Lynn Cummings | P&S[4] |
| 11. | Diane Den Bleyker | S&P |
| 12. | Donald A. & M. Carolyn Dunkle (GA) | S&P |
| 13. | Fernando Esteban (SPJ) | S&P |
| 14. | Margaret Esteban (SPJ) | S&P |
| 15. | Myra Friedman Revocable Trust | P&S |
| 16. | Martha Sanders Gennett (GA) | S&P |
| 17. | Martha S. Gennett, IRA (GA) | S&P |
| 18. | Martha S. Gennett, Roth IRA (GA) | S&P |
| 19. | Robert H. & Dorothy D. Henley | S&P |
| 20. | Phillip A. Hocott Living Trust | S&P |
| 21. | Phillip A. Hocott Living Trust (SPJ) | S&P |
| 22. | Adam Holloway | S&P |
| 23. | Alicia N. Holloway Revocable Trust | S&P |
| 24. | Don G. Holloway (SPJ) | S&P |
| 25. | Scott W. Holloway Revocable Trust | S&P |
| 26. | Scott W. Holloway Revocable Trust (SPJ) | S&P |
| 27. | Holy Ghost Fathers South West Brazil | P&S |
| 28. | Holy Ghost Fathers Ireland | P&S |
| 29. | Alice B. Iuen | S&P |
| 30. | Marvin F. Iuen | S&P |
| 31. | Steve Jacob Cust Fbo J.J. Ugma (GA) | S&P |
| 32. | Matthew Jacob (GA) | S&P |
| 33. | Michael F. Jacob (GA) | S&P |
| 34. | Edward M. Jacobs | S&P |
| 35. | Andrea Dee King (GA) | S&P |
| 36. | Henry C. & Irmgard Koehler, Trustees | P&S |
| 37. | Emilie Leonardi | S&P |
| 38. | Gerald Login | P&S |
| 39. | Richard P. & Dora F. Long | S&P |

---

[1] S&P Associates General Partnership
[2] SPJ Investments Limited, which was a general partner of S&P
[3] Guardian Angel Trust LLC, which was a general partner of S&P
[4] P&S Associates General Partnership

{N0067515 2 }

# EXHIBIT A

|     | Account Holders represented by Becker & Poliakoff, LLP | Partnership |
|-----|--------------------------------------------------------|-------------|
| 40. | Richard P. Long (SPJ) | S&P |
| 41. | Dorothea V. Marema | S&P |
| 42. | Dorothea V. Marema (SPJ) | S&P |
| 43. | Susan Michaelson | S&P |
| 44. | Abrahm & Rita Newman | P&S |
| 45. | Karen Newman | S&P |
| 46. | Trisha Nichols (GA) | S&P |
| 47. | Louis S. & Darlene A. O'Neal | S&P |
| 48. | Louis S. O'Neal, Jr. (SPJ) | S&P |
| 49. | Paroquia de Santa Luzia | P&S |
| 50. | Judith Patience Heyl for the Estate of Scott Patience (GA) | S&P |
| 51. | Bette Anne Peltzer | S&P |
| 52. | Bette Anne (Powell) Peltzer (SPJ) | S&P |
| 53. | Edith Pillsbury (GA) | S&P |
| 54. | Robert & Suzanne Plati | P&S |
| 55. | Suzanne K. Plati | P&S |
| 56. | Corinne G. Playso (GA) | S&P |
| 57. | Michael J. Podwill | S&P |
| 58. | Robert R. Podwill & Gail Podwill | S&P |
| 59. | Jeffrey Posser | S&P |
| 60. | Harvey L. Powell (SPJ) | S&P |
| 61. | Densel L. Raines (SPJ) | S&P |
| 62. | Irwin B. & Mary N. Reed | S&P |
| 63. | Sam Rosen & Edith Rosen | P&S |
| 64. | Charles J. Rowan (GA) | S&P |
| 65. | Donna Jean Rowan (GA) | S&P |
| 66. | Abraham Saland | P&S |
| 67. | E. Anne Sanders (GA) | S&P |
| 68. | Ellen W. Sanders (GA) | S&P |
| 69. | Craig Snyder (GA) | S&P |
| 70. | Jane Gray Solomon Trust (GA) | S&P |
| 71. | Cristina P. Strobel Trust (GA) | S&P |
| 72. | Edward J. Strobel Trust (GA) | S&P |
| 73. | Ann M. Sullivan | S&P |
| 74. | Jess L. Taylor | S&P |
| 75. | Cindy Wallick | S&P |
| 76. | Cindy Wallick (SPJ) | S&P |
| 77. | W. Waite & Susan M. Willis Jr. | P&S |
| 78. | George & Sybil Wirick | S&P |