**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield
Geraldine E. Ponto

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff,<br><br>Plaintiffs,<br>v.<br><br>STEPHANIE S. MACK, individually, and as Natural Guardian of A. V. M. M.; ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff and as Trustee of A. V. M. Trust U/A 01/10/07; ROBERT W. MIKESELL, as Trustee of A. V. M. Trust U/A 01/10/07; ESTATE OF MARK D. MADOFF; and A. V. M. M.,<br><br>Defendants. | Adv. Pro. No. 10-05328 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for January 28, 2015, has been adjourned to **December 16, 2015, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
       January 26, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
Jimmy Fokas
Email: jfokas@bakerlaw.com
Sammi Malek
Email: smalek@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com

By: */s/ Marc E. Hirschfield*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

David J. Sheehan
Email: dsheehan@bakerlaw.com
Lauren Resnick
Email: lresnick@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and estate of Bernard L. Madoff*