**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>v.<br><br>STORY FAMILY TRUST #3, THEODORE STORY, individually and as trustee of the STORY FAMILY TRUST #3, CYNTHIA STORY, individually and as trustee of the STORY FAMILY TRUST #3, WARREN B. KAHN as trustee of the STORY FAMILY TRUST #3, and SAMANTHA STORY, individually,<br><br>              Defendants. | Adv. Pro. No. 10-05159 (SMB) |

**AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 14, 2014.

2. Fact Discovery shall be completed by: March 9, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: May 6, 2015.

4. The Disclosure of Rebuttal Experts shall be due: June 8, 2015.

5. The Deadline for Completion of Expert Discovery shall be: September 7, 2015.

6. The Deadline to file a Notice of Mediation Referral shall be: October 7, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 21, 2015.

8. The Deadline for Conclusion of Mediation shall be: February 18, 2016.

Dated: January 28, 2015

| BAKER & HOSTETLER LLP | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP |
|---|---|
| By: /s/ *Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ *Jonathan L. Flaxer*<br>437 Madison Avenue<br>New York, New York 10022<br>Telephone: 212.907.7327<br>Jonathan L. Flaxer<br>Email: jflaxer@golenbock.com<br>Michael S. Weinstein<br>Email: mweinstein@golenbock.com<br><br>*Attorneys for Defendants* |