**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE STORY, individually and in his capacity as joint tenant, and CYNTHIA STORY, individually and in her capacity as joint tenant,<br><br>Defendants. | Adv. Pro. No. 10-05431 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on: April 14, 2014.

2. Fact Discovery shall be completed by: March 9, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: May 6, 2015.

4. The Disclosure of Rebuttal Experts shall be due: June 8, 2015.

5. The Deadline for Completion of Expert Discovery shall be: September 7, 2015.

6. The Deadline to file a Notice of Mediation Referral shall be: October 7, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 21, 2015.

8. The Deadline for Conclusion of Mediation shall be: February 18, 2016.

Dated: January 28, 2015

| | |
|---|---|
| BAKER & HOSTETLER LLP | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP |
| By: <u>/s/ *Nicholas J. Cremona*</u> | By: <u>/s/ *Jonathan L. Flaxer*</u> |
| 45 Rockefeller Plaza | 437 Madison Avenue |
| New York, New York 10111 | New York, New York 10022 |
| Telephone: 212.589.4200 | Telephone: 212.907.7327 |
| Facsimile: 212.589.4201 | Jonathan L. Flaxer |
| David J. Sheehan | Email: jflaxer@golenbock.com |
| Email: dsheehan@bakerlaw.com | Michael S. Weinstein |
| Nicholas J. Cremona | Email: mweinstein@golenbock.com |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | *Attorneys for Defendants* |
| Email: cturner@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

300347026.1