**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>         v.<br><br>J. EZRA MERKIN; et al.,<br><br>         Defendants. | Adv. Pro. No. 09-1182 (SMB)<br><br>Refers to Dkt. No. 151 |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that the time by which Defendants J. Ezra Merkin, Gabriel Capital Corporation, Gabriel Capital, L.P., Ariel Fund Limited, Ascot Fund Ltd., and Ascot Partners L.P. have to answer the Third Amended Complaint [Dkt. No. 151] is extended to February 5, 2015.

| | |
|---|---|
| Dated: January 28, 2015<br>       New York, New York | REED SMITH LLP<br><br>By: /s/ James C. McCarroll<br><br>    James C. McCarroll<br>    Jordan W. Siev<br>    Michael J. Venditto<br>    Casey D. Laffey<br><br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 521-5400<br>Facsimile:  (212) 521-5450<br>*Attorneys for Bart M. Schwartz as Receiver of Ariel Fund Limited and Gabriel Capital, L.P.* |

Dated: January 28, 2015
       New York, New York

FULBRIGHT & JAWORSKI LLP

By: /s/ Judith A. Archer

    Judith A. Archer
    David L. Barrack
    Jami Mills Vibbert
    David B. Schwartz

666 Fifth Avenue
New York, NY 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Ascot Fund Ltd. and Ralph C. Dawson, Esq., as Receiver of Defendant Ascot Partners, L.P.*

Dated: January 28, 2015
       New York, New York

DECHERT LLP

By: /s/ Neil A. Steiner

    Andrew J. Levander
    Neil A. Steiner

1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Defendants*
*J. Ezra Merkin and Gabriel Capital Corporation*

| | |
|---|---|
| Dated: January 28, 2015<br>New York, New York | BAKER & HOSTETLER LLP<br><br>By: /s/ Lan Hoang<br><br>    David J. Sheehan<br>    Lan Hoang<br>    Edward J. Jacobs<br>    Brian W. Song<br>    Sarah Jane T.C. Truong<br><br>45 Rockefeller Plaza<br>New York, NY  10103<br>Telephone:  (212) 589-4200<br>Facsimile:   (212) 589-4201<br><br>*Attorneys for Plaintiff, Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Substantively Consolidated Estate of Bernard L. Madoff* |

SO ORDERED:

Dated: January 28th, 2015
       New York, New York

/s/ STUART M. BERNSTEIN
Stuart M. Bernstein
United States Bankruptcy Court Judge