**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>GORVIS, LLC, a California Limited Liability Company,<br><br>THE STACY L. KOFF INVESTMENT TRUST, a member of Gorvis, LLC,<br><br>THE DAVID I. KOFF INVESTMENT TRUST, a member of GORVIS, LLC, | Adv. Pro. No. 10-04544 (SMB) |

ALAN S. GORDON, in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust,

C. RAY JOHNSON, in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust,

STACY L. KOFF, individually as settlor and beneficiary of the Stacy L. Koff Investment Trust,

and

DAVID I. KOFF, individually as settlor and beneficiary of the David I. Koff Investment Trust,

Defendants.

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Gorvis, LLC, The Stacy L. Koff Investment Trust, The David I. Koff Investment Trust, Alan S. Gordon, in his capacities as trustee of The Stacy L. Koff Investment Trust and trustee of The David I. Koff Investment Trust, C. Ray Johnson, in his capacities as trustee of The Stacy L. Koff Investment Trust and trustee of The David I. Koff Investment Trust, Stacy L. Koff, individually and as settlor and beneficiary of The Stacy L. Koff Investment Trust, and David I. Koff, individually and as settlor and beneficiary of The David I. Koff Investment Trust ("Defendants"), by and through their counsel, Loeb & Loeb LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

2

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendants.

2. On January 17, 2014, Defendants served an answer on the Trustee.

3. On December 23, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of (i) the Trustee's claims against Defendants in the above-captioned adversary proceeding and (ii) the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 23, 2015
      New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**LOEB & LOEB LLP**

By: */s/ Daniel B. Besikof*
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
P. Gregory Schwed
E-mail: gschwed@loeb.com
Walter H. Curchack
E-mail: wcurchack@loeb.com
Daniel B. Besikof
E-mail: dbesikof@loeb.com

Attorneys for Defendants Gorvis, LLC, The Stacy L. Koff Investment Trust, The David I. Koff Investment Trust, Alan S. Gordon, C. Ray Johnson, Stacy L. Koff, and David I. Koff

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: January 26th, 2015
New York, New York