**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Harry Pech and Jeffrey Pech, (the "Claimants"), having filed an objection (the "Objection," Docket No. 1867) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#004201), hereby give notice that they withdraw such Objection.

Dated: November __, 2014
January 22, 2015

Harry Pech
7187 Veneto Drive
Boynton Beach, Florida 33437

Jeffrey Pech
1 Maple Way
Woodbury, New York 11797

21