CONFIDENTIAL

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Lawrence Elins (the "Claimant"), having filed an objection (the "Objection", Docket No. 3814) to the Trustee's Notice of Determination of Claims respecting Claimant's customer claims (#007042 and 070206), hereby gives notice that he withdraws the attached Objection with prejudice.

Dated: January 6, 2015

                                            /s/ Lawrence Elins
                                            Lawrence Elins
                                            15260 Ventura Boulevard, Suite 1020
                                            Sherman Oaks, California 91403

300338768.6