**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Lindsey Shoshany
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04483 (SMB) |
| Plaintiff, | |
| v. | |
| LESLIE AUFZIEN LEVINE, LISA AUFZIEN, ALAN L. AUFZIEN, individually and in his capacity as a Joint Tenant, NORMA K. AUFZIEN, individually and in her capacity as a Joint Tenant, MEREDITH AUFZIEN BAUER, and JONATHAN | |

M. AUFZIEN,

                                    Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact Discovery, and responses to discovery, shall be completed by: March 2, 2015.

2.      The Disclosure of Case-in-Chief Experts shall be due: May 7, 2015.

3.      The Disclosure of Rebuttal Experts shall be due: June 8, 2015.

4.      The Deadline for Completion of Expert Discovery shall be: October 7, 2015.

5.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before December 7, 2015.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before December 21, 2015.

7.      The Deadline for Conclusion of Mediation shall be:  On or before May 5, 2016.

Dated: New York, New York
      January 29, 2015

BAKER & HOSTETLER LLP

By:  */s/ Marc E. Hirschfield*
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Lindsey Shoshany
George Klidonas
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*