**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Nexus U. Sea
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04984 (SMB) |
| Plaintiff, | |
| v. | |
| ARLINE F. SILNA ALTMAN, | |
| Defendant. | |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 10, 2010 [Dkt. No. 10-04984], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Amended Case Management Plan on March 28, 2014, Fact Discovery was completed on August 20, 2014, Disclosure of Case-in-Chief Experts was completed on October 17, 2014, the deadline for Disclosure of Rebuttal Experts was November 16, 2014, and the Deadline for Completion of Expert Discovery was December 30, 2014.  The deadline to file this Notice of Mediation Referral is January 30, 2015.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Trustee and Defendant (the "Parties") shall choose a mediator in accordance with the Mediation Order.  If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.  Avoidance Procedures, ¶ 5C.

Dated: New York, New York
January 30, 2015

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Nexus U. Sea
Email: nsea@bakerlaw.com
Christopher B. Gallagher
Email: cgallagher@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*