**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04505 (SMB) |
| ESTATE OF ARNOLD M. SOSKIN; ARNOLD M. SOSKIN REVOCABLE TRUST; RICHARD N. SOSKIN, individually and in his capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; NANCY S. LURIE, individually and in her capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; DEBRA BECKER; ROBERT S. SOSKIN; SAMUEL S. SOSKIN; and RENEE R. SOSKIN, | |
| Defendants. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lawrence M. Shapiro, to be admitted, *pro hac vice*, to represent Defendant Renee R. Soskin, a Defendant in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

**ORDERED**, that Lawrence M. Shapiro, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Defendant Renee R. Soskin, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  January 30th, 2015

New York, New York                                   /s/  STUART M. BERNSTEIN
                                                     UNITED STATES BANKRUPTCY JUDGE