**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan New
Robertson Beckerlegge

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ZIESES INVESTMENT PARTNERSHIP, MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R. ZIESES, CARYN ZIESES, BARRY INGER, ALLAN INGER, and SUSAN B. ALSWANGER<br><br>Defendants. | Adv. Pro. No. 10-04669 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  Fact Discovery shall be completed by: March 13, 2015.

2.  The Disclosure of Case-in-Chief Experts shall be due: May 14, 2015.

3.  The Disclosure of Rebuttal Experts shall be due: June 12, 2015.

4.  The Deadline for Completion of Expert Discovery shall be: September 14, 2015.

5.  The Deadline for Service of a Notice of Mediation Referral shall be:  On or before November 13, 2015.

6.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before November 27, 2015.

7.  The Deadline for Conclusion of Mediation shall be:  On or before February 9, 2016.

*Remainder of Page Left Intentionally Blank*

Dated: New York, New York
       January 30, 2015

BAKER & HOSTETLER LLP


By:  /s/*Jonathan New*_____
David J. Sheehan
Nicholas J. Cremona
Jonathan New
Robertson Beckerlegge
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*

**BECKER & POLIAKOFF, LLP**


By:  /s/ _Helen Davis Chaitman_____
45 Broadway
New York, New York 10006
Telephone:  212.599.3322
Facsimile:  212.557.0295
Helen Davis Chaitman
Email:  hchaitman@bplegal.com


*Attorneys for Defendants ZIESES*
*INVESTMENT PARTNERSHIP, MARSHALL*
*ZIESES, DEBRA S. ZIESES, NEIL R.*
*ZIESES, CARYN ZIESES, BARRY INGER,*
*ALLAN INGER, and SUSAN B.*
*ALSWANGER*