**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
Telephone:  (212) 972-3000
Facsimile:  (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott

*Attorneys for Defendants Listed on Annexed Schedule A*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                             Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                             Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                             Plaintiff,<br><br>          v.<br><br>NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Susan Helfman; and SUSAN HELFMAN,<br>                             Defendants. | Adv. Pro. No. 10-4509 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD J. HELFMAN LIFE INSURANCE TRUST DTD 12/30/89; SUSAN HELFMAN, individually and in her capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89; and STEPHEN HELFMAN, individually and in his capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89, <br><br> Defendants. | Adv. Pro. No. 10-4636 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> ADELINE SHERMAN REVOCABLE TRUST, AS AMENDED; STEPHEN HELFMAN, in his capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended; and SUSAN HELFMAN, in her capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended, <br><br> Defendants. | Adv. Pro. No. 10-4816 (SMB) |

**DECLARATION OF BRENDAN M. SCOTT IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE TRUSTEE'S COMPLAINTS**

I, Brendan M. Scott, declare pursuant to 28 U.S.C. § 1746, that the following is true:

I am an attorney licensed to practice in the State of New York.  I am an attorney with the firm of

Klestadt Winters Jureller Southard & Stevens, LLP, attorneys for the Defendants.  I submit this

Declaration in Support of Defendants' Motion to Dismiss the Trustee's Complaints filed in the

following adversary proceedings:  (i) Picard v. NTC & Co., LLP, as former custodian of an

2

Individual Retirement Account for the benefit of Susan Helfman, et al., Adv. Proc. No.: 10-04509-smb ("Susan Helfman Adversary Proceeding"), (ii) Picard v. Richard J. Helfman Life Insurance Trust dtd 12/30/89, et al., Adv. Proc. No.: 10-04636-smb ("Richard Helfman Adversary Proceeding") and (iii) Picard v. Adeline Sherman Revocable Trust, as Amended, et al., Adv. Proc. No.: 10-04816-smb ("Sherman Adversary Proceeding", and collectively the "Adversary Proceedings").

1.      Attached hereto as **Exhibit "A"** is a true and correct copy of the Complaint filed by the Trustee in the Susan Helfman Adversary Proceeding.

2.      Attached hereto as **Exhibit "B"** is a true and correct copy of the Complaint filed by the Trustee in the Richard Helfman Adversary Proceeding.

3.      Attached hereto as **Exhibit "C"** is a true and correct copy of the Complaint filed by the Trustee in the Sherman Adversary Proceeding.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 30, 2015

                                        /s/ Brendan M. Scott
                                        Brendan M. Scott

3

## SCHEDULE A

| Adversary Proceeding | Defendants |
|---|---|
| 1) Picard v. NTC & Co., LLP, as former custodian of an Individual Retirement Account for the benefit of Susan Helfman, et al., **Adv. Proc. No.: 10-04509-smb** | 1) Susan Helfman |
| 2) Picard v. Richard J. Helfman Life Insurance Trust dtd 12/30/89, et al., **Adv. Proc. No.: 10-04636-smb** | 1) Richard J. Helfman Life Insurance Trust Dtd 12/30/89; 2) Susan Helfman, individually and in her capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89; and 3) Stephen Helfman, individually and in his capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89 |
| 3) Picard v. Adeline Sherman Revocable Trust, as Amended, et al., **Adv. Proc. No.: 10-04816-smb** | 1) Adeline Sherman Revocable Trust, as Amended; 2) Stephen Helfman, in his capacity as trustee of the Adeline Sherman Revocable Trust, as Amended; and 3) Susan Helfman, in her capacity as trustee of the Adeline Sherman Revocable Trust, as Amended |