**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ESTATE OF BEATRICE BADER; TRUST CREATED UNDER THE LAST WILL AND TESTAMENT OF BEATRICE BADER; JAMES DOYLE, in his capacity as trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader; and STUART ZLOTOLOW, in his capacity as executor of the Estate of Beatrice Bader and as former trustee of the Trust Created Under the | Adv. Pro. No. 10-04815 (SMB) |

| |
|---|
| Last Will and Testament of Beatrice Bader, |
| Defendants. |

## STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Estate of Beatrice Bader, Trust Created Under the Last Will and Testament of Beatrice Bader, James Doyle, in his capacity as trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader, and Stuart Zlotolow, in his capacity as executor of the Estate of Beatrice Bader and as former trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader (collectively, the "Defendants") represent as follows:

**WHEREAS**, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "LPO") [Adv. Pro. No. 08-01789 (SMB), Dkt. 3141];

**WHEREAS,** the Trustee commenced this action (the "Adversary Proceeding") by filing a complaint (the "Complaint") on December 1, 2010 [Dkt. 1];

**WHEREAS**, Defendants filed an answer to the Complaint on April 17, 2014 [Dkt. 25];

**WHEREAS**, pursuant to the Notice of Applicability filed by the Trustee in this Adversary Proceeding on December 2, 2010 [Dkt. 2], the LPO and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter;

**WHEREAS**, under the Avoidance Procedures, "the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan (the 'Initial Case

2

Conference')" within 30 days after the last defendant files an answer to the Complaint (the "Initial Case Conference Period");

**WHEREAS**, the Trustee filed a Notice of Voluntary Dismissal Without Prejudice of Defendant Ann Bader Geller on June 2, 2014 [Dkt. 27], and as a result, all Defendants have filed an answer to the Complaint;

**WHEREAS**, the Trustee and Defendants have agreed to extend the Initial Case Conference Period in this Adversary Proceeding, which would otherwise have ended on September 8, 2014; and

**WHEREAS**, nothing in this Stipulation is a waiver of the Defendants' right to request from the Court (and the Trustee's right to object to any such request), or the parties' rights to agree to, a further extension the Initial Case Conference Period.

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, that the Initial Case Conference Period is hereby extended to February 26, 2015.

*Remainder of Page Intentionally Left Blank*

Dated: January 26, 2015
New York, New York

| **BAKER & HOSTETLER LLP** | **PRYOR CASHMAN LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Richard Levy, Jr.* |
| 45 Rockefeller Plaza | 7 Times Square |
| New York, New York 10111 | New York, NY 10036 |
| Telephone: 212.589.4200 | Telephone: 212.326.0886 |
| Facsimile: 212.589.4201 | Facsimile: 212.326.0806 |
| David J. Sheehan | Richard Levy, Jr. |
| Email: dsheehan@bakerlaw.com | Email: rlevy@pryorcashman.com |
| Nicholas J. Cremona | David C. Rose |
| Email: ncremona@bakerlaw.com | Email: drose@pryorcashman.com |
| Dean D. Hunt | Patrick Sibley |
| Email: dhunt@bakerlaw.com | Email: psibley@pryorcashman.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants* |

SO ORDERED ON January 30th, 2015:

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4