**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | : | |
| v. | : | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re

BERNARD L. MADOFF,
               Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,
               Plaintiff,

v.

STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Kramer, *et al.*,
               Defendants.

Adv. Pro. No. 12-01565 (SMB)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Robinson B. Lacy, Esq.,[1] hereby withdraws his appearance as counsel for Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd. ("Defendants") and that Sharon L. Nelles, Esq., a partner of Sullivan & Cromwell LLP, hereby enters her appearance as counsel for Defendants, in the above-referenced adversary proceeding.

---

[1] Mr. Lacy retired as a partner, and became of Counsel, of Sullivan & Cromwell LLP on December 31, 2014.

PLEASE TAKE FURTHER NOTICE that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case be served on the following:

> Sharon L. Nelles
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, New York 10004
> (212) 558-4000
> nelless@sullcrom.com

PLEASE TAKE FURTHER NOTICE that Robinson B. Lacy requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

Dated: January 22, 2015
       New York, New York

| /s/ Robinson B. Lacy | /s/ Sharon L. Nelles |
|---|---|
| Robinson B. Lacy | Sharon L. Nelles |
| SULLIVAN & CROMWELL LLP | SULLIVAN & CROMWELL LLP |
| 125 Broad Street | 125 Broad Street |
| New York, New York 10004 | New York, New York 10004 |
| (212) 558-4000 | (212) 558-4000 |
| lacyr@sullcrom.com | nelless@sullcrom.com |
| *Withdrawing Attorney for* | *Attorney for* |
| *Standard Chartered* | *Standard Chartered* |

SO ORDERED: February 2nd, 2015

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
United States Bankruptcy Judge