**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

            Plaintiff-Applicant,

            v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

            Defendant.

----------------------------------

In re

BERNARD L. MADOFF,

            Debtor.

----------------------------------

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

            Plaintiff,

            v.

SAFRA NATIONAL BANK OF NEW YORK,

            Defendant.

------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 11-01885 (SMB)

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

      PLEASE TAKE NOTICE that Robinson B. Lacy, Esq.,[1] hereby withdraws his appearance as counsel for Safra National Bank of New York ("Defendant") and that Jeffrey T. Scott, Esq., a partner of Sullivan & Cromwell LLP, Joshua J. Fritsch, Esq., an associate of Sullivan & Cromwell LLP, and Marisa K. Glassman, Esq., an associate of Sullivan & Cromwell

---

[1] Mr. Lacy retired as a partner, and became of Counsel, of Sullivan & Cromwell LLP on December 31, 2014.

LLP, hereby enter their appearances as counsel for Defendant, in the above-referenced adversary proceeding.

PLEASE TAKE FURTHER NOTICE that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case be served on the following:

> Jeffrey T. Scott, Esq.
> Joshua J. Fritsch, Esq.
> Marisa K. Glassman, Esq.
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, New York  10004
> (212) 558-4000
> scottj@sullcrom.com
> fritschj@sullcrom.com
> glassmanm@sullcrom.com

PLEASE TAKE FURTHER NOTICE that Robinson B. Lacy requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

Dated: January 22, 2015
       New York, New York

| | |
|---|---|
| /s/ Robinson B. Lacy | /s/ Jeffrey T. Scott |
| Robinson B. Lacy | Jeffrey T. Scott |
| SULLIVAN & CROMWELL LLP | Joshua J. Fritsch |
| 125 Broad Street | Marisa K. Glassman |
| New York, New York 10004 | SULLIVAN & CROMWELL LLP |
| (212) 558-4000 | 125 Broad Street |
| lacyr@sullcrom.com | New York, New York 10004 |
| | (212) 558-4000 |
| *Withdrawing Attorney for* | scottj@sullcrom.com |
| *Safra National Bank of New York* | |
| | *Attorneys for Safra National Bank of New York* |

SO ORDERED: February 2nd, 2015

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
United States Bankruptcy Judge