Presentment Date and Time:  February 20, 2015, at 12:00 p.m. (prevailing Eastern Time)
Objection Deadline: February 17, 2015, at 4:00 p.m. (prevailing Eastern Time)

STROOCK & STROOCK & LAVAN LLP
Joel Cohen
Michele Pahmer
Patrick N. Petrocelli
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No.: 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Proc. No.: 10-05284 (SMB) |
| Plaintiff, | **ECF CASE** |
| v. | |
| BENJAMIN W. ROTH, and | |
| MARION B. ROTH | |
| Defendants. | |

**NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR BENJAMIN W. ROTH AND MARION B. ROTH**

PLEASE TAKE NOTICE that upon the annexed motion of Stroock & Stroock & Lavan LLP, the undersigned will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on February 20, 2015 at 12:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:    New York, New York
         February 2, 2015

                                                   STROOCK & STROOCK & LAVAN LLP

                                      By:   s/ Joel Cohen
                                             Joel Cohen
                                             Michele Pahmer
                                             Patrick N. Petrocelli
                                             180 Maiden Lane
                                             New York, New York 10038
                                             Telephone:   (212) 806-5400
                                             Facsimile:   (212) 806-6006