**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No.: 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (SMB) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Proc. No.: 10-05284 (SMB) |
| Plaintiff, | ECF CASE |
| v. | |
| BENJAMIN W. ROTH, and | |
| MARION B. ROTH | |
| Defendants. | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR BENJAMIN W. ROTH AND MARION B. ROTH**

Upon consideration of the motion (the "Motion") of Stroock & Stroock & Lavan LLP, for an order pursuant to rule 2090-1(e) of the Local Bankruptcy Rules to withdraw as counsel of record for Benjamin W. Roth and Marion B. Roth, and the Declaration of Joel Cohen in support of the Motion; and due and sufficient notice of the Motion having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed or submitted in connection with the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Stroock & Stroock & Lavan LLP is granted leave to withdraw as counsel for Benjamin W. Roth and Marion B. Roth and is hereby deemed removed as counsel for Benjamin W. Roth and Marion B. Roth in this and any consolidated or related case; and it is further

ORDERED that the Clerk of Courts and all parties in interest in this case are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated: New York, New York
_____, 2015

                THE HONORABLE STUART M. BERNSTEIN
                UNITED STATES BANKRUPTCY JUDGE