STROOCK & STROOCK & LAVAN LLP
Joel Cohen
Michele Pahmer
Patrick N. Petrocelli
180 Maiden Lane
New York, New York 10038
Telephone:   (212) 806-5400
Facsimile:    (212) 806-6006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Proc. No.: 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Case No. 09-11893 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>BENJAMIN W. ROTH, and<br><br>MARION B. ROTH<br><br>        Defendants. | Adv. Proc. No.: 10-05284 (SMB)<br><br>**ECF CASE** |

**CERTIFICATE OF SERVICE OF MOTION OF STROOCK & STROOCK & LAVAN
LLP FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL
BANKRUPTCY RULES TO WITHDRAW AS COUNSEL TO DEFENDANTS
BENJAMIN W. ROTH AND MARION B. ROTH**

      I, Michele L. Pahmer, hereby certify that on February 2, 2015, I caused true and correct copies of the Motion of Stroock & Stroock & Lavan LLP for an Order Pursuant to Rule 2090-1(E) of the Local Bankruptcy Rules to Withdraw as Counsel to Defendants Benjamin W. Roth and Marion B. Roth, to be served on all counsel of record via the Court's ECF system, and by overnight courier upon the defendants at the address listed below and by electronic mail to defendants' daughter, Amy Roth:

    Mr. Benjamin W. Roth
    5066 NE 2nd Ave.
    Hazel Cypen Tower HCT#315
    Miami, FL 33137

Dated: New York, New York
        February 2, 2015

                                              /s/ Michele L. Pahmer
                                              Michele L. Pahmer