## EXHIBIT B

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

Presentment Date:  February 10, 2015
Time: 12:00 p.m.

Objections Due:  February 10, 2015
Time 11:00 a.m.

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

## ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN GOLDSTEIN & RUSSELL, P.C. AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF FEBRUARY 2, 2015

Upon the Application (the "Application") of Irving H. Picard (the "Trustee"), as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Goldstein & Russell, P.C. as special counsel as of February 2, 2015, and upon the declaration of Thomas C. Goldstein submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED.

2.      The Court finds that Goldstein & Russell, P.C. is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3.      The Trustee is authorized to retain Goldstein & Russell, P.C. as special counsel to the Trustee as provided in the Application, *nunc pro tunc*, as of February 2, 2015.

Dated: New York, New York
       _____ ____, 2015

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE