Isaac M. Neuberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
T (410) 332-8510 / F (410) 332-8511

*Attorneys for the Kohn Defendants*



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                              Adv. Pro. No. 08-01789 (SMB)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                                                      SIPA LIQUIDATION

                                        Debtor.                         (Substantively Consolidated)

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Isaac M. Neuberger, a member in good standing of the bar of the State of Maryland respectfully requests admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein to represent Sonja Kohn, Infovaleur, Inc., Tecno Development & Research, Ltd., Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc. and Herald Asset Management Ltd. (collectively, the **"Kohn Defendants"**), in the above referenced case, as well as the related adversary cases of[1]:

> a.   *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sonja Kohn et al.*, Adv. Pro. No. 10-5411 (SMB); and
>
> b.   *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (SMB).

---

[1]Mr. Neuberger is appearing in the above referenced case, as well as the related adversary cases, without waiving the Kohn Defendants' right to object to service of process, jurisdiction or venue in the above-captioned case. Indeed, by making this motion, the Kohn Defendants do not waive their respective rights or compromise any rights they may have to object to any purported service of process, to jurisdiction or to venue in the above-captioned case, as well as the related adversary cases.

1

My address is:          Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
                        One South Street, 27th Floor
                        Baltimore, Maryland 21202

My e-mail address is: imn@nqgrg.com

My telephone number is: 410-332-8510

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Baltimore, Maryland
January 30, 2015


                              /s/ Isaac M. Neuberger
                              Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
                              One South Street
                              27th Floor
                              Baltimore, Maryland 21202
                              410-332-8510
                              410-332-8511 (fax)

                              Attorney for the Kohn Defendants

2

351826/4460.1

Isaac M. Neuberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202
T (410) 332-8510 / F (410) 332-8511

*Attorneys for the Kohn Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                        Debtor.

-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Isaac M. Neuberger to be admitted, *pro hac vice*, to represent Sonja

Kohn, Infovaleur, Inc., Tecno Development & Research, Ltd., Erwin Kohn, 20:20 Medici AG,

Eurovaleur, Inc. and Herald Asset Management Ltd. (collectively, the **"Client"**), in the above

referenced case, as well as the related adversary cases of:

    a.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sonja Kohn et al.*, Adv. Pro. No. 10-5411 (SMB); and

    b.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (SMB).

and upon the movant's certification that the movant is a member in good standing of the bar in the

State of Maryland and, it is hereby

**ORDERED**, that Isaac M. Neuberger, Esq., is admitted to practice, *pro hac vice*, in the

above referenced case and adversary proceedings to represent the Client, in the United States

1

351826/4460.1

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.

Dated: _____

New York, New York

_____

UNITED STATES BANKRUPTCY JUDGE

2