**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>A & G GOLDMAN PARTNERSHIP and PAMELA GOLDMAN,<br><br>                    Defendants. | Adv. Pro. No. 14-02407 (SMB)<br>**(Lead)** |
| CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; | Adv. Pro. No. 14-02408 (SMB) |

> THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower,
>
>                            Plaintiffs,
>
>     v.
>
> PAMELA GOLDMAN and A & G GOLDMAN PARTNERSHIP,
>
>                            Defendants.

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 5, 2015, AT 10:00 A.M.**

    Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Stuart M. Bernstein, Room 723, One Bowling Green, New York, NY 10004-1408

**CONTESTED MATTERS**

**Picard v. A & G Partnership, et. al., Adv. Pro. No. 14-02407**

1. Trustee's Notice of Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 11/17/2014) [ECF No. 2]

   Related Documents:

   A. Complaint filed by David J. Sheehan (Filed 11/17/2014) [Docket No. 1]

   B. Memorandum of Law in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 11/17/2014) [Docket No. 3]

   C. Declaration of Keith R. Murphy in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 11/17/2014) [Docket No. 4]

   D. Affidavit of Vineet Sehgal in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 11/17/2014) [Docket No. 5]

  E.  Affidavit of Service of Complaint, Notice of Application for Enforcement of Permanent Injunction and Automatic Stay, Memorandum of Law in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay, Declaration of Keith R. Murphy in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay, Affidavit of Vineet Sehgal in Support of Trustee's Application for Enforcement of Permanent Injunction and Automatic Stay and Summons and Notice of Pretrial Conference in Adversary Proceeding filed by David J. Sheehan (Filed: 11/24/2014) [Docket No. 9]

Objections Due:  December 15, 2014

Responses Filed:

  F.  Defendants A & G Partnership and Pamela Goldman's Objection to Application for Enforcement of Permanent Injunction and Automatic Stay filed by Hanh V. Huynh (Filed: 12/15/2014) [Docket No. 11]

  G.  Defendants A & G Goldman Partnership and Pamela Goldman's Answer and Affirmative Defenses to Complaint filed by Hanh V. Huyn (Filed: 12/22/2014) [Docket No. 13]

  H.  Trustee's Reply in Support of Application for Enforcement of Permanent Injunction and Automatic Stay filed by David J. Sheehan (Filed: 1/12/2015) [Docket No. 21]

  I.  The Picower Parties' Reply Brief in Further Support of Their Application for Enforcement of the Permanent Injunction filed by Marcy R. Harris (Filed: 1/12/2015) [Docket No. 22]

  J.  Defendants' Sur-Reply in Opposition to Application for Enforcement of Permanent Injunction and Automatic Stay filed by Hanh V. Huynh (Filed 1/23/2105) [Docket No. 25]

  K.  Letter dated January 28, 2015 to the Honorable Stuart M. Bernstein filed in response to Defendants' Sur-Reply filed by David J. Sheehan (Filed 1/28/2015) [Docket No. 26]

Status:  This matter is going forward.

**Capital Growth Company, et. al. v. Pamela Goldman, et. al., Adv. Pro. No. 14-02408**

2.  Picower Parties' Notice of Application for Enforcement of Permanent Injunction and Automatic Stay filed by Marcy Harris (Filed: 11/17/2014) [ECF No. 2]

Related Documents:

A. Complaint filed by Marcy Harris (Filed 11/17/2014) [Docket No. 1]

B. Memorandum of Law in Support of Plaintiffs' Application for Enforcement of Permanent Injunction filed by Marcy Harris (Filed: 11/17/2014) [Docket No. 3]

C. Declaration of Marcy Ressler Harris in Support of Picower Parties' Application for Enforcement of Permanent Injunction filed by Marcy Harris (Filed: 11/17/2014) [Docket No. 4]

D. Affidavit of Service of Complaint, Notice of Application for Enforcement of Permanent Injunction, Memorandum of Law in Support of Application for Enforcement of Permanent Injunction, Declaration of Marcy Ressler Harris in Support of Application for Enforcement of Permanent Injunction and Summons and Notice of Pretrial Conference in Adversary Proceeding filed by Marcy Harris (Filed: 11/26/2014) [Docket No. 12]

Objections Due:     December 15, 2014

Responses Filed:

E. Defendants A & G Partnership and Pamela Goldman's Objection to Application for Enforcement of Permanent Injunction and filed by Hanh V. Huynh (Filed: 12/15/2014) [Docket No. 15]

F. The Picower Parties' Reply Brief in Further Support of Their Application for Enforcement of the Permanent Injunction filed by Marcy R. Harris (Filed: 1/12/2015) [Docket No. 22 – Consolidated Case No. 14-02407]

Status:     This matter is going forward.

**Capital Growth Company, et. al. v. Pamela Goldman, et. al., Adv. Pro. No. 14-02408**

3. Notice of Defendants A & G Goldman Partnership and Pamela Goldman's Motion to Dismiss Complaint and Motion to Dismiss Complaint filed by Hanh V. Huynh (Filed: 12/22/2014) [ECF No. 16]

Objections Due:     January 29, 2015

Responses Filed:

A. The Picower Parties' Memorandum of Law in Opposition to A & G Goldman Partnership's and Pamela Goldman's Motion to Dismiss the Complaint filed by Marcy Harris (Filed: 1/29/2015) [ECF No. 27 – Consolidated Case No. 14-02407]

4

    B.    Declaration of Marcy Ressler Harris in Support of the Picower Parties' Memorandum of Law in Opposition to the Goldman's Motion to Dismiss the Complaint filed by Marcy Harris (Filed 1/29/2015) [ECF No. 28 – Consolidated Case No. 14-02407]

    <u>Status</u>:    This matter is going forward.

Respectfully submitted,

Dated: February 4, 2015
New York, New York

    */s/ David J. Sheehan*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Ferve E. Ozturk
Email: fozturk@bakerlaw.com

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

5