UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Case No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Susan Helfman; and SUSAN HELFMAN,<br>         Defendants. | Adv. Pro. No. 10-4509 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>RICHARD J. HELFMAN LIFE INSURANCE TRUST DTD 12/30/89; SUSAN HELFMAN, individually and in her capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89; and STEPHEN HELFMAN, individually and in his capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89, | Adv. Pro. No. 10-4636 (SMB) |

|  |  |
|---|---|
| Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ADELINE SHERMAN REVOCABLE TRUST, AS AMENDED; STEPHEN HELFMAN, in his capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended; and SUSAN HELFMAN, in her capacity as Trustee of the Adeline Sherman Revocable Trust, as Amended,<br><br>Defendants. | Adv. Pro. No. 10-4816 (SMB) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Brendan M. Scott, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP. I am duly admitted to practice law before the bar of this Court and the Courts of the State of New York.

2. On the 30th day of January, 2015, I served copies of the following documents:

   - Notice of Defendants' Motion to Dismiss the Trustee's Complaints;
   - Declaration of Brendan M. Scott in Support of Defendants' Motion to Dismiss the Trustee's Complaints, together with all exhibits referenced therein; and
   - Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on the attached Schedule "A" and via electronic mail, upon the parties listed on Schedule "B".

                                                    */s/Brendan M. Scott*
                                                    Brendan M. Scott

## SCHEDULE "A"

Security Investment Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207
Attn:   Kevin H. Bell
         Nathanael Kelley
         Christopher H. LaRosa
         Josephine Wang

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn:   David J. Sheehan
         Marc E. Hirschfield
         Keith R. Murphy

Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5018
Attn:   Dean D. Hunt

**SCHEDULE "B"**

SECURITY INVESTMENT PROTECTION CORPORATION
kbell@sipc.org
rcotchan@sipc.org


BAKER & HOSTETLER LLP
trustee@madofflitigation.com
dhunt@bakerlaw.com
FHochmuth@bakerlaw.com
tjacobs@bakerlaw.com
pjohnson@bakerlaw.com
dsheehan@bakerlaw.com
mhirschfield@bakerlaw.com
rbernard@bakerlaw.com
gponto@bakerlaw.com
mskapof@bakerlaw.com
rgoldstein@bakerlaw.com