**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Douglas A. Vonderhaar

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* OF DOUGLAS A. VONDERHAAR

I, Douglas A. Vonderhaar, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: New York, New York
         February 6, 2015

                                              *s/Douglas A. Vonderhaar*
                                        BAKER & HOSTETLER LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        (212) 589-4200 / Fax (212) 589-4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Marc E. Hirschfield
                                        Email: mhirschfield@bakerlaw.com

                                        BAKER & HOSTETLER LLP
                                        65 East State Street, Suite 2100
                                        Columbus, Ohio 43215
                                        (614) 462-2634 / Fax (614) 462-2616
                                        Douglas A. Vonderhaar
                                        Email: dvonderhaar@bakerlaw.com

                                        *Attorneys for Defendant Irving H. Picard,*
                                        *Esq., Trustee for the Substantively*
                                        *Consolidated SIPA Liquidation of Bernard L.*
                                        *Madoff Investment Securities LLC and the*
                                        *Estate of Bernard L. Madoff*