**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES, ENGINEERS JOINT SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND; ROBERT F. HILL, as trustee; and DANIEL J. McGRAW, as trustee,<br><br>    Defendants. | Adv. Pro. No. 10-05199 (SMB) |

**STIPULATION FOR SUBSTITUTION OF DEFENDANTS AND ORDER**

  **WHEREAS**, on December 3, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action (the "Action") against defendants Board of Trustees, Engineers Joint Supplemental

Unemployment Benefit Fund (the "Fund"), Robert F. Hill, as trustee, and Daniel J. McGraw, as trustee.

**WHEREAS**, the Fund has represented to the Trustee that it has changed its name and is now known as the Upstate New York Engineers S.U.B. Fund.

**WHEREAS**, the Fund has also represented to the Trustee that Norman Noon has replaced Daniel J. McGraw as a trustee of the Fund.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, the Fund, Robert F. Hill, as trustee, and Norman Noon, as trustee, as follows:

1. The caption of this Action shall be changed to reflect the new name of the Fund and, upon approval of this Stipulation and Order by the Bankruptcy Court, this Action shall proceed against the Fund under its new name of Upstate New York Engineers S.U.B. Fund.

2. Norman Noon, as trustee, is substituted into this Action in place of Daniel J. McGraw, as trustee, who, upon approval of this Stipulation and Order by the Bankruptcy Court, is dismissed without prejudice as a defendant in this Action.

3. Attached as Exhibit A to this Stipulation is the caption as amended changing the name of the Fund and substituting Norman Noon, as trustee, in place of Daniel J. McGraw, as trustee.

4. Undersigned counsel for defendant Norman Noon, as trustee: (i) expressly represents that he has the authority to accept service of the Complaint on behalf of said defendant, (ii) waives service of the summons and the Complaint on behalf of said defendant, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Complaint on behalf of said defendant, and (iv) expressly agrees on behalf of all defendants that the name change and substitution of parties set forth in paragraphs 1 and 2, respectively, shall not be considered an amendment of the Complaint under Federal Rule

2

of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

5. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses any party may have to the Action and nothing herein shall be deemed or construed to have adjudicated the underlying allegations in the Action, including the avoidability of the challenged transfers as to defendant Fund.

6. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: February 4, 2015
       New York, New York

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: /s/ Nicholas J. Cremona |
| 11601 Wilshire Boulevard, Suite 1400 | 45 Rockefeller Plaza |
| Los Angeles, California 90025-0509 | New York, New York 10111 |
| Telephone: 310.820.8800 | Telephone: 212.589.4200 |
| Facsimile: 310.820.8859 | Facsimile: 212.589.4201 |
| Michael R. Matthias | David J. Sheehan |
| Email: mmatthias@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Marc E. Hirschfield |
| | Email: mhirschfield@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@baker.com |
| | |
| | *Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

3

**O'DONOGHUE & O'DONOGHUE LLP**

By: /s/ R. Richard Hopp
     R. Richard Hopp
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone:  202.362.0041
Facsimile:  202.237.1200
R. Richard Hopp
Email:  rhopp@odonoghuelaw.com

*Attorneys for Defendants*

SO ORDERED.

Dated: February 5th, 2015
      New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE