**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>LEWIS W. BERNARD 1995 CHARITABLE REMAINDER TRUST; LEWIS W. BERNARD in his capacity as Grantor and Trustee and individually; and ROBERT B. FEDUNIAK in his capacity as Special Trustee,<br><br>　　　　Defendants. | Adv. Pro. No. 10-05063 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Lewis W. Bernard 1995 Charitable Remainder Trust; Lewis W. Bernard, individually and in his capacity as Grantor and Trustee of the Trust; and Robert B. Feduniak, in his capacity as Special Trustee of the Trust ("Defendants"), by and through their counsel, Golenbock Eiseman Assor Bell & Peskoe LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 12, 2010, the Trustee filed and served the Complaint against Defendants.

2. On January 17, 2014, Defendants served an answer on the Trustee.

3. On January 16, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: February 10, 2015

**BAKER & HOSTETLER LLP**

By:  /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**

By:  /s/ *Jonathan Flaxer*

437 Madison Avenue
New York, NY 10022
Telephone:  212.907.7340
Facsimile:  212.754.0777
Jonathan Flaxer
Email:  jflaxer@golenbock.com
Michael S. Weinstein
Email:  mweinstein@golenbock.com

*Attorneys for Defendants Lewis W. Bernard 1995 Charitable Remainder Trust; Lewis W. Bernard in his capacity as Grantor and Trustee and individually; and Robert B. Feduniak in his capacity as Special Trustee*

Dated: February 10th, 2015
New York, New York

**SO ORDERED**

/s/ *STUART M. BERNSTEIN*
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE