**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Tracy Cole
Ona T. Wang

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04450 (SMB) |
| v. | |
| JEFFREY HINTE, | |
| Defendant. | |

<u>**NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE**</u>

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding has been adjourned from February 25, 2015 to **March 18, 2015 at**

**10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Trustee's Motion to

Dismiss Counterclaims and Strike Affirmative Defenses in the above-referenced adversary

proceeding has been adjourned from February 25, 2015 to **March 18, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing and pre-trial

conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy

Judge.

Dated: New York, New York
        February 10, 2015

BAKER & HOSTETLER LLP

By:  */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Tracy Cole
Email: tcole@bakerlaw.com
Ona T. Wang
Email: owang@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

300350457.2