STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------x

### CERTIFICATE OF SERVICE

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York. On February 11, 2015, I caused a true and correct copy of

most-138

the Civil Cover Sheet to be electronically filed with the Court [ECF No. 9269] and served upon the parties to this action who receive electronic service through ECF.

Dated: Farmingville, NY
       February 11, 2015

                STIM & WARMUTH, P.C.

By: /s/_____
    PAULA J. WARMUTH
    Attorney for Claimant,
    Michael Most
    2 Eighth Street
    Farmingville, NY 11738
    Telephone: 631-732-2000
    Facsimile: 631-732-2662
    Paula J. Warmuth
    Email: pjw@stim-warmuth.com
    Glenn P. Warmuth
    Email: gpw@stim-warmuth.com