**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                Plaintiff,<br><br>             v.<br><br>The S. JAMES COPPERSMITH CHARITABLE REMAINDER UNITRUST, *et al.*,<br><br>                                Defendants. | Adv. Pro. No. 10-05083 (SMB) |

## SEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Disclosure of Case-in-Chief Experts shall be due:  May 26, 2015.

2. The Disclosure of Rebuttal Experts shall be due:  June 25, 2015.

3. The Deadline for Completion of Expert Discovery shall be:  September 23, 2015.

4. The Deadline for Service of a Notice of Mediation Referral shall be on or before:  March 1, 2015.

5. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before:  April 1, 2015.

6. The Deadline for Conclusion of Mediation shall be:  May 1, 2015.

Dated: New York, New York
February 12, 2015

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email:  dsheehan@bakerlaw.com
Email:  ncremona@bakerlaw.com
Email:  hmcdonald@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*