| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date: February 10, 2015<br>Time: 12:00 p.m. |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Objections Due: February 10, 2015<br>Time 11:00 a.m.<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN GOLDSTEIN & RUSSELL, P.C. AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF FEBRUARY 2, 2015**

Upon the Application (the "Application") of Irving H. Picard (the "Trustee"), as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Goldstein & Russell, P.C. as special counsel as of February 2, 2015, and upon the declaration of Thomas C. Goldstein submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. ~~The Application is GRANTED.~~[SMB 2/13/15]

2. The Court finds that Goldstein & Russell, P.C. is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

2

3. The Trustee is authorized to retain Goldstein & Russell, P.C. as special counsel to the Trustee as provided in the Application, *nunc pro tunc*, as of February 2, 2015.

Dated: New York, New York
February 13, 2015

/s/Stuart M. Bernstein
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE