# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>v.<br><br>ESTATE OF SAM W. KLEIN,<br><br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED JUNE 5, 2007,<br><br>BANK OF AMERICA, N.A., in its capacity as Personal Representative and as Trustee,<br><br>MICHAEL S. KLEIN, in his capacity as Personal Representative and as Trustee,<br><br>PETER A. GROSSMAN, in his capacity as Trustee,<br><br>ADAM PISANO, in his capacity as Trustee,<br><br>MARITAL TRUST FOR THE BENEFIT OF JAYNE KLEIN, | Adv. Pro. No. 10-05223 (SMB) |

| |
|---|
| TRUST FOR THE BENEFIT OF WARREN KLEIN, |
| TRUST FOR THE BENEFIT OF LILLIAN KLEIN, |
| TRUST FOR THE BENEFIT OF N.K., and |
| TRUST FOR THE BENEFIT OF KANDICE KLEIN, |
|           Defendants. |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including March 25, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

2

same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: February 12, 2015
      New York, New York

By:    */s/ Marc E. Hirschfield*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: February 12, 2015
      New York, NY

By:    */s/ Michael I. Goldberg*
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
Michael I. Goldberg, Esq.
Email: michael.goldberg@akerman.com

*Attorneys for Defendants*

   */s/ Deborah A. Reperowitz*
Deborah A. Reperowitz, Mediator
**TROUTMAN SANDERS LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-704-6230
Facsimile: 212-704-6288
Email: deborah.reperowitz@troutmansanders.com

4