JASPAN SCHLESINGER LLP
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516) 746-8000
(516) 393-8282 (fax)

Ryan E. Cronin, Esq.
*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
|  _____X | |
| In re | |
| BERNARD L. MADOFF, | **STIPULATION AND ORDER** |
| Debtor. | |
|  _____X | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04597 (SMB) |
| v. | |
| SAMUEL BEASER AMENDED & RESTATED TRUST U/A/D JANUARY 30, 2004, SHIRLEY BEASER as trustee and individually, RICHARD BEASER and ROBERT BEASER, | |
| Defendants. | |
|  _____X | |

1

**WHEREAS**, Andrew B. Eckstein, Philippe E. Salomon and Anthony A. Mingione of Blank Rome LLP have represented Defendants, SAMUEL BEASER AMENDED & RESTATED TRUST U/A/D JANUARY 30, 2004, SHIRLEY BEASER as trustee and individually, RICHARD BEASER and ROBERT BEASER (together, "Defendants"), in these proceedings; and

**WHEREAS**, Defendants in these proceedings now wish to have Ryan E. Cronin, Esq. of Jaspan Schlesinger LLP represent them;

**IT IS HEREBY STIPULATED AND CONSENTED THAT** pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause as demonstrated herein, the law firm of Blank Rome LLP withdraws as counsel for Defendants and the law firm of Jaspan Schlesinger LLP be and hereby is substituted as attorneys of record for Defendants in the above action.

Dated:  December 5, 2014                                         Dated: December 29, 2014

BLANK ROME LLP                                                  JASPAN SCHLESINGER LLP
*Withdrawing Counsel for Defendants*                            *Substituting Counsel for Defendants*

By:    /s/Anthony A. Mingione                             By:    /s/Ryan E. Cronin
       Andrew B. Eckstein                                        Ryan E. Cronin
       Philippe E. Salomon                                       300 Garden City Plaza
       Anthony A. Mingione                                       Garden City, New York 11530
       405 Lexington Avenue                                      (516) 746-8000
       New York, New York 10174                                  Email: rcronin@jaspanllp.com
       (212) 885-5000

**SO ORDERED: February 13, 2015**

___/s/Stuart M. Bernstein_____
U.S. Bankruptcy Court
Honorable _____

2

RXC/D1003918v1A/M067147/C0170190