JASPAN SCHLESINGER LLP
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516) 746-8000
(516) 393-8282 (fax)

Ryan E. Cronin, Esq.
*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------------X
In re

BERNARD L. MADOFF,
            Debtor.
------------------------------------------------------------------X   **STIPULATION AND ORDER**

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

            Plaintiff,
      v.

BEASER INVESTMENT COMPANY LP;                    Adv. Pro. No. 10-05086 (SMB)
BEASER INVESTMENT MANAGEMENT
COMPANY LLC, as general parter of the Beaser
Investment Company LP; RICHARD S. BEASER,
as general partner of the Beaser Investment Company
LP and individually; SHIRELY B. BEASER, as a
general partner of the Beaser Investment Company LP;
and ROBERT H. BEASER, as general partner of the
Beaser Investment Company LP,

            Defendants.
------------------------------------------------------------------X

1

**WHEREAS**, Andrew B. Eckstein, Philippe E. Salomon and Anthony A. Mingione of Blank Rome LLP have represented Defendants BEASER INVESTMENT COMPANY LP; BEASER INVESTMENT MANAGEMENT COMPANY LLC, as general parter of the Beaser Investment Company LP; RICHARD S. BEASER, as general partner of the Beaser Investment Company LP and individually; SHIRELY B. BEASER, as a general partner of the Beaser Investment Company LP; and ROBERT H. BEASER, as general partner of the Beaser Investment Company LP (together, "Defendants") in these proceedings; and

**WHEREAS**, Defendants in these proceedings now wish to have Ryan E. Cronin, Esq. of Jaspan Schlesinger LLP represent them;

**IT IS HEREBY STIPULATED AND CONSENTED THAT** pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause as demonstrated herein, the law firm of Blank Rome LLP withdraws as counsel for Defendants and the law firm of Jaspan Schlesinger LLP be and hereby is substituted as attorneys of record for Defendants in the above action.

Dated:  December 5, 2014                                    Dated:  December 29, 2014

BLANK ROME LLP                                              JASPAN SCHLESINGER LLP
*Withdrawing Counsel for Defendants*                        *Substituting Counsel for Defendants*

By:   /s/Anthony A. Mingione                        By:   /s/Ryan E. Cronin
      Andrew B. Eckstein                                  Ryan E. Cronin
      Philippe E. Salomon                                 300 Garden City Plaza
      Anthony A. Mingione                                 Garden City, New York 11530
      405 Lexington Avenue                                (516) 746-8000
      New York, New York 10174                            Email: rcronin@jaspanllp.com
      (212) 885-5000

**SO ORDERED: February 13, 2015**

  /s/Stuart M. Bernstein
U.S. Bankruptcy Court
Honorable _____

2