JASPAN SCHLESINGER LLP
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516) 746-8000
(516) 393-8282 (fax)

Ryan E. Cronin, Esq.
*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                                  Adv. Pro. No. 08-01789 (SMB)

                Plaintiff-Applicant,

    v.                                                                                                           SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT                                             (Substantively Consolidated)
SECURITIES LLC,

                Defendant.
_____X
In re

BERNARD L. MADOFF,

                Debtor.
_____X
IRVING H. PICARD, Trustee for the Liquidation of             **STIPULATION AND ORDER**
Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

    v.

THE ARTICLE FOURTH NON-EXEMPT TRUST
CREATED UNDER THE LEO M. KLEIN TRUST
DATED JUNE 14, 1989 AS AMENDED AND                            Adv. Pro. No. 10-04513 (SMB)
RESTATED, Florida trust, THE LEO M. KLEIN
REVOCABLE TRUST DATED JUNE 14, 1989 AS
AMENDED AND RESTATED, a Florida trust, GLORIA
C. KLEIN REVOCABLE TRUST DATED APRIL 16,
1990, AS AMENDED, Florida trust, ESTATE OF LEO
M. KLEIN, ESTATE OF GLORIA C. KLEIN, GLORIA
C. KLEIN TRUST F/B/O JANE KLEIN, a Florida Trust,
JANE A. KLEIN, as trustee, personal representative, and
as an individual, GLORIA C. KLEIN TRUST F/B/O
DEBORAH KLEIN PATTON, a Florida trust,
DEBORAH KLEIN PATTON, as trustee and as an
individual and JUSTIN ANDREW KLEIN,

                Defendants.
_____X

1

RXC/D1003938v1A/M066977/C0169960

**WHEREAS**, Andrew B. Eckstein, Philippe E. Salomon and Anthony A. Mingione of Blank Rome LLP have represented Defendants, THE ARTICLE FOURTH NON-EXEMPT TRUST CREATED UNDER THE LEO M. KLEIN TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, Florida trust, THE LEO M. KLEIN REVOCABLE TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, a Florida trust, GLORIA C. KLEIN REVOCABLE TRUST DATED APRIL 16, 1990, AS AMENDED, Florida trust, ESTATE OF LEO M. KLEIN, ESTATE OF GLORIA C. KLEIN, GLORIA C. KLEIN TRUST F/B/O JANE KLEIN, a Florida Trust, JANE A. KLEIN, as trustee, personal representative, and as an individual, GLORIA C. KLEIN TRUST F/B/O DEBORAH KLEIN PATTON, a Florida trust (together, "Defendants"), in these proceedings; and

**WHEREAS**, Defendants in these proceedings now wish to have Ryan E. Cronin, Esq. of Jaspan Schlesinger LLP represent them;

**IT IS HEREBY STIPULATED AND CONSENTED THAT** pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause as demonstrated herein, the law firm of Blank Rome LLP withdraws as counsel for Defendants and the law firm of Jaspan Schlesinger LLP be and hereby is substituted as attorneys of record for Defendants in the above action.

Dated:  December 5, 2014                              Dated:    December 29, 2014

BLANK ROME LLP                                          JASPAN SCHLESINGER LLP
*Withdrawing Counsel for Defendants*                    *Substituting Counsel for Defendants*

By:    /s/Anthony A. Mingione                    By:    /s/Ryan E. Cronin
       Andrew B. Eckstein                               Ryan E. Cronin
       Philippe E. Salomon                              300 Garden City Plaza
       Anthony A. Mingione                              Garden City, New York 11530
       405 Lexington Avenue                             (516) 746-8000
       New York, New York 10174                         Email: rcronin@jaspanllp.com
       (212) 885-5000

**SO ORDERED: February 13, 2015**


 /s/Stuart M. Bernstein
U.S. Bankruptcy Court
Honorable _____

2