**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW H. COHEN,<br><br>        Defendant. | Adv. Pro. No. 10-04311 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141). Pursuant to the Order and the avoidance procedures contained therein, the parties mutually selected Keith N. Costa, Esq., from the law firm of Dilworth Paxson LLP, to act as mediator in the above-captioned proceeding, and the parties further agreed that the mediation would conclude within 120 days from the date on which the parties selected Mr. Costa, unless that deadline was extended by mutual consent of the parties and the mediator.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the parties in the above-captioned proceeding shall conclude mediation is extended from March 3, 2015 to April 2, 2015.

The purpose of this stipulation is to provide additional time for the parties to resolve the adversary proceeding through the mediation process, as contemplated under the Order. This stipulation may be signed by the parties in any number of counterparts, each of which so signed shall be an original, and a signed facsimile, photocopy, or electronic copy of this stipulation shall be deemed an original.

Dated: February 16, 2015
New York, New York

| | |
|---|---|
| By: *s/ Nicholas J. Cremona* | By: *s/ Gregory S. Goett* |
| BAKER & HOSTETLER LLP | LEWIS & McKENNA |
| 45 Rockefeller Plaza | 82 East Allendale Road, Suite 6 |
| New York, New York 10111 | Saddle River, New Jersey 07458 |
| Telephone: 212.589.4200 | Telephone: 201.934.9800 |
| Facsimile: 212.589.4201 | Facsimile: 201.934.8681 |
| David J. Sheehan | Paul Z. Lewis |
| Email: dsheehan@bakerlaw.com | Email: plewis@lewismckenna.com |
| Nicholas J. Cremona | Gregory S. Goett |
| Email: ncremona@bakerlaw.com | Email: ggoett@lewismckenna.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Andrew H. Cohen* |

By: s/ Keith N. Costa
DILWORTH PAXSON LLP
99 Park Avenue, Suite 320
New York, New York 10016
Telephone: 917.675.4253
Facsimile: 212.208.6874
Keith N. Costa
Email: kcosta@dilworthlaw.com

*Mediator*