**EXHIBIT B**

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T  202.861.1500
F  202.861.1783
www.bakerlaw.com

John J. Burke
direct dial: 202.861.1625
JBurke@bakerlaw.com

May 6, 2014

**VIA E-MAIL**

Jodi Kleinick
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

Re:   *Picard v. Ceretti et al., (United States Bankruptcy Court, Southern District of
New York, Adversary Proceeding No. 09-1161 (SMB)*

Dear Jodi:

We received your May 5, 2014 letter, and have reviewed carefully the serious but
unfounded accusations you make in that letter. The Trustee has a well-supported,
good-faith basis for each of the allegations in the Fourth Amended Complaint, including
those allegations you called to our attention. We look forward to engaging in discovery
with the defendants, and will provide discovery at that time. We reserve all rights in this
matter.

Sincerely,

John J. Burke

cc:   David J. Sheehan
Geraldine E. Ponto
Gonzalo S. Zeballos

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC