# EXHIBIT H

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 29, 2014

Gonzalo S. Zeballos
direct dial: 212.589.4656
gzeballos@bakerlaw.com

**VIA ELECTRONIC MAIL**

Jodi A. Kleinick, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

Dear Ms. Kleinick:

This letter responds to your latest letter, dated October 29, 2014, threatening sanctions should the Trustee not accede to your demands by 5:00 pm on October 31st. As our letters of August 25th and September 9th unequivocally explained, your allegations are false and the sanctions motion you are threatening to file would be frivolous, in bad faith and for an improper purpose. Nothing in your latest letter alters the situation and we stand by those earlier letters.

Should you file your threatened motion, we will move for sanctions for your violation of the Rule 11 procedures in submitting a copy to Judge Bernstein of your sanctions motion on the same day it was served on our client. That action was a *prima facie* violation of the plain language of Bankruptcy Rule 9011, which "prohibits the filing or presentation [to the Court] of a motion for sanctions if the offending party withdraws or corrects the challenged paper within 21 days after service of the motion on the offending party." *In re Spa Chakra*, 2013 WL 3286241 at *5 (dismissing sanctions motion for violation of safe harbor provision). "Presenting" a claim to the Court includes "signing, filing, submitting or later advocating . . . a petition, pleading, written motion, or other paper." *See in re Intercorp Int'l Ltd.*, 309 B.R. 686, 693 (Bankr. S.D.N.Y. 2004) (Bernstein, J.).

Should you persist in your efforts to fabricate the basis for a sanctions motion out of a three-year-old factual allegation made in good faith, we will seek counsel fees.

Sincerely,

Gonzalo S. Zeballos

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC