**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Dominic A. Gentile

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>DONALD SNYDER,<br><br>             Defendant. | Adv. Pro. No. 10-04765 (SMB) |

**TRUSTEE'S REQUEST FOR A CERTIFICATE OF DEFAULT**

To:   CLERK OF THE COURT
      UNITED STATES BANKRUPTCY COURT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, respectfully requests that the Clerk of the Court issue a Certificate of Default against defendant Donald Snyder, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 7055-1 for failure to plead or otherwise defend the above-captioned action as it fully appears from the Court file and from the attached Affidavit.

**WHEREFORE,** the Trustee respectfully requests that this Court grant the Trustee's Motion in its entirety and provide for such other relief as this Court deems just and proper.

Dated: New York, New York
       February 18, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/Dominic A. Gentile*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email:  owarshavsky@bakerlaw.com
Dominic A. Gentile
Email:  dgentile@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Dominic A. Gentile

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>DONALD SNYDER,<br><br>               Defendant. | Adv. Pro. No. 10-04765 (SMB) |

**AFFIDAVIT SUPPORTING THE TRUSTEE'S REQUEST**
**FOR A CERTIFICATE OF DEFAULT**

STATE OF NEW YORK           )
                            ) ss:
COUNTY OF NEW YORK          )

Dominic A. Gentile, being duly sworn, hereby attests as follows:

1. I am a member of the Bar of this Court and an attorney at the firm of Baker & Hostetler LLP, which is counsel to Irving H. Picard ("Trustee"), Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the estate of Bernard L. Madoff, individually. I submit this affidavit in support of the Trustee's application for a certificate of default from the Clerk pursuant to Bankruptcy Rule 7055 of the Federal Rules of Bankruptcy and Local Bankruptcy Rule 7055-1.

2. On December 1, 2010, the Trustee commenced this adversary proceeding by filing a complaint (the "Complaint") against Donald Snyder ("Defendant"). (Dkt. No. 1.) The Complaint asserted claims pursuant to sections 78fff(b), 78FFF-1(a) and 78fff-2(c)(3) of SIPA, sections 105(a), 544, 548(a), 550(a), and 551 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and other applicable law, seeking the avoidance and recovery of fraudulent transfers in connection with certain transfers of property by BLMIS to or for the benefit of Defendant (*Id.*).

3. On February 10, 2011, the Clerk of this Court issued a summons upon Defendant. (Dkt. No. 4.)

4. On February 10, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon Donald Snyder ("Defaulting Defendant"). (*See* Dkt. Nos. 1, 4.) An

Affidavit of Service evidencing proper and timely service was filed with the Court. (Dkt. No. 5.) A true and correct copy of the Affidavit of Service is attached hereto as Exhibit A.

5. Pursuant to the Order (1) Establishing Litigation Case Management Procedures For Avoidance Actions And (2) Amending The February 16, 2010 Protective Order governing the litigation of certain avoidance actions, including this adversary proceeding, the time by which Defaulting Defendant may answer or otherwise move with respect to the Complaint was set to expire October 3, 2011. (*See* Dkt. No. 13.)

6. On July 27, 2011, the Trustee and Defaulting Defendant stipulated and agreed that the time by which Defaulting Defendant may answer or otherwise respond to the Complaint would be October 3, 2011. The Trustee filed a Notice of Extension with this Court on August 4, 2011. (*See* Dkt. No. 13.)

7. Despite being duly served with the Summons and Complaint and being given an extension to answer or otherwise respond to the Complaint, Defaulting Defendant did not file an answer, move, or otherwise respond to the Complaint on or before October 3, 2011.

8. Upon information and belief, the Defaulting Defendant is neither an infant nor an incompetent.

9. On February 17, 2015, I performed a search with the Department of Defense Manpower Data Center (DMDC). Upon searching the information data banks of DMDC, the DMDC does not possess any information indicating that Defaulting Defendant is currently on active duty as to all branches of the Military.

10. Attached hereto as Exhibit B is a true and correct copy of the Affidavit of Service reflecting proper service of this application on Defendant.

11. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

/s/Dominic A. Gentile
Dominic A. Gentile

Sworn to before me this
18th day of February, 2015

/s/Sonya M. Graham
Notary Public
Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

## **EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

---

In re:

BERNARD L. MADOFF,

          Debtor.

Case No. 09-11893 (BRL)

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

          Plaintiff,

v.

NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of DONALD SNYDER, and DONALD SNYDER,

          Defendants.

Adv. Pro. No. 10-04765 (BRL)

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK  )

I, Yan Fayerman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 10th day of February, 2011, I caused a true and accurate copy of the:

    (i) "Complaint", along with the relevant exhibits (<u>Docket No. 1</u>); and the

    (ii) "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (<u>Docket No. 2</u>); and the

300108860

(iii) "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 4); and the

(iv) "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v) "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi) "Second Amended Notice of Omnibus Avoidance Action Hearing Dates",

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of February, 2011 at New York, New York.

By _____
Yan Fayerman

Sworn before me this
10th day of February, 2011

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

300108860

10-04765-smb    Doc 931    Filed 02/10/11    Entered 02/10/11 22:13:49    Main Document
08-01789-cgm    Doc 9311    Filed 02/18/15    Entered 02/18/15 16:56:34    Pg 10 of 14
Pg 3 of 3

Date : 2/10/2011                         Adv Pro No: 10-04765 (BRL)                           Page # : 1
                                              Exhibit 1
                                          Redacted Version

DONALD SNYDER
    DONALD SNYDER
    OAK BROOK IL 60523

    003295 007392

    CAROLE NEVILLE, ESQ.,
    SONNENSCHEIN NATH & ROSENTHAL LLP
    1221 AVENUE OF THE AMERICAS
    NEW YORK NY 10020

    Counsel - 003295 007398

NTC & CO.
    THOMAS J. SCHELL
    BRYAN CAVE LLP
    1290 AVENUE OF THE AMERICAS
    NEW YORK NY 10104

    Counsel - 003296 012157

## **EXHIBIT B**

Document2

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Dominic A. Gentile

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>            v.<br><br>DONALD SNYDER,<br><br>                              Defendant. | Adv. Pro. No. 10-04765 (SMB) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    I, **Sarah B. Roberts**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

    On February 18, 2015, I served the *Trustee's Request for a Certificate of Default* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                        */s/Sarah B. Roberts*
                        SARAH B. ROBERTS

Sworn to before me this
18th day of February, 2015

*/s/Sonya M. Graham*
Notary Public
Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

## **SCHEDULE A**

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: Donald Snyder