**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Tracy L. Cole
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the*
*Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFRY M. PICOWER, *et al.*,<br><br>   Defendants. | Adv. Pro. No. 09-01197 (SMB) |

## **NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that Irving H. Picard, as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, by and through his counsel Baker & Hostetler LLP, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (incorporating Fed. R. Civ. P. 41), and pursuant to the Settlement Agreement in the above-captioned action, which was previously approved by this Court (ECF No. 43), hereby dismisses the above captioned action, with prejudice, and without costs to any of the parties to the Settlement Agreement.

Dated: February 18, 2015
New York, New York

**BAKER & HOSTETLER LLP**

By: *s/David J. Sheehan*
David J. Sheehan
Tracy L. Cole
Keith R. Murphy
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: tcole@bakerlaw.com
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300348195.4