**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> JOEL R. LEVEY, <br><br> Defendant. | Adv. Pro. No. 10-04282 (SMB) |

## **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for February 25, 2015 has been adjourned and will be held on **September 30, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: February 19, 2015
New York, New York

**WACHTELL MISSRY LLP**

By: s/ *Howard Kleinhendler*
One Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017
Telephone: 212.909.9522
Facsimile: 212.9099417
Howard Kleinhendler
Email: hkleinhendler@wmllp.com
Sara Spiegelman
Email: sspiegelman@wmllp.com

*Attorneys for Defendant Joel R. Levey*

*BAKER & HOSTETLER LLP*

*By: s/ Jonathan B. New*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Christopher B. Gallagher
Email: cgallagher@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*