**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Axelrod Investments LLC, Leon Axelrod and Carole Axelrod, together with their successors and assigns (the "Claimants"), filed an objection (the "Objection", Docket No. 2858) to the Trustee's Notice of Determination of Claim respecting customer claim number 01669. Axelrod Investments LLC by Porges Family Partners, LLC, as assignee of the membership interests of Leon Axelrod and Carole Axelrod, hereby gives notice that it withdraws the attached Objection with prejudice.

Dated: February 12, 2015

　　　　　　　　　　　　　　　　　　　AXELROD INVESTMENTS LLC

　　　　　　　　　　　　　　　　　　　By: Porges Family Partners, LLC,
　　　　　　　　　　　　　　　　　　　　　a New York limited liability company

　　　　　　　　　　　　　　　　　　　By: John A. Porges
　　　　　　　　　　　　　　　　　　　Title: Authorized Signatory