**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendant Barbara Kotlikoff Harman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                    Plaintiff,<br>        v.<br><br>BARBARA KOTLIKOFF HARMAN,<br>                                        Defendant. | Adv. Pro. No. 10-05130 (SMB) |

**SUBSTITUTION OF ATTORNEY**

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of Becker & Poliakoff LLP as counsel for Defendant Barbara Kotlikoff Harman.

February 5, 2014                                                    February 5, 2014

**STROOCK, STROOCK & LAVAN LLP**            **BECKER & POLIAKOFF LLP**

{N0040788 }

| | |
|---|---|
| *Withdrawing Attorneys for Defendant*<br>*Barbara Kotlikoff Harman* | *Superseding Attorneys for Defendant*<br>*Barbara Kotlikoff Harman* |
| By:  */s/ Michele L. Pahmer* | By:  */s/ Helen Davis Chaitman* |
| 180 Maiden lane<br>New York, NY 10038<br>(212) 806-5400<br>MPAHMER@STROOCK.COM | Helen Davis Chaitman<br>45 Broadway<br>New York, New York 10006<br>(212) 599-3322<br>HCHAITMAN@BECKER-POLIAKOFF.COM |
| | By:  */s/ Barbara Kotlikoff Harman* |

**SO ORDERED:**

| | |
|---|---|
| **/s/STUART M. BERNSTEIN**<br>**HON. STUART M. BERNSTEIN**<br>**UNITED STATES BANKRUPTCY JUDGE** | Dated:    February **19**[th], 2015<br>New York, New York |

{N0040788 }