UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF BRIAN R. NOETHLICH

Upon the motion of Brian R. Noethlich, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio, it is hereby

**ORDERED**, that Brian R. Noethlich, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.

Dated: New York, New York
      February __, 2015

                                                               _____
                                                               HONORABLE STUART M. BERNSTEIN
                                                               UNITED STATES BANKRUPTCY JUDGE