**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　　　　　v.<br><br>NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C. DEFINED PENSION PLAN, CARL S. SCHREIBER, in his capacity as trustee of the Defined Pension Plan, and ARNOLD W. SCHREIBER, in his capacity as trustee of the Defined Pension Plan,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-05038 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants, NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C. DEFINED PENSION PLAN, CARL S. SCHREIBER, in his capacity as trustee of the Defined Pension Plan, and ARNOLD W. SCHREIBER, in his capacity as trustee of the Defined Pension Plan, ("Defendant"), by and through their counsel, Garfunkel Wild, P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against Defendants.

2. On June 28, 2011, Defendants served an answer on the Trustee.

3. On February 10, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  February 18, 2015

**BAKER & HOSTETLER LLP**

By: /s/Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**GARFUNKEL WILD, P.C.**

By:  /s/Afsheen A. Shah
111 Great Neck Road
Sixth Floor
Great Neck, NY  11021
Telephone:  (516) 393-2200
Facsimile: (516) 466-5964
Email:  ashah@garfunkelwild.com

*Attorneys for Defendants*

Dated:  February 20th, 2015
New York, New York

**SO ORDERED**

*/s/ STUART M. BERNSTEIN*
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3