JS 44C/SDNY
REV. 1/2014

15 CV 1236

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

DEFENDANTS

Claimants listed on Exhibit A attached hereto

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER

Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111; 212-589-4200

ATTORNEYS (IF KNOWN)

Becker & Poliakoff LLP
45 Broadway, 8th Floor
New York, NY 10006; 212-599-3322

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158(a)(1)

Has this or a similar case been previously filed in SDNY at any time? No [X] Yes [ ] Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date ______ & Case No. ______

IS THIS AN INTERNATIONAL ARBITRATION CASE? No [X] Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*

## NATURE OF SUIT

TORTS

ACTIONS UNDER STATUTES

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS-ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[X] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $______ OTHER ______ JUDGE ______ DOCKET NUMBER______

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [X] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] a. all parties represented
[ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF [ ] 2 U.S. DEFENDANT [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY) [ ] 4 DIVERSITY

***IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)***

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Irving H. Picard
c/o Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Claimants listed on Exhibit A attached hereto
c/o Becker & Poliakoff LLP
45 Broadway, 8th Floor
New York, NY 10006

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 2/3/2015 SIGNATURE OF ATTORNEY OF RECORD

RECEIPT # 10485034

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 12 Yr. 1978)
Attorney Bar Code # HC4266

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge ______________________ is so Designated.

Ruby J. Krajick, Clerk of Court by ____________ Deputy Clerk, DATED ______________.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Aaron Blecker | 3907 | No | 1B0022 | Aaron Blecker | 961 |
| Aaron Blecker | 3906 | No | 1B0156 | Aaron Blecker Rev. Trust U/A/D 3/15/07 | 2383 |
| Adele Shapiro | 3856 | No | 1S0295 | Adele Shapiro | 2707 |
| Angela Tiletnick | 9167 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 9591 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100136 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Angela Tiletnick | 100153 | Yes | 1T0040 | Angela Tiletnick | 2076 |
| Aaron Blecker | 3900 | No | 1B0157 | Arthur Blecker and Sofie Blecker JT/WROS | 3072 |
| Barbara Engel | 869 | No | 1.00E+143 | Barbara Engel | 2353 |
| Barbara Kotlikoff Harman | 1418 | Yes | 1H0099 | Barbara Kotlikoff Harman | 2443 |
| Ben Heller | 13764 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 13765 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 14058 | Yes | 1H0022 | Ben Heller | 1082 |
| Ben Heller | 14059 | Yes | 1H0022 | Ben Heller | 1082 |
| Benjamin T. Heller Irrevocable Trust | 14192 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 14193 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 14251 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Benjamin T. Heller Irrevocable Trust | 14252 | Yes | 1H0166 | Benjamin T Heller Irrevocable Trust | 2772 |
| Beth P. Feldman As Trustee | 2837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee | 2838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee | 2837 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Beth P. Feldman As Trustee | 2838 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 2112 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3253 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Beth P. Feldman As Trustee Dtd 11/15/82 | 3254 | Yes | 1F0129 | Beth P Feldman As Trustee Dated 11/15/82 | 3413 |
| Bruce N Palmer | 885 | Yes | 1EM494 | Bruce N Palmer | 2364 |
| Carol Fisher | 487 | No | 1F0116 | Carol Fisher | 2369 |
| Carol Fisher | 488 | No | 1F0116 | Carol Fisher | 2369 |
| Carol Kamenstein | 184 | Yes | 1CM914 | Carol Kamenstein | 550 |
| Chalek Associates LLC | 6938 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| David Chalek | 14189 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Frances Reiss | 13179 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Frances Reiss | 13179 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Isabel Chalek | 14190 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Jessica Decker | 14346 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Jessica Decker | 14346 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| John Tzannes Trust | 14944 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Mitchel Chalek | 14191 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Morton Chalek | 898 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 13177 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Morton Chalek | 13177 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Peter Tzannes | 15021 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Peter Tzannes | 15021 | Yes | 1C1229 | Chalek Associates LLC | 3472 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Richard Mark Chalek | 13741 | Yes | 1C1229 | Chalek Associates LLC | 2881 |
| Richard Mark Chalek | 13741 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Robin Tzannes | 15022 | Yes | 1C1229 | Chalek Associates LLC | 3472 |
| Laura Hallick, As Participant In Daprex Profit Sharing Plan And 401K Plan | 13646 | No | 1D0053 | Daprex Profit Sharing And 401K Plan | 3401 |
| David Drucker | 10715 | No | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 3851 | Yes | 1S0297 | David Shapiro Nominee | 2713 |
| David Shapiro | 3851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 3851 | Yes | 1S0297 | David Shapiro Nominee | 2714 |
| Hilda Drucker | 10228 | No | 1S0297 | David Shapiro Nominee | 2714 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2715 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2775 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro | 3849 | Yes | 1S0298 | David Shapiro Nominee #2 | 2777 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 13430 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 13430 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Marilyn Komarc, Ptr Of David Shapiro Nombrec | 13430 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| Myra M. Levine | 9397 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Myra M. Levine | 9397 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 9660 | No | 1S0298 | David Shapiro Nominee #2 | 2715 |
| Naomi Karp | 9660 | No | 1S0298 | David Shapiro Nominee #2 | 2775 |
| Naomi Karp | 9660 | No | 1S0298 | David Shapiro Nominee #2 | 2777 |
| David Shapiro | 3850 | Yes | 1K0118 | David Shapiro Nominee 4 | 2722 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| David Shapiro Nominee | 3848 | Yes | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Elaine Langweiler | 10899 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Frederick H Mandel (Partner) | 14728 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Irving M Sonnenfeld | 11045 | No | 1S0299 | David Shapiro Nominee Nominee #3 | 2718 |
| Deborah Shapiro | 3855 | No | 1S0301 | Deborah Shapiro | 2725 |
| Edwin Michalove | 755 | Yes | 1M0105 | Edwin Michalove | 2338 |
| Elaine R. Schaffer | 9540 | No | 1ZA309 | Elaine R Schaffer Or Carla R Hirschhorn Ttees | 577 |
| Estate Of Gabriel Friedman C/O Richard Friedman Executor | 11388 | Yes | 1F0227 | Estate Of Gabriel Friedman C/O Of Richard Friedman | 2871 |
| Boyer H. Palmer | 12176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Boyer H. Palmer | 12176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Boyer H. Palmer | 12176 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 9582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 9582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |
| Fern C Palmer & Boyer H Palmer, Ttees Fern C Palmer Rev Tst | 9582 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Fern C. Palmer | 12193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 2365 |
| Fern C. Palmer | 12193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3502 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Fern C. Palmer | 12193 | Yes | 1EM145 | Fern C Palmer & Boyer H Palmer Ttees Fern C Palmer Rev Tst | 3508 |
| Frieda Low | 1543 | Yes | 1L0147 | Frieda Low | 2003 |
| Glenn Rechler | 7218 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Glenn Rechler | 7504 | Yes | 1R0242 | Glen Rechler And Tracey Weaver J/T Wros | 2839 |
| Gunther Unflat | 734 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| Gunther Unflat | 735 | Yes | 1U0017 | Gunther Unflat & Margaret Unflat J/T Wros | 2113 |
| Herbert Barbanel & Alice Barbanel NT Wros | 1393 | Yes | 1B0168 | Herbert Barbanel & Alice Barbanel NT Wros | 1081 |
| Jonathan Schwartz As Trustee Fbo Nancy M Riehm | 4891 | No | 1ZB496 | Jonathan Schwartz As Trustee FBO Nancy M Riehm | 2774 |
| Keith Schaffer | 11596 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Keith Schaffer | 100399 | Yes | 1ZA642 | Keith Schaffer | 1032 |
| Kenneth M Kohl & Myrna Kohl | 204 | Yes | 1ZB286 | Kenneth M Kohl & Myrna Kohl Jt/Wros | 575 |
| Kurt C. Palmer | 8191 | Yes | 1EM493 | Kurt C Palmer | 2073 |
| Theresa R Ryan | 856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3093 |
| Theresa R Ryan | 856 | Yes | 1R0171 | Lawrence J. Ryan By-Pass Trust Under Declaration Of Tst Dtd | 3084 |
| Marjorie Forrest | 698 | No | 1ZB450 | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1068 |
| Martin R. Harnick | 9772 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| Steven P. Norton | 9834 | Yes | 1H0123 | Martin R Harnick & Steven P Norton Partners | 3123 |
| NTC & Co. Fbo Denis Casteli (19988) | 2488 | Yes | 1C1301 | Millennium Trust Company, LLC FBO Denis Castelli (19988) | 3022 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Gunther K. Unflat | 732 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |
| Gunther K. Unflat | 733 | Yes | 1U0018 | Millennium Trust Company, LLC FBO Gunther K Unflat (40366) | 704 |
| Manuel O Jaffe Md | 2167 | Yes | 1J0030 | Millennium Trust Company, LLC FBO Manuel O Jaffe (046272) | 2219 |
| Richard M Friedman | 2096 | Yes | 1F0134 | Millennium Trust Company, LLC FBO Richard M Friedman 115385 | 2862 |
| NTC & Co. Fbo Robert Halio (26849) | 2007 | No | 1ZR140 | Millennium Trust Company, LLC FBO Robert Halio (26849) | 606 |
| Robert Yaffe | 9613 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100138 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Robert Yaffe | 100152 | Yes | 1Y0007 | Millennium Trust Company, LLC FBO Robert Yaffe (46894) | 2006 |
| Mishkin Family Trust | 4174 | Yes | 1ZA030 | Mishkin Family Trust | 608 |
| NTC & Co. FBO Adele Fox (111257) | 2270 | Yes | 1F0125 | NTC & Co. FBO Adele Fox (111257) | 2354 |
| Elaine R. Schaffer | 100140 | No | 1ZR013 | Ntc & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| Elaine Ruth Schaffer | 9541 | No | 1ZR013 | NTC & Co. FBO Elaine Ruth Schaffer 21569 | 578 |
| NTC & Co Fbo Jeffrey Shankman (111772) | 2908 | Yes | 1S0277 | NTC & Co. FBO Jeffrey Shankman (111772) | 1028 |
| Marsh Peshkin Ira | 2628 | No | 1ZR312 | NTC & Co. FBO Marsha Peshkin (028652) | 439 |
| NTC & Co. Fbo Steven C. Schupak (096898) | 2977 | Yes | 1ZR332 | NTC & Co. FBO Steven C Schupak (096898) | 3503 |
| Blake Palmer | 14215 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Blake Palmer | 14215 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Boyer Palmer | 12944 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Boyer Palmer | 12944 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Bret Palmer | 12945 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Bret Palmer | 12945 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Callie A. Ostenson/Murray | 12927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 3139 |
| Callie A. Ostenson/Murray | 12927 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |
| Dana Lefavor | 12931 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Dana Lefavor | 12931 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Heidi Holmers | 12928 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Heidi Holmers | 12928 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Kelly Bunch | 12926 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Kelly Bunch | 12926 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Megan Bunch | 12982 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Megan Bunch | 12982 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Oscar Palmer | 13011 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Oscar Palmer | 13011 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Palmer Family Trust | 4451 | Yes | 1EM144 | Palmer Family Trust Great Western Bank | 2757 |
| Ryan Murray | 12917 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Ryan Murray | 12917 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Sophia Palmer | 13027 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 2757 |
| Sophia Palmer | 13027 | Yes | IEM144 | Palmer Family Trust Great Western Bank | 3139 |
| Pamela K. Marxen | 8083 | Yes | 1EM490 | Pamela K Marxen | 2072 |
| Philip E. Miller | 620 | Yes | 1M0187 | Philip E Miller Steven A Miller TIC | 2370 |
| Robert K. Low | 1547 | Yes | 1L0149 | Robert K Low | 2004 |
| Roberta Schwartz | 2946 | Yes | 150324 | Roberta Schwartz Trust U/A/D 2/11/08 | 2875 |
| Robin L. Warner & Jon Warner | 883 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner & Jon Warner | 100350 | No | 1ZA319 | Robin L Warner | 2030 |
| Robin L. Warner & Jon Warner | 100360 | No | 1ZA319 | Robin L Warner | 2030 |

EXHIBIT A

| Claimant Name | Claim Number | Avoidance Action Defendant | BLMIS Account Number | BLMIS Account Holder Name | Objection Docket Number |
|---|---|---|---|---|---|
| Robin L. Warner & Jon Warner | 100422 | No | 1ZA319 | Robin L Warner | 2030 |
| Rona Mast | 1432 | No | 1M0101 | Rona Mast | 2437 |
| Rona Mast | 15655 | No | 1M0101 | Rona Mast | 2437 |
| Sage Realty c/o Malcolm Sage | 10157 | Yes | 1S0316 | Sage Realty | 2297 |
| Sandy Sandler | 4076 | Yes | 1S0268 | Sandy Sandler | 2405 |
| Sloan G. Kamenstein | 177 | Yes | 1CM597 | Sloan G Kamenstein | 551 |
| Steven J Andelman | 13045 | Yes | 1ZA111 | Steven J Andelman | 2418 |
| Susan R Andelman | 13046 | Yes | 1ZA112 | Susan R Andelman | 2418 |
| Benjamin Rechler Trust C/O Mitchell Rechler | 4179 | Yes | 1R0081 | The Benjamin Ian Rechler Trust | 2838 |
| The Gaba Partnership | 2307 | No | 1ZA901 | The Gaba Partnership | 640 |
| Willi Rechler Trust C/O Mitchell Rechler | 4180 | Yes | 1R0082 | The Willi Rechler Trust | 2840 |
| Theresa R Ryan & Lawrence J Ryan Trustees | 852 | Yes | 1R0133 | Theresa R Ryan Lawrence J Ryan Trustees | 2836 |
| Timothy Shawn Teufel And Valerie Anne Teufel | 1996 | Yes | 1KW143 | Timothy Shawn Teufel And Valerie Anne Teufel | 2038 |
| Timothy S Teufel | 1995 | Yes | 1KW219 | Timothy Teufel | 2037 |
| Tracy D. Kamenstein | 189 | Yes | 1CM596 | Tracy D Kamenstein | 552 |
| WDG Associates Inc Retirement Trust | 2036 | No | 1ZA538 | WDG Associates Inc Retirement Trust | 616 |