JS 44C/SDNY
REV. 4/2014

**CIVIL COVER SHEET**

15-CV-1263

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER              ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[ ] Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol.[ ]  Dismissed. No[ ]  Yes[ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?         No [ ]       Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                           NATURE OF SUIT

**TORTS**                                                                           **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**        **PERSONAL INJURY**        **FORFEITURE/PENALTY**    **BANKRUPTCY**                **OTHER STATUTES**

[ ] 110 INSURANCE           [ ] 310 AIRPLANE           [ ] 367 HEALTHCARE/        [ ] 625 DRUG RELATED      [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120 MARINE              [ ] 315 AIRPLANE PRODUCT       PHARMACEUTICAL PERSONAL    SEIZURE OF PROPERTY        28 USC 158             [ ] 400 STATE
[ ] 130 MILLER ACT                  LIABILITY              INJURY/PRODUCT LIABILITY    21 USC 881            [ ] 423 WITHDRAWAL                REAPPORTIONMENT
[ ] 140 NEGOTIABLE          [ ] 320 ASSAULT, LIBEL &   [ ] 365 PERSONAL INJURY    [ ] 690 OTHER                 28 USC 157             [ ] 410 ANTITRUST
        INSTRUMENT                  SLANDER                PRODUCT LIABILITY                                                           [ ] 430 BANKS & BANKING
[ ] 150 RECOVERY OF         [ ] 330 FEDERAL            [ ] 368 ASBESTOS PERSONAL                            **PROPERTY RIGHTS**            [ ] 450 COMMERCE
        OVERPAYMENT &               EMPLOYERS'                 INJURY PRODUCT                                                          [ ] 460 DEPORTATION
        ENFORCEMENT                 LIABILITY                  LIABILITY                                    [ ] 820 COPYRIGHTS            [ ] 470 RACKETEER INFLU-
        OF JUDGMENT         [ ] 340 MARINE                                                                  [ ] 830 PATENT                    ENCED & CORRUPT
[ ] 151 MEDICARE ACT        [ ] 345 MARINE PRODUCT     **PERSONAL PROPERTY**                                [ ] 840 TRADEMARK                 ORGANIZATION ACT
[ ] 152 RECOVERY OF                 LIABILITY                                                                                                 (RICO)
        DEFAULTED           [ ] 350 MOTOR VEHICLE      [ ] 370 OTHER FRAUD                                                             [ ] 480 CONSUMER CREDIT
        STUDENT LOANS       [ ] 355 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                            **SOCIAL SECURITY**            [ ] 490 CABLE/SATELLITE TV
        (EXCL VETERANS)             PRODUCT LIABILITY
[ ] 153 RECOVERY OF         [ ] 360 OTHER PERSONAL                                                         [ ] 861 HIA (1395ff)          [ ] 850 SECURITIES/
        OVERPAYMENT                 INJURY             [ ] 380 OTHER PERSONAL     **LABOR**                 [ ] 862 BLACK LUNG (923)          COMMODITIES/
        OF VETERAN'S        [ ] 362 PERSONAL INJURY -          PROPERTY DAMAGE                             [ ] 863 DIWC/DIWW (405(g))        EXCHANGE
        BENEFITS                    MED MALPRACTICE    [ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR        [ ] 864 SSID TITLE XVI
[ ] 160 STOCKHOLDERS                                       PRODUCT LIABILITY             STANDARDS ACT     [ ] 865 RSI (405(g))
        SUITS                                                                     [ ] 720 LABOR/MGMT
[ ] 190 OTHER                                          **PRISONER PETITIONS**            RELATIONS                                      [ ] 890 OTHER STATUTORY
        CONTRACT                                       [ ] 463 ALIEN DETAINEE     [ ] 740 RAILWAY LABOR ACT                                    ACTIONS
[ ] 195 CONTRACT                                       [ ] 510 MOTIONS TO         [ ]  751 FAMILY MEDICAL  **FEDERAL TAX SUITS**          [ ] 891 AGRICULTURAL ACTS
        PRODUCT             **ACTIONS UNDER STATUTES**     VACATE SENTENCE        LEAVE ACT (FMLA)
        LIABILITY                                          28 USC 2255                                     [ ] 870 TAXES (U.S. Plaintiff or [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE           **CIVIL RIGHTS**           [ ] 530 HABEAS CORPUS      [ ] 790 OTHER LABOR             Defendant)                    MATTERS
                                                       [ ] 535 DEATH PENALTY          LITIGATION           [ ] 871 IRS-THIRD PARTY       [ ] 895 FREEDOM OF
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER   [ ] 791 EMPL RET INC           26 USC 7609                   INFORMATION ACT
**REAL PROPERTY**                   (Non-Prisoner)                                        SECURITY ACT                                  [ ] 896 ARBITRATION
                            [ ] 441 VOTING                                                                                             [ ] 899 ADMINISTRATIVE
[ ] 210 LAND                [ ] 442 EMPLOYMENT                                    **IMMIGRATION**                                             PROCEDURE ACT/REVIEW OR
        CONDEMNATION        [ ] 443 HOUSING/           **PRISONER CIVIL RIGHTS**                                                              APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE                 ACCOMMODATIONS                                [ ] 462 NATURALIZATION
[ ] 230 RENT LEASE &        [ ] 445 AMERICANS WITH     [ ] 550 CIVIL RIGHTS              APPLICATION                                    [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT                   DISABILITIES -     [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                                    STATE STATUTES
[ ] 240 TORTS TO LAND               EMPLOYMENT         [ ] 560 CIVIL DETAINEE            ACTIONS
[ ] 245 TORT PRODUCT        [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
        LIABILITY                   DISABILITIES -OTHER
[ ] 290 ALL OTHER           [ ] 448 EDUCATION
        REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23                              DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
                                                   IF SO, STATE:

DEMAND $_____  OTHER _____    JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES  [ ] NO                       NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS    [ ] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE            SIGNATURE OF ATTORNEY OF RECORD             ADMITTED TO PRACTICE IN THIS DISTRICT
                                                            [ ] NO
                                                            [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #                                                   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)