**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PICTET ET CIE,<br><br>    Defendant. | Adv. Pro. No. 11-01724 (SMB) |

# **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for February 25, 2015 has been adjourned and will be held on **May 20, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: February 24, 2015
       New York, New York

BAKER & HOSTETLER LLP

By: /s/ Oren J. Warshavsky
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

DEBEVOISE & PLIMPTON LLP

By: /s/ Joseph P. Moodhe
919 Third Avenue
New York, New York 10022
Telephone: 212. 909.6000
Facsimile: 212.909.6836
Michael E. Wiles
Email: mewiles@debevoise.com
Joseph P. Moodhe
Email: jpmoodhe@debevoise.com

*Attorneys for Banque Pictet & Cie S.A., sued herein as Pictet et Cie*