BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Geraldine E. Ponto
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 25, 2015 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)**

1. Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 12/12/2014) [Docket No. 8734]

    a. Declaration of Vineet Sehgal in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S &

  P or P & S Associates, General Partnerships (Filed: 12/12/2014) [Docket No. 8736]

 b. Declaration of Bik Cheema in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 12/12/2014) [Docket No. 8737]

**OBJECTIONS FILED**:

2. Memorandum of Law in Opposition to the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holdings Interests in S&P or P&S Associates, General Partnerships (Filed: 1/26/15) [Docket No. 9185]

**RESPONSE FILED:**

3. Trustee's Reply Brief in Support of Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 2/17/15) [Docket No. 9300]

**RELATED FILINGS:**

4. Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 12/18/2014) [Docket No. 8822]

5. Affidavit of Service regarding Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, Declaration of Vineet Sehgal in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships and Declaration of Bik Cheema in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 12/15/2014) [Docket No. 8759]

6. Affidavit of Mailing for December 12, 2014 regarding Service regarding Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, Declaration of Vineet Sehgal in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships and Declaration of Bik Cheema in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 12/16/2014) [Docket No. 8793]

7. Affidavit of Mailing for December 18, 2014 regarding Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 12/19/2014) [Docket No. 8854]

8. Affidavit of Service regarding Trustee's Reply Brief in Support of Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 2/17/15) [Docket No. 9303]

9. Affidavit of Mailing for 2/17/2015 regarding Trustee's Reply Brief in Support of Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Filed: 2/18/15) [Docket No. 9312]

Status: This matter is going forward.

**Picard v. Federico Ceretti, et al., Adv. Pro. No. 09-01161 (SMB)**

1. Notice of FIM Defendants' Motion for Sanctions Against the Trustee and Baker & Hostetler, LLP (Filed: 1/26/2015) [Docket No. 160]

    a. Memorandum of Law in Support of FIM Defendants' Motion for Sanctions Against the Trustee and His Counsel (Filed: 1/26/2015) [Docket No. 161]

    b. Declaration of Barry Sher in Support of FIM Defendants' Motion for Sanctions (Filed: 1/26/2015) [Docket No. 162]

    c. Supplemental Declaration of Carlo Grosso in Support of FIM Defendants' Motion for Sanctions with Exhibit (Filed: 1/26/2015) [Docket No. 163]

    d. Declaration of Jodi Kleinick in Support of FIM Defendants' Motion for Sanctions with appended Exhibits 1 through 15 (Filed: 1/26/2015) [Docket No. 164]

**OBJECTIONS FILED**:

2. Memorandum of Law in Response to FIM Defendants' Motion for Sanctions (Filed: 2/18/15) [Docket No. 165]

    a. Declaration of David J. Sheehan in Opposition to FIM Defendants' Motion for Sanctions (Filed: 2/18/15) [Docket No. 166]

    b. Declaration of Gonzalo S. Zeballos, Esq. in Support of Trustee's Opposition to FIM Defendants' Motion for Sanctions Against the Trustee and His Counsel with Exhibits A through Q (Filed: 2/18/15) [Docket No. 167]

08-01789-cgm    Doc 9353    Filed 02/24/15    Entered 02/24/15 18:12:15    Main Document
                                    Pg 4 of 4

**RESPONSE FILED[1]:**

3. Reply Memorandum of Law in Further Support of FIM Defendants' Motion for Sanctions with Proposed Order (Filed: 2/23/15) [Docket No. 169]

    a. Supplemental Declaration of Barry Sher in Support of FIM Defendants' Motion for Sanctions (Filed: 2/23/15) [Docket No. 170]

**RELATED FILINGS:**

4. Affidavit of Service regarding Memorandum of Law in Response to FIM Defendants' Motion for Sanctions, Declaration of David J. Sheehan in Opposition to FIM Defendants' Motion for Sanctions; and, Declaration of Gonzalo S. Zeballos, Esq. in Support of Trustee's Opposition to FIM Defendants' Motion for Sanctions Against the Trustee and His Counsel (Filed: 2/20/15) [Docket No. 168]

Status: This matter is adjourned to a date to be determined.

Dated: New York, New York
       February 24, 2014                    Respectfully submitted,


                                            */s/ David J. Sheehan*
                                            Baker & Hostetler LLP
                                            45 Rockefeller Plaza
                                            New York, New York 10111
                                            Telephone: (212) 589-4200
                                            Facsimile: (212) 589-4201
                                            David J. Sheehan
                                            Email: dsheehan@bakerlaw.com
                                            Geraldine E. Ponto
                                            Email: gponto@bakerlaw.com
                                            Amy E. Vanderwal
                                            Email: avanderwal@bakerlaw.com

                                            Attorneys for Irving H. Picard, Trustee for the
                                            Substantively Consolidated SIPA Liquidation
                                            of Bernard L. Madoff Investment Securities
                                            LLC and Estate of Bernard L. Madoff

---

[1] The movants' Notice of Motion states that relief is sought upon the papers identified in 1 on p. 3 of this Agenda. The Notice of Motion does not give notice that the movants would rely upon a reply (identified in 2 above) or give notice of a deadline for the filing of a reply. Further, the movants did not docket the moving papers or the reply papers in the Madoff main case, 08-01789, pursuant to the March 3, 2014 Amended Order Directing Duplicate Filings. Therefore, the movants did not comport with the notice requirement under 11 U.S.C. § 102(1), and applicable rules and orders of this Court.