**BLMIS Direct Eligible Accounts**
February 25, 2015

| | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| | 10010312 | HENRIETTA ALBERT AND/OR HARRY P ALBERT | n/a |
| | 100112 | BERTHA ALPERN, WILLIAM ALPERN & SAUL ALPERN TRUSTEE UNDER THE WILL OF MAX ALPERN | n/a |
| | 100124 | AVELLINO & ALPERN | n/a |
| | 100127 | AVELLINO GROUP C/O FRANK AVELLINO | 10-05421 |
| | 100132 | AARON ALBERT AND DAVID ALBERT | n/a |
| | 100142 | ALEXANDER ABRAHAM C/O SHEARSON LEHMAN HUTTON | n/a |
| | 100202 | RICHARD S BEASER | n/a |
| | 100206 | JOSEPH BERGMAN #2 C/O WHOLESALE DIST | n/a |
| | 100208 | ESTATE OF MURRAY BERGMAN #2 C/O WHOLESALE DIST | n/a |
| | 100209 | THE TILLIE BERGMAN IRREV TRUST JOSEPH BERGMAN & LEONARD BERGMAN TST | n/a |
| | 100214 | RONA L CHENO | n/a |
| | 100228 | ESTATE OF RUTH BRILL ROBINSON,SILVERMAN,PEARCE,ARONSOHN & BERMAN | n/a |
| | 100238 | BARLAN CONSTRUCTION CO INC | n/a |
| | 100247 | HARRIET A BERGMAN #2 C/O WHOLESALE DIST | n/a |
| | 100257 | THE BETH BERGMAN TRUST #2 HARRIET & JOSEPH BERGMAN TSTEE | n/a |
| | 100260 | ESTATE OF GERTRUDE BLUM | n/a |
| | 100324 | SOL CHALEK | n/a |
| | 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR | n/a |
| | 100374 | SICO ENTERPRISES INC | n/a |
| | 100376 | C-S-Z JOINT VENTURE COHEN SIDNEY GEN PTR C/O HAROLD STOLLER | n/a |
| | 100413 | MORRIS DENERSTEIN | n/a |
| | 10060416 | IVY WOHL | n/a |
| | 100608 | JOAN L FISHER SPECIAL | n/a |
| | 100611 | THE FRANGENE COMPANY C/O A MALTZ | n/a |
| | 100637 | FRANJEAN 39 ST REALTY CO C/O NORMAN LEVY CROSS & BROWN | n/a |
| | 100705 | DARYL E GERBER GRANTOR TRUST | n/a |
| | 100708 | OSCAR TRUST U/L/W/T OF LOTTIE GERBER 8/4/73 | n/a |
| | 100709 | ESTATE OF CAROLINE GETTINGER C/O ROBERT GETTINGER | n/a |
| | 100721 | GUARANTY INVESTMENT CORP | n/a |
| | 100812 | GEORGE HURWITZ | n/a |
| | 100813 | IRWIN K HOROWITZ | n/a |
| | 100818 | TESSIE A HURWITZ | n/a |
| | 101106 | MRS MARSHA KAY | n/a |
| | 101120 | GLORIA KONIGSBERG I/T/F STEPHEN R KONIGSBERG AND JEFFREY N KONIGSBERG | n/a |
| | 101143 | EVELYN KAYE TRUST | n/a |
| | 101202 | MORTON LANE | n/a |
| | 101203 | ESTATE OF RUTH LANE | n/a |
| | 101208 | ESTATE OF HARRY LEVINE C/O N LEVINE HYGIENE INDS. | n/a |
| | 101211 | BETTY LEVY ESTATE | n/a |
| | 101217 | JOSEPH BERGMAN #1 C/O WHOLESALE DISTRIBUTORS | n/a |
| | 101227 | AL LOWIT SPECIAL OR ANNA LOWIT SPECIAL | n/a |
| | 101231 | LURIA ENTERPRISES | n/a |
| | 101232 | ALVORD N LURIA | n/a |
| | 101235 | RICHARD LURIA | n/a |
| | 101236 | RICHARD LURIA SPECIAL | n/a |
| | 101243 | FRANCIS N LEVY JEAN LEVY JOINT VENTURE C/O A MALTZ | n/a |
| | 101244 | ESTATE ALVORD N LURIA C/O GLADYS LURIA | n/a |
| | 101253 | LEVY FASHION CENTER ASSOC C/O NORMAN LEVY CROSS & BROWN COMPANY | n/a |
| | 101304 | ALBERT L MALTZ | n/a |
| | 101305 | MRS ANN S MALTZ | n/a |
| | 101307 | HARRY MANN TRUST UA DDT 6/7/76 HARRY MANN TRUSTEE C/O LINDA SILVER | n/a |
| | 101309 | SYLVIA L MAY | n/a |
| | 101310 | MEBAR REALTY INC PROFIT SHARING PLAN & TRUST C/O B ROTH | n/a |
| | 101311 | MIDDLE RIVER REALTY CO INC C/O NOEL LEVINE | n/a |
| | 101612 | MAURICE ROSENFIELD TRUSTEE PUBLISHER MANAGEMENT EMPLOYEE PROFIT SHARING TST 1 | n/a |
| | 101613 | PUBLISHERS MANAGEMENT EMPL PROFIT SHARING TST #2 C/O RUTH BRILL | n/a |
| | 101733 | SICO FOODS LIMITED | n/a |

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 101803 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST A | n/a |
| 101807 | RELIGIOUS ZIONISTS OF AMERICA C/O I FRIEDMAN EXECUTIVE VP | n/a |
| 10182418 | BARBARA BROWN | n/a |
| 101825 | RUDY BONGIORNO & ANNETTE BONGIORNO RU ANN FAMILY PLAN | 10-04215 |
| 101826 | ESTATE OF CELIA RUMIANEK | n/a |
| 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT | n/a |
| 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT | n/a |
| 101904 | MAURICE SAGE TRUST | n/a |
| 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS | n/a |
| 101916 | ESTATE OF THERESE SCHLICHTER | n/a |
| 101920 | ESTATE OF REBECCA SCHRENELL | n/a |
| 101924 | LAURI SCHWARTZ & MARGARET SCHWARTZ ROBERTA A SCHWARTZ A/C | n/a |
| 101936 | ESTATE OF MICHAEL SHAPIRO | n/a |
| 101942 | STEPHEN SHOR & CYNTHIA SHOR | n/a |
| 101946 | MICHAEL SILVER & GABRIELLE SILVER LINDA SILVER A/T | n/a |
| 101950 | ESTATE OF IRA A SIMONDS | n/a |
| 101952 | ESTATE OF ROBERT SIMONDS | n/a |
| 101955 | THE JENNIE A SMITH TRUST EDWARD I SPEER & PETER H SMITH TRUSTEES | n/a |
| 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST | n/a |
| 10196418 | ARTHUR I SCHLICHTER SPECIAL | n/a |
| 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER | n/a |
| 101976 | ESTATE OF LEAH S SIMONDS | n/a |
| 10200210 | TEMPLE INVESTMENT CORP | n/a |
| 102009 | ELFRIEDA TAYLOR | n/a |
| 102010 | TOP LINE TEXTILES INC | n/a |
| 102304 | RENEE WEINSTEIN | n/a |
| 102306 | WHOLESALE DISTRIBUTORS EMPL RETIREMENT TRUST | n/a |
| 102307 | WHOLESALE DISTRIBUTORS EMPL RETIREMENT TRUST 2 | n/a |
| 102308 | WHOLESALE DISTRIBUTORS PENSION TRUST #2 | n/a |
| 102317 | LINDA WOLF AND JUDITH KONIGSBERG J/T | n/a |
| 102319 | ALAN J WINTERS MD PA PENSION PLAN & TRUST | n/a |
| 102347 | NEALE WARD | n/a |
| 102506 | MARK YAKRE | n/a |
| 102611 | REBECCA ZAID C/O TAVLIN | n/a |
| 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR | n/a |
| 10300119 | LILYAN BERKOWITZ TRUST DATED 1/15/82 | n/a |
| 103015 | JENNIFER SEGAL | n/a |
| 10301919 | CARL SHAPIRO TRUST | n/a |
| 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN | 10-05383 |
| 103031 | SELMA SHAPIRO | n/a |
| 10303519 | ANNIE SHAPIRO ESTATE | n/a |
| 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ | n/a |
| 103053 | HAROLD S MILLER TRUST DTD 12/4/64 AS AMEND 12/26/85 | n/a |
| 10310118 | THOMAS SEGAL INC | n/a |
| 105101 | BANQUE PALLAS FRANCE ATTN PATRICK LITTAYE | n/a |
| 1A0001 | AHT PARTNERS | 10-04298 |
| 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN | n/a |
| 1A0006 | THE ADELSTEIN FAMILY TRUST | n/a |
| 1A0007 | AIRPARTS INC EMPL RET FUND C/O WM EVENCHICK | n/a |
| 1A0008 | DOMINICK ALBANESE TRUST ACCT B | n/a |
| 1A0011 | HENRIETTA ALBERT TRUST C/O GLORIA SANDLER | n/a |
| 1A0013 | ALERT STEEL PRODUCTS PROFIT SHARING PLAN | n/a |
| 1A0014 | ALAN JAY ALPERN C/O MURRAY ALPERN | n/a |
| 1A0015 | EILEEN ALPERN | n/a |
| 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 | n/a |
| 1A0017 | GERTRUDE ALPERN | n/a |
| 1A0018 | JONATHAN ALPERN | n/a |
| 1A0019 | LEONARD ALPERN | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 1A0021 | LEWIS ALPERN & JANE ALPERN J/T WROS | n/a |
| 1A0023 | MINETTE ALPERN TST | n/a |
| 1A0024 | GERTRUDE ALPERN TSTEE, ALPERN REV FAMILY TST DATED 8/13/2003 | n/a |
| 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 | n/a |
| 1A0026 | SARA ALPERN AS TRUSTEE UNDER AGREEMENT DATED 5/18/89 | n/a |
| 1A0027 | SAUL ALPERN AS TRUSTEE UNDER AGREEMENT DATED 5/18/89 | n/a |
| 1A0028 | WILLIAM ALPERN TRUST | n/a |
| 1A0030 | STEVEN J ANDELMAN & SUSAN R ANDELMAN J/T WROS | n/a |
| 1A0032 | ALBERT ANGEL | n/a |
| 1A0038 | MADELINE GINS ARAKAWA & SHUSAKU ARAKAWA J/T WROS | n/a |
| 1A0040 | ESTATE OF JOHN ARGESE | 10-04215 |
| 1A0044 | PATRICE M AULD | 10-04343 |
| 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 10-05421 |
| 1A0048 | AVELLINO & BIENES #2 C/O FRANK AVELLINO | 10-05421 |
| 1A0049 | AVELLINO & BIENES #3 C/O FRANK AVELLINO | 10-05421 |
| 1A0050 | AVELLINO & BIENES #4 C/O FRANK AVELLINO | 10-05421 |
| 1A0103 | THE SARA ALPERN FAMILY TRUST U/A DTD 5/18/89 AS AMENDED JOAN ROMAN & RUTH MADOFF TTEES | n/a |
| 1A0104 | THE SARA ALPERN "EXEMPT MARITAL TRUST" U/A DTD 5/18/89 AS AMENDED RUTH & JOAN ROMAN | n/a |
| 1A0105 | THE SARA ALPERN "NON-EXEMPT MARITAL TRUST" U/A DTD 5/18/89 AS AMENDED JOAN ROMAN & RUTH | n/a |
| 1B0002 | HERBERT BARBANEL & ALICE BARBANEL J/T WROS | n/a |
| 1B0003 | LAURI ANN SCHWARTZ-BARBANEL | n/a |
| 1B0009 | MICHAEL A BELLINI AND JUDITH BELLINI J/T WROS | n/a |
| 1B0013 | LEONARD BERGMAN #2 | n/a |
| 1B0021 | HOWARD W BLAKESLEE | n/a |
| 1B0022 | AARON BLECKER | n/a |
| 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | n/a |
| 1B0026 | JOAN BLOOMGARDEN & CHARLES I BLOOMGARDEN J/T WROS | n/a |
| 1B0027 | ANDREA BLOOMGARDEN | n/a |
| 1B0028 | FRANCES BLUM AND DANIEL JACOBS TIC | n/a |
| 1B0029 | GREGORY BLUM & ERIC GROSSMAN T I C | n/a |
| 1B0030 | ESTATE OF HENRY BLUM | n/a |
| 1B0031 | JOEL A BLUM & KERRY E BLUM J/T WROS | n/a |
| 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES | n/a |
| 1B0034 | NORMAN J BLUM | n/a |
| 1B0036 | THE ESTATE OF ROSYLN BLUM APT 207 WEST | n/a |
| 1B0039 | EDWARD BLUMENFELD | 10-04730 |
| 1B0041 | EDWARD BLUMENFELD & SUSAN BLUMENFELD GUARDIAN FOR DAVID BLUMENFELD NY UGMA | 10-04730 |
| 1B0042 | SUSAN BLUMENFELD | 10-04730 |
| 1B0050 | RUDY BONGIORNO & ANNETTE BONGIORNO J/T WROS | 10-04215 |
| 1B0051 | BERNARD L MADOFF SPECIAL 1 | n/a |
| 1B0054 | BONYOR TRUST | n/a |
| 1B0055 | ALBERT BONYOR AND JUNE BONYOR REVOCABLE TRUST DATED 1/26/93 | n/a |
| 1B0057 | BRADERMAK LTD #2 C/O FELDMAN WOOD PRODUCTS CO ATTN: FREDERIC Z KONIGSBERG | n/a |
| 1B0059 | ARNOLD BRANDT OR JANE BRANDT J/T WROS | n/a |
| 1B0060 | JENNIE BRETT | n/a |
| 1B0062 | BARBARA SCHWARZCHILD & JAY M BRILL TRUSTEE INDT DTD 12/30/88 BRILL TRUST | n/a |
| 1B0064 | THE ABRAHAM BRODSKY TRUST FOR LINDA A ABBIT | n/a |
| 1B0065 | THE AIDA BRODSKY TRUST FOR LINDA A ABBIT | n/a |
| 1B0066 | SYLVIA H BRODSKY | n/a |
| 1B0070 | BROWN SHORT TERM TRUST 1 | n/a |
| 1B0071 | DEBRA BROWN | n/a |
| 1B0072 | THE DOUGLAS G BROWN REVOCABLE TRUST | n/a |
| 1B0073 | ELBERT R BROWN TRUSTEE U/T/D 12/29/88 | 10-05398 |
| 1B0074 | ELBERT R BROWN TRUSTEE UNDER TRUST DTD 12/29/88 | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 1B0075 | ELIZABETH HARRIS BROWN | n/a |
| 1B0077 | LAWRENCE I BROWN & BARBARA BROWN J/T WROS | n/a |
| 1B0078 | VIOLA BROWN TRUSTEE U/T/D 12/29/88 | 10-05398 |
| 1B0082 | AMY JOEL | n/a |
| 1B0090 | TRUST F/B/O BRAD BLUMENFELD | 10-04730 |
| 1B0091 | TRUST F/B/O DAVID BLUMENFELD | 10-04730 |
| 1B0093 | BLUM, GROSSMAN AND SLOOFMAN | n/a |
| 1B0102 | BRADERMAK EQUITIES LTD C/O FELDMAN WOOD PRODUCTS CO ATTN: FREDERIC Z KONIGSBERG | n/a |
| 1B0115 | ROSLYN BLUM REMAINDER TRUST U/A/D 12/29/92 APT 207 WEST | n/a |
| 1B0117 | DAVID BELOSA & BARI BELOSA J/T WROS | n/a |
| 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND | n/a |
| 1C0006 | BERNARD L MADOFF C & M TRADING #6 | n/a |
| 1C0007 | BERNARD L MADOFF C & M TRADING #7 | n/a |
| 1C0010 | ALEXANDER ABRAHAM | n/a |
| 1C1001 | CAB TRUST C/O JOEL A BLUM | n/a |
| 1C1004 | CAMEO CORPORATION | n/a |
| 1C1007 | RICHARD CARROLL | n/a |
| 1C1009 | ALYSSA BETH CERTILMAN | n/a |
| 1C1011 | DEBBIE LYNN LINDENBAUM | n/a |
| 1C1012 | JOYCE CERTILMAN | 10-04356 |
| 1C1013 | MORTON L CERTILMAN & JOYCE CERTILMAN J/T WROS | 10-04356 |
| 1C1014 | PATRICE ELLEN CERTILMAN | n/a |
| 1C1026 | EMILY CHAIS 1983 TRUST AL ANGEL & MARK CHAIS TRUSTEE 4 ROCKY WAY | 09-01172 |
| 1C1033 | MARK HUGH CHAIS 1983 TRUST AL ANGEL & MARK CHAIS TRUSTEE 4 ROCKY WAY | 09-01172 |
| 1C1041 | CHALEK EQUITIES INC | n/a |
| 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK | n/a |
| 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 | n/a |
| 1C1044 | MORTON CHALEK | n/a |
| 1C1046 | H. CHARAT APT 1613 | n/a |
| 1C1047 | HANOH CHARAT | n/a |
| 1C1048 | CHELSEA DEVELOPMENT CORP | n/a |
| 1C1059 | BERNICE COHEN | n/a |
| 1C1061 | HALLIE D COHEN | n/a |
| 1C1066 | SIDNEY COHEN | n/a |
| 1C1067 | COHMAD SECURITIES CORP | 09-01305 |
| 1C1069 | MARILYN COHN | 09-01305 |
| 1C1072 | RUTH COLLER | n/a |
| 1C1074 | ANNE COMORA REVOCABLE TRUST | n/a |
| 1C1075 | E MARSHALL COMORA | n/a |
| 1C1076 | ROBERT A COMORA | n/a |
| 1C1078 | CONTAINERS OF MIND FOUNDATION INC C/O ARAKAWA & MADELINE GINS | n/a |
| 1C1079 | CONTAINERS OF MIND FOUNDATION INC SPECIAL C/O ARAKAWA & MADELINE GINS | n/a |
| 1C1080 | CONTAINERS OF MIND FOUNDATION INC #2 C/O ARAKAWA & MADELINE GINS | n/a |
| 1C1081 | CONTAINERS OF MIND FOUNDATION INC #3 C/O ARAKAWA & MADELINE GINS | n/a |
| 1C1082 | CONTAINERS OF MIND FOUNDATION INC PRIME C/O ARAKAWA & MADELINE GINS | n/a |
| 1C1091 | ARTHUR COVNER REVOCABLE LIVING TRUST | n/a |
| 1C1092 | CLAIRE COVNER REVOCABLE LIVING TRUST | n/a |
| 1C1094 | DONNA MARINCH | n/a |
| 1C1099 | ROSE MARIE CHALEK TTEE F/T ROSE MARIE CHALEK FAM TST | n/a |
| 1C1200 | JOSEPHINE CORDES & HANS BAR J/T WROS | n/a |
| 1D0001 | CORNERSTONE CAPITAL INC C/O DAVID PULVER | 10-05413 |
| 1D0005 | JACOB DAVIS & MARILYN DAVIS TRUSTEE U/T/A BY JACOB DAVIS 6/27/94 | n/a |
| 1D0006 | JULES DAVIS | n/a |
| 1D0008 | MYRA DAVIS AND NANCY LAVIN J/T WROS | n/a |
| 1D0016 | MORRIS DENERSTEIN AS TRUSTEE U/A/D 9/18/92 | n/a |
| 1D0021 | DO STAY INC 19 OCEAN DRIVE | n/a |
| 1D0023 | SANDI ARLENE DUART & FREDERICK T DUART TIC | n/a |
| 1D0027 | KENNETH DINNERSTEIN & SUSAN DINNERSTEIN J/T WROS | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | n/a |
| | 1E0101 | EAST SIDE RESTAURANT CORP DBA RATNERS C/O R HARMATZ & H ZANKEL | n/a |
| | 1E0102 | CAROL A EDELSON | n/a |
| | 1E0103 | ROBERT S EDMONDS RESIDENCIA LANGLADA 3A | n/a |
| | 1E0104 | KATINA EKSTROM C/O RICHARD M EKSTROM | n/a |
| | 1E0109 | CHARLES ELLERIN TRUSTEE U/D/T DTD 8/30/94 F/B/O CHARLES ELLERIN ET AL | n/a |
| | 1E0110 | MARION ELLIS THE ELLIS FAMILY ACCT | n/a |
| | 1E0111 | BARBARA ENGEL | n/a |
| | 1E0120 | EVANS INVESTMENT CLUB | n/a |
| | 1E0121 | WILLIAM EVENCHICK #2 TRUSTEE OF WM EVENCHICK 93 LIVING TRUST | n/a |
| | 1E0125 | KARL EISENHAUER & WANDA EISENHAUER J/T WROS | n/a |
| | 1F0001 | FLB FOUNDATION LTD C/O BOB FINKIN | n/a |
| | 1F0004 | RICHARD FELDER | n/a |
| | 1F0006 | BARBARA FELDMAN AKA BARBARA FLOOD | n/a |
| | 1F0013 | ILENE S FINE & SAUL S FINE J/T WROS | n/a |
| | 1F0014 | BOB M FINKIN & JACQUELINE FINKIN TIC | n/a |
| | 1F0016 | JOAN L FISHER | n/a |
| | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E | n/a |
| | 1F0018 | IDA FISHMAN REVOCABLE TRUST DTD 10/27/05 C/O PAUL S SHURMAN | 10-04777 |
| | 1F0021 | MILES Q FITERMAN REVOCABLE TST MILES Q FITERMAN TRUSTEE | 10-04337 |
| | 1F0023 | STEVEN FITERMAN | n/a |
| | 1F0027 | KENNETH S FITZPATRICK & MARGARET FITZPATRICK JT WROS | n/a |
| | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS | n/a |
| | 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE FOX | n/a |
| | 1F0036 | LAURIE SHAPIRO FRENCHMAN | n/a |
| | 1F0037 | MICHAEL FRENCHMAN | n/a |
| | 1F0039 | MICHAEL FRENCHMAN & LAURIE FRENCHMAN J/T WROS | n/a |
| | 1F0042 | SIDNEY FRENCHMAN MICHAEL FRENCHMAN & BARRY FRENCHMAN J/T WROS | n/a |
| | 1F0044 | WALTER FRESHMAN | n/a |
| | 1F0045 | FRANCES FRIED | n/a |
| | 1F0047 | EMANUEL FRIEDMAN | n/a |
| | 1F0052 | DR PAULA K FRIEDMAN | n/a |
| | 1F0058 | CAROLYN FRUCHT | n/a |
| | 1F0059 | HOWARD L FRUCHT M D | n/a |
| | 1F0061 | SCOTT FURMAN | n/a |
| | 1F0068 | J STANLEY FURMAN & JERI A FURMAN T I C | n/a |
| | 1F0070 | FRIEDA FRESHMAN | n/a |
| | 1FN007 | BANQUE FINAMA 'B' ACCT ATTN: MRS SYLVIE DRINGENBERG | n/a |
| | 1FN008 | BANQUE POUR L INDUSTRIE FRANCAISE 'L' ACCT ATTN: MRS SYLVIE DRINGENBERG | n/a |
| | 1FN016 | EBRO N V C/O PIERSON TRUST FOURESS BLD EMMAPLEIN ST MAARTEN | n/a |
| | 1FN036 | MICHELLE WINDMAN 124 QUAI LOUIS BLERIOT PARIS, 750016 | n/a |
| | 1FN090 | ROBERT S EDMONDS RESIDENCIA LANGLADA 3A | n/a |
| | 1G0001 | GHH ASSOCIATES ATTN: ALLEN R HURWITZ | n/a |
| | 1G0004 | ESTATE OF JOSEPH G GAUMONT | n/a |
| | 1G0006 | JEROME GELLMAN | n/a |
| | 1G0007 | EMANUEL GELMAN | n/a |
| | 1G0008 | BRIAN H GERBER | n/a |
| | 1G0009 | BRIAN H GERBER GRANTOR TRUST DATED 4/9/68 | n/a |
| | 1G0010 | BRIAN TRUST U/L/W/T LOTTIE GERBER DTD 11/6/72 BRIAN H - DARYL E GERBER TSTEE | n/a |
| | 1G0011 | DARYL E GERBER GRANTOR TRUST DATED 12/18/68 | n/a |
| | 1G0012 | DARYL TST U/L/W/T LOTTIE GERBER DTD 11/6/72 DARYL E & BRIAN H GERBER TSTEE | n/a |
| | 1G0013 | MRS OSCAR L GERBER | n/a |
| | 1G0014 | PATI H GERBER LTD | n/a |
| | 1G0015 | PATI GERBER REVOCABLE TRUST 2 | n/a |
| | 1G0016 | PATI GERBER REVOCABLE TRUST 3 | n/a |
| | 1G0017 | PATI H GERBER DECLARATION OF TRUST 06/12/84 | n/a |
| | 1G0018 | PATI H GERBER & BRIAN GERBER TRUSTEE OSCAR L GERBER RESIDUARY TST A | n/a |
| | 1G0019 | PATI H GERBER & HARRIET GERBER LEWIS TSTEE OSCAR L GERBER | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| | 1G0020 | PATI H GERBER MARITAL DED TST ULWT OSCAR L GERBER 8/9/80 P H GERBER B GERBER CO TSTEE | n/a |
| | 1G0021 | JUDITH GETHERS NOMINEE FOR GETHERS PTRSHIP | n/a |
| | 1G0023 | ROBERT GETTINGER | n/a |
| | 1G0024 | SCOTT GETTINGER CLARK GETTINGER ROBERT GETTINGER AS TRUSTEE | 10-05046 |
| | 1G0026 | HILLARY JENNER GHERTLER | n/a |
| | 1G0027 | MONTE GHERTLER | n/a |
| | 1G0028 | MONTE ALAN GHERTLER | n/a |
| | 1G0029 | EVELYN GINS | n/a |
| | 1G0031 | BARBARA GLADSTONE | n/a |
| | 1G0032 | HOWARD J GLASS | n/a |
| | 1G0033 | ESTATE OF LILLIAN GLASS C/O MORTON GLASS | n/a |
| | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 | n/a |
| | 1G0041 | GLORIA GOLDEN & SANFORD GOLDEN T I C | n/a |
| | 1G0047 | GENE MICHAEL GOLDSTEIN | n/a |
| | 1G0048 | GLENN STUART GOLDSTEIN & JOANNE T GOLDSTEIN J/T WROS | n/a |
| | 1G0049 | MAYNARD GOLDSTEIN & KATE GOLDSTEIN J/T WROS | n/a |
| | 1G0053 | SONDRA H GOODKIND | n/a |
| | 1G0057 | TRUST OF ANDREW GORDON C/O B SHAPIRO | n/a |
| | 1G0060 | NAOMI GORDON | n/a |
| | 1G0065 | MORRIS GORRIN AND ANN GORRIN TRUSTEES GORRIN FAMILY TST DTD 5/24/73 | n/a |
| | 1G0066 | LILLIAN GOTTESMAN | n/a |
| | 1G0071 | ARMAND L GREENHALL | n/a |
| | 1G0074 | ROBERT J GROSSMAN | n/a |
| | 1G0075 | ROBERT GROSSMAN PENSION TRUST DTD 12/8/84 | n/a |
| | 1G0076 | SUSAN GROSSMAN | n/a |
| | 1G0078 | LAURA E GUGGENHEIMER COLE | n/a |
| | 1G0079 | RICHARD A GUGGENHEIMER | n/a |
| | 1G0081 | BRENDA GURITZKY | n/a |
| | 1G0082 | DANA GURITZKY | n/a |
| | 1G0083 | RONALD P GURITZKY | n/a |
| | 1G0084 | SANFORD GURITZKY | n/a |
| | 1G0088 | DR NATHAN GOLDBERG DR PAUL GOLDBERG & JOAN UNDELL J/T WROS | n/a |
| | 1G0113 | R GREENBERGER XX XX | 10-05408 |
| | 1H0005 | HADASSAH THE WOMENS ZIONIST ORGANIZATION OF AMERICA INC | n/a |
| | 1H0006 | HADASSAH MEDICAL RELIEF ASSOCIATION INC | n/a |
| | 1H0008 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT4B | n/a |
| | 1H0009 | MR HARRY J HARMAN | n/a |
| | 1H0010 | TOBY HARMAN | n/a |
| | 1H0011 | HAROLD HARMATZ OR ROBERT HARMATZ J/T WROS | n/a |
| | 1H0012 | MILDRED HARMATZ OR FRED HARMATZ J/T WROS | n/a |
| | 1H0013 | ROBERT A HARMATZ | n/a |
| | 1H0016 | BARBARA HARRIS | n/a |
| | 1H0020 | JANE HASON | n/a |
| | 1H0021 | ANDREW HELLER OR MARGARET HELLER J/T WROS | n/a |
| | 1H0022 | BEN HELLER | 10-04367 |
| | 1H0023 | FREDERICK P HELLER | n/a |
| | 1H0025 | NANCY HELLER | n/a |
| | 1H0030 | ESTATE OF ABRAHAM HERSHSON C/O MAX WINTERS | n/a |
| | 1H0031 | TRUST U/W ABRAHAM HERSHSON H LEVINE D GERBER N LEVINE & M WINTER AS CO-TRUSTEES | n/a |
| | 1H0032 | EVELYN J HERSHSON | n/a |
| | 1H0033 | EVELYN HERSHSON | n/a |
| | 1H0034 | STEPHEN HERSON | n/a |
| | 1H0035 | NORMA HILL | n/a |
| | 1H0038 | HI-WIDE LTD PROFIT SHARING PLAN | n/a |
| | 1H0039 | DIANE HOCHMAN | n/a |
| | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 | 10-05405 |
| | 1H0041 | DORIS HOROWITZ AS TRUSTEE U/A DATED 10/04/89 #2 | n/a |

**BLMIS Direct Eligible Accounts**
February 25, 2015

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 1H0044 | JEROME HOROWITZ & DORIS HOROWITZ TAX ACCOUNT | n/a |
| 1H0046 | MINNIE HOROWITZ AS TRUSTEE U/A DATED 6/14/91 | n/a |
| 1H0049 | HUNTINGTON GASTROENTEROLOGY RETIREMENT TRUST FBO HOWARD L FRUCHT | n/a |
| 1H0050 | HURWITZ GRANDCHILDREN TST #2-B FOR BRANDI M HURWITZ | n/a |
| 1H0051 | HURWITZ GRANDCHILDREN TST #2-B FOR MICHAEL B HURWITZ | n/a |
| 1H0052 | ALLAN R HURWITZ | n/a |
| 1H0053 | ALLAN R HURWITZ & BARBARA J HURWITZ J/T WROS | n/a |
| 1H0054 | BRANDI M HURWITZ & MR MICHAEL B HURWITZ TIC | n/a |
| 1H0055 | HELAINE HURWITZ REVOCABLE TRUST | n/a |
| 1H0057 | HYGIENE INDUSTRIES PROFIT SHARING PLAN | n/a |
| 1H0059 | ALLAN R HURWITZ TRUSTEE TRUST 'A' U/W G HURWITZ | n/a |
| 1H0060 | TRUST U/W/O ROSE HELLER C/O BEN HELLER | n/a |
| 1H0063 | IRWIN KENNETH HOROWITZ | n/a |
| 1H0079 | NOEL LEVINE AND MICHAEL H JAHRMARKT AS TRUSTEES UNDER TRUST FOR | n/a |
| 1I0010 | JOHN IPPOLITO AND JODIE IPPOLITO J/T WROS | n/a |
| 1J0001 | JA PRIMARY LTD PARTNERSHIP C/O DECISIONS INC | 09-01197 |
| 1J0006 | JG KNITS INC C/O M WEINGARTEN | n/a |
| 1J0007 | JJJ ENTERPRISES INC C/O PAUL KONIGSBERG | n/a |
| 1J0010 | ARTHUR J JACKS AND LINDY C JACKS J/T WROS | n/a |
| 1J0011 | HELEN JAFFE | n/a |
| 1J0013 | MICHAEL H JAHRMARKT TRUST MICHAEL H JAHRMARKT TRUSTEE | n/a |
| 1J0014 | MARTIN J JOEL JR | n/a |
| 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO | n/a |
| 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 | n/a |
| 1J0020 | MADELEINE FAUSTIN JOSEPH | n/a |
| 1J0024 | JA SPECIAL LTD PARTNERSHIP C/O DECISIONS INC | 09-01197 |
| 1J0026 | MICHAEL H JAHRMARKT | n/a |
| 1K0001 | ESTATE OF ELIZABETH KAHN C/O JEAN KAHN | 10-04960 |
| 1K0002 | THE ESTATE OF IRVING B KAHN | n/a |
| 1K0003 | JEAN KAHN | 10-05429 |
| 1K0004 | RUTH KAHN | 10-04954 |
| 1K0010 | LAURA P KAPLAN C/O DAVID SHAPIRO | n/a |
| 1K0011 | DAVID SHAPIRO NOMINEE 4 | n/a |
| 1K0013 | SIDNEY KARLIN | n/a |
| 1K0014 | JORDON H KART TRUSTEE U/T/A DTD 1/26/94 | n/a |
| 1K0019 | HENRY KAYE TRUST | n/a |
| 1K0020 | HENRY KAYE TRUSTEE EVELYN KAYE TRUST FBO JUDITH KNIGHT ET AL | n/a |
| 1K0021 | LAURENCE KAYE | n/a |
| 1K0022 | LOUIS KAYE & DOROTHY KAYE TRUST | n/a |
| 1K0023 | SHERRY K MCKENZIE & ROBERT MCKENZIE J/T WROS | n/a |
| 1K0027 | KENT ASSOCIATES C/O SEYMOUR H BERNSTEIN | n/a |
| 1K0028 | ARTHUR KEPES LIVING TRUST AND/OR IRENE KEPES LIVING TST | n/a |
| 1K0029 | IVI KIMMEL | n/a |
| 1K0030 | RITA KING | n/a |
| 1K0031 | HY KIRSCH | n/a |
| 1K0033 | MARJORIE KLASKIN | n/a |
| 1K0034 | RUTH LAURA KLASKIN | n/a |
| 1K0037 | ROBERT E KLUFER | n/a |
| 1K0039 | GINA KOGER | n/a |
| 1K0042 | SHEILA KOLODNY | n/a |
| 1K0043 | ESTATE OF EILEEN KOMMIT | n/a |
| 1K0044 | JEFFREY KOMMIT | n/a |
| 1K0045 | KATHY KOMMIT | n/a |
| 1K0046 | KONIGSBERG WOLF & CO P C 401-K PLAN #1 P KONIGSBERG R KONIGSBERG TSTE | n/a |
| 1K0047 | KONIGSBERG WOLF & CO PC 401-K PLAN #2 P KONIGSBERG R KONIGSBERG TSTE | n/a |
| 1K0048 | BLANCHE KONIGSBERG | n/a |
| 1K0049 | SUSAN KONIGSBERG | n/a |
| 1K0050 | FREDERIC Z KONIGSBERG KEOGH RETIREMENT TRUST | n/a |
| 1K0051 | GLORIA KONIGSBERG | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

|  | **Column 1** | **Column 2** | **Column 3** |
|---|---|---|---|
| | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| | 1K0052 | GLORIA KONIGSBERG I/T/F JEFFREY KONIGSBERG | n/a |
| | 1K0053 | GLORIA KONIGSBERG I/T/F STEPHEN R KONIGSBERG | n/a |
| | 1K0055 | JUDITH KONIGSBERG APT 1706 S | n/a |
| | 1K0056 | JUDITH FEINER KONIGSBERG | n/a |
| | 1K0057 | MARC KONIGSBERG | n/a |
| | 1K0058 | STEPHEN ROSS KONIGSBERG AND JEFFREY N KONIGSBERG PAUL KONIGSBERG A/C | n/a |
| | 1K0065 | KUGEL & KUGEL PARTNERSHIP KUGEL MARTIN GEN PTR | n/a |
| | 1K0068 | RUTH KUGEL | n/a |
| | 1K0084 | KOMMIT PARTNERS C/O RICHARD KOMMIT | n/a |
| | 1K0086 | TRUST F/B/O ELIZABETH KAHN U/L/W/T IRVING B KAHN,DECEASED C/O GOLDEN & MANDEL | n/a |
| | 1KW014 | IRIS J KATZ C/O STERLING EQUITIES | 10-05287 |
| | 1KW023 | NATALIE KATZ | 10-05287 |
| | 1KW024 | SAUL B KATZ | 10-05287 |
| | 1KW026 | SAUL B KATZ AND HEATHER KATZ TIC | n/a |
| | 1KW028 | SAUL B KATZ AND IRIS J KATZ JT WROS | n/a |
| | 1KW029 | SAUL B KATZ & IRIS J KATZ & SAUL B KATZ FDN TIC | n/a |
| | 1KW034 | SAUL B KATZ AND FRED WILPON T I C | n/a |
| | 1KW035 | SAUL B KATZ AND JUDITH WILPON T I C | n/a |
| | 1KW036 | SAUL B KATZ & RICHARD A WILPON TIC | n/a |
| | 1KW067 | FRED WILPON | 10-05287 |
| | 1KW068 | FRED WILPON AND IRIS J KATZ TIC | n/a |
| | 1KW078 | JUDITH A WILPON AND IRIS J KATZ TIC | n/a |
| | 1L0006 | GEORGE LAWRENCE & THERESA LAWRENCE J/T WROS | n/a |
| | 1L0009 | THE LEON SHOR REVOCABLE TRUST C/O DORIS SHOR | n/a |
| | 1L0010 | ELIZABETH LEFFT | n/a |
| | 1L0011 | ROGER LEFFT | n/a |
| | 1L0017 | HARRIETTE LEVINE TROONE MANAGEMENT INC | n/a |
| | 1L0019 | NOEL LEVINE TROONE MANAGEMENT INC | n/a |
| | 1L0021 | NOEL LEVINE #2 TROONE MANAGEMENT INC | n/a |
| | 1L0023 | THE BETTY AND NORMAN F LEVY FOUNDATION INC C/O PAUL KONIGSBERG | n/a |
| | 1L0024 | FRANCIS N LEVY C/O KONIGSBERG WOLF & CO PC ATTN: PAUL KONIGSBERG | n/a |
| | 1L0025 | TRUST M-B FRANCIS N LEVY U/I/D 07/24/91 JEFFREY LEVY-HINTE TRUSTEE | n/a |
| | 1L0026 | JEANNE LEVY-CHURCH C/O PAUL KONIGSBERG | n/a |
| | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | n/a |
| | 1L0033 | JACOB AKA JACK LIEBLEIN &BELLE LIEBLEIN TRUSTORS &/OR TSTEES THE LIEBLEIN FAM TR DTD 4/1/90 | n/a |
| | 1L0037 | BERNARD L MADOFF SPECIAL 5 | n/a |
| | 1L0041 | ANNE LOKIEC & JACK LOKIEC J/T WROS | n/a |
| | 1L0043 | MURRAY GOLD AS TRUSTEE FOR LILLIAN LOVETT | n/a |
| | 1L0044 | MORRIS LOVINGER OR MARYEN LOVINGER ZISKIN | n/a |
| | 1L0045 | CAREN LOW | n/a |
| | 1L0046 | GARY LOW | n/a |
| | 1L0047 | ROBERT K LOW | n/a |
| | 1L0048 | WARREN LOW | n/a |
| | 1L0049 | AL LOWIT OR ANNA LOWIT JT WROS | n/a |
| | 1L0050 | MARK LOWIT | n/a |
| | 1L0051 | SCOTT W LOWIT | n/a |
| | 1L0053 | LUCKY COMPANY C/O HENDLER & GERSTEN LLC | 10-04346 |
| | 1L0054 | LUCKY COMPANY #2 C/O MORTY WOLOSOFF | n/a |
| | 1L0055 | ROBERT C LUKER FAMILY PARTNERSHIP | n/a |
| | 1L0056 | ALVORD N LURIA TRUST ARTHUR SCHLICHTER TRUSTEE | n/a |
| | 1L0057 | ESTATE OF GLADYS C LURIA BERNARD L MADOFF & PETER B MADOFF CO-EXECUTORS | 10-05283 |
| | 1L0059 | RICHARD LURIA 1990 TRUST | n/a |
| | 1L0061 | CAROL ANN LIEBERBAUM | n/a |
| | 1L0069 | FRIEDA LOW | n/a |
| | 1M0002 | JOHN MACCABEE & SHERRY MORSE MACCABEE LIVING TRUST DATED 1/24/97 | 10-05407 |
| | 1M0014 | ELIZABETH KLASKIN MAGSAMEN | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

|  | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
|  | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
|  | 1M0015 | ALBERT MALTZ PTR D/B/A ALFRED INVESTMENT J/V C/O ALBERT L MALTZ | n/a |
|  | 1M0016 | ALBERT L MALTZ PC | n/a |
|  | 1M0017 | ROSLYN MANDEL | n/a |
|  | 1M0020 | LILIAN K MARCUS | n/a |
|  | 1M0024 | JAMES P MARDEN | 10-04341 |
|  | 1M0027 | RONA MAST & JEFF MAST J/T WROS | n/a |
|  | 1M0030 | SHAWN MATHIAS TRUST DOUGLAS BROWN & ELIZABETH BROWN TRUSTEES | n/a |
|  | 1M0031 | MICHAEL MATHIAS & STACEY MATHIAS J/T WROS | n/a |
|  | 1M0032 | ALLEN MEISELS GARDEN STATE BUSINESS MACHINES | n/a |
|  | 1M0034 | ERIC J METZGER TRUSTEE OF THE ERIC J METZGER LIVING TRUST | n/a |
|  | 1M0035 | FRANCES W MARKS | n/a |
|  | 1M0036 | JUDITH O MEYERS | n/a |
|  | 1M0037 | EDWIN MICHALOVE | n/a |
|  | 1M0039 | HOWARD M MILLER | n/a |
|  | 1M0043 | MISCORK CORP #1 | 10-05119 |
|  | 1M0044 | MISCORK CORP #2 RETIREMENT PLAN | n/a |
|  | 1M0046 | THE RETIREMENT INCOME PLAN FOR EMPLOYEES OF MONROE SYSTEMS FOR BUSINESS INC | 09-01197 |
|  | 1M0047 | GIGI FAMILY LTD PARTNERSHIP | n/a |
|  | 1M0050 | ALAN R MOSKIN | n/a |
|  | 1M0051 | ESTATE OF ISRAEL MOWSHOWITZ | n/a |
|  | 1M0053 | PATRICIA T MYATT | n/a |
|  | 1M0054 | SUZANNE R MAY TRUSTEE FBO SUZANNE R MAY TST | n/a |
|  | 1M0055 | MARC WILLIAM MANDELBAUM DANA LYNN MANDELBAUM J/T WROS | n/a |
|  | 1M0063 | TRUST UNDER ARTICLE THIRD FBO LILLIAN MOWSHOWITZ | n/a |
|  | 1N0001 | RICHARD NARBY | n/a |
|  | 1N0008 | NYTHOR CORP DEFINED BENEFIT PENSION PLAN C/O EDWARD BLUMENFELD | n/a |
|  | 1P0003 | CELIA PALEOLOGOS TTEE CELIA PALEOLOGOS TST DTD 5/26/98 | n/a |
|  | 1P0007 | KAZA PASERMAN AND ASCHER PASERMAN J/T WROS | n/a |
|  | 1P0008 | ROSALYN PATT 21 RABUZKY ST | n/a |
|  | 1P0011 | BOBBIE ANN PEPITONE | n/a |
|  | 1P0021 | JEFFRY M PICOWER | 09-01197 |
|  | 1P0028 | JUDITH PISETZNER | n/a |
|  | 1P0032 | JOYCE PRIGERSON | n/a |
|  | 1P0034 | CARL PUCHALL | n/a |
|  | 1P0035 | HENRY PUCHALL | n/a |
|  | 1P0036 | RITA PUCHALL | n/a |
|  | 1P0052 | FELICE J PERLMAN AND SANFORD S PERLMAN TIC | n/a |
|  | 1R0001 | EMANUEL RACKMAN | n/a |
|  | 1R0002 | ESTATE OF RUTH RACKMAN C/O SQUADRON ELLENOFF PLESENT & SHEINFELD ATTN: J RACKMAN | n/a |
|  | 1R0003 | BURNETT H RADOSH & KATHERINE M RADOSH J/T WROS | n/a |
|  | 1R0004 | EDWARD A RADOSH | n/a |
|  | 1R0005 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST B | n/a |
|  | 1R0011 | ALBERT REAVEN | n/a |
|  | 1R0012 | RICHARD W REAVEN LAWRENCE REAVEN LINDA REAVEN & RUTH REAVEN TRUST | n/a |
|  | 1R0026 | BETTINA REIBMAN | n/a |
|  | 1R0027 | NICOLE RICHARDSON | n/a |
|  | 1R0033 | MAX ROSE & LEE ROSE J/T WROS | n/a |
|  | 1R0034 | ALAN ROSENBERG | n/a |
|  | 1R0036 | SYLVIA ROSENBLATT | n/a |
|  | 1R0039 | MRS SELMA SEIDENBERG ROSOFF | n/a |
|  | 1R0040 | INA M ROSS | n/a |
|  | 1R0041 | AMY ROTH | 10-05132 |
|  | 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS | n/a |
|  | 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS | n/a |
|  | 1R0045 | BENMAR FAMILY LP C/O BENJAMIN ROTH | n/a |
|  | 1R0049 | IAN ROTH & BRYANT ROTH TIC | n/a |
|  | 1R0050 | JONATHAN ROTH | 10-05017 |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 1R0053 | LAWRENCE ROTH & JEANNETTE ROTH TIC | n/a |
| 1R0055 | BENMAR FAMILY LP C/O BENJAMIN ROTH 1225 | 10-05284 |
| 1R0059 | NEIL ROTH | n/a |
| 1R0063 | RICHARD G ROTH | n/a |
| 1R0064 | JUDITH ROTHENBERG | n/a |
| 1R0065 | PETER ROTHENBERG & TAMAR ROTHENBERG J/T WROS | n/a |
| 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 | n/a |
| 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 | n/a |
| 1R0078 | CAROLE RUBIN & IRWIN SALBE J/T WROS | n/a |
| 1R0079 | ALLEN ROSS | n/a |
| 1R0083 | DANIEL RYAN | n/a |
| 1R0114 | IDA ROAMER FREDERICK ROAMER ITF SUSAN DANDARAW & ROBERT ROAMER | n/a |
| 1RU001 | DIEGO J BONGIORNO | n/a |
| 1RU002 | HARRY DEINHARDT & ELEANOR M DEINHARDT J/T WROS | n/a |
| 1RU004 | KATHLEEN MIRRIONE & THOMAS MIRRIONE J/T WROS | n/a |
| 1RU011 | LOUIS C ESPOSITO OR VICTORIA ESPOSITO W/R/O/S | n/a |
| 1RU012 | JACOB MAYA & JANSE MAYA J/T WROS | n/a |
| 1RU013 | MAX BLINKOFF & PHILLIS BLINKOFF J/T WROS | n/a |
| 1RU014 | LETTERIO R BONGIORNO OR RUDY BONGIORNO | 10-04215 |
| 1RU015 | NICHOLAS FUSCO OR ANTHONY FUSCO J/T WROS | n/a |
| 1RU019 | STEVEN MIRRIONE & KIM MIRRIONE J/T WROS | n/a |
| 1RU020 | REINA HAFT OR ANITA MAYA | n/a |
| 1RU022 | ROBERT STABAK | n/a |
| 1RU023 | SUSAN ARGESE | n/a |
| 1RU024 | DOMINICK MONTI OR ANNA MONTI J/T WROS | n/a |
| 1RU025 | ANN CASALOTTI AND MICHAEL CASALOTTI J/T WROS | n/a |
| 1RU026 | MARIO RAMPANELLI & ROSE RAMPANELLI J/T WROS | n/a |
| 1RU027 | GRACE ANN MCMAHON | n/a |
| 1RU028 | MR GUIDO PARENTE | n/a |
| 1RU029 | NANCY MONTI & KELLIE ANN MAC DOUGALL J/T WROS | n/a |
| 1RU030 | ISAAC MAYA & RHONDA MAYA J/T WROS | n/a |
| 1RU031 | STEVEN MIRRIONE AND KIM MIRRIONE JT WROS | n/a |
| 1RU032 | MAX BLINKOFF | n/a |
| 1S0002 | S J K INVESTORS INC | n/a |
| 1S0003 | HELENE B SACHS | n/a |
| 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE | 10-04362 |
| 1S0012 | BARBARA SALBE & IRWIN SALBE J/T WROS | n/a |
| 1S0013 | IRWIN SALBE ARLINE SALBE & HARRIET DUNAYER TIC | n/a |
| 1S0016 | ERNEST SAMUELS | n/a |
| 1S0017 | PATTY SAMUELS | n/a |
| 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | n/a |
| 1S0024 | S ALAN SANDLER SANDY M SANDLER AND LORI B SANDLER | n/a |
| 1S0029 | RICHARD S SCHAFLER C/O CORTEC GROUP STANLEY BARON | n/a |
| 1S0038 | TRUDY SCHLACHTER AND MARVIN SCHLACHTER J/T WROS | n/a |
| 1S0039 | ELAINE C SCHLESSBERG | n/a |
| 1S0040 | NORMAN SCHLESSBERG | n/a |
| 1S0041 | ARTHUR I SCHLICHTER | n/a |
| 1S0042 | ARTHUR I SCHLICHTER REVOCABLE TRUST | n/a |
| 1S0043 | ANN L SCHNEIDER | n/a |
| 1S0044 | ELAINE SCHNEIDER DR STEVEN SCHNEIDER DEBRA SCHNEIDER J/T WROS | n/a |
| 1S0047 | HELEN SCHWAMM REVOCABLE TRUST 1993 C/O HAMPSHIRE HOUSE | n/a |
| 1S0048 | BARRY A SCHWARTZ | n/a |
| 1S0049 | DOROTHY S SCHWARTZ | n/a |
| 1S0050 | FANNIE SCHWARTZ LIVING TRUST C/O TREZZA MANAGEMENT INC | n/a |
| 1S0051 | MAX SCHWARTZ & TOBY SCHWARTZ TENANTS BY THE ENTIRETY | n/a |
| 1S0052 | ROBERTA SCHWARTZ | n/a |
| 1S0053 | THEODORE SCHWARTZ | n/a |
| 1S0054 | HOWARD SCHWARTZBERG INVESTMENT FUND | n/a |
| 1S0057 | CYNTHIA S SEGAL | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

|  | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
|  | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| | 1S0058 | DAVID F SEGAL | n/a |
| | 1S0059 | ROSALIE SEISSLER AND SHELDON SEISSLER J/T WROS | n/a |
| | 1S0062 | DEBORAH SHAPIRO #2 | n/a |
| | 1S0063 | ADELE SHAPIRO | n/a |
| | 1S0064 | DAVID SHAPIRO | n/a |
| | 1S0065 | DAVID SHAPIRO NOMINEE | n/a |
| | 1S0066 | DAVID SHAPIRO NOMINEE #2 | n/a |
| | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 | n/a |
| | 1S0068 | DEBORAH SHAPIRO | n/a |
| | 1S0069 | GEORGE SHAPIRO & MILDRED SHAPIRO J/T WROS | n/a |
| | 1S0070 | NORMA SHAPIRO APT 601 N | n/a |
| | 1S0071 | PAUL SHAPIRO | n/a |
| | 1S0072 | PHILIP L SHAPIRO APT 601 N | n/a |
| | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION | n/a |
| | 1S0075 | DORIS SHOR | n/a |
| | 1S0076 | DORIS SHOR #2 | n/a |
| | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST | n/a |
| | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST | n/a |
| | 1S0082 | DAVID SILVER C/O REGENCY BEDSPREAD CORP | n/a |
| | 1S0083 | DAVID SILVER #2 C/O REGENCY BEDSPREAD CORP | n/a |
| | 1S0084 | GABRIELLE SILVER | n/a |
| | 1S0086 | LINDA SILVER | n/a |
| | 1S0087 | MICHAEL SILVER | n/a |
| | 1S0090 | SYLVIA M SIMON | n/a |
| | 1S0091 | DAVID SIMONDS | n/a |
| | 1S0092 | EDWARD L SIMONDS TTEE EDWARD L SIMONDS LIVING TST 7/27/00 | n/a |
| | 1S0093 | EDWARD L SIMONDS TRUSTEE F/B/O BROOKE SIMONDS U/W ROBERT SIMONDS | n/a |
| | 1S0094 | FLORENCE S SIMONDS | n/a |
| | 1S0095 | TRUST UNDER WILL OF IRA A SIMONDS | n/a |
| | 1S0096 | LAWRENCE SIMONDS | n/a |
| | 1S0098 | MICHAEL SIMONDS | n/a |
| | 1S0099 | SALLY K SIMONDS | n/a |
| | 1S0100 | SIMTRON INDUSTRIES INC | n/a |
| | 1S0103 | 61 ASSOCIATES #10 ATTN BILL RITZEL | n/a |
| | 1S0114 | TURBI SMILOW | n/a |
| | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE | n/a |
| | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 | n/a |
| | 1S0117 | LAURA ANN SMITH | n/a |
| | 1S0118 | PETER H SMITH & EDWARD I SPEER A/T TRUST U/A 3/9/72 | n/a |
| | 1S0120 | ROBERT W SMITH | n/a |
| | 1S0121 | ROBERT WILLIAM SMITH C/F DENA & DAVID SMITH REVOCABLE TRUST | n/a |
| | 1S0124 | MRS SHIRLEY SOLOMON | n/a |
| | 1S0127 | HERMAN SONDOV | n/a |
| | 1S0141 | EMILY S STARR | 10-05107 |
| | 1S0142 | ERWIN STARR TRUST DATED 04/20/90 THE FAIRFIELD APT 10H | n/a |
| | 1S0143 | ERWIN STARR TRUST THE TOWERS APT E 1101 | n/a |
| | 1S0144 | HELEN G STARR TRUST DATED 04/20/90 THE FAIRFIELD APT 10H | n/a |
| | 1S0145 | LAURA J STARR | 10-05107 |
| | 1S0147 | LILLIAN B STEINBERG | 10-04948 |
| | 1S0148 | LILLIAN STEINBERG & HOWARD SQUADRON AS TRUSTEES U/W MARTIN STEINBERG | n/a |
| | 1S0149 | EUGENE STERN & ARLENE STERN J/T WROS | n/a |
| | 1S0150 | SADIE STERN AND FLORENCE BRINLING AND MARION ELLIS J/T | n/a |
| | 1S0151 | SIDNEY STERN HOWARD STERN, JAY STERN TIC | n/a |
| | 1S0152 | H & D STETTNER TRUST FUND C #6909901 CHEMICAL BANK-PETER MC SPARRAN | n/a |
| | 1S0153 | HELEN STOLLER | n/a |
| | 1S0154 | JANE E STOLLER 266 PENNINGTON | n/a |
| | 1S0162 | RHEA SONDOV | n/a |
| | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | n/a |
| | 1S0171 | THE MERLE HELENE SHULMAN TRUST | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 1S0178 | CRAIG STADELMAN & ALAINE STADELMAN J/T WROS | n/a |
| 1S0190 | ESTATE OF FLORENCE S SIMONDS LAWRENCE SIMONDS EXECUTOR | n/a |
| 1S0191 | CHARLOTTE SCHEER & PATRICIA T MYATT TRUSTEES OF CHARLOTTE SCHEER REV TST | n/a |
| 1SH001 | LILYAN BERKOWITZ REVOCABLE TST DATED 11/3/95 | 10-05388 |
| 1SH002 | STEVEN BERKOWITZ BLOSSOM RIDGE | n/a |
| 1SH003 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | n/a |
| 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED | n/a |
| 1SH006 | MICHAEL S JAFFE 1989 TRUST U/D/T DTD 8/24/89 AS AMENDED | n/a |
| 1SH007 | MICHAEL S JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | n/a |
| 1SH009 | STEVEN C JAFFE 1989 TRUST U/D/T DTD 8/24/89 AS AMENDED | n/a |
| 1SH010 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | n/a |
| 1SH011 | M/A/S CAPITAL CORP C/O ROBERT M JAFFE | 09-01305 |
| 1SH016 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 | n/a |
| 1SH017 | JENNIFER SEGAL HERMAN TRUST U/D/T DTD 5/1/67 AS AMENDED | n/a |
| 1SH018 | JONATHAN M SEGAL 1989 TRUST U/D/T DTD 3/9/89 AS AMENDED T SEGAL TSTEE | n/a |
| 1SH019 | JONATHAN M SEGAL TRUST U/D/T DTD 12/1/70 AS AMENDED | n/a |
| 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED | n/a |
| 1SH021 | THOMAS H SEGAL 1994 TRUST SPECIAL | 10-05373 |
| 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO | n/a |
| 1SH025 | CARL SHAPIRO & RUTH SHAPIRO FAMILY FOUNDATION | n/a |
| 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 | n/a |
| 1SH031 | LINDA SHAPIRO FAMILY TRUST DATED 12/08/76 LINDA WAINTRUP TRUSTEE | n/a |
| 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 | n/a |
| 1SH033 | HORACE V STRAUSS & ELSIE F STRAUSS J/T WROS APT #403 | n/a |
| 1SH034 | KIMBERLY L STRAUSS 1988 TRUST LINDA WAINTRUP TRUSTEE | n/a |
| 1SH035 | KIMBERLY STRAUSS 2006 IRREVOCABLE TRUST | n/a |
| 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | n/a |
| 1SH038 | NEIL STRAUSS PARTNERSHIP C/O DONALD R SHAPIRO | n/a |
| 1SH039 | SAMANTHA L STRAUSS 1985 TRUST LINDA WAINTRUP TRUSTEE | n/a |
| 1SH040 | SAMANTHA L STRAUSS 2003 IRREVOCABLE TRUST | n/a |
| 1SH041 | WELLESLEY CAPITAL MANAGEMENT | n/a |
| 1SH059 | ANDREW N JAFFE 1993 IRREV TST U/D/T DTD 6/11/93 AS AMENDED | n/a |
| 1SH080 | ANDREW JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | n/a |
| 1SH081 | ELLEN J JAFFE 1991 TRUST UDT DATED 12/17/91 AS AMENDED | n/a |
| 1SH082 | MICHAEL JAFFE TRUST UDT DTD 9/25/71 AS AMENDED | n/a |
| 1SH083 | STEVEN C JAFFE TRUST UDT DTD 9/25/71 AS AMENDED | n/a |
| 1SH084 | JENNIFER M SEGAL TRUST UDT DATED 5/1/67 AS AMENDED | n/a |
| 1SH085 | JONATHAN M SEGAL TRUST UDT DATED 12/1/70 AS AMENDED | n/a |
| 1SH086 | RHONDA SHAPIRO SEGAL TST 1993 TST UDT DTD 7/7/93 AS AMENDED | n/a |
| 1SH087 | CARL SHAPIRO TRUST U/D/T 10/31/90 | n/a |
| 1SH088 | RUTH SHAPIRO TRUST U/D/T 10/31/90 | n/a |
| 1SH089 | LINDA S STRAUSS TST 1992 TST U/D/T 3/11/92 AS AMENDED | n/a |
| 1SH100 | DANIEL I WAINTRUP | n/a |
| 1SH139 | L SHAPIRO FAMILY TRUST LINDA WAINTRUP TRUSTEE | n/a |
| 1SH140 | JONATHAN M SEGAL 1989 TRUST T SEGAL TTEE U/D/T DTD 3/9/89 AS AMENDED | n/a |
| 1SH141 | MICHEAL JAFFE 1989 TRUST U/D/T DTD 8/24/89 AS AMENDED | n/a |
| 1SH142 | STEVEN C JAFFE 1989 TRUST | n/a |
| 1SH143 | CARL SHAPIRO TRUST U/D/T 4/9/03 | n/a |
| 1SH144 | RUTH SHAPIRO TRUST U/D/T 4/9/03 | n/a |
| 1SH145 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED | n/a |
| 1SH146 | RHONDA SHAPIRO ZINNER TST 1993 TRUST U/D/T DATED 7/7/93 AS AMENDED | n/a |
| 1SH147 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | n/a |
| 1SH160 | ANDREW JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | n/a |
| 1SH161 | MICHEAL S JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | n/a |
| 1SH162 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | n/a |
| 1SH163 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 | n/a |
| 1SH164 | JENNIFER SEGAL HERMAN TRUST U/D/T DATED 5/1/67 AMENDED | n/a |
| 1SH165 | JONATHAN M SEGAL TRUST U/D/T DTD 12/1/70 AS AMENDED | n/a |

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| | **Column 1** | **Column 2** | **Column 3** |
|---|---|---|---|
| | **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| | 1SH173 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | *n/a* |
| | 1SH174 | CARL SHAPIRO TRUST U/D/T 4/9/03 | *n/a* |
| | 1SH175 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 | *n/a* |
| | 1SH176 | JENNIFER SEGAL HERMAN TRUST U/D/T DTD 5/1/67 AS AMENDED | *n/a* |
| | 1SH177 | JONATHAN M SEGAL TRUST U/D/T/ DTD 12/1/70 | *n/a* |
| | 1SH178 | LINDA SHAPIRO FAMILY TRUST DATED 12/08/76 LINDA WAINTRUP TRUSTEE | *n/a* |
| | 1SH179 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | *n/a* |
| | 1SH180 | MICHAEL S JAFFE TRUST U/D/T/ 9/25/71 AS AMENDED | *n/a* |
| | 1SH181 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO | *n/a* |
| | 1SH182 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DTD 7/7/93 AS AMENDED | *n/a* |
| | 1SH183 | RUTH SHAPIRO TRUST U/D/T/ 4/9/03 | *n/a* |
| | 1SH184 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | *n/a* |
| | 1SH185 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 | *n/a* |
| | 1SH191 | CARL SHAPIRO & RUTH SHAPIRO FAMILY FOUNDATION #3 | *n/a* |
| | 1T0002 | STEVEN SCHNEIDER MD PC PROFIT SHARING PLAN & TRUST | *n/a* |
| | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 | *n/a* |
| | 1T0008 | ELFRIEDE TAYLOR | *n/a* |
| | 1T0009 | ROSE TENENBAUM | *n/a* |
| | 1T0011 | MORRIS L TOBMAN & IDA TOBMAN AS CO TRUSTEES U/A/D 6/17/93 | *n/a* |
| | 1T0012 | EMANUEL TODER | *n/a* |
| | 1T0014 | SYLVIA TORO | *n/a* |
| | 1T0016 | TRANSDUCTIONS INC C/O ARAKAWA AND MADELINE GINS | *n/a* |
| | 1T0017 | TRANSDUCTIONS INC SPECIAL C/O ARAKAWA & MADELINE GINS | *n/a* |
| | 1T0022 | JOSEPH D TUCHMAN & MILDRED TUCHMAN J/T WROS | *n/a* |
| | 1T0024 | MICHAEL TROKEL GARDEN STATE BUSINESS MACHINES | *n/a* |
| | 1U0002 | U M ENERGY CORP PROFIT SHARING PLAN | *n/a* |
| | 1U0003 | ELEANORE C UNFLAT OR MAGNUS A UNFLAT CO-TRUSTEES OF THE ELEANOR C UNFLAT | *n/a* |
| | 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | *n/a* |
| | 1U0006 | MAGNUS A UNFLAT & ELEANOR C UNFLAT J/T WROS | *n/a* |
| | 1V0001 | HARVEY VAN LANEN TRUST | *n/a* |
| | 1V0003 | JANICE VAN LANEN TRUST DATED 4/18/88 | *n/a* |
| | 1W0001 | DOROTHY J WALKER | *n/a* |
| | 1W0005 | LUBIE WAX TRUST ALLAN R HURWITZ OR BARBARA J HURWITZ TRUSTEES | *n/a* |
| | 1W0009 | ESTATE OF MILTON WEINSTEIN MR STANLEY N QUELER ESQ SUITE 112E | *n/a* |
| | 1W0010 | JANIS WEISS | *n/a* |
| | 1W0011 | PAULINE WERBIN | *n/a* |
| | 1W0014 | CECILE WESTPHAL | *n/a* |
| | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST | 10-04323 |
| | 1W0026 | ADELE WINTERS | *n/a* |
| | 1W0027 | ALAN J WINTERS | *n/a* |
| | 1W0028 | ALAN J WINTERS PROFIT SHARING TRUST | *n/a* |
| | 1W0029 | JANET WINTERS | *n/a* |
| | 1W0030 | MAX WINTERS | *n/a* |
| | 1W0031 | BERNARD L MADOFF CUSTODIAN INHERITED IRA FBO ADELE WINTERS | *n/a* |
| | 1W0032 | LINDA WOLF | *n/a* |
| | 1W0033 | LINDA WOLF | *n/a* |
| | 1W0034 | WOLF MANAGEMENT SERVICES INC PROFIT SHARING PLAN | *n/a* |
| | 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR | *n/a* |
| | 1W0039 | BONNIE T WEBSTER | *n/a* |
| | 1W0046 | RAVEN C WILE THE SEASONS | *n/a* |
| | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN | *n/a* |
| | 1Y0002 | STEVEN YAVERS | *n/a* |
| | 1Y0003 | ROSE YEOMAN REV LIVING TST | *n/a* |
| | 1Z0001 | HAROLD L ZANKEL | *n/a* |
| | 1Z0002 | BARRY FREDERICK ZEGER | *n/a* |
| | 1Z0003 | ESTATE OF BARUCH ZEGER C/O HENRY M MATRI COLE SCHOTZ BERNSTEIN | *n/a* |
| | 1Z0004 | GEOFFREY CRAIG ZEGER | *n/a* |

**EXHIBIT 1**

**BLMIS Direct Eligible Accounts**
**February 25, 2015**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Adv. Pro. No.** |
| 1Z0005 | LEROY ZEGER & RITA ZEGER J/T WROS | n/a |
| 1Z0006 | SAM ZEMSKY | n/a |
| 1Z0007 | SHIRLEY ZEMSKY | n/a |
| 1Z0008 | MRS. ANDREA CERTILMAN ZIEGLER | n/a |
| 1Z0009 | DORIS ZIMMETH | n/a |
| 1ZA447 | ADELE SILVERMAN REV TRUST WILLIAM SILVERMAN REV TST TIC | n/a |
| 1ZA822 | HMC ASSOCIATES C/O HAROLD J COHEN | n/a |
| G00301 | CANDAR PUBLISHING CORP DEFINED BENEFIT PLAN & TRUST | n/a |
| G01915 | ARTHUR I SCHLICHTER & TERRY SCHLICHTER | n/a |
| H00328 | ANNE COMORA | n/a |
| H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS | n/a |
| H01923 | FELDER MANAGEMENT ASSOC. ROOM 808 C/O W FELDER | n/a |
| H01939 | ESTATE OF ROSE SHAPIRO C/O GUARANTY INVESTMENT CORP | n/a |
| H01966 | MICHAEL G WOLFSON TRUSTEE U/W/O MILDRED SCHLESSBERG | n/a |
| H01974 | SUPERIOR EQUITIES C/O WILLIAM FELDER | n/a |
| H01976 | BEULAH C STANLEY | n/a |