| | |
|---|---|
| **Baker & Hostetler LLP** | **Settlement Date: March 2, 2015 at 12:00 p.m.** |
| 45 Rockefeller Plaza | **Objection Date: March 2, 2015 at 11:00 a.m.** |
| New York, NY 10111 | |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |
| David J. Sheehan | |
| Nicholas J. Cremona | |
| Ona T. Wang | |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04336 (SMB) |
| v. | |
| THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE | |

|  |
|---|
| APFELBAUM,<br><br>                    Defendants. |

## NOTICE OF SETTLEMENT OF ORDER DENYING
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
## AND *FORUM NON CONVENIENS*

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Regarding Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and *Forum Non Conveniens* entered by this Court in the above-referenced adversary proceeding on February 13, 2015 (ECF No. 133), and upon direction of the court, the undersigned counsel to plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the Estate of Bernard L. Madoff, individually, will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, 10004 on **March 2, 2015 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or objections to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than **March 2, 2015 at 11:00 a.m.** (with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington D.C. 20005, Attn: Kevin H. Bell, Esq., and (c)

Kelley Drye & Warren, LLP, counsel for the Defendants, 101 Park Avenue, New York, New York 10178, Attn: Jonathan K. Cooperman, Esq.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the proposed order.  Unless a counter-proposed order and/or written objection are received before the objection deadline, the proposed order may be signed and entered.

Dated: New York, NY
February 25, 2015

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Tracy Cole
Email: tcole@bakerlaw.com
Ona T. Wang
Email: owang@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

To:  KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Attn:  Jonathan K. Cooperman, Esq.

*Attorneys for Defendants the Estate (Succession) of Doris Igoin, Laurence Apfelbaum, and Emilie Apfelbaum*