**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,<br><br>        Defendants. | Adv. Pro. No. 10-04336 (SMB) |

### ORDER DENYING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS

The Court has considered the above-captioned Defendants' motion to dismiss the Trustee's amended complaint for lack of personal jurisdiction and *forum non conveniens* and its accompanying documents (the "Motion") (ECF Nos. 19 - 23); the Trustee's memorandum of law in opposition to the Motion and its accompanying documents (ECF Nos. 30 - 31); Defendants' submissions in further support of the Motion (ECF Nos. 34 - 36, 87 - 88, 101); the Trustee's

submissions in further opposition to the Motion (ECF Nos. 43, 92 – 93, 100); the Trustee's statement of material jurisdictional facts and accompanying documents, (ECF Nos. 108 - 109), and Defendants' response (ECF No. 113); the arguments of counsel at the hearing on August 6, 2014, and the record in the case; and the Court has determined that the legal and factual bases set forth in the Motion do not establish just cause for the relief requested therein.

Accordingly, for the reasons set forth in the Memorandum Decision Regarding Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and *Forum Non Conveniens* (ECF No. 133) dated February 13, 2015 **IT IS HEREBY ORDERED** that: (i) because the Trustee has made a *prima facie* showing as to personal jurisdiction, this Court will try the issue of personal jurisdiction together with the merits of the Trustee's amended complaint; and (ii) the Motion is denied as to *forum non conveniens*.

Dated: March ___, 2015          _____
       New York, New York              STUART M. BERNSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE