**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HELENE SAREN-LAWRENCE,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 10-04898 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

    I, **Sarah B. Roberts**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

    On February 26, 2015, I served the *Request for Clerk's Entry of Default* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                                                */s/Sarah B. Roberts*
                                                                SARAH B. ROBERTS

Sworn to before me this
26th day of February, 2015

*/s/Sonya M. Graham*
Notary Public
Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

## **SCHEDULE A**

Frederick E. Schmidt, Jr.
Herrick, Feinstein, LLP
Email: eschmidt@herrick.com
Attorney for: Helene Saren-Lawrence

Joshua J. Angel
Herrick, Feinstein, LLP
Email: jangel@herrick.com
Attorney for: Helene Saren-Lawrence