**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Robertson D. Beckerlegge
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>            v.<br><br>JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94 and JOEL I. GORDON,<br><br>                              Defendants. | Adv. Pro. No. 10-04615 (SMB) |

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due September 30, 2014.

2.      Fact Discovery shall be completed by April 15, 2015.

3.      The Disclosure of Case-in-Chief Experts shall be due June 12, 2015.

4.      The Disclosure of Rebuttal Experts shall be due July 17, 2015.

5.      The Deadline for Completion of Expert Discovery shall be October 9, 2015.

6.      The Deadline for Service of a Notice of Mediation Referral shall be December 4, 2015.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be December 18, 2015.

*[The remainder of this page has been left blank intentionally.]*

300351934.1

8.      The Deadline for Conclusion of Mediation shall be April 15, 2016.


Dated: New York, New York            BAKER & HOSTETLER LLP
        February 27, 2015


                                      By: *Marc E. Hirschfield*_____
                                      David J. Sheehan
                                      Marc E. Hirschfield
                                      Oren J. Warshavsky
                                      Robertson D. Beckerlegge
                                      Jacqlyn R. Rovine
                                      45 Rockefeller Plaza
                                      New York, NY 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201

                                      *Attorneys for Irving H. Picard, Trustee*
                                      *for the Substantively Consolidated SIPA*
                                      *Liquidation of Bernard L. Madoff Investment*
                                      *Securities LLC and for the Estate of Bernard*
                                      *L. Madoff*

300351934.1