**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF,<br><br>      Defendants. | Adv. Pro. No. 10-03483 (SMB) |

**STIPULATION AND ORDER ADJOURNING HEARING AND
<u>DEADLINE TO OPPOSE MOTION</u>**

  WHEREAS, on December 2, 2014, Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, filed a Notice of

Motion seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion (the "Motion") to substitute (i) the Estate of Andrew H. Madoff and Martin Flumenbaum for deceased defendant Andrew Madoff and (ii) David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this proceeding; and

WHEREAS, by Stipulation and Order entered on February 4, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to February 27, 2015.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. Any opposition ("Opposition") to the Motion shall be filed by March 13, 2015.

2. The hearing before the Court on the Motion, which was previously scheduled to be held on March 18, 2015, is adjourned to April 29, 2015, at 10:00 a.m.

3. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the Court a further extension, or of any other party's right to object to any such request.

Dated: February 27, 2015
New York, New York

WINDELS MARX LANE & MITTENDORF LLP

BY: /s/ Howard L. Simon
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Howard L. Simon
hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2

DAVID BLUMENFELD

BY: /s/ David Blumenfeld_____
    101 Whitney Lane
    Old Westbury, New York  11568

*Successor Executor of the Estate of*
*Mark D. Madoff*


MARTIN FLUMENBAUM

BY: /s/ Martin Flumenbaum_____
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3191
    Facsimile: (212) 492-0191
    Martin Flumenbaum
    Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: /s/ Andrew Ehrlich_____
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3191
    Facsimile: (212) 492-0191
    Martin Flumenbaum
    Email: mflumenbaum@paulweiss.com
    Andrew Ehrlich
    Email: aehrlich@paulweiss.com

*Attorneys for the Estate of Andrew H. Madoff and*
*the Estate of Mark D. Madoff*


SO ORDERED:

Dated: February 27th, 2015        /s/ STUART M. BERNSTEIN_____
New York, New York              HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE