**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04637 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF GILBERT M. KOTZEN; GILBERT M. KOTZEN 1982 TRUST; LINDA S. PARESKY, in her capacity as personal representative of the Estate of Gilbert M. Kotzen and as Trustee for the Gilbert M. | |

Kotzen 1982 Trust; and Stepheny B. Riemer, in her
capacity as personal representative of the Estate of
Gilbert M. Kotzen and as Trustee for the Gilbert M.
Kotzen 1982 Trust,

                          Defendants.

## FIRST AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.    The Initial Disclosures deadline has passed.

2.    The Deadline for Service of Substantive Interrogatories has passed.

3.    Fact Discovery shall be completed by: February 27, 2015.

4.    The Disclosure of Case-in-Chief Experts shall be due: July 9, 2015.

5.    The Disclosure of Rebuttal Experts shall be due: August 10, 2015.

6.    The Deadline for Completion of Expert Discovery shall be: October 9, 2015.

7.    The Deadline to File a Notice of Mediation Referral shall be: November 9, 2015.

8.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:
      November 23, 2015.

9.    The Deadline for Conclusion of Mediation shall be: January 22, 2016.

Dated: New York, New York
      February 27, 2015

Of Counsel:

Dean D. Hunt
**BAKER & HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Fax: 713.751.1717
Email: dhunt@bakerlaw.com

*/s/ Nicholas J. Cremona*
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate
of Bernard L. Madoff*