**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

**Presentment Date**: March 16, 2015
　　Time: 12:00 p.m.
**Objections Due**: March 13, 2015
**Hearing Date** (Only if necessary): _____
　　Time: _____

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COHMAD SECURITIES CORPORATION, *et al.,*<br><br>　　　　Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**NOTICE OF PRESENTMENT OF ORDER WITH RESPECT TO TRUSTEE'S MOTION TO ENLARGE TIME PURSUANT TO FED. R. BANKR. P. 9006(b) TO SUBSTITUTE THE ESTATE OF CYRIL JALON FOR PARTY CYRIL JALON**

　　Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of Bernard

L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, by and

through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United

States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton

Customs House, One Bowling Green, New York, New York 10004-1408, on **March 16, 2015 at**

**12:00 p.m.**, or as soon thereafter as counsel may be heard, seeking entry of an order to enlarge time to substitute parties as set forth in the following Motion.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408 by no later than **March 13, 2015** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Oren J. Warshavsky and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

Dated: New York, New York
       February 27, 2015

*/s/ Oren J. Warshavsky*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And the estate of Bernard L. Madoff*