**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>COHMAD SECURITIES CORPORATION, *et al.,*<br><br>Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**ORDER GRANTING ENLARGEMENT OF TIME FOR PARTIES TO MOVE FOR SUBSTITUTION OF THE ESTATE OF CYRIL JALON FOR PARTY CYRIL JALON**

THIS MATTER, having come before the Court on the Trustee's motion to enlarge time under Federal Rule of Bankruptcy Rule 9006(b) to extend time to September 17, 2015 to substitute parties, the Court having considered the motion, and the Court having found good cause for the relief sought in the motion, it is hereby **ORDERED** that the Motion is **GRANTED.**

SO ORDERED.

Dated: _____, 2015
       New York, New York

                                                _____
                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE