**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 9074-1(a) for the Southern District of New York, the proposed order, a copy of which is annexed hereto, granting the relief requested set forth in the Trustee's Motion And Memorandum To Affirm His Determination Denying Claims Of Claimants Holding Interests In S & P or P & S Associates, General Partnerships (the "Motion")[1] (ECF No. 8734), dated December 12, 2014 will be presented for settlement and entry to the Honorable Stuart M. Bernstein, at Room 723 of the United States Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on March 9, 2015.

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received by the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m on March 9, 2015. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless an objection is received by that time, the proposed order annexed hereto may be entered by the Court.

Dated: March 2, 2015
      New York, New York

   /s/ David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*