**<u>Exhibit to Order</u>**

**Exhibit 2 as annexed to the supporting Declaration of Vineet Sehgal**

# EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Ande Anderten | 004673 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Burt Moss & Associates, Inc. 401K | 003775 | 1228 | Schoeppl & Burke, P.A. | P & S Associates General Partnership | 1ZA873 |
| Burt Moss & Associates, Inc. 401K | 003775 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Burt Moss & Associates, Inc. 401K Plan | 004950 | 1228 | Schoeppl & Burke, P.A. | P & S Associates General Partnership | 1ZA873 |
| Burt Moss & Associates, Inc. 401K Plan | 004950 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Carone Gallery Inc. Pernsion Trust | 011230 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Carone Marital Trust #1 Utd 1/26/00 | 011277 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Carone Marital Trust C/O R. Ballotta | 011278 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Carone Material Trust #2 Utd 1/26/2000 | 011238 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Sandra W. Dydo | 008134 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Joyce Forte Or Bruce Cummings Or Lynn Cummings | 003428 | 1290 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Joyce Forte Or Bruce Cummings Or Lynn Cummings | 003428 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Paul J. Frank | 004966 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Group Benefit Consultants, Inc | 007092 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Calla And Marvin Gutter | 012857 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Henry C. & Irmgard Koehler, Trust | 003192 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Holy Ghost Father Of Ireland | 004487 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Holy Ghost Father Of Ireland | 004487 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Holy Ghost Fathers South West Brazil | 003763 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Holy Ghost Fathers South West Brazil | 003763 | 531 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Holy Ghost Fathers South West Brazil | 005042 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Holy Ghost Fathers South West Brazil | 005042 | 531 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Joan L. Hughes | 002429 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| James A. Jordan Living Trust | 004482 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Adam C. & Tonya K. Langley | 004560 | 1497 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Adam C. & Tonya K. Langley | 004560 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Gerald Login | 005909 | 1385 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Gerald Login | 005909 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Matthew D Carone Revocable Trust | 011229 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Janet Molchan | 003869 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Burt & Susan Moss | 005343 | 1228 | Schoeppl & Burke, P.A. | P & S Associates General Partnership | 1ZA873 |
| Burt & Susan Moss, Ten Ent | 003783 | 1228 | Schoeppl & Burke, P.A. | P & S Associates General Partnership | 1ZA873 |
| Burt & Susan Moss, Ten Ent | 003783 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Myra Friedman Revocable Trust | 005421 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Abraham & Rita Newman | 003270 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Mary E Nickens | 005180 | 1620 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Mary E Nickens | 005180 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Paroquia De Santa Luzia | 004488 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Robert & Suzanne Plati | 003962 | 1550 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Robert & Suzanne Plati | 003962 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Suzanne K. Plati | 003981 | 1551 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Suzanne K. Plati | 003981 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | 004646 | 1633 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | 004646 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | 004647 | 1633 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | 004647 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | 004648 | 1633 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Robert G. Walsh Family Trust #3, General Partner (P & S Associates General Partnership) | 004648 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Sam Rosen & Edith Rosen | 006322 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Sam Rosen & Edith Rosen | 006322 | 1694 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Abraham Saland | 008218 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Susan M. & Victor G. Shaheen | 005012 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Alex And Angela Shanks | 005622 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Catherine G. Walden | 008198 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Walsh Family Trust #2 | 005362 | 1633 | Pro Se Filing | P & S Associates General Partnership | 1ZA873 |
| Walsh Family Trust #2 | 005362 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Rebekah Gray Wills/Richard Wills, Jr. | 009838 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Elaine Ziffer | 006122 | 1680 | Phillips Nizer LLP | P & S Associates General Partnership | 1ZA873 |
| Alicia N Holloway Revocable Trust | 005170 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Ann W. Wensel Living Trust | 002095 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Kathryn L. Babcock | 003044 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Kathryn L. Babcock | 003044 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Mary Ann Barbara | 004050 | 1573 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Mary Ann Barbara | 004050 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Brett Stepelton IRA Account | 005108 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Brett Stepelton IRA Account | 005108 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Brenda J. Buckley | 003458 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Walter M. & Brenda J. Buckley | 003460 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Walter M. Buckley | 003459 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Burton Harold Moss Ind Ret Acct | 003782 | 1228 | Schoeppl & Burke, P.A. | S & P Associates General Partnership | 1ZA874 |
| Burton Harold Moss Ind Ret Acct | 003782 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Burton Harold Moss Individual Retirement Acct | 004949 | 1228 | Schoeppl & Burke, P.A. | S & P Associates General Partnership | 1ZA874 |
| Burton Harold Moss Individual Retirement Acct | 004949 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Regina Carle | 006081 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Michelle Carter | 006251 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Brenda Joyce Chapman | 003176 | 1354 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Brenda Joyce Chapman | 003176 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Gary R. Chapman | 007091 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Patrick And Patricia Cooney | 005106 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Patrick And Patricia Cooney | 005106 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cristina P. Strobel Trust Via Guardian Angel Trust | 004301 | 1293 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Cristina P. Strobel Trust Via Guardian Angel Trust | 004301 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cristina P. Strobel Trust Via Guardian Angel Trust | 004302 | 1293 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Cristina P. Strobel Trust Via Guardian Angel Trust | 004302 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| David Stepelton Family Trust, Steve Jacoank C Wolke, Co-Trustees | 005586 | 1572 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| David Stepelton Family Trust, Steve Jacoank C Wolke, Co-Trustees | 005586 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Deborah Fellman Revocable Trust | 009744 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Deborah Mcmurtrey IRA | 005582 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Melissa Donelson | 004671 | 1575 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Melissa Donelson | 004671 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Douglas Stepelton Trust | 004958 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Douglas Stepelton Trust | 004958 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Donald A & M Carolyn Dunkle | 002877 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Edward J. Strobel Trust Via Guardian Angel Trust | 004322 | 1294 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Edward J. Strobel Trust Via Guardian Angel Trust | 004322 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Edward J. Strobel Trust Via Guardian Angel Trust | 004323 | 1294 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Edward J. Strobel Trust Via Guardian Angel Trust | 004323 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Sharon Falls | 005110 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Sharon Falls | 005110 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Festus & Helen Stacy Foundation, Inc. | 005407 | 1201 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Festus & Helen Stacy Foundation, Inc. | 005407 | 1274 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Festus & Helen Stacy Foundation, Inc. | 005407 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Barbara B. Fox | 005320 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Fox Family Partnership | 005319 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Fred Mcmurtrey IRA | 005583 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Gary Bizzell IRA Account | 005102 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Gary Bizzell IRA Account | 005102 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Martha Sanders Gennett | 004275 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Mike Goff Custodian For R.A.G., Ugma | 006290 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Wallace M. Goodman | 013815 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Wallace M. Goodman | 013815 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Wallace M. Goodman | 013816 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Wallace M. Goodman | 013816 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Guardian Angel Trust LLC | 004330 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Guardian Angel Trust LLC | 004330 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Margaret B. Guinn (S & P Associates General Partnership) | 005360 | 1633 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Margaret B. Guinn (S & P Associates General Partnership) | 005360 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Helen F. Holt Revocable Trust | 004018 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Adam Holloway | 006408 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Don G. Holloway | 005509 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Joahn L. Hughes | 002557 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Lawrence D Hughes | 003082 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Lawrence D. Hughes | 002559 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Alice B. Iuen | 003972 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Marvin F. Iuen | 003980 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Matthew Jacob | 005590 | 1574 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Matthew Jacob | 005590 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Michael F. Jacob | 005854 | 1565 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Michael F. Jacob | 005854 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Robert Jacob | 004304 | 1623 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Robert Jacob | 004304 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Steve Jacob Cust Fbo J.J. Ugma | 005393 | 1576 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Steve Jacob Cust Fbo J.J. Ugma | 005393 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Edward M. Jacobs | 003910 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| James Allen Jordan IRA | 004483 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Jane Gray Solomon Trust | 004883 | 1571 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Jane Gray Solomon Trust | 004883 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Kim D. Janicek, Custodian | 003322 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Jennifer Stepelton Fka Jennifer Cooney IRA Account | 005101 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Jennifer Stepelton Fka Jennifer Cooney IRA Account | 005101 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| James Judd | 006662 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Karen S Audet IRA | 005894 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Andrea Dee King | 005561 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Susan Kovach | 004672 | 1271 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Susan Kovach | 004672 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Chris P. Lambert | 003197 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Emilie Leonardi | 003097 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Rosemary Leo-Sullivan | 004129 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Richard P Long | 009354 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Richard P. & Dora F. Long | 009353 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Dorothea V. Marema | 004211 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Dorothea V. Marema | 004212 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Marquerite & Steven Marinaro | 002716 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Martha S. Gennett, IRA | 004272 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Martha S. Gennett, Roth IRA | 004294 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Louis Mcilvaine, Trustee | 004623 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Fred Mcmurtrey | 005584 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Susan Michaelson | 004073 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Marilyn K Mick | 005616 | 1494 | Kachroo Legal Services | S & P Associates General Partnership | 1ZA874 |
| Marilyn K Mick | 005616 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Robert G Mick | 005132 | 1494 | Kachroo Legal Services | S & P Associates General Partnership | 1ZA874 |
| Robert G Mick | 005132 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Martha Mohr-Franta | 005621 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Margaret Lipworth & Donna Moss | 006124 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Mr. Paul Mueller | 001243 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Karen Newman | 002745 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Trisha Nichols | 004608 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Louis S. And Darlene A. O'Neal | 003682 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Louis S. O'Neal, Jr. | 003704 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Scott Patience | 003275 | 1356 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Scott Patience | 003275 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Phillip A. Hocott Living Trust | 004984 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Phillip A. Hocott Living Trust | 004984 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Phillip A. Hocott Living Trust | 005518 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Phillip A. Hocott Living Trust | 005518 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Edith A Pillsbury | 004573 | 1622 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Edith A Pillsbury | 004573 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Corinne G Playso | 005620 | 1258 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Corinne G Playso | 005620 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Michael J. Podwill | 008220 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Robert R. Podwill & Gail Podwill | 008190 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Bette Anne (Powell) Peltzer | 003938 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Bette Anne Powell | 003939 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Glen O. & Barbara J. Powell | 003978 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Harvey L Powell | 005103 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Densel L Raines | 009739 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Irwin B & Mary N Reed | 004094 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Charles M. Rowan | 002938 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Donna Jean Rowan | 002937 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Adele Rynkiewicz | 004198 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| E. Anne Sanders | 004276 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Ellen W. Sanders | 004274 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Scott W. Holloway Revocable Trust | 005173 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Scott W. Holloway Revocable Trust | 005173 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Sean D Stepelton IRA/Sep Account | 005107 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Sean D Stepelton IRA/Sep Account | 005107 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Marvin A. Seperson | 004329 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Sharon Falls IRA/Sep Account | 005104 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Sharon Falls IRA/Sep Account | 005104 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Craig C Snyder | 005396 | 1256 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Craig C Snyder | 005396 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Craig C Snyder | 005396 | 1987 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| SPJ Investments, LTD | 004324 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| SPJ Investments, LTD | 004324 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Stepelton Advisors, Inc. | 005412 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Stepelton Advisors, Inc. | 005412 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Douglas A & Virlee Stepelton | 005105 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Douglas A & Virlee Stepelton | 005105 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Sean Stepelton | 005109 | 1204 | Becker & Poliakoff, LLP | S & P Associates General Partnership | 1ZA874 |
| Sean Stepelton | 005109 | 1679 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Sean Stepelton | 005109 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Ann M. Sullivan | 003274 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Ann M. Sullivan | 003274 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Jess L. Taylor | 004237 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Sharon Lee Tiner | 005802 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001879 | 1132 | PRO SE FILING | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001879 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001879 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001880 | 1132 | PRO SE FILING | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001880 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001880 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001881 | 1132 | PRO SE FILING | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001881 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Cindy Wallick | 001881 | 1682 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| James R. & Kathleen Walsh | 005361 | 1633 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| James R. & Kathleen Walsh | 005361 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| James R. & Kathleen Walsh General Partner (S & P Associates General Partnership) | 004645 | 1633 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Kathy G. Walsh General Partner (S & P Associates General Partnership) | 004644 | 1633 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Kathy G. Walsh General Partner (S & P Associates General Partnership) | 004644 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |
| Kathy G. Walsh General Partner (S & P Associates General Partnership) | 004649 | 1633 | Pro Se Filing | S & P Associates General Partnership | 1ZA874 |
| Kathy G. Walsh General Partner (S & P Associates General Partnership) | 004649 | 1681 | Phillips Nizer LLP | S & P Associates General Partnership | 1ZA874 |