**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04981 (SMB) |
| v. | |
| MAR PARTNERS, ESTATE OF ALVIN RUSH, MARILYN RUSH, in her capacity as administrator of the Estate of Alvin Rush, STEPHEN RUSH, in his capacity as administrator of the Estate of Alvin Rush, LAWRENCE RUSH, in his capacity as administrator of the Estate of Alvin Rush, | |

RICHARD RUSH, in his capacity as administrator of the Estate of Alvin Rush , and GREGORY RUSH, in his capacity as administrator of the Estate of Alvin Rush,

           Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants, MAR Partners, Estate of Alvin Rush, Marilyn Rush, in her capacity as administrator of the Estate of Alvin Rush, Stephen Rush, in his capacity as administrator of the Estate of Alvin Rush, Lawrence Rush, in his capacity as administrator of the Estate of Alvin Rush, Richard Rush, in his capacity as administrator of the Estate of Alvin Rush, and Gregory Rush, in his capacity as administrator of the Estate of Alvin Rush (collectively, "Defendants"), and with the Trustee, the "Parties", by and through their counsel, hereby stipulate and agree to the following:

    1.    On December 2, 2010, the Trustee commenced this adversary proceeding against Defendants.

    2.    On January 21, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181] (the "Settlement Agreement").

    3.    Under the Settlement Agreement, Defendants will make installment payments to the Trustee and will execute a Stipulation for Entry of Judgment, as security for the installment payments, which will be held in escrow by Trustee and not filed unless there is a default in the

installment payments which remains uncured after ten (10) business days' notice of default to Defendants and their counsel.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding, subject to the right of Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default in the installment payments to seek entry of Judgment pursuant to the Stipulation for Entry of Judgment.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: March 2, 2015

                BAKER & HOSTETLER LLP

                By: *s/ Nicholas J. Cremona*
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone: 212.589.4200
                Facsimile: 212.589.4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com
                Nicholas J. Cremona
                Email: ncremona@bakerlaw.com
                Christa C. Turner
                Email: cturner@bakerlaw.com

                *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation*

        *of Bernard L. Madoff Investment Securities*
        *LLC and for the Estate of Bernard L. Madoff*

        AKERMAN, LLP

        By: *s/ Michael I. Goldberg*
        Las Olas Centre II, Suite 1600
        350 East Las Olas Boulevard
        Fort Lauderdale, Florida  33301-2229
        Telephone:  954.463.2700
        Facsimile:  .954.463.2224
        Michael I. Goldberg
        Email:  michael.goldberg@akerman.com

        335 Madison Avenue, Suite 2600
        New York, New York  10017
        Telephone:  212.880.3800
        Facsimile:  212.880.8965
        Susan Balaschak, Esq.
        Email:  susan.balaschak@akerman.com

        *Attorneys for Defendant*

SO ORDERED

Dated: March 2nd, 2015

        /s/ STUART M. BERNSTEIN
        HONORABLE STUART M. BERNSTEIN
        UNITED STATES BANKRUPTCY JUDGE