**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                             Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                             Plaintiff,<br><br>            v.<br><br>ESTATE OF GLADYS CASH; and CYNTHIA J. GARDSTEIN, in her individual capacity and in her capacity as Personal Representative of the Estate of Gladys Cash,<br><br>                             Defendants. | Adv. Pro. No. 10-04901 (SMB) |

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: June 26, 2015

2. The Disclosure of Case-in-Chief Experts shall be due: August 26, 2015

3. The Disclosure of Rebuttal Experts shall be due: September 25, 2015

4. The Deadline for Completion of Expert Discovery shall be: December 23, 2015

5. The Deadline for Mediation Referral shall be:  February 12, 2016

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 26, 2016

7. The Deadline for Conclusion of Mediation shall be: June 14, 2016

Dated: New York, New York
      March 3, 2015


Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP


By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*