**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>HARRY PECH and JEFFREY PECH, individually and in their capacities as joint tenants with rights of survivorship,<br><br>        Defendants. | Adv. Pro. No. 10-04858 (SMB) |

**STIPULATION OF PARTIAL SETTLEMENT AND STAY OF FURTHER**
**PROCEEDINGS UNTIL RESOLUTION OF BANKRUPTCY CODE**
<u>**SECTION 546(e) APPEAL**</u>

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Harry Pech and Jeffrey Pech (the "Defendants", and with Trustee, the "Parties"), by and through their counsel, Gabrielle Pretto, Esq., hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee commenced this adversary proceeding against the Defendants seeking the avoidance and recovery of: (a) transfers made by BLMIS within two years of December 11, 2008 (the "Two Year Transfers") and (b) transfers made by BLMIS prior to December 11, 2006 (the "Non-Two Year Transfers").

2. By Order dated April 30, 2012 (the "Dismissal Order"), the United States District Court for the Southern District of New York (the "District Court") dismissed the Trustee's claims to avoid and recover the Non-Two Year Transfers made to certain defendants based on an interpretation of Bankruptcy Code Section 546(e).

3. The Trustee appealed the Dismissal Order to the United States Court of Appeals for the Second Circuit (the "546(e) Appeal").

4. On December 8, 2014, the Second Circuit affirmed the Dismissal Order. The time for which the Trustee could seek review by the United States Supreme Court has not expired.

5. On January 28, 2015, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

6.     Under the Settlement Agreement, the Parties have settled the Trustee's claims for the Two Year Transfers but have agreed to stay this proceeding until a final, non-appealable order is issued in the 546(e) Appeal affirming or reversing the Dismissal Order.

7.     If a final, non-appealable order in the 546(e) Appeal reverses the Dismissal Order, the Trustee will, as soon as practicable, dismiss the Trustee's Two Year Transfer claims against Defendants.  Defendants agree they will not assert any laches, statute of limitations, statute of repose, or time limitations defense based on the time period this proceeding is stayed as against her by this Stipulation.  The Parties stipulate and agree that the Trustee preserves all rights, claims, causes of action, if any, against Defendants for the Non-Two Year Transfers, and Defendants preserve all defenses, if any, in response to the Trustee's Non-Two Year Transfers.

8.     If a final, non-appealable order in the 546(e) Appeal affirms the Dismissal Order, the Trustee will, as soon as practicable, dismiss the adversary proceeding without prejudice and without costs to either the Trustee or Defendants.

9.     The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

**[The signature page follows]**

Dated: February 27, 2015

    BAKER & HOSTETLER LLP

    By: /s/ Nicholas J. Cremona
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: 212.589.4200
    Facsimile: 212.589.4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com

    *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*


    LAX & NEVILLE LLP

    By: /s/ Gabrielle J. Pretto
    1450 Broadway, 35th Floor
    New York, NY 10018
    Telephone: 212.696.1999
    Facsimile: 212.566.4531
    Barry R. Lax
    Email: blax@laxneville.com
    Brian J. Neville
    Email: bneville@laxneville.com
    Gabrielle J. Pretto
    Email: gpretto@laxneville.com

    *Attorneys for Defendants Harry Pech and Jeffrey Pech*


    SO ORDERED

    /s/ STUART M. BERNSTEIN
    HON. STUART M. BERNSTEIN
Dated: March 3rd, 2015    UNITED STATES BANKRUPTCY JUDGE
New York, New York