**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05383 (SMB) |
| Plaintiff, | |
| v. | |
| STANLEY SHAPIRO, *et al.*, | |
| Defendants. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 5, 2015 AT 10:30 A.M.**

**CONTESTED MATTER**

**Picard v. Shapiro, *et al.*, Adv. Pro. No. 10-05383 (SMB)**

1. Motion to Dismiss Adversary Proceeding filed by Gabrielle J. Pretto on behalf of Kenneth Citron, David Shapiro 1989 Trust, as amended, LAD Trust, Leslie Shapiro 1985 Trust, as amended, S&R Investment Co., David Shapiro, Rachel Shapiro, Renee Shapiro, Stanley Shapiro, Leslie Shapiro Citron, Trust F/B/O [A.J.C.], [K.F.C], and [L.L.C.], as amended, Trust F/B/O [W.P.S.] & [J.G.S.] (Filed: 8/28/2014) [Docket No. 37]

    a. Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Trustee's Second Amended Complaint (Filed: 8/282014) [Docket No. 38]

    b. Declaration of Barry R. Lax in Support of Motion to Dismiss the Trustee's Second Amended Complaint (Filed: 8/28//2014) [Docket No. 39]

**OBJECTIONS FILED**:

2. Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Trustee's Second Amended Complaint (Filed: 10/23/2014) [Docket No. 40]

**RESPONSE FILED:**

3. Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Trustee's Second Amended Complaint (Filed: 12/01/2014) [Docket No. 43]

**RELATED FILINGS:**

4. Second Amended Complaint (Filed: 7/8/2014) [Docket No. 33]

5. Stipulation Extending Briefing Schedule and Setting Hearing Date on Defendants' Motion to Dismiss the Trustee's Second Amended Complaint (Filed: 11/18/2014) [Docket No. 42]

6. Notice of Adjournment of Hearing (Filed 2/18/2015) [Docket No. 46]

<u>Status</u>: This matter is going forward.

Dated: March 4, 2105
      New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Ona T. Wang
Email: owang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*