**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 2, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibits A and B, a true and correct copy of the following:

   1. Notice of Settlement of an Order regarding Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in S & P or P & S Associates, General Partnerships (Docket Number 9387)

Executed on  Mar. 3 , 2015

_____
John S. Franks

Sworn to and subscribed before me this 3rd day of March, 2015

(SEAL)

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

_____
Notary Public
March 27, 2018

# Exhibit A

**Exhibit A**

**March 2, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| [redacted] | | | | | | |
| Kachroo Legal Services | Dr. Gaytri D. Kachroo | Street, Suite 1800 | Cambridge | MA | 02142 | |
| [redacted] | | | | | | |
| Phillips Nizer LLP | Chryssa V. Valletta | 666 Fifth Avenue | New York | NY | 10103-0084 | |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | |
| [redacted] | | | | | | |

**Exhibit A**
**March 2, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | | |
| Schoeppl & Burke, P.A. | Carl F. Schoeppl, Esq. (7917) | 4651 North Federal Highway | Boca Raton | FL | 33431 | |
| | | | | | | |

**Page 2 of 2**

# Exhibit B

**Exhibit B**

**March 2, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| BIRD, LOECHL, BRITTAIN & MCCANTS, LLC | 1150 MONARCH PLAZA, 3414 PEACHTREE RD NE | | ATLANTA | GA | 30326 | |
| [redacted] | | | | | | |
| CARL F. SCHOEPPL, ESQ., SCHOEPPL & BURKE, P.A. | 4651 N. FEDERAL HIGHWAY | | BOCA RATON | FL | 33431 | |
| [redacted] | | | | | | |

**Exhibit B**
**March 2, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |

**Exhibit B**

**March 2, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Rice Pugatch & Schiller P.A. | 101 NE 3rd Ave, Ste 1800 | | FT. LAUDEDALE | FL | 33301 | |
| Rice Pugatch Robinson & Schiller P.A. | 101 NE 3rd Ave, Ste 1800 | | FT. LAUDEDALE | FL | 33301 | |
| [redacted] | | | | | | |