**Reed Smith LLP**
599 Lexington Avenue
New York, NY  10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
James C. McCarroll, Esq.
    Email:  jmccarroll@reedsmith.com
Jordan W. Siev, Esq.
    Email:  jsiev@reedsmith.com
Michael J. Venditto, Esq.
    Email: mvenditto@reedsmith.com
Casey D. Laffey, Esq.
    Email:  claffey@reedsmith.com

*Attorneys for Bart M. Schwartz as Receiver of Ariel Fund Limited and Gabriel Capital, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>J. EZRA MERKIN; et al.,<br><br>    Defendants. | Adv. Pro. No. 09-1182 (SMB) |

### NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the Status Conference, in the above-referenced adversary proceeding, which was previously scheduled for April 29, 2015 at 10:00 a.m., has been adjourned to **May 7, 2015, at 10:30 a.m.**

- 1 -

**PLEASE TAKE FURTHER NOTICE** that the above-reference conference will be held before the Honorable Judge Stuart M. Bernstein, United States Bankruptcy Court Judge.

| | |
|---|---|
| Dated: March 5, 2015<br>New York, New York | REED SMITH LLP<br><br>By: /s/ James C. McCarroll<br><br>    James C. McCarroll<br>    Jordan W. Siev<br>    Michael J. Venditto<br>    Casey D. Laffey<br><br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br><br>*Attorneys for Bart M. Schwartz as Receiver of Ariel Fund Limited and Gabriel Capital, L.P.* |