**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE RITA D. GRAYBOW AND DENNIS LISS FAMILY LIVING TRUST; RITA D. GRAYBOW, individually and in her capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living | Adv. Pro. No. 10-05161 (SMB) |

Trust; and DENNIS LISS, individually and in his capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living Trust,

Defendants.

## TRUSTEE'S REQUEST TO ENTER DEFAULT

To:   CLERK OF THE COURT
      UNITED STATES BANKRUPTCY COURT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, respectfully requests that the Clerk of the Court issue a Certificate of Default against defendants The Rita D. Graybow and Dennis Liss Family Living Trust, Rita D. Graybow, and Dennis Liss pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, for failure to plead or otherwise defend the above-captioned action as it fully appears from the Court file and from the attached Affidavit.

**WHEREFORE,** the Trustee respectfully requests that this Court grant the Trustee's Motion in its entirety and provide for such other relief as this Court deems just and proper.

2

Dated: New York, New York  
       March 5, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**  
811 Main Street, Suite 1100  
Houston, Texas 77002-0518  
Telephone: 713.751.1600  
Facsimile: 713.751.1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

Respectfully submitted,

/s/ *Nicholas J. Cremona*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

3

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE RITA D. GRAYBOW AND DENNIS LISS FAMILY LIVING TRUST; RITA D. GRAYBOW, individually and in her capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living | Adv. Pro. No. 05161 (SMB) |

Trust; and DENNIS LISS, individually and in his capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living Trust,

                   Defendants.

## AFFIDAVIT SUPPORTING ENTRY OF DEFAULT

STATE OF TEXAS        )
                              ) ss:
COUNTY OF HARRIS   )

       Farrell Hochmuth, being duly sworn, hereby attests as follows:

       1.    I was admitted pro hac vice into this Court and am a partner at the firm of Baker & Hostetler LLP, which is counsel for Irving H. Picard ("Trustee"), Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the estate of Bernard L. Madoff, individually.

       2.    On December 3, 2010, the Trustee commenced this adversary proceeding by filing a complaint (the "Complaint") against The Rita D. Graybow and Dennis Liss Family Living Trust; Rita D. Graybow, individually and in her capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living Trust; and Dennis Liss, individually and in his capacity as Trustee for the Rita D. Graybow and Dennis Liss Family Living Trust. (the "Defaulting Defendants"). (Dkt. No. 1.) The Complaint asserted claims pursuant to sections 78fff(b), 78FFF-1(a) and 78fff-2(c)(3) of SIPA, sections 105(a), 544, 548(a), 550(a), and 551 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and other applicable law, seeking the avoidance and recovery of fraudulent transfers in connection with certain transfers of property by BLMIS to or for the benefit of the Defaulting Defendants. (*Id.*).

3.  On March 8, 2011, the Clerk of this Court issued a summons upon the Defaulting Defendants. (Dkt. No. 4).

4.  On March 10, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon the Defaulting Defendants. (*See* Dkt. Nos. 4 and 5). An Affidavit of Service evidencing proper and timely service was filed with the Court. (*See* Ex. A., Affidavit of Service; Dkt. No. 5).

5.  Pursuant to the Order (1) Establishing Litigation Case Management Procedures For Avoidance Actions And (2) Amending The February 16, 2010 Protective Order governing the litigation of certain avoidance actions, including this adversary proceeding, the time by which the Defaulting Defendants may answer or otherwise move with respect to the Complaint expired on May 9, 2011. (*See* Dkt. No. 4).

6.  Despite being duly served with the Summons and Complaint, the Defaulting Defendants did not file an answer, move, or otherwise respond to the Complaint on or before May 9, 2011.

7.  Upon information and belief, Rita D. Graybow, individually and in her capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living Trust, and Dennis Liss, individually and in his capacity as Trustee for the Rita D. Graybow and Dennis Liss Family Living Trust, are neither infants nor incompetents.

8.  On February 27, 2015, I performed a search on the Department of Defense Manpower Data Center (DMDC). Upon searching the information data banks of DMDC, the DMDC does not possess any information indicating that Defaulting Defendants Rita D. Graybow and Dennis Liss are currently on active duty as to all branches of the Military.

3

9. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

_____
Farrell Hochmuth

Sworn to before me this
5th day of March, 2015

_____
Notary Public, State of Texas
My Commission Expires On  12/23/17



CRISELDA V STEVENS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 23, 2017

4

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

---

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (BRL) |
| Debtor. | |

---

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| | Adv. Pro. No. 10-05161 (BRL) |
| Plaintiff, | |
| v. | |
| THE RITA D. GRAYBOW AND DENNIS LISS FAMILY LIVING TRUST; RITA D. GRAYBOW, individually and in her capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living Trust; and DENNIS LISS, individually and in his capacity as Trustee for The Rita D. Graybow and Dennis Liss Family Living Trust, | |
| Defendants. | |

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Yan Fayerman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 9th day of March, 2011, I caused a true and accurate copy of the:

    (i)    "Complaint", along with the relevant exhibits (Docket No. 1); and the

300108860

EXHIBIT "A"

(ii) "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

(iii) "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 4); and the

(iv) "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v) "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi) "Third Amended Notice of Omnibus Avoidance Action Hearing Dates".

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of March, 2011 at New York, New York.

By _____
Yan Fayerman

Sworn before me this
9th day of March, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 4, 2013

300108860

Date : 3/9/2011               Adv Pro No: 10-05161 (BRL)                Page # : 1
                                     Exhibit 1
                                Redacted Version

**THE RITA D. GRAYBOW AND DENNIS LISS FAMILY LIVING TRUST**

THE RITA D. GRAYBOW AND DENNIS LISS
FAMILY LIVING TRUST
MARINA DEL REY CA 90292-6278

000644 004231

THE RITA D. GRAYBOW AND DENNIS LISS
FAMILY LIVING TRUST
MARINA DEL REY CA 90292

000644 010446

**RITA D. GRAYBOW**

RITA D. GRAYBOW
MARINA DEL REY CA 90292-6278

001796 004232

RITA D. GRAYBOW
MARINA DEL RAY CA 90292

001796 004233

**DENNIS LISS**

DENNIS LISS
MARINA DEL REY CA 90292

001797 004235