**Reed Smith LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
James C. McCarroll, Esq.
  Email: jmccarroll@reedsmith.com
Jordan W. Siev, Esq.
  Email: jsiev@reedsmith.com
Michael J. Venditto, Esq.
  Email: mvenditto@reedsmith.com
Casey D. Laffey, Esq.
  Email: claffey@reedsmith.com

*Attorneys for Bart M. Schwartz, Receiver of*
*Ariel Fund Limited and Gabriel Capital, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>J. EZRA MERKIN; et al.,<br><br>        Defendants. | Adv. Pro. No. 09-1182 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

    I, **Christopher M. LauKamg**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022.

On March 5, 2015, I served the *Notice of Adjournment of Status Conference to May 7, 2015* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:** *See Attached Schedule A*

CHRISTOPHER M. LAUKAMG

Sworn before me this
5th day of March, 2015

Notary Public

EVELYN GREEN
Notary Public, State of New York
No. 01GR487967
Qualified in New York County
Commission Expires Dec. 15, 2018

## SCHEDULE A

**Counsel to Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff**
David J. Sheehan, Esq.
Lan Hoang, Esq.
Edward J. Jacobs, Esq.
Brian W. Song, Esq.
Sarah Jane T.C. Truong, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: dsheehan@bakerlaw.com
Email: lhoang@bakerlaw.com
Email: ejacobs@bakerlaw.com
Email: bsong@bakerlaw.com
Email: struong@bakerlaw.com

**Counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation**
Neil A. Steiner, Esq.
Andrew J. Levander, Esq.
Diane N. Princ, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Email: neil.steiner@dechert.com
Email: andrew.levander@dechert.com
Email: diane.princ@dechert.com

**Counsel for Ascot Fund Ltd. and Ralph C. Dawson, Esq., as Receiver of Defendant Ascot Partners, L.P.**
Judith A. Archer, Esq.
Jami Mills Vibbert, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103-3198
Email: jarcher@fulbright.com
Email: jvibbert@fulbright.com