**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                         Plaintiff, <br>    v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>                         Defendant. | Adv. Pro. No. 08-01789 (SMB) <br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>                         Plaintiff, <br>    v. <br><br> DEFENDANTS IN  ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO, <br><br>                         Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )

      I, **Tanya Kinne**, being duly sworn, depose and say:  I am more than eighteen years old and

not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On March 4, 2015, I served the **_Letter Regarding Confidentiality Dedesignations_**

**_Affecting the Trustee's Extraterritoriality Submission_** via electronic transmission to the email

address designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to the parties as set forth on the attached Schedule A.

**TO:**    _See Attached Schedule A_

_/s/Tanya Kinne_____
TANYA KINNE

Sworn to before me this
6th day of March, 2015

_/s/Sonya M. Graham_
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

<u>SCHEDULE A</u>

BA Worldwide Fund Management Ltd.
British Virgin Islands

Caprice International Group Inc.
Delray Beach, Florida 33446

and
Delray Beach, Florida 33446

Cenard Investments Ltd
Hamilton, HM12
Bermuda

Eric Schiffer d/b/a Desert Rose Ltd
New York, New York 10018

FG INVESTORS LTD.
Grand Cayman, KT-1-1105
BWI

Inter Asset Management Inc.
British Virgin Islands

INVERCOUNSEL USA LLC
Miami, Florida 33131

INVERCOUNSEL, S.L.
Madrid,
Spain

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
Luxembourg

Pine Cliffs Investment Limited
Hamilton, HM12
Bermuda

Robert D. Salem
London, W1S 3HB
England

Alan B. Vickery
Jack G. Stern
Stephen J. Shimshak
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Email: jstern@bsfllp.com
Email: sshimshak@paulweiss.com
Attorney For: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Alan B. Vickery
Jack G. Stern
Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: avickery@bsfllp.com
Email: jstern@bsfllp.com
Email: sshimshak@paulweiss.com
Attorney For: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Alan M. Unger
Sidley Austin LLP
Email: aunger@sidley.com
Attorney For: KBC INVESTMENTS LIMITED

Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Attorney For: Cardinal Management, Dakota Global

Allison M. Wuertz
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: allison.wuertz@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney For: Barfield Nominees Limited, Northern Trust Corporation

Amanda M. Ulrich
Joseph P. Moodhe
shannon Rose Selden
Debevoise & Plimpton LLP
Email: amulrich@debevoise.com
Email: jpmoodhe@debevoise.com
Email: srselden@debevoise.com
Attorney For: Notz Stucki Management (Bermuda) Limited, Plaza Investments International
Limited


Andreas A. Frischknecht
Erin E. Valentine

Peter R. Chaffetz
Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Email: peter.chaffetz@chaffetzlindsey.com
Attorney For: Kingate Management Limited, SIX SIS AG

Andrew T. Karron
Arnold & Porter LLP
Email: Andrew.Karron@aporter.com
Attorney For: ATLANTIC SECURITY BANK, Platinum All Weather Fund Limited

Andrew J. Ehrlich
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: mflumenbaum@paulweiss.com
Attorney For: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Andrew J. Levander
David S. Hoffner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Attorney For: Andrés Piedrahita

Andrew Martin
Mello Jones & Martin
Email: amartin@mjm.bm
Attorney For: HSBC Bank Bermuda Limited

Andrew W. Hammond
White & Case LLP
Email: ahammond@whitecase.com
Attorney For: Walter Noel

Andrew Z. Lipson
Brian H. Polovoy
Christopher R. Fenton
Shearman & Sterling LLP
Email: andrew.lipson@shearman.com
Email: bpolovoy@shearman.com
Email: christopher.fenton@shearman.com
Attorney For: Nomura International PLC, NOMURA INTERNATIONAL PLC


Anthony L. Paccione
Katten Muchin Rosenman LLP

Email: anthony.paccione@kattenlaw.com
Attorney For: Barfield Nominees Limited, Leon Flax, Lloyds TSB Bank PLC, Northern Trust
Corporation, ZEUS PARTNERS LIMITED

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney For: BGL BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., BNP Paribas
Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman
Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities
Services Succursale de Luxembourg

Barry G Sher
Jodi Aileen Kleinick
Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: barrysher@paulhastings.com
Email: jodikleinick@paulhastings.com
Email: morwetzler@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com
Email: mcademartori@sheppardmullin.com
Attorney For: Union Arbitrage Strategy Fund, Union Securities Investment Trust Co., Ltd., Union
USD Global Arbitrage A Fund, Union USD Global Arbitrage Fund

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: R&H Trust Co. (Jersey) Limited, The Tower Trust

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney For: BGL BNP Paribas Luxembourg S.A., BGL BNP Paribas S.A., BNP Paribas
(Suisse) S.A., BNP Paribas Arbitrage SNC, BNP Paribas Arbitrage SNC, BNP PARIBAS
ARBITRAGE SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman
Limited, BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset
Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BNP
Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities Services S.A., BNP
Paribas Securities Services Succursale de Luxembourg

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,

Email: bsmoore@pbnlaw.com
Attorney For: Herald (Lux) SICAV, LUXALPHA SICAV as represented by its Liquidators
MAITRE ALAIN RUKAVINA and PAUL LAPLUME, Luxembourg Investment Fund,
Luxembourg Investment Fund US Equity Plus, Maitre Alain Rukavina, Maitre Alain Rukavina in
their capacity as liquidator and representative of Luxalpha Sicav, Paul Laplume, Paul Laplume in
their capacity as liquidator and representative of Luxalpha Sicav

Brian J. Butler
Bond, Schoeneck & King, PLLC
Email: bbutler@bsk.com
Attorney For: OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus,
UMR Select Alternatif

Brian Muldrew
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Attorney For: Access International Advisors LLC, Access International Advisors Ltd., ACCESS
MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS
(LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER,
ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER,
CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in
her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a
RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET
(a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will
of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA
VILLEHUCHET), Groupement Financier, Patrick Littaye

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney For: UKFP (ASIA) NOMINEES LIMITED

Bruce M. Sabados
Katten Muchin Rosenman LLP
Email: bruce.sabados@kattenlaw.com
Attorney For: Barfield Nominees Limited, Guernroy Limited, Lloyds TSB Bank PLC, Northern
Trust Corporation, RBC ALTERNATIVE ASSETS, L.P., RBC DOMINION SECURITIES INC.,
ROYAL BANK OF CANADA, ROYAL BANK OF CANADA (ASIA) LIMITED, Royal Bank
of Canada (Channel Islands) Limited, ROYAL BANK OF CANADA (SUISSE) S.A., ROYAL
BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney For: Gregory Bowes

Bruce Ginsberg
James R. Serritella
Joseph Cioffi
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: jserritella@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Bloom Asset Holdings Fund, IXIS Corporate & Investment Bank, Natixis, Natixis
Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC)

Carl H. Loewenson, Jr.
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Attorney For: PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, SafeHand
Investments, Strongback Holdings Corporation

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citi Hedge Fund Services Limited, Citibank (Switzerland) Ltd., CITIVIC
NOMINEES LTD

Charles J. Keeley, III
Evan Davis
James Frasco
Cleary Gottlieb Steen & Hamilton LLP
Email: cjkeeley@cgsh.com
Email: edavis@cgsh.com
Email: jfrasco@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc,
HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC
Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd.,
HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC
Securities Services (Luxembourg) S.A.

Charles C. Platt
Jeremy S. Winer
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Email: jeremy.winer@wilmerhale.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo

Christopher Harris
Latham & Watkins LLP
Email: christopher.harris@lw.com
Attorney For: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland)
Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial
Services (Ireland) Ltd.), ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis

(Isle Of Man) Nominees Limited

Christopher L. McCall
Scott M. Berman
Friedman Kaplan Seiler & Adelman LLP
Email: cmccall@fklaw.com
Email: sberman@fklaw.com
Attorney For: Pierre Delandmeter

D. Farrington Yates
Reid L. Ashinoff
Dentons US LLP
Email: farrington.yates@dentons.com
Email: reid.ashinoff@dentons.com
Attorney For: EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico
(Bahamas) Bank & Trust Limited, EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere
d'Investissements S.A.M., EFG BANK S.A., f/k/a EFG Private Bank S.A.

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Xochitl Strohbehn
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Email: xochitlstrohbehn@quinnemanuel.com
Attorney For: Kingate Euro Fund, Ltd., Kingate Global Fund, Ltd.

Daniel M. Glosband
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com
Attorney For: GTM Management Services Services Corp. N.V., T+M Trusteeship & Management
Services S.A.

Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
Email: dfetterman@kasowitz.com
Attorney For: Jeffrey Tucker

Daniel Schimmel
Jaclyn M. Metzinger
Thomas B. Kinzler
Kelley Drye & Warren LLP
Email: dschimmel@kelleydrye.com
Email: jmetzinger@kelleydrye.com

Email: tkinzler@kelleydrye.com
Attorney For: CACEIS BANK, CACEIS BANK LUXEMBOURG

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney For: Circle Partners

David E. Brodsky
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank
Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg)
S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC
Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private
Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities
Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A., SICO Limited, SOMERS
DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED

David Greenwald
Cravath Swaine & Moore LLP
Email: dgreenwald@cravath.com
Attorney For: M&B Capital Advisers Sociedad de Valores, S.A., UNIFORTUNE ASSET
MANAGEMENT SGR SPA, UNIFORTUNE CONSERVATIVE FUND

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
Email: dmark@kasowitz.com
Attorney For: Banca Carige S.P.A.

David Livshiz
Cleary Gottlieb Steen & Hamilton LLP
Email: dlivshiz@cgsh.com
Attorney For: Caprice International Group Inc., Citibank (Switzerland) Ltd., CITIVIC
NOMINEES LTD

David Onorato
David Y. Livshiz
Jessica Simonoff
Freshfields Bruckhaus Deringer US LLP
Email: david.onorato@freshfields.com
Email: david.livshiz@freshfields.com
Email: jessica.simonoff@freshfields.com
Attorney For: Tensyr Limited

David W. Parham
Baker & McKenzie LLP
Email: david.parham@bakermckenzie.com
Attorney For: CATHAY LIFE INSURANCE CO. LTD.

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Thema Asset Management Limited (BVI), Thema Asset Mgmt. (Bermuda)

Dorothy Heyl
Stacey J. Rappaport
Milbank, Tweed, Hadley & McCloy LLP
Email: dheyl@milbank.com
Email: srappaport@milbank.com
Attorney For: LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz) AG, LGT BANK IN LIECHTENSTEIN

Douglas A. Amedeo
Todd E. Duffy
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Email: tduffy@duffyamedeo.com
Attorney For: Alpha Prime Asset Management Ltd., Alpha Prime Fund Limited, Carruba Asset Management Limited, Regulus Asset Management Limited, Tereo Trust Company Limited, Ursula Radel-Leszczynski

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com
Attorney For: PARSON FINANCE PANAMA

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney For: Robert Blum

Elizabeth A. O'Connor
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Attorney For: BANQUE CANTONALE VAUDOISE, BANQUE PRIVEE ESPIRITO SANTO SA, BORDIER & CIE

Elliot Moskowitz
Davis Polk & Wardwell LLP
Email: elliot.moskowitz@davispolk.com

Attorney For: Eurizon Capital SGR SpA (as Successor in Interest to Eurizon Investimenti SGR SpA, f/k/a Nextra Investment Management SGR SpA, and Eurizon Alternative Investments SGR Spa, f/k/a Nextra Alternative Inv, Eurizon Low Volatility f/k/a Nextra Low Volatility, Eurizon Low Volatility II f/k/a Nextra Low Volatility II, Eurizon Low Volatility PB f/k/a Nextra Low Volatility PB, Eurizon Medium Volatility f/k/a Nextra Medium Volatility, Eurizon Medium Volatility II f/k/a Nextra Medium Volatility II, Eurizon Total Return f/k/a Nextra Total Return, Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA

Eric M. Kay
Quinn Emanuel Urquhart & Sullivan, LLP
Email: erickay@quinnemanuel.com
Attorney For: ABU DHABI INVESTMENT AUTHORITY

Eric B. Halper
John P. Cooney, Jr.
Virginia I. Weber
McKool Smith
Email: ehalper@mckoolsmith.com
Email: jcooney@mckoolsmith.com
Email: vweber@mckoolsmith.com
Attorney For: BANK JULIUS BAER & CO. LTD.

Eric Fishman
Samuel S. Cavior
PILLSBURY WINTHROP SHAW PITTMAN LLP
Email: eric.fishman@pillsburylaw.com
Email: Samuel.Cavior@pillsburylaw.com
Attorney For: FALCON PRIVATE BANK LTD.

Eugene R. Licker
Loeb & Loeb LLP
Email: elicker@loeb.com
Attorney For: LIGHTHOUSE DIVERSIFIED FUND LIMITED, LIGHTHOUSE PARTNERS LLC, LIGHTHOUSE SUPERCASH FUND LIMITED

Franklin B. Velie
Jonathan Kortmansky
Mitchell C. Stein
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Email: jkortmansky@sandw.com
Email: mstein@sandw.com
Attorney For: UniCredit Bank Austria AG

Frederick R. Kessler
Wollmuth Maher & Deutsch LLP
Email: fkessler@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Fairfield Investors (Euro) Limited, Stable Fund

Gabriel Herrmann
Gibson Dunn
Email: gherrmann@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS Deutschland AG as successor in interest to
Dresdner Bank LateinAmerika AG, UBS Fund Services (Luxembourg) SA, UBS Third Party
Management Company SA

Gary J. Mennitt
Dechert LLP
Email: gary.mennitt@dechert.com
Attorney For: Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M.),
ORBITA CAPITAL RETURN STRATEGY LIMITED

Gary S. Lee
John A. Pintarelli
Meryl L. Rothchild
Morrison & Foerster LLP
Email: glee@mofo.com
Email: jpintarelli@mofo.com
Email: mrothchild@mofo.com
Attorney For: Defender Limited, Reliance Management (BVI) Limited

George M. Chalos
Kerri M. D'Ambrosio
Chalos & Co., P.C.
Email: gmc@chaloslaw.com
Email: kdambrosio@chaloslaw.com
Attorney For: First Gulf Bank

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Attorney For: SNS BANK N.V., SNS GLOBAL CUSTODY B.V.

Gregory W. Fox
William P. Weintraub
Goodwin Procter LLP
Email: gfox@goodwinprocter.com
Email: wweintraub@goodwinprocter.com
Attorney For: GTM Management Services Services Corp. N.V., T+M Trusteeship & Management
Services S.A., THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

Heather Lamberg Kafele
Shearman & Sterling LLP
Email: hkafele@shearman.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., INTELIGO BANK LTD.-PANAMA
BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

James N. Lawlor
John D. Giampolo
Wollmuth Maher & Deutsch LLP
Email: jlawlor@wmd-law.com
Email: jgiampolo@wmd-law.com
Attorney For: Korea Investment Trust Management Company

James W. Doggett
Cleary Gottlieb Steen & Hamilton LLP
Email: jdoggett@cgsh.com
Attorney For: Citi Hedge Fund Services Limited

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney For: BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia
Private Bank (Switzerland) Ltd.), BANQUE INTERNATIONALE A LUXEMBOURG S.A. (f/k/a
Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to
Dexia Nordic Private Bank S.A., Cardinal Management, Dakota Global, Radcliff Investments
Limited, Rothschild Trust Guernsey Limited

Jeffrey T. Scott
Joshua J. Fritsch
Sullivan & Cromwell LLP
Email: scottj@sullcrom.com
Email: fritschj@sullcrom.com
Attorney For: Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA, Banque Jacob
Safra (Gibraltar)

Jeremy A. Berman
Marco E. Schnabl
Mark McDermott
Maura Barry Grinalds
Susan L. Saltzstein
Skadden, Arps, Slate, Meagher & Flom LLP
Email: jeremy.berman@skadden.com
Email: marco.schnabl@skadden.com
Email: mark.mcdermott@skadden.com
Email: maurabarry.grinalds@skadden.com
Email: susan.saltzstein@skadden.com
Attorney For: Pioneer Alternative Investment Management Limited, UniCredit S.p.A.

Jeri Buzzetta
Cleary Gottlieb Steen & Hamilton LLP
Email: jbuzzetta@cgsh.com
Attorney For: Citibank (Switzerland) Ltd., CITIVIC NOMINEES LTD

Jessica L. Klarfeld
Jonathan K. Cooperman
Kelley Drye & Warren LLP
Email: jklarfeld@kelleydrye.com
Email: Jcooperman@KelleyDrye.com
Attorney For: Emilie Apfelbaum, Estate (Succession) of Doris Igoin, Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate of (Succession) of Doris Igoin

Joanna Shally
Shearman & Sterling LLP
Email: jshally@shearman.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., BANCO ITAÚ EUROPA INTERNATIONAL, BANCO ITAÚ EUROPA LUXEMBOURG S.A., INTELIGO BANK LTD.-PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: jzulack@fzwz.com
Attorney For: BANQUE CANTONALE VAUDOISE, BANQUE PRIVEE ESPIRITO SANTO SA, BORDIER & CIE, Lombard Odier Darier Hentsch & Cie, Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P., Lyxor Asset Management S.A., as Successor in Interest to Barep Asset Management S.A., Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager Diversified Fund), SG AM AI Premium Fund L.P. (f/k/a SG AM Alternative Diversified U.S. L.P.), SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified Fund), Socgen Nominees (UK) Limited, Societe Generale Bank & Trust S.A., Societe Generale Holding de Participations S.A., as Successor in Interest to Barep Asset Management S.A, Societe Generale Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe Generale S.A., as Trustee for Lyxor Premium Fund

Jonathan P. Guy
Peter J. Amend
Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Email: pamend@orrick.com
Attorney For: KOCH INDUSTRIES. INC.

Jonathan C. Cross
Scott S. Balber
Herbert Smith Freehills NY LLP
Email: jonathan.cross@hsf.com
Email: scott.balber@hsf.com
Attorney For: BANK HAPOALIM (SWITZERLAND) LTD., BANK HAPOALIM B.M.

Jonathan Perry
Dechert LLP
Email: jonathan.perry@dechert.com
Attorney For: ORBITA CAPITAL RETURN STRATEGY LIMITED

Jordan L. Estes
Marc J. Gottridge
Hogan Lovells US LLP
Email: jordan.estes@hoganlovells.com
Email: marc.gottridge@hoganlovells.com
Attorney For: BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., BARCLAYS
PRIVATE BANK & TRUST LIMITED

Kathleya Chotiros
Cleary Gottlieb Steen & Hamilton LLP
Email: kchotiros@cgsh.com
Attorney For: BGL BNP Paribas S.A., BNP PARIBAS ARBITRAGE SNC, BNP Paribas
Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A.,
f/k/a Parvest Investment Management Company S.A.), BNP Paribas Securities Services S.A.

Kent A. Yalowitz
Pamela A. Miller
Arnold & Porter LLP
Email: Kent.Yalowitz@aporter.com
Email: Pamela.Miller@aporter.com
Attorney For: Fullerton Capital Pte Ltd., MERRILL LYNCH BANK (SUISSE) SA, Merrill
Lynch International

Kiersten A. Fletcher
Morrison & Foerster LLP
Email: kfletcher@mofo.com
Attorney For: Defender Limited, PF TRUSTEES LIMITED in its capacity as trustee of RD Trust,
Reliance Management (BVI) Limited

Laura Clinton
Phillip M. Guess
Richard A. Kirby
K&L Gates LLP
Email: laura.clinton@klgates.com
Email: philip.guess@klgates.com
Email: richard.kirby@klgates.com

Attorney For: Eastside Investments Ltd, Investec Trust Switzerland (SA), Radcliffes Trustee Company SA, Turret Corporation (f/k/a Woodstock Corporation (f/k/a Lehigh Corporation)), Wellington Trustees (BVI) Limited

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: lfriedman@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC, CRÉDIT AGRICOLE (SUISSE) S.A., CREDIT AGRICOLE S.A., a.k.a. BANQUE DU CREDIT AGRICOLE

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC, ARDEN ENDOWMENT ADVISERS, LTD.

Mandy DeRoche
Seward & Kissel
Email: deroche@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC, ARDEN ENDOWMENT ADVISERS, LTD., Reliance International Research, LLC

Marc D. Feingold
O'Shea Partners LLP
Email: mfeingold@osheapartners.com
Attorney For: Cornelis Boele

Marisa K. Glassman
Sullivan & Cromwell LLP
Email: glassmanm@sullcrom.com
Attorney For: Banque Jacob Safra (Gibraltar)

Mark G. Cunha
Peter E. Kazanoff
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Email: pkazanoff@stblaw.com
Attorney For: Andrew Smith, BARRENECHE, INC., Charles Murphy, Corina Noel Piedrahita, Daniel Lipton, Fairfield Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, FAIRFIELD GREENWICH CAPITAL PARTNERS, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Gordon Mckenzie, Harold Greisman, Jacqueline Harry, Lourdes Barreneche, Mark Mckeefry, Philip Toub, Richard Landsberger, Santiago Reyes, SELECTA FINANCIAL CORPORATION INC., SHARE MANAGEMENT LLC

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney For: Reliance International Research, LLC, Reliance International Research, LLC

Mark Michael Elliott
Bingham McCutchen LLP
Email: mark.elliott@bingham.com
Attorney For: Aurelia Asset Management Partners, Aurelia Fund Management Ltd., Jean-Marc Wenger, Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney For: Amit Vijayvergiya

Marla Decker
Cleary Gottlieb Steen & Hamilton LLP
Email: mdecker@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS (Luxembourg) SA, UBS AG, UBS AG, UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG, UBS Fund Services (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA, UBS Third Party Management Company SA

Martin J. Crisp
Robert S. Fischler
Ropes & Gray
Email: martin.crisp@ropesgray.com
Email: robert.fischler@ropesgray.com
Attorney For: SCHRODER & CO. BANK AG

Mary E. Sylvester
Arnold & Porter LLP
Email: Mary.Sylvester@aporter.com
Attorney For: Fullerton Capital Pte Ltd., MERRILL LYNCH BANK (SUISSE) SA

Mary K. Warren
Willkie Farr & Gallagher LLP
Email: mwarren@willkie.com
Attorney For: Alberto Benbassat, Cape Investment Advisors Limited, David T. Smith, Dr. Alain B. Lévy, solely in his capacity as Executor of the Estate of Mario Benbassat, Equus Asset Management Partners, L.P., Equus Asset Mgmt. Ltd, Genevalor, Benbassat et Cie, Hermes Asset Management Limited, Roberto Nespolo, Stephane Benbassat

Matthew A. Feldman
Robin Spigel
Willkie Farr & Gallagher LLP
Email: mfeldman@willkie.com
Email: rspigel@willkie.com
Attorney For: Alberto Benbassat, Cape Investment Advisors Limited, David T. Smith, Equus
Asset Management Partners, L.P., Equus Asset Mgmt. Ltd, Genevalor, Benbassat et Cie, Hermes
Asset Management Limited, Roberto Nespolo, Stephane Benbassat, Thema Asset Management
Limited (BVI), Thema Asset Mgmt. (Bermuda)

Michael E. Petrella
O'Shea Partners LLP
Email: mpetrella@osheapartners.com
Attorney For: FORTUNA ASSET MANAGEMENT INC.

Michael P. Burke
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
Email: mburke@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Stable Fund

Michael E. Wiles
Debevoise & Plimpton LLP
Email: mewiles@debevoise.com
Attorney For: Geo Currencies, Hermes International Fund Limited, Lagoon Investment Limited,
Lagoon Investment Trust, Pictet et Cie, Thema Fund Ltd., Thema International Fund plc, Thema
Wise Investments Ltd.

Michael Feldberg
Allen & Overy LLP
Email: michael.feldberg@allenovery.com
Attorney For: ABN AMRO Bank N.A., ABN AMRO BANK N.V.

Nathan D. Adler
Price O. Gielen
Sheldon Eisenberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: nda@nqgrg.com
Email: pog@nqgrg.com
Email: sheldon@eisenbergerlaw.com
Attorney For: 20:20 Medici AG f/k/a Bank Medici AG, Erwin Kohn, Eurovaleur, Inc., Herald
Asset Management Limited, Sonja Kohn

Nathan D. Adler
Price O. Gielen
Sheldon Eisenberger
The Law Office of Sheldon Eisenberger

Email: nda@nqgrg.com
Email: pog@nqgrg.com
Email: sheldon@eisenbergerlaw.com
Attorney For: 20:20 Medici AG f/k/a Bank Medici AG, Erwin Kohn, Eurovaleur, Inc., Herald
Asset Management Limited, Sonja Kohn

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney For: Equity Trading Fund, Ltd., Equity Trading Portfolio Limited

Patrick Berarducci
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: berarduccip@sullcrom.com
Email: nelless@sullcrom.com
Attorney For: STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD.,
f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, STANDARD CHARTERED
FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL
SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK
(LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Krämer, STANDARD
CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.

Philip R. Schatz
Wrobel & Schatz, LLP
Email: philip.schatz@wandslaw.com
Attorney For: RBC DEXIA INVESTOR SERVICES BANK S.A., RBC DEXIA INVESTOR
SERVICES ESPANA S.A, RBC DEXIA INVESTOR SERVICES TRUST

Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: siciliano@thsh.com
Attorney For: Odyssey

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney For: KOOKMIN BANK, Korea Exchange Bank, Individually And As Trustee For Korea
Global All Asset Trust I-1, And For Tams Rainbow Trust III, NATIONAL BANK OF KUWAIT

Richard Levin
Cravath Swaine & Moore LLP
Email: rlevin@cravath.com
Attorney For: Banque Syz & Co., SA, M&B Capital Advisers Sociedad de Valores, S.A.,
TRINCASTER CORPORATION

Richard L. Spinogatti
Proskauer Rose LLP

Email: rspinogatti@proskauer.com
Attorney For: GROSVENOR AGGRESSIVE GROWTH FUND LIMITED, GROSVENOR
BALANCED GROWTH FUND LIMITED, GROSVENOR INVESTMENT MANAGEMENT
LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney For: LION GLOBAL INVESTORS LIMITED

Robert H. Baron
Cravath Swaine & Moore LLP
Email: rbaron@cravath.com
Attorney For: UNIFORTUNE ASSET MANAGEMENT SGR SPA, UNIFORTUNE
CONSERVATIVE FUND

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: rlack@fklaw.com
Attorney For: CDP Capital Tactical Alternative Investments, MULTI-STRATEGY FUND
LIMITED

Robert Knuts
Sher Tremonte LLP
Email: rknuts@shertremonte.com
Attorney For: Theodore Dumbauld

Robinson B. Lacy
Yavar Bathaee
Sullivan & Cromwell LLP
Email: lacyr@sullcrom.com
Email: bathaeey@sullcrom.com
Attorney For: Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA

Sam Levy
Wuersch & Gering LLP
Email: Samuel.levy@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Asset Management
Inc.

Scott B. Schreiber
Arnold & Porter LLP
Email: Scott.Schreiber@aporter.com
Attorney For: ATLANTIC SECURITY BANK

Sean F. O'Shea
O'Shea Partners LLP
Email: soshea@osheapartners.com
Attorney For: Cornelis Boele, FORTUNA ASSET MANAGEMENT INC.

Seong H. Kim
Steptoe & Johnson LLP
Email: skim@steptoe.com
Attorney For: MERITZ FIRE & MARINE INSURANCE CO. LTD.

Shiva Eftekhari
William J. Sushon
O'Melveny & Myers LLP
Email: seftekhari@omm.com
Email: wsushon@omm.com
Attorney For: Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse Securities (USA) LLC, Credit Suisse Wealth Management Limited, Mistral (SPC), Solon Capital, Ltd., Zephyros Limited

Tammy P. Bieber
Thompson Hine LLP
Email: Tammy.Bieber@ThompsonHine.com
Attorney For: Luc. D. Estenne, Partners Advisers S.A., Square Asset Management Ltd., Square One Fund Ltd.

Theresa Trzaskoma
Brune & Richard LLP
Email: ttrzaskoma@bruneandrichard.com
Attorney For: Kathryn R. Siggins

Thomas J. Hall
Chadbourne & Parke LLP
Email: thall@chadbourne.com
Attorney For: Landmark Investment Fund (Ireland)

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney For: QUILVEST FINANCE LIMITED

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: timothy.harkness@freshfields.com
Attorney For: Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby Holding Services Limited, Ashby Investment Services Limited, Individually and as Trustees of The Ashby Trust, El Prela Group Holding Services, El Prela Trading Investments Limited, El Prela Trust, First Peninsula, Individually and as Trustees of the Ashby Trust, Port of Hercules Ltd., Individually and as Trustee of the El Prela Trust, The Ashby Trust

Tracy L. Klestadt
Klestadt Winters Jureller Southard & Stevens, LLP
Email: tklestadt@klestadt.com
Attorney For: Reliance Management (Gibraltar) Limited

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney For: Fairfield Investors (Euro) Limited, Stable Fund

Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: zlandsman@beckerglynn.com
Attorney For: THE SUMITOMO TRUST AND BANKING CO., LTD


Andrew J. Levander
Daphne T. Ha
Gary J. Mennitt
Neil A. Steiner
Dechert LLP
Email: andrew.levander@dechert.com
Email: daphne.ha@dechert.com
Email: gary.mennitt@dechert.com
Email: neil.steiner@dechert.com
Attorney For: Gabriel Capital Corporation

Carrie Tendler
John Han
Jonathan D. Cogan
Michael S. Kim
Kobre and Kim
Email: carrie.tendler@kobrekim.com
Email: john.han@kobrekim.com
Email: jonathan.cogan@kobrekim.com
Email: michael.kim@kobrekim.com
Attorney For: MAXAM ABSOLUTE RETURN FUND, LTD.

Casey D. Laffey
James C. McCarroll
Jordan Siev
Michael J. Venditto
Reed Smith LLP
Email: claffey@reedsmith.com
Email: jmccarroll@reedsmith.com
Email: JSiev@ReedSmith.com
Email: mvenditto@reedsmith.com
Attorney For: Bart M. Schwartz, as Receiver for Ariel Fund Ltd. and Gabriel Capital, L.P.

Charles J. Keeley, III
David E. Brodsky
Evan Davis
James Frasco
Marla Decker
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: cjkeeley@cgsh.com
Email: dbrodsky@cgsh.com
Email: edavis@cgsh.com
Email: jfrasco@cgsh.com
Email: mdecker@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank USA, N.A

Edward P. Sangster
K&L Gates LLP
Email: ed.sangster@klgates.com
Attorney For: Albourne Partners

Jeffrey T. Scott
Joshua J. Fritsch
Marisa K. Glassman
Sullivan & Cromwell LLP
Email: scottj@sullcrom.com
Email: fritschj@sullcrom.com
Email: glassmanm@sullcrom.com
Attorney For: Banque Jacob Safra (Gibraltar), Safra National Bank of New York,

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC.

Mandy DeRoche
Seward & Kissel
Email: deroche@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC., Reliance International Research, LLC

Marc Falcone
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: mfalcone@paulweiss.com
Attorney For: Citco Gobal Custody NV, Citco Fund Services Bermuda, Citco Europe, Citco
Canada

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com

Attorney For: Reliance International Research, LLC

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney For: Capital E Advisors

Seth M. Schwartz
Skadden, Arps, Slate, Meagher & Flom LLP
Email: seth.schwartz@skadden.com
Attorney For: Tremont Partners, Inc.

| Adversary Proceeding Number | Case Name |
|---|---|
| 10-05355 | ABN AMRO Bank (Ireland) Ltd, et al. |
| 11-02760 | ABN Amro Bank N.V., et al. |
| 10-05354 | ABN AMRO Bank, N.A., et al. |
| 11-02493 | Abu Dhabi Investment Authority |
| 12-01023 | Arden Asset Management, et al. |
| 11-02730 | Atlantic Security Bank |
| 11-02570 | Banca Carige S.P.A. |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. |
| 12-01019 | Banco Itau |
| 12-01216 | Bank Hapoalim |
| 11-02922 | Bank Julius Baer & Co. Ltd. |
| 12-01694 | Banque Cantonale Vaudoise |
| 11-01725 | Banque J. Safra (Suisse) SA |
| 11-02571 | Banque Privee Espirito Santo S.A. |
| 11-02149 | Banque Syz & Co., SA |
| 11-02569 | Barclays Bank (Suisse) S.A. et al |
| 12-01669 | Barfield Nominees Limited et al |
| 11-02796 | BNP Paribas Arbitrage SNC |
| 12-01576 | BNP Paribas S.A. et al |
| 12-01695 | Bordier & Cie |
| 11-02758 | Caceis Bank Luxembourg, et al. |
| 12-01700 | Caprice International Group Inc. et al. |
| 10-04287 | Cardinal Management |
| 11-02568 | Cathay Life Insurance Co. LTD. et al |
| 12-01513 | Citivic Nominees Ltd. |
| 12-01022 | Credit Agricole |
| 10-05229 | Defender Limited |
| 12-01577 | Dresdner Bank |
| 10-04457 | Equity Trading Fund |
| 10-04336 | Estate of Doris Igoin, et al. |
| 09-01239 | Fairfield Sentry Limited, et al. |
| 10-05267 | Flax, et al. |
| 12-01004 | Fullerton Capital PTE Ltd. |
| 12-01021 | Grosvenor Investment Management |
| 09-01364 | HSBC Bank PLC, et al. |
| 11-02763 | Inteligo Bank LTD. |
| 11-02761 | KBC Investments Limited |
| 11-02929 | LGT Bank in Liechtenstein Ltd. |
| 11-02540 | Lion Global Investors Limited |
| 12-01207 | Lloyds TSB Bank PLC |
| 12-01693 | Lombard Odier Darier Hentsch & Cie |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. |
| 11-02910 | Merrill Lynch Bank (Suisse) SA |
| 10-05346 | Merrill Lynch International |
| 12-01205 | Multi Strategy Fund Ltd |
| 10-05353 | Natixis, et al. |
| 10-05348 | Nomura Bank International PLC |
| 11-02759 | Nomura International PLC |
| 11-02537 | Orbita Capital Return Strategy |
| 10-05120 | Oreades SICV, et al. |
| 11-01724 | Pictet et Cie |
| 10-04284 | Plaza Investments International Limited, et al. |
| 11-02538 | Quilvest Finance Ltd. |

| | |
|---|---|
| 10-04517 | Radcliffe Investments Limited, et al. |
| 12-01699 | Royal Bank of Canada |
| 12-01210 | Schroder & Co. |
| 12-01195 | Six Sis AG |
| 12-01046 | SNS Bank N.V. et al |
| 11-02784 | Somers Dublin Limited et al |
| 10-04330 | Square One Fund Ltd, et al. |
| 12-01565 | Standard Chartered Financial Services |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. |
| 11-02731 | Trincaster Corporation |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. |
| 12-01211 | Union Securities |
| 09-01154 | Vizcaya Partners Limited, et al. |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. |
| 09-01161 | Ceretti, et al. (Kingate) |
| 12-01680 | Intesa Sanpaolo SpA, et al. |
| 12-01677 | Societe Generale |
| 10-05311 | UBS AG, UBS (Luxembourg) S.A., et al. |
| 12-01702 | Barreneche, Inc et Al(Other Fairfield Partners) |
| 12-01209 | BSI AG |
| 12-01676 | Clariden Leu |
| 11-02925 | Credit Suisse AG et al |
| 12-01690 | EFG Bank S.A., et al. |
| 11-02923 | Falcon Private Bank Ltd. |
| 11-02541 | First Gulf Bank |
| 12-01047 | KOCH INDUSTRIES, INC., as successor |
| 12-01194 | Kookmin Bank |
| 11-02572 | Korea Exchange Bank, Individually And As Trustee For Korea Global All |
| 11-02762 | Lighthouse Investment Partners LLC, et al. |
| 12-01273 | Mistral (SPC) |
| 11-02554 | National Bank of Kuwait S.A.K. |
| 11-02542 | Parson Finance Panama S.A. |
| 12-01698 | RBC Dexia |
| 12-01701 | RD Trust, et al. (Piedrahita) |
| 12-01005 | SICO LIMITED |
| 12-01025 | Solon Capital, Ltd. |
| 12-01002 | The Public Institution For Social Security |
| 10-04285 | UBS AG, et al. |
| 12-01566 | UKFP (Asia) Nominees Ltd. |
| 12-01202 | Vontobel AG et. al. |
| 12-01512 | ZCM Asset Holding Co |
| 12-01278 | Zephyros Limited |
| | |