**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COHEN POOLED ASSET ACCOUNT *et al.*,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04371 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that at the Court's direction, the hearing on Defendants' Motion to Dismiss (ECF No. 87) the Trustee's Complaint has been adjourned from March 25, 2015 to **June 24, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference in the above-referenced adversary proceeding has been adjourned from April 29, 2015 to **July 29, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing and pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
March 5, 2015

| **BAKER & HOSTETLER LLP** | **SHAPIRO, ARATO & ISSERLES, LLP** |
|---|---|
| By: *s/ Dominic A. Gentile* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Oren J. Warshavsky <br> Email: owarshavsky@bakerlaw.com <br> Marc E. Hirschfield <br> Email: mhirschfield@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> Dominic A. Gentile <br> Email: dgentile@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By: *s/ Eric S. Olney* <br> 500 Fifth Avenue, 40th Floor <br> New York, New York 10110 <br> Telephone: 212.257.4880 <br> Facsimile: 212.202.6417 <br> Eric S. Olney <br> Email: eolney@shapiroarato.com <br><br> *Attorneys for Defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H.E. Cohen Foundation* |