**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the estate of Bernard L. Madoff*

**Presentment Date**: March 23, 2015
          Time: 12:00 p.m.
**Objections Due**: March 20, 2015
**Hearing Date** (Only if necessary): _____
          Time: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>COHMAD SECURITIES CORPORATION, *et al.,*<br><br>          Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**NOTICE OF PRESENTMENT OF ORDER WITH RESPECT TO TRUSTEE'S
MOTION TO ENLARGE TIME PURSUANT TO FED. R. BANKR. P. 9006(b)
TO SUBSTITUTE THE ESTATE OF PHYLLIS GUENZBURGER FOR JOINT
TENANT PHYLLIS GUENZBURGER OF THE JOINT TENANCY OF PHYLLIS
GUENZBURGER AND FABIAN GUENZBURGER, A PARTY TO THIS ACTION**

Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of Bernard

L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, by and

through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United

States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton

Customs House, One Bowling Green, New York, New York 10004-1408, on **March 23, 2015 at
12:00 p.m.**, or as soon thereafter as counsel may be heard, seeking entry of an order to enlarge
time to substitute parties as set forth in the concurrently filed Motion.

      **PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be
filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York,
New York 10004-1408 by no later than **March 20, 2015** (with a courtesy copy delivered to the
Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler,
LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Oren J.
Warshavsky and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW,
Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq.  Any objections must specifically
state the interest that the objecting party has in these proceedings and the specific basis of any
objection to the Motion.

Dated: New York, New York
      March 6, 2015

                                          */s/ Oren J. Warshavsky*
                                          Baker & Hostetler LLP
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone: (212) 589-4200
                                          Facsimile: (212) 589-4201
                                          Oren J. Warshavsky
                                          Email: owarshavsky@bakerlaw.com

                                          *Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC And the estate of Bernard L.
Madoff*