**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>COHMAD SECURITIES CORPORATION, *et al.,*<br><br>Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**ORDER GRANTING ENLARGEMENT OF TIME FOR PARTIES TO MOVE FOR SUBSTITUTION THE ESTATE OF PHYLLIS GUENZBURGER FOR JOINT TENANT PHYLLIS GUENZBURGER OF THE JOINT TENANCY OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER, A PARTY TO THIS ACTION**

THIS MATTER, having come before the Court on the Trustee's motion to enlarge time under Federal Rule of Bankruptcy Rule 9006(b)(1) to extend time to September 23, 2015 to substitute parties, the Court having considered the motion, and the Court having found good cause for the relief sought in the motion, it is hereby **ORDERED** that the Motion is **GRANTED.**

SO ORDERED.

Dated: _____, 2015
       New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE