**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>SFIC, LLC, a Delaware limited liability company; CREDIT TRUST; ESTATE OF HARRY J. STERN; MARITAL TRUST I; MARITAL TRUST II; NORCA MARITAL TRUST; LOU STERN and RUSSELL N. STERN, as personal representatives of the Estate of Harry J. Stern and in their capacities as trustees of the Credit Trust, Norca | Adv. Pro. No. 10-05183 (SMB) |

300352144.1

Marital Trust, Marital Trust I, and Marital Trust II; LOU STERN, individually; and THEODORE WM. TASHLIK, in his capacity as trustee of the Norca Marital Trust,

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the Court by filing this Notice of Dismissal as, of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date:  March 9, 2015
      New York, New York

                                      **BAKER & HOSTETLER LLP**

                                      By: *s/ Nicholas J. Cremona*
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email:  dsheehan@bakerlaw.com
                                      Nicholas J. Cremona
                                      Email:  ncremona@bakerlaw.com
                                      Christa C. Turner
                                      Email:  cturner@bakerlaw.com

                                      *Attorneys for Irving H. Picard, Trustee for the*

*Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff*

300352144.1

-3-