**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Brett A. Wall
Jason P. Perdion

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>GURITZKY FAMILY PARTNERSHIP LP,<br><br>SANFORD GURITZKY, individually, and as general partner of the Guritzky Family Partnership | Adv. Pro. No. 10-04288 (SMB) |

LP,

and

BRENDA GURITZKY, individually, and as general partner of the Guritzky Family Partnership, LP, and in her capacity as trustee of Trust 'B' U/W of George H. Hurwitz,

Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 26, 2010 [No. 10-04288], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on February 23, 2015 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 33], wherein the Trustee and Defendants the Guritzky Family Partnership, Sanford Guritzky and Brenda Guritzky (the "Parties") jointly agreed to enter mediation without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Ted A.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Berkowitz, from the law firm of Farrell Fritz, P.C. to act as Mediator in this matter. The Parties further agree to contact Ted A. Berkowitz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated:      New York, New York
            March 9, 2015

*/s/ Nicholas J. Cremona*                          */s/    Hunter T. Carter*
Baker & Hostetler LLP                              Arent Fox LLP
45 Rockefeller Plaza                               1675 Broadway
New York, NY 10111                                 New York, NY 10017
Telephone: (212) 589-4200                          Telephone: (212) 484-3946
Facsimile: (212) 589-4201                          Facsimile: (212) 484-3990
David J. Sheehan                                   Hunter T. Carter
Email: dsheehan@bakerlaw.com                       Email: hunter.carter@arentfox.com
Nicholas J. Cremona                                Mae Stiles
Email: ncremona@bakerlaw.com                       Email: mae.stiles@arentfox.com
Brett A. Wall
Email: bwall@bakerlaw.com
Jason P. Perdion
Email: jperdion@bakerlaw.com
David F. Proano
Email: dproano@bakerlaw.com
Gretchen L. Lange
Email: glange@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*        *Attorneys for Defendants*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*