**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>VIZCAYA PARTNERS LIMITED, BANQUE JACOB SAFRA (GIBRALTAR) LTD, a/k/a BANK J SAFRA LIMITED, ASPHALIA FUND LIMITED, and ZEUS PARTNERS LIMITED,<br><br>                    Defendants. | Adv. Pro. No. 09-01154 (SMB) |

## STIPULATION ADJOURNING PRE-TRIAL CONFERENCE

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for March 25, 2015 has been adjourned and will be held on **May 20, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: March 9, 2015
    New York, New York


SULLIVAN & CROMWELL LLP

    /s/ Jeffrey T. Scott_____
BY:    Jeffrey T. Scott
    scottj@sullcrom.com
    Joshua J. Fritsch
    fritschj@sullcrom.com
    125 Broad Street
    New York, New York 10004
    (212) 558-4000

    *Attorneys for Defendant Bank. J. Safra
    (Gibraltar) Limited*


KATTEN MUCHIN ROSENMAN LLP

    /s/_Anthony L. Paccione_____
BY:    Anthony L. Paccione
    anthony.paccione@kattenlaw.com
    575 Madison Avenue
    New York, NY 10022-2585
    (212) 940-8800

    *Attorney for Defendant
    Zeus Partners Limited*


BAKER & HOSTETLER LLP

    /s/_Oren J. Warshavsky_____
BY:    Oren J. Warshavsky
    owarshavsky@bakerlaw.com
    Robertson D. Beckerlegge
    rbeckerlegge@bakerlaw.com
    45 Rockefeller Plaza
    New York, NY 10111
    (212) 589-4200

    *Attorneys for Irving H. Picard, Trustee
    for the Substantively Consolidated SIPA
    Liquidation of Bernard L. Madoff
    Investment Securities LLC and the
    Estate of Bernard L. Madoff*