**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA,<br><br>　　　　　Defendant. | Adv. Pro. No. 11-01725 (SMB) |

## STIPULATION ADJOURNING PRE-TRIAL CONFERENCE

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for March 25, 2015 has been adjourned and will be held on **May 20, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: March 9, 2015
      New York, New York


SULLIVAN & CROMWELL LLP

     /s/ Jeffrey T. Scott_____
BY:   Jeffrey T. Scott
      scottj@sullcrom.com
      Joshua J. Fritsch
      fritschj@sullcrom.com
      125 Broad Street
      New York, New York 10004
      (212) 558-4000

      *Attorneys for Defendant Banque J.*
*Safra (Suisse) SA*


BAKER & HOSTETLER LLP

     /s/ Oren J. Warshavsky_____
BY:   Oren J. Warshavsky
      owarshavsky@bakerlaw.com
      Robertson D. Beckerlegge
      rbeckerlegge@bakerlaw.com
      45 Rockefeller Plaza
      New York, NY 10111
      (212) 589-4200

      *Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and for the*
*Estate of Bernard L. Madoff*