**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04616 (SMB) |
| NICOLETTE WERNICK NOMINEE PARTNERSHIP; MARITAL GST EXEMPT TRUST F/B/O NICOLETTE WERNICK U/ ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; MARITAL GST NON-EXEMPT TRUST F/B/O NICOLETTE WERNICK U/ ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; M. GORDON EHRLICH, in his capacity as managing partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/ Article III of the Harold Wernick Revocable Trust dtd 9/16/1991; NICOLETTE WERNICK, | |

individual and in her capacity as partner of the
Nicolette Wernick Nominee Partnership and as
Trustee of the Marital GST Exempt Trust f/b/o
Nicolette Wernick u/ Article III of the Harold
Wernick Revocable Trust dtd 9/16/1991 and as
Trustee of the Marital GST Non-Exempt Trust f/b/o
Nicolette Wernick u/ Article III of the Harold
Wernick Revocable Trust dtd 9/16/1991; and
HOPE WIGMORE, in her capacity as Trustee of
the Marital GST Exempt Trust f/b/o Nicolette
Wernick u/ Article III of the Harold Wernick
Revocable Trust dtd 9/16/1991 and as Trustee of
the Marital GST Non-Exempt Trust f/b/o Nicolette
Wernick u/ Article III of the Harold Wernick
Revocable Trust dtd 9/16/1991,

                              Defendants.

### STIPULATION AND ORDER AGREEING TO APPLY DECISION IN THE OMNIBUS PROCEEDINGS TO THIS ADVERSARY PROCEEDING

**WHEREAS**, on November 30, 2010, the plaintiff, Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), commenced the above-captioned adversary proceeding in the Bankruptcy Court against defendants Nicolette Wernick Nominee Partnership, Marital GST Exempt Trust F/B/O Nicolette Wernick Revocable Trust DTD 9/16/1991, Marital GST Non-Exempt Trust F/B/O Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, M. Gordon Ehrlich and Nicolette Wernick (the "Defendants," together with the Trustee, the "Parties") (the "Adversary Proceeding");

**WHEREAS**, a hearing was held before the Bankruptcy Court on February 14, 2014 to address the most efficient manner of litigating common legal issues and coordinating common and consolidated discovery in the hundreds of adversary proceedings pending before the Court;

**WHEREAS**, on February 21, 2014, the Bankruptcy Court entered the Case Management Order Regarding Certain Pending Motions to Dismiss (the "Omnibus Proceedings");

**WHEREAS**, on April 17, 2014, Defendants moved to dismiss the Adversary Proceeding pursuant to Federal Rule of Civil Procedure 12(b)(6) made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure;

**WHEREAS**, on June 24, 2014, the issues raised in Defendants' motion to dismiss, together with the issues raised in the Trustee's complaint were referred to mediation pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order;

**WHEREAS**, on July 14, 2014, the Parties mutually selected Judge Francis Conrad to act as Mediator in this matter;

**WHEREAS**, a hearing was held on September 17, 2014 before the Bankruptcy Court to consider the common legal issues in the Omnibus Proceedings;

**WHEREAS**, the Defendants are neither parties to, nor have joined in the Omnibus Proceedings;

**WHEREAS**, the Defendants' motion to dismiss incorporates all the arguments set forth by similarly situated defendants in the Omnibus Proceedings;

**WHEREAS**, the date hereof, the Court has not yet ruled on the Omnibus Proceedings;

**WHEREAS**, on November 14, 2014 the mediation concluded with the Parties unable to reach an amicable resolution despite repeated efforts at mediation; and

**WHEREAS**, the unresolved issues between the Parties are closely analogous to those presently before, and being considered by, the Bankruptcy Court in the Omnibus Proceedings.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned herein, that:

1.      Any decision rendered in the Omnibus Proceedings, to the extent it affects the unresolved issues in the Adversary Proceeding, will apply equally to the Adversary Proceeding and such decision will dispose of the motion to dismiss filed herein.

2.      To the extent that the decision in the Omnibus Proceedings does not dismiss all claims in the Adversary Proceeding, Defendants shall file an answer to the Trustee's complaint within thirty (30) days of the entry of the Bankruptcy Court's order giving effect to the decision in the Omnibus Proceedings.

3.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall

[*Remainder of This Page Intentionally Left Blank*]

be deemed an original.

Dated as of:  March 9, 2015

**BAKER & HOSTETLER LLP**

By: s/ *Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile:  713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

**LAX & NEVILLE LLP**

By: /s/_*Gabrielle J. Pretto*_____
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Gabrielle J. Pretto
Email: gpretto@laxneville.com
Barry R. Lax
Email: blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com

*Attorneys for Defendants Nicolette Wernick*
*Nominee Partnership, Marital GST Exempt*
*Trust FBO Nicolette Wernick U/Article III of*
*the Harold Wernick Revocable Trust dtd*
*9/16/1991, Marital GST Non-Exempt Trust*
*FBO Nicolette Wernick U/Article III of the*
*Harold Wernick Revocable Trust dtd*
*9/16/1991,  and Nicolette Wernick*

SO ORDERED

/s/ STUART M. BERNSTEIN____

Dated:  March 9th, 2015
New York, New York

Hon. Stuart M. Bernstein
United States Bankruptcy Judge