UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

                Plaintiff,

    - against -

A&G GOLDMAN PARTNERSHIP AND PAMELA
GOLDMAN,

                Defendants.

14 Cv. 9524 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3-4-15

---

JOHN G. KOELTL, District Judge:

On December 15, 2014, the Goldman parties withdrew their

motion to withdraw the reference.  Accordingly the Clerk is

directed to **close Docket No. 1 and to close this case.**

SO ORDERED.

Dated:    New York, New York
         March 4, 2015

                                 John G. Koeltl
                        United States District Judge