**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Karin S. Jenson, Esq.

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF CONFERENCE ON TRUSTEE'S**
**LETTER REGARDING CONFIDENTIALITY DESIGNATIONS**
**<u>AFFECTING THE TRUSTEE'S EXTRATERRITORIALITY SUBMISSION</u>**

**PLEASE TAKE NOTICE** that the informal conference requested in the Trustee's Letter Regarding Confidentiality Designations Affecting the Trustee's Extraterritoriality Submission [Dkt. 9413] will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on March 18, 2015 at 2:00 p.m.

1

(prevailing Eastern time) or as soon thereafter as counsel may be heard.

Dated: March 10, 2015
     New York, New York

/s/ *David J. Sheehan*
David J. Sheehan, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Karin S. Jenson
Email:  kjenson@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the*
*Estate of Bernard L. Madoff*