Exhibit B

BLMIS ACCOUNT NO. 1K0081 - KELMAN PARTNERS LP

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 11/9/1993 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 1,000,000 | - | - | - |
| 1/27/1995 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 8,000,000 | - | - | - |
| 12/30/1996 | CHECK WIRE | 750,000 | 750,000 | - | - | - | 11,250,000 | - | - | - |
| 11/15/2002 | CHECK | 7,500,000 | 7,500,000 | - | - | - | 26,750,000 | - | - | - |
| 2/25/2005 | CHECK WIRE | (34,000,000) | - | (34,000,000) | - | - | (28,662,000) | - | - | (28,662,000) |
| | Total: | $ 26,750,000 | $ (68,723,340) | $ - | $ - | $ (41,973,340) | $ - | $ (13,311,340) | $ (41,973,340) | |

Page 1 of 1 - 1K0081

EXHIBIT 1

MADC0789_00000002

**EXHIBIT 2**

## SUBSEQUENT TRANSFERS BY DEFENDANT KELMAN PARTNERS LIMITED PARTNERSHIP OF FUNDS WITHDRAWN FROM BLMIS ACCOUNT 1K0081 BETWEEN DECEMBER 11, 2006 AND DECEMBER 11, 2008 TO STIPULATING DEFENDANTS

**BLMIS Withdrawal:**

| | | |
|---|---|---|
| June 20, 2008* | | $13,311,340.00 |

**Subsequent Transfers:**

| | | |
|---|---|---|
| June 27, 2008** | Trust for Evan Kelman | 2,611,684.91 |
| June 27, 2008** | Trust for Jason Kelman | 2,611,684.91 |
| June 27, 2008** | Trust for Seth Kelman | 2,611,684.91 |
| June 27, 2008** | Kelman Family 2003 Irrevocable Trust | 119,802.66 |
| | | **$7,954,857.39** |

\* The withdrawal was posted on the BLMIS account statement on June 20, 2008 and the deposit was made by wire transfer to a Kelman Partners Limited Partnership investment account on that same date.

\*\* The Subsequent Transfers were made by wire transfer on June 27, 2008.