UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>   v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br>   v.<br>THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,<br><br>        Defendants. | Adv. Pro. No. 10-04336 (SMB) |

**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned herein, that the time for Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and Emilie Apfelbaum ("Defendants") to answer, move against, or

NY01\JACOJES\3953995.3

otherwise respond to the Trustee's Complaint, filed in the above-captioned case, is extended up to and including March 20, 2015.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including, without limitation, any defenses based on lack of jurisdiction.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed by counsel for the parties in counterparts and by facsimile.

Dated: March 11, 2015

| BAKER & HOSTETLER LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| By: _____ <br> David J. Sheehan <br> Nicholas J. Cremona <br> Tracy Cole <br> Ona T. Wang <br> David M. McMillan <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> (212) 589-4200 <br><br> *Attorneys* for *Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: _____ <br> Jonathan K. Cooperman <br> Jessica L. Klarfeld <br> 101 Park Avenue <br> New York, New York 10178 <br> (212) 808-7800 <br><br> *Attorneys for Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum, and Emilie Apfelbaum* |