## EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIPS
Partnership With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership Account Name | Partnership Name | Partnership Account Number | Claim Filed By Partnership | Total Outstanding Objections Received From Claimants Invested In The Partnership |
|---|---|---|---|---|
| Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Yes (006311) | 177 |
|  |  |  |  | **Total: 177** |