## EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Partnership Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Michael C. Allen | 005934 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael C. Allen | 005934 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Robert B. Allen | 005946 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Robert B. Allen | 005946 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph M. Auricchio | 006655 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph M. Auricchio | 006655 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Judith W. Bailey As Limited Partner Of Peerstate Equity Fund LP | 015322 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Judith W. Bailey As Limited Partner Of Peerstate Equity Fund LP | 015322 | 3273 | Reisman, Peirez & Reisman LLP | Peerstate Equity Fund LP | 1ZB295 |
| Judith W. Bailey As Limited Partner Of Peerstate Equity Fund LP | 015322 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Bailey, As A Limited Partner Of Peerstate Equity Fund LP | 013085 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Bailey, As A Limited Partner Of Peerstate Equity Fund LP | 013085 | 3274 | Reisman, Peirez & Reisman LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Bailey, As A Limited Partner Of Peerstate Equity Fund LP | 013085 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anthony Dias Blue | 006345 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anthony Dias Blue | 013347 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anthony Dias Blue | 006345 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anthony Dias Blue | 013347 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph Brancato | 001159 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph Brancato | 001159 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph Brancato | 004014 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph Brancato | 004014 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anabella B. Charwat | 002800 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anabella B. Charwat | 003142 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anabella B. Charwat | 003142 | 3251 | Pro Se Filing | Peerstate Equity Fund LP | 1ZB295 |
| Anabella B. Charwat | 002800 | 3251 | Pro Se Filing | Peerstate Equity Fund LP | 1ZB295 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Anabella B. Charwat | 002800 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anabella B. Charwat | 003142 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Mark S. Charwat | 003131 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Mark S. Charwat | 002759 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Mark S. Charwat | 003131 | 3260 | Pro Se Filing | Peerstate Equity Fund LP | 1ZB295 |
| Mark S. Charwat | 002759 | 3260 | Pro Se Filing | Peerstate Equity Fund LP | 1ZB295 |
| Mark S. Charwat | 003131 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Mark S. Charwat | 002759 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Peter Cohn | 002204 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Peter Cohn | 005487 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Peter Cohn | 002204 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Peter Cohn | 005487 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Peter Cohn - Limited Partner Of Peerstate Equity Fund | 003895 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Peter Cohn - Limited Partner Of Peerstate Equity Fund | 003895 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Coppolino | 008448 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Coppolino | 008448 | 3265 | Milberg LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Coppolino | 008448 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph D. Corso | 003405 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph D. Corso | 003406 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph D. Corso | 003406 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joseph D. Corso | 003405 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Rita D'Agostino | 004565 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Rita D'Agostino | 004565 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Rita D'Agostino ITF Frank Michael D'Agostino | 004564 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Rita D'Agostino ITF Frank Michael D'Agostino | 004564 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Daniel A Sugarman Def Benefit Pension Plan | 005612 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Daniel A Sugarman Def Benefit Pension Plan | 005612 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Henrietta Edelman | 003780 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Henrietta Edelman | 003780 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Paul B. Edelman | 003781 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Paul B. Edelman | 003781 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Leo Fardella | 005047 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Leo Fardella | 005047 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Elise Jan Flagg | 004800 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Elise Jan Flagg | 004800 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Noel M. Flagg | 002345 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Noel M. Flagg | 002345 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Frank R. Nataro, M.D., P.C. Retirement Plan | 003307 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Frank R. Nataro, M.D., P.C. Retirement Plan | 003307 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Glenn Ross MD, PC Profit Sharing Plan | 003416 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Glenn Ross MD, PC Profit Sharing Plan | 003416 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dr. Amy Zahl Gottlieb | 007397 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dr. Amy Zahl Gottlieb | 007398 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dr. Amy Zahl Gottlieb | 007398 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dr. Amy Zahl Gottlieb | 007397 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Shari Haber | 004120 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Shari Haber | 004120 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Elizabeth Harrington | 005600 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Elizabeth Harrington | 005600 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Helen Kornblatt & Robert Krizek JTWROS | 004631 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Helen Kornblatt & Robert Krizek JTWROS | 004631 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ronald J. Hurwitz | 001485 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ronald J. Hurwitz | 006824 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ronald J. Hurwitz | 001485 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ronald J. Hurwitz | 006824 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Shizue Imai | 003959 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Shizue Imai | 003959 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joann P Erb Pension Plan | 005458 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Joann P Erb Pension Plan | 005458 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joann P Erb Pension Plan | 005458 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Joann P Erb Pension Plan | 005458 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Johnny Lee FBO Johnny Lee IRA Plan | 005591 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Johnny Lee FBO Johnny Lee IRA Plan | 005591 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Judith W. Bailey (IRA) | 015323 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Judith W. Bailey (IRA) | 015323 | 3276 | Reisman, Peirez & Reisman LLP | Peerstate Equity Fund LP | 1ZB295 |
| Judith W. Bailey (IRA) | 015323 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Steven B. Kaplan | 005064 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Steven B. Kaplan | 005064 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Amelia R. Kipling | 006307 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Amelia R. Kipling | 006307 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Martin Krebs | 003971 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Martin Krebs | 003971 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Martin Krebs Tstee | 003915 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Martin Krebs Tstee | 003915 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Fenney Kuo-Zelnik | 003110 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Fenney Kuo-Zelnik | 003110 | 3293 | Pro Se Filing | Peerstate Equity Fund LP | 1ZB295 |
| Fenney Kuo-Zelnik | 003110 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Leav | 002562 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Leav | 002481 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Leav | 002954 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Leav | 002562 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Leav | 002481 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Richard Leav | 002954 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Brian D. Lee | 006347 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Brian D. Lee | 006347 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ilya Libman | 003902 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ilya Libman | 003902 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Georgiana Mallilo | 002842 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Georgiana Mallilo | 002842 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| MCA Family Ltd Partnership | 005933 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| MCA Family Ltd Partnership | 005933 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael C. Allen IRA Plan | 005931 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael C. Allen IRA Plan | 005931 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael C. Allen CPA PLLC 401-K Profit Sharing Plan | 005932 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael C. Allen CPA PLLC 401-K Profit Sharing Plan | 005932 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael Morgal & Melissa Morgal JT WROS | 004975 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Michael Morgal & Melissa Morgal JT WROS | 004975 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dixie H Morgal | 005910 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dixie H Morgal | 005910 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dixie H Morgal & Michael J Morgal | 005911 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dixie H Morgal & Michael J Morgal | 005912 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dixie H Morgal & Michael J Morgal | 005912 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dixie H Morgal & Michael J Morgal | 005911 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anne Marie Nataro | 003305 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Anne Marie Nataro | 003305 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Frank Nataro, M.D. | 003306 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Frank Nataro, M.D. | 003306 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Raymond Nieves | 003133 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Raymond Nieves | 003133 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| NTC & Co FBO Richard Leav, IRA Plan | 002953 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| NTC & Co FBO Richard Leav, IRA Plan | 002953 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| NTC & Co. FBO Suzanne C. Bailey IRA Plan* | 015321 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| NTC & Co. FBO Suzanne C. Bailey IRA Plan* | 015321 | 3275 | Reisman, Peirez & Reisman LLP | Peerstate Equity Fund LP | 1ZB295 |
| NTC & Co. FBO Suzanne C. Bailey IRA Plan* | 015321 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Geoffrey N Oakden | 003052 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Geoffrey N Oakden | 003052 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Thomas J. O'Brien & Donna M. O'Brien | 005201 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Thomas J. O'Brien & Donna M. O'Brien | 005201 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Partricia S Pike And Earl S Pike | 005459 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Partricia S Pike And Earl S Pike | 005459 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| James & Barbara Prochilo | 004559 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| James & Barbara Prochilo | 004559 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Louis & Dorothy Prochilo | 004243 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Louis & Dorothy Prochilo | 004243 | 3193 | Pro Se Filing | Peerstate Equity Fund LP | 1ZB295 |
| Louis & Dorothy Prochilo | 004243 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Rita D'Agostino, IRA | 004563 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Rita D'Agostino, IRA | 004563 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Robert N Getz LLC | 006264 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Robert N Getz LLC | 006264 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Andrew Ross | 003415 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Andrew Ross | 003415 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Evan & Jacqueline Schecter | 002943 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Evan & Jacqueline Schecter | 002943 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Evan And Jacqueline Schecter | 002386 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Evan And Jacqueline Schecter | 002386 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Robyn Schmitt | 003268 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Robyn Schmitt | 003268 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Mary G. Scully | 003875 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Mary G. Scully | 003875 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dena Silver | 004668 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Dena Silver | 004668 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Bernice W. Simon | 004213 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Bernice W. Simon | 004213 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ronnie Sonnenberg | 005356 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Ronnie Sonnenberg | 005356 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Frieda Stangler | 002371 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Frieda Stangler | 002371 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Steven Getz IRA (Peerstate Equity Fund, LP) | 006361 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Steven Getz IRA (Peerstate Equity Fund, LP) | 006361 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Estate Of Ann J Stillman | 005457 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Estate Of Ann J Stillman | 005457 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Brenda G. Williams-Parris | 005484 | 3186 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |
| Brenda G. Williams-Parris | 005484 | 3801 | Becker & Poliakoff, LLP | Peerstate Equity Fund LP | 1ZB295 |