**EXHIBIT 3 – OBJECTION DETAILS**

Further Details of Outstanding Objections From Claimants Invested In The Partnership Identified In Exhibit 1

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 001159 | Joseph Brancato | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 001159 | Joseph Brancato | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 001485 | Ronald J. Hurwitz | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 001485 | Ronald J. Hurwitz | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002204 | Peter Cohn | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002204 | Peter Cohn | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002345 | Noel M. Flagg | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002345 | Noel M. Flagg | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002371 | Frieda Stangler | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002371 | Frieda Stangler | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002386 | Evan And Jacqueline Schecter | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002386 | Evan And Jacqueline Schecter | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002481 | Richard Leav | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002481 | Richard Leav | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002562 | Richard Leav | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002562 | Richard Leav | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002759 | Mark S. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002759 | Mark S. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/30/2010 |
| 002759 | Mark S. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 002800 | Anabella B. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002800 | Anabella B. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/29/2010 |
| 002800 | Anabella B. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002842 | Georgiana Mallilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002842 | Georgiana Mallilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002943 | Evan & Jacqueline Schecter | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002943 | Evan & Jacqueline Schecter | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002953 | NTC & Co FBO Richard Leav, IRA Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002953 | NTC & Co FBO Richard Leav, IRA Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 002954 | Richard Leav | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 002954 | Richard Leav | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003052 | Geoffrey N Oakden | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003052 | Geoffrey N Oakden | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003110 | Fenney Kuo-Zelnik | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003110 | Fenney Kuo-Zelnik | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 12/2/2010 |
| 003110 | Fenney Kuo-Zelnik | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003131 | Mark S. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003131 | Mark S. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/30/2010 |
| 003131 | Mark S. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003133 | Raymond Nieves | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 003133 | Raymond Nieves | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003142 | Anabella B. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003142 | Anabella B. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/29/2010 |
| 003142 | Anabella B. Charwat | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003268 | Robyn Schmitt | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003268 | Robyn Schmitt | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003305 | Anne Marie Nataro | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003305 | Anne Marie Nataro | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003306 | Frank Nataro, M.D. | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003306 | Frank Nataro, M.D. | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003307 | Frank R. Nataro, M.D., P.C. Retirement Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003307 | Frank R. Nataro, M.D., P.C. Retirement Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003405 | Joseph D. Corso | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003405 | Joseph D. Corso | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003406 | Joseph D. Corso | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003406 | Joseph D. Corso | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003415 | Andrew Ross | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003415 | Andrew Ross | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003416 | Glenn Ross MD, PC Profit Sharing Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003416 | Glenn Ross MD, PC Profit Sharing Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 003780 | Henrietta Edelman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003780 | Henrietta Edelman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003781 | Paul B. Edelman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003781 | Paul B. Edelman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003875 | Mary G. Scully | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003875 | Mary G. Scully | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003895 | Peter Cohn - Limited Partner Of Peerstate Equity Fund | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003895 | Peter Cohn - Limited Partner Of Peerstate Equity Fund | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003902 | Ilya Libman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003902 | Ilya Libman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003915 | Martin Krebs Tstee | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003915 | Martin Krebs Tstee | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003959 | Shizue Imai | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003959 | Shizue Imai | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 003971 | Martin Krebs | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 003971 | Martin Krebs | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004014 | Joseph Brancato | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004014 | Joseph Brancato | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004120 | Shari Haber | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004120 | Shari Haber | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 004213 | Bernice W. Simon | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004213 | Bernice W. Simon | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004243 | Louis & Dorothy Prochilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004243 | Louis & Dorothy Prochilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/17/2010 |
| 004243 | Louis & Dorothy Prochilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004559 | James & Barbara Prochilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004559 | James & Barbara Prochilo | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004563 | Rita D'Agostino, IRA | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004563 | Rita D'Agostino, IRA | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004564 | Rita D'Agostino ITF Frank Michael D'Agostino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004564 | Rita D'Agostino ITF Frank Michael D'Agostino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004565 | Rita D'Agostino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004565 | Rita D'Agostino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004631 | Helen Kornblatt & Robert Krizek JTWROS | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004631 | Helen Kornblatt & Robert Krizek JTWROS | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004668 | Dena Silver | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004668 | Dena Silver | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004800 | Elise Jan Flagg | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 004800 | Elise Jan Flagg | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 004975 | Michael Morgal & Melissa Morgal JT WROS | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 004975 | Michael Morgal & Melissa Morgal JT WROS | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005047 | Leo Fardella | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005047 | Leo Fardella | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005064 | Steven B. Kaplan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005064 | Steven B. Kaplan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005201 | Thomas J. O'Brien & Donna M. O'Brien | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005201 | Thomas J. O'Brien & Donna M. O'Brien | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005356 | Ronnie Sonnenberg | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005356 | Ronnie Sonnenberg | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005457 | Estate Of Ann J Stillman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005457 | Estate Of Ann J Stillman | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005458 | Joann P Erb Pension Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005458 | Joann P Erb Pension Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005458 | Joann P Erb Pension Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005458 | Joann P Erb Pension Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005459 | Partricia S Pike And Earl S Pike | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005459 | Partricia S Pike And Earl S Pike | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005484 | Brenda G. Williams-Parris | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005484 | Brenda G. Williams-Parris | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005487 | Peter Cohn | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005487 | Peter Cohn | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005591 | Johnny Lee FBO Johnny Lee IRA Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005591 | Johnny Lee FBO Johnny Lee IRA Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005600 | Elizabeth Harrington | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005600 | Elizabeth Harrington | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005612 | Daniel A Sugarman Def Benefit Pension Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005612 | Daniel A Sugarman Def Benefit Pension Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005910 | Dixie H Morgal | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005910 | Dixie H Morgal | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005911 | Dixie H Morgal & Michael J Morgal | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005911 | Dixie H Morgal & Michael J Morgal | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005912 | Dixie H Morgal & Michael J Morgal | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005912 | Dixie H Morgal & Michael J Morgal | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005931 | Michael C. Allen IRA Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005931 | Michael C. Allen IRA Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005932 | Michael C. Allen CPA PLLC 401-K Profit Sharing Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005932 | Michael C. Allen CPA PLLC 401-K Profit Sharing Plan | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005933 | Mca Family Ltd Partnership | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005933 | Mca Family Ltd Partnership | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005934 | Michael C. Allen | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005934 | Michael C. Allen | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 005946 | Robert B. Allen | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 005946 | Robert B. Allen | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006264 | Robert N Getz LLC | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006264 | Robert N Getz LLC | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006307 | Amelia R. Kipling | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006307 | Amelia R. Kipling | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006345 | Anthony Dias Blue | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006345 | Anthony Dias Blue | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006347 | Brian D. Lee | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006347 | Brian D. Lee | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006361 | Steven Getz IRA (Peerstate Equity Fund, LP) | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006361 | Steven Getz IRA (Peerstate Equity Fund, LP) | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006655 | Joseph M. Auricchio | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006655 | Joseph M. Auricchio | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 006824 | Ronald J. Hurwitz | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 006824 | Ronald J. Hurwitz | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 007397 | Dr. Amy Zahl Gottlieb | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 007397 | Dr. Amy Zahl Gottlieb | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 007398 | Dr. Amy Zahl Gottlieb | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 007398 | Dr. Amy Zahl Gottlieb | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 008448 | Richard Coppolino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 008448 | Richard Coppolino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 12/1/2010 |
| 008448 | Richard Coppolino | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 013085 | Richard Bailey, As A Limited Partner Of Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 013085 | Richard Bailey, As A Limited Partner Of Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 12/6/2010 |
| 013085 | Richard Bailey, As A Limited Partner Of Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 013347 | Anthony Dias Blue | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 013347 | Anthony Dias Blue | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 015321 | NTC & Co. FBO Suzanne C. Bailey IRA Plan* | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 015321 | NTC & Co. FBO Suzanne C. Bailey IRA Plan* | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 12/6/2010 |
| 015321 | NTC & Co. FBO Suzanne C. Bailey IRA Plan* | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 015322 | Judith W. Bailey As Limited Partner Of Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 015322 | Judith W. Bailey As Limited Partner Of Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 12/6/2010 |
| 015322 | Judith W. Bailey As Limited Partner Of Peerstate Equity Fund LP | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |
| 015323 | Judith W. Bailey (IRA) | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 11/16/2010 |
| 015323 | Judith W. Bailey (IRA) | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 12/6/2010 |
| 015323 | Judith W. Bailey (IRA) | Peerstate Equity Fund LP | 1ZB295 | Claim for securities and/or credit balance denied (11/05/2010). | 1/25/2011 |