**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Dean D. Hunt
dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>LORRAINE L. FRIEDMAN REVOCABLE TRUST, | Adv. Pro. No. 10-05251 (SMB) |

> LORRAINE L. FRIEDMAN, individually, and in her capacity as Trustee of the Lorraine L. Friedman Revocable Trust,
>
> FREDERICK FRIEDMAN, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust,
>
> JAY OFSINK, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust,
>
> and
>
> PAUL R. COMEAU, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust,
>
>         Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Lorraine L. Friedman Revocable Trust; Lorraine L. Friedman, individually, and in her capacity as Trustee of the Lorraine L. Friedman Revocable Trust; Frederick Friedman, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust; Jay Ofsink, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust ("Defendants"); and Paul R. Comeau, in his capacity as Trustee of the Lorraine L. Friedman Revocable Trust, by and through their counsel, Michael J. McAllister (collectively, the "Parties"), hereby stipulate and agree to the following:

    1.    On December 6, 2010, the Trustee filed and served the Complaint against Defendants. On April 4, 2012, the Trustee filed and served an Amended Complaint against

2

Defendants.

2. On March 15, 2012, Defendants served an Answer on the Trustee. On April 18, 2012, Defendants filed an Answer to the Amended Complaint on the Trustee.

3. On June 20, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Date: March 11, 2015
     New York, New York

**BAKER & HOSTETLER LLP**

Of Counsel:

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza

**BAKER & HOSTETLER LLP**
New York, New York 10111

811 Main Street, Suite 1100
Telephone: (212) 589-4200
Houston, Texas 77002
Facsimile: (212) 589-4201
Telephone: (713)751-1600
David J. Sheehan
Facsimile: (713)751-1717
Email: dsheehan@bakerlaw.com
Dean D. Hunt
Nicholas J. Cremona
Email: dhunt@bakerlaw.com
Email: ncremona@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**Satterlee Stephens Burke & Burke LLP**

By: /s/ Michael J. McAllister
230 Park Avenue Suite 1130
New York, NY 10169
Telephone: (212) 818-9200
Fax: (202 818-9606
Email: mmcallister@ssbb.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: March 11th, 2015    Hon. Stuart M. Bernstein
New York, New York    United States Bankruptcy Judge