**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | No. 08-01789 SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>ESTATE OF MATTHEW R. KORNREICH; ESTATE OF SUSANNE L. KORNREICH; MATTHEW R. KORNREICH DECLARATION OF TRUST DATED JANUARY 20, 2009; GST EXEMPT TRUST FBO WILLIAM D. KORNREICH CREATED UNDER THE | Adv. Pro. No. 10-04522 (SMB) |

> MATTHEW R. KORNREICH DECLARATION OF TRUST DATED JANUARY 20, 2009; GST EXEMPT TRUST FBO KATHY K, WEINBERG CRATED UNDER THE MATTHEW R. KORNREICH DECLARATION OF TRUST DATED JANUARY 20, 2009; WILLIAM D. KORNREICH, individually, in his capacity as personal representative of the Estate of Matthew R. Kornreich and the Estate of Susanne L. Kornreich, and in his capacity as Trustee of the Matthew R. Kornreich Declaration of Trust dated January 20, 2009 and the GST Exempt Trust fbo William D. Kornreich created under the Matthew R. Kornreich Declaration of Trust dated January 20, 2009; and KATHY K. WEINBERG, individually, in her capacity as personal representative of the Estate of Matthew R. Kornreich and the Estate of Susanne L. Kornreich, and in her capacity as Trustee of the Matthew R. Kornreich Declaration of Trust dated January 20, 2009 and the GST Exempt Trust fbo Kathy K. Weinberg created under the Matthew R. Kornreich Declaration of Trust dated January 20, 2009,
>
> Defendants.

## STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SUBSTITUTE PARTIES FOR DECEASED DEFENDANT

WHEREAS, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed and served a complaint against the above-captioned defendants (the "Defendants"), including William D. Kornreich ("Decedent");

WHEREAS, Decedent died in New York County, New York on February 28, 2015;

WHEREAS, Decedent's estate has not entered into probate as of the date hereof; and

WHEREAS, no administrator or personal representative of Decedent's estate has been appointed as of the date hereof.

2

NOW THEREFORE, the Trustee and the Defendants, each by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The time by which the Trustee may move to substitute parties in the above-captioned Adversary Proceeding to take the place of Decedent is extended up to and including July 31, 2015.

2. Undersigned counsel for the Defendants expressly agrees to notify the Trustee of the entry of the estate of Decedent into probate and the issuance of any letters testamentary for the administration of Decedent's estate within five (5) business days after the undersigned receives actual notice of the entry of Decedent's estate into probate.

3. The purpose of this stipulated extension of time is to provide sufficient time for the Trustee to substitute proper parties in the Action for Decedent. Nothing in this stipulation is a waiver of the Trustee's right to request from the United States Bankruptcy Court for the Southern District of New York a further extension of time to substitute parties in the Action for Decedent and/or the Defendants' right to object to any such request.

4. Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

5. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

08-01789-cgm    Doc 9472    Filed 03/12/15    Entered 03/12/15 14:47:39    Main Document
Pg 4 of 5

Dated: March 12, 2015  **BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**PROSKAUER ROSE LLP**

By: /s/ *Richard L. Spinogatti*
Eleven Times Square
New York, NY 10036-8299
Telephone: 212.969.3000
Facsimile: 212.969.2900
Richard L. Spinogatti
Email: rspinogatti@proskauer.com
Jay D. Waxenberg
Email: jwaxenberg@proskauer.com
John F. Pokorny
Email: jpokorny@proskauer.com

*Attorneys for Defendants Estate of Matthew R. Kornreich, Estate of Susanne L. Kornreich, Matthew R. Kornreich Declaration of Trust dated January 20, 2009, GST Exempt Trust FBO William D. Kornreich Created Under the Matthew R. Kornreich Declaration of Trust dated January 20, 2009, GST Exempt Trust FBO Kathy K. Weinberg Created Under the Matthew R. Kornreich Declaration of Trust dated January 20, 2009, William D. Kornreich individually, in his capacity as personal representative of the Estate of Matthew R. Kornreich and the Estate of Susanne L.*

*Kornreich, and in his capacity as Trustee of the Matthew R. Kornreich Declaration of Trust dated January 20, 2009 and the GST Exempt Trust fbo William D. Kornreich created under the Matthew R. Kornreich Declaration of Trust dated January 20, 2009;, and Kathy K. Weinberg, individually, in her capacity as personal representative of the Estate of Matthew R. Kornreich and the Estate of Susanne L. Kornreich, and in her capacity as Trustee of the Matthew R. Kornreich Declaration of Trust dated January 20, 2009 and the GST Exempt Trust fbo Kathy K. Weinberg created under the Matthew R. Kornreich Declaration of Trust dated January 20, 2009*

SO ORDERED

Dated: March 12th, 2015  
New York, New York

/s/ STUART M. BERNSTEIN_____  
HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE

5