**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03483 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, | |
| Defendants. | |

**STIPULATION AND ORDER ADJOURNING DEADLINE**
**TO OPPOSE MOTION**

WHEREAS, on December 2, 2014, Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, filed a Notice of

Motion seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion (the "Motion") to substitute (i) the Estate of Andrew H. Madoff and Martin Flumenbaum for deceased defendant Andrew Madoff and (ii) David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this proceeding;

WHEREAS, by Stipulation and Order entered on February 4, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to February 27, 2015; and

WHEREAS, by Stipulation and Order entered on February 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 13, 2015 and adjourned the hearing before the Court on the Motion to April 29, 2015, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1.      Any opposition ("Opposition") to the Motion shall be filed by March 27, 2015.

2.      Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions.  Nor is anything in this stipulation a waiver of any party's right to request from the Court a further extension, or of any other party's right to object to any such request.

Dated: March 12, 2015
      New York, New York

WINDELS MARX LANE & MITTENDORF LLP

BY:  /s/ Howard L. Simon_____
      156 West 56th Street
      New York, New York 10019
      Telephone: (212) 237-1000
      Facsimile: (212) 262-1215
      Howard L. Simon
      hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2

DAVID BLUMENFELD

BY: /s/ David Blumenfeld_____
        101 Whitney Lane
        Old Westbury, New York  11568

*Successor Executor of the Estate of*
*Mark D. Madoff*


MARTIN FLUMENBAUM

BY: /s/ Martin Flumenbaum_____
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        1285 Avenue of the Americas
        New York, New York 10019-6064
        Telephone: (212) 373-3191
        Facsimile: (212) 492-0191
        Martin Flumenbaum
        Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: /s/ Andrew Ehrlich_____
        1285 Avenue of the Americas
        New York, New York 10019-6064
        Telephone: (212) 373-3191
        Facsimile: (212) 492-0191
        Martin Flumenbaum
        Email: mflumenbaum@paulweiss.com
        Andrew Ehrlich
        Email: aehrlich@paulweiss.com

*Attorneys for the Estate of Andrew H. Madoff and*
*the Estate of Mark D. Madoff*


SO ORDERED:

Dated: March 13th, 2015              /s/ STUART M. BERNSTEIN_____
New York, New York                   HONORABLE STUART M. BERNSTEIN
                                     UNITED STATES BANKRUPTCY JUDGE