**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>FEDERICO CERETTI, ET AL.<br><br>             Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled to be held on March 25, 2015, has been further adjourned to **May 20, 2015, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** the pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
March 13, 2015

By: /s/ _David J. Sheehan_
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC
Substantively Consolidated with the estate of
Bernard L. Madoff*