**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, ESTATE OF MARK D. MADOFF, and STEPHANIE S. MACK,<br><br>    Defendants. | Adv. Pro. No. 09-1503 (SMB) |

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**
**AND HEARING ON TRUSTEE'S MOTION SEEKING LEAVE TO AMEND**

WHEREAS, on July 15, 2014, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively consolidated estate of Bernard L. Madoff individually, filed a Notice of Motion for Entry of Order Under Rule 15 of the Federal Rules of Civil Procedure, as incorporated by Rule 7105 of the Federal Rules of

Bankruptcy Procedure, Granting Trustee's Motion for Leave to File a Third Amended Complaint (the "Motion for Leave to Amend");

WHEREAS, on August 12, 2014, Defendants Estate of Mark D. Madoff and Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, filed a Memorandum of Law in Opposition to the Trustee's Motion for Leave to File a Third Amended Complaint (the "Opposition");

WHEREAS, by Stipulation and Order entered on August 18, 2014, this Court set an amended briefing schedule on the Motion for Leave to Amend, adjourned the hearing on the Motion before the Court from August 19, 2014 to November 19, 2014 at 10:00 a.m.;

WHEREAS, by Stipulation and Order entered on October 7, 2014, this Court set an amended briefing schedule on the Motion for Leave to Amend, further adjourning the hearing on the Motion before the Court from November 19, 2014 to February 25, 2015 at 10:00a.m;

WHEREAS, by Stipulation and Order entered on January 16, 2015, this Court set an amended briefing schedule on the Motion for Leave to Amend, further adjourning the hearing on the Motion before the Court from February 25, 2015 to March 18, 2015 at 10:00a.m;

WHEREAS, by Stipulation and Order entered on February 3, 2015, this Court set an amended briefing schedule on the Motion for Leave to Amend, further adjourning the hearing on the Motion before the Court from March 18, 2015 to April 29, 2015 at 10:00a.m; and

WHEREAS, by Stipulation and Order entered on February 27, 2015, this Court set an amended briefing schedule on the Motion for Leave to Amend.  The hearing on the Motion before the Court remained scheduled for April 29, 2015 at 10:00a.m.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1.    The Trustee shall have until March 27, 2015 to file a reply to the Opposition of

not more than twenty-five (25) pages (the "Reply").

    2.    Defendants Estate of Andrew H. Madoff, Martin Flumenbaum as Executor, and the Estate of Mark D. Madoff, David Blumenfeld as Executor, shall have until April 17, 2015 to file a sur-reply to the Reply of not more than ten (10) pages.

    3.    The hearing before this Court on the Motion for Leave to Amend remains scheduled for April 29, 2015, at 10:00 a.m.

    4.    Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the presiding Court a further extension, or of any other party's right to object to any such request.

Dated: March 13, 2015
       New York, New York

            **BAKER & HOSTETLER LLP**

            By: */s/ David J. Sheehan*
            45 Rockefeller Plaza
            New York, New York 10111
            Telephone: 212.589.4200
            Facsimile: 212.589.4201
            David J. Sheehan
            Email: dsheehan@bakerlaw.com
            Lauren Resnick
            Email: lresnick@bakerlaw.com
            Marc E. Hirschfield
            Email: mhirschfield@bakerlaw.com

            *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  */s/ Martin Flumenbaum*
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  212.373-3191
Facsimile: 212.492-0191
Martin Flumenbaum
Email: mflumenbaum@paulweiss.com
Andrew Ehrlich
Email: aehrlich@paulweiss.com

*Attorneys for Defendants the Estate of Andrew H. Madoff, Martin Flumenbaum as Executor, and the Estate of Mark D. Madoff, David Blumenfeld as Executor*

SO ORDERED:               /s/ STUART M. BERNSTEIN
                          HONORABLE STUART M. BERNSTEIN
Dated: March 13th , 2015   UNITED STATES BANKRUPTCY JUDGE
New York, New York

4