**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05411 (SMB) |

## **STIPULATION AND ORDER EXTENDING TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, and defendants Sonja Kohn, Infovaleur, Inc. and Tecno Development & Research, Ltd. (the "Defendants"), by their undersigned counsel, that the time by which the Defendants may respond to the Motion for Leave to File a Third Amended Complaint filed by the Trustee is extended up to and including May 6, 2015. It is further stipulated and agreed that the Trustee shall file his reply by May 27, 2015. The return date for this matter is set for June 24, 2015 at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for the Defendants to respond to the Motion to Amend. The extension of time granted by this Stipulation is without prejudice to any future extensions of time.

Undersigned counsel for the Defendants represent that service of process of the summons and Complaint on the Defendants has been completed, and hereby waives any defenses based on insufficiency of process or insufficiency of service of process on behalf of the Defendants.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: March 12, 2015
New York, New York

| | |
|---|---|
| */s/David J. Sheehan* | */s/Price O. Gielen* |
| David J. Sheehan | Price O. Gielen |
| | |
| BAKER & HOSTETLER LLP | NEUBERGER, QUINN, GIELEN, RUBIN, GIBBER, P.A. |
| 45 Rockefeller Plaza | One South Street, 27th Floor |
| New York, New York 10111 | Baltimore, Maryland 21202 |
| Telephone: (212) 589-4200 | Telephone: (410) 332-8584 |
| Facsimile: (212) 589-4201 | Facsimile: (410) 332-8561 |
| Email: dsheehan@bakerlaw.com | Email: pog@nqgrg.com |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for Defendants Sonja Kohn, Infovaleur and Tecno Gibraltar* |

SO ORDERED this 13th day of March, 2015.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3