**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　　)
　　　　　　　　　　　　　　　) ss:
COUNTY OF DALLAS　　　　　 )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 11, 2015, I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Notice of Trustee's Motion and Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Peerstate Equity Fund, L.P. (Docket Number 9463)
   2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Peerstate Equity Fund, L.P. (Docket Number 9464)
   3. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Peerstate Equity Fund, L.P. (Docket Number 9465)

Executed on March 13, 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 13th day of March 2015.

(SEAL)

_____
Notary Public

[Notary seal: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2019]

# Exhibit A

Exhibit A
March 11, 2015

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | 11563 | |
| | | | | | 11753 | |
| | | | | | 10583 | |
| | | | | | 11743-3672 | |
| | | | | | 90272 | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| | | | | | 33433-7005 | |
| | | | | | 11520-2011 | |
| | | | | | 11020-1203 | |
| CHRISTOPHER VAN DE KIEFT, ESQ., SEEGER WEISS LLP | 77 WATER ST RM 2600 | | NEW YORK | NY | 10005-4404 | |
| | | | | | 07652 | |
| | | | | | 14425 | |
| | | | | | 27614 | |
| | | | | | 11050-4749 | |
| | | | | | 11545-2256 | |
| | | | | | 11050-4749 | |
| | | | | | PO31 8QG | UNITED KINGDOM |
| | | | | | 10583 | |
| | | | | | 11510 | |
| | | | | | 06870 | |
| | | | | | 11747 | |
| | | | | | 10036 | |
| | | | | | 11743 | |
| | | | | | 11743 | |
| | | | | | 11746 | |
| | | | | | 33487 | |
| | | | | | 11358 | |

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | 02451-1445 | |
| | | | | | 11360 | |
| | | | | | 07869-4602 | |
| | | | | | 11566 | |
| | | | | | 12020-4147 | |
| | | | | | 06870 | |
| | | | | | 11746 | |
| | | | | | 11510 | |
| | | | | | 11746 | |
| | | | | | 34239 | |
| | | | | | 29835 | |
| | | | | | 11561 | |
| | | | | | 11561 | |
| | | | | | 10003 | |
| | | | | | 11768 | |
| | | | | | 11753 | |
| | | | | | 11235 | |
| | | | | | 11235 | |
| | | | | | 11518 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 06033 | |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | |

Exhibit A
March 11, 2015

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | 10583 | |
| | | | | | 33496 | |
| | | | | | 11561-0476 | |
| | | | | | 06870 | |
| | | | | | 11514-1845 | |
| | | | | | 10023 | |
| | | | | | 11566 | |
| | | | | | 11566 | |
| | | | | | 11590 | |
| REISMAN PEIREZ & REISMAN, LLP, ATTN: JEROME REISMAN, ESQ. | 1305 FRANKLIN AVE., STE. 270, P.O. BOX 119 | | GARDEN CITY | NY | 11530 | |
| | | | | | 11561 | |
| | | | | | 07733 | |
| | | | | | 33496 | |
| | | | | | 11735 | |
| | | | | | 11735 | |
| | | | | | 11735 | |
| | | | | | 11758-5669 | |
| | | | | | 33418 | |
| | | | | | 10583 | |
| | | | | | 23518 | |
| | | | | | 11743-6501 | |
| | | | | | 11725 | |
| | | | | | 10014 | |
| | | | | | 33496 | |
| | | | | | 14424 | |

**Exhibit A**
**March 11, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | 11530 | |