BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for customers set forth
On Exhibit A to the Chaitman Declaration*

Hearing Date: April 29, 2015
Hearing Time: 10 AM (EST)
Objection Deadline: March 18, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>SECURITIES INVESTOR PROTECTION CORPORATION,<br>          Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>          Debtor. | |

### DECLARATION OF HELEN DAVIS CHAITMAN, ESQ.

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner with Becker & Poliakoff LLP ("B&P"), counsel to the BLMIS customers listed on **Exhibit A**.

2. Attached hereto as **Exhibit B** is a true and correct copy of Aaron Blecker's Second Set of Document Demands to the Trustee ("Document Demands").

{N0072208 }

3. Attached hereto as **Exhibit C** is a true and correct copy of Aaron Blecker's First Set of Interrogatories to the Trustee ("Interrogatories").

4. Attached hereto as **Exhibit D** is a true and correct copy of the Trustee's Responses and Objections to the Document Demands.

5. Attached hereto as **Exhibit E** is a true and correct copy of Trustee's Responses and Objections to the Interrogatories.

Dated:     March 18, 2015                          /s/ Helen Davis Chaitman
           New York, New York

{N0072208 }                         2