BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for customers set forth on
Exhibit A to the Chaitman Declaration*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

### CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on March 18, 2015 I caused a true and correct copy of the following documents:

1. Objection to the Trustee's Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue; and

2. Declaration of Helen Davis Chaitman, Esq. with Exhibits A through E

{N0072267 }

to be served by electronic upon:

>David J. Sheehan
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 100111
>dsheehan@bakerlaw.com
>
>*Attorneys for the Trustee*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2015                            /s/ *Lourdes Blanco*

{N0072267 }