UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Lewis R. Franck (the "Claimant"), having filed an objection (the "Objection", Docket No. 733) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (Nos. 001891 and 015368), hereby gives notice that he withdraws such Objection.

Dated: March 10, ___, 2015

Parvin K. Aminolroaya
on behalf of Lewis R. Franck
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 1005
Tel. (212) 584-0700
Fax. (212) 584-0799

3