UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Florence Law Irrevocable Trust dated 1/24/05 (the "Claimant"), by and through its trustee, Lewis R. Franck, having filed an objection (the "Objection", Docket No. 968) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (Nos. 003894 and 015366), hereby gives notice that it withdraws such Objection.

Dated: March 10, ___, 2015

Parvin K. Aminolroaya
on behalf of Florence Law Irrevocable Trust
dated 1/24/05
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 1005
Tel. (212) 584-0700
Fax. (212) 584-0799