ROBINS KAPLAN LLP
Stephen F. Safranski
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities Investor Protection Corporation<br><br>Plaintiff,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>**AFFIDAVIT OF SERVICE**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>Bernard L. Madoff<br><br>Debtor | |

Pertains to:

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04337 (SMB) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>METRO MOTOR IMPORTS, INC.,<br><br>Defendant. | Adv. Pro. No. 10-04499 (SMB) |

85699711.1

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.:
COUNTY OF HENNEPIN )

Michelle Schroeder, the undersigned, deposes and says: I am over 18 years of age, am not a party in the above-captioned cases, and am employed by the Firm of Robins Kaplan LLP.

On March 19, 2015, I served via CM/ECF the parties to this action who receive electronic service a true and correct copy of the following documents:

- Motion for Leave to Withdraw Damien Riehl as Counsel of Record for Defendants and Removal from Service Lists;

On March 19, 2015, I served the same documents via First Class U.S. Mail and email on the parties listed below:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
David J. Sheehan (dsheehan@bakerlaw.com)
Irving H. Picard (ipicard@bakerlaw.com)

SIPC
805 15th Street NW, Suite 800
Washington, DC 20005
Kevin Bell (kbell@sipc.org)

Dated: March 19, 2015

_____
Michelle R. Schroeder

Subscribed and sworn to before me
this 19th day of March, 2015.

_____
Notary Public

LINDA C. WOLF
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2015

85699711.1