**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04945 (SMB) |
| SEW PREFERRED LIMITED PARTNERSHIP, SEW GENERAL, LLC, GRACE B. EVENSTAD REVOCABLE TRUST, GRACE B. EVENSTAD, as co-trustee of the GRACE B. EVENSTAD REVOCABLE TRUST, KENNETH L. EVENSTAD, as co-trustee of the GRACE B. EVENSTAD REVOCABLE TRUST, SERENE | |

300251600.1

WARREN REVOCABLE TRUST, SERENE
WARREN, as co-trustee of the Serene Warren
Revocable Trust, CHRISTOPHER WARREN, as
co-trustee of the Serene Warren Revocable Trust,

Defendants.

**THIRD AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: May 16, 2014

2.     Fact Discovery shall be completed by: April 30, 2015

3.     The Disclosure of Case-in-Chief Experts shall be due: August 14, 2015

4.     The Disclosure of Rebuttal Experts shall be due:  September 14, 2015

5.     The Deadline for Completion of Expert Discovery shall be:  October 13, 2015

6.     The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
December 14, 2015

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
or before December 28, 2015.

8.     The Deadline for Conclusion of Mediation shall be:  On or before April 26, 2016.

2

300351690.1

Dated:  March 19, 2015

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: /s *Nicholas J. Cremona*_____ | By:  /s/ _*Daniel B. Besikof*_____ |
| 45 Rockefeller Plaza | 345 Park Avenue |
| New York, New York 10111 | New York, New York 10154 |
| Telephone:  212.589.4200 | Telephone:  212.407.4129 |
| Facsimile:  212.589.4201 | Facsimile:  646.417.6335 |
| David J. Sheehan | P. Gregory Schwed |
| Email:  dsheehan@bakerlaw.com | Email:  gschwed@loeb.com |
| Nicholas Cremona | Daniel B. Besikof |
| Email:  ncremona@bakerlaw.com | Email:  dbesikof@loeb.com |
| Christa C. Turner | |
| Email: cturner@bakerlaw.com | |

*Attorneys for Defendants*

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

3

300351690.1