Schedule 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Lorraine L. Freidman Revocable Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 836) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (Nos. 012115 and 012818), hereby gives notice that it has withdrawn such Objection.

2

Dated: ~~June~~ Sept. 16, 2014

/s/ Michael J. McAllister
Michael J. McAllister
On behalf of Lorraine L. Friedman Revocable Trust
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Tel: (212) 818-9200

3