UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION
### TO TRUSTEE'S DETERMINATION OF CLAIM

Kara Fishbein Goldman and Steven Goldman (the "Claimants"), having filed an objection (the "Objection", ECF No. 3825) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#013307), hereby give notice that they withdraw such Objection.

Dated: December 31, 2014

                      _____
                      KARA FISHBEIN GOLDMAN
                      6 Thornewood Road
                      Armonk, New York 10504

Dated: December 31, 2014

                      _____
                      STEVEN GOLDMAN
                      6 Thornewood Road
                      Armonk, New York 10504

Counsel to the Claimants:

PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, New York 10036-6559