UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS
## TO TRUSTEE'S DETERMINATION OF CLAIM

Norma Fishbein Revocable Trust dtd 3/21/90 (the "Claimant"), having filed an objection (the "Objection", ECF No. 3826) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013936), hereby gives notice that it withdraws such Objection.

Dated: January 13, 2015

/s/ Robert Fishbein

ROBERT FISHBEIN, in his capacity
as Trustee of Norma Fishbein Revocable Trust
dtd 3/21/90
67 Whippoorwill Crossing
Armonk, NY 10504

Counsel to the Claimant:

PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, New York 10036-6559

300347074.1