UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATION OF CLAIM

The Estate of Norma Fishbein (the "Claimant"), having filed the objections (the "Objections", ECF Nos. 3820 and 3947) to the Trustee's Determination of Claim respecting Claimant's customer claim (#014308), hereby gives notice that it withdraws such Objections.

Dated: January 13, 2015

_____
ROBERT FISHBEIN, in his capacity
as Personal Representative of the Estate
of Norma Fishbein
67 Whippoorwill Crossing
Armonk, NY 10504

Counsel to the Claimants:

PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, New York 10036-6559

300347074.1