## Schedule 2

**NOTICE OF WITHDRAWAL OF OBJECTION**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Clayre Hulsh Haft (the "Claimant"), having filed an objection on June 18, 2010 (the "Objection", Docket No. 2454) to the Trustee's Notice of Determination of Claim respecting the Claimant's customer claim (# 010184) hereby gives notice that she is withdrawing the Objection.

Dated: July 2, 2012

_/s/ John C. Scalzo_
John C. Scalzo

On behalf of Clayre Hulsh Haft
599 Lexington Avenue
New York, NY 10022
212.521.5400
212.521.5450