## Schedule 2

## FORM OF NOTICE OF WITHDRAWAL OF OBJECTION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>     Defendants. | Adv. Pro. No. 10-05394 (BRL) |

## NOTICE OF WITHDRAWAL OF OBJECTION

  JoEllyn Buckmaster (the "Claimant"), having filed an objection (the "Objection," Docket No. 3782), to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#015828), hereby gives notice that she is withdrawing such Objection.

Dated: February 1, 2012

                 /s/ Richard E. Signorelli
                 Richard E. Signorelli
                 On behalf of JoEllyn Buckmaster
                 Law Office of Law Office of Richard E. Signorelli
                 799 Broadway, Suite 539
                 New York, New York 10003
                 Telephone: (212) 254-4218

300200868