## Schedule 1

## FORM OF NOTICE OF WITHDRAWAL OF OBJECTION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-05394 (BRL) |
| RICHARD M. GLANTZ, et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Raleigh D. Buckmaster (the "Claimant"), having filed an objection (the "Objection," Docket No. 3789), to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#015835), hereby gives notice that he is withdrawing such Objection.

Dated: February 1, 2012

Richard E. Signorelli
On behalf of Raleigh D. Buckmaster
Law Office of Law Office of Richard E. Signorelli
799 Broadway, Suite 539
New York, New York 10003
Telephone: (212) 254-4218