## Schedule 1

## FORM OF NOTICE OF WITHDRAWAL OF OBJECTION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Grabel Family Trust Dtd 3/29/99 (the "Claimant"), having filed an objection (the "Objection," Docket No. 544) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#9815), hereby gives notice that it is withdrawing such Objection.

Dated: June 8, 2012

*Wendy J. Grabel, Trustee*
The Grabel Family Trust Dtd 3/29/99
By: Wendy L. Grabel, It's Trustee
New York, New York 10011

24