FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 615-0800

*Attorneys for Rubin Family Investments Partnership, Harold Rubin Living Trust U/A Dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A Dated, August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, and Michael E. Rodich*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN FAMILY INVESTMENTS PARTNERSHIP, HAROLD RUBIN LIVING TRUST U/A DATED AUGUST 24, 1990, HAROLD R. RUBIN, ELAINE RUBIN LIVING TRUST U/A DATED, AUGUST 24, 1990, ELAINE S. RUBIN, STUART A. RUBIN, BENJAMIN H. RUBIN, CAROL J. RUBIN, LISA P. RUBIN, LINDA S. BENENSON, DONA L. RODICH, PAUL A. BENENSON, and MICHAEL E. RODICH,<br><br>Defendants. | Adv. Pro. No. 10-04521 (SMB) |

## **NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Rubin Family Investments Partnership, Harold Rubin Living Trust U/A Dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A Dated, August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, and Michael E. Rodich (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>            Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>            jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>        March 20, 2015 | Dated: New York, New York<br>        March 20, 2015 |
| KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>    Philip Bentley<br>    1177 Avenue of the Americas<br>    New York, New York 10036<br>    Telephone: (212) 715-9100<br>    Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>    Elise S. Frejka<br>    Jason S. Rappaport<br>    733 Third Avenue<br>    New York, New York 10017<br>    Telephone: (212) 641-0800 |

2

08-01789-cgm    Doc 9550    Filed 03/20/15    Entered 03/20/15 18:33:40    Main Document
Pg 3 of 5

Dated: New York, New York    SO ORDERED:
       March __, 2015

                                         _____
                                         HON. STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE

08-01789-cgm    Doc 9550    Filed 03/20/15    Entered 03/20/15 18:33:40    Main Document
Pg 3 of 5

Dated: New York, New York        SO ORDERED:
      March __, 2015

                                        HON. STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

3

Dated: New York, New York        SO ORDERED:
  March __, 2015

                HON. STUART M. BERNSTEIN
                UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN FAMILY INVESTMENTS PARTNERSHIP, HAROLD RUBIN LIVING TRUST U/A DATED AUGUST 24, 1990, HAROLD R. RUBIN, ELAINE RUBIN LIVING TRUST U/A DATED, AUGUST 24, 1990, ELAINE S. RUBIN, STUART A. RUBIN, BENJAMIN H. RUBIN, CAROL J. RUBIN, LISA P. RUBIN, LINDA S. BENENSON, DONA L. RODICH, PAUL A. BENENSON, and MICHAEL E. RODICH,<br><br>Defendants. | Adv. Pro. No. 10-04521 (SMB) |

DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

    1.    I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Rubin Family Investments Partnership, Harold Rubin Living Trust

U/A Dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A Dated, August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, and Michael E. Rodich (the "Defendants") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

    2.    The Defendants have requested and consent to this substitution of counsel.

    3.    It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 20, 2015

                                            By: /s/ Elise S. Frejka
                                                   Elise S. Frejka