FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 615-0800

*Attorneys for The Robert M. Siff Trust – 1990, Robert M. Siff and Shirley S. Siff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05138 (SMB) |
| Plaintiff, | |
| v. | |
| THE ROBERT M. SIFF TRUST – 1990, ROBERT M. SIFF, individually and in his capacity as Trustee for The Robert M. Siff Trust – 1990, and SHIRLEY S. SIFF, in her capacity as Trustee for The Robert M. Siff Trust – 1990, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York  10036 as counsel of record for The

Robert M. Siff Trust – 1990, Robert M. Siff and Shirley S. Siff (the "<u>Defendants</u>") in this adversary

proceeding.  All notices given or required to be given in this adversary proceeding shall be given to

and served upon the following:

>        FREJKA PLLC
>        733 Third Avenue
>        New York, New York 10017
>        Attn:   Elise S. Frejka
>                Jason S. Rappaport
>        Telephone: (212) 641-0800
>        Email:  efrejka@frejka.com
>                jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and

consent to this substitution of counsel.

Dated: New York, New York                    Dated: New York, New York
       March 20, 2015                               March 20, 2015

       KRAMER LEVIN NAFTALIS &                      FREJKA PLLC
       FRANKEL LLP

By: /s/ Philip Bentley                        By: /s/ Elise S. Frejka
    Philip Bentley                                Elise S. Frejka
    1177 Avenue of the Americas                   Jason S. Rappaport
    New York, New York 10036                      733 Third Avenue
    Telephone: (212) 715-9100                     New York, New York 10017
    Facsimile: (212) 715-8000                     Telephone: (212) 641-0800


        Dated: New York, New York            SO ORDERED:
               March __, 2015

                                             _____
                                             HON. STUART M. BERNSTEIN
                                             UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>             Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>             Plaintiff, <br><br> v. <br><br> THE ROBERT M. SIFF TRUST – 1990, ROBERT M. SIFF, individually and in his capacity as Trustee for The Robert M. Siff Trust – 1990, and SHIRLEY S. SIFF, in her capacity as Trustee for The Robert M. Siff Trust – 1990, <br><br>             Defendants. | Adv. Pro. No. 10-05138 (SMB) |

<u>DECLARATION OF ELISE S. FREJKA</u>

I, ELISE S. FREJKA declare as follows:

      1.      I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for The Robert M. Siff Trust – 1990, Robert M. Siff and Shirley S. Siff (the "<u>Defendants</u>") in the above-captioned adversary proceeding.  I also have read Local

Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the

Southern District of New York.

2.      The Defendants have requested and consent to this substitution of counsel.

3.      It is not expected that any delay or prejudice will result to any party in this

proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: New York, New York
       March 20, 2015

                                        By: /s/ Elise S. Frejka
                                            Elise S. Frejka