**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AFFIDAVIT OF MAILING**

| | |
|---|---|
| STATE OF TEXAS | ) |
| | )    ss: |
| COUNTY OF DALLAS | ) |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On March 13, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Memorandum of the Securities Investor Protection Corporation in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Peerstate Equity Fund, L.P. (Docket Number 9476)

Executed on _____ , 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _____ day of _____ , 2015

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

(SEAL)

_____
Notary Public

2

# Exhibit A

**Exhibit A**
**March 13, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | 11563 | |
| | | | | | 11753 | |
| | | | | | 10583 | |
| | | | | | 11743-3672 | |
| | | | | | 90272 | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| ████ | ████ | ████ | ████ | ████ | 33433-7005 | |
| | | | | | 11520-2011 | |
| | | | | | 11020-1203 | |
| CHRISTOPHER VAN DE KIEFT, ESQ., SEEGER WEISS LLP | 77 WATER ST RM 2600 | | NEW YORK | NY | 10005-4404 | |
| ████ | ████ | ████ | ████ | ████ | 07652 | |
| | | | | | 14425 | |
| | | | | | 27614 | |
| | | | | | 11050-4749 | |
| | | | | | 11545-2256 | |
| | | | | | 11050-4749 | |
| | | | | | PO31 8QG | UNITED KINGDOM |
| | | | | | 10583 | |
| | | | | | 11510 | |
| | | | | | 06870 | |
| | | | | | 11747 | |
| | | | | | 10036 | |
| | | | | | 11743 | |
| | | | | | 11743 | |
| | | | | | 11746 | |
| | | | | | 33487 | |
| | | | | | 11358 | |

Exhibit A
**March 13, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | 02451-1445 | |
| | | | | | 11360 | |
| | | | | | 07869-4602 | |
| | | | | | 11566 | |
| | | | | | 12020-4147 | |
| | | | | | 06870 | |
| | | | | | 11746 | |
| | | | | | 11510 | |
| | | | | | 11746 | |
| | | | | | 34239 | |
| | | | | | 29835 | |
| | | | | | 11561 | |
| | | | | | 11561 | |
| | | | | | 10003 | |
| | | | | | 11768 | |
| | | | | | 11753 | |
| | | | | | 11235 | |
| | | | | | 11235 | |
| | | | | | 11518 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 06033 | |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | |

Exhibit A
**March 13, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|------|----------|----------|------|-------|-----|---------|
| | | | | | 10583 | |
| | | | | | 33496 | |
| | | | | | 11561-0476 | |
| | | | | | 06870 | |
| | | | | | 11514-1845 | |
| | | | | | 10023 | |
| | | | | | 11566 | |
| | | | | | 11566 | |
| | | | | | 11590 | |
| REISMAN PEIREZ & REISMAN, LLP, ATTN: JEROME REISMAN, ESQ. | 1305 FRANKLIN AVE., STE. 270, P.O. BOX 119 | | GARDEN CITY | NY | 11530 | |
| | | | | | 11561 | |
| | | | | | 07733 | |
| | | | | | 33496 | |
| | | | | | 11735 | |
| | | | | | 11735 | |
| | | | | | 11735 | |
| | | | | | 11758-5669 | |
| | | | | | 33418 | |
| | | | | | 10583 | |
| | | | | | 23518 | |
| | | | | | 11743-6501 | |
| | | | | | 11725 | |
| | | | | | 10014 | |
| | | | | | 33496 | |
| | | | | | 14424 | |

**Exhibit A**
**March 13, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 11530 |  |