FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 615-0800

*Attorneys for Robert M. Siff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>v.<br><br>ROBERT M. SIFF,<br><br>           Defendant. | Adv. Pro. No. 10-05100 (SMB) |

## <u>NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER</u>

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Robert

M. Siff (the "Defendant") in this adversary proceeding.  All notices given or required to be given in

this adversary proceeding shall be given to and served upon the following:

>           FREJKA PLLC
>           733 Third Avenue
>           New York, New York 10017
>           Attn:   Elise S. Frejka
>                   Jason S. Rappaport
>           Telephone: (212) 641-0800
>           Email: efrejka@frejka.com
>                   jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and

consent to this substitution of counsel.

Dated: New York, New York               Dated: New York, New York
      March 20, 2015                      March 20, 2015

KRAMER LEVIN NAFTALIS &                  FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley                   By: /s/ Elise S. Frejka
    Philip Bentley                       Elise S. Frejka
    1177 Avenue of the Americas          Jason S. Rappaport
    New York, New York 10036             733 Third Avenue
    Telephone: (212) 715-9100            New York, New York 10017
    Facsimile: (212) 715-8000            Telephone: (212) 641-0800

          Dated: New York, New York        SO ORDERED:
              March __, 2015

                                      _____
                                      HON. STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ROBERT M. SIFF,<br><br>                              Defendant. | Adv. Pro. No. 10-05100 (SMB) |

<u>DECLARATION OF ELISE S. FREJKA</u>

I, ELISE S. FREJKA declare as follows:

1.      I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Robert M. Siff (the "<u>Defendant</u>") in the above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2.      The Defendant has requested and consents to this substitution of counsel.

3.      It is not expected that any delay or prejudice will result to any party in this

proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:  New York, New York
        March 20, 2015

                                        By: /s/ Elise S. Frejka
                                            Elise S. Frejka