FREJKA PLLC
Jason S. Rappaport
Elise S. Frejka
733 Third Avenue
New York, New York 10017
Telephone: (212) 615-0800

*Attorneys for Karen Siff Exkorn*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>Karen Siff Exkorn,<br><br>        Defendant. | Adv. Pro. No. 10-04587 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Karen

Siff Exkorn (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>       FREJKA PLLC
>       733 Third Avenue
>       New York, New York 10017
>       Attn:   Elise S. Frejka
>               Jason S. Rappaport
>       Telephone: (212) 641-0800
>       Email: efrejka@frejka.com
>              jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York  
   March 20, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley  
   Philip Bentley  
   1177 Avenue of the Americas  
   New York, New York 10036  
   Telephone: (212) 715-9100  
   Facsimile: (212) 715-8000

Dated: New York, New York  
   March 20, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka  
   Elise S. Frejka  
   Jason S. Rappaport  
   733 Third Avenue  
   New York, New York 10017  
   Telephone: (212) 641-0800

Dated: New York, New York  
   March __, 2015

SO ORDERED:

_____  
HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>KAREN SIFF EXKORN,<br><br>      Defendant. | Adv. Pro. No. 10-04587 (SMB) |

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

  1.  I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Karen Siff Exkorn (the "Defendant") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

  2.  The Defendant has requested and consents to this substitution of counsel.

2

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 20, 2015

By: /s/ Elise S. Frejka
Elise S. Frejka

2