FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 615-0800

*Attorneys for Ambassador Shoe Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br>AMBASSADOR SHOE CORPORATION,<br><br>   Defendant. | Adv. Pro. No. 10-04340 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

   PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for

Ambassador Shoe Corporation (the "<u>Defendant</u>") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>    FREJKA PLLC
>    733 Third Avenue
>    New York, New York 10017
>    Attn:    Elise S. Frejka
>            Jason S. Rappaport
>    Telephone: (212) 641-0800
>    Email: efrejka@frejka.com
>            jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| Dated: New York, New York<br>March 20, 2015 | Dated: New York, New York<br>March 20, 2015 |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>Philip Bentley<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800 |

| Dated: New York, New York<br>March __, 2015 | SO ORDERED:<br><br>_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |
|---|---|

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>AMBASSADOR SHOE CORPORATION,<br><br>Defendant. | Adv. Pro. No. 10-04340 (SMB) |

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

  1. I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Ambassador Shoe Corporation (the "Defendant") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

  2. The Defendant has requested and consents to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 20, 2015

By: /s/ Elise S. Frejka
Elise S. Frejka

2