FREJKA PLLC
Jason S. Rappaport
Elise S. Frejka
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Karen Siff Exkorn*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br> Karen Siff Exkorn, <br><br> Defendant. | Adv. Pro. No. 10-04587 (SMB) |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Karen

Siff Exkorn (the "<u>Defendant</u>") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>     FREJKA PLLC
>     733 Third Avenue
>     New York, New York 10017
>     Attn:  Elise S. Frejka
>            Jason S. Rappaport
>     Telephone: (212) 641-0800
>     Email: efrejka@frejka.com
>            jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York  
       March 20, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley  
Philip Bentley  
1177 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000

Dated: New York, New York  
       March 20, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka  
Elise S. Frejka  
Jason S. Rappaport  
733 Third Avenue  
New York, New York 10017  
Telephone: (212) 641-0800

Dated: New York, New York  
       March 23rd, 2015

SO ORDERED:

/s/ STUART M. BERNSTEIN  
HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE