FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Shirley S. Siff Trust 1989 Dtd 12/20/89, Robert M. Siff and Shirley S. Siff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>SHIRLEY S. SIFF TRUST 1989 DTD 12/20/89, ROBERT M. SIFF in his capacity as Trustee of the Shirley S. Siff Trust 1989 dtd 12/20/89, and SHIRLEY S. SIFF, individually and in her capacity as Trustee of the Shirley S. Siff Trust 1989 dtd 12/20/89,<br><br>       Defendants. | Adv. Pro. No. 10-04641 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Shirley S. Siff Trust 1989 Dtd 12/20/89, Robert M. Siff and Shirley S. Siff (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>FREJKA PLLC
>733 Third Avenue
>New York, New York 10017
>Attn:   Elise S. Frejka
>        Jason S. Rappaport
>Telephone: (212) 641-0800
>Email: efrejka@frejka.com
>       jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| Dated: New York, New York<br>March 20, 2015 | Dated: New York, New York<br>March 20, 2015 |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>Philip Bentley<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800 |

| Dated: New York, New York<br>March 23rd, 2015 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |
|---|---|