FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Bertram Bromberg Trust UAD 5/26/06, Estate of Bertram Bromberg, Gloria Bromberg Trust UAD 5/26/06, and Gloria Bromberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>BERTRAM BROMBERG TRUST UAD 5/26/06, ESTATE OF BERTRAM BROMBERG, GLORIA BROMBERG TRUST UAD 5/26/06, GLORIA BROMBERG, individually and in her capacities as settlor, beneficiary, and trustee of the Gloria Bromberg Trust UAD 5/26/06, and in her capacity as the successor trustee of the Bertram Bromberg Trust UAD 5/26/06, and in her capacity as Personal Representative of the Estate of Bertram Bromberg,<br><br>        Defendants. | Adv. Pro. No. 10-05080 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Bertram Bromberg Trust UAD 5/26/06, Estate of Bertram Bromberg, Gloria Bromberg Trust UAD 5/26/06 and Gloria Bromberg (the "Defendants") in this adversary proceeding.  All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>  FREJKA PLLC
>  733 Third Avenue
>  New York, New York 10017
>  Attn:   Elise S. Frejka
>              Jason S. Rappaport
>  Telephone: (212) 641-0800
>  Email: efrejka@frejka.com
>              jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York　　　　　　　　Dated: New York, New York
　　　　　March 20, 2015　　　　　　　　　　　　　　March 20, 2015

KRAMER LEVIN NAFTALIS &　　　　　　FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley　　　　　　　　　　　By: /s/ Elise S. Frejka
　　　Philip Bentley　　　　　　　　　　　　　　　Elise S. Frejka
　　　1177 Avenue of the Americas　　　　　　Jason S. Rappaport
　　　New York, New York 10036　　　　　　733 Third Avenue
　　　Telephone: (212) 715-9100　　　　　　　New York, New York 10017
　　　Facsimile: (212) 715-8000　　　　　　　Telephone: (212) 641-0800

　　　　　Dated: New York, New York　　　　SO ORDERED:
　　　　　　　　　March 23rd, 2015

　　　　　　　　　　　　　　　　　　　　　　　　/s/ STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　HON. STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

2