EXHIBIT B
SUMMARY OF SEVENTEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2014 THROUGH NOVEMBER 30, 2014

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein Eugene | 1965 | 515.00 | 50.50 | 26,007.50 |
| | Picard Irving H. | 1966 | 975.00 | 413.10 | 402,772.50 |
| | Sheehan David J. | 1968 | 975.00 | 672.70 | 655,882.50 |
| | Matthias Michael R | 1973 | 669.00 | 463.80 | 310,282.20 |
| | Bash Brian A | 1975 | 720.00 | 44.10 | 31,752.00 |
| | Greene Bruce R | 1976 | 680.00 | 7.90 | 5,372.00 |
| | Long Thomas L | 1976 | 890.00 | 684.10 | 608,849.00 |
| | Markowitz Laurence S | 1977 | 760.00 | 1.20 | 912.00 |
| | Gibson Wendy J | 1979 | 530.00 | 189.70 | 100,541.00 |
| | Goldman Matthew R | 1979 | 750.00 | 2.50 | 1,875.00 |
| | Chockley III Frederick W | 1982 | 782.00 | 143.40 | 112,138.80 |
| | Ponto Geraldine E. | 1982 | 875.00 | 578.00 | 505,750.00 |
| | Hannon John P | 1983 | 755.00 | 3.90 | 2,944.50 |
| | McGowan Jr John J | 1984 | 602.00 | 16.50 | 9,933.00 |
| | Rivkin Jr David B | 1985 | 950.00 | 10.60 | 10,070.00 |
| | Smith Elizabeth A | 1985 | 813.00 | 29.30 | 23,820.90 |
| | McDonald Heather J | 1986 | 648.00 | 220.60 | 142,948.80 |
| | Reich Andrew W | 1987 | 600.00 | 568.10 | 340,860.00 |
| | Tobin Donna A. | 1987 | 720.00 | 177.80 | 128,016.00 |
| | Burke John J | 1988 | 705.00 | 199.90 | 140,929.50 |
| | Erney Jeffry J. | 1988 | 685.00 | 5.60 | 3,836.00 |
| | DeLancey Leah E | 1990 | 628.00 | 8.10 | 5,086.80 |
| | Douthett Breaden M | 1991 | 406.00 | 48.90 | 19,853.40 |
| | Goldberg Steven H | 1991 | 895.00 | 75.80 | 67,841.00 |
| | Hunt Dean D | 1991 | 643.00 | 332.30 | 213,668.90 |
| | Resnick Lauren J | 1991 | 910.00 | 67.90 | 61,789.00 |
| | Hirschfield Marc E. | 1992 | 860.00 | 495.90 | 426,474.00 |
| | Selby Judy A. | 1992 | 834.00 | 341.10 | 284,477.40 |
| | Warren Thomas D | 1992 | 715.00 | 102.70 | 73,430.50 |
| | Bartram Darin R | 1993 | 741.00 | 1.50 | 1,111.50 |
| | Griffin Regina L. | 1993 | 890.00 | 659.80 | 587,222.00 |
| | Kornfeld Mark A. | 1993 | 890.00 | 442.20 | 393,558.00 |
| | Renner Deborah H. | 1993 | 890.00 | 319.30 | 284,177.00 |
| | Brennan Terry M | 1995 | 490.00 | 5.60 | 2,744.00 |
| | Casey Lee A | 1995 | 906.00 | 2.00 | 1,812.00 |
| | Scaletta Anthony J | 1995 | 458.00 | 280.10 | 128,285.80 |
| | Cole Tracy L | 1996 | 755.00 | 463.60 | 350,018.00 |
| | Levin Richard B. | 1996 | 450.00 | 6.50 | 2,925.00 |
| | Turner Christa C. | 1996 | 463.00 | 557.90 | 258,307.70 |
| | Enockson Paul S | 1997 | 475.00 | 0.90 | 427.50 |
| | Hoang Lan | 1997 | 762.00 | 719.50 | 548,259.00 |
| | Murphy Keith R. | 1997 | 890.00 | 645.90 | 574,851.00 |
| | Papp Edward Daniel | 1997 | 340.00 | 8.00 | 2,720.00 |
| | Scully Elizabeth A | 1997 | 648.00 | 59.30 | 38,426.40 |
| | Fish Eric R. | 1998 | 674.00 | 300.70 | 202,671.80 |
| | New Jonathan B. | 1998 | 885.00 | 97.80 | 86,553.00 |
| | Perdion Jason P | 1998 | 427.00 | 27.20 | 11,614.40 |
| | Rollinson James H | 1998 | 442.00 | 298.10 | 131,760.20 |
| | Rose Jorian L. | 1998 | 810.00 | 372.90 | 302,049.00 |
| | Wall Brett A | 1998 | 473.00 | 94.80 | 44,840.40 |
| | Wang Ona T | 1998 | 745.00 | 177.70 | 132,386.50 |
| | Warshavsky Oren J. | 1998 | 900.00 | 721.50 | 649,350.00 |
| | Fischbach Ryan D | 1999 | 485.00 | 11.10 | 5,383.50 |
| | Pergament Benjamin D | 1999 | 648.00 | 468.90 | 303,847.20 |
| | Bohorquez Jr Fernando A | 2000 | 730.00 | 499.50 | 364,635.00 |
| | Cremona Nicholas J. | 2000 | 795.00 | 729.30 | 579,793.50 |
| | Gruppuso Anthony M. | 2000 | 625.00 | 262.70 | 164,187.50 |
| | Alaverdi Loura L | 2001 | 575.00 | 192.40 | 110,630.00 |
| | Beckerlegge Robertson D | 2001 | 610.00 | 267.70 | 163,297.00 |
| | Bell Stacey A. | 2001 | 659.00 | 641.10 | 422,484.90 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Fokas Jimmy | 2001 | 750.00 | 400.20 | 300,150.00 |
| | Pfeifer Timothy S. | 2001 | 757.00 | 262.60 | 198,788.20 |
| | Skapof Marc | 2001 | 725.00 | 341.40 | 247,515.00 |
| | Townsend Wendy C. | 2001 | 380.00 | 53.30 | 20,254.00 |
| | Zeballos Gonzalo S. | 2001 | 808.00 | 622.10 | 502,656.80 |
| | North Geoffrey A. | 2002 | 643.00 | 717.50 | 461,352.50 |
| | Wearsch Thomas M | 2002 | 618.00 | 266.90 | 164,944.20 |
| | Hochmuth Farrell A | 2003 | 468.00 | 650.50 | 304,434.00 |
| | Jacobs Edward J. | 2003 | 643.00 | 707.70 | 455,051.10 |
| | Jenson Karin Scholz | 2003 | 633.08 | 649.60 | 411,212.80 |
| | Malchow Jessica P. | 2003 | 360.00 | 6.80 | 2,448.00 |
| | Malek Sammi | 2003 | 600.00 | 48.80 | 29,280.00 |
| | Oliver Jason S. | 2003 | 618.00 | 550.20 | 340,023.60 |
| | Sherer James A. | 2003 | 575.00 | 610.10 | 350,807.50 |
| | Shields Nkosi D. | 2003 | 478.00 | 577.20 | 275,901.60 |
| | Cohen Dennis O | 2004 | 565.00 | 72.60 | 41,019.00 |
| | Gabriel Jessie M | 2004 | 562.05 | 188.50 | 105,495.00 |
| | Kitchen David E | 2004 | 386.00 | 245.80 | 94,878.80 |
| | Smith Rachel M | 2004 | 432.00 | 683.70 | 295,358.40 |
| | Carvalho Melissa M. | 2005 | 566.00 | 181.90 | 102,955.40 |
| | Chow Teresa C. | 2005 | 425.00 | 111.70 | 47,472.50 |
| | Hartman Ruth E | 2005 | 345.00 | 47.80 | 16,491.00 |
| | Proano David F | 2005 | 345.00 | 37.30 | 12,868.50 |
| | Carlisle Marie L. | 2006 | 417.00 | 432.90 | 180,519.30 |
| | Conley Sylvia J | 2006 | 595.00 | 230.10 | 136,909.50 |
| | Kosack Melissa L. | 2006 | 557.26 | 759.20 | 422,871.30 |
| | Petrelli III John W | 2006 | 435.00 | 344.50 | 149,857.50 |
| | Vanderwal Amy E. | 2006 | 575.24 | 387.70 | 222,501.70 |
| | Brown Seanna R. | 2007 | 643.00 | 665.50 | 427,916.50 |
| | Zunno Kathryn M. | 2008 | 598.60 | 597.70 | 359,038.10 |
| Partners and of Counsel Total | | | 682.39 | 26,743.30 | 18,249,414.80 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Stroh William C | 1981 | 180.00 | 86.50 | 15,570.00 |
| | Meisels Naomi P. | 1984 | 540.00 | 14.10 | 7,614.00 |
| | Bieler Philip | 1994 | 437.00 | 491.50 | 214,785.50 |
| | Kates Elyssa S. | 2000 | 592.00 | 428.40 | 253,612.80 |
| | Song Brian W. | 2002 | 515.88 | 655.70 | 339,816.90 |
| | Cheema Bik | 2003 | 576.00 | 400.20 | 230,515.20 |
| | Hooper Rachel P. | 2003 | 360.00 | 602.90 | 217,044.00 |
| | Wlodek Heather | 2003 | 484.00 | 727.30 | 352,013.20 |
| | Allen Brian F. | 2005 | 463.00 | 195.20 | 90,377.60 |
| | Hiatt, Eric B. | 2005 | 485.00 | 294.50 | 142,832.50 |
| | Moorman, Courtni E | 2005 | 329.00 | 14.90 | 4,902.10 |
| | Stanganelli Maryanne | 2005 | 566.00 | 480.70 | 272,076.20 |
| | Feil Matthew D. | 2006 | 515.00 | 435.60 | 224,334.00 |
| | Longstaff Carrie | 2006 | 520.00 | 752.50 | 391,300.00 |
| | Munoz, Andres A | 2006 | 495.00 | 204.40 | 101,178.00 |
| | Shoshany Lindsey A. | 2006 | 458.00 | 473.90 | 217,046.20 |
| | Smith Greer D | 2006 | 314.00 | 6.40 | 2,009.60 |
| | Wright Michael P. | 2006 | 450.00 | 4.00 | 1,800.00 |
| | Calvani Torello H. | 2007 | 592.00 | 726.80 | 430,265.60 |
| | Casey IV James P. | 2007 | 386.00 | 12.00 | 4,632.00 |
| | Forman Jonathan A. | 2007 | 566.00 | 556.20 | 314,809.20 |
| | Goldmark Jena B. | 2007 | 425.00 | 513.10 | 218,067.50 |
| | Jones Bradley K. | 2007 | 305.00 | 184.80 | 56,364.00 |
| | Kleber Kody | 2007 | 405.00 | 238.70 | 96,673.50 |
| | Klidonas George | 2007 | 462.02 | 629.30 | 291,365.90 |
| | Perlman Julian D. | 2007 | 592.00 | 270.50 | 160,136.00 |
| | Ranade Samir K. | 2007 | 540.00 | 350.60 | 189,324.00 |
| | Ritz Kenneth A. | 2007 | 425.00 | 351.90 | 149,557.50 |
| | Truong Sarah Jane T.C. | 2007 | 566.00 | 577.70 | 326,978.20 |
| | Walrath Jennifer M | 2007 | 499.00 | 59.20 | 29,540.80 |
| | Carbajal Natacha | 2008 | 515.00 | 464.30 | 239,114.50 |
| | Carpenter Susrut A. | 2008 | 473.00 | 493.60 | 233,472.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Chang Willy | 2008 | 445.00 | 7.30 | 3,248.50 |
| | Grossman Andrew M. | 2008 | 535.00 | 1.70 | 909.50 |
| | Harrigan Sean M. | 2008 | 495.00 | 23.40 | 11,583.00 |
| | McCurrach Elizabeth G. | 2008 | 463.00 | 739.70 | 342,481.10 |
| | Moody Matthew J. | 2008 | 468.00 | 49.40 | 23,119.20 |
| | Rovine Jacqlyn | 2008 | 442.00 | 426.60 | 188,557.20 |
| | Schutte Elizabeth M. | 2008 | 412.00 | 416.00 | 171,392.00 |
| | Sea Nexus U. | 2008 | 473.00 | 331.00 | 156,563.00 |
| | Stanley Trevor M. | 2008 | 458.00 | 395.90 | 181,322.20 |
| | Thomas Joshua C. | 2008 | 360.00 | 54.30 | 19,548.00 |
| | Usitalo Michelle R. | 2008 | 478.00 | 77.60 | 37,092.80 |
| | Woltering Catherine E. | 2008 | 453.00 | 709.40 | 321,358.20 |
| | Blattmachr Jonathan D. | 2009 | 453.00 | 575.20 | 260,565.60 |
| | Campbell Patrick T | 2009 | 463.00 | 113.20 | 52,411.60 |
| | Gentile Dominic A. | 2009 | 437.00 | 801.60 | 350,299.20 |
| | Hilsheimer Lauren M. | 2009 | 435.80 | 618.30 | 269,804.10 |
| | Hinchcliffe Analiese | 2009 | 230.00 | 135.70 | 31,211.00 |
| | Hirce Margaret E. | 2009 | 463.00 | 241.20 | 111,675.60 |
| | Howe Mary E. | 2009 | 453.00 | 489.50 | 221,743.50 |
| | Kessler Dena S. | 2009 | 345.00 | 360.50 | 124,372.50 |
| | Kuhn Jessie A. | 2009 | 453.00 | 68.20 | 30,894.60 |
| | Markel Tatiana | 2009 | 463.00 | 763.30 | 353,407.90 |
| | Mattera, Marshall J. | 2009 | 485.00 | 312.20 | 151,417.00 |
| | Maynard Kim M. | 2009 | 412.00 | 324.80 | 133,817.60 |
| | McKnight Katherine L. | 2009 | 458.00 | 249.70 | 114,362.60 |
| | Molina Marco | 2009 | 453.00 | 267.90 | 121,358.70 |
| | Nickodem Robert G. | 2009 | 230.68 | 555.40 | 128,124.50 |
| | Ozturk Ferve E. | 2009 | 473.00 | 697.40 | 329,870.20 |
| | Perkins Austin, Francesca | 2009 | 485.00 | 338.50 | 164,172.50 |
| | Shapiro Peter B. | 2009 | 473.00 | 602.20 | 284,840.60 |
| | Sollie Erica | 2009 | 453.00 | 170.10 | 77,055.30 |
| | Winquist Justin T. | 2009 | 309.00 | 19.80 | 6,118.20 |
| | Barnes S. Ben | 2010 | 230.75 | 724.60 | 167,112.50 |
| | Biondo, Lindsay J. | 2010 | 230.92 | 456.30 | 105,383.10 |
| | Burch Alexander D. | 2010 | 324.00 | 141.40 | 45,813.60 |
| | Bushnell Christina M. | 2010 | 230.69 | 562.70 | 129,834.70 |
| | Carney Brian W. | 2010 | 230.66 | 589.50 | 135,935.70 |
| | Castillon Jesus J. | 2010 | 334.00 | 378.30 | 126,352.20 |
| | Chandler Tara R. | 2010 | 231.03 | 545.80 | 125,969.60 |
| | Choi David | 2010 | 412.00 | 479.50 | 197,554.00 |
| | Clegg Sammantha E. | 2010 | 453.00 | 275.70 | 124,892.10 |
| | Cook Nora K. | 2010 | 230.00 | 289.70 | 66,631.00 |
| | Fein Amanda E. | 2010 | 453.00 | 657.90 | 298,028.70 |
| | Hansford Melissa L. | 2010 | 230.59 | 524.70 | 121,082.10 |
| | Hoff Michelle M. | 2010 | 230.66 | 630.80 | 145,521.70 |
| | Iannuzzi Michael M. | 2010 | 400.00 | 34.10 | 13,640.00 |
| | Martin David J. | 2010 | 230.00 | 681.00 | 156,630.00 |
| | Maytal Anat | 2010 | 427.00 | 361.10 | 154,189.70 |
| | McGourty Cara | 2010 | 442.00 | 741.20 | 327,610.40 |
| | McMillan David M. | 2010 | 427.00 | 339.00 | 144,753.00 |
| | Mosier A. Mackenna | 2010 | 422.00 | 643.20 | 271,430.40 |
| | Needham Kelly C. | 2010 | 230.50 | 569.20 | 131,279.00 |
| | Noethlich Brian R. | 2010 | 230.83 | 257.60 | 59,501.80 |
| | Parente Michael | 2010 | 230.61 | 512.70 | 118,319.10 |
| | Rog Joshua B. | 2010 | 412.00 | 638.50 | 263,062.00 |
| | Rollins Jennifer B. | 2010 | 230.00 | 299.50 | 68,885.00 |
| | Rouach Sophie | 2010 | 425.00 | 437.40 | 185,895.00 |
| | Salehpour Morvareed Z. | 2010 | 335.00 | 46.50 | 15,577.50 |
| | Schichnes Jessica | 2010 | 432.00 | 362.30 | 156,513.60 |
| | Scott Justin T. | 2010 | 334.00 | 398.70 | 133,165.80 |
| | Taddeo Luisa | 2010 | 230.59 | 800.80 | 184,641.80 |
| | Ubaid Maryland H. | 2010 | 230.33 | 363.70 | 83,760.80 |
| | Vasel Denise D. | 2010 | 412.00 | 105.50 | 43,466.00 |
| | Allen Zachary S. | 2011 | 230.00 | 3.20 | 736.00 |
| | Bacon Natalie R. | 2011 | 230.67 | 602.60 | 139,002.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Ball Stephen L. | 2011 | 386.00 | 368.80 | 142,356.80 |
| | Barhorst Damon C. | 2011 | 230.60 | 558.70 | 128,859.50 |
| | Bennett Melonia A. | 2011 | 230.55 | 641.90 | 148,019.20 |
| | Crook Darren A. | 2011 | 255.00 | 192.10 | 48,985.50 |
| | deVries Alan C. | 2011 | 230.00 | 739.50 | 170,085.00 |
| | Dortch Justin M. | 2011 | 230.60 | 437.10 | 100,833.30 |
| | Durbin Damon M. | 2011 | 230.61 | 604.20 | 139,304.70 |
| | Farnsworth Joshua L. | 2011 | 230.00 | 25.10 | 5,773.00 |
| | Feldstein Robyn M | 2011 | 405.00 | 724.90 | 293,584.50 |
| | Gottesman Joel D. | 2011 | 230.59 | 410.00 | 94,462.60 |
| | Kahner Tegan E. | 2011 | 230.59 | 284.00 | 65,469.10 |
| | Krishna Ganesh | 2011 | 427.00 | 596.60 | 254,748.20 |
| | Lee Parker A. | 2011 | 410.00 | 8.90 | 3,649.00 |
| | Liao Nina C. | 2011 | 396.00 | 43.50 | 17,226.00 |
| | Oliva Frank M. | 2011 | 406.00 | 291.00 | 118,146.00 |
| | Patrick Stacey M. | 2011 | 232.04 | 155.00 | 35,951.20 |
| | Rose Nicholas M. | 2011 | 386.00 | 193.70 | 74,768.20 |
| | Sakowitz Brittany A. | 2011 | 335.00 | 5.30 | 1,775.50 |
| | Schechter Jody E. | 2011 | 335.00 | 644.40 | 215,874.00 |
| | Schwab Justin J | 2011 | 412.00 | 9.10 | 3,749.20 |
| | Shifrin Maximillian S. | 2011 | 460.00 | 542.20 | 249,412.00 |
| | Sinclair Jordan A. | 2011 | 325.00 | 402.20 | 130,715.00 |
| | Spears Ericka H. | 2011 | 230.48 | 482.20 | 111,194.90 |
| | Stewart Justin T. | 2011 | 230.42 | 575.70 | 132,798.30 |
| | Towner Amber N. | 2011 | 230.00 | 23.10 | 5,313.00 |
| | Vonderhaar Douglas A. | 2011 | 230.66 | 607.60 | 140,072.00 |
| | Wangsgard Kendall E. | 2011 | 386.00 | 100.90 | 38,947.40 |
| | White Jason T. | 2011 | 230.74 | 639.70 | 147,565.70 |
| | Zuberi Madiha M. | 2011 | 427.00 | 574.40 | 245,268.80 |
| | Ackerman Stephanie | 2012 | 396.00 | 751.80 | 297,712.80 |
| | Cornell Aaron E. | 2012 | 230.00 | 205.30 | 47,219.00 |
| | Gallagher Christopher B. | 2012 | 405.00 | 598.80 | 242,514.00 |
| | Hellmuth William W. | 2012 | 324.00 | 436.10 | 141,296.40 |
| | Hough Shawn P. | 2012 | 401.00 | 476.90 | 191,236.90 |
| | Muranovic Sanja | 2012 | 303.00 | 498.40 | 151,015.20 |
| | Quimby P. Alex | 2012 | 260.00 | 143.10 | 37,206.00 |
| | Rice David W. | 2012 | 405.00 | 624.00 | 252,720.00 |
| | Rosenberg C. Zachary | 2012 | 358.79 | 256.50 | 92,340.00 |
| | Choate Hannah C. | 2013 | 360.00 | 458.50 | 165,060.00 |
| | Coats Holly L. | 2013 | 226.00 | 128.20 | 28,973.20 |
| | Darwall Julian H. | 2013 | 360.00 | 327.20 | 117,792.00 |
| | Durkheimer Michael J. | 2013 | 290.00 | 186.60 | 54,114.00 |
| | Felz Jenna N. | 2013 | 360.00 | 617.20 | 222,192.00 |
| | Ferguson Kaitlyn A. | 2013 | 360.00 | 66.30 | 23,868.00 |
| | Fradkin Yulia M | 2013 | 331.67 | 268.40 | 88,768.00 |
| | Holder Casey E | 2013 | 305.00 | 174.70 | 53,283.50 |
| | Jordan Parker G. | 2013 | 245.00 | 54.90 | 13,450.50 |
| | Joyce Justin J. | 2013 | 230.50 | 621.90 | 143,326.80 |
| | Owsley Travis I. | 2013 | 230.48 | 354.00 | 81,591.00 |
| | Pate Alan M. | 2013 | 360.00 | 4.50 | 1,620.00 |
| | Smith Jonathan L. | 2013 | 303.00 | 165.00 | 49,995.00 |
| | Thompson Aaron J. | 2013 | 230.00 | 282.50 | 64,975.00 |
| | Borja Jaysen A. | 2014 | 290.00 | 38.10 | 11,049.00 |
| | Dasaro, Stacy A | 2014 | 360.00 | 293.40 | 105,624.00 |
| | Pierson, Amanda R. | 2014 | 244.19 | 225.70 | 49,089.50 |
| | Tranbaugh Mary H. | 2014 | 360.00 | 500.50 | 180,180.00 |
| | Wallace Kevin M. | 2015 | 350.00 | 194.40 | 68,040.00 |
| | Weinberg Lauren R. | 2015 | 350.00 | 157.80 | 55,230.00 |
| | Cardenas Samantha A. | #N/A | 230.54 | 419.90 | 96,901.00 |
| | Light Samuel M. | #N/A | 350.00 | 312.00 | 109,200.00 |
| Associates Total | | | 372.55 | 57,813.50 | 21,538,487.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier James M. | #N/A | 414.16 | 498.50 | 206,429.20 |
| | Belanger Christina I. | #N/A | 315.00 | 2.00 | 630.00 |
| | Bitman Oleg | #N/A | 275.65 | 545.10 | 150,923.20 |
| | Blaber Theresa A | #N/A | 316.13 | 59.20 | 18,756.80 |
| | Bliss Stephanie L. | #N/A | 230.00 | 7.80 | 1,794.00 |
| | Bruening Mark P | #N/A | 175.00 | 255.50 | 44,712.50 |
| | Cabrera Ramon C | #N/A | 257.00 | 47.20 | 12,130.40 |
| | Carroll Dylan T. | #N/A | 190.00 | 467.00 | 88,730.00 |
| | Chan Angeline | #N/A | 242.55 | 141.80 | 34,452.10 |
| | Charlotten Magdalena | #N/A | 277.73 | 375.40 | 104,622.80 |
| | Clark Nancy L | #N/A | 230.00 | 2.90 | 667.00 |
| | Curbelo Gracemary | #N/A | 315.00 | 82.00 | 25,830.00 |
| | Farber Eugenll B | #N/A | 175.00 | 129.10 | 22,592.50 |
| | Fetzer Jeffrey L | #N/A | 226.00 | 126.40 | 28,566.40 |
| | Fishelman Benjamin D. | #N/A | 401.00 | 485.30 | 194,605.30 |
| | Fredle Vicki M | #N/A | 200.22 | 224.90 | 44,992.80 |
| | Gibbons Michael E. | #N/A | 360.00 | 496.20 | 178,632.00 |
| | Glanzman Adam J | #N/A | 320.35 | 51.70 | 16,576.20 |
| | Goehrs Carol M | #N/A | 230.00 | 59.90 | 13,777.00 |
| | Graham Sonya M. | #N/A | 260.00 | 7.40 | 1,924.00 |
| | Grigsby Camilla B. | #N/A | 125.00 | 61.30 | 7,662.50 |
| | Iskhakova Yuliya | #N/A | 311.90 | 819.20 | 256,002.40 |
| | Kinne Tanya M | #N/A | 314.00 | 650.60 | 204,288.40 |
| | Landrio Nikki M. | #N/A | 355.00 | 864.30 | 306,826.50 |
| | Lasko Seth D. | #N/A | 345.00 | 156.90 | 54,130.50 |
| | Maxwell Sarah A | #N/A | 181.14 | 231.00 | 41,856.00 |
| | McIntosh Casey | #N/A | 190.00 | 584.10 | 110,979.00 |
| | McLaughlin Christopher | #N/A | 185.00 | 513.50 | 94,997.50 |
| | Medina Rebecca J. | #N/A | 160.00 | 156.50 | 25,040.00 |
| | Monge Tirsa | #N/A | 329.00 | 602.80 | 198,321.20 |
| | Montani Christine A. | #N/A | 329.00 | 479.10 | 157,623.90 |
| | Nadworny Bari R. | #N/A | 300.00 | 2.30 | 690.00 |
| | Nunes Silas T | #N/A | 288.95 | 811.10 | 234,270.40 |
| | Nunez Willie | #N/A | 230.00 | 412.90 | 94,967.00 |
| | Oliver-Weeks Marcella J. | #N/A | 323.73 | 540.70 | 175,133.80 |
| | Paremoud Jana | #N/A | 252.00 | 85.00 | 21,420.00 |
| | Pulsipher Eric K. | #N/A | 303.00 | 436.90 | 132,380.70 |
| | Remus Amanda | #N/A | 325.59 | 376.00 | 122,944.80 |
| | Reyes Lucinda A. | #N/A | 185.00 | 593.80 | 109,853.00 |
| | Roberts Sarah B. | #N/A | 315.00 | 451.10 | 142,096.50 |
| | Schnarre Nicole L. | #N/A | 412.00 | 519.50 | 214,034.00 |
| | Sommerkamp Justin J. | #N/A | 300.00 | 7.30 | 2,190.00 |
| | Stephens Shawna M. | #N/A | 125.00 | 426.60 | 53,325.00 |
| | Stone Adrian | #N/A | 288.00 | 561.70 | 161,769.60 |
| | Suffern Anne C. | #N/A | 324.00 | 379.70 | 123,022.80 |
| | Sweet Karen R | #N/A | 230.24 | 382.60 | 88,057.10 |
| | Thomas Theresa K | #N/A | 230.00 | 29.40 | 6,762.00 |
| | Tushaj Diana M. | #N/A | 253.92 | 272.60 | 69,262.40 |
| | Villamayor Fidentino L. | #N/A | 345.00 | 542.20 | 187,059.00 |
| | von Collande Constance M. | #N/A | 308.50 | 596.80 | 183,897.20 |
| | Wallace Dawn L. | #N/A | 314.00 | 103.00 | 32,342.00 |
| | Weaver Scott | #N/A | 273.48 | 569.60 | 155,618.40 |
| | Zamora Jessica | #N/A | 185.25 | 254.90 | 47,209.40 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 285.48 | 17,540.30 | 5,007,377.20 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 682.39 | 26,743.30 | 18,249,414.80 |
| Associates Total | 372.55 | 57,813.50 | 21,538,487.80 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 285.48 | 17,540.30 | 5,007,377.20 |
| Blended Attorney Rate | 470.55 | | |
| Total Fees Incurred | | 102,097.10 | 44,795,279.80 |

|  |  |
|---|---|
| **Less 10% Public Interest Discount** | (4,479,527.98) |
| **Grand Total** | $ 40,315,751.82 |