EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR SEVENTEENTH INTERIM
PERIOD OF AUGUST 1, 2014 THROUGH NOVEMBER 30, 2014

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 313.50 | $ 158,319.20 |
| 02 | Bankruptcy Court Litigation and Related Matters | 4,930.00 | 2,907,573.60 |
| 03 | Feeder Funds | 516.30 | 268,359.90 |
| 04 | Asset Search Recovery and Sale | 51.80 | 32,803.70 |
| 05 | Internal Office Meetings with Staff | 1,017.80 | 567,197.80 |
| 07 | Billing | 830.70 | 313,601.00 |
| 08 | Case Administration | 2,812.80 | 836,547.30 |
| 09 | Banks | 7.90 | 6,115.70 |
| 11 | Press Inquires and Responses | 323.00 | 146,912.70 |
| 12 | Document Review | 2,154.50 | 637,255.20 |
| 13 | Discovery - Depositions and Document Productions | 9,584.40 | 3,021,592.80 |
| 14 | International | 212.30 | 149,091.10 |
| 18 | Auditors | 0.10 | 97.50 |
| 19 | Non-Bankruptcy Litigation | 425.30 | 106,490.40 |
| 20 | Governmental Agencies | 26.60 | 19,798.10 |
| 21 | Allocation | 18.20 | 15,349.50 |
| 000003 | Stanley Chais | 379.60 | 260,531.10 |
| 000004 | J. Ezra Merkin | 3,332.50 | 1,672,990.00 |
| 000005 | Customer Claims | 3,105.30 | 1,383,391.40 |
| 000006 | Vizcaya | 1,028.20 | 555,085.30 |
| 000007 | Madoff Family | 3,033.80 | 1,421,435.80 |
| 000008 | Norman Levy | 1.00 | 975.00 |
| 000009 | Fairfield Greenwich | 1,372.70 | 649,312.90 |
| 000010 | Harley | 166.30 | 58,625.90 |
| 000011 | Cohmad Securities Corporation | 6,196.90 | 2,968,732.40 |
| 000013 | Kingate | 2,719.00 | 1,625,519.70 |
| 000018 | Thybo | 70.90 | 36,834.30 |
| 000019 | Ruth Madoff | 0.90 | 656.40 |
| 000021 | Avoidance Action Investigation/Litigation | 26,119.20 | 10,441,784.00 |
| 000027 | JPMorgan Chase | 42.90 | 30,473.90 |
| 000028 | Westport | 63.70 | 40,297.20 |
| 000029 | Rye/Tremont | 1,826.90 | 593,795.90 |
| 000030 | HSBC | 4,126.60 | 2,254,132.50 |
| 000032 | LuxAlpha/UBS | 3,207.20 | 1,403,064.40 |
| 000033 | Nomura Bank International PLC | 1,539.50 | 695,916.50 |
| 000034 | Citibank | 486.80 | 224,319.90 |
| 000035 | Natixis | 155.10 | 47,728.80 |
| 000036 | Merrill Lynch | 423.10 | 195,808.40 |
| 000037 | ABN AMRO | 1,223.40 | 634,003.20 |
| 000038 | Banco Bilbao | 130.40 | 39,383.30 |
| 000039 | Fortis | 387.90 | 192,193.10 |
| 000040 | Medici Enterprise | 1,440.30 | 728,086.90 |
| 000042 | Equity Trading | 380.60 | 179,947.10 |
| 000043 | Defender | 633.60 | 349,180.00 |
| 000044 | Maccabee | 293.60 | 175,705.30 |
| 000045 | Levey | 160.60 | 71,962.90 |
| 000046 | Glantz | 1,300.20 | 713,053.40 |
| 000047 | Bonventre | 47.60 | 18,052.90 |
| 000048 | Bongiorno | 12.60 | 6,258.60 |
| 000049 | Greenberger | 102.20 | 63,324.60 |
| 000050 | Pitz | 5.60 | 2,058.30 |
| 000051 | Crupi | 11.00 | 4,576.30 |
| 000052 | Donald Friedman | 864.80 | 388,146.80 |
| 000053 | Magnify | 1,971.10 | 922,696.60 |
| 000054 | Mendelow | 331.60 | 157,076.70 |
| 000056 | Lipkin | 35.30 | 14,368.60 |
| 000057 | Perez/O'Hara | 77.90 | 33,041.30 |
| 000058 | PJ Administrators | 276.60 | 126,063.30 |
| 000059 | Stanley Shapiro | 808.90 | 419,667.50 |
| 000060 | Avellino & Bienes | 1,427.90 | 789,105.20 |
| 000062 | Subsequent Transfer | 5,603.70 | 1,988,988.10 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 5.10 | 2,890.60 |
| 000065 | Legacy Capital Ltd | 434.30 | 254,819.70 |
| 000066 | Lieberbaum | 105.00 | 63,802.10 |
| 000071 | Square One | 42.70 | 20,404.20 |
| 000072 | Plaza Investments | 142.20 | 71,184.30 |
| 000073 | BNP Paribas | 1,217.10 | 616,721.70 |
| | | | |
| Grand Total | | 102,097.10 | 44,795,279.80 |

| | |
|---|---:|
| **Less 10% Public Interest Discount** | (4,479,527.98) |
| **Grand Total** | $ 40,315,751.82 |
| **Current Application** | |
| Interim Compensation Requested | $ 40,315,751.82 |
| Interim Compensation Paid | (36,284,176.63) |
| Interim Compensation Deferred | $ 4,031,575.19 |
| **Prior Applications** | |
| Interim Compensation Requested | $ 626,540,167.34 |
| Interim Compensation Paid | $ (601,540,167.34) |
| Interim Compensation Deferred | $ 25,000,000.00 |