EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR SEVENTEENTH
INTERIM PERIOD OF AUGUST 1, 2014 THROUGH NOVEMBER 30, 2014

| E101 | Copying (E101) | $ | 9,505.94 |
| E102 | Outside Printing (E102) | | 4,309.06 |
| E104 | Facsimile (E104) | | 0.20 |
| E105 | Telephone (E105) | | 5,404.09 |
| E106 | Online Research (E106) | | 45,672.11 |
| E107 | Delivery Services/ Messengers (E107) | | 5,815.35 |
| E108 | Postage (E108) | | 4,711.65 |
| E109 | Local Travel (E109) | | 52.00 |
| E110 | Out-of-Town Travel (E110) | | 127,557.57 |
| E112 | Court Fees (E112) | | 10,297.64 |
| E113 | Subpoena Fees (E113) | | 609.98 |
| E115 | Deposition Transcripts (E115) | | 16,488.50 |
| E116 | Trial Transcripts (E116) | | 5,020.00 |
| E119 | Experts (E119) | | 22,907.07 |
| E120 | Private Investigators (E120) | | 213.00 |
| E123 | Other Professionals (E123) | | 19,391.02 |
| E124 | Other (E124) | | 38,916.37 |
| Grand Total | | $ | 316,871.55 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded    $ 12,814,325.31