FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Lichter Family Partnership and Seymour Lichter and Betty G. Lichter, each in their capacity as General Partners of the Lichter Family Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05129 (SMB) |
| Plaintiff, | |
| v. | |
| LICHTER FAMILY PARTNERSHIP, SEYMOUR LICHTER, in his capacity as a General Partner of the Lichter Family Partnership, and BETTY G. LICHTER, in her capacity as a General Partner of the Lichter Family Partnership, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Lichter

Family Partnership and Seymour Lichter and Betty G. Lichter, each in their capacity as General

Partners of the Lichter Family Partnership (the "Defendants") in this adversary proceeding.  All

notices given or required to be given in this adversary proceeding shall be given to and served upon

the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>             Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>             jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and

consent to this substitution of counsel.

Dated: New York, New York
          March 23, 2015

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: /s/ Philip Bentley
      Philip Bentley
      1177 Avenue of the Americas
      New York, New York 10036
      Telephone: (212) 715-9100
      Facsimile: (212) 715-8000


Dated: New York, New York
          March 23, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka
      Elise S. Frejka
      Jason S. Rappaport
      733 Third Avenue
      New York, New York 10017
      Telephone: (212) 641-0800


Dated: New York, New York
          March __, 2015

SO ORDERED:

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE