# Exhibit B

SUMMARY OF SIXTEENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2014 THROUGH NOVEMBER 30, 2014

| Name | Year Admitted | Aug-Nov 2014 Standard Hourly Rate | Aug-Nov 2014 Total Hours Billed | Aug-Nov 2014 Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Howard L. Simon | 1977 | 575.00 | 480.40 | $ 276,230.00 |
| Kim M. Longo | 2002 | 455.00 | 688.80 | $ 313,404.00 |
| Antonio J. Casas | 1992 | 455.00 | 599.50 | $ 269,733.50 |
| **Total Partners and Special Counsel** | | | **1,768.70** | **$859,367.50** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 415.00 | 646.10 | $ 268,131.50 |
| Carol LaFond | 2000 | 410.00 | 613.00 | $ 251,330.00 |
| Brian W. Kreutter | 2003 | 365.00 | 610.60 | $ 222,869.00 |
| John J. Tepedino | 2004 | 365.00 | 495.40 | $ 180,821.00 |
| Yani Indrajana Ho | 2005 | 350.00 | 397.30 | $ 139,055.00 |
| Craig D. Gottilla | 2001 | 350.00 | 4.40 | $ 1,540.00 |
| Alan D. Lawn | 2008 | 340.00 | 611.40 | $ 207,876.00 |
| Tashanna Golden | 2008 | 340.00 | 67.90 | $ 23,086.00 |
| Alex Jonatowski | 2007 | 335.00 | 656.80 | $ 220,028.00 |
| Rebekah J. Mott | 2012 | 300.00 | 495.60 | $ 148,680.00 |
| **Total Associates** | | | **4,598.50** | **$1,663,416.50** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 240.00 | 1.50 | $ 360.00 |
| Matthew Corwin | | 220.00 | 314.70 | $ 69,234.00 |
| Michael A. Simon | | 170.00 | 27.60 | $ 4,692.00 |
| Adam B. Hollander | | 210.00 | 2.10 | $ 441.00 |
| Jennifer Ryan | | 190.00 | 92.10 | $ 17,499.00 |
| **Total Paraprofessionals** | | | **438.00** | **$92,226.00** |

| | | Hours | Total Fees |
|---|---|---|---|
| **Partners and Special Counsel** | | 1,768.70 | $ 859,367.50 |
| **Associates** | | 4,598.50 | $ 1,663,416.50 |
| **Paraprofessionals** | | 438.00 | $ 92,226.00 |
| **Blended Attorney Rate** | 396.22 | | |
| **GRAND TOTAL** | | 6,805.20 | $ 2,615,010.00 |