### Exhibit C

SUMMARY OF FIFTEENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2014 THROUGH AND INCLUDING NOVEMBER 30, 2014

| Code Description | Amount |
|---|---:|
| Copying | $ 801.59 |
| Telephone | $ 77.41 |
| Postage | $ 24.59 |
| Air Courier/Messenger | $ 1,390.78 |
| Online Research | $ 6,003.76 |
| Professional Services | $ 13,672.40 |
| Search Fees | $ 1,507.05 |
| Process Serving Fees | $ 394.90 |
| **TOTAL** | **$ 23,872.48** |