**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE SIXTEENTH INTERIM PERIOD OF AUGUST 1, 2014 THROUGH AND INCLUDING NOVEMBER 30, 2014

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 863.10 | $ 339,508.50 |
| | | 007 | Fee Application | 99.90 | 40,206.00 |
| | | 020 | Internal Office Meetings | 27.40 | 9,715.50 |
| | | 041 | Discovery, Document Review, Document Production | 698.30 | 264,729.00 |
| | | 042 | Bankruptcy Court Litigation | 63.70 | 25,296.50 |
| | | L140 | Document/File Management | 19.10 | 5,001.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 538.50 | 207,410.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 67.00 | 25,383.50 |
| 10 | Blumenfeld | 010 | Litigation | 512.40 | 235,672.00 |
| 12 | Credit Suisse | 010 | Litigation | 1,007.20 | 381,659.50 |
| 13 | Solon Capital | 010 | Litigation | 37.70 | 11,994.00 |
| 14 | Zephyros | 010 | Litigation | 47.80 | 17,074.50 |
| 15 | Mistral | 010 | Litigation | 122.20 | 46,104.50 |
| 16 | Societe Generale | 010 | Litigation | 469.00 | 162,717.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 829.50 | 312,954.00 |
| 18 | Clariden Leu | 010 | Litigation | 219.30 | 80,016.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 81.00 | 30,803.50 |
| 20 | Coordinated Cases | 010 | Litigation | 1,102.10 | 418,763.00 |
| | | | **TOTALS** | **6,805.20** | **$ 2,615,010.00** |