**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>NTC & Co. LLP, as former custodian of an Individual Retirement Account for the Benefit of Diane Ringler; RINGLER PARTNERS, L.P.; and DIANE RINGLER, individually and in her capacity as a General Partner for Ringler Partners, L.P.,<br><br>        Defendants. | Adv. Pro. No. 10-04654 (SMB) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: Passed.

2. The Deadline for Service of Substantive Interrogatories shall be: Passed.

3. Fact Discovery shall be completed by: Passed.

4. The Disclosure of Case-in-Chief Experts shall be due: July 17, 2015.

5. The Disclosure of Rebuttal Experts shall be due: August 17, 2015.

6. The Deadline for Completion of Expert Discovery shall be: November 16, 2015.

7. The Deadline to File a Notice of Mediation Referral shall be: January 15, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 29, 2016.

9. The Deadline for Conclusion of Mediation shall be: May 30, 2016.

Dated: New York, New York  
      March 23, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100  
Houston, Texas 77002-6111  
Telephone: (713)751-1600  
Facsimile: (713)751-1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*