UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Harvey E. Rothenberg Rev Trust UAD 7/24/02 (the "Claimant"), having filed an objection (the "Objection", ECF No. 2278) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 011395 and BKHR Partner's customer claim no. 011394, hereby gives notice that it withdraws such Objection.

Dated: February, 16, 2015

Alan Winick, Esq. on behalf of Harvey E.
Rothenberg Rev Trust UAD 7/24/02
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
Tel. No. (212) 332-3800