UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

CHORO Associates (the "Claimant"), having filed an objection (the "Objection", ECF No. 2381) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 011393, hereby gives notice that it withdraws such Objection.

Dated: February 26, 2015

Alan Winick, Esq. on behalf of CHORO Associates
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
Tel. No. (212) 332-3800