FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Lyle Berman and Lyle A. Berman Revocable Trust U/A DTD 6/18/04*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04382 (SMB) |
| Plaintiff, | |
| v. | |
| LYLE BERMAN AND LYLE A. BERMAN REVOCABLE TRUST U/A DTD 6/18/04, | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Lyle

Berman and Lyle A. Berman Revocable Trust U/A DTD 6/18/04 (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>FREJKA PLLC
>733 Third Avenue
>New York, New York 10017
>Attn:   Elise S. Frejka
>            Jason S. Rappaport
>Telephone: (212) 641-0800
>Email: efrejka@frejka.com
>            jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>March 23, 2015 | Dated: New York, New York<br>March 23, 2015 |
| KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>Philip Bentley<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800 |
| Dated: New York, New York<br>March 23rd, 2015 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

2