FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Theresa Berman Revocable Trust, Estate of Theresa Berman, Lillian Berman Goldfarb, as Trustee for the Theresa Berman Revocable Trust and as Personal Representative of the Estate of Theresa Berman, Lyle Berman, as Trustee for the Theresa Berman Revocable Trust and as Personal Representative of the Estate of Theresa Berman, and Sharon Berman Snyder, as Trustee for the Theresa Berman Revocable Trust and as Personal Representative of the Estate of Theresa Berman*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THERESA BERMAN REVOCABLE TRUST; THE ESTATE OF THERESA BERMAN; LYLE BERMAN, in his capacity as Trustee for the Theresa Berman Revocable Trust and in his capacity as Personal Representative of the Estate of Theresa Berman; SHARON BERMAN SNYDER, in her capacity as Trustee for the Theresa Berman Revocable Trust and in her capacity as Personal | Adv. Pro. No. 10-04416 (SMB) |

Representative of the Estate of Theresa Berman; and LILLIAN BERMAN GOLDFARB, in her capacity as Trustee for the Theresa Berman Revocable Trust and in her capacity as Personal Representative of the Estate of Theresa Berman,

       Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Theresa Berman Revocable Trust, Estate of Theresa Berman, Lillian Berman Goldfarb, as Trustee for the Theresa Berman Revocable Trust and as Personal Representative of the Estate of Theresa Berman, Lyle Berman, as Trustee for the Theresa Berman Revocable Trust and as Personal Representative of the Estate of Theresa Berman, and Sharon Berman Snyder, as Trustee for the Theresa Berman Revocable Trust and as Personal Representative of the Estate of Theresa Berman (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

       FREJKA PLLC
       733 Third Avenue
       New York, New York 10017
       Attn:   Elise S. Frejka
               Jason S. Rappaport
       Telephone: (212) 641-0800
       Email: efrejka@frejka.com
               jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>March 23, 2015 | Dated: New York, New York<br>March 23, 2015 |
| KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>Philip Bentley<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800 |
| Dated: New York, New York<br>March 23rd, 2015 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |