FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Lyle Berman Family Partnership, LLP s/h/a The Lyle Berman Family Partnership, Neil Sell, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA 8/9/89, the Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, and the Amy Berman Irrevocable Trust U/TA 8/9/89, Stanley Taube, Julie Berman Irrevocable Trust U/TA 8/9/89, Bradley Berman Irrevocable Trust U/TA 8/9/89, Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, and Amy Berman Irrevocable Trust U/TA 8/9/89, each in their capacity as a Partner of The Lyle Berman Family Partnership, Julie Berman, Bradley Berman, Jessie Lynn Berman, and Amy Berman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE LYLE BERMAN FAMILY PARTNERSHIP, NEIL I. SELL, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA 8/9/89, the Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89 and the Amy Berman Irrevocable Trust U/TA 8/9/89, STANLEY TAUBE, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA | Adv. Pro. No. 10-05071 (SMB) |

| |
|---|
| 8/9/89, the Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89 and the Amy Berman Irrevocable Trust U/TA 8/9/89, JULIE BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as Partner of The Lyle Berman Family Partnership, BRADLEY BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as Partner of The Lyle Berman Family Partnership, JESSIE LYNN BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as Partner of The Lyle Berman Family Partnership, AMY BERMAN IRREVOCABLE TRUST U/TA 8/9/89, in its capacity as Partner of The Lyle Berman Family Partnership, JULIE BERMAN, BRADLEY BERMAN, JESSIE LYNN BERMAN, and AMY BERMAN, |
| Defendants. |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Lyle Berman Family Partnership, LLP s/h/a The Lyle Berman Family Partnership, Neil Sell, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA 8/9/89, the Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, and the Amy Berman Irrevocable Trust U/TA 8/9/89, Stanley Taube, Julie Berman Irrevocable Trust U/TA 8/9/89, Bradley Berman Irrevocable Trust U/TA 8/9/89, Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, and Amy Berman Irrevocable Trust U/TA 8/9/89, each in their capacity as a Partner of The Lyle Berman Family Partnership, Julie Berman, Bradley Berman, Jessie Lynn Berman, and Amy Berman (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

        FREJKA PLLC
        733 Third Avenue
        New York, New York 10017
        Attn:  Elise S. Frejka
                 Jason S. Rappaport

Telephone: (212) 641-0800
Email: efrejka@frejka.com
jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York
March 23, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
Philip Bentley
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Dated: New York, New York
March 23, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

Dated: New York, New York
March 23rd, 2015

SO ORDERED:

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE