THOMAS, ALEXANDER & FORRESTER LLP
Steven W. Thomas
Emily Alexander
Mark Forrester
Melissa Lawton
14 27th Avenue
Venice, California 90291
Tel: (310) 961-2536
Fax: (310) 526-6852

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>– against –<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>    Defendant. | Adversary Proceeding<br>No.: 08-01789 (BRL) |

**NOTICE OF ELECTRONIC WITHDRAWAL FROM**
**CM/ECF ELECTRONIC NOTIFICATION SERVICE**

PLEASE TAKE NOTICE that Emily Alexander of the law firm Thomas, Alexander & Forrester LLP, hereby request to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list in this case and any related adversary proceedings.

Dated: March 24, 2015

                Respectfully Submitted,

                THOMAS, ALEXANDER & FORRESTER LLP

                */s/ Emily Alexander*

                Emily Alexander, Esq. (Bar No. 220595)
                14 27th Avenue
                Venice, California 90291
                Tel: (310) 961-2536
                Fax: (310) 526-6852
                Email: emilyalexander@tafattorneys.com