**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.om

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,  Plaintiff,  v.  SHELDON SHAFFER TRUST DTD 3/26/1996; ESTATE OF SHELDON SHAFFER; and DIANNE | Adv. Pro. No. 10-04873 (SMB) |

H. SHAFFER, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust DTD 3/26/1996,

Defendants.

## STIPULATION OF PARTIAL SETTLEMENT AND STAY OF FURTHER PROCEEDINGS UNTIL RESOLUTION OF BANKRUPTCY CODE SECTION 546(E) APPEAL

Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants, the Sheldon Shaffer Trust DTD 3/26/1996, the Estate of Sheldon Shaffer, and Dianne H. Shaffer, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust DTD 3/26/1996 (collectively, the "Defendants", and with the Trustee, the "Parties"), by and through their counsel, Allen I. Saeks and Blake Shepard of Stinson Leonard Street, LLP and Tracy L. Klestadt and Brendan M. Scott of Klestadt Winters Jureller Southard & Stevens, LLP, hereby stipulate and agree to the following:

1. On November 12, 2010, the Trustee commenced this adversary proceeding against, among others, the Defendants seeking the avoidance and recovery of transfers made by BLMIS within two years of December 11, 2008 (the "Two Year Transfers") and transfers made by BLMIS prior to December 11, 2006 (the "Non-Two Year Transfers").

2. By order dated April 30, 2012 (the "Dismissal Order"), the United States District Court for the Southern District of New York (the "District Court") dismissed the Trustee's claims to avoid and recover the Non-Two Year Transfers made to certain defendants based on an interpretation of Bankruptcy Code Section 546(e).

3. The Trustee appealed the Dismissal Order to the United States Court of Appeals for the Second Circuit (the "546(e) Appeal").

4. On December 8, 2014, the Second Circuit affirmed the Dismissal Order. The time for which the Trustee could seek review by the United States Supreme Court has not expired.

5. On or about March 24, 2015, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

6. Under the Settlement Agreement, the Parties have settled the Trustee's claims for the Two Year Transfers but have agreed to stay this proceeding until a final, non-appealable order is issued in the 546(e) Appeal affirming or reversing the Dismissal Order.

7. If a final, non-appealable order in the 546(e) Appeal reverses the Dismissal Order, the Trustee will, as soon as practicable, dismiss the Trustee's Two Year Transfer claims against Defendants. Defendants agree they will not assert any laches, statute of limitations, statute of repose, or time limitations defense based on the time period this proceeding is stayed as against them by this Stipulation. The Parties stipulate and agree that the Trustee preserves all rights, claims, causes of action, if any, against Defendants for the Non-Two Year Transfers, and Defendants preserve all defenses, if any, in response to the Trustee's Non-Two Year Transfers.

8. If a final, non-appealable order in the 546(e) Appeal affirms the Dismissal Order, the Trustee will, as soon as practicable, dismiss the adversary proceeding with prejudice and without costs to either the Trustee or Defendants.

9. The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

| | |
|---|---|
| Dated: New York, New York<br>March 24, 2015<br><br><br>Of Counsel:<br><br>Baker Hostetler LLP<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-6111<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com<br>Farrell A. Hochmuth<br>Email: fhochmuth@bakerlaw.com | Respectfully submitted,<br><br>By: /s/ Nicholas Cremona<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*<br><br>AND<br><br>By: /s/ Tracy Klestadt<br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018-6314<br>Tel. (212) 972-3000<br>Tracy L. Klestadt<br>Email: TKlestadt@Klestadt.com<br>Brendan M. Scott<br>Email: BScott@Klestadt.com<br><br>and<br><br>By: /s/ Blake Shepard<br>STINSON LEONARD STREET LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Tel. (612) 335-1500<br>Allen I. Saeks<br>Email: allen.saeks@leonard.com<br>Blake Shepard<br>Email: blake.shepard@stinsonleonard.com<br><br>*Attorneys for SHELDON SHAFFER TRUST DTD 3/26/1996; ESTATE OF SHELDON SHAFFER; and DIANNE H. SHAFFER, in her* |

5

*capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust DTD 3/26/1996*

IT IS SO ORDERED

Dated: March 25th ,2015
    New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE