**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04836 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF ESTELLE G. TEITELBAUM; and RUTH WASHTON, in her capacity as Personal Representative of the Estate of Estelle G. Teitelbaum, | |
| Defendants. | |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Estate of Estelle G. Teitelbaum and Ruth Washton in her Capacity as Personal Representative of the Estate of Estelle G. Teitelbaum ("Defendants"), by and through their counsel, Kudman Trachten Aloe LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Estelle G. Teitelbaum.

2. On January 6, 2012, a Statement Noting Death of Estelle G. Teitelbaum was filed.

3. On August 14, 2012, a Stipulation for Substitution of Defendant and Order was filed, substituting Estate of Estelle G. Teitelbaum and Ruth Washton in her Capacity as Personal Representative of the Estate of Estelle G. Teitelbaum as defendants.

4. On April 25, 2014, Defendants Estate of Estelle G. Teitelbaum and Ruth Washton in her Capacity as Personal Representative of the Estate of Estelle G. Teitelbaum served an answer on the Trustee.

5. On February 26, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [Dkt. No. 3181].

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*Remainder of This Page Intentionally Left Blank*]

Dated: March 23, 2015

          **BAKER & HOSTETLER LLP**

          By: */s/Nicholas J. Cremona*
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: 212.589.4200
          Facsimile: 212.589.4201
          David J. Sheehan
          Nicholas J. Cremona

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**KUDMAN TRACHTEN ALOE LLP**

By: */s/Evan S. Cowit*
350 Fifth Avenue, Suite 4400
New York, New York 10118
Telephone: 212.868.1010
Paul H. Aloe
Evan S. Cowit

*Attorneys for Defendants Estate of Estelle G. Teitelbaum and Ruth Washton in her Capacity as Personal Representative of the Estate of Estelle G. Teitelbaum*

SO ORDERED

Dated: March 25th, 2015
New York, New York

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE