KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Defendants*

GOULSTON & STORRS
A Professional Corporation
James F. Wallack
Peter D. Bilowz
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | |
| v. | : | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| Defendant. | : | |

------------------------------------------------------------------ X

In re :

BERNARD L. MADOFF, :

            Debtor. :

------------------------------------------------------------------ X

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,   :   Adv. Pro. No. 10-04646 (BRL)

           Plaintiff,

     v.

MARC B. WOLPOW 1995 FAMILY TRUST,
BARRY S. VOLPERT and R. BRADFORD MALT,
in their capacities as Trustees of the Marc B. Wolpow
1995 Family Trust, MARC B. WOLPOW
individually, and NINA WOLPOW,

           Defendants.

------------------------------------------------------------------ X

# **AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

KL2 2890724.1

PLEASE TAKE NOTICE that Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") and Goulston & Storrs hereby amends its appearance in adversary proceeding number 10-04646 (BRL) (the "Adversary Proceeding") on behalf of Marc B. Wolpow 1995 Family Trust, Barry S. Volpert and R. Bradford Malt, in their capacities as Trustees of the Marc B. Wolpow 1995 Family Trust, Marc B. Wolpow, and Nina Wolpow (the "Defendants").

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kramer Levin and Goulston & Storrs request that copies of all notices and pleadings given or served in the Adversary Proceeding be given and served upon Kramer Levin and Goulston & Storrs at the offices, addresses, telephone numbers, and e-mail addresses set forth below:

> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Attn:   Philip Bentley
> Phone: (212) 715-9100
> Fax:    (212) 715-8000
> Email: pbentley@kramerlevin.com
>
>             - and -
>
> GOULSTON & STORRS
> A Professional Corporation
> Attn:   James F. Wallack, Esq.
>         Peter D. Bilowz, Esq.
> 400 Atlantic Avenue
> Boston, Massachusetts 02110-3333
> Phone: (617) 574-4107
> Fax:    (617) 574-7646
> Email: jwallac@goulstonstorrs.com
>         pbilowz@goulstonstorrs.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local

-2-

Bankruptcy Rules for the Southern District of New York, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the Adversary Proceeding and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Appearance and Demand for Service of Pleadings and Other Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after _de novo_ review by a judge of the United States District Court for the Southern District of New York, (ii) the right to trial by jury in any proceeding related to the Adversary Proceeding, (iii) the right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
March 25, 2015

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
    Philip Bentley
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

    and

    GOULSTON & STORRS
    A Professional Corporation
    James F. Wallack
    Peter D. Bilowz
    400 Atlantic Avenue
    Boston, Massachusetts 02110-3333
    Telephone: (617) 482-1776
    Facsimile: (617) 574-4112

*Attorneys for Defendants*

KL2 2890724.1