FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Eugenia G. Vogel Trust, the Eugnia G. Vogel Irrevocable Trust, Emile Gladstone, Howard Vogel, and Howard Vogel Retirement Plan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> Eugenia G. Vogel Trust, Eugenia G. Vogel Irrevocable Trust, Emile Gladstone, in his capacity as trustee of the Eugenia G. Vogel Trust and the Eugenia G. Vogel Irrevocable Trust, HOWARD VOGEL RETIREMENT PLAN and HOWARD VOGEL, individually and in his capacity as trustee of the Howard Vogel Retirement Plan, <br><br> Defendants. | Adv. Pro. No. 10-05090 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Eugenia G. Vogel Trust, the Eugnia G. Vogel Irrevocable Trust, Emile Gladstone, Howard Vogel, and Howard Vogel Retirement Plan (the "Defendants") in this adversary proceeding.  All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>            Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>            jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>March 25, 2015 | Dated: New York, New York<br>March 25, 2015 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>Philip Bentley<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800 |
| Dated: New York, New York<br>March __, 2015 | SO ORDERED:<br><br>_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05090 (SMB) |
| Plaintiff, | |
| v. | |
| Eugenia G. Vogel Trust, Eugenia G. Vogel Irrevocable Trust, Emile Gladstone, in his capacity as trustee of the Eugenia G. Vogel Trust and the Eugenia G. Vogel Irrevocable Trust, HOWARD VOGEL RETIREMENT PLAN and HOWARD VOGEL, individually and in his capacity as trustee of the Howard Vogel Retirement Plan, | |
| Defendants. | |

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

1. I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Eugenia G. Vogel Trust, the Eugnia G. Vogel Irrevocable Trust, Emile Gladstone, Howard Vogel, and Howard Vogel Retirement Plan (the "Defendants") in the

above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 25, 2015

By: /s/ Elise S. Frejka
Elise S. Frejka