FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for The Leeds Partnership, Margaret and Richard Lipmanson Foundation,
Kaleidoscope Foundation, Gerard Leeds, Liselotte a/k/a Lilo Leeds, Richard Leeds, Michael
Leeds, Daniel Leeds, Gregory Jobin-Leeds, and Jennifer Leeds*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE LEEDS PARTNERSHIP, MARGARET AND RICHARD LIPMANSON FOUNDATION, KALEIDOSCOPE FOUNDATION, GERARD LEEDS, as general partner of The Leeds Partnership, LISELOTTE A/K/A LILO LEEDS, as general partner of The Leeds Partnership, RICHARD LEEDS, as general partner of The Leeds Partnership, MICHAEL LEEDS, as general partner of The Leeds Partnership, DANIEL LEEDS, as general partner of The Leeds Partnership, GREGORY JOBIN LEEDS, as general partner of The Leeds Partnership, and JENNIFER LEEDS, as general partner of The Leeds Partnership,<br><br>Defendants. | Adv. Pro. No. 10-05444 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York,

New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for The

Leeds Partnership, Margaret and Richard Lipmanson Foundation, Kaleidoscope Foundation, Gerard

Leeds, Liselotte a/k/a Lilo Leeds, Richard Leeds, Michael Leeds, Daniel Leeds, Gregory Jobin-

Leeds, and Jennifer Leeds (the "Defendants") in this adversary proceeding.  All notices given or

required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>         Jason S. Rappaport
> Telephone: (212) 641-0800
> Email:  efrejka@frejka.com
>         jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and

consent to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>       March 25, 2015 | Dated: New York, New York<br>       March 25, 2015 |
| KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>    Philip Bentley<br>    1177 Avenue of the Americas<br>    New York, New York 10036<br>    Telephone: (212) 715-9100<br>    Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>    Elise S. Frejka<br>    Jason S. Rappaport<br>    733 Third Avenue<br>    New York, New York 10017<br>    Telephone: (212) 641-0800 |

Dated: New York, New York
       March __, 2015

SO ORDERED:

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05444 (SMB) |
| Plaintiff, | |
| v. | |
| THE LEEDS PARTNERSHIP, MARGARET AND RICHARD LIPMANSON FOUNDATION, KALEIDOSCOPE FOUNDATION, GERARD LEEDS, as general partner of The Leeds Partnership, LISELOTTE A/K/A LILO LEEDS, as general partner of The Leeds Partnership, RICHARD LEEDS, as general partner of The Leeds Partnership, MICHAEL LEEDS, as general partner of The Leeds Partnership, DANIEL LEEDS, as general partner of The Leeds Partnership, GREGORY JOBIN LEEDS, as general partner of The Leeds Partnership, and JENNIFER LEEDS, as general partner of The Leeds Partnership, | |
| Defendants. | |

<u>DECLARATION OF ELISE S. FREJKA</u>

I, ELISE S. FREJKA declare as follows:

1.      I am a member of the firm of Frejka PLLC and a member of the Bar of this Court.

Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I submit this declaration in support of the

accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis &
Frankel LLP as counsel for The Leeds Partnership, Margaret and Richard Lipmanson
Foundation, Kaleidoscope Foundation, Gerard Leeds, Liselotte a/k/a Lilo Leeds, Richard Leeds,
Michael Leeds, Daniel Leeds, Gregory Jobin-Leeds, and Jennifer Leeds (the "Defendants") in
the above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of
the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

    2.    The Defendants have requested and consent to this substitution of counsel.

    3.    It is not expected that any delay or prejudice will result to any party in this
proceeding from this substitution of counsel.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct.

Dated: New York, New York
       March 25, 2015

                                         By: /s/ Elise S. Frejka
                                             Elise S. Frejka