**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | NO. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. FEDERICO CERETTI, ET AL. Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 26, 2015 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Federico Ceretti, et al., Adv. Pro. No. 09-01161 (SMB)**

1. Notice of FIM Defendants' Motion for Sanctions Against the Trustee and Baker & Hostetler, LLP (Filed: 1/26/2015) [Docket No. 160]

    a. Memorandum of Law in Support of FIM Defendants' Motion for Sanctions Against the Trustee and His Counsel (Filed: 1/26/2015) [Docket No. 161]

    b. Declaration of Barry Sher in Support of FIM Defendants' Motion for Sanctions (Filed: 1/26/2015) [Docket No. 162]

    c. Supplemental Declaration of Carlo Grosso in Support of FIM Defendants' Motion for Sanctions with Exhibit (Filed: 1/26/2015) [Docket No. 163]

    d. Declaration of Jodi Kleinick in Support of FIM Defendants' Motion for Sanctions with appended Exhibits 1 through 15 (Filed: 1/26/2015) [Docket No. 164]

**OBJECTIONS FILED**:

2. Memorandum of Law in Response to FIM Defendants' Motion for Sanctions (Filed: 2/18/15) [Docket No. 165]

    a. Declaration of David J. Sheehan in Opposition to FIM Defendants' Motion for Sanctions (Filed: 2/18/15) [Docket No. 166]

    b. Declaration of Gonzalo S. Zeballos, Esq. in Support of Trustee's Opposition to FIM Defendants' Motion for Sanctions Against the Trustee and His Counsel with Exhibits A through Q (Filed: 2/18/15) [Docket No. 167]

**RESPONSE FILED:**

3. Reply Memorandum of Law in Further Support of FIM Defendants' Motion for Sanctions with Proposed Order (Filed: 2/23/15) [Docket No. 169 and 169-1]

    a. Supplemental Declaration of Barry Sher in Support of FIM Defendants' Motion for Sanctions (Filed: 2/23/15) [Docket No. 170]

**RELATED FILINGS:**

4. Affidavit of Service regarding Memorandum of Law in Response to FIM Defendants' Motion for Sanctions, Declaration of David J. Sheehan in Opposition to FIM Defendants' Motion for Sanctions; and, Declaration of Gonzalo S. Zeballos, Esq. in Support of Trustee's Opposition to FIM Defendants' Motion for Sanctions Against the Trustee and His Counsel (Filed: 2/20/15) [Docket No. 168]

Status: This matter is going forward.

Dated: New York, New York
March 25, 2015

Respectfully submitted,

/s/ David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
 Gonzalo S. Zeballos
Email: gzeballos@bakerlaw.com
Geraldine E. Ponto
Email:  gponto@bakerlaw.com
Anthony M. Gruppuso
Email:  agruppuso@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*