FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Liselotte J. Leeds Lifetime Trust and Liselotte Leeds*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LISELOTTE J. LEEDS LIFETIME TRUST and LISELOTTE LEEDS, as Trustee, <br><br> Defendants. | Adv. Pro. No. 10-05179 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Liselotte J. Leeds Lifetime Trust and Liselotte Leeds (the "Defendants") in this adversary proceeding. All

notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:  Elise S. Frejka
>        Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>        jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York        Dated: New York, New York
       March 25, 2015                   March 25, 2015

KRAMER LEVIN NAFTALIS &          FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley            By: /s/ Elise S. Frejka
    Philip Bentley                    Elise S. Frejka
    1177 Avenue of the Americas       Jason S. Rappaport
    New York, New York 10036          733 Third Avenue
    Telephone: (212) 715-9100         New York, New York 10017
    Facsimile: (212) 715-8000         Telephone: (212) 641-0800


Dated: New York, New York         SO ORDERED:
       March 26th, 2015
                                  /s/ STUART M. BERNSTEIN
                                  HON. STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE

2