FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Malcolm Sherman*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MALCOLM SHERMAN,<br><br>    Defendant. | Adv. Pro. No. 10-04430 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Malcolm

Sherman (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>         Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>        jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

Dated: New York, New York             Dated: New York, New York
       March 25, 2015                        March 25, 2015

KRAMER LEVIN NAFTALIS &               FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley                By: /s/ Elise S. Frejka
    Philip Bentley                        Elise S. Frejka
    1177 Avenue of the Americas          Jason S. Rappaport
    New York, New York 10036             733 Third Avenue
    Telephone: (212) 715-9100            New York, New York 10017
    Facsimile: (212) 715-8000            Telephone: (212) 641-0800


       Dated: New York, New York       SO ORDERED:
              March 26th, 2015

                                       /s/ STUART M. BERNSTEIN
                                       HON. STUART M. BERNSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE

2