FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for AHT Partners, LP, AHT Associates, LLC, and Andrew H. Tananbaum*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>AHT PARTNERS, LP, AHT ASSOCIATES, LLC, in its capacity as General Partner of AHT Partners, LP, and ANDREW H. TANANBAUM, individually and in his capacity as Managing Member of AHT Associates, LLC,<br><br>Defendants. | Adv. Pro. No. 10-04439 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for AHT

Partners, LP, AHT Associates, LLC, and Andrew H. Tananbaum (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>         Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>        jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York  
　　　　March 25, 2015

KRAMER LEVIN NAFTALIS &  
FRANKEL LLP

By: /s/ Philip Bentley  
　　Philip Bentley  
　　1177 Avenue of the Americas  
　　New York, New York 10036  
　　Telephone: (212) 715-9100  
　　Facsimile: (212) 715-8000

Dated: New York, New York  
　　　　March 25, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka  
　　Elise S. Frejka  
　　Jason S. Rappaport  
　　733 Third Avenue  
　　New York, New York 10017  
　　Telephone: (212) 641-0800

Dated: New York, New York  
　　　　March 26th, 2015

SO ORDERED:

/s/ STUART M. BERNSTEIN  
HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE