FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Gordon Associates and Bruce Gordon*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04684 (SMB) |
| Plaintiff, | |
| v. | |
| GORDON ASSOCIATES, a New York partnership, and BRUCE GORDON, | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Gordon

Associates and Bruce Gordon (the "Defendants") in this adversary proceeding.  All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:   Elise S. Frejka
>         Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>        jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York          Dated: New York, New York
       March 25, 2015                     March 25, 2015

KRAMER LEVIN NAFTALIS &            FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley              By: /s/ Elise S. Frejka
    Philip Bentley                      Elise S. Frejka
    1177 Avenue of the Americas         Jason S. Rappaport
    New York, New York 10036            733 Third Avenue
    Telephone: (212) 715-9100           New York, New York 10017
    Facsimile: (212) 715-8000           Telephone: (212) 641-0800

Dated: New York, New York          SO ORDERED:
       March 26th, 2015
                                   /s/  STUART M. BERNSTEIN
                                   HON. STUART M. BERNSTEIN
                                   UNITED STATES BANKRUPTCY JUDGE

2