**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE LDP CORP. PROFIT SHARING PLAN AND TRUST; LEONARD D. PEARLMAN, in his capacity as Trustee for The LDP Corp. Profit Sharing Plan and Trust; and EMANUEL R. PEARLMAN, in his capacity as Trustee for The LDP Corp. Profit Sharing Plan and Trust, | Adv. Pro. No. 10-05043 (SMB) |

|                  |
|------------------|
| Defendants.      |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on: April 15, 2014

2. Fact Discovery shall be completed by: August 28, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: October 23, 2015

4. The Disclosure of Rebuttal Experts shall be due: November 27, 2015

5. The Deadline for Completion of Expert Discovery shall be: December 28, 2015

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before February 26, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before March 11, 2016.

8. The Deadline for Conclusion of Mediation shall be:  On or before June 10, 2016.

300342374.1

Dated: New York, New York
March 26, 2015

| BAKER & HOSTETLER LLP | JASPAN SCHLESINGER LLP |
|---|---|
| By: /s/ *Nicholas Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ *Shannon Anne Scott*_____<br>Shannon Anne Scott<br>300 Garden City Plaza<br>Garden City, New York 11530<br>Telephone: 516.746.8000<br>Fax: 516.393.8282<br>Email: sscott@jaspanllp.com<br><br><br><br><br><br>*Attorneys for Defendants* |