**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br>　　　　　　　v.<br><br>THE CHARLES SALMANSON TRUST 1981, JERROLD A. SALMANSON, in his capacity as trustee of The Charles Salmanson Trust 1981 and executor of the Estate of Charles Salmanson and individually, and DONALD SALMANSON, in his capacity as trustee of The Charles Salmanson Trust | Adv. Pro. No. 10-04877 (SMB) |

| |
|---|
| 1981 and executor of the Estate of Charles Salmanson, |
| Defendants. |

# STIPULATION FOR VOLUNTARY DISMISSAL
# OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants, THE CHARLES SALMANSON TRUST 1981, JERROLD A. SALMANSON, in his capacity as trustee of The Charles Salmanson Trust 1981 and executor of the Estate of Charles Salmanson and individually, and DONALD SALMANSON, in his capacity as trustee of The Charles Salmanson Trust 1981 and executor of the Estate of Charles Salmanson ("Defendants"), by and through their counsel, Burns & Levinson LLP, (collectively, Trustee and Defendants are hereinafter referred to as the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against Defendants.

2. The Defendants did not respond to the Complaint.

3. On July 11, 2014, the Court entered a Clerks Default (Dkt. No. 7) against Defendant, The Charles Salmanson Trust 1981, and the same was served on the Defendant, The Charles Salmanson Trust 1981 on July 23, 2014 (Dkt. No. 9).

4. On March 19, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule

of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

6.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective beneficiaries, trustees, executors, administrators, heirs, successors and assigns and upon all creditors and parties of interest.

7.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: March 27, 2015

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**BURNS & LEVINSON LLP**

<u>By:  /s/ *Paul M. Sanford*</u>
One Citizens Plaza, Suite 110
Providence, Rhode Island  02903
Telephone: 401.831.8330
Facsimile: 401.831.8359
Paul M. Sanford
Email: psanford@burnslev.com
Benjamin C. Caldwell
Email: bcaldwell@burnslev.com

*Attorneys for Defendants*