**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03483 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, | |
| Defendants. | |

**STIPULATION AND ORDER ADJOURNING HEARING**
**AND DEADLINE TO OPPOSE MOTION**

WHEREAS, on December 2, 2014, Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, filed a Notice of Motion seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion (the "Motion") to substitute (i) the Estate of Andrew H. Madoff and Martin Flumenbaum for deceased defendant Andrew Madoff and (ii) David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this proceeding;

WHEREAS, by Stipulation and Order entered on February 4, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to February 27, 2015;

WHEREAS, by Stipulation and Order entered on February 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 13, 2015 and adjourned the hearing before the Court on the Motion to April 29, 2015, at 10:00 a.m.; and

WHEREAS, by Stipulation and Order entered on March 13, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 27, 2015.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. Any opposition ("Opposition") to the Motion shall be filed by April 27, 2015.

2. The hearing before the Court on the Motion, which was previously scheduled to be held on April 29, 2015, is adjourned to May 20, 2015, at 10:00 a.m.

3. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the Court a further extension, or of any other party's right to object to any such request.

Dated: March 27, 2015  
    New York, New York

WINDELS MARX LANE & MITTENDORF LLP

BY: /s/ Howard L. Simon_____  
156 West 56th Street  
New York, New York 10019  
Telephone: (212) 237-1000  
Facsimile: (212) 262-1215  
Howard L. Simon  
hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

DAVID BLUMENFELD

BY: /s/ David Blumenfeld_____  
101 Whitney Lane  
Old Westbury, New York  11568

*Successor Executor of the Estate of Mark D. Madoff*

MARTIN FLUMENBAUM

BY: /s/ Martin Flumenbaum_____  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Telephone: (212) 373-3191  
Facsimile: (212) 492-0191  
Martin Flumenbaum  
Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: /s/ Andrew Ehrlich
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3191
    Facsimile: (212) 492-0191
    Martin Flumenbaum
    Email: mflumenbaum@paulweiss.com
    Andrew Ehrlich
    Email: aehrlich@paulweiss.com

*Attorneys for the Estate of Andrew H. Madoff and the Estate of Mark D. Madoff*

SO ORDERED:

Dated: March 27th, 2015      /s/ STUART M. BERNSTEIN
New York, New York      HONORABLE STUART M. BERNSTEIN
      UNITED STATES BANKRUPTCY JUDGE