FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br>v.<br><br>ESTATE OF ELAINE COOPER, STEVEN MNUCHIN, as executor, as trustee, and as an individual, ALAN MNUCHIN, as executor, as trustee, and as an individual, GENERATION SKIPPING TRANSFER TRUST FBO ALAN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, GENERATION SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO ALAN MNUCHIN UNDER ARTICLE 5A OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE | Adv. Pro. No. 10-05167 (SMB) |

> 5B OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO E.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO D.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO J.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, WILLIAM D. ZABEL, as trustee, and NELL HEFFNER,
>
>                   Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Estate of Elaine Cooper, Steven Mnuchin, Alan Mnuchin, Generation Skipping Transfer Trust FBO Alan Mnuchin and His Issue Under Article 4 of the Last Will and Testament of Elaine Terner Cooper, Generation Skipping Transfer Trust FBO Steven Mnuchin and His Issue Under Article 4 of the Last Will and Testament of Elaine Terner Cooper, Trust FBO Alan Mnuchin Under Article 5A of the Last Will and Testament of Elaine Terner Cooper, Trust FBO Steven Mnuchin and His Issue Under Article 5B of the Last Will and Testament of Elaine Terner Cooper, Trust FBO E.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, Trust FBO D.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, Trust FBO J.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, William D. Zabel, and Nell Heffner (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

2

        FREJKA PLLC
        733 Third Avenue
        New York, New York 10017
        Attn:   Elise S. Frejka
                Jason S. Rappaport
        Telephone: (212) 641-0800
        Email: efrejka@frejka.com
                jrappaport@frejka.com

    PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York
       March 27, 2015

    KRAMER LEVIN NAFTALIS &
    FRANKEL LLP

By: /s/ Philip Bentley
    Philip Bentley
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

Dated: New York, New York
       March 27, 2015

    FREJKA PLLC

By: /s/ Elise S. Frejka
    Elise S. Frejka
    Jason S. Rappaport
    733 Third Avenue
    New York, New York 10017
    Telephone: (212) 641-0800

    Dated: New York, New York
          March __, 2015

SO ORDERED:

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>v.<br><br>ESTATE OF ELAINE COOPER, STEVEN MNUCHIN, as executor, as trustee, and as an individual, ALAN MNUCHIN, as executor, as trustee, and as an individual, GENERATION SKIPPING TRANSFER TRUST FBO ALAN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, GENERATION SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO ALAN MNUCHIN UNDER ARTICLE 5A OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 5B OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO E.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO D.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, | Adv. Pro. No. 10-05167 (SMB) |

1

New York trust, TRUST FBO J.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, WILLIAM D. ZABEL, as trustee, and NELL HEFFNER,

Defendants.

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

1. I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Estate of Elaine Cooper, Steven Mnuchin, Alan Mnuchin, Generation Skipping Transfer Trust FBO Alan Mnuchin and His Issue Under Article 4 of the Last Will and Testament of Elaine Terner Cooper, Generation Skipping Transfer Trust FBO Steven Mnuchin and His Issue Under Article 4 of the Last Will and Testament of Elaine Terner Cooper, Trust FBO Alan Mnuchin Under Article 5A of the Last Will and Testament of Elaine Terner Cooper, Trust FBO Steven Mnuchin and His Issue Under Article 5B of the Last Will and Testament of Elaine Terner Cooper, Trust FBO E.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, Trust FBO D.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, Trust FBO J.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, William D. Zabel, and Nell Heffner (the "Defendants") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

2

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 27, 2015

By: /s/ Elise S. Frejka
Elise S. Frejka

3