**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v. | Adv. Pro. No. 10-04808 (SMB) |

> ALAN AND JANET WINTERS FAMILY PARTNERSHIP LTD.;
>
> WINTERS MANAGEMENT TRUST, in its capacity as GENERAL PARTNER of the ALAN AND JANET WINTERS FAMILY PARTNERSHIP LTD.;
>
> ALAN WINTERS, in his capacity as TRUSTEE of the WINTERS MANAGEMENT TRUST and INDIVIDUALLY as SUBSEQUENT TRANSFEREE; and
>
> JANET WINTERS, in her capacity as TRUSTEE of the WINTERS MANAGEMENT TRUST and INDIVIDUALLY as SUBSEQUENT TRANSFEREE,
>
>     Defendants.

## **STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including April 3, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: March 27, 2015
      New York, New York

By: */s/ Nicholas J. Cremona*_____
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

Dated: March 27, 2015
      New York, New York

By: */s/ Jeffrey L. Bernfeld*_____
**BERNFELD, DEMATTEO & BERNFELD LLP**
600 Third Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
David B. Bernfeld
Email: dbblaw@hotmail.com
Jeffrey L. Bernfeld
Email: jeffreybernfeld@bernfeld-dematteo.com

*Attorneys for Defendants Alan and Janet Winters Family Partnership, Ltd., Winters Management Trust, Alan Winters, and Janet Winters*

Dated: March 27, 2015
      New York, New York

By: */s/ Keith N. Costa*_____
Keith N. Costa, Mediator