UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>GARY J. KORN, ROBERT KORN REVOCABLE TRUST, ROBERT KORN, JOAN KORN, and THE KORN FAMILY LIMITED PARTNERSHIP,<br><br>       Defendants. | Adv. Pro. No. 10-04429 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

  PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: April 14, 2014.


2. Fact Discovery shall be completed by: January 14, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: January 14, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due: May 18, 2015.

5. The Disclosure of Rebuttal Experts shall be due: June 17, 2015.

6. The Deadline for Completion of Expert Discovery shall be: September 15, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 16, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 30, 2015.

9. The Deadline for Conclusion of Mediation shall be: On or before March 29, 2016.

Dated: New York, New York
March 30, 2015

**BAKER HOSTETLER LLP**

By: *s/ Dominic A. Gentile*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Dominic A. Gentile
Email: dgentile@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and for*
*the Estate of Bernard L. Madoff*