**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HELEN SAREN-LAWRENCE,<br><br>　　　　　Defendant. | Adv. Pro. No. 10-04898 (BRL) |

**ORDER SETTING ASIDE DEFAULT**

Upon the motion (the "Motion") of defendant Helen Saren-Lawrence (the "Defendant") to set aside the default entered on February 26, 2015 (the "Default") in the above-captioned adversary proceeding, pursuant to Federal Rule of Civil Procedure 55(c), made applicable herein by Federal Rule of Bankruptcy Procedure 7055; Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, having no objection to the relief sought in the Motion; and the Defendant having demonstrated good cause to grant the relief sought in the Motion; it is hereby

**ORDERED** that the Motion is granted as provided in this Order; and it is further

**ORDERED** that the Default shall be, and hereby is, set aside; and it is further

**ORDERED** that the Defendant's Answer and Affirmative Defenses filed on March 10, 2015 [Docket No. 21] is authorized to be filed.

Dated:  New York, New York
　　　　March 27th, 2015

　　　　　　　　　　　　　　　　　　　　/s/ STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE