FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for John Gates Jr. Trust u/a/d 5/8/2003*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P.,<br><br>Reorganized Debtors. | Chapter 11<br>Case No.: 10-16229 (SMB)<br>(Jointly Administered) |
| 217 CANNER ASSOCIATES, LLC, LIQUIDATING TRUSTEE, as trustee for the Greenwich Sentry Liquidating Trust, on behalf of itself and as assignee of the Greenwich Sentry Litigation Trust,<br><br>Plaintiff,<br><br>− against −<br><br>JOHN GATES JR. TRUST u/a/d 5/8/2003,<br><br>Defendant. | Adversary Proceeding No.: 12-01965 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for John Gates Jr. Trust u/a/d 5/8/2003 (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

FREJKA PLLC
733 Third Avenue
New York, New York 10017
Attn:   Elise S. Frejka
           Jason S. Rappaport
Telephone: (212) 641-0800
Email: efrejka@frejka.com
           jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

Dated: New York, New York
       March 30, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  /s/ Philip Bentley
     Philip Bentley
     1177 Avenue of the Americas
     New York, New York 10036
     Telephone: (212) 715-9100
     Facsimile: (212) 715-8000

Dated: New York, New York
       March 30, 2015

FREJKA PLLC

By:  /s/ Elise S. Frejka
     Elise S. Frejka
     Jason S. Rappaport
     733 Third Avenue
     New York, New York 10017
     Telephone: (212) 641-0800

Dated: New York, New York
       March 30th, 2015

SO ORDERED:

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE