FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>ESTATE OF ELAINE COOPER, STEVEN MNUCHIN, as executor, as trustee, and as an individual, ALAN MNUCHIN, as executor, as trustee, and as an individual, GENERATION SKIPPING TRANSFER TRUST FBO ALAN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, GENERATION SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO ALAN MNUCHIN UNDER ARTICLE 5A OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE | Adv. Pro. No. 10-05167 (SMB) |

1

> 5B OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO E.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO D.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO J.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, WILLIAM D. ZABEL, as trustee, and NELL HEFFNER,
>
> Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Estate of Elaine Cooper, Steven Mnuchin, Alan Mnuchin, Generation Skipping Transfer Trust FBO Alan Mnuchin and His Issue Under Article 4 of the Last Will and Testament of Elaine Terner Cooper, Generation Skipping Transfer Trust FBO Steven Mnuchin and His Issue Under Article 4 of the Last Will and Testament of Elaine Terner Cooper, Trust FBO Alan Mnuchin Under Article 5A of the Last Will and Testament of Elaine Terner Cooper, Trust FBO Steven Mnuchin and His Issue Under Article 5B of the Last Will and Testament of Elaine Terner Cooper, Trust FBO E.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, Trust FBO D.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, Trust FBO J.M. Under Article 5C of the Last Will and Testament of Elaine Terner Cooper, William D. Zabel, and Nell Heffner (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

      FREJKA PLLC
      733 Third Avenue
      New York, New York 10017
      Attn: Elise S. Frejka
         Jason S. Rappaport
      Telephone: (212) 641-0800
      Email: efrejka@frejka.com
         jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| Dated: New York, New York<br>March 27, 2015 | Dated: New York, New York<br>March 27, 2015 |
|---|---|
| KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP | FREJKA PLLC |
| By: /s/ Philip Bentley<br>Philip Bentley<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800 |
| Dated: New York, New York<br>March 31, 2015 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |