**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

Settlement Date:  April 3, 2015 at 12:00 p.m.
Objection Deadline: April 2, 2015 at 5:00 p.m.

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | NO. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, ET AL. <br><br> Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**AMENDED NOTICE OF SETTLEMENT OF ORDER**

**PLEASE TAKE NOTICE** that at the direction of the Court, the undersigned will

present the attached proposed order to The Honorable Stuart M. Bernstein, United States

Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, 10004 on **April 3, 2015 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed order or objection to the proposed order must be in writing and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, by no later than **April 2, 2015 at 5:00 p.m.** ("Objection Deadline"), with a courtesy copy delivered to the chambers of The Honorable Stuart M. Bernstein; and served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, NY 10111, Attn: David J. Sheehan, Esq., and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq.  Any objection to the proposed order must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed order or written objection to the proposed order are received before the objection deadline, the proposed order may be signed and entered by the Court without further notice.

Dated: New York, New York
       March 31, 2015                           Respectfully submitted,

                                                */s/ David J. Sheehan*
                                                Baker & Hostetler LLP
                                                45 Rockefeller Plaza
                                                New York, New York 10111
                                                Telephone: (212) 589-4200
                                                Facsimile: (212) 589-4201
                                                David J. Sheehan
                                                Email: dsheehan@bakerlaw.com

                                                *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff*

2