**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, *et. al.*,<br><br>                  Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**ORDER DENYING FIM DEFENDANTS' MOTION FOR**
**SANCTIONS AGAINST THE TRUSTEE AND BAKER & HOSTETLER, LLP**

**THIS MATTER**, having come before the Court on the motion (the "Motion") of defendants, Federico Ceretti, Carlo Grosso, FIM Limited, and FIM Advisers LLP (collectively, "FIM Defendants"), seeking entry of an order under 28 U.S.C. § 1927 and the Court's inherent power awarding sanctions against the Trustee and Baker & Hostetler, LLP (collectively, "Respondents"); and the Court having considered the papers filed in support of the Motion

[Docket Nos. 160-164], the Respondents' papers filed in opposition to the Motion [Docket Nos. 165-168], and the FIM Defendants' reply papers [Docket Nos. 169-171]; and the Court having conducted a hearing on the Motion on March 26, 2015 ("Hearing"), at which the Court heard the oral argument of Paul Hastings LLP, counsel for the FIM Defendants (Jodi Kleinick and Mor Wetzler, appearing), and Baker & Hostetler LLP, counsel for the Trustee (David J. Sheehan and Geraldine E. Ponto, appearing); and based upon the Court's findings and conclusions set forth on the record at the Hearing; it is hereby

ORDERED, the Motion is DENIED.

Dated: New York, New York
_____, 2015       HONORABLE STUART M. BERNSTEIN
                                 UNITED STATES BANKRUPTCY JUDGE