**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>HHI INVESTMENT TRUST #2;<br><br>KING HARRIS, in his capacity as trustee of the HHI Investment Trust #2, Pam F. Szokol Trust dated 02/18/93, William J. Friend Trust dated 06/22/95, Scott C. Friend Trust of 1984 under Trust Agreement dated 11/21/84, Bette D. Harris Grandchildren's Trust for the Children of Katherine Harris – Pam Friend Szokol under Trust | Adv. Pro. No. 10-05404 (SMB) |

Agreement dated 01/13/59, Bette D. Harris Grandchildren's Trust for the Children of Katherine Harris – William Friend under Trust Agreement dated 01/13/59, Bette D. Harris Grandchildren's Trust for the Children of King Harris – John B. Harris under Trust Agreement dated 01/13/59, Bette D. Harris Grandchildren's Trust for the Children of Toni Paul under Trust Agreement dated 01/13/59, Toni Harris Paul Children's Trust dated 12/15/76, and in his capacity as custodian for Charles Henry Paul Under the Illinois Uniform Gifts to Minors Act under Agreement dated 06/01/79, custodian for Kelly Lynn Paul Under the Illinois Uniform Gifts to Minors Act under Agreement dated 10/01/80, custodian for Alan Harris Paul Under the Illinois Uniform Gifts to Minors Act under Agreement dated 12/20/84, and custodian for Laurie Beth Paul Under the Illinois Uniform Gifts to Minors Act under Agreement dated 12/20/84;

KATHERINE P. HARRIS, in her capacity as trustee of the HHI Investment Trust #2, Bette D. Harris Grandchildren's Trust for the Children of Katherine Harris – Pam Friend Szokol under Trust Agreement dated 01/13/59, Bette D. Harris Grandchildren's Trust for the Children of Katherine Harris – William Friend under Trust Agreement dated 01/13/59, Bette D. Harris Grandchildren's Trust for the Children of King Harris – John B. Harris under Trust Agreement dated 01/13/59, Bette D. Harris Grandchildren's Trust for the Children of Toni Paul under Trust Agreement dated 01/13/59, King W. W. Harris Trust for Children under Trust Agreement dated 12/15/76, Toni Harris Paul Children's Trust dated 12/15/76, and in her capacity as custodian for John B. Harris Under the Illinois Uniform Gifts to Minors Act under Agreement dated 12/01/76;

TONI H. PAUL, in her capacity as trustee of the HHI Investment Trust #2;

DENISE SAUL, in her capacity as trustee of the King W. W. Harris Trust for Children under Trust Agreement dated 12/15/76;

SIDNEY BARROWS, in his capacity as trustee of

the King W. W. Harris Trust for Children under Trust Agreement dated 12/15/76;

THE HARRIS FAMILY FOUNDATION;

PAM F. SZOKOL TRUST;

WILLIAM J. FRIEND TRUST DATED 06/22/95;

SCOTT C. FRIEND TRUST OF 1984 UNDER TRUST AGREEMENT DATED 11/21/84;

BETTE D. HARRIS GRANDCHILDREN'S TRUST FOR THE CHILDREN OF KATHERINE HARRIS – PAM FRIEND SZOKOL UNDER TRUST AGREEMENT DATED 01/13/59;

BETTE D. HARRIS GRANDCHILDREN'S TRUST FOR THE CHILDREN OF KATHERINE HARRIS – WILLIAM FRIEND UNDER TRUST AGREEMENT DATED 01/13/59;

BETTE D. HARRIS GRANDCHILDREN'S TRUST FOR THE CHILDREN OF KING HARRIS – JOHN B. HARRIS UNDER TRUST AGREEMENT DATED 01/13/59;

BETTE D. HARRIS GRANDCHILDREN'S TRUST FOR THE CHILDREN OF TONI PAUL UNDER TRUST AGREEMENT DATED 01/13/59;

KING W. W. HARRIS TRUST FOR CHILDREN UNDER TRUST AGREEMENT DATED 12/15/76;

TONI HARRIS PAUL CHILDREN'S TRUST DATED 12/15/76;

KATHERINE HARRIS CUSTODIAN FOR JOHN B. HARRIS UNDER THE ILLINOIS UNIFORM GIFTS TO MINORS ACT UNDER AGREEMENT DATED 12/01/76;

KING HARRIS CUSTODIAN FOR CHARLES HENRY PAUL UNDER THE ILLINOIS UNIFORM GIFTS TO MINORS ACT UNDER AGREEMENT DATED 06/01/79;

| |
|---|
| KING HARRIS CUSTODIAN FOR KELLY LYNN PAUL UNDER THE ILLINOIS UNIFORM GIFTS TO MINORS ACT UNDER AGREEMENT DATED 10/01/80; <br><br> KING HARRIS CUSTODIAN FOR ALAN HARRIS PAUL UNDER THE ILLINOIS UNIFORM GIFTS TO MINORS ACT UNDER AGREEMENT DATED 12/20/84; <br><br> KING HARRIS CUSTODIAN FOR LAURIE BETH PAUL UNDER THE ILLINOIS UNIFORM GIFTS TO MINORS ACT UNDER AGREEMENT DATED 12/20/84; <br><br> JOHN B. HARRIS; <br><br> CHARLES HENRY PAUL; <br><br> KELLY LYNN PAUL; <br><br> ALAN HARRIS PAUL; and <br><br> LAURIE BETH PAUL, <br><br>             Defendants. |

## **FOURTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  Fact Discovery shall be completed by: <u>April 17, 2015</u>

2.  The Disclosure of Case-in-Chief Experts shall be due: <u>June 17, 2015</u>

3.  The Disclosure of Rebuttal Experts shall be due: <u>July 31, 2015</u>

4.  The Deadline for Completion of Expert Discovery shall be: <u>October 14, 2015</u>

5. The Deadline for Service of a Notice of Mediation Referral shall be: <u>December 14, 2015</u>

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: <u>December 28, 2015</u>

7. The Deadline for Conclusion of Mediation shall be: <u>April 26, 2016</u>

Dated: New York, New York
March 31, 2015

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*