FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Bernard Greenman Marital Deduction Trust, Greenman Family Foundation Inc., Judith Katz, Lester Greenman, Phyllis Greenman, and Stewart Katz*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>BERNARD GREENMAN MARITAL DEDUCTION TRUST, GREENMAN FAMILY FOUNDATION, INC., PHYLLIS GREENMAN, individually, as, Successor Trustee and Beneficiary of the Bernard Greenman Marital Deduction Trust, LESTER GREENMAN, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust, JUDITH KATZ, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust, and STEWART KATZ, individually,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04479 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Bernard Greenman Marital Deduction Trust, Greenman Family Foundation Inc., Judith Katz, Lester Greenman, Phyllis Greenman, and Stewart Katz (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>FREJKA PLLC
>733 Third Avenue
>New York, New York 10017
>Attn:  Elise S. Frejka
>       Jason S. Rappaport
>Telephone: (212) 641-0800
>Email: efrejka@frejka.com
>       jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York
     April 1, 2015

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: /s/ Philip Bentley
   Philip Bentley
   1177 Avenue of the Americas
   New York, New York 10036
   Telephone: (212) 715-9100
   Facsimile: (212) 715-8000

Dated: New York, New York
     April 1, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka
   Elise S. Frejka
   Jason S. Rappaport
   733 Third Avenue
   New York, New York 10017
   Telephone: (212) 641-0800

Dated: New York, New York
     April __, 2015

SO ORDERED:

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>BERNARD GREENMAN MARITAL DEDUCTION TRUST, GREENMAN FAMILY FOUNDATION, INC., PHYLLIS GREENMAN, individually, as, Successor Trustee and Beneficiary of the Bernard Greenman Marital Deduction Trust, LESTER GREENMAN, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust, JUDITH KATZ, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust, and STEWART KATZ, individually,<br><br>       Defendants. | Adv. Pro. No. 10-04479 (SMB) |

<u>DECLARATION OF ELISE S. FREJKA</u>

I, ELISE S. FREJKA declare as follows:

  1.  I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Bernard Greenman Marital Deduction Trust, Greenman Family

Foundation Inc., Judith Katz, Lester Greenman, Phyllis Greenman, and Stewart Katz (the "Defendants") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 1, 2015

By: /s/ Elise S. Frejka
Elise S. Frejka

2