**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>BELFER TWO CORPORATION,<br><br>  Defendant. | Adv. Pro. No. 10-05423 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Belfer Two Corporation ("Defendant"), by and through its counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 11, 2010, the Trustee filed and served the Complaint against Belfer Two Corp.

2. On April 25, 2011, Defendant served an answer on the Trustee.

3. On March 16, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181]].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

| | |
|---|---|
| Dated: March 23, 2015 | **BAKER & HOSTETLER LLP** |
| | */s/ Marc Hirschfield* |
| | 45 Rockefeller Plaza |
| | New York, New York 10111 |
| | Telephone: (212) 589-4200 |
| | Facsimile: (212) 589-4201 |
| | David J. Sheehan |
| | Email: dsheehan@bakerlaw.com |
| | Marc Hirschfield |
| | Email: mhirschfield@bakerlaw.com |
| | Oren J. Warshavsky |
| | Email: owarshavsky@bakerlaw.com |
| | Robertson D. Beckerlegge |
| | Email: rbeckerlegge@bakerlaw.com |
| | Anat Maytal |
| | Email: amaytal@bakerlaw.com |
| | |
| | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |
| | |
| | **SCHLAM STONE & DOLAN LLP** |
| | */s/ Bennette D. Kramer* |
| | 26 Broadway |
| | New York, New York 10004 |
| | Telephone: (212) 344-5400 |
| | Facsimile: (212) 344-7677 |
| | Richard H. Dolan |
| | Email: RHD@schlamstone.com |
| | Bennette D. Kramer |
| | Email: bdk@schlamstone.com |
| | |
| | SO ORDERED |
| | |
| | /s/ STUART M. BERNSTEIN |
| Dated: April 1st, 2015 | HONORABLE STUART M. BERNSTEIN |
| New York, New York | UNITED STATES BANKRUPTCY JUDGE |

3