**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Marc E. Hirschfield
Brian Bash
Robertson D. Beckerlegge
Elyssa S. Kates
Jessie Kuhn

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  HARVEY E. ROTHENBERG REV TRUST UAD 7/24/02, HARVEY E. ROTHENBERG as Trustee, and beneficiary, and BETTY KLEIN, | Adv. Pro. No. 10-05072 (SMB) |

|                |
|----------------|
| Defendants.    |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Harvey E. Rothenberg Rev Trust UAD 7/24/02, Harvey E. Rothenberg as Trustee, and beneficiary, and Betty Klein (the "Defendants"), by and through their respective counsel, Sheppard, Mullin, Richter & Hampton LLP and The Law Offices of Charles A. Singer (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010 the Trustee commenced this adversary proceeding against the Defendants.

2. As of December 30, 2014 the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants and the Defendants' respective cross-claims in the above-captioned adversary proceeding and dismissing the adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 1, 2015

**BAKER & HOSTETLER LLP**

By: */s/ Elyssa S. Kates*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Brian Bash
Email: bbash@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com
Jessie Kuhn
Email: jkuhn@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**Sheppard Mullin Richter & Hampton LLP**

By: */s/ Alan Winick*
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700

3

Facsimile: (212) 653-8701
Alan Winick
Email: awinick@sheppardmullin.com
Sarah E. Aberg
Email: saberg@sheppardmullin.com

*Attorney for Harvey E. Rothenberg Rev. Trust UAD 7/24/02 and Harvey E. Rothenberg*

**The Law Offices of Charles A. Singer**

By: */s/ Charles A. Singer*
11 Middle Neck Road, Suite 310
Great Neck, New York, 11021
Telephone: (516) 482-0666
Facsimile: (516) 482-0644
Charles A. Singer
Email: cas@charlesasinger.com

*Attorney for Betty Klein*

SO ORDERED

Dated: April 1st, 2015

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4