FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 615-0800

*Attorneys for Kay Morrissey*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>KAY MORRISSEY,<br><br>Defendant. | Adv. Pro. No. 10-04767 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Kay

Morrissey (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>FREJKA PLLC
>733 Third Avenue
>New York, New York 10017
>Attn:   Elise S. Frejka
>        Jason S. Rappaport
>Telephone: (212) 641-0800
>Email: efrejka@frejka.com
>       jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

Dated: New York, New York           Dated: New York, New York
       April 1, 2015                       April 1, 2015

KRAMER LEVIN NAFTALIS &              FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley                By: /s/ Elise S. Frejka
    Philip Bentley                        Elise S. Frejka
    1177 Avenue of the Americas           Jason S. Rappaport
    New York, New York 10036              733 Third Avenue
    Telephone: (212) 715-9100             New York, New York 10017
    Facsimile: (212) 715-8000             Telephone: (212) 641-0800

Dated: New York, New York           SO ORDERED:
       April 1st, 2015
                                    /s/ STUART M. BERNSTEIN
                                    HON. STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE