Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING ON PROFIT WITHDRAWAL ISSUE**

**PLEASE TAKE NOTICE THAT** the hearing on the Trustee's Motion for Order

Establishing Schedule for Limited Discovery & Briefing on Profit Withdrawal Issue (ECF No.

1

9357), previously scheduled for April 28, 2015, has been adjourned to May 20, 2015 at 10:00 a.m., pursuant to the endorsed letter dated April 1, 2015 (ECF No. 9723).

**PLEASE TAKE FURTHER NOTICE THAT**, objections may be filed by the Extension Parties[1] no later than April 22, 2015 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE THAT**, the Trustee and SIPC may file a reply no later than May 13, 2015 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE THAT**, the hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on May 20, 2015 at 10:00 a.m.

Dated: New York, New York  
April 1, 2015

**BAKER & HOSTETLER LLP**

*/s/ Seanna R. Brown*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Estate of Bernard L. Madoff*

---

[1] The Extension Parties are represented by (i) Loeb & Loeb LLP; (ii) Dentons USA LLP; (iii) Kleinberg, Kaplan, Wolff & Cohen, P.C.; (iv) Milberg LLP; (v) Pryor Cashman LLP; (vi) Frejka PLLC; (vii) Bryan Cave LLP; (viii) Goodwin Procter LLP; (ix) Schulte Roth & Zabel LLP; (x) K&L Gates LLP; (xi) Seeger Weiss LLP: and (xii) Robbins Kaplan LLP, as defined in the endorsed letter dated April 1, 2015 (ECF No. 9723).