**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )

    I, **Sarah B. Roberts**, being duly sworn, depose and say:  I am more than eighteen years

old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

On April 1, 2015, I served the *Notice of Adjournment of Hearing on Profit Withdrawal Issue filed at ECF No. 9737* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

*/s/ Sarah B. Roberts*
SARAH B. ROBERTS

Sworn to before me this
1st day of April, 2015

*/s/Sonya M. Graham*
Notary Public
Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

# SCHEDULE A

**Pro Se Defendants**

A Minor with the Initials S.A.
Holmdel, NJ 07733

AMANDA BAILEY, as trustee
Hardwick, NJ 07825

Armand L. Greenhall
NEW YORK, NY 10025

BELLE LIEBLEIN, as trustor, as trustee and as an individual
White Plains, NY 10605

Bradermak Equities Corp.
GARDEN CITY PARK, NY 11040

and
Roslyn, NY 11576

BRIAN CLEARY
Email: Bcleary01@aol.com

BRIGID BUCHANAN
New York, NY 10025

Cynthia Swaso
Brooklyn, NY 11221

Daniel Jacobs, individually, and as tenant-in-common in the Frances Blum and Daniel Jacobs TIC - Dismissed
Boca Raton, FL 33496

Daniel M. Polier
Los Angeles, CA 90004

Daryl Gerber Stokols
Email: dgerber2@earthlink.net
and
Email: dgerber2@earthlink.net

DENISE HENDLER
Charleston, SC 29412

Donald I. Altman
West New York, NJ 07093

Edward H Kohlschreiber
Palm Beach, FL 33480-6424

Edward H Kohlschreiber Sr Rev Mgt Trust
South Palm Beach, FL 33488

and
Palm Beach, FL 33480-6424

Emily S. Starr, individually, and in her capacity as Trustee of the Helen Starr Trust - Dismissed
Boylston, MA 01505

Eric J. Metzger
Chestnut Hill, MA 02467

and
WESTON, MA 02493

Eric J. Metzger Living Trust
WESTON, MA 02493

and
Chestnut Hill, MA 02467

Estate of Jerome I. Gellman
Palm Beach Gardens, Florida 33418

Florence Gellman
Palm Beach Gardens, Florida 33418

Frances Blum, individually, and as tenant-in-common in the Frances Blum and Daniel Jacobs TIC -
Dismissed
Email: TAXMAN619@aol.com

Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement
Number 2 Under Agreement dated June 24, 1992
Palm Beach, FL 33480

Gerald Heslin
Sherwood, OR 97140


GILLIAN M. L. SMITH, individually and as a joint tenant
PORTLAND, OR 97209


Glenn J. Dydo
Oakland Park, FL 33306


Harvey Krauss
New York, NY 10022


Harvey Krauss
New York, NY 10022


Helen Starr Trust
Boylston, MA 01505


HOWARD BLAKESLEE REVOCABLE TRUST
Hardwick, NJ 07825

and
Cranford, NJ 07016


HOWARD W. BLAKESLEE, as trustor, as trustee, and as an individual
Cranford, NJ 07016


JACOB LIEBLEIN, as trustor, as trustee and as an individual
White Plains, NY 10605


Jane M. Delaire A/K/A Jane Delaire Hackett
Email: j.delaire@yahoo.com

Janet Meerbott
Lawrneceville, NJ 08648


Janet Winters
Bellaire, TX 77401

Janet Winters
Bellaire, TX 77401

Jeanette Metzger
Chestnut Hill, MA 02467

and
WESTON, MA 02493

JODI MARINOS
FT. LAUDERDALE, FL 33394

and
BOCA RATON, FL 33498

Jonathan D. Roth
FOREST HILLS, NY 11375

and
NEW YORK, NY 10038

Joseph Avellino
Long Valley, NJ 07853

Kenneth Gellman
Email: kgellman@strongmail.com

Laura J. Starr, individually, and in her capacity as Trustee of the Helen Starr Trust - Dismissed
West Lafayette, IN 47906

Lawrence Kaye as trustee
FOSTER CITY, CA 94404

Lewis S. Sandler
Scottsdale, AZ 85251

Marian Baum
DELRAY BEACH, FL 33446

MARK HENDLER
Charleston, SC 29412

Michael McEvoy
Email: mmcevoy@tfs.k12.nj.us

Michael S. Bienes, as Trustee for Avellino & Bienes Pension Plan & Trust
Ft. Lauderdale, FL 33308

Myron Wilk
Morristown, NJ 07960

N.A. – Minor
Long Valley, NJ 07853

N.A. Grantor Retained Annuity Trust - Minor
Palm Beach, FL 33480

Optus Software, Inc.
Trenton, NJ 08608

Peter B. Madoff, in his Capacity as Trustee of the Trust U/A VI of the Will of Gladys C. Luria f/b/o
Joan L. Fisher and Trustee of the Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher
Old Westbury, NY 11568

PETER H. SMITH, individually and as a joint tenant
PORTLAND, OR 97209

PETER J. CLEARY
Email: ClearyPJ@aol.com

PHYLLIS M. ELDRIDGE
Email: p.eldridge123@gmail.com

Renford Williams
Bronx, NY 10466

Robert S. Edmonds
Ordino,
Andorra

Robert S. Edmonds
Ordino,
Andorra

ROBERTA E. TARSHIS
Email: Retarshis@aol.com

Sandra Dydo
Pompano Beach, FL 33060


SANDRA RAMIREZ
Email: sirsbirdie@msn.com

SHIRLEY CHARMS
Deerfield Beach, Florida 33442


Shusaku Arakawa
NEW YORK, NY 10012


Southey International Limited
Road Town, Tortola
British Virgin Islands
and
Ordino,
Andorra

STEPHANIE ANDELMAN, individually and in his capacity as joint tentant with rights of
survivorship
Nederland, Colorado 80466


Stephen Shor, as Trustee
Great Neck, NY 11024


S.A. - Minor
Long Valley, NJ 07853


S.A. Grantor Retained Annuity Trust – Minor
Palm Beach, FL 33480


STUART M. TARSHIS
Email: Starshis@optonline.com

The Daryl Gerber Stokols Trust Dated 12/14/1998
Email: dgerber2@earthlink.net
and
Email: dgerber2@earthlink.net

The Leon Shor Revocable Trust
GREAT NECK, NY 11024


and
GREAT NECK, NY 11024

THE LIEBLEIN FAMILY TRUST DATED APRIL 1, 1990
White Plains, NY 10605


The Restated Henry Kaye Trust
Foster City, CA 94404


Thomas Heslin
Cabin John, MD 20818


TCD – Minor
Fort Lauderdale, FL 33305


---

**Defendant Counsel**

---

Adam K. Beattie
Cary S. Fleischer
Chuhak & Tecson, P.C.
Email: abeattie@chuhak.com
Email: cfleischer@chuhak.com
Attorney For: Cathleen Lieberman, Edward Rothblatt, Estate of Myra Davis, Lisa Lieberman, Myra Davis Trust Dated 11/11/98, Nancy Victorine, Noel Levine

Albert K. Butzel
ALBERT K. BUTZEL LAW OFFICES
Email: albutzel@albutzel.info
Attorney For: Caroline Ghertler Jacobson, Hillary Jenner Ghertler as Trustee, Hillary Jenner Ghertler, indiviually and as Executrix, Louise Crawford, The Estate of Monte Ghertler, The Trust Created U/W Monte Ghertler F/B/O Monte Ghertler's Grandchildren

Alexandra A.E. Shapiro
Eric S. Olney
Shapiro, Arato & Isserles, LLP
Email: ashapiro@shapiroarato.com
Email: eolney@shapiroarato.com
Attorney For: BZ - Minor, Cecilia Sacharow, David Zahner, Elsa Cohen Living Trust, H & E Cohen Foundation, Harold Cohen Living Trust, Kenneth Sadinoff, Leon Meyers, Leon Meyers Trust, PZ – Minor, SZ – Minor, William Meyers

Alfred U. Pavlis
Tony Miodonka
Finn Dixon & Herling LLP
Email: apavlis@fdh.com
Email: tmiodonka@fdh.com
Attorney For: CAL – Minor, DSL – Minor, Erika Lipkin, SAL – Minor

Allan G. Kadish
Scott M. Grossman
Greenberg Traurig, LLP
Email: kadisha@gtlaw.com
Email: grossmansm@gtlaw.com
Attorney For: Judith Pisetzner, Pisetzner Family Limited Partnership, Sharon Baker

Amiad M. Kushner
Peter D. Greene
Zachary D. Rosenbaum
Lowenstein Sandler LLP
Email: akushner@lowenstein.com
Email: pgreene@lowenstein.com
Email: zrosenbaum@lowenstein.com
Attorney For: Carol Pulver, Cornerstone Capital (Del.), Inc., David Pulver, in his capacity as
President of Cornerstone Capital (Del), Inc. and Individually

Andrew D. Gottfried
Bernard J. Garbutt III
Matthew Kalinowski
Morgan Lewis & Bockius LLP
Email: agottfried@morganlewis.com
Email: bgarbutt@morganlewis.com
Email: mkalinowski@morganlewis.com
Attorney For: Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin,
in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as
Limited Partner of Kostin Company, Kostin Company, Susan Kostin, in her capacity as General
Partner of Kostin Company

Andrew Lankler
Baker Botts
Email: andrew.lankler@bakerbotts.com
Attorney For: Robin S. Friehling

Andrew Howard Sherman
Theodora McCormick
Sills Cummis & Gross P.C.
Email: asherman@sillscummis.com
Email: tmccormick@sillscummis.com
Attorney For: Chais Investments, Ltd., Chais Management Ltd., Chais Management, Inc.,
individually and as General Partner of Chais Management Ltd., Chais Venture Holdings, Emily
Chasalow, Mark Chais, Mirie Chais, Onondaga, Inc. Defined Benefit Pension Plan, Onondaga, Inc.,
individually and as General Partner of Chais Investments Ltd., a Nevada Limited Partnership, The
1994 Trust For The Children Of Stanley And Pamela Chais, The 1996 Trust For The Children Of
Pamela Chais And Stanley Chais, The 1999 Trust For The Grandchildren Of Stanley And Pamela
Chais, The Ari Chais 1999 Trust, The Ari Chais Transferee #1 Trust, The Benjamin Paul Chasalow
1999 Trust, The Benjamin Paul Chasalow Transferee #1 Trust, The Chloe Francis Chais 1994 Trust,
The Chloe Francis Chais Transferee #1 Trust, The Emily Chais 1983 Trust, The Emily Chais Issue
Trust, The Emily Chais Trust, The Jonathan Chais Transferee #1 Trust, The Jonathan Wolf Chais
Trust, The Justin Robert Chasalow 1999 Trust, The Justin Robert Chasalow Transferee #1 Trust,
The Madeline Celia Chais 1992 Trust, The Madeline Chais Transferee #1 Trust, The Mark Hugh

Chais 1983 Trust, The Mark Hugh Chais Issue Trust, The Mark Hugh Chais Trust, The Onondaga, Inc. Money Purchase Plan, The Rachel Allison Chasalow 1999 Trust, The Rachel Allison Chasalow Transferee #1 Trust, The Tali Chais 1997 Trust, The Tali Chais Transferee #1 Trust, The Unicycle Corporation Money Purchase Plan, The Unicycle Trading Company, The William And Wrenn Chais 1994 Family Trust, The William F. Chais Issue Trust, The William Frederick Chais 1983 Trust, The William Frederick Chais Trust, Unicycle Corp., individually and as the General Partner of the Unicycle Trading Company, William Chais, Wrenn Chais

Andrew J. Levander
Daphne T. Ha
Gary J. Mennitt
Neil A. Steiner
Dechert LLP
Email: andrew.levander@dechert.com
Email: daphne.ha@dechert.com
Email: gary.mennitt@dechert.com
Email: neil.steiner@dechert.com
Attorney For: Gabriel Capital Corporation, J. Ezra Merkin

Andrew Kimler
Vishnick McGovern Milizio LLP
Email: Akimler@vmmlegal.com
Attorney For: Doris Horowitz

Angela Lipscomb
Akerman Senterfitt
Email: angela.lipscomb@akerman.com
Attorney For: David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Jonathan R. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan Cohen Trust

Anthony A. Mingione
Blank Rome LLP
Email: AMingione@BlankRome.com
Attorney For: Kenneth W. Perlman

Arthur J. Steinberg
Michael Bartelstone
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: mbartelstone@kslaw.com; hrosenblatt@kslaw.com
Attorney For: Eli Garber Fund

Barbara A. Schweiger
Jonathan W. Wolfe
Skoloff & Wolfe, P.C.
Email: bschweiger@skoloffwolfe.com
Email: jwolfe@skoloffwolfe.com
Attorney For: Albert D. Angel, individually and as Joint Tenant, Carole A. Angel, individually and as Joint Tenant

Barry R. Lax.

Lax & Neville, LLP
Email: blax@laxneville.com
Attorney For: Abbit Family Trust, ARCHITECTURAL BODY RESEARCH FOUNDATION INC, David Shapiro, David Shapiro 1989 Trust, Estate of Elizabeth Kahn, Estate of Miriam Marder, Estate of Shusaku Arakawa, Glenda Mandelbaum, IRVING B. KAHN FOUNDATION INC., Jann Jones, Jean A. Kahn, Jean Kahn, Jeffrey Brian Abbit, JUDITH HABER, Kenneth Citron, LAD Trust, Lawrence Kaye as trustee, Lawrence Simonds, Leslie Shapiro 1985 Trust, Leslie Shapiro Citron, Linda Anne Abbit, LUCKY COMPANY, LUCKY COMPANY, Madeline Gins Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, Melvin Marder, individually and in his capacity as a Personal Representative of the Estate of Miriam Marder, Miriam Marder, MUNCHKINS, Phyllis Greenberger, Rachel Shapiro, Renee Shapiro, Robert Greenberger, Ruth E. Kahn, Ruth Kahn, S&R Investment Co., Shelia Kolodny, Stanley Shapiro, Steven Kaye, The Restated Henry Kaye Trust, Trust f/b/o [A.J.C.], [K.F.C.], [L.C.C.], Trust f/b/o [W.P.S.] & [J.G.S.],  William J. Mandelbaum

Brendan M. Scott
John E. Jureller, Jr.
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Email: jjureller@klestadt.com
Attorney For: Gertrude E. Alpern Revocable Trust, Jane Alpern, Jane Alpern, as beneficiary of the Gertrude E. Alpern Revocable Trust, Lewis Alpern, Lewis Alpern, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as beneficiary of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, Paul Alpern Residuary Trust, The Estate of Gertrude E. Alpern

Brian D. Linder
Gregory W. Fox
Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: linder@clayro.com
Email: gfox@goodwinprocter.com
Email: rosenberg@clayro.com
Attorney For: 10 Michael Drive Associates, L.P., 125 Bethpage Associates, 45 South Service Road, LLC, 500 Bi-County Associates, L.P., ARC-BDG Setauket Enterprise, B-4 Partnership, BCC II, LLC, BDG 115 Broadhollow, L.P., BDG 125th Street, LLC, BDG Commack, LLC, BDG Construction Corp., BDG Daniel Street, LLC, BDG Deer Park Associates, LLC, BDG DWD Associates, LLC, BDG Kingsbridge, LLC, BDG Lake Grove I, LLC, BDG Larkfield Associates, LLC, BDG Piscataway, LLC, BDG Yaphank, LLC, Blumco Setauket, LLC, Blumenfeld Development Group, Ltd., Boxwood Realty Group, Brad Blumenfeld, Brad Blumenfeld Charitable Lead Trust, Brad Blumenfeld Farmingdale Trust, Bull Market Fund, BWI, Charleston Enterprises, LLC, Coblum Setauket, LLC, Daniel Land Co. LLC, David Blumenfeld, David Blumenfeld Farmingdale Trust, Dogwood Realty Group, Double B Squared LLC, DWD Associates, LLC, EDB Capital, LLC, Edward & Susan Blumenfeld, Guardians for Brad Blumenfeld NY UGMA, Edward & Susan Blumenfeld, Guardians for David Blumenfeld NY UGMA, Edward and Susan Blumenfeld Charitable Lead Trust, Edward Blumenfeld, Edward Blumenfeld & Susan Blumenfeld 2007 Charitable Lead Trust, Edward Blumenfeld et al, Edward Blumenfeld et al. II, Edward Blumenfeld Gerald Y Mordfin et al, Gotham Plaza Associates, LLC, Harvey Cohen, LaGuardia Corporate Center Associates, L.P., LaGuardia Corporate Center Associates, LLC, MaxRob, L.P., ROBERT NYSTROM, South Sea Holdings L.P., Stanley Queler, Susan Blumenfeld, Susan Blumenfeld GST Trust, Susan Blumenfeld Interiors, Ltd., The Brad Blumenfeld Family Foundation, The David Blumenfeld Family Trust, The Edward and Susan Blumenfeld Foundation, Trust F/B/O Brad Blumenfeld, Trust F/B/O David Blumenfeld, Trust F/B/O Susan

Blumenfeld

Brian D. Linder
Gregory W. Fox
Seth L. Rosenberg
Goodwin Procter LLP
Email: linder@clayro.com
Email: gfox@goodwinprocter.com
Email: rosenberg@clayro.com
Attorney For: 10 Michael Drive Associates, L.P., 125 Bethpage Associates, 45 South Service Road,
LLC, 500 Bi-County Associates, L.P., ARC-BDG Setauket Enterprise, B-4 Partnership, BCC II, LLC,
BDG 115 Broadhollow, L.P., BDG 125th Street, LLC, BDG Commack, LLC, BDG Construction Corp.,
BDG Daniel Street, LLC, BDG Deer Park Associates, LLC, BDG DWD Associates, LLC, BDG
Kingsbridge, LLC, BDG Lake Grove I, LLC, BDG Larkfield Associates, LLC, BDG Piscataway, LLC, BDG
Yaphank, LLC, Blumco Setauket, LLC, Blumenfeld Development Group, Ltd., Boxwood Realty Group,
Brad Blumenfeld, Brad Blumenfeld Charitable Lead Trust, Brad Blumenfeld Farmingdale Trust,
Bull Market Fund, BWI, Charleston Enterprises, LLC, Coblum Setauket, LLC, Daniel Land Co. LLC,
David Blumenfeld, David Blumenfeld Farmingdale Trust, Dogwood Realty Group, Double B
Squared LLC, DWD Associates, LLC, EDB Capital, LLC, Edward & Susan Blumenfeld, Guardians for
Brad Blumenfeld NY UGMA, Edward & Susan Blumenfeld, Guardians for David Blumenfeld NY
UGMA, Edward and Susan Blumenfeld Charitable Lead Trust, Edward Blumenfeld, Edward
Blumenfeld & Susan Blumenfeld 2007 Charitable Lead Trust, Edward Blumenfeld et al, Edward
Blumenfeld et al. II, Edward Blumenfeld Gerald Y Mordfin et al, Gotham Plaza Associates, LLC,
Harvey Cohen, LaGuardia Corporate Center Associates, L.P., LaGuardia Corporate Center
Associates, LLC, MaxRob, L.P., ROBERT NYSTROM, South Sea Holdings L.P., Stanley Queler, Susan
Blumenfeld, Susan Blumenfeld GST Trust, Susan Blumenfeld Interiors, Ltd., The Brad Blumenfeld
Family Foundation, The David Blumenfeld Family Trust, The Edward and Susan Blumenfeld
Foundation, Trust F/B/O Brad Blumenfeld, Trust F/B/O David Blumenfeld, Trust F/B/O Susan
Blumenfeld

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney For: Abbit Family Trust, ARCHITECTURAL BODY RESEARCH FOUNDATION INC, David
Shapiro, David Shapiro 1989 Trust, ESTATE OF ARMAND L. GREENHALL, Estate of Elizabeth Kahn,
Estate of Miriam Marder, Estate of Shusaku Arakawa, Glenda Mandelbaum, IRVING B. KAHN
FOUNDATION INC., Jann Jones, Jean A. Kahn, Jean Kahn, Jeffrey Brian Abbit, JUDITH HABER,
Kenneth Citron, LAD Trust, Lawrence Kaye as trustee, Lawrence Simonds, Leslie Shapiro 1985
Trust, Leslie Shapiro Citron, Linda Anne Abbit, LUCKY COMPANY, LUCKY COMPANY, Madeline Gins
Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, Melvin
Marder, individually and in his capacity as a Personal Representative of the Estate of Miriam
Marder, Miriam Marder, MUNCHKINS, Peng Yan, PENG YAN, individually and as Personal
Representative of the Estate of Armand L. Greenhall, Phyllis Greenberger, Rachel Shapiro, Renee
Shapiro, Robert Greenberger, Ruth E. Kahn, Ruth Kahn, S&R Investment Co., Shelia Kolodny,
Stanley Shapiro, Steven Kaye, The Restated Henry Kaye Trust, Trust f/b/o [A.J.C.], [K.F.C.], [L.C.C.],
Trust f/b/o [W.P.S.] & [J.G.S.],  William J. Mandelbaum

Bruce A. Langer
David W. Sass
McLaughlin & Stern, LLP
Email: blanger@mclaughlinstern.com

Email: dsass@mclaughlinstern.com
Attorney For: Linda Schoenheimer Mccurdy

Bruce Buechler
Lowenstein Sandler LLP
Email: bbuechler@lowenstein.com
Attorney For: American Jewish Congress Inc., MARTIN STEINBERG CHARITABLE TRUST
(DOMESTIC PORTION), MARTIN STEINBERG CHARITABLE TRUST (ISRAELI PORTION)

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com
Email: rmccord@certilmanbalin.com
Attorney For: Joyce Certilman, individually, and in her capacity as joint tenant in the Morton
Certilman and Joyce Certilman J/T WROS, Morton Certilman, individually, and in his capacity as
joint tenant in the Morton Certilman and Joyce Certilman J/T WROS

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: Alicia P. Felton, Howard A. Kalka, individually, in his capacity as grantor of the
Murray Family Trust, and in his capacity as trustee of the Murray Family Trust, IDA FISHMAN
REVOCABLE TRUST, Laura E. Guggenheimer Cole, Leslie Engelson, MARTIN ROSEN, in his capacity
as Trustee of the Trust Under Will of Philip L. Shapiro, Miles J. Felton, individually, and in his
capacity as grantor of the Murray Family Trust, Murray B. Felton, Murray B. Felton Revocable
Trust, Nathan Kalka, NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED
9/16/2008, REVOCABLE TRUST, NORMA SHAPIRO, individually, and in her capacity as Trustee for
the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the
Trust Under Will of Philip L. Shapiro, PAUL S. SHURMAN, in his capacity as co-trustee of the Ida
Fishman Revocable Trust, The Doris Felton Family Trust, The Estate of Murray B. Felton, The
Murray Family Trust, TRUST UNDER WILL OF PHILLIP SHAPIRO, WILLIAM SHURMAN, in his
capacity as co-trustee of the Ida Fishman Revocable Trust, William D. Felton, individually, in his
capacity as trustee of the Doris Felton Family Trust, in his capacity as trustee of the Murray B.
Felton Revocable Trust, and in his capacity as personal representative of the Estate of Murray B.
Felton, WILLIAM SHURMAN, as Executor of the estate of Ida Fishman

Casey D. Laffey
James C. McCarroll
Jordan Siev
Reed Smith LLP
Email: claffey@reedsmith.com
Email: jmccarroll@reedsmith.com
Email: JSiev@ReedSmith.com
Attorney For: Ariel Fund Ltd., Gabriel Capital, L.P.

Charles T. Spada
Jeannie R. Rubin
Lankler Siffert & Wohl LLP
Email: CSpada@lswlaw.com
Email: jrubin@lswlaw.com

Attorney For: Marion Madoff

Christine D. Lynch
Peter D. Bilowz
Richard J. Rosensweig
Goulston & Storrs, P.C.
Email: clynch@goulstonstorrs.com
Email: pbilowz@goulstonstorrs.com
Email: rrosensweig@goulstonstorrs.com
Attorney For: Fine K-S Trust, Richard K. Lubin, in his capacity as Trustee of the Fine K-S Trust,
Stephen A. Fine

Christopher Guhin
Melvin A. Brosterman
Michele Pahmer
Stroock & Stroock & Lavan LLP
Email: cguhin@stroock.com
Email: mbrosterman@stroock.com
Email: mpahmer@stroock.com
Attorney For: Benjamin W. Roth, Marion B. Roth

Christopher M. Van de Kieft
Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: cvandekieft@seegerweiss.com
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: Do Stay Inc., Elbert R. Brown Trust, Elbert R. Brown, in his capacities as Creator and
Trustee of the Elbert R. Brown Trust, and Individually as Beneficiary of the Elbert R. Brown Trust,
Michael Mathias, Stacey Mathias, Viola Brown Trust Dated, Viola Brown, in her capacities as
Creator and Trustee of the Viola Brown Trust, and Individually as Beneficiary of the Viola Brown
Trust

Clifford Thau
Nikolay Vydashenko
Steven Paradise
Vinson & Elkins L.L.P
Email: cthau@velaw.com
Email: nvydashenko@velaw.com
Email: sparadise@velaw.com
Attorney For: Cohmad Securities, Marcia B. Cohn, Marilyn Cohn, Maurice J. Cohn, Milton S. Cohn,
Rosalie Buccellato

Damien A. Riehl
Harold D. Jones
Jones & Schwartz, P.C.
Email: dariehl@rkmc.com
Email: hjones@jonesschwartz.com
Attorney For: FITERMAN GST EXEMPT MARITAL TRUST, KAREN WASSERMAN, LYNN GUEZ,
MATTHEW FITERMAN, MILES & SHIRLEY FITERMAN CHARITABLE FOUNDATION, MILES

FITERMAN FAMILY TRUST, MILES Q. FITERMAN II, MILES Q. FITERMAN NON-EXEMPT MARITAL TRUST, MILES Q. FITERMAN REVOCABLE TRUST, SHIRLEY FITERMAN, individually and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust, STEPHANIE ROSENTHAL, Steven Fiterman in his capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation, STEVEN FITERMAN, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust, TOWERS MANAGEMENT COMPANY, LLC, Valerie Herschman in her capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation, VALERIE HERSCHMAN, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust

Damien A. Riehl
Harold D. Jones
Robins Kaplan L.L.P.
Email: dariehl@rkmc.com
Email: hjones@jonesschwartz.com
Attorney For: FITERMAN GST EXEMPT MARITAL TRUST, KAREN WASSERMAN, LYNN GUEZ, MATTHEW FITERMAN, MILES & SHIRLEY FITERMAN CHARITABLE FOUNDATION, MILES FITERMAN FAMILY TRUST, MILES Q. FITERMAN II, MILES Q. FITERMAN NON-EXEMPT MARITAL TRUST, MILES Q. FITERMAN REVOCABLE TRUST, SHIRLEY FITERMAN, individually and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust, STEPHANIE ROSENTHAL, Steven Fiterman in his capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation, STEVEN FITERMAN, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust, TOWERS MANAGEMENT COMPANY, LLC, Valerie Herschman in her capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation, VALERIE HERSCHMAN, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: 157 J.E.S. LLC, Air Sterling LLC, Minor-1, Amy Beth Katz, Arthur Friedman, BAS Aircraft LLC, Bon Mick Family Partners LP, Bon-Mick, Inc., Minor-2, Brooklyn Baseball Company LLC, Bruce N. Wilpon, C.D.S. Corp., Charles 15 Associates, Charles 15 LLC, Charles Sterling LLC, Charles Sterling Sub LLC, College Place Enterprises LLC, Coney Island Baseball Holding Company LLC, Daniel Wilpon, David Katz, Dayle Katz, Debra Wilpon, Deyva Schreier Arthur, Edward M. Tepper, Elise C. Tepper, ESTATE OF LEONARD SCHREIER, JASON BACHER as co-executor of the Estate of Leonard Schreier, FFB Aviation, LLC, Fred Wilpon, Fred Wilpon Family Trust, FS Company LLC, Gregory Katz, Heather Katz Knopf, Howard Katz, Iris J. Katz and Saul B. Katz Family Foundation, Inc., Iris Katz, Jacqueline G. Tepper, Jeffrey Wilpon, Jessica Wilpon, Judith Wilpon, Judy and Fred Wilpon Family Foundation, Inc., Katz 2002 Descendants' Trust, Kimberly Wachtler, L. Thomas Osterman, Marvin B. Tepper, Mets II LLC, Mets Limited Partnership, Mets One LLC, Mets Partners, Inc., Michael Katz, Michael Schreier, Natalie Katz O'Brien, Philip Wachtler, Phyllis Rebell Osterman, Red Valley Partners, Richard Wilpon, Robbinsville Park LLC, Robin Wilpon Wachtler, Ruskin Garden Apartments LLC, Ruth Friedman, Saul B. Katz, Saul B. Katz Family Trust, Scott Wilpon, SEE Holdco LLC, SEE Holdings I, SEE Holdings II, Sterling 10 LLC, Sterling 15C LLC, Sterling 20 LLC, Sterling Acquisitions LLC, Sterling American Advisors II LP, Sterling American Property III LP, Sterling American Property IV LP, Sterling American Property V LP, Sterling Brunswick

16

Corporation, Sterling Brunswick Seven LLC, Sterling DIST Properties LLC, Sterling Equities, Sterling Equities Associates, Sterling Equities Investors, Sterling Heritage LLC, Sterling Internal V LLC, Sterling Jet II LTD, Sterling Jet LTD, Sterling Mets Associates, Sterling Mets Associates II, Sterling Mets LP, Sterling Pathogenesis Co, Sterling Third Associates, Sterling Thirty Venture LLC, Sterling Tracing LLC, Sterling Twenty Five LLC, Sterling VC IV LLC, Sterling VC V LLC, Todd Katz, VALERIE WILPON, Valley Harbor Associates, Wilpon 2002 Descendants' Trust

Daniel B. Besikof
P. Gregory Schwed
Loeb & Loeb LLP
Email: dbesikof@loeb.com
Email: gschwed@loeb.com
Attorney For: FITERMAN INVESTMENT FUND, STEVEN C. FITERMAN LIVING TRUST DATED 1/6/95, AS AMENDED, STEVEN FITERMAN, individually, and in his capacity as General Partner of Fiterman Investment Fund, SUSAN FITERMAN, individually, and in her capacity as General Partner of Fiterman Investment Fund, SUSAN L. FITERMAN LIVING TRUST DATED 1/6/95, AS AMENDED, VERDEWAY INVESTMENT PARTNERS, LLC

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney For: Ann Gorrin, individually and in his capacity as Trustee of the Gorrin Family Trust DTD 5/24/73, Gorrin Family Trust DTD 5/24/73, John Greenberger Maccabee and Sherry Morse Maccabee Living Trust, John Maccabee Greenberger, Morris Gorrin, individually and in his capacity as Trustee of the Gorrin Family Trust DTD 5/24/73, Sherry Morse Maccabee

David B. Schwartz
David L. Barrack
Jami Mills Vibbert
Judith A. Archer
Fulbright & Jaworski LLP
Email: dschwartz@fulbright.com
Email: dbarrack@fulbright.com
Email: jvibbert@fulbright.com
Email: jarcher@fulbright.com
Attorney For: Ascot Fund Ltd, Ascot Partners, L.P.

David C. Rose
Patrick Sibley
Pryor Cashman LLP
Email: drose@pryorcashman.com
Email: psibley@pryorcashman.com
Attorney For: Alexandria K. Marden, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. & CHRIS MARDEN FOUNDATION INC, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, BERNARD MARDEN PROFIT SHARING PLAN, CHARLOTTE MARDEN (aka CHRIS MARDEN), as trustee and as an individual, CHARLOTTE M. MARDEN, Elizabeth C. Auld, ESTATE OF BERNARD A. MARDEN, Gabrielle Z. Marden, IRIS ZURAWIN MARDEN, JAMES P. MARDEN, JAMES P. MARDEN, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, Meghan M. Auld, MERRITT KEVIN AULD, Neal J. Nissel, as trustee, OAKDALE FOUNDATION INC, Olivia G. Auld, Patrice M. Auld, PATRICE M.

AULD, PATRICE M. AULD, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, PATRICE M. AULD, as trustee, as personal representative, and as an individual, The Charlotte M. Marden Irrevocable Insurance Trust, THE MARDEN FAMILY FOUNDATION, INC., THE PATRICE AND KEVIN AULD FOUNDATION

David G. Barger
Maria J. DiConza
Greenberg Traurig, LLP
Email: bargerd@gtlaw.com
Email: diconzam@gtlaw.com
Attorney For: Allan Hurwitz, Allan Hurwitz, in his capacity as trustee of the Hurwitz Grandchildren Trust #2-B for Brandi M. Hurwitz, Allan Hurwitz, in his capacity as trustee of Trust ''A'' U/W G Hurwitz and of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Allan R. Hurwitz Revocable Trust, Barbara Hurwitz, Brandi Hurwitz, as beneficiary of Trust ''A'' U/W G Hurwitz, Brandi Hurwitz, individually and as Beneficiary of the Hurwitz Grandchildren Trust #2-B for Brandi Hurwitz, Daryl Bonyor, individually and in her capacity as trustee of the June Bonyor Revocable Trust Restated UA dtd 5/22/00, Hurwitz Grandchildren Trust #2-B for Brandi M. Hurwitz, Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, June Bonyor Revocable Trust Restated UA DTD 5/22/00, JUNE BONYOR, individually and in her capacity as trustee of the June Bonyor Revocable Trust Restated UA dtd 5/22/00, Michael Brent Hurwitz , individually and as beneficiary of Trust ''A'' U/W G Hurwitz and as beneficiary of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Trust 'A' U/W G Hurwitz

David Grant
Isaac B. Zaur
Nicole Gueron
Clarick Gueron Reisbaum LLP
Email: dcg@ggb-law.com
Email: izaur@cgr-law.com
Email: ngueron@cgr-law.com
Attorney For: Jay P. Friehling

David Grant
Isaac B. Zaur
Nicole Gueron
Grant, Genovese & Baratta LLP
Email: dcg@ggb-law.com
Email: izaur@cgr-law.com
Email: ngueron@cgr-law.com
Attorney For: Jay P. Friehling

David H. Botter
Robert Johnson
Akin Gump Strauss Hauer & Feld LLP
Email: dbotter@akingump.com
Email: rajohnson@akingump.com
Attorney For: Adam Shapiro, Adam Shapiro 1985 Trust, A.S. - Minor, C.S. - Minor, Ellen Shapiro, NCA Capital, LLC, N.S. - Minor,  Trust f/b/o Caroline Reed Shapiro, Alexandra Frances Shapiro & Nicole Elisabeth Shapiro

David L. Katsky

Robert A. Abrams
Katsky Korins LLP
Email: dkatsky@katskykorins.com
Email: rabrams@katskykorins.com
Attorney For: Jeanne T. Spring Trust, Richard Spring, The Spring Family Trust

Derek C. Anderson, Esq.
Anderson & Associates, LLC
Email: dca@andersonllc.co
Attorney For: Doris Shor, Doris Shor, as Subsequent Transferee of the Leon Shor Revocable Trust,
Doris Shor, in her capacity as Trustee of the Leon Shor Revocable Trust

Diane Ferrone
Sercarz & Riopelle, LLP
Email: dferrone@sercarzandriopelle.com
Attorney For: Annette Bongiorno

Donald F. King
Odin Feldman Pittleman PC
Email: donking@ofplaw.com
Attorney For: AHT Associates, LLC a/k/a AHT Partners

Donald N. David
Akerman Senterfitt
Email: donald.david@akerman.com
Attorney For: Clark Gettinger, Individually, Gettinger Management LLC Profit Sharing Plan, Martin
Gettinger, in his capacity as Trustee for Miscork Corp. #1, Martin Gettinger,individually,and in
capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee
Profit Sharing Plan and Miscork Corp.Retirement Plan, Miscork Corp., Miscork Corp. #1, Miscork
Corp. Retirement Plan, Trebor Management Corp. #3 Employee Profit Sharing Plan, Trebor
Management Corp. Retirement Plan #1

Elise Scherr Frejka
Kramer Levin Naftalis & Frankel LLP
Email: efrejka@kramerlevin.com
Attorney For: ANTONIA ABRAHAM, Estate of Alexander Abraham, ESTATE OF HELENE ABRAHAM,
Irwin Axelrod, individually and in his capacity as Trustee of the Love & Quiches Ltd. 401(k) Savings
Plan, JAMES ABRAHAM, individually and in his fiduciary capacity, KAREN ABRAHAM SILVER,
LAUREN ABRAHAM MAHONEY, Love & Quiches, Ltd 401(k) Savings Plan, Michael Goldstein, Nancy
Abraham, individually and in her fiduciary capacity, Susan Axelrod, individually and in her capacity
as Trustee of the Love & Quiches Ltd. 401(k) Savings Plan, TRUST U/A DATED 4/2/1996 F/B/O
ANTONIA ABRAHAM, TRUST U/A DATED 4/2/1996 F/B/O KAREN ABRAHAM, TRUST U/A DATED
4/2/1996 F/B/O LAUREN ABRAHAM, TRUST UNDER CLAUSE THIRD (B) F/B/O MYRON WILK,
WILLIAM SPEARS, individually and in his fiduciary capacity

Elizabeth A. O'Connor
John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Email: jzulack@fzwz.com
Attorney For: PANAGIOTIS SAKELLARIOU SETTLEMENT, AN IRREVOCABLE TRUST U/A/D
12/17/92, SG HAMBROS BANK & TRUST (BAHAMAS) LIMITED, in its capacity of the Panagiotis

Sakellariou Settlement, an Irrevocable Trust U/A/D 12/17/92

Eric B. Fisher
Dickstein Shapiro LLP
Email: fishere@dicksteinshapiro.com
Attorney For: Andrew Jacobs, David Epstein, Epstein Family Trust UWO Diana Epstein, Estate of
David Epstein, Jason Epstein, Jordan Jacobs, Kenneth Epstein, Martin B. Epstein Trust, Martin B.
Epstein, individually, as co-trustee of the Epstein Family Trust UWO Diana Epstein, as personal
representative of the Estate of David Epstein, and as co-trustee of the Martin B. Epstein Trust,
Meredith Selekman, Neal Comer, as co-trustee of the Martin B. Epstein Trust UWO David Epstein,
Robert L. Epstein, individually, as co-trustee of the Epstein Family Trust UWO Diana Epstein, and
as personal representative of the Estate of David Epstein, Stacey Blechman, Susan I. Jacobs,
individually, as co-trustee of the Epstein Family Trust UWO Diana Epstein, and as personal
representative of the Estate of David Epstein

Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney For: Carolyn B. Wiener, Charles E. Wiener, Jonathan Greenberg, Marvin M. Wiener,
Sondra M. Wiener, Wiener Family Holding Corporation, Wiener Family Limited Partnership

Evan Cowit
Paul H. Aloe
Kudman Trachten Aloe LLP
Email: ecowit@kudmanlaw.com
Email: paloe@kudmanlaw.com
Attorney For: Laurie Frenchman, Michael Frenchman

Fran Hoffinger
Jack Hoffinger
Hoffinger Stern & Ross LLP
Email: fhoffinger@hsrlaw.com
Email: jhoffinger@hsrlaw.com
Attorney For: Cyril Jalon, The Estate Of Elena Jalon, The Joint Tenancy Of Phyllis Guenzburger And
Fabian Guenzburger, The Joint Tenancy Of Robert Pinchou and Fabian Guenzburger

Frank J LaSalle
Mark Richardson
Schulte, Roth & Zabel LLP
Email: frank.lasalle@srz.com
Email: mark.richardson@srz.com
Attorney For: Oscar L. Gerber Residuary Trust A, Oscar L. Gerber Residuary Trust B, PATI H.
GERBER 1997 TRUST, PATI H. GERBER LTD., PATI H. GERBER, individually, and in her capacity as
Trustee of the Pati H. Gerber 1997 Trust, the Pati H. Gerber Martial Deduction Trust Under the last
will and testament of Oscar L. Gerber, The Oscar L. Gerber Residuary Trust A, and the Oscar L.
Gerber Residuary Trust B, THE PATI H. GERBER MARITAL DEDUCTION TRUST UNDER THE LAST
WILL AND TESTAMENT OF OSCAR L. GERBER

Frank T. Pilotte
Murphy Reid LLP
Email: fpilotte@murphyreid.com

Attorney For: Estate of Harriet Bergman, Franci Freilich, Heidi Lee, Leonard Bergman Credit
Shelter Trust, Liana Bergman, Liza Bergman Geonie, Melvin Gellman, Rhonda Lee, Risa Bergman,
Steven Bergman, The Harriet Bergman Revocable Living Trust Dated June 25, 2009

Fred H. Perkins
Robert K. Dakis
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Attorney For: David Silver, Patricia W. Silver

Gabrielle J. Pretto
Lax & Neville, LLP
Email: gpretto@laxneville.com
Attorney For: Abbit Family Trust, ARCHITECTURAL BODY RESEARCH FOUNDATION INC, Cynthia
Swaso, David Shapiro, David Shapiro 1989 Trust, ESTATE OF ARMAND L. GREENHALL, Estate of
Elizabeth Kahn, Estate of Miriam Marder, Estate of Shusaku Arakawa, Gerald Heslin, Glenda
Mandelbaum, IRVING B. KAHN FOUNDATION INC., Jann Jones, Jean A. Kahn, Jean Kahn, Jeffrey
Brian Abbit, JUDITH HABER, Kenneth Citron, LAD Trust, Lawrence Kaye as trustee, Lawrence
Simonds, Leslie Shapiro 1985 Trust, Leslie Shapiro Citron, Linda Anne Abbit, LUCKY COMPANY,
LUCKY COMPANY, Madeline Gins Arakawa, individually and in her capacity as Executrix of the
Estate of Shusaku Arakawa, Melvin Marder, individually and in his capacity as a Personal
Representative of the Estate of Miriam Marder, Miriam Marder, MUNCHKINS, Peng Yan, PENG YAN,
individually and as Personal Representative of the Estate of Armand L. Greenhall, Phyllis
Greenberger, Rachel Shapiro, Renee Shapiro, Renford Williams, Robert Greenberger, Ruth E. Kahn,
Ruth Kahn, S&R Investment Co., Sandra Phillips Kaye, Shelia Kolodny, Stanley Shapiro, Stephen B.
Kaye, Steven Kaye, The Restated Henry Kaye Trust, Thomas Heslin, Trust f/b/o [A.J.C.], [K.F.C.], and
[L.C.C.], Trust f/b/o [W.P.S.] & [J.G.S.], William J. Mandelbaum

Gary D. Sesser
Judith M. Wallace
Ronald D. Spencer
Carter Ledyard & Millburn LLP
Email: sesser@clm.com
Email: none
Email: none
Attorney For: Estate of Madeline Gins Arakawa, Estate of Shusaku Arakawa, Madeline Gins
Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, Michael
Govan, in his capacity as Executor of the Estate of Madeline Gins Arakawa, Ronald Spencer, in his
capacity as Executor of the Estate of Madeline Gins Arakawa, Stephen Gins, in his capacity as
Executor of the Estate of Madeline Gins Arakawa

Gary F. Herbst
LaMonica Herbst & Maniscalco, LLP
Email: gh@lhmlawfirm.com
Attorney For: Amy R. Roth

Gary S. Lee
Joel C. Haims
John A. Pintarelli
Kiersten A. Fletcher

LaShann M. DeArcy
Morrison & Foerster LLP
Email: glee@mofo.com
Email: jhaims@mofo.com
Email: jpintarelli@mofo.com
Email: kfletcher@mofo.com
Email: ldearcy@mofo.com
Attorney For: Abraham B. Berkowitz QTIP GST Trust, David Andelman, Esq., as Trustee of the
James Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the
Abraham B. Berkowitz QTIP GST Trust, David R. Andelman, Esq., as Trustee of the Gordon Michael
Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Steven M.
Berkowitz 2004 Generation-Skipping Trust, Elaine N. Miller, Elaine N. Miller, as Trustee of the
Gordon Michael Berkowitz Family Trust, Elaine N. Miller, as Trustee of the Gordon Michael
Berkowitz Family Trust (Exempt), Elaine N. Miller, as Trustee of the Gordon Michael Berkowitz
Revocable Trust, Elaine N. Miller, as Trustee of the Harold S. Miller Trust dated December 4, 1964,
Estate of Gordon Michael Berkowitz, Gordon Michael Berkowitz 2004 Generation-Skipping Trust,
Gordon Michael Berkowitz Family Trust, Gordon Michael Berkowitz Family Trust (Exempt),
Gordon Michael Berkowitz Irrevocable Trust, Gordon Michael Berkowitz Revocable Trust, Harold
S. Miller Trust dated December 4, 1964, Helen S. Berkowitz, as Trustee of the Steven M. Berkowitz
Trust, James Berkowitz 2004 Generation-Skipping Trust, James L. Berkowitz Irrevocable Trust,
James L. Berkowitz, as Trustee of the Gordon Michael Berkowitz Irrevocable Trust, James L.
Berkowitz, as Trustee of the James L. Berkowitz Irrevocable Trust, Lilfam LLC, Lilyan and Abraham
Berkowitz Family LLC, Lilyan Berkowitz, Lilyan Berkowitz Trust, Lilyan Berkowitz, as Executor of
the Estate of Gordon Michael Berkowitz, Lilyan Berkowitz, as Trustee of the Abraham B. Berkowitz
QTIP GST Trust, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust, Lilyan
Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust (Exempt), Lilyan Berkowitz,
as Trustee of the Gordon Michael Berkowitz Revocable Trust, Lilyan Berkowitz, as Trustee of the
Harold S. Miller Irrevocable Trust, Lilyan Berkowitz, as Trustee of the Harold S. Miller Trust dated
December 4, 1964, Lilyan Berkowitz, as Trustee of the Lilyan Berkowitz Revocable Trust, Lilyan
Berkowitz, as Trustee of the Lilyan Berkowitz Trust, Steven M. Berkowitz, Steven M. Berkowitz
2004 Generation-Skipping Trust, Steven M. Berkowitz Irrevocable Trust, Steven M. Berkowitz
Trust, Steven M. Berkowitz, as Trustee of the Steven M. Berkowitz Irrevocable Trust, Steven M.
Berkowitz, as Trustee of the Steven M. Berkowitz Trust, Susan Needleman, as Trustee of the Lilyan
Berkowitz Trust

Gary S. Redish
Harlan M. Lazarus
Lazarus & Lazarus, P.C.
Email: gredish@winnebanta.com
Email: hmllaw@worldnet.att.net
Attorney For: Carole Lipkin, Irwin Lipkin

Gary S. Redish
Harlan M. Lazarus
Winne Banta Hetherington Basralian & Kahn, P.C.
Email: gredish@winnebanta.com
Email: hmllaw@worldnet.att.net
Attorney For: Carole Lipkin, Irwin Lipkin

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.

Email: gwoodfield@haileshaw.com

Attorney For: 27 Cliff, LLC, A Minor with the Initials S.A., Ascent, Inc., Aster Associates, Avellino & Bienes, Avellino & Bienes Pension Plan and Trust, Avellino Family Trust, Frank J. Avellino, Frank J. Avellino as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement Dated June 24, 1992, Frank J. Avellino as Trustee for Rachel Anne Rosenthal Trust #3, Frank J. Avellino as Trustee for Rachel Anne Rosenthal U/A Dated June 29, 1990, Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992, Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992, Frank J. Avellino Recovable Trust Number One under the Declaration of Trust Number One dated June 10, 1988, as Amended, Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as Amended, Frank J. Avellino, as Trustee for Avellino & Bienes Pension Plan and Trust, Frank J. Avellino, as Trustee for Avellino Family Trust, Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992, Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One as amended and restated January 26,1990, as amended, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One under Declaration of Trust Number One dated June 10, 1988, as amended, Frank J. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for S.A. Grantor Retained Annuity Trust, Frank J. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Frank J. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, Trustee of Noble Avellino Grantor Retained Annuity Trust, Frank J. Avellino, Trustee of Sterling Avellino Grantor Retained Annuity Trust, Grosvenor Partners, Ltd., Heather C. Lowles, Heather Carroll Lowles Trust U/A dated June 29, 1990, Kenn Jordan Associates, Lorraine McEvoy, Madison A. McEvoy, Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Mayfair Bookkeeping Services, Inc., Mayfair Ventures, G.P., Melanie A. Lowles, Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust #3, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Nancy C. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, indivdually, and as Trustee for Nancy Carroll Avellino RevocableTrust Under Trust Agreement dated May 18, 1992, Nancy Carroll Avellino, Nancy Carroll Avellino Revocable Trust under Trust Agreement dated May 18, 1992, Nancy Carroll Avellino, Trustee of Rachel Rosenthal Trust #2 U/A dated June 24, 1992, N.A. Grantor Retained Annuity Trust - Minor, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A dated June 29, 1990, S.A. Grantor Retained Annuity Trust - Minor, S.A. Grantor Retained Annuity Trust - Minor, Strattham Partners, Taylor A. McEvoy, Taylor Ashley McEvoy Trust U/A dated June 24, 1992, The Avellino Family Foundation, Inc., The Rachel Rosenthal Trust #2 U/A dated June 24, 1992, Thomas G. Avellino, Tiffany J. Lowles, Tiffany Joy Lowles Trust U/A dated June 29, 1990

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com

Attorney For: Jay Gaines & Co. Inc. Profit Sharing Plan, Jay Gaines, individually, and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan, Sherry Gaines, individually, and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan

Gerard A. Riso
Stein Riso Mantel LLP
Email: Gerard.Riso@steinrisomantel.com
Attorney For: ALAN HAYES, WENDY W. HAYES (aka Wendy Wolosoff), as trustee of the Morty
Wolosoff Revocable Trust, WENDY WOLOSOFF-HAYES

Gregg P. Tabakin
Fein, Such, Kahn & Shepard, P.C.
Email: gtabakin@feinsuch.com
Attorney For: A.N. - Minor, Frank Nalepka, S.N. - Minor

Harvey Krauss
Law Offices of Harvey Krauss
Email: unknown
Attorney For: Harvey Krauss, Sylvia Joel

Helen Davis Chaitman
Becker & Poliakoff
Email: hchaitman@bplegal.com
Attorney For: Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of
Florence W. Shulman, Alice Barbanel, Alvin E. Shulman Pourover Trust, Alvin E. Shulman Pourover
Trust, Alvin E. Shulman, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust, Alvin E.
Shulman, individually and in his capacity as trustee of the Alvin E. Shulman Pourover Trust,
AMANDA LEFKOWITZ, Andrea Kringstein as trustee and individually, Ann M. Sage Passer, in her
Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage
Associates, Ann M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and
individually as beneficiary of Sage Realty, Barbara June Lang, individually and in her capacities as
the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick
Revocable Living Trust Dated April 2, 2002, Barbara Kotlikoff Harman, Barbara Roth, Barbara
Roth, in her capacity as Personal Representative of the Estate of Mark William Roth, BENJAMIN T.
HELLER, BETH H. GERSTEN (aka BETH HENDLER), as General Partner of Lucky Company, BETH H.
GERSTEN (aka BETH HENDLER), as General Partner of Lucky Company, as Partner of Munchkins,
and as an individual, Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence
Shulman Pourover Trust, Carol A. Luker in her capacity as a partner of the Robert C. Luker Family
Partnership, CAROLYN J. KART, individually and in her capacity as executor of the Estate of Jordan
H. Kart, Chalek Associates LLC, David Chalek, in his capacity as a Member of Chalek Associates LLC,
David Shapiro Nominee, David Shapiro Nominee 2, David Shapiro Nominee 3, David Shapiro
Nominee 4, David Shapiro, individually and as president and nominee of David Shapiro Nominee,
David Shapiro, individually and as president and nominee of David Shapiro Nominee 2, David
Shapiro, individually and as president and nominee of David Shapiro Nominee 3, David Shapiro,
Individually and as President and Nominee of David Shapiro Nominee 4, Donald P. Luker in his
capacity as a partner of the Robert C. Luker Family Partnership, Donald R. Shapiro, in his capacity
as a General Partner of Sylvan Associates Limited Partnership, Doron Tavlin, Doron Tavlin, Doron
Tavlin Trust, Edwin Michalove, Emily L. Shapiro, Eric N. Shapiro, Estate of Alice Barbanel, Estate of
Florence W. Shulman, Estate of Mark William Roth, Estate of Richard S. Poland, Estate of Steven
Harnick, Evelyn Berezin Wilenitz, individually, and as Trustee and Beneficiary of the Trust U/ART
Fourth O/W/O Israel Wilenitz, FAS Partners, LP, Felice J Perlman, Florence W. Shulman Pourover
Trust, in its own capacity and in its capacity as a Limited Parter of FAS Partners, L.P.,, Florence W.
Shulman, individually and in her capacity as Trustee of the Florence Shulman Pourover Trust,
Frances Reiss, in his/her capacity as a Member of Chalek Associates LLC, FRIEDA FRESHMAN
REVOCABLE TRUST DATED 12/31/92, FRIEDA FRESHMAN, as trustor, as trustee and as an

individual, Frieda Low, GLORIA ALBERT SANDLER, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, GLORIA HENDLER REVOCABLE TRUST, GLORIA HENDLER, as trustee and as an individual, GLORIA HENDLER, as trustee of the MILTON HENDLER RESIDUARY TRUST, GUNTHER K. UNFLAT, GUNTHER K. UNFLAT, individually and as joint tenant, HARRY SMITH REVOCABLE LIVING TRUST, Herbert Barbanel, Herbert Barbanel, the Personal Representative of the Estate of Alice Barbanel, IAN LEFKOWITZ, Isabel Chalek, in her capacity as a Member of Chalek Associates LLC, Jeffrey Turk as trustee and individually, Jessica Decker, in her capacity as a Member of Chalek Associates LLC, John Tzannes, in his capacity as a Member of Chalek Associates LLC, JONATHAN J. KART, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, Jordan H. Kart, individually and as Trustee of the Jordan H. Kart Revocable Trust, Julie B. Shapiro, Kenneth S. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, LAURA ANN SMITH, as Trustee of the Harry Smith Revocable Living Trust and individually, Laura Ann Smith, individually, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Lillian M. Sage, in her capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Lillian M. Sage, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Lindsay A. Shapiro, Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Malcolm H. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as Beneficiary of Sage Realty, MARGARET UNFLAT, individually and as joint tenant, Marie S. Rautenberg, Marilyn Turk Trust, Mark Roth - Excluded for Deceased Defendant Substituted-Amended Complaint/Stipulation, Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Martin R. Harnick & Steven P. Norton Partners, MAURICE SANDLER, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Michelle Glater, MILTON HENDLER RESIDUARY TRUST, as General Partner of Lucky Company, MILTON HENDLER RESIDUARY TRUST, as General Partner of Lucky Company, Mitchel Chalek, in his capacity as a Member of Chalek Associates LLC, Morton J. Chalek, in his capacity as Managing Member of Chalek Associates LLC and as Trustee for the Trust of Doris Chalek, Omega Asset Management LLC, Omega Asset Management LLC, Pamela Harnick, Peter Tzannes, in his capacity as a Member of Chalek Associates LLC, Phyllis Poland-Ferriter, in her capacity as Personal Representative of the Estate, Richard M. Chalek, in his capacity as a Member of Chalek Associates LLC, Richard S Poland, Robert C. Luker Family Partnership, Robert C. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Robert K. Low, Roberta Schwartz Trust, Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Robin Tzannes, in his/her capacity as a Member of Chalek Associates LLC, Ruth L. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, Ryan Tavlin, Ryan Tavlin Trust, Sage Associates, Sage Realty, Sandy Sandler, Sanford S. Perlman, Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, Sharon R. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, Shulman Family Corporation, in its

capacity as a General Partner of FAS Partners L.P, STEVEN ANDELMAN, individually and in his capacity as joint tentant with rights of survivorship, Steven Harnick Revocable Living Trust Dated April 2, 2002, Steven P. Norton, , individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Susan Andelman, Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Eric Nathan Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, THE ESTATE OF JORDAN H. KART, THE GLORIA ALBERT SANDLER AND MAURICE SANDLER REVOCABLE LIVING TRUST, The Harnick Brothers Partnership, THE JORDAN H. KART REVOCABLE TRUST, The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Trust of Doris Chalek, in its capacity as a Member of Chalek Associates LLC, TRUST U/A FOURTH U/W/O ISRAEL WILENITZ, WALTER FRESHMAN REVOCABLE TRUST, WALTER FRESHMAN TRUST A

Howard Kleinhendler
Sara Spiegelman
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Email: sspiegelman@wmllp.com
Attorney For: Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney For: Brenda Guritzky, Dana Mandelbaum a/ka Dana Guritzky, Guritzky Family Partnership LP, Ronald Guritzky, Sanford Guritzky, Trust 'B' U/W George H. Hurwitz

J. Laevin Weiner
Frank Haron Weiner
Email: jweiner@fhwnlaw.com
Attorney For: Arthur Kepes Unified Credit Shelter Trust, a Florida Trust, Irene Kepes Revocable Living Trust Dated 12/26/1989, a Florida Trust, Lawrence Kepes, Lawrence Kepes, Ronald Kepes as an individual and as Trustee, Ronald Kepes, as trustee and as an individual

James J. DeLuca
Okin, Hollander & DeLuca, LLP
Email: jdeluca@ohdlaw.com
Attorney For: CARLY EASTERN, ERIN EASTERN, JOSEPH S. EASTERN 2004 IRREVOCABLE TRUST, JOSEPH S. EASTERN as trustee and as an individual, ROBIN EASTERN, as General Partner of Lucky Company, ROBIN EASTERN, as General Partner of Lucky Company, as Partner of Munchkins, and as an individual,

James K. Filan
James K. Filan
Email: jfilan@jamesfilan.com
Attorney For: Eric Lipkin

Jason S. Rappaport
Kramer Levin Naftalis & Frankel LLP
Email: jrappaport@kramerlevin.com
Attorney For: ANTONIA ABRAHAM, Estate of Alexander Abraham, ESTATE OF HELENE ABRAHAM, Irwin Axelrod, individually and in his capacity as Trustee of the Love & Quiches Ltd. 401(k) Savings Plan, JAMES ABRAHAM, individually and in his fiduciary capacity, KAREN ABRAHAM SILVER, LAUREN ABRAHAM MAHONEY, Love & Quiches, Ltd 401(k) Savings Plan, Michael Goldstein, Nancy Abraham, individually and in her fiduciary capacity, Susan Axelrod, individually and in her capacity as Trustee of the Love & Quiches Ltd. 401(k) Savings Plan, TRUST U/A DATED 4/2/1996 F/B/O ANTONIA ABRAHAM, TRUST U/A DATED 4/2/1996 F/B/O KAREN ABRAHAM, TRUST U/A DATED 4/2/1996 F/B/O LAUREN ABRAHAM, TRUST UNDER CLAUSE THIRD (B) F/B/O MYRON WILK

Jeffrey A. Miller
Westerman Ball Ederer Miller & Sharfstein LLP
Email: jmiller@westermanllp.com
Attorney For: Gloria Kurzrok, Morton Kurzrok

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Alan Winters and Janet Winters Family Partnership LTD, Alan Winters, in his capacity as Trustee of the Winters Management Trust and Individually as Subsequent Transferee, Ann Gorrin, individually and in his capacity as Trustee of the Gorrin Family Trust DTD 5/24/73, Bradermak, Ltd., Cheryl M. Coleman, Individually as Beneficiary of Estate of Suzanne R. May, Estate of Robert E. May, Estate of Suzanne R. May as Successor of Suzanne R. May in her Capacity as Creator and Trustee of Trust under Deed of Suzanne R. May dated 11/23/94, Frederic Z. Konigsberg, Gorrin Family Trust DTD 5/24/73, Janet Winters, in her capacity as Trustee of the Winters Management Trust and Individually as Subsequent Transferee, Jeffrey A. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994, Executor of Estate of Robert E. May, and Individually, and as Beneficiary of the Estate of Suzanne R. May, John Greenberger Maccabee and Sherry Morse Maccabee Living Trust, John Maccabee Greenberger, Lee Rautenberg, Morris Gorrin, individually and in his capacity as Trustee of the Gorrin Family Trust DTD 5/24/73, Richard A. May, Individually as Beneficiary of Estate of Suzanne R. May, Robert E. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994, and Individually, and as Beneficiary of the Estate of Suzanne R. May, Sherry Morse Maccabee, Susan M. Konigsberg, Trust Under Deed of Suzanne R. May Dated 11/23/1994, Winters Management Trust, in its capacity as the General Partner of the Alan and Janet Winters Family Partnership Ltd.

Jennifer L. Young
Milberg LLP
Email: jyoung@milberg.com
Attorney For: Gary Harnick, Gerald Blumenthal

Joanne M. Hepburn
K&L Gates LLP
Email: Joanne.hepburn@klgates.com
Attorney For: DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary, Doris M. Perlman, ESTATE OF DORIS M. PEARLMAN, HEIDI PEARLMAN, in her capacity as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary, JILL BETH PEARLMAN, in her capacity

as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary, MARVIN A. GOLDENBERG, as a subsequent beneficiary

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney For: APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc. PSP f/b/o Jan Stahl, Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl, Geri Stahl, H. Peter Steil, Jan Stahl, PJS Trading, Inc. PSP f/b/o Jan Stahl

John Lavin
Mark Blount
Blount & Lavin, P.C.
Email: jlavin@blountlavin.com
Email: mblount@blountlavin.com
Attorney For: Alvin J. Delaire, Jr., Carole Delaire

Jonathan Etra
Mark A. Raymond
Broad and Cassel
Email: jetra@broadandcassel.com
Email: mraymond@broadandcassel.com
Attorney For: Dianne K. Bienes, Dianne K. Bienes Grantor Retained Annuity Trust 10/31/1997, Dianne K. Bienes, Trustee of Dianne K. Bienes Grantor Retained Annuity Trust 10/31/1997, Dianne K. Bienes, Trustee of Trevor Christian Dydo Trust, Glenn J. Dydo Irrevocable Trust U/A August 12, 1988, Michael S. Bienes, Michael S. Bienes, Trustee of Glenn J. Dydo Irrevocable Trust U/A August 12, 1988, St. James Associates, T.C.D. Trust - Minor

Joseph F. Keenan
McCanliss & Early, LLP
Email: jkeenan@mccanliss.com
Attorney For: Deidre A. Sweeney, DEIDRE SWEENEY, as Personal Representative of the Estate of Armand L. Greenhall, Elizabeth M. Moody, Estate of Armand L. Greenhall

Joseph L. Clasen
Robinson & Cole LLP
Email: jclasen@rc.com
Attorney For: DAVID Z. ROSENSWEIG

Joseph T. Baio
Willkie Farr & Gallagher LLP
Email: jbaio@willkie.com
Attorney For: Susan Schemen Fradin, Susan Schemen Fradin Trustee, Rev. Agreement Of Trust Dated 5/23/2000, Susan Schemen Fradin Settlor

Julie Gorchkova
Becker & Poliakoff
Email: jgorchkova@bplegal.com
Attorney For: Alice Barbanel, Alvin E. Shulman Pourover Trust, Alvin E. Shulman Pourover Trust, Alvin E. Shulman, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust, Alvin E. Shulman, individually and in his capacity as trustee of the Alvin E. Shulman Pourover Trust,

AMANDA LEFKOWITZ, Andrea Kringstein as trustee and individually, Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, Barbara Roth, Barbara Roth, in her capacity as Personal Representative of the Estate of Mark William Roth, BENJAMIN T. HELLER, Carol A. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, CAROLYN J. KART, individually and in her capacity as executor of the Estate of Jordan H. Kart, Chalek Associates LLC, David Chalek, in his capacity as a Member of Chalek Associates LLC, David Shapiro Nominee, David Shapiro Nominee 2, David Shapiro Nominee 3, David Shapiro Nominee 4, David Shapiro, individually and as president and nominee of David Shapiro Nominee, David Shapiro, individually and as president and nominee of David Shapiro Nominee 2, David Shapiro, individually and as president and nominee of David Shapiro Nominee 3, David Shapiro, Individually and as President and Nominee of David Shapiro Nominee 4, Donald P. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership, Doron Tavlin, Doron Tavlin, Doron Tavlin Trust, Edwin Michalove, Emily L. Shapiro, Eric N. Shapiro, Estate of Mark William Roth, Estate of Steven Harnick, Evelyn Berezin Wilenitz, individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, FAS Partners, LP, Felice J Perlman, Florence W. Shulman Pourover Trust, in its own capacity and in its capacity as a Limited Parter of FAS Partners, L.P.,, Florence W. Shulman, individually and in her capacity as Trustee of the Florence Shulman Pourover Trust, Frances Reiss, in his/her capacity as a Member of Chalek Associates LLC, FRIEDA FRESHMAN REVOCABLE TRUST DATED 12/31/92, FRIEDA FRESHMAN, as trustor, as trustee and as an individual, GUNTHER K. UNFLAT, GUNTHER K. UNFLAT, individually and as joint tenant, HARRY SMITH REVOCABLE LIVING TRUST, Herbert Barbanel, IAN LEFKOWITZ, Isabel Chalek, in her capacity as a Member of Chalek Associates LLC, Jeffrey Turk as trustee and individually, Jessica Decker, in her capacity as a Member of Chalek Associates LLC, John Tzannes, in his capacity as a Member of Chalek Associates LLC, JONATHAN J. KART, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, Jordan H. Kart, individually and as Trustee of the Jordan H. Kart Revocable Trust, Julie B. Shapiro, Kenneth S. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, LAURA ANN SMITH, as Trustee of the Harry Smith Revocable Living Trust and individually, Laura Ann Smith, individually, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Lindsay A. Shapiro, MARGARET UNFLAT, individually and as joint tenant, Marie S. Rautenberg, Marilyn Turk Trust, Mark Roth - Excluded for Deceased Defendant Substituted-Amended Complaint/Stipulation, Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Mitchel Chalek, in his capacity as a Member of Chalek Associates LLC, Morton J. Chalek, in his capacity as Managing Member of Chalek Associates LLC and as Trustee for the Trust of Doris Chalek, Omega Asset Management LLC, Omega Asset Management LLC, Pamela Harnick, Peter Tzannes, in his capacity as a Member of Chalek Associates LLC, Richard M. Chalek, in his capacity as a Member of Chalek Associates LLC, Richard S Poland, Robert C. Luker Family Partnership, Robert C. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Roberta Schwartz Trust, Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Robin Tzannes, in his/her capacity as a Member of Chalek Associates LLC, Ruth L. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, Ryan

Tavlin, Ryan Tavlin Trust, Sanford S. Perlman, Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, Sharon R. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, Shulman Family Corporation, in its capacity as a General Partner of FAS Partners L.P, STEVEN ANDELMAN, individually and in his capacity as joint tentant with rights of survivorship, Steven Harnick Revocable Living Trust Dated April 2, 2002, Steven P. Norton, , individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Susan Andelman, Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Eric Nathan Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, THE ESTATE OF JORDAN H. KART, The Harnick Brothers Partnership, THE JORDAN H. KART REVOCABLE TRUST, The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Trust of Doris Chalek, in its capacity as a Member of Chalek Associates LLC, TRUST U/A FOURTH U/W/O ISRAEL WILENITZ, WALTER FRESHMAN REVOCABLE TRUST, WALTER FRESHMAN TRUST A

Julie Gorchkova
Becker & Poliakoff
Email: jgorchkova@bplegal.com
Attorney For: Estate of Alice Barbanel, Estate of Richard S. Poland, Herbert Barbanel, the Personal Representative of the Estate of Alice Barbanel, Phyllis Poland-Ferriter, in her capacity as Personal Representative of the Estate

Kathleen M. Aiello
Samuel H. Israel
Fox Rothschild LLP
Email: kaiello@foxrothschild.com
Email: SIsrael@foxrothschild.com
Attorney For: Devon Paxson, Roslyck Paxson

Kathlyn Schwartz
Akerman Senterfitt
Email: kathlyn.schwartz@akerman.com
Attorney For: ALARIC P. RADOSH, BURNETT H. RADOSH, Celia Paleologos Revocable Trust Dated 5/26/98, a Florida Trust, CELIA PALEOLOGOS, individually, Celia Paleologos, individually and as settlor and trustee of the Celia Paleologos Revocable Trust Dated 5/26/98, Clark Gettinger, Individually, CONSTANTINE PALEOLOGOS, individually, David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, EDWARD A. RADOSH, Gettinger Management LLC Profit Sharing Plan, JEREMY L. RADOSH, Jonathan R. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, KATHERINE M. RADOSH, LAURA RADOSH BUTT as an individual and as guardian for LILA A. BUTT a minor, LEE J. RADOSH as an individual and as guardian for RACHEL L. RADOSH and DANIELLE H. RADOSH minors, Martin Gettinger, in his capacity as Trustee for Miscork Corp. #1, Martin Gettinger,individually,and in capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and Miscork Corp.Retirement Plan, Miscork Corp., Miscork Corp. #1, Miscork Corp. Retirement Plan, Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan Cohen Trust, RADOSH PARTNERS, a Florida partnership, Trebor Management Corp. #3 Employee Profit Sharing Plan, Trebor Management Corp. Retirement Plan #1

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Glenn C. Ellerin, Glenn C. Ellerin, Joseph C. Ellerin, Joseph C. Ellerin

Kelly K. Pierce
Ross & Orenstein LLC
Email: kpierce@rossbizlaw.com
Attorney For: Lisa Kaufman, Ruth Kaufman, Seth Kaufman, Shlomo Namdar Kaufman

Kizzy L. Jarashow
Laura E. Neish
Martin J. Auerbach
Goodwin Procter LLP
Email: kjarashow@goodwinprocter.com
Email: lneish@lneishlaw.com
Email: auerbach@mjaesq.com
Attorney For: Jeffrey Hinte

Kizzy L. Jarashow
Laura E. Neish
Martin J. Auerbach
Law of Offices of Laura E. Neish
Email: kjarashow@goodwinprocter.com
Email: lneish@lneishlaw.com
Email: auerbach@mjaesq.com
Attorney For: Jeffrey Hinte

Kizzy L. Jarashow
Laura E. Neish
Martin J. Auerbach
Martin J. Auerbach
Email: kjarashow@goodwinprocter.com
Email: lneish@lneishlaw.com
Email: auerbach@mjaesq.com
Attorney For: Jeffrey Hinte

Laura Clinton
K&L Gates LLP
Email: laura.clinton@klgates.com
Attorney For: DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary, ESTATE OF
DORIS M. PEARLMAN, HEIDI PEARLMAN, in her capacity as the Personal Representative of the
Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust
and as Subsequent Beneficiary, JILL BETH PEARLMAN, in her capacity as the Personal
Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M.
Pearlman Revocable Trust and as Subsequent Beneficiary, Joel A. Blum individually and as Trustee
for the Morris Blum Living Trust Agreement, the Joel Blum Family Trust and the Joel Blum Non-
Exempt Family Trust, Joel Blum Family Trust, Joel Blum Non-Exempt Family Trust, MARVIN A.
GOLDENBERG, as a subsequent beneficiary, Morris Blum Living Trust Agreement, Norman Blum

Family Trust, Norman Blum Non-Exempt Family Trust, Norman J. Blum individually and as Trustee for the Morris Blum Living Trust Agreement, Norman Blum Family Trust and the Norman Blum Non-Exempt Family Trust,

Lawrence M. Shapiro
Greene Espel PLLP
Email: LShapiro@greeneespel.com
Attorney For: Renne R. Soskin

Lee S Shalov
McLaughlin & Stern, LLP
Email: lshalov@mclaughlinstern.com
Attorney For: Mildred S. Poland Revocable Trust DTD 9/8/87, Mildred S. Poland, individually and in her capacity as Trustee of the Mildred S. Poland Revocable Trust dtd 9/8/87

Lewis J. Cohn
Cohn & Dussi LLC
Email: lcohn@cohnanddussi.com
Attorney For: Jeffrey Kommit, Kathy Kommit, Kathy Kommit, Kommit Partners, Richard B. Kommit, Richard B. Kommit Revocable Trust, Richard Kommit

Marc G. Rosenberg
McLaughlin & Stern, LLP
Email: mrosenberg@mclaughlinstern.com
Attorney For: Estate of Mildred S. Poland, Mildred S. Poland Revocable Trust DTD 9/8/87, Mildred S. Poland, individually and in her capacity as Trustee of the Mildred S. Poland Revocable Trust dtd 9/8/87, Phyllis Poland-Ferriter, in her capacity as the personal representative of the Estate of Mildred S. Poland and Successor Trustee of the Mildred S. Poland Revocable Trust dtd 9/8/87

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney For: Barbara Picower, individually and trustee for the Trust FBO Gabrielle H. Picower and the Picower Foundation, Capital Growth Company, Decisions Incorporated, Does 1-25, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, Jeffry M. Picower Special Co., Jeffry M. Picower, individually and as trustee for the Picower Foundation, Jeffry M. Picower, P.C., JEMW Partnership, JF Partnership, JFM Investment Company, JLN Partnership, JMP Limited Partnership, Oscar L. Gerber Residuary Trust A, Oscar L. Gerber Residuary Trust B, PATI H. GERBER 1997 TRUST, PATI H. GERBER LTD., PATI H. GERBER, individually, and in her capacity as Trustee of the Pati H. Gerber 1997 Trust, the Pati H. Gerber Martial Deduction Trust Under the last will and testament of Oscar L. Gerber, The Oscar L. Gerber Residuary Trust A, and the Oscar L. Gerber Residuary Trust B, THE PATI H. GERBER MARITAL DEDUCTION TRUST UNDER THE LAST WILL AND TESTAMENT OF OSCAR L. GERBER, The Picower Foundation, The Picower Institute For Medical Research, The Trust FBO Gabrielle H. Picower

Mark J. Friedman
DLA Piper
Email: mark.friedman@dlapiper.com
Attorney For: Thomas H. Segal, Thomas H. Segal 1994 Trust, Thomas H. Segal Inc., Thomas H. Segal, as Trustee of the Thomas H. Segal 1994 Trust

Martha Rodriguez-Lopez

K&L Gates LLP
Email: Martha.RodriguezLopez@klgates.com
Attorney For: Joel A. Blum individually and as Trustee for the Morris Blum Living Trust Agreement, the Joel Blum Family Trust and the Joel Blum Non-Exempt Family Trust, Joel Blum Family Trust, Joel Blum Non-Exempt Family Trust, Morris Blum Living Trust Agreement, Norman Blum Family Trust, Norman Blum Non-Exempt Family Trust, Norman J. Blum individually and as Trustee for the Morris Blum Living Trust Agreement, Norman Blum Family Trust and the Norman Blum Non-Exempt Family Trust,

Michael L. Hirschfeld
Milbank, Tweed, Hadley & McCloy LLP
Email: mhirschfeld@milbank.com
Attorney For: Appleby Productions Ltd, Chais Family Foundation, Estate of Stanley Chais, Pamela Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust

Michael I. Goldberg
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Attorney For: ALARIC P. RADOSH, BURNETT H. RADOSH, Celia Paleologos Revocable Trust Dated 5/26/98, a Florida Trust, CELIA PALEOLOGOS, individually, Celia Paleologos, individually and as settlor and trustee of the Celia Paleologos Revocable Trust Dated 5/26/98, Charles Ellerin, Charles Ellerin Irrevocable Gift Giving Trust, Charles Ellerin Irrevocable Gift Giving Trust, Charles Ellerin Revocable Trust, Clark Gettinger, Individually, CONSTANTINE PALEOLOGOS, individually, David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, EDWARD A. RADOSH, Ellerin Partnership Ltd., Estate of Charles Ellerin, Gettinger Management LLC Profit Sharing Plan, JEREMY L. RADOSH, Jonathan R. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, KATHERINE M. RADOSH, LAURA RADOSH BUTT as an individual and as guardian for LILA A. BUTT a minor, LEE J. RADOSH as an individual and as guardian for RACHEL L. RADOSH and DANIELLE H. RADOSH minors, Martin Gettinger, in his capacity as Trustee for Miscork Corp. #1, Martin Gettinger,individually,and in capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and Miscork Corp.Retirement Plan, Miscork Corp., Miscork Corp. #1, Miscork Corp. Retirement Plan, Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan Cohen Trust, RADOSH PARTNERS, a Florida partnership, Robert M. Griffith, Robert M. Griffith, Shirley Ellerin, solely in her capacities as personal representative of the Estate of Charles Ellerin and successor trustee of the Charles Ellerin Revocable Trust, Trebor Management Corp. #3 Employee Profit Sharing Plan, Trebor Management Corp. Retirement Plan #1

Michael O'Reilly
Michael R. Griffinger
Gibbons P.C.
Email: moreilly@gibbonslaw.com
Email: griffinger@gibbonslaw.com
Attorney For: CHRIS G. LAZARIDES, individually

Michael V. Ciresi
Robins Kaplan L.L.P.
Email: MVCiresi@rkmc.com
Attorney For: MILES & SHIRLEY FITERMAN CHARITABLE FOUNDATION, Steven Fiterman in his

capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation, Valerie Herschman in her capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation

Nancy Lynne Kourland
Rosen & Associates, P.C.
Email: nkourland@rosenpc.com
Attorney For: The Brighton Company, The Lambeth Company, The Popham Company

Patricia Heer Piskorski
Paul D. Moore
Stephen M. Honig
Duane Morris LLP
Email: phheer@duanemorris.com
Email: PDMoore@duanemorris.com
Email: smhonig@duanemorris.com
Attorney For: ELEANORE C. UNFLAT, ELEANORE C. UNFLAT LIVING TRUST, ELEANORE C. UNFLAT, as co-trustee of the ELEANORE C. UNFLAT LIVING TRUST, MAGNUS A. UNFLAT, MAGNUS A. UNFLAT, as co-trustee of the ELEANORE C. UNFLAT LIVING TRUST

Paul H. Silverman
McLaughlin & Stern, LLP
Email: psilverman@mclaughlinstern.com
Attorney For: Carmen Dell'Orefice

Peter W. Smith
Becker & Poliakoff
Email: psmith@bplegal.com
Attorney For: Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of Florence W. Shulman, Alice Barbanel, Alvin E. Shulman Pourover Trust, Alvin E. Shulman Pourover Trust, Alvin E. Shulman, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust, Alvin E. Shulman, individually and in his capacity as trustee of the Alvin E. Shulman Pourover Trust, AMANDA LEFKOWITZ, Andrea Kringstein as trustee and individually, Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, Barbara Roth, Barbara Roth, in her capacity as Personal Representative of the Estate of Mark William Roth, BENJAMIN T. HELLER, BETH H. GERSTEN (aka BETH HENDLER), as General Partner of Lucky Company, BETH H. GERSTEN (aka BETH HENDLER), as General Partner of Lucky Company, as Partner of Munchkins, and as an individual, Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Carol A. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, CAROLYN J. KART, individually and in her capacity as executor of the Estate of Jordan H. Kart, Chalek Associates LLC, David Chalek, in his capacity as a Member of Chalek Associates LLC, David Shapiro Nominee, David Shapiro Nominee 2, David Shapiro Nominee 3, David Shapiro Nominee 4, David Shapiro, individually and as president and nominee of David Shapiro Nominee, David Shapiro, individually and as president and nominee of David Shapiro Nominee 2, David Shapiro, individually and as president and nominee of David Shapiro Nominee 3, David Shapiro, Individually and as President and Nominee of David Shapiro Nominee 4, Donald P. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership, Doron Tavlin, Doron Tavlin, Doron Tavlin Trust, Edwin Michalove, Emily L. Shapiro, Eric N. Shapiro, Estate of Alice Barbanel, Estate of Florence W. Shulman, Estate of Mark William Roth, Estate of Richard S. Poland, Estate of Steven Harnick, Evelyn Berezin Wilenitz, individually, and as Trustee and Beneficiary of

the Trust U/ART Fourth O/W/O Israel Wilenitz, FAS Partners, LP, Felice J Perlman, Florence W. Shulman Pourover Trust, in its own capacity and in its capacity as a Limited Parter of FAS Partners, L.P.,, Florence W. Shulman, individually and in her capacity as Trustee of the Florence Shulman Pourover Trust, Frances Reiss, in his/her capacity as a Member of Chalek Associates LLC, FRIEDA FRESHMAN REVOCABLE TRUST DATED 12/31/92, FRIEDA FRESHMAN, as trustor, as trustee and as an individual, GLORIA HENDLER REVOCABLE TRUST, GLORIA HENDLER, as trustee and as an individual, GLORIA HENDLER, as trustee of the MILTON HENDLER RESIDUARY TRUST, GUNTHER K. UNFLAT, GUNTHER K. UNFLAT, individually and as joint tenant, HARRY SMITH REVOCABLE LIVING TRUST, Herbert Barbanel, Herbert Barbanel, the Personal Representative of the Estate of Alice Barbanel, IAN LEFKOWITZ, Isabel Chalek, in her capacity as a Member of Chalek Associates LLC, Jeffrey Turk as trustee and individually, Jessica Decker, in her capacity as a Member of Chalek Associates LLC, John Tzannes, in his capacity as a Member of Chalek Associates LLC, JONATHAN J. KART, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, Jordan H. Kart, individually and as Trustee of the Jordan H. Kart Revocable Trust, Julie B. Shapiro, Kenneth S. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, LAURA ANN SMITH, as Trustee of the Harry Smith Revocable Living Trust and individually, Laura Ann Smith, individually, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Lindsay A. Shapiro, MARGARET UNFLAT, individually and as joint tenant, Marie S. Rautenberg, Marilyn Turk Trust, Mark Roth - Excluded for Deceased Defendant Substituted-Amended Complaint/Stipulation, Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Martin R. Harnick & Steven P. Norton Partners, Michelle Glater, MILTON HENDLER RESIDUARY TRUST, as General Partner of Lucky Company, MILTON HENDLER RESIDUARY TRUST, as General Partner of Lucky Company, Mitchel Chalek, in his capacity as a Member of Chalek Associates LLC, Morton J. Chalek, in his capacity as Managing Member of Chalek Associates LLC and as Trustee for the Trust of Doris Chalek, Omega Asset Management LLC, Omega Asset Management LLC, Pamela Harnick, Peter Tzannes, in his capacity as a Member of Chalek Associates LLC, Phyllis Poland-Ferriter, in her capacity as Personal Representative of the Estate, Richard M. Chalek, in his capacity as a Member of Chalek Associates LLC, Richard S Poland, Robert C. Luker Family Partnership, Robert C. Luker in his capacity as a partner of the Robert C. Luker Family Partnership, Roberta Schwartz Trust, Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Robin Tzannes, in his/her capacity as a Member of Chalek Associates LLC, Ruth L. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, Ryan Tavlin, Ryan Tavlin Trust, Sanford S. Perlman, Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, Sharon R. Luker in her capacity as a partner of the Robert C. Luker Family Partnership, Shulman Family Corporation, in its capacity as a General Partner of FAS Partners L.P, STEVEN ANDELMAN, individually and in his capacity as joint tentant with rights of survivorship, Steven Harnick Revocable Living Trust Dated April 2, 2002, Steven P. Norton, , individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Susan Andelman, Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Eric Nathan Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, THE ESTATE OF

JORDAN H. KART, The Harnick Brothers Partnership, THE JORDAN H. KART REVOCABLE TRUST, The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Trust of Doris Chalek, in its capacity as a Member of Chalek Associates LLC, TRUST U/A FOURTH U/W/O ISRAEL WILENITZ, WALTER FRESHMAN REVOCABLE TRUST, WALTER FRESHMAN TRUST A

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
Email: pbentley@kramerlevin.com
Attorney For: ANTONIA ABRAHAM, Estate of Alexander Abraham, ESTATE OF HELENE ABRAHAM, Irwin Axelrod, individually and in his capacity as Trustee of the Love & Quiches Ltd. 401(k) Savings Plan, JAMES ABRAHAM, individually and in his fiduciary capacity, Janet Jaffin Revocable Trust, KAREN ABRAHAM SILVER, LAUREN ABRAHAM MAHONEY, Love & Quiches, Ltd 401(k) Savings Plan, Michael Goldstein, Nancy Abraham, individually and in her fiduciary capacity, Susan Axelrod, individually and in her capacity as Trustee of the Love & Quiches Ltd. 401(k) Savings Plan, TRUST U/A DATED 4/2/1996 F/B/O ANTONIA ABRAHAM, TRUST U/A DATED 4/2/1996 F/B/O KAREN ABRAHAM, TRUST U/A DATED 4/2/1996 F/B/O LAUREN ABRAHAM, TRUST UNDER CLAUSE THIRD (B) F/B/O MYRON WILK, WILLIAM SPEARS, individually and in his fiduciary capacity

Phillip M. Guess
K&L Gates LLP
Email: philip.guess@klgates.com
Attorney For: Doris M. Perlman

Ramsey C. Hinkle
Clayman & Rosenberg LLP
Email: hinkle@clayro.com
Attorney For: ROBERT NYSTROM

Richard A. Kirby
K&L Gates LLP
Email: richard.kirby@klgates.com
Attorney For: DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary, Doris M. Perlman, ESTATE OF DORIS M. PEARLMAN, HEIDI PEARLMAN, in her capacity as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary, JILL BETH PEARLMAN, in her capacity as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary, Joel A. Blum individually and as Trustee for the Morris Blum Living Trust Agreement, the Joel Blum Family Trust and the Joel Blum Non-Exempt Family Trust, Joel Blum Family Trust, Joel Blum Non-Exempt Family Trust, MARVIN A. GOLDENBERG, as a subsequent beneficiary, Morris Blum Living Trust Agreement, Norman Blum Family Trust, Norman Blum Non-Exempt Family Trust, Norman J. Blum individually and as Trustee for the Morris Blum Living Trust Agreement, Norman Blum Family Trust and the Norman Blum Non-Exempt Family Trust,

Richard B. Feldman
Rosenberg Feldman Smith LLP
Email: rfeldman@rfs-law.com

Attorney For: Elaine Pikulik, in her capacity as Executrix of the Estate of Lillian B. Steinberg, Estate of Lillian Steinberg

Richard C. Wolfe
Ehrenstein Charbonneau Calderin
Email: rwolfe@ecclegal.com
Attorney For: Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, Estate of Steven Harnick, Michelle Glater, Pamela Harnick, Steven Harnick Revocable Living Trust Dated April 2, 2002

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Betty Stark, individually, as executor of the Estate of Richard M. Stark, as designated beneficiary of NTC & Co. FBO Richard M. Stark (xxxxxx), and as beneficiary of the Richard M. Stark Article Fifth Trust, Estate of Richard M. Stark, Hilary M. Stark, as beneficiary of the Richard M. Stark Article Fifth Trust, Richard M. Stark Article Fifth Trust, Thomas L. Stark, as beneficiary of the Richard M. Stark Article Fifth Trust

Richard Gabriele
Westerman Ball Ederer Miller & Sharfstein LLP
Email: rgabriele@westermanllp.com
Attorney For: Morton Kurzrok

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney For: 61 Associates, Amy S. Cohen, Cohen Pooled Asset Account, Delta Fund I, LP, Delta Ventures (Cayman) Ltd, Phyllis S. Manko

Richard Levy, Jr.
Pryor Cashman LLP
Email: rlevy@pryorcashman.com
Attorney For: Alexandria K. Marden, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. & CHRIS MARDEN FOUNDATION INC, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, BERNARD MARDEN PROFIT SHARING PLAN, CHARLOTTE MARDEN (aka CHRIS MARDEN), as trustee and as an individual, CHARLOTTE M. MARDEN, Elizabeth C. Auld, ESTATE OF BERNARD A. MARDEN, Gabrielle Z. Marden, IRIS ZURAWIN MARDEN, JAMES P. MARDEN, JAMES P. MARDEN, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, Jordan H. Kart, individually and as Trustee of the Jordan H. Kart Revocable Trust, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, Meghan M. Auld, MERRITT KEVIN AULD, Neal J. Nissel, as trustee, OAKDALE FOUNDATION INC, Olivia G. Auld, Patrice M. Auld, PATRICE M. AULD, PATRICE M. AULD, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, PATRICE M. AULD, as trustee, as personal representative, and as an individual, The Charlotte M. Marden Irrevocable Insurance Trust, THE MARDEN FAMILY FOUNDATION, INC., THE PATRICE AND KEVIN AULD FOUNDATION

Richard N. Soskin
Richard N. Soskin
Email: rsoskin@gmail.com

Attorney For: Arnold M. Soskin Revocable Trust, Debra Becker, ESTATE OF ARNOLD M. SOSKIN, Nancy S. Lurie, Richard N. Soskin, Robert S. Soskin, Samuel S. Soskin

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Karen Yokomizo-Lipkin, Marc Lipkin, Russell Lipkin

Richard P. Norton
Robert Rich
Hunton & Williams LLP
Email: rrich2@hunton.com
Email: rrich2@hunton.com
Attorney For: Edward A. Zraick, Jr., individually, as joint tenant and as personal representative of the Estate of Lorraine Zraick, Estate of Lorraine Zraick, Karen M. Rich, individually and as joint tenant, Nancy Zraick, individually and as joint tenant, Patricia Zraick DeLuca, individually, as joint tenant and as personal representative of the Estate of Lorraine Zraick

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, Hope A. Geller, Joan L. Fisher, Joan L. Fisher, Joan L. Fisher Partners, Peter B. Madoff, as Executor of the Estate of Gladys C. Luria and as Trustee of the Trust U/A VIII of the Will of Gladys C. Luria f/b/o Carl T. Fisher, Peter B. Madoff, in his Capacity as Trustee of the Trust U/A VI of the Will of Gladys C. Luria f/b/o Joan L. Fisher and Trustee of the Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher, Susan A. Cohen, The Estate of Gladys C. Luria, The Estate of Helene B. Sachs, The Trust U/A VI of the Will of Gladys C. Luria f/b/o Joan L. Fisher, The Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher, The Trust U/A VIII of the Will of Gladys C. Luria f/b/o Carl T. Fisher

Robert F. Wise
Davis Polk & Wardwell LLP
Email: robert.wise@davispolk.com
Attorney For: Amy Beth Katz, Arthur Friedman, Bon Mick Family Partners LP, Bruce N. Wilpon, Charles Sterling Sub LLC, College Place Enterprises LLC, Daniel Wilpon, David Katz, Dayle Katz, Debra Wilpon, Deyva Schreier Arthur, Edward M. Tepper, Elise C. Tepper, ESTATE OF LEONARD SCHREIER, JASON BACHER as co-executor of the Estate of Leonard Schreier, FFB Aviation, LLC, Fred Wilpon, Fred Wilpon Family Trust, FS Company LLC, Gregory Katz, Heather Katz Knopf, Howard Katz, Iris J. Katz and Saul B. Katz Family Foundation, Inc., Iris Katz, Jacqueline G. Tepper, Jeffrey Wilpon, Jessica Wilpon, Judith Wilpon, Judy and Fred Wilpon Family Foundation, Inc., Katz 2002 Descendants' Trust, L. Thomas Osterman, Marvin B. Tepper, Mets II LLC, Mets Limited Partnership, Mets Partners, Inc., Michael Katz, Natalie Katz O'Brien, Philip Wachtler, Phyllis Rebell Osterman, Red Valley Partners, Richard Wilpon, Robbinsville Park LLC, Robin Wilpon Wachtler, Ruth Friedman, Saul B. Katz, Saul B. Katz Family Trust, Scott Wilpon, SEE Holdco LLC, Sterling 10 LLC, Sterling 15C LLC, Sterling 20 LLC, Sterling Acquisitions LLC, Sterling American Advisors II LP, Sterling American Property V LP, Sterling Brunswick Seven LLC, Sterling DIST Properties LLC, Sterling Equities, Sterling Equities Associates, Sterling Internal V LLC, Sterling Mets LP, Sterling Thirty Venture LLC, Sterling Tracing LLC, Sterling Twenty Five LLC, Sterling VC IV LLC, Sterling VC V LLC, Todd Katz, VALERIE WILPON, Wilpon 2002 Descendants' Trust

Roland G. Riopelle

Sercarz & Riopelle, LLP
Email: rriopelle@sercarzandriopelle.com
Attorney For: Annette Bongiorno, Rudy Bongiorno

Ronald Rubinstein
Law Offices of Rubinstein & Corozzo
Email: rcorozzo1@gmail.com
Attorney For: Elaine Pikulik

Ryan E. Cronin
Jaspan Schlesinger LLP
Email: rcronin@jaspanllp.com
Attorney For: Beaser Investment Company L.P., Beaser Investment Management Company LLC,
Richard Beaser, as general partner of the Beaser Investment Company LP and individually, Robert
Beaser, as general partner of the Beaser Investment Company LP, Shirley Beaser, as general
partner of the Beaser Investment Company LP

Samuel B. Mayer
Samuel B. Mayer
Email: samuelmayer@att.net
Attorney For: Robert F. Gold

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Brian Gerber, BRIAN H. GERBER, in his capacity as Trustee of the Pati H. Gerber
Martial Deduction Trust Under the last will and Testament of Oscar L. Gerber, The Oscar L. Gerber
Residuary Trust A, and the Oscar L. Gerber Residuary Trust B

Shannon Scott
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Attorney For: Amy Joel, Howard Samuels, individually and as General Partner of the Samuels
Family Limited Partnership, Patricia Samuels, individually and as General Partner of the Samuels
Family Limited Partnership, Samuels Family Limited Partnership

Shannon A. Scott
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Attorney For: Amy J. Luria, Amy Joel, Amy Luria Partners LLC, Andrew Samuels, Article Fourth
Trust, Article Third Trust, Dara Sandler, Howard Samuels, Janet Jaffin, Individually and in Her
Capacity as Trustee of the Janet Jaffin Dispositive Trust, Martin J. Joel Partnership, Milton Cooper in
His Capacity as Trustee of the Janet Jaffin Dispositive Trust, Patricia Samuels, ROBERT A. LURIA,
ROBERT LURIA PARTNERS, Susan Greenwald Luria

Shawn R. Fox
McGuire Woods LLP
Email: sfox@mcguirewoods.com
Attorney For: Philip Tierney, in his capacity as trustee of the Hurwitz Grandchildren Trust #2-B for
Brandi M. Hurwitz, Phillip Tierney, in his capacity as trustee of the Hurwitz Grandchildren Trust
#2-B for Michael B. Hurwitz

Sheldon I. Hirshon
Proskauer Rose LLP
Email: shirshon@proskauer.com
Attorney For: Alicia P. Felton, Howard A. Kalka, individually, in his capacity as grantor of the
Murray Family Trust, and in his capacity as trustee of the Murray Family Trust, Leslie Engelson,
Miles J. Felton, individually, and in his capacity as grantor of the Murray Family Trust, Murray B.
Felton, Murray B. Felton Revocable Trust, The Doris Felton Family Trust, The Murray Family Trust,
William D. Felton, individually, in his capacity as trustee of the Doris Felton Family Trust, in his
capacity as trustee of the Murray B. Felton Revocable Trust, and in his capacity as personal
representative of the Estate of Murray B. Felton

Stanley S. Arkin
Arkin Solbakken LLP
Email: sarkin@arkin-law.com
Attorney For: Robert Jaffe

Stephen A. Mendelsohn
Greenberg Traurig, LLP
Email: mendelsohns@gtlaw.com
Attorney For: Helaine G. Hurwitz, as trustee, Helaine G. Hurwitz, as trustor, as trustee and as an
individual, Helaine Hurwitz Revocable Trust, Irving Hurwitz Revocable Trust, Irving Hurwitz, as
trustee, Irving Hurwitz, as trustor, as trustee, and as an individual

Stephen P. Safranski
Thomas F. Berndt
Robins Kaplan L.L.P.
Email: ssafranski@rkmc.com
Email: tfberndt@rkmc.com
Attorney For: FITERMAN GST EXEMPT MARITAL TRUST, KAREN WASSERMAN, LYNN GUEZ,
MATTHEW FITERMAN, MILES FITERMAN FAMILY TRUST, MILES Q. FITERMAN II, MILES Q.
FITERMAN NON-EXEMPT MARITAL TRUST, MILES Q. FITERMAN REVOCABLE TRUST, SHIRLEY
FITERMAN, individually and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust
and the Miles Q. Fiterman Non-Exempt Marital Trust, STEPHANIE ROSENTHAL, STEVEN
FITERMAN, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust
and the Miles Q. Fiterman Non-Exempt Marital Trust, TOWERS MANAGEMENT COMPANY, LLC,
VALERIE HERSCHMAN, individually, and in her capacity as Trustee for the Miles Q. Fiterman
Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust

Stephen N. Dratch
Franzblau Dratch, P.C.
Email: dratch@njcounsel.com
Attorney For: GLORIA WOLOSOFF REVOCABLE TRUST, MORTY WOLOSOFF REVOCABLE TRUST,
STEPHEN N. DRATCH, as trustee of the Morty Wolosoff Revocable Trust and the Gloria Wolosoff
Revocable Trust

Steven R. Schoenfeld
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: SRS@ddw-law.com
Attorney For: David A. Ahlquist, M.D., in his capacity as Trustee for the Miles & Shirley Fiterman
Endowment Fund for Digestive Diseases, Harry N. Hoffman, in his capacity as Trustee for the Miles
& Shirley Fiterman Endowment Fund for Digestive Diseases, Keith Lindor, M.D., in his capacity as

Trustee for the Miles & Shirley Fiterman Endowment Fund for Digestive Diseases, MILES AND SHIRLEY FITERMAN ENDOWMENT FUND FOR DIGESTIVE DISEASES, Shirley Fiterman, in her capacity as Trustee for the Miles & Shirley Fiterman Endowment Fund for Digestive Diseases, Valerie Herschman, in her capacity as Trustee for the Miles & Shirley Fiterman Endowment Fund for Digestive Diseases

Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Attorney For: Amy J. Luria, Amy Joel, Amy Joel, Amy Luria Partners LLC, Andrew Samuels, Article Fourth Trust, Article Third Trust, Dara Sandler, Howard Samuels, Howard Samuels, individually and as General Partner of the Samuels Family Limited Partnership, Janet Jaffin, Individually and in Her Capacity as Trustee of the Janet Jaffin Dispositive Trust, Martin J. Joel Partnership, Milton Cooper in His Capacity as Trustee of the Janet Jaffin Dispositive Trust, Patricia Samuels, Patricia Samuels, individually and as General Partner of the Samuels Family Limited Partnership, ROBERT A. LURIA, ROBERT LURIA PARTNERS, Samuels Family Limited Partnership, Susan Greenwald Luria

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer, Alyse Joel Klufer, Alyse Joel Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, Jane Shrage, Klufer Family Trust, Maxwell Greengrass, Michael Shrage, Nancy Greengrass, Natalie Greengrass, , R.H. - Minor, R.H. - Minor Trust Under Article Fourth U/W/O Robert E. Klufer

Susan F. Balaschak
Susan F. Balaschak
Akerman Senterfitt
Email: susan.balaschak@akerman.com
Email: susan.balaschak@akerman.com
Attorney For: ALARIC P. RADOSH, BURNETT H. RADOSH, Celia Paleologos Revocable Trust Dated 5/26/98, a Florida Trust, CELIA PALEOLOGOS, individually, Celia Paleologos, individually and as settlor and trustee of the Celia Paleologos Revocable Trust Dated 5/26/98, Charles Ellerin, Charles Ellerin Irrevocable Gift Giving Trust, Charles Ellerin Irrevocable Gift Giving Trust, Charles Ellerin Revocable Trust, CONSTANTINE PALEOLOGOS, individually, EDWARD A. RADOSH, Ellerin Partnership Ltd., Estate of Charles Ellerin, JEREMY L. RADOSH, KATHERINE M. RADOSH, LAURA RADOSH BUTT as an individual and as guardian for LILA A. BUTT a minor, LEE J. RADOSH as an individual and as guardian for RACHEL L. RADOSH and DANIELLE H. RADOSH minors, RADOSH PARTNERS, a Florida partnership, Robert M. Griffith, Robert M. Griffith, Shirley Ellerin, solely in her capacities as personal representative of the Estate of Charles Ellerin and successor trustee of the Charles Ellerin Revocable Trust

Thomas J. McKee, Jr.
Greenberg Traurig, LLP
Email: mckeet@gtlaw.com
Attorney For: Daryl Bonyor, individually and in her capacity as trustee of the June Bonyor Revocable Trust Restated UA dtd 5/22/00, June Bonyor Revocable Trust Restated UA DTD 5/22/00, JUNE BONYOR, individually and in her capacity as trustee of the June Bonyor Revocable Trust Restated UA dtd 5/22/00

Thomas J. Schell

Bryan Cave LLP
Email: tjschell@bryancave.com
Attorney For: NTC & Co., NTC & Co., NTC & Co., NTC & Co., NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP, NTC & Co. LLP (FBO Robert Nystrom), NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of GUNTHER K. UNFLAT, NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of MAGNUS A. UNFLAT, NTC + Co.

Timothy Wedeen
Wedeen & Kavanagh
Email: timothy@nycmetrolaw.com
Attorney For: Judith Bellini, Michael A Bellini

Tracy L. Klestadt
Klestadt Winters Jureller Southard & Stevens, LLP
Email: tklestadt@klestadt.com
Attorney For: Gertrude E. Alpern Revocable Trust, Jane Alpern, Jane Alpern, as beneficiary of the Gertrude E. Alpern Revocable Trust, Lewis Alpern, Lewis Alpern, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as beneficiary of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, Michael Chasalow, Paul Alpern Residuary Trust, The Estate of Gertrude E. Alpern

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney For: Estate of Stanley Merwin Berman a/k/a Stanley M. Berman, Joyce Berman, Joyce C. Berman, in her capacity as Executor of the Estate of Stanley Merwin Berman a/k/a, S & J Partnership, Stanley Mervin Berman

W. Herbert Plummer
Plummer & Plummer, LLP
Email: whp@plummerlaw.com
Attorney For: CHARLES READ, LESLIE READ, SCOTT H. READ

Wade Wilkinson
McLaughlin & Stern, LLP
Email: wwilkinson@mclaughlinstern.com
Attorney For: Barbara Faye Gold, Gold Investment Club, Murray Gold Trust for the Benefit of the Gold Children, Natalie Mille Remsen, Nathaniel Gold, individually and as trustee of the Murray Gold Trust for the Benefit of the Gold Children and as general partner and owner of the Gold Investment Club, Rose Beth Gold

William P. Weintraub
Goodwin Procter LLP
Email: wweintraub@goodwinprocter.com
Attorney For: 10 Michael Drive Associates, L.P., 125 Bethpage Associates, 45 South Service Road, LLC, 500 Bi-County Associates, L.P., ARC-BDG Setauket Enterprise, B-4 Partnership, BCC II, LLC, BDG 115 Broadhollow, L.P., BDG 125th Street, LLC, BDG Commack, LLC, BDG Construction Corp., BDG Daniel Street, LLC, BDG Deer Park Associates, LLC, BDG DWD Associates, LLC, BDG Kingsbridge, LLC, BDG Lake Grove I, LLC, BDG Larkfield Associates, LLC, BDG Piscataway, LLC, BDG Yaphank, LLC, Blumco Setauket, LLC, Blumenfeld Development Group, Ltd., Boxwood Realty Group,

Brad Blumenfeld, Brad Blumenfeld Charitable Lead Trust, Brad Blumenfeld Farmingdale Trust, Bull Market Fund, BWI, Charleston Enterprises, LLC, Coblum Setauket, LLC, Daniel Land Co. LLC, David Blumenfeld, David Blumenfeld Farmingdale Trust, Dogwood Realty Group, Double B Squared LLC, DWD Associates, LLC, EDB Capital, LLC, Edward & Susan Blumenfeld, Guardians for Brad Blumenfeld NY UGMA, Edward & Susan Blumenfeld, Guardians for David Blumenfeld NY UGMA, Edward and Susan Blumenfeld Charitable Lead Trust, Edward Blumenfeld, Edward Blumenfeld & Susan Blumenfeld 2007 Charitable Lead Trust, Edward Blumenfeld et al, Edward Blumenfeld et al. II, Edward Blumenfeld Gerald Y Mordfin et al, Gotham Plaza Associates, LLC, Harvey Cohen, Jeffrey Hinte, LaGuardia Corporate Center Associates, L.P., LaGuardia Corporate Center Associates, LLC, MaxRob, L.P., ROBERT NYSTROM, South Sea Holdings L.P., Stanley Queler, Susan Blumenfeld, Susan Blumenfeld GST Trust, Susan Blumenfeld Interiors, Ltd., The Brad Blumenfeld Family Foundation, The David Blumenfeld Family Trust, The Edward and Susan Blumenfeld Foundation, Trust F/B/O Brad Blumenfeld, Trust F/B/O David Blumenfeld, Trust F/B/O Susan Blumenfeld

## Notices of Appearance

Allan G.  Kadish
Greenberg Traurig, LLP
Email: kadisha@gtlaw.com

## No Address Information

Albert Angel

Columbia University In The City Of New York

Does 1-25

Hadassah Medical Relief Association Inc.

Hadassah, the Women's Zionist Organization of America

JJJ Enterprises, Inc.

Judith Konigsberg

Konigsberg Wolf & Co PC 401-K Plan #1

Konigsberg Wolf & Co PC 401-K Plan #2

Konigsberg Wolf & Co., P.C.

NTC & Co. FBO Melvin Marder

NTC & Co. LLP

NTC & Co. LLP

NTC & Co. LLP

NTC & Co. LLP

NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of Gerald Blumenthal

NTC & Co. LLP, as former custodian of the individual retirement account for the benefit of Armand L. Greenhall

Paul J. Konigsberg

Realty Associates Madoff II

Robert I. Konigsberg

Shapiro Family

SJK Investors, Inc.

Stanley Chais

Stephen R. Konigsberg

The 1999 Trust For The Children Of Stanley And Pamela Chais

The Westlake Foundation, Inc.

---

**Unserved Defendants**

---

Columbia University In The City Of New York
New York, New York 10027

and
New York, NY 10004


Hadassah Medical Relief Association Inc.
New York, New York 10103

and
NEW YORK, NY 10019


Hadassah, the Women's Zionist Organization of America
NEW YORK, NY 10019


JJJ Enterprises, Inc.
New York, NY 10016


Judith Konigsberg
Greenwich, CT 06830


Konigsberg Wolf & Co PC 401-K Plan #1
New York, NY 10016


Konigsberg Wolf & Co PC 401-K Plan #2
New York, NY 10016


Konigsberg Wolf & Co., P.C.
New York, NY 10016

Paul J. Konigsberg
Greenwich, CT 06830


Robert I. Konigsberg
Harrison, NY 10528


Shapiro Family
Email: sfishbein@shearman.com; rschwed@shearman.com

SJK Investors, Inc.
Greenwich, CT 06830


Stephen R. Konigsberg
Moscow,
Russia

The Westlake Foundation, Inc.
New York, NY 10016