FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Michael Goldstein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL GOLDSTEIN,<br><br>    Defendant. | Adv. Pro. No. 10-04482 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Michael

Goldstein (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>    FREJKA PLLC
>    733 Third Avenue
>    New York, New York 10017
>    Attn:    Elise S. Frejka
>            Jason S. Rappaport
>    Telephone: (212) 641-0800
>    Email: efrejka@frejka.com
>           jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

Dated: New York, New York　　　　　　　　　Dated: New York, New York
　　　　April 1, 2015　　　　　　　　　　　　　　April 1, 2015

KRAMER LEVIN NAFTALIS &　　　　　　　　FREJKA PLLC
FRANKEL LLP

By: /s/ Philip Bentley　　　　　　　　　　　By: /s/ Elise S. Frejka
　　Philip Bentley　　　　　　　　　　　　　　Elise S. Frejka
　　1177 Avenue of the Americas　　　　　　Jason S. Rappaport
　　New York, New York 10036　　　　　　　733 Third Avenue
　　Telephone: (212) 715-9100　　　　　　　New York, New York 10017
　　Facsimile: (212) 715-8000　　　　　　　Telephone: (212) 641-0800


Dated: New York, New York　　　　　　　SO ORDERED:
　　　　April 1st, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　HON. STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

2