**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04622 (SMB) |
| v. | |
| ESTATE OF RAANAN SMELIN, BETTY SMELIN, individually and in her capacity as Executrix of the Estate of Raanan Smelin, ANICE MILLS, DAVID SMELIN, and ADAM SMELIN, | |
| Defendants. | |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff") [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on March 24, 2015, the Trustee and Defendants filed with this Court the Notice of Mediation Referral [Dkt. No. 42], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Deborah Reperowitz, to act as Mediator in this matter.  The Parties further agree to contact Deborah Reperowitz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.


Dated: April 3, 2015                              Respectfully submitted,


Of Counsel:                                       /s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**                         **BAKER & HOSTETLER LLP**
811 Main, Suite 1100                              45 Rockefeller Plaza
Houston, Texas 77002                              New York, New York 10111
Telephone: (713)751-1600                          Telephone: (212) 589-4200
Facsimile: (713)751-1717                          Facsimile: (212) 589-4201
Dean D. Hunt                                      David J. Sheehan
Email: dhunt@bakerlaw.com                         Email: dsheehan@bakerlaw.com
Farrell A. Hochmuth                               Nicholas J. Cremona
Email: fhochmuth@bakerlaw.com                     Email: ncremona@bakerlaw.com

                                                  *Attorneys for Irving H. Picard, Trustee for the*
                                                  *Substantively Consolidated SIPA Liquidation of*
                                                  *Bernard L. Madoff Investment Securities LLC*
                                                  *And Bernard L. Madoff*


                                                  /s/ Steven D. Feinstein
                                                  **FEINSTEIN & NAISHTUT, LLP**
                                                  Steven D. Feinstein
                                                  211 South Ridge Street
                                                  Rye Brook, New York 10573
                                                  Email: sfeinstein@gfnlaw.com

                                                  *Attorneys for Defendants Estate of Raanan Smelin,*
                                                  *Betty Smelin, individually and in her capacity as*
                                                  *Executrix of the Estate of Raanan Smelin, Anice*
                                                  *Mills, David Smelin, and Adam Smelin*