**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, ESTATE OF MARK D. MADOFF, and STEPHANIE S. MACK,<br><br>    Defendants. | Adv. Pro. No. 09-01503 (SMB) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT STEPHANIE S. MACK WITH PREJUDICE

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and

pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure

41(a)(1)(A)(i), hereby dismisses Defendant Stephanie S. Mack from the above-captioned

adversary proceeding (the "Adversary Proceeding") with prejudice.  Pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss Stephanie S. Mack

without further order of the Court by filing this Notice of Dismissal because, as of the date

hereof, Stephanie S. Mack has served neither an answer nor a motion for summary judgment.

Nothing herein shall affect the Trustee's claims in the Adversary Proceeding against any

defendant other than Stephanie S. Mack, and the Trustee hereby preserves all his rights and

claims against any defendant other than Stephanie S. Mack.  Upon the dismissal of Stephanie S.

Mack, the caption of the Adversary Proceeding is hereby amended to delete Stephanie S. Mack

2

300355299.1

from the caption.  The amended caption of the Adversary Proceeding shall appear as indicated in

Exhibit A hereto.


Dated: April 6, 2015
       New York, New York


BAKER & HOSTETLER LLP

By: */s/ David J. Sheehan*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lauren Resnick
Email: lresnick@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate*
*of Bernard L. Madoff*

3

# EXHIBIT A

300355299.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br><br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and ESTATE OF MARK D. MADOFF,<br><br>       Defendants. | Adv. Pro. No. 09-1503 (SMB) |