**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Alan Nisselson, the Chapter 7 Trustee for Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05328 (SMB) |
| Plaintiffs, | |
| v. | |
| STEPHANIE S. MACK, individually, and as Natural Guardian of A. V. M. M.; ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff and as Trustee of A. V. M. Trust U/A 01/10/07; ROBERT | |

W. MIKESELL, as Trustee of A. V. M. Trust U/A 01/10/07; ESTATE OF MARK D. MADOFF; and A. V. M. M.,

            Defendants.

**STIPULATION FOR VOLUNTARY DISMISSAL OF**
**ACTION WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, and Stephanie S. Mack, individually, and as natural guardian of A. V. M. M., David Blumenfeld, as Successor Executor of the Estate of Mark D. Madoff, Robert W. Mikesell, as Trustee of A. V. M. Trust U/A 01/10/07, the Estate of Mark D. Madoff and A. V. M. M. (collectively with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

    1.    On February 7, 2012, the Trustee filed and served the Amended Complaint against Defendants Stephanie S. Mack, individually, and as natural guardian of A. V. M. M., Andrew H. Madoff, as Executor of the Estate of Mark D. Madoff and as Trustee of A. V. M. Trust U/A 01/10/07, Robert W. Mikesell, as trustee of A. V. M. Trust U/A 01/10/07, the Estate of Mark D. Madoff and A. V. M. M. in the above-captioned proceeding (the "Adversary Proceeding"). On March 23, 2012, Defendants filed answers to the Amended Complaint.

    2.    On September 3, 2014, Andrew H. Madoff passed away. On March 27, 2015, a Stipulation and Order extending the Trustee's time to substitute David Blumenfeld, Successor Executor of the Estate of Mark D. Madoff, for deceased defendant Andrew H. Madoff, in his capacity as previous executor of the Estate of Mark D. Madoff, to April 27, 2015 was filed in

this Adversary Proceeding. (Dkt. No. 72.) In that Stipulation, David Blumenfeld acknowledged and agreed that as Successor Executor of the Estate of Mark D. Madoff, he is a proper party to substitute for Andrew H. Madoff, the previous executor of the Estate of Mark D. Madoff, in this Adversary Proceeding. Robert W. Mikesell is the sole trustee of the A. V. M. Trust U/A 01/10/07.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims in the Adversary Proceeding against all Defendants and to dismiss the Adversary Proceeding in its entirety.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

300355300.1

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 6, 2015

| BAKER & HOSTETLER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: */s/ David J. Sheehan*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Lauren Resnick<br>Email: lresnick@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com | By: */s/ Andrew Ehrlich*<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3191<br>Facsimile: (212) 492-0191<br>Martin Flumenbaum<br>Email: mflumenbaum@paulweiss.com<br>Andrew Ehrlich<br>Email: aehrlich@paulweiss.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Stephanie S. Mack, individually and as Natural Guardian of A.V.M.M., A.V.M.M., Robert W. Mikesell, as Trustee of A.V.M. Trust U/A 01/10/07, David Blumenfeld, as Successor Executor of the Estate of Mark D. Madoff, and the Estate of Mark D. Madoff* |

4

300355300.1