**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  ESTATE OF ARNOLD M. SOSKIN; ARNOLD M. SOSKIN REVOCABLE TRUST; RICHARD N. SOSKIN, individually and in his capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; NANCY S. LURIE, individually and in her capacity as personal representative of the | Adv. Pro. No. 10-04505 (SMB) |

08-01789-cgm    Doc 9762    Filed 04/07/15    Entered 04/07/15 07:16:16    Main Document
                                           Pg 2 of 4

| Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; DEBRA BECKER; ROBERT S. SOSKIN; SAMUEL S. SOSKIN; and RENEE R. SOSKIN, |
|---|
| Defendants. |

## STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Estate of Arnold M. Soskin; Arnold M. Soskin Revocable Trust; Richard N. Soskin, individually and in his capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; Nancy S. Lurie, individually and in her capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; Debra Becker; Robert S. Soskin; Samuel S. Soskin; and Renee R. Soskin (collectively, the "Defendants") represent as follows:

**WHEREAS**, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "LPO") [Adv. Pro. No. 08-01789 (SMB), Dkt. 3141];

**WHEREAS,** the Trustee commenced this action (the "Adversary Proceeding") by filing a complaint (the "Complaint") on November 30, 2010 [Dkt. 1];

**WHEREAS**, Defendant Renee R. Soskin filed an answer to the Complaint and a cross claim against the other Defendants (the "Cross Claim") on March 2, 2015 [Dkt. 57];

**WHEREAS**, Defendants Estate of Arnold M. Soskin, Arnold M. Soskin Revocable Trust, Richard N. Soskin, Nancy S. Lurie, Debra Becker, Robert S. Soskin, and Samuel S.

C:\Users\smstephens\Desktop\MADOFF\Madoff Filings\APN 10-04505 - Stipulation and Order Extending Initial Case Conference D.docx

Soskin filed an answer to the Complaint and an answer to the Cross Claim on March 16, 2015 [Dkt. 60];

**WHEREAS**, pursuant to the Notice of Applicability filed by the Trustee in this Adversary Proceeding on February 4, 2011 [Dkt. 4], the LPO and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter;

**WHEREAS**, under the Avoidance Procedures, "the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan (the 'Initial Case Conference')" within 30 days after the last defendant files an answer to the Complaint (the "Initial Case Conference Period");

**WHEREAS**, the Trustee and Defendants have agreed to extend the Initial Case Conference Period in this Adversary Proceeding, which would otherwise have ended on April 15, 2015; and

**WHEREAS**, nothing in this Stipulation is a waiver of the Defendants' right to request from the Court (and the Trustee's right to object to any such request), or the parties' rights to agree to, a further extension the Initial Case Conference Period.

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, that the Initial Case Conference Period is hereby extended to May 1, 2015.

Dated: April 6, 2015
New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **ANTHONY OSTLUND BAER & LOUWAGIE** |
| By: /s/ *Nicholas J. Cremona* | By: */s/ Steven M. Pincus* |
| 45 Rockefeller Plaza | 3600 Wells Fargo Center |
| New York, New York 10111 | 90 South Seventh Street |
| Telephone: 212.589.4200 | Minneapolis, MN 55402 |
| Facsimile: 212.589.4201 | Telephone: 612.349.6969 |
| David J. Sheehan | Facsimile: 612.349.6996 |
| Email: dsheehan@bakerlaw.com | Richard T. Ostlund |
| Nicholas J. Cremona | Email: rostlund@anthonyostlund.com |
| Email: ncremona@bakerlaw.com | Steven M. Pincus |
| Dean D. Hunt | Email: spincus@anthonyostlund.com |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants Estate of Arnold M. Soskin, Arnold M. Soskin Revocable Trust, Richard N. Soskin, Nancy S. Lurie, Debra Becker, Robert S. Soskin, and Samuel S. Soskin*

**GREENE ESPEL PLLP**

By: */s/ Lawrence M. Shapiro*
222 South Ninth Street, #2200
Minneapolis, MN 55402
Telephone: 612.373.8325
Facsimile: 612.373.0929
Lawrence M. Shapiro
Email: LShapiro@greeneespel.com

*Attorneys for Defendant Renee R. Soskin*

SO ORDERED ON April 6th , 2015:

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4

C:\Users\smstephens\Desktop\MADOFF\Madoff Filings\APN 10-04505 - Stipulation and Order Extending Initial Case Conference D .docx