**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD PAGMA ASSOCIATES, LP, a New York limited partnership, SEYMOUR KLEINMAN, MARJORIE KLEINMAN, FAIRFOX, LLC, a New York limited liability company, and SEYFAIR, LLC, a New York limited liability company,<br><br>Defendants. | Adv. Pro. No. 10-05169 (SMB) |

300352076

## STIPULATION FOR SUBSTITUTION OF DEFENDANTS AND ORDER

**WHEREAS**, on December 3, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action (the "Action") in the United States Bankruptcy Court for the Southern District of New York (the "Court") against (i) Fairfield Pagma Associates, LP; (ii) Seymour Kleinman, (iii) Marjorie Kleinman, (iv) Fairfox, LLC, and (v) Seyfair, LLC, (collectively, "Defendants") [Dkt. 1];

**WHEREAS**, Marjorie Kleinman ("Decedent") died during the pendency of the Action;

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendants, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman (the "Estate"),[1] and Bonnie Joyce Kansler ("Kansler") as executor of the Estate, as follows:

1.     The Estate and Kansler as executor of the Estate are hereby substituted into the Action in place of Marjorie Kleinman, deceased, and the complaint filed in the Action on December 3, 2010 (the "Complaint") shall be deemed so amended.

2.     Defendants' Joinder in Bonnie J. Kansler's Motion for Mandatory Withdrawal of the Reference [Dkt. 13], Motion to Dismiss the Trustee's Complaint [Dkts. 29 – 31], and Reply In Support of Their Motion to Dismiss [Dkt. 40] shall be deemed amended and treated as a joinder, motion, and reply by both the Estate and Kansler, and neither the Estate nor Kansler shall have any obligation to separately move to withdraw the reference and/or to dismiss the Action.

---

[1] *Probate Proceeding, Will of Marjorie Kleinman, a/k/a Marjorie Helene Kleinman*, in the Surrogate's Court of the State of New York, New York County, File No. 2015 611.

300352076

3.      The Clerk of the Court is hereby directed to amend the caption in the Action to
remove Marjorie Kleinman and substitute the Estate and Kansler as executor of the Estate, as
reflected on Exhibit A to this stipulation.

4.      Undersigned counsel for the Estate and Kansler as executor of the Estate
expressly represents that it has the authority to accept service of all pleadings and other papers on
behalf of the Estate and Kansler as executor of the Estate.

5.      Except as expressly set forth herein, the parties to this stipulation reserve all rights
and defenses they may have and agree that the entry into this stipulation shall not expand or
affect any rights they do not otherwise have.

This stipulation may be signed by the parties in any number of counterparts, each of
which when so signed shall be an original, but all of which shall together constitute one and the
same instrument.  A signed facsimile, photostatic, or electronic copy of this stipulation shall be
deemed an original.

Dated: April 6, 2015
        New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: /s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@baker.com

*Attorney for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

-2-

300352076

**LAX & NEVILLE, LLP**

By: /s/ Gabrielle J. Pretto
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Barry R. Lax
Email: blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com
Gabrielle J. Pretto
Email: gpretto@laxneville.com

*Attorneys for Defendants*

SO ORDERED.

Dated:  April 7<u>th</u>, 2015
         New York, New York

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

-3-

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD PAGMA ASSOCIATES, LP, a New York limited partnership, SEYMOUR KLEINMAN, ESTATE OF MARJORIE KLEINMAN A/K/A MARJORIE HELENE KLEINMAN, BONNIE JOYCE KANSLER, as executor, FAIRFOX, LLC, a New York limited liability company, and SEYFAIR, LLC, a New York limited liability company,<br><br>Defendants. | Adv. Pro. No. 10-5169 (SMB) |

300352076