**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ALBERT H. SMALL CHARITABLE REMAINDER UNITRUST; and ALBERT H. SMALL, individually and in his capacity as Trustee for the Albert H. Small Charitable Remainder Unitrust,<br><br>                    Defendants. | Adv. Pro. No. 10-04703 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including April 24, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

## [THIS PORTION IS INTENTIONALLY LEFT BLANK]

Dated:  April 7, 2015
    New York, New York

By:    */s/ Nicholas J. Cremona*
    **BAKER & HOSTETLER LLP**
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email:  dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated:  April 7, 2015
    New York, New York

By:    */s/ Edward A. Smith*
    **VENABLE LLP**
    1270 Avenue of the Americas
    Rockefeller Center
    New York, New York 10020
    Telephone: (212) 983-3850
    Facsimile: (212) 307-5598
    Edward A. Smith
    Email: easmith@Venable.com
    Vincent E. Verrocchio (*pro hac vice* pending)
    Email: veverrocchio@Venable.com

*Attorneys for Defendants Albert H. Small Charitable Remainder Unitrust and Albert H. Small*

Dated:  April 7, 2015
    New York, New York

By:    */s/ Stuart Hirshfield*
    **STUART HIRSHFIELD**
    P. O. Box 127
    Stockbridge, MA 01262-0127
    Telephone: (917) 886-7324
    Facsimile: (413) 298-5478
    SHirshfield1@gmail.com

*Mediator*