### EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIPS
Partnership With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership Account Name | Partnership Name | Partnership Account Number | Claim Filed By Partnership | Total Outstanding Objections Received From Claimants Invested In The Partnership |
|---|---|---|---|---|
| The Lazarus Schy Partnership | The Lazarus-Schy Family Partnership | 1ZB300 | Yes (010501 and 100200) | 6 |
| The Lazarus Investment Group | The Lazarus Investment Group | 1ZB375 | Yes (010409 and 100201) | 12 |
| Schy Family Partnership | The Schy Family Partnership | 1ZB481 | Yes (010280 and 100184) | 22 |
|  |  |  |  | **Total: 40** |