# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Partnerships Identified In Exhibit 1

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 010646 | Zipora Lazarus | The Lazarus Schy Partnership | 1ZB300 | Claim for securities and/or credit balance denied (11/19/2010). | 12/28/2010 |
| 010805 | Jared Lazarus | The Lazarus Schy Partnership | 1ZB300 | Claim for securities and/or credit balance denied (11/19/2010). | 12/28/2010 |
| 010816 | Michael Lazarus | The Lazarus Schy Partnership | 1ZB300 | Claim for securities and/or credit balance denied (11/19/2010). | 12/28/2010 |
| 100185 | Zipora Lazarus | The Lazarus Schy Partnership | 1ZB300 | Claim for securities and/or credit balance denied (11/19/2010). | 12/28/2010 |
| 100203 | Jared Lazarus | The Lazarus Schy Partnership | 1ZB300 | Claim for securities and/or credit balance denied (11/19/2010). | 12/28/2010 |
| 100205 | Michael Lazarus | The Lazarus Schy Partnership | 1ZB300 | Claim for securities and/or credit balance denied (11/19/2010). | 12/28/2010 |
| 010603 | Zipora Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010719 | Ronald Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010728 | Linda Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010729 | Audra Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010747 | Adam Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010749 | Amber Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100190 | Zipora Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100195 | Ronald Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100196 | Linda Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100197 | Audra Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100198 | Adam Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100202 | Amber Lazarus | The Lazarus Investment Group | 1ZB375 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010601 | Ira Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 010602 | Zipora Lazarus | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010649 | Rose Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010881 | Elan Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010980 | Abe Schy Custodian For M.S. | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010981 | Abe Schy Custodian For B.S. | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010982 | Abe Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010983 | Abe Schy Custodian For J.S. | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 010986 | Lisa Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 012681 | Doron Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 012935 | Steve Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100186 | Ira Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100187 | Rose Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100189 | Zipora Lazarus | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100207 | Abe Schy Custodian For J.S. | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100209 | Abe Schy Custodian For B.S. | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100210 | Elan Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100211 | Abe Schy Custodian For M.S. | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100212 | Abe Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100276 | Doron Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 100378 | Lisa Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 100387 | Steve Schy | Schy Family Partnership | 1ZB481 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |