**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>v.<br><br>AGAS COMPANY L.P.,<br><br>FRED SCHWARTZ, individually, as a joint tenant, and as general partner of Agas Company L.P.,<br><br>ALLYNE SCHWARTZ, individually and as a joint tenant,<br><br>ANN J. SCHWARTZ KLUGER, as general partner of | Adv. Pro. No. 10-04431 (SMB) |

| | |
|---|---|
| Agas Company L.P., <br><br>STEVEN SCHWARTZ, as limited partner of Agas Company L.P., <br><br>AMY MADLYN SCHWARTZ, as limited partner of Agas Company L.P., and <br><br>GARY PAUL SCHWARTZ, as limited partner of Agas Company L.P., <br><br>                    Defendants. | |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014

2. Fact Discovery shall be completed by: June 5, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: August 4, 2015

4. The Disclosure of Rebuttal Experts shall be due: September 3, 2015

5. The Deadline for Completion of Expert Discovery shall be: December 2, 2015

6. The Deadline for Service of a Notice of Mediation Referral shall be: February 1, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 15, 2016

8. The Deadline for Conclusion of Mediation shall be: June 14, 2016

Dated: New York, New York
April 6, 2015

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*