**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Elyssa S. Kates
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES LOWREY, individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust, and in his capacity as | Adv. Pro. No. 10-04387 (SMB) |

successor partner of Coldbrook Associates Partnership,

THE ESTATE OF MARIANNE LOWREY,

TURTLE CAY PARTNERS,

COLDBROOK ASSOCIATES PARTNERSHIP, individually and in its capacity as general partner of Turtle Cay Partners,

TRUST CREATED FOR THE BENEFIT OF JESSICA LEE LOWREY UNDER ARTICLE SECOND OF A CERTAIN TRUST AGREEMENT DATED AUGUST 29, 1984,

TRUST CREATED FOR THE BENEFIT OF TRACY MCDONALD LOWREY UNDER ARTICLE SECOND OF A CERTAIN TRUST AGREEMENT DATED AUGUST 29, 1984,

TRUST CREATED FOR THE BENEFIT OF WHITNEY HANLON LOWREY UNDER ARTICLE SECOND OF A CERTAIN TRUST AGREEMENT DATED AUGUST 29, 1984,

JESSICA LEE LOWREY, individually, in her capacity as personal representative of the Estate of Marianne Lowrey, in her capacity as trustee for the Marianne B. Lowrey Trust and in her capacity as successor partner of Coldbrook Associates Partnership,

TRACY MCDONALD LOWREY LENEHAN, individually, in her capacity as personal representative of the Estate of Marianne Lowrey, in her capacity as trustee for the Marianne B. Lowrey Trust and in her capacity as successor partner of Coldbrook Associates Partnership,

WHITNEY HANLON LOWREY GAETA, individually, in her capacity as personal representative of the Estate of Marianne Lowrey, in her capacity as trustee for the Marianne B. Lowrey Trust and in her capacity as successor partner of Coldbrook Associates Partnership, and

LARRY B. ALEXANDER, in his capacity as

300355303.1

> personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust and in his capacity as successor partner of Coldbrook Associates Partnership,
>
> MARIANNE B. LOWREY TRUST,
>
>                 Defendants.

### FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on June 6, 2014.

2. Fact Discovery shall be completed by June 15, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due August 5, 2015.

4. The Disclosure of Rebuttal Experts shall be due October 5, 2015.

5. The Deadline for Completion of Expert Discovery shall be January 4, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be March 4, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be March 18, 2016.

[*The Remainder of this Page is Intentionally Left Blank*]

300355303.1

8. The Deadline for Conclusion of Mediation shall be July 18, 2016.

| | |
|---|---|
| Dated: New York, New York<br>April 7, 2015 | BAKER & HOSTETLER LLP<br><br>By: *s/ Marc E. Hirschfield* ____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email:  mhirschfield@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Elyssa S. Kates<br>Email: ekates@bakerlaw.com<br>Jessie A. Kuhn<br>Email: jkuhn@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

300355303.1