**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff, and to*
*Alan Nisselson, Chapter 7 Trustee for the*
*Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | Case No. 09-11893 (SMB) |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05386 (SMB) |
| Plaintiffs, | |
| v. | |
| HOBOKEN RADIOLOGY, LLC, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the estate of Bernard L. Madoff, and Alan Nisselson, as Chapter 7 Trustee for the estate of Bernard L. Madoff (together, the "Trustees"), by and through their counsel, Windels Marx Lane & Mittendorf, LLP, and defendant Hoboken Radiology, LLC ("Defendant"), by and through its counsel, Nixon Peabody LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 9, 2010, the Trustees filed a Complaint against Defendant.

2. On July 15, 2013, Defendant filed an Answer to the Complaint.

3. On October 14, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustees' claims against Defendant in the above-captioned adversary proceeding and dismissing of the adversary proceeding without costs to any party.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

| | |
|---|---|
| Dated: New York, New York<br>April 7, 2015 | By: /s/ Howard L. Simon<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Alan Nisselson, Chapter 7 Trustee for the Estate of Bernard L. Madoff* |
| Dated: Jericho, New York<br>April 6, 2015 | By: /s/ Thomas M. Mealiffe<br>Thomas M. Mealiffe, Esq. (tmealiffe@nixonpeabody.com)<br>NIXON PEABODY LLP<br>50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Phone: (516) 832-7500<br><br>*Attorneys for Defendant* |

SO ORDERED

/s/ STUART M. BERNSTEIN

Dated: April 7th, 2015  
New York, New York

HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE

3