ROBINS KAPLAN LLP
Stephen P. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN  55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-1789 (SMB) |
| Securities Investor Protection Corporation | |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| Bernard L. Madoff Investment Securities LLC, | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |
| In re: | |
| Bernard L. Madoff | |
| Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04499 (SMB) |
| Plaintiff, | |
| v. | |
| Metro Motor Imports, Inc., | |
| Defendant. | |

85701728.1

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE FOR THOMAS F. BERNDT

Upon the motion of Thomas F. Berndt, Esq. to be admitted, *pro hac vice*, to represent defendants in the above-captioned actions, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

**ORDERED**, that Thomas F. Berndt, Esq. is admitted to practice, *pro hac vice*, in the above-captioned actions to represent those defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    April 8th, 2015            By:   /s/ STUART M. BERNSTEIN
          New York, New York                Judge Stuart M. Bernstein

85701728.1