**DUFFYAMEDEO LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>- against –<br><br>**HSBC BANK PLC, et. al.**<br><br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**DECLARATION OF TODD E DUFFY IN OPPOSITION TO THE HSBC MOTION TO DISMISS THE AMENDED CROSS-CLAIMS**

I, Todd E. Duffy, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the firm DuffyAmedeo LLP, counsel for Alpha Prime Fund Ltd. ("Alpha Prime") and Senator Fund SPC ("Senator") (collectively, the "Alpha/Senator Defendants"). I submit this Declaration as a supplement to the Response and Objection of Cross-

Claim Plaintiffs Alpha Prime Fund Limited and Senator Fund SpC to the HSBC Defendants' Motion to Dismiss the Amended Cross-Claims.

2.      Annexed hereto as Exhibit A is a true and correct copy of the transcript of the testimony of Christine Coe during the trial in the *United States v. Bonventre, et al.,* 10 Cr. 228 (LTS), Ecf Dkt. No. 880, January 9, 2014.

3.      Annexed hereto as Exhibit B is a true and correct copy of page 1 of the letter dated March 15, 2006, from Paul H. Smith to Bernard Madoff.

4.      Annexed hereto as Exhibit C is a true and correct copy of a certified translation of a pleading filed by HSSL on December 17, 2013 in the Tribunal d' Arrondissment de Luxembourg.

5.      Annexed hereto as Exhibit D is a true and correct copy of a notice of the transfer of the assets of HSSL to HSBC, plc.

6.      Annexed hereto as Exhibit E is a true and correct copy of a list of witnesses that Alpha Prime Fund and Senator Fund plan to call to substantiate their allegations in the Cross Claims.

I declare under penalty of perjury that the facts contained in this Declaration are true and I would testify to the same if needed.

Dated: New York, New York          ____/s/ Todd E. Duffy____
       April 8, 2015                              Todd E. Duffy