# EXHIBIT D

# *HSBC Securities Services (Luxembourg) S.A.,* Société Anonyme.

Siège social: L-1160 Luxembourg, 16, boulevard d'Avranches.

R.C.S. Luxembourg B 28.531.

In the year two thousand and fourteen, on the twenty-eighth day of October,

Before us Maître Jean-Joseph Wagner, notary, residing in Sanem, Grand Duchy of Luxembourg,

was held

an extraordinary general meeting of the shareholders of HSBC Securities Services (Luxembourg) S.A., a société anonyme, duly incorporated and existing under the laws of the Grand-Duchy of Luxembourg, having its registered office at 16, Boulevard d?Avranches, L-1160 Luxembourg, registered with the Luxembourg Trade and Companies? Register under number B 28.531, incorporated pursuant to a deed of Maître Reginald Neuman, notary residing at the time in Luxembourg, Grand-Duchy of Luxembourg, on 19 July 1988, published in the Mémorial C, Recueil des Sociétés et Associations, on 29 September 1988, number 255. The articles of association have been amended for the last time on 17 December 2013, published in the Mémorial C, Recueil des Sociétés et Associations on 3 March 2014, number 559 (the "Company").

The meeting was opened at 5.00 p.m. with Mr Michael Jonas, Avocat à la Cour, professionally residing in Luxembourg, in the chair,

who appointed as secretary Mr Philippe Sylvestre, Avocat, professionally residing in Luxembourg.

The meeting elected as scrutineer Mr Philippe Harles, Avocat, professionally residing in Luxembourg, in the chair, who appointed as secretary

The board of the meeting having thus been constituted, the chairman declared and requested the notary to state:

I. That the agenda of the meeting is the following:

## Agenda

1. Approval of the transfer of the assets and the thereto attached liabilities of the Company to HSBC Bank Plc, acting through its Luxembourg branch, in accordance with the transfer plan set out on 28 July 2014, published in the Mémorial C, Recueil des Sociétés et Associations, number 2116 of 11 August 2014;

2. Miscellaneous.

II. That the shareholders present or represented, the proxies of the represented shareholders and the number of their shares are shown on an attendance list; this attendance list, signed by the shareholders, the proxyholders of the represented shareholders and the board of the meeting, will remain annexed to this deed to be filed at the same time with the registration authorities.

III. That the proxies of the represented shareholders, initialed ?ne varietur? by the appearing parties, will also remain annexed to this deed.

IV. That the whole corporate capital being present or represented at the present meeting and the shareholders present or represented declaring that they have had due notice and got knowledge of the agenda prior to this meeting, no convening notices were necessary.

V. That the present meeting, representing the whole corporate capital, is regularly constituted and may validly deliberate on all the items of the agenda.

The general meeting then, after having duly acknowledged the statements made by the chairman, requested the undersigned notary to record the following resolution:

WHEREAS, the shareholders have been able to take knowledge of:

- the transfer plan set out on 28 July 2014, published in the Mémorial C, Recueil des Sociétés et Associations, number 2116 of 11 August 2014 (the ?Transfer Plan?), whereby the Company transfers all the assets and the thereto attached liabilities of the Company but save for the excluded liabilities as set out in the Transfer Plan (the ?Transferred Assets and Liabilities?), to HSBC Bank Plc, a public limited company, duly incorporated and existing under the laws of United Kingdom, having its registered office at 8, Canada Square, London, E14 5HQ, United Kingdom, registered with the Companies House under number 00014259, acting through its Luxembourg branch, HSBC Bank Plc, Luxembourg Branch, established at 16, Boulevard d?Avranches, L-1160, Luxembourg, registered with the Luxembourg Trade and Companies? Register under number B 178.455 (the ?Transferee?), (the ?Transfer?);

- the annual accounts and the management reports for the three last financial years of the Company; and

- the annual accounts and the management reports for the three last financial years of the Transferee.

WHEREAS, in accordance with article 295 of the Luxembourg law of 10 August 1915 on commercial companies, as amended (the ?Law?), the abovementioned documents were at the shareholders? disposal at the registered office of the Company, at least one month before the date of the present general meeting.

WHEREAS, all the shareholders have provided the Company and the Transferee with waiver letters, whereby each of them expressly confirms that it has been sufficiently informed about the Transfer and expressly waives the requirement of (i) the examination of the Transfer Plan and the written report on the Transfer Plan made by an independent expert, in accordance with Article 296 (1) of the Law, (ii) the interim financial statements of the Company and of the Transferee and (iii) the report of the management bodies of the Company and the Transferee explaining the Transfer Plan and setting out its legal and economic grounds, in accordance with Article 296 (2) of the Law.

## Sole resolution:

The general meeting resolves that the Transfer will be effective (i) between the Company and the Transferee, (ii) from an accounting and tax perspective and (iii) vis-à-vis third parties, as of the date of the publication of the minutes of the present extraordinary general meeting in the Mémorial C, Recueil des Sociétés et Associations, for both the Company and the Transferee.

The general meeting resolves that the Transfer is subject to the provisions on de-mergers as set out in Articles 285 to 308, except for Article 303 of the Law, and that the Transferred Assets and Liabilities will be transferred ipso jure by the Company to the Transferee, in accordance with Article 308 bis-2 of the Law and with the Transfer Plan.

THEREFORE, the general meeting resolves to approve the Transfer as set out in the Transfer Plan and to confirm that the Transferred Assets and Liabilities shall be transferred to the Transferee for the consideration as determined in the Transfer Plan..

There being no further business, the meeting is closed

Whereof this deed is drawn up in Luxembourg on the day stated at the beginning of this document.

The undersigned notary who understands and speaks English, states herewith that upon request of the appearing persons, the present deed is worded in English, followed by a French version; upon request of the same appearing persons and in case of divergences between the English and the French texts, the English version will be prevailing.

The document having been read to the appearing persons, said persons appearing signed together with the notary this deed.

# Suit la traduction en français du texte qui précède:

L?an deux mille quatorze, le vingt-huitième jour du mois d?octobre,

Par devant nous Maître Jean-Joseph Wagner, notaire, résidant à Sanem, Grand-Duché de Luxembourg,

s?est tenue

une assemblée générale extraordinaire des actionnaires de HSBC Securities Services (Luxembourg) S.A., une société anonyme, dûment constituée et existant sous les lois du Grand-Duché de Luxembourg, ayant son siège social au 16, Boulevard d?Avranches, L-1160 Luxembourg, immatriculée au Registre du Commerce et des Sociétés de Luxembourg sous le numéro B 28.531, constituée suivant acte notarié devant Maître Reginald Neuman, notaire résidant à ce moment au Luxembourg, Grand-Duché de Luxembourg, en date du 19 Juillet 1988, publiée au Mémorial C, Recueil des Sociétés et Associations, en date du 29 septembre 1988, numéro 255. Les statuts ont été modifiés pour la dernière fois le 17 décembre 2013, publié au Mémorial C, Recueil des Sociétés et Associations en date du 3 mars 2014, numéro 559 (la «Société»).

L?assemblée a été ouverte à 17.00 heures, sous la présidence de Monsieur Michael Jonas, Avocat à la Cour, demeurant professionnellement à Luxembourg,

a désigné comme secrétaire Monsieur Philippe Sylvestre, Avocat, demeurant professionnellement à Luxembourg,

L?assemblée a élu comme scrutateur Monsieur Philippe Harles, Avocat, résidant professionnellement à Luxembourg.

http://www.etat.lu/memorial/2014/C/Html/3387/2014172032.html

Le bureau de l?assemblée ayant ainsi été constitué, le président a déclaré et prié le notaire d?acter:

I. Que l?ordre du jour de l?assemblée est le suivant:

## Ordre du jour

1. Approbation de la cession des actifs et des passifs y attachés de la Société à HSBC Bank Plc,
agissant par sa succursale luxembourgeoise, HSBC Bank Plc, Luxembourg Branch, conformément
au projet de cession établi le 28 juillet 2014, publié au Mémorial C, Recueil des Sociétés et
Associations, numéro 2116 en date du 11 août 2014;

2. Divers.

II. Que les actionnaires présents ou représentés, les procurations des actionnaires représentés et le
nombre des actions qu?ils détiennent sont indiqués sur une liste de présence; cette liste de
présence, signée par les actionnaires, les mandataires des actionnaires représentés et le bureau de
l?assemblée, restera annexée au présent acte pour être soumise avec lui aux formalités
d?enregistrement.

III. Que les procurations des actionnaires représentés, paraphées ne varietur par les parties
comparantes, resteront également annexées au présent acte.

IV. Que l?intégralité du capital social étant présente ou représentée à la présente assemblée, les
actionnaires présents ou représentés déclarant avoir eu connaissance de l?ordre du jour qui leur a
été communiqué au préalable, il a pu être fait abstraction des convocations d'usage.

V. Que la présente assemblée, réunissant l?intégralité du capital social, est régulièrement constituée
et peut délibérer valablement sur tous les points portés à l?ordre du jour.

L?assemblée générale, après avoir pris compte des déclarations faites par le président, a demandé
au notaire soussigné d?acter la résolution suivante:

ATTENDU QUE, les actionnaires ont pu prendre connaissance:

- du projet de cession établi le 28 juillet 2014, publié au Mémorial C, Recueil des Sociétés et
Associations, numéro 2116 en date du 11 août 2014 (le «Projet de Cession»), aux termes duquel la
Société cède tous ses actifs et les passifs y attachés à l?exception des passifs exclus tels que
déterminés dans le Projet de Cession (les «Actifs et Passifs Transférés») à HSBC Bank Plc, une
public limited company, dûment constituée et existante sous les lois du Royaume-Uni, ayant son
siège social au 8, Canada Square, London, E14 5HQ, Royaume-Uni, immatriculée au Companies
House sous le numéro 00014259, agissant par sa succursale luxembourgeoise, HSBC Bank Plc,
établie au 16, Boulevard d'Avranches, L-1160, Luxembourg, immatriculée au Registre du
Commerce et des Sociétés de Luxembourg sous le numéro B178.455 (le «Cessionnaire»), (la
«Cession»);

- les comptes annuels et les rapports de gestion des trois derniers exercices de la Société; et

- les comptes annuels et les rapports de gestion des trois derniers exercices du Cessionnaire.

ATTENDU QUE, conformément à l?article 295 de la loi luxembourgeoise du 10 août 1915
concernant les sociétés commerciales, telle que modifiée (la «Loi»), les documents susmentionnés
ont été mis à disposition des actionnaires au siège social de la Société au moins un mois avant la

date de la présente assemblée.

ATTENDU QUE, tous les actionnaires ont transmis des lettres de renonciation à la Société et au Cessionnaire, aux termes desquelles chacun d?entre eux confirme expressément avoir été suffisamment informé sur la Cession et renonce expressément à l?exigence (i) de l?examen du Projet de Cession et du rapport établis par un expert indépendant, en vertu de l?article 296 (1) de la Loi, (ii) d?un état comptable intermédiaire de la Société et du Cessionnaire et (iii) du rapport des organes de gestion de la Société et du Cessionnaire expliquant le Projet de Cession et le justifiant du point de vue juridique et économique, en vertu de l?article 296 (2) de la Loi.

## Résolution unique:

L?assemblée générale décide que la Cession sera effective (i) entre la Société et les Cessionnaire, (ii) d?un point de vue comptable et fiscal et (iii) visà-vis des tiers, à compter du jour de la publication du procès-verbal de la présente assemblée générale extraordinaire au Mémorial C, Recueil des Sociétés et Associations, et ce tant pour la Société que pour le Cessionnaire.

L?assemblée générale décide que la Cession est soumise aux dispositions concernant les scissions telles qu?énoncées aux articles 285 à 308, à l?exception de l?article 303 de la Loi et que les Actifs et Passifs Transférés seront transférés par la Société de plein droit au Cessionnaire, conformément à l?article 308 bis-2 de la Loi et au Projet de Cession.

PAR CONSEQUENT, l?assemblée générale décide d?approuver la Cession telle que prévue dans le Projet de Cession et de confirmer que les Actifs et Passifs Transférés seront cédés en contrepartie d?une considération telle que déterminée dans le Projet de Cession.

N?ayant plus rien à l?ordre du jour, la séance est levée.

Dont acte, fait et passé à Luxembourg, date qu?en tête des présentes.

Le notaire soussigné qui comprend et parle l?anglais, constate, sur demande des comparants, que le présent acte est rédigé en langue anglaise suivi d'une version française; sur demande des mêmes comparants et en cas de divergences entre le texte français et le texte anglais, ce dernier fait foi.

Après lecture faite et interprétation donnée aux comparants, lesdits comparants ont signé le présent acte avec le notaire.

Signé: M. JONAS, P. SYLVESTRE, P. HARLES, J.J. WAGNER.

Enregistré à Esch-sur-Alzette A.C., le 3 novembre 2014. Relation: EAC/2014/14756. Reçu soixante-quinze Euros (75.- EUR).

*Le Receveur ff.* (signé): Monique HALSDORF.

Référence de publication: 2014172032/158.

(140197113) Déposé au registre de commerce et des sociétés de Luxembourg, le 6 novembre 2014.