# EXHIBIT E

| ALPHA PRIME'S AND SENATOR FUND'S LIST OF POTENTIAL WITNESSES ||||| 
|---|---|---|---|---|
| **Subject Matter of Testimony** | **Witness Name** | **Employer During Relevant Time and Last Job Title** | **Current Employer** | **Current Residence** |
| **United Kingdom Witnesses** | | | | |
| Madoff Due Diligence; HSBC Risk Management re Madoff Feeder Funds | Christine Coe | Head of Risk and Credit, HSBC Bank plc | Unknown | United Kingdom |
| Preparation and analysis of Monthly Risk Report by HSBC | Denis Desbiez, | HSBC – Managing Director – Head of NY Trading Structured Fund Group | Unknown | London, United Kingdom |
| HSBC Madoff diligence | David Luijerink | Director, KPMG KKP | KPMG | London, United Kingdom |
| HSBC Madoff Due Diligence; Management HSBC relationships with Madoff Feeder Funds | Brian Pettitt | Head of Network Management, HSBC Bank plc | HSBC | Southend on Sea, UK |
| Formation of Fund Investment Guidelines | Christina Qian | Senior Vice President – Structured Fund Product | Unknown | Unknown |
| HSBC Madoff diligence | David Yim | Adviser, KPMG LLP | KPMG | London, United Kingdom |
| **US Witnesses** | | | | |
| HSBC Madoff diligence | Karen Briggs | Partner, KPMG LLP | None | Philadelphia, PA |

1

| | | | | |
|---|---|---|---|---|
| BLMIS Interactions with HSBC | Joann Crupi | BLMIS | None | Incarcerated. Alderson Prison Camp, Alderson West Virginia |
| BLMIS interactions with HSBC<br><br>Madoff's efforts to conceal fraud | Frank DiPascali | Chief Financial Officer, BLMIS | None | New Jersey |
| Preparation and analysis of Monthly Risk Report by HSBC | Niaz Hader | HSBC Senior V.P. – Head IASG Americas | Citi – Head of Multi-Asset Group Americas | New York, USA |
| Financial and banking services; calculation of NAV | Julie Y Mei | HSBC Vice President- Equity Derivatives HSBC Securities | HSBC Bank USA, NA | New York, USA |
| Financial and banking services; calculation of NAV ) | Andrew Messer | HSBC - Structured Fund Products | Smith Affiliated Capital | New York, USA |
| Financial and banking services; HSBC's role in finding investors for Senator and Alpha Prime Funds | Brian Nash | HSBC Senior Vice President – Structured Fund Products (Origination) | Twin Red Asset Management LLC | New York, USA |
| Preparation and analysis of Monthly Risk Report | Jennifer Skokan | HSBC Vice President – Structured Fund Derivatives | HSBC | New York, NY |
| HSBC Business relationships with BLMIS and Madoff Feeder Funds; KPMG | Paul Smith | HSBC: Global Head of Alternative Funds Services | President and CEO CFA Institute | Hong Kong/New York |

| control audits | | | | |
|---|---|---|---|---|
| **Bermuda Related Witnesses** | | | | |
| Administration of Alpha Prime Fund | Michelle Amesse | Manager – Bank Management Services | Self Employed – Corporate Administration | London, Canada |
| Segregation of Funds | Vanessa Ingermann | Bermuda Banking | Unknown | Bermuda |
| **Luxembourg Witnesses** | | | | |
| Creation of Alpha Prime Fund and Senator Fund | Germain Birgen | Head of HSBC Securities Services Luxembourg | HSBC Securities Services (Luxembourg) SA | Luxembourg |
| Creation of Alpha Prime Fund and Senator Fund | Nigel Fielding | HSBC – Global Chief Administrative Officer | HSBC – Country Chief Executive Officer | Luxembourg |
| Maintenance of Duplicate Accounting of Madoff Trades | Michael Quellmeltz | HSBC HSSL | Unknown | Luxembourg |
| **Hong Kong Witnesses** | | | | |
| Madoff Audit/Due Diligence Procedures | William Grob | NY Head of Due Diligence | HSBC | Hong Kong |

3