# EXHIBIT D

Fax Server        7/31/2008 4:30:56 PM    PAGE    2/002    Fax Server



**HSBC Securities Services (Luxembourg) S.A.**
40, Avenue Monterey, B.P. 113 L-2014 Luxembourg
Tel: +352 40 46 461   Fax: +352 40 46 74
Société Anonyme - R.C. Luxembourg B 28.531

**FACSIMILE COVER SHEET**

Extension/Initial:
Date/Time:
Contact:
Dealing date:
Ack:                Y/N

| | | | |
|---|---|---|---|
| To | Jodi Crupi/Erin Reardon/Belle Jones | Date: | |
| Fax | +001 212 838 4061 | File Ref: | |
| | | Total No of pages=cover+1 | |
| From | HSBC Securities Services Luxembourg SA | If you do not receive all pages, please telephone | |
| | Aline Duque Castrillon | or telex immediately | |
| Fax | +352 40 46 46 591 - Tel +352 40 46 46 | | |
| Subject | MADOFF - ALPHA PRIME EQ HEDGED FUND | Urgent: Yes No | |
| | | Confidential: Yes No | |

This facsimile is intended for the named recipient only and may contain privileged and confidential information. If you have received this facsimile in error, please notify us immediately. Please do not disclose the contents to anyone or copy it to outside parties. Thank you.

## MONEY TRANSFER - Advice to Receive

Dear Sir / Madam

Please execute the following payment at your earliest convenience and under advice to ourselves.

| | |
|---|---|
| Our reference: | 413496.0101 |
| Account name | ALPHA PRIME EQ HEDGED FUND |
| | ABA 021000021 |
| | Chase Manhattan bank - NY |
| Account number: | [redacted] |
| Amount to be paid | USD   -   10,000,000.00 |
| Payment date: | 01 August 2008 |
| The funds will be paid to | Chase Manhattan Bank NY |
| | ABA 021000021 |
| | Account Bernard L. Madoff |
| | [redacted] |
| | F/B/O/   ALPHA PRIME EQ HEDGED FUND |
| | A/C      1-FR-097 |
| The funds will be coming from | HSBC Bank USA Inc, New York |
| | ABA 021 001088, SWIFT : MRMDUS33 |
| | Account: HSBC Bank PLC London, A/C No: [redacted] |

Should you have any queries please do not hesitate to contact us.

Sincerely,

Isabelle Jeunet
Senior Administrator

Fax Server          11/2/2007 4:43:50 PM    PAGE    2/002    Fax Server



FACSIMILE COVER SHEET

**HSBC Securities Services (Luxembourg) S.A.**
40, Avenue Monterey, B.P. 413  L-2014 Luxembourg
Tel: +352 40 46 461  Fax: +352 40 46 74
Société Anonyme - R.C. Luxembourg B 28.531

| | | | |
|---|---|---|---|
| To: | Jodi Crupi / Erin Reardon / Belle Jones | Date: | 2 November, 2007 |
| | Madoff Investments New York | File Ref: | |
| | Fax No: 001 212 838 4061 | Total No of pages = cover + | |
| From: | HSBC Securities Services (Luxemburg) SA | if you do not receive all pages, please telephone or telex immediately. | |
| | Fax No: (352) 404646 591  Telephone/Telex: (352) 404646 | Urgent: ☐ Yes ☐ No | |
| Subject: | Madoff - Alpha Prime Fund Limited | Confidential: ☐ Yes ☐ No | |

*This facsimile is intended for the named recipient only and may contain privileged and confidential information. If you have received this facsimile in error, please notify us immediately. Please do not disclose the contents to anyone or copy it to outside parties. Thank you.*

## MONEY TRANSFER - ADVICE TO RECEIVE

Dear Sir / Madam,

### We would like to confirm the following Money Transfer:

| | |
|---|---|
| Our reference : | 50231 |
| Account name or Registered Holder | HSBC SSL A/C ALPHA PRIME EQUITY HEDGED FUND<br>40, Avenue Monterey<br>L-2014 Luxembourg |
| Account number : | [REDACTED] |
| Amount to be paid : | USD 2,500,000.- |
| Payment date : | 2 November, 2007 |
| The funds will be paid to : | Chase Manhatten Bank-NY<br>ABA: 021000021<br>Account Bernard L.Madoff<br>account Number [REDACTED]<br>F/B/O Alpha Prime Equity Hedged Fund Account: 1FR-097-3-0 |
| The funds will be coming from : | HSBC Bank USA Inc, New-York<br>SWIFT: MRMDUS33<br>A/C HSBC Bank PLC, London<br>A/C Number: [REDACTED] |

Should you have any queries please do not hesitate to contact us.

Sincerely,

Sebastien Hiblot
Assistant Manager
AFS-PAU

Christophe Decker
PAU Manager Cash

Fax Server      10/1/2007 4:42:33 PM   PAGE   2/002   Fax Server

# HSBC

**FACSIMILE COVER SHEET**

**HSBC Securities Services (Luxembourg) S.A.**
40, Avenue Monterey, B.P. 413 L-2014 Luxembourg
Tel: +352 40 46 461  Fax: +352 40 46 74
Société Anonyme - R.C. Luxembourg B 28 531

| | |
|---|---|
| To: Jodi Crupi / Erin Reardon / Belle Jones, Madoff Investments New York | Date: 1 October, 2007 |
| Fax No: 001 212 838 4061 | File Ref: |
| From: HSBC Securities Services (Luxemburg) SA | Total No of pages = cover + |
| Fax No: (352) 404646 591   Telephone/Telex: (352) 404646 | if you do not receive all pages, please telephone or telex immediately. |
| | Urgent:  ☐ Yes  ☐ No |
| Subject: Madoff - Alpha Prime Fund Limited | Confidential: ☐ Yes  ☐ No |

This facsimile is intended for the named recipient only and may contain privileged and confidential information. If you have received this facsimile in error, please notify us immediately. Please do not disclose the contents to anyone or copy it to outside parties. Thank you.

## MONEY TRANSFER - ADVICE TO RECEIVE

Dear Sir / Madam,

**We would like to confirm the following Money Transfer:**

| | |
|---|---|
| Our reference : | **FOF MG 50213** |
| Account name or Registered Holder | HSBC SSL A/C ALPHA PRIME EQUITY HEDGED FUND<br>40, Avenue Monterey L-2014 Luxembourg |
| Account number : | [redacted] |
| Amount to be paid : | USD 4,250,000.- |
| Payment date : | 1 October, 2007 |
| The funds will be paid to : | Chase Manhatten Bank-NY<br>ABA: 021000021<br>Account Bernard L.Madoff<br>account Number [redacted]<br>F/B/O Alpha Prime Equity Hedge Fund Account: 1FR097-3-0 |
| The funds will be coming from : | HSBC Bank USA Inc., New York          SWIFT:<br>MRMDUS33 A/C: HSBC Bank PLC, London<br>Account no [redacted] |

Should you have any queries please do not hesitate to contact us.

Sincerely,

Ysebaert Bernard
PAU Asst. Manager

Sebastien Hibiot
Assistant Manager
AFS-PAU

Fax Server          8/1/2007 6:40:30 PM    PAGE    2/002    Fax Server

# HSBC

**FACSIMILE COVER SHEET**

**HSBC Securities Services (Luxembourg) S.A.**
40, Avenue Monterey, B.P. 413 L-2014 Luxembourg
Tel: +352 40 46 461  Fax: +352 40 46 74
Société Anonyme - R.C. Luxembourg B 28.531

| | |
|---|---|
| To: Jodi Crupi / Erin Reardon / Belle Jones | Date: 1 August, 2007 |
| Madoff Investments New York | File Ref: |
| Fax No: 001 212 838 4061 | Total No of pages = cover + 1 |
| From: HSBC Securities Services (Luxemburg) SA | if you do not receive all pages, please telephone or telex immediately. |
| Alain Geyskens | |
| Fax No: (352) 404646 591    Telephone/Telex: (352) 404646 877 | Urgent: ☐ Yes ☐ No |
| Subject: Madoff - Alpha Prime Fund Limited | Confidential: ☐ Yes ☐ No |

This facsimile is intended for the named recipient only and may contain privileged and confidential Information. If you have received this facsimile in error, please notify us immediately. Please do not disclose the contents to anyone or copy it to outside parties. Thank you.

## MONEY TRANSFER - ADVICE TO RECEIVE

Dear Sir / Madam,     LOG MG: 50173.

### We would like to confirm the following Money Transfer:

Our reference :

Account name
or Registered Holder         Alpha Prime Fund Limited
                             c/o HSBC SECURITY SERVICES
                             40 Avenue Monterey
                             L-2014 Luxembourg

Account number :

Amount to be paid :          1,200,000 USD

Payment date :               1 August, 2007

The funds will be paid to :  Chase Manhattan Bank - NY
                             ABA 021000021
                             Account Bernard L. Madoff
                             Account Number
                             F/B/O Alpha Prime Fund ltd
                             Account nb

The funds will be coming from :   HSBC Bank USA Inc, 140 Broadway, New York, ABA 021 001088,
                                  Swift: MRMD US33
                                  Account: HSBC Bank PLC London, AC No

Should you have any queries please do not hesitate to contact us.

Sincerely,                        Samuel Chalon
                                  Assistant Manager
                                  AFS-PAU