# EXHIBIT F

**Betreff:** Fw: Wailea Investment Amounts -Senator Fund SPC Additional Subsciption for 12/31/2007
**Von:** julie.y.mei@us.hsbc.com
**Datum:** Fri, 28 Dec 2007 09:38:13 -0500
**An:** sylvie.beck@lu.hsbc.com, daniel.supple@hsbcib.com
**CC:** EQSFDOCS%HSBC@hsbcpb.com, Gsfp.OPERATIONS@us.hsbc.com, Kim.TANG@us.hsbc.com, office@senatorfund.com

Hi Sylvie,

Settlement is for Dec 31, 2007. Daniel from our LDN office will handle the settlement piece.

Daniel,

Please let me know if you need anything else from me for this settlement.

Best regards,

### Julie Y Mei

Structured Fund and Equity Derivatives Documentation | HSBC Bank USA, National Association
452 Fifth Avenue, Tower 8, New York, NY 10018
_____

Phone.   212-525-5616
Fax.   212-525-0673
Email.   julie.y.mei@us.hsbc.com
_____

----- Forwarded by Julie Y Mei/HBUS/HSBC on 12/28/2007 09:26 AM -----

| | | |
|---|---|---|
| **Sylvie BECK/HBEU/HSBC** | To | Julie Y Mei/HBUS/HSBC@HSBC |
| 12/28/2007 09:23 AM | cc | EQSFDOCS%HSBC@hsbcpb.com, Gsfp OPERATIONS/HBEU/HSBC@HSBC, Kim TANG/HBEU/HSBC@HSBC, Rosana BARRAJON/HBEU/HSBC@HSBC |
| | Subject | Re: Wailea Investment Amounts -Senator Fund SPC Additional Subsciption for 12/31/2007 Link |

Hi Julie

Thanks for faxing the application form, it has been received and the trade has been placed for 02/01/08 trade date. Please can you ensure the payment is now made?

Best regards

Sylvie Beck
Supervisor Investor Services

HSBC Securities Services (Luxembourg) SA
Tel:  +352 40 46 46 384
Fax: +352 40 46 76
mailto:sylvie.beck@lu.hsbc.com

**Sylvie BECK/HBEU/HSBC**

28/12/2007 13:09

To Julie Y Mei/HBUS/HSBC@HSBC
cc EQSFDOCS%HSBC@hsbcpb.com, Gsfp OPERATIONS/HBEU /HSBC@HSBC, Kim TANG/HBEU/HSBC@HSBC, office@senatorfund.com
Subject Re: Wailea Investment Amounts -Senator Fund SPC Additional Subscription for 12/31/2007 Link

Hi Julie

Please send us the subscription form via fax (+352 404676) so we can place the trade for 02/01/08. You can also arrange for the payment to be made to the attached bank details.

Thanks a lot

Sylvie Beck
Supervisor Investor Services
HSBC Securities Services (Luxembourg) SA
Tel:  +352 40 46 46 384
Fax: +352 40 46 76
mailto:sylvie.beck@lu.hsbc.com

**office@senatorfund.com**

27/12/2007 23:55

To Sylvie BECK/HBEU/HSBC@HSBC
cc Julie Y Mei/HBUS/HSBC@HSBC, EQSFDOCS%HSBC@hsbcpb.com, Gsfp OPERATIONS/HBEU/HSBC@HSBC, Kim TANG/HBEU/HSBC@HSBC
Subject Re: Wailea Investment Amounts -Senator Fund SPC Additional Subscription for 12/31/2007

```
Dear all,

we accept already the trade. Sorry for the delay due to problems with
the e-mails.
```

```
Best,

Peter Fischer
Senator Fund SPC



Quoting sylvie.beck@lu.hsbc.com:

> Hi Julie
>
> As previoulsy discussed, I am afraid but I am still waiting for
> confirmation from the fund manager that this trade can still be accepted
> for trade date 2/1/08.
>
> Kind regards
>
> Sylvie Beck
> Supervisor Investor Services
> HSBC Securities Services (Luxembourg) SA
> Tel:   +352 40 46 46 384
> Fax: +352 40 46 76
> mailto:sylvie.beck@lu.hsbc.com
>
>
>
>       Julie Y Mei/HBUS/HSBC
>
>       26/12/2007 18:18                                                   To
>                                       Sylvie BECK/HBEU/HSBC@HSBC, Kim
>                                       TANG/HBEU/HSBC@HSBC
>                                                                          cc
>                                       EQSFDOCS, Gsfp
>                                       OPERATIONS/HBEU/HSBC@HSBC
>                                                                     Subject
>                                       Wailea Investment Amounts -Senator
>                                       Fund SPC Additional Subsciption for
>                                       12/31/2007(Document link: Sylvie
>                                       BECK)
>
>
>
>
>
>
>
>
>
> Hi Sylvie, Kim
>
> Please find attached additional subcription doc for Senator Fund SPC.
> Additional USD 1.2mm for dealing date 12.31.2007
> Please reply to all to cofirm receipt of order. Thanks
>
>
> [attachment "308360 Senator Fund SPC add'l sub 12.31.07.pdf.zip" deleted by
> Sylvie BECK/HBEU/HSBC]
>
> Best regards,
>
> Julie Y Mei
> Structured Fund and Equity Derivatives Documentation | HSBC Bank USA,
> National Association
> 452 Fifth Avenue, Tower 8, New York, NY 10018
> _____
>
>
> Phone.   212-525-5616
> Fax.   212-525-0673
> Email.   julie.y.mei@us.hsbc.com
> _____
```

```
>
>
>
>                Sylvie
>                BECK/HBEU/HSBC
>                                                                          To
>                10/31/2007 11:17         Julie Y Mei/HBUS/HSBC@HSBC
>                AM                                                        cc
>                                         Brian M Nash/HBUS/HSBC@HSBC, Kim
>                                         TANG/HBEU/HSBC@HSBC, Lucia
>                                         ANDRICH/HSS/HBEU/HSBC@HSBC, Matthew
>                                         Kerfoot/HBUS/HSBC@HSBC
>                                                                     Subject
>                                         Re: Fw: Wailea Investment Amounts
>                                         (Document link: Julie Y Mei)
>
>
>
>
>
>
>
>
>
>
>
> Hi Julie
>
> We still have not received the subscription order, please can you ensure it
> is faxed to us before 5PM (luxembourg time)?
>
> Thanks a lot,
>
> Sylvie Beck
> Supervisor Investor Services
> HSBC Securities Services (Luxembourg) SA
> Tel:   +352 40 46 46 384
> Fax: +352 40 46 76
> mailto:sylvie.beck@lu.hsbc.com
>
>
>
>
>        Sylvie BECK/HBEU/HSBC
>
>        30/10/2007 16:44                                                 To
>                                         Julie Y Mei/HBUS/HSBC
>                                                                        cc
>                                         Lucia ANDRICH/HSS/HBEU/HSBC@HSBC,
>                                         Brian M Nash/HBUS/HSBC@HSBC,
>                                         Matthew Kerfoot/HBUS/HSBC@HSBC, Kim
>                                         TANG/HBEU/HSBC@HSBC
>                                                                    Subject
>                                         Re: Fw: Wailea Investment Amounts
>                                         (Document link: Sylvie BECK)
>
>
>
>
>
>
>
>
>
>
> Dear Julie,
>
> The subscription form you have attached is the correct one to use, however
> the payment details have changed so please ensure the money is sent to the
> payment details attached.
>
> We will only accept the subscription if the payment and the form are both
> received at the latest tomorrow.
>
> Please send the subscription form to our fax number: +352 404676.
```

```
>
>
> [attachment "HSSL - payment inst - non Lux funds.xls" deleted by Sylvie
> BECK/HBEU/HSBC]
>
>
> Kind regards
>
> Sylvie Beck
> Supervisor Investor Services
> HSBC Securities Services (Luxembourg) SA
> Tel:  +352 40 46 46 384
> Fax: +352 40 46 76
> mailto:sylvie.beck@lu.hsbc.com
>
>
>
>
>       Lucia
>       ANDRICH/HSS/HBEU/HSBC
>                                                                    To
>       30/10/2007 16:27                    Sylvie BECK/HBEU/HSBC@HSBC
>                                                                    cc
>
>                                                               Subject
>                                      Fw: Wailea Investment Amounts
>
>
>
>
>
>
>
>
>
> FYI
> ----- Forwarded by Lucia ANDRICH/HSS/HBEU/HSBC on 30/10/2007 16:27 -----
>
>       Julie Y Mei/HBUS/HSBC
>
>       30/10/2007 16:11                                             To
>                                        Kim TANG/HBEU/HSBC@HSBC
>                                                                    cc
>                                        Lucia ANDRICH/HSS/HBEU/HSBC@HSBC,
>                                        Brian M Nash/HBUS/HSBC@HSBC,
>                                        Matthew Kerfoot/HBUS/HSBC@HSBC
>                                                               Subject
>                                       Fw: Wailea Investment Amounts
>
>
>
>
>
>
>
>
>
>
> Hi Kim,
>
> For additional investments, Do you have an additional subscription document
> or should I use the orignial sub doc attached?
>
> [attachment "Senator PPM June 2007.pdf" deleted by Sylvie BECK/HBEU/HSBC]
>
> Regards,
> _____
> Julie Mei
> HSBC Bank USA, National Association
> 452 5th Avenue
> New York, NY 10018
> Phone: 212-525-5616
> Fax:    212-525-0673
```

```
> Email: julie.y.mei@us.hsbc.com
>
> ----- Forwarded by Julie Y Mei/HBUS/HSBC on 10/30/2007 11:09 AM -----
>
>              Brian M
>              Nash/HBUS/HSBC
>                                                                          To
>              10/30/2007 10:37          office@senatorfund.com
>              AM                                                          cc
>                                        Bill Belhumeur
>                                        <bill@prospectcap.com>, Grace
>                                        Nitafan <grace@prospectcap.com>,
>                                        Joel Yanowitz
>                                        <jyanowitz@accesscapitalmgt.com>,
>                                        Lucia ANDRICH/HSS/HBEU/HSBC@HSBC,
>                                        Julie Y Mei/HBUS/HSBC@HSBC, Matthew
>                                        Kerfoot/HBUS/HSBC, Denis
>                                        Desbiez/HBUS/HSBC
>                                                                     Subject
>                                        Re: Wailea Investment Amounts
>                                        (Document link: Julie Y Mei)
>
>
>
>
>
>
>
>
>
> Dear Peter,
>
> We can send the sub doc today if we have received $$ from Wailea.
>
> Bill, please confirm exact amounts and when the wires have been/will be
> sent. and from what bank they are being sent  Also, please send fed ref #'s
> as available.
>
> Julie, please have the sub docs prepared so they are ready to send as soon
> as we have confirmation that $$ has been received from Wailea.
>
> Thank you, -BN
>
>
>
>
>              office@senatorfun
>              d.com
>                                                                          To
>              10/30/2007 09:10          Brian M Nash/HBUS/HSBC@HSBC, Lucia
>              AM                        ANDRICH/HSS/HBEU/HSBC@HSBC
>                                                                          cc
>                                        Bill Belhumeur
>                                        <bill@prospectcap.com>, Grace
>                                        Nitafan <grace@prospectcap.com>,
>                                        Joel Yanowitz
>                                        <jyanowitz@accesscapitalmgt.com>
>                                                                     Subject
>                                        Re: Wailea Investment Amounts
>
>
>
>
>
>
>
>
>
>
>
>
> Dear Brian,
>
> Many thanks for the information.
```

```
> kindly send the subscription form asap - best still Tuesday or if
> Wednesday then the very first thing in the morning in order to avoid
> troubles.
> I copy here Lucia from HSBC Lux who was so helpful last time.
>
> Best regards
>
> Peter
>
>
> Quoting brian.m.nash@us.hsbc.com:
>
>> Dear all,
>>
>> We will send one subscription document and one wire to Senator - as we
>> separate internally.
>>
>> Best, -BN
>>
>>
>>
>>
>>
>>
>> "Bill Belhumeur" <bill@prospectcap.com>
>> 10/29/2007 07:23 PM
>>
>> To
>> <office@senatorfund.com>
>> cc
>> Brian M Nash/HBUS/HSBC@HSBC, "Joel Yanowitz"
>> <jyanowitz@accesscapitalmgt.com>, "Grace Nitafan" <grace@prospectcap.com>
>> Subject
>> Wailea Investment Amounts
>>
>>
>>
>>
>>
>>
>> Dear Peter,
>>
>> We are still gathering incoming subscriptions, but we expect to send
>> Senator the following amounts on Wednesday morning:
>>
>> From HSBC for Wailea Offshore Fund Ltd. for $250,000
>> From HSBC for Wailea Partners LP for $18,000,000
>>
>> I believe that HSBC treats these as two separate trades, so you may
>> receive two wires or one combined wire of $18,250,000.  I have cc'd Brian
>> Nash, and he can confirm.  HSBC should also be providing docs.
>>
>> Thank you.
>>
>> Regards,
>>
>> Bill
>>
>>
>> ********************************************************************
>> This message originated from the Internet. Its originator may or
>> may not be who they claim to be and the information contained in
>> the message and any attachments may or may not be accurate.
>> ********************************************************************
>>
>>
>> -------------------------------------------
>> *************************************************************
>> This E-mail is confidential. It may also be legally privileged. If
>> you are not the addressee you may not copy, forward, disclose or
>> use any part of it. If you have received this message in error,
>> please delete it and all copies from your system and notify the
```

```
>> sender immediately by return E-mail.
>>
>> Internet communications cannot be guaranteed to be timely, secure,
>> error or virus-free. The sender does not accept liability for any
>> errors or omissions.
>> *******************************************************************
>> SAVE PAPER - THINK BEFORE YOU PRINT!
>
>
>
> Senator Fund SPC
>
>
>
>
>
>
>
> ----------------------------------------
> *****************************************************************************
>
> SAVE PAPER - THINK BEFORE YOU PRINT!
> *****************************************************************************
> E-mail messages and Internet communications cannot be guaranteed to
> be timely,
> secure, or free of errors and/or virus. Such messages can therefore
> NOT be
> considered suitable means of communication for any statement meant
> to be
> binding on the Bank.
> HSBC Securities Services (Luxembourg) S.A. does not accept
> liability for any
> errors or omissions contained in e-mail messages.
> *****************************************************************************
```

Senator Fund SPC

| HSSL - payment inst - non Lux funds.xls | Content-Type: application/vnd.ms-excel |
| --- | --- |
| | Content-Encoding: base64 |