# EXHIBIT G

Re: Estimate NAV Senator Equity Seg.Portfolio One Class USD B as at...

08-01789-cgm    Doc 9785-7    Filed 04/08/15    Entered 04/08/15 20:23:54    Exhibit G - Brian Nash Email    Pg 2 of 3

**Betreff:** Re: Estimate NAV Senator Equity Seg.Portfolio One Class USD B as at 28-09-07
**Von:** brian.m.nash@us.hsbc.com
**Datum:** Wed, 3 Oct 2007 11:11:09 -0400
**An:** michaelquellmelz@lu.hsbc.com
**CC:** bill@prospectcap.com, jyanowitz@accesscapitalmgt.com, office@senatorfund.com, peter.fischer@anaxo.at, philippeleidwanger@lu.hsbc.com, fund.of.funds@us.hsbc.com

Michael,

Please add fund.of.funds@us.hsbc.com to the distribution list for all future correspondence.

Thank you, -Brian

|  |  |  |
|---|---|---|
| **Michael QUELLMELZ/HSS/HBEU/HSBC**<br><br>10/03/2007 05:00 AM | To | office@senatorfund.com |
|  | cc | jyanowitz@accesscapitalmgt.com, bill@prospectcap.com, brian.m.nash@us.hsbc.com, peter.fischer@anaxo.at, Philippe LEIDWANGER/HSS/HBEU/HSBC@HSBC |
|  | Subject | Estimate NAV Senator Equity Seg.Portfolio One Class USD B as at 28-09-07 |

Dear all,

Please find hereafter the latest Estimate NAV for Senator Equity Seg.Portfolio One Class USD B and the Postion Appraisal Report as per 28.09.2007.

[attachment "Position Appraisal Report 28092007.xls" deleted by Brian M Nash/HBUS/HSBC] [attachment "Estimate Senator Equity Seg.Portfolio One Class USD B 28-09-07.pdf" deleted by Brian M Nash/HBUS/HSBC]

If you require any further information please do not hesitate to contact us.

Best regards,

Michael Quellmelz
Alternative Fund Services
HSBC Security Services  Luxembourg S.A.
Tel +352 40 46 46 893
Fax +352 40 46 46 505

*******************************************************************

**This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail.**

**Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**SAVE PAPER - THINK BEFORE YOU PRINT!**