RECEIVED
APR -7 2015
AlixPartners, LLP

RECEIVED
APR -7 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

4/1/2015

To: Irving H. Picard:

page 1 of 2

The Following Entities under my control request to Participate in the Profit Withdrawal Motion. All are listed under exhibit II BLMIS indirect eligible accounts.

① ICM039 Ann Denise Diamond indirect eligible acct. # related # IC0007 Eligible Acct. Name Bernard L Madoff C+M Trading #7 She is deceased and I am her daughter with power of attorney — Margery Katz and Now Trustee

② ICM040 Eugene B. Diamond indirect eligible acct. # related # IC0007 Eligible Acct. Name Bernard L Madoff C+M Trading #7 He is deceased and I am his daughter with power of attorney — Margery Katz and Now Trustee

③ ICM504 Margery D. Katz indirect eligible acct # related # IC0007 Eligible acct. Name Bernard L Madoff C+M Trading #7 I am Margery D Katz

Margery Katz
4/1/2015

4/1/2015 Page 2

④ iCM 849 Eugene B Diamond GST Exempt Resd Trust FBO Margery and Erica Katz Margery Diamond Katz Trustee
I am Margery Diamond Katz Trustee
BLMIS direct eligible acct # iC 0007 related
BLMIS related direct eligible acct Name
Bernard L Madoff C+M Trading #7

⑤ iCM 657 Eugene B. Diamond Marital Non Exmpt Trust Beth Feldman and Margery Katz Trustees
I am Margery Katz Trustee
BLMIS direct eligible acct # 0007 related
BLMIS related direct eligible acct Name
Bernard L Madoff C+M Trading #7

⑥ iCM 659 Eugene B. Diamond Marital Non Expt Trust Beth Feldman and Margery Katz Trustees
I am Margery Katz Trustee
BLMIS direct eligible acct # 0007 Related
BLMIS related direct eligible acct Name
Bernard L Madoff C+M trading #7

Sincerely
Margery Katz   4/1/2015

( 718 288 3606 )

MARGERY O. Roth
7949 Amethyst Court
Lake Worth, FL. 33467

RECEIVED
APR -7 2015
AlixPartners, LLP

(Re: Profit Withdrawl Motion)

RETURN RECEIPT REQUESTED

7014 2120 0002 8582 5052

Irving H. Peccord, Esq.
Trustee for Bernard L. Madoff Investments
Claims Processing Center
2101 Cedar Springs Road Suite 1100
Dallas Texas 75201

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 8, 2015

direct dial: 212.847.2876
tkinne@bakerlaw.com

**SENT VIA OVERNIGHT DELIVERY**

RECEIVED
APR - 2015
U.S. BANKRUPTCY COURT
S.D. OF NEW YORK

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC
Adv. Pro. No. 08-01789 (SMB)

Dear Clerk:

Enclosed for filing in the above-referenced matter, please find a letter received by Baker & Hostetler's claims agent, Alix Partners, on April 7, 2015. We would request that this document be filed on the docket. We would also request that a file-stamped copy be returned to our office in the self-addressed, stamped envelope included for your convenience.

Thank you very much for your assistance. Please feel free to contact me should there be any questions or if additional information is required. Thank you.

Sincerely,

J. Kinne

Tanya M. Kinne
Paralegal

Enclosure