**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>Debtor. | **Adv. Pro. No. 08-1789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)** |
| **IRVING L. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>Plaintiff,<br>- against –<br>**HSBC BANK PLC, et. al.**<br>Defendants. | **Adv. Pro. No. 09-01364 (SMB)** |

## DECLARATION OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On April 8, 2015, I caused to be served via electronic mail, true and correct copies of : (i) Memorandum of Law in Response and Objection to Cross-Claim Plaintiffs Alpha Prime Fund Limited and Senator Fund SpC to the HSBC Defendants' Motion to Dismiss the Amended Cross Claims; (ii) Declaration of Peter Fischer in Support of Response and Objection to Cross-Claim Plaintiffs Alpha Prime Fund Limited and Senator Fund SpC to the HSBC Defendants' Motion to Dismiss the Amended Cross Claims; and (iii) Declaration of Todd E. Duffy in Opposition to the HSBC Motion to Dismiss the Amended Cross-Claims. upon the following parties:

Thomas J. Maloney, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-Mail: tmoloney@cgsh.com

Shira Kaufman, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: skaufman@cgsh.com

Carolyn Chu, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: cchu@cgsh.com

Joaquin Terceno, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: jterceno@cgsh.com

Ellie S. Norton, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: snorton@cgsh.com

2.     I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

*Todd E. Duffy* (signature)

Todd E. Duffy

Dated: April 9, 2015

## Exhibit A

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

## Exhibit B

Antonia M. Donohue, Esq.
JASPAN SCHLESINGER LLP
Attorneys At Law
300 Garden City Plaza
Garden City, New York 11530

# **Exhibit C**

| | |
|---|---|
| Ellen W. Slights<br>U.S. ATTORNEY'S OFFICE<br>1007 N. Orange St., Suite 700<br>PO Box 2046<br>Wilmington, DE  19899 | Department of the Treasury<br>- IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Louis J. Testa, Esq.<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>Litigation Bureau, Bankruptcy Unit<br>The Capitol<br>Albany, New York 12224-0341 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| State of New York Dept of Labor<br>Unemployment Insurance Division<br>Gov. Averell Harriman State Office Campus<br>Building 12, Room 256<br>Albany, NY 12240 | City of Bristol<br>Tax Office<br>111 North Main Street<br>Bristol, CT 06010 |

**Exhibit D**

BTX Technologies, Inc.  
5 Skyline Drive  
Hawthorne, NY  10532

Christman Communications LLC  
3528 SE Washington St  
Portland, OR  97214

C5, Inc.  
134 W. 25th Street  
New York, NY  10001

COMCAST  
PO BOX 1577  
NEWARK, NJ  07101

American Residuals & Talent  
26 Gregs Way, Suite 2A  
Tamworth, NH  03886

Cablevision Lightpath, Inc.  
PO Box 360111  
Pittsburgh, PA  15251

COMMUNICAR, INC.  
73-10 88TH STREET  
GLENDALE, NY  11385

Ann Wright Representatives  
165 West 46 Street - 1105  
New York, NY  10036

AT&T Mobile Business Agreement  
810 Seventh Avenue  
NY, NY  10019

CAVU Releasing  
630 9th Avenue Suite 405  
NY, NY  10036

CON EDISON JAF STATION  
NEW YORK, NY  10116-1702

AZZURRO HD LLC  
260 UNION STREET  
Northvale, NJ  07647

CDW Direct  
PO Box 75723  
Chicago, IL  60675

CORPORATE COFFEE SYSTEMS  
745 SUMMA AVENUE  
Westbury, NY  11590

Bagel & Bean  
828 7TH AVENUE  
New York, NY  10019

Chainsaw, Inc.  
940 N. Orange Dr  
Hollywood, CA  90038

Corporate Coffee Systems, LLC  
745 Summa Avenue  
Westbury, NY  11590

Baytree National Bank & Trust  
8101 34th Ave So. Suite 340  
Bloomington, MN  55425

CHAMPION COURIER
PO BOX 1196
New York, NY  10018

Donnelly Mechanical
96-59 222nd Street
Queens Village, NY  11429

Berkshire Mtn. Spring Water
PO BOX 257
Southfield, MA  01259

Chase Card Services
PO Box 15153
Wilmington, DE  19886

Brevity Ventures LLC
242 West 30th Street Suite 402
New York, NY  10001

Carnegie Sports & Entertainment
100 Park Avenue, 16th Floor
New York, NY  10017

EARTHLINK BUSINESS
PO BOX 88104
CHICAGO, IL  60680

CHLIC
P.O. Box 64456
Pittsburgh, PA  15264

EDNET
1291 SW 29TH
Pompano Beach,   33069

John Hancock
PO Box 600
Buffalo, NY  14201

Metropolis Group Inc.
22 Cortlandt Street
New York, NY  10007

EMPRESS MEDIA INC.
306 WEST 38TH STREET
New York, NY  10018

Josubu Productions LLC
110 Cedar Street
Nutley, NJ  07110

Irving Harvey LLC
368 Broadway #203
New York, NY  10013

Entertainment Digital Network, Inc.
901 Battery Street Suite 200
San Francisco, CA  94111

FEDEX
P.O. BOX 371461
Pittsburgh, PA  15250

LEAF SALTZMAN MANGANELLI PFEIL
310 PASSAIC AVENUE
FAIRFIELD, NJ  07004

Metlife
200 Park Avenue
New York, NY  10016

Lightower Fiber Networks
80 Central Street
Boxborough,, MA  01719

MICHAEL BUCKNER
14 LAKE DRIVE
Darien, CT  06820

NBS
155 Willowbrook Blvd.
Wayne, NJ  07470

NeuStar, Inc.
46000 Center Oak Plaza
Sterling, VA  20166

Global Vantage Ltd.

LightPath

2424 South East Bristol Street Suite 280
Newport Beach, CA  92660

530 Fifth Avenue 17th Floor
New York, NY  10036

Greenberg Traurig, LLP
2450 Colorado Avenue
Santa Monica, CA  90404

Liman Video Rental Company
341 W 38TH Street
New York, NY  10018

Harmonic Inc
4300 North First Street
San Jose, CA  95134

Herring & Associates
8 Angela's Way
Goshen, NY  10924

Live Nation Worldwide Inc., f/k/a SFX En
2000 West Loop South, Ste. 1300
Houston, TX  77027

PC CONNECTION
PO Box 382808
Pittsburgh, PA  15250

PERFECT TEMP HEATING AND AC
635 OLD TURNPIKE ROAD
Plantsville, CT  06479

Picture Perfect Productions
27 Fenway South
Yonkers, NY  10704

Media Distributors
P.O. Box 75614
Cleveland, OH  44101

IRON MOUNTAIN RECORDS
MANAGEMENT
New York, NY  10087-7128

megatrax
7629 Fulton Avenue
North Hollywood, CA  91605

Pitney Bowes Global Financial
P.O. Box 507
Westhampton Beach, NY  11978

Sydney Koch
455 E. 86th Street, Unit 37B
New York, NY  10028

Taylor & Taylor Associates
16 East 40th Street
New York, NY  10016

Tekserve
119 West 23rd Street
New York, NY  10011

Terry Enterprises
P.O. Box 747
Farmington, CT  06034

Time Warner Cable Business Class
41-61 Kissena Blvd
Flushing, NY  11355

Time Warner Cable Inc
120 E 23rd Street 8th Floor
New York, NY  10010

Times Square JV LLC
BOX 512417

PLIC - SBD GRAND ISLAND
PO BOX 10372

| | |
|---|---|
| Philadelphia, PA 19175<br>Rackspace US, Inc.<br>PO Box 730759<br>Dallas, TX 75373 | DES MOINES, IA 50306<br>Verizon Business Solutions Group<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147 |
| VideoHelper<br>50 West 17th Street<br>New York, NY 10011 | VITAC<br>101 Hillpointe Drive<br>Canonsburg, PA 15317 |
| W.B. MASON COMPANY, INC.<br>PO BOX 981101<br>Boston, MA 02298 | RDA Robert Derector Associates<br>19 W 44th St.<br>New York, NY 10036 |
| REDBALL PARKING SYSTEM<br>225 WEST 49TH STREET<br>New York, NY 10019 | SASI<br>1720 W. Florist Avenue<br>Glendale, WI 53209 |
| Shiela Nivens<br>C/O Trokie Landau, LLP<br>11 Martine Ave., 12 TH FLOOR<br>White Plains, NY 10606 | Signature Bank<br>565 Fifth Avenue<br>New York, NY 10017 |
| Brave Ventures, LLC<br>21 Settlers Lane<br>Westfield, NJ 07090 | Scorpion Capital Partners, L.P.<br>11 East 26th Street, 15th Floor<br>New York, NY 10010 |
| Robert Gleason<br>c/o Creative Group Acquisition Co.<br>220 West 42nd Street, 15th Floor<br>New York, NY 10036 | Craig Lamson<br>c/o Creative Group Acquisition Co.<br>220 West 42nd Street, 15th Floor<br>New York, NY 10036 |
| Dale Boyce<br>c/o Creative Group Acquisition Co.<br>220 West 42nd Street, 15th Floor<br>New York, NY 10036 | David Klinkowize<br>c/o Creative Group Acquisition Co.<br>220 West 42nd Street, 15th Floor<br>New York, NY 10036 |
| Dean Craigo<br>c/o Creative Group Acquisition Co.<br>220 West 42nd Street, 15th Floor<br>New York, NY 10036 | Fred Salkind<br>c/o Creative Group Acquisition Co.<br>220 West 42nd Street, 15th Floor<br>New York, NY 10036 |

Jeannine Walsh
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Mike Buckner
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Raisa Vidal
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Therese Levine
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Phil Schreibman
c/o Creative Group Acquisition Co.
22 Pine Street
Suite 305
Bristol, CT  06010

Keith Crago
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Paul Monfre
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Ray Rothaug
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Eric Przystawski
c/o Creative Group Acquisition Co.
22 Pine Street
Suite 305
Bristol, CT  06010

## **Exhibit D**

Docutrend
575 8th Avenue
New York, NY 10018