**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
Julie Gorchkova jgorchkovan@bplegal.com
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                              Plaintiff,<br>                    v.<br><br>CAROL NELSON, individually and joint tenant, and STANLEY NELSON, individually and as joint tenant,<br><br>                              Defendants. | Adv. Pro. No. 10-04377 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of the

Becker & Poliakoff LLP for Kramer Levin Naftalis & Frankel, LLP as counsel for Carol

Nelson and Stanley Nelson (the "Defendants").  All notices given or required to be given in

this adversary proceeding shall be given to and served upon the following:

{N0074186  }

BECKER & POLIAKOFF, LLP
45 Broadway, 8th Floor
New York, NY 10006
Telephone: (212) 599-3322
Email: hchaitman@bplegal.com
        jgorchkova@bplegal.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and

consent to this substitution of counsel.


April 9, 2014                                  April 9, 2014

**KRAMER LEVIN NAFTALIS &**                    **BECKER & POLIAKOFF LLP**
**FRANKEL, LLP**

                                              *Superseding Attorneys for Defendants*
*Withdrawing Attorneys for Defendants*         *Carol Nelson and Stanley Nelson*
*Carol Nelson and Stanley Nelson*


By:   */s/ Philip Bentley*                      By:   */s/ Helen Davis Chaitman*

Philip Bentley                                  Helen Davis Chaitman
1177 Avenue of the Americas                     45 Broadway
New York, New York  10036                       New York, New York 10006
(212) 715-9505                                  (212) 599-3322
pbentley@kramerlevin.com                        hchaitman@bplegal.com


**SO ORDERED:**


**/s/**                                         **Dated:    April ___, 2015**
**HON. STUART M. BERNSTEIN**                     **New York, New York**
**UNITED STATES BANKRUPTCY JUDGE**


{N0074186 }

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>           Plaintiff,<br><br>    v.<br><br>CAROL NELSON, individually and joint tenant, and STANLEY NELSON, individually and as joint tenant,<br><br>           Defendants. | Adv. Pro. No. 10-04377 (SMB) |

## DECLARATION OF HELEN DAVIS CHAITMAN

I, HELEN DAVIS CHAITMAN, declare as follows:

1. I am a member of the firm Becker & Poliakoff, LLP and a member of the Bar of this Court Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.  I submit this declaration in support of the accompanying notice and proposed order substituting Becker & Poliakoff, LLP for Kramer Levin Naftalis & Frankel, LLP as counsel for Carol Nelson and Stanley Nelson (the "Defendants") in the above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

{N0074186 }

2.      The Defendants have requested and consent to this substitution of counsel.

3.      It is not expected that any delay or prejudice will result to any party in this

proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:    New York, New York
          April 9, 2014

                                            By:   */s/ Helen Davis Chaitman*
                                                  Helen Davis Chaitman

{N0074186 }