**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
Julie Gorchkova jgorchkovan@bplegal.com
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendant Carol Nelson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                                        Plaintiff,<br>            v.<br><br>CAROL NELSON,<br><br>                                        Defendant. | Adv. Pro. No. 10-04658 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of the Becker & Poliakoff LLP for Kramer Levin Naftalis & Frankel, LLP as counsel for Carol Nelson (the "Defendant"). All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

{N0074215 }

BECKER & POLIAKOFF, LLP
45 Broadway, 8th Floor
New York, NY 10006
Telephone: (212) 599-3322
Email: hchaitman@bplegal.com
jgorchkova@bplegal.com

PLEASE TAKE FURTHER NOTICE that the Defendant has knowledge of and consent to this substitution of counsel.

April 9, 2014

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**

*Withdrawing Attorneys for Defendant Carol Nelson*

By:   */s/ Philip Bentley*

Philip Bentley
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9505
pbentley@kramerlevin.com

April 9, 2014

**BECKER & POLIAKOFF LLP**

*Superseding Attorneys for Defendant Carol Nelson*

By:   */s/ Helen Davis Chaitman*

Helen Davis Chaitman
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@bplegal.com

**SO ORDERED:**

**/s/**
**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated:   April ___, 2015
New York, New York

{N0074215 }

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>         Plaintiff-Applicant, <br>   v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>            Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>            Plaintiff, <br>   v. <br><br> CAROL NELSON, <br><br>            Defendant. | Adv. Pro. No. 10-04658 (SMB) |

## <u>DECLARATION OF HELEN DAVIS CHAITMAN</u>

I, HELEN DAVIS CHAITMAN, declare as follows:

1. I am a member of the firm Becker & Poliakoff, LLP and a member of the Bar of this Court Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. I submit this declaration in support of the accompanying notice and proposed order substituting Becker & Poliakoff, LLP for Kramer Levin Naftalis & Frankel, LLP as counsel for Carol Nelson (the "Defendant") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendant has requested and consents to this substitution of counsel.

{N0074215 }

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         April 9, 2014

By:   */s/ Helen Davis Chaitman*
      Helen Davis Chaitman

{N0074215 }