ROBINS KAPLAN LLP
David L. Mitchell
Stephen P. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN  55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Securities Investor Protection Corporation <br><br>    Plaintiff, <br><br>    v. <br><br> Bernard L. Madoff Investment Securities LLC, <br><br>    Defendant. | Case No. 08-1789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |
| In re: <br><br> Bernard L. Madoff <br><br>    Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>    Plaintiff, <br><br>    v. <br><br> Miles Q. Fiterman Revocable Trust, et al., <br><br>    Defendants. | Adv. Pro. No. 10-04337 (SMB) |

85757789.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Metro Motor Imports, Inc.,<br><br>        Defendant. | Adv. Pro. No. 10-04499 (SMB) |

**MOTION FOR ADMISSION**
**PRO HAC VICE FOR DAVID L. MITCHELL**

Pursuant to Rule 1.3 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, David L. Mitchell, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants in the above-captioned actions:

I am a member in good standing of the Bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any State or Federal court. I have also already registered for an ECF password before this Court.

Dated: April 13, 2015                  Respectfully submitted,

                                    By:   */s/ David L. Mitchell*
                                              David L. Mitchell
                                              Robins Kaplan LLP
                                              2800 LaSalle Plaza
                                              800 LaSalle Avenue
                                              Minneapolis, Minnesota 55402-2015
                                              Telephone:    (612) 349-8500
                                              Facsimile:     (612) 339-4181
                                              dmitchell@robinskaplan.com

85757789.1