# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

DAVID L MITCHELL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 05, 1973

Given under my hand and seal of this court on

April 03, 2015



Margaret Fuller Corneille
Office of Lawyer Registration

