ROBINS KAPLAN LLP
David L. Mitchell
Stephen P. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Securities Investor Protection Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>    Defendant. | Case No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| In re:<br><br>Bernard L. Madoff<br><br>    Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-04337 (SMB) |

85757808.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>   Plaintiff,<br><br>   v.<br><br>Metro Motor Imports, Inc.,<br><br>   Defendant. | Adv. Pro. No. 10-04499 (SMB) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR DAVID L. MITCHELL

Upon the motion of David L. Mitchell, Esq. to be admitted, *pro hac vice*, to represent defendants in the above-captioned actions, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

**ORDERED**, that David L. Mitchell, Esq. is admitted to practice, *pro hac vice*, in the above-captioned actions to represent those defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April ___, 2015  By: _____
    New York, New York     Judge Stuart M. Bernstein

85757808.1