ROBINS KAPLAN LLP
David L. Mitchell
Stephen P. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Securities Investor Protection Corporation<br><br>Plaintiff,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Case No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**AFFIDAVIT OF SERVICE** |
| In re:<br><br>Bernard L. Madoff<br><br>Debtor | |
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04337 (SMB) |

85757825.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Metro Motor Imports, Inc.,<br><br>        Defendant. | Adv. Pro. No. 10-04499 (SMB) |

STATE OF MINNESOTA    )
                                      ) ss.:
COUNTY OF HENNEPIN    )

    Michelle Schroeder, the undersigned, deposes and says: I am over 18 years of age, am not a party in the above-captioned cases, and am employed by the Firm of Robins Kaplan LLP.

    On April 13, 2015, I served via CM/ECF the parties to this action who receive electronic service a true and correct copy of the following document:

- Motion for Admission Pro Hac Vice for David L. Mitchell;

    On April 13, 2015, I served the same documents via First Class U.S. Mail and email on the parties listed below:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
David J. Sheehan (dsheehan@bakerlaw.com)
Irving H. Picard (ipicard@bakerlaw.com)

SIPC
805 15th Street NW, Suite 800
Washington, DC 20005
Kevin Bell (kbell@sipc.org)

Dated:    April 13, 2015

                                                                 Michelle R. Schroeder

85757825.1

Subscribed and sworn to before me
this 13th day of April, 2015.

*Barbara L. Stevens*
Notary Public

> BARBARA L STEVENS
> NOTARY PUBLIC - MINNESOTA
> MY COMMISSION EXPIRES 01/31/18

85757825.1