BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 16, 2015 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. Picard v. Defender Limited, et al.; Adv. Pro. No. 10-05229**

A.　　Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and

    Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Among the Trustee and Defender Limited, Reliance Management (BVI) Limited, Reliance International Research LLC, Reliance Management (Gibraltar) Limited, Tim Brockman and Justin Lowe. Filed by Keith R. Murphy (Filed: 3/23/2015) [Docket No. 114]

    <u>Objections Due</u>:        April 9, 2015

    <u>Objections Filed</u>:        NONE

<u>Status</u>: This matter is going forward.

**2. <u>SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789</u>**

A.    Seventeenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 8/1/2014 to 11/30/2014, fee: $40,315,751.82, expenses: $316,871.55. Filed by Baker & Hostetler, L.L.P (Filed: 3/23/2015) [Docket No. 9583]

B.    Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Schiltz & Schiltz, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $102,948.10, expenses: $6,691.63. Filed by Schiltz & Schiltz (Filed: 3/23/2015) [Docket No. 9589]

C.    Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Higgs & Johnson, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $95,094.00, expenses: $1,887.23. Filed by Higgs & Johnson (Filed: 3/23/2015) [Docket No. 9594]

D.    Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Sorokor - Agmon, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $25,755.62, expenses: $12.00. Filed by Sorokor - Agmon (Filed: 3/23/2015) [Docket No. 9595]

E.    Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 8/1/2014 to

        11/30/2014, fee: $172,578.11, expenses: $4,242.91. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 3/23/2015) [Docket No. 9596]

F.     Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for SCA Creque, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $56,941.11, expenses: $340.00. Filed by SCA Creque (Filed: 3/23/2015) [Docket No. 9597]

G.     Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Young, Conaway, Stargatt & Taylor, LLP, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $121,849.65, expenses: $2,025.25. Filed by Young, Conaway, Stargatt & Taylor, LLP (Filed: 3/23/2015) [Docket No. 9598]

H.     Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Williams, Barristers & Attorneys, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $300,875.78, expenses: $0.00. Filed by Williams, Barristers & Attorneys (Filed: 3/23/2015) [Docket No. 9599]

I.     Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Taylor Wessing, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $87,165.35, expenses: $93,624.35. Filed by Taylor Wessing (Filed: 3/23/2015) [Docket No. 9600]

J.     Sixteenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $2,615,010.00, expenses: $23,872.48. Filed by Windels Marx Lane & Mittendorf, LLP (Filed: 3/23/2015) [Docket No. 9601]

K.     Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for UGGC & Associes, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $114,890.08, expenses: $5,136.85. Filed by UGGC & Associes (Filed: 3/23/2015) [Docket No. 9602]

L.     Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Triay

    Stagnetto Neish, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $88,300.04, expenses: $5,604.22. Filed by Triay Stagnetto Neish (Filed: 3/23/2015) [Docket No. 9604]

M.     Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Werder Vigano, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $16,580.17, expenses: $0.00. Filed by Werder Vigano (Filed: 3/23/2015) [Docket No. 9605]

N.     Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Browne Jacobson, LLP, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $1,961,552.70, expenses: $46,495.57. Filed by Browne Jacobson, LLP (Filed: 3/23/2015) [Docket No. 9607]

O.     Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Eugene F. Collins, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $78,961.22, expenses: $15.50. Filed by Eugene F. Collins (Filed: 3/23/2015) [Docket No. 9608]

P.     Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2014 through November 30, 2014 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 4/1/2014 to 11/30/2014, fee: $6,682.50, expenses: $0.00. Filed by Kelley, Wolter & Scott, P.A. (Filed: 3/23/2015) [Docket No. 9609]

Q.     Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through November 30, 2014 for Cochran Allan, Special Counsel, period: 8/1/2014 to 11/30/2014, fee: $14,373.00, expenses: $0.00. Filed by Cochran Allan (Filed: 3/23/2015) [Docket No. 9610]

R.     Application of Spizz Cohen & Serchuk as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2014 through November 30, 2014 for Spizz Cohen & Serchuk, P.C., Special Counsel, period: 10/1/2014 to 11/30/2014, fee: $3,909.15, expenses: $0.00. Filed by Spizz Cohen & Serchuk, P.C. (Filed: 3/23/2015) [Docket No. 9611]

Related Documents:

1. Notice of Hearing on Seventeenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2014 through November 30, 2014 filed by David J. Sheehan (Filed: 3/23/2015) [Docket No. 9612]

2. Affidavit of Service of Notice of Hearing on Seventeenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2014 through November 30, 2014 and Notices of Withdrawal of Objections
(Filed: 3/24/2015) [Docket No. 9626]

Responses Filed:

3. Recommendation of the Securities Investor Protection Corporation in Support of Fifth Application of Kelley, Wolter & Scott, P.A., for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/27/2015) [Docket No. 9675]

4. Recommendation of the Securities Investor Protection Corporation in Support of Twelfth Application of Young Conaway Stargatt & Taylor, LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 3/27/2015) [Docket No. 9676]

5. Recommendation of the Securities Investor Protection Corporation in Support of First Application of Spizz, Cohen & Serchuk, P.C. for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 3/27/2015) [Docket No. 9677]

6. Recommendation of the Securities Investor Protection Corporation in Support of Second Application of Cochran Allan for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 3/27/2015) [Docket No. 9678]

7. Recommendation of the Securities Investor Protection Corporation in Support of Seventeenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/27/2015) [Docket No. 9679]

8. Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 3/27/2015) [Docket No. 9680]

9.   Recommendation of the Securities Investor Protection Corporation in Support of the Sixteenth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/27/2015) [Docket No. 9682]

<u>Objections Due</u>:    April 9, 2015

<u>Objections Filed</u>:    NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
April 15, 2015

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300354693