# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### [PROPOSED] ORDER APPROVING A SIXTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING SIXTH INTERIM DISTRIBUTION TO CUSTOMERS

Upon consideration of the motion (the "Motion")[1], dated April 15, 2015, filed by Irving

H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §

78aaa *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff

("Madoff") (collectively, "Debtor"), for an Order Approving the Trustee's Sixth Allocation of

Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to

Customers, and the Affidavit of Vineet Sehgal, executed April 15, 2015, and it appearing that

due and proper notice of the Motion and the relief requested therein have been given, and no

other or further notice needing to be given; and a hearing having been held on the Motion; and

the Court having reviewed the Motion, responsive pleadings, the arguments of counsel and the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

record in this case; and the Court, as set forth in the transcript of the hearing on the Motion,

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS**

**HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted; and it is further

**ORDERED**, that any objections to the Motion are hereby overruled; and it is further

**ORDERED**, that all holders of current and future allowed claims are eligible to receive a

distribution consistent with the relief granted herein.


Dated: New York, New York
       May __, 2015


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE