# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | Adv. Pro. No.  08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

                    Debtor.

## ORDER CONCERNING DOCUMENTS PRODUCED
## PURSUANT TO THE DECEMBER 11, 2013 LETTER OF
## REQUEST UNDER THE HAGUE EVIDENCE CONVENTION

By notice of presentment dated April 15, 2015, Irving H. Picard (the "Trustee"), as

trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities

LLC and Bernard L. Madoff, by and through his counsel, sought entry of an order authorizing

the United States Bankruptcy Court to release to the Trustee documents (the "Documents")

produced by the Fondation Bettencourt Scheuller to the French Ministry of Justice, and

subsequently transmitted to this Court pursuant to the Honorable Burton R. Lifland's December

11, 2013 letter of request, issued upon the Court's order of the same date [ECF No. 5601],

granting the Trustee's Motion for Issuance of Letters of Request Under the Hague Evidence

Convention, dated November 4, 2013 [ECF No. 5556]; and due and proper notice having been

given; and it appearing that no other or further notice need be given; and upon the proceeding

before the Court; and after due deliberation, it is hereby

**ORDERED**, that the relief sought by the Trustee is granted; and it is further

**ORDERED**, that the Bankruptcy Court shall release the Documents to the Trustee; and it is further

**ORDERED**, that the Clerk of Court is directed to take all actions necessary to effectuate the relief granted by this Order

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating the interpretation or implementation of this Order.

Dated: New York, New York
     April ___, 2015

                                        _____
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE