## EXHIBIT A TO SEVENTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: August 1, 2014 – November 30, 2014 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 03/23/2015 ECF No. 9583 | 08/01/2014 – 11/30/2014 | $40,315,751.82 | $40,315,751.82 | $36,284,176.63 | $0 | $36,284,176.63 | $316,871.55 | $316,871.55 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 03/23/2015 ECF No. 9589 | 08/01/2014 – 11/30/2014 | $102,948.10 | $102,948.10 | $82,358.48 | $0 | $82,358.48 | $6,691.63 | $6,691.63 |
| Higgs & Johnson, Special Counsel to the Trustee | 03/23/2015 ECF No. 9594 | 08/01/2014 – 11/30/2014 | $95,094.00 | $95,09.00 | $76,075.20 | $0 | $76,075.20 | $1,887.23 | $1,887.23 |
| Soroker – Agmon, Special Counsel to the Trustee | 03/23/2015 ECF No. 9595 | 08/01/2014 – 11/30/2014 | $25,755.62 | $25,755.62 | $20,604.50 | $0 | $20,604.50 | $12.00 | $12.00 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 03/23/2015 ECF No. 9596 | 08/01/2014 – 11/30/2014 | $172,578.11 | $172,578.11 | $138,062.49 | $0 | $138,062.49 | $4,242.91 | $4,242.91 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| SCA Creque, Special Counsel to the Trustee | 03/23/2015 ECF No. 9597 | 08/01/2014 – 11/30/2014 | $56,941.11 | $56,941.11 | $45,552.89 | $0 | $45,552.89 | $340.00 | $340.00 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 03/23/2015 ECF No. 9598 | 08/01/2014 – 11/30/2014 | $121,849.65 | $121,849.65 | $97,479.72 | $0 | $97,479.72 | $2,025.25 | $2,025.25 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 03/23/2015 ECF No. 9601 | 08/01/2014 – 11/30/2014 | $2,615,010.00 | $2,615,010.00 | $2,092,008.00 | $0 | $2,092,008.00 | $23,872.48 | $23,872.48 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 03/23/2015 ECF No. 9599 | 08/01/2014 – 11/30/2014 | $300,875.78 | $300,875.78 | $240,700.62 | $0 | $240,700.62 | $0.00 | $0.00 |
| Taylor Wessing, Special Counsel to the Trustee | 03/23/2015 ECF No. 9600 | 08/01/2014 – 11/30/2014 | $87,165.35 | $87,165.35 | $69,732.28 | $0 | $69,732.28 | $93,624.35 | $93,624.35 |
| UGGC & Associés, Special Counsel to the Trustee | 03/23/2015 ECF No. 9602 | 08/01/2014 – 11/30/2014 | $114,890.08 | $114,890.08 | $91,912.06 | $0 | $91,912.06 | $5,136.85 | $5,136.85 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | 03/23/2015 ECF No. 9604 | 08/01/2014 – 11/30/2014 | $88,300.04 | $88,300.04 | $70,640.03 | $0 | $70,640.03 | $5,604.22 | $5,604.22 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Werder Vigano, Special Counsel to the Trustee | 03/23/2015 ECF No. 9605 | 08/01/2014 – 11/30/2014 | $16,580.17 | $16,580.17 | $13,264.13 | $0 | $13,264.13 | $0 | $0 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 03/23/2015 ECF No. 9607 | 08/01/2014 – 11/30/2014 | $1,961,552.70 | $1,961,552.70 | $1,569,242.16 | $0 | $1,569,242.16 | $33,897.61 | $33,897.61 |
| Eugene F. Collins, Special Counsel to the Trustee | 03/23/2015 ECF No. 9608 | 08/01/2014 – 11/30/2014 | $78,961.22 | $78,961.22 | $63,168.98 | $0 | $63,168.98 | $15.50 | $15.50 |
| Kelley, Wolter & Scott Special Counsel to the Trustee | 03/23/2015 ECF No. 9609 | 04/01/2014 – 11/30/2014 | $6,682.50 | $6,682.50 | $5,346.00 | $0 | $5,346.00 | $0 | $0 |
| Cochran Allan, Special Counsel to the Trustee | 03/23/2015 ECF No. 9610 | 08/01/2014 – 11/30/2014 | $14,373.00 | $14,373.00 | $11,498.40 | $0 | $11,498.40 | $0 | $0 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | 03/23/2015 ECF No.9611 | 10/01/2014 – 11/30/2014 | $3,909.15 | $3,909.15 | $3,127.32 | $0 | $3,127.32 | $0 | $0 |

Schedule A(1)                    DATE: 4 /16/ 2015          INITIALS: SMB    USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-3