# EXHIBIT B TO SEVENTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $666,855,919.16 | $666,855,919.16 | $637,824,343.97 | $13,131,196.86 | $13,131,196.86 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0.00 | $0.00 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $506,888.33 | $506,888.33 | $405,510.70 | $45,902.79 | $45,902.79 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,309,188.46 | $1,309,188.46 | $1,047,350.80 | $103,842.04 | $103,842.04 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,156,751.10 | $1,156,751.10 | $925,400.88 | $114,669.46 | $114,669.46 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $28,210.64 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $5,521,895.29 | $5,521,895.29 | $4,417,516.24 | $235,386.72 | $235,386.72 |
| SCA Creque, Special Counsel to the Trustee | $1,250,194.69 | $1,250,194.69 | $1,000,155.78 | $7,436.30 | $7,436.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $612,232.21 | $612,232.21 | $489,785.76 | $28,776.07 | $28,776.07 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $42,566,603.66 | $42,566,603.66 | $34,494,073.18 | $309,646.37 | $309,646.37 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $3,509,457.69 | $3,509,457.69 | $2,807,566.16 | $96,767.25 | $96,767.25 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Taylor Wessing, Special Counsel to the Trustee | $23,881,804.13 | $23,881,804.13 | $19,105,443.31 | $10,267,356.60 | $10,267,356.60 |
| UGGC & Associés, Special Counsel to the Trustee | $1,106,941.30 | $1,106,941.30 | $885,553.05 | $49,789.31 | $49,789.31 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,141.64 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $226,513.39 | $226,513.39 | $181,210.71 | $1,162.37 | $1,162.37 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Soroker - Agmon, Special Counsel to the Trustee | $2,046,678.53 | $2,046,678.53 | $1,637,342.61 | $22,543.34 | $22,543.34 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $4,924,481.31 | $4,924,481.31 | $3,939,585.05 | $727,157.6 | $727,157.36 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $7,398.00 | $7,398.00 | $5,918.40 | $349.40 | $349.40 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $625,866.12 | $625,866.12 | $500,692.90 | $18,147.63 | $18,147.63 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $130,590.22 | $130,590.22 | $104,472.17 | $3,506.94 | $3,506.94 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $28,498.37 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,689.21 | $86,689.21 | $69,351.37 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $31,486.95 | $31,486.95 | $25,189.56 | $560.00 | $560.00 |
| Cochran Allan, Special Counsel to the Trustee | $21,532.50 | $21,532.50 | $17,226.00 | $0.00 | $0.00 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $3,909.15 | $3,909.15 | $3,127.32 | $0.00 | $0.00 |

Schedule A(1)                    DATE: 4 /16/ 2015___                    INITIALS: _SMB_ USBJ