ROBINS KAPLAN LLP
David L. Mitchell
Stephen P. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN  55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> Securities Investor Protection Corporation <br><br> Plaintiff, <br><br> v. <br><br> Bernard L. Madoff Investment Securities LLC, <br><br> Defendant. | Case No. 08-1789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) <br><br> **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| In re: <br><br> Bernard L. Madoff <br><br> Debtor | |
| Pertains to: <br><br> Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> Plaintiff, <br><br> v. <br><br> Miles Q. Fiterman Revocable Trust, et al., <br><br> Defendants. | Adv. Pro. No. 10-04337 (SMB) |

85757808.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>       Plaintiff,<br><br>       v.<br><br>Metro Motor Imports, Inc.,<br><br>       Defendant. | Adv. Pro. No. 10-04499 (SMB) |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE FOR DAVID L. MITCHELL

Upon the motion of David L. Mitchell, Esq. to be admitted, *pro hac vice*, to represent defendants in the above-captioned actions, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

**ORDERED**, that David L. Mitchell, Esq. is admitted to practice, *pro hac vice*, in the above-captioned actions to represent those defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    April 17th, 2015    By:    /s/ STUART M. BERNSTEIN
            New York, New York           Judge Stuart M. Bernstein

85757808.1