**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>v.<br><br>THE ESTATE OF STANLEY J. BERNSTEIN; CATHY G. BERNSTEIN, in her capacity as Personal Representative of the Estate of Stanley J. Bernstein; and DAVID R. ANDELMAN, in his capacity as Personal Representative of the Estate of Stanley J. Bernstein,<br><br>          Defendants. | Adv. Pro. No. 10-04418 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants the Estate of Stanley J. Bernstein, Cathy G. Bernstein, in her capacity as Personal Representative of the Estate of Stanley J. Bernstein, and David R. Andelman, in his capacity as Personal Representative of the Estate of Stanley J. Bernstein ("Defendants"), by and through their counsel, William P. Weintraub (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Stanley J. Bernstein. Stanley J. Bernstein died during the pendency of this action and on June 10, 2013, Defendants were substituted in this action in the place of Stanley J. Bernstein.

2. On April 17, 2014, Defendants the Estate of Stanley J. Bernstein, Cathy G. Bernstein and David R. Andelman served an answer on the Trustee.

3. On April 7, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant(s) in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 17, 2015
       New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**GOODWIN PROCTER LLP**

By: */s/ William Weintraub*
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212.813.8839
Facsimile: 212.355.3333
William P. Weintraub
Email: WWeintraub@goodwinprocter.com

*Attorney for Defendants Estate of Stanley J. Bernstein, Cathy G. Bernstein, in her capacity as Personal Representative of the Estate of Stanley J. Bernstein, and David R. Andelman, in his capacity as Personal Representative of the Estate of Stanley J. Bernstein*

SO ORDERED.

Dated: April 17th, 2015                     /s/ STUART M. BERNSTEIN\
New York, New York                   HONORABLE STUART M. BERNSTEIN\
                                              UNITED STATES BANKRUPTCY JUDGE

4