FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0800

*Attorneys for Falcon Associates, L.P. and Marc B. Fisher*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05336 (SMB) |
| Plaintiff, | |
| v. | |
| FALCON ASSOCIATES, L.P. and MARC B. FISHER, | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 733 Third Avenue, New York, New York 10017, shall be substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 as counsel of record for Falcon Associates, L.P. and Marc B. Fisher (the "Defendants") in this adversary proceeding. All notices

given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 733 Third Avenue
> New York, New York 10017
> Attn:  Elise S. Frejka
>        Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>        jrappaport@frejka.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York
       April 20, 2015

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: /s/ Philip Bentley
    Philip Bentley
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

Dated: New York, New York
       April 20, 2015

FREJKA PLLC

By: /s/ Elise S. Frejka
    Elise S. Frejka
    Jason S. Rappaport
    733 Third Avenue
    New York, New York 10017
    Telephone: (212) 641-0800

Dated: New York, New York
       April __, 2015

SO ORDERED:

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>FALCON ASSOCIATES, L.P. and MARC B. FISHER,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 10-05336 (SMB) |

DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

　　　　1.　　I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Kramer Levin Naftalis & Frankel LLP as counsel for Falcon Associates, L.P. and Marc B. Fisher (the "Defendants") in the above-captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

　　　　2.　　The Defendants have requested and consent to this substitution of counsel.

2

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 20, 2015

By: /s/ Elise S. Frejka
Elise S. Frejka

2