**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05219 (SMB) |
| v. | |
| CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST; | |
| ROBERT M. GRIFFITH, in his capacity as TRUSTEE of the CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST; and | |

JANET WINTERS, INDIVIDUALLY as
BENEFICIARY of the CHARLES ELLERIN
IRREVOCABLE GIFT GIVING TRUST,

              Defendants.

### STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including May 15, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

### [THIS PORTION IS INTENTIONALLY LEFT BLANK]

2

Dated:  April 20, 2015
      New York, New York

By:      */s/ Heather J. McDonald*
        **BAKER & HOSTETLER LLP**
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email: ncremona@bakerlaw.com
        Heather J. McDonald
        Email: hmcdonald@bakerlaw.com
        Kimberly M. Maynard
        Email: kmaynard@bakerlaw.com

        *Attorneys for Irving H. Picard, Trustee for the*
        *Substantively Consolidated SIPA Liquidation of*
        *Bernard L. Madoff Investment Securities LLC and*
        *Estate of Bernard L. Madoff*

Dated: April 20, 2015
      New York, New York

By:      */s/ Brett Marks*
        **AKERMAN LLP**
        Las Olas Centre II, Suite 1600
        350 East Las Olas Boulevard
        Fort Lauderdale, Florida 33301-2229
        Telephone: (954) 463-2700
        Facsimile: (954) 463-2224
        Brett Marks
        Email: brett.marks@akerman.com
        Michael I. Goldberg
        Email: michael.goldberg@akerman.com

        Susan F. Balaschak
        335 Madison Avenue, Suite 2600
        New York, New York 10017
        Telephone: (212) 880-3800
        Facsimile: (212) 880-8965
        Email: susan.balaschak@akerman.com

        *Attorneys for Charles Ellerin Irrevocable Gift*
        *Giving Trust and Robert M. Griffith, in his*
        *capacity as Trustee of the Charles Ellerin*
        *Irrevocable Gift Giving Trust*

3

Dated: April 20, 2015
      New York, New York

      */s/ Deborah A. Reperowitz*
Deborah A. Reperowitz, Mediator
**TROUTMAN SANDERS LLP**
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6230
Facsimile: (212) 704-6288
Email: deborah.reperowitz@troutmansanders.com