**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ELINS FAMILY TRUST, a California trust; ELINS DAUGHTERS TRUST FOR THE BENEFIT OF JAMIE ANN ELINS DATED DECEMBER 12, 1989, a California trust; ELINS DAUGHTERS TRUST FOR THE BENEFIT OF JULIE LYNN ELINS DATED DECEMBER 12, 1989, a California trust; LAWRENCE ROBERT ELINS a/k/a LARRY ELINS, as trustee and as an individual; LINDA ELINS; JAMIE ELINS SABET; and JULIE ELINS BANKS,<br><br>    Defendants. | Adv. Pro. No. 10-04339 (SMB) |

300356643

# NOTICE OF ADJOURNMENT OF HEARING ON DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that the hearing on defendants' motion to dismiss the above-referenced adversary proceeding which was previously scheduled for May 20, 2015 has been adjourned to June 24, 2015 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  April 20, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**KLEINBERG, KAPLAN, WOLFF  & COHEN, P.C.**

By:  s/ Matthew J. Gold
551 Fifth Avenue
New York, New York 10176
Telephone: (212) 880-9827
Facsimile: (212) 986-8866
David Parker
Email: dparker@kkwc.com
Matthew J. Gold
Email:  mgold@kkwc.com

*Attorneys for Defendants*

300356643