*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone: 612-327-8378*
*Email: mcingber@comcast.net*

*Attorneys for Defendants:*
*AMY PINTO LOME REVOCABLE TRUST,*
*U/A/D 5/22/03; AMY PINTO LOME,*
*individually and in her capacity as Grantor*
*and Trustee for the Amy Pinto Lome Revocable*
*Trust u/a/d 5/22/03; and LEONARD D. LOME,*
*in his capacity as Trustee for the Amy Pinto*
*Lome Revocable Trust u/a/d 5/22/03*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No.08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In Re:<br><br>BERNARD L MADOFF,<br><br>                Debtor. | |

1

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,<br><br>Defendants. | Adv. Pro. No. 10-04588 (SMB) |

**AFFIDAVIT OF AMY PINTO LOME AND LEONARD D. LOME IN SUPPORT OF DEFENDANTS' COUNSEL ROBERT M. McCLAY AT THE LAW FIRM OF McCLAY•ALTON, P.L.L.P. AND DEFENDANTS' COUNSEL MARVIN C. INGBER FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO REMOVE BRUCE S. SCHAEFFER AS COUNSEL TO DEFENDANTS**

STATE OF MINNESOTA  )
                                              ) ss
COUNTY OF HENNEPIN  )

Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03 and Leonard D. Lome, individually and in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03 being first duly sworn under oath, deposes and states:

1. On or about March 2012, we terminated representation by Bruce S. Schaeffer ("Mr. Schaeffer").

2. On or about March 2012, we retained Robert M. McClay at the law firm of McClay•Alton, P.L.L.P. and Marvin C. Ingber as counsel in the above-captioned case.

2

    3.    Robert M. McClay and Marvin C. Ingber have been unable to obtain Mr. Schaeffer's cooperation to remove himself as counsel.

    4.    We have authorized this action to formally remove Mr. Schaeffer as attorney of record in this matter and to have him removed from all service lists.

Dated: Minnetonka, Minnesota

_March 23_, 2015

By: _[signature]_
AMY PINTO LOME, *individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03*

Subscribed and sworn to before me this 23 day of _March_, 2015.

_[signature]_
Notary Public

[Stamp: Todd Roston, Notary Public, Minnesota, My Commission Expires January 31, 2020]

Dated: Minnetonka, Minnesota

_3/23_, 2015

By: _[signature]_
LEONARD D. LOME, *individually and in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03*

Subscribed and sworn to before me this 23 day of _March_, 2015.

_[signature]_
Notary Public

[Stamp: Todd Roston, Notary Public, Minnesota, My Commission Expires January 31, 2020]

3