*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone: 612-327-8378*
*Email: mcingber@comcast.net*

*Attorneys for Defendants:*
*JAMES B. PINTO REVOCABLE TRUST U/A*
*DTD 12/1/03; and JAMES B. PINTO, individually*
*and in his capacity as Grantor and Trustee for the*
*James B. Pinto Revocable Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No.08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In Re:<br><br>BERNARD L MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff, | Adv. Pro. No. 10-04538 (SMB) |

1

> v.
>
> JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,
>
> Defendants.

## AFFIDAVIT OF JAMES B. PINTO IN SUPPORT OF DEFENDANTS' COUNSEL ROBERT M. McCLAY AT THE LAW FIRM OF McCLAY•ALTON, P.L.L.P. AND DEFENDANTS' COUNSEL MARVIN C. INGBER FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO REMOVE BRUCE S. SCHAEFFER AS COUNSEL TO DEFENDANTS

STATE OF CALIFORNIA )
~~Riverside~~ ) ss
COUNTY OF ~~LOS ANGELES~~ )

James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust DTD 12/1/03 being first duly sworn under oath, deposes and states:

1. On or about March 2012, I terminated representation by Bruce S. Schaeffer ("Mr. Schaeffer").

2. On or about March 2012, I retained Robert M. McClay at the law firm of McClay•Alton, P.L.L.P. and Marvin C. Ingber as counsel in the above-captioned case.

3. Robert M. McClay and Marvin C. Ingber have been unable to obtain Mr. Schaeffer's cooperation to remove himself as counsel.

4. I have authorized this action to formally remove Mr. Schaeffer as attorney of record in this matter and to have him removed from all service lists.

2

Dated: ~~Los Angeles~~ Palm Springs, California

April 9th, 2015

By: _____
JAMES B. PINTO individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust

Subscribed and sworn to before me this 9th day of April, 2015.

_____
Notary Public

DAVE BERGHOFF
Comm. #2013684
Notary Public-California
Riverside County
My Commission Expires
March 21, 2017

3