*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone: 612-327-8378*
*Email: mcingber@comcast.net*

*Attorneys for Defendants:*
*JAMES B. PINTO REVOCABLE TRUST U/A*
*DTD 12/1/03; and JAMES B. PINTO, individually*
*and in his capacity as Grantor and Trustee for the*
*James B. Pinto Revocable Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No.08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In Re:<br><br>BERNARD L MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff, | Adv. Pro. No. 10-04538 (SMB) |

1

v.

JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,

Defendants.

**NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION OF DEFENDANTS' COUNSEL ROBERT M. McCLAY AT THE LAW FIRM OF McCLAY●ALTON, P.L.L.P. AND DEFENDANTS' COUNSEL MARVIN C. INGBER FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO REMOVE BRUCE S. SCHAEFFER AS COUNSEL TO DEFENDANTS**

PLEASE TAKE NOTICE that upon the annexed motion of Robert M. McClay, McClay●Alton, P.L.L.P. and Marvin C. Ingber, the undersigned will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on June 8, 2015 at 12:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right corner of the caption of all objections.

2

Dated:  St. Paul Minnesota

April 22, 2015                                  By: /s/ Robert M. McClay
                                                Robert M. McClay #69620
                                                McClay•Alton, P.L.L.P.
                                                 (Pro Hac Vice)
                                                951 Grand Avenue
                                                St. Paul, Minnesota 55101
                                                Telephone: 651-290-0301
                                                Fax: 651-290-2502
                                                Email: law@mcclay-alton.com

Dated:   Palm Springs, CA

April 22, 2015                                  By: /s/ Marvin C. Ingber
                                                Marvin C. Ingber #0048859
                                                (Pro Hac Vice)
                                                Attorney and Counselor at Law
                                                6705 Apache Road
                                                Edina, Minnesota 55439-1001
                                                Telephone:  612-327-8378
                                                Email:  mcingber@comcast.net

                                                Marvin C. Ingber
                                                Attorney and Counselor at Law
                                                337 Westlake Terrace
                                                Palm Springs, CA  92264-5534
                                                (Temporarily in Palm Springs, CA for winter)

                                                *Attorneys for Defendants:*
                                                *JAMES B. PINTO REVOCABLE TRUST U/A*
                                                *DTD 12/1/03; and JAMES B. PINTO,*
                                                *individually and in his capacity as Grantor and*
                                                *Trustee for the James B. Pinto Revocable Trust*

To:    Bruce S. Schaeffer, Esq.
Attorney at Law
3 Park Avenue Suite 1501
New York, NY  10016
bruce.schaeffer@gmail.com
VIA EMAIL & U.S. MAIL

James B. Pinto
[Mailing address and email
intentionally omitted for privacy reasons]
VIA EMAIL & U.S. MAIL

Marc E. Hirschfield, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: bhaa@bakerlaw.com
VIA EMAIL & U.S. MAIL

Dean D. Hunt, Esq.
Farrell A. Hochmuth, Esq.
Baker & Hostetler LLP
1000 Louisiana Suite 2000
Houston, Texas  77002-5009
Email: fhochmuth@bakerlaw.com
Email: dhunt@bakerlaw.com
VIA EMAIL & U.S. MAIL

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
E-mail: kbell@sipc.org
VIA EMAIL & U.S. MAIL