*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone: 612-327-8378*
*Email: mcingber@comcast.net*

*Attorneys for Defendants:*
*IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF, | |

1

|  |  |
|---|---|
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04744 (SMB) |
| Plaintiff, | |
| v. | |
| IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto, | |
| Defendants. | |

**AFFIDAVIT OF JAMIE PINTO IN SUPPORT OF DEFENDANTS' COUNSEL ROBERT M. McCLAY AT THE LAW FIRM OF McCLAY•ALTON, P.L.L.P. AND DEFENDANTS' COUNSEL MARVIN C. INGBER FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO REMOVE BRUCE S. SCHAEFFER AS COUNSEL TO DEFENDANTS**

STATE OF CALIFORNIA      )
                         _[handwritten]_ ) ss
COUNTY OF ~~LOS ANGELES~~ )

Jamie Pinto, individually and in his capacity as Personal Representative of the Estate of Irving J. Pinto being first duly sworn under oath, deposes and states:

1. On or about March 2012, I terminated representation by Bruce S. Schaeffer ("Mr. Schaeffer").

2. On or about March 2012, I retained Robert M. McClay at the law firm of McClay•Alton, P.L.L.P. and Marvin C. Ingber as counsel in the above-captioned case.

2

3.  Robert M. McClay and Marvin C. Ingber have been unable to obtain Mr. Schaeffer's cooperation to remove himself as counsel.

4.  I have authorized this action to formally remove Mr. Schaeffer as attorney of record in this matter and to have him removed from all service lists.

Dated: ~~Los Angeles~~ Palm Springs, California
April 9th, 2015

By: _____
*JAMIE PINTO individually and in his capacity as Personal Representative of the Estate of Irving J. Pinto*

Subscribed and sworn to before me
this 9th day of April, 2015.

_____
Notary Public

DAVE BERGHOFF
Comm. #2013684
Notary Public-California
Riverside County
My Commission Expires
March 21, 2017

3