**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>           Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>           Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>           Plaintiff,<br>v.<br>THE SANKIN FAMILY LLC,<br>JEANNE SANKIN MARITAL TRUST,<br>THE JULIUS SANKIN REVOCABLE TRUST,<br>JEANNE SANKIN, individually and as Trustee of | Adv. Pro. No. 10-05391 (SMB) |

1

The Julius Sankin Revocable Trust

IRVING P. COHEN, as the Trustee of the Jeanne Sankin Marital Trust and The Julius Sankin Revocable Trust,

MARILYN S. TUSHMAN, and

ANDREW SANKIN,

          Defendants.

## AMENDED STIPULATION EXTENDING PLAINTIFF'S TIME TO SUBSTITUTE PARTIES FOR DECEASED DEFENDANT

WHEREAS, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed and served a complaint against the above-captioned defendants (the "Defendants"), including Jeanne Sankin ("Decedent");

WHEREAS, counsel for the Defendants informed the Trustee that Decedent died in Palm Beach, Florida on April 19, 2013;

WHEREAS, counsel for the Defendants filed a suggestion of death for Decedent in the above-captioned adversary proceeding (the "Action") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on January 23, 2014 (Dkt. 27);

WHEREAS, Decedent's estate has not entered into probate as of the date hereof; and

WHEREAS, no administrator or personal representative of Decedent's estate has been appointed as of the date hereof.

WHEREAS, the parties have agreed to a further extension of time for the Trustee, pursuant to Fed. R. Civ. P. 25(a), to move to substitute the parties in the Action.

2

NOW THEREFORE, the Trustee and the Defendants, each by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Counsel for the Defendants expressly agrees to notify the Trustee in writing of the entry of the estate of Decedent into probate and the issuance of any letters testamentary for the administration of Decedent's estate within five (5) business days of entry of Decedent's estate into probate.

2. Counsel for the Defendants expressly agrees to extend the deadline for the Trustee, pursuant to Fed. R. Civ. P. 25(a), to move to substitute the parties in the Action from April 23, 2015 to July 22, 2015, without prejudice to (a) the rights of the parties to agree to a further extension or (b) the Trustee's right to seek appropriate relief to further extend absent agreement of the parties .

3. From the date of substitution, the newly named Defendants will have thirty (30) days to answer or otherwise respond to the Complaint in the above-captioned proceedings.

4. The purpose of this amended stipulation provides sufficient time for the Trustee to substitute proper parties in the Action for Decedent.  Nothing in this stipulation is a waiver of the Trustee's right to request from the Bankruptcy Court a further extension of time to substitute parties in the Action for Decedent and/or the Defendants' right to object to any such request.

5. Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

6. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

3

the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated as of:  April 22, 2015

| **BAKER & HOSTETLER LLP** | **CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A.** |
|---|---|
| By: s/ *Marc E. Hirschfield* | |
| 45 Rockefeller Plaza | By:  /s/ *Robert S. Horwitz* |
| New York, New York 10111 | Robert S. Horwitz |
| Telephone: 212.589.4200 | 1801 Centrepark Drive East, Ste. 200 |
| Facsimile: 212.589.4201 | West Palm Beach, FL  33401 |
| David J. Sheehan | Telephone: 561-478-6047 |
| Email: dsheehan@bakerlaw.com | Facsimile:  561-697-8664 |
| Marc E. Hirschfield | Email: rhorwitz@conroysimberg.com |
| Email: mhirschfield@bakerlaw.com | |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | *Attorneys for Defendants The Sankin Family LLC, Jeanne Sankin Marital Trust, The Julius Sankin Revocable Trust, Jeanne Sankin, Irving P. Cohen, Marilyn S. Tushman, and Andrew Sankin* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

SO ORDERED

____s/ STUART M. BERNSTEIN_____

Dated: April 22, 2015        HON. STUART M. BERNSTEIN
New York, New York          UNITED STATES BANKRUPTCY JUDGE

4