UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>v.<br><br>MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF,<br><br>               Defendants. | Adv. Pro. No. 10-03483 (SMB) |

**STIPULATION AND ORDER ADJOURNING HEARING
AND DEADLINE TO OPPOSE MOTION**

WHEREAS, on December 2, 2014, Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, filed a Notice of Motion seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion (the "Motion") to substitute (i) the Estate of Andrew H. Madoff and Martin Flumenbaum for deceased defendant Andrew Madoff and (ii) David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this proceeding;

WHEREAS, by Stipulation and Order entered on February 4, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to February 27, 2015;

WHEREAS, by Stipulation and Order entered on February 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 13, 2015 and adjourned the hearing before the Court on the Motion to April 29, 2015, at 10:00 a.m.;

WHEREAS, by Stipulation and Order entered on March 13, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 27, 2015;

WHEREAS, by Stipulation and Order entered on March 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to April 27, 2015 and adjourned the hearing before the Court on the Motion to May 20, 2015, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1.  Any opposition ("Opposition") to the Motion shall be filed by June 5, 2015.

2.  The hearing before the Court on the Motion, which was previously scheduled to be held on May 20, 2015, is adjourned to June 24, 2015, at 10:00 a.m.

3.  Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions.  Nor is anything in this stipulation a waiver of any party's right to request from the Court a further extension, or of any other party's right to object to any such request.

Dated: April 27, 2015
  New York, New York

WINDELS MARX LANE & MITTENDORF LLP

BY:  /s/ Howard L. Simon_____
  156 West 56th Street
  New York, New York 10019
  Telephone: (212) 237-1000
  Facsimile: (212) 262-1215
  Howard L. Simon
  hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

DAVID BLUMENFELD

BY: /s/ David Blumenfeld_____
  101 Whitney Lane
  Old Westbury, New York  11568

*Successor Executor of the Estate of Mark D. Madoff*

MARTIN FLUMENBAUM

BY: /s/ Martin Flumenbaum_____
  Paul, Weiss, Rifkind, Wharton & Garrison LLP
  1285 Avenue of the Americas
  New York, New York 10019-6064
  Telephone: (212) 373-3191
  Facsimile: (212) 492-0191
  Martin Flumenbaum
  Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: /s/ Andrew Ehrlich
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3191
Facsimile: (212) 492-0191
Martin Flumenbaum
Email: mflumenbaum@paulweiss.com
Andrew Ehrlich
Email: aehrlich@paulweiss.com

*Attorneys for the Estate of Andrew H. Madoff and the Estate of Mark D. Madoff*

SO ORDERED:

Dated: April 27, 2015            /s/ Stuart M. Bernstein
New York, New York            HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE

4