**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> MADOFF ENERGY HOLDINGS LLC, MADOFF ENERGY LLC, CONGLOMERATE GAS RESOURCES LLC, MADOFF ENERGY III LLC, MADOFF ENERGY IV LLC, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, <br><br> Defendants. | Adv. Pro. No. 10-03484 (SMB) |

<u>**NOTICE OF ADJOURNMENT**</u>

**PLEASE TAKE NOTICE** that the pre-trial conference has been further adjourned from

April 29, 2015 to **June 24, 2015** at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: New York, New York     By: <u>/s/ Howard L. Simon</u>
     April 27, 2015             Howard L. Simon (hsimon@windelsmarx.com)
                                            Kim M. Longo (klongo@windelsmarx.com)
                                            John J. Tepedino (jtepedino@windelsmarx.com)
                                            Windels Marx Lane & Mittendorf LLP
                                            156 West 56th Street
                                            New York, New York 10019
                                            Tel:  (212) 237-1000
                                            Fax: (212) 262-1215

                                            *Special Counsel for Irving H. Picard, Trustee for the*
                                            *Substantively Consolidated SIPA Liquidation of*
                                            *Bernard L. Madoff Investment Securities LLC and*
                                            *Bernard L. Madoff*