**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**NOTICE OF RECEIPT OF DOCUMENTS PRODUCED
PURSUANT TO THE DECEMBER 11, 2013 LETTER OF
REQUEST UNDER THE HAGUE EVIDENCE CONVENTION**

**WHEREAS,** Irving Picard, Esq., as trustee (the "Trustee") for the liquidation of the

business of Bernard L. Madoff Investment Securities under the Securities Investor Protection

Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff, presented an order (the

"Order") to release certain documents (the "Documents") produced by the Fondation Bettencourt

Scheuller to the French Ministry of Justice [ECF Doc. # 9813]; and

   **WHEREAS,** the Court signed the Order on April 27, 2015.

   By execution of this Notice of Receipt, the Trustee acknowledges receipt of the

Documents.

1

Dated: April 27, 2015
     New York, NY

By:     _David Choi_ (David Choi)
        **BAKER & HOSTETLER LLP**
        45 Rockefeller Plaza
        New York, NY 10111
        Telephone: (212) 589-4200
        Facsimile: (212 589-4201

        *Attorneys for the Trustee*