**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie Kuhn
Lindsey Shoshany
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04483 (SMB) |
| v. | |
| LESLIE AUFZIEN LEVINE, LISA AUFZIEN, ALAN L. AUFZIEN, individually and in his capacity as a Joint Tenant, NORMA K. AUFZIEN, individually and in her capacity as a | |

| Joint Tenant,
| MEREDITH AUFZIEN BAUER, and JONATHAN M.
| AUFZIEN,
|
|         Defendants.

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Leslie Aufzien Levine, Lisa Aufzien, Alan L. Aufzien, individually and in his capacity as a Joint Tenant, Norma K. Aufzien, individually and in her capacity as a Joint Tenant, Meredith Aufzien Bauer, and Jonathan M. Aufzien (the "Defendants"), by and through their respective counsel, Loeb & Loeb LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010 the Trustee commenced this adversary proceeding against the Defendants.

2. As of March 31, 2015 the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

2

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 28, 2015

**BAKER & HOSTETLER LLP**

By: */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie Kuhn
Lindsey Shoshany
George Klidonas

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**LOEB & LOEB LLP**

By: */s/ Daniel B. Besikof*
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4129
Facsimile: (646) 417-6335
Daniel B. Besikof

*Attorney for Leslie Aufzien Levine, Lisa Aufzien, Alan L. Aufzien, individually and in his capacity as a Joint Tenant, Norma K. Aufzien, individually and in her capacity as a Joint Tenant, Meredith Aufzien Bauer, and Jonathan M. Aufzien*

3

SO ORDERED

Dated: April 28, 2015

      /s/ Stuart M. Bernstein_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE