BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, **Oleg Bitman**, being duly sworn, depose and say:  I am more than eighteen years old

and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

On April 28, 2015, I served the:

- **Notice of Cancellation of Hearing Scheduled for April 29, 2015 at 10:00 a.m.**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

*/s/Oleg Bitman*
OLEG BITMAN

Sworn to before me this
28th day of April, 2015

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

300357385

## <u>SCHEDULE A</u>

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA  19101-7346

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

### <u>Securities Investor Protection Corporation</u>
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org
Nate Kelley- nkelley@sipc.org

### <u>Securities and Exchange Commission</u>
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

### <u>United States Attorney for SDNY</u>
Carolina Fornos – carolina.fornos @usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

### <u>Counsel to the JPL</u>
Eric L. Lewis – Eric.Lewis@baachrobinson.com

### <u>BLMIS Customers</u>

Edward H. Kohlschreiber
3546 S. Ocean Blvd. Apt. 226
Palm Beach, FL 33480

Richard G. Corey
1235 Edgewood Drive
Charleston, W.V. 25302

Ng Shok Mui Susanna
Ng Shok Len
12B Marigold Mansion
Taikoo Shing, Hong Kong

300357385

Cecilia M. Parker
11 South Shore Trail
Sparta, NJ 07871

Guy S. Parker
43 Fawn Lake Road
Stockholm, NJ 07460-1423

Panagiotis Moutzouris
8 Aiolou Street
Voula GR-16673
Greece

Harriet Rubin
9733 Ravine Avenue
Las Vegas, NV 89117

Ethel L. Chambers
S. James Chambers
3443 SE Fairway E
Stuart, FL 34997

Anna Lowit
5700 Queen Palm Ct Apt. A
Delray Beach, FL 33484

Barbara Moss Estate
c/o Irving Moss
665 Thwaite Pl Apt. 3J
Bronx, NY 10467-7905

George H. Hulnick
72 Golf Lane
Ridgefield, CT  06877

Kenneth Springer
2267 Newbury Dr.
Wellington, FL 33414

Peerstate Equity Fund L.P.
c/o Lou Prochilo
43 West St.
Northport, NY 11768

Chris P. Tsukoa
A. Angelaki
1202 Parrilla de Avila

4

Tampa, FL 33613

Hilda Drucker
5 Schenck Ave, Apt. 3-I
Great Neck, NY 11021

John H. Petito
3639 River Road
Lumberville, PA 18933

Bernard W. Braverman
417 Hill Street
Southampton, NY 11968
Email: berniebraverman@gmail.com

Richard C. Brockway
705 Harbour Drive
Vero Beach, FL 32963

Kimberly S. Stoller
710 8th Avenue Apt. 6E
Belmar, NJ 07719

KR Erwin Hawle
Dorfstrasse 67
4865 Nussdorf
Austria

Shao-Po Wang
No. 69, Zhongshan Rd., Tucheng Dist.
New Taipei City 236,
Taiwan

Chi-Hua Liao
No. 449 Sanmin Road
Jhubei City, Hsinchu County
Taiwan

Lee Garrity
2601 Willowwood Ave.
Valparaiso, IN 46383

Remy Investments Corp
c/o Ann Kallgren
1-5 Harley Street
London W1G 9QD
England, United Kingdom

300357385

Alder Family Foundation
6424 Brookside Rd
Chevy Chase, MD 20814
Email: lovormon@aol.com

Maurice Sandler
Gloria Sandler
Email: mauricesandler@sbcglobal.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Michael E. Fisch
Sudeshna M. Fisch
Email: fischwave@comcast.net

Daniel L. Gaba
c/o Rhoda S. Gaba
Herzrankovsky - Orlandoc 5/15/12
1210 Vienna
Austria

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Samuel Frederick Rohdie
Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Gail B. Oren Revocable Trust dtd. 9/8/95
Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Sharon Lee Tiner
Email: sltiner@yahoo.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

300357385

Paul J. Fisch
Email: pfisch@twcny.rr.com

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Au Yuet Shan
Email: eau203@gmail.com

PFC Nominees Limited
Email: info@pfcintl.com

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer
Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Samore 1992 Family Trust
John Samore
Gayle Samore Co-Trustees
John Samore, Jr.
Ronald E. Samore, Sr.
James R. Samore
Email: johnsamore@hotmail.com

Partricia M. Hynes
Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Kamal Kishore Muchhal
Aruna Muchhal
Email: muchhal@netvigator.com

300357385

MLSMK Investments Co
Email: stanleymkatz@mac.com

Charles Nicholas Doyle
Linda Doyle
Email: linchasd@netvigator.com

John Stirling Gale
Email: galejs@gmail.com

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lindel Coppell
Email: lindencoppell@gmail.com

Paul Maddocks
Email: maddockspaul@gmail.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Carole Coyle
Email: bionicdoll@aol.com

Martha Alice Gilluly
Email: marny@corsair2.com

Phyrne and Ron LLC
Email: jpitkin@umich.edu

Howard Stern
Email: hstern@wzssa.com

Robins Family Limited Partnership
Email: charles.robins@weil.com

Dewey H. Lane
Email: dewlane@gmail.com

Fondo General De Inversion Centro America-No, S.A.
FJ Associates, S.A.
Krates, S.A.
Email: pabst@mantomgmt.com

Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

300357385

Rhouda Macdonald
Email: rmacdon482@aol.com

Jeanne H. Rosenblum
Email: prosenblum@mindspring.com

Capital Bank
Email: Volker.enzi@capitalbank.at
Email: Christoph.stocker@capitalbank.at

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

Martin Wimick
Email: mwinick@hotmail.com

Bullock Family Estate
Andrew Bullock
Courtney Bullock
Diana Bullock
Kerry Scarvie
Email: abullock5150@cox.net

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Alice J. Rawlins
Email: alicerawlins@me.com

Linda Wolf
Rita Wolf
Email: wolfie2400@yahoo.com

Stephen Hill
Email: leyla.hill@hos.com

Waterland Investment Services
Email: admin@waterland-investment.nl

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Ralph Schiller
Email: optics58@gmail.com

Patsy P. Jones
Email: 335pat@roadrunner.com

300357385

Donald P. Weber
Email: mdweb27@me.com

Harvey Barr
Lillian Barr
Email: hbarr@bplegalteam.com

Yvonne Roodberg
Email: cissie2010@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Donald Schupak
Email: dschupak@schupakgroup.com

Joanne Rosen
Amy Cappellazzo
Email: joannerosen@gmail.com

Nancy Dver Cohen
Email: ndver@comcast.net

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

Matthew F. Carroll
Email: mcarroll16@msn.com

David Drucker
Email: daved628@aol.com

Phyllis Pressman
Email: peplady5@gmail.com

Crisbo S.A.
Email: info.luxembourg@atcgroup.com

Ilse Della-Rowere
Herzranovsky - Orlandog 5/15/12
Vienna,  1210
Austria

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Kwok Yiu Leung
Siu Yuen Veronica Nh

10

Email: yiuleunghk@gmail.com
Email: yiuleung@yahoo.com.hk

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

KHI Overseas Ltd
Email: ew@khiholdings.com

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Goore Partnership
Email: hyassky@aol.com

Nicholas Kardasis
Email: gdnite@earthlink.net

BF+M Life Insurance Company Limited
Email: jsousa@bfm.bm

Alan G. Cosner
Email: alan@cosnerlaw.com

Chien-Liang Shih
Email: gary.libra@gmail.com

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Andy Huang
Email: andy.huang@sofos.com.sg

John B. Malone
Email: doctor1000@earthlink.net

Jose Haidenblit
Email: chore55@yahoo.com

Richard Hoefer
Email: richard.hoefer@utanet.at

Jane Delaire
Email: j.delaire@yahoo.com

300357385

Birgit Peters
Email: birgit.peters2010@yahoo.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

John P. Harris
Email: johnph1494@gmail.com

Marcia Roses Schachter
2202 Bleckley Ct,
Charlotte, NC 28270
Email: marciroses@aol.com

Harvey Krauss
35 Sutton Place, Suite 15F
New York, NY 10022


Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: kliibrera@winston.com
Attorney for: Diana P. Victor

Notices of Appearance

Eric Goldberg
Gordon Silver
Email: egoldberg@gordonsilver.com
Attorney for: Eric D. Goldberg

William F. Dahill
Fletcher W. Strong
Wollmuth Maher & Deutsch LLP
Email: wdahill@wmd-law.com
Email: fstrong@wmd-law.com
Attorney for: Robert F. Weinberg

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney for: Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust, and
DeMatteis FLP Assets

300357385

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister Seelig & Fein LLP
Email: sir@msf-law.com
Email: jmr@msf-law.com
Attorney for: Jasper Investors Group LLC ("Jasper")

Jennifer L. Young
Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: jyoung@milberg.com
Email: mgluck@milberg.com
Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Attorney for: Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates
Florida General Partnership, Judith Rock Goldman, The Horowitz Family Trust, and The
Unofficial Committee of Certain Claim Holders

Howard Kleinhendler
David Yeger, Esq.
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Email: dyeger@wmllp.com
Attorney for: Rosenman Family LLC

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney for: Attorney for the United States of America

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney for: The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss,
Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss, Marilyn
Cohn Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney for: Iron Mountain Information Management,  Inc.

Brian J. Neville

300357385

Barry R. Lax.
Lax & Neville, LLP
Email: bneville@laxneville.com
Email: blax@laxneville.com
Attorney for: Rose Less, and PJFN Investors LP

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney for: Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation

Dennis C. Quinn
Barger & Wolen, LLP
Email: dquinn@bargerwolen.com
Attorney for: Jewish Community Foundation of the Jewish Federation - Council of Greater Los
Angeles

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney for: Alan Nisselson, and Interim Chapter 7 Trustee of Bernard L. Madoff

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney for: Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Willams P.S.
Email: jshickich@riddellwilliams.com
Email: eletey@riddellwilliams.com
Attorney for: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney for: Anchor Holdings, LLC

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney for: Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack
Conrad, and Amy Beth Smith

Marsha Torn, Esq.

300357385

Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney for: Lawrence Torn

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney for: ELEM/Youth in Distress Israel  Inc. ("ELEM")

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney for: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

Dana M. Seshens
Karen E. Wagner
Jonathan D. Martin
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Email: jonathan.martin@davispolk.com
Attorney for: Sterling Equities Associates and Certain Affiliates

Jeffrey L. Bernfeld
David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Email: davidbernfeld@bernfeld-dematteo.com
Attorney for: Dr. Michael Schur, and Mrs. Edith A. Schur

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney for: Samdia Family,  LP

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney for: Carl J. Shapiro et al.

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney for: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital
Management

Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Ellen G. Victor,  holder of Bernard L. Madoff Investment Securities LLC Accounts
1ZA128-3 and 1ZA128-40, Ariana Victor, Justin Victor Baadarani, Shosharma Remark Victor,
and Leila Victor Baadarani

David J. Apfel
Daniel M. Glosband
Brenda R. Sharton
Goodwin Procter LLP
Email: dapfel@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: bsharton@goodwinprocter.com
Attorney for: Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman
E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor as
Trustee of the Jane O'Connor Living Trust

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney for: Carol Rosen

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Paul Laplume, and Alain Rukavina, Court Appointed Liquidators for LuxAlpha
Sicav and Luxembourg Investment Fund

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email: bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
Attorney for: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Fred W. Reinke
Mayer Brown LLP
Email: freinke@mayerbrown.com
Attorney for: Mutua Madrilena Automovilista Ramo de vida, AXA Private Management, and
Fondauto Fondo de Pensiones,  SA

Arthur J. Steinberg
Richard A. Cirillo
Kristi E. Jacques
King & Spalding LLP

300357385

Email: asteinberg@kslaw.com
Email: rcirillo@kslaw.com
Email: kjacques@kslaw.com
Attorney for: National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK
Banque Privee and counsel for the Pascucci Family

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: lmartin@stblaw.com
Email:  jlevine@stblaw.com
Attorney for: Spring Mountain Capital, LP

Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Iris Schaum

Steven R. Schlesinger
Shannon Scott
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: sscott@jaspanllp.com
Attorney for: Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as
Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, Samuels Family LTD
Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, and
Jay Rosen Executors

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney for: Von Rautenkranz Nachfolger Special Investments LLC

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney for: Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P.
Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W
George H. Hurwitz (collectively the "Guritzky Parties")

George Brunelle, Esq.
Anna Hadjikow
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Email:  ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Attorney for: The James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn
Berniker, BK Interest,  LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin
M. Hellberg, Barry E. Kaufman, and Marion Tallering-Garfield

300357385

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney for: SBM Investments,  LLP, and Weithorn/Casper Associated for Selected Holdings
LLC

Barbara A. Schweiger
Jonathan W. Wolfe
Skoloff & Wolfe, P.C.
Email: bschweiger@skoloffwolfe.com
Email: jwolfe@skoloffwolfe.com
Attorney for: Albert & Carole Angel

Richard J. McCord
Carol A. Glick
Certilman, Balin, Adler & Hyman LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
Attorney for: Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman,
and Alyssa Beth Certilman

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney for: Nephrology Associates P.C. Pension Plan

Nancy L. Fineman
Cotchett, Pitre & McCarthy
Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com
Attorney for: Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg,
Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride

Bernard J. Garbutt III
Morgan Lewis & Bockius LLP
Email: bgarbutt@morganlewis.com
Attorney for: The Kostin Company, The Kostin Company, Susan Kostin, Deborah Weinstein,
David Kostin, and Andrew Kostin

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney for: Joan L. Fisher, Carl T. Fisher, and The Trust U/A VIII of the Will of Gladys C.
Luria F/B/O Carl T. Fisher

Carmine Boccuzzi(Duplicate - To Be Deleted)
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com

18

Attorney for: Citibank, N.A., and Citigroup Global Markets Limited

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank North America, Inc.

Casey D. Laffey
Reed Smith LLP
Email: claffey@reedsmith.com
Attorney for: Bart M. Schwartz, as Receiver of Gabriel Capital, L.P., and Ariel Fund Limited

Michael S. Pollok
Marvin and Marvin, PLLC
Email: mpollok@marvinandmarvin.com
Attorney for: Alan Hayes, and Wendy Wolosoff-Hayes

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: Eleven Eighteen Limited Partnership, Bernard S. Gewirz, Carl S. Gewirz, Edward
H. Kaplan, Jerome A. Kaplan, Albert H. Small, 1776 K Street Associates Limited Partnership,
Estate of Robert H. Smith, Robert H. Smith Revocable Trust, Clarice R. Smith, Robert P. Kogod,
Marjet LLC, and Irene R. Kaplan

Carolyn B. Rendell
David S. Stone
Amy Walker Wagner
Stone & Magnanini, LLP
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Email: awagner@stonemagnalaw.com
Attorney for: Defendants David P. Gerstman, and Janet Gerstman

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney for: Counsel for Judie B. Lifton and the Judie Lifton 1996

Paul D. Moore
Stephen M. Honig
Patricia Heer Piskorski
Duane Morris LLP
Email: PDMoore@duanemorris.com
Email: smhonig@duanemorris.com
Email: phheer@duanemorris.com

300357385

Attorney for: Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat

Jeff E. Butler
Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, Inc., and Dakota Global Investments, Ltd.

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney for: Belfer Two Corporation

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney for: Counsel for Brian H. Gerber

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney for: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants

Fred H. Perkins
Robert K. Dakis
Michael Lago, Esq.
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Email: bankruptcy@morrisoncohen.com
Attorney for: Customer Claimant David Silver

Andrew J. Ehrlich
Caitlin Grusauskas
Brette Tannenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: cgrusauskas@paulweiss.com
Email: btannenbaum@paulweiss.com
Attorney for: The Estate of Mark D. Madoff, and Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova

300357385

Becker & Poliakoff
Email: hchaitman@bplegal.com
Email: psmith@bplegal.com
Email: jgorchkova@bplegal.com
Attorney for: Marsha Peshkin et al.

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney for: MUUS Independence Fund LP, and Michael W. Sonnenfeldt

Paula J. Warmuth
Glenn P. Warmuth
Stim & Warmuth, P.C.
Email: pjw@stim-warmuth.com
Email: gpw@stim-warmuth.com
Attorney for: Creditors,  Michael Most and Marjorie Most

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney for: Linda Polatsch

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney for: PJ Administrator LLC, Trust Under Article Fourth U/W/O Robert E. Klufer, Alyse
Klufer,  individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O
Robert E. Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust Under Article Fourth
U/W/O Robert E. Klufer, Robert and Alyse Klufer Family Trust ?A?, Alyse Joel Klufer as
Trustee of the Robert and Alyse Klufer Family Trust ?A?, Elisabeth Klufer, Nancy Greengrass,
Jane Shrage, Natalie Greengrass, Maxwell Greengrass, Damien Cave, and Michael Shrage

Steven H. Newman
Robert A. Abrams
Katsky Korins LLP
Email: snewman@katskykorins.com
Email: rabrams@katskykorins.com
Attorney for: Richard Spring, The Spring Family Trust, The Jeanne T. Spring Trust, Estate of
Richard L. Cash, Richard L. Cash Declaration of Trust Dated September 19,1994, James H.
Cash, David Cash, Jonathan Cash, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, Freda
Epstein Revocable Trust, Freda B. Epstein, Jennifer Spring McPherson, and S. H. & Helen R.
Scheuer Family Foundation

William B. Pollard, III
Ina Bort
Daniel J. Kornstein, Esq.
Amy C. Gross, Esq.

300357385

Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com
Email: dkornstein@kvwmail.com
Email: agross@kvwmail.com
Attorney for: Certain American Securities Defendants

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney for: Defendant Oppenheimer Acquisition Corp.

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: SNR Customers

William A. Habib, Esq.
Habib Law Associates, LLC
Email:  wahabib@verizon.net
Attorney for: Anthony F. Russo

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney for: Fabio Conti

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: CRS Revocable Trust, Constance R. Sisler, individually, and in her capacity as
Settlor and Trustee of the CRS Revocable Trust, Allan R. Tessler, in his capacity as Trustee of
the CRS Revocable Trust, Edith G. Sisler, S. James Coppersmith Charitable Remainder Unitrust,
Robert S. Bernstein, Robert Auerbach Revocable Trust, Joyce C. Auerbach Revocable Trust, and
Robert Auerbach,  individually

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney for: The Pati H. Gerber Defendants

Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: morwetzler@paulhastings.com
Attorney for: Federico Ceretti, Carlo Grosso, Kingate Management Limited, FIM Limited, and
FIM Advisors, LLP

David S. Golub

300357385

Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney for: Maria Shuster, Maria Rabinovich, Vladimir Rabinovich, Alexander Rabinovich, Natasha Jane Rabinovich, Jason M. Rausher, Eric Rausher, Marsha H. Rausher, Mitchell J. Rausher, Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Arnold Kohn, Theresa A. Wolfe, Wendy Sager Pomerantz, Robin S. Abramowitz, Howard Pomerantz, Richard Abramowitz & Pomerantz, P.A. Retirement Plan, Trustees Richard Abramowitz and Howard L. Pomerantz, Marcia B Fitzmaurice, Thomas R. Fitzmaurice, Rita S. Katz (n/k/a Rita Starr Katz Davey), Paula S. Katz, Frank S. Katz, Melissa Doron, parent of A.S.D., Samuel D. Davis, Traci D. Davis, and Daniel L. Davis,  Individually and as parent of H.D.D.

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney for: Andrew C. Sankin

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney for: New York State Education Department.

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, Jing W. Davis (now known as Amy Davis),, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Sol Davis, individually and as Trustee of the Sol Davis Retirement Plan, Giuseppe C. Basili, Grace A. Nash, Michael T. Nash, Thomas H. Nash, Justin Kane, Cynthia Schrank Kane, Steven E. Sklar, parent of J.K.S, parent of K.H.S, parent of N.A.S., Linda Laychak, Eugene G. Laychak, Jr., Jozef Kaczynski, Giuseppa A Boccanfuso, Dominick F. Boccanfuso, Margherita M. Basili, Trustee of Margherita M. Basili Retirement Plan and individually, Betty Tarr, Madeline E Corish Estate, Margaret Pace, Joanne Verses, Shirley B. Sklar, William Sklar, William Sklar, Trustee of Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, Harold Murtha, Trustee of Murtha Enterprises, Inc. Profit-Sharing Plan, Robert Levin, Diane T. Levin, Carol P. Dargan, Everett L. Dargan, Antona G Wilson, Gerald A Wilson, Midlands Surgical Associates, PA Profit Sharing Plan, Anna Kedersha, as parent of A.K, Mary Zarra, as parent of A.Z. and A.Z., Sophia B Freitag, Crescienzo J Boccanfuso, Patti E Schacht, Cindy J Schacht, Jacqueline A Johnson, Douglas H. Johnson, Cory D Johnson, Jaime R Johnson, David C Johnson, Bonnie A Johnson, Individually and as parent of D.C.J., Diane C. Backus, and WR Johnson Co. Pension and Profit Sharing Plan

Xochitl Strohbehn
Quinn Emanuel Urquhart & Sullivan, LLP
Email: xochitlstrohbehn@quinnemanuel.com
Attorney for: Kingate Global Fund Ltd., and Kingate Euro Fund Ltd.

Matthew Kalinowski

300357385

Andrew D. Gottfried
Morgan Lewis & Bockius LLP
Email: mkalinowski@morganlewis.com
Email: agottfried@morganlewis.com
Attorney for: The Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and
Andrew Kostin

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: BSI AG

George W. Shuster
Andrea J. Robinson
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Email: andrea.robinson@wilmerhale.com
Attorney for: SNS Global Custody B.V., and SNS Bank N.V.

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney for: Tensyr Limited

Michael I. Goldberg
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Attorney for:  Michael I. Goldberg

Marianna Udem
ASK,  LLP
Email: mudem@askllp.com
Attorney for: Marianna Udem

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney for: Seth L. Rosenberg

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney for: Mark S. Cohen

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney for: David Bolton

300357385

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney for: Vivian R. Drohan

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney for: Tony Miodonka

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney for: Marshall R. King

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney for:  Gary Woodfield

Scott W. Reynolds
Hogan Lovells US LLP
Email: scott.reynolds@hoganlovells.com
Attorney for: Scott W. Reynolds

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney for: Harold D. Jones

Richard A. Kirby
K&L Gates LLP
Email: richard.kirby@klgates.com
Attorney for: Richard A. Kirby

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney for: Brendan M. Scott

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney for: Richard Galler

Elise Scherr Frejka
Kramer Levin Naftalis & Frankel LLP

300357385

Email: efrejka@kramerlevin.com
Attorney for: Elise Scherr Frejka

Richard E. Signorelli
Bryan Ha
Law Office of Richard E. Signorelli
Email: rsignorelli@nycLITIGATOR.com;  rsignorelli@aol.com
Email: bhanyc@gmail.com
Attorney for: Richard E. Signorelli

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney for: Amy J. Swedberg

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Gary S. Lee

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney for: Richard G. Haddad

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney for: Richard L. Spinogatti

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney for: Will R. Tansey

Michael V. Ciresi
Robins Kaplan L.L.P.
Email: MVCiresi@rkmc.com
Attorney for: Michael V. Ciresi

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney for: Douglas R. Hirsch

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com

300357385

Attorney for: George R. Hirsch

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney for: Timothy A. Valliere

John Lavin
Blount & Lavin, P.C.
Email: jlavin@blountlavin.com
Attorney for: John J. Lavin

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney for: Michael V. Blumenthal

Steven Paradise
Vinson & Elkins L.L.P
Email: sparadise@velaw.com
Attorney for: Steven Paradise

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney for: Deirdre Norton Hykal

300357385