**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS      )
                              ) ss:
COUNTY OF DALLAS  )

      JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 27, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Certificate of No Objection of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Peerstate Equity Fund, L.P. (Docket Number 9880)

Executed on  Apr. 29 , 2015

_____
John S. Franks

Sworn to and subscribed before me this 29th day of April, 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

_____
Notary Public

# Exhibit A

Exhibit A
April 27, 2015

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | 11563 | |
| | | | | | 11753 | |
| | | | | | 10583 | |
| | | | | | 11743-3672 | |
| | | | | | 90272 | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| | | | | | 33433-7005 | |
| | | | | | 11520-2011 | |
| | | | | | 11020-1203 | |
| CHRISTOPHER VAN DE KIEFT, ESQ., SEEGER WEISS LLP | 77 WATER ST RM 2600 | | NEW YORK | NY | 10005-4404 | |
| | | | | | 07652 | |
| | | | | | 14425 | |
| | | | | | 27614 | |
| | | | | | 11050-4749 | |
| | | | | | 11545-2256 | |
| | | | | | 11050-4749 | |
| | | | | | PO31 8QG | UNITED KINGDOM |
| | | | | | 10583 | |
| | | | | | 11510 | |
| | | | | | 06870 | |
| | | | | | 11747 | |
| | | | | | 10036 | |
| | | | | | 11743 | |
| | | | | | 11743 | |
| | | | | | 11746 | |
| | | | | | 33487 | |
| | | | | | 11358 | |

**Exhibit A**
**April 27, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| | | | | | 02451-1445 | |
| | | | | | 11360 | |
| | | | | | 07869-4602 | |
| | | | | | 11566 | |
| | | | | | 12020-4147 | |
| | | | | | 06870 | |
| | | | | | 11746 | |
| | | | | | 11510 | |
| | | | | | 11746 | |
| | | | | | 34239 | |
| | | | | | 29835 | |
| | | | | | 11561 | |
| | | | | | 11561 | |
| | | | | | 10003 | |
| | | | | | 11768 | |
| | | | | | 11753 | |
| | | | | | 11235 | |
| | | | | | 11235 | |
| | | | | | 11518 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 11042 | |
| | | | | | 06033 | |

**Exhibit A**
**April 27, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | |
| | | | | | 10583 | |
| | | | | | 33496 | |
| | | | | | 11561-0476 | |
| | | | | | 06870 | |
| | | | | | 11514-1845 | |
| | | | | | 10023 | |
| | | | | | 11566 | |
| | | | | | 11566 | |
| | | | | | 11590 | |
| REISMAN PEIREZ & REISMAN, LLP, ATTN: JEROME REISMAN, ESQ. | 1305 FRANKLIN AVE., STE. 270, P.O. BOX 119 | | GARDEN CITY | NY | 11530 | |
| | | | | | 11561 | |
| | | | | | 07733 | |
| | | | | | 33496 | |
| | | | | | 11735 | |
| | | | | | 11735 | |
| | | | | | 11735 | |
| | | | | | 11758-5669 | |
| | | | | | 33418 | |
| | | | | | 10583 | |
| | | | | | 23518 | |
| | | | | | 11743-6501 | |
| | | | | | 11725 | |
| | | | | | 10014 | |
| | | | | | 33496 | |

Page 3 of 4

**Exhibit A**
**April 27, 2015**

| Name | Address1 | Address2 | City | State | ZIP | Country |
|------|----------|----------|------|-------|-----|---------|
|      |          |          |      |       | 14424 |       |
|      |          |          |      |       | 11530 |       |