UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

In re:                                              :          SIPA LIQUIDATION
                                                    :
BERNARD L. MADOFF INVESTMENT                        :
SECURITIES LLC,                                      :          Case No. 08-01789 (SMB)
                                                    :
          Debtor.                                    :          (Substantively Consolidated)

---------------------------------------------------

SECURITIES INVESTOR PROTECTION            :
CORPORATION                                          :
                                                    :
          Plaintiff,                                 :
v.                                                   :
                                                    :
BERNARD L. MADOFF INVESTMENT                        :
SECURITIES LLC,                                      :
                                                    :
          Defendant.                                 :          April 29, 2015

---------------------------------------------------

## MOTION FOR PERMISSION TO WITHDRAW

The undersigned respectfully moves for permission to withdraw as counsel of record in

the above-referenced matter for the reason that the claims of the undersigned's clients have been

resolved by agreement with the Trustee and withdrawn, and the undersigned no longer has any

active interest in the claims pending herein.


                                        /s/   David S. Golub
                                        DAVID S. GOLUB
                                        SILVER GOLUB & TEITELL LLP
                                        184 Atlantic Street
                                        Stamford, CT 06901
                                        (203) 325-4491
                                        dgolub@sgtlaw.com

                                        *Counsel to the Westport Claimants*