UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Alan L. Aufzien and Norma K. Aufzien (the "Claimants"), having filed an objection (the "Objection", ECF No. 944) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim no. 004252 hereby give notice that they withdraw such Objection.

Dated: March 18, 2015

_____
Alan L. Aufzien
1500 South Ocean Blvd., Apt. 702
Boca Raton, Florida 33432

_____
Norma K. Aufzien
1500 South Ocean Blvd., Apt. 702
Boca Raton, Florida 33432

2