**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jonathan M. Aufzien (the "Claimant"), having filed an objection (the "Objection", ECF No. 945) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 003407, hereby gives notice that he withdraws such Objection.

Dated: March 17, 2015

Jonathan M. Aufzien
140 West End Avenue
New York, New York 10023