UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lisa Aufzien (the "Claimant"), having filed an objection (the "Objection", ECF No. 946) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 004170, hereby gives notice that she withdraws such Objection.

Dated: March 19, 2015

                                                                                                           _____
                                                                                                           Lisa Aufzien
                                                                                                           7 Moran Road
                                                                                                           West Orange, New Jersey 07052