UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Leslie Aufzien Levine (the "Claimant"), having filed an objection (the "Objection", ECF No. 947) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 005557 hereby gives notice that she withdraws such Objection.

Dated: March 18, 2015

*Leslie Aufzien Levine*
Leslie Aufzien Levine
One East Parkway
Clifton, New Jersey 07014