FROM : AUFZIEN EQUITIES            FAX NO. : 954 739 5595           Mar. 18 2015 01:57PM  P2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Meredith Aufzien Bauer (the "Claimant"), having filed an objection (the "Objection", ECF No. 948) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 004901, hereby gives notice that she withdraws such Objection.

Dated: March 19, 2015

Meredith Aufzien Bauer
3 Blackberry Lane
North Caldwell, New Jersey 07006