UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

George N. Faris (the "Claimant"), having filed an objection (the "Objection", Docket No. 849) to the Trustee's Notices of Determination of Claims respecting Claimant's customer claims (#000688, #000907 and #100082), hereby gives notice that he withdraws such Objection.

Dated: April 28, 2015

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
James V. Masella, III
Email: jmasella@pbwt.com
Scott C. Caplan
Email: scaplan@pbwt.com

300356123_2