**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THERESA BERMAN REVOCABLE TRUST; ESTATE OF THERESA BERMAN; LYLE BERMAN, in his capacity as Trustee for the Theresa Berman Revocable Trust and in his capacity as Personal Representative of the Estate of Theresa Berman; SHARON BERMAN SNYDER, in her capacity as Trustee for the Theresa Berman | Adv. Pro. No. 10-04416 (SMB) |

Revocable Trust and in her capacity as Personal Representative of the Estate of Theresa Berman; and LILLIAN BERMAN GOLDFARB, in her capacity as Trustee for the Theresa Berman Revocable Trust and in her capacity as Personal Representative of the Estate of Theresa Berman,

                      Defendants.

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: April 30, 2014

2. Fact Discovery shall be completed by: June 15, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: August 19, 2015

4. The Disclosure of Rebuttal Experts shall be due: September 18, 2015

5. The Deadline for Completion of Expert Discovery shall be: December 17, 2015

6. The Deadline for Mediation Referral shall be: February 16, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 1, 2016

8. The Deadline for Conclusion of Mediation shall be: June 28, 2016

| | |
|---|---|
| Dated: New York, New York<br>May 1, 2015 | BAKER & HOSTETLER LLP<br><br>By: /s/ *Nicholas J. Cremona*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |