**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05215 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF SAMUEL ROITENBERG; SAMUEL ROITENBERG TRUST; HAROLD ROITENBERG, in his capacity as Trustee for the Samuel Roitenberg Trust, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Estate of Samuel Roitenberg, Samuel Roitenberg Trust, and Harold Roitenberg, in his capacity as Trustee for the Samuel Roitenberg Trust ("Defendants"), by and through their counsel, Tracy L. Klestadt and Brendan M. Scott of Klestadt Winters Jureller Southard & Stevens, LLP and Allen Saeks and Blake Shepard of Stinson Leonard Street LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On December 3, 2010, the Trustee filed and served the Complaint against Estate of Samuel Roitenberg, Samuel Roitenberg Trust, Harold Roitenberg, in his capacity as Trustee for the Samuel Roitenberg Trust, T. R., and N. R.

2.      On September 15, 2014, the Trustee filed a Notice of Voluntary Dismissal of Defendants T. R. and N. R.

3.      On May 19, 2014, Defendants served an answer on the Trustee.

4.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  May 1, 2015

**BAKER & HOSTETLER LLP**

By: /s/  Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Dean D. Hunt
Email:  dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

**STINSON LEONARD STREET LLP**

By:  /s/ Allen I. Saeks
Tracy L. Klestadt
Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, NY  10018-6314
Telephone: 212.972.3000

Allen I. Saeks
Blake Shepard
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402

Telephone: 612.335.1500

*Attorneys for Defendants Estate of Samuel Roitenberg, Samuel Roitenberg Trust, and Harold Roitenberg*

SO ORDERED.

Dated: May 1, 2015            _/s/ Stuart M. Bernstein_____
New York, New York            HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE