ROBINS KAPLAN LLP
Stephen F. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities Investor Protection Corporation | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO WITHDRAW DAMIEN RIEHL AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS** |
| Bernard L. Madoff Investment Securities LLC, | |
| Defendant. | SIPA Liquidation |
| In re: | (Substantively Consolidated) |
| Bernard L. Madoff | |
| Debtor | |

| | |
|---|---|
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04499 (SMB) |
| Plaintiff, | |
| v. | |
| METRO MOTOR IMPORTS, INC., | |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW DAMIEN RIEHL AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS

Pursuant to Rule 1.3 of the Local Rules of the United States Bankruptcy Court for

the Southern District of New York, the undersigned attorney hereby moves this Court

for an Order granting this Motion for Leave to Withdraw Damien Riehl as Counsel of

Record for Defendants and Removal from Electronic Case Filing Service Lists and hard copy service lists in the above-captioned proceedings. Mr. Riehl is no longer with the firm representing Defendants.  All other counsel of record at Robins Kaplan LLP for Defendants in the above-captioned matter shall remain the same. Counsel for Defendant Metro Motor Imports, Inc. notified Jan Schulte, a current officer of Metro Motor Imports, Inc., of Mr. Riehl's departure. On behalf of Metro Motor Imports, Inc., Ms. Schulte consented to Mr. Riehl's withdrawal.

Dated:  May 4, 2015                         Respectfully submitted,

By:  *s/Stephen F. Safranski*
Stephen F. Safranski
(*admitted pro hac vice*)
Thomas F. Berndt
(*admitted pro hac vice*)
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone:  (612) 349-8500
ssafranski@robinskaplan.com
tberndt@robinskaplan.com

Harold Jones (Bar No. HDJ–4652)
JONES & SCHWARTZ, P.C.
One Old Country Road – Suite 384
Carle Place, New York 11514
Telephone: (516) 873–8700
Facsimile: (516) 873–8711
Email: hjones@jonesschwartz.com

*Attorneys for Defendants*

85813962.1