**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS          )
                                   )    ss:
COUNTY OF DALLAS       )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On April 7, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.    Notice of Motion, Proposed Order and Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Lazarus-Schy Family Partnership, The Schy Family Partnership, or the Lazarus Investment Group (Docket Number 9771)
    2.    Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Lazarus-Schy Family Partnership, The Schy Family Partnership, or the Lazarus Investment Group (Docket Number 9773)
    3.    Declaration of Stephanie Ackerman in Support of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Lazarus-Schy Family Partnership, The Schy Family Partnership, or the Lazarus Investment Group (Docket Number 9774)

Executed on _____Apr. 8_____, 2015

_____
John S. Franks

Sworn to and subscribed before me this _8th_ day of _April_, 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

(SEAL) _____

_____
Notary Public

Exhibit A

**Exhibit A1**

**April 7, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 29579 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 29579 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 29579 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 29579 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 07410 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33484-8832 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33484 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 12533 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 10566 |
| Helen Davis Chaitman | Becker & Poliakoff, LLP | 45 Broadway | New York | NY | 10006 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33434 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33067 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33446 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 29579 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 20036 |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33446 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33434 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 12306 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 12306 |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | 33067 |