**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94 and JOEL I. GORDON,<br><br>        Defendants. | Adv. Pro. No. 10-04615 (SMB) |

## FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due September 30, 2014.

2. Fact Discovery shall be completed by July 14, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due October 1, 2015.

4. The Disclosure of Rebuttal Experts shall be due November 2, 2015.

5. The Deadline for Completion of Expert Discovery shall be January 25, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be February 22, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be March 7, 2016.

*[The remainder of this page has been left blank intentionally.]*

300358047.1

8.     The Deadline for Conclusion of Mediation shall be July 7, 2016.

Dated: New York, New York                  BAKER & HOSTETLER LLP
       May 6, 2015

                                           By: */s/ Elyssa S. Kates*
                                           David J. Sheehan
                                           Marc E. Hirschfield
                                           Oren J. Warshavsky
                                           Robertson D. Beckerlegge
                                           Elyssa S. Kates
                                           45 Rockefeller Plaza
                                           New York, NY 10111
                                           Telephone: (212) 589-4200
                                           Facsimile: (212) 589-4201

                                           *Attorneys for Irving H. Picard, Trustee
                                           for the Substantively Consolidated SIPA
                                           Liquidation of Bernard L. Madoff Investment
                                           Securities LLC and for the Estate of Bernard
                                           L. Madoff*

300358047.1