| | |
|---|---|
| Baker & Hostetler LLP | Hearing Date: June 24, 2015 |
| 45 Rockefeller Plaza | Hearing Time:  10:00 AM (EST) |
| New York, New York 10111 | Objection Deadline:  May 28, 2015 |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |

David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF TRUSTEE'S MOTION AND MEMORANDUM TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN EPIC VENTURES, LLC**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq. ("SIPA")*, and for the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his undersigned counsel, respectfully moves pursuant to Trustee's Motion And Memorandum To Affirm His Determinations Denying Claims of Claimants Holding Interests In Epic Ventures, LLC (the "Motion"), the declarations of Stephanie Ackerman and Vineet Sehgal, and the exhibits attached thereto, for an order affirming the Trustee's denial of the claims of Objecting Claimants who asserted claims based upon their investments in Epic Ventures, LLC ("Epic"), expunging such claims, and overruling certain objections to the Trustee's determinations of their claims, on the grounds that the Objecting Claimants are not "customers" as such term is used at SIPA § 78*lll*(2). No other basis for claim denial other than the "customer" issue will be dealt with in the current Motion.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion and any opposing affidavits must be filed with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m., on May 28, 2015** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq. and Christopher H. LaRosa, Esq. so as to be received on or before May 28, 2015. Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on this Motion is scheduled for June 24, 2015, at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 or such other time as the Court determines. However, if no objection to the Motion is filed and served in accordance with the requirements of this notice, the Court may enter an order granting the requested relief without holding a hearing under Local Bankruptcy Rule 9075-2.

**PLEASE TAKE FURTHER NOTICE** that Notice of the Motion will be provided by U.S. Mail, postage prepaid or email to (i) claimants listed in Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal; (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New York; and (vii) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).  The Trustee submits that no other or further notice is required. In addition, the Trustee's pleadings filed in accordance with the schedule outlined above will be posted to the Trustee's website www.madofftrustee.com and are accessible, without charge, from that site. Exhibits  4 – 8 to the supporting Declaration of Vineet Sehgal will be available for review upon written or telephonic request to Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111, Attn: Stephanie Ackerman., Tel: (212) 847-5851, Email: sackerman@bakerlaw.com.

2

Dated: New York, New York  
May 6, 2015

*/s/ David J. Sheehan*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Jorian L. Rose  
jrose@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com  
Seanna R. Brown  
Email: sbrown@bakerlaw.com  
Amy E. Vanderwal  
Email: avanderwal@bakerlaw.com  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York  10111  
Tel: (212) 589-4200  
Fax: (212) 589-4201

Brian A. Bash  
Email: bbash@bakerlaw.com  
Wendy J. Gibson  
Email: wgibson@bakerlaw.com  
**Baker & Hostetler LLP**  
1900 E. 9th St Suite 3200  
Cleveland, Ohio  44114  
Tel: (216) 621-0200  
Fax: (216) 696-0740

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and Bernard L. Madoff*

3