## EXHIBIT 1 – ACCOUNT-HOLDING LIMITED LIABILITY COMPANIES

Limited Liability Company With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Limited Liability Company Account Name | Limited Liability Company Name | Limited Liability Company Account Number | Claim Filed By Limited Liability Company | Total Outstanding Objections Received From Claimants Invested In The LLC |
|---|---|---|---|---|
| Epic Ventures LLC | Epic Ventures LLC | 1E0158 | Yes (013379) | 18 |
| | | | | **Total: 18** |