# EXHIBIT 2 – OBJECTING CLAIMANTS

List Of Claimants Invested In The Limited Liability Company Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Limited Liability Company Invested In | Limited Liability Company Account Number |
|---|---|---|---|---|---|
| Alexander A. Stein Trust | 013374 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| George And Sarah Berman | 013383 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P. Stein IRA | 013371 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P. Stein Fbo Jonah M. Stein 1995 Trust | 013373 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Mona And Alan Fisher | 013381 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Greg Goldberg IRA | 013386 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Joel Goldberg - Pension Profit Sharing Plan | 013370 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Joel Goldberg - Pension Profit Sharing Plan (Not First Trust) | 013384 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Marilyn And Edward Kaplan | 013382 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Kerri Goldberg IRA | 013387 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Lauren Goldberg IRA | 013385 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Lena M. Stein Trust | 013372 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Robert W. Renfield Living Trust | 013380 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Elaine Roberts | 013369 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P Stein c/o Epic Ventures LLC | 013378 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Loren W. Stein | 013375 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Margot Stein | 013376 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Sharon Stein | 013377 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |