# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Limited Liability Company Identified In Exhibit 1

| Claim Number | Claimant | Limited Liability Company | Limited Liability Company Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 010603 | Greg Goldberg IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010646 | Eric P. Stein Fbo Jonah M. Stein 1995 Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010719 | Joel Goldberg - Pension Profit Sharing Plan (Not First Trust) | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010728 | Marilyn And Edward Kaplan | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010729 | Robert W. Renfield Living Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010747 | Loren W. Stein | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010749 | Sharon Stein | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010805 | Elaine Roberts | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 010816 | Eric P. Stein IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100185 | Alexander A. Stein Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100190 | Kerri Goldberg IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100195 | Lauren Goldberg IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100196 | George And Sarah Berman | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100197 | Mona And Alan Fisher | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100198 | Margot Stein | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100202 | Eric P Stein c/o Epic Ventures LLC | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100203 | Joel Goldberg - Pension Profit Sharing Plan | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100205 | Lena M. Stein Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |