# Delaware

PAGE   1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT

COPIES OF ALL DOCUMENTS ON FILE OF "EPIC VENTURES, LLC" AS

RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE SECOND DAY OF NOVEMBER,

A.D. 1999, AT 9 O'CLOCK A.M.

CERTIFICATE OF CHANGE OF REGISTERED AGENT, FILED THE

TWENTY-FOURTH DAY OF OCTOBER, A.D. 2012, AT 11:45 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID

CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE

AFORESAID LIMITED LIABILITY COMPANY, "EPIC VENTURES, LLC".

3120052   8100H

150535826

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2305550

DATE: 04-20-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

# Certificate of Formation

## of

## Epic Ventures, LLC

### (Under Section 18-201 of the Delaware Limited Liability Company Act)

I, the undersigned, to form a limited liability company under the Delaware Limited Liability Company Act (the "*LLC Act*"), hereby certify:

FIRST:         The name of the limited liability company is Epic Ventures, LLC (the "*Company*").

SECOND:        The address of the registered office of the Company in Delaware is 1013 Centre Road, City of Wilmington, County of New Castle, Delaware 19805-1297. The registered agent of the Company in Delaware for service of process is Corporation Service Company, whose address is 1013 Centre Road, City of Wilmington, County of New Castle, Delaware 19805-1297.

IN WITNESS WHEREOF, the undersigned, an authorized person within the meaning of Section 18-201 of the LLC Act, has signed this Certificate of Formation on November 2, 1999.

John C. Conrad
Authorized Person

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 11/02/1999
991465442 - 3120052

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 12:16 PM 10/24/2012*
*FILED 11:45 AM 10/24/2012*
*SRV 121160443 - 3120052 FILE*

## STATE OF DELAWARE

## CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

## EPIC VENTURES, LLC

The Limited Liability Company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

FIRST: The name of the Limited Liability Company is EPIC VENTURES, LLC.

SECOND: The Registered Office of the Limited Liability Company in the State of Delaware is changed to 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex. The name of the Registered Agent at such address upon whom process against this Limited Liability Company may be served is Harvard Business Services, Inc.

IN WITNESS WHEREOF, said EPIC VENTURES, LLC has caused this certificate to be signed by its Authorized Person this _24th_ day of _October_, 2012.

By: _____
Authorized Person(s)

Name: _ERIC P. STEIN_
Please Print