**FOX ROTHSCHILD LLP**
James Lemonedes
Kathleen M. Aiello
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Fax: (212) 692-0940

*Attorneys for Defendants Keystone Electronics Corp. Employee Profit Sharing Trust, Richard D. David and Roberta David*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiffs, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC., | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04974 (BRL) |
| v. | |
| KEYSTONE ELECTRONICS CORP. EMPLOYEE PROFIT SHARING TRUST, RICHARD D. DAVID, in his capacity as Trustee, and ROBERTA DAVID, in her capacity as Trustee, | |
| Defendants. | |

## NOTICE SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of James Lemonedes and Kathleen M. Aiello of Fox Rothschild LLP for Keith R. McMurdy of Fox Rothschild LLP as attorney for Defendants Keystone Electronics Corp. Employee Profit Sharing Trust, Richard D. David and Robert David in the above-captioned matter.  All further pleadings, orders and notices, paper or electronic, should be sent to substitute counsel for the Defendants, as follows:

James Lemonedes
Kathleen M. Aiello
100 Park Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 878-7900
Fax: (212) 692-0940
jlemonedes@foxrothschild.com
kaiello@foxrothschild.com

FOX ROTHSCHILD LLP                           FOX ROTHSCHILD LLP
*Withdrawing Attorney*                       *Superseding Attorneys*


/s/ Keith R. McMurdy                         /s/ Kathleen M. Aiello
     Keith R. McMurdy                        James Lemonedes
                                             Kathleen M. Aiello
                                             100 Park Avenue, 15th Floor
                                             New York, New York 10017
                                             Telephone: (212) 878-7900
                                             Fax: (212) 692-0940
                                             jlemonedes@foxrothschild.com
                                             kaiello@foxrothschild.com

2

29977012