**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC.,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYSTONE ELECTRONICS CORP. EMPLOYEE PROFIT SHARING TRUST, RICHARD D. DAVID, in his capacity as Trustee, and ROBERTA DAVID, in her capacity as Trustee,<br><br>    Defendants. | Adv. Pro. No. 10-04974 (BRL) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK  )

    PENINE HART, being sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, am a resident of New York County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, Suite 1500, New York, New York 10017.

2. On **May 8, 2015**, I served a true and correct copy of the *Notice of Substitution of Counsel* upon the following parties at the mailing address designated for that purpose by depositing a true copy of the same enclosed in a first class, post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York:

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin H. Bell
Security Investment Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207

/s/ Penine Hart
Penine Hart

Sworn to before me this
8th day of May, 2015

/s/ Jeannette Litos
Jeannette Litos
Notary Public, State of New York
No. 02L16305287
Qualified in Richmond County
My Commission Expires June 9, 2018

2

29977012