## EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Limited Liability Company Identified In Exhibit 1

| Claim Number | Claimant | Limited Liability Company | Limited Liability Company Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 013369 | Elaine Roberts | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013370 | Joel Goldberg - Pension Profit Sharing Plan | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013371 | Eric P. Stein IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013372 | Lena M. Stein Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013373 | Eric P. Stein Fbo Jonah M. Stein 1995 Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013374 | Alexander A. Stein Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013375 | Loren W. Stein | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013376 | Margot Stein | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013377 | Sharon Stein | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013378 | Eric P Stein c/o Epic Ventures LLC | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013380 | Robert W. Renfield Living Trust | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013381 | Mona And Alan Fisher | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013382 | Marilyn And Edward Kaplan | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013383 | George And Sarah Berman | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013384 | Joel Goldberg - Pension Profit Sharing Plan (Not First Trust) | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013385 | Lauren Goldberg IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013386 | Greg Goldberg IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 013387 | Kerri Goldberg IRA | Epic Ventures LLC | 1E0158 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |