**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MBE PREFERRED LIMITED PARTNERSHIP; MBE GENERAL LLC as the General Partner of MBE Preferred Limited Partnership; KENNETH L. EVENSTAD REVOCABLE TRUST u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited Partnership; KENNETH L. EVENSTAD in his capacity as Grantor and Trustee for the | Adv. Pro. No. 10-04952 (SMB) |

300257299.1

Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000; GRACE B. EVENSTAD in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000; KENNETH L. EVENSTAD, individually; GRACE B. EVENSTAD, individually; MARK B. EVENSTAD REVOCABLE TRUST u/a/d January 30, 2003 as a Limited Partner of MBE Preferred Limited Partnership; MARK B. EVENSTAD in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003; SHANNON MAHONEY EVENSTAD in her capacity as Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003; MARK B. EVENSTAD individually; and SHANNON MAHONEY EVENSTAD individually,

Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures were exchanged on May 16, 2014

2.  Fact Discovery shall be completed by:  May 29, 2015

3.  The Disclosure of Case-in-Chief Experts shall be due: August 14, 2015

4.  The Disclosure of Rebuttal Experts shall be due: September 14, 2015

5.  The Deadline for Completion of Expert Discovery shall be: October 13, 2015

6.  The Deadline for Service of a Notice of Mediation Referral shall be:  On or before December 14, 2015

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before December 28, 2015.

2

8. The Deadline for Conclusion of Mediation shall be: On or before April 26, 2016.

Dated: May 8, 2015

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: /s *Nicholas J. Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas Cremona<br>Email: ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ *Daniel B. Besikof*_____<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: 212.407.4129<br>Facsimile: 646.417.6335<br>P. Gregory Schwed<br>Email: gschwed@loeb.com<br>Daniel B. Besikof<br>Email: dbesikof@loeb.com<br><br>*Attorneys for Defendants* |

300357229.1