**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>MARK B. EVENSTAD REVOCABLE TRUST u/a dated January 30, 2003; MARK B. EVENSTAD in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust; SHANNON MAHONEY EVENSTAD in her capacity as Trustee for the Mark B. Evenstad Revocable Trust; | Adv. Pro. No. 10-04512 (SMB) |

> MARK B. EVENSTAD individually; and
> SHANNON MAHONEY EVENSTAD individually,
>
> Defendants.

**FOURTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures were exchanged on May 16, 2014

2.  Fact Discovery shall be completed by: May 29, 2015

3.  The Disclosure of Case-in-Chief Experts shall be due: August 14, 2015

4.  The Disclosure of Rebuttal Experts shall be due: September 14, 2015

5.  The Deadline for Completion of Expert Discovery shall be: October 13, 2015

6.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 14, 2015

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before December 28, 2015.

8.  The Deadline for Conclusion of Mediation shall be: On or before April 26, 2016.

2

Dated: May 8, 2015

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
| By: /s *Nicholas J. Cremona*_____ | By: /s/ _*Daniel B. Besikof*_____ |
| 45 Rockefeller Plaza | 345 Park Avenue |
| New York, New York 10111 | New York, New York 10154 |
| Telephone: 212.589.4200 | Telephone: 212.407.4129 |
| Facsimile: 212.589.4201 | Facsimile: 646.417.6335 |
| David J. Sheehan | P. Gregory Schwed |
| Email: dsheehan@bakerlaw.com | Email: gschwed@loeb.com |
| Nicholas Cremona | Daniel B. Besikof |
| Email: ncremona@bakerlaw.com | Email: dbesikof@loeb.com |
| Christa C. Turner | |
| Email: cturner@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Defendants* |