# EXHIBIT A

Filed Under Seal

pursuant to paragraph 9 of the Litigation Protective Order ECF No. 4137

{11081215:1}