UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities Investor Protection Corporation<br><br>Plaintiff,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW DAMIEN RIEHL AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS** |
| In re:<br><br>Bernard L. Madoff<br><br>Debtor | SIPA Liquidation<br><br>(Substantively Consolidated) |

| | |
|---|---|
| Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>METRO MOTOR IMPORTS, INC.,<br><br>Defendant. | Adv. Pro. No. 10-04499 (SMB) |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW DAMIEN RIEHL AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS**

Stephen F. Safranski moved to withdraw Damien Riehl as counsel of record for the Defendants in the above-captioned proceedings, filed May 4, 2015. In the Motion, Mr. Safranski seeks to withdraw Mr. Riehl as counsel for Defendants in the above-captioned proceedings, because he is longer with the firm representing those Defendants. After due consideration, it is hereby

ORDERED that the Motion for Leave to Withdraw Damien Riehl as Counsel of Record for Defendants and Removal from Service Lists is **GRANTED**.

Dated: May 11th, 2015

/s/ STUART M. BERNSTEIN
STUART M. BERNSTEIN
United States Bankruptcy Judge

85813910.1