**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendant, Barbara Kotlikoff Harman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | |
| | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-05130 (SMB) |
| Plaintiff, | |
| v. | |
| BARBARA KOTLIKOFF HARMAN, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on May 12, 2015 I caused a true and correct copy of Barbara Kotlikoff Harman's Third Set of Requests for Documents to the Trustee to be served by electronic mail upon:

Dean D. Hunt dhunt@bakerlaw.com
Farrell Hochmuth fhochmuth@bakerlaw.com
Marie Carlisle mcarlisle@bakerlaw.com
Rachel Smith rsmith@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 100111

*Attorneys for the Trustee*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2015                              */s/ Lourdes Blanco*