**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Howard Israel (the "Claimant"), having filed an objection (the "Objection," ECF No. 432) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#5500), hereby gives notice that he withdraws such Objection.

Dated: April 27, 2015

Howard Israel
32 Garrison Street
Suite 50-501
Boston, Massachusetts 02116
Telephone: 617.967.8884