**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER APPROVING TRUSTEE'S MOTION TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN THE LAZARUS-SCHY FAMILY PARTNERSHIP, THE SCHY FAMILY PARTNERSHIP, OR THE LAZARUS INVESTMENT GROUP**

Upon consideration of the Trustee's Motion And Memorandum To Affirm His Determination Denying Claims Of Claimants Holding Interests In The Lazarus-Schy Family Partnership, The Schy Family Partnership, Or The Lazarus Investment Group (the "Motion")[1] (ECF No. 9771), dated April 7, 2015, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), and it appearing that due and proper notice of the Motion and the relief requested therein have been given, and no other or further notice needing to be given; and the Court having reviewed the Motion, the Declarations of Stephanie Ackerman and Vineet Sehgal, the objections to determination, and the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

record in this case; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

    **ORDERED**, that the relief requested in the Motion is hereby granted to the extent forth herein; and it is further

    **ORDERED**, that the Trustee's denial of the claims listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto, is affirmed, and such claims are disallowed and expunged; and it is further

    **ORDERED**, that the objections to the Trustee's determinations listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto, are overruled; and it is further

    **ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
    _____, 2015

    _____
    HONORABLE STUART M. BERNSTEIN
    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 2 – OBJECTING CLAIMANTS**

List Of Claimants Invested In The Partnerships Identified In Exhibit 1 With Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Jared Lazarus | 010805 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Jared Lazarus | 100203 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Michael Lazarus | 010816 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Michael Lazarus | 100205 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Zipora Lazarus | 010646 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Zipora Lazarus | 100185 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Adam Lazarus | 010747 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Adam Lazarus | 100198 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Amber Lazarus | 010749 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Amber Lazarus | 100202 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Audra Lazarus | 010729 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Audra Lazarus | 100197 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Linda Lazarus | 010728 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Linda Lazarus | 100196 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Ronald Lazarus | 010719 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Ronald Lazarus | 100195 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Zipora Lazarus | 010603 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Zipora Lazarus | 100190 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Zipora Lazarus | 010602 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Zipora Lazarus | 100189 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For J.S. | 010983 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For J.S. | 100207 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy | 010982 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy | 100212 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For B.S. | 010981 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For B.S. | 100209 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |

08-01789-smb    Doc 9773-2    Filed 04/07/15    Entered 04/07/15 16:18:35    Exhibit 2 Pg 2 of 2

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Abe Schy Custodian For M.S. | 010980 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For M.S. | 100211 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Doron Schy | 012681 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Doron Schy | 100276 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Elan Schy | 010881 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Elan Schy | 100210 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Ira Schy | 010601 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Ira Schy | 100186 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Lisa Schy | 010986 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Lisa Schy | 100378 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Rose Schy | 010649 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Rose Schy | 100187 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Steve Schy | 012935 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Steve Schy | 100387 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |