**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Gonzalo S. Zeballos
Geoffrey A. North
Samir K. Ranade

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br>No. 08-01789 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, RELIANCE MANAGEMENT (GIBRALTAR) LIMITED, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their | Adv. Pro. No. 10-05311 (SMB) |

300358239.1


capacities as liquidators and representatives of
LUXEMBOURG INVESTMENT FUND AND
LUXEMBOURG INVESTMENT FUND U.S.
EQUITY PLUS, and

LANDMARK INVESTMENT FUND IRELAND,

Defendants.

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM SERVICE LIST IN THIS CASE ONLY**

**PLEASE TAKE NOTICE**, that Baker & Hostetler LLP, and any and all of its attorneys hereby request the withdrawal of appearance of Sammantha E. Clegg in the above-captioned action as counsel to Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff; and

**PLEASE TAKE FURTHER NOTICE**, that the firm of Baker & Hostetler LLP, and any and all of its attorneys, hereby request that Sammantha E. Clegg be removed from any and all mailing matrixes and service lists in the above-referenced matter on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment

300358239.1

Securities LLC and the Estate of Bernard L. Madoff.

| | |
|---|---|
| Dated: New York, New York<br>May 14, 2015 | BAKER & HOSTETLER LLP<br><br>BY: */s/ Oren J. Warshavsky*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Gonzalo S. Zeballos<br>Email: gzeballos@bakerlaw.com<br>Geoffrey A. North<br>Email: gnorth@bakerlaw.com<br>Samir K. Ranade<br>Email: sranade@bakerlaw.com<br><br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |