**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Magnus A. Unflat and Eleanore C. Unflat, individually and in their capacities as Co-Trustees of The Eleanore C. Unflat Living Trust U/A dtd 4/9/91(the "Claimants"), having filed an objection (the "Objection," Docket Number 2429) to the Trustee's Notice of Determination of Claims respecting Claimants' customer claims (005095 and 010623), hereby give notice that they withdraw such Objection.

Dated: _____ May , 14 , 2015.

Michael R. Lastowski, Esq. on behalf of
Claimants
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801