UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 4, 2015, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000500)
   B. Notice of Transfer of Allowed Claim (Transfer Numbers T000501)

Executed on May 15, 2015

_____
John S. Franks

Sworn to and subscribed before me this 15th day of May, 2015



MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
Mary S. Betik

(SEAL)                                  Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 0000500**
**5/4/2015**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Midtown Acquisitions, L.P. | c/o Davidson Kempner Capital Management | 65 East 55th Street | 19th Floor | New York | NY | 10022 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000501**
**5/4/2015**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | SPCP Group, LLC | Attn: Brian Jarmain | 2 Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | |