**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>    v.<br><br>VIZCAYA PARTNERS LIMITED, BANQUE JACOB SAFRA (GIBRALTAR) LTD, a/k/a BANK J SAFRA LIMITED, ASPHALIA FUND LIMITED, and ZEUS PARTNERS LIMITED,<br><br>            Defendants. | Adv. Pro. No. 09-01154 (SMB) |

## **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for May 20, 2015 has been adjourned and will be held on **December 16, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: May 15, 2015
New York, New York

SULLIVAN & CROMWELL LLP

/s/ Jeffrey T. Scott
BY:   Jeffrey T. Scott
scottj@sullcrom.com
Joshua J. Fritsch
fritschj@sullcrom.com
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendant Bank. J. Safra (Gibraltar) Limited*

BAKER & HOSTETLER LLP

/s/ Oren J. Warshavsky
BY:   Oren J. Warshavsky
owarshavsky@bakerlaw.com
Robertson D. Beckerlegge
rbeckerlegge@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

KATTEN MUCHIN ROSENMAN LLP

/s/ Anthony L. Paccionne
BY:   Anthony L. Paccione
anthony.paccione@kattenlaw.com
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800

*Attorney for Defendant Zeus Partners Limited*