**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA,<br><br>        Defendant. | Adv. Pro. No. 11-01725 (SMB) |

# **STIPULATION ADJOURNING PRE-TRIAL CONFERENCE**

It is hereby stipulated and agreed, pursuant to the Court's June 19, 2014 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences, that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for May 20, 2015 has been adjourned and will be held on **December 16, 2015 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: May 15, 2015
New York, New York

| SULLIVAN & CROMWELL LLP | BAKER & HOSTETLER LLP |
|---|---|
| /s/ Jeffrey T. Scott | /s/ Oren J. Warshavsky |
| BY: Jeffrey T. Scott | BY: Oren J. Warshavsky |
| scottj@sullcrom.com | owarshavsky@bakerlaw.com |
| Joshua J. Fritsch | Robertson D. Beckerlegge |
| fritschj@sullcrom.com | rbeckerlegge@bakerlaw.com |
| 125 Broad Street | 45 Rockefeller Plaza |
| New York, New York 10004 | New York, NY 10111 |
| (212) 558-4000 | (212) 589-4200 |
| *Attorneys for Defendant Banque J. Safra (Suisse) SA* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |