**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04459 (SMB) |
| Plaintiff, | |
| v. | |
| DAWN PASCUCCI BARNARD, | |
| TRUST FBO MICHAEL A. PASCUCCI UA DTD 12/31/94 MICHAEL C PASCUCCI CHRISTOPHER S PASCUCCI, | |
| MICHAEL A. PASCUCCI, | |

MICHAEL C. PASCUCCI,

CHRISTOPHER S. PASCUCCI,

RALPH P. PASCUCCI,

PASCUCCI FAMILY FOUNDATION,

JOCELYN A. PASCUCCI,

CHRISTOPHER S. PASCUCCI 1995
CHARITABLE REMAINDER TRUST UAD
11/7/95,

THE DAWN A. PASCUCCI BARNARD 1995
CHARITABLE REMAINDER TST UAD 11/7/95,

FUND FOR THE POOR, INC.,

CSP INVESTMENT ASSOCIATES LLC,

RPP INVESTMENT ASSOCIATES LLC, and

MCP INVESTMENT ASSOCIATES LLC,

               Defendants.

---

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

JD PARTNERS LLC, JOHN A. DANZI,
DEBORAH DANZI, and JANICE DANZI
SENNELLO,

               Defendants.

Adv. Pro. No. 10-04461 (SMB)

---

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

Adv. Pro. No. 10-05235 (SMB)

MAF ASSOCIATES, LLC,
MARK A. FREEMAN, and
FRANCINE FREEMAN,

                    Defendants.

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S MOTION FOR
ENTRY OF ORDER PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT
BY AND AMONG THE TRUSTEE AND DAWN PASCUCCI BARNARD,
TRUST FBO MICHAEL A. PASCUCCI UA DTD 12/31/94, MICHAEL A. PASCUCCI,
MICHAEL C. PASCUCCI, CHRISTOPHER S. PASCUCCI, RALPH P. PASCUCCI,
PASCUCCI FAMILY FOUNDATION, JOCELYN A. PASCUCCI, CHRISTOPHER S.
PASCUCCI 1995 CHARITABLE REMAINDER TRUST UAD 11/7/95, THE DAWN A.
PASCUCCI BARNARD 1995 CHARITABLE REMAINDER TST UAD 11/7/95, FUND
FOR THE POOR, INC., CSP INVESTMENT ASSOCIATES LLC, RPP INVESTMENT
ASSOCIATES LLC, MCP INVESTMENT ASSOCIATES LLC, JD PARTNERS LLC,
JOHN A. DANZI, DEBORAH DANZI, JANICE DANZI SENNELLO, MAF
ASSOCIATES, LLC, MARK A. FREEMAN AND FRANCINE FREEMAN**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation
of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities
Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA") and the estate of Bernard L. Madoff
("Madoff"), by and through his undersigned counsel, submits this certificate pursuant to Local
Bankruptcy Rule 9075-2, and respectfully represents:

1.      On April 24, 2015, the Trustee filed the *Motion for Entry of an Order Pursuant
To Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of
Bankruptcy Procedure Approving a Settlement by and among the Trustee and Dawn Pascucci
Barnard, Trust fbo Michael A. Pascucci UA Dtd 12/31/94, Michael A. Pascucci, Michael C.
Pascucci, Christopher S. Pascucci, Ralph P. Pascucci, Pascucci Family Foundation, Jocelyn A.
Pascucci, Christopher S. Pascucci 1995 Charitable Remainder Trust UAD 11/7/95, The Dawn A.
Pascucci Barnard 1995 Charitable Remainder Tst UAD 11/7/95, Fund for the Poor, Inc., CSP
Investment Associates LLC, RPP Investment Associates LLC, MCP Investment Associates LLC,*

*JD Partners LLC, John A. Danzi, Deborah Danzi, Janice Danzi Sennello, MAF Associates, LLC,*

*Mark A. Freeman and Francine Freeman*  (the "Motion") *(08-01789, ECF 9862; 10-04459, ECF*

*41; 10-04461, ECF 33; 10-05235, ECF 33).*

2.      The deadline for filing objections to the Motion expired on May 13, 2015 at 5:00

p.m.  A hearing on the Motion has been scheduled for May 20, 2015 at 10:00 a.m.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i)

defendants to each adversary proceeding; (ii) all parties included in the Master Service List as

defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have

filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States

Attorney for the Southern District of New York; and (vii) SIPC, pursuant to the Order

Establishing Notice Procedures (ECF No. 4560).

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after

expiration of the time to file an objection, and to date, no objection, responsive pleading, or

request for a hearing with respect to the Motion appears thereon.  Additionally, no party has

indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of a proposed order (the "Order"), that is substantially in the

form of the proposed order that was annexed to the Motion will be submitted to the Court, along

with this certificate.

6.    Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing.

Dated: New York, New York
May 15, 2015

By:    */s/ Nicholas J. Cremona*            
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Tel:  (212) 589-4200
Fax:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*