**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
212-237-1000
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOYCE CERTILMAN, individually, and in her capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; and MORTON CERTILMAN, individually, and in his capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS,<br><br>        Defendants. | Adv. Pro. No. 10-04356 (BRL) |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Defendants Joyce Certilman, individually, and in her capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; and Morton Certilman, individually, and in his capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS (the "Defendants") in this Adversary Proceeding on January 31, 2011 [Dkt. No. 5], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on May 4, 2015, Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), filed with this Court the Notice of Mediation Referral [Dkt. No. 31], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to or upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Melanie L. Cyganowski, from the law firm of Otterbourg P.C., to act as Mediator in this matter.  The Parties further agree to contact Melanie L. Cyganowski as soon as practicable after this Notice of Mediator Selection is filed with the Court.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York
       May 15, 2015

WINDELS MARX LANE & MITTENDORF, LLP

By: /s/ Howard L. Simon
Howard L. Simon
Kim M. Longo
John J. Tepedino
156 West 56th Street
New York, NY 10019
212-237-1000

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: East Meadow, New York
       May 15, 2015

CERTILMAN BALIN ADLER & HYMAN, LLP

By: /s/ Richard J. McCord
Richard J. McCord
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7000
Facsimile: (516) 296-7111

*Attorneys for Defendants Joyce Certilman, individually, and in her capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; and Morton Certilman, individually, and in his capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS*