**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA Liquidation<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>COHMAD SECURITIES CORPORATION, MAURICE J. COHN, MARCIA B. COHN, ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, JONATHAN GREENBERG, CYRIL JALON, MORTON KURZROK, LINDA SCHOENHEIMER MCCURDY, RICHARD SPRING, ROSALIE BUCCELLATO, MILTON S. COHN, MARILYN COHN, JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT, CAROLE DELAIRE, EDWARD H KOHLSCHREIBER, EDWARD H KOHLSCHREIBER SR REV MGT TRUST, JOYCE BERMAN INDIVIDUALLY AND IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, S & J PARTNERSHIP, JANET JAFFIN | Adv. Pro. No. 09-01305 (SMB) |

INDIVIDUALLY AND IN HER CAPACITY AS TRUSTEE OF THE JANET JAFFIN DISPOSITIVE TRUST, MILTON COOPER IN HIS CAPACITY AS TRUSTEE OF THE JANET JAFFIN DISPOSITIVE TRUST, THE SPRING FAMILY TRUST, JEANNE T. SPRING TRUST, THE ESTATE OF ELENA JALON, THE JOINT TENANCY OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER, THE JOINT TENANCY OF ROBERT PINCHOU AND FABIAN GUENZBURGER,

Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on October 8, 2009, Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the substantively consolidated estate of Bernard L. Madoff individually, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, filed his First Amended Complaint (the "Complaint") in the above-captioned matter against, among others, defendants Janet Jaffin and Milton Cooper, each in their capacity as co-trustee of the Janet Jaffin Dispositive Trust, and Janet Jaffin, individually;

**WHEREAS**, Janet Jaffin passed away on March 27, 2013;

**WHEREAS**, on May 27, 2014, The Honorable Anthony A. Scarpino Jr., of the Surrogate's Court County of Westchester, granted a petition for probate in Probate Proceeding No. 2014-1022 entitled Probate Proceeding, Will of Janet Jaffin, pursuant to which Letters Testamentary were issued appointing Milton Cooper, Matthew Greenberg and Lois Levine as co-executors of the Estate of Janet Jaffin;

**WHEREAS**, Milton Cooper, Matthew Greenberg, Lois Levine, and David Jaffin are the remaining co-trustees of the Janet Jaffin Dispositive Trust;

2

**WHEREAS**, the Estate of Janet Jaffin has been placed into probate for the sole purpose of substituting parties and no assets are being distributed through probate proceedings; and

**WHEREAS**, the entirety of Janet Jaffin's estate will be encompassed in the Janet Jaffin Dispositive Trust.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Milton Cooper, as co-trustee of the Janet Jaffin Dispositive Trust, and as co-executor of the Estate of Janet Jaffin, Matthew Greenberg, as co-executor of the Estate of Janet Jaffin, and Lois Levine, as co-executor of the Estate of Janet Jaffin as follows:

1. The Estate of Janet Jaffin, Milton Cooper, in his capacity as co-executor of the Estate of Janet Jaffin, Matthew Greenberg, in his capacity as co-executor of the Estate of Janet Jaffin, and Lois Levine, in her capacity as co-executor of the Estate of Janet Jaffin are hereby substituted as defendants to replace Janet Jaffin in the above-captioned adversary proceeding.

3. The Estate of Janet Jaffin, Milton Cooper, in his capacity as co-executor of the Estate of Janet Jaffin, Matthew Greenberg, in his capacity as co-executor of the Estate of Janet Jaffin, and Lois Levine, in her capacity as co-executor of the Estate of Janet Jaffin are deemed to have accepted service of the Complaint as of the service date of Janet Jaffin individually.

4. This Stipulation is intended by all parties hereto to be solely for the purpose of substituting the correct parties to comply with Fed. R. Civ. P. 25(a)(1) made applicable by Fed. Bankr. R. 7025.  The parties to this Stipulation reserve all rights, claims and/or defenses they may have and entry into this Stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

3

the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

6.  The Clerk of the Court is hereby directed to amend the caption to read as indicated in Exhibit "A" to this Stipulation.

Dated: May 15, 2015
New York, New York

| **BAKER HOSTETLER LLP** | **JASPAN SCHLESINGER LLP** |
|---|---|
| By: *s/ Kathryn M. Zunno* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Kathryn M. Zunno <br> Email: kzunno@bakerlaw.com <br> Esterina Giuliani <br> Email: egiuliani@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: s/ *Shannon Anne Scott* <br> 300 Garden City Plaza <br> Garden City, New York 11530 <br> Telephone: 516.746.8000 <br> Facsimile: 516.393.8282 <br> Shannon Anne Scott <br> Email: scott@jaspanllp.com <br><br> *Attorney for Defendants Janet Jaffin Dispositive Trust, Estate of Janet Jaffin, Milton Cooper, in his capacity as trustee of the Janet Jaffin Dispositive Trust, and as co-executor of the Estate of Janet Jaffin, Matthew Greenberg, as co-executor of the Estate of Janet Jaffin, and Lois Levine, as co-executor of the Estate of Janet Jaffin* |

So Ordered this 15th day of May, 2015.

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

# EXHIBIT A

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>COHMAD SECURITIES CORPORATION, MAURICE J. COHN, MARCIA B. COHN, ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, JONATHAN GREENBERG, CYRIL JALON, MORTON KURZROK, LINDA SCHOENHEIMER MCCURDY, RICHARD SPRING, ROSALIE BUCCELLATO, MILTON S. COHN, MARILYN COHN, JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT, CAROLE DELAIRE, EDWARD H KOHLSCHREIBER, EDWARD H KOHLSCHREIBER SR REV MGT TRUST, JOYCE BERMAN INDIVIDUALLY AND IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, S & J PARTNERSHIP, ESTATE OF JANET JAFFIN, MILTON COOPER IN HIS CAPACITY AS | Adv. Pro. No. 09-01305 (SMB) |

TRUSTEE OF THE JANET JAFFIN DISPOSITIVE TRUST AND AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, MATTHEW GREENBERG, AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, LOIS LEVINE AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, THE SPRING FAMILY TRUST, JEANNE T. SPRING TRUST, THE ESTATE OF ELENA JALON, THE JOINT TENANCY OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER, THE JOINT TENANCY OF ROBERT PINCHOU AND FABIAN GUENZBURGER,

                          Defendants.