## EXHIBIT 2 – OBJECTING CLAIMANTS

List Of Claimants Invested In The Partnerships Identified In Exhibit 1 With Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Jared Lazarus | 010805 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Jared Lazarus | 100203 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Michael Lazarus | 010816 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Michael Lazarus | 100205 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Zipora Lazarus | 010646 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Zipora Lazarus | 100185 | 3597 | Becker & Poliakoff, LLP | The Lazarus Schy Partnership | 1ZB300 |
| Adam Lazarus | 010747 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Adam Lazarus | 100198 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Amber Lazarus | 010749 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Amber Lazarus | 100202 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Audra Lazarus | 010729 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Audra Lazarus | 100197 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Linda Lazarus | 010728 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Linda Lazarus | 100196 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Ronald Lazarus | 010719 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Ronald Lazarus | 100195 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Zipora Lazarus | 010603 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Zipora Lazarus | 100190 | 3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |
| Zipora Lazarus | 010602 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Zipora Lazarus | 100189 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For J.S. | 010983 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For J.S. | 100207 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy | 010982 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy | 100212 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For B.S. | 010981 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For B.S. | 100209 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Abe Schy Custodian For M.S. | 010980 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Abe Schy Custodian For M.S. | 100211 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Doron Schy | 012681 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Doron Schy | 100276 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Elan Schy | 010881 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Elan Schy | 100210 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Ira Schy | 010601 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Ira Schy | 100186 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Lisa Schy | 010986 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Lisa Schy | 100378 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Rose Schy | 010649 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Rose Schy | 100187 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Steve Schy | 012935 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |
| Steve Schy | 100387 | 3599 | Becker & Poliakoff, LLP | Schy Family Partnership | 1ZB481 |