**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW H. COHEN,<br><br>    Defendant. | Adv. Pro. No. No. 10-04311 (SMB) |

### NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding scheduled for May 20, 2015 has been adjourned upon consent by all parties to **June 2, 2015, at 10:00 a.m.**;

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  May 18, 2015
       New York, New York

                         BAKER & HOSTETLER LLP

                         By: */s/Nicholas J. Cremona*
                         45 Rockefeller Plaza
                         New York, NY 10111
                         Telephone:  212.589.4200
                         Facsimile:  212.589.4201
                         David J. Sheehan
                         Email:  dsheehan@bakerlaw.com
                         Nicholas J. Cremona
                         Email: ncremona@bakerlaw.com

                         *Attorneys for Plaintiff Irving H. Picard,*
                         *Trustee for the Liquidation of Bernard L.*
                         *Madoff Investment Securities LLC and the*
                         *Estate of Bernard L. Madoff*