**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Marc E. Hirschfield
Oren J. Warshavsky
George Klidonas
Jessie A. Kuhn
Lindsey A. Shoshany

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard
L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04496 (SMB) |
| v. | |
| SUMNER FELDBERG LP II, | |
| SUMNER GP LLC, | |
| THE SUMNER AND ESTHER FELDBERG 1998 | |

> CHARITABLE REMAINDER UNITRUST,
>
> THE NANCY KARP 1997 CHARITABLE REMAINDER UNITRUST,
>
> MICHAEL S. FELDBERG,
>
> SUMNER L. FELDBERG,
>
> ESTHER FELDBERG, in her fiduciary capacity as trustee of THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE REMAINDER UNITRUST, and
>
> NANCY KARP,
>
>      Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  Fact Discovery shall be completed by: July 24, 2015.

2.  The Disclosure of Case-in-Chief Experts shall be due: November 10, 2015.

3.  The Disclosure of Rebuttal Experts shall be due: December 10, 2015.

4.  The Deadline for Completion of Expert Discovery shall be March 17, 2016.

5.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 16, 2016.

6.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 30, 2016.

7.  The Deadline for Conclusion of Mediation shall be: On or before September 15, 2016.

2

300358517.1

Date:  May 12, 2015

*/s/ Marc E. Hirschfield*  
Marc E. Hirschfield  
Email: mhirschfield@bakerlaw.com  
Oren J. Warshavsky  
Email: owarshavsky@bakerlaw.com  
George Klidonas  
Email: gklidonas@bakerlaw.com  
Jessie A. Kuhn  
Email: jkuhn@bakerlaw.com  
Lindsey A. Shoshany  
Email: lshoshany@bakerlaw.com  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*