BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## NOTICE OF WITHDRAWAL OF MOTION

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his undersigned counsel, hereby gives notice that Trustee is withdrawing the Motion for Order Establishing Schedule for Limited Discovery

and Briefing on Profit Withdrawal Issue ("Motion"), filed on February 25, 2015, ECF No. 9357.

The Trustee is filing an amended motion herewith to address the Profit Withdrawal Issue.

Dated: New York, New York
      May 19, 2015                       Respectfully submitted,

                                      */s/ David J. Sheehan*
                                      Baker & Hostetler LLP
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email: dsheehan@bakerlaw.com
                                      Seanna R. Brown
                                      Email: sbrown@bakerlaw.com
                                      Amy E. Vanderwal
                                      Email: avanderwal@bakerlaw.com

                                      *Attorneys for Irving H. Picard, Trustee for the*
                                      *Substantively Consolidated SIPA Liquidation*
                                      *of Bernard L. Madoff Investment Securities*
                                      *LLC and Estate of Bernard L. Madoff*