**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04459 (SMB) |
| Plaintiff, | |
| v. | |
| DAWN PASCUCCI BARNARD, | |
| TRUST FBO MICHAEL A. PASCUCCI UA DTD 12/31/94 MICHAEL C PASCUCCI CHRISTOPHER S PASCUCCI, | |
| MICHAEL A. PASCUCCI, | |
| MICHAEL C. PASCUCCI, | |
| CHRISTOPHER S. PASCUCCI, | |
| RALPH P. PASCUCCI, | |
| PASCUCCI FAMILY FOUNDATION, | |
| JOCELYN A. PASCUCCI, | |
| CHRISTOPHER S. PASCUCCI 1995 CHARITABLE REMAINDER TRUST UAD 11/7/95, | |

| | |
|---|---|
| THE DAWN A. PASCUCCI BARNARD 1995 CHARITABLE REMAINDER TST UAD 11/7/95,<br><br>FUND FOR THE POOR, INC.,<br><br>CSP INVESTMENT ASSOCIATES LLC,<br><br>RPP INVESTMENT ASSOCIATES LLC, and<br><br>MCP INVESTMENT ASSOCIATES LLC,<br><br>      Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>JD PARTNERS LLC, JOHN A. DANZI, DEBORAH DANZI, and JANICE DANZI SENNELLO,<br><br>      Defendants. | Adv. Pro. No. 10-04461 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>MAF ASSOCIATES, LLC,<br>MARK A. FREEMAN, and<br>FRANCINE FREEMAN,<br><br>      Defendants. | Adv. Pro. No. 10-05235 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT BY AND AMONG THE TRUSTEE AND DAWN PASCUCCI BARNARD, TRUST FBO MICHAEL A. PASCUCCI UA DTD 12/31/94, MICHAEL A. PASCUCCI, MICHAEL C. PASCUCCI, CHRISTOPHER S. PASCUCCI, RALPH P. PASCUCCI, PASCUCCI FAMILY FOUNDATION, JOCELYN A. PASCUCCI, CHRISTOPHER S. PASCUCCI 1995 CHARITABLE REMAINDER TRUST UAD 11/7/95, THE DAWN A. PASCUCCI BARNARD 1995 CHARITABLE**

2

C:\Users\sroberts\Documents\ECF Filings 5-15-15\Pascussi Cert of No Obj\SIPC_ - Pascucci Proposed Order Approving Settlement.doc

**REMAINDER TST UAD 11/7/95, FUND FOR THE POOR, INC., CSP INVESTMENT ASSOCIATES LLC, RPP INVESTMENT ASSOCIATES LLC, MCP INVESTMENT ASSOCIATES LLC, JD PARTNERS LLC, JOHN A. DANZI, DEBORAH DANZI, JANICE DANZI SENNELLO, MAF ASSOCIATES, LLC, MARK A. FREEMAN AND FRANCINE FREEMAN**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the estate of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving the settlement by and among the Trustee and Dawn Pascucci Barnard, Trust FBO Michael A. Pascucci UA DTD 12/31/94, Michael A. Pascucci, Michael C. Pascucci, Christopher S. Pascucci, Ralph P. Pascucci, Pascucci Family Foundation, Jocelyn A. Pascucci, Christopher S. Pascucci 1995 Charitable Remainder Trust UAD 11/7/95, The Dawn A. Pascucci Barnard 1995 Charitable Remainder Tst UAD 11/7/95, Fund for the Poor, Inc., CSP Investment Associates LLC, RPP Investment Associates LLC, MCP Investment Associates LLC, JD Partners LLC, John A. Danzi, Deborah Danzi, Janice Danzi Sennello, MAF Associates, LLC, Mark A. Freeman and Francine Freeman (collectively, "Defendants"; each of the Trustee and Transferees a "Party" and collectively, the "Parties"), as more particularly set forth in the Settlement Agreement annexed to the Motion (the "Agreement"); and it appearing that due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Affidavit of Irving H. Picard in support of the Motion; and it further appearing that the relief sought in the Motion is appropriate based upon the Court's consideration of the Motion; and it further appearing that no objection, responsive pleading, or request for a hearing with respect to the Motion having been made; and it further appearing that

3

this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby:

**ORDERED,** ~~that the Motion is granted; and it is further~~ **[SMB: 5/19/15]**

**ORDERED,** that the Agreement is hereby approved and authorized; and it is further

**ORDERED,** that the Trustee and Defendants shall each comply with and carry out the terms of the Agreement; and it is further

**ORDERED,** that the hearing scheduled on the Motion is cancelled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: May 19th , 2015
New York, NY

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE