**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
George Klidonas
Ferve Ozturk

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE MURRAY FAMILY TRUST,<br><br>MURRAY B. FELTON REVOCABLE TRUST, | Adv. Pro. No. 10-04510 (SMB) |

ESTATE OF MURRAY B. FELTON,

HOWARD A. KALKA, individually, in his capacity as grantor of the Murray Family Trust, and in his capacity as trustee of the Murray Family Trust,

MILES J. FELTON, individually, and in his capacity as grantor of the Murray Family Trust,

THE DORIS FELTON FAMILY TRUST,

WILLIAM D. FELTON, individually, in his capacity as trustee of the Doris Felton Family Trust, in his capacity as trustee of the Murray B. Felton Revocable Trust, and in his capacity as personal representative of the Estate of Murray B. Felton,

LESLIE ENGELSON, and

ALICIA P. FELTON,

                  Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due on September 30, 2014.

2.     Fact Discovery shall be completed on or before February 5, 2015.

3.     The Disclosure of Case-in-Chief Experts shall be due on July 31, 2015.

4.     The Disclosure of Rebuttal Experts shall be due on September 8, 2015.

5.     The Deadline for Completion of Expert Discovery shall be December 1, 2015.

6.     The Deadline for Service of a Notice of Mediation Referral shall be January 27, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be February 11, 2016.

8. The Deadline for Conclusion of Mediation shall be June 10, 2016.

Dated:  New York, New York
May 20, 2015

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email:  owarshavsky@bakerlaw.com
George Klidonas
Email:  gklidonas@bakerlaw.com
Ferve Ozturk
Email:  fozturk@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*