UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Albert H. Small (the "Claimant"), having filed an objection (the "Objection", Docket No. 3311) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#006095), hereby gives notice that he withdraws such Objection.

Dated: 5/6, 2015

_____
Albert H. Small
7501 Wisconsin Ave., Suite 1103E
Bethesda, MD 20814

