**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**Presentment Date:  June 3, 2015**
**Time:  12:00 p.m.**

**Objections Due:  June 3, 2015**
**Time:  11:30 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                               Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                               Debtor. | |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING**
**SUPPLEMENTAL AUTHORITY TO STIPULATE TO EXTENSIONS OF**
**TIME TO RESPOND AND ADJOURN PRE-TRIAL CONFERENCES**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff, by the Trustee's undersigned counsel,

will present the attached proposed Order Granting Supplemental Authority to Stipulate to

Extensions of Time To Respond and Adjourn Pre-Trial Conferences, a copy of which is annexed hereto as Exhibit A (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **June 3, 2015 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Nicholas J. Cremona, Esq., and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than **June 3, 2015 at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed

the proposed Order may be signed without a hearing.

Dated: New York, New York
      May 26, 2015               By: */s/ Nicholas J. Cremona*
                                   **BAKER & HOSTETLER LLP**
                                   45 Rockefeller Plaza
                                   New York, New York 10111
                                   Telephone: (212) 589-4200
                                   Facsimile: (212) 589-4201
                                   David J. Sheehan
                                   Email: dsheehan@bakerlaw.com
                                   Nicholas J. Cremona
                                   Email: ncremona@bakerlaw.com

                                   *Attorneys for Irving H. Picard, Trustee for the*
                                   *Substantively Consolidated SIPA Liquidation of*
                                   *Bernard L. Madoff Investment Securities LLC*
                                   *and for the Estate of Bernard L. Madoff*

3