**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CEH LIMITED PARTNERSHIP; THE ESTATE OF EVELYN M. CHERNIS; MARILYN P. CHERNIS, in her capacity as Personal Representative of the Estate of Evelyn M. Chernis and as Trustee of the Evelyn M. Chernis Revocable Trust DTD 3/23/87 and the Herbert J. Chernis Revocable Trust DTD 3/23/87; PETER G. CHERNIS, in his capacity as Personal Representative | Adv. Pro. No. 10-04358 (SMB) |

| of the Estate of Evelyn M. Chernis and as Trustee of the Evelyn M. Chernis Revocable Trust DD 3/23/87 and the Herbert J. Chernis Revocable Trust DTD 3/23/87; DAVID DUCHESNEAU, in his capacity as Trustee of the Evelyn M. Chernis Revocable Trust DTD 3/23/87 and the Herbert J. Chernis Revocable Trust DTD 3/23/87; EVELYN M. CHERNIS REVOCABLE TRUST DTD 3/23/87, in its capacity as a Limited Partner of CEH Limited Partnership; and HERBERT J. CHERNIS REVOCABLE TRUST DTD 3/23/87, in its capacity as a Limited Partner of CEH Limited Partnership, |
|---|

Defendants.

## **FIFTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures have been exchanged.

2. Fact Discovery shall be completed by: **August 21, 2015**.

3. The Disclosure of Case-in-Chief Experts shall be due: **October 20, 2015**.

4. The Disclosure of Rebuttal Experts shall be due: **November 19, 2015**.

5. The Deadline for Completion of Expert Discovery shall be: **February 17, 2016**.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before **April 18, 2016**.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before **May 2, 2016**.

8. The Deadline for Conclusion of Mediation shall be: On or before **August 29, 2016**.

Dated: New York, New York
May 18, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*