**Deadline: May 28, 2015 @ 4:00 p.m. ET**
**No Hearing Requested**

DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |

**CLAIMANTS' STATEMENT OF NO OBJECTION TO THE**
**DISALLOWANCE OF CERTAIN CLAIMS AND RESPONSE**

Epic Ventures, LLC ("Epic") and the eighteen individuals attached hereto as Exhibit A (collectively, the "Claimants"), by and through their undersigned attorneys, hereby submit their statement of no objection to the relief sought in the Trustee's Motion and Memorandum To Affirm His Determination Denying Claims of Claimants Holding Interests in Epic Ventures LLC [Docket No. 9933] (the "Motion") filed by Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS").

The Claimants understand that the Trustee has obtained a number of rulings regarding the status of claimants, like the Claimants here, who did not hold accounts in the books and records of BLMIS in their own names. The request to disallow the Claimants' claims (other than the Epic claim[1]) appears to fall within the requests granted in the other cases. Accordingly, the Claimants do not object to the relief requested by the Trustee's Motion.

The Claimants and Epic file this statement to clarifying misstatements and incorrect inferences in the Motion and accompanying declarations in an attempt to fit Claimants precisely within the rulings. It should be clear that the Claimants who deposited money with Epic did so expressly solely for the purpose of participating in BLMIS. None of the Claimants has a right to participate in any Epic investments or property other than funds deposited by them with BLMIS. Epic's management and accounting reflected that structure. In that regard, Epic was not organized or operated like a feeder fund and Claimants were unlike feeder fund investors.

Dated: New York, New York
      May 27, 2015

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Claimants*

---

[1] Epic filed a claim that has been allowed or deemed allowed but has not received any payments because the Trustee filed a preference claim against Epic. The preference claim was dismissed by the District Court in connection with its ruling on section 546(e).

84228847\V-3
2

**EXHIBIT A**

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Limited Liability Company Invested In | Limited Liability Company Account Number |
|---|---|---|---|---|---|
| Alexander A. Stein Trust | 013374 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| George And Sarah Berman | 013383 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P. Stein IRA | 013371 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P. Stein Fbo Jonah M. Stein 1995 Trust | 013373 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Mona And Alan Fisher | 013381 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Greg Goldberg IRA | 013386 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Joel Goldberg - Pension Profit Sharing Plan | 013370 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Joel Goldberg - Pension Profit Sharing Plan (Not First Trust) | 013384 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Marilyn And Edward Kaplan | 013382 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Kerri Goldberg IRA | 013387 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Lauren Goldberg IRA | 013385 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Lena M. Stein Trust | 013372 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Robert W. Renfield Living Trust | 013380 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Elaine Roberts | 013369 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P Stein c/o Epic Ventures LLC | 013378 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Loren W. Stein | 013375 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Margot Stein | 013376 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Sharon Stein | 013377 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |

## CERTIFICATE OF SERVICE

I, Carole Neville, hereby certify that on May 27, 2015, I caused a true and correct copy of the foregoing **Defendants' No Objection to the Disallowance of Certain Claims and Statement in Response** on behalf of Epic Ventures and the Epic Ventures Individual Account holders to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served first class mail upon:

>Nicholas J. Cremona
>David J. Sheehan
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

>>*/s/ Carole Neville*
>>Carole Neville