**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

**ORDER AUTHORIZING ALBOURNE**
**AMERICA LLC TO FILE OPPOSITION TO TRUSTEE'S**
**MOTION TO DEDESIGNATE CERTAIN DOCUMENTS**
**DESIGNATED AS CONFIDENTIAL UNDER SEAL**

Upon consideration of the ex parte motion [ECF Number 10041] (the "Motion to Seal") [1] of Albourne America LLC ("Albourne"), seeking entry of an order, pursuant to 11 U.S.C. § 107(b)(1) and Fed. R. Bankr. P. 9018 authorizing it to file the *Opposition of Albourne America LLC to Motion to Dedesignate Certain Documents Designated as Confidential by Albourne America LLC* (the "Opposition") under seal, and it appearing that Albourne has provided sufficient grounds therefore; and upon consideration of that certain Letter filed by the Trustee in response to the Motion to Seal [ECF Number 10044]; it is hereby:

~~**ORDERED** the Motion to Seal is GRANTED; and it is further~~ **[SMB: 5/27/15]**

---

[1] Capitalized terms not herein defined shall have the meaning ascribed to them in the Motion to Seal.

{11086798:2}                                                        1

**ORDERED** that Albourne is authorized to file its Opposition under seal pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018; and it is further

**ORDERED** that the unredacted version of the Opposition shall be filed with the Clerk in a marked envelope and shall be served on and made available only to the Trustee and SIPC; and it is further

**ORDERED** that the service of the Opposition in accordance with the preceding paragraph shall not constitute a waiver of confidentiality or any applicable privilege; and it is further

**ORDERED** that the Clerk shall file the redacted version of the Opposition on the docket; and it is further

**ORDERED** that any party citing to or quoting from the redacted portions of the Opposition in a subsequent motion or pleading shall redact any such citation or quotation under seal from the publicly filed version of such motion or pleading, and shall file the unredacted version of such motion or pleading under seal; and it is further

**ORDERED** that in lieu of having to file his reply to the Opposition in a redacted version, the Trustee (and SIPC, if it elects to file a reply) may file an unredacted version of such reply under seal, provided that such reply is filed with the Clerk in a marked envelope and served on, and made available to, counsel for Albourne; and it is further

**ORDERED** that following a final adjudication of the Trustee's Motion to Dedesignate, Albourne shall retrieve the unredacted version of the Opposition from the Clerk and shall dispose of the confidential information contained therein; and it is further

**ORDERED** that nothing in this Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the Opposition or any part of it.

So Ordered this 27th day of May, 2015.
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE