**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

Securities Investor Protection Corporation
    Plaintiff              Adv. No: 08-1789 (SMB)

 v.                   SIPA Liquidation
                      (Substantively Consolidated)

Bernard L. Madoff Investment Securities, LLC
    Defendant
------------------------------X

In re:

Bernard L. Madoff

    Debtor
------------------------------X

**<u>CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED MAY 27, 2015, UNDER LEAD CASE NO. 08-1789 (SMB) DOCUMENT #10056, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

  **ALBOURNE AMERICA LLC'S OPPOSITION TO TRUSTEE'S**
  **MOTION TO DEDESIGNATE CERTAIN DOCUMENTS**
  **DESIGNATED AS CONFIDENTIAL**