**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, *et al.* <br><br> Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND**
**REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears in the above-captioned case on behalf of the Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. and demands all notice given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

>Lindsay M. Weber
>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>Telephone:  212-849-7000
>Facsimile:  212-849-7100
>Email:  lindsayweber@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated:  New York, New York  
       May 27, 2015

Respectfully submitted,

**Quinn Emanuel Urquhart & Sullivan, LLP**

By:  /s/ Lindsay M. Weber  
Lindsay M. Weber  
51 Madison Avenue, 22nd Floor  
New York, New York 10010  
Telephone:   (212) 849-7000  
Facsimile:    (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

2