**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicolas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>ESTATE OF ROBERT RIMSKY, RIMSKY FAMILY LIMITED PARTNERSHIP, L. RIMSKY, INC., ARTICLE THIRD TRUST U/W JEANNE RIMSKY, ARTICLE FOURTH TRUST SECTION ONE, ARTICLE FOURTH TRUST SECTION THREE, ARTICLE FIFTH TRUST SECTION ONE, DOUGLAS JAY RIMSKY, RENA RIMSKY WING, LEE | Adv. Pro. No. 10-04388 (SMB) |

COOPER RIMSKY, DON HARRIS RIMSKY,
RENEE RIMSKY, MARGARET RIMSKY,
SARAH RIMSKY LEVITIN, KENNETH
WING, GABRIELLE JAFFE, ADAM BEER,
JONATHAN WING, JULIETTE BEER, BARRY
MEYERS, HARRIET L. MEYERS, ERIC
RIMSKY, LIZA RIMSKY, KATE RIMSKY,
K.A.L., A.R.L., J.L.W., and T. RANDOLPH
HARRIS, in his fiduciary capacity as trustee for
the ARTICLE THIRD TRUST U/W JEANNE
RIMSKY,

                Defendants.

### THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    Fact Discovery shall be completed by: July 24, 2015

2.    The Disclosure of Case-in-Chief Experts shall be due: September 24, 2015

3.    The Disclosure of Rebuttal Experts shall be due: October 26, 2015

4.    The Deadline for Completion of Expert Discovery shall be: January 20, 2016

5.    Deadline for Service of a Notice of Mediation Referral shall be:  March 21, 2016

6.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 4, 2016

7.    The Deadline for Conclusion of Mediation shall be: August 2, 2016

Dated: New York, New York
      May 29, 2015

BAKER & HOSTETLER LLP

By:__/s/ Marc E. Hirschfield_____
David J. Sheehan
Marc E. Hirschfield
Nicolas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*