UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                  Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                  Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS          )
                                    ) ss:
COUNTY OF DALLAS    )

      VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 6, 2015, I commenced service, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9932)
    2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9933)
    3. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9934)

4. On May 8, 2015, I commenced service, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

1. Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9932)
2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9933)
3. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9934)

Executed on  May 12 , 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this  12ᵉ  day of  May , 2015

(SEAL)

_____
Notary Public

3

# Exhibit A

**Exhibit A**
**May 6, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | New York | NY | 10006 |
| EPIC VENTURES LLC | C/O ERIC P STEIN | P O BOX 880287 | BOCA RATON | FL | 33488 |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 |

# Exhibit B

**Exhibit B**
**May 8, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|