**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　　）
　　　　　　　　　　　　　　　） ss:
COUNTY OF DALLAS　　　　　）

　　　VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 8, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Amended Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9950)

Executed on ___May 11___, 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this __11th__ day of __May__, 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

(SEAL)

_____
Notary Public

# Exhibit A

**Exhibit A**

**May 8, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| EPIC VENTURES LLC | C/O ERIC P STEIN | P O BOX 880287 | BOCA RATON | FL | 33488 |
| [redacted] | | | | | |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 |