**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 12, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Memorandum of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Affirm his Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Docket Number 9966)

Executed on ___May 14___, 2015    _____
Vanessa A. Pogue


Sworn to and subscribed before me this __14th__ day of __May__, 2015



_____
(SEAL)    _____
Notary Public

# Exhibit A

**Exhibit A**

**May 12, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| EPIC VENTURES LLC | C/O ERIC P STEIN | P O BOX 880287 | BOCA RATON | FL | 33488 |
| [redacted] | | | | | |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 |