**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED MAY 27, 2015, UNDER LEAD CASE NO. 08-1789 (SMB) DOCUMENT #10056, DIRECTING THE TRUSTEE TO FILE SUCH MATERIAL UNDER SEAL.

**TRUSTEE'S REPLY TO ALBOURNE AMERICA LLC'S OPPOSITION TO MOTION TO DEDESIGNATE CERTAIN DOCUMENTS DESIGNATED AS CONFIDENTIAL**

{11087820:1}