**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X

Securities Investor Protection Corporation

        Plaintiff                          Adv. No: 08-1789 (SMB)

    v.                                    SIPA Liquidation
                                                 (Substantively Consolidated)

Bernard L. Madoff Investment Securities, LLC
        Defendant
---------------------------------X

In re:

Bernard L. Madoff

        Debtor
---------------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED MAY 27, 2015, UNDER LEAD CASE NO. 08-1789 (SMB) DOCUMENT #10056, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

    **TRUSTEE'S REPLY TO ALBOURNE AMERICA LLC'S**
    **OPPOSITION TO MOTION TO DEDESIGNATE CERTAIN**
    **DOCUMENTS DESIGNATED AS CONFIDENTIAL**