UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>            v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND ADJOURNING PRE-TRIAL CONFERENCE AND HEARING**

WHEREAS, on December 9, 2010, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* and the substantively consolidated estate of Bernard L. Madoff individually, commenced the above-captioned adversary proceeding (the "Adversary Proceeding"); and

WHEREAS, on February 1, 2012, Defendants filed a motion to dismiss the Adversary Proceeding (the "Motion to Dismiss"), which is pending before this Court; and

WHEREAS, by stipulation dated and so ordered on November 14, 2014, the Trustee's time to amend the complaint in the Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) was extended up to and including January 9, 2015; and

WHEREAS, the Trustee filed an amended complaint in the Adversary Proceeding on January 9, 2015; and

WHEREAS, by stipulation dated March 31, 2015 and so ordered on April 1, 2015, Defendants' time to supplement the Motion to Dismiss or file a new Motion to Dismiss was extended up to and including May 1, 2015; and

WHEREAS, Defendants filed a new Motion to Dismiss on May 1, 2015; and

WHEREAS, the Trustee requested additional time to serve and file answering papers to the Motion to Dismiss, and the parties have conferred and agreed upon the schedule set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The Trustee shall have until August 14, 2015 to serve and file answering papers to the Motion to Dismiss, and Defendants shall have until October 9, 2015 to serve and file reply papers, if any.

2. The hearing on the Motion to Dismiss is adjourned to November 18, 2015, at 10:00 a.m.

3. The pre-trial conference, which was previously scheduled to be held on August 26, 2015, is adjourned to November 18, 2015, at 10:00 a.m., or otherwise shall proceed in accordance with applicable court rules.

2

4. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the presiding Court a further extension, or of any other party's right to object to any such request.

5. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
      June 2, 2015

BAKER & HOSTETLER LLP

By: /s/Keith R. Murphy
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Andrew W. Reich
Email: areich@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

LAW OFFICE OF RICHARD E. SIGNORELLI

By: /s/Richard E. Signorelli
799 Broadway, Suite 539
New York, New York 10003
Telephone: 212.254.4218
Facsimile: 212.254.1396
Richard E. Signorelli
Email: rsignorelli@aol.com
Email: rsignorelli@nyclitigator.com

*Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz-Ostrin Trust I, and the Glantz-Ostrin Trust II, and as executor of the Estate of Edward R. Glantz and the Estate of Thelma Glantz; ELAINE OSTRIN, individually and as trustee of the Edward R. Glantz Living Trust; THE RICHARD M. GLANTZ 1991 LIVING TRUST; THE EDWARD R. GLANTZ LIVING TRUST; THE ESTATE OF EDWARD R. GLANTZ; THE THELMA GLANTZ LIVING TRUST; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST I; THE GLANTZ-OSTRIN TRUST II; AUSTIN BOSARGE; GRACE & COMPANY; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; THE GLANTZ FAMILY*

        *FOUNDATION, INC; MERLIN & ASSOCIATES, LTD.; ENHANCEMENT GROUP; LAKEVIEW INVESTMENT, LP; and VISTA MANAGEMENT CO.*

SO ORDERED:

Dated: June 3rd, 2015        /s/ STUART M. BERNSTEIN
New York, New York        HONORABLE STUART M. BERNSTEIN
        UNITED STATES BANKRUPTCY JUDGE