**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Case No.  08-01789 (SMB) |
| Debtor. | (Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION | |
| Plaintiff, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## <u>NOTICE OF WITHDRAWAL OF OBJECTIONS</u>

John Greenberger Maccabee and Sherry Morse Maccabee Living Trust dated 1/24/97 (the "Claimant"), having filed objections (the "Objections", Docket No. 2989 and 3550) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #10609, hereby give notice that they withdraw such Objections.

Dated: ~~March 20, 2015~~ April 13, 2015

Jeffrey Bernfeld
On behalf of John Greenberger Maccabee and
Sherry Morse Maccabee Living Trust dated
1/24/97
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue, 15th Floor
New York, NY 10016

2