**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The HO Marital Appointment Trust and Meryl Evens and Suzanne Oshry as Trustees for the HO Marital Appointment Trust, (the "Claimants"), having filed an objection (the "Objection", Docket No. 879) to the Trustee's Notice of Determination of Claims respecting Claimants' customer claim nos. (#013537 and #015337), hereby give notice that they withdraw such Objection.

Dated: June 3, 2015

/s/ *Jeffrey L. Bernfeld*
**BERNFELD, DEMATTEO**
**& BERNFELD, LLP**
Jeffrey L. Bernfeld
600 Third Avenue, 15th Floor
New York, New York 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
Email: jeffreybernfeld@bernfeld-dematteo.com

1

300340204.4