**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SHAPIRO 11/9/96 TRUST; FIRST MARITAL TRUST UNDER THE ARNOLD SHAPIRO TRUST 11/9/96 TRUST; SECOND MARITAL TRUST UNDER THE ARNOLD SHAPIRO 11/9/96 TRUST; DOUGLAS SHAPIRO, in his capacity as Successor Trustee for | Adv. Pro. No. 10-05053 (SMB) |

> the Arnold Shapiro 11/9/96 Trust and in capacity as Trustee for the First Marital Trust under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust under the Arnold Shapiro 11/9/96 Trust; MURIEL SHAPIRO, in her capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust; and ALAN ABRAMSON, in his capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust under the Arnold Shapiro 11/9/96 Trust,
>                           Defendants.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures,¶ 5A. Through this Notice of Mediation Referral, the Trustee and Defendants (the

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

"Parties") hereby state that they have completed discovery in the above-referenced adversary proceeding and agree to be referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.

Dated: New York, New York
June 3, 2015

| **BAKER & HOSTETLER LLP** | **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** |
|---|---|
| By: *s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Dean D. Hunt<br>dhunt@bakerhostetler.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Brendan Mr. Scott*<br>570 Seventh Avenue, 17th Floor<br>New York, New York 10018-6314<br>Telephone: 212.972.3000<br>Tracy L. Klestadt<br>tklestadt@klestadt.com<br>Brendan M. Scott<br>bscott@klestadt.com<br><br>*Attorneys for Arnold Shapiro 11/9/96 Trust; First Marital Trust Under Arnold Shapiro 11/9/96 Trust; Second Marital Trust Under Arnold Shapiro 11/9/96 Trust; Douglas Shapiro, in his capacity as Successor Trustee for the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust Under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust Under the Arnold Shapiro 11/9/96 Trust; Muriel Shapiro, in her capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust; and Alan Abramson, in his capacity as Successor Trustee for the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust Under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust Under the Arnold Shapiro 11/9/96 Trust* |