UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, et al.,<br><br>Defendants. | Adv. Pro. No. 09-01364 (BRL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendants HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services, (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., and HSBC Bank plc. The undersigned certifies that he is admitted to practice before this Court.

Dated: June 3, 2015
      New York, New York

                        Respectfully submitted,

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        By: _____
                             Thomas J. Moloney
                             New York, NY 10006
                             Tel: (212) 225-2000
                             Fax: (212) 225-3999

                        *Attorney for Defendants HSBC Securities Services*
                        *(Bermuda) Limited, HSBC Institutional Trust Services,*
                        *(Bermuda) Limited, HSBC Bank Bermuda Limited,*
                        *HSBC Securities Services (Luxembourg) S.A., and*
                        *HSBC Bank plc*