**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK PLC, et al., <br><br> Defendants. | Adv. Pro. No. 09-01364 (BRL) |

## REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LISTS

EVAN A. DAVIS respectfully requests that he be removed from the Court's CM/ECF system and any and all service lists in the above-referenced matters.

The undersigned makes this request because he has retired as partner from Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"). All other counsel of record from Cleary Gottlieb will remain the same.

Dated: June 3, 2015
      New York, New York

                                  Respectfully submitted,

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                  By: _____
                                      Evan A. Davis

                                  One Liberty Plaza
                                  New York, New York  10006
                                  T: 212-225-2000
                                  F: 212-225-3999
                                  (edavis@cgsh.com)

                                  *Attorneys for Defendants HSBC Securities Services*
                                  *(Bermuda) Limited, HSBC Institutional Trust Services,*
                                  *(Bermuda) Limited, HSBC Bank Bermuda Limited,*
                                  *HSBC Securities Services (Luxembourg) S.A., and*
                                  *HSBC Bank plc*