**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

{11089341:1}

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  SS.:
COUNTY OF NEW YORK    )

I, Matthew L. Corwin, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and am employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on June 1, 2015 I served the

- **Trustee's Reply to Albourne America LLC Opposition to Motion to Dedesignate Certain Documents Designated as Confidential**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery to those parties as set forth on the attached Schedule A.

**TO**: *See Attached* Schedule A

                              */s/* Matthew L. Corwin
                              Matthew L. Corwin

Sworn to before me this
3rd day of June 2015

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2017

## **SCHEDULE A**

**Attorneys for: Albourne America LLC**

Robert Honeywell, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: Robert.Honeywell@klgates.com

Eunice Rim Hudson, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: eunice.hudson@klgates.com