**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03483 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, | |
| Defendants. | |

**STIPULATION AND ORDER ADJOURNING HEARING**
**AND DEADLINE TO OPPOSE MOTION**

WHEREAS, on December 2, 2014, Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, filed a Notice of

Motion seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as

incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure,

granting the Trustee's motion (the "Motion") to substitute (i) the Estate of Andrew H. Madoff

and Martin Flumenbaum for deceased defendant Andrew Madoff and (ii) David Blumenfeld for

deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this

proceeding;

WHEREAS, by Stipulation and Order entered on February 4, 2015, this Court adjourned

the deadline for any opposition to the Motion to be filed to February 27, 2015;

WHEREAS, by Stipulation and Order entered on February 27, 2015, this Court

adjourned the deadline for any opposition to the Motion to be filed to March 13, 2015 and

adjourned the hearing before the Court on the Motion to April 29, 2015, at 10:00 a.m.;

WHEREAS, by Stipulation and Order entered on March 13, 2015, this Court adjourned

the deadline for any opposition to the Motion to be filed to March 27, 2015;

WHEREAS, by Stipulation and Order entered on March 27, 2015, this Court adjourned

the deadline for any opposition to the Motion to be filed to April 27, 2015 and adjourned the

hearing before the Court on the Motion to May 20, 2015, at 10:00 a.m;

WHEREAS, by Stipulation and Order entered on April 27, 2015, this Court adjourned the

deadline for any opposition to the Motion to be filed to June 5, 2015 and adjourned the hearing

before the Court on the Motion to June 24, 2015, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

as follows:

1.      Any opposition ("Opposition") to the Motion shall be filed by July 10, 2015.

2.      The hearing before the Court on the Motion, which was previously scheduled to

be held on June 24, 2015, is adjourned to August 26, 2015, at 10:00 a.m.

3.      Nothing in this stipulation is a waiver of the parties' right to stipulate to further

extensions.  Nor is anything in this stipulation a waiver of any party's right to request from the

Court a further extension, or of any other party's right to object to any such request.

Dated: June 4, 2015                          WINDELS MARX LANE & MITTENDORF LLP
      New York, New York

                                          BY: /s/ Howard L. Simon_____
                                              156 West 56th Street
                                              New York, New York 10019
                                              Telephone: (212) 237-1000
                                              Facsimile: (212) 262-1215
                                              Howard L. Simon
                                              hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the*
*SIPA Liquidation of of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*


                                          DAVID BLUMENFELD

                                   BY: /s/ David Blumenfeld_____
                                            101 Whitney Lane
                                          Old Westbury, New York  11568

*Successor Executor of the Estate of*
*Mark D. Madoff*


                                          MARTIN FLUMENBAUM

                                  BY: /s/ Martin Flumenbaum_____
                                            Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                          1285 Avenue of the Americas
                                          New York, New York 10019-6064
                                          Telephone: (212) 373-3191
                                          Facsimile: (212) 492-0191
                                          Martin Flumenbaum
                                          Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: /s/ Andrew Ehrlich_____
      1285 Avenue of the Americas
      New York, New York 10019-6064
      Telephone: (212) 373-3191
      Facsimile: (212) 492-0191
      Martin Flumenbaum
      Email: mflumenbaum@paulweiss.com
      Andrew Ehrlich
      Email: aehrlich@paulweiss.com

*Attorneys for the Estate of Andrew H. Madoff and the Estate of Mark D. Madoff*

SO ORDERED:

Dated: June 4th, 2015          /s/ STUART M. BERNSTEIN_____
New York, New York          HONORABLE STUART M. BERNSTEIN
                      UNITED STATES BANKRUPTCY JUDGE