UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | CERTIFICATE OF SERVICE |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, et al.,<br><br>Defendants. | Adv. Pro. No. 09-01364 (BRL) |

I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 3rd day of June 2015, the Notice of Appearance of Thomas J. Moloney and the Request for Removal from Electronic Service Lists of Evan A. Davis were served by email upon the entities listed on the attached service list.

Dated: New York, New York
       June 5, 2015

Richard V. Conza

# SERVICE LIST

Sheldon Eisenberger
The Law Office of Sheldon Eisenberger
Email: sheldon@eisenbergerlaw.com
Attorney for: Erwin Kohn, Sonja Kohn, 20:20 Medici AG f/k/a Bank Medici AG, Eurovaleur, Inc. and Herald Asset Management Limited

Mary K. Warren
Willkie Farr& Gallagher LLP
Email: mwarren@willkie.com
Attorney for: Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Equus Asset Mgmt. Ltd, Equus Asset Management Partners, L.P., Cape Investment Advisors Limited, Genevalor, Benbassat et Cie, Hermes Asset Management Limited and Dr. Alain B. Levy, solely in his capacity as Executor of the Estate of Mario Benbassat

Mark Michael Elliott
Bingham McCutchen LLP
Email: mark.elliott@bingham.com
Attorney for: Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Aurelia Asset Management Partners and Aurelia Fund Management Ltd.

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney for: Primeo Fund

William P. Weintraub
Goodwin Procter LLP
Email: wweintraub@goodwinprocter.com
Attorney for: GTM Trusteeship & Management Services S.A. and GTM Management Services Services Corp. N.V.

Susan L. Saltzstein
Skadden, Arps, Slate, Meagher & Flom LLP
Email: susan.saltzstein@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

Marco E. Schnabl
Skadden, Arps, Slate, Meagher & Flom LLP
Email: marco.schnabl@skadden.com
Attorney for: Pioneer Alternative Investment Management Limited and UniCredit S.p.A.

Franklin B. Velie
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Attorney for: UniCredit Bank Austria AG

Jonathan Kortmansky
Sullivan & Worcester LLP
Email: jkortmansky@sandw.com
Attorney for: UniCredit Bank Austria AG

Matthew Allen Feldman
Willkie Farr & Gallagher LLP
Email: maosbny@willkie.com
Attorney for: Cape Investment Advisors Limited, Equus Asset Management LTD, Equus Asset Management Partners, L.P., Genevalor, Benbassat Et Cie, Hermes Asset Management Limited, Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd., Alain B. Levy, Alberto Benbassat, David T. Smith, Roberto Nespolo, Stephanie Benbassat

Gregory W. Fox
Goodwin Procter LLP
Email: gfox@goodwinprocter.com
Attorney for:  GTM Management Services Corp. N.V., T+M Trusteeship & Management Services S.A.

Brian W. Harvey
Goodwin Procter LLP
The New York Times Building
Email: bharvey@goodwinprocter.com
Attorney for: GTM Trusteeship & Management Services S.A., GTM Management Services Corp. N.V.

Marc E. Hirschfield
Baker & Hostetler LLP
Email: bhaa@bakerlaw.com
Attorney for: Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff

Andrew T. Solomon
Sullivan & Worcester LLP
Email: asolomon@sandw.com
Attorney for: Unicredit Bank Austria AG

Robin Spigel
Willkie Far & Gallagher LLP
Email: maosbny@willkie.com
Attorney for: Cape Investment Advisors Limited, Equus Asset Management LTD, Equus Asset Management Partners, L.P., Genevalor, Benbassat Et Cie, Hermes Asset Management Limited, Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd., Alain B. Levy, Alberto Benbassat, David T. Smith, Roberto Nespolo, Stephanie Benbassat

Helen Chaitman
Becker & Poliakoff, LLP
Email: HChaitman@becker-poliakoff.com
Attorney for: Marsha Peshkin

Joseph P. Moodhe
Debevoise & Plimpton LLP
Email: jpmoodhe@debevoise.com
Attorney for: Geo Currencies Ltd. S.A., Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd., Thema International Fund PLC, Thema Wise Investments Ltd.

Nicholas F. Kajon
Stevens & Lee, P.C.
Email: nfk@stevenslee.com
Attorney For: Access Advantage Master Fund Limited

Todd E. Duffy
DuffyAmedeo, LLP
Email: tduffy@duffyamedeo.com
Attorney for: Alpha Prime Fund Limited and Senator Fund SPC

3

Douglas A. Amedeo
DuffyAmedeo, LLP
Email: damedeo@duffyamedeo.com
Attorney for: Alpha

4