**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Jonathan New
Robertson Beckerlegge
Robyn Feldstein

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN B. MENDELOW, NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | Adv. Pro. No. 10-04283 (SMB) |

|  |
|---|
| Defendants. |

### **STIPULATION EXTENDING TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before which the above-captioned Plaintiff may oppose Defendants' Motion for Judgment on the Pleadings (the "Motion") is extended up to and including August 6, 2015. The Defendants' reply shall be due on or before September 4, 2015.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank]*

Dated as of: May 28, 2015

| **BAKER & HOSTETLER LLP** | **ARKIN SOLBAKKEN LLP** |
|---|---|
| By: s/ *Jonathan B. New* | By: *s/ Stanley S. Arkin Esq.* |
| 45 Rockefeller Plaza | 590 Madison Avenue |
| New York, New York 10111 | #3500 |
| Telephone: 212.589.4200 | New York, New York 10022 |
| Facsimile: 212.589.4201 | Telephone: 212.333.0200 |
| David J. Sheehan | Facsimile: 212.333.2350 |
| Email: dsheehan@bakerlaw.com | Stanley S. Arkin |
| Jonathan B. New | Email: sarkin@arkin-law.com |
| Email: jnew@bakerlaw.com | Lisa C. Solbakken |
| Robertson Beckerlegge | Email: lsolbakken@arkin-law.com |
| Email: rbeckerlegge@bakerlaw.com | Alexander Reisen |
| Robyn Feldstein | Email: areisen@arkin-law.com |
| Email: rfeldstein@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Mendelow, C&P Associates, Ltd., and C&P Associates, Inc.*