**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Jonathan New
Robertson Beckerlegge
Robyn Feldstein

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>FGLS Equity, LLC,<br><br>     Defendants. | Adv. Pro. No. 10-05191 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before which the above-captioned Plaintiff may oppose Defendant's Motion for Judgment on the Pleadings (the "Motion") is extended up to and including August 6, 2015.  The Defendant's reply shall be due on or before September 4, 2015.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank]*

Dated as of:  May 28, 2015

**BAKER & HOSTETLER LLP**

By: _s/ Jonathan B. New_
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Robyn Feldstein
Email: rfeldstein@bakerlaw.com

_Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff_

**ARKIN SOLBAKKEN LLP**

By: _s/ Stanley S. Arkin Esq._
590 Madison Avenue
#3500
New York, New York 10022
Telephone:  212.333.0200
Facsimile:  212.333.2350
Stanley S. Arkin
Email: sarkin@arkin-law.com
Lisa C. Solbakken
Email:  lsolbakken@arkin-law.com
Alexander Reisen
Email:  areisen@arkin-law.com

_Attorneys for Defendants Steven B.
Mendelow, Nancy Mendelow, Cara
Mendelow, Pamela Mendelow, C&P
Associates, Ltd., and C&P Associates, Inc._

300359882.2