*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone:  612-327-8378*
*Email:  mcingber@comcast.net*

*Attorneys for Defendants:*
*AMY PINTO LOME REVOCABLE TRUST,*
*U/A/D 5/22/03; AMY PINTO LOME,*
*individually and in her capacity as Grantor*
 *and Trustee for the Amy Pinto Lome Revocable*
*Trust u/a/d 5/22/03; and LEONARD D. LOME,*
 *in his capacity as Trustee for the Amy Pinto*
*Lome Revocable Trust u/a/d 5/22/03*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No.08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantially Consolidated) |
| In Re: <br><br> BERNARD L MADOFF, <br><br><div align="center">Debtor.</div> | |

<div align="center">1</div>

| |
|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, <br><br> Defendants. |

Adv. Pro. No. 10-04588 (SMB)

**CERTIFICATE OF NO OBJECTION OF MOTION OF DEFENDANTS' COUNSEL ROBERT M. McCLAY AT THE LAW FIRM OF McCLAY•ALTON, P.L.L.P. AND DEFENDANTS' COUNSEL MARVIN C. INGBER FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO REMOVE BRUCE S. SCHAEFFER AS COUNSEL TO DEFENDANTS**

Defendants AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03 ("Defendants"), by and through their undersigned counsel, Robert M. McClay, McClay•Alton, P.L.L.P. and Marvin C. Ingber ("Active Counsel for Defendants") submit this certificate pursuant to the United States Bankruptcy Court, Southern District of New York, Local Bankruptcy Rule 9075-2, and respectfully represent:

1.        On April 22, 2015, Active Counsel for Defendants filed the *Motion of Defendants' Counsel Robert M. McClay at the Law Firm of  McCLAY•ALTON, P.L.L.P. and Defendants' Counsel Marvin C. Ingber for an Order Pursuant to Rule 2090-1(e) of the Local*

2

*Bankruptcy Rules to Remove Bruce S. Schaeffer as Counsel to Defendants* (the "Motion") (08-01789, ECF No. 9849; 10-04588, ECF No. 41)**.**

2.      The deadline for filing objections to the Motion expired on June 3, 2015 at 4:00 p.m. prevailing Eastern time. A hearing on the Motion has been scheduled for June 8, 2015 at 12:00 p.m. prevailing Eastern time.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email to:

    a.  Defendants Amy Pinto Lome & Leonard D. Lome;
    b.  Bruce S. Schaeffer, Esq.;
    c.  Trustee c/o Marc E. Hirschfield, Esq., Dean Hunt, Esq. and Farrell A. Hochmuth, Esq.;
    d.  All parties included in the Master Service List as defined in the Order Establishing Notice Procedures and Limiting Notice dated November 5, 2011 (ECF No. 4560);
    e.  All parties that have filed a notice of appearance in this case: Kevin H. Bell, Esq. with Securities Investor Protection Corporation.

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Active Counsel for Defendants that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of a proposed order (the "Order"), substantially in the form of the proposed order annexed to the Motion will be submitted to the Court, along with this Certificate.

6.      Pursuant to United States Bankruptcy Court, Southern District of New York Local Bankrupty Rule 9075-2, Active Counsel for Defendants respectfully request that the Order be entered without a hearing.

Dated:  St. Paul Minnesota

June 5, 2015                                By:  /s/ Robert M. McClay
                                           Robert M. McClay #69620
                                           McClay•Alton, P.L.L.P.
                                           (Pro Hac Vice)
                                           951 Grand Avenue
                                           St. Paul, Minnesota 55101
                                           Telephone: 651-290-0301
                                           Fax: 651-290-2502
                                           Email: law@mcclay-alton.com

Dated:   Edina, Minnesota

June 5, 2015                                By: /s/ Marvin C. Ingber
                                           Marvin C. Ingber #0048859
                                           (Pro Hac Vice)
                                           Attorney and Counselor at Law
                                           6705 Apache Road
                                           Edina, Minnesota 55439-1001
                                           Telephone:  612-327-8378
                                           Email:  mcingber@comcast.net

                                           *Attorneys for Defendants:*
                                           *AMY PINTO LOME REVOCABLE TRUST,*
                                           *U/A/D 5/22/03; AMY PINTO LOME,*
                                           *individually and in her capacity as Grantor*
                                           *and Trustee for the Amy Pinto Lome Revocable*
                                           *Trust u/a/d 5/22/03; and LEONARD D. LOME,*
                                           *in his capacity as Trustee for the Amy Pinto*
                                           *Lome Revocable Trust u/a/d 5/22/03*