*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone: 612-327-8378*
*Email: mcingber@comcast.net*

*Attorneys for Defendants:*
*IRVING J. PINTO 1996 GRANTOR RETAINED*
*ANNUITY TRUST; IRVING J. PINTO 1994*
*GRANTOR RETAINED ANNUITY TRUST;*
*SIDNEY KAPLAN, in his/her capacity as Trustee*
*of the Irving J. Pinto 1996 Grantor Retained*
*Annuity Trust and the Irving J. Pinto 1994*
*Grantor Retained Annuity Trust; ESTATE OF IRVING*
*J.PINTO; and JAMIE PINTO, in his capacity as*
*Personal Representative of the Estate of Irving J. Pinto.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |

|  |  |
|---|---|
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto,<br><br>        Defendants. | Adv. Pro. No. 10-04744 (SMB) |

**CERTIFICATE OF NO OBJECTION OF MOTION OF DEFENDANTS' COUNSEL ROBERT M. McCLAY AT THE LAW FIRM OF McCLAY•ALTON, P.L.L.P. AND DEFENDANTS' COUNSEL MARVIN C. INGBER FOR AN ORDER PURSUANT TO RULE 2090-1(e) OF THE LOCAL BANKRUPTCY RULES TO REMOVE BRUCE S. SCHAEFFER AS COUNSEL TO DEFENDANTS**

Defendants IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto ("Defendants"), by and through their undersigned counsel, Robert M. McClay, McClay•Alton, P.L.L.P. and Marvin C. Ingber ("Active Counsel for Defendants") submit this certificate pursuant to the United States Bankruptcy Court, Southern District of New York, Local Bankruptcy Rule 9075-2, and respectfully represent:

2

1. On April 22, 2015, Active Counsel for Defendants filed the *Motion of Defendants' Counsel Robert M. McClay at the Law Firm of McCLAY•ALTON, P.L.L.P. and Defendants' Counsel Marvin C. Ingber for an Order Pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules to Remove Bruce S. Schaeffer as Counsel to Defendants* (the "Motion") (08-01789, ECF No. 9853; 10-04588, ECF No. 40).

2. The deadline for filing objections to the Motion expired on June 3, 2015 at 4:00 p.m. prevailing Eastern time. A hearing on the Motion has been scheduled for June 8, 2015 at 12:00 p.m. prevailing Eastern time.

3. Notice of the Motion was provided by U.S. Mail, postage prepaid or email to:

    a. Defendant Jamie Pinto;
    b. Bruce S. Schaeffer, Esq.;
    c. Trustee c/o Marc E. Hirschfield, Esq., Dean Hunt, Esq. and Farrell A. Hochmuth, Esq.;
    d. All parties included in the Master Service List as defined in the Order Establishing Notice Procedures and Limiting Notice dated November 5, 2011 (ECF No. 4560);
    e. All parties that have filed a notice of appearance in this case: Kevin H. Bell, Esq. with Securities Investor Protection Corporation.

4. Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Active Counsel for Defendants that it intends to oppose the relief requested in the Motion.

5. An electronic copy of a proposed order (the "Order"), substantially in the form of the proposed order annexed to the Motion will be submitted to the Court, along with this Certificate.

6. Pursuant to United States Bankruptcy Court, Southern District of New York Local

Bankrupty Rule 9075-2, Active Counsel for Defendants respectfully request that the Order be entered without a hearing.

Dated:  St. Paul Minnesota

| | |
|---|---|
| June 5, 2015 | By: /s/ Robert M. McClay<br>Robert M. McClay #69620<br>McClay•Alton, P.L.L.P.<br> (Pro Hac Vice)<br>951 Grand Avenue<br>St. Paul, Minnesota 55101<br>Telephone: 651-290-0301<br>Fax: 651-290-2502<br>Email: law@mcclay-alton.com |

Dated:   Edina, Minnesota

| | |
|---|---|
| June 5, 2015 | By: /s/ Marvin C. Ingber<br>Marvin C. Ingber #0048859<br>(Pro Hac Vice)<br>Attorney and Counselor at Law<br>6705 Apache Road<br>Edina, Minnesota 55439-1001<br>Telephone:  612-327-8378<br>Email:  mcingber@comcast.net<br><br>*Attorneys for Defendants:*<br>*IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto.* |