*McClay●Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone: 612-327-8378*
*Email: mcingber@comcast.net*

*Attorneys for Defendants:*
*IRVING J. PINTO 1996 GRANTOR RETAINED*
*ANNUITY TRUST; IRVING J. PINTO 1994*
*GRANTOR RETAINED ANNUITY TRUST;*
*SIDNEY KAPLAN, in his/her capacity as Trustee*
*of the Irving J. Pinto 1996 Grantor Retained*
*Annuity Trust and the Irving J. Pinto 1994*
*Grantor Retained Annuity Trust; ESTATE OF IRVING*
*J.PINTO; and JAMIE PINTO, in his capacity as*
*Personal Representative of the Estate of Irving J. Pinto.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF, | |

1

|  |  |
|---|---|
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto,<br><br>Defendants. | Adv. Pro. No. 10-04744 (SMB) |

## CERTIFICATE OF SERVICE

1. I am an attorney admitted to practice Pro Hac Vice before this Court.

2. On June 5, 2015, the document listed below was filed electronically via the Court's CM/ECF System.

   **1. Certificate of No Objection**

3. Electronic notice of the filing of the above-mentioned documents was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the documents through the Court's CM/ECF System.

4. Copies of the documents were also served on June 5, 2015 via USPS First Class Mail, postage prepaid, return service requested to those parties listed on the attached Service List.

I declare, pursuant to USC Title 28 § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: St. Paul, Minnesota

June 5, 2015                                      By: /s/ Robert M. McClay
                                                        Robert M. McClay

2

**SERVICE LIST**

Bruce S. Schaeffer, Esq.
Attorney at Law
3 Park Avenue Suite 1501
New York, NY  10016

Jamie Pinto
[Mailing address
intentionally omitted for privacy reasons]

Marc E. Hirschfield, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Dean D. Hunt, Esq.
Farrell A. Hochmuth, Esq.
Baker & Hostetler LLP
811 Main Street Suite 1100
Houston, TX 77002-6111

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005