**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HAUSNER GROUP (also known as HAUSNER GROUP, LP), a Delaware limited partnership, HARVEY H. HAUSNER, TRUST F/B/O ALEXANDRA E. HAUSNER CAVE, KATHY HAUSNER GROSSMAN, as trustee and as an individual, ELLEN J. WERTHEIM, as trustee, and ALEXANDRA E. HAUSNER CAVE,<br><br>Defendants. | Adv. Pro. No. 10-04699 (SMB) |

# STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants The Hausner Group (also known as Hausner Group, LP), Trust f/b/o Alexandra E. Hausner Cave, Kathy Hausner Grossman, Ellen J. Wertheim, and Alexandra E. Hausner Cave (collectively, "Defendants"), by and through their counsel, Kudman Trachten Aloe LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendants, and others [Dkt. No. 1].

2. On April 25, 2014, Defendants served an answer on the Trustee [Dkt. No. 26].

3. Harvey H. Hausner, who was named as a defendant in the Complaint, was deceased at the time the Complaint was filed.

4. Hilda Hausner, who was named as a defendant in the Complaint, has been dismissed from the action pursuant to a Stipulation and Order Dismissing Defendant filed on June 5, 2015 [Dkt. No. 29].

5. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's Complaint in the above-captioned adversary proceeding and dismissing the adversary proceeding.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 5, 2015

Of Counsel:

**BAKER & HOSTLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**KUDMAN TRACHTEN ALOE LLP**

By: *s/ Evan S. Cowit*
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118
Telephone: 212.868.1010, x385
Facsimile: 212.868.0013
Paul H. Aloe
Email: paloe@kudmanlaw.com
Evan S. Cowit
Email: ecowit@kudmanlaw.com

*Attorneys for Defendants*

3

**SO ORDERED:**

**By: /s/ STUART M. BERNSTEIN**               Date: **June 8th, 2015**
    **HON. STUART M. BERNSTEIN**
    **UNITED STATES BANKRUPTCY JUDGE**