**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No.08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In Re:<br><br>BERNARD L MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,<br><br>Defendants. | Adv. Pro. No. 10-04588 (SMB) |

**ORDER Granting Motion Of Defendants' Counsel Robert M. Mcclay At The Law Firm Of Mcclay•Alton, P.L.L.P. And Defendants' Counsel Marvin C. Ingber For An Order Pursuant To Rule 2090-1(E) Of The Local Bankruptcy Rules To Withdraw Bruce S. Schaeffer As Counsel To Defendants**

Upon consideration of the motion (the "Motion") of Robert M. McClay, McClay•Alton,

P.L.L.P. and Marvin C. Ingber, for an order pursuant to rule 2090-1(e) of the Local Bankruptcy

1

Rules to withdraw Bruce S. Schaeffer ("Schaeffer") as counsel of record for AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03 ("Defendants"); and the Declaration of Robert M. McClay in support of the Motion; and the Declaration of Marvin C. Ingber in support of this motion; and the Affidavit of Amy Pinto Lome and Leonard D. Lome in support of the Motion; and due and sufficient notice of the Motion having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed or submitted in connection with the Motion; and after due deliberation and sufficient cause appearing therefore; it is hereby

~~ORDERED that the Motion is granted; and it is further~~**[SMB: 6/9/15]**

ORDERED that Robert M. McClay, of McClay•Alton, P.L.L.P. and Marvin C. Ingber, is granted leave to have Mr. Schaeffer withdrawn as counsel for Defendants and is hereby deemed that Mr. Schaeffer is removed as counsel for Defendants in this **adversary proceeding** ~~and any consolidated or related case~~; and it is further **[SMB: 6/9/15]**

ORDERED that the Clerk of Courts and all parties in interest in this **adversary proceeding** ~~case~~ are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further **[SMB: 6/9/15]**

ORDERED that Mr. Schaeffer is to be removed from all service lists in this **adversary proceeding** ~~matter~~; and it is further **[SMB: 6/9/15]**

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

2

Dated: New York, New York

June 9th, 2015

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE