# Exhibit 5

## FAIRFIELD GREENWICH (BERMUDA) LTD.
(the "Company")

Written resolutions of all the Directors of the Company adopted in accordance with Bye-Law 60 of the Company as of the date on which these resolutions are signed by the last Director to sign.

**Signing Authorities – Fairfield Sigma Limited ("Sigma"), Fairfield Lambda Limited ("Lambda") and Fairfield Sentry Limited ("Sentry")**

**NOTED** that:

(a) the Company served as the investment manager for each of Sigma, Lambda and Sentry, each being investment funds;

(b) as investment manager for each of Sigma, Lambda and Sentry, the Company had been delegated the power and authority to manage the investment of the assets of each of them, and that from time to time, Sigma and Lambda make investments in Sentry; and

(b) in connection with the above, the Company wished to authorize individuals as authorized signatories of the Company for the above purposes.

**RESOLVED** that:

(a) that each of Daniel Lipton and Amit Vijayvergiya, whose signatures appear below, be and hereby are authorized to sign and otherwise execute for and in the name of the Company as investment manager for each of Sigma, Lambda and Sentry respectively, any agreements or other documents in relation to any of the following transactions on behalf of the Company as investment manager as aforesaid, and to bind the Company as investment manager in accordance with the contents and tenor of such agreements or documents:

- Subscriptions and Redemptions on behalf of Fairfield Sigma Limited and Fairfield Lambda Limited for shares of Fairfield Sentry Limited;
- Deposits and Withdrawals in overnight deposit account ⎯8568 at Citco Bank Nederland N.V. in the name of Fairfield Sentry Limited; and
- Transfers of funds to and from investment accounts 1-FN045-3-0 and 1-FN012-3-0 held with Bernard L. Madoff Investment Securities, LLC. and accounts at Citco Bank Nederland N.V. in the name of Fairfield Sentry Limited.

Daniel Lipton _____

Amit Vijayvergiya _____

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE0001520030
SECSEV0729553

## FAIRFIELD GREENWICH (BERMUDA) LTD.
### (the "Company")

Written resolutions of all the Directors of the Company adopted in accordance with Bye-Law 60 of the Company as of the date on which these resolutions are signed by the last Director to sign.

### Signing Authorities – Fairfield Sigma Limited ("Sigma"), Fairfield Lambda Limited ("Lambda") and Fairfield Sentry Limited ("Sentry")

**NOTED** that:

(a)   the Company served as the investment manager for each of Sigma, Lambda and Sentry, each being investment funds;

(b)   as investment manager for each of Sigma, Lambda and Sentry, the Company had been delegated the power and authority to manage the investment of the assets of each of them, and that from time to time, Sigma and Lambda make investments in Sentry; and

(b)   in connection with the above, the Company wished to authorize individuals as authorized signatories of the Company for the above purposes.

**RESOLVED** that:

(a)   that each of Daniel Lipton and Amit Vijayvergiya, whose signatures appear below, be and hereby are authorized to sign and otherwise execute for and in the name of the Company as investment manager for each of Sigma, Lambda and Sentry respectively, any agreements or other documents in relation to any of the following transactions on behalf of the Company as investment manager as aforesaid, and to bind the Company as investment manager in accordance with the contents and tenor of such agreements or documents:

- Subscriptions and Redemptions on behalf of Fairfield Sigma Limited and Fairfield Lambda Limited for shares of Fairfield Sentry Limited;
- Deposits and Withdrawals in overnight deposit account 8568 at Citco Bank Nederland N.V. in the name of Fairfield Sentry Limited; and
- Transfers of funds to and from investment accounts 1-FN045-3-0 and 1-FN012-3-0 held with Bernard L. Madoff Investment Securities, LLC. and accounts at Citco Bank Nederland N.V. in the name of Fairfield Sentry Limited.

Daniel Lipton _____

Amit Vijayvergiya __[signature]__

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED     FGGE000152031
SECSEV0729554

(b) the current requirement for two signatories on amounts over USD 2,500.00 at the Company's bank account at The Bank of Butterfield & Son Limited be increased to USD 10,000.00; and

(c) the proper officers of the Company, be, and each such person hereby is, authorized and directed, in the name of and on behalf of the Company, to execute all such instruments, notices and writings as such officers in their discretion shall deem necessary or desirable to effectuate the foregoing resolutions and to carry out the full intents and purposes thereof.

These Written Resolutions may be executed in one or more counterparts, each of which shall be deemed original and all of which, when taken together, shall constitute one instrument. The actions taken by these Written Resolutions shall have the same force and effect as if taken by the Directors at a meeting of the Directors, duly called and constituted pursuant to the Bye-laws of the Company.

_____
Andres Piedrahita
Dated: 14 September 2004

_____
Ian Pilgrim
Dated: 14 September 2004

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000152032
SECSEV0729555