# Exhibit 6

| | |
|---|---|
| From: | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| Sent: | Tuesday, August 26, 2003 3:00 PM |
| To: | Lauren Ross [lauren@fggus.com]; Dan Lipton [dan@fggus.com]; Corina Piedrahita [corina.piedrahita@virgin.net] |
| Cc: | Jacqueline Harary [jacqueline@fggus.com] |
| Subject: | RE: F Sentry Class B - $1.5 Subscription - Please approve |

Ok to do

-----Original Message-----
**From:** Lauren Ross
**Sent:** Tuesday, August 26, 2003 9:50 AM
**To:** Jeffrey Tucker; Dan Lipton; Corina Piedrahita
**Cc:** Jacqueline Harary
**Subject:** F Sentry Class B - $1.5 Subscription - Please approve

Please approve $1.5mm into F Sentry Class B for Knowledge Works Foundation.  This is a client of Jackie's.

Thank you,

Lauren

-----Original Message-----

**From:**   Jacqueline Harary

**Sent:**   Tuesday, August 26, 2003 10:45 AM

**To:**   Lauren Ross

**Subject:**

Hi Lauren:

Can you approve for 9-1-2003 1.5 million USD for Fairfield Sentry B from my allocation?  The existing client would be Knowledge Works Foundation which I was not so keen to grant but since we have enough capacity I thought I would accept it.

If this is approved could you please send the short form to Bill McNeese (mcneeseb@kwfdn.org  and cc nheppler@appartners.com) so he can fill it out today and send it today. I advised them the deadline is tomorrow.

Please advise.

Thanks,

Jackie

*Jacqueline Harary*

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED       FGGE001195043

SECSEV1772566

Fairfield Greenwich Group

919 Third Avenue

11th Floor

New York, New York 10022

Tel: 212-319-6060

Fax: 212-319-0450

e-mail: jacqueline@fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001195044
SECSEV1772567