# Exhibit 7

**From:** Jeffrey Tucker [jeffrey@fggus.com]
**Sent:** 5/6/2005 4:26:10 PM
**To:** Lauren Ross [lauren@fggus.com]; Dan Lipton [dlipton@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
**CC:** Finance Group [Finance@fggus.com]; Gordon McKenzie [gordon@fggus.com]; Sam Nakhleh [sam@fggus.com]
**Subject:** RE: Investment from Crediinvest for May 1 $6mm

approved.

-----Original Message-----
From: Lauren Ross
Sent: Friday, May 06, 2005 12:25 PM
To: Jeffrey Tucker; Dan Lipton; Amit Vijayvergiya
Cc: Finance Group; Gordon McKenzie; Sam Nakhleh
Subject: Investment from Crediinvest for May 1 $6mm


Dear Jeffrey,

Please approve acceptance of a late subscription from Crediinvest for $6mm into Fairfield Sentry for May 1. Monies and documents were received April 29th. We will inform the agent and the client of the importance of our deadlines going forward.

Thank you,
Lauren


Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000035674
SECSEV0613197