# Exhibit 8

**From:** Jeffrey Tucker [jeffrey@fggus.com]
**Sent:** 9/17/2004 4:33:38 PM
**To:** Lauren Ross [lauren@fggus.com]; Maria-Joao Fernandez [MFernandez@citco.com]
**CC:** Finance Group [Finance@fggus.com]; Gordon McKenzie [gordon@fggus.com]; Nancy Ng [Nancy@fggus.com]; Amit Vijayvergiya [amit@fggus.com]; Dan Lipton [dlipton@fggus.com]; Corina Piedrahita [corina@fggmadrid.com]
**Subject:** RE: Redemption Fairfield Sentry - late receipt for NAV Sep 30 - Dresdner Bank Lateinamerika AG

ok

-----Original Message-----
From: Lauren Ross
Sent: Friday, September 17, 2004 6:45 AM
To: Maria-Joao Fernandez
Cc: Finance Group; Gordon McKenzie; Nancy Ng; Amit Vijayvergiya; Dan Lipton; Corina Piedrahita; Jeffrey Tucker
Subject: RE: Redemption Fairfield Sentry - late receipt for NAV Sep 30 - Dresdner Bank Lateinamerika AG


This is for Sep 30 NAV.

Corina/Jeffrey/Dan - please approve.

Thank you,
Lauren


Lauren H. Ross
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
Tel: 212-319-6060
Fax: 212-319-0450
Email: lauren@fggus.com

-----Original Message-----
From: "Fernandez, Maria João AMS" [mailto:MFernandez@Citco.com]
Sent: Friday, September 17, 2004 6:35 AM
To: Lauren Ross
Cc: Finance Group; Gordon McKenzie; Nancy Ng; Amit Vijayvergiya; Dan Lipton; Rob Blum; Corina Piedrahita; Jeffrey Tucker
Subject: Redemption Fairfield Sentry - late receipt for NAV Sep 30 - Dresdner Bank Lateinamerika AG

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000026518

SECSEV0604041

Dear Lauren,

We have received the following request for redemption:

Fund : Fairfield Sentry A
Date of receipt of request : September 17, 2004
Shareholder name : Dresdner Bank Lateinamerika AG
Redeeming shares : 5,501.78

As you can see this redemption came in one day too late for the NAV of September 30, 2004. They do not request any specific NAV, however they mention that it "was already approved by Lauren Ross/Fairfield N.Y."

I just want to confirm with you if this trade was approved for any specific NAV, as in order to redeem shareholders do not need to have an approval. Please advise.

Thanks in advance and regards
João

Maria João Fernandez
Investor Relations Group
Citco Fund Services (Europe) BV
Naritaweg 165
1007 JE Amsterdam
the Netherlands
Tel. 0031-20 5722 116
Fax 0031-20 5722 610

For further information about our products and services please visit our website at: www.citco.com Citco Group affiliates are established in London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands
- Bermuda - Bahamas - Toronto
New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail message and any enclosures, is intended only for the persons to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender by return e-mail and delete this message from your computer. Citco disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting, or refraining from acting, on any information contained in this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000026519

SECSEV0604042

*****************************************************

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000026520
SECSEV0604043