# Exhibit 9

**From:** Jeffrey Tucker [jeffrey@fggus.com]
**Sent:** 2/21/2005 11:12:21 PM
**To:** Lauren Ross [lauren@fggus.com]; Amit Vijayvergiya [amit@fggus.com]; Gordon McKenzie [gordon@fggus.com]; Corina Piedrahita [corina@fggmadrid.com]
**CC:** Sam Nakhleh [sam@fggus.com]
**Subject:** RE: FW: Fairfield Sentry - redemption all shares i/n/o Multi-Strategy Fund - request to include also shs from NAV Jan 31, 2005

Ok

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Mon Feb 21 17:33:28 2005
To: Amit Vijayvergiya; Gordon McKenzie; Corina Piedrahita; Jeffrey Tucker
Cc: Sam Nakhleh
Subject: FW: Fairfield Sentry - redemption all shares i/n/o Multi-Strategy Fund - request to include also shs from NAV Jan 31, 2005

This is a very important client of Philip's (CDP). Please approve to amend this redemption request and process for Feb 28 if all paperwork is completed.

Thank you,
Lauren


Lauren H. Ross
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
Tel: 212-319-6060
Fax: 212-319-0450
Email: lauren@fggus.com

-----Original Message-----
From: "Fernandez, Maria João AMS" [mailto:MFernandez@Citco.com]
Sent: Monday, February 21, 2005 8:15 AM
To: Gordon McKenzie; Amit Vijayvergiya
Cc: Lauren Ross; Sam Nakhleh; Corina Piedrahita; Dan Lipton; Jeffrey Tucker; Maria Ibarra; Marianne van den Oever; Peter Nicholls
Subject: Fairfield Sentry - redemption all shares i/n/o Multi-Strategy Fund - request to include also shs from NAV Jan 31, 2005

Dear All,

On February 14, 2005 we received the above redemption for NAV of February 28, 2005. We

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000165155

SECSEV0742678

confirmed to the client a redemption of 20,050.63 shares (they indicated they wanted to redeem all shares).

However now they contacted us again and say that their request also included the shares purchased with their subscription of US$5,000,000 of NAV January 31, 2005. This subscription is not processed yet as we still are missing the subscription agreement of Fairfield Sentry Ltd. Once it is processed it will account for 4,850.30 shares.

Please advise if you can allow the above redemption to be amended from 20,050.63 shares to 24,900.93 shares, for the NAV of February 28, 2005.

Kind regards
João


Maria João Fernandez
Investor Relations Group
Citco Fund Services (Europe) BV
Naritaweg 165
1007 JE Amsterdam
the Netherlands

Tel. 0031-20 5722 116
Fax 0031-20 5722 610
For further information about our products and services please visit our website at: www.citco.com < > Citco Group affiliates are established in London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands
- Bermuda - Bahamas - Toronto
New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney
**********************************************************************
*********************************************
This e-mail message and any enclosures, is intended only for the persons to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender by return e-mail and delete this message from your computer. Citco disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting, or refraining from acting, on any information contained in this message.
**********************************************************************
*********************************************

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00016515⁶

SECSEV0742679