# Exhibit 15

**From:** Andrew Smith [andrews@fggus.com]
**Sent:** 10/12/2004 3:05:19 PM
**To:** Amit Vijayvergiya [amit@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]
**CC:**
**Subject:**

Can you guys do a brief meeting/call with a client called Giroscopic, they are a sophisticated group that has in the mid single digit millions in Sentry via UBP. They can come by the ny office at 2 pm tomorrow, Wednesday, and meet with us here and we can patch you in Amit.

If you cannot make it, is there anyone else that can substitute. I can handle the firm overview and the Sentry overview, I am just not currently up to speed on the sentry portf or the risk. Please advise.

A

-------------------------------------------------
Andrew Florin Smith
Chester Global Strategy Fund
Irongate Global Strategy Fund
Fairfield Greenwich Group
Tel UK: +44 (0)20 7534 9244
Mobile UK: +44 (0)778 999 1878
Fax UK: +44 (0)20 7534 9245
Tel US: +1 212.319.6060
Direct US: +1 212.991.5272
Mobile US: +1 917.714.4300
Fax US: +1 212.319.0450
www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000118311
SECSEV0695834