# Exhibit 21

**FAIRFIELD GREENWICH GROUP**

2 Soundview Drive (P.O. Box 1555)
Greenwich, CT 06836

Tel: (203) 629-8494
Fax: (203) 629-1395

Date: 9/27/94

To: Madoff Securities

Attention: Stanley Berman
Erin

Re: Fairfield Sentry

You all are going to kill me, but our administrator Citco has just informed me of more subscriptions for Sept. 30, so now we will not be needing any money wired out from our account. I am sorry for the constant changes, but at least now there will not be any redemptions!

Thanks and regards,
Corina

This fax consists of 1 page(s), including this one.

AMF00071631

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

## IMPROVED MAIL DELIVERY

June 30, 1994

Dear Client:

In accordance with the Post Office's suggestions on how to **IMPROVE** mail delivery, will you please fill in your nine digit zip code on the form below and return it to us as soon as possible. Thank you.

Annette Bongiorno

---

Account Number(s):  1 FN045-3-0      1 FN012-3-0
                    1 FN045-4-0      1 FN012-4-0

Name: Fairfield Sentry Limited
      c/o Fred Kolber & Co.

Address: 2 Soundview Drive
         Greenwich, CT

Nine Digit Zip Code: 06830-6444

DK
7125

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00071634

**FAIRFIELD INTERNATIONAL MANAGERS**

2 Soundview Drive
Post Office Box 1555
Greenwich, Connecticut 06836

Telephone: (203) 629-8494
Fax: (203) 629-1395

Date: 4/27/93

To: Bernard L. Madoff
Attention: Erin Reardon

Re a/c #s:   C+M#
- 43    Fairfield Strategies
- 49    Fairfield International
- 1G0092-30   Greenwich Sentry
- 44    Fairfield Sentry
- 44A   Fairfield Sentry

IFNO11
17
40
45

Please have <u>one</u> copy of advices, statements etc. mailed to: (please cancel any dupes)

[name of the fund]
c/o Fred Kolber & Co.
2 Soundview Drive
Greenwich, CT 06830

Also, we have not received any month-end statements this year. Could this start again?

This fax consists of 1 page(s), including this one.

Many thanks.

Regards, Corina

AMF00071639