# Exhibit 24

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FN012-3 | D | 13906 | 5 | 2 | | 10/31/05 | 10/31/05 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | FAIRFIELD SENTRY LTD<br>C/O FAIRFIELD GREENWICH GROUP<br>919 THIRD AVENUE 11TH FLR<br>NEW YORK          NY 10022 | ACCT OF/ | **** DUPLICATE ****<br>CITCO GLOBAL CUSTODY N V |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,500,000 | 912795WX5 | U S TREASURY BILL<br>DUE 4/13/2006  Y.T.M. 4.18%<br>4/13/2006 | 1472325.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 98.155 | 1472325.00 | | | | | |

*(Please see reverse for further details.) CONFIRMATION*

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited    FGG00009981

SECSEV0009959