**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Civil Action No. 1:12-cv-02434 |
| Plaintiff-Applicant, | |
| v. | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA Liquidation |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 11-02758 (BRL) |
| Plaintiff, | |
| v. | |
| CACEIS BANK LUXEMBOURG and CACEIS BANK, | **NOTICE OF WITHDRAWAL** |
| Defendants. | |

TO THE CLERK AND ALL PARTIES OF RECORD: Please withdraw the appearance of Jaclyn M. Metzinger, of the law firm Kelley Drye & Warren LLP, as counsel for defendants Caceis Bank and Caceis Bank Luxembourg, in the above-captioned case.

PLEASE TAKE NOTICE that Caceis Bank and Caceis Bank Luxembourg will continue to be represented in this case by Daniel Schimmel of Foley Hoag LLP.

KELLEY DRYE & WARREN LLP

By:  /s/ Jaclyn M. Metzinger
Jaclyn M. Metzinger
101 Park Avenue
New York, NY  10178
(212) 808-7800
tkinzler@kelleydrye.com

SO ORDERED:  _____
U.S.D.J.

NY01\FLANS\4185379.1

## CERTIFICATE OF SERVICE

I hereby certify that on June __, 2015, a copy of the foregoing Notice of Withdrawal was filed electronically with the Court through the ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By:    /s/ Jaclyn M. Metzinger
       Jaclyn M. Metzinger

NY01\FLANS\4185379.1