**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GILBERT M. KOTZEN 1982 TRUST; MARCIA KOTZEN 2002 REVOCABLE TRUST; LINDA S. PARESKY, individually and in her capacity as Trustee for the Gilbert M. Kotzen 1982 Trust and the | Adv. Pro. No. 10-04690 (SMB) |

Marcia Kotzen 2002 Revocable Trust; and
STEPHENY B. RIEMER, individually and in her
capacity as Trustee for the Gilbert M. Kotzen 1982
Trust and the Marcia Kotzen 2002 Revocable Trust,

Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures deadline has passed.

2. The Deadline for Service of Substantive Interrogatories has passed.

3. The deadline for completion of Fact Discovery has passed.

4. The Disclosure of Case-in-Chief Experts shall be due: November 24, 2015.

5. The Disclosure of Rebuttal Experts shall be due: December 28, 2015.

6. The Deadline for Completion of Expert Discovery shall be: February 26, 2016.

7. The Deadline to File a Notice of Mediation Referral shall be: March 28, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 11, 2016.

9. The Deadline for Conclusion of Mediation shall be: June 10, 2016.

Dated: New York, New York
June 10, 2015

Of Counsel:

Dean D. Hunt
**BAKER & HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Fax: 713.751.1717
Email: dhunt@bakerlaw.com

*/s/ Nicholas J. Cremona*
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*