**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                  Plaintiff,<br><br>                    v.<br><br>RALPH FINE, FINE FUND LLC, and THE RALPH FINE REVOCABLE TRUST,<br><br>                                  Defendants. | Adv. Pro. No. 10-04383 (SMB) |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due on February 24, 2012.

2. Fact Discovery shall be completed on or before June 25, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: June 1, 2012.

4. The Disclosure of Case-in-Chief Experts shall be due on July 7, 2015.

5. The Disclosure of Rebuttal Experts shall be due on August 7, 2015.

6. The Deadline for Completion of Expert Discovery shall be November 13, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 29, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 12, 2016.

9. The Deadline for Conclusion of Mediation shall be March 24, 2016.

| | |
|---|---|
| Dated: New York, New York<br>June 11, 2015 | BAKER & HOSTETLER LLP<br><br>By: /s/ *Marc E. Hirschfield*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Peter B. Shapiro<br>Email: pshapiro@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* |