**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Elyssa S. Kates
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04739 (SMB) |
| v. | |
| ESTATE OF SYRIL SEIDEN, and | |
| STUART SEIDEN, individually and in his fiduciary capacity, | |

|              |
|--------------|
| Defendants.  |

# STIPULATION AND ORDER FOR
# VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Estate of Syril Seiden and Stuart Seiden ("Defendants"), by and through their counsel, Milber Makris Plousadis & Seiden LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

2. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

3. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 11, 2015

          BAKER & HOSTETLER LLP

          By: /s/ *Marc E. Hirschfield*
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: 212.589.4200
          Facsimile: 212.589.4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Marc E. Hirschfield
          Email: mhirschfield@bakerlaw.com
          Oren J. Warshavsky
          Email: owarshavsky@bakerlaw.com
          Elyssa S. Kates
          Email: ekates@bakerlaw.com
          Jessie A. Kuhn
          Email: jkuhn@bakerlaw.com
          *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*


          MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

          By: /s/ *Leonardo D'Allesandro*
          3 Barker Avenue, 6th Floor
          White Plains, New York 10601
          Telephone: 914.681.8700
          Facsimile: 914.681.8701
          Leonardo D'Alessandro
          Email: ldalessandro@milbermakris.com

          *Attorneys for Defendants*


          SO ORDERED

          /s/ STUART M. BERNSTEIN
Dated: June 11th, 2015    HON. STUART M. BERNSTEIN
New York, New York     UNITED STATES BANKRUPTCY JUDGE