BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Thomas L. Long


*Attorneys for Irving H. Picard, Trustee*
*for the substantively consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, BNP PARIBAS ARBITRAGE, SNC, <br><br> Defendants. | Adv. Pro. No. 10-04457 (SMB) |

<u>**NOTICE OF ADJOURNMENT OF THE PRETRIAL CONFERENCE**</u>

**PLEASE TAKE NOTICE** that the pretrial conference in the above-referenced adversary

proceeding, which was previously scheduled for June 24, 2015, has been adjourned to **December**

**16, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced proceeding will be

held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: June 12, 2015            /s/ David J. Sheehan
    New York, NY            David J. Sheehan
                        Mark A. Kornfeld
                        Thomas L. Long
                        BAKER & HOSTETLER LLP
                        45 Rockefeller Plaza
                        New York, New York 10111
                        Telephone: (212) 589-4200
                        Facsimile: (212) 589-4201

                         -and-

                        Frederick W. Chockley, III
                        John J. Burke
                        Trevor M. Stanley
                        BAKER & HOSTETLER LLP
                        1050 Connecticut Avenue, NW, Suite 1100
                        Washington, D.C. 20036
                        Telephone: (202) 861-1500
                        Facsimile: (202) 861-1783

                        *Attorneys for Irving H. Picard, Trustee for*
                        *the Substantively Consolidated SIPA Liquidation of*
                        *Bernard L. Madoff Investment Securities LLC and the*
                        *estate of Bernard L. Madoff*