Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3
4  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  SECURITIES INVESTOR PROTECTION
6  CORPORATION,
7            Plaintiff,
8  v.                            Adv. Case No. 08-01789(SMB)
9  BERNARD L. MADOFF INVESTMENT
10 SECURITIES LLC,
11           Defendant.
12 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
13
14           U.S. Bankruptcy Court
15           One Bowling Green
16           New York, New York
17
18           June 4, 2015
19           10:47 AM
20
21
22
23 B E F O R E :
24 HON STUART M. BERNSTEIN
25 U.S. BANKRUPTCY JUDGE

1  Hearing re:   Motion To Dedesignate Certain Document
2  Designated As Confidential By Albourne America LLC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Dawn South

```
 1   A P P E A R A N C E S :
 2   WINDELS MARX LANE & MITTENDORF LLP
 3        Attorneys for the Trustee
 4        156 West 56th Street
 5        New York, NY 10019
 6
 7   BY:  HOWARD L. SIMON, ESQ.
 8        KIM M. LONGO, ESQ.
 9
10   K&L GATES
11        Attorney for Albourne America
12        599 Lexington Avenue
13        New York, NY 10022-6030
14
15   BY:  ROBERT T. HONEYWELL, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 4

1         P R O C E E D I N G S

2         THE BAILIFF:  All rise.  Please be seated.

3         THE COURT:  Madoff?

4         This is a motion by the trustee to dedesignate

5    three documents which were marked confidential by Albourne

6    America LLC.

7         We've had an in chambers conference which we went

8    through the documents.  The documents concern two emails

9    concerning clients of Albourne America, Saco Bank, and CDP.

10   What's CDP mean?

11        MS. LONGO:  CDP Capital.

12        THE COURT:  CDP Capital.

13        The first two documents -- I should say that under

14   the agreements between Albourne and the clients, Albourne

15   agreed to hold the documents in confidence, but as I said in

16   chambers, that's not a particularly compelling argument

17   since parties can't agree to keep documents secret.  And the

18   issue is whether the documents are entitled to protection

19   under Section 107 of the Bankruptcy Code.

20        The first two documents are emails or email chains

21   involving the clients.  I've overruled the claim of

22   confidentiality as to those two.  They relate to advice that

23   was given in some cases ten years ago, concerns advice about

24   Madoff, there's no surprise about what's in the documents,

25   the information is certainly stale in light of the

1   subsequent events, and there's nothing about them which

2   merits protection.

3            The third document is an analysis that Albourne

4   did for CDP, and it's heavily redacted, but it shows through

5   the analysis how Albourne goes about performing the

6   portfolio analysis for the client, and I joked in chambers

7   that if I had this document I could open up the business

8   tomorrow, we know exactly what to look at.

9            So, I'm going to deny the motion without prejudice

10  with respect to that document.

11           I've suggested that the parties try and work out a

12  stipulation, because the document itself doesn't really

13  contain any information other than the fact that Albourne

14  took a look at one of the King Gate Funds and Fairfield

15  Central, which were part of the clients -- CDP's portfolio.

16  So the parties are going to try and work out a stipulation

17  of fact regarding the information that they really need, and

18  if that can't be worked out then I'll reconsider my

19  decision.

20           So you can submit an order to that effect, okay.

21           MS. LONGO:  Thank you.

22           MR. SIMON:  Thank you, Your Honor.

23           MR. HONEYWELL:  Thank you.

24           THE COURT:  Thank you.

25       (Whereupon these proceedings were concluded at 10:50

1   AM)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1                            I N D E X

2

3                            RULINGS

4                                                           PAGE

5    Motion To Dedesignate Certain Document Designated As

6    Confidential By Albourne America LLC                     5

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3    I, Dawn South, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5    *Dawn South* (Digitally signed by Dawn South, DN: cn=Dawn South, o, ou, email=digital1@veritext.com, c=US, Date: 2015.06.05 11:19:47 -04'00')

6    _____

7    Dawn South

8    AAERT Certified Electronic Transcriber CET**D-408

9

10

11

12   Date:   June 5, 2015

13

14

15

16

17

18

19

20

21

22   Veritext Legal Solutions

23   330 Old Country Road

24   Suite 300

25   Mineola, NY 11501