**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Jorian L. Rose
Nicholas J. Cremona
Amy E. Vanderwal
Wendy Gibson

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S MOTION AND**
**MEMORANDUM TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF**
**CLAIMANTS HOLDING INTERESTS IN THE EPIC VENTURES, LLC**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation

of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities

Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. ("SIPA") and the estate of Bernard L. Madoff

("Madoff"), by and through his undersigned counsel, submit this certificate pursuant to Local

Bankruptcy Rule 9075-2, and respectfully represents:

1.     On May 6, 2015, the Trustee filed the Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Epic Ventures, LLC (the "Motion") (ECF No. 9932).

2.     The deadline for filing objections to the Motion expired on May 28, 2015 at 4:00 p.m.  A hearing on the Motion has been scheduled for June 24, 2015 at 10:00 a.m.

3.     Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) claimants listed in Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal (ECF No. 9772); (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New York; and (vii) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4.     The Claimants' Statement of No Objection to the Disallowance of Certain Claims and Response was filed on behalf of Epic Ventures LLC on May 28, 2015 (ECF No. 10053), and states that "Claimants do not object to the relief requested by [the Motion]".

5.     Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon.  Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

6.     An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion will be submitted to the Court, along with this certificate.

7.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing.

Dated: New York, New York
       June 15, 2015

                                    By:    */s/Jorian L Rose*
                                           Baker & Hostetler LLP
                                           45 Rockefeller Plaza
                                           New York, New York 10111
                                           Tel:  (212) 589-4200
                                           Fax:  (212) 589-4201
                                           David J. Sheehan
                                           Email: dsheehan@bakerlaw.com
                                           Jorian L. Rose
                                           Email: jrose@bakerlaw.com
                                           Nicholas J. Cremona
                                           Email: ncremona@bakerlaw.com
                                           Amy E. Vanderwal
                                           Email: avanderwal@bakerlaw.com
                                           Wendy Gibson
                                           Email: wgibson@bakerlaw.com

                                           *Attorneys for Plaintiff Irving H. Picard, Trustee for*
                                           *the Substantively Consolidated SIPA*
                                           *Liquidation of Bernard L. Madoff Investment*
                                           *Securities LLC and the Estate of Bernard L. Madoff*