**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  

Settlement Date: June 19, 2015 at 5:00 p.m.  
Objection Deadline: June 18, 2015 at 12:00 p.m.  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the Estate of Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Regarding

Omnibus Motions to Dismiss entered June 2, 2015, and in accordance with Local Bankruptcy

Rule 9074-1(a), the undersigned will present the attached proposed order to the Honorable Stuart

M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, 10004 on **June 19, 2015 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the Trustee has consulted with, and endeavored to obtain the consent of, the majority of the Defendants, and the attached proposed order generally reflect those discussions, but to the extent there is a counter-proposed order or objection to the proposed order, it must be in writing and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, by no later than **June 18, 2015 at 5:00 p.m.** ("Objection Deadline"), with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein; and served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, NY 10111, Attn: David J. Sheehan, Esq., and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq.  Any objection to the proposed order must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed order or written objection to the proposed order is received before the objection deadline, the proposed order may be signed and entered by the Court without further notice.

Dated: New York, New York           Respectfully submitted,
       June 15, 2015

                                     /s/ David J. Sheehan
                                    Baker & Hostetler LLP
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201
                                    David J. Sheehan
                                    Email: dsheehan@bakerlaw.com

                                    *Attorneys for Irving H. Picard, Trustee for the*
                                    *Substantively Consolidated SIPA Liquidation of*

2

*Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

*As to the following actions:*

*Picard v. Robert Yaffe, et al.,* Adv. Pro. No. 10-04380; *Picard v. David Abel,* Adv. Pro. No. 10-04381; *Picard v. Triangle Properties #39, et al.,* Adv. Pro. No. 10-04406; *Picard v. Judith Rechler,* Adv. Pro. No. 10-04412; *Picard v. Roger Rechler Revocable Trust, et al.,* Adv. Pro. No. 10-04474; *Picard v. Armand Lindenbaum*, Adv. Pro. No. 10-04481; *Picard v. Bevro Realty Corp. Defined Benefit Pension Plan, et al.,* Adv. Pro. No. 10-05051; *Picard v. Reckson Generation, et al.,* Adv. Pro. No. 10-05135; *Picard v. Bert Brodsky Associates, Inc. Pension Plan, et al.,* Adv. Pro. No. 10-05148; *Picard v. Stanley I. Lehrer, individually, et al.,* Adv. Pro. No. 10-05259; *Picard v. Realty Negotiators Inc., Defined Benefit Pension Plan, et al.,* Adv. Pro. No. 10-05438

 */s/ Howard L. Simon*

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Howard L. Simon
Email: hsimon@windelsmarx.com
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*As to the following action:*

*Picard v. Ken-Wen Family Limited P'ship, et al.,* Adv. Pro. No. 10-04468

 */s/ Matthew Lunn*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Email: mlunn@ycst.com
Justin P. Duda
Email: jduda@ycst.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' MOTION TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed replies in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

Accordingly, it is hereby **ORDERED** that:

1. As to the count in each complaint included on Appendix A attached hereto seeking to recover subsequent transfers from subsequent transferee defendants pursuant to section 550(a) of the Bankruptcy Code, applicable provisions of SIPA including section 78fff-2(c)(3) and New York Debtor and Creditor Law (the "Subsequent Transferee Count"), the Trustee shall determine on or before August 17, 2015 (the "Consideration Period") whether (i) the Trustee intends to amend the subsequent transferee allegations in a Complaint, or (ii) the Subsequent Transferee Count will be dismissed without prejudice.

2. Should the Trustee seek to amend the Subsequent Transferee Count, he will seek Defendants' written consent to an amendment of the subsequent transferee allegations in a manner consistent with the Decision, which written consent will not be unreasonably withheld. If necessary, the Trustee will seek leave of the Court to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure. Should no request for consent to the amendment of a Complaint be provided to the relevant Defendant prior to the expiration of the Consideration

Period, the Subsequent Transferee Count in that Complaint will be deemed dismissed without prejudice.

3. In all other respects, the Motions to Dismiss are denied.

4. All Defendants that are parties to Complaints for which Subsequent Transferee Counts have been deemed dismissed at the conclusion of the Consideration Period shall file their answers to the Complaints within 30 days following the expiration of the Consideration Period or September 16, 2015. Defendants will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties.

5. All actions in which Trustee seeks leave to amend the Complaint will move forward thereafter on a schedule consistent with the applicable Rules of Civil Procedure, including, without limitation, Rule 15(a)(3).

6. This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2015    _____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04623 | Picard v. Edmond A. Gorek | Day Pitney LLP |
| 2. | 10-04394 | Picard v. Frederic Z. Konigsberg, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 3. | 10-04408 | Picard v. Cheryl Yankowitz, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04468 | Picard v. Ken-Wen Family Limited P'ship et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04561 | Picard v. Jeffrey R. Werner 11/1/98 Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-05094 | Picard v. The Estate of Carolyn Miller, et al | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-05231 | Picard v. Trust under Deed of Suzanne R. May, et al | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-04361 | Picard v. Harvey L. Werner Revocable Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 9. | 10-04655 | Picard v. Jaffe Family Partnership, et al. | Lax & Neville LLP |
| 10. | 10-04900 | Picard v. Bonnie J. Kansler | Lax & Neville LLP |
| 11. | 10-04647 | Picard v. Abbit Family Trust, et al | Lax & Neville LLP |
| 12. | 10-05246 | Picard v. Frances J. Le Vine Rev. Trust, et al. | Lax & Neville LLP |
| 13. | 10-05048 | Picard v. Armand L. Greenhall, et al. | Lax & Neville LLP |
| 14. | 10-05160 | Picard v. The Lanny Rose Rev. Trust, et al | Lax & Neville LLP |
| 15. | 10-04573 | Picard v. Bruce Leventhal 2001 Irrevocable Trust, et al. | Lax & Neville LLP |
| 16. | 10-04616 | Picard v. Nicolette Wernick Nominee Partnership, et al. | Lax & Neville LLP |
| 17. | 10-04960 | Picard v. Estate of Elizabeth H. Kahn aka Betty Kahn, et al. | Lax & Neville LLP |
| 18. | 10-04370 | Picard v. Sidney Marks Trust 2002, et al. | Wilmer Cutler Pickering |

|     |          |                                                                 | Hale and Dorr LLP                                  |
|-----|----------|-----------------------------------------------------------------|----------------------------------------------------|
| 19. | 10-04698 | Picard v. Nancy J. Marks Trust 2002, et al.                     | Wilmer Cutler Pickering Hale and Dorr LLP          |
| 20. | 10-04511 | Picard v. Weithorn/ Casper Associates For Selected Holdings, LLC, et al. | Becker Glynn, Melamed & Muffly LLP        |
| 21. | 10-04419 | Picard v. Katz Group Limited Partnership, et al.                | Becker Meisel LLC                                  |
| 22. | 10-04323 | Picard v. Weiner Family Limited. Partnership, et al.            | Fox Rothschild LLP                                 |
| 23. | 10-04293 | Picard v. Marvin M. Weiner                                      | Fox Rothschild LLP                                 |
| 24. | 10-05371 | Picard v. L.H. Rich Companies, et al.                           | Garvey Schubert Baker                              |
| 25. | 10-04478 | Estate of Leonard M. Heine Jr., et al.                          | Bernfeld, DeMatteo & Bernfeld, LLP                 |
| 26. | 10-04661 | Picard v. Krellenstein Family Limited Partnership II of 1999, et al. | Akerman LLP                                   |
| 27. | 10-04816 | Picard v. Adeline Sherman Revocable Trust as Amended, et al.    | Klestadt Winters Jureller Southard & Stevens, LLP  |
| 28. | 10-04509 | Picard v. Susan Helfman                                         | Klestadt Winters Jureller Southard & Stevens, LLP  |
| 29. | 10-04636 | Picard v. Richard J. Helfman Life Insurance Trust               | Klestadt Winters Jureller Southard & Stevens, LLP  |
| 30. | 10-04816 | Picard v. Adeline Sherman Revocable Trust                       | Klestadt Winters Jureller Southard & Stevens, LLP  |
| 31. | 10-04305 | Picard v. David Shapiro, et al.                                 | Becker & Poliakoff LLP                             |
| 32. | 10-04327 | Picard v. Gertrude E. Alpern Revocable Trust, et al.            | Becker & Poliakoff LLP                             |
| 33. | 10-04380 | Picard v. Robert Yaffe, et al.                                  | Becker & Poliakoff LLP                             |
| 34. | 10-04381 | Picard v. David Abel                                            | Becker & Poliakoff LLP                             |
| 35. | 10-04391 | Picard v. Yesod Fund, a trust, et al.                           | Becker & Poliakoff LLP                             |
| 36. | 10-04397 | Picard v. Fern C. Palmer Revocable Trust Dtd 12/31/9, et al.    | Becker & Poliakoff LLP                             |

| | | | |
|---|---|---|---|
| 37. | 10-04406 | Picard v. Triangle Properties #39, et al. | Becker & Poliakoff LLP |
| 38. | 10-04425 | Picard v. Manuel O. Jaffe | Becker & Poliakoff LLP |
| 39. | 10-04428 | Picard v. Allen Meisels | Becker & Poliakoff LLP |
| 40. | 10-04434 | Picard v. Trust U/W/O Morris Weintraub FBO Audrey Weintraub, et al. | Becker & Poliakoff LLP |
| 41. | 10-04438 | Picard v. Estate of Seymour Epstein, et al. | Becker & Poliakoff LLP |
| 42. | 10-04446 | Picard v. Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Becker & Poliakoff LLP |
| 43. | 10-04474 | Picard v. Roger Rechler Revocable Trust, et al. | Becker & Poliakoff LLP |
| 44. | 10-04487 | Picard v. Robert Weintraub, et al. | Becker & Poliakoff LLP |
| 45. | 10-04503 | Picard v. Judd Robbins | Becker & Poliakoff LLP |
| 46. | 10-04539 | Picard v. The Gerald and Barbara Keller Family Trust, et al. | Becker & Poliakoff LLP |
| 47. | 10-04545 | Picard v. Jerome Goodman, Individually, as trustee for The Jerome Goodman Child | Becker & Poliakoff LLP |
| 48. | 10-04570 | Picard v. Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Becker & Poliakoff LLP |
| 49. | 10-04599 | Picard v. Alvin E. Shulman | Becker & Poliakoff LLP |
| 50. | 10-04606 | Picard v. Florence W. Shulman | Becker & Poliakoff LLP |
| 51. | 10-04610 | Picard v. The Whitman Partnership, et al. | Becker & Poliakoff LLP |
| 52. | 10-04644 | Picard v. Russell L. Dusek | Becker & Poliakoff LLP |
| 53. | 10-04667 | Picard v. David Gross, et al. | Becker & Poliakoff LLP |
| 54. | 10-04668 | Picard v. Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. | Becker & Poliakoff LLP |
| 55. | 10-04680 | Picard v. Chalek Associates LLC, et al. | Becker & Poliakoff LLP |
| 56. | 10-04718 | Picard v. The Jordan H. Kart Revocable Trust, et al. | Becker & Poliakoff LLP |

| | | | |
|---|---|---|---|
| 57. | 10-04728 | Picard v. Bruno L. Digiulian | Becker & Poliakoff LLP |
| 58. | 10-04733 | Picard v. J.Z. Personal Trust, et al. | Becker & Poliakoff LLP |
| 59. | 10-04750 | Picard v. Samdia Family L.P., a Delaware Limited Partnership, et al. | Becker & Poliakoff LLP |
| 60. | 10-04752 | Picard v. Kuntzman Family LLC, et al. | Becker & Poliakoff LLP |
| 61. | 10-04762 | Picard v. James M. Goodman | Becker & Poliakoff LLP |
| 62. | 10-04781 | Picard v. Estate of Irene Schwartz, et al. | Becker & Poliakoff LLP |
| 63. | 10-04786 | Picard v. Edwin Michalove | Becker & Poliakoff LLP |
| 64. | 10-04803 | Picard v. The Estelle Harwood Family Limited Partnership, et al. | Becker & Poliakoff LLP |
| 65. | 10-04809 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 66. | 10-04823 | Picard v. Frank DiFazio, et al. | Becker & Poliakoff LLP |
| 67. | 10-04826 | Picard v. Boyer Palmer | Becker & Poliakoff LLP |
| 68. | 10-04837 | Picard v. Leslie Ehrlich f/k/a Leslie Harwood, et al. | Becker & Poliakoff LLP |
| 69. | 10-04852 | Picard v. Alvin E. Shulman Pourover Trust, et al. | Becker & Poliakoff LLP |
| 70. | 10-04859 | Picard v. Bert Margolies Trust, et al. | Becker & Poliakoff LLP |
| 71. | 10-04867 | Picard v. Estate of Steven I. Harnick, et al. | Becker & Poliakoff LLP |
| 72. | 10-04884 | Picard v. Steven Andelman | Becker & Poliakoff LLP |
| 73. | 10-04912 | Picard v. Harry Smith Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 74. | 10-04920 | Picard v. Glenhaven Limited, et al. | Becker & Poliakoff LLP |
| 75. | 10-04956 | Picard v. D. M. Castelli | Becker & Poliakoff LLP |
| 76. | 10-04961 | Picard v. Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Becker & Poliakoff LLP |
| 77. | 10-04979 | Picard v. James M. New Trust dtd 3/19/01, et al. | Becker & Poliakoff LLP |

4

| | | | |
|---|---|---|---|
| 78. | 10-04991 | Picard v. Guiducci Family Limited Partnership, et al. | Becker & Poliakoff LLP |
| 79. | 10-04993 | Picard v. Melvin H. and Leona Gale Joint Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 80. | 10-04995 | Picard v. Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Becker & Poliakoff LLP |
| 81. | 10-05026 | Picard v. Walter Freshman Trust A, a Florida trust, et al. | Becker & Poliakoff LLP |
| 82. | 10-05032 | Picard v. Marvin Kirsten, et al. | Becker & Poliakoff LLP |
| 83. | 10-05041 | Picard v. Marilyn Turk Revocable Trust, et al. | Becker & Poliakoff LLP |
| 84. | 10-05051 | Picard v. Bevro Realty Corp. Defined Benefit Pension Plan, et al. | Becker & Poliakoff LLP |
| 85. | 10-05064 | Picard v. The Celeste & Adam Bartos Charitable Trust, et al. | Becker & Poliakoff LLP |
| 86. | 10-05102 | Picard v. Robert A. Benjamin, et al. | Becker & Poliakoff LLP |
| 87. | 10-05104 | Picard v. The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Becker & Poliakoff LLP |
| 88. | 10-05116 | Picard v. Leonard J. Oguss Trust, et al. | Becker & Poliakoff LLP |
| 89. | 10-05124 | Picard v. The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 90. | 10-05127 | Picard v. Atwood Management Profit Sharing Plan & Trust, etc., et al. | Becker & Poliakoff LLP |
| 91. | 10-05128 | Picard v. JABA Associates LP, et al. | Becker & Poliakoff LLP |
| 92. | 10-05133 | Picard v. Boyer H. Palmer, individually, etc, et al. | Becker & Poliakoff LLP |
| 93. | 10-05135 | Picard v. Reckson Generation, et al. | Becker & Poliakoff LLP |
| 94. | 10-05148 | Picard v. Bert Brodsky Associates, Inc. Pension Plan, et al. | Becker & Poliakoff LLP |
| 95. | 10-05150 | Picard v. Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Becker & Poliakoff LLP |
| 96. | 10-05151 | Picard v. Palmer Family Trust,etc., et al. | Becker & Poliakoff LLP |

| 97. | 10-05154 | Picard v. Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan | Becker & Poliakoff LLP |
|---|---|---|---|
| 98. | 10-05184 | Picard v. Laura Ann Smith Revocable Living Trust, et al | Becker & Poliakoff LLP |
| 99. | 10-05232 | Picard v. Trust for the benefit of Ryan Tavlin, et al. | Becker & Poliakoff LLP |
| 100. | 10-05259 | Picard v. Stanley I. Lehrer, individually, et al. | Becker & Poliakoff LLP |
| 101. | 10-05309 | Picard v. William Pressman, Inc., et al. | Becker & Poliakoff LLP |
| 102. | 10-05312 | Picard v. Doron Tavlin Trust U/A 2/4/91, et al. | Becker & Poliakoff LLP |
| 103. | 10-05377 | Picard v. Richard G. Eaton | Becker & Poliakoff LLP |
| 104. | 10-05420 | Picard v. Gunther K. Unflat, et al. | Becker & Poliakoff LLP |
| 105. | 10-05435 | Picard v. Keith Schaffer, et al. | Becker & Poliakoff LLP |
| 106. | 10-05438 | Picard v. Realty Negotiators Inc. Defined Benefit Pension Plan, et al. | Becker & Poliakoff LLP |