**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

**Settlement Date: June 19, 2015 at 5:00 p.m.**
**Objection Deadline: June 18, 2015 at 12:00 p.m.**

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Regarding

Omnibus Motions to Dismiss entered June 2, 2015, and in accordance with Local Bankruptcy

Rule 9074-1(a), the undersigned will present the attached proposed order to the Honorable Stuart

M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, 10004 on **June 19, 2015 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the Trustee has consulted with, and endeavored to obtain the consent of, the majority of the Defendants, and the attached proposed order generally reflect those discussions, but to the extent there is a counter-proposed order or objection to the proposed order, it must be in writing and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, by no later than **June 18, 2015 at 5:00 p.m.** ("Objection Deadline"), with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein; and served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, NY 10111, Attn: David J. Sheehan, Esq., and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq.  Any objection to the proposed order must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed order or written objection to the proposed order is received before the objection deadline, the proposed order may be signed and entered by the Court without further notice.

Dated: New York, New York  
      June 15, 2015

Respectfully submitted,

 /s/ David J. Sheehan  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of*

|  |  |
|---|---|
| | *Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* |
| *As to the following actions:* | /s/ Howard L. Simon |
| *Picard v. Robert Yaffe, et al.,* Adv. Pro. No. 10-04380; *Picard v. David Abel,* Adv. Pro. No. 10-04381; *Picard v. Triangle Properties #39, et al.,* Adv. Pro. No. 10-04406; *Picard v. Judith Rechler,* Adv. Pro. No. 10-04412; *Picard v. Roger Rechler Revocable Trust, et al.,* Adv. Pro. No. 10-04474; *Picard v. Armand Lindenbaum*, Adv. Pro. No. 10-04481; *Picard v. Bevro Realty Corp. Defined Benefit Pension Plan, et al.,* Adv. Pro. No. 10-05051; *Picard v. Reckson Generation, et al.,* Adv. Pro. No. 10-05135; *Picard v. Bert Brodsky Associates, Inc. Pension Plan, et al.,* Adv. Pro. No. 10-05148; *Picard v. Stanley I. Lehrer, individually, et al.,* Adv. Pro. No. 10-05259; *Picard v. Realty Negotiators Inc., Defined Benefit Pension Plan, et al.,* Adv. Pro. No. 10-05438 | **WINDELS MARX LANE & MITTENDORF, LLP**<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br>Howard L. Simon<br>Email: hsimon@windelsmarx.com<br>Kim M. Longo<br>Email: klongo@windelsmarx.com<br><br>*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |
| *As to the following action:* | /s/ Matthew Lunn |
| *Picard v. Ken-Wen Family Limited P'ship, et al.,* Adv. Pro. No. 10-04468 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, NY 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Matthew B. Lunn<br>Email: mlunn@ycst.com<br>Justin P. Duda<br>Email: jduda@ycst.com<br><br>*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

Accordingly, it is hereby **ORDERED** that:

1. As to all counts in the Complaints, the Motions to Dismiss are denied.

2. Defendants shall file their answers to the Complaints on or before July 31, 2015.

3. Defendants will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2015          _____
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04797 | Picard v. Edmond A. Gorek, et al | Day Pitney LLP |
| 2. | 10-04349 | Picard v. Pauline B. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 3. | 10-04396 | Picard v. Edith A. Schur | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04560 | Picard v. Richard E. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04717 | Picard v. William Diamond | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-04772 | Picard v. M. Elliot Schnall | Law Offices of Herbert Biegel |
| 7. | 10-04827 | Picard v. Madeline Gins Arakawa, et al. | Carter Ledyard & Millburn LLP |
| 8. | 10-04756 | Picard v. Stephen B. Kaye, et al. | Lax & Neville LLP |
| 9. | 10-04881 | Picard v. Jillian Wernick Livingston | Lax & Neville LLP |
| 10. | 10-04481 | Picard v. Armand Lindenbaum | Lax & Neville LLP |
| 11. | 10-04467 | Picard v. David S. Wallenstein | Lax & Neville LLP |
| 12. | 10-04307 | Picard v. Howard Solomon | Lax & Neville LLP |
| 13. | 10-04988 | Picard v. Wallenstein / NY Partnership, et al. | Lax & Neville LLP |
| 14. | 10-04289 | Picard v. John Fujiwara, et al | Lax & Neville LLP |
| 15. | 10-04301 | Picard v. Frieda Bloom | Lax & Neville LLP |
| 16. | 10-04304 | Picard v. Elinor Solomon | Lax & Neville LLP |
| 17. | 10-05169 | Picard v. Fairfield Pagma Associates, LP, et al. | Lax & Neville LLP |
| 18. | 10-04954 | Picard v. Ruth Kahn | Lax & Neville LLP |

| | | | |
|---|---|---|---|
| 19. | 10-05036 | Picard v. Elinor Friedman Felcher | Lax & Neville LLP |
| 20. | 10-05400 | Picard v. Ted Goldberg, et al. | Wachtel Missry LLP |
| 21. | 10-04726 | Picard v. Lori Chemla, et al. | Wachtel Missry LLP |
| 22. | 10-04579 | Picard v. Shetland Fund Limited Partnership, et al. | Wachtel Missry LLP |
| 23. | 10-04896 | Picard v. Helene Juliette Feffer | Wachtel Missry LLP |
| 24. | 10-05372 | Picard v. O.D.D. Investment LP, et al. | Wachtel Missry LLP |
| 25. | 10-04502 | Picard v. Steven Schiff | Wachtel Missry LLP |
| 26. | 10-04363 | Picard v. Schiff Family Holdings Nevada Limited Partnership, et al. | Wachtel Missry LLP |
| 27. | 10-04447 | Picard v. Franklin Sands | Wachtel Missry LLP |
| 28. | 10-04472 | Picard v. Daniel N. Silna, et al. | Wachtel Missry LLP |
| 29. | 10-04470 | Picard v. Silna Family Inter Vivos Trust, et al. | Wachtel Missry LLP |
| 30. | 10-04796 | Picard v. Howard Kaye | McClaughlin & Stern LLP |
| 31. | 10-04357 | Picard v. James Greiff | Dentons LLP |
| 32. | 10-05058 | Picard v. America Israel Cultural Foundation | Dentons LLP |
| 33. | 10-04799 | Picard v. Marvin L. Olshan | Olshan Frome Wolosky LLP |
| 34. | 10-04774 | Picard v. Diane Wilson | Simon & Partners LLP |
| 35. | 10-04551 | Picard v. Douglas D. Johnson | Herrick, Feinstein LLP |
| 36. | 10-04662 | Lexington Capital Partners | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 37. | 10-04495 | Picard v. Carl Glick | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 38. | 10-04435 | Picard v. Prospect Capital Partners, et al. | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 39. | 10-04294 | Picard v. David T. Washburn | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 40. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. | Marvin Ingber / McClay Alton, P.L.L.P |

| | | | |
|---|---|---|---|
| 41. | 10-04538 | Picard v. James B. Pinto Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 42. | 10-04588 | Picard v. Amy Pinto Lome Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 43. | 10-05087 | Picard vs. Steven J. Lifton | Meyer, Suozzi, English & Klein, P.C. |
| 44. | 10-04292 | Picard v. Robert Roman | Becker & Poliakoff LLP |
| 45. | 10-04302 | Picard v. Joan Roman | Becker & Poliakoff LLP |
| 46. | 10-04303 | Picard v. Kenneth Robert Cutroneo, et al. | Becker & Poliakoff LLP |
| 47. | 10-04306 | Picard v. Angela Tilentnick | Becker & Poliakoff LLP |
| 48. | 10-04314 | Picard v. David Shapiro Nominee #3 | Becker & Poliakoff LLP |
| 49. | 10-04321 | Picard v. Herbert Barbanel, et al. | Becker & Poliakoff LLP |
| 50. | 10-04324 | Picard v. Barbara Roth, et al. | Becker & Poliakoff LLP |
| 51. | 10-04325 | Picard v. David Shapiro Nominee #2 | Becker & Poliakoff LLP |
| 52. | 10-04328 | Picard v. David Shapiro Nominee | Becker & Poliakoff LLP |
| 53. | 10-04344 | Picard v. Alexander Sirotkin | Becker & Poliakoff LLP |
| 54. | 10-04367 | Picard v. Benjamin T. Heller | Becker & Poliakoff LLP |
| 55. | 10-04412 | Picard v. Judith Rechler | Becker & Poliakoff LLP |
| 56. | 10-04469 | Picard v. Carol L. Kamenstein, individually and in her capacity as joint tenant | Becker & Poliakoff LLP |
| 57. | 10-04489 | Picard v. Marlene Krauss | Becker & Poliakoff LLP |
| 58. | 10-04491 | Picard v. Elaine Dine Living Trust dated 5/12/, et al. | Becker & Poliakoff LLP |
| 59. | 10-04541 | Picard v. Kenneth W Perlman, et al. | Becker & Poliakoff LLP |
| 60. | 10-04562 | Picard v. Robert F. Ferber | Becker & Poliakoff LLP |
| 61. | 10-04614 | Picard v. Robert S. Whitman | Becker & Poliakoff LLP |

| | | | |
|---|---|---|---|
| 62. | 10-04621 | Picard v. Donald A. Benjamin | Becker & Poliakoff LLP |
| 63. | 10-04633 | Picard v. Richard S. Poland | Becker & Poliakoff LLP |
| 64. | 10-04648 | Picard v. Peter D. Kamenstein | Becker & Poliakoff LLP |
| 65. | 10-04660 | Picard v. P.B. Robco Inc. | Becker & Poliakoff LLP |
| 66. | 10-04682 | Picard v. James M Garten | Becker & Poliakoff LLP |
| 67. | 10-04694 | Picard v. Clothmasters, Inc. | Becker & Poliakoff LLP |
| 68. | 10-04709 | Picard v. Andrew M. Goodman | Becker & Poliakoff LLP |
| 69. | 10-04753 | Picard v. Carla Ginsburg | Becker & Poliakoff LLP |
| 70. | 10-04740 | Picard v. Robert Hirsch, as an individual, and as joint tenant, et al. | Becker & Poliakoff LLP |
| 71. | 10-04748 | Picard v. Murray Horowitz, et al. | Becker & Poliakoff LLP |
| 72. | 10-04749 | Picard v. Philip F. Palmedo | Becker & Poliakoff LLP |
| 73. | 10-04768 | Picard v. Placon2, William R. Cohen, et al. | Becker & Poliakoff LLP |
| 74. | 10-04806 | Picard v. Kenneth M.Kohl, as an individual and as a joint tenant, et al. | Becker & Poliakoff LLP |
| 75. | 10-04818 | Picard v. Toby Harwood | Becker & Poliakoff LLP |
| 76. | 10-04876 | Picard v. Marie S. Rautenberg | Becker & Poliakoff LLP |
| 77. | 10-04889 | Picard v. Robert S. Savin | Becker & Poliakoff LLP |
| 78. | 10-04905 | Picard v. Train Klan, a Partnership, et al. | Becker & Poliakoff LLP |
| 79. | 10-04914 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 80. | 10-04916 | Picard v. Susan Andelman | Becker & Poliakoff LLP |
| 81. | 10-05037 | Picard v. Barbara L. Savin | Becker & Poliakoff LLP |
| 82. | 10-05079 | Picard v. Estate of James M. Goodman, et al. | Becker & Poliakoff LLP |
| 83. | 10-05105 | Picard v. Robert C. Luker Family Partnership, et al. | Becker & Poliakoff LLP |

| 84. | 10-05106 | Picard v. Stony Brook Foundation, Inc. | Becker & Poliakoff LLP |
|---|---|---|---|
| 85. | 10-05190 | Picard v. The Lazarus-Schy Family Partnership, etc., et al | Becker & Poliakoff LLP |
| 86. | 10-05443 | Picard v. Brad Wechsler | Becker & Poliakoff LLP |