**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Elyssa S. Kates
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>RIP INVESTMENTS, LP, VILLAGE HOOK, LLC, as General Partner, SIDNEY KIMMEL REVOCABLE TRUST DATED MAY 17, 2001, and SIDNEY KIMMEL, Individually and as Trustee,<br><br>  Defendants. | Adv. Pro. No. 10-05289 (SMB) |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were completed: April 30, 2014

2. Fact Discovery shall be completed by:  July 15, 2015

3. The Deadline for Service of Substantive Interrogatories was: November 13, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: October 5, 2015

5. The Disclosure of Rebuttal Experts shall be due: November 5, 2015

6. The Deadline for Completion of Expert Discovery shall be: January 5, 2016

7. The Deadline for Service of a Notice of Mediation Referral shall be: April 5, 2016

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 19, 2016

9. The Deadline for Conclusion of Mediation shall be: August 19, 2016

[*The Remainder of this Page is Intentionally Left Blank*]

| | |
|---|---|
| Dated: New York, New York<br>June 16, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/Marc E. Hirschfield* _____<br>David J. Sheehan<br>Marc E. Hirschfield<br>Elyssa S. Kates<br>Jessie A. Kuhn<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff*<br>*Investment Securities LLC and for the Estate*<br>*of Bernard L. Madoff* |

300361328.1