**Baker & Hostetler LLP**
45 Rockefeller
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David  J.  Sheehan
Mark  A.  Kornfeld
Elizabeth A. Scully

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>CARDINAL MANAGEMENT, INC., AND DAKOTA GLOBAL INVESTMENTS, LTD.,<br><br>Defendants. | Adv. Pro. No. 10-04287 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND AND**
**ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendants Cardinal Management, Inc. ("Cardinal Management") and Dakota Global Investments, Ltd. ("Dakota") (collectively "Defendants") may move, answer or otherwise respond to the complaint (the "Complaint") filed in the above-captioned adversary proceeding is extended up to and including September 16, 2015. The pre-trial conference will be adjourned from June 24, 2015 to September 23, 2015 at 10:00 a.m.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

[*The Remainder of this Page is Intentionally Left Blank*]

This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 10106) in the above-captioned case (No. 08-01789 (SMB)).

Dated: New York, New York
June 16, 2015

| BAKER & HOSTETLER LLP | CLIFFORD CHANCE US LLP |
|---|---|
| By: _/s/ Elizabeth A. Scully_<br>David J. Sheehan<br>dsheehan@bakerlaw.com<br>Mark A. Kornfeld<br>mkornfeld@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>Elizabeth A. Scully (*pro hac*)<br>escully@bakerlaw.com<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 861-1500<br>Facsimile: (202) 861-1783 | By: _/s/ Jeff E. Butler_<br>Jeff E. Butler<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8205<br>Facsimile: (212 ) 878-8375<br>jeff.butler@cliffordchance.com<br><br>*Attorneys for Cardinal Management, Inc. and Dakota Global Investments, Ltd.* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*