Stanley S. Arkin (SA-1373)
ARKIN SOLBAKKEN LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200
*Attorneys for Defendants*
*Steven B. Mendelow, Nancy Mendelow,*
*Cara Mendelow, Pamela Christian,*
*C&P Associates, Ltd., and*
*C&P Associates, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | Index No. 08-01789 (BRL) |
| Debtor. | : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | Adv. Pro. No. 10-04283 (BRL) |
| Plaintiff, | : | **Hearing Date:** |
| | : | **October 28, 2015, at** |
| - against - | : | **10:00 a.m. (EST)** |
| | : | **Objection Deadline:** |
| STEVEN B. MENDELOW, NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of STEVEN B. MENDELOW, NANCY MENDELOW, NTC & Co. LLP as former custodian of an Individual Retirement Account for the benefit of NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | : | **October 20, 2015, at** |
| | : | **5:00 p.m. (EST)** |
| Defendants. | : | |

----------------------------------------------------------------------x

**AMENDED NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that on May 14, 2015, Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd., and C&P Associates, Inc. (collectively, "Defendants") through their attorneys, Arkin Solbakken LLP, filed the **Motion for Judgment on the Pleadings** (the "Motion") with the United States Bankruptcy Court for the Southern District of New York, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Courthouse, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004, and served upon and received by the undersigned counsel for Defendants on or before October 20, 2015 at 5:00 p.m. (EST).

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Stuart M. Bernstein at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 on October 28, 2015 at 10:00 a.m. (EST).

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: New York, NY
      June 12, 2015

                ARKIN SOLBAKKEN LLP

                By: /s/ *Stanley S. Arkin*
                Stanley S. Arkin (SA-1373)
                Arkin Solbakken LLP
                590 Madison Avenue, 35th Floor
                New York, New York 10022
                (212) 333-0200
                *Attorneys for Defendants*