# EXHIBIT 1

Exhibit B

BLMIS ACCOUNT NO. 1H0165 - URI AND MYNA HERSCHER FAMILY TRUST

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2004 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 2,000,000 | - | - | - |
| 1/4/2007 | CHECK WIRE | (2,500,892) | - | (2,500,892) | - | - | (500,892) | - | (500,892) | (500,892) |
| 1/12/2007 | CHECK | (4,662) | - | (4,662) | - | - | (505,554) | - | (4,662) | (4,662) |
| | Total: | | $ 2,000,000 | $ (2,505,554) | $ - | $ - | $ (505,554) | $ - | $ (505,554) | $ (505,554) |

MADC0781_00000002