**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SHAPIRO 11/9/96 TRUST; FIRST MARITAL TRUST UNDER THE ARNOLD SHAPIRO TRUST 11/9/96 TRUST; SECOND MARITAL TRUST UNDER THE ARNOLD SHAPIRO 11/9/96 TRUST; DOUGLAS SHAPIRO, in his capacity as Successor Trustee for | Adv. Pro. No. 10-05053 (SMB) |

the Arnold Shapiro 11/9/96 Trust and in capacity as Trustee for the First Marital Trust under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust under the Arnold Shapiro 11/9/96 Trust; MURIEL SHAPIRO, in her capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust; and ALAN ABRAMSON, in his capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust under the Arnold Shapiro 11/9/96 Trust,

Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on June 3, 2015 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 37], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation upon completion of discovery without further court order.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Deborah Reperowitz, from the law firm of Troutman Sanders LLP, to act as Mediator in this matter. The Parties further agree to contact Deborah Reperowitz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated:    New York, New York
          June 17, 2015

| | |
|---|---|
| /s/ Nicholas J. Cremona | By: /s/ Tracy L. Klestadt . |
| Baker & Hostetler LLP | Klestadt Winter Jureller Southard & |
| 45 Rockefeller Plaza | Stevens, LLP |
| New York, NY 10111 | 570 Seventh Avenue, 17th Floor |
| Telephone: (212) 589-4200 | New York, New York 10018-6314 |
| Facsimile: (212) 589-4201 | Telephone: 212.972.3000 |
| David J. Sheehan | Tracy L. Klestadt |
| Email: dsheehand@bakerlaw.com | tklestadt@klestadt.com |
| Nicholas J. Cremona | Brendan M. Scott |
| Email: ncremona@bakerlaw.com | bscott@klestadt.com |
| Dean D. Hunt | |
| | *Attorneys for Arnold Shapiro 11/9/96* |
| *Attorneys for Irving H. Picard, Trustee for the* | *Trust; First Marital Trust Under Arnold* |
| *Substantively Consolidated SIPA Liquidation* | *Shapiro 11/9/96 Trust; Second Marital* |
| *of Bernard L. Madoff Investment Securities* | *Trust Under Arnold Shapiro 11/9/96* |
| *LLC and the Estate of Bernard L. Madoff* | *Trust; Douglas Shapiro, in his capacity as* |
| | *Successor Trustee for the Arnold Shapiro* |
| | *11/9/96 Trust and in his capacity as* |
| | *Trustee for the First Marital Trust Under* |

3

*the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust Under the Arnold Shapiro 11/9/96 Trust; Muriel Shapiro, in her capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust; and Alan Abramson, in his capacity as Successor Trustee for the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust Under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust Under the Arnold Shapiro 11/9/96 Trust*

4