**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK D/B/A CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, F/K/A CALYON S.A. D/B/A CRÉDIT AGRICOLE MIAMI PRIVATE BANK, SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A.,<br><br>       Defendant. | Adv. Pro. No. 12-01670 (SMB) |

01:17266723.1

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-captioned adversary proceeding will be adjourned from June 24, 2015 at 10:00 a.m. to **December 16, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: June 17, 2015　　　　　　　　　　　YOUNG CONAWAY STARGATT &
　　　　　New York, New York　　　　　　　　TAYLOR, LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew B. Lunn*
　　　　　　　　　　　　　　　　　　　　　　Matthew B. Lunn
　　　　　　　　　　　　　　　　　　　　　　Justin P. Duda
　　　　　　　　　　　　　　　　　　　　　　Rockefeller Center
　　　　　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas, Suite 2210
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 332-8840
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 332-8855
　　　　　　　　　　　　　　　　　　　　　　Email: *mlunn@ycst.com*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*jduda@ycst.com*

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Irving H. Picard,
　　　　　　　　　　　　　　　　　　　　　　Trustee for the Liquidation of Bernard L.
　　　　　　　　　　　　　　　　　　　　　　Madoff Investment Securities LLC*

01:17266723.1