# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  EDMOND A. GOREK and MARGUERITE M. GOREK,  Defendants. | Adv. Pro. No. 10-04797 (SMB) |

**ORDER GRANTING IN PART AND DENYING IN PART**
**GOREK DEFENDANTS' MOTION TO DISMISS**

Defendants Edmond A. Gorek and Marguerite M. Gorek (collectively, the "Gorek Defendants"), having filed a motion to dismiss ("Motion to Dismiss") the complaint in the above captioned adversary proceeding, and the Court having considered the Motion to Dismiss and granted the Motion to Dismiss in part and denied the Motion to Dismiss in part for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss entered June 2, 2015.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss Count 1 is denied.

2. The Motion to Dismiss Counts 2 through 6 is granted.

3. The Gorek Defendants shall file their answer to the Complaint on or before July 31, 2015.

4. The Gorek Defendants will move forward thereafter on a schedule to be established by further order of the Court after consultation among the parties.

5. This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2015

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE