# Securities Investor Protection Corporation

## v.

## Bernard L. Madoff Investment Securities LLC

## In re: Bernard L. Madoff Investment Securities and

## Bernard L. Madoff, Debtors

## Case No. 08-01789 (SMB)

## SIPA Liquidation

## (Substantively Consolidated)

**Exhibits 1-14 to the Declaration of Stephanie Ackerman are available for review upon written or telephonic request to:**

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Stephanie Ackerman, Esq.**
**Tel: (212) 847-2851**
**Email: sackerman@bakerlaw.com**