# EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIPS

General Partnerships With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership Account Name | Partnership Name | Partnership Account Number | Claim Filed By Partnership | Outstanding Docketed Objections From Investors In The Partnership | Outstanding Claims of Investors in the Partnership |
|---|---|---|---|---|---|
| Partners Investment Co | Partners Investment Co | 1CM846 | Yes (004131) | 13 | 13 |
| Martin R Harnick & Steven P Norton Partners | Martin R Harnick & Steven P Norton Partners | 1H0123 | Yes (001925 and 100132) | 1 | 2 |
| Northeast Investment Club | Northeast Investment Club | 1ZB123 | Yes (000361) | 4 | 46 |
|  |  |  |  | **18** | **61** |