### EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Kathleen Berk | 010960 | 3617 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Caroline Lichten Bottari | 014031 | 3664 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Laura Crivelli | 012649 | 3628 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Bonnie Goldstein | 012090 | 3618 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Scott Greenberg | 011355 | 3635 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Linda & (Michael) Heaney | 014317 | 3613 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Karen Hoffman | 014414 | 3616 | Pro Se Filing | Partners Investment Co | 1CM846 |
| JDZ Holdings LLC | 011236 | 3629 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Ronald and Pamela Frimmer TIC | 012651 | 3603 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Irene Stavin | 011064 | 3627 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Jeffrey Stavin | 011063 | 3626 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Joy Weiser | 010727 | 3614 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Abby Weiss | 013286 | 3636 | Pro Se Filing | Partners Investment Co | 1CM846 |
| Martin R. Harnick | 009772 | 3123 | Becker & Poliakoff, LLP | Martin R Harnick & Steven P Norton Partners | 1H0123 |
| Steven P. Norton | 009834 | 3123 | Becker & Poliakoff, LLP | Martin R Harnick & Steven P Norton Partners | 1H0123 |
| Ann C. Binder, Tee U/A Dtd 8/10/95 | 070195 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Ann C. Binder, Tee U/A dtd 8/10/95 | 070195 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Seth Mitchell Avergon | 000713 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Seth Mitchell Avergon | 000713 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Larry Berger | 002162 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Larry Berger | 002162 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| David Berkwitz | 002521 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| David Berkwitz | 002521 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Joyce Berkwitz | 001033 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Joyce Berkwitz | 001033 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Paula Berkwitz | 001010 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Paula Berkwitz | 001010 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Hetty Berkwitz #1 | 000234 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Hetty Berkwitz #1 | 000234 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Hetty Berkwitz #2 | 000235 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Hetty Berkwitz #2 | 000235 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Mark & Linda Bessell #1 | 001797 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Mark & Linda Bessell #1 | 001797 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Mark & Linda Bessell #2 | 001792 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Mark & Linda Bessell #2 | 001792 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Mark & Linda Bessell #3 | 001791 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Mark & Linda Bessell #3 | 001791 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Deborah A. Brooks | 001269 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Deborah A. Brooks | 001269 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Abraham Cohen | 003103 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Abraham Cohen | 003103 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marilyn Conrath | 002622 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marilyn Conrath | 002622 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Jane Fox Costello | 005517 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Jane Fox Costello | 005517 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Susan Derby | 000557 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Susan Derby | 000557 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Judith Diamond | 000456 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Judith Diamond | 000456 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Lawrence & Barbara Dubinet | 000224 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Lawrence & Barbara Dubinet | 000224 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Laura Dubinet | 003495 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Laura Dubinet | 003495 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Laura Dubinet | 008195 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Laura Dubinet | 008195 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Brian and Bridget Englebardt | 001034 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Brian and Bridget Englebardt | 001034 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Nan Fiedler | 003087 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Nan Fiedler | 003087 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Freda Friedman #1 | 070083 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Freda Friedman #1 | 070083 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Freda Friedman #2 | 070194 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Freda Friedman #2 | 070194 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Sheila Greenfield | 004666 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Sheila Greenfield | 004666 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Beth Levin | 006011 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Beth Levin | 006011 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Beverly Lieberman | 002786 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Beverly Lieberman | 002786 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marthe & Meny Lowy | 003683 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marthe & Meny Lowy | 003683 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marthe & Meny Lowy | 003683 | 3608 | Pro Se Filing | Northeast Investment Club | 1ZB123 |
| Marthe Lowy | 003684 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marthe Lowy | 003684 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Marthe Lowy | 003684 | 3609 | Pro Se Filing | Northeast Investment Club | 1ZB123 |
| Nicole Nagel | 007121 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Nicole Nagel | 007121 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Christian & Sheri Nielsen | 002479 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Christian & Sheri Nielsen | 002479 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Bessie Pollicove | 000675 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Bessie Pollicove | 000675 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Bonnie Pritzker | 001816 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Bonnie Pritzker | 001816 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Joshua Robbins | 002333 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Joshua Robbins | 002333 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Kristina Rudd | 001013 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Kristina Rudd | 001013 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Arlene Adams Schuyler | 000064 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Arlene Adams Schuyler | 000064 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Barry and Joyce Schwartz | 000301 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Barry and Joyce Schwartz | 000301 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Alyce & Gerard Smith | 006661 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Alyce & Gerard Smith | 006661 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Patricia Still | 001773 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Patricia Still | 001773 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Ethan Towler Grayman | 000375 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Ethan Towler Grayman | 000375 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Jacob T. Towler-Grayman | 000377 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Jacob T. Towler-Grayman | 000377 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Samuel Towler Grayman | 000376 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Samuel Towler Grayman | 000376 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| A.W. - minor | 000454 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| A.W. - minor | 000454 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Ellen & Nicholas Willey | 000453 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Ellen & Nicholas Willey | 000453 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| H.W. - minor | 000455 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| H.W. - minor | 000455 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Joseph Willey | 003099 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Joseph Willey | 003099 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |