## EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Partnerships Identified In Exhibit 1

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 010727 | Joy Weiser | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 010960 | Kathleen Berk | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 011063 | Jeffrey Stavin | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 011064 | Irene Stavin | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 011236 | JDZ Holdings LLC | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 12/30/2010 |
| 011355 | Scott Greenberg | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/5/2011 |
| 012090 | Bonnie Goldstein | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 012649 | Laura Crivelli | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 12/30/2010 |
| 012651 | Ronald and Pamela Frimmer TIC | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 013286 | Abby Weiss | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/4/2011 |
| 014031 | Caroline Lichten Bottari | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/7/2011 |
| 014317 | Linda & (Michael) Heaney | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 014414 | Karen Hoffman | Partners Investment Co | 1CM846 | Claim for securities and/or credit balance denied (12/3/2010). | 1/3/2011 |
| 009772 | Martin R. Harnick | Martin R Harnick & Steven P Norton Partners | 1H0123 | Claim for securities and/or credit balance denied (10/22/2010). | 11/5/2010 |
| 009834 | Steven P. Norton | Martin R Harnick & Steven P Norton Partners | 1H0123 | Claim for securities and/or credit balance denied (10/22/2010). | 11/5/2010 |
| 000064 | Arlene Adams Schuyler | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000064 | Arlene Adams Schuyler | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000224 | Lawrence & Barbara Dubinet | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 000224 | Lawrence & Barbara Dubinet | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000234 | Hetty Berkwitz #1 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000234 | Hetty Berkwitz #1 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000235 | Hetty Berkwitz #2 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000235 | Hetty Berkwitz #2 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000301 | Barry and Joyce Schwartz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000301 | Barry and Joyce Schwartz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000375 | Ethan Towler Grayman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000375 | Ethan Towler Grayman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000376 | Samuel Towler Grayman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000376 | Samuel Towler Grayman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000377 | Jacob T. Towler-Grayman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000377 | Jacob T. Towler-Grayman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000453 | Ellen & Nicholas Willey | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000453 | Ellen & Nicholas Willey | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000454 | A.W. - minor | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000454 | A.W. - minor | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000455 | H.W. - minor | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000455 | H.W. - minor | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000456 | Judith Diamond | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 000456 | Judith Diamond | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000557 | Susan Derby | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000557 | Susan Derby | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000675 | Bessie Pollicove | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000675 | Bessie Pollicove | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 000713 | Seth Mitchell Avergon | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 000713 | Seth Mitchell Avergon | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001010 | Paula Berkwitz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 001010 | Paula Berkwitz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001013 | Kristina Rudd | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 001013 | Kristina Rudd | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001033 | Joyce Berkwitz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 001033 | Joyce Berkwitz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001034 | Brian and Bridget Englebardt | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 001034 | Brian and Bridget Englebardt | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001269 | Deborah A. Brooks | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 001269 | Deborah A. Brooks | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001773 | Patricia Still | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 001773 | Patricia Still | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 001791 | Mark & Linda Bessell #3 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 001791 | Mark & Linda Bessell #3 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 12/17/2010 |
| 001792 | Mark & Linda Bessell #2 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 6/25/2010 |
| 001792 | Mark & Linda Bessell #2 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 12/17/2010 |
| 001797 | Mark & Linda Bessell #1 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 6/25/2010 |
| 001797 | Mark & Linda Bessell #1 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 12/17/2010 |
| 001816 | Bonnie Pritzker | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 6/25/2010 |
| 001816 | Bonnie Pritzker | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 12/17/2010 |
| 002162 | Larry Berger | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 6/25/2010 |
| 002162 | Larry Berger | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010) | 12/17/2010 |
| 002333 | Joshua Robbins | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 002333 | Joshua Robbins | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 002479 | Christian & Sheri Nielsen | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 002479 | Christian & Sheri Nielsen | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 002521 | David Berkwitz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 002521 | David Berkwitz | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 002622 | Marilyn Conrath | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 002622 | Marilyn Conrath | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 002786 | Beverly Lieberman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 002786 | Beverly Lieberman | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003087 | Nan Fiedler | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 003087 | Nan Fiedler | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003099 | Joseph Willey | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 003099 | Joseph Willey | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003103 | Abraham Cohen | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 003103 | Abraham Cohen | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003495 | Laura Dubinet | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 003495 | Laura Dubinet | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003683 | Marthe & Meny Lowy | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 003683 | Marthe & Meny Lowy | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003683 | Marthe & Meny Lowy | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 003684 | Marthe Lowy | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 003684 | Marthe Lowy | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 003684 | Marthe Lowy | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/2010 |
| 004666 | Sheila Greenfield | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 004666 | Sheila Greenfield | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 005517 | Jane Fox Costello | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 005517 | Jane Fox Costello | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 006011 | Beth Levin | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 006011 | Beth Levin | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 006661 | Alyce & Gerard Smith | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 006661 | Alyce & Gerard Smith | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 007121 | Nicole Nagel | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 007121 | Nicole Nagel | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 008195 | Laura Dubinet | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 008195 | Laura Dubinet | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 070083 | Freda Friedman #1 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 070083 | Freda Friedman #1 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 070194 | Freda Friedman #2 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 070194 | Freda Friedman #2 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 070195 | Ann C. Binder, Tee U/A dtd 8/10/95 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 6/25/2010 |
| 070195 | Ann C. Binder, Tee U/A dtd 8/10/95 | Northeast Investment Club | 1ZB123 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |