Settlement Date: June 19, 2015 at 5:00 p.m.
Objection Deadline: June 18, 2015 at 12:00 p.m.

**MILBERG LLP**
Matthew A. Kupillas
Joshua Keller
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229
mkupillas@milberg.com
jkeller@milberg.com

*Attorneys for Defendants in the
Relevant Adversary Proceedings*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendant. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## OBJECTION TO THE TRUSTEE'S NOTICE OF SETTLEMENT OF ORDER, AND DEFENDANTS' SUBMISSION OF COUNTER-PROPOSED ORDER

PLEASE TAKE NOTICE THAT the undersigned, on behalf of its clients named as defendants in the relevant adversary proceedings, objects to the Notice of Settlement of Order filed by the Trustee on June 15, 2015, with respect to the entry of orders to effectuate the Court's

Memorandum Decision Regarding Omnibus Motions to Dismiss entered June 2, 2015. The grounds of objection are stated in the letter from the undersigned counsel, which is attached to this objection as Exhibit A. A counter-proposed order is attached as Exhibit B. A comparison of the counter-proposed order to the Trustee's original proposed order is attached as Exhibit C.

Dated: New York, New York
June 18, 2015

                                **MILBERG LLP**

                                By: /s/ *Matthew A. Kupillas*
                                Matthew A. Kupillas
                                Joshua Keller
                                One Pennsylvania Plaza, 49th Fl.
                                New York, NY 10119
                                Tel: (212) 613-5697
                                Fax: (212) 273-4331
                                mkupillas@milberg.com
                                jkeller@milberg.com

                                **SEEGER WEISS LLP**
                                Stephen A. Weiss
                                Parvin K. Aminolroaya
                                77 Water Street, 26th Floor
                                New York, NY 10005
                                Tel: (212) 584-0700
                                Fax: (212) 584-0799
                                paminolroaya@seegerweiss.com

                                *Attorneys for Defendants in the Relevant*
                                *Adversary Proceedings*

706390v1