**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>DEFENDER LIMITED, et al.,<br><br>Defendant(s). | Adv. Pro. No. 10-05229 (SMB) |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Defender Limited ("Defender"), Reliance Management (BVI) Limited ("Reliance BVI"), Reliance International Research LLC, Reliance Management (Gibraltar) Limited ("Reliance Gibraltar"), Tim Brockmann ("Brockmann") and Justin Lowe (collectively, the "Defendants"), by and through their counsel, Morrison & Foerster LLP and Seward & Kissel LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 5, 2010, the Trustee filed and served the Complaint against Defendants (Dkt. No. 1).

2. On April 27, 2012, Defendants Reliance BVI, Reliance Gibraltar and Brockmann filed and served a motion to dismiss on the Trustee (Dkt. No. 36).

3. On March 23, 2015, the Parties entered into a settlement agreement pursuant to Federal Rule of Bankruptcy Procedure 9019 and filed a Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 seeking approval thereof (the "9019 Motion") (Dkt. No. 114). The Court granted the 9019 Motion on April 16, 2015 (Dkt. No. 116).

4. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 17, 2015

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*______________
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
E-mail: owarshavsky@bakerlaw.com
Keith R. Murphy
E-mail: kmurphy@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Of Counsel:
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Frederick W. Chockley III
John J. Burke
Katherine L. McKnight
Dena S. Kessler

MORRISON & FOERSTER

By: */s/ Gary S. Lee*____________
Gary S. Lee
E-mail: glee@mofo.com
John A. Pintarelli
E-email: jpintarelli@mofo.com
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Defendants Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockmann*

SEWARD & KISSEL LLP

By: */s/ Mark Hyland*_____________
Mark Hyland
E-mail: hyland@sewkis.com
Mandy DeRoche
E-mail: deroche@sewkis.com
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendants Reliance International Research LLC and Justin Lowe*

SO ORDERED

/s/ STUART M. BERNSTEIN___________
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: June 18th, 2015
New York, New York