**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
            Plaintiff-Applicant, :
:
       v. :
: SIPA Liquidation
BERNARD L. MADOFF INVESTMENT : No. 08-01789 (SMB)
SECURITIES LLC, : (Substantively Consolidated)
:
            Defendant. :
:
------------------------------------ x

### STIPULATION AND ORDER DEDESIGNATING CERTAIN DOCUMENTS

      WHEREAS:

      A.    In connection with the above-captioned liquidation proceeding and its related adversary proceedings, the Court entered an order on May 18, 2015, in which the Trustee and Arden Asset Management LLC ("Arden") agreed to appoint Keith N. Costa as Arbitrator to resolve Confidentiality Disputes with respect to the documents produced by Arden.

      B.    Consistent with this order, the Arbitrator issued a ruling on June 12, 2015 ("Arbitration Ruling"), dedesignating from confidential to not confidential two documents bates-stamped A771-A791 and A1628-A1636 ("Documents").

      NOW, THEREFORE, subject to the approval of the Court, it is hereby STIPULATED AND AGREED:

      1.    In accordance with the Arbitration Ruling, the Documents are not confidential pursuant to the Litigation Protective Order dated June 6, 2011.

Dated: New York, New York
       June 17, 2015

                           BAKER & HOSTETLER LLP

                           By: */s/ Karin Jenson*
                              David J. Sheehan
                              dsheehan@bakerlaw.com
                              Karin Jenson
                              kjenson@bakerlaw.com

                           45 Rockefeller Plaza
                           New York, NY 10111
                           (212) 589-4200

                           *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff*


                           SEWARD & KISSEL LLP

                           By: */s/ M. William Munno*
                              M. William Munno
                              munno@sewkis.com

                           One Battery Park Plaza
                           New York, NY 10004
                           (212) 574-1587

                           *Attorneys for Arden Asset Management LLC*


Dated: New York, New York
       June 18th, 2015


                           SO ORDERED.


                           /s/ STUART M. BERNSTEIN
                           THE HONORABLE STUART M. BERNSTEIN
                           UNITED STATES BANKRUPTCY JUDGE