MILBERG LLP
Matthew A. Kupillas
One Pennsylvania Avenue
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Milberg LLP and Seeger Weiss LLP*
*Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><hr>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**CERTIFICATE OF SERVICE**

I, Matthew A. Kupillas, hereby certify that on the 18th day of June, 2015, I electronically filed DEFENDANTS' OBJECTION TO THE TRUSTEE'S NOTICE OF SETTLEMENT OF ORDER, AND DEFENDANTS' SUBMISSION OF COUNTER-PROPOSED ORDER, and the exhibits thereto, with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

_s/ Matthew A. Kupillas_
Matthew A. Kupillas

655734v1