**FOX ROTHSCHILD LLP**
100 Park Avenue, 15th Floor
New York, New York 10017
Tel:  212.878.7900
Fax:  212.692.0940
ERNEST E. BADWAY
LAUREN J. TALAN
RICHARD M. METH
ebadway@foxrothschild.com
ltalan@foxrothschild.com
rmeth@foxrothschild.com

*Attorneys for Defendants The Wiener Family Limited Partnership, Wiener Family Holding Corp., And Marvin M. Wiener and Sondra M. Wiener*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>WIENER FAMILY LIMITED PARTNERSHIP, WIENER FAMILY HOLDING CORPORATION, MARVIN M. WIENER, SONDRA M. WIENER, CHARLES E. WIENER, CAROLYN B. WIENER,<br><br>Defendants. | Adv. Pro. No. 10-04322 (BRL)<br><br>Adv. Pro. No. 10-04323 (BRL) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NTC & CO. LLP, as a former custodian of an Individual Retirement Account for the benefit of MARVIN M. WIENER and MARVIN M. WIENER,<br><br>    Defendants. | Adv. Pro. No. 10-04293 (BRL) |

**NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION TO NOTICE OF SETTLEMENT OF ORDER AND COUNTER-PROPOSED ORDER**

**PLEASE TAKE NOTICE** that the undersigned counsel for defendants the Wiener Family Limited Partnership, Wiener Family Holding Corporation, and Marvin M. Wiener and Sondra M. Wiener (collectively, the "Wiener Defendants") hereby withdraw the filed Objection To Notice Of Settlement Of Order And Counter-Proposed Order [Doc. No. 10211] (the "Objection") solely to the extent that the Objection refers, or otherwise relates, to Charles E. Wiener and Carolyn B. Wiener (the "Settled Weiner Defendants"). More particularly, all claims and causes of action between the Trustee and the Settled Wiener Defendants having previously been settled, the Objection is hereby withdrawn solely with respect to the Settled Wiener Defendants. The Objection shall otherwise remain in full force and effect.

Dated: New York, New York
    June 18, 2015        **FOX ROTHSCHILD LLP**

                  By:/s/ Richard M. Meth
                    RICHARD M. METH
                    ERNEST E. BADWAY
                    LAUREN J. TALAN
                    100 Park Avenue, Suite 1500
                    New York, New York 10017
                    (212) 878-7900 (phone)/(212) 692-0940 (fax)

                  *Attorneys for Defendants The Wiener Family*
                  *Limited Partnership, Wiener Family Holding Corp.,*
                  *And Marvin M. Wiener and Sondra M. Wiener*