DAY PITNEY LLP
7 Times Square
New York, NY 10036
Telephone: (212) 297-5800
Thomas D. Goldberg (TG-7251)
Margarita Y. Ginzburg (MG-6240)

*Attorneys for Defendant Edmond A. Gorek*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04623 (SMB) |
| Plaintiff, | |
| v. | |
| EDMOND A. GOREK, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Thomas D. Goldberg, hereby certify that on June 17, 2015, I electronically filed an

**Objection to Notice of Settlement of Order and Counter-Proposed Order** with the exhibit

thereto, with the Clerk of this Court utilizing the CM/ECF filing system which automatically sent

notification of this filing to the parties that have elected to receive electronic notification in this action courtesy of the CM/ECF system.

Additionally, electronic notice was sent to the following parties:

### SERVICE LIST

'agoodman@gsblaw.com'; 'anthony.paccione@kattenlaw.com'; 'aostrow@beckerglynn.com'; 'blax@laxneville.com'; 'bneville@laxneville.com'; 'bscott@klestadt.com'; 'carole.neville@dentons.com'; 'charles.platt@wilmerhale.com'; 'csalomon@beckerglynn.com'; 'davidbernfeld@bernfeld-dematteo.com'; 'dbblaw@hotmail.com'; 'EBadway@foxrothschild.com'; 'EFrejka@FREJKA.com'; 'erykfolmer@schlegelltd.com'; 'george.shuster@wilmerhale.com'; 'gpretto@laxneville.com'; 'hchaitman@bplegal.com'; 'jeffreybernfeld@bernfeld-dematteo.com'; 'jgorchkova@bplegal.com'; 'jjureller@klestadt.com'; 'jkeenan@mccanliss.com'; 'JLaw672@aol.com'; 'jrappaport@frejka.com'; 'kathlyn.schwartz@akerman.com'; 'ltalan@foxrothschild.com'; 'mark.ciani@kattenlaw.com'; 'mccormick@mintzandgold.com'; 'meholzapfel@beckermeisel.com'; Ginzburg, Margarita Y. <mginzburg@daypitney.com>; 'michael.goldberg@akerman.com'; 'mintz@mintzandgold.com'; 'mweinstein@golenbock.com'; 'psmith@bplegal.com'; 'rkaye@egsllp.com'; 'sjschlegel@schlegelltd.com'; 'slmeisel@beckermeisel.com'; 'susan.balaschak@akerman.com'; Goldberg, Thomas D. <tgoldberg@daypitney.com>; 'tklestadt@klestadt.com'; 'tporetz@egsllp.com'; 'slehrer226@aol.com'; 'obitman@bakerlaw.com'; 'mmatthias@bakerlaw.com'; 'ncremona@bakerlaw.com'

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

*/s/ Thomas D. Goldberg*
THOMAS D. GOLDBERG (TG-7251)

Dated: June 18, 2015

91641866.1