08-01789-cgm    Doc 10223    Filed 06/18/15    Entered 06/18/15 17:18:02    Main Document
Pg 1 of 2

DAY PITNEY LLP
7 Times Square
New York, NY 10036
Telephone: (212) 297-5800
Thomas D. Goldberg (TG-7251)
Margarita Y. Ginzburg (MG-6240)

*Attorneys for Defendant Edmond A. Gorek and Marguerite M. Gorek*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04797 (SMB) |
| Plaintiff, | |
| v. | |
| EDMOND A. GOREK and MARGUERITE M. GOREK, | |
| Defendants. | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Thomas D. Goldberg, hereby certify that on June 17, 2015, I electronically filed an

**Objection to Notice of Settlement of Order and Counter-Proposed Order** with the exhibit

thereto, with the Clerk of this Court utilizing the CM/ECF filing system which automatically sent

notification of this filing to the parties that have elected to receive electronic notification in this action courtesy of the CM/ECF system.

Additionally, electronic notice was sent to the following parties:

## SERVICE LIST

'amarder@msek.com'; 'AMingione@BlankRome.com'; 'aostrow@beckerglynn.com'; 'blax@laxneville.com'; 'bneville@laxneville.com'; 'bob@mcclay-alton.com'; 'law@mcclay-alton.com'; 'jane@mcclay-alton.com'; 'BradSimon@Simonlawyers.com'; 'carole.neville@dentons.com'; 'csalomon@beckerglynn.com'; 'davidbernfeld@bernfeld-dematteo.com'; 'dbblaw@hotmail.com'; 'gpretto@laxneville.com'; 'hbeigel@gmail.com'; 'hchaitman@bplegal.com'; 'helisofon@herrick.com'; 'hhuynh@herrick.com'; 'hkleinhendler@wmllp.com'; 'jandrophy@olshanlaw.com'; 'jberman@msek.com'; 'jeffreybernfeld@bernfeld-dematteo.com'; 'jgorchkova@bplegal.com'; 'jonathan.goldberg@dentons.com'; 'KCMurphy@Simonlawyers.com'; 'lshalov@mclaughlinstern.com'; 'mcingber@comcast.net'; 'mrosenberg@mclaughlinstern.com'; 'psmith@bplegal.com'; 'sesser@clm.com'; 'sspiegelman@wmllp.com'; 'tfleming@olshanlaw.com'; 'cutroneo@gmail.com'

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

*/s/ Thomas D. Goldberg*
THOMAS D. GOLDBERG (TG-7251)

Dated: June 18, 2015

91641524.1