# **EXHIBIT A**

## AGREEMENT

This Agreement, dated as of June 19, 2015 ("Agreement"), is made by and between Irving H. Picard, in his capacity as the trustee ("Trustee") for the liquidation proceedings under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated Chapter 7 case pending before the United States Bankruptcy Court for the Southern Court of New York (the "Bankruptcy Court") of Bernard L. Madoff ("Madoff"), on the one hand, and defendants Plaza Investments International Limited ("Plaza"), and Notz, Stucki Management (Bermuda) Limited ("NSMB"), (Plaza and NSMB collectively, the "Defendants"), on the other hand.  The Trustee and the Defendants shall be referred to herein as the "Parties," and each a "Party."

## BACKGROUND

A. BLMIS and its predecessors were registered broker-dealers and members of the Securities Investor Protection Corporation ("SIPC").

B. On December 11, 2008 (the "Filing Date"), the Securities and Exchange Commission (the "SEC") filed a complaint in the United States District Court for the Southern District of New York (the "District Court") against BLMIS and Madoff.

C. On December 15, 2008, the District Court entered an order under SIPA, which, in pertinent part, appointed the Trustee for the liquidation of the business of BLMIS under section 5(b)(3) of SIPA and removed the case to the Bankruptcy Court under section 5(b)(4) of SIPA, where it is pending as Case No. 08-01789 (SMB) (the "SIPA Proceeding").  The Trustee is duly qualified to serve and act on behalf of the BLMIS estate (the "BLMIS Estate").  By Order dated June 9, 2009, the estate of Madoff was substantively consolidated with the BLMIS Estate.

D. Plaza opened an account with BLMIS in or around November 1996, which was designated account no. 1FR002 (the "BLMIS Account").  Plaza's BLMIS Account remained open until the Filing Date.

E. In the six years prior to the Filing Date, Plaza withdrew from its BLMIS Account Two-Hundred Thirty-Five Million United States Dollars ($235,000,000.00) (the "Transfers"), which included Forty-Six Million Dollars ($46,000,000.00) during the two-year period prior to the Filing Date and Twenty-Six Million Dollars ($26,000,000.00) during the ninety-day preference period prior to the Filing Date.

F. On or about March 3, 2009, Plaza filed a customer claim with the Trustee, which the Trustee has designated as Claim No. 6187 (the "Plaza Customer Claim").  The Plaza Customer Claim is included as Attachment A to this Agreement.  The Parties agree that Plaza's net equity equals Two Hundred Eighty-One Million, Eight Hundred Twenty-Four Thousand, Three Hundred Sixteen Dollars and Twenty-Three Cents ($281,824,316.23) ("Net Equity").

G. On November 23, 2010, the Trustee filed a Complaint commencing an adversary proceeding captioned *Picard v. Plaza Investments International Limited, et al.*, Adv. Pro. No. 10-04284 (SMB) (the "Adversary Proceeding"). In the Complaint, the Trustee asserted claims to avoid and recover the Transfers under 11 U.S.C. §§ 544, 547, 548, 550, and 551, SIPA § 78fff-(2)(c)(3), and the New York Debtor and Creditor Law §§ 270–281 ("Avoiding Power Claims"). Included in the Avoiding Power Claims were claims against NSMB as subsequent transferees of certain of the Transfers from Plaza (the "Subsequent Transfer Claims"). The Trustee also asserted claims to disallow the Plaza Customer Claim, pursuant to 11 U.S.C. § 502(d), and to equitably subordinate the Plaza Customer Claim, pursuant to 11 U.S.C. §§ 510(c) and 105(a) ("Disallowance and Subordination Claims").

## AGREEMENT

1.      Payment to Trustee. At the Closing (as defined in paragraph 8) Plaza shall pay or cause to be paid to the Trustee, pursuant to the means set forth in paragraph 8, the sum of One-Hundred Forty Million United States Dollars ($140,000,000.00) (the "Settlement Payment") in full and final settlement and satisfaction of all Avoiding Power Claims, Disallowance and Subordination Claims, and Subsequent Transfer Claims that the Trustee or the BLMIS Estate has against the Defendants.

2.      Allowance of Plaza Customer Claim. Upon the Closing (as defined in paragraph 8), Plaza's Customer Claim shall be deemed conclusively allowed pursuant to section 502 of the Bankruptcy Code and 15 U.S.C. § 78*lll*(11), equal in priority to other allowed customer claims against the BLMIS Estate, in the amount of Two Hundred Eighty-One Million, Eight Hundred Twenty-Four Thousand, Three Hundred Sixteen Dollars and Twenty-Three Cents ($281,824,316.23), plus eighty-eight percent (88%) of the Settlement Payment, for an aggregate allowed claim amount of Four Hundred Five Million, Twenty-Four Thousand, Three Hundred Sixteen Dollars and Twenty-Three Cents ($405,024,316.23) (the "Allowed Claim"). As of the date of this Agreement, the initial amount to be paid by the Trustee to Plaza allocable to the Allowed Claim in respect of a catch-up distribution is One Hundred Ninety-Eight Million, One Hundred Fifty-Nine Thousand, Nine Hundred Sixty-Six Dollars and Eighty-One Cents ($198,159,966.81) (48.802% of the Allowed Claim plus a SIPC advance of $500,000.00) (the "Catch-Up Distribution"). Plaza shall be entitled to the SIPC customer advance provided for under section 78fff-3(a) of SIPA applicable to its Allowed Claim in the amount of $500,000.00, which is included in the Catch-Up Distribution. Thereafter, Plaza shall be entitled to ratable distributions owing on the Allowed Claim in due course as distributed by the Trustee and approved by the Bankruptcy Court from time to time on the same basis and timetable as the holders of admitted claims in the SIPA liquidation of the BLMIS Estate.

3.      Release by the Trustee. (a) (i)  In consideration for the covenants and agreements in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 8), the Trustee on behalf of himself, BLMIS, and its consolidated estates (collectively, the "Trustee Releasors"), shall release, acquit, and forever discharge the Defendants, including their successors and/or assigns, from any and all past, present, or future claims or causes of action (including any suit, petition,

2

demand, or other claim in law, equity, or arbitration) and from any and all allegations of liability or damages (including any allegation of duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature, or description, direct or indirect, in law, equity or arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise (including attorneys' fees, costs, or disbursements), known or unknown, existing as of the date of the Closing that are, have been, could have been, or might in the future be asserted by the Trustee based on, arising out of, or in any way related to the Defendants' respective direct or indirect relationship with BLMIS, except that the Trustee retains the right to enforce the terms and conditions of this Agreement.

(ii)    In consideration for the covenants and agreements set forth in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, except with respect to any rights arising under this Agreement and as provided under Section 3(b) of this Agreement, the Trustee Releasors hereby release and agree not to further pursue any subsequent transfers of the Transfers made relating to Plaza's BLMIS Account (the "Subsequent Transferee Releasees").

(b)    Notwithstanding the foregoing release contained in Section 3(a)(ii), the Subsequent Transferee Releasees are not released from liability for any transfers that they may have received in connection with any account not specified herein or referenced on Exhibit B of the Complaint filed in the Adversary Proceeding, or may receive after the date of this Agreement which constitute subsequent transfers of transfers made by BLMIS which are avoidable and recoverable under SIPA, the Bankruptcy Code and other applicable laws.

4.    Release by the Defendants.  In consideration for the covenants and agreements in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 8), the Defendants shall release, acquit, and forever discharge the Trustee and all his agents, representatives, attorneys, employees, and professionals, and BLMIS and its consolidated estate, from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of liability or damages (including any allegation of duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature, or description, direct or indirect, in law, equity or arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise (including attorneys' fees, costs, or disbursements), known or unknown, existing as of the date of the Closing that are, have been, could have been, or might in the future be asserted by the Defendants based on, arising out of, or in any way related to BLMIS or Madoff, except that the Defendants retain the right to enforce the terms and conditions of this Agreement.

5.    Unknown Claims.  Unknown Claims shall mean any released claims pursuant to paragraphs 3 and 4 of the Agreement ("Released Claims") that the Parties do not know or suspect to exist in their favor at the time of giving the release in this Agreement that if known by them, might have affected their settlement and release in this Agreement.  With respect to any

3

and all released claims in paragraphs 3 and 4 of this Agreement, the Parties shall expressly waive or be deemed to have waived, the provisions, rights and benefits of California Civil Code section 1542 (to the extent it applies herein), which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

The Parties expressly waive, and shall be deemed to have waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, that is similar, comparable, or equivalent in effect to California Civil Code section 1542. The Trustee and/or the Defendants may hereafter discover facts in addition to or different from those that they now know or believe to be true with respect to the subject matter of the Released Claims, but the Parties shall expressly have and be deemed to have fully, finally, and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or noncontingent, whether or not concealed or hidden, that now exist or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. The Parties acknowledge and shall be deemed to have acknowledged that the foregoing waiver was separately bargained for and a key element of the settlement of which this release is a part.

6.      Dismissal of Adversary Proceedings. Within five days of the Closing (as defined in paragraph 8), the Parties shall submit to the Bankruptcy Court, a stipulation requesting the dismissal of the Adversary Proceeding, with prejudice, as against the Defendants, with each Party bearing its own costs, attorneys' fees, and expenses.

7.      Court Approval; Effective Date; Termination. The Parties' rights and obligations under this Agreement shall be fixed as of the date of execution and delivery of signatures by the Parties, subject to approval by the Bankruptcy Court. The Parties jointly agree to support this Agreement in connection with the submission to, and approval thereof by, the Bankruptcy Court. The Parties agree that they may not alter their position regardless of any decision by the Supreme Court of the United States in connection with the Trustee's appeal concerning section 546(e) of the Bankruptcy Code. This Agreement is subject to, and shall become effective upon, the Bankruptcy Court's approval of this Agreement in the SIPA Proceeding by an order that is no longer subject to appeal, review, or rehearing ("Effective Date"). The Trustee shall use his reasonable efforts to obtain approval of the Agreement in the SIPA Proceeding as promptly as practicable after the date of this Agreement. If this Agreement has not become effective as provided in this paragraph within 360 days after the date of this Agreement (or within such additional time as mutually agreed upon by the Parties), then (a) this Agreement (other than this paragraph) shall terminate and be void; (b) all of the statements, concessions, consents, and agreements contained in the Agreement (other than this paragraph) shall be void; and (c) neither the Trustee nor the Defendants may use or rely on any such statement, concession, consent, or

4

agreement in any public statement or litigation involving the SIPA Proceeding, or any case or proceeding relating to BLMIS, or Madoff.

8.      Closing.  There shall be a closing ("Closing") within five business days after the Effective Date of this Agreement in settlement of the Trustee's Avoiding Power Claims, Disallowance and Subordination Claims and Subsequent Transfer Claims.  At the Closing, Plaza shall satisfy the Settlement Payment of $140,000,000.00 it agrees to pay to the Trustee pursuant to paragraph 1 through a deduction of said amount from the Catch-Up Distribution. Accordingly, the Trustee shall pay Plaza Fifty-Eight Million, One Hundred Fifty-Nine Thousand, Nine Hundred Sixty-Six Dollars and Eighty-One Cents ($58,159,966.81), consisting of the balance of:

> a.  The Catch-Up Distribution under the Allowed Claim owed to Plaza pursuant to paragraph 2, minus
>
> b.  The Settlement Payment totaling $140,000,000.00.

9.      Defendants' and Trustee's Authority.  The Defendants represent and warrant to the Trustee that, as of the date hereof, each of them has the full power, authority, and legal right to execute and deliver, and to perform their respective obligations under this Agreement and have taken all necessary action to authorize the execution, delivery, and performance of their respective obligations under this Agreement.  The Trustee represents and warrants to the Defendants that, as of the date hereof, and subject to the approval of the Bankruptcy Court as set forth in paragraph 7 above, he has the full power, authority, and legal right to execute and deliver, and to perform his obligations under this Agreement and has taken all necessary action to authorize the execution, delivery, and performance of his respective obligations under this Agreement.

10.      Further Assurances.  The Parties shall execute and deliver any document or instrument reasonably requested by any of them after the date of this Agreement to effectuate the intent of this Agreement.

11.      Entire Agreement.  This Agreement constitutes the entire agreement and understanding between and among the Parties and supersedes all prior agreements, representations, and understandings concerning the subject matter hereof.

12.      No Admission.  This Agreement and all negotiations, statements, and proceedings in connection therewith are not, will not be argued to be, and will not be deemed to be a presumption, concession, or admission by any Party of any fault, liability, or wrongdoing whatsoever.  This Agreement may not be offered or received in evidence or otherwise referred to in any civil, criminal, or administrative action or proceeding as evidence of any fault, liability, or wrongdoing whatsoever.

13.      Amendments, Waiver.  This Agreement may not be terminated, amended, or modified in any way except in a writing signed by all of the Parties.  No waiver of any provision of this Agreement shall be deemed to constitute a waiver of any other provision hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

300361026.1

14. <u>Assignability</u>.  No Party hereto may assign its rights under this Agreement without the prior written consent of each of the other Parties hereto, except that nothing in this Agreement shall prevent Plaza's ability to assign all or part of the Plaza Allowed Claim  pursuant to the Bankruptcy Court's November 10, 2010 Order Establishing Procedures for the Assignment of Allowed Claims.

15. <u>Successors Bound</u>.  This Agreement shall be binding upon and inure to the benefit of each of the Parties and their successors and permitted assigns.

16. <u>No Third Party Beneficiary</u>.  The Parties do not intend to confer any benefit by or under this Agreement upon any person or entity other than the Parties hereto and their respective successors and permitted assigns.

17. <u>Applicable Law</u>.  This Agreement shall be construed and enforced in accordance with the laws of the State of New York, without regard to its conflict of laws provisions.

18. <u>Exclusive Jurisdiction</u>.  The Parties agree that the Bankruptcy Court shall have exclusive jurisdiction over any and all disputes between or among the Parties, whether in law or equity, arising out of or relating to this Agreement, or any provision thereof, and the Parties hereby consent to and submit to the jurisdiction of the Bankruptcy Court for any such action.  In the event the BLMIS proceeding is closed by a final decree and not reopened, the Parties agree that any dispute arising out of this Agreement, or any provision thereof, may be brought in the District Court or the Supreme Court of New York in New York County.

19. <u>Captions and Rules of Construction</u>.  The captions in this Agreement are inserted only as a matter of convenience and for reference and do not define, limit, or describe the scope of this Agreement or the scope or content of any of its provisions.  Any reference in this Agreement to a paragraph is to a paragraph of this Agreement.  "Includes" and "including" are not limiting.

20. <u>Counterparts, Electronic Copy of Signatures</u>.  This Agreement may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document.  The Parties may evidence their execution of this Agreement by delivery to the other Parties of scanned or faxed copies of their signatures with the same effect as the delivery of an original signature.

21. <u>Negotiated Agreement</u>.  This Agreement has been fully negotiated by the Parties.  Each Party acknowledges and agrees that this Agreement has been drafted jointly, and the rule that ambiguities in an agreement or contract may be construed against the drafter shall not apply in the construction or interpretation of this Agreement.

22. <u>Severability</u>.  In the event that any term or provision of this Agreement or any application thereof is deemed to be invalid or unenforceable, the remainder of this Agreement and any other application of such term or provision shall not be affected thereby.

23. <u>Notices</u>.  Any notices under this Agreement shall be in writing, shall be effective when received and may be delivered only by hand, by overnight delivery service, by fax, or by

300361026.1

electronic transmission to:

| | |
|---|---|
| If to the Trustee: | If to Plaza, or NSMB, c/o: |

Irving H. Picard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
E-mail:  ipicard@bakerlaw.com

Joseph P. Moodhe
E-mail:  jpmoodhe@debevoise.com
J. Robert Abraham
E-mail:  jrabraham@debevoise.com
Shannon R. Selden
E-mail:  srselden@debevoise.com
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
T: (212) 909-6241
F: (212) 909-6836

with copies to:

Mark A. Kornfeld
E-mail:  mkornfeld@bakerlaw.com
Thomas L. Long
E-mail:  tlong@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
T:  (212) 589-4200
F:  (212) 589-4201

--and--

Elizabeth A. Scully
E-mail:  escully@bakerlaw.com
Baker & Hostetler LLP
1050 Connecticut Ave., N.W., 1100
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

*[Signature pages follow]*

300361026.1

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date first above written.

_____
IRWING H. PICARD

Sworn to and subscribed before me
this 19th day of June, 2015

_____
Notary Public

SONYA M. GRAHAM
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: 9/12/20 17

8

PLAZA INVESTMENTS
INTERNATIONAL LIMITED

By : _____
    Name:
    Title:        Marc HOEGGER
                  DIRECTOR

Subscribed before me
this 19 day of June, 2015

~~Notary Public~~

    Maya PAGE
    Legal & Compliance
NOTZ, STUCKI & CIE S.A

        Seen by the undersigned, Me Françoise Demierre Morand, a duly authorized Notary
public in Geneva (Switzerland), for legalization exclusively of the above signature of
Mr **Marc Hoegger** which is the same as the specimen of signature deposited with our office.

        Geneva, this 19th day of June 2015



300361026.1

**NOTZ STUCKI MANAGEMENT**
**(BERMUDA) LIMITED**

By: _Laura West-Burt_
Name: _LAURA WEST-BURT_
Title: _Secretary_

_/ Douglas._
_DIRECTOR_
_Luis Douglas_

Subscribed before me
this 19th day of June, 2015

_____
Notary Public

NIEL LEONARD JONES
**Notary Public**




10

**ATTACHMENT A**

**PLAZA CUSTOMER CLAIM**

11

300361026.1

## CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S  Bankruptcy Court for the Southern District of New York

Claim Number:          **006187**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

RECEIVED

MAR 0 3 2009

(Please print or type)

Name of Customer:  Plaza Investments International Limited

Mailing Address:  Akara Building, Suite 8 Wickhams Cay 1

City:  Road Town, Tortola          State:  B.V.I.          Zip:
(British Virgin Islands)

Account No.:  1-FR002-3-0;  1-FR002-4-0

Taxpayer I.D. Number (Social Security No.):  N/A

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.     Claim for money balances as of **December 11, 2008**:

   a.     The Broker owes me a Credit (Cr.) Balance of          $_____

   b.     I owe the Broker a Debit (Dr.) Balance of          $_____

   c.     If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.          $_____

   d.     If balance is zero, insert "None."          _____

502180406

1

MWPTAP00034058

2.    Claim for securities as of **December 11, 2008**: (Please see the Annex hereto.)

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | _____ | _____ |
| b.  I owe the Broker securities | _____ | _____ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                       2                           MWPTAP00034059

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

(Please see the Annex hereto.)

Please list the full name and address of anyone assisting you in the preparation of this claim form: Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  26 Feb 2009    Signature _____

Date _____    Signature _____

Marc Hoegger, Director

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00034061

**ANNEX TO CUSTOMER CLAIM OF
PLAZA INVESTMENTS INTERNATIONAL LIMITED**

Any and all notices and communications with respect to this Customer Claim (the
"Claim") should be directed to Debevoise & Plimpton LLP, counsel to Plaza Investments
International Limited ("Plaza"), as follows:

> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022
> Attention:  George E.B. Maguire
>                     Bryan R. Kaplan
> Telephone No.:  (212) 909-6000
> Facsimile No.:   (212) 909-6836

Resolutions of the Board of Directors of Plaza authorizing the filing of this Claim
are attached hereto as Exhibit A.

**Item 2**

Plaza asserts a claim for the net equity of its accounts with Bernard L. Madoff
Investment Securities LLC ("BMIS").  Account statements for the period ending
November 30, 2008 for account numbers 1-FR002-3-0 and 1-FR002-4-0 are attached
hereto as Exhibit B, reflecting net equity in the amount of $733,620,821.73.  Exhibit B
reflects Plaza's best information as to its accounts as of the most recent date prior to
December 11, 2008 for which it has information.  Plaza does not have knowledge of any
changes in its accounts since November 30, 2008.

**Item 8**

Plaza authorized Bernard L. Madoff to execute securities transactions with or
through BMIS on Plaza's behalf.

*   *   *

In executing and filing this Claim, Plaza does not waive any obligation owed to it or any
right or rights of action that it has or may have against BMIS or any other person,
persons, entity or entities including, without limitation, affiliates of BMIS.  Plaza reserves
the right to amend or supplement this Claim in any respect, including, without limitation,
by delivering additional documents in support of this Claim, and/or asserting additional
amounts due to Plaza in respect of its net equity claim or otherwise, including costs and
expenses (including attorneys' and experts' fees) arising in connection with this Claim.

22922267v1                                                                    MWPTAP00034062

**EXHIBIT A**

Resolutions of the Board of Directors
of Plaza Investments International Limited

# PLAZA INVESTMENTS INTERNATIONAL LIMITED

( the « Company » )

RESOLUTION OF THE BOARD OF DIRECTORS TAKEN BY CIRCULAR WAY

It is hereby unanimously **RESOLVED,** that the Company is hereby authorized to file a claim (the "Claim") in the proceeding captioned *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC,* Adv. Pro. No. 08-01789 (BRL) (the "SIPA Proceeding"), for assets held by Bernard L. Madoff Investment Securities LLC as of December 11, 2008; and it is further

**RESOLVED,** that Marc HOEGGER, is hereby authorized to verify and execute, on behalf of and in the name of the Company, the Claim, and to cause same to be filed in the SIPA Proceeding at such time as he shall determine; and it is further

**RESOLVED,** that Marc HOEGGER is hereby authorized to take all such further actions, and to execute, acknowledge and deliver on behalf of and in the name of the Company, all other documents and instruments, and to do and perform all such further acts and deeds, as he may deem necessary or advisable to carry out the intent and accomplish the purpose of the foregoing resolutions and the actions contemplated thereby, and that the taking of any such action and the execution and delivery of each such document or instrument shall be conclusive evidence of its necessity or advisability.

Dated 26th day of February 2009

Marc HOEGGER

Théo LIMPACH

Registered Office:
*Akara Building, Suite 8, Wickhams Cay 1,*
*Road Town, Tortola,*
*British Virgin Islands*

MWPTAP00034064

**EXHIBIT B**

Account Statements

3

MWPTAP00034065

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIARE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 1 | A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 27,767,343.08 | |
| /06 | 57,393 | | 10949 | APPLE INC | 105.380 | 6,050,369.34 | |
| /06 | 102,032 | | 11184 | ABBOTT LABORATORIES | 55.090 | 5,625,023.88 | |
| /06 | 70,147 | | 11419 | AMGEN INC | 60.350 | 4,236,176.45 | |
| /06 | 51,016 | | 11654 | BOEING CO | 51.120 | 2,609,977.92 | |
| /06 | 331,604 | | 11889 | BANK OF AMERICA | 23.840 | 7,910,703.36 | |
| /06 | 38,262 | | 12124 | BAXTER INTERNATIONAL INC | 60.600 | 2,320,207.20 | |
| /06 | 76,524 | | 12359 | BANK OF NEW YORK MELLON CORP | 32.290 | 2,474,019.96 | |
| /06 | 127,540 | | 12594 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 2,633,700.40 | |
| /06 | 44,639 | | 12829 | ANHEUSER BUSCH COS INC | 62.430 | 2,788,597.77 | |
| /06 | 357,112 | | 13064 | CITI GROUP INC | 13.530 | 4,846,009.36 | |
| /06 | 191,310 | | 13299 | COMCAST CORP | 15.790 | 3,020,436.90 | |
| | | | | CL A | | | |
| /06 | 102,032 | | 13534 | CONOCOPHILIPS | 51.120 | 5,219,956.04 | |
| /06 | 388,997 | | 13769 | CISCO SYSTEMS INC | 17.520 | 6,830,786.44 | |
| /06 | 95,655 | | 14004 | CVS CAREMARK CORP | 30.510 | 2,922,260.05 | |
| /06 | 133,917 | | 14239 | CHEVRON CORP | 73.740 | 9,880,395.58 | |
| /06 | 127,540 | | 14474 | THE WALT DISNEY CO | 24.760 | 3,162,991.40 | |
| /06 | 682,339 | | 14709 | GENERAL ELECTRIC CO | 19.600 | 13,403,137.40 | |
| /06 | 12,754 | | 14944 | GOOGLE | 356.520 | 4,547,566.08 | |
| /06 | 25,508 | | 15179 | GOLDMAN SACHS GROUP INC | 91.870 | 2,344,439.96 | |
| /06 | 114,786 | | 15414 | HOME DEPOT INC | 23.300 | 2,679,104.80 | |
| /06 | 159,425 | | 15649 | HEWLETT PACKARD CO | 38.310 | 6,113,940.75 | |
| /06 | 89,278 | | 15884 | INTERNATIONAL BUSINESS MACHS | 92.800 | 8,288,569.40 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034066

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

PERIOD ENDING: 11/30/08
PAGE: 2 A

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------|------------|-------|-------------|-----------------|-----------------|-----------------|
| /06 | 363,489 | | 16119 | INTEL CORP | 16.070 | 5,855,807.23 | |
| /06 | 104,933 | | 16354 | JOHNSON & JOHNSON | 61.310 | 11,345,639.23 | |
| /06 | 242,326 | | 16589 | J.P. MORGAN CHASE & CO | 40.910 | 9,923,249.66 | |
| /06 | 102,032 | | 16824 | KRAFT FOOD INC | 29.110 | 2,974,232.52 | |
| /06 | 127,540 | | 17059 | COCA COLA CO | 44.490 | 5,679,355.60 | |
| /06 | 76,524 | | 17294 | MCDONALDS CORP | 57.900 | 4,433,799.60 | |
| /06 | 76,524 | | 17529 | MEDTRONIC INC | 40.310 | 3,087,742.44 | |
| /06 | 44,639 | | 17764 | 3M COMPANY | 63.590 | 2,840,379.01 | |
| /06 | 133,917 | | 17999 | ALTRIA GROUP INC | 19.160 | 2,571,205.72 | |
| /06 | 140,294 | | 18234 | MERCK & CO | 30.780 | 4,323,860.32 | |
| /06 | 516,537 | | 18469 | MICROSOFT CORP | 22.310 | 11,544,601.47 | |
| /06 | 261,457 | | 18704 | ORACLE CORPORATION | 18.110 | 4,745,444.27 | |
| /06 | 57,393 | | 19409 | OCCIDENTAL PETROLEUM CORP | 54.290 | 3,118,160.97 | |
| /06 | 102,032 | | 19644 | PEPSICO INC | 57 | 5,819,905.00 | |
| /06 | 440,013 | | 19879 | PFIZER INC | 17.690 | 7,801,429.97 | |
| /06 | 197,687 | | 20114 | PROCTER & GAMBLE CO | 64.570 | 12,772,556.59 | |
| /06 | 140,294 | | 20349 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 6,000,373.62 | |
| /06 | 108,409 | | 20584 | QUALCOMM INC | 37.810 | 4,103,280.29 | |
| /06 | 76,524 | | 20819 | SCHLUMBERGER LTD | 51.760 | 3,963,942.24 | |
| /06 | 382,620 | | 21054 | AT&T INC | 26.980 | 10,338,391.60 | |
| /06 | 235,949 | | 21289 | TIME WARNER INC | 10.060 | 2,383,083.94 | |
| /06 | 63,770 | | 21524 | UNITED PARCEL SVC INC CLASS B | 52.790 | 3,368,968.30 | |
| /06 | 114,786 | | 21759 | U S BANCORP | 29.550 | 3,396,517.30 | |
| /06 | 63,770 | | 21994 | UNITED TECHNOLOGIES CORP | 54.920 | 3,504,798.40 | |
| | | | | CONTINUED ON PAGE 3 | | | |

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034067

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 3 | A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /06 | 184,933 | | 22229 | VERIZON COMMUNICATIONS | 29.980 | 5,551,688.34 | |
| /06 | 216,818 | | 22464 | WELLS FARGO & CO NEW | 33.660 | 7,306,765.88 | |
| /06 | 146,671 | | 22699 | WAL-MART STORES INC | 56.560 | 8,301,577.76 | |
| /06 | 344,358 | | 22934 | EXXON MOBIL CORP | 73.680 | 25,386,071.44 | |
| /06 | | | | FIDELITY SPARTAN | DIV | | 3.58 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/06/08 | | | |
| /06 | | | | FIDELITY SPARTAN | CW | 1.07 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| /06 | 54,737 | | 10714 | FIDELITY SPARTAN | 1 | 54,737.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| /06 | | 14,150 | 48231 | FIDELITY SPARTAN | 1 | | 14,150.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| /06 | | 8,925,000 | 48452 | U S TREASURY BILL | 99.989 | | 8,924,018.25 |
| | | | | DUE 12/11/2008 | | | |
| | | | | 12/11/2008 | | | |
| /06 | | 58,575,000 | 48664 | U S TREASURY BILL | 99.932 | | 58,535,169.00 |
| | | | | DUE 12/18/2008 | | | |
| | | | | 12/18/2008 | | | |
| /06 | | 78,700,000 | 48883 | U S TREASURY BILL | 99.960 | | 78,668,520.00 |
| | | | | DUE 01/08/2009 | | | |
| | | | | 1/08/2009 | | | |
| /06 | | 78,700,000 | 49092 | U S TREASURY BILL | 99.946 | | 78,657,502.00 |
| | | | | DUE 01/15/2009 | | | |
| | | | | 1/15/2009 | | | |
| | | | | CONTINUED ON PAGE    4 | | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034068

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

PERIOD ENDING: 11/30/08
PAGE: 4 A

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /06 | | 78,700,000 | 49305 | U S TREASURY BILL DUE 01/22/2009 1/22/2009 | 99.934 | | 78,648,058.00 |
| /06 | | 78,700,000 | 49520 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 78,643,336.00 |
| /06 | | 55,225,000 | 49733 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 55,170,879.50 |
| /06 | 48,350,000 | | 49962 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 48,254,267.00 | |
| /06 | 48,350,000 | | 50191 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 48,229,608.50 | |
| /06 | 48,350,000 | | 50420 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 48,217,521.00 | |
| /07 | 39,726 | | 23470 | APPLE INC | 108.800 | 4,323,777.80 | |
| /07 | 70,624 | | 23705 | ABBOTT LABORATORIES | 56.590 | 3,999,436.16 | |
| /07 | 48,554 | | 23940 | AMGEN INC | 62.070 | 3,015,688.78 | |
| /07 | 35,312 | | 24175 | BOEING CO | 53.640 | 1,895,547.68 | |
| /07 | 225,114 | | 24410 | BANK OF AMERICA | 23.720 | 5,348,708.08 | |
| /07 | 26,484 | | 24645 | BAXTER INTERNATIONAL INC | 61.740 | 1,636,181.16 | |
| /07 | 48,554 | | 24880 | BANK OF NEW YORK MELLON CORP | 34.210 | 1,662,974.34 | |

CONTINUED ON PAGE    5

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034069

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

PERIOD ENDING 11/30/08

PAGE 5 A

YOUR ACCOUNT NUMBER 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| '07 | 88,280 | | 25115 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 1,859,176.60 | |
| '07 | 30,898 | | 25350 | ANHEUSER BUSCH COS INC | 64.190 | 1,984,577.62 | |
| '07 | 238,356 | | 25585 | CITI GROUP INC | 14.410 | 3,444,243.96 | |
| '07 | 128,006 | | 25820 | COMCAST CORP | 17.390 | 2,231,144.34 | |
| | | | | CL A | | | |
| '07 | 66,210 | | 26055 | CONOCOPHILIPS | 53.060 | 3,515,750.60 | |
| '07 | 260,426 | | 26290 | CISCO SYSTEMS INC | 17.580 | 4,588,706.08 | |
| '07 | 61,796 | | 26525 | CVS CAREMARK CORP | 31.720 | 1,962,640.12 | |
| '07 | 92,694 | | 26760 | CHEVRON CORP | 75.450 | 6,997,469.30 | |
| '07 | 83,866 | | 26995 | THE WALT DISNEY CO | 25.620 | 2,152,000.92 | |
| '07 | 463,470 | | 27230 | GENERAL ELECTRIC CO | 19.810 | 9,199,878.70 | |
| '07 | 8,828 | | 27465 | GOOGLE | 349.160 | 3,082,737.48 | |
| '07 | 17,656 | | 27700 | GOLDMAN SACHS GROUP INC | 89.070 | 1,573,325.92 | |
| '07 | 75,038 | | 27935 | HOME DEPOT INC | 22.480 | 1,689,855.24 | |
| '07 | 110,350 | | 28170 | HEWLETT PACKARD CO | 38.820 | 4,280,201.00 | |
| '07 | 61,796 | | 28405 | INTERNATIONAL BUSINESS MACHS | 92.430 | 5,714,275.28 | |
| '07 | 247,184 | | 28640 | INTEL CORP | 16 | 3,964,831.00 | |
| '07 | 123,592 | | 28875 | JOHNSON & JOHNSON | 61.820 | 7,645,400.44 | |
| '07 | 167,732 | | 29110 | J.P. MORGAN CHASE & CO | 40.960 | 6,877,011.72 | |
| '07 | 66,210 | | 29345 | KRAFT FOOD INC | 29.710 | 1,969,747.10 | |
| '07 | 88,280 | | 29580 | COCA COLA CO | 46.580 | 4,115,613.40 | |
| '07 | 48,554 | | 29815 | MCDONALDS CORP | 57.510 | 2,794,282.54 | |
| '07 | 48,554 | | 30050 | MEDTRONIC INC | 41.140 | 1,999,453.56 | |
| '07 | 30,898 | | 30285 | 3M COMPANY | 64.880 | 2,005,897.24 | |
| '07 | 92,694 | | 30520 | ALTRIA GROUP INC | 19.370 | 1,799,189.78 | |

CONTINUED ON PAGE    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034070

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6    A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| * | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 07 | 97,108 | | 30755 | MERCK & CO | 30.480 | 2,963,735.84 | |
| 07 | 353,120 | | 30990 | MICROSOFT CORP | 22.940 | 8,114,696.80 | |
| 07 | 176,560 | | 31225 | ORACLE CORPORATION | 18.470 | 3,268,125.20 | |
| 07 | 35,312 | | 31930 | OCCIDENTAL PETROLEUM CORP | 54.380 | 1,921,678.56 | |
| 07 | 70,624 | | 32165 | PEPSICO INC | 58.630 | 4,143,509.12 | |
| 07 | 300,152 | | 32400 | PFIZER INC | 18 | 5,414,742.00 | |
| 07 | 136,834 | | 32635 | PROCTER & GAMBLE CO | 65.180 | 8,924,313.12 | |
| 07 | 92,694 | | 32870 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 4,048,873.16 | |
| 07 | 75,038 | | 33105 | QUALCOMM INC | 37.690 | 2,831,183.22 | |
| 07 | 52,968 | | 33340 | SCHLUMBERGER LTD | 51.770 | 2,744,271.36 | |
| 07 | 256,012 | | 33575 | AT&T INC | 28.910 | 7,411,546.92 | |
| 07 | 158,904 | | 33810 | TIME WARNER INC | 10.110 | 1,612,875.44 | |
| 07 | 44,140 | | 34045 | UNITED PARCEL SVC INC CLASS B | 53.680 | 2,371,200.20 | |
| 07 | 79,452 | | 34280 | U S BANCORP | 30.790 | 2,449,505.08 | |
| 07 | 44,140 | | 34515 | UNITED TECHNOLOGIES CORP | 56 | 2,473,605.00 | |
| 07 | 123,592 | | 34750 | VERIZON COMMUNICATIONS | 31.810 | 3,936,404.52 | |
| 07 | 150,076 | | 34985 | WELLS FARGO & CO NEW | 34.080 | 5,120,593.08 | |
| 07 | 101,522 | | 35220 | WAL-MART STORES INC | 56.730 | 5,763,403.06 | |
| 07 | 233,942 | | 35455 | EXXON MOBIL CORP | 75.280 | 17,620,510.76 | |
| 07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .99 |
| 07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .30 | |
| | | | | CONTINUED ON PAGE   7 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034071

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 7 | A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR002-3-0 | |

| E | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 07 | | 54,737 | 10957 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 54,737.00 |
| 07 | | 55,100,000 | 11231 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 55,057,573.00 |
| 07 | | 49,025,000 | 11441 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 48,969,601.75 |
| 07 | | 49,025,000 | 11657 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 48,970,582.25 |
| 07 | | 55,100,000 | 11871 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 55,026,166.00 |
| 07 | 4,600,000 | | 12202 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 4,587,120.00 | |
| 07 | 4,600,000 | | 12422 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 4,584,866.00 | |
| 07 | 44,831 | | 12647 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 44,831.00 | |
| 10 | | 5,832 | 14733 | APPLE INC | 103.300 | | 602,212.60 |
| 10 | | 10,368 | 14734 | ABBOTT LABORATORIES | 55.180 | | 571,692.24 |
| 10 | | 7,128 | 14735 | AMGEN INC | 59.420 | | 423,260.76 |
| | | | | CONTINUED ON PAGE    8 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034072

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 8  A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 10 | 5,184 | 14736 | BOEING CO | 49.550 | | 256,660.20 |
| 10 | 33,519 | 14737 | BANK OF AMERICA | 21.750 | | 727,698.25 |
| 10 | 4,104 | 14738 | BAXTER INTERNATIONAL INC | 60.250 | | 247,102.00 |
| 10 | 7,599 | 14739 | BANK OF NEW YORK MELLON CORP | 31.100 | | 236,025.90 |
| 10 | 13,176 | 14740 | BRISTOL MYERS SQUIBB COMPANY | 20.750 | | 272,875.00 |
| 10 | 4,536 | 14741 | ANHEUSER BUSCH COS INC | 64 | | 290,123.00 |
| 10 | 36,151 | 14742 | CITI GROUP INC | 12.630 | | 455,141.13 |
| 10 | 19,263 | 14743 | COMCAST CORP | 16.900 | | 324,774.70 |
| | | | CL A | | | |
| 10 | 10,191 | 14744 | CONOCOPHILIPS | 53.460 | | 544,403.86 |
| 10 | 39,174 | 14745 | CISCO SYSTEMS INC | 17.390 | | 679,669.86 |
| 10 | 9,543 | 14746 | CVS CAREMARK CORP | 30.690 | | 292,893.67 |
| 10 | 13,824 | 14747 | CHEVRON CORP | 74.880 | | 1,034,589.12 |
| 10 | 12,567 | 14748 | THE WALT DISNEY CO | 24.230 | | 303,996.41 |
| 10 | 69,415 | 14749 | GENERAL ELECTRIC CO | 19.930 | | 1,380,664.95 |
| 10 | 1,296 | 14750 | GOOGLE | 342.240 | | 443,492.04 |
| 10 | 2,808 | 14751 | GOLDMAN SACHS GROUP INC | 87.430 | | 245,391.44 |
| 10 | 11,487 | 14752 | HOME DEPOT INC | 22.150 | | 253,978.05 |
| 10 | 16,416 | 14753 | HEWLETT PACKARD CO | 36.250 | | 594,424.00 |
| 10 | 9,072 | 14754 | INTERNATIONAL BUSINESS MACHS | 89.940 | | 815,573.68 |
| 10 | 37,192 | 14755 | INTEL CORP | 15.060 | | 558,624.52 |
| 10 | 18,615 | 14756 | JOHNSON & JOHNSON | 59.850 | | 1,113,363.75 |
| 10 | 24,624 | 14757 | J.P. MORGAN CHASE & CO | 39.220 | | 964,769.28 |
| 10 | 10,191 | 14758 | KRAFT FOOD INC | 29.230 | | 297,475.93 |
| 10 | 13,176 | 14759 | COCA COLA CO | 44.730 | | 588,835.48 |
| | | | CONTINUED ON PAGE    9 | | | |

CONTINUED ON PAGE    9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034073

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT*L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

PERIOD ENDING: 11/30/08    PAGE: 9    A

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| /10 | | 7,599 | 14760 | MCDONALDS CORP | 56 | | 425,241.00 |
| /10 | | 7,599 | 14761 | MEDTRONIC INC | 39.140 | | 297,121.86 |
| /10 | | 4,536 | 14762 | 3M COMPANY | 64.520 | | 292,481.72 |
| /10 | | 13,608 | 14763 | ALTRIA GROUP INC | 18.240 | | 247,665.92 |
| /10 | | 14,256 | 14764 | MERCK & CO | 28.720 | | 408,862.32 |
| /10 | | 52,311 | 14765 | MICROSOFT CORP | 22.080 | | 1,152,934.88 |
| /10 | | 26,391 | 14766 | ORACLE CORPORATION | 17.820 | | 469,232.62 |
| /10 | | 5,655 | 14771 | OCCIDENTAL PETROLEUM CORP | 53.940 | | 304,804.70 |
| /10 | | 10,368 | 14772 | PEPSICO INC | 57.010 | | 590,665.68 |
| /10 | | 44,968 | 14773 | PFIZER INC | 17 | | 762,658.00 |
| /10 | | 20,088 | 14774 | PROCTER & GAMBLE CO | 63.810 | | 1,281,012.28 |
| /10 | | 13,863 | 14775 | PHILLIP MORRIS INTERNATIONAL | 44.020 | | 609,695.26 |
| /10 | | 11,016 | 14776 | QUALCOMM INC | 35.170 | | 386,992.72 |
| /10 | | 7,992 | 14777 | SCHLUMBERGER LTD | 50.240 | | 401,199.08 |
| /10 | | 38,959 | 14778 | AT&T INC | 27.150 | | 1,056,178.85 |
| /10 | | 23,583 | 14779 | TIME WARNER INC | 10.150 | | 238,424.45 |
| /10 | | 6,480 | 14780 | UNITED PARCEL SVC INC CLASS B | 52.440 | | 339,552.20 |
| /10 | | 11,664 | 14781 | U S BANCORP | 29.730 | | 346,304.72 |
| /10 | | 6,480 | 14782 | UNITED TECHNOLOGIES CORP | 53.670 | | 347,522.60 |
| /10 | | 18,831 | 14783 | VERIZON COMMUNICATIONS | 30.840 | | 579,995.04 |
| /10 | | 22,032 | 14784 | WELLS FARGO & CO NEW | 31.680 | | 697,092.76 |
| /10 | | 14,904 | 14785 | WAL-MART STORES INC | 54.130 | | 806,157.52 |
| /10 | | 34,815 | 14786 | EXXON MOBIL CORP | 73.690 | | 2,564,125.35 |
| /10 | 48,681 | | 35930 | APPLE INC | 108.720 | 5,294,545.32 | |

CONTINUED ON PAGE   10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034074

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 10 | A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /10 | 86,544 | | 36165 | ABBOTT LABORATORIES | 55.910 | 4,842,136.04 | |
| /10 | 59,499 | | 36400 | AMGEN INC | 59.620 | 3,549,709.38 | |
| /10 | 43,272 | | 36635 | BOEING CO | 52.190 | 2,260,095.68 | |
| /10 | 281,268 | | 36870 | BAXTER INTERNATIONAL INC | 24.050 | 6,775,745.40 | |
| /10 | 37,863 | | 37105 | BANK OF AMERICA | 60.770 | 2,302,448.51 | |
| /10 | 64,908 | | 37340 | BANK OF NEW YORK MELLON CORP | 33.480 | 2,175,715.84 | |
| /10 | 113,589 | | 37575 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 2,425,124.59 | |
| /10 | 37,863 | | 37810 | ANHEUSER BUSCH COS INC | 64.090 | 2,428,153.67 | |
| /10 | 308,313 | | 38045 | CITI GROUP INC | 14.270 | 4,411,958.51 | |
| /10 | 162,270 | | 38280 | COMCAST CORP | 17.410 | 2,831,610.70 | |
| | | | | CL A | | | |
| /10 | 86,544 | | 38515 | CONOCOPHILIPS | 54.130 | 4,688,087.72 | |
| /10 | 329,949 | | 38750 | CISCO SYSTEMS INC | 18.080 | 5,978,674.92 | |
| /10 | 81,135 | | 38985 | CVS CAREMARK CORP | 31.300 | 2,542,770.50 | |
| /10 | 118,998 | | 39220 | CHEVRON CORP | 76.410 | 9,097,396.18 | |
| /10 | 102,771 | | 39455 | THE WALT DISNEY CO | 25.660 | 2,641,213.86 | |
| /10 | 589,581 | | 39690 | GENERAL ELECTRIC CO | 20.530 | 12,127,680.93 | |
| /10 | 10,818 | | 39925 | GOOGLE | 363.580 | 3,933,640.44 | |
| /10 | 27,045 | | 40160 | GOLDMAN SACHS GROUP INC | 92.680 | 2,507,611.60 | |
| /10 | 97,362 | | 40395 | HOME DEPOT INC | 23.030 | 2,246,140.86 | |
| /10 | 140,634 | | 40630 | HEWLETT PACKARD CO | 37.290 | 5,249,866.86 | |
| /10 | 75,726 | | 40865 | INTERNATIONAL BUSINESS MACHS | 92.660 | 7,019,800.16 | |
| /10 | 319,131 | | 41100 | INTEL CORP | 15.880 | 5,080,565.28 | |
| /10 | 156,861 | | 41335 | JOHNSON & JOHNSON | 61.320 | 9,624,990.52 | |
| /10 | 205,542 | | 41570 | J.P. MORGAN CHASE & CO | 41.730 | 8,585,488.66 | |

CONTINUED ON PAGE   11

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034075

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 11 A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 10 | 86,544 | | 41805 | KRAFT FOOD INC | 30.100 | 2,608,435.40 | |
| 10 | 113,589 | | 42040 | COCA COLA CO | 45.500 | 5,172,842.50 | |
| 10 | 64,908 | | 42275 | MCDONALDS CORP | 57.230 | 3,717,280.84 | |
| 10 | 64,908 | | 42510 | MEDTRONIC INC | 40.300 | 2,618,388.40 | |
| 10 | 37,863 | | 42745 | 3M COMPANY | 64.690 | 2,450,871.47 | |
| 10 | 113,589 | | 42980 | ALTRIA GROUP INC | 18.890 | 2,150,239.21 | |
| 10 | 118,998 | | 43215 | MERCK & CO | 30.510 | 3,635,387.98 | |
| 10 | 438,129 | | 43450 | MICROSOFT CORP | 23.200 | 10,182,117.80 | |
| 10 | 221,769 | | 43685 | ORACLE CORPORATION | 18.600 | 4,133,773.40 | |
| 10 | 48,681 | | 44390 | OCCIDENTAL PETROLEUM CORP | 56.010 | 2,728,569.81 | |
| 10 | 86,544 | | 44625 | PEPSICO INC | 57.550 | 4,984,068.20 | |
| 10 | 384,039 | | 44860 | PFIZER INC | 17.960 | 6,912,701.44 | |
| 10 | 167,679 | | 45095 | PROCTER & GAMBLE CO | 65.230 | 10,944,408.17 | |
| 10 | 113,589 | | 45330 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 5,005,866.67 | |
| 10 | 91,953 | | 45565 | QUALCOMM INC | 37.310 | 3,434,444.43 | |
| 10 | 70,317 | | 45800 | SCHLUMBERGER LTD | 50.500 | 3,553,820.50 | |
| 10 | 335,358 | | 46035 | AT&T INC | 28.580 | 9,597,945.64 | |
| 10 | 194,724 | | 46270 | TIME WARNER INC | 11.010 | 2,151,699.24 | |
| 10 | 54,090 | | 46505 | UNITED PARCEL SVC INC CLASS B | 54.420 | 2,945,740.80 | |
| 10 | 97,362 | | 46740 | U S BANCORP | 31.510 | 3,071,770.62 | |
| 10 | 54,090 | | 46975 | UNITED TECHNOLOGIES CORP | 56.430 | 3,054,461.70 | |
| 10 | 162,270 | | 47210 | VERIZON COMMUNICATIONS | 32 | 5,199,130.00 | |
| 10 | 183,906 | | 47445 | WELLS FARGO & CO NEW | 34.600 | 6,370,503.60 | |
| 10 | 124,407 | | 47680 | WAL-MART STORES INC | 55.710 | 6,935,689.97 | |

CONTINUED ON PAGE   12

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034076

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 12 | A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR002-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| '10 | 292,086 | | 47915 | EXXON MOBIL CORP | 75.800 | 22,151,801.80 | |
| '10 | | | | CHECK WIRE | CW | 26,000,000.00 | |
| '10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 2.43 |
| '10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .73 | |
| '10 | | 44,831 | 12883 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 44,831.00 |
| '10 | | 55,125,000 | 13093 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.875 | | 55,056,093.75 |
| '10 | | 50,075,000 | 13264 | U S TREASURY BILL DUE 03/19/2009 3/19/2009 | 99.867 | | 50,008,400.25 |
| '10 | | 48,350,000 | 13478 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.834 | | 48,269,739.00 |
| '10 | | 48,350,000 | 13680 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.770 | | 48,238,795.00 |
| '10 | | 52,950,000 | 13894 | U S TREASURY BILL DUE 4/09/2009 4/09/2009 | 99.742 | | 52,813,389.00 |

CONTINUED ON PAGE    13

EASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034077

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

PERIOD ENDING 11/30/08   PAGE 13 A

YOUR ACCOUNT NUMBER 1-FR002-3-0   YOUR TAX PAYER IDENTIFICATION NUMBER

| E | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10 | | 4,600,000 | 14122 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 4,585,556.00 |
| 10 | 4,300,000 | | 15365 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 4,286,498.00 | |
| 10 | 2,107 | | 15366 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,107.00 | |
| 18 | | 108,864 | 49318 | ANHEUSER BUSCH COS INC | 70 | | 7,620,480.00 |
| 18 | 7,625,000 | | 49553 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 7,612,037.50 | |
| 18 | 8,442 | | 49791 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,442.00 | |
| 19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .48 |
| 19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .14 | |
| 19 | | 10,549 | 51456 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,549.00 |
| 19 | 69,000,000 | | 56061 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 68,948,940.00 | |

CONTINUED ON PAGE 14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034078

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

PERIOD ENDING: 11/30/08

PAGE: 14 A

YOUR ACCOUNT NUMBER: 1-FR002-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| '19 | 15,528 | | 60495 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,528.00 | |
| '20 | | 69,000,000 | 63767 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 68,973,780.00 |
| '20 | 69,000,000 | | 64005 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 68,963,430.00 | |
| '20 | 10,350 | | 64244 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,350.00 | |
| '25 | 19,341 | | 64485 | APPLE INC | 85.070 | 1,646,111.87 | |
| '25 | 34,384 | | 64723 | ABBOTT LABORATORIES | 54.140 | 1,862,924.76 | |
| '25 | 23,639 | | 64961 | AMGEN INC | 53.630 | 1,268,704.57 | |
| '25 | 109,599 | | 65199 | BANK OF AMERICA | 12.980 | 1,426,978.02 | |
| '25 | 12,894 | | 65437 | BAXTER INTERNATIONAL INC | 52.570 | 678,352.58 | |
| '25 | 25,788 | | 65675 | BANK OF NEW YORK MELLON CORP | 24.690 | 637,736.72 | |
| '25 | 42,980 | | 65913 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 867,336.20 | |
| '25 | 124,642 | | 66151 | CITI GROUP INC | 6.100 | 765,301.20 | |
| '25 | 10,745 | | 66389 | COLGATE PALMOLIVE CO | 62.660 | 673,710.70 | |
| '25 | 62,321 | | 66627 | COMCAST CORP CL A | 13.970 | 873,116.37 | |
| '25 | 34,384 | | 66865 | CONOCOPHILIPS | 45.100 | 1,552,093.40 | |
| '25 | 128,940 | | 67103 | CISCO SYSTEMS INC | 14.970 | 1,935,388.80 | |
| '25 | 32,235 | | 67341 | CVS CAREMARK CORP | 27.040 | 872,923.40 | |
| '25 | 45,129 | | 67579 | CHEVRON CORP | 68.710 | 3,102,618.59 | |

CONTINUED ON PAGE   15

EASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034079

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

PERIOD ENDING  11/30/08

PAGE  15  A

YOUR ACCOUNT NUMBER  1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /25 | 40,631 | | 67817 | THE WALT DISNEY CO | 19.760 | 808,453.56 | |
| /25 | 15,043 | | 68055 | EXELON CORP | 48.740 | 733,796.82 | |
| /25 | 236,390 | | 68293 | GENERAL ELECTRIC CO | 14.010 | 3,321,278.90 | |
| /25 | 4,290 | | 68531 | GOOGLE | 275 | 1,182,121.00 | |
| /25 | 36,533 | | 68769 | HOME DEPOT INC | 19.530 | 714,950.49 | |
| /25 | 53,725 | | 69007 | HEWLETT PACKARD CO | 32.990 | 1,774,536.75 | |
| /25 | 30,086 | | 69245 | INTERNATIONAL BUSINESS MACHS | 75.080 | 2,260,059.88 | |
| /25 | 124,642 | | 69483 | INTEL CORP | 12.270 | 1,534,342.34 | |
| /25 | 62,321 | | 69721 | JOHNSON & JOHNSON | 57.650 | 3,595,297.65 | |
| /25 | 81,662 | | 69959 | J.P. MORGAN CHASE & CO | 27.760 | 2,270,203.12 | |
| /25 | 32,235 | | 70197 | KRAFT FOOD INC | 25.900 | 836,175.50 | |
| /25 | 42,980 | | 70435 | COCA COLA CO | 42.040 | 1,808,598.20 | |
| /25 | 23,639 | | 70673 | MCDONALDS CORP | 55 | 1,301,090.00 | |
| /25 | 25,788 | | 70911 | MEDTRONIC INC | 30.800 | 795,301.40 | |
| /25 | 15,043 | | 71149 | 3M COMPANY | 58.280 | 877,307.04 | |
| /25 | 45,129 | | 71387 | ALTRIA GROUP INC | 16.250 | 735,151.25 | |
| /25 | 47,278 | | 71625 | MERCK & CO | 25 | 1,183,841.00 | |
| /25 | 171,920 | | 71863 | MICROSOFT CORP | 18.100 | 3,118,628.00 | |
| /25 | 85,960 | | 72577 | ORACLE CORPORATION | 16.050 | 1,383,096.00 | |
| /25 | 19,341 | | 72815 | OCCIDENTAL PETROLEUM CORP | 44.570 | 862,801.37 | |
| /25 | 34,384 | | 73053 | PEPSICO INC | 51.800 | 1,782,466.20 | |
| /25 | 148,281 | | 73291 | PFIZER INC | 15.320 | 2,277,595.92 | |
| /25 | 64,470 | | 73529 | PROCTER & GAMBLE CO | 61.940 | 3,995,849.80 | |
| /25 | 45,129 | | 73767 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 1,643,598.02 | |
| /25 | 36,533 | | 74005 | QUALCOMM INC | 29.850 | 1,091,971.05 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   16 | | | |

CONTINUED ON PAGE   16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034080

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---------------|------|---|
| 11/30/08 | 16 | A |

YOUR ACCOUNT NUMBER   1-FR002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| /25 | 25,788 | | 74243 | SCHLUMBERGER LTD | 46.270 | 1,194,241.76 | |
| /25 | 128,940 | | 74481 | AT&T INC | 25 | 3,228,657.00 | |
| /25 | 79,513 | | 74719 | TIME WARNER INC | 8.010 | 640,079.13 | |
| /25 | 21,490 | | 74957 | UNITED PARCEL SVC INC CLASS B | 50.760 | 1,091,691.40 | |
| /25 | 38,682 | | 75195 | U S BANCORP | 23.400 | 906,705.80 | |
| /25 | 21,490 | | 75433 | UNITED TECHNOLOGIES CORP | 44.890 | 965,545.10 | |
| /25 | 62,321 | | 75671 | VERIZON COMMUNICATIONS | 26.570 | 1,658,360.97 | |
| /25 | 83,811 | | 75909 | WELLS FARGO & CO NEW | 23.820 | 1,999,730.02 | |
| /25 | 49,427 | | 76147 | WAL-MART STORES INC | 51.450 | 2,544,996.15 | |
| /25 | 30,086 | | 76385 | WYETH | 33 | 994,041.00 | |
| /25 | 116,046 | | 76623 | EXXON MOBIL CORP | 72 | 8,359,953.00 | |
| /25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 2.43 |
| /25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .73 | |
| /25 | | 25,878 | 77196 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,878.00 |
| /25 | | 80,925,000 | 77454 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 80,826,271.50 |
| /25 | 5,743 | | 77746 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,743.00 | |
| | | | | CONTINUED ON PAGE 17 | | | |

CONTINUED ON PAGE 17

EASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034081

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 17 A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | 101,460,719.36 | |
| | | | | | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,063,971 | | | AT&T INC | 28.560 | | |
| | 283,216 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 371,721 | | | ALTRIA GROUP INC | 16.080 | | |
| | 194,711 | | | AMGEN INC | 55.540 | | |
| | 159,309 | | | APPLE INC | 92.670 | | |
| | 914,066 | | | BANK OF AMERICA | 16.250 | | |
| | 208,175 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 111,399 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 124,416 | | | BOEING CO | 42.630 | | |
| | 359,213 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 261,278 | | | CVS CAREMARK CORP | 28.930 | | |
| | 376,914 | | | CHEVRON CORP | 79.010 | | |
| | 1,069,130 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 992,272 | | | CITI GROUP INC | 8.290 | | |
| | 359,213 | | | COCA COLA CO | 46.870 | | |
| | 10,745 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 524,644 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 278,979 | | | CONOCOPHILIPS | 52.520 | | |
| | 342,441 | | | THE WALT DISNEY CO | 22.520 | | |
| | 15,043 | | | EXELON CORP | 56.210 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   18 | | | |

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034082

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT*L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 18 | A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0     YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 951,617 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,902,365 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 67,401 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 35,402 | | | GOOGLE | 292.960 | | |
| | 447,718 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 312,232 | | | HOME DEPOT INC | 23.110 | | |
| | 1,017,254 | | | INTEL CORP | 13.800 | | |
| | 247,814 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 672,638 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 509,092 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 276,830 | | | KRAFT FOOD INC | 27.210 | | |
| | 206,026 | | | MCDONALDS CORP | 58.750 | | |
| | 200,175 | | | MEDTRONIC INC | 30.520 | | |
| | 309,422 | | | MERCK & CO | 26.720 | | |
| | 1,427,395 | | | MICROSOFT CORP | 20.220 | | |
| | 155,072 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 719,355 | | | ORACLE CORPORATION | 16.090 | | |
| | 283,216 | | | PEPSICO INC | 56.700 | | |
| | 1,227,517 | | | PFIZER INC | 16.430 | | |
| | 377,843 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 946,582 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 300,917 | | | QUALCOMM INC | 33.570 | | |
| | 217,605 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 5,743 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE   19 | | | |

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034083



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013 LUXEMBOURG

PERIOD ENDING 11/30/08    PAGE 19    A

YOUR ACCOUNT NUMBER 1-FR002-3-0    YOUR TAX PAYER/IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 123,907 | | | 3M COMPANY | 66.930 | | |
| | 645,507 | | | TIME WARNER INC | 9.050 | | |
| | 318,618 | | | U S BANCORP | 26.980 | | |
| | 177,010 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 177,010 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 514,285 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 407,123 | | | WAL-MART STORES INC | 55.880 | | |
| | 612,579 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 30,086 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES LONG        SHORT 756,209,771.73 | | | |

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034084

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 20  A |

YOUR ACCOUNT NUMBER: 1-FR002-3-0   YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,342,017.75 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,289,424,712.40 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034085

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

PERIOD ENDING 11/30/08

PAGE 1  A

YOUR ACCOUNT NUMBER 1-FR002-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 27,767,344.00 |
| 1/06 | | 6,377 | 18939 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 12,938,933.00 |
| 1/06 | 6,377 | | 19174 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 13,079,227.00 | |
| 1/07 | | 4,414 | 31460 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 9,706,386.00 |
| 1/07 | 4,414 | | 31695 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 6,095,734.00 | |
| 1/10 | 431 | | 14767 | S & P 100 INDEX NOVEMBER 470 CALL | 12.300 | 530,561.00 | |
| 1/10 | 216 | | 14768 | S & P 100 INDEX NOVEMBER 485 CALL | 6.600 | 142,776.00 | |
| 1/10 | | 431 | 14769 | S & P 100 INDEX NOVEMBER 460 PUT | 21 | | 904,669.00 |
| 1/10 | | 216 | 14770 | S & P 100 INDEX NOVEMBER 475 PUT | 29.600 | | 639,144.00 |
| 1/10 | | 5,409 | 43920 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 6,701,751.00 |
| 1/10 | 5,409 | | 44155 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 9,092,529.00 | |
| 1/19 | | 15,553 | 30133 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 40,422,247.00 |
| 1/19 | 15,553 | | 30371 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 46,674,553.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034086

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLAZA INVESTMENTS INT'L
COMPAGNIE FIDUCIAIRE, CENTRE
ETOILE, 5 BLVD DE LA FOIRE
THEO LIMPACH BOITE POSTALE 351
L-2013  LUXEMBOURG

PERIOD ENDING 11/30/08    PAGE 2    A

YOUR ACCOUNT NUMBER 1-FR002-4-0    YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | 10,360 | | 30609 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 1,564,360.00 | |
| 1/19 | 5,193 | | 30847 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 472,563.00 | |
| 1/19 | | 10,360 | 31085 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 46,609,640.00 |
| 1/19 | | 5,193 | 31323 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 30,633,507.00 |
| 1/25 | | 2,149 | 72101 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 7,304,451.00 |
| 1/25 | 2,149 | | 72339 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 4,515,049.00 | |
| | | | | NEW BALANCE | | | 101,460,720.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 15,553 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 2,149 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 15,553 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 2,149 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 26,758,440.00    49,347,390.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00034087

From:    Origin ID: JRBA    (212)909-6690
Erica Weisgerber
Debevoise & Plimpton LLP
919 Third Avenue
31S42
New York, NY 10022



Ship Date: 02MAR09
ActWgt: 1 LB
CAD: 2106751/WBUS0200
Account# S *********

Delivery Address Bar Code



SHIP TO: (212)909-4794        BILL SENDER

**Irving H. Picard, Esq.**
**Trustee for Bernard L. Madoff Inves**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**

Ref #    23651-1001
Invoice #
PO #
Dept #



TRK#        7906 5293 5206
0201

TUE - 03MAR        **A1**

**PRIORITY OVERNIGHT**

75201
TX-US
DFW

**XH RBDA**

MWPTAP00034088