PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, New York 10036
Tel:   (212) 421-4100
Fax:   (212) 326-0806
rlevy@pryorcashman.com

*Attorneys for Defendants Represented by*
*Pryor Cashman LLP*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>        Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## CERTIFICATE OF SERVICE

I, David L. Stevens, certify that: I am more than eighteen years old and not a party to this action. My business address is Pryor Cashman LLP, 7 Times Square, New York, NY 10036.

On June 18, 2015, I served Objection to Trustee's Notice of Settlement of Order, and Defendants' Submission of Counter-Proposed Order by emailing the interested parties true and

correct copies via electronic transmission to the email addresses designated for delivery as set forth on the attached Service List.

By: /s/ David L. Stevens
David L. Stevens
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036

**Service List:**

Kevin Bell
Securities Investment Protection Corporation
kbell@sipc.org

David J. Sheehan
Baker & Hostetler LLP
dsheehan@bakerlaw.com

Nicholas J. Cremona
Baker & Hostetler LLP
ncremona@bakerlaw.com

**Appendix A**

| | |
|---|---|
| Adv. No. 10-04944 | Picard v. Pergament Equities LLC, et al. |
| Adv. No. 10-05194 | Picard v. Bruce D. Pergament, et al. |
| Adv. No. 10-04341 | Picard v. James P. Marden, et al. |
| Adv. No. 10-04348 | Picard v. Marden Family Limited Partnership, et al. |
| Adv. No. 10-05439 | Picard v. Avram J. Goldberg, et al. |
| Adv. No. 10-05118 | Picard v. Charlotte M. Marden, et al. |
| Adv. No. 10-04575 | Picard v. Boslow Family Limited Partnership, et al. |
| Adv. No. 10-05239 | Picard v. Robert Fried, et ano. |
| Adv. No. 10-05397 | Picard v. Oakdale Foundation Inc., et al. |
| Adv. No. 10-04565 | Picard v. Murray & Irene Pergament Foundation, Inc., et al. |