**FOX ROTHSCHILD LLP**
100 Park Avenue, 15th Floor
New York, New York 10017
Tel:  212.878.7900
Fax:  212.692.0940
ERNEST E. BADWAY
LAUREN J. TALAN
RICHARD M. METH
ebadway@foxrothschild.com
ltalan@foxrothschild.com
rmeth@foxrothschild.com

*Attorneys for Defendants The Wiener Family Limited*
*Partnership, Wiener Family Holding Corp.,*
*And Marvin M. Wiener and Sondra M. Wiener*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>Adv. Pro. No. 10-04322 (BRL) |
| In re:<br>BERNARD L. MADOFF<br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>WIENER FAMILY LIMITED PARTNERSHIP, WIENER FAMILY HOLDING CORPORATION, MARVIN M. WIENER, SONDRA M. WIENER, CHARLES E. WIENER, CAROLYN B. WIENER,<br><br>Defendants. | Adv. Pro. No. 10-04323 (BRL) |

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

      v.

NTC & CO. LLP, as a former custodian of an
Individual Retirement Account for the benefit of
MARVIN M. WIENER and MARVIN M.
WIENER,

                Defendants.

Adv. Pro. No. 10-04293 (BRL)

**CERTIFICATE OF SERVICE REGARDING (I) OBJECTION TO NOTICE
OF SETTLEMENT OF ORDER AND COUNTER-PROPOSED ORDER AND
(II) NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION TO NOTICE
OF SETTLEMENT OF ORDER AND COUNTER-PROPOSED ORDER**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.      I am a paralegal employed by the firm of Fox Rothschild LLP.  My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068.  Fox Rothschild LLP is counsel for defendants the Wiener Family Limited Partnership, Wiener Family Holding Corporation, and Marvin M. Wiener and Sondra M. Wiener connection with the above-referenced adversary proceedings.

2.      On June 18, 2015, I electronically filed the following documents with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served:

      a.      Objection To Notice Of Settlement Of Order And Counter-Proposed Order; and

      b.      Notice Of Partial Withdrawal Of Objection To Notice Of Settlement Of Order And Counter-Proposed Order.

3.      In addition, on June 18, 2015, I caused copies of the aforementioned to be served upon the following parties via email:

ACTIVE 30546717v1 06/19/2015

David J. Sheehan, Esq.
Baker & Holster LLP
Counsel for the Trustee
Email: dsheehan@bakerlaw.com

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
Email: kbell@sipc.org; rcotchan@sipc.org

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: June 19, 2015