BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>THE M&B WEISS FAMILY LIMITED PARTNERSHIP OF 1996 C/O MELVYN I. WEISS,<br><br>BERSHAD INVESTMENT GROUP LP, | Adv. Pro. No. 10-04241 (SMB) |

MELVYN I. WEISS, individually and in his capacity as a Joint Tenant,

DAVID J. BERSHAD,

BARBARA J. WEISS, individually and in her capacity as a Joint Tenant,

STEPHEN A. WEISS,

LESLIE WEISS and

GARY M. WEISS,

        Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for June 24, 2015 at 10:00 a.m. has been adjourned to **August 26, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
   June 19, 2015

By: s/ *Marc E. Hirschfield*
   Baker & Hostetler LLP
   45 Rockefeller Plaza
   New York, New York 10111
   Telephone: 212.589.4200
   Facsimile: 212.589.4201
   David J. Sheehan
   Marc E. Hirschfield
   Oren J. Warshavsky
   Jessie A. Kuhn
   Tatiana Markel

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

2

300178138.2