**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　ss:
COUNTY OF DALLAS　　　　　　　　　)

VANESSA A. POGUE, being duly sworn, deposes and says:

1.　　I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.　　I am over the age of eighteen years and am not a party to the above-captioned action.

3.　　On June 17, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

　　1.　Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners (Docket Number 10201)
　　2.　Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners (Docket Number 10202)
　　3.　Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners (Docket Number 10203)

Executed on __June 19__ , 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _19th_ day of _June_ , 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
June 17, 2015

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |

Exhibit A
Pg 6 of 6

**June 17, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |