**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.      I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On June 18, 2015,  I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1.   Certificate of No Objection to Trustee's Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (Docket Number 10217)

Executed on _____ , 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _____ day of _____ , 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

_____
Notary Public

2

Exhibit A

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| EBRO N V | C/O PIERSON TRUST FOURESS BLD | EMMAPLEIN  ST MAARTEN | | NETHERLANDS ANTILLES | | | NETHERLANDS ANTILLES |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| Blum, Grossman and Sloofman | | 13 Fox Meadow Court | | Woodbury | NY | 11797 | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| BRANDEIS UNIVERSITY | | ATTN: MICAHEL S SWARTZ | 415 SOUTH STREET | WALTHAM | MA | 02254 | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit 3
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
June 19, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| Shearman & Sterling LLP | James L. Garrity | 599 Lexington Avenue | | New York | NY | 10022-6030 | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |

Exhibit A
**June 19, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |