**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>ESTATE OF RICHARD L. CASH; RICHARD L. CASH DECLARATION OF TRUST DATED SEPTEMBER 19, 1994, as a joint tenant WROS; JAMES H. CASH, individually as a joint tenant WROS, and in his capacity as Trustee of the Richard L. Cash Declaration of Trust and as Personal Representative of the estate of Richard L. Cash; | Adv. Pro. No. 10-05044 (SMB) |

DAVID CASH; JONATHAN CASH; ESTATE OF GLADYS CASH; and CYNTHIA J. GARDSTEIN, in her capacity as Personal Representative of the Estate of Gladys Cash,

      Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: July 31, 2015

2. The Disclosure of Case-in-Chief Experts shall be due: September 28, 2015

3. The Disclosure of Rebuttal Experts shall be due: October 28, 2015

4. The Deadline for Completion of Expert Discovery shall be: January 26, 2016

5. The Deadline for Mediation Referral shall be: March 25, 2016

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 8, 2016

7. The Deadline for Conclusion of Mediation shall be: August 8, 2016

Dated: New York, New York					BAKER & HOSTETLER LLP
       June 19, 2015

											By: /s/ *Nicholas J. Cremona*
Of Counsel:									45 Rockefeller Plaza
											New York, NY 10111
**BAKER HOSTETLER LLP**						Telephone: (212) 589-4200
811 Main, Suite 1100						Facsimile: (212) 589-4201
Houston, TX 77002							David J. Sheehan
Telephone: (713) 751-1600					Email: dsheehan@bakerlaw.com
Facsimile: (713) 751-1717					Nicholas J. Cremona
Dean D. Hunt								Email: ncremona@bakerlaw.com
Email: dhunt@bakerlaw.com

											*Attorneys for Irving H. Picard, Trustee*
											*for the Substantively Consolidated SIPA*
											*Liquidation of Bernard L. Madoff Investment*
											*Securities LLC and for the Estate of Bernard*
											*L. Madoff*