**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>DAWN PASCUCCI BARNARD,<br><br>TRUST FBO MICHAEL A. PASCUCCI UA DTD 12/31/94 MICHAEL C. PASCUCCI CHRISTOPHER S. PASCUCCI, | Adv. Pro. No. 10-04459 (SMB) |

| |
|---|
| MICHAEL A. PASCUCCI, <br> MICHAEL C. PASCUCCI, <br><br> CHRISTOPHER S. PASCUCCI, <br><br> RALPH P. PASCUCCI, <br><br> PASCUCCI FAMILY FOUNDATION, <br><br> JOCELYN A. PASCUCCI, <br><br> CHRISTOPHER S. PASCUCCI 1995 CHARITABLE REMAINDER TRUST UAD 11/7/95, <br><br> THE DAWN A. PASCUCCI BARNARD 1995 CHARITABLE REMAINDER TST UAD 11/7/95, <br><br> FUND FOR THE POOR, INC., <br><br> CSP INVESTMENT ASSOCIATES LLC, <br><br> RPP INVESTMENT ASSOCIATES LLC, and <br><br> MCP INVESTMENT ASSOCIATES LLC, <br><br>        Defendants. |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Dawn Pascucci Barnard, Trust FBO Michael A. Pascucci UA DTD 12/31/94 Michael C. Pascucci Christopher S. Pascucci, Michael A. Pascucci, Michael C. Pascucci, Christopher S. Pascucci, Ralph P. Pascucci, Pascucci Family Foundation, Jocelyn A. Pascucci, Christopher S. Pascucci 1995 Charitable Remainder Trust UAD 11/7/95, The Dawn A. Pascucci Barnard 1995 Charitable Remainder TST UAD

2

11/7/95, Fund for the Poor, Inc., CSP Investment Associates LLC, RPP Investment Associates LLC, and MCP Investment Associates LLC ("Defendants"), by and through their counsel, King & Spalding LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 12, 2010, the Trustee filed and served the Complaint against the Defendants.

2. On April 23, 2015, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to Federal Rule of Bankruptcy Procedure 9019 ("FRBP 9019").

3. The Bankruptcy Court approved the settlement pursuant to FRBP 9019 by order dated May 19, 2015 (ECF No. 10021).

4. Under the Settlement Agreement, Defendants will make installment payments to the Trustee, and Defendants executed a Stipulation for Entry of Judgment as security.

5. On June 3, 2015, the Defendants caused to be made the Initial Settlement Payment as set forth in Section 2 of the Settlement Agreement.

6. In accordance with FRBP 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding without prejudice, subject to the right of Trustee to move *ex parte* to re-open this adversary proceeding in the event of any uncured default in the installment payments to seek entry of judgment pursuant to the Stipulation for Entry of Judgment, as set forth in the Settlement Agreement.

7. Upon all payments being made by the Defendants as set forth in Section 2 of the Settlement Agreement, this adversary proceeding shall be deemed dismissed with prejudice without any further action being required to be taken by the Trustee or the Defendants.

8. The provisions of this Stipulation and Order shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

9. This Stipulation and Order may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

10. The Bankruptcy Court shall retain jurisdiction over this Stipulation and Order.

Dated: June 22, 2015

**BAKER & HOSTETLER LLP**

By: /s/ *Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**KING & SPALDING LLP**

By: /s/ *Scott Davidson*
1185 Avenue of the Americas
New York, New York 10036
Telephone: 212.556.2100
Facsimile: 212.556.2222
Arthur J. Steinberg
Email: asteinberg@kslaw.com
Scott Davidson
Email: sdavidson@kslaw.com

*Attorneys for Defendants*

SO ORDERED

Dated: June 22nd. 2015
New York, New York

  /s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE