**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Elizabeth A. Scully
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  PLAZA INVESTMENTS INTERNATIONAL LIMITED, and NOTZ, STUCKI MANAGEMENT (BERMUDA) LIMITED  Defendants. | Adv. Pro. No. 10-04284 (SMB) |

**STIPULATION AND ORDER STAYING TRUSTEE'S RESPONSE TO DEFENDANT NOTZ STUCKI MANAGEMENT (BERMUDA) LIMITED'S MOTION TO DISMISS BASED ON EXTRATERRITORIALITY**

WHEREAS:

A. On June 19, 2015, Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78*aaa-lll*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff") and Defendants Plaza Investments International Limited ("Plaza"), and Notz, Stucki Management (Bermuda) Limited ("NSMB"), reached a settlement agreement (the "Agreement") resolving the claims at issue in the above-captioned adversary proceeding. On that same day the Trustee filed with this Court a Motion seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving the Agreement (the "9019 Motion"). The 9019 Motion is set to be heard on July 29, 2015.

B. The Trustee's response to NSMB's Motion to Dismiss Based on Extraterritoriality (Dkt No. 68) is due on June 30, 2015 before the pending 9019 Motion will be heard.

NOW, THEREFORE, subject to the approval of the Court, it is hereby STIPULATED AND AGREED that:

1. The Trustee is not required to file a response to NSMB's Motion to Dismiss Based on Extraterritoriality (Dkt No. 68) on June 30, 2015.

2. The Trustee's response to NSMB's Motion to Dismiss Based on Extraterritoriality (Dkt No. 68) is stayed in light of the pending 9019 Motion.

Dated: June 22, 2015

| | |
|---|---|
| BAKER & HOSTETLER LLP | DEBEVOISE & PLIMPTON LLP |
| By: */s/ Elizabeth A. Scully* | By: */s/ Joseph P. Moodhe* |

BAKER & HOSTETLER LLP

By: */s/ Elizabeth A. Scully*
 45 Rockefeller Plaza
 New York, New York 10111
 Telephone:  (212) 589-4200
 Facsimile:  (212) 589-4201
 David J. Sheehan
 Email:  dsheehan@bakerlaw.com
 Mark A. Kornfeld
 E-mail:  mkornfeld@bakerlaw.com
 Thomas L. Long
 E-mail:  tlong@bakerlaw.com

 --and--

 Elizabeth A. Scully (*pro hac*)
 E-mail:  escully@bakerlaw.com
 1050 Connecticut Ave., N.W., 1100
 Washington, D.C. 20036
 Telephone: (202) 861-1500
 Facsimile: (202) 861-1783

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of the estate of Bernard L.*
*Madoff Investment Securities LLC and the*
*estate of Bernard L. Madoff*

DEBEVOISE & PLIMPTON LLP

By: */s/ Joseph P. Moodhe*
 919 Third Avenue
 New York, New York 10022
 Telephone:  (212) 909-6000
 Facsimile:  (212) 909-6836
 Joseph P. Moodhe
 Email:  jpmoodhe@debevoise.com
 J. Robert Abraham
 Email:  jrabraham@debevoise.com
 Shannon Rose Selden
 Email:  srselden@debevoise.com

*Attorneys for Defendants Plaza Investments*
*International Limited, and Notz, Stucki*
*Management (Bermuda) Limited*

Dated: New York, New York
 June 22nd, 2015


SO ORDERED.


/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATED BANKRUPTCY JUDGE