**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

BERNARD L. MADOFF,

Case No. 08-01789 (SMB)

Chapter 11

Debtor.

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

Adv. Pro. No. 10-04582 (SMB)

v.

GERALD BLUMENTHAL,

Defendant.

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Charles M. Tatelbaum, to be admitted, ***pro hac vice***, to represent

Gerald Blumenthal, (the "Client") a Defendant in the above referenced adversary proceeding,

and upon the movant's certification that the movant is a member in good standing of the bar in

the State of Florida and, if applicable, the bar of the U.S. District Court for the Southern District

of New York, it is hereby

**ORDERED,** that Charles M. Tatelbaum, Esq. is admitted to practice, ***pro hac vice***, in the

above referenced adversary proceeding to represent the Client, in the United States Bankruptcy

Court for the southern District of New York, provided that the filling fee has been paid.

Dated: June 22nd, 2015

New York, New York                     /s/  STUART M. BERNSTEIN

UNITED STATES BANKRUPTCY JUDGE