**Gardiner Koch Weisberg & Wrona**
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Telephone: (312) 362-0000
Facsimile: (312) 362-0440
James B. Koch
Email: jkoch@gkwwlaw.com

*Attorneys for Ivan Schwartzman, individually and in his capacity as Trustee for the Schwartzman Metals, Inc. 401(k)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br>SCHWARTZMAN METALS, INC. 401(K); JOHN DOE, in his/her capacity as Trustee for the Schwartzman Metals, Inc. 401(k); and IVAN SCHWARTZMAN,<br><br>Defendants. | Adv. Pro. No. 10-05145 (BRL) |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

## AND REQUEST FOR REMOVAL FROM ECF

Please take notice that James B. Koch, attorney for Schwartzman Metals, Inc. 401(K) and Ivan Schwartzman, hereby withdraws his appearance in this case and requests that James B. Koch be removed from the court's CM/ECF electronic filing system in reference to the above captioned bankruptcy case. The matter for which the appearance was made has been resolved.

The email address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is: jkoch@gkwwlaw.com.

Dated: June 22, 2015

Respectfully submitted by:   /s/ James B. Koch_____
James B. Koch

James B. Koch
GARDINER KOCH WEISBERG & WRONA
53 West Jackson Blvd., Suite 950
Chicago, Illinois  60604
Telephone (312)362-0000
Facsimile   (312)362-0440
Firm No. 58588

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from ECF was filed electronically this 22nd day of June, 2015. Notice of this filing will be sent electronically to all parties and attorneys who have entered an appearance and receive notices in this case through the Court's CM/ECF. Parties may access this filing through the Court's electronic filing system.

/s/ James B. Koch_____
James B. Koch