**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 09-01182 (SMB) |
| Plaintiff, | |
| v. | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., GABRIEL CAPITAL CORPORATION, ASCOT FUND | |
| Defendants. | |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND GABRIEL CAPITAL, L.P., ARIEL FUND LTD., AND BART M. SCHWARTZ AS THE APPOINTED RECEIVER OF GABRIEL CAPITAL, L.P. AND ARIEL FUND LTD.**

Upon the motion (the "Motion")[1] of Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") and the estate of Bernard L. Madoff, seeking entry of an order, pursuant to section

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

105(a) of title 11, United States Code, 11 U.S.C. §§ 101 *et seq.* and Rules 2002(a)(3) and

9019(a) of the Federal Rules of Bankruptcy Procedure, approving the agreement dated May 19,

2015, by and between the Trustee, on the one hand, and Gabriel Capital, L.P. ("Gabriel"), Ariel

Fund Limited ("Ariel"), and Bart M. Schwartz, as Receiver of Ariel and Gabriel ("Receiver"), on

the other hand, as more particularly set forth in the agreement annexed hereto (the

"Agreement"); and it appearing that due and sufficient notice has been given to all parties in

interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and

the Court having considered the Affidavit of Irving H. Picard in support of the Motion; and it

further appearing that no objection, responsive pleading, or request for a hearing with respect to

the Motion was made and a Certificate of No Objection having been filed on June 22, 2015, ECF

No. 10239; and it further appearing that this Court has jurisdiction to consider the Motion and

the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation;

and sufficient cause appearing therefor; it is

ORDERED, that the Motion is granted to the extent set forth in this Order; and it is

further

ORDERED, that the Agreement between the Trustee, Gabriel, Ariel, and the Receiver is

hereby approved and authorized; and it is further

ORDERED, that the Trustee, Gabriel, Ariel, and the Receiver shall each comply with and

carry out the terms of the Agreement; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
June 23<u>rd</u>, 2015

                                        /s/ STUART M. BERNSTEIN
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE