BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Jorian L. Rose
Nicholas J. Cremona
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                 Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 24, 2015 AT 10:00 A.M.**

**SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)**

1. Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (Filed: 5/19/2015) [Docket No. 10017]

**RELATED FILINGS:**

2. Certificate of No Objection Pursuant to LR 9075-2 to Trustees Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (Filed: 6/18/2015) [Docket No. 10217]

**AFFIDAVITS OF SERVICE:**

3. Affidavit of Mailing for 5/19/2015 (Filed: 5/20/2015) [Docket No. 10024]

4. Affidavit of Service regarding Certificate of No Objection Pursuant to LR 9075-2 to Trustees Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (Filed: 6/19/2015) [Docket No. 10224]

5. Affidavit of Service regarding Certificate of No Objection Pursuant to LR 9075-2 to Trustees Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (Filed: 6/19/2015) [Docket No. 10225]

Status: This matter is going forward as uncontested.

**SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)**

1. Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Filed: 5/6/2015) [Docket No. 9932]

    a. Amended Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Filed: 5/8/2015) [Docket No. 9950]

    b. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Filed: 5/6/2015) [Docket No. 9934]

**RESPONSES:**

2. Memorandum of Law In Support of Trustees Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Filed: 5/12/2015) [Docket No. 9966]

3. Claimants' Statement of No Objection to the Disallowance of Certain Claims and Response filed by Carole Neville on behalf of Epic Ventures LLC (Filed: 5/27/2015) [Docket No. 10053]

**RELATED FILINGS:**

4. Certificate of No Objection of Trustee's Motion and Memorandum to Affirm His

   Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Filed: 6/15/2015) [Docket No. 10161]

5. Affidavit of Service regarding Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC, Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC and Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC  (Filed: 5/7/2015) [Docket No. 9939]

6. Affidavit of Service regarding Amended Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Epic Ventures, LLC (Filed: 5/8/2015) [Docket No. 9951]

7. Affidavit of Service regarding Certificate of No Objection Pursuant to LR 9075-2 of Trustees Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Epic Ventures, LLC  (Filed: 6/15/2015) [Docket No. 10162]

8. Affidavit of Service regarding Certificate of No Objection Pursuant to LR 9075-2 of Trustees Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Epic Ventures, LLC (Filed: 6/15/2015) [Docket No. 10162]

9. Affidavit of Mailing for 5/6/2015 and 5/8/2015 (Filed: 6/1/2015) [Docket No. 10069]

10. Affidavit of Service Affidavit of Mailing for 5/8/2015 (Filed: 6/1/2015) [Docket No. 10070]

<u>Status</u>: This matter is going forward as uncontested.

Dated: New York, New York
      June 23, 2015                        Respectfully submitted,

                                      */s/ David J. Sheehan*
                                      Baker & Hostetler LLP
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email: dsheehan@bakerlaw.com
                                      Jorian L. Rose
                                      Email: jrose@bakerlaw.com
                                      Seanna R. Brown
                                      Email: sbrown@bakerlaw.com
                                      Amy E. Vanderwal
                                      Email: avanderwal@bakerlaw.com

                                      Attorneys for Irving H. Picard, Trustee for the
                                      Substantively Consolidated SIPA Liquidation
                                      of Bernard L. Madoff Investment Securities
                                      LLC and Estate of Bernard L. Madoff