## SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE

NEW YORK, N.Y. 10017-3954

(212) 455-2000

---

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER                                                                                      E-MAIL ADDRESS

(212) 455-3475                                                                                          mcunha@stblaw.com

VIA ECF                                         June 24, 2015

Re:   *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-1789 (Bankr. S.D.N.Y.)

Honorable Stuart M. Bernstein
United State Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Dear Judge Bernstein:

We write on behalf of Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Limited (together, "Fairfield") in response to the BLMIS Trustee's June 22, 2015 letter seeking confirmation of the Final Award and Decision Regarding the Confidentiality Designation of Documents FGGSIPC00030329-FGGSIPC00030344 and FGGE003023864-FGGE003023913 dated June 16, 2015 (the "Award").

Fairfield opposes the Trustee's request for confirmation of the Award. Fairfield respectfully submits that the Trustee's bare bones submission -- which does not address in any way the actual substance of the documents whose confidentiality is challenged or the substance of the arbitrator's reasoning -- does not justify confirmation of the Award.

Respectfully,

Mark G. Cunha

cc:   Thomas L. Long, Esq.
      Michael D. Young, Esq.