UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## ORDER GRANTING ADMISSION TO PRACTICE, <u>PRO HAC VICE</u> OF JOHN J. BURKE

Upon the motion of John J. Burke, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa <u>et</u> <u>seq.</u> ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced case and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia, U.S. Court of International Trade, U.S. Court of Appeals, Federal Circuit and U.S. District Court, District of Columbia, it is hereby

**ORDERED**, that John J. Burke, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case and in any related adversary proceedings, to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing

fee has been paid.

Dated: New York, New York
       June ___, 2015

                                                _____
                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

2