**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. |

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

**ORDER APPROVING TRUSTEE'S MOTION TO AFFIRM HIS**
**DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN**
**EPIC VENTURES, LLC**

Upon consideration of the Trustee's Motion And Memorandum To Affirm His

Determination Denying Claims Of Claimants Holding Interests In Epic Ventures, LLC (the

"Motion")[1] (ECF No. 8821), dated May 6, 2015, filed by Irving H. Picard, as trustee ("Trustee")

for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS")

under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), and

it appearing that due and proper notice of the Motion and the relief requested therein have been

given, and no other or further notice needing to be given; and it further appearing that no

objection or responsive pleading having been made, other than Claimants' Statement of No

Objection to the Disallowance of Certain Claims and Response which was filed on behalf of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Epic Ventures, LLC on May 28, 2015 (ECF No. 10053), which stated that it did not object to the

relief sought in the Motion; and the Court having reviewed the Motion, the Declarations of

Stephanie Ackerman and Vineet Sehgal, the objection to claims determinations, and the record in

this case; and a hearing having been held on the Motion on June 24, 2015, and the Court having

determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS**

**HEREBY**:

ORDERED, that the relief requested in the Motion is hereby granted to the extent

forth herein; and it is further

**ORDERED**, that the Trustee's denial of the claims listed on Exhibit 2 annexed to

the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto, is

affirmed, and such claims are disallowed and expunged; and it is further

**ORDERED**, that the objections to the Trustee's determinations listed on Exhibit

2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached

hereto, are overruled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        June 24th, 2015

                 /s/ STUART M. BERNSTEIN
                 HONORABLE STUART M. BERNSTEIN
                 UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Limited Liability Company Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Limited Liability Company Invested In | Limited Liability Company Account Number |
|---|---|---|---|---|---|
| Alexander A. Stein Trust | 013374 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| George And Sarah Berman | 013383 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P. Stein IRA | 013371 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P. Stein Fbo Jonah M. Stein 1995 Trust | 013373 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Mona And Alan Fisher | 013381 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Greg Goldberg IRA | 013386 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Joel Goldberg - Pension Profit Sharing Plan | 013370 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Joel Goldberg - Pension Profit Sharing Plan (Not First Trust) | 013384 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Marilyn And Edward Kaplan | 013382 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Kerri Goldberg IRA | 013387 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Lauren Goldberg IRA | 013385 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Lena M. Stein Trust | 013372 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Robert W. Renfield Living Trust | 013380 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Elaine Roberts | 013369 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Eric P Stein c/o Epic Ventures LLC | 013378 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Loren W. Stein | 013375 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Margot Stein | 013376 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |
| Sharon Stein | 013377 | 3371 | SNR Denton US LLP | Epic Ventures LLC | 1E0158 |