UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,<br><br>Defendants. | Adv. Pro. No. 10-04336 (SMB) |

## CASE MANAGEMENT PLAN

Plaintiff Irving H. Picard (the "Trustee") as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), and Defendants the Estate (Succession) of Doris Igoin, Laurence Apfelbaum and Emilie Apfelbaum ("Defendants") (the Trustee, together with

the Defendants, are collectively referred to herein as the "Parties") hereby submit the following Proposed Case Management Plan, pursuant to Federal Rules of Civil Procedure 16 and 26, as incorporated by Federal Rules of Bankruptcy Procedure 7016 and 7026.

    1.    Applicability of Good Faith Procedures Order

        a.    The Parties hereby agree that the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Good Faith Procedures Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, shall apply to this Adversary Proceeding, in accordance with the Notice of Applicability filed in this case [Dkt. No. 153], unless otherwise indicated herein; except, however, that if the parties elect to mediate the case, they will do so on mutually agreeable terms.

    2.    Deadlines

        a.    <u>Initial Disclosures</u>:  Initial Disclosures required under Federal Rule 26 shall be served by the Parties no later than August 31, 2015.  In addition, the Trustee will produce the account documents related to the Defendants' investments with BLMIS including account opening documents, correspondence with the customer, account statements, and documents related to deposits into and withdrawals from the Defendants' BLMIS accounts. Upon the Defendants' request, the Trustee will also make available additional documents, as set forth in the Initial Disclosures, in "E-Data Room 1," as defined in the Order Establishing Expanded Access to Electronic Data Room 1 entered in the above-captioned case (Adv. Pro. No. 08-01789 (SMB)) on January 12, 2012.

        b.    <u>Fact Discovery Cut-Off</u>: All fact discovery is to be completed on or before March 29, 2016. The scope of discovery will, in addition to those issues specified in

paragraph 4.G. of the Good Faith Procedures Order, include Defendants' connection, if any, to the parties and transactions described in the related proceeding, *Picard v. Magnify, Inc.*, Adv. Pro. No. 10-05279 (SMB) (Bankr. S.D.N.Y. 2010).

    c. <u>Experts</u>:  Every party that intends to offer expert testimony must make the disclosures required by Federal Rule 26(a)(2) on or before May 31, 2016.  Every party that intends to offer expert testimony in opposition to such disclosures must make the disclosures required by Federal Rule (a)(2) within 30 days from the receipt of the other party's expert disclosures.  All experts may be deposed, but such depositions must occur on or before September 29, 2016.  All expert discovery must be completed no less than **60** days before trial.

    d. <u>Mediation</u>:  The Deadline for Service of a Notice of Mediation Referral shall be: November 30, 2016.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be December 14, 2016.  The Deadline for Conclusion of Mediation shall be April 17, 2017, which deadline may be extended by the mutual consent of the parties to the mediation and the mediator.

Dated: June 24, 2015
      New York, New York

| | |
|---|---|
| /s/ Ona T. Wang | /s/ Jonathan K. Cooperman |
| Baker & Hostetler LLP | Jonathan K. Cooperman |
| 45 Rockefeller Plaza | Jessica Jacobs |
| New York, NY 10111 | Kelley Drye & Warren LLP |
| Telephone: (212) 589-4200 | 101 Park Avenue |
| Facsimile: (212) 589-4201 | New York, New York 10178 |
| David J. Sheehan | (212) 808-7800 |
| e-mail: dsheehan@bakerlaw.com | |
| Tracy Cole | *Attorneys for Defendants The Estate* |
| e-mail: tcole@bakerlaw.com | *(Succession) of Doris Igoin, Laurence* |
| Ona T. Wang | *Apfelbaum and Emilie Apfelbaum* |
| e-mail: owang@bakerlaw.com | |
| M. Elizabeth Howe | |
| e-mail: bhowe@bakerlaw.com | |
| David M. McMillan | |
| e-mail: dmcmillan@bakerlaw.com | |

*Attorneys for Irving H. Picard,
Trustee for the Substantively
Consolidated SIPA Liquidation of
Bernard L. Madoff Investment
Securities LLC and the Estate of
Bernard L. Madoff*

So Ordered this 24th day of June, 2015.

                         /s/ STUART M. BERNSTEIN
                         HONORABLE STUART M. BERNSTEIN
                         UNITED STATES BANKRUPTCY JUDGE