UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Mirza Inayat Khan, Zia's Children Education Trust, Raleigh Dow Buckmaster, Jr., Drew Buckmaster, Owen Buckmaster, Barbara Buckmaster, Christopher L. Dingman, Nathan Johnson, and Amanda Savasky (the "Claimants"), having filed objections (the "Objections", Docket Nos. 3778, 3780, 3783, 3784, 3785, 3786, 3787, 3788 and 3790) to the Trustee's Notice of Determination respecting Claimants' customer claims (Nos. 015824, 015826, 015829, 015830, 015831, 015832, 015833, 015834, and 015836), hereby give notice that Claimants withdraw such Objections.

Dated: June 24, 2015

_____
Richard E. Signorelli, Esq. on behalf of Mirza
Inayat Khan, Zia's Children Education Trust,
Raleigh Dow Buckmaster, Jr., Drew Buckmaster,
Owen Buckmaster, Barbara Buckmaster,
Christopher L. Dingman, Nathan Johnson, and
Amanda Savasky
LAW OFFICE OF RICHARD E. SIGNORELLI
799 Broadway, Suite 539
New York, NY 10003