**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF MATTHEW R. KORNREICH; ESTATE OF SUSANNE L. KORNREICH; MATTHEW R. KORNREICH DECLARATION OF TRUST DATED JANUARY 20, 2009; GST EXEMPT TRUST FBO WILLIAM D. KORNREICH CREATED UNDER THE MATTHEW R. KORNREICH DECLARATION | Adv. Pro. No. 10-04522 (SMB) |

OF TRUST DATED JANUARY 20, 2009; GST
EXEMPT TRUST FBO KATHY K, WEINBERG
CRATED UNDER THE MATTHEW R.
KORNREICH DECLARATION OF TRUST
DATED JANUARY 20, 2009; WILLIAM D.
KORNREICH, individually, in his capacity as
personal representative of the Estate of Matthew R.
Kornreich and the Estate of Susanne L. Kornreich,
and in his capacity as Trustee of the Matthew R.
Kornreich Declaration of Trust dated January 20,
2009 and the GST Exempt Trust fbo William D.
Kornreich created under the Matthew R. Kornreich
Declaration of Trust dated January 20, 2009; and
KATHY K. WEINBERG, individually, in her
capacity as personal representative of the Estate of
Matthew R. Kornreich and the Estate of Susanne L.
Kornreich, and in her capacity as Trustee of the
Matthew R. Kornreich Declaration of Trust dated
January 20, 2009 and the GST Exempt Trust fbo
Kathy K. Weinberg created under the Matthew R.
Kornreich Declaration of Trust dated January 20,
2009,

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the court by

filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date:  June 25, 2015
      New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email:  dhunt@bakerlaw.com
Farrell A. Hochmuth
Email:  fhochmuth@bakerlaw.com

**BAKER & HOSTETLER LLP**

By:  */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*