**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC* and *Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>THE MELVIN N. LOCK TRUST,<br><br>THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982,<br><br>THE ESTATE OF SYLVIA W. LOCK, | Adv. Pro. No. 10-05410 (SMB) |

| |
|---|
| NORTHERN TRUST, N.A., F/K/A NORTHERN TRUST BANK OF FLORIDA, N.A., a National Association, in its capacity as Personal Representative of the ESTATE OF SYLVIA W. LOCK, in its capacity as Trustee of THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982, and in its capacity as Trustee of the MELVIN N. LOCK TRUST, <br><br> LORRAINE LOCK NOSWORTHY, <br><br> AMANDA GOLDBERG SYNDERMAN, <br><br> JEREMY GOLDBERG, <br><br> ELENA ELKIN, <br><br> JOSHUA ELKIN, <br><br> FREDERICK GOLDBERG, <br><br> ALYSSA GOLDBERG, <br><br> MEREDITH GOLDBERG, <br><br> JOAN ELKIN MADISON, <br><br> SUSAN SIEGAL, <br><br> PAMELA W. GOLDBERG, and <br><br> JAMES NOSWORTHY, <br><br>             Defendants. |

## EIGHTH CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE that on May 16, 2014, pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB) on November 10, 2010, a

Case Management Notice (the "First Case Management Notice") was filed in the above captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that on June 30, 2014, pursuant to the Order, a Second Case Management Notice [Adv. Dkt. No. 53] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on September 10, 2014, pursuant to the Order, a Third Case Management Notice [Adv. Dkt. No. 55] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on October 31, 2014, pursuant to the Order, a Fourth Case Management Notice [Adv. Dkt. No. 58] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on January 13, 2015, pursuant to the Order, a Fifth Case Management Notice [Adv. Dkt. No. 59] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on March 11, 2015, pursuant to the Order, a Sixth Case Management Notice [Adv. Dkt. No. 60] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on April 8, 2015, pursuant to the Order, a Seventh Case Management Notice [Adv. Dkt. No. 62] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on May 12, 2015, pursuant to the Order, an Eighth Case Management Notice [Adv. Dkt. No. 63] was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the parties to the Adversary Proceeding, by and through their counsel, have agreed to an amendment to the dates set forth in the Seventh Case Management Notice and that the following deadlines are hereby made applicable to the Adversary Proceeding:

1. The Initial Disclosures shall be due:  July 31, 2015

2. The Deadline for Service of Substantive Interrogatories shall be:  August 15, 2015

3. Fact Discovery shall be completed by:  November 20, 2015

4. The Disclosure of Case-in-Chief Expert Report(s) shall be due:  January 21, 2015

5. The Disclosure of Rebuttal Expert Report(s) shall be due:  February 22, 2016

6. The Deadline for Completion of Expert Discovery shall be:  April 22, 2016

7. The Deadline to File a Notice of Mediation Referral shall be:  May 23, 2016

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  June 6, 2016

9. The Deadline for Conclusion of Mediation shall be:  August 8, 2016

Dated:  June 25, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: */s/ Matthew B. Lunn*
Matthew B. Lunn
Justin P. Duda
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone:  (212) 332-8840
Facsimile: (212) 332-8855
Email: *mlunn@ycst.com*

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

WARNER & SCHEUERMAN

By: */s/ Jonathon D. Warner*
Jonathon D. Warner
6 West 18th Street, 10th floor
New York, NY 10011
Telephone: (212) 924-7111
Facsimile: (212) 924-6111
Email: *jdwarner@warnerandscheuerman.com*

*Attorneys for Lorraine Lock Nosworthy,*

NORTON ROSE FULBRIGHT US LLP

By: */s/ David A. Rosenzweig*
David A. Rosenzweig
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3400
Facsimile: (212) 318-3400
Email: *drosenzweig@fulbright.com*

*Attorneys for Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., a National Association, in Its Capacity as Personal Representative of The Estate of Sylvia W. Lock, in Its Capacity as Trustee of the Sylvia W. Lock Declaration of Trust, Dated April 13, 1982, and In Its Capacity as Trustee of The Melvin N. Lock Trust*

*Amanda Goldberg Snyderman s/h/a Synderman, Jeremy Goldberg, Elena Elkin, Joshua Elkin, Frederick Goldberg, Alyssa Goldberg, Meredith Goldberg, Joan Elkin Madison, Susan Siegal, Pamela W. Goldberg and James Nosworthy*