# EXHIBIT 1

**EXHIBIT 1**

| Adversary Proceeding Number | Case Name |
|---|---|
| 09-01154 | Vizcaya Partners Limited, et al. |
| 09-01161 | Ceretti, et al. (Kingate) |
| 09-01239 | Fairfield Sentry Limited, et al. |
| 09-01364 | HSBC Bank PLC, et al. |
| 10-04285 | UBS AG, et al. |
| 10-04287 | Cardinal Management |
| 10-04457 | Equity Trading Portfolio |
| 10-04517 | Radcliff Investments Limited, et al. |
| 10-05120 | Oreades SICV, et al. |
| 10-05311 | UBS AG, UBS (Luxembourg) S.A., et al. |
| 10-05346 | Merrill Lynch International |
| 10-05348 | Nomura Bank International PLC |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Natixis, et al. |
| 10-05354 | ABN AMRO Bank, N.A., et al. |
| 10-05355 | ABN AMRO Bank (Ireland) Ltd, et al. |
| 11-02149 | Banque Syz & Co., SA |
| 11-02493 | Abu Dhabi Investment Authority |
| 11-02537 | Orbita Capital Return Strategy |
| 11-02538 | Quilvest Finance Ltd. |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Lion Global Investors Limited |
| 11-02541 | First Gulf Bank |
| 11-02542 | Parson Finance Panama S.A. |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. |
| 11-02554 | National Bank of Kuwait S.A.K. |
| 11-02568 | Cathay Life Insurance Co. LTD. et al |
| 11-02569 | Barclays Bank (Suisse) S.A. et al |
| 11-02570 | Banca Carige S.P.A. |
| 11-02571 | Banque Privee Espirito Santo S.A. |
| 11-02572 | Korea Exchange Bank, Individually And As Trustee For Korea Global All |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Atlantic Security Bank |
| 11-02731 | Trincaster Corporation |
| 11-02758 | Caceis Bank Luxembourg, et al. |
| 11-02759 | Nomura International PLC |
| 11-02760 | ABN Amro Bank N.V., et al. |
| 11-02761 | KBC Investments Limited |
| 11-02762 | Lighthouse Investment Partners LLC, et al. |
| 11-02763 | Inteligo Bank LTD. |
| 11-02784 | Somers Dublin Limited et al |
| 11-02796 | BNP Paribas Arbitrage SNC |
| 11-02910 | Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Bank Julius Baer & Co. Ltd. |
| 11-02923 | Falcon Private Bank Ltd. |
| 11-02925 | Credit Suisse AG et al |
| 11-02929 | LGT Bank in Liechtenstein Ltd. |
| 12-01002 | The Public Institution For Social Security |
| 12-01004 | Fullerton Capital PTE Ltd. |
| 12-01005 | SICO LIMITED |
| 12-01019 | Banco Itau |

**EXHIBIT 1**

| | |
|---|---|
| 12-01021 | Grosvenor Investment Management |
| 12-01022 | Credit Agricole |
| 12-01023 | Arden Asset Management, et al. |
| 12-01025 | Solon Capital, Ltd. |
| 12-01046 | SNS Bank N.V. et al |
| 12-01047 | KOCH INDUSTRIES, INC., as successor |
| 12-01194 | Kookmin Bank |
| 12-01195 | Six Sis AG |
| 12-01202 | Vontobel AG et. al. |
| 12-01205 | Multi Strategy Fund Ltd |
| 12-01207 | Lloyds TSB Bank PLC |
| 12-01209 | BSI AG |
| 12-01210 | Schroder & Co. |
| 12-01211 | Union Securities |
| 12-01216 | Bank Hapoalim |
| 12-01273 | Mistral (SPC) |
| 12-01278 | Zephyros Limited |
| 12-01512 | ZCM Asset Holding Co |
| 12-01513 | Citivic Nominees Ltd. |
| 12-01565 | Standard Chartered Financial Services |
| 12-01566 | UKFP (Asia) Nominees Ltd. |
| 12-01576 | BNP Paribas S.A. et al |
| 12-01577 | Dresdner Bank |
| 12-01669 | Barfield Nominees Limited et al |
| 12-01676 | Clariden Leu |
| 12-01677 | Societe Generale |
| 12-01680 | Intesa Sanpaolo SpA, et al. |
| 12-01690 | EFG Bank S.A., et al. |
| 12-01693 | Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Banque Cantonale Vaudoise |
| 12-01695 | Bordier & Cie |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. |
| 12-01698 | RBC Dexia |
| 12-01699 | Royal Bank of Canada |
| 12-01700 | Caprice International Group Inc. et al. |
| 12-01701 | RD Trust, et al. (Piedrahita) |
| 12-01702 | Barreneche, Inc et Al(Other Fairfield Partners) |