Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RADCLIFF INVESTMENTS LTD FIVE CONTINENTS FINANCIAL LTD | 1FR100 |

BLMIS ACCOUNT NO. 1FR100 - RADCLIFF INVESTMENTS LTD F/K/A FIVE CONTINENTS FINANCIAL LTD

| Column 1<br>Date | Column 2<br>Transaction Description<br>as Reported in<br>Customer Statement | Column 3<br>Amount<br>as Reported in<br>Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of<br>Principal | Column 9<br>90 Day<br>Preferential<br>Transfers | Column 10<br>2-Year<br>Fraudulent<br>Transfers | Column 11<br>6-Year<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2003 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 5,000,000 | - | - | - |
| 11/25/2003 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 10,000,000 | - | - | - |
| 11/26/2003 | CANCEL CHECK | (5,000,000) | (5,000,000) | - | - | - | 5,000,000 | - | - | - |
| 11/28/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/31/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/8/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/30/2004 | W/H TAX DIV MWD | (88) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/2/2004 | W/H TAX DIV VZ | (353) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/2/2004 | W/H TAX DIV SBC | (338) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/17/2004 | W/H TAX DIV PG | (197) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/27/2004 | W/H TAX DIV C | (680) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/27/2004 | W/H TAX DIV MER | (52) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2004 | W/H TAX DIV INTC | (85) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2004 | W/H TAX DIV WFC | (255) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/5/2004 | W/H TAX DIV PFE | (427) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/9/2004 | W/H TAX DIV JNJ | (233) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2004 | W/H TAX DIV XOM | (540) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2004 | W/H TAX DIV IBM | (91) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/12/2004 | W/H TAX DIV MMM | (97) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/6/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/19/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/30/2004 | W/H TAX DIV JPM | (220) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/30/2004 | W/H TAX DIV MWD | (88) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/3/2004 | W/H TAX DIV SBC | (329) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/3/2004 | W/H TAX DIV VZ | (343) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/14/2004 | W/H TAX DIV PG | (203) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/17/2004 | W/H TAX DIV TXN | (12) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/26/2004 | W/H TAX DIV MER | (48) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/27/2004 | W/H TAX DIV GS | (41) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/28/2004 | W/H TAX DIV C | (670) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2004 | W/H TAX DIV WFC | (243) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2004 | W/H TAX DIV INTC | (83) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/4/2004 | W/H TAX DIV PFE | (413) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/7/2004 | W/H TAX DIV WMT | (179) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/8/2004 | W/H TAX DIV JNJ | (269) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/9/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/10/2004 | W/H TAX DIV XOM | (561) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/10/2004 | W/H TAX DIV IBM | (97) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/14/2004 | W/H TAX DIV MMM | (87) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/18/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/24/2004 | W/H TAX DIV HD | (65) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/30/2004 | W/H TAX DIV PEP | (136) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/1/2004 | W/H TAX DIV KO | (212) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/7/2004 | W/H TAX DIV HPQ | (83) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/9/2004 | W/H TAX DIV MO | (460) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/18/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (21) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/23/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/7/2004 | W/H TAX DIV WMT | (201) | - | * [1] | - | - | 5,000,000 | - | - | - |

Exhibit B

BLMIS ACCOUNT NO. 1FR100 - RADCLIFF INVESTMENTS LTD-FIVE CONTINENTS FINANCIAL LTD

| Column 1 Date | Column 2 Transaction Description as Reported in Customer Statement | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90 Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2004 | W/H TAX DIV UTX | (64) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/13/2004 | W/H TAX DIV MMM | (98) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/14/2004 | W/H TAX DIV MSFT | (308) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/16/2004 | W/H TAX DIV HD | (70) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/17/2004 | W/H TAX DIV AIG | (70) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/24/2004 | W/H TAX DIV BAC | (654) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/30/2004 | W/H TAX DIV PEP | (139) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/1/2004 | W/H TAX DIV KO | (220) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/1/2004 | W/H TAX DIV VIA.B | (38) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/1/2004 | W/H TAX DIV MRK | (299) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/6/2004 | W/H TAX DIV HPQ | (90) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/12/2004 | W/H TAX DIV MO | (531) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/8/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (23) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/22/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/2/2004 | W/H TAX DIV MSFT | (11,908) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/2/2004 | W/H TAX DIV MSFT | (318) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/3/2004 | W/H TAX DIV PFE | (469) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/7/2004 | W/H TAX DIV JNJ | (311) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/10/2004 | W/H TAX DIV XOM | (646) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/10/2004 | W/H TAX DIV IBM | (109) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/13/2004 | W/H TAX DIV MMM | (98) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/15/2004 | W/H TAX DIV KO | (220) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/16/2004 | W/H TAX DIV HD | (70) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/17/2004 | W/H TAX DIV AIG | (70) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/22/2004 | W/H TAX DIV BAC | (668) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/31/2004 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2005 | W/H TAX DIV MRK | (311) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2005 | W/H TAX DIV VIA.B | (45) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/28/2005 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (18) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/18/2005 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (12) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/25/2005 | W/H TAX DIV C | (823) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/28/2005 | W/H TAX DIV MER | (52) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2005 | W/H TAX DIV WFC | (299) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2005 | W/H TAX DIV INTC | (181) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/7/2005 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/8/2005 | W/H TAX DIV PFE | (514) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/8/2005 | W/H TAX DIV JNJ | (305) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2005 | W/H TAX DIV MSFT | (314) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2005 | W/H TAX DIV IBM | (107) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2005 | W/H TAX DIV XOM | (625) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/14/2005 | W/H TAX DIV MMM | (112) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/18/2005 | W/H TAX DIV AIG | (119) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/24/2005 | W/H TAX DIV HD | (80) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/28/2005 | W/H TAX DIV BAC | (655) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/31/2005 | W/H TAX DIV PEP | (137) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/1/2005 | W/H TAX DIV MRK | (305) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/1/2005 | W/H TAX DIV KO | (241) | - | * [1] | - | - | 5,000,000 | - | - | - |

BLMIS ACCOUNT NO. 1FR100 - RADCLIFFE INVESTMENTS LTD F/K/A FIVE CONTINENTS FINANCIAL LTD

| Column 1<br>Date | Column 2<br>Transaction Description<br>as Reported in<br>Customer Statement | Column 3<br>Amount<br>as Reported in<br>Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of<br>Principal | Column 9<br>90 Day<br>Preferential<br>Transfers | Column 10<br>2-Year<br>Fraudulent<br>Transfers | Column 11<br>6-Year<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2005 | W/H TAX DIV VIA.B | (44) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/7/2005 | W/H TAX DIV HPQ | (88) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/11/2005 | W/H TAX DIV MO | (542) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/13/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (25) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/25/2005 | W/H TAX DIV GE | (830) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/23/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/17/2005 | W/H TAX DIV AIG | (120) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/20/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (19) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/23/2005 | W/H TAX DIV HD | (81) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/24/2005 | W/H TAX DIV BAC | (675) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/30/2005 | W/H TAX DIV PEP | (164) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/1/2005 | W/H TAX DIV KO | (235) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/1/2005 | W/H TAX DIV MRK | (308) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/1/2005 | W/H TAX DIV VIA.B | (44) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/6/2005 | W/H TAX DIV HPQ | (86) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/11/2005 | W/H TAX DIV MO | (569) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/25/2005 | W/H TAX DIV GE | (865) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/9/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (157) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/19/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/30/2005 | W/H TAX DIV PEP | (169) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/30/2005 | W/H TAX DIV S | (29) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/3/2005 | W/H TAX DIV KO | (251) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/5/2005 | W/H TAX DIV HPQ | (91) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/11/2005 | W/H TAX DIV MO | (667) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/19/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (81) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/21/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/25/2005 | W/H TAX DIV GE | (918) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/15/2005 | W/H TAX DIV PG | (395) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/17/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/23/2005 | W/H TAX DIV C | (918) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/23/2005 | W/H TAX DIV MER | (77) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/1/2005 | W/H TAX DIV WFC | (351) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/1/2005 | W/H TAX DIV INTC | (198) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/6/2005 | W/H TAX DIV PFE | (573) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/8/2005 | W/H TAX DIV MSFT | (298) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/9/2005 | W/H TAX DIV XOM | (754) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/12/2005 | W/H TAX DIV IBM | (128) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/12/2005 | W/H TAX DIV CVX | (419) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/13/2005 | W/H TAX DIV JNJ | (403) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/15/2005 | W/H TAX DIV HD | (87) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/15/2005 | W/H TAX DIV KO | (234) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/15/2005 | W/H TAX DIV TWX | (95) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/16/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/16/2005 | W/H TAX DIV AIG | (159) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/22/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/23/2005 | W/H TAX DIV BAC | (819) | - | * [1] | - | - | 5,000,000 | - | - | - |

| Column 1<br>Date | Column 2<br>Transaction Description<br>as Reported in<br>Customer Statement | Column 3<br>Amount<br>as Reported in<br>Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of<br>Principal | Column 9<br>90 Day<br>Preferential<br>Transfers | Column 10<br>2-Year<br>Fraudulent<br>Transfers | Column 11<br>6-Year<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 12/30/2005 | W/H TAX DIV S | (30) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2006 | W/H TAX DIV MRK | (342) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2006 | W/H TAX DIV PEP | (175) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/4/2006 | W/H TAX DIV HPQ | (92) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/13/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/31/2006 | W/H TAX DIV MS | (107) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/15/2006 | W/H TAX DIV ABT | (160) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/15/2006 | W/H TAX DIV PG | (360) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/24/2006 | W/H TAX DIV C | (945) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/28/2006 | W/H TAX DIV MER | (84) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2006 | W/H TAX DIV INTC | (230) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2006 | W/H TAX DIV WFC | (334) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/7/2006 | W/H TAX DIV PFE | (676) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/7/2006 | W/H TAX DIV UPS | (163) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/9/2006 | W/H TAX DIV MSFT | (314) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2006 | W/H TAX DIV XOM | (754) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2006 | W/H TAX DIV IBM | (122) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/10/2006 | W/H TAX DIV CVX | (386) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/14/2006 | W/H TAX DIV JNJ | (374) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/15/2006 | W/H TAX DIV TWX | (89) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/16/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/17/2006 | W/H TAX DIV AIG | (147) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/23/2006 | W/H TAX DIV HD | (119) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/24/2006 | W/H TAX DIV BAC | (887) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/31/2006 | W/H TAX DIV PEP | (167) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/31/2006 | W/H TAX DIV S | (28) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/3/2006 | W/H TAX DIV WMT | (159) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/3/2006 | W/H TAX DIV MRK | (314) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/3/2006 | W/H TAX DIV KO | (247) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/5/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/5/2006 | W/H TAX DIV HPQ | (88) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/7/2006 | W/H TAX DIV SLB | (54) | - | (54) | - | - | 4,999,946 | - | - | - |
| 4/10/2006 | W/H TAX DIV MO | (636) | - | * [1] | - | - | 4,999,946 | - | - | - |
| 4/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (22) | - | * [1] | - | - | 4,999,946 | - | - | - |
| 4/25/2006 | W/H TAX DIV GE | (1,002) | - | * [1] | - | - | 4,999,946 | - | - | - |
| 4/28/2006 | CXL W/H TAX DIV SLB | 54 | - | 54 | - | - | 5,000,000 | - | - | - |
| 4/28/2006 | W/H TAX DIV MDT | (45) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/28/2006 | W/H TAX DIV MS | (110) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/1/2006 | W/H TAX DIV T | (498) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/1/2006 | W/H TAX DIV JPM | (456) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/1/2006 | W/H TAX DIV VZ | (455) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/10/2006 | W/H TAX DIV AXP | (60) | - | * [1] | - | - | 5,000,000 | - | - | - |

| Column 1<br>Date | Column 2<br>Transaction Description<br>as Reported in<br>Customer Statement | Column 3<br>Amount<br>as Reported in<br>Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of<br>Principal | Column 9<br>90 Day<br>Preferential<br>Transfers | Column 10<br>2-Year<br>Fraudulent<br>Transfers | Column 11<br>6-Year<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/15/2006 | W/H TAX DIV ABT | (175) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/15/2006 | W/H TAX DIV PG | (397) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/24/2006 | W/H TAX DIV MER | (86) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/25/2006 | W/H TAX DIV GS | (55) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/26/2006 | W/H TAX DIV C | (948) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/31/2006 | W/H TAX DIV UPS | (166) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (46) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2006 | W/H TAX DIV WFC | (341) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2006 | W/H TAX DIV INTC | (228) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/2/2006 | W/H TAX DIV BA | (94) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/5/2006 | W/H TAX DIV WMT | (162) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/6/2006 | W/H TAX DIV PFE | (681) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/8/2006 | W/H TAX DIV MSFT | (309) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/9/2006 | W/H TAX DIV XOM | (759) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/12/2006 | W/H TAX DIV IBM | (178) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/13/2006 | W/H TAX DIV JNJ | (433) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/15/2006 | W/H TAX DIV TWX | (87) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/22/2006 | W/H TAX DIV HD | (122) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/23/2006 | W/H TAX DIV BAC | (905) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (49) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/30/2006 | W/H TAX DIV PEP | (197) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/30/2006 | W/H TAX DIV S | (29) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/3/2006 | W/H TAX DIV CVX | (454) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/3/2006 | W/H TAX DIV AIG | (150) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/3/2006 | W/H TAX DIV KO | (251) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/3/2006 | W/H TAX DIV MRK | (320) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/5/2006 | W/H TAX DIV HPQ | (87) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 7/7/2006 | W/H TAX DIV SLB | (55) | - | (55) | - | - | 4,999,945 | - | - | - |
| 7/10/2006 | W/H TAX DIV MO | (649) | - | * [1] | - | - | 4,999,945 | - | - | - |
| 7/13/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | * [1] | - | - | 4,999,945 | - | - | - |
| 7/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (14) | - | * [1] | - | - | 4,999,945 | - | - | - |
| 7/31/2006 | W/H TAX DIV MS | (115) | - | * [1] | - | - | 4,999,945 | - | - | - |
| 7/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 4,999,945 | - | - | - |
| 8/7/2006 | CXL W/H TAX DIV SLB | 55 | - | 55 | - | - | 5,000,000 | - | - | - |
| 8/15/2006 | W/H TAX DIV ABT | (183) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/15/2006 | W/H TAX DIV PG | (416) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/23/2006 | W/H TAX DIV MER | (98) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/24/2006 | W/H TAX DIV GS | (57) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 8/25/2006 | W/H TAX DIV C | (993) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/1/2006 | W/H TAX DIV BA | (98) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/1/2006 | W/H TAX DIV INTC | (245) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/1/2006 | W/H TAX DIV WFC | (385) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/5/2006 | W/H TAX DIV PFE | (722) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/5/2006 | W/H TAX DIV WMT | (170) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/6/2006 | W/H TAX DIV UPS | (174) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/11/2006 | W/H TAX DIV IBM | (196) | - | * [1] | - | - | 5,000,000 | - | - | - |

| Column 1<br>Date | Column 2<br>Transaction Description<br>as Reported in<br>Customer Statement | Column 3<br>Amount<br>as Reported in<br>Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of<br>Principal | Column 9<br>90 Day<br>Preferential<br>Transfers | Column 10<br>2-Year<br>Fraudulent<br>Transfers | Column 11<br>6-Year<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2006 | W/H TAX DIV CVX | (476) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/11/2006 | W/H TAX DIV XOM | (795) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/12/2006 | W/H TAX DIV JNJ | (454) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/14/2006 | W/H TAX DIV MSFT | (324) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (29) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/15/2006 | W/H TAX DIV AIG | (178) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/15/2006 | W/H TAX DIV TWX | (97) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/21/2006 | W/H TAX DIV HD | (128) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/22/2006 | W/H TAX DIV BAC | (1,044) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 9/29/2006 | W/H TAX DIV PEP | (206) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/2/2006 | W/H TAX DIV KO | (264) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/2/2006 | W/H TAX DIV MRK | (336) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/4/2006 | W/H TAX DIV HPQ | (94) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/10/2006 | W/H TAX DIV MO | (731) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 10/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (129) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/20/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/22/2006 | W/H TAX DIV C | (933) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/22/2006 | W/H TAX DIV MER | (86) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/2/2007 | W/H TAX DIV WMT | (157) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/2/2007 | W/H TAX DIV MRK | (320) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/2/2007 | W/H TAX DIV PEP | (187) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV HPQ | (85) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV IBM | (178) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV UTX | (99) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV CVX | (438) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV BAC | (978) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV HD | (176) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV AIG | (165) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV WFC | (358) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV WB | (419) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV TWX | (86) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV INTC | (222) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV KO | (242) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV XOM | (729) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV PFE | (674) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV MSFT | (331) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/3/2007 | W/H TAX DIV JNJ | (421) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/4/2007 | W/H TAX DIV UPS | (154) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 1/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (23) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/16/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (12) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/22/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 2/28/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/1/2007 | W/H TAX DIV COP | (253) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/6/2007 | W/H TAX DIV UPS | (169) | - | * [1] | - | - | 5,000,000 | - | - | - |

BLMIS ACCOUNT NO. 1FR100 - RADCLIFF INVESTMENTS LTD 91/C/O FIVE CONTINENTS FINANCIAL LTD

| Column 1<br>Date | Column 2<br>Transaction Description<br>as Reported in<br>Customer Statement | Column 3<br>Amount<br>as Reported in<br>Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of<br>Principal | Column 9<br>90 Day<br>Preferential<br>Transfers | Column 10<br>2-Year<br>Fraudulent<br>Transfers | Column 11<br>6-Year<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/12/2007 | W/H TAX DIV CVX | (434) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/13/2007 | W/H TAX DIV JNJ | (417) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/15/2007 | W/H TAX DIV TWX | (85) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/15/2007 | W/H TAX DIV WB | (415) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/16/2007 | W/H TAX DIV AIG | (163) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/22/2007 | W/H TAX DIV HD | (174) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/23/2007 | W/H TAX DIV BAC | (969) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 3/30/2007 | W/H TAX DIV PEP | (185) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/2/2007 | W/H TAX DIV KO | (263) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/2/2007 | W/H TAX DIV WMT | (204) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/2/2007 | W/H TAX DIV MRK | (317) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/4/2007 | W/H TAX DIV HPQ | (84) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/10/2007 | W/H TAX DIV MO | (691) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/24/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (68) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 4/25/2007 | W/H TAX DIV GE | (1,107) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/15/2007 | W/H TAX DIV PG | (437) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/21/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (30) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/23/2007 | W/H TAX DIV MER | (120) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/24/2007 | W/H TAX DIV GS | (55) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/25/2007 | W/H TAX DIV C | (1,045) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 5/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2007 | W/H TAX DIV COP | (269) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2007 | W/H TAX DIV WFC | (376) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/1/2007 | W/H TAX DIV INTC | (256) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/4/2007 | W/H TAX DIV WMT | (213) | - | * [1] | - | - | 5,000,000 | - | - | - |
| 6/5/2007 | CHECK WIRE | (7,120,054) | - | (7,120,054) | - | - | (2,120,054) | - | (2,120,054) | (2,120,054) |
| 6/5/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/5/2007 | W/H TAX DIV PFE | (814) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/11/2007 | W/H TAX DIV IBM | (237) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/11/2007 | W/H TAX DIV CVX | (489) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/11/2007 | W/H TAX DIV XOM | (786) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/12/2007 | W/H TAX DIV JNJ | (466) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/14/2007 | W/H TAX DIV MSFT | (343) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/15/2007 | W/H TAX DIV WB | (419) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/15/2007 | W/H TAX DIV AIG | (170) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 6/22/2007 | W/H TAX DIV BAC | (996) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 9/19/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | (2,120,054) | - | - | - |
| 9/20/2007 | CHECK | (2,739) | - | (2,739) | - | - | (2,122,793) | - | (2,739) | (2,739) |
| | Total: | | $ 5,000,000 | $ (7,122,793) | $ - | $ - | $ (2,122,793) | $ - | $ (2,122,793) | $ (2,122,793) |

[1] Amounts withheld from account holders and paid by BLMIS to the IRS on behalf of account holders during the six-year period prior to the filing date have not been deducted from the balance of principal as those amounts have subsequently been refunded by the IRS.