**SUMMARY OF TRANSFERS BY BLMIS ACCOUNT - FEEDER FUNDS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| Account Number | Account Name | Two Year Fictitious Profit Transfers | Two Year Principal Transfers | Six Year Fictitious Profit Transfers | Six Year Principal Transfers | Full History Fictitious Profit Transfers | Full History Principal Transfers |
| 1FN021 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT LAGOON INVSMNT C/O MRS R SCOTT | 79,893,412 | 81,676,588 | 79,893,412 | 94,750,396 | 79,893,412 | 135,416,150 |
| 1FN066 | BK OF BERMUDA LUX SA-UNIVERSAL ATTN: MRS R SCOTT | - | - | - | - | 1,485 | 516,179 |
| 1FN095 | THE BANK OF BERMUDA LIMITED HAMILTON, SPECIAL CUSTODY ACCT FOR THE EXCLUSIVE BENEFIT OF CUST OF BERMUDA TST (DUBLIN) LTD, F/B/O THEMA | - | 558,840,000 | - | 675,840,000 | - | 735,536,907 |
| 1FN096 | LAGOON INVESTMENT B C/O MRS R SCOTT BANK OF BERMUDA LUXEMBORG SA | - | - | - | - | 861 | 1,292,618 |
| 1FR015 | LAGOON INVESTMENT 'C' C/O MRS R SCOTT BANK OF BERMUDA LUXEMBOURG SA | - | - | - | - | 2,301 | 5,435,979 |
| 1FR016 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT LAGOON INVSMNT C/O MRS R SCOTT | - | 1,600,000 | - | 66,100,000 | - | 74,795,261 |
| 1FR093 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR THEMA WISE INVESTMENTS LTD | - | 116,505,000 | - | 130,135,000 | - | 130,135,000 |
| 1FR097 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR ALPHA PRIME FUND LIMITED | - | 76,450,000 | - | 83,170,000 | - | 83,170,000 |
|  |  | $ 79,893,412 | $ 835,071,588 | $ 79,893,412 | $ 1,049,995,396 | $ 79,898,058 | $ 1,166,298,095 |