**FEES FROM THEMA INTERNATIONAL FUND PLC TO HSBC**

| Column 1<br>Date | Column 3<br>Transfer<br>Amount | Column 4<br>2-Year<br>Transfers | Column 5<br>6-Year<br>Transfers |
|---|---|---|---|
| 1/29/2007 | (93,598) | (93,598) | (93,598) |
| 1/29/2007 | (87,266) | (87,266) | (87,266) |
| 2/27/2007 | (71,787) | (71,787) | (71,787) |
| 2/27/2007 | (67,237) | (67,237) | (67,237) |
| 3/28/2007 | (61,366) | (61,366) | (61,366) |
| 3/28/2007 | (57,216) | (57,216) | (57,216) |
| 4/27/2007 | (65,882) | (65,882) | (65,882) |
| 4/27/2007 | (61,632) | (61,632) | (61,632) |
| 5/25/2007 | (70,687) | (70,687) | (70,687) |
| 5/25/2007 | (64,783) | (64,783) | (64,783) |
| 6/28/2007 | (70,657) | (70,657) | (70,657) |
| 6/28/2007 | (65,461) | (65,461) | (65,461) |
| 7/31/2007 | (66,677) | (66,677) | (66,677) |
| 7/31/2007 | (61,327) | (61,327) | (61,327) |
| 8/29/2007 | (74,482) | (74,482) | (74,482) |
| 8/29/2007 | (67,950) | (67,950) | (67,950) |
| 9/28/2007 | (73,513) | (73,513) | (73,513) |
| 9/28/2007 | (66,560) | (66,560) | (66,560) |
| 10/30/2007 | (64,785) | (64,785) | (64,785) |
| 10/30/2007 | (60,469) | (60,469) | (60,469) |
| 11/29/2007 | (77,251) | (77,251) | (77,251) |
| 11/29/2007 | (72,638) | (72,638) | (72,638) |
| 1/2/2008 | (74,662) | (74,662) | (74,662) |
| 1/2/2008 | (67,362) | (67,362) | (67,362) |
| 1/31/2008 | (75,352) | (75,352) | (75,352) |
| 1/31/2008 | (70,494) | (70,494) | (70,494) |
| 2/29/2008 | (76,455) | (76,455) | (76,455) |
| 2/29/2008 | (71,779) | (71,779) | (71,779) |
| 3/31/2008 | (70,020) | (70,020) | (70,020) |
| 3/31/2008 | (67,249) | (67,249) | (67,249) |
| 4/30/2008 | (72,454) | (72,454) | (72,454) |
| 4/30/2008 | (72,280) | (72,280) | (72,280) |
| 5/30/2008 | (70,925) | (70,925) | (70,925) |
| 5/30/2008 | (70,383) | (70,383) | (70,383) |
| 6/30/2008 | (70,069) | (70,069) | (70,069) |

**FEES FROM THEMA INTERNATIONAL FUND PLC TO HSBC**

| Column 1 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|
| **Date** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 6/30/2008 | (70,503) | (70,503) | (70,503) |
| 7/28/2008 | (72,674) | (72,674) | (72,674) |
| 7/28/2008 | (72,037) | (72,037) | (72,037) |
| 8/28/2008 | (72,912) | (72,912) | (72,912) |
| 8/28/2008 | (72,470) | (72,470) | (72,470) |
| 9/30/2008 | (67,941) | (67,941) | (67,941) |
| 9/30/2008 | (67,596) | (67,596) | (67,596) |
| 10/30/2008 | (72,923) | (72,923) | (72,923) |
| 10/30/2008 | (72,923) | (72,923) | (72,923) |
| 11/28/2008 | (69,476) | (69,476) | (69,476) |
| 11/28/2008 | (68,056) | (68,056) | (68,056) |
| **Total:** | **$ (3,232,218)** | **$ (3,232,218)** | **$ (3,232,218)** |