**EXHIBIT D**

**SUMMARY OF TRANSFERS BY BLMIS ACCOUNT - NON-PARTY FEEDER FUNDS**

| Column 1<br>Account Number | Column 2<br>Account Name | Column 3<br>Two Year Fictitious Profit Transfers | Column 4<br>Two Year Principal Transfers | Column 5<br>Six Year Fictitious Profit Transfers | Column 6<br>Six Year Principal Transfers | Column 7<br>Full History Fictitious Profit Transfers | Column 8<br>Full History Principal Transfers |
|---|---|---|---|---|---|---|---|
| 1G0092 | GREENWICH SENTRY LP C/O FAIRFIELD GREENWICH GROUP | - | 81,700,000 | - | 206,038,654 | - | 281,122,629 |
| 1FN012 | CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD | - | 745,000,000 | - | 1,460,000,000 | - | 1,622,755,206 |
| 1FN045 | CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD | - | 835,000,000 | - | 1,435,000,000 | - | 1,578,706,554 |
| 1FN094 | HARLEY INTERNATIONAL FUND LTD C/O FORTIS PRIME FUND SOLUTION ATTN: BOB HANLON | - | 1,066,800,000 | - | 1,072,800,000 | - | 1,074,592,422 |
| 1FR010 | RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC | - | 48,750,000 | - | 90,650,000 | - | 126,869,887 |
| 1FR080 | RYE SELECT BROAD MARKET PORTFOLIO LIMITED | - | 350,000,000 | - | 609,000,000 | - | 619,287,477 |
| 1C1260 | RYE SELECT BROAD MARKET PRIME FUND, LP | 210,955,000 | 284,045,000 | 210,955,000 | 734,045,000 | 210,955,000 | 799,045,000 |
| 1T0027 | RYE SELECT BROAD MKT FUND LP C/O TREMONT PARTNERS ATTN: HARRY HODGES | - | 60,000,000 | - | 252,000,000 | - | 384,140,000 |
| | Total: | $ 210,955,000 | $ 3,471,295,000 | $ 210,955,000 | $ 5,859,533,654 | $ 210,955,000 | $ 6,486,519,176 |