**Exhibit F**

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET FUND LP
TO RYE SELECT BROAD MARKET XL FUND LP**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 8/31/2006 | (1,000,000) |
| 7/3/2007 | (1,000,000) |
| 7/3/2007 | (1,000,000) |
| 8/2/2007 | (5,000,000) |
| 9/4/2007 | (25,000,000) |
| 1/2/2008 | (2,065,535) |
| 4/10/2008 | (47,318) |
| 6/17/2008 | (2,585,965) |
| 7/2/2008 | (6,500,000) |
| 7/11/2008 | (1,310,004) |
| 7/11/2008 | (478,793) |
| 9/2/2008 | (700,000) |
| 11/12/2008 | (500,000) |
| 11/21/2008 | (1,200,000) |
| Total: | $ (48,387,616) |

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PRIME FUND LP**
**TO RYE SELECT BROAD MARKET XL FUND LP**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/3/2007 | (1,000,000) |
| 7/3/2007 | (350,000) |
| 7/3/2007 | (320,000) |
| 7/3/2007 | (140,000) |
| 8/1/2007 | (9,800,000) |
| 8/1/2007 | (6,200,000) |
| 8/1/2007 | (2,850,000) |
| 8/1/2007 | (300,000) |
| 8/1/2007 | (250,000) |
| 8/7/2007 | (652,691) |
| 8/7/2007 | (130,538) |
| 8/7/2007 | (130,538) |
| 1/2/2008 | (1,500,000) |
| 1/3/2008 | (1,500,000) |
| 2/1/2008 | (190,000) |
| 3/3/2008 | (200,000) |
| 3/26/2008 | (100,000,000) |
| 3/26/2008 | (100,000,000) |
| 4/4/2008 | (2,363) |
| 4/7/2008 | (55,962) |
| 4/7/2008 | (4,319) |
| 5/20/2008 | (450,329) |
| 6/2/2008 | (40,000,000) |
| 6/2/2008 | (370,000) |
| 6/17/2008 | (490,672) |
| 7/1/2008 | (74,000) |
| 7/22/2008 | (1,351,888) |
| 7/22/2008 | (1,017,835) |
| 7/22/2008 | (367,066) |
| 8/1/2008 | (10,000,000) |
| 9/2/2008 | (150,000) |
| 9/18/2008 | (697,456) |
| 10/2/2008 | (1,000,000) |
| 10/2/2008 | (430,000) |
| 10/23/2008 | (3,341,980) |
| 11/3/2008 | (2,000,000) |
| 11/4/2008 | (2,000,000) |
| 11/24/2008 | (2,100,737) |
| 11/24/2008 | (1,054,392) |
| **Total:** | **$ (292,472,765)** |

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED
TO RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/1/2006 | (22,000,000) |
| 1/2/2007 | (10,000,000) |
| 1/2/2007 | (10,000,000) |
| 8/1/2007 | (6,550,000) |
| 8/28/2007 | (6,550,000) |
| 9/4/2007 | (8,000,000) |
| 1/2/2008 | (7,297,644) |
| 1/2/2008 | (3,016,051) |
| 1/3/2008 | (2,356) |
| 1/30/2008 | (500,000) |
| 4/15/2008 | (156,516) |
| 4/16/2008 | (160,346) |
| 4/16/2008 | (65,660) |
| **Total:** | **$ (74,298,573)** |

**Exhibit F**

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC
TO RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/2/2008 | (318,000) |
| **Total:** | **$ (318,000)** |

**TRANSFERS FROM RYE SELECT BROAD MARKET XL FUND LP
TO RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/19/2007 | (3,750,000) |
| 8/1/2007 | (970,000) |
| 4/7/2008 | (6,202) |
| **Total:** | **$ (4,726,202)** |

**TRANSFERS FROM RYE SELECT BROAD MARKET XL PORTFOLIO LTD**
**TO RYE SELECT BROAD MARKET XL FUND LP**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 4/9/2007 | (500,000) |
| 4/11/2007 | (12,328) |
| **Total:** | **$ (512,328)** |