## SUBSEQUENT TRANSFERS FROM HARLEY TO HSBC DEFENDANTS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
| --- | --- | --- | --- | --- |
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 11/25/2008 | HSBC Bank plc | (3,599,960) | (3,599,960) | (3,599,960) |
| 12/9/2008 | HSBC Bank plc | (12,000,000) | (12,000,000) | (12,000,000) |
| | Total: | $ (15,599,960) | $ (15,599,960) | $ (15,599,960) |

## SUBSEQUENT TRANSFERS FROM GREENWICH SENTRY TO HSBC DEFENDANTS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 8/14/2008 | HSBC USA, Inc. | (13,000,000) | (13,000,000) | (13,000,000) |
| | Total: | $ (13,000,000) | $ (13,000,000) | $ (13,000,000) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (63,800) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (175,002) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (249,998) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (303,980) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (400,001) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (1,049,999) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (1,950,002) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (3,036,389) | | |
| 4/22/1998 | HSBC Private Bank (Suisse) S.A. | (249,998) | | |
| 6/16/1998 | HSBC Private Bank (Suisse) S.A. | (576,576) | | |
| 6/16/1998 | HSBC Private Bank (Suisse) S.A. | (4,000,000) | | |
| 8/17/1998 | HSBC Private Bank (Suisse) S.A. | (359,998) | | |
| 8/17/1998 | HSBC Private Bank (Suisse) S.A. | (1,739,999) | | |
| 9/1/1998 | HSBC Private Bank (Suisse) S.A. | (480,000) | | |
| 10/1/1998 | HSBC Private Bank (Suisse) S.A. | (199,998) | | |
| 10/1/1998 | HSBC Private Bank (Suisse) S.A. | (239,999) | | |
| 10/1/1998 | HSBC Private Bank (Suisse) S.A. | (1,189,109) | | |
| 10/13/1998 | HSBC Private Bank (Suisse) S.A. | (250,748) | | |
| 10/13/1998 | HSBC Private Bank (Suisse) S.A. | (8,800,000) | | |
| 11/12/1998 | HSBC Private Bank (Suisse) S.A. | (99,902) | | |
| 11/12/1998 | HSBC Private Bank (Suisse) S.A. | (115,795) | | |
| 11/12/1998 | HSBC Private Bank (Suisse) S.A. | (38,250,000) | | |
| 12/11/1998 | HSBC Private Bank (Suisse) S.A. | (4,685,000) | | |
| 1/13/1999 | HSBC Private Bank (Suisse) S.A. | (112,396) | | |
| 2/18/1999 | HSBC Private Bank (Suisse) S.A. | (208,067) | | |
| 3/17/1999 | HSBC Private Bank (Suisse) S.A. | (105,000) | | |
| 3/17/1999 | HSBC Private Bank (Suisse) S.A. | (850,000) | | |
| 4/23/1999 | HSBC Private Bank (Suisse) S.A. | (4,500,000) | | |
| 5/14/1999 | HSBC Private Bank (Suisse) S.A. | (6,588) | | |
| 5/14/1999 | HSBC Private Bank (Suisse) S.A. | (160,000) | | |
| 6/10/1999 | HSBC Private Bank (Suisse) S.A. | (3,400,000) | | |
| 6/10/1999 | HSBC Private Bank (Suisse) S.A. | (4,040,000) | | |
| 7/9/1999 | HSBC Private Bank (Suisse) S.A. | (264,194) | | |
| 7/9/1999 | HSBC Private Bank (Suisse) S.A. | (1,725) | | |
| 7/9/1999 | HSBC Private Bank (Suisse) S.A. | (41,356) | | |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
| --- | --- | --- | --- | --- |
| Date | HSBC Defendant | Transfer Amount | 2-Year Transfers | 6-Year Transfers |
| 7/9/1999 | HSBC Private Bank (Suisse) S.A. | (41,854) | | |
| 7/19/1999 | HSBC Private Bank (Suisse) S.A. | (9,675,000) | | |
| 8/10/1999 | HSBC Private Bank (Suisse) S.A. | (687,919) | | |
| 8/10/1999 | HSBC Private Bank (Suisse) S.A. | (104,906) | | |
| 8/12/1999 | HSBC Private Bank (Suisse) S.A. | (100,454) | | |
| 9/9/1999 | HSBC Private Bank (Suisse) S.A. | (820,000) | | |
| 9/9/1999 | HSBC Private Bank (Suisse) S.A. | (2,083,892) | | |
| 9/14/1999 | HSBC Private Bank (Suisse) S.A. | (109,906) | | |
| 10/14/1999 | HSBC Private Bank (Suisse) S.A. | (415,000) | | |
| 10/14/1999 | HSBC Private Bank (Suisse) S.A. | (9,537) | | |
| 10/15/1999 | HSBC Private Bank (Suisse) S.A. | (21,820) | | |
| 10/15/1999 | HSBC Private Bank (Suisse) S.A. | (60,000) | | |
| 11/10/1999 | HSBC Private Bank (Suisse) S.A. | (390,000) | | |
| 12/8/1999 | HSBC Private Bank (Suisse) S.A. | (1,380,000) | | |
| 12/8/1999 | HSBC Private Bank (Suisse) S.A. | (12,000,000) | | |
| 1/11/2000 | HSBC Private Bank (Suisse) S.A. | (310,000) | | |
| 1/11/2000 | HSBC Private Bank (Suisse) S.A. | (950,000) | | |
| 2/9/2000 | HSBC Private Bank (Suisse) S.A. | (80,000) | | |
| 2/9/2000 | HSBC Private Bank (Suisse) S.A. | (9,200,000) | | |
| 3/10/2000 | HSBC Private Bank (Suisse) S.A. | (850,000) | | |
| 3/10/2000 | HSBC Private Bank (Suisse) S.A. | (2,200,000) | | |
| 4/12/2000 | HSBC Private Bank (Suisse) S.A. | (522,606) | | |
| 4/12/2000 | HSBC Private Bank (Suisse) S.A. | (3,100,000) | | |
| 4/12/2000 | HSBC Private Bank (Suisse) S.A. | (814,562) | | |
| 5/12/2000 | HSBC Private Bank (Suisse) S.A. | (100,875) | | |
| 5/12/2000 | HSBC Private Bank (Suisse) S.A. | (1,100,000) | | |
| 5/12/2000 | HSBC Private Bank (Suisse) S.A. | (1,400,000) | | |
| 5/12/2000 | HSBC Private Bank (Suisse) S.A. | (100,100) | | |
| 6/9/2000 | HSBC Private Bank (Suisse) S.A. | (100,000) | | |
| 6/9/2000 | HSBC Private Bank (Suisse) S.A. | (104,340) | | |
| 6/9/2000 | HSBC Private Bank (Suisse) S.A. | (11,665) | | |
| 6/9/2000 | HSBC Private Bank (Suisse) S.A. | (233,394) | | |
| 6/9/2000 | HSBC Private Bank (Suisse) S.A. | (2,308,491) | | |
| 7/12/2000 | HSBC Private Bank (Suisse) S.A. | (220,000) | | |
| 7/12/2000 | HSBC Private Bank (Suisse) S.A. | (850,000) | | |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS

| Column 1<br>Date | Column 2<br>HSBC Defendant | Column 3<br>Transfer Amount | Column 4<br>2-Year Transfers | Column 5<br>6-Year Transfers |
|---|---|---|---|---|
| 7/12/2000 | HSBC Private Bank (Suisse) S.A. | (124,102) | | |
| 7/12/2000 | HSBC Private Bank (Suisse) S.A. | (154,251) | | |
| 7/12/2000 | HSBC Private Bank (Suisse) S.A. | (229,168) | | |
| 8/15/2000 | HSBC Private Bank (Suisse) S.A. | (200,000) | | |
| 8/15/2000 | HSBC Private Bank (Suisse) S.A. | (1,600,000) | | |
| 8/15/2000 | HSBC Private Bank (Suisse) S.A. | (3,800,000) | | |
| 8/15/2000 | HSBC Private Bank (Suisse) S.A. | (100,910) | | |
| 8/15/2000 | HSBC Private Bank (Suisse) S.A. | (119,963) | | |
| 8/15/2000 | HSBC Private Bank (Suisse) S.A. | (2,246,502) | | |
| 9/14/2000 | HSBC Private Bank (Suisse) S.A. | (25,025) | | |
| 10/17/2000 | HSBC Private Bank (Suisse) S.A. | (3,000,000) | | |
| 11/14/2000 | HSBC Private Bank (Suisse) S.A. | (1,300,000) | | |
| 11/14/2000 | HSBC Private Bank (Suisse) S.A. | (124,430) | | |
| 11/14/2000 | HSBC Private Bank (Suisse) S.A. | (221,695) | | |
| 12/1/2000 | HSBC Private Bank (Suisse) S.A. | (10,100,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (151,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (230,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (755,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (2,914) | | |
| 12/27/2000 | HSBC Private Bank (Suisse) S.A. | (100,000) | | |
| 12/27/2000 | HSBC Private Bank (Suisse) S.A. | (8,500,000) | | |
| 1/16/2001 | HSBC Private Bank (Suisse) S.A. | (158,000) | | |
| 1/16/2001 | HSBC Private Bank (Suisse) S.A. | (900,000) | | |
| 1/16/2001 | HSBC Private Bank (Suisse) S.A. | (104,602) | | |
| 2/15/2001 | HSBC Private Bank (Suisse) S.A. | (122,182) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (5,550,000) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (7,720,000) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (25,000,000) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (4,543) | | |
| 5/15/2001 | HSBC Private Bank (Suisse) S.A. | (650,000) | | |
| 5/15/2001 | HSBC Private Bank (Suisse) S.A. | (922,402) | | |
| 7/12/2001 | HSBC Private Bank (Suisse) S.A. | (2,500,000) | | |
| 7/12/2001 | HSBC Private Bank (Suisse) S.A. | (26,463) | | |
| 7/12/2001 | HSBC Private Bank (Suisse) S.A. | (231,454) | | |
| 7/13/2001 | HSBC Private Bank (Suisse) S.A. | (19,001,318) | | |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
| --- | --- | --- | --- | --- |
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 8/15/2001 | HSBC Private Bank (Suisse) S.A. | (112,334) | | |
| 9/18/2001 | HSBC Private Bank (Suisse) S.A. | (1,355,220) | | |
| 9/18/2001 | HSBC Private Bank (Suisse) S.A. | (3,400,000) | | |
| 10/12/2001 | HSBC Private Bank (Suisse) S.A. | (250,000) | | |
| 10/12/2001 | HSBC Private Bank (Suisse) S.A. | (1,700,000) | | |
| 11/15/2001 | HSBC Private Bank (Suisse) S.A. | (24,747) | | |
| 12/17/2001 | HSBC Private Bank (Suisse) S.A. | (57,500) | | |
| 3/15/2002 | HSBC Private Bank (Suisse) S.A. | (100,000) | | |
| 4/15/2002 | HSBC Private Bank (Suisse) S.A. | (370,000) | | |
| 5/23/2002 | HSBC Private Bank (Suisse) S.A. | (1,652,819) | | |
| 5/23/2002 | HSBC Private Bank (Suisse) S.A. | (733,400) | | |
| 7/11/2002 | HSBC Private Bank (Suisse) S.A. | (25,000) | | |
| 8/13/2002 | HSBC Private Bank (Suisse) S.A. | (422,000) | | |
| 9/11/2002 | HSBC Private Bank (Suisse) S.A. | (67,000) | | |
| 11/13/2002 | HSBC Private Bank (Suisse) S.A. | (130,000) | | |
| 1/17/2003 | HSBC Private Bank (Suisse) S.A. | (34,000) | | (34,000) |
| 2/14/2003 | HSBC Private Bank (Suisse) S.A. | (916,000) | | (916,000) |
| 3/14/2003 | HSBC Private Bank (Suisse) S.A. | (1,120,000) | | (1,120,000) |
| 4/14/2003 | HSBC Private Bank (Suisse) S.A. | (160,000) | | (160,000) |
| 3/18/2004 | HSBC Private Bank (Suisse) S.A. | (286,575) | | (286,575) |
| 4/21/2004 | HSBC Private Bank (Suisse) S.A. | (116,039) | | (116,039) |
| 6/17/2004 | HSBC Private Bank (Suisse) S.A. | (1,948,594) | | (1,948,594) |
| 6/23/2004 | HSBC Private Bank (Suisse) S.A. | (925,000) | | (925,000) |
| 7/16/2004 | HSBC Private Bank (Suisse) S.A. | (249,247) | | (249,247) |
| 8/13/2004 | HSBC Private Bank (Suisse) S.A. | (29,890) | | (29,890) |
| 12/13/2004 | HSBC Private Bank (Suisse) S.A. | (241,020) | | (241,020) |
| 1/14/2005 | HSBC Private Bank (Suisse) S.A. | (311,730) | | (311,730) |
| 2/22/2005 | HSBC Private Bank (Suisse) S.A. | (219,100) | | (219,100) |
| 3/15/2005 | HSBC Private Bank (Suisse) S.A. | (644,443) | | (644,443) |
| 4/14/2005 | HSBC Private Bank (Suisse) S.A. | (445,071) | | (445,071) |
| 5/13/2005 | HSBC Private Bank (Suisse) S.A. | (160,000) | | (160,000) |
| 5/13/2005 | HSBC Private Bank (Suisse) S.A. | (2,830,446) | | (2,830,446) |
| 6/15/2005 | HSBC Private Bank (Suisse) S.A. | (156,670) | | (156,670) |
| 7/15/2005 | HSBC Private Bank (Suisse) S.A. | (1,080,498) | | (1,080,498) |
| 9/6/2005 | HSBC Private Bank (Suisse) S.A. | (606,074) | | (606,074) |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| Date | HSBC Defendant | Transfer Amount | 2-Year Transfers | 6-Year Transfers |
| 9/15/2005 | HSBC Private Bank (Suisse) S.A. | (32,040) | | (32,040) |
| 9/15/2005 | HSBC Private Bank (Suisse) S.A. | (250,000) | | (250,000) |
| 9/15/2005 | HSBC Private Bank (Suisse) S.A. | (6,673,441) | | (6,673,441) |
| 10/14/2005 | HSBC Private Bank (Suisse) S.A. | (150,000) | | (150,000) |
| 10/14/2005 | HSBC Private Bank (Suisse) S.A. | (69,316) | | (69,316) |
| 10/14/2005 | HSBC Private Bank (Suisse) S.A. | (5,770,864) | | (5,770,864) |
| 11/17/2005 | HSBC Private Bank (Suisse) S.A. | (210,000) | | (210,000) |
| 11/17/2005 | HSBC Private Bank (Suisse) S.A. | (2,055,892) | | (2,055,892) |
| 12/19/2005 | HSBC Private Bank (Suisse) S.A. | (124,945) | | (124,945) |
| 12/19/2005 | HSBC Private Bank (Suisse) S.A. | (1,523,030) | | (1,523,030) |
| 12/19/2005 | HSBC Private Bank (Suisse) S.A. | (2,034,868) | | (2,034,868) |
| 1/19/2006 | HSBC Private Bank (Suisse) S.A. | (182,800) | | (182,800) |
| 1/19/2006 | HSBC Private Bank (Suisse) S.A. | (2,231,042) | | (2,231,042) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (50,000) | | (50,000) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (491,370) | | (491,370) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (938,453) | | (938,453) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (1,453,629) | | (1,453,629) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (2,977,224) | | (2,977,224) |
| 3/17/2006 | HSBC Private Bank (Suisse) S.A. | (111,393) | | (111,393) |
| 4/20/2006 | HSBC Private Bank (Suisse) S.A. | (867,195) | | (867,195) |
| 4/21/2006 | HSBC Private Bank (Suisse) S.A. | (1,949,616) | | (1,949,616) |
| 5/15/2006 | HSBC Private Bank (Suisse) S.A. | (6,021,110) | | (6,021,110) |
| 6/16/2006 | HSBC Private Bank (Suisse) S.A. | (1,553,339) | | (1,553,339) |
| 7/20/2006 | HSBC Private Bank (Suisse) S.A. | (633,759) | | (633,759) |
| 8/14/2006 | HSBC Private Bank (Suisse) S.A. | (304,177) | | (304,177) |
| 9/14/2006 | HSBC Private Bank (Suisse) S.A. | (296,244) | | (296,244) |
| 9/14/2006 | HSBC Private Bank (Suisse) S.A. | (380,402) | | (380,402) |
| 10/12/2006 | HSBC Private Bank (Suisse) S.A. | (829,096) | | (829,096) |
| 12/15/2006 | HSBC Private Bank (Suisse) S.A. | (879,587) | (879,587) | (879,587) |
| 1/16/2007 | HSBC Private Bank (Suisse) S.A. | (169,250) | (169,250) | (169,250) |
| 2/15/2007 | HSBC Private Bank (Suisse) S.A. | (356,632) | (356,632) | (356,632) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (100,129) | (100,129) | (100,129) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (154,948) | (154,948) | (154,948) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (265,081) | (265,081) | (265,081) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (2,469,622) | (2,469,622) | (2,469,622) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
| --- | --- | --- | --- | --- |
| Date | HSBC Defendant | Transfer Amount | 2-Year Transfers | 6-Year Transfers |
| 4/17/2007 | HSBC Private Bank (Suisse) S.A. | (1,632,985) | (1,632,985) | (1,632,985) |
| 5/16/2007 | HSBC Private Bank (Suisse) S.A. | (551,144) | (551,144) | (551,144) |
| 5/16/2007 | HSBC Private Bank (Suisse) S.A. | (552,937) | (552,937) | (552,937) |
| 6/15/2007 | HSBC Private Bank (Suisse) S.A. | (30,000) | (30,000) | (30,000) |
| 6/15/2007 | HSBC Private Bank (Suisse) S.A. | (5,066,115) | (5,066,115) | (5,066,115) |
| 7/19/2007 | HSBC Private Bank (Suisse) S.A. | (20,244,083) | (20,244,083) | (20,244,083) |
| 7/19/2007 | HSBC Private Bank (Suisse) S.A. | (2,394,804) | (2,394,804) | (2,394,804) |
| 7/19/2007 | HSBC Private Bank (Suisse) S.A. | (422,790) | (422,790) | (422,790) |
| 8/17/2007 | HSBC Private Bank (Suisse) S.A. | (50,140) | (50,140) | (50,140) |
| 8/17/2007 | HSBC Private Bank (Suisse) S.A. | (1,198,875) | (1,198,875) | (1,198,875) |
| 9/19/2007 | HSBC Private Bank (Suisse) S.A. | (30,000) | (30,000) | (30,000) |
| 9/19/2007 | HSBC Private Bank (Suisse) S.A. | (83,843) | (83,843) | (83,843) |
| 10/16/2007 | HSBC Private Bank (Suisse) S.A. | (267,834) | (267,834) | (267,834) |
| 10/16/2007 | HSBC Private Bank (Suisse) S.A. | (375,072) | (375,072) | (375,072) |
| 11/19/2007 | HSBC Private Bank (Suisse) S.A. | (9,482,634) | (9,482,634) | (9,482,634) |
| 12/19/2007 | HSBC Private Bank (Suisse) S.A. | (257,729) | (257,729) | (257,729) |
| 12/19/2007 | HSBC Private Bank (Suisse) S.A. | (2,010,126) | (2,010,126) | (2,010,126) |
| 1/17/2008 | HSBC Private Bank (Suisse) S.A. | (1,665,884) | (1,665,884) | (1,665,884) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (156,329) | (156,329) | (156,329) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (453,859) | (453,859) | (453,859) |
| 3/18/2008 | HSBC Private Bank (Suisse) S.A. | (124,648) | (124,648) | (124,648) |
| 3/18/2008 | HSBC Private Bank (Suisse) S.A. | (2,324,407) | (2,324,407) | (2,324,407) |
| 4/14/2008 | HSBC Private Bank (Suisse) S.A. | (170,690) | (170,690) | (170,690) |
| 4/14/2008 | HSBC Private Bank (Suisse) S.A. | (1,085,129) | (1,085,129) | (1,085,129) |
| 5/15/2008 | HSBC Private Bank (Suisse) S.A. | (113,265) | (113,265) | (113,265) |
| 5/15/2008 | HSBC Private Bank (Suisse) S.A. | (708,147) | (708,147) | (708,147) |
| 6/17/2008 | HSBC Private Bank (Suisse) S.A. | (86,172) | (86,172) | (86,172) |
| 7/15/2008 | HSBC Private Bank (Suisse) S.A. | (67,000) | (67,000) | (67,000) |
| 7/15/2008 | HSBC Private Bank (Suisse) S.A. | (113,089) | (113,089) | (113,089) |
| 7/31/2008 | HSBC Private Bank (Suisse) S.A. | (296,237) | (296,237) | (296,237) |
| 7/31/2008 | HSBC Private Bank (Suisse) S.A. | (593,809) | (593,809) | (593,809) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (395,731) | (395,731) | (395,731) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (1,688,638) | (1,688,638) | (1,688,638) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (107,833) | (107,833) | (107,833) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (403,750) | (403,750) | (403,750) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (40,000) | (40,000) | (40,000) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (109,694) | (109,694) | (109,694) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (294,358) | (294,358) | (294,358) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (715,985) | (715,985) | (715,985) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (1,016,176) | (1,016,176) | (1,016,176) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (1,290,953) | (1,290,953) | (1,290,953) |
| 10/15/2008 | HSBC Private Bank (Suisse) S.A. | (66,193) | (66,193) | (66,193) |
| 10/15/2008 | HSBC Private Bank (Suisse) S.A. | (166,104) | (166,104) | (166,104) |
| 10/15/2008 | HSBC Private Bank (Suisse) S.A. | (1,007,591) | (1,007,591) | (1,007,591) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (25,875) | (25,875) | (25,875) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (67,921) | (67,921) | (67,921) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (163,015) | (163,015) | (163,015) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (726,181) | (726,181) | (726,181) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (93,810) | (93,810) | (93,810) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (103,592) | (103,592) | (103,592) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (222,713) | (222,713) | (222,713) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (323,042) | (323,042) | (323,042) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (3,715,885) | (3,715,885) | (3,715,885) |
| | **Subtotal:** | **$ (363,383,585)** | **$ (69,750,062)** | **$ (122,395,703)** |
| 5/13/2005 | HSBC | (168,857) | | (168,857) |
| 6/15/2005 | HSBC | (566,376) | | (566,376) |
| 6/15/2005 | HSBC | (44,698) | | (44,698) |
| 7/15/2005 | HSBC | (1,354,043) | | (1,354,043) |
| 9/15/2005 | HSBC | (55,875) | | (55,875) |
| 11/17/2005 | HSBC | (584,994) | | (584,994) |
| 12/19/2005 | HSBC | (792,989) | | (792,989) |
| 12/19/2005 | HSBC | (319,382) | | (319,382) |
| 12/19/2005 | HSBC | (113,555) | | (113,555) |
| 1/19/2006 | HSBC | (1,495,058) | | (1,495,058) |
| 1/19/2006 | HSBC | (1,026,976) | | (1,026,976) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
| --- | --- | --- | --- | --- |
| Date | HSBC Defendant | Transfer Amount | 2-Year Transfers | 6-Year Transfers |
| 1/19/2006 | HSBC | (179,411) | | (179,411) |
| 2/15/2006 | HSBC | (2,922,356) | | (2,922,356) |
| 3/17/2006 | HSBC | (4,786,140) | | (4,786,140) |
| 5/15/2006 | HSBC | (258,055) | | (258,055) |
| 5/15/2006 | HSBC | (1,202,874) | | (1,202,874) |
| 6/16/2006 | HSBC | (2,191,799) | | (2,191,799) |
| 7/20/2006 | HSBC | (628,888) | | (628,888) |
| 8/14/2006 | HSBC | (1,131,137) | | (1,131,137) |
| 8/14/2006 | HSBC | (56,115) | | (56,115) |
| 9/14/2006 | HSBC | (921,808) | | (921,808) |
| 11/14/2006 | HSBC | (205,296) | | (205,296) |
| 12/15/2006 | HSBC | (129,720) | (129,720) | (129,720) |
| 1/16/2007 | HSBC | (380,530) | (380,530) | (380,530) |
| 2/15/2007 | HSBC | (688,900) | (688,900) | (688,900) |
| 3/16/2007 | HSBC | (969,525) | (969,525) | (969,525) |
| 4/17/2007 | HSBC | (138,406) | (138,406) | (138,406) |
| 4/17/2007 | HSBC | (329,959) | (329,959) | (329,959) |
| 4/17/2007 | HSBC | (306,289) | (306,289) | (306,289) |
| 4/17/2007 | HSBC | (231,285) | (231,285) | (231,285) |
| 5/16/2007 | HSBC | (2,721,854) | (2,721,854) | (2,721,854) |
| 6/15/2007 | HSBC | (268,181) | (268,181) | (268,181) |
| 7/19/2007 | HSBC | (42,948) | (42,948) | (42,948) |
| 8/17/2007 | HSBC | (407,689) | (407,689) | (407,689) |
| 8/22/2007 | HSBC | (500,000) | (500,000) | (500,000) |
| 9/19/2007 | HSBC | (410,138) | (410,138) | (410,138) |
| 10/15/2007 | HSBC | (322,121) | (322,121) | (322,121) |
| 11/19/2007 | HSBC | (407,023) | (407,023) | (407,023) |
| 12/19/2007 | HSBC | (69,587) | (69,587) | (69,587) |
| 12/19/2007 | HSBC | (34,149) | (34,149) | (34,149) |
| 2/15/2008 | HSBC | (190,048) | (190,048) | (190,048) |
| 2/15/2008 | HSBC | (185,375) | (185,375) | (185,375) |
| 3/18/2008 | HSBC | (220,396) | (220,396) | (220,396) |
| 4/14/2008 | HSBC | (342,905) | (342,905) | (342,905) |
| 6/17/2008 | HSBC | (484,618) | (484,618) | (484,618) |
| 7/15/2008 | HSBC | (73,812) | (73,812) | (73,812) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| Date | HSBC Defendant | Transfer Amount | 2-Year Transfers | 6-Year Transfers |
| 8/18/2008 | HSBC | (66,720) | (66,720) | (66,720) |
| 11/19/2008 | HSBC | (466,659) | (466,659) | (466,659) |
| 11/19/2008 | HSBC | (193,248) | (193,248) | (193,248) |
| 11/19/2008 | HSBC | (186,364) | (186,364) | (186,364) |
| | Subtotal: | $ (31,775,129) | $ (10,768,447) | $ (31,775,129) |
| | Grand Total: | $ (395,158,714) | $ (80,518,509) | $ (154,170,832) |

Exhibit H

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO HSBC DEFENDANTS**

| Column 1<br>Date | Column 2<br>HSBC Defendant | Column 3<br>Transfer Amount | Column 4<br>2-Year Transfers | Column 5<br>6-Year Transfers |
|---|---|---:|---:|---:|
| 2/26/2001 | HSBC Private Bank (Suisse) S.A. | (49,021) | | |
| 10/23/2001 | HSBC Private Bank (Suisse) S.A. | (45,631) | | |
| 11/13/2002 | HSBC Private Bank (Suisse) S.A. | (20,139) | | |
| 5/14/2003 | HSBC Private Bank (Suisse) S.A. | (28,818) | | (28,818) |
| 4/27/2004 | HSBC Private Bank (Suisse) S.A. | (22,958) | | (22,958) |
| 8/20/2004 | HSBC Private Bank (Suisse) S.A. | (78,493) | | (78,493) |
| 11/23/2005 | HSBC Private Bank (Suisse) S.A. | (144,549) | | (144,549) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (124,457) | | (124,457) |
| 4/21/2006 | HSBC Private Bank (Suisse) S.A. | (277,574) | | (277,574) |
| 4/21/2006 | HSBC Private Bank (Suisse) S.A. | (65,246) | | (65,246) |
| 5/24/2006 | HSBC Private Bank (Suisse) S.A. | (75,417) | | (75,417) |
| 12/18/2007 | HSBC Private Bank (Suisse) S.A. | (153,442) | (153,442) | (153,442) |
| 1/22/2008 | HSBC Private Bank (Suisse) S.A. | (235,664) | (235,664) | (235,664) |
| 1/22/2008 | HSBC Private Bank (Suisse) S.A. | (491,520) | (491,520) | (491,520) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (451,208) | (451,208) | (451,208) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (63,255) | (63,255) | (63,255) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (226,108) | (226,108) | (226,108) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (105,517) | (105,517) | (105,517) |
| 3/18/2008 | HSBC Private Bank (Suisse) S.A. | (3,128,885) | (3,128,885) | (3,128,885) |
| 4/18/2008 | HSBC Private Bank (Suisse) S.A. | (163,030) | (163,030) | (163,030) |
| 4/22/2008 | HSBC Private Bank (Suisse) S.A. | (164,006) | (164,006) | (164,006) |
| 8/15/2008 | HSBC Private Bank (Suisse) S.A. | (499,480) | (499,480) | (499,480) |
| 8/15/2008 | HSBC Private Bank (Suisse) S.A. | (767,465) | (767,465) | (767,465) |
| 11/21/2008 | HSBC Private Bank (Suisse) S.A. | (1,813,414) | (1,813,414) | (1,813,414) |
| | Total: | $ (9,195,298) | $ (8,262,993) | $ (9,080,506) |

## SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET FUND LP TO HSBC DEFENDANTS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 9/4/2007 | HSBC Bank USA, N.A | (50,000,000) | (50,000,000) | (50,000,000) |
| | Subtotal: | $ (50,000,000) | $ (50,000,000) | $ (50,000,000) |
| 7/2/2008 | HSBC USA, Inc. | (13,500,000) | (13,500,000) | (13,500,000) |
| | Subtotal: | $ (13,500,000) | $ (13,500,000) | $ (13,500,000) |
| | Grand Total: | $ (63,500,000) | $ (63,500,000) | $ (63,500,000) |

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 12/1/2008 | HSBC Bank plc | (15,900,000) | (15,900,000) | (15,900,000) |
| | Total: | $ (15,900,000) | $ (15,900,000) | $ (15,900,000) |

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL PORTFOLIO LTD TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 9/4/2007 | HSBC Bank plc | (28,000,000) | (28,000,000) | (28,000,000) |
| 10/1/2007 | HSBC Bank plc | (20,000,000) | (20,000,000) | (20,000,000) |
| 8/1/2008 | HSBC Bank plc | (5,000,000) | (5,000,000) | (5,000,000) |
| | Total: | $ (53,000,000) | $ (53,000,000) | $ (53,000,000) |

**SUBSEQUENT TRANSFERS FROM THEMA INTERNATIONAL FUND PLC TO HSBC DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **Date** | **HSBC Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 4/10/2008 | HSBC Bank plc | (14,094,389) | (14,094,389) | (14,094,389) |
| | Total: $ | (14,094,389) $ | (14,094,389) $ | (14,094,389) |