# LEWIS & MCKENNA
## ATTORNEYS AT LAW

PAUL Z. LEWIS*†°
MICHAEL F. MCKENNA*†◊
JOHN P. DI BIASI◊*†*
JAMES M. MCMAHON*†*
GREGORY S. GOETT†*
ANNE E. PENIX*°
NICHOLAS J. ZAITA*†
LEVI W. BARRETT*†
ANTHONY J. TAVORMINA*†
ALYSE D. TERHUNE*†

GEORGE F. MACKEY*†
OF COUNSEL

* NJ BAR
◊ FL BAR
° DC BAR
○ PA BAR
† NY BAR
■ MA BAR
▲ TX BAR

NEW JERSEY OFFICE
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
(201) 934-9800
TELECOPIER: (201) 934-8681

NEW YORK OFFICE
250 WEST 57TH STREET
SUITE 1619
NEW YORK, N.Y. 10107
(212) 772-0943

WWW.LEWISMCKENNA.COM

June 29, 2015

REPLY TO:   NJ

ggoett@lewismckenna.com

– Via Electronic Mail –
Hon. Judge Stuart M. Bernstein
One Bowling Green
New York, New York 10004-1408

Re:   *Irving H. Picard, as Trustee for BLMIS v. Andrew Cohen; AP #10-04311*

Dear Judge Bernstein:

Please accept this in follow up to our firm's phone call with chambers this morning. Pursuant to the Court's Order of June 2, 2015, the parties were to submit a pretrial Order by June 30, 2015 for the above referenced matter, currently scheduled for October 14, 2015. Due to unexpected circumstances, specifically the hospitalization and health of trial counsel, Paul Lewis, we are requesting an extension to file the Order until July 9, 2015 – with counsel for defendant Cohen to provide a proposed joint order to the Trustee by the COB on Monday July 6, 2015.

We have contacted counsel for the Trustee on this matter and have obtained their consent to the same. We appreciate the Court's consideration of this matter.

*Granted*
*SMB*
*6/29/15*

Sincerely,

Gregory S. Goett

cc: Baker Hostetler *(Via Electronic Mail)*