## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
|     Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|     Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04723 (SMB) |
|     Plaintiff, | |
| v. | |
| MITCHELL ROSS, in his capacity as personal representative and primary beneficiary of the estate of Leon Ross and in his capacity as personal representative and primary beneficiary of the estate of Miriam Ross, | |
|     Defendant. | |

### STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including September 1, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  June 30, 2015
        New York, New York

By:      */s/ Nicholas J. Cremona*
         **BAKER & HOSTETLER LLP**
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: (212) 589-4200
         Facsimile: (212) 589-4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Nicholas J. Cremona
         Email:  ncremona@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee for the*
         *Substantively Consolidated SIPA Liquidation of*
         *Bernard L. Madoff Investment Securities LLC and*
         *Bernard L. Madoff*

Dated:  June 30, 2015
        New York, New York

By:      */s/ Matthew A. Kupillas*
         **MILBERG LLP**
         One Pennsylvania Plaza
         New York, NY 10119
         Telephone: (212) 594-5300
         Facsimile: (212) 868-1229
         Matthew Gluck
         Email: mgluck@milberg.com
         Matthew A. Kupillas
         Email: mkupillas@milberg.com
         Joshua E. Keller
         Email: jkeller@milberg.com

         *Attorneys for Defendant Mitchell Ross, in his*
         *capacity as personal representative and primary*
         *beneficiary of the estate of Leon Ross and in his*
         *capacity as personal representative and primary*
         *beneficiary of the estate of Miriam Ross*

Dated:  June 30, 2015
        Uniondale, New York

By:     */s/ Ted. A. Berkowitz*
        **TED A. BERKOWITZ**
        Farrell Fritz, P.C.
        1320 RXR Plaza
        Uniondale, NY 11556
        Telephone: (516) 227-0647
        tberkowitz@farrellfritz.com

        *Mediator*