**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05167 (SMB) |
| v. | |
| ESTATE OF ELAINE COOPER, STEVEN MNUCHIN, as executor, as trustee, and as an individual, ALAN MNUCHIN, as executor, as trustee, and as an individual, GENERATION SKIPPING TRANSFER TRUST FBO ALAN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF | |

300362823

| |
|---|
| ELAINE TERNER COOPER, a New York trust, GENERATION SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO ALAN MNUCHIN UNDER ARTICLE 5A OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, a New York trust, TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 5B OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO E.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO D.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, TRUST FBO J.M. UNDER ARTICLE 5C OF THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER, New York trust, WILLIAM D. ZABEL, as trustee, and NELL HEFFNER, <br><br>                                    Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the Court by filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an

300362823

answer or a motion for summary judgment.

Dated: June 29, 2015
       New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**

11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

BAKER & HOSTETLER LLP

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300362823