| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br> v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and ESTATE OF MARK D. MADOFF,<br><br>       Defendants. | Adv. Pro. No. 09-1503 (SMB) |

**STIPULATION AND ORDER EXTENDING THE NOTICE OF PENDENCY FILED AGAINST CERTAIN PROPERTY IN NEW YORK COUNTY OWNED BY <u>DEFENDANT ANDREW H. MADOFF</u>**

WHEREAS, on October 2, 2009, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), filed a complaint in the above-captioned adversary proceeding;

WHEREAS, the Trustee subsequently filed an Amended Complaint and a Second Amended Complaint (the "SAC") in the above-captioned adversary proceeding, on November 7, 2011 and May 4, 2012, respectively;

WHEREAS, the SAC presently remains the operative complaint in the above-captioned proceeding;

WHEREAS, the SAC alleges, among other things, that certain transfers of Customer Property (as defined by SIPA § 78*lll*(4)) from BLMIS were used to purchase real property for Defendant Andrew H. Madoff ("Andrew Madoff") located at 433 East 74th Street, Apartment 5A, New York, New York 10021-3901 (the "433 East 74th Street Property");

WHEREAS, on July 10, 2012, the Trustee filed the notice of pendency attached hereto as Exhibit A (the "Notice of Pendency") against the 433 East 74th Street Property in the New York County Clerk's Office;

WHEREAS, Andrew Madoff passed away on September 3, 2014;

WHEREAS, the Trustee and Martin Flumenbaum, Executor of Andrew Madoff's estate, have stipulated to extend the Trustee's time to substitute Mr. Flumenbaum, and Andrew Madoff's estate, for Andrew Madoff in this proceeding to July 10, 2015 (Dkt. No. 217);

WHEREAS, pursuant to section 6513 of the New York Civil Practice Law and Rules ("CPLR 6513"), a notice of pendency is effective for a period of three years from the date of filing, and, in accordance with CPLR 6513, the Trustee's Notice of Pendency shall expire on July 10, 2015; and

WHEREAS, the parties are engaged in settlement discussions and negotiations, but neither such discussions and negotiations nor this adversary proceeding will conclude before the Notice of Pendency expires on July 10, 2015.

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED that:**

1. The Trustee has established good cause for extension of the Notice of Pendency, as required by CPLR 6513.

2. Pursuant to CPLR 6513, the Notice of Pendency is extended for an additional six-month period from the date upon which this Stipulation and Order is entered.

3. The New York County Clerk's Office shall file, record, and index this Stipulation and Order prior to the expiration of the Notice of Pendency.

4. This Stipulation and Order shall be effective and enforceable immediately upon entry.

5. This Stipulation and Order is intended by all parties hereto to be solely for the purpose of extending the Notice of Pendency. The parties to this Stipulation and Order reserve all rights, claims and/or defenses they may have, and entry into this Stipulation and Order shall not impair or otherwise affect any such rights, claims and/or defenses.

6. This Stipulation and Order may be executed in counterparts and original signatures are not required as copies or facsimile of executed counterparts of this Stipulation are deemed an original and binding. All such counterparts shall together constitute one and the same agreement.

Dated: June 30, 2015
New York, New York

BAKER & HOSTETLER LLP

By: */s/ David J. Sheehan*
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lauren J. Resnick
Email: lresnick@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

MARTIN FLUMENBAUM

By: */s/ Martin Flumenbaum*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3191
Facsimile: (212) 492-0191
Martin Flumenbaum
Email: mflumenbaum@paulweiss.com
Andrew Ehrlich
Email: aehrlich@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

DAVID BLUMENFELD

By: */s/ David Blumenfeld*
    101 Whitney Lane
    Old Westbury, New York 11568

*Successor Executor of the Estate of Mark D. Madoff*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Andrew Ehrlich*
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3191
    Facsimile: (212) 492-0191
    Martin Flumenbaum
    Email: mflumenbaum@paulweiss.com
    Andrew Ehrlich
    Email: aehrlich@paulweiss.com

*Attorneys for Defendants the Estate of Andrew H. Madoff, Martin Flumenbaum, as Executor, and the Estate of Mark D. Madoff, David Blumenfeld as Executor*

SO ORDERED:

Dated: June 30th, 2015　　　　　　　/s/ STUART M. BERNSTEIN
New York, New York　　　　　　　　HONORABLE STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE