**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>SIDNEY LADIN REVOCABLE TRUST DATED 12/30/96; SIDNEY R. LADIN GRANTOR RETAINED ANNUITY TRUST 11/3/04; SIDNEY R. LADIN, individually and in his capacity as Grantor and Trustee of the Sidney Ladin Revocable Trust dated 12/30/96 and the Sidney R. Ladin Grantor Retained Annuity Trust dated 11/3/04; SHARLENE | Adv. Pro. No. 10-04436 (SMB) |

LADIN, in her capacity as Trustee of the Sidney Ladin Revocable Trust dated 12/30/96; and SIDNEY KAPLAN, in his capacity as Trustee of the Sidney R. Ladin Grantor Retained Annuity Trust dated 11/3/04,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: Passed.

2. Fact Discovery shall be completed by: Passed.

3. The Disclosure of Case-in-Chief Experts shall be due: September 18, 2015.

4. The Disclosure of Rebuttal Experts shall be due: October 19, 2015.

5. The Deadline for Completion of Expert Discovery shall be due: December 18, 2015.

6. The Deadline to File a Notice of Mediation Referral shall be due: December 23, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be due: January 13, 2016.

8. The Deadline for Conclusion of Mediation shall be due: May 6, 2016.

Dated: New York, New York  
July 1, 2015

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*