**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>ELLERIN PARTNERSHIP, LTD.;<br><br>CHARLES ELLERIN REVOCABLE TRUST, in its capacities as GENERAL PARTNER and | Adv. Pro. No. 10-04398 (SMB) |

> LIMITED PARTNER of the ELLERIN PARTNERSHIP, LTD.;
>
> ESTATE OF CHARLES ELLERIN;
>
> SHIRLEY ELLERIN, in her capacities as PERSONAL REPRESENTATIVE of the ESTATE OF CHARLES ELLERIN and TRUSTEE of the CHARLES ELLERIN REVOCABLE TRUST;
>
> CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST, in its capacity as LIMITED PARTNER of the ELLERIN PARTNERSHIP, LTD.;
>
> ROBERT M. GRIFFITH, in his capacity as TRUSTEE of the CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST; and
>
> JANET WINTERS, INDIVIDUALLY as BENEFICIARY of the CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST,
>
>         Defendants.

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including July 30, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

2

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  July 1, 2015
  New York, New York

By:  */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

Dated: July 1, 2015
  New York, New York

By:  */s/ Brett Marks*
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Brett Marks
Email: brett.marks@akerman.com
Michael I. Goldberg
Email: michael.goldberg@akerman.com

Susan F. Balaschak
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email: susan.balaschak@akerman.com

*Attorneys for Ellerin Partnership, Ltd.; Charles Ellerin Revocable Trust, in its capacities as General Partner and Limited Partner of the Ellerin Partnership, Ltd.;*

4

*Charles Ellerin, in his capacities as Creator and Trustee of the Charles Ellerin Revocable Trust and Individually as Beneficiary of the Charles Ellerin Revocable Trust;*
*Charles Ellerin Irrevocable Gift Giving Trust, in its capacity as Limited Partner of the Ellerin Partnership, Ltd.;*
*Robert M. Griffith, in his capacity as Trustee of the Charles Ellerin Irrevocable Gift Giving Trust; the Estate of Charles Ellerin; and Shirley Ellerin, in her capacities as personal representative of the Estate of Charles Ellerin and as successor trustee of the Charles Ellerin Revocable Trust*

Dated: July 1, 2015
      New York, New York

_/s/ Deborah A. Reperowitz_
Deborah A. Reperowitz, Mediator
**TROUTMAN SANDERS LLP**
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6230
Facsimile: (212) 704-6288
Email: deborah.reperowitz@troutmansanders.com