**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br> (Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>              v.<br><br>LEGACY CAPITAL, LTD. and KHRONOS LLC,<br><br>              Defendants. | Adv. Pro. No. 10-05286 (SMB) |