**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04835 (SMB) |
| v. | |
| THE ESTATE OF DORRIS CARR BONFIGLI, and BARBARA BONFIGLI, in her capacity as executor of THE ESTATE OF DORRIS CARR BONFIGLI, | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants The Estate of Dorris Carr Bonfigli, and Barbara Bonfigli, in her capacity as executor of The Estate of Dorris Carr Bonfigli

("Defendants"), by and through their counsel, Davidoff Hutcher & Citron LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On January 4, 2012, the Trustee filed and served the Amended Complaint against Defendants.

2. On January 25, 2012, Defendants served an Amended Answer on the Trustee.

3. On September 2, 2014, the Parties entered into a partial settlement agreement and stay of further proceedings until resolution of Bankruptcy Code Section 546(e) appeal pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding without costs to the Trustee or Defendants.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 1, 2015

                                            **BAKER & HOSTETLER LLP**
                                            By: /s/ *Dean D. Hunt*
                                            45 Rockefeller Plaza
                                            New York, New York 10111

Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**DAVIDOFF HUTCHER & CITRON LLP**

By: /s/ *Michael Wexelbaum*
Michael Wexelbaum
605 Third Avenue
New York, New York 10158
Telephone: 212.557.7200
Facsimile: 212.286.1884

*Attorney for Defendants*

SO ORDERED

Dated: July 1, 2015
New York, New York

/s/ Stuart M. Bernstein
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3