**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>SHELDON SHAFFER TRUST DTD 3/26/1996; ESTATE OF SHELDON SHAFFER; and DIANNE H. SHAFFER, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust DTD 3/26/1996,<br><br>  Defendants. | Adv. Pro. No. 10-04873 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Sheldon Shaffer Trust dtd

3/26/1996; Estate Of Sheldon Shaffer; and Dianne H. Shaffer, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust dtd 3/26/1996 ("Defendants"), by and through their counsel, Blake Shepard of Stinson Leonard Street LLP and Tracy L. Klestadt of Klestadt Winters Jureller Southard & Stevens, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against Sheldon Shaffer Trust Dtd 3/26/1996 and Sheldon Shaffer, individually and in his capacity as trustee of the Sheldon Shaffer Trust dtd 3/26/1996.

2. On October 15, 2012, a Stipulation for Substitution of Defendant Sheldon Shaffer, deceased, with Defendant Dianne H. Shaffer, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust dtd 3/26/1996 was filed.

3. On April 21, 2014, Defendants Sheldon Shaffer Trust dtd 3/26/1996; Estate Of Sheldon Shaffer; and Dianne H. Shaffer, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust dtd 3/26/199 served an answer on the Trustee.

4. On March 25, 2015, the Parties entered into a partial settlement agreement and stay of further proceedings until resolution of Bankruptcy Code Section 546(e) appeal pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

6.     The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.     This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of this page intentionally left blank]*

...

Dated:  July 1, 2015

| **BAKER & HOSTETLER LLP** | **STINSON LEONARD STREET, LLP** |
|---|---|

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ *Blake Shepard*
150 South 5th Street, Suite 2300
Minneapolis, MN  55402
Telephone: 612.335.1548
Facsimile: 612.335.1657
Allen Saeks
E-mail: AIS1548@leonard.com
Blake Shepard
E-mail: Blake.Shepard@leonard.com

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: /s/ *Tracy L. Klestadt*
570 Seventh Avenue, 17th Floor
New York, New York 10018
Telephone: 212.972.3000
Facsimile: 212.972.2245
Tracy L. Klestadt
E-mail: tklestadt@klestadt.com
Brendan M. Scott
Email: bscott@klestadt.com

*Attorneys for Defendants Sheldon Shaffer Trust DTD 3/26/1996, Estate of Sheldon Shaffer, and Dianne H. Shaffer, in her capacity as Personal Representative of the Estate of Sheldon Shaffer and in her capacity as Successor Trustee of the Sheldon Shaffer Trust dtd 3/26/1996*

SO ORDERED

/s/ Stuart M. Bernstein
Dated:  July 1, 2015                HON. STUART M. BERNSTEIN
New York, New York              UNITED STATES BANKRUPTCY JUDGE