**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, v. | SIPA LIQUIDATION (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04676 (SMB) |
| Plaintiff, v. | |
| ESTATE OF SHELDON SHAFFER, and DIANNE H. SHAFFER, individually and as joint tenant, and in her capacity as Personal Representative of the Estate of Sheldon Shaffer, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendants Estate of Sheldon Shaffer, and

Dianne H. Shaffer, individually and as joint tenant, and in her capacity as Personal

Representative of the Estate of Sheldon Shaffer ("Defendants"), by and through their counsel,

Blake Shepard of Stinson Leonard Street LLP and Tracy L. Klestadt of Klestadt Winters Jureller

Southard & Stevens, LLP (collectively, the "Parties"), hereby stipulate and agree to the

following:

1.      On December 1, 2010, the Trustee filed and served the Complaint against Sheldon

Shaffer, individually and as joint tenant, and Diane Shaffer, individually and as joint tenant.

2.      On October 15, 2012, a Stipulation for Substitution of Defendant Sheldon Shaffer,

deceased, with Defendants Estate of Sheldon Shaffer, and Dianne H. Shaffer, in her capacity as

Personal Representative of the Estate of Sheldon Shaffer was filed.

3.      On January 17, 2014, Defendants The Estate of Sheldon Shaffer, and Dianne H.

Shaffer, individually and as joint tenant, and in her capacity as Personal Representative of the

Estate of Sheldon Shaffer served an answer on the Trustee.

4.      On March 25, 2015, the Parties entered into a partial settlement agreement and

stay of further proceedings until resolution of Bankruptcy Code Section 546(e) appeal pursuant

to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No.

3181].

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

prejudice of the Trustee's claims against Defendants in the above-captioned adversary

proceeding and dismissing the adversary proceeding.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

7.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of this page intentionally left blank]*

Dated:  July 1, 2015

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Dean D. Hunt
Email:  dhunt@bakerlaw.com


*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC and the
Estate of Bernard L. Madoff*

**STINSON LEONARD STREET, LLP**

By: /s/ *Blake Shepard*
150 South 5th Street, Suite 2300
Minneapolis, MN  55402
Telephone: 612.335.1548
Facsimile: 612.335.1657
Allen Saeks
E-mail: AIS1548@leonard.com
Blake Shepard
E-mail: Blake.Shepard@leonard.com


**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: /s/ *Tracy L. Klestadt*
570 Seventh Avenue, 17th Floor
New York, New York 10018
Telephone: 212.972.3000
Facsimile: 212.972.2245
Tracy L. Klestadt
E-mail: tklestadt@klestadt.com
Brendan M. Scott
Email: bscott@klestadt.com


*Attorneys for Defendants Estate of Sheldon
Shaffer, and Dianne H. Shaffer,
individually and as joint tenant, and in her
capacity as Personal Representative of the
Estate of Sheldon Shaffer*


SO ORDERED

/s/ Stuart M. Bernstein

Dated:  July 1, 2015            HON. STUART M. BERNSTEIN
New York, New York             UNITED STATES BANKRUPTCY JUDGE