**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>WOODLAND PARTNERS L.P.,<br><br>WOODLAND MANAGEMENT, INC.,<br><br>BERNSTEIN PROPERTIES LLC, and<br><br>THOMAS BERNSTEIN,<br><br>    Defendants. | Adv. Pro. No. 10-04708 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Woodland Partners L.P., Woodland Management, Inc., Bernstein Properties LLC, and Thomas Bernstein ("Defendants"), by and through its counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

1. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

2. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

3. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*The Remainder of this Page is Intentionally Left Blank*]

Dated: July 2, 2015

| **BAKER & HOSTETLER LLP** | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| */s/ Marc Hirschfield* | */s/ James R. Walker* |
| 45 Rockefeller Plaza | One Oxford Centre |
| New York, New York 10111 | 301 Grant Street |
| Telephone: (212) 589-4200 | Pittsburgh, Pennsylvania 15219 |
| Facsimile: (212) 589-4201 | Telephone: (412) 562-8499 |
| David J. Sheehan | Facsimile: (412) 562-1041 |
| Email: dsheehan@bakerlaw.com | James R. Walker |
| Marc Hirschfield | Email: james.walker@bipc.com |
| Email: mhirschfield@bakerlaw.com | |
| Tatiana Markel | *Attorneys for Defendants* |
| Email: tmarkel@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED:

Dated: July 2nd, 2015          /s/ STUART M. BERNSTEIN
New York, New York            HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE