**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WEINER INVESTMENTS, L.P., *et al*.<br><br>    Defendants. | Adv. Pro. No. 10-05374 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Weiner Investments, L.P., Weiner Properties, LLLC, in its capacity as a general partner of Weiner Investments, L.P., Bruce B. Weiner, in his capacity as a general partner of Weiner Investments, L.P., Susan S. Weiner, in her capacity as a limited partner of Weiner Investments, L.P. and as Trustee of the Bruce and Susan Weiner Dynasty Trust, Bruce and Susan Weiner Dynasty Trust, in its capacity as a limited partner of Weiner Investments, L.P., Joshua S. Weiner Irrevocable Trust Number Two for S Corporation Stock, in its capacity as a limited partner of Weiner Investments, L.P., James H. Weiner Irrevocable Trust Number Two for S Corporation Stock, in its capacity as a limited partner of Weiner Investments, L.P., Jay Weiner Revocable Trust, in its capacity as a limited partner of Weiner Investments, L.P., Weiner Family Trust U/D/T 10/14/98, in its capacity as a limited partner of Weiner Investments, L.P., Jay Weiner, in his capacity as Trustee of the Joshua S. Weiner Irrevocable Trust Number Two for S Corporation Stock, the James H. Weiner Irrevocable Trust Number Two for S Corporation Stock, and the Jay Weiner Revocable Trust, Rosalyne Weiner Revocable Trust, in its capacity as a limited partner of Weiner Investments, L.P., Rosalyne Weiner, in her capacity as Trustee of the Rosalyne Weiner Revocable Trust, Samuel DiBiase, Kathy DiBiase, and Gerald Weiner, in his capacity as Trustee of the Weiner Family Trust U/D/T 10/14/98, (together, the "Defendants"), by and through their counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

    1.    In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary

proceeding and dismissing the adversary proceeding.

2.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

3.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 2, 2015

| **BAKER & HOSTETLER LLP** | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| */s/ Marc Hirschfield* | */s/ James R. Walker* |
| 45 Rockefeller Plaza | One Oxford Centre |
| New York, New York 10111 | 301 Grant Street |
| Telephone: (212) 589-4200 | Pittsburgh, Pennsylvania 15219 |
| Facsimile: (212) 589-4201 | Telephone: (412) 562-8499 |
| David J. Sheehan | Facsimile: (412) 562-1041 |
| Email: dsheehan@bakerlaw.com | James R. Walker |
| Marc Hirschfield | Email: james.walker@bipc.com |
| Email: mhirschfield@bakerlaw.com | |
| Tatiana Markel | *Attorneys for Defendants* |
| Email: tmarkel@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED:

Dated: July 2nd, 2015                           /s/ STUART M. BERNSTEIN
New York, New York                              HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

3