**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04807 (SMB) |
| Plaintiff, | |
| v. | |
| MILDRED KATZ, | |
| Defendant. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Mildred Katz ("Defendant"), by and through her counsel, Davidoff Hutcher & Citron LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On December 1, 2010, the Trustee filed and served the Complaint against Defendant.  The Trustee filed an Amended Complaint against Defendant on January 4, 2012.

2.      On December 14, 2011, Defendant served an answer to the Complaint on the Trustee.  Defendant filed an answer to the Amended Complaint on January 25, 2012.

3.      On October 6, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [ECF. No. 3181 in Adv. Pro. No. 08-01789 (SMB)], whereby they settled the Trustee's claims for the transfers made by BLMIS within two years of December 11, 2008 (the "Two Year Transfers") and agreed to stay this proceeding with respect to transfers made by BLMIS prior to December 11, 2006 (the "Non-Two Year Transfers") until a final, non-appealable order was issued with respect to an appeal pending in the United States Court of Appeals for the Second Circuit with respect to the Non-Two Year Transfers (the "546(e) Appeal") [ECF. No. 29 in this adversary proceeding].

4.      A final, non-appealable order has now been entered with respect to the 546(e) Appeal and the Parties have agreed to dismiss this adversary proceeding with prejudice and without costs to either the Trustee or the Defendant in accordance with their settlement agreement.

5.    In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissing the adversary proceeding without costs to the Trustee or Defendant.

6.    The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  July 2, 2015
Of Counsel:

**BAKER & HOSTLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**DAVIDOFF HUTCHER & CITRON LLP**

By: *s/ Michael Wexelbaum*
605 Third Avenue
New York, New York 10158
Telephone: 212.557.7200
Facsimile: 212.286.1844
Michael Wexelbaum
Email: mw@dhclegal.com

*Attorneys for Defendant*

SO ORDERED

/s/ STUART M. BERNSTEIN

Dated:  July 6th, 2015                    HONORABLE STUART M. BERNSTEIN
New York, New York                    UNITED STATES BANKRUPTCY JUDGE