**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br>      v.<br><br>KEYSTONE ELECTRONICS CORP. EMPLOYEE PROFIT SHARING TRUST, RICHARD D. DAVID, in his capacity as Trustee, and ROBERTA DAVID, in her capacity as Trustee,<br><br>             Defendants. | Adv. Pro. No. 10-04974 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Keystone Electronics Corp. Employee Profit Sharing Trust, Richard D. David, in his capacity as Trustee, and Roberta David, in her capacity as Trustee ("Defendants"), by and through its counsel, Fox Rothschild, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 12, 2010, the Trustee filed and served the Complaint against Defendants.

2. On June 23, 2011, Defendants served an answer on the Trustee.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 6, 2015

| **BAKER & HOSTETLER LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Marc Hirschfield* | */s/ Kathleen M. Aiello* |
| 45 Rockefeller Plaza | 100 Park Avenue, Suite 1500 |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: (212) 589-4200 | Telephone: (212) 878-7900 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 692-0940 |
| David J. Sheehan | Kathleen M. Aiello |
| Email: dsheehan@bakerlaw.com | Email: kaiello@foxrothschild.com |
| Marc Hirschfield | James Lemonedes |
| Email: mhirschfield@bakerlaw.com | Email: jlemonedes@foxrothschild.com |
| Oren J. Warshavsky | |
| Email: owarshavsky@bakerlaw.com | *Attorneys for Defendants* |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Anat Maytal | |
| Email: amaytal@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: July 6th ,2015
    New York, New York