**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>     Plaintiff,<br>  v.<br><br>CAROLYN JEAN BENJAMIN, in her capacity as executrix of the Estate of Robert A. Benjamin, as beneficiary of the Individual Retirement Account for the benefit of Robert A. Benjamin, and as beneficiary under the Last Will and Testament of Robert A. Benjamin,<br><br>PENNY PESATURO, as beneficiary of the Individual Retirement Account for the benefit of | Adv. Pro. No. 10-05102 (SMB) |

> Robert A. Benjamin, and as beneficiary under the Last Will and Testament of Robert A. Benjamin,
>
> And
>
> ROBIN DURR, as beneficiary of the Individual Retirement Account for the benefit of Robert A. Benjamin, and as beneficiary under the Last Will and Testament of Robert A. Benjamin,
>
>                      Defendants.

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the court by filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date: July 7, 2015
      New York, New York                              **BAKER & HOSTETLER LLP**

                                                        By: */s/ Nicholas J. Cremona*
                                                        45 Rockefeller Plaza
                                                        New York, New York 10111
                                                        Telephone: (212) 589-4200
                                                        Facsimile: (212) 589-4201
                                                        David J. Sheehan
                                                        Email: dsheehan@bakerlaw.com
                                                        Nicholas J. Cremona
                                                       Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and for the Estate of Bernard L. Madoff*