**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Christa C. Turner
P. Alexander Quimby

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of MAGNUS A. UNFLAT, MAGNUS A. UNFLAT, ELEANORE C. UNFLAT LIVING TRUST, ELEANORE C. UNFLAT, in her capacity as co-trustee of the | Adv. Pro. No. 10-04617 (SMB) |

ELEANORE C. UNFLAT LIVING TRUST,
MAGNUS A. UNFLAT, in his capacity as co-trustee
of the ELEANORE C. UNFLAT LIVING TRUST,
and ELEANORE C. UNFLAT, individually,

Defendant(s).

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 15, 2014

2. Fact Discovery shall be completed by: September 22, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: November 23, 2015

4. The Disclosure of Rebuttal Experts shall be due: December 23, 2015

5. The Deadline for Completion of Expert Discovery shall be: March 15, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: May 18, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 1, 2016.

8. The Deadline for Conclusion of Mediation shall be: October 3, 2016.

Dated:  July 7, 2015

| **BAKER & HOSTETLER LLP** | **DUANE MORRIS, LLP** |
|---|---|
| By: /s *Nicholas J. Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email:  mhirschfield@bakerlaw.com<br>Nicholas Cremona<br>Email:  ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br>P. Alexander Quimby<br>Email:  aquimby@bakerlaw.com<br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:  */s Michael R. Lastowski*_____<br> 1540 Broadway<br> New York, NY 10036-4086<br> Michael R. Lastowski, Esq.<br> Email: mlastoswki@duanemorris.com;<br> Stephen M. Honig, Esq.<br> Email: smhonig@duanemorris.com<br><br>*Attorneys for Defendants* MAGNUS A. UNFLAT, MAGNUS A. UNFLAT, ELEANORE C. UNFLAT LIVING TRUST, ELEANORE C. UNFLAT, in her capacity as co-trustee of the ELEANORE C. UNFLAT LIVING TRUST, MAGNUS A. UNFLAT, in his capacity as co-trustee of the ELEANORE C. UNFLAT LIVING TRUST, and ELEANORE C. UNFLAT, individually |

300363434.1