**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03483 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, | |
| Defendants. | |

## STIPULATION AND ORDER ADJOURNING HEARING
## AND DEADLINE TO OPPOSE MOTION

WHEREAS, on December 2, 2014, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, filed a Notice of Motion seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion (the "Motion") to substitute (i) the Estate of Andrew H. Madoff and Martin Flumenbaum for deceased defendant Andrew Madoff and (ii) David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate of Mark D. Madoff in this proceeding;

WHEREAS, by Stipulation and Order entered on February 4, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to February 27, 2015;

WHEREAS, by Stipulation and Order entered on February 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 13, 2015 and adjourned the hearing before the Court on the Motion to April 29, 2015, at 10:00 a.m.;

WHEREAS, by Stipulation and Order entered on March 13, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to March 27, 2015;

WHEREAS, by Stipulation and Order entered on March 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to April 27, 2015 and adjourned the hearing before the Court on the Motion to May 20, 2015, at 10:00 a.m.;

WHEREAS, by Stipulation and Order entered on April 27, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to June 5, 2015 and adjourned the hearing before the Court on the Motion to June 24, 2015, at 10:00 a.m.; and

WHEREAS, by Stipulation and Order entered on June 5, 2015, this Court adjourned the deadline for any opposition to the Motion to be filed to July 10, 2015 and adjourned the hearing before the Court on the Motion to August 26, 2015, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. Any opposition ("Opposition") to the Motion shall be filed by January 8, 2016.

2. The hearing before the Court on the Motion, which was previously scheduled to be held on August 26, 2015, is adjourned to February 24, 2016, at 10:00 a.m.

3. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the Court a further extension, or of any other party's right to object to any such request.

Dated: July 8, 2015  
       New York, New York

WINDELS MARX LANE & MITTENDORF LLP

BY: /s/ Howard L. Simon_____
    156 West 56th Street
    New York, New York 10019
    Telephone: (212) 237-1000
    Facsimile: (212) 262-1215
    Howard L. Simon
    hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

DAVID BLUMENFELD

BY: /s/ David Blumenfeld_____
    101 Whitney Lane
    Old Westbury, New York 11568

*Successor Executor of the Estate of Mark D. Madoff*

      MARTIN FLUMENBAUM

      BY: /s/ Martin Flumenbaum_____
          Paul, Weiss, Rifkind, Wharton & Garrison LLP
          1285 Avenue of the Americas
          New York, New York 10019-6064
          Telephone: (212) 373-3191
          Facsimile: (212) 492-0191
          Martin Flumenbaum
          Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

      BY: /s/ Andrew Ehrlich_____
          1285 Avenue of the Americas
          New York, New York 10019-6064
          Telephone: (212) 373-3191
          Facsimile: (212) 492-0191
          Martin Flumenbaum
          Email: mflumenbaum@paulweiss.com
          Andrew Ehrlich
          Email: aehrlich@paulweiss.com

*Attorneys for the Estate of Andrew H. Madoff and the Estate of Mark D. Madoff*

SO ORDERED:

Dated: July 8th, 2015           /s/ STUART M. BERNSTEIN_____
New York, New York          HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE