UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Richard E. Winter Revocable Trust U/A Dated October 30, 2002, (the "Claimant"), having filed an objection (the "Objection," Docket No. 813) to the Trustee's Notice of Determination of Claim respecting Claimant's Customer Claim No. 007053, hereby gives notice that it withdraws such Objection.

Dated: July __, 2015

                                                  Michael I. Goldberg, on behalf of Richard E. Winter Revocable Trust U/A Dated October 30, 2002
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: 954.463.2700

Akerman LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak, Esq.