**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN COHEN TRUST; NATHAN COHEN, individually and in his capacity as Trustee of the Nathan Cohen Trust; DAVID B. COHEN, in his capacity as Trustee of the Nathan Cohen Trust; and JONATHAN R. COHEN, in his capacity as trustee of the Nathan Cohen Trust,<br><br>Defendants. | Adv. Pro. No. 10-04850 (SMB) |

300330169

## STIPULATION FOR ENTRY OF JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff (the "Trustee") and defendants Nathan Cohen Trust (the "Trust"), Nathan Cohen, individually and in his capacity as trustee of the Trust, David B. Cohen, in his capacity as trustee of the Trust, and Jonathan R. Cohen, in his capacity as trustee of the Trust (collectively, "Defendants") (the Trustee and Defendants are collectively referred to as the "Parties", and individually as a "Party"), as follows:

1. That judgment shall be immediately entered herein against Defendants in the amount of $698,759.00.

2. That each and all of the allegations, claims and contentions of the Trustee alleged in the Complaint on file herein are true and that Defendants confirm the amount set forth in paragraph 1 above.

3. That judgment shall be final for all purposes upon entry of judgment and each Party waives any right to appeal therefrom.

4. That Defendants, represented in this action by counsel, have read and understand the contents of this Stipulation for Entry of Judgment (this "Stipulation").

5. That Defendants hereby expressly waive notice of entry of judgment, notice of and right to any hearing regarding entry of judgment, and notice of default hereon, and that judgment may be entered on an ex-parte basis.

6. This Stipulation may be signed in counterparts, all of which when taken together shall constitute the agreement of the Parties hereto. A photocopy, facsimile or email signature to

this Stipulation shall be deemed as an original signature for any and all purposes.

7. The judgment shall not bear interest.

Dated: _____, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhuchmuth@bakerlaw.com

BAKER & HOSTETLER LLP
By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

NATHAN COHEN TRUST

_____
Name: Nathan Cohen
Its: Trustee

NATHAN COHEN TRUST

_____
Name: David B. Cohen
Its: Trustee

NATHAN COHEN TRUST

_____
Name: Jonathan R. Cohen
Its: Trustee

_____
Nathan Cohen, as trustee of the Nathan Cohen Trust

3

300330169

this Stipulation shall be deemed as an original signature for any and all purposes.

    7.    The judgment shall not bear interest.

Dated: _____, 2015

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-6111<br>Telephone: 713.751.1600<br>Facsimile: 713.751.1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com<br>Farrell A. Hochmuth<br>Email: fhuchmuth@bakerlaw.com | By: _____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

NATHAN COHEN TRUST

_____
Name: Nathan Cohen
Its: Trustee

NATHAN COHEN TRUST

_____
Name: David B. Cohen
Its: Trustee

NATHAN COHEN TRUST

_____
Name: Jonathan R. Cohen
Its: Trustee

STATE OF FLORIDA
COUNTY OF Alachua
Sworn to (or affirmed) and subscribed before me this 8 day of June, 2015, by Jonathan R Cohen.
Judy Rimes
Signature of Notary Public - State of Florida
Judy Rimes
Print, Type, or Stamp Commissioned Name of Notary Public
Personally Known _____ OR Produced Identification ✓
Type of Identification Produced Florida DL

JUDY RIMES
MY COMMISSION # EE 856979
EXPIRES: January 7, 2017
Bonded Thru Notary Public Underwriters

_____
Nathan Cohen, as trustee of the Nathan Cohen Trust

3

300330169

this Stipulation shall be deemed as an original signature for any and all purposes.

7. The judgment shall not bear interest.

Dated: _____, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhuchmuth@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

NATHAN COHEN TRUST

_____
Name: Nathan Cohen
Its: Trustee

NATHAN COHEN TRUST

_____
Name: David B. Cohen
Its: Trustee

NATHAN COHEN TRUST

_____
Name: Jonathan R. Cohen
Its: Trustee

_____
Nathan Cohen, as trustee of the Nathan Cohen Trust

I certify that I have examined this document and this is an original.
Date 6/15/20.5
Victoria Lee Norton, Notary Public
State of Maryland, County of Harford.
My commission expires 08/24/2016

3

300330169

                            _____
David B. Cohen, as trustee of the Nathan Cohen Trust


                            _____
Jonathan R. Cohen, as trustee of the Nathan Cohen Trust

                            */s/ Nathan Cohen*
Nathan Cohen


AKERMAN LLP

By: _____
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Ford Lauderdale, Florida 33301-22296
Telephone: 954.463.2700
Facsimile: 954.463.2224
Michael I. Goldberg
Email: michael.goldberg@akerman.com

335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak
Email: susan.balaschak@ackerman.com

*Attorneys for Defendants*

STATE OF FLORIDA
COUNTY OF _Alachua_
Sworn to (or affirmed) and subscribed before me this _8_ day of _June_ _2015_, by _Jonathan R. Cohen_.

_Judy Rimes_
Signature of Notary Public - State of Florida
_Judy Rimes_
Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known _____ OR Produced Identification _✓_
Type of Identification Produced _Florida DL_

---

David B. Cohen, as trustee of the Nathan Cohen Trust

---

_/s/ Jonathan R. Cohen_

Jonathan R. Cohen, as trustee of the Nathan Cohen Trust

[Notary stamp: JUDY RIMES, COMMISSION # FF 000000, EXPIRES: January 7, 2017, Bonded Thru Notary Public Underwriters]

---

Nathan Cohen

AKERMAN LLP

By: _____
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Ford Lauderdale, Florida 33301-22296
Telephone: 954.463.2700
Facsimile: 954.463.2224
Michael I. Goldberg
Email: michael.goldberg@akerman.com

335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak
Email: susan.balaschak@ackerman.com

*Attorneys for Defendants*

4

300330169

_[signature: David B. Cohen]_
_____
David B. Cohen, as trustee of the Nathan Cohen Trust


_____
Jonathan R. Cohen, as trustee of the Nathan Cohen Trust


_____
Nathan Cohen


AKERMAN LLP

By: _____
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Ford Lauderdale, Florida 33301-22296
Telephone: 954.463.2700
Facsimile: 954.463.2224
Michael I. Goldberg
Email: michael.goldberg@akerman.com

335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak
Email: susan.balaschak@ackerman.com

*Attorneys for Defendants*

I certify that I have examined this document and this is an original.
Date 6/15/2015
_[signature]_
Victoria Lee Norton, Notary Public
State of Maryland, County of Harford.
   My commission expires 08/24/2016

4

300330169