**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05210 (SMB) |
| v. | |
| BOARD OF TRUSTEES, ENGINEERS JOINT PENSION FUND LOCALS 17, 106, 410, 463, 545 AND 832, INTERNATIONAL UNION OF OPERATING ENGINEERS, A.F.L.-C.I.O.; THOMAS E. CHARLES, as trustee; THERON H. HOGLE, as trustee; CLYDE J. JOHNSTON, JR., as trustee; DANIEL J. McGRAW, as trustee; | |

> ROBERT JONES, as trustee; ROCKNE BURNS, as trustee; EARL N. HALL, as trustee; ROBERT F. HILL, as trustee; JAMES C. LOGAN, as trustee; and EUGENE D. HALLOCK, III, as trustee,
>
> Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Board of Trustees, Engineers Joint Pension Fund Locals 17, 106, 410, 463, 545 and 832; International Union of Operating Engineers, A.F.L.-C.I.O.; Thomas E. Charles, as trustee; Theron H. Hogle, as trustee; Clyde J. Johnston, Jr., as trustee; Daniel J. McGraw, as trustee; Robert Jones, as trustee; Rockne Burns, as trustee; Earl N. Hall, as trustee; Robert F. Hill, as trustee; James C. Logan, as trustee; and Eugene D. Hallock, III, as trustee (collectively, "Defendants"), by and through their counsel, Slevin & Hart, P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 3, 2010, the Trustee filed and served the Complaint against Defendants.

2. On June 18, 2011, Defendants served an answer on the Trustee.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismissing the adversary proceeding with prejudice since the claims relate solely to alleged six year fictitious profits.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 8, 2015

Of Counsel:

**BAKER & HOSTLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**SLEVIN & HART, P.C.**

By: *s/ Owen M. Rumelt*
614 Hempstead Gardens Drive
West Hempstead, New York 11552
Telephone: 516.203.7570
    - and -
1625 Massachusetts Avenue, NW, Suite 450
Washington, D.C. 20036
Telephone: 202.797.8700
Facsimile: 202.234.8231
Owen M. Rumelt
Email: orumelt@slevinhart.com

*Attorneys for Defendant*

SO ORDERED

Dated: July 8th, 2015
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE