**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN NESSEL,<br><br>            Defendant. | Adv. Pro. No. 10-04701 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant John Nessel (the "Defendant"), by and through his counsel, Norton Rose Fulbright US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendant.

2. On January 17, 2014, Defendant served an answer on the Trustee.

3. On June 22, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: July 8, 2015

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| By: /s/ *Nicholas J. Cremona* | By: /s/ *David D. Rosenzweig* |
| 45 Rockefeller Plaza | 666 Fifth Avenue |
| New York, New York 10111 | New York, New York 10103 |
| Telephone: 212.589.4200 | Telephone: 212.318.3000 |
| Facsimile: 212.589.4201 | Facsimile: 212.318.3400 |
| David J. Sheehan | David D. Rosenzweig |
| Email: dsheehan@bakerlaw.com | E-mail: david.rosenzweig@nortonrosefulbright.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | *Attorneys for Defendant John Nessel* |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

|  |  |
|---|---|
|  | SO ORDERED |
|  | /s/ STUART M. BERNSTEIN |
| Dated: July 8th, 2015 | HON. STUART M. BERNSTEIN |
| New York, New York | UNITED STATES BANKRUPTCY JUDGE |

3