**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05301 (SMB) |
| v. | |
| JAY GAINES & CO., INC. PROFIT SHARING PLAN; | |
| JAY GAINES, individually, and in his fiduciary capacity as trustee of the JAY GAINES & CO., | |

INC. PROFIT SHARING PLAN; and

SHERRY GAINES, individually, and in her fiduciary capacity as trustee of the JAY GAINES & CO., INC. PROFIT SHARING PLAN,

    Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Jay Gaines & Co., Inc. Profit Sharing Plan, Jay Gaines, individually, and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan, and Sherry Gaines, individually, and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan (the "Defendants"), by and through their counsel, Sills Cummis & Gross P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1.    On or about June 22, 2009, the Defendants filed certain customer claims, which the Trustee designated as Claim Nos. 010703, 010734 and 010726 (collectively, the "Claims").

2.    On or about June 21, 2010, the Trustee issued Notices of Trustee's Determination of Claim with respect to the Claims.

3.    On or about July 19, 2010, the Defendants filed objections to the Notices of Trustee's Determination of Claim (collectively, the "Objections") with the Court.

4.    On December 7, 2010 the Trustee commenced this adversary proceeding against the Defendants.

5.    On July 12, 2011, the Defendants filed the Answer and Jury Demand on Behalf of

all Defendants.

6. On November 14, 2011, the Defendants filed the Amended Answer and Jury Demand on Behalf of all Defendants.

7. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), made applicable to this matter pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants.

8. The Parties also hereby stipulate to a withdrawal of the Objections.

9. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

10. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 8, 2015

| **BAKER & HOSTETLER LLP** | **SILLS CUMMIS & GROSS P.C.** |
|---|---|
| By: */s/Marc E. Hirschfield* | By: */s/George R. Hirsch* |
| 45 Rockefeller Plaza | One Riverfront Plaza |
| New York, New York 10111 | Newark, New Jersey 07102 |
| Telephone: (212) 589-4200 | Telephone: (973) 643-7000 |
| Facsimile: (212) 589-4201 | Facsimile: (973) 643-6500 |
| David J. Sheehan | 101 Park Avenue, 28th Floor |
| Email: dsheehan@bakerlaw.com | New York, New York, 10178 |
| Nicholas J. Cremona | Telephone: (212) 643-7000 |
| Email: ncremona@bakerlaw.com | Facsimile: (212) 643-6500 |
| Marc E. Hirschfield | George R. Hirsch |
| Email: mhirschfield@bakerlaw.com | Email: ghirsch@sillscummis.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorney for Defendants Jay Gaines & Co., Inc. Profit Sharing Plan, Jay Gaines, individually, and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan, and Sherry Gaines, individually, and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan* |

SO ORDERED

Dated: July 9th, 2015

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE