**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>BLUE BELL LUMBER AND MOULDING COMPANY, INC. PROFIT SHARING PLAN; HOWARD SCHUPAK, individually and in his capacity as Trustee for the Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan; NATHAN SCHUPAK, individually and in his capacity as Trustee for the Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan; | Adv. Pro. No. 10-05154 (SMB) |

08-01789-cgm    Doc 10592    Filed 07/09/15    Entered 07/09/15 11:06:50    Main Document
    Pg 2 of 3

PAUL SCHUPAK; and STEVEN C. SCHUPAK, individually and in his capacity as Trustee for the Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan,

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

      PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice.  Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the court by filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

*[Remainder of page intentionally left blank]*

2

Date:   July 9, 2015
       New York, New York

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: */s/ Nicholas J. Cremona* |
| 811 Main Street, Suite 1100 | 45 Rockefeller Plaza |
| Houston, Texas 77002 | New York, New York 10111 |
| Telephone: (713)751-1600 | Telephone: (212) 589-4200 |
| Facsimile: (713)751-1717 | Facsimile: (212) 589-4201 |
| Dean D. Hunt | David J. Sheehan |
| Email: dhunt@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| Farrell A. Hochmuth | Nicholas J. Cremona |
| Email: fhochmuth@bakerlaw.com | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*