**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF WILLIAM E. SORREL; TRUST UNDER THE LAST WILL AND TESTAMENT OF WILLIAM E. SORREL FOR THE BENEFIT OF RITA SORREL; TRUST UNDER THE LAST WILL AND TESTAMENT OF WILLIAM E. SORREL FOR THE BENEFIT OF ELLYN ZITTER, JOY S. GOLDSTEIN, AND BETH M. | Adv. Pro. No. 10-04775 (SMB) |

| |
|---|
| SORREL; ESTATE OF RITA SORREL; ELLYN ZITTER, individually and in her capacity as Personal Representative of the Estate of Rita Sorrel and as Subsequent Trustee of the Trust Under the Last Will and Testament of William E. Sorrel for the Benefit of Rita Sorrel and the Trust Under the Last Will and Testament of William E. Sorrel for the Benefit of Ellyn Zitter, Joy S. Goldstein, and Beth M. Sorrel; JOY S. GOLDSTEIN, individually and in her capacity as Personal Representative of the Estate of Rita Sorrel and as Subsequent Trustee of the Trust Under the Last Will and Testament of William E. Sorrel for the Benefit of Rita Sorrel and the Trust Under the Last Will and Testament of William E. Sorrel for the Benefit of Ellyn Zitter, Joy S. Goldstein, and Beth M. Sorrel; and BETH M. SORREL, individually and in her capacity as Personal Representative of the Estate of Rita Sorrel and as Subsequent Trustee of the Trust Under the Last Will and Testament of William E. Sorrel for the Benefit of Rita Sorrel and the Trust Under the Last Will and Testament of William E. Sorrel for the Benefit of Ellyn Zitter, Joy S. Goldstein, and Beth M. Sorrel, |
| Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the court by

2

filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date: July 9, 2015
      New York, New York

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER & HOSTETLER LLP** | By: */s/ Nicholas J. Cremona* |
| 811 Main Street, Suite 1100 | 45 Rockefeller Plaza |
| Houston, Texas 77002 | New York, New York 10111 |
| Telephone: (713)751-1600 | Telephone: (212) 589-4200 |
| Facsimile: (713)751-1717 | Facsimile: (212) 589-4201 |
| Dean D. Hunt | David J. Sheehan |
| Email: dhunt@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| Farrell A. Hochmuth | Nicholas J. Cremona |
| Email: fhochmuth@bakerlaw.com | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

3