**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>     v.<br><br>KAREN SIFF EXKORN,<br><br>       Defendant. | Adv. Pro. No. 10-04587 (SMB) |

## NOTICE OF VOLUNTARY DISMISSAL WITH
## PREJUDICE OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the court by filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date:  July 9, 2015
       New York, New York

Of Counsel:                                          **BAKER & HOSTETLER LLP**

**BAKER & HOSTETLER LLP**                            By:  */s/ Nicholas J. Cremona*
811 Main Street, Suite 1100                          45 Rockefeller Plaza
Houston, Texas 77002                                 New York, New York 10111
Telephone: (713)751-1600                             Telephone: (212) 589-4200
Facsimile: (713)751-1717                             Facsimile: (212) 589-4201
Dean D. Hunt                                         David J. Sheehan
Email:  dhunt@bakerlaw.com                           Email:  dsheehan@bakerlaw.com
Farrell A. Hochmuth                                  Nicholas J. Cremona
Email:  fhochmuth@bakerlaw.com                       Email:  ncremona@bakerlaw.com

                                                     *Attorneys for Irving H. Picard, Trustee for the*
                                                     *Substantively Consolidated SIPA Liquidation*
                                                     *of Bernard L. Madoff Investment Securities*
                                                     *LLC and for the Estate of Bernard L. Madoff*

2