**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GAIL NESSEL,<br><br>     Defendant. | Adv. Pro. No. 10-04395 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Gail Nessel, by and through her counsel, Scott A. Ziluck of Halperin Battaglia Raicht, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Gail Nessel.

2. On July 13, 2011, Defendant Gail Nessel served an answer on the Trustee.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: July 10, 2015

| **BAKER & HOSTETLER LLP** | **HALPERIN BATTAGLIA RAICHT, LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Scott A. Ziluck* |
| 45 Rockefeller Plaza | 40 Wall Street - 37th Floor |
| New York, New York 10111 | New York, NY 10005 |
| Telephone: 212.589.4200 | Telephone: 212.765.9100 |
| Facsimile: 212.589.4201 | Facsimile: 212.765.0964 |
| David J. Sheehan | Alan D. Halperin |
| Email: dsheehan@bakerlaw.com | ahalperin@halperinlaw.net |
| Nicholas J. Cremona | Christopher J. Battaglia |
| Email: ncremona@bakerlaw.com | Email: cbattaglia@halperinlaw.net |
| Dean D. Hunt | Scott A. Ziluck |
| Email: dhunt@bakerlaw.com | Email: sziluck@halperinlaw.net |
|  | Neal W. Cohen |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | ncohen@halperinlaw.net |
|  | *Attorneys for Defendant Gail Nessel* |

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: July 10th, 2015          HON. STUART M. BERNSTEIN
New York, New York              UNITED STATES BANKRUPTCY JUDGE