BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
*Attorneys for Defendants*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon
Alec P. Ostrow

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (SMB) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04511 (SMB) |
| WEITHORN/CASPER ASSOCIATES FOR SELECTED HOLDINGS, LLC, *et al.*, | |
| Defendants. | |

**STATEMENT PURSUANT TO BANKRUPTCY RULE 7025 NOTING DEATH**
**OF DEFENDANT STANLEY S. WEITHORN**

**PLEASE TAKE NOTICE** that on April 16, 2015, Defendant Stanley S.

Weithorn died as a resident of the State of Arizona and that on June 5, 2015, Letters of

Personal Representative were issued by the Superior Court of the State of Arizona for the County of Maricopa certifying to the appointment of Muriel Casper Weithorn as the Personal Representative of Mr. Weithorn's Estate. A copy of the Letters of Personal Representative is annexed hereto as Exhibit A.

Dated: New York, New York
July 13, 2015

>Respectfully submitted,
>
>BECKER, GLYNN, MUFFLY,
>CHASSIN & HOSINSKI LLP
>*Attorneys for Defendants*
>
>By: */s/ Chester B. Salomon*
>Chester B. Salomon
>Alec P. Ostrow
>299 Park Avenue
>New York, New York 10171
>Telephone: (212) 888-3033
>Facsimile:  (212) 888-0255
>csalomon@beckerglynn.com
>aostrow@beckerglynn.com

*281630v1*