-- Letters of Personal Representative    Pg 1 of 2

**<u>Exhibit A</u>**
Letters of Personal Representative

CERTIFIED COPY
MICHAEL K. JEANES, CLERK
BY J. Miller DEP
FILED
15 JUN -5 PM 12: 20

Prescott B. Pohl (024512)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Phoenix, Arizona 85004-2202
602-382-6515
docket@swlaw.com
Attorneys for the Personal Representative

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

In the Matter of the Estate of

STANLEY S. WEITHORN,

Deceased.

NO. PB 2015-002429

LETTERS OF PERSONAL REPRESENTATIVE

ISSUANCE OF LETTERS

MURIEL CASPER WEITHORN is hereby appointed as Personal Representative of this Estate under the Last Will and Testament of the above-named decedent, without restriction.

WITNESS: ____JUN - 5 2015____, 2015.

MICHAEL K. JEANES
Clerk of the Superior Court

MICHAEL K JEANES, CLERK

By ___J. Miller___
Deputy Clerk

T. Miller
Deputy Clerk

The foregoing Instrument is a full, true and correct copy of the original on file in this office.
I further certify that the Order/Statement appointing the
✓ Personal Representative ~~Conservator~~ ~~Guardian~~
was signed on __JUN - 5 2015__ and that these letters have not been revoked

Attest __JUN - 5 2015__ 20___
MICHAEL K. JEANES, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.
by __J. Miller__, Deputy
T. Miller
Deputy Clerk