

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

July 13, 2015

VIA ECF

The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

*In re Securities Investor Protection Corpoation v. Bernard L. Madoff Investment Securities, LLC, et al.*, **No. 08-01789-smb – Withdrawal of Attorney**

Dear Judge Bernstein:

I represent Ameeta Vijayvergiya in the above-captioned matter.  Please be advised I seek leave of the court to withdraw.

I hereby respectfully request the Court's permission to have my name removed from the Court's docket and ECF electronic mailing distribution list.

Thank you for your attention to this matter.

Respectfully submitted,

  */s/ Helen V. Cantwell*

Helen V. Cantwell