**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Karin Scholz Jenson
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Hearing Date:  August 6, 2015 at 10:30 a.m.
Objections Due:   July 29, 2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>COHMAD SECURITIES CORPORATION, *et. al.,*<br><br>Defendants. | Adv. Pro. No. 09-01305 (SMB) |

### NOTICE OF HEARING ON DEFENDANT JONATHAN GREENBERG'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH TWO SUBPOENAS UNDER FED. R. CIV. P. 45

**PLEASE TAKE NOTICE**, that on July 9, 2015, Defendant Jonathan Greenberg ("Defendant"), by and through his counsel, Ernest Badway of Fox Rothschild LLP, filed a Motion for a Protective Order and to Quash Two Subpoenas Under Fed. R. Civ. P. 45. ("Motion")[1] in response to non-party subpoenas served by Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the Estate of Bernard L. Madoff on June 18, 2015.

**PLEASE TAKE FURTHER NOTICE** that a hearing on Defendant's Motion has been scheduled on **August 6, 2015 at 10:30 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York, 10004.

Dated: New York, New York
       July 13, 2015

By: */s/David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Karin Scholz Jenson
kjenson@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

---

[1] On July 12, 2015, counsel for Defendant filed an "Amended Notice of Motion" (ECF No. 324) that is identical to the Notice of Motion filed on July 9, 2015 (ECF No. 323), but did not include the Memorandum of Law in Support of Defendant's Motion or the Declaration of Ernest Edward Badway in support of the Motion.