**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04549 (SMB) |
| JANIS BERMAN, | |
| Defendant. | |

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Janis Berman ("Defendant"), by and through her counsel, Alan C. Eidsness of Henson & Efron, P.A. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Janis Berman.

2. On July 17, 2014, Defendant Janis Berman served an answer on the Trustee.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissing the adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of this page intentionally left blank]*

Dated:  July 14, 2015

| **BAKER & HOSTETLER LLP** | **HENSON & EFRON, P.A.** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/*John N. Bisanz* |
| 45 Rockefeller Plaza | 220 South Sixth Street Suite 1800 |
| New York, New York 10111 | Minneapolis, MN  55402 |
| Telephone:  212.589.4200 | Telephone: 612.339.2500 |
| Facsimile:  212.589.4201 | Facsimile: 612.339.6364 |
| David J. Sheehan | Alan C. Eidsness |
| Email:  dsheehan@bakerlaw.com | Email: aeidsness@hensonefron.com |
| Nicholas J. Cremona | John N. Bisanz |
| Email:  ncremona@bakerlaw.com | jbisanz@hensonefron.com |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**

By:*/s/ Jennifer B. Zourigui*
Jennifer B. Zourigui
250 Park Avenue
New York, New York 10177
Telephone: 212.907.9600
Facsimile: 212.907.9681
Email: jzourigui@ingramllp.com

*Attorneys for Defendant Janis Berman*


SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated:  July 14th, 2015
New York, New York

3