**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>     v.<br><br>CANDICE NADLER REVOCABLE TRUST DTD 10/18/01; CANDICE NADLER, individually and in her capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01; and CHARLES E. NADLER, in his capacity as Trustee for the | Adv. Pro. No. 10-04782 (SMB) |

Candice Nadler Revocable Trust dtd 10/18/01,

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Candice Nadler Revocable Trust dtd 10/18/01, Candice Nadler, individually and in her capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01, and Charles E. Nadler, in his capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01, by and through their counsel, Jennifer B. Zourigui of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, and Alan C. Eidsness of Henson & Efron, P.A. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Candice Nadler Revocable Trust dtd 10/18/01, Candice Nadler, individually and in her capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01, and Charles E. Nadler, in his capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01.

2. On January 17, 2014, Defendants Candice Nadler Revocable Trust dtd 10/18/01, Candice Nadler, individually and in her capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01, and Charles E. Nadler, in his capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01 served an answer on the Trustee.

3. On June 17, 2015, the Parties entered into a partial settlement agreement and stay of further proceedings [ECF No. 30] until resolution of Bankruptcy Code Section 546(e) appeal pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF

2

No. 3181].

4. On June 22, 2015, the United States Supreme Court denied the Trustee's petition for writ of certiorari in the Bankruptcy Code Section 546(e) appeal.

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of this page intentionally left blank]*

Dated: July 14, 2015

| **BAKER & HOSTETLER LLP** | **INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP** |

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ *Jennifer B. Zourigui*
Jennifer B. Zourigui
250 Park Avenue
New York, NY 10177
Telephone: 212.907.9600
Facsimile: 212.907.9681
Email: jzourigui@ingramllp.com

**HENSON & EFRON, P.A.**

By: /s/*John N. Bisanz*
220 South Sixth Street Suite 1800
Minneapolis, MN  55402
Telephone: 612.339.2500
Facsimile: 612.339.6364
Alan C. Eidsness
Email: aeidsness@hensonefron.com
John N. Bisanz
jbisanz@hensonefron.com

*Attorneys for Defendants Candice Nadler Revocable Trust dtd 10/18/01, Candice Nadler, individually and in her capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01, and Charles E. Nadler, in his capacity as Trustee for the Candice Nadler Revocable Trust dtd 10/18/01*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: July 14th, 2015
New York, New York

5