**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (SMB) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04511 (SMB) |
| WEITHORN/CASPER ASSOCIATES FOR SELECTED HOLDINGS, LLC, *et al.*, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Sylvia Lara Altreuter, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside New York, New York.

2. On July 13, 2015, I served upon the Trustee and Plaintiff-Applicant a true and correct copy of the Statement Pursuant to Bankruptcy Rule 7025 Noting Death of Defendant Stanley S. Weithorn, filed via ECF on July 13, 2015 (Adv. Pro. No. 10-04511 ECF No. 36; Adv. Pro. No. 08-01789 ECF No. 10642) (the "Notice of Death"). I did so by mailing the Notice of Death in a properly marked and sealed envelope, via first-class mail, addressed to counsel for the parties as follows:

| | | |
|---|---|---|
| (i) | Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Attn: David J. Sheehan, Esq. | (ii) Securities Investor Protection Corporation<br>805 Fifteenth Street, NW, Suite 800<br>Washington, D.C. 20005<br>Attn: Kevin H. Bell, Esq. |

_____
Sylvia Lara Altreuter

Sworn to before me this
14th day of July, 2015

_____
Notary Public

JONI L. SACCO
Notary Public, State of New York
No. 01SA6014740
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 19, 2018

*281539v2*

2