**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                        Plaintiff,<br><br>            v.<br><br>NOMURA INTERNATIONAL PLC,<br><br>                        Defendant. | Adv. Pro. No. 10-05348 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for July 29, 2015 has been adjourned to January 27, 2016 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Notice of this adjournment is being provided by U.S. Mail or email to all defendants in this adversary proceeding pursuant to the Order Granting Supplemental Authority to Stipulate to

Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 10106). The Trustee submits that no other or further notice is required.

Dated: July 14, 2015
      New York, New York

      /s/ Thomas L. Long
      **BAKER & HOSTETLER LLP**
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      Email: dsheehan@bakerlaw.com
      Thomas L. Long
      Email: tlong@bakerlaw.com
      Regina L. Griffin
      Email: rgriffin@bakerlaw.com

      *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

      /s/ Brian H. Polovoy
      **SHEARMAN & STERLING LLP**
      599 Lexington Avenue
      New York, New York 10022
      Telephone: (212) 848-4000
      Facsimile: (212) 848-7179
      Brian H. Polovoy
      Email: bpolovoy@shearman.com
      Christopher R. Fenton
      Email: christopher.fenton@shearman.com
      Keith Palfin
      Email: keith.palfin@shearman.com

      *Attorneys for Nomura International plc*