|  | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
|  | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
|  |  |  |  | 1S0064 | DAVID SHAPIRO |
|  |  |  |  | 1S0065 | DAVID SHAPIRO NOMINEE |
|  |  |  |  | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
|  |  |  |  | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
|  |  |  |  | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
|  | 1S0297 | DAVID SHAPIRO NOMINEE | 10-04328 | 101936 | ESTATE OF MICHAEL SHAPIRO |
|  |  |  |  | 1S0063 | ADELE SHAPIRO |
|  |  |  |  | 1S0064 | DAVID SHAPIRO |
|  |  |  |  | 1S0065 | DAVID SHAPIRO NOMINEE |
|  |  |  |  | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
|  |  |  |  | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
|  |  |  |  | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
|  | 1S0298 | DAVID SHAPIRO NOMINEE #2 | 10-04325 | 101936 | ESTATE OF MICHAEL SHAPIRO |
|  |  |  |  | 1S0063 | ADELE SHAPIRO |
|  |  |  |  | 1S0064 | DAVID SHAPIRO |
|  |  |  |  | 1S0065 | DAVID SHAPIRO NOMINEE |
|  |  |  |  | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
|  |  |  |  | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
|  |  |  |  | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
|  | 1S0299 | DAVID SHAPIRO NOMINEE NOMINEE #3 | 10-04314 | 101936 | ESTATE OF MICHAEL SHAPIRO |
|  |  |  |  | 1S0063 | ADELE SHAPIRO |
|  |  |  |  | 1S0064 | DAVID SHAPIRO |
|  |  |  |  | 1S0065 | DAVID SHAPIRO NOMINEE |
|  |  |  |  | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
|  |  |  |  | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
|  |  |  |  | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
|  | 1S0301 | DEBORAH SHAPIRO | n/a | 101936 | ESTATE OF MICHAEL SHAPIRO |
|  |  |  |  | 1S0062 | DEBORAH SHAPIRO #2 |
|  |  |  |  | 1S0064 | DAVID SHAPIRO |
|  |  |  |  | 1S0065 | DAVID SHAPIRO NOMINEE |
|  |  |  |  | 1S0068 | DEBORAH SHAPIRO |
|  |  |  |  | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
|  | 1S0302 | MILDRED SHAPIRO | n/a | 1S0069 | GEORGE SHAPIRO & MILDRED SHAPIRO J/T WROS |
|  | 1S0303 | PAUL SHAPIRO | n/a | 1S0071 | PAUL SHAPIRO |
|  | 1S0305 | NCA CAPITAL LLC C/O STANLEY SHAPIRO | n/a | 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN |
|  | 1S0306 | DAVID SHAPIRO | 10-05383 | 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN |
|  | 1S0308 | THE MERLE HELENE SHULMAN TRUST | n/a | 1S0171 | THE MERLE HELENE SHULMAN TRUST |
|  | 1S0309 | BARRY A SCHWARTZ | n/a | 1S0048 | BARRY A SCHWARTZ |
|  | 1S0310 | NTC & CO. FBO STEVEN SCHNEIDER (072361) | n/a | 1T0002 | STEVEN SCHNEIDER MD PC PROFIT SHARING PLAN & TRUST |
|  | 1S0311 | BARBARA SCHWARZCHILD & JAY M BRILL TRUSTEE INDT DTD 12/30/88 BRILL TRUST | n/a | 1B0062 | BARBARA SCHWARZCHILD & JAY M BRILL TRUSTEE INDT DTD 12/30/88 BRILL TRUST |
|  | 1S0312 | ELAINE C SCHLESSBERG TRUSTEE ELAINE C SCHLESSBERG TRUST DATED 8/26/04 | n/a | 1S0039 | ELAINE C SCHLESSBERG |
|  | 1S0313 | NORMAN SCHLESSBERG TSTEE NORMAN SCHLESSBERG TRUST DTD 10/31/97 | n/a | 1S0040 | NORMAN SCHLESSBERG |
|  |  |  |  | H01966 | MICHAEL G WOLFSON TRUSTEE U/W/O MILDRED SCHLESSBERG |
|  | 1S0314 | TST F/B/O ANDREW ROSS SAMUELS U/A DATED 6/15/97 PETER B MADOFF TRUSTEE | n/a | 1B0082 | AMY JOEL |
|  |  |  |  | 1J0014 | MARTIN J JOEL JR |
|  | 1S0315 | TRUST F/B/O DARA JOEL SAMUELS U/A DATED 6/15/97 PETER B MADOFF TRUSTEE | n/a | 1B0082 | AMY JOEL |
|  |  |  |  | 1J0014 | MARTIN J JOEL JR |

|  | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
|  | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
|  | 1S0316 | SAGE REALTY C/O LILLIAN SAGE | 10-04400 | 101904 | MAURICE SAGE TRUST |
|  |  |  |  | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
|  | 1S0317 | BARBARA SALBE IRWIN SALBE & JODI MARINOS JT WROS | 10-05226 | 1S0012 | BARBARA SALBE & IRWIN SALBE J/T WROS |
|  |  |  |  | 1S0013 | IRWIN SALBE ARLINE SALBE & HARRIET DUNAYER TIC |
|  | 1S0321 | ANNETTE L SCHNEIDER | n/a | 1H0030 | ESTATE OF ABRAHAM HERSHSON C/O MAX WINTERS |
|  |  |  |  | 1S0043 | ANN L SCHNEIDER |
|  | 1S0322 | HELEN SCHWAMM REVOCABLE TRUST 1993 C/O HAMPSHIRE HOUSE | n/a | 1S0047 | HELEN SCHWAMM REVOCABLE TRUST 1993 C/O HAMPSHIRE HOUSE |
|  | 1S0323 | DOROTHY S SCHWARTZ | n/a | 1S0049 | DOROTHY S SCHWARTZ |
|  | 1S0324 | ROBERTA SCHWARTZ TRUST U/A/D 2/11/08 | 10-04327 | 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 |
|  |  |  |  | 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 |
|  |  |  |  | 1S0049 | DOROTHY S SCHWARTZ |
|  |  |  |  | 1S0052 | ROBERTA SCHWARTZ |
|  | 1S0325 | CYNTHIA S SEGAL | n/a | 1S0057 | CYNTHIA S SEGAL |
|  | 1S0326 | DAVID F SEGAL | n/a | 1S0058 | DAVID F SEGAL |
|  | 1S0329 | TURBI SMILOW | n/a | 100260 | ESTATE OF GERTRUDE BLUM |
|  |  |  |  | 1B0030 | ESTATE OF HENRY BLUM |
|  |  |  |  | 1S0114 | TURBI SMILOW |
|  | 1S0334 | HOWARD STERN AND JAY STERN TIC C/O WERNER ZAROFF SLOTNICK LLP | n/a | 1S0151 | SIDNEY STERN HOWARD STERN, JAY STERN TIC |
|  | 1S0335 | THE ELAINE SCHNEIDER REV TST ELAINE SCHNEIDER TSTEE UAD 5/4/98 | n/a | 1S0044 | ELAINE SCHNEIDER DR STEVEN SCHNEIDER DEBRA SCHNEIDER J/T WROS |
|  | 1S0336 | SHELDON SEISSLER | n/a | 1S0059 | ROSALIE SEISSLER AND SHELDON SEISSLER J/T WROS |
|  | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10-04486 | 101208 | ESTATE OF HARRY LEVINE C/O N LEVINE HYGIENE INDS. |
|  |  |  |  | 1S0070 | NORMA SHAPIRO Redacted |
|  | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO Redacted | 10-04486 | 1S0072 | PHILIP L SHAPIRO Redacted |
|  | 1S0339 | DORIS SHOR | 10-04580 | 1S0075 | DORIS SHOR |
|  |  |  |  | 1S0076 | DORIS SHOR #2 |
|  | 1S0340 | THE LEON SHOR REVOCABLE TRUST C/O DORIS SHOR | 10-04580 | 1L0009 | THE LEON SHOR REVOCABLE TRUST C/O DORIS SHOR |
|  | 1S0341 | DAVID SILVER | 10-05170 | 101946 | MICHAEL SILVER & GABRIELLE SILVER LINDA SILVER A/T |
|  |  |  |  | 1S0082 | DAVID SILVER C/O REGENCY BEDSPREAD CORP |
|  |  |  |  | 1S0083 | DAVID SILVER #2 C/O REGENCY BEDSPREAD CORP |
|  |  |  |  | 1S0087 | MICHAEL SILVER |
|  | 1S0342 | DAVID SILVER #2 | n/a | 101946 | MICHAEL SILVER & GABRIELLE SILVER LINDA SILVER A/T |
|  |  |  |  | 1S0083 | DAVID SILVER #2 C/O REGENCY BEDSPREAD CORP |
|  |  |  |  | 1S0087 | MICHAEL SILVER |
|  | 1S0344 | LINDA SILVER | n/a | 101307 | HARRY MANN TRUST UA DDT 6/7/76 HARRY MANN TRUSTEE C/O LINDA SILVER |
|  |  |  |  | 1S0086 | LINDA SILVER |
|  | 1S0345 | JERRY SIMON C/O PAUL SIMON | n/a | 1S0090 | SYLVIA M SIMON |
|  | 1S0346 | DAVID SIMONDS | n/a | 101952 | ESTATE OF ROBERT SIMONDS |
|  |  |  |  | 101976 | ESTATE OF LEAH S SIMONDS |
|  |  |  |  | 1S0091 | DAVID SIMONDS |
|  | 1S0347 | EDWARD L SIMONDS TRUSTEE EDWARD L SIMONDS LIVING TRUST 7/27/00 | n/a | 1S0092 | EDWARD L SIMONDS TTEE EDWARD L SIMONDS LIVING TST 7/27/00 |
|  | 1S0348 | BROOKE SIMONDS | n/a | 101952 | ESTATE OF ROBERT SIMONDS |
|  |  |  |  | 101976 | ESTATE OF LEAH S SIMONDS |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | | | 1S0093 | EDWARD L SIMONDS TRUSTEE F/B/O BROOKE SIMONDS U/W ROBERT SIMONDS |
| 1S0349 | LAWRENCE SIMONDS | 10-04866 | 1S0096 | LAWRENCE SIMONDS |
| | | | 1S0100 | SIMTRON INDUSTRIES INC |
| 1S0351 | SALLY K SIMONDS LIVING TRUST DTD JULY 27, 2000 | n/a | 1S0092 | EDWARD L SIMONDS TTEE EDWARD L SIMONDS LIVING TST 7/27/00 |
| | | | 1S0099 | SALLY K SIMONDS |
| 1S0352 | SIMTRON INDUSTRIES INC | n/a | 1S0096 | LAWRENCE SIMONDS |
| | | | 1S0100 | SIMTRON INDUSTRIES INC |
| 1S0353 | LAURA ANN SMITH REVOCABLE TRUST | 10-05184 | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | | 1S0117 | LAURA ANN SMITH |
| | | | 1S0120 | ROBERT W SMITH |
| 1S0354 | PETER H SMITH GILLIAN M L SMITH J/T WROS | 10-04853 | 101955 | THE JENNIE A SMITH TRUST EDWARD I SPEER & PETER H SMITH TRUSTEES |
| | | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | | 1S0118 | PETER H SMITH & EDWARD I SPEER A/T TRUST U/A 3/9/72 |
| 1S0355 | HARRY SMITH REV LIV TST LAURA SMITH TTEE UAD 12/2/96 | 10-04912 | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | | 1S0120 | ROBERT W SMITH |
| 1S0358 | HELEN STOLLER | n/a | 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR |
| | | | 100376 | C-S-Z JOINT VENTURE COHEN SIDNEY GEN PTR C/O HAROLD STOLLER |
| | | | 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER |
| | | | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
| | | | 1S0153 | HELEN STOLLER |
| 1S0359 | JANE E STOLLER    Redacted | n/a | 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR |
| | | | 100376 | C-S-Z JOINT VENTURE COHEN SIDNEY GEN PTR C/O HAROLD STOLLER |
| | | | 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER |
| | | | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
| | | | 1S0154 | JANE E STOLLER    Redacted |
| 1S0360 | IRWIN SALBE ARLINE SALBE DAVID SALBE TIC | n/a | 1S0013 | IRWIN SALBE ARLINE SALBE & HARRIET DUNAYER TIC |
| 1S0362 | SONDOV CAPITAL INC | n/a | 1S0127 | HERMAN SONDOV |
| | | | 1S0162 | RHEA SONDOV |
| 1S0363 | SCHIFF FAMILY HOLDINGS NEVADA LIMITED PARTNERSHIP | 10-04363 | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER |
| 1S0370 | ROBERT B SEDGWICK AND NICHOLAS J SEDGWICK TIC | n/a | 1H0022 | BEN HELLER |
| 1S0371 | DORIS S SHOR AS TRUSTEE FOR MICHAEL WOODRUFF | n/a | 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR |
| 1S0372 | JEREMY SHOR | n/a | 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR |
| 1S0373 | ELIZABETH SHOR | n/a | 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR |
| 1S0391 | ESTATE OF ARTHUR I SCHLICHTER BERNARD L MADOFF AND PETER B | n/a | 101916 | ESTATE OF THERESE SCHLICHTER |
| | | | 1S0041 | ARTHUR I SCHLICHTER |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | MADOFF CO-EXECUTORS | | 1S0042 | ARTHUR I SCHLICHTER REVOCABLE TRUST |
| | | | G01915 | ARTHUR I SCHLICHTER & TERRY SCHLICHTER |
| 1S0400 | GEORGE SMITH IRREVOCABLE TST C/O ROBERT W SMITH | n/a | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | 1S0120 | ROBERT W SMITH |
| | | | 1S0121 | ROBERT WILLIAM SMITH C/F DENA & DAVID SMITH REVOCABLE TRUST |
| 1S0409 | THE SCHLICHTER FOUNDATION BERNARD MADOFF PETER MADOFF TRUSTEES | n/a | 101916 | ESTATE OF THERESE SCHLICHTER |
| | | | 1S0041 | ARTHUR I SCHLICHTER |
| | | | 1S0042 | ARTHUR I SCHLICHTER REVOCABLE TRUST |
| | | | G01915 | ARTHUR I SCHLICHTER & TERRY SCHLICHTER |
| 1S0462 | HELEN STARR TRUST DATED 4/20/90 | 10-05107 | 1S0142 | ERWIN STARR TRUST DATED 04/20/90 Redacted Redacted |
| | | | 1S0144 | HELEN G STARR TRUST DATED 04/20/90 Redacted Redacted |
| 1S0469 | ESTATE OF HELEN S STOLLER HAROLD A STOLLER EXECUTOR C/O JUNE E STOLLER TSTEE | n/a | 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR |
| | | | 100376 | C-S-Z JOINT VENTURE COHEN SIDNEY GEN PTR C/O HAROLD STOLLER |
| | | | 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER |
| | | | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
| | | | 1S0153 | HELEN STOLLER |
| 1S0484 | ESTATE OF LILLIAN B STEINBERG ELAINE PIKULIK AND BERNARD L MADOFF EXECUTORS | 10-04948 | 1S0147 | LILLIAN B STEINBERG |
| | | | 1S0148 | LILLIAN STEINBERG & HOWARD SQUADRON AS TRUSTEES U/W MARTIN STEINBERG |
| 1S0491 | HAROLD STOLLER TRUST U/A DTD 3/19/03 KIMBERLY S STOLLER TSTEE | n/a | 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR |
| | | | 100376 | C-S-Z JOINT VENTURE COHEN SIDNEY GEN PTR C/O HAROLD STOLLER |
| | | | 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER |
| | | | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
| | | | 1S0153 | HELEN STOLLER |
| 1S0493 | SAMUELS FAMILY LTD PARTNERSHIP | 10-04297 | 1B0082 | AMY JOEL |
| | | | 1J0014 | MARTIN J JOEL JR |
| | | | 1S0017 | PATTY SAMUELS |
| 1S0495 | ANDREW ROSS SAMUELS | n/a | 1B0082 | AMY JOEL |
| | | | 1J0014 | MARTIN J JOEL JR |
| 1S0496 | TRUST F/B/O DARA JOEL SANDLER (NEE SAMUELS) U/A DTD 6/15/97 PETER B | n/a | 1B0082 | AMY JOEL |
| | | | 1J0014 | MARTIN J JOEL JR |
| 1S0497 | PATRICIA SAMUELS | 10-04297 | 1B0082 | AMY JOEL |
| | | | 1J0014 | MARTIN J JOEL JR |
| | | | 1S0017 | PATTY SAMUELS |
| 1S0499 | REGINA SMITH REV LIV TRUST LAURA SMITH TSTEE | n/a | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | | 1S0120 | ROBERT W SMITH |
| 1S0501 | IRA SKLADER GAIL SKLADER JT WROS | n/a | 1F0021 | MILES Q FITERMAN REVOCABLE TST MILES Q FITERMAN TRUSTEE |
| | | | 1F0023 | STEVEN FITERMAN |

Bernard L. Madoff Investment Securities LLC
Exhibit 4 - Listing of Indirect Accounts

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
| | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | 1S0514 | DOROTHY STERN | n/a | 1S0151 | SIDNEY STERN HOWARD STERN, JAY STERN TIC |
| | 1S0516 | ALVIN E SHULMAN POUROVER TRUST ALVIN E SHULMAN AS TRUSTEE APT #722 | 10-04852 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| | 1S0517 | FLORENCE SHULMAN POUROVER TST FLORENCE W SHULMAN TRUSTEE APT | 10-04606 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| | 1S0527 | ESTATE OF HELENE B SACHS HOPE A GELLER EXECUTOR | 10-05040 | 1S0003 | HELENE B SACHS |
| | 1S0547 | SAGE ASSOCIATES C/O LILLIAN SAGE | 10-04362 | 101904 | MAURICE SAGE TRUST |
| | | | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| | 1S0560 | DENA TAMARA SMITH IRREVOCABLE TRUST | n/a | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | | 1S0120 | ROBERT W SMITH |
| | | | | 1S0121 | ROBERT WILLIAM SMITH C/F DENA & DAVID SMITH REVOCABLE TRUST |
| | 1SH004 | ANDREW JAFFE UGMA ROBERT M JAFFE A/C | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | | | | 1SH059 | ANDREW N JAFFE 1993 IRREV TST U/D/T DTD 6/11/93 AS AMENDED |
| | 1SH008 | ROBERT M JAFFE TRUST | 09-01305 | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | 1SH012 | LILFAM LLC | 10-05388 | 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ |
| | 1SH013 | HAROLD S MILLER TRUST DTD 12/4/64 FBO ELAINE MILLER | 10-05388 | 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ |
| | | | | 103053 | HAROLD S MILLER TRUST DTD 12/4/64 AS AMEND 12/26/85 |
| | 1SH023 | ADAM SHAPIRO UID 6/6/85 | n/a | 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN |
| | 1SH027 | DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN | 10-05383 | 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN |
| | 1SH029 | LESLIE SHAPIRO CITRON KENNETH CITRON J/T WROS | 10-05383 | 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN |
| | 1SH037 | NEIL STRAUSS | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH042 | LILYAN AND ABRAHAM BERKOWITZ FAMILY LLC | 10-05388 | 10300119 | LILYAN BERKOWITZ TRUST DATED 1/15/82 |
| | | | | 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ |
| | | | | 103053 | HAROLD S MILLER TRUST DTD 12/4/64 AS AMEND 12/26/85 |
| | | | | 1SH001 | LILYAN BERKOWITZ REVOCABLE TST DATED 11/3/95 |
| | 1SH043 | CARL SHAPIRO TRUST U/D/T 10/31/90 | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
| | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH044 | RUTH SHAPIRO TRUST U/D/T 10/31/90 | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH045 | ELLEN SHAPIRO JAFFE 1991 TRUST U/D/T DTD 12/17/91 AS AMENDED | n/a | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | 1SH046 | RHONDA SHAPIRO SEGAL 1993 TST U/D/T DATED 7/7/93 AS AMENDED | n/a | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | 1SH047 | LINDA SHAPIRO STRAUSS 1992 TST U/D/T DTD 3/11/92 AS AMENDED | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH048 | BRANDEIS UNIVERSITY ATTN: MICAHEL S SWARTZ | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH050 | ANDREW JAFFE TRUST | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH003 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH031 | LINDA SHAPIRO FAMILY TRUST DATED 12/08/76 LINDA WAINTRUP TRUSTEE |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH060 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH003 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
| | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH031 | LINDA SHAPIRO FAMILY TRUST DATED 12/08/76 LINDA WAINTRUP TRUSTEE |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH061 | MICHAEL S JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH007 | MICHAEL S JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED |
| | | | | 1SH010 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH062 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH003 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH010 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH063 | JENNIFER M SEGAL 1985 TRUST DATED 4/16/85 | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH016 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH064 | JENNIFER M SEGAL TRUST U/D/T DTD 5/1/67 AS AMENDED | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH017 | JENNIFER SEGAL HERMAN TRUST U/D/T DTD 5/1/67 AS AMENDED |
| | | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH065 | JONATHAN M SEGAL TRUST U/D/T DTD 12/1/70 AS AMENDED | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | 1SH019 | JONATHAN M SEGAL TRUST U/D/T DTD 12/1/70 AS AMENDED |
| | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| 1SH066 | THOMAS H SEGAL 1994 TRUST DATED 4/28/94 | n/a | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| 1SH067 | ELLEN JAFFE | n/a | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| 1SH068 | RHONDA SEGAL | n/a | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| 1SH070 | CARL SHAPIRO TRUST U/D/T 10/31/90 | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO |
| | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| 1SH071 | RUTH SHAPIRO | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| 1SH166 | STEVEN BERKOWITZ TRUST DTD 2/28/03 BLOSSOM RIDGE | 10-05388 | 10300119 | LILYAN BERKOWITZ TRUST DATED 1/15/82 |
| | | | 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ |
| | | | 103053 | HAROLD S MILLER TRUST DTD 12/4/64 AS AMEND 12/26/85 |
| | | | 1SH001 | LILYAN BERKOWITZ REVOCABLE TST DATED 11/3/95 |
| | | | 1SH002 | STEVEN BERKOWITZ BLOSSOM RIDGE |
| 1SH167 | HORACE V STRAUSS & ELSIE F STRAUSS J/T WROS APT #403 | n/a | 1SH033 | HORACE V STRAUSS & ELSIE F STRAUSS J/T WROS APT #403 |
| 1SH168 | DANIEL I WAINTRUP | n/a | 1SH100 | DANIEL I WAINTRUP |
| 1SH169 | GORDON MICHAEL BERKOWITZ REVOCABLE TRUST | 10-05388 | 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ |
| 1SH188 | CARL SHAPIRO & RUTH SHAPIRO FAMILY FOUNDATION #2 | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO |
| | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
| | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | | | | 1SH143 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH144 | RUTH SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH174 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH183 | RUTH SHAPIRO TRUST U/D/T/ 4/9/03 |
| | 1SH189 | LSW 2006 IRREVOCABLE TRUST | n/a | 10301919 | CARL SHAPIRO TRUST |
| | | | | 10303519 | ANNIE SHAPIRO ESTATE |
| | | | | 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 |
| | | | | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | | | | 1SH147 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED |
| | 1SH190 | JAFFE FAMILY 2004 IRREVOCABLE TRUST | n/a | 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | | | | 1SH145 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED |
| | 1SH192 | RSZ-JSH PARTNERSHIP | n/a | 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED |
| | | | | 1SH146 | RHONDA SHAPIRO ZINNER TST 1993 TRUST U/D/T DATED 7/7/93 AS AMENDED |
| | 1T0003 | DORON TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 10-05312 | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0007 | RYAN TAVLIN TRUST C/O DORAN TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0030 | MARILYN TURK AS TRUSTEE U/A 12/30/94 C/O Redacted | 10-05041 | 100813 | IRWIN K HOROWITZ |
| | | | | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 |
| | | | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| | 1T0031 | DORON A TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0032 | DORON TAVLIN TRUST | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0033 | RYAN TAVLIN TRUST C/O DORON TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0036 | RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 10-05232 | 102611 | REBECCA ZAID C/O TAVLIN |
| | | | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| | 1T0039 | MICHAEL TROKEL | n/a | 1M0032 | ALLEN MEISELS GARDEN STATE BUSINESS MACHINES |
| | | | | 1T0024 | MICHAEL TROKEL GARDEN STATE BUSINESS MACHINES |
| | 1T0041 | TRANSDUCTIONS INC SPECIAL C/O ARAKAWA & MADELINE GINS | n/a | 1T0016 | TRANSDUCTIONS INC C/O ARAKAWA AND MADELINE GINS |
| | | | | 1T0017 | TRANSDUCTIONS INC SPECIAL C/O ARAKAWA & MADELINE GINS |
| | 1T0042 | MORRIS L TOBMAN IDA TOBMAN JT REV TST DTD 6/17/93 AS AMENDED 1/12/99 | n/a | 100124 | AVELLINO & ALPERN |
| | | | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | | | 1H0023 | FREDERICK P HELLER |
| | | | | 1T0011 | MORRIS L TOBMAN & IDA TOBMAN AS CO TRUSTEES U/A/D 6/17/93 |

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
| | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | | | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| | 1T0043 | ESTATE OF ROSE TENENBAUM C/O NEWBERGER | n/a | 1T0009 | ROSE TENENBAUM |
| | 1T0045 | JOSEPH D TUCHMAN | n/a | 1T0022 | JOSEPH D TUCHMAN & MILDRED TUCHMAN J/T WROS |
| | 1U0005 | NTC & CO. FBO MAGNUS A UNFLAT FTC ACCT #xx9797 IRA | n/a | 1U0002 | U M ENERGY CORP PROFIT SHARING PLAN |
| | | | | 1U0006 | MAGNUS A UNFLAT & ELEANOR C UNFLAT J/T WROS |
| | 1U0015 | NTC & CO. FBO MAGNUS A UNFLAT (xx1445) | 10-04617 | 1U0002 | U M ENERGY CORP PROFIT SHARING PLAN |
| | | | | 1U0006 | MAGNUS A UNFLAT & ELEANOR C UNFLAT J/T WROS |
| | 1U0017 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | 10-05420 | 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS |
| | 1U0019 | ELEANORE C UNFLAT OR MAGNUS A UNFLAT CO-TRUSTEES OF THE ELEANOR C UNFLAT | 10-04617 | 1U0002 | U M ENERGY CORP PROFIT SHARING PLAN |
| | | | | 1U0003 | ELEANORE C UNFLAT OR MAGNUS A UNFLAT CO-TRUSTEES OF THE ELEANOR C UNFLAT |
| | | | | 1U0006 | MAGNUS A UNFLAT & ELEANOR C UNFLAT J/T WROS |
| | 1V0011 | JANICE VAN LANEN TRUST DATED 4/18/88 C/O SHARON LOHSE | n/a | 1V0003 | JANICE VAN LANEN TRUST DATED 4/18/88 |
| | 1V0012 | HARVEY VAN LANEN TRUST | n/a | 1V0001 | HARVEY VAN LANEN TRUST |
| | 1V0017 | GST SEPARATE TRUST FBO ROY VAN LANEN U/T/A/D 5/29/02 MR ROY VAN LANEN | n/a | 1V0003 | JANICE VAN LANEN TRUST DATED 4/18/88 |
| | 1V0018 | GST TST FBO DELORES VAN LANEN U/T/A/D 5/29/02 MS DELORES VAN LANEN | n/a | 1V0003 | JANICE VAN LANEN TRUST DATED 4/18/88 |
| | 1V0019 | VERDEWAY INVESTMENT PTNRS LLC C/O STEVEN FITERMAN | 10-04354 | 1F0021 | MILES Q FITERMAN REVOCABLE TST MILES Q FITERMAN TRUSTEE |
| | | | | 1F0023 | STEVEN FITERMAN |
| | 1W0017 | CHELSEA HELEN WIENER CHARLES WIENER CUSTODIAN | n/a | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST |
| | 1W0019 | DR MARVIN WIENER REVOCABLE TRUST | n/a | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST |
| | 1W0055 | ARIEL BETH WIENER CHARLES WIENER AS CUSTODIAN | n/a | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST |
| | 1W0061 | ARIEL WIENER TRUST CHARLES WIENER TRUSTEE | n/a | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST |
| | 1W0062 | CHELSEA WIENER TRUST CHARLES WIENER TRUSTEE | n/a | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST |
| | 1W0063 | WIENER FAMILY LIMITED PTR | 10-04323 | 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST |
| | 1W0068 | JEFFREY HOWARD WOODRUFF | n/a | 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR |
| | 1W0070 | LWT ASSOCIATES LLC ALLAN R HURWITZ MGR | n/a | 1W0005 | LUBIE WAX TRUST ALLAN R HURWITZ OR BARBARA J HURWITZ TRUSTEES |
| | 1W0072 | LINDA WOLF | n/a | 102317 | LINDA WOLF AND JUDITH KONIGSBERG J/T |
| | | | | 1W0032 | LINDA WOLF |
| | | | | 1W0033 | LINDA WOLF |
| | 1W0076 | RAVEN C WILE THE SEASONS | n/a | 1W0046 | RAVEN C WILE THE SEASONS |
| | 1W0078 | DOROTHY J WALKER | n/a | 1W0001 | DOROTHY J WALKER |
| | 1W0079 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN | n/a | 1J0006 | JG KNITS INC C/O M WEINGARTEN |
| | | | | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN |
| | 1W0083 | THE PAULINE WERBIN TRUST PAULINE WERBIN TRUSTEE | n/a | 1W0011 | PAULINE WERBIN |
| | 1W0084 | JANIS WEISS | n/a | 1W0010 | JANIS WEISS |
| | 1W0090 | ADELE WINTERS C/O SUSAN GROSSMAN | n/a | 1W0026 | ADELE WINTERS |
| | | | | 1W0030 | MAX WINTERS |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| 1W0091 | ALAN WINTERS & JANET WINTERS FAMILY PARTNERSHIP LTD | 10-04808 | 1W0027 | ALAN J WINTERS |
|  |  |  | 1W0029 | JANET WINTERS |
| 1W0092 | ALAN J WINTERS PROFIT SHARING TRUST | n/a | 102319 | ALAN J WINTERS MD PA PENSION PLAN & TRUST |
|  |  |  | 1W0028 | ALAN J WINTERS PROFIT SHARING TRUST |
| 1W0093 | JANET WINTERS | n/a | 1W0029 | JANET WINTERS |
| 1W0094 | INH IRA FBO ADELE WINTERS BERNARD L MADOFF CUSTODIAN C/O SUSAN GROSSMAN | n/a | 1W0026 | ADELE WINTERS |
|  |  |  | 1W0030 | MAX WINTERS |
|  |  |  | 1W0031 | BERNARD L MADOFF CUSTODIAN INHERITED IRA FBO ADELE WINTERS |
| 1W0095 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR | n/a | 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR |
| 1W0099 | LINDA WOLF AND RITA WOLTIN TIC | n/a | 102317 | LINDA WOLF AND JUDITH KONIGSBERG J/T |
|  |  |  | 1W0032 | LINDA WOLF |
|  |  |  | 1W0033 | LINDA WOLF |
| 1W0101 | KAREN NOVICK WASSERMAN REVOCABLE TST SHIRLEY FITERMAN TRUSTEE | n/a | 1F0021 | MILES Q FITERMAN REVOCABLE TST MILES Q FITERMAN TRUSTEE |
|  |  |  | 1F0023 | STEVEN FITERMAN |
| 1W0114 | JAROD C WINTERS OR MARCI WINTERS TIC | n/a | 1W0026 | ADELE WINTERS |
|  |  |  | 1W0030 | MAX WINTERS |
|  |  |  | 1W0031 | BERNARD L MADOFF CUSTODIAN INHERITED IRA FBO ADELE WINTERS |
| 1W0119 | ROBERT WEINGARTEN REVOCABLE TRUST DTD 6/23/05 | n/a | 1J0006 | JG KNITS INC C/O M WEINGARTEN |
|  |  |  | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O Redacted Redacted |
| 1W0141 | JEFFREY S WILPON & VALERIE WILPON JT/WROS | 10-05287 | 1KW014 | IRIS J KATZ C/O STERLING EQUITIES |
|  |  |  | 1KW024 | SAUL B KATZ |
|  |  |  | 1KW026 | SAUL B KATZ AND HEATHER KATZ TIC |
|  |  |  | 1KW028 | SAUL B KATZ AND IRIS J KATZ JT WROS |
|  |  |  | 1KW034 | SAUL B KATZ AND FRED WILPON T I C |
|  |  |  | 1KW035 | SAUL B KATZ AND JUDITH WILPON T I C |
|  |  |  | 1KW036 | SAUL B KATZ & RICHARD A WILPON TIC |
|  |  |  | 1KW067 | FRED WILPON |
|  |  |  | 1KW068 | FRED WILPON AND IRIS J KATZ TIC |
|  |  |  | 1KW078 | JUDITH A WILPON AND IRIS J KATZ TIC |
| 1Y0009 | STEVEN YAVERS | n/a | 1Y0002 | STEVEN YAVERS |
| 1Y0012 | ROSE YEOMAN REV TRUST NEIL YEOMAN & ELAINE YEOMAN SUCCESSOR CO TRUSTEES | n/a | 1Y0003 | ROSE YEOMAN REV LIVING TST |
| 1Z0014 | SAM ZEMSKY | n/a | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
|  |  |  | 1Z0006 | SAM ZEMSKY |
| 1Z0015 | SHIRLEY ZEMSKY REV TRUST DATED 12/27/95 | n/a | 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR |
|  |  |  | 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER |
|  |  |  | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
|  |  |  | 1Z0007 | SHIRLEY ZEMSKY |
| 1Z0016 | MRS ANDREA CERTILMAN ZIEGLER | n/a | 1Z0008 | MRS. ANDREA CERTILMAN ZIEGLER |
| 1Z0017 | ESTATE OF HAROLD L ZANKEL C/O COWAN, LIEBOWITZ AND LATMAN, PC | n/a | 1Z0001 | HAROLD L ZANKEL |
| 1Z0018 | GEOFFREY CRAIG ZEGER | n/a | 1Z0004 | GEOFFREY CRAIG ZEGER |
|  |  |  | 1Z0005 | LEROY ZEGER & RITA ZEGER J/T WROS |
| 1Z0019 | RITA ZEGER | n/a | 1Z0005 | LEROY ZEGER & RITA ZEGER J/T WROS |
| 1Z0021 | LORRAINE ZRAICK | n/a | 1S0090 | SYLVIA M SIMON |
| 1Z0024 | MAX ZANKEL FOUNDATION C/O BARRY A SCHWARTZ | n/a | 1Z0001 | HAROLD L ZANKEL |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| 1Z0031 | HOWARD ZEMSKY FAMILY TRUST DATED 1/3/1997 HOWARD ZEMSKY TRUSTEE | n/a | 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR |
|  |  |  | 1Z0006 | SAM ZEMSKY |
| 1Z0035 | ESTATE OF LORRAINE ZRAICK | 10-05257 | 1S0090 | SYLVIA M SIMON |
| 1Z0037 | EDWARD A ZRAICK JR, PATRICIA DELUCA, KAREN M RICH TIC C/O EDWARD A ZRAICK | 10-05257 | 1S0090 | SYLVIA M SIMON |
| 1ZA014 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 C/O FRANK AVELLINO SUITE 240 | n/a | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
|  |  |  | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| 1ZA052 | MARILYN DAVIS & JACOB DAVIS TTEES UTA BY MARILYN DAVIS DTD 6/27/94 | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
|  |  |  | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
|  |  |  | 1D0005 | JACOB DAVIS & MARILYN DAVIS TRUSTEE U/T/A BY JACOB DAVIS 6/27/94 |
|  |  |  | 1H0021 | ANDREW HELLER OR MARGARET HELLER J/T WROS |
|  |  |  | 1H0023 | FREDERICK P HELLER |
|  |  |  | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1ZA077 | FLORENCE BRINLING PROFIT SHARING PLAN | n/a | 1A0023 | MINETTE ALPERN TST |
|  |  |  | 1S0150 | SADIE STERN AND FLORENCE BRINLING AND MARION ELLIS J/T |
| 1ZA078 | JOHN BRINLING PROFIT SHARING PLAN | n/a | 1A0023 | MINETTE ALPERN TST |
|  |  |  | 1S0150 | SADIE STERN AND FLORENCE BRINLING AND MARION ELLIS J/T |
| 1ZA111 | STEVEN J ANDELMAN P O BOX 1044 | 10-04884 | 1A0030 | STEVEN J ANDELMAN & SUSAN R ANDELMAN J/T WROS |
| 1ZA112 | SUSAN R ANDELMAN P O BOX 1044 | 10-04916 | 1A0030 | STEVEN J ANDELMAN & SUSAN R ANDELMAN J/T WROS |
| 1ZA213 | MAX SCHWARTZ REVOCABLE TRUST 8/8/96 LINDA WEINTRAUB SUCC TSTEE | n/a | 1S0051 | MAX SCHWARTZ & TOBY SCHWARTZ TENANTS BY THE ENTIRETY |
| 1ZA249 | RICHARD B FELDER AND DEBORAH FELDER TIC | n/a | 1F0004 | RICHARD FELDER |
|  |  |  | H01974 | SUPERIOR EQUITIES C/O WILLIAM FELDER |
| 1ZA364 | DEBORAH KAYE | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 101143 | EVELYN KAYE TRUST |
|  |  |  | 1K0019 | HENRY KAYE TRUST |
|  |  |  | 1K0020 | HENRY KAYE TRUSTEE EVELYN KAYE TRUST FBO JUDITH KNIGHT ET AL |
|  |  |  | 1K0021 | LAURENCE KAYE |
| 1ZA365 | BARBARA L LAIRD C/O ROGER WILLIAMS | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 101143 | EVELYN KAYE TRUST |
|  |  |  | 1K0020 | HENRY KAYE TRUSTEE EVELYN KAYE TRUST FBO JUDITH KNIGHT ET AL |
|  |  |  | 1K0021 | LAURENCE KAYE |
| 1ZA438 | FREDERICK P HELLER | n/a | 1H0023 | FREDERICK P HELLER |
| 1ZA842 | JODI L TOBMAN    Redacted | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
|  |  |  | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
|  |  |  | 1H0023 | FREDERICK P HELLER |
|  |  |  | 1T0011 | MORRIS L TOBMAN & IDA TOBMAN AS CO TRUSTEES U/A/D 6/17/93 |
|  |  |  | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1ZA879 | KENN JORDAN ASSOCIATES C/O FRANK AVELLINO | 10-05421 | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
|  |  |  | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| 1ZA898 | MARIAN BAUM | 10-04917 | 1K0014 | JORDON H KART TRUSTEE U/T/A DTD 1/26/94 |

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|---|
| | BLMIS Account No. | BLMIS Account Name | Adv. Pro. No. | BLMIS Related Direct Account No. | BLMIS Related Direct Account Name |
| | 1ZB046 | GROSVENOR PARTNERS LTD C/O FRANK AVELLINO | 10-05421 | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
| | | | | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| | 1ZB262 | STRATTHAM C/O THOMAS G AVELLINO | 10-05421 | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
| | | | | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| | 1ZB370 | RICHARD H BLUM, MD | n/a | 1B0028 | FRANCES BLUM AND DANIEL JACOBS TIC |
| | 1ZB371 | ROBERT S BLUM | n/a | 1B0028 | FRANCES BLUM AND DANIEL JACOBS TIC |
| | 1ZB374 | KENNETH JORDAN DECLARATION OF TST DTD 1/5/95 AS AMENDED AND RESTATED 1/29/99 SUCC TSTEE | n/a | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
| | | | | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| | 1ZB459 | ADELE SILVERMAN TRUSTEE ADELE SILVERMAN REV TRUST | n/a | 1ZA447 | ADELE SILVERMAN REV TRUST WILLIAM SILVERMAN REV TST TIC |
| | 1ZB460 | WILLIAM SILVERMAN REV TRUST ADELE SILVERMAN TRUSTEE | n/a | 1ZA447 | ADELE SILVERMAN REV TRUST WILLIAM SILVERMAN REV TST TIC |
| | 1ZB496 | JONATHAN SCHWARTZ AS TRUSTEE FBO NANCY M RIEHM | n/a | 1S0049 | DOROTHY S SCHWARTZ |
| | 1ZB497 | SUSAN RYAN ELIZABETH AUGUSTYN T/I/C | n/a | 1S0049 | DOROTHY S SCHWARTZ |
| | 1ZB509 | ASTER ASSOCIATES FRANK AVELLINO, NANCY CARROLL AVELLINO GENERAL PARTNERS | 10-05421 | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
| | | | | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| | 1ZB510 | ST JAMES ASSOCIATES MICHAEL BIENES, DIANE BIENES GENERAL PARTNERS | 10-05421 | 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO |
| | | | | 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 |
| | H00351 | CLINTON INVESTMENT CORP C/O SAUL ALPERN | n/a | 1C1033 | MARK HUGH CHAIS 1983 TRUST AL ANGEL & MARK CHAIS TRUSTEE 4 ROCKY WAY |
| | H00504 | CAROL EDELSON | n/a | 1G0023 | ROBERT GETTINGER |
| | H01978 | ARLENE SALBE C/O ABRAHAM HERSHSON | n/a | 1H0030 | ESTATE OF ABRAHAM HERSHSON C/O MAX WINTERS |