# Exhibit 10

# Exhibit 10 - Example of a Portfolio Management Report (PMR)



# Exhibit 11

# Exhibit 11 - Example of a Portfolio Management Transaction Report (PMT Report)



# Exhibit 12

# Exhibit 12 - Example of Customer Statement

1/31/92

[redacted]

1-02609-1-0

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | | BALANCE FORWARD | | .43 |
| 1/07 | 1/07 | | | 5097 370 | FIDELITY CASH RESERVES SBI | 1 | | 5,097.00 |
| 1/07 | 1/14 | 3000 | | 832 | PRODUCTION OPERATORS CORP SUB DEB CONV 9.250 9/30/2000 | 126 1/2 | 3,875.17 | |
| 1/08 | 1/15 | | | 100 833 | PRODUCTION OPERATORS CORP | 24 5/8 | | |
| 1/08 | 1/15 | | | 62 834 | PRODUCTION OPERATORS CORP | 24 1/2 | | |
| 1/17 | 1/17 | 100 | | | STRIDE RITE CORP | RECD | | |
| 1/17 | 1/17 | 90 | | | STRIDE RITE CORP | RECD | | |
| 1/17 | 1/17 | | 95 | | STRIDE RITE CORP | DELV | | |
| 1/21 | 1/21 | | | | CHECK STRIDE RITE | PW | 95.62 | |
| 1/07 | 1/24 | | | | FIDELITY CASH RESERVES SBI DIV 1/07/92 | DIV | | 4.79 |
| 1/15 | 1/27 | | | | PRODUCTION OPERATORS CORP FRACTIONAL SHARES | JRNL | | 17.44 |
| 1/31 | 1/31 | | 95 | | STRIDE RITE CORP ADJUSTMENT | DELV | | |
| 1/31 | 1/31 | 1131 | | 788 | FIDELITY CASH RESERVES SBI | 1 | 1,131.00 | |
| | | | | | NEW BALANCE | | | 3,999.37 |

| SECURITY POSITIONS | | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|
| FIDELITY CASH RESERVES SBI | 1131 | | 1,131.00 | | 1,131.00 |
| PRODUCTION OPERATORS CORP SUB DEB CONV 9.250 9/30/2000 | 3000 | | 3,875.17 | | |
| PRODUCTION OPERATORS CORP | | 162 | | 3,998.94 | 123.77CR |
| END OF POSITIONS | | | 5,006.17 | 3,998.94 | .43CR |



**Securities Investor Protection Corporation**

**v.**

**Bernard L. Madoff Investment Securities LLC**

**In re: Bernard L. Madoff Investment Securities and**

**Bernard L. Madoff, Debtors**

**Case No. 08-01789 (SMB)**

**SIPA Liquidation**

**(Substantively Consolidated)**

**Exhibit 13 to the Expert Report of Matthew B. Greenblatt is available for review upon written or telephonic request to:**

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Sarah Roberts**
**Tel: (212) 847-6854**
**Email: sroberts@bakerlaw.com**

# Exhibit 14

# Exhibit 14 - Example of Reported Trading Activity Within the Customer Statements for BLMIS Account 1Z0009



**Exhibit 14 - Example of Reported Trading Activity Within the Customer Statements for BLMIS Account 1Z0009**



# Exhibit 14 - Example of Reported Trading Activity Within the Customer Statements for BLMIS Account 1Z0009



## Exhibit 14 - Example of Reported Trading Activity Within the Customer Statements for BLMIS Account 1Z0009





CONFIDENTIAL

MADWAA00377277



MADWAA00377278

CONFIDENTIAL