# Exhibit 15

# Exhibit 15 - Example Of a PW Transaction for BLMIS Account 1Z0009 - Customer Statement



## Exhibit 15 - Example of a PW Transaction for BLMIS Account 1Z0009 - Customer Statement



# Exhibit 15 - Example of a PW Transaction for BLMIS Account 1Z0009 - PMT



