# Exhibit 16

# Exhibit 16 - Example of a PW Transaction for BLMIS Account 1C1046 - Customer Statement



# Exhibit 16 - Example of a PW Transaction for BLMIS Account 1C1046 - Customer Statement



# Exhibit 16 - Example of a PW Transaction for BLMIS Account 1C1046 - PMT



# Exhibit 16 - Example of a PW Transaction for BLMIS Account 1C1046 - PMR



# Exhibit 17

# Exhibit 17 - Example of a PW Transaction for BLMIS Account 1B0022 - Customer Statement



# Exhibit 17 - Example of a PW Transaction for BLMIS Account 1B0022 - Customer Statement



# Exhibit 17 - Example of a PW Transaction for BLMIS Account 1B0022 - PMT



# Exhibit 17 - Example of a PW Transaction for BLMIS Account 1B0022 - PMR

