# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 15, 2015

Nicholas J. Cremona
direct dial: 212.589-4682
ncremona@bakerlaw.com

**VIA ECF AND ELECTRONIC MAIL TO**
**bernstein.chambers@nysb.uscourts.gov**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC,* 08-01789 (SMB) (Substantively Consolidated)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. and the estate of Bernard L. Madoff. We write to provide an update on the objections filed to the four proposed orders and appendices (the "Proposed Orders") implementing Your Honor's Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision"), entered June 2, 2015.

The Trustee has met and conferred with all parties that filed objections, and has subsequently revised the Proposed Orders to fully resolve all objections. The Trustee has also incorporated in the Proposed Orders the Supreme Court's denial of *certiorari* of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129, dismissing counts other than those seeking to avoid and recover transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code. Accordingly, the objecting parties have represented to the Trustee that they are withdrawing their objections based on the modifications to the revised Proposed Orders and all parties consent to the form of Proposed Orders, as revised and attached hereto as Exhibit A.

In addition, pursuant to page 4 of the Decision, the Court ordered that those issues not addressed in the Decision will be heard separately upon scheduling by the parties. These issues concern arguments relating to the District of Columbia's Nonclaim Statute

Hon. Stuart M. Bernstein
July 15, 2015
Page 2

(*Picard v. Estate of Herman Greenberg, et al.,* Adv. Pro. No. 10-04998), and service of process (*Picard v. L.H. Rich Companies., et al.,* Adv. Pro. No. 10-05371). The relevant parties have agreed to enter stipulations, which will be separately submitted to the Court, to schedule separate hearings on the issues before the Court either upon a mutually convenient date for the Trustee and defendants or upon further order of the Court.

Lastly, the Trustee circulated drafts of the revised Proposed Orders to counsel to all defendants affected by such orders and has received no objection to the Proposed Orders. Based on the foregoing, the Trustee respectfully requests that the Court enter the Proposed Orders in the appropriate adversary proceedings. The Trustee has copied counsel to the objecting defendants on this letter.

The Trustee is available should the Court have any questions.

Respectfully submitted,

/s/ Nicholas J. Cremona

Nicholas J. Cremona

cc (via email):

    Kevin H. Bell, Esq.
    David J. Sheehan, Esq.
    Keith R. Murphy, Esq.

    **WINDELS MARX LANE & MITTENDORF, LLP**
    156 West 56th Street
    New York, NY 10019
    Howard L. Simon, Esq.
    Kim M. Longo, Esq.

    **BECKER & POLIAKOFF LLP**
    45 Broadway
    New York, NY 10006
    Helen Davis Chaitman, Esq.
    Julie Gorchkova, Esq.

    **BECKER, GLYNN, MUFFLY, CHASSIN & HOSINKI LLP**
    299 Park Avenue, 16th Floor
    New York, NY 10171
    Chester B. Salomon, Esq.
    Alec P. Ostrow, Esq.

Hon. Stuart M. Bernstein
July 15, 2015
Page 3

**DAY PITNEY LLP**
7 Times Square
New York, NY 10036
Thomas D. Goldberg, Esq.
Margarita Y. Ginzburg, Esq.

**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Carole Neville, Esq.

**FOX ROTHSCHILD LLP**
100 Park Avenue, 15th Floor
New York, NY 10017
Ernest E. Badway, Esq.
Lauren J. Talan, Esq.
Richard M. Meth, Esq.

**GARVEY SCHUBERT BARER**
100 Wall Street, 20th Floor
New York, NY 10005
Andrew J. Goodman, Esq.

**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Matthew A. Kupillas, Esq.
Joshua E. Keller, Esq.

**PRYOR CASHMAN LLP**
7 Times Square
New York, NY 10036
Richard Levy, Jr., Esq.