# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>    Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' MOTIONS TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.       Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

2.       As to counts in each Complaint included on Appendix A in which the Trustee sought to avoid obligations pursuant to sections 548(a)(1) and 544 of the Bankruptcy Code, applicable provisions of SIPA including sections 78fff(b) and 78fff-1(b) and New York Debtor

and Creditor Law (the "Obligations Counts"), the Motions to Dismiss are granted with respect to the Obligations Counts and such counts are hereby dismissed.

3.      As to the count in each Complaint included on Appendix A seeking to recover subsequent transfers from subsequent transferee defendants pursuant to section 550(a) of the Bankruptcy Code, applicable provisions of SIPA including section 78fff-2(c)(3) and New York Debtor and Creditor Law (the "Subsequent Transferee Count"), the Motions to Dismiss are granted with respect to the Subsequent Transferee Count and such count is hereby dismissed from each Complaint without prejudice to (i) the Trustee's right to seek to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, made applicable hereto by Federal Rule of Bankruptcy Procedure 7015, and/or (ii) the Trustee's rights under Section 550(f) of the Bankruptcy Code.

4.      In all other respects, the Motions to Dismiss are denied.

5.      Defendants shall file their answers to the Complaints on or before September 18, 2015. The Adversary Proceedings will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties in accordance with the applicable rules of procedure.

6.       This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
            _____, 2015

                                 _____
                                 HONORABLE STUART M. BERNSTEIN
                                 UNITED STATES BANKRUPTCY JUDGE

| | | **APPENDIX A** | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-05255 | Picard v. Stefanelli Investors Group, et al. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |
| 2. | 10-04401 | Picard v. Rose Gindel Trust, et al. | Dentons LLP |
| 3. | 10-04925 | Picard v. Alvin Gindel Rev. Trust, et al. | Dentons LLP |
| 4. | 10-05085 | Picard v. Eugene J. Ribakoff 2006 Trust, et al. | Dentons LLP |
| 5. | 10-05224 | Picard v. David R. Markin, et al. | Dentons LLP |
| 6. | 10-05384 | Picard v. Neil Reger Profit Sharing Keogh, et al. | Dentons LLP |
| 7. | 10-05424 | Picard v. The Frederica Ripley French Rev. Trust, et al.t | Dentons LLP |
| 8. | 10-04335 | Picard v. Aspen Fine Arts Co., et al. | Milberg LLP |
| 9. | 10-04741 | Picard v. William M. Woessner Family Trust, et al. | Milberg LLP |
| 10. | 10-04906 | Picard v. Steven V Marcus Separate Property of the Marcus Family Trust, et al. | Milberg LLP |
| 11. | 10-04966 | Picard v. Onesco International, Ltd., et al | Lax & Neville LLP/ Milberg LLP |
| 12. | 10-04978 | Picard v. Estate of Ira S. Rosenberg, et al | Milberg LLP |
| 13. | 10-04341 | Picard v. James P. Marden, et al. | Pryor Cashman LLP |
| 14. | 10-04348 | Picard v. Marden Family Limited Partnership, et al. | Pryor Cashman LLP |
| 15. | 10-04575 | Picard v. Boslow Family Limited Partnership, et al. | Pryor Cashman LLP |
| 16. | 10-04944 | Picard v. Pergament Equities LLC, et al. | Pryor Cashman LLP |
| 17. | 10-05118 | Picard v. Charlotte M. Marden, et al. | Pryor Cashman LLP |
| 18. | 10-05194 | Picard v. Bruce D. Pergament, et al. | Pryor Cashman LLP |
| 19. | 10-05439 | Picard v. Avram J. Goldberg, et al. | Pryor Cashman LLP |

| 20. | 10-04352 | Picard v. RAR Entrepreneurial Fund LTD, et al. | Becker & Poliakoff LLP |
|-----|----------|------------------------------------------------|------------------------|
| 21. | 10-04362 | Picard v. Sage Associates, et al. | Becker & Poliakoff LLP |
| 22. | 10-04400 | Picard v. Sage Realty, et al. | Becker & Poliakoff LLP |
| 23. | 10-04712 | Picard v. Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Tr | Becker & Poliakoff LLP |
| 24. | 10-04718 | Picard v. The Jordan H. Kart Revocable Trust, et al. | Becker & Poliakoff LLP |
| 25. | 10-05157 | Picard v. The Harnick Brothers Partnership, et al. | Becker & Poliakoff LLP |
| 26. | 10-05196 | Picard v. Whitman 1990 Trust U/A DTD 4/13/90, etc., et al | Becker & Poliakoff LLP |

**REDLINE VERSION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>       Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' ~~MOTION~~MOTIONS TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.      Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

1.2.    As to counts in each Complaint included on Appendix A ~~attached hereto~~ in which the Trustee sought to avoid obligations pursuant to sections 548(a)(1) and 544 of the Bankruptcy Code, applicable provisions of SIPA including sections 78fff(b) and 78fff-1(b) and New York

Debtor and Creditor Law (the "Obligations Counts"), the Motions to Dismiss are granted with respect to the Obligations Counts and such counts are hereby dismissed from each Complaint.

2.3.    As to the count in each complaintComplaint included on Appendix A attached hereto seeking to recover subsequent transfers from subsequent transferee defendants pursuant to section 550(a) of the Bankruptcy Code, applicable provisions of SIPA including section 78fff-2(c)(3) and New York Debtor and Creditor Law (the "Subsequent Transferee Count"), the Trustee shall determine on or before August 17, 2015 (the "Consideration Period") whether (i) the Trustee intends to amend the subsequent transferee allegations in a Complaint, or (ii) the Subsequent Transferee Count will be dismissed without prejudiceMotions to Dismiss are granted with respect to the Subsequent Transferee Count and such count is hereby dismissed from each Complaint without prejudice to (i) the Trustee's right to seek to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, made applicable hereto by Federal Rule of Bankruptcy Procedure 7015, and/or (ii) the Trustee's rights under Section 550(f) of the Bankruptcy Code.

3.    Should the Trustee seek to amend the Subsequent Transferee Count, he will seek Defendants' written consent to an amendment of the subsequent transferee allegations in a manner consistent with the Decision, which written consent will not be unreasonably withheld. If necessary, the Trustee will seek leave of the Court to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure.  Should no request for consent to the amendment of a Complaint be provided to the relevant Defendant prior to the expiration of the Consideration Period, the Subsequent Transferee Count in that Complaint will be deemed dismissed without prejudice.

4.    In all other respects, the Motions to Dismiss are denied.

3

5.      ~~All~~ Defendants ~~that are parties to Complaints for which Subsequent Transferee Counts have been deemed dismissed at the conclusion of the Consideration Period~~ shall file their answers to the Complaints ~~within 30 days following the expiration of the Consideration Period,~~on or before September ~~16~~18, 2015. ~~Defendants~~The Adversary Proceedings will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties in accordance with the applicable rules of procedure.

~~6.      All actions in which Trustee seeks leave to amend the Complaint will move forward thereafter on a schedule consistent with the applicable Rules of Civil Procedure, including, without limitation, Rule 15(a)(3).~~

~~7.~~6.      This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York

_____

_____.    _____, 2015

HONORABLE STUART M. BERNSTEIN

UNITED STATES BANKRUPTCY JUDGE

4

| | | APPENDIX A | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-05255 | Picard v. Stefanelli Investors Group, et al. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |
| ~~2.~~ | ~~10-04861~~ | ~~Picard v. Harold J. Hein~~ | ~~Dentons LLP~~ |
| ~~3.~~2. | 10-04401 | Picard v. Rose Gindel Trust, et al. | Dentons LLP |
| 3. | 10-04925 | Picard v. Alvin Gindel Rev. Trust, et al. | Dentons LLP |
| 4. | 10-05085 | Picard v. Eugene J. Ribakoff 2006 Trust, et al. | Dentons LLP |
| ~~5.~~ | ~~10-05424~~ | ~~Picard v. The Frederica Ripley French Rev. Trust, et al.t~~ | ~~Dentons LLP~~ |
| ~~6.~~5. | 10-05224 | Picard v. David R. Markin, et al. | Dentons LLP |
| ~~7.~~ | ~~10-04925~~ | ~~Picard v. Alvin Gindel Rev. Trust, et al.~~ | ~~Dentons LLP~~ |
| ~~8.~~6. | 10-05384 | Picard v. Neil Reger Profit Sharing Keogh, et al. | Dentons LLP |
| ~~9.~~7. | 10-~~04966~~05424 | Picard v. ~~Onesco International, Ltd.,~~The Frederica Ripley French Rev. Trust, et al.t | ~~Lax & Neville LLP/~~ ~~Milberg~~Dentons LLP |
| ~~10.~~8. | 10-04335 | Picard v. Aspen Fine Arts Co., et al. | Milberg LLP |
| ~~11.~~ | ~~10-04978~~ | ~~Picard v. Estate of Ira S. Rosenberg, et al~~ | ~~Milberg LLP~~ |
| ~~12.~~9. | 10-04741 | Picard v. William M. Woessner Family Trust, et al. | Milberg LLP |
| ~~13.~~10. | 10-~~04944~~04906 | Picard v. ~~Pergament Equities LLC~~Steven V Marcus Separate Property of the Marcus Family Trust, et al. | ~~Pryor Cashman~~Milberg LLP |
| ~~14.~~11. | 10-~~05194~~04966 | Picard v. ~~Bruce D. Pergament,~~Onesco International, Ltd., et al.~~.~~ | ~~Pryor Cashman~~Lax & Neville LLP/ Milberg LLP |
| 12. | 10-04978 | Picard v. Estate of Ira S. Rosenberg, et al | Milberg LLP |
| ~~15.~~13. | 10-04341 | Picard v. James P. Marden, et al. | Pryor Cashman LLP |

| 16.14. | 10-04348 | Picard v. Marden Family Limited Partnership, et al. | Pryor Cashman LLP |
|---|---|---|---|
| 17. | 10-05439 | Picard v. Avram J. Goldberg, et al. | Pryor Cashman LLP |
| 18.1. | 10-05118 | Picard v. Charlotte M. Marden, et al. | Pryor Cashman LLP |
| 19.15. | 10-04575 | Picard v. Boslow Family Limited Partnership, et al. | Pryor Cashman LLP |
| 16. | 10-04944 | Picard v. Pergament Equities LLC, et al. | Pryor Cashman LLP |
| 17. | 10-05118 | Picard v. Charlotte M. Marden, et al. | Pryor Cashman LLP |
| 18. | 10-05194 | Picard v. Bruce D. Pergament, et al. | Pryor Cashman LLP |
| 19. | 10-05439 | Picard v. Avram J. Goldberg, et al. | Pryor Cashman LLP |
| 20. | 10-04352 | Picard v. RAR Entrepreneurial Fund LTD, et al. | Becker & Poliakoff LLP |
| 21. | 10-04362 | Picard v. Sage Associates, et al. | Becker & Poliakoff LLP |
| 22. | 10-04400 | Picard v. Sage Realty, et al. | Becker & Poliakoff LLP |
| 23. | 10-04712 | Picard v. Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Tr | Becker & Poliakoff LLP |
| 24. | 10-04718 | Picard v. The Jordan H. Kart Revocable Trust, et al. | Becker & Poliakoff LLP |
| 24.25. | 10-05157 | Picard v. The Harnick Brothers Partnership, et al. | Becker & Poliakoff LLP |
| 25.26. | 10-05196 | Picard v. Whitman 1990 Trust U/A DTD 4/13/90, etc., et al | Becker & Poliakoff LLP |
| 26. | 12-01706 | Picard v. Estate of Nathan Schupak | Becker & Poliakoff LLP |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>       Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have

filed motions to dismiss (the "Motions to Dismiss") complaints filed against them by Plaintiff

Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L.

Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor

Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.      Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial transfers, and subsequent transfers to the extent asserted, pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

2.      As to counts in each Complaint included on Appendix A in which the Trustee sought to avoid obligations pursuant to sections 548(a)(1) and 544 of the Bankruptcy Code, applicable provisions of SIPA including sections 78fff(b) and 78fff-1(b) and New York Debtor

and Creditor Law (the "Obligations Counts"), the Motions to Dismiss are granted with respect to the Obligations Counts and such counts are hereby dismissed.

3.       In all other respects, the Motions to Dismiss are denied.

4.       Defendants shall file their answers to the Complaints within 30 days of the entry of this Order. The Adversary Proceedings will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties in accordance with the applicable rules of procedure.

5.       This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
          _____, 2015          _____
                                           HONORABLE STUART M. BERNSTEIN
                                           UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04724 | Picard v. P. Charles Gabriele | Milberg LLP |
| 2. | 10-04725 | Picard v. Ruth E. Goldstein | Milberg LLP |
| 3. | 10-04582 | Picard v. Gerald Blumenthal | Milberg LLP |
| 4. | 10-04921 | Picard v. Stanley T. Miller | Dentons LLP |
| 5. | 10-04946 | Picard v. Stephen R. Goldenberg | Milberg LLP |
| 6. | 10-04951 | Picard v. Harold A. Thau | Milberg LLP |
| 7. | 10-05069 | Picard v. Potamkin Family Foundation | Milberg LLP |
| 8. | 10-04576 | Picard v. Norton A. Eisenberg | Milberg LLP |
| 9. | 10-05089 | Picard v. John Denver Concerts, Inc., et al. | Milberg LLP |
| 10. | 10-05136 | Picard v. Richard Roth | Milberg LLP |
| 11. | 10-05401 | Picard v. Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. | Milberg LLP |
| 12. | 10-04672 | Picard v. Sidney Cole | Dentons LLP |
| 13. | 10-04415 | Picard v. Barbara J. Berdon | Dentons LLP |
| 14. | 10-05209 | Picard v. Lapin Children LLC | Dentons LLP |
| 15. | 10-04332 | Picard v. Barry Weisfeld | Dentons LLP |
| 16. | 10-04861 | Picard v. Harold J. Hein | Dentons LLP |
| 17. | 10-04540 | Picard v. Jonathan Sobin | Seeger Weiss LLP |
| 18. | 10-04565 | Picard v. Murray & Irene Pergament Foundation, Inc., et al. | Pryor Cashman LLP |
| 19. | 10-05239 | Picard v. Robert Fried, et al. | Pryor Cashman LLP |
| 20. | 10-05397 | Picard v. Bernard A. & Chris Marden Foundation Inc., et al. | Pryor Cashman LLP |

| 21. | 10-04592 | Picard vs. Anthony E. Stefanelli | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |
| 22. | 10-04865 | Picard v. Edward H. Kaplan, et al. | Arent Fox LLP |
| 23. | 10-04976 | Picard v. Eleven Eighteen Limited Partnership, et al. | Arent Fox LLP |
| 24. | 10-04998 | Picard v. Estate of Hermen Greenberg, et al. | Arent Fox LLP |
| 25. | 10-05027 | Picard v. 1776 K Street Associates Limited Partnership, et al. | Arent Fox LLP |

**REDLINE VERSION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' ~~MOTION~~MOTIONS TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have

filed motions to dismiss (the "Motions to Dismiss") complaints filed against them by Plaintiff

Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L.

Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor

Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply

briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable

Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted

supplemental authorities and other submissions to the Court. The Court, having reviewed the

Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and

other submissions, and having heard the argument of counsel at the Hearing, granted in part and

denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision

Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the

Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman

Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the

Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached

hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.      Pursuant to the Decision and the Supreme Court Decision, counts in each

Complaint included on Appendix A, other than those seeking to avoid and recover initial

transfers, and subsequent transfers to the extent asserted, pursuant to sections 548(a)(1)(A), 550,

and 551 of the Bankruptcy Code, are hereby dismissed.

1.2.    As to counts in each Complaint included on Appendix A attached hereto in which

the Trustee sought to avoid obligations pursuant to sections 548(a)(1) and 544 of the Bankruptcy

Code, applicable provisions of SIPA including sections 78fff(b) and 78fff-1(b) and New York

Debtor and Creditor Law (the "Obligations Counts"), the Motions to Dismiss are granted with

respect to the Obligations Counts and such counts are hereby dismissed from each Complaint.

2.3.    In all other respects, the Motions to Dismiss are denied.

3.    Defendants shall file their answers to the Complaints on or before July 31, 2015.

4.    Defendants within 30 days of the entry of this Order. The Adversary Proceedings

will move forward thereafter on schedules to be established by further order of the Court after

consultation among the parties. in accordance with the applicable rules of procedure.

5.    This Court retains jurisdiction to hear and determine all matters arising from or

related to this Order.

Dated: New York, New York
.
    _____, 2015        HONORABLE STUART M. BERNSTEIN
                                   UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04724 | Picard v. P. Charles Gabriele | Milberg LLP |
| 2. | 10-04725 | Picard v. Ruth E. Goldstein | Milberg LLP |
| 3. | 10-04582 | Picard v. Gerald Blumenthal | Milberg LLP |
| 4. | 10-04921 | Picard v. Stanley T. Miller | Dentons LLP |
| 5. | 10-04946 | Picard v. Stephen R. Goldenberg | Milberg LLP |
| 6. | 10-04951 | Picard v. Harold A. Thau | Milberg LLP |
| 7. | 10-05069 | Picard v. Potamkin Family Foundation | Milberg LLP |
| 8. | 10-04576 | Picard v. Norton A. Eisenberg | Milberg LLP |
| 9. | 10-05089 | Picard v. John Denver Concerts, Inc., et al. | Milberg LLP |
| 10. | 10-05136 | Picard v. Richard Roth | Milberg LLP |
| ~~1.~~11. | 10-05401 | Picard v. Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. | Milberg LLP |
| ~~2.~~ | ~~10-04921~~ | ~~Picard v. Stanley T. Miller~~ | ~~Dentons LLP~~ |
| ~~3.~~12. | 10-04672 | Picard v. Sidney Cole | Dentons LLP |
| ~~4.~~13. | 10-04415 | Picard v. Barbara J. Berdon | Dentons LLP |
| ~~5.~~14. | 10-05209 | Picard v. Lapin Children LLC | Dentons LLP |
| ~~6.~~15. | 10-04332 | Picard v. Barry Weisfeld | Dentons LLP |
| ~~7.~~16. | 10-~~04951~~04861 | Picard v. Harold ~~A. Thau~~J. Hein | ~~Milberg~~Dentons LLP |
| ~~8.~~ | ~~10-04946~~ | ~~Picard v. Stephen R. Goldenberg~~ | ~~Milberg LLP~~ |
| ~~9.~~ | ~~10-05089~~ | ~~Picard v. John Denver Concerts, Inc., et al.~~ | ~~Milberg LLP~~ |
| ~~10.~~ | ~~10-04725~~ | ~~Picard v. Ruth E. Goldstein~~ | ~~Milberg LLP~~ |

| 11. | 10-05069 | Picard v. Potamkin Family Foundation | Milberg LLP |
|---|---|---|---|
| 12. | 10-04576 | Picard v. Norton A. Eisenberg | Milberg LLP |
| 13. | 10-04724 | Picard v. P. Charles Gabriele | Milberg LLP |
| 14. | 10-04582 | Picard v. Gerald Blumenthal | Milberg LLP |
| 15. | 10-05136 | Picard v. Richard Roth | Milberg LLP |
| 16. | 10-04906 | Picard v. Steven V Marcus Separate Property of the Marcus Family Trust, et al. | Milberg LLP |
| 17. | 10-04540 | Picard v. Jonathan Sobin | Seeger Weiss LLP |
| 18. | 10-05239 | Picard v. Robert Fried, et al. | Pryor Cashman LLP |
| 19. | 10-05397 | Picard v. Oakdale Foundation Inc., et al. | Pryor Cashman LLP |
| 20.18. | 10-04565 | Picard v. Murray & Irene Pergament Foundation, Inc., et al. | Pryor Cashman LLP |
| 19. | 10-05239 | Picard v. Robert Fried, et al. | Pryor Cashman LLP |
| 20. | 10-05397 | Picard v. Bernard A. & Chris Marden Foundation Inc., et al. | Pryor Cashman LLP |
| 21. | 10-04592 | Picard vs. Anthony E. Stefanelli | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |
| 22. | 10-04865 | Picard v. Edward H. Kaplan, et al. | Arent Fox LLP |
| 23. | 10-04976 | Picard v. Eleven Eighteen Limited Partnership, et al. | Arent Fox LLP |
| 21.24. | 10-04998 | Picard v. Estate of Hermen Greenberg, et al. | Arent Fox LLP |
| 22.25. | 10-05027 | Picard v. 1776 K Street Associates Limited Partnership, et al. | Arent Fox LLP |
| 23. | 10-04976 | Picard v. Eleven Eighteen Limited Partnership, et al. | Arent Fox LLP |
| 24.1. | 10-04865 | Picard v. Edward H. Kaplan, et al. | Arent Fox LLP |
| 25.1. | 10-04592 | Picard vs. Anthony E. Stefanelli | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of<br>Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A<br>ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A<br>Attached Hereto |

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANTS' MOTIONS TO DISMISS

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have

filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed

against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively

consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively

consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor

Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.      Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial and subsequent transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

2.      In all other respects, the Motions to Dismiss are denied.

3.      Defendants shall file their answers to the Complaints within 30 days of the entry of this Order. The Adversary Proceedings will move forward thereafter on schedules to be

established by further order of the Court after consultation among the parties in accordance with

the applicable rules of procedure.

4.      This Court retains jurisdiction to hear and determine all matters arising from or

related to this Order.


Dated: New York, New York

_____, 2015

_____

HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04623 | Picard v. Edmond A. Gorek | Day Pitney LLP |
| 2. | 10-04797 | Picard v. Edmond A. Gorek, et al | Day Pitney LLP |
| 3. | 10-04349 | Picard v. Pauline B. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04396 | Picard v. Edith A. Schur | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04408 | Picard v. Cheryl Yankowitz, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-04560 | Picard v. Richard E. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-04717 | Picard v. William Diamond | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-04772 | Picard v. M. Elliot Schnall | Law Offices of Herbert Biegel |
| 9. | 10-04827 | Picard v. Madeline Gins Arakawa, et al. | Carter Ledyard & Millburn LLP |
| 10. | 10-04289 | Picard v. John Fujiwara, et al | Lax & Neville LLP |
| 11. | 10-04301 | Picard v. Frieda Bloom | Lax & Neville LLP |
| 12. | 10-04304 | Picard v. Elinor Solomon | Lax & Neville LLP |
| 13. | 10-04307 | Picard v. Howard Solomon | Lax & Neville LLP |
| 14. | 10-04467 | Picard v. David S. Wallenstein | Lax & Neville LLP |
| 15. | 10-04481 | Picard v. Armand Lindenbaum | Lax & Neville LLP |
| 16. | 10-04756 | Picard v. Stephen B. Kaye, et al. | Lax & Neville LLP |
| 17. | 10-04881 | Picard v. Jillian Wernick Livingston | Lax & Neville LLP |
| 18. | 10-04900 | Picard v. Bonnie J. Kansler | Lax & Neville LLP |

| 19. | 10-04954 | Picard v. Ruth Kahn | Lax & Neville LLP |
|---|---|---|---|
| 20. | 10-04988 | Picard v. Wallenstein / NY Partnership, et al. | Lax & Neville LLP |
| 21. | 10-05036 | Picard v. Elinor Friedman Felcher | Lax & Neville LLP |
| 22. | 10-05169 | Picard v. Fairfield Pagma Associates, LP, et al. | Lax & Neville LLP |
| 23. | 10-05246 | Picard v. Frances J. Le Vine Rev. Trust, et al. | Lax & Neville LLP |
| 24. | 10-04363 | Picard v. Schiff Family Holdings Nevada Limited Partnership, et al. | Wachtel Missry LLP |
| 25. | 10-04470 | Picard v. Silna Family Inter Vivos Trust, et al. | Wachtel Missry LLP |
| 26. | 10-04472 | Picard v. Daniel N. Silna, et al. | Wachtel Missry LLP |
| 27. | 10-04447 | Picard v. Franklin Sands | Wachtel Missry LLP |
| 28. | 10-04502 | Picard v. Steven Schiff | Wachtel Missry LLP |
| 29. | 10-04579 | Picard v. Shetland Fund Limited Partnership, et al. | Wachtel Missry LLP |
| 30. | 10-04726 | Picard v. Lori Chemla, et al. | Wachtel Missry LLP |
| 31. | 10-04896 | Picard v. Helene Juliette Feffer | Wachtel Missry LLP |
| 32. | 10-05372 | Picard v. O.D.D. Investment LP, et al. | Wachtel Missry LLP |
| 33. | 10-05400 | Picard v. Ted Goldberg, et al. | Wachtel Missry LLP |
| 34. | 10-04796 | Picard v. Howard Kaye | McClaughlin & Stern LLP |
| 35. | 10-04357 | Picard v. James Greiff | Dentons LLP |
| 36. | 10-05058 | Picard v. America Israel Cultural Foundation | Dentons LLP |
| 37. | 10-04799 | Picard v. Marvin L. Olshan | Olshan Frome Wolosky LLP |
| 38. | 10-04774 | Picard v. Diane Wilson | Simon & Partners LLP |
| 39. | 10-04551 | Picard v. Douglas D. Johnson | Herrick, Feinstein LLP |
| 40. | 10-04294 | Picard v. David T. Washburn | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 41. | 10-04435 | Picard v. Prospect Capital Partners, et al. | Becker, Glynn, Muffly, Chassin & Hosinski LLP |

| 42. | 10-04495 | Picard v. Carl Glick | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
|---|---|---|---|
| 43. | 10-04538 | Picard v. James B. Pinto Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 44. | 10-04588 | Picard v. Amy Pinto Lome Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 45. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. | Marvin Ingber / McClay Alton, P.L.L.P |
| 46. | 10-05087 | Picard vs. Steven J. Lifton | Meyer, Suozzi, English & Klein, P.C. |
| 47. | 10-04293 | Picard v. Marvin M. Weiner | Fox Rothschild LLP |
| 48. | 10-04509 | Picard v. Susan Helfman | Klestadt Winters Jureller Southard & Stevens, LLP |
| 49. | 10-04292 | Picard v. Robert Roman | Becker & Poliakoff LLP |
| 50. | 10-04302 | Picard v. Joan Roman | Becker & Poliakoff LLP |
| 51. | 10-04305 | Picard v. David Shapiro, et al. | Becker & Poliakoff LLP |
| 52. | 10-04306 | Picard v. Angela Tilentnick | Becker & Poliakoff LLP |
| 53. | 10-04314 | Picard v. David Shapiro Nominee #3 | Becker & Poliakoff LLP |
| 54. | 10-04321 | Picard v. Herbert Barbanel, et al. | Becker & Poliakoff LLP |
| 55. | 10-04324 | Picard v. Barbara Roth, et al. | Becker & Poliakoff LLP |
| 56. | 10-04325 | Picard v. David Shapiro Nominee #2 | Becker & Poliakoff LLP |
| 57. | 10-04328 | Picard v. David Shapiro Nominee | Becker & Poliakoff LLP |
| 58. | 10-04344 | Picard v. Alexander Sirotkin | Becker & Poliakoff LLP |
| 59. | 10-04367 | Picard v. Benjamin T. Heller | Becker & Poliakoff LLP |
| 60. | 10-04380 | Picard v. Robert Yaffe, et al. | Becker & Poliakoff LLP |
| 61. | 10-04381 | Picard v. David Abel | Becker & Poliakoff LLP |
| 62. | 10-04412 | Picard v. Judith Rechler | Becker & Poliakoff LLP |

| 63. | 10-04425 | Picard v. Manuel O. Jaffe | Becker & Poliakoff LLP |
|---|---|---|---|
| 64. | 10-04428 | Picard v. Allen Meisels | Becker & Poliakoff LLP |
| 65. | 10-04469 | Picard v. Carol L. Kamenstein, individually and in her capacity as joint tenant | Becker & Poliakoff LLP |
| 66. | 10-04489 | Picard v. Marlene Krauss | Becker & Poliakoff LLP |
| 67. | 10-04491 | Picard v. Elaine Dine Living Trust dated 5/12/, et al. | Becker & Poliakoff LLP |
| 68. | 10-04503 | Picard v. Judd Robbins | Becker & Poliakoff LLP |
| 69. | 10-04541 | Picard v. Kenneth W Perlman, et al. | Becker & Poliakoff LLP |
| 70. | 10-04562 | Picard v. Robert F. Ferber | Becker & Poliakoff LLP |
| 71. | 10-04599 | Picard v. Alvin E. Shulman | Becker & Poliakoff LLP |
| 72. | 10-04614 | Picard v. Robert S. Whitman | Becker & Poliakoff LLP |
| 73. | 10-04621 | Picard v. Donald A. Benjamin | Becker & Poliakoff LLP |
| 74. | 10-04633 | Picard v. Richard S. Poland | Becker & Poliakoff LLP |
| 75. | 10-04644 | Picard v. Russell L. Dusek | Becker & Poliakoff LLP |
| 76. | 10-04648 | Picard v. Peter D. Kamenstein | Becker & Poliakoff LLP |
| 77. | 10-04660 | Picard v. P.B. Robco Inc. | Becker & Poliakoff LLP |
| 78. | 10-04667 | Picard v. David Gross, et al. | Becker & Poliakoff LLP |
| 79. | 10-04709 | Picard v. Andrew M. Goodman | Becker & Poliakoff LLP |
| 80. | 10-04728 | Picard v. Bruno L. Digiulian | Becker & Poliakoff LLP |
| 81. | 10-04753 | Picard v. Carla Ginsburg | Becker & Poliakoff LLP |
| 82. | 10-04740 | Picard v. Robert Hirsch, as an individual, and as joint tenant, et al. | Becker & Poliakoff LLP |
| 83. | 10-04748 | Picard v. Murray Horowitz, et al. | Becker & Poliakoff LLP |
| 84. | 10-04749 | Picard v. Philip F. Palmedo | Becker & Poliakoff LLP |

| 85. | 10-04762 | Picard v. James M. Goodman | Becker & Poliakoff LLP |
|---|---|---|---|
| 86. | 10-04768 | Picard v. Placon2, William R. Cohen, et al. | Becker & Poliakoff LLP |
| 87. | 10-04806 | Picard v. Kenneth M.Kohl, as an individual and as a joint tenant, et al. | Becker & Poliakoff LLP |
| 88. | 10-04809 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 89. | 10-04818 | Picard v. Toby Harwood | Becker & Poliakoff LLP |
| 90. | 10-04826 | Picard v. Boyer Palmer | Becker & Poliakoff LLP |
| 91. | 10-04889 | Picard v. Robert S. Savin | Becker & Poliakoff LLP |
| 92. | 10-04905 | Picard v. Train Klan, a Partnership, et al. | Becker & Poliakoff LLP |
| 93. | 10-04914 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 94. | 10-04916 | Picard v. Susan Andelman | Becker & Poliakoff LLP |
| 95. | 10-04956 | Picard v. D. M. Castelli | Becker & Poliakoff LLP |
| 96. | 10-05037 | Picard v. Barbara L. Savin | Becker & Poliakoff LLP |
| 97. | 10-05079 | Picard v. Estate of James M. Goodman, et al. | Becker & Poliakoff LLP |
| 98. | 10-05105 | Picard v. Robert C. Luker Family Partnership, et al. | Becker & Poliakoff LLP |
| 99. | 10-05190 | Picard v. The Lazarus-Schy Family Partnership, etc., et al | Becker & Poliakoff LLP |
| 100. | 10-05377 | Picard v. Richard G. Eaton | Becker & Poliakoff LLP |
| 101. | 10-05420 | Picard v. Gunther K. Unflat, et al. | Becker & Poliakoff LLP |

**REDLINE VERSION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>                Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of<br>Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A<br>ATTACHED HERETO,<br><br>                Defendants. | Adv. Pro. Nos. listed on Appendix A<br>Attached Hereto |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ~~MOTION~~MOTIONS TO DISMISS

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have

filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed

against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively

consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively

consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor

Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply

briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable

Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted

supplemental authorities and other submissions to the Court. The Court, having reviewed the

Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and

other submissions, and having heard the argument of counsel at the Hearing, granted in part and

denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision

Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the

Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust*, 14-1128 and *Picard v. Ida Fishman*

*Revocable Trust*, 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the

Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached

hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.       As Pursuant to all the Decision and the Supreme Court Decision, counts in the

Complaints each Complaint included on Appendix A, other than those seeking to avoid and

recover initial and subsequent transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the

Bankruptcy Code, are hereby dismissed.

1.2.       In all other respects, the Motions to Dismiss are denied.

2.       Defendants shall file their answers to the Complaints on or before July 31, 2015.

3.        ~~Defendants~~within 30 days of the entry of this Order. The Adversary Proceedings

will move forward thereafter on schedules to be established by further order of the Court after

consultation among the parties. in accordance with the applicable rules of procedure.

4.        This Court retains jurisdiction to hear and determine all matters arising from or

related to this Order.

Dated: New York, New York                    _____
.
        _____, 2015            HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE

| APPENDIX A | | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04623 | Picard v. Edmond A. Gorek | Day Pitney LLP |
| 1.2. | 10-04797 | Picard v. Edmond A. Gorek, et al | Day Pitney LLP |
| 2.3. | 10-04349 | Picard v. Pauline B. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 3.4. | 10-04396 | Picard v. Edith A. Schur | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04408 | Picard v. Cheryl Yankowitz, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4.6. | 10-04560 | Picard v. Richard E. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5.7. | 10-04717 | Picard v. William Diamond | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6.8. | 10-04772 | Picard v. M. Elliot Schnall | Law Offices of Herbert Biegel |
| 7.9. | 10-04827 | Picard v. Madeline Gins Arakawa, et al. | Carter Ledyard & Millburn LLP |
| 10. | 10-04289 | Picard v. John Fujiwara, et al | Lax & Neville LLP |
| 11. | 10-04301 | Picard v. Frieda Bloom | Lax & Neville LLP |
| 12. | 10-04304 | Picard v. Elinor Solomon | Lax & Neville LLP |
| 13. | 10-04307 | Picard v. Howard Solomon | Lax & Neville LLP |
| 14. | 10-04467 | Picard v. David S. Wallenstein | Lax & Neville LLP |
| 15. | 10-04481 | Picard v. Armand Lindenbaum | Lax & Neville LLP |
| 8.16. | 10-04756 | Picard v. Stephen B. Kaye, et al. | Lax & Neville LLP |
| 9.17. | 10-04881 | Picard v. Jillian Wernick Livingston | Lax & Neville LLP |
| 10.18. | 10-0448104900 | Picard v. Armand Lindenbaum Bonnie J. Kansler | Lax & Neville LLP |

| | | | |
|---|---|---|---|
| ~~11.~~19. | 10-~~04467~~04954 | Picard v. ~~David S. Wallenstein~~Ruth Kahn | Lax & Neville LLP |
| ~~12.~~ | ~~10-04307~~ | ~~Picard v. Howard Solomon~~ | ~~Lax & Neville LLP~~ |
| ~~13.~~20. | 10-04988 | Picard v. Wallenstein / NY Partnership, et al. | Lax & Neville LLP |
| ~~14.~~ | ~~10-04289~~ | ~~Picard v. John Fujiwara, et al~~ | ~~Lax & Neville LLP~~ |
| ~~15.~~ | ~~10-04301~~ | ~~Picard v. Frieda Bloom~~ | ~~Lax & Neville LLP~~ |
| ~~16.~~21. | 10-~~04304~~05036 | Picard v. Elinor ~~Solomon~~Friedman Felcher | Lax & Neville LLP |
| ~~17.~~22. | 10-05169 | Picard v. Fairfield Pagma Associates, LP, et al. | Lax & Neville LLP |
| ~~18.~~23. | 10-~~04954~~05246 | Picard v. ~~Ruth Kahn~~Frances J. Le Vine Rev. Trust, et al. | Lax & Neville LLP |
| ~~19.~~24. | 10-~~05036~~04363 | Picard v. ~~Elinor Friedman Felcher~~Schiff Family Holdings Nevada Limited Partnership, et al. | ~~Lax & Neville~~Wachtel Missry LLP |
| ~~20.~~25. | 10-~~05400~~04470 | Picard v. ~~Ted Goldberg~~Silna Family Inter Vivos Trust, et al. | Wachtel Missry LLP |
| ~~21.~~26. | 10-~~04726~~04472 | Picard v. ~~Lori Chemla~~Daniel N. Silna, et al. | Wachtel Missry LLP |
| 27. | 10-04447 | Picard v. Franklin Sands | Wachtel Missry LLP |
| 28. | 10-04502 | Picard v. Steven Schiff | Wachtel Missry LLP |
| ~~22.~~29. | 10-04579 | Picard v. Shetland Fund Limited Partnership, et al. | Wachtel Missry LLP |
| 30. | 10-04726 | Picard v. Lori Chemla, et al. | Wachtel Missry LLP |
| ~~23.~~31. | 10-04896 | Picard v. Helene Juliette Feffer | Wachtel Missry LLP |
| ~~24.~~32. | 10-05372 | Picard v. O.D.D. Investment LP, et al. | Wachtel Missry LLP |
| ~~25.~~ | ~~10-04502~~ | ~~Picard v. Steven Schiff~~ | ~~Wachtel Missry LLP~~ |
| ~~26.~~33. | 10-~~04363~~05400 | Picard v. ~~Schiff Family Holdings Nevada Limited Partnership~~Ted Goldberg, et al. | Wachtel Missry LLP |
| ~~27.~~ | ~~10-04447~~ | ~~Picard v. Franklin Sands~~ | ~~Wachtel Missry LLP~~ |
| ~~28.~~ | ~~10-04472~~ | ~~Picard v. Daniel N. Silna, et al.~~ | ~~Wachtel Missry LLP~~ |
| ~~29.~~ | ~~10-04470~~ | ~~Picard v. Silna Family Inter~~ | ~~Wachtel Missry LLP~~ |

| | | Vivos Trust, et al. | |
|---|---|---|---|
| 30.34. | 10-04796 | Picard v. Howard Kaye | McClaughlin & Stern LLP |
| 31.35. | 10-04357 | Picard v. James Greiff | Dentons LLP |
| 32.36. | 10-05058 | Picard v. America Israel Cultural Foundation | Dentons LLP |
| 33.37. | 10-04799 | Picard v. Marvin L. Olshan | Olshan Frome Wolosky LLP |
| 34.38. | 10-04774 | Picard v. Diane Wilson | Simon & Partners LLP |
| 35.39. | 10-04551 | Picard v. Douglas D. Johnson | Herrick, Feinstein LLP |
| 36. | 10-04662 | Lexington Capital Partners | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 37.40. | 10-0449504294 | Picard v. Carl GlickDavid T. Washburn | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 38.41. | 10-04435 | Picard v. Prospect Capital Partners, et al. | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 39.42. | 10-0429404495 | Picard v. David T. WashburnCarl Glick | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 40. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. | Marvin Ingber / McClay Alton, P.L.L.P |
| 41.43. | 10-04538 | Picard v. James B. Pinto Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 42.44. | 10-04588 | Picard v. Amy Pinto Lome Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 45. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. | Marvin Ingber / McClay Alton, P.L.L.P |
| 43.46. | 10-05087 | Picard vs. Steven J. Lifton | Meyer, Suozzi, English & Klein, P.C. |
| 47. | 10-04293 | Picard v. Marvin M. Weiner | Fox Rothschild LLP |
| 48. | 10-04509 | Picard v. Susan Helfman | Klestadt Winters Jureller Southard & Stevens, LLP |
| 44.49. | 10-04292 | Picard v. Robert Roman | Becker & Poliakoff LLP |
| 45.50. | 10-04302 | Picard v. Joan Roman | Becker & Poliakoff LLP |

| 46.51. | 10-0430304305 | Picard v. Kenneth Robert Cutroneo David Shapiro, et al. | Becker & Poliakoff LLP |
|---|---|---|---|
| 47.52. | 10-04306 | Picard v. Angela Tilentnick | Becker & Poliakoff LLP |
| 48.53. | 10-04314 | Picard v. David Shapiro Nominee #3 | Becker & Poliakoff LLP |
| 49.54. | 10-04321 | Picard v. Herbert Barbanel, et al. | Becker & Poliakoff LLP |
| 50.55. | 10-04324 | Picard v. Barbara Roth, et al. | Becker & Poliakoff LLP |
| 51.56. | 10-04325 | Picard v. David Shapiro Nominee #2 | Becker & Poliakoff LLP |
| 52.57. | 10-04328 | Picard v. David Shapiro Nominee | Becker & Poliakoff LLP |
| 53.58. | 10-04344 | Picard v. Alexander Sirotkin | Becker & Poliakoff LLP |
| 54.59. | 10-04367 | Picard v. Benjamin T. Heller | Becker & Poliakoff LLP |
| 60. | 10-04380 | Picard v. Robert Yaffe, et al. | Becker & Poliakoff LLP |
| 61. | 10-04381 | Picard v. David Abel | Becker & Poliakoff LLP |
| 55.62. | 10-04412 | Picard v. Judith Rechler | Becker & Poliakoff LLP |
| 63. | 10-04425 | Picard v. Manuel O. Jaffe | Becker & Poliakoff LLP |
| 64. | 10-04428 | Picard v. Allen Meisels | Becker & Poliakoff LLP |
| 56.65. | 10-04469 | Picard v. Carol L. Kamenstein, individually and in her capacity as joint tenant | Becker & Poliakoff LLP |
| 57.66. | 10-04489 | Picard v. Marlene Krauss | Becker & Poliakoff LLP |
| 58.67. | 10-04491 | Picard v. Elaine Dine Living Trust dated 5/12/, et al. | Becker & Poliakoff LLP |
| 68. | 10-04503 | Picard v. Judd Robbins | Becker & Poliakoff LLP |
| 59.69. | 10-04541 | Picard v. Kenneth W Perlman, et al. | Becker & Poliakoff LLP |
| 60.70. | 10-04562 | Picard v. Robert F. Ferber | Becker & Poliakoff LLP |
| 71. | 10-04599 | Picard v. Alvin E. Shulman | Becker & Poliakoff LLP |
| 61.72. | 10-04614 | Picard v. Robert S. Whitman | Becker & Poliakoff LLP |
| 62.73. | 10-04621 | Picard v. Donald A. Benjamin | Becker & Poliakoff LLP |

| 63.74. | 10-04633 | Picard v. Richard S. Poland | Becker & Poliakoff LLP |
|---|---|---|---|
| 75. | 10-04644 | Picard v. Russell L. Dusek | Becker & Poliakoff LLP |
| 64.76. | 10-04648 | Picard v. Peter D. Kamenstein | Becker & Poliakoff LLP |
| 65.77. | 10-04660 | Picard v. P.B. Robco Inc. | Becker & Poliakoff LLP |
| 66.78. | 10-0468204667 | Picard v. James M GartenDavid Gross, et al. | Becker & Poliakoff LLP |
| 67. | 10-04694 | Picard v. Clothmasters, Inc. | Becker & Poliakoff LLP |
| 68.79. | 10-04709 | Picard v. Andrew M. Goodman | Becker & Poliakoff LLP |
| 80. | 10-04728 | Picard v. Bruno L. Digiulian | Becker & Poliakoff LLP |
| 69.81. | 10-04753 | Picard v. Carla Ginsburg | Becker & Poliakoff LLP |
| 70.82. | 10-04740 | Picard v. Robert Hirsch, as an individual, and as joint tenant, et al. | Becker & Poliakoff LLP |
| 71.83. | 10-04748 | Picard v. Murray Horowitz, et al. | Becker & Poliakoff LLP |
| 72.84. | 10-04749 | Picard v. Philip F. Palmedo | Becker & Poliakoff LLP |
| 85. | 10-04762 | Picard v. James M. Goodman | Becker & Poliakoff LLP |
| 73.86. | 10-04768 | Picard v. Placon2, William R. Cohen, et al. | Becker & Poliakoff LLP |
| 74.87. | 10-04806 | Picard v. Kenneth M.Kohl, as an individual and as a joint tenant, et al. | Becker & Poliakoff LLP |
| 88. | 10-04809 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 75.89. | 10-04818 | Picard v. Toby Harwood | Becker & Poliakoff LLP |
| 76.90. | 10-0487604826 | Picard v. Marie S. RautenbergBoyer Palmer | Becker & Poliakoff LLP |
| 77.91. | 10-04889 | Picard v. Robert S. Savin | Becker & Poliakoff LLP |
| 78.92. | 10-04905 | Picard v. Train Klan, a Partnership, et al. | Becker & Poliakoff LLP |
| 79.93. | 10-04914 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 80.94. | 10-04916 | Picard v. Susan Andelman | Becker & Poliakoff LLP |

| 95. | 10-04956 | Picard v. D. M. Castelli | Becker & Poliakoff LLP |
|---|---|---|---|
| 81.96. | 10-05037 | Picard v. Barbara L. Savin | Becker & Poliakoff LLP |
| 82.97. | 10-05079 | Picard v. Estate of James M. Goodman, et al. | Becker & Poliakoff LLP |
| 83.98. | 10-05105 | Picard v. Robert C. Luker Family Partnership, et al. | Becker & Poliakoff LLP |
| 84. | 10-05106 | Picard v. Stony Brook Foundation, Inc. | Becker & Poliakoff LLP |
| 85.99. | 10-05190 | Picard v. The Lazarus-Schy Family Partnership, etc., et al | Becker & Poliakoff LLP |
| 86.100. | 10-0544305377 | Picard v. Brad WechslerRichard G. Eaton | Becker & Poliakoff LLP |
| 101. | 10-05420 | Picard v. Gunther K. Unflat, et al. | Becker & Poliakoff LLP |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>        Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' MOTIONS TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed replies in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.      Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

2.      As to the count in each Complaint included on Appendix A seeking to recover subsequent transfers from subsequent transferee defendants pursuant to section 550(a) of the Bankruptcy Code, applicable provisions of SIPA including section 78fff-2(c)(3) and New York Debtor and Creditor Law (the "Subsequent Transferee Count"), the Motions to Dismiss are

granted with respect to the Subsequent Transferee Count and such count is hereby dismissed from each Complaint without prejudice to (i) the Trustee's right to seek to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, made applicable hereto by Federal Rule of Bankruptcy Procedure 7015, and/or (ii) the Trustee's rights under Section 550(f) of the Bankruptcy Code.

3.      In all other respects, the Motions to Dismiss are denied.

4.      Defendants shall file their answers to the Complaints on or before September 18, 2015. The Adversary Proceedings will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties in accordance with the applicable rules of procedure.

5.      This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
        _____, 2015          _____
                                           HONORABLE STUART M. BERNSTEIN
                                           UNITED STATES BANKRUPTCY JUDGE

3

| | | **APPENDIX A** | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04361 | Picard v. Harvey L. Werner Revocable Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 2. | 10-04394 | Picard v. Frederic Z. Konigsberg, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 3. | 10-04468 | Picard v. Ken-Wen Family Limited P'ship et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04478 | Estate of Leonard M. Heine Jr., et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04561 | Picard v. Jeffrey R. Werner 11/1/98 Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-05094 | Picard v. The Estate of Carolyn Miller, et al | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-05231 | Picard v. Trust under Deed of Suzanne R. May, et al | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-04573 | Picard v. Bruce Leventhal 2001 Irrevocable Trust, et al. | Lax & Neville LLP |
| 9. | 10-04616 | Picard v. Nicolette Wernick Nominee Partnership, et al. | Lax & Neville LLP |
| 10. | 10-04647 | Picard v. Abbit Family Trust, et al | Lax & Neville LLP |
| 11. | 10-04655 | Picard v. Jaffe Family Partnership, et al. | Lax & Neville LLP |
| 12. | 10-04960 | Picard v. Estate of Elizabeth H. Kahn aka Betty Kahn, et al. | Lax & Neville LLP |
| 13. | 10-05048 | Picard v. Armand L. Greenhall, et al. | Lax & Neville LLP |
| 14. | 10-05160 | Picard v. The Lanny Rose Rev. Trust, et al | Lax & Neville LLP |
| 15. | 10-04370 | Picard v. Sidney Marks Trust 2002, et al. | Wilmer Cutler Pickering Hale and Dorr LLP |
| 16. | 10-04698 | Picard v. Nancy J. Marks Trust 2002, et al. | Wilmer Cutler Pickering Hale and Dorr LLP |
| 17. | 10-04511 | Picard v. Weithorn/ Casper Associates For Selected | Becker Glynn, Melamed & |

| | | Holdings, LLC, et al. | Muffly LLP |
|---|---|---|---|
| 18. | 10-04419 | Picard v. Katz Group Limited Partnership, et al. | Becker Meisel LLC |
| 19. | 10-04323 | Picard v. Weiner Family Limited. Partnership, et al. | Fox Rothschild LLP |
| 20. | 10-04606 | Picard v. Florence W. Shulman | Becker & Poliakoff LLP |
| 21. | 10-04661 | Picard v. Krellenstein Family Limited Partnership II of 1999, et al. | Akerman LLP |
| 22. | 10-04636 | Picard v. Richard J. Helfman Life Insurance Trust | Klestadt Winters Jureller Southard & Stevens, LLP |
| 23. | 10-04816 | Picard v. Adeline Sherman Revocable Trust as Amended, et al. | Klestadt Winters Jureller Southard & Stevens, LLP |
| 24. | 10-04327 | Picard v. Gertrude E. Alpern Revocable Trust, et al. | Becker & Poliakoff LLP |
| 25. | 10-04397 | Picard v. Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Becker & Poliakoff LLP |
| 26. | 10-04406 | Picard v. Triangle Properties #39, et al. | Becker & Poliakoff LLP |
| 27. | 10-04438 | Picard v. Estate of Seymour Epstein, et al. | Becker & Poliakoff LLP |
| 28. | 10-04446 | Picard v. Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Becker & Poliakoff LLP |
| 29. | 10-04474 | Picard v. Roger Rechler Revocable Trust, et al. | Becker & Poliakoff LLP |
| 30. | 10-04487 | Picard v. Robert Weintraub, et al. | Becker & Poliakoff LLP |
| 31. | 10-04539 | Picard v. The Gerald and Barbara Keller Family Trust, et al. | Becker & Poliakoff LLP |
| 32. | 10-04545 | Picard v. Jerome Goodman, Individually, as trustee for The Jerome Goodman Child | Becker & Poliakoff LLP |
| 33. | 10-04570 | Picard v. Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Becker & Poliakoff LLP |
| 34. | 10-04610 | Picard v. The Whitman Partnership, et al. | Becker & Poliakoff LLP |
| 35. | 10-04668 | Picard v. Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. | Becker & Poliakoff LLP |

| 36. | 10-04680 | Picard v. Chalek Associates LLC, et al. | Becker & Poliakoff LLP |
|---|---|---|---|
| 37. | 10-04750 | Picard v. Samdia Family L.P., a Delaware Limited Partnership, et al. | Becker & Poliakoff LLP |
| 38. | 10-04752 | Picard v. Kuntzman Family LLC, et al. | Becker & Poliakoff LLP |
| 39. | 10-04786 | Picard v. Edwin Michalove | Becker & Poliakoff LLP |
| 40. | 10-04803 | Picard v. The Estelle Harwood Family Limited Partnership, et al. | Becker & Poliakoff LLP |
| 41. | 10-04823 | Picard v. Frank DiFazio, et al. | Becker & Poliakoff LLP |
| 42. | 10-04837 | Picard v. Leslie Ehrlich f/k/a Leslie Harwood , et al. | Becker & Poliakoff LLP |
| 43. | 10-04852 | Picard v. Alvin E. Shulman Pourover Trust, et al. | Becker & Poliakoff LLP |
| 44. | 10-04859 | Picard v. Bert Margolies Trust, et al. | Becker & Poliakoff LLP |
| 45. | 10-04867 | Picard v. Estate of Steven I. Harnick, et al. | Becker & Poliakoff LLP |
| 46. | 10-04884 | Picard v. Steven Andelman | Becker & Poliakoff LLP |
| 47. | 10-04912 | Picard v. Harry Smith Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 48. | 10-04920 | Picard v. Glenhaven Limited, et al. | Becker & Poliakoff LLP |
| 49. | 10-04961 | Picard v. Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Becker & Poliakoff LLP |
| 50. | 10-04979 | Picard v. James M. New Trust dtd 3/19/01, et al. | Becker & Poliakoff LLP |
| 51. | 10-04991 | Picard v. Guiducci Family Limited Partnership, et al. | Becker & Poliakoff LLP |
| 52. | 10-04993 | Picard v. Melvin H. and Leona Gale Joint Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 53. | 10-04995 | Picard v. Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Becker & Poliakoff LLP |
| 54. | 10-05026 | Picard v. Walter Freshman Trust A, a Florida trust, et al. | Becker & Poliakoff LLP |
| 55. | 10-05051 | Picard v. Bevro Realty Corp. Defined Benefit Pension Plan, et al. | Becker & Poliakoff LLP |

| 56. | 10-05104 | Picard v. The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Becker & Poliakoff LLP |
|-----|----------|---------------------------------------------------------------------|------------------------|
| 57. | 10-05116 | Picard v. Leonard J. Oguss Trust, et al. | Becker & Poliakoff LLP |
| 58. | 10-05124 | Picard v. The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 59. | 10-05127 | Picard v. Atwood Management Profit Sharing Plan & Trust, etc., et al. | Becker & Poliakoff LLP |
| 60. | 10-05128 | Picard v. JABA Associates LP, et al. | Becker & Poliakoff LLP |
| 61. | 10-05133 | Picard v. Boyer H. Palmer, individually, etc, et al. | Becker & Poliakoff LLP |
| 62. | 10-05135 | Picard v. Reckson Generation, et al. | Becker & Poliakoff LLP |
| 63. | 10-05150 | Picard v. Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Becker & Poliakoff LLP |
| 64. | 10-05151 | Picard v. Palmer Family Trust,etc., et al. | Becker & Poliakoff LLP |
| 65. | 10-05184 | Picard v. Laura Ann Smith Revocable Living Trust, et al | Becker & Poliakoff LLP |
| 66. | 10-05232 | Picard v. Trust for the benefit of Ryan Tavlin, et al. | Becker & Poliakoff LLP |
| 67. | 10-05259 | Picard v. Stanley I. Lehrer, individually, et al. | Dentons LLP/ Frejka LLP |
| 68. | 10-05309 | Picard v. William Pressman, Inc., et al. | Becker & Poliakoff LLP |
| 69. | 10-05312 | Picard v. Doron Tavlin Trust U/A 2/4/91, et al. | Becker & Poliakoff LLP |
| 70. | 10-05435 | Picard v. Keith Schaffer, et al. | Becker & Poliakoff LLP |
| 71. | 10-05438 | Picard v. Realty Negotiators Inc. Defined Benefit Pension Plan, et al. | Becker & Poliakoff LLP |

**REDLINE VERSION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br><br>Plaintiff,<br><br>v.<br><br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' ~~MOTION~~MOTIONS TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have

filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed

against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively

consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively

consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor

Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed replies in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1.    Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

1.2.   As to the count in each ~~complaint~~Complaint included on Appendix A ~~attached hereto~~ seeking to recover subsequent transfers from subsequent transferee defendants pursuant to section 550(a) of the Bankruptcy Code, applicable provisions of SIPA including section 78fff-2(c)(3) and New York Debtor and Creditor Law (the "Subsequent Transferee Count"), the

Trustee shall determine on or before August 17, 2015 (the "Consideration Period") whether (i) the Trustee intends to amend the subsequent transferee allegations in a Complaint, or (ii) the Subsequent Transferee Count will be dismissed without prejudiceMotions to Dismiss are granted with respect to the Subsequent Transferee Count and such count is hereby dismissed from each Complaint without prejudice to (i) the Trustee's right to seek to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, made applicable hereto by Federal Rule of Bankruptcy Procedure 7015, and/or (ii) the Trustee's rights under Section 550(f) of the Bankruptcy Code.

2.      Should the Trustee seek to amend the Subsequent Transferee Count, he will seek Defendants' written consent to an amendment of the subsequent transferee allegations in a manner consistent with the Decision, which written consent will not be unreasonably withheld. If necessary, the Trustee will seek leave of the Court to amend in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure.  Should no request for consent to the amendment of a Complaint be provided to the relevant Defendant prior to the expiration of the Consideration Period, the Subsequent Transferee Count in that Complaint will be deemed dismissed without prejudice.

3.      In all other respects, the Motions to Dismiss are denied.

4.      All Defendants that are parties to Complaints for which Subsequent Transferee Counts have been deemed dismissed at the conclusion of the Consideration Period shall file their answers to the Complaints within 30 days following the expiration of the Consideration Periodon or before September 1618, 2015. DefendantsThe Adversary Proceedings will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties.

5.4.    All actions in which Trustee seeks leave to amend the Complaint will move forward thereafter on a schedule consistent with the applicable Rules of Civil Procedure, including, without limitation, Rule 15(a)(3). in accordance with the applicable rules of procedure.

6.5.    This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
.
_____, 2015         _____
                                HONORABLE STUART M. BERNSTEIN
                                UNITED STATES BANKRUPTCY JUDGE

| | | **APPENDIX A** | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-~~04623~~04361 | Picard v. ~~Edmond A. Gorek~~Harvey L. Werner Revocable Trust, et al. | ~~Day Pitney LLP~~Bernfeld, DeMatteo & Bernfeld, LLP |
| 2. | 10-04394 | Picard v. Frederic Z. Konigsberg, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| ~~3.~~ | ~~10-04408~~ | ~~Picard v. Cheryl Yankowitz, et al.~~ | ~~Bernfeld, DeMatteo & Bernfeld, LLP~~ |
| ~~4.~~3. | 10-04468 | Picard v. Ken-Wen Family Limited P'ship et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04478 | Estate of Leonard M. Heine Jr., et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04561 | Picard v. Jeffrey R. Werner 11/1/98 Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-05094 | Picard v. The Estate of Carolyn Miller, et al | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-05231 | Picard v. Trust under Deed of Suzanne R. May, et al | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-~~04361~~04573 | Picard v. ~~Harvey L. Werner Revocable~~Bruce Leventhal 2001 Irrevocable Trust, et al. | ~~Bernfeld, DeMatteo & Bernfeld, LLP~~Lax & Neville LLP |
| 9. | 10-04616 | Picard v. Nicolette Wernick Nominee Partnership, et al. | Lax & Neville LLP |
| 10. | 10-04647 | Picard v. Abbit Family Trust, et al | Lax & Neville LLP |
| ~~9.~~11. | 10-04655 | Picard v. Jaffe Family Partnership, et al. | Lax & Neville LLP |
| ~~10.~~ | ~~10-04900~~ | ~~Picard v. Bonnie J. Kansler~~ | ~~Lax & Neville LLP~~ |
| ~~11.~~ | ~~10-04647~~ | ~~Picard v. Abbit Family Trust, et al~~ | ~~Lax & Neville LLP~~ |
| 12. | 10-~~05246~~04960 | Picard v. ~~Frances J. Le Vine Rev. Trust~~Estate of Elizabeth H. Kahn aka Betty Kahn, et al. | Lax & Neville LLP |
| 13. | 10-05048 | Picard v. Armand L. Greenhall, et al. | Lax & Neville LLP |

| | | | |
|---|---|---|---|
| 14. | 10-05160 | Picard v. The Lanny Rose Rev. Trust, et al | Lax & Neville LLP |
| ~~15.~~ | ~~10-04573~~ | ~~Picard v. Bruce Leventhal 2001 Irrevocable Trust, et al.~~ | ~~Lax & Neville LLP~~ |
| ~~16.~~ | ~~10-04616~~ | ~~Picard v. Nicolette Wernick Nominee Partnership, et al.~~ | ~~Lax & Neville LLP~~ |
| ~~17.~~ | ~~10-04960~~ | ~~Picard v. Estate of Elizabeth H. Kahn aka Betty Kahn, et al.~~ | ~~Lax & Neville LLP~~ |
| ~~18.~~15. | 10-04370 | Picard v. Sidney Marks Trust 2002, et al. | Wilmer Cutler Pickering Hale and Dorr LLP |
| ~~19.~~16. | 10-04698 | Picard v. Nancy J. Marks Trust 2002, et al. | Wilmer Cutler Pickering Hale and Dorr LLP |
| ~~20.~~17. | 10-04511 | Picard v. Weithorn/ Casper Associates For Selected Holdings, LLC, et al. | Becker Glynn, Melamed & Muffly LLP |
| ~~21.~~18. | 10-04419 | Picard v. Katz Group Limited Partnership, et al. | Becker Meisel LLC |
| ~~22.~~19. | 10-04323 | Picard v. Weiner Family Limited. Partnership, et al. | Fox Rothschild LLP |
| ~~23.~~20. | 10-~~04293~~04606 | Picard v. ~~Marvin M. Weiner~~Florence W. Shulman | ~~Fox Rothschild~~Becker & Poliakoff LLP |
| ~~24.~~ | ~~10-05371~~ | ~~Picard v. L.H. Rich Companies, et al.~~ | ~~Garvey Schubert Baker~~ |
| ~~25.~~ | ~~10-04478~~ | ~~Estate of Leonard M. Heine Jr., et al.~~ | ~~Bernfeld, DeMatteo & Bernfeld, LLP~~ |
| ~~26.~~21. | 10-04661 | Picard v. Krellenstein Family Limited Partnership II of 1999, et al. | Akerman LLP |
| 22. | 10-04636 | Picard v. Richard J. Helfman Life Insurance Trust | Klestadt Winters Jureller Southard & Stevens, LLP |
| ~~27.~~23. | 10-04816 | Picard v. Adeline Sherman Revocable Trust as Amended, et al. | Klestadt Winters Jureller Southard & Stevens, LLP |
| ~~28.~~ | ~~10-04509~~ | ~~Picard v. Susan Helfman~~ | ~~Klestadt Winters Jureller Southard & Stevens, LLP~~ |
| ~~29.~~ | ~~10-04636~~ | ~~Picard v. Richard J. Helfman Life Insurance Trust~~ | ~~Klestadt Winters Jureller Southard & Stevens, LLP~~ |
| ~~30.~~ | ~~10-04816~~ | ~~Picard v. Adeline Sherman Revocable Trust~~ | ~~Klestadt Winters Jureller Southard & Stevens, LLP~~ |

| 31. | 10-04305 | Picard v. David Shapiro, et al. | Becker & Poliakoff LLP |
|---|---|---|---|
| 32.24. | 10-04327 | Picard v. Gertrude E. Alpern Revocable Trust, et al. | Becker & Poliakoff LLP |
| 33. | 10-04380 | Picard v. Robert Yaffe, et al. | Becker & Poliakoff LLP |
| 34. | 10-04381 | Picard v. David Abel | Becker & Poliakoff LLP |
| 35. | 10-04391 | Picard v. Yesod Fund, a trust, et al. | Becker & Poliakoff LLP |
| 36.25. | 10-04397 | Picard v. Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Becker & Poliakoff LLP |
| 37.26. | 10-04406 | Picard v. Triangle Properties #39, et al. | Becker & Poliakoff LLP |
| 38. | 10-04425 | Picard v. Manuel O. Jaffe | Becker & Poliakoff LLP |
| 39. | 10-04428 | Picard v. Allen Meisels | Becker & Poliakoff LLP |
| 40. | 10-04434 | Picard v. Trust U/W/O Morris Weintraub FBO Audrey Weintraub, et al. | Becker & Poliakoff LLP |
| 41.27. | 10-04438 | Picard v. Estate of Seymour Epstein, et al. | Becker & Poliakoff LLP |
| 42.28. | 10-04446 | Picard v. Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Becker & Poliakoff LLP |
| 43.29. | 10-04474 | Picard v. Roger Rechler Revocable Trust, et al. | Becker & Poliakoff LLP |
| 44.30. | 10-04487 | Picard v. Robert Weintraub, et al. | Becker & Poliakoff LLP |
| 45. | 10-04503 | Picard v. Judd Robbins | Becker & Poliakoff LLP |
| 46.31. | 10-04539 | Picard v. The Gerald and Barbara Keller Family Trust, et al. | Becker & Poliakoff LLP |
| 47.32. | 10-04545 | Picard v. Jerome Goodman, Individually, as trustee for The Jerome Goodman Child | Becker & Poliakoff LLP |
| 48.33. | 10-04570 | Picard v. Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Becker & Poliakoff LLP |
| 49. | 10-04599 | Picard v. Alvin E. Shulman | Becker & Poliakoff LLP |
| 50. | 10-04606 | Picard v. Florence W. Shulman | Becker & Poliakoff LLP |

| | | | |
|---|---|---|---|
| 51.34. | 10-04610 | Picard v. The Whitman Partnership, et al. | Becker & Poliakoff LLP |
| 52. | 10-04644 | Picard v. Russell L. Dusek | Becker & Poliakoff LLP |
| 53. | 10-04667 | Picard v. David Gross, et al. | Becker & Poliakoff LLP |
| 54.35. | 10-04668 | Picard v. Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. | Becker & Poliakoff LLP |
| 55.36. | 10-04680 | Picard v. Chalek Associates LLC, et al. | Becker & Poliakoff LLP |
| 56. | 10-04718 | Picard v. The Jordan H. Kart Revocable Trust, et al. | Becker & Poliakoff LLP |
| 57. | 10-04728 | Picard v. Bruno L. Digiulian | Becker & Poliakoff LLP |
| 58. | 10-04733 | Picard v. J.Z. Personal Trust, et al. | Becker & Poliakoff LLP |
| 59.37. | 10-04750 | Picard v. Samdia Family L.P., a Delaware Limited Partnership, et al. | Becker & Poliakoff LLP |
| 60.38. | 10-04752 | Picard v. Kuntzman Family LLC, et al. | Becker & Poliakoff LLP |
| 61. | 10-04762 | Picard v. James M. Goodman | Becker & Poliakoff LLP |
| 62. | 10-04781 | Picard v. Estate of Irene Schwartz, et al. | Becker & Poliakoff LLP |
| 63.39. | 10-04786 | Picard v. Edwin Michalove | Becker & Poliakoff LLP |
| 64.40. | 10-04803 | Picard v. The Estelle Harwood Family Limited Partnership, et al. | Becker & Poliakoff LLP |
| 65. | 10-04809 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 66.41. | 10-04823 | Picard v. Frank DiFazio, et al. | Becker & Poliakoff LLP |
| 67. | 10-04826 | Picard v. Boyer Palmer | Becker & Poliakoff LLP |
| 68.42. | 10-04837 | Picard v. Leslie Ehrlich f/k/a Leslie Harwood , et al. | Becker & Poliakoff LLP |
| 69.43. | 10-04852 | Picard v. Alvin E. Shulman Pourover Trust, et al. | Becker & Poliakoff LLP |
| 70.44. | 10-04859 | Picard v. Bert Margolies Trust, et al. | Becker & Poliakoff LLP |
| 71.45. | 10-04867 | Picard v. Estate of Steven I. Harnick, et al. | Becker & Poliakoff LLP |

| 72.46. | 10-04884 | Picard v. Steven Andelman | Becker & Poliakoff LLP |
|---|---|---|---|
| 73.47. | 10-04912 | Picard v. Harry Smith Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 74.48. | 10-04920 | Picard v. Glenhaven Limited, et al. | Becker & Poliakoff LLP |
| 75. | 10-04956 | Picard v. D. M. Castelli | Becker & Poliakoff LLP |
| 76.49. | 10-04961 | Picard v. Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Becker & Poliakoff LLP |
| 77.50. | 10-04979 | Picard v. James M. New Trust dtd 3/19/01, et al. | Becker & Poliakoff LLP |
| 78.51. | 10-04991 | Picard v. Guiducci Family Limited Partnership, et al. | Becker & Poliakoff LLP |
| 79.52. | 10-04993 | Picard v. Melvin H. and Leona Gale Joint Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 80.53. | 10-04995 | Picard v. Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Becker & Poliakoff LLP |
| 81.54. | 10-05026 | Picard v. Walter Freshman Trust A, a Florida trust, et al. | Becker & Poliakoff LLP |
| 82. | 10-05032 | Picard v. Marvin Kirsten, et al. | Becker & Poliakoff LLP |
| 83. | 10-05041 | Picard v. Marilyn Turk Revocable Trust, et al. | Becker & Poliakoff LLP |
| 84.55. | 10-05051 | Picard v. Bevro Realty Corp. Defined Benefit Pension Plan, et al. | Becker & Poliakoff LLP |
| 85. | 10-05064 | Picard v. The Celeste & Adam Bartos Charitable Trust, et al. | Becker & Poliakoff LLP |
| 86. | 10-05102 | Picard v. Robert A. Benjamin, et al. | Becker & Poliakoff LLP |
| 87.56. | 10-05104 | Picard v. The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Becker & Poliakoff LLP |
| 88.57. | 10-05116 | Picard v. Leonard J. Oguss Trust, et al. | Becker & Poliakoff LLP |
| 89.58. | 10-05124 | Picard v. The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Becker & Poliakoff LLP |
| 90.59. | 10-05127 | Picard v. Atwood Management Profit Sharing Plan & Trust, etc., et al. | Becker & Poliakoff LLP |
| 91.60. | 10-05128 | Picard v. JABA Associates LP, et al. | Becker & Poliakoff LLP |

| | | | |
|---|---|---|---|
| ~~92.~~61. | 10-05133 | Picard v. Boyer H. Palmer, individually, etc. et al. | Becker & Poliakoff LLP |
| ~~93.~~62. | 10-05135 | Picard v. Reckson Generation, et al. | Becker & Poliakoff LLP |
| 94. | 10-05148 | Picard v. Bert Brodsky Associates, Inc. Pension Plan, et al. | Becker & Poliakoff LLP |
| ~~95.~~63. | 10-05150 | Picard v. Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Becker & Poliakoff LLP |
| ~~96.~~64. | 10-05151 | Picard v. Palmer Family Trust,etc., et al. | Becker & Poliakoff LLP |
| 97. | 10-05154 | Picard v. Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan | Becker & Poliakoff LLP |
| ~~98.~~65. | 10-05184 | Picard v. Laura Ann Smith Revocable Living Trust, et al | Becker & Poliakoff LLP |
| ~~99.~~66. | 10-05232 | Picard v. Trust for the benefit of Ryan Tavlin, et al. | Becker & Poliakoff LLP |
| ~~100.~~67. | 10-05259 | Picard v. Stanley I. Lehrer, individually, et al. | ~~Becker & Poliakoff~~Dentons LLP/ Frejka LLP |
| ~~101.~~68. | 10-05309 | Picard v. William Pressman, Inc., et al. | Becker & Poliakoff LLP |
| ~~102.~~69. | 10-05312 | Picard v. Doron Tavlin Trust U/A 2/4/91, et al. | Becker & Poliakoff LLP |
| 103. | 10-05377 | Picard v. Richard G. Eaton | Becker & Poliakoff LLP |
| 104. | 10-05420 | Picard v. Gunther K. Unflat, et al. | Becker & Poliakoff LLP |
| ~~105.~~70. | 10-05435 | Picard v. Keith Schaffer, et al. | Becker & Poliakoff LLP |
| ~~106.~~71. | 10-05438 | Picard v. Realty Negotiators Inc. Defined Benefit Pension Plan, et al. | Becker & Poliakoff LLP |