08-01789-cgm    Doc 10668    Filed 07/15/15    Entered 07/15/15 14:13:37    Main Document
Pg 1 of 2

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW H. COHEN, <br><br> Defendant. | Adv. Pro. No. No. 10-04311 (SMB) |

**NOTICE OF FINAL PRETRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that at the hearing held on June 2, 2015, in the above-referenced adversary proceeding, the Honorable Stuart M. Bernstein scheduled a pre-trial conference to be held on **July 16, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge and all trial counsel are required to attend.

Dated:  July 15 2015
   New York, New York

        BAKER & HOSTETLER LLP

        By:  */s/Nicholas J. Cremona*
        45 Rockefeller Plaza
        New York, NY 10111
        Telephone:  212.589.4200
        Facsimile:  212.589.4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email: ncremona@bakerlaw.com

        *Attorneys for Plaintiff Irving H. Picard,*
        *Trustee for the Liquidation of Bernard L.*
        *Madoff Investment Securities LLC and the*
        *Estate of Bernard L. Madoff*