**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, *et al.*,<br><br>         Defendants. | Adv. Pro. No. 09-01239 (SMB) |

## ORDER CONFIRMING ARBITRATION DECISION

    Upon consideration of the so ordered stipulation entered into by the Trustee, defendant Fairfield Greenwich Limited ("FG Limited"), and defendant Fairfield Greenwich (Bermuda) Limited ("FG Bermuda" and together with FG Limited, the "Defendants") on May 21, 2015 ("Stipulation") setting forth a procedure for the parties to submit the issue of the confidentiality of certain documents produced by the Defendants to arbitration before Michael Young ("Arbitrator"); and it appearing that the Stipulation provides that either the Trustee or the Defendants has the right to seek confirmation of or appeal the Arbitrator's decision; and it

appearing that on June 16, 2015, the Arbitrator issued a written decision regarding the confidentiality of the two documents at issue ("Arbitration Decision"); and it appearing that on June 22, 2015, the Trustee submitted a letter to the Court requesting confirmation of the Arbitration Decision as to the confidentiality of the two documents at issue ("Trustee's Letter"); and it appearing that on June 24, 2015, the Defendants submitted a response letter to the Court asking that the Arbitration Decision not be confirmed; and on July 14, 2015, the Court having held a chambers conference with counsel for the Trustee and the Defendants, during which the Court reviewed the Arbitration Decision and considered the arguments of counsel **in favor of and in opposition to the confirmation of the award [SMB 7/15/15]**; and having considered the submissions of the parties, the Arbitration Decision, and the arguments of counsel, and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY:

ORDERED that the Court deems the Trustee's Letter as a motion to confirm the Arbitration Decision ("Motion");

ORDERED that the Trustee's Motion is granted and the Arbitration Decision is confirmed;

ORDERED that this Order shall be effective and enforceable immediately upon entry; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
July __15__, 2015

                                          _S/STUART M. BERNSTEIN_____
                                          HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE