**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' MOTIONS TO DISMISS**

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1. Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial and subsequent transfers pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

2. In all other respects, the Motions to Dismiss are denied.

3. Defendants shall file their answers to the Complaints within 30 days of the entry of this Order. The Adversary Proceedings will move forward thereafter on schedules to be

established by further order of the Court after consultation among the parties in accordance with the applicable rules of procedure.

    4.    This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York          /s/ STUART M. BERNSTEIN

      July 16th, 2015                   HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | Adv. Pro. No. | Defendant(s) | Counsel for Defendant(s) |
| 1. | 10-04623 | Picard v. Edmond A. Gorek | Day Pitney LLP |
| 2. | 10-04797 | Picard v. Edmond A. Gorek, et al | Day Pitney LLP |
| 3. | 10-04349 | Picard v. Pauline B. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04396 | Picard v. Edith A. Schur | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04408 | Picard v. Cheryl Yankowitz, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-04560 | Picard v. Richard E. Feldman | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-04717 | Picard v. William Diamond | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-04772 | Picard v. M. Elliot Schnall | Law Offices of Herbert Biegel |
| 9. | 10-04827 | Picard v. Madeline Gins Arakawa, et al. | Carter Ledyard & Millburn LLP |
| 10. | 10-04289 | Picard v. John Fujiwara, et al | Lax & Neville LLP |
| 11. | 10-04301 | Picard v. Frieda Bloom | Lax & Neville LLP |
| 12. | 10-04304 | Picard v. Elinor Solomon | Lax & Neville LLP |
| 13. | 10-04307 | Picard v. Howard Solomon | Lax & Neville LLP |
| 14. | 10-04467 | Picard v. David S. Wallenstein | Lax & Neville LLP |
| 15. | 10-04481 | Picard v. Armand Lindenbaum | Lax & Neville LLP |
| 16. | 10-04756 | Picard v. Stephen B. Kaye, et al. | Lax & Neville LLP |
| 17. | 10-04881 | Picard v. Jillian Wernick Livingston | Lax & Neville LLP |
| 18. | 10-04900 | Picard v. Bonnie J. Kansler | Lax & Neville LLP |

| | | | |
|---|---|---|---|
| 19. | 10-04954 | Picard v. Ruth Kahn | Lax & Neville LLP |
| 20. | 10-04988 | Picard v. Wallenstein / NY Partnership, et al. | Lax & Neville LLP |
| 21. | 10-05036 | Picard v. Elinor Friedman Felcher | Lax & Neville LLP |
| 22. | 10-05169 | Picard v. Fairfield Pagma Associates, LP, et al. | Lax & Neville LLP |
| 23. | 10-05246 | Picard v. Frances J. Le Vine Rev. Trust, et al. | Lax & Neville LLP |
| 24. | 10-04363 | Picard v. Schiff Family Holdings Nevada Limited Partnership, et al. | Wachtel Missry LLP |
| 25. | 10-04470 | Picard v. Silna Family Inter Vivos Trust, et al. | Wachtel Missry LLP |
| 26. | 10-04472 | Picard v. Daniel N. Silna, et al. | Wachtel Missry LLP |
| 27. | 10-04447 | Picard v. Franklin Sands | Wachtel Missry LLP |
| 28. | 10-04502 | Picard v. Steven Schiff | Wachtel Missry LLP |
| 29. | 10-04579 | Picard v. Shetland Fund Limited Partnership, et al. | Wachtel Missry LLP |
| 30. | 10-04726 | Picard v. Lori Chemla, et al. | Wachtel Missry LLP |
| 31. | 10-04896 | Picard v. Helene Juliette Feffer | Wachtel Missry LLP |
| 32. | 10-05372 | Picard v. O.D.D. Investment LP, et al. | Wachtel Missry LLP |
| 33. | 10-05400 | Picard v. Ted Goldberg, et al. | Wachtel Missry LLP |
| 34. | 10-04796 | Picard v. Howard Kaye | McClaughlin & Stern LLP |
| 35. | 10-04357 | Picard v. James Greiff | Dentons LLP |
| 36. | 10-05058 | Picard v. America Israel Cultural Foundation | Dentons LLP |
| 37. | 10-04799 | Picard v. Marvin L. Olshan | Olshan Frome Wolosky LLP |
| 38. | 10-04774 | Picard v. Diane Wilson | Simon & Partners LLP |
| 39. | 10-04551 | Picard v. Douglas D. Johnson | Herrick, Feinstein LLP |
| 40. | 10-04294 | Picard v. David T. Washburn | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 41. | 10-04435 | Picard v. Prospect Capital Partners, et al. | Becker, Glynn, Muffly, Chassin & Hosinski LLP |

| | | | |
|---|---|---|---|
| 42. | 10-04495 | Picard v. Carl Glick | Becker, Glynn, Muffly, Chassin & Hosinski LLP |
| 43. | 10-04538 | Picard v. James B. Pinto Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 44. | 10-04588 | Picard v. Amy Pinto Lome Rev. Trust, et al | Marvin Ingber / McClay Alton, P.L.L.P |
| 45. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. | Marvin Ingber / McClay Alton, P.L.L.P |
| 46. | 10-05087 | Picard vs. Steven J. Lifton | Meyer, Suozzi, English & Klein, P.C. |
| 47. | 10-04293 | Picard v. Marvin M. Weiner | Fox Rothschild LLP |
| 48. | 10-04509 | Picard v. Susan Helfman | Klestadt Winters Jureller Southard & Stevens, LLP |
| 49. | 10-04292 | Picard v. Robert Roman | Becker & Poliakoff LLP |
| 50. | 10-04302 | Picard v. Joan Roman | Becker & Poliakoff LLP |
| 51. | 10-04305 | Picard v. David Shapiro, et al. | Becker & Poliakoff LLP |
| 52. | 10-04306 | Picard v. Angela Tilentnick | Becker & Poliakoff LLP |
| 53. | 10-04314 | Picard v. David Shapiro Nominee #3 | Becker & Poliakoff LLP |
| 54. | 10-04321 | Picard v. Herbert Barbanel, et al. | Becker & Poliakoff LLP |
| 55. | 10-04324 | Picard v. Barbara Roth, et al. | Becker & Poliakoff LLP |
| 56. | 10-04325 | Picard v. David Shapiro Nominee #2 | Becker & Poliakoff LLP |
| 57. | 10-04328 | Picard v. David Shapiro Nominee | Becker & Poliakoff LLP |
| 58. | 10-04344 | Picard v. Alexander Sirotkin | Becker & Poliakoff LLP |
| 59. | 10-04367 | Picard v. Benjamin T. Heller | Becker & Poliakoff LLP |
| 60. | 10-04380 | Picard v. Robert Yaffe, et al. | Becker & Poliakoff LLP |
| 61. | 10-04381 | Picard v. David Abel | Becker & Poliakoff LLP |
| 62. | 10-04412 | Picard v. Judith Rechler | Becker & Poliakoff LLP |

| | | | |
|---|---|---|---|
| 63. | 10-04425 | Picard v. Manuel O. Jaffe | Becker & Poliakoff LLP |
| 64. | 10-04428 | Picard v. Allen Meisels | Becker & Poliakoff LLP |
| 65. | 10-04469 | Picard v. Carol L. Kamenstein, individually and in her capacity as joint tenant | Becker & Poliakoff LLP |
| 66. | 10-04489 | Picard v. Marlene Krauss | Becker & Poliakoff LLP |
| 67. | 10-04491 | Picard v. Elaine Dine Living Trust dated 5/12/, et al. | Becker & Poliakoff LLP |
| 68. | 10-04503 | Picard v. Judd Robbins | Becker & Poliakoff LLP |
| 69. | 10-04541 | Picard v. Kenneth W Perlman, et al. | Becker & Poliakoff LLP |
| 70. | 10-04562 | Picard v. Robert F. Ferber | Becker & Poliakoff LLP |
| 71. | 10-04599 | Picard v. Alvin E. Shulman | Becker & Poliakoff LLP |
| 72. | 10-04614 | Picard v. Robert S. Whitman | Becker & Poliakoff LLP |
| 73. | 10-04621 | Picard v. Donald A. Benjamin | Becker & Poliakoff LLP |
| 74. | 10-04633 | Picard v. Richard S. Poland | Becker & Poliakoff LLP |
| 75. | 10-04644 | Picard v. Russell L. Dusek | Becker & Poliakoff LLP |
| 76. | 10-04648 | Picard v. Peter D. Kamenstein | Becker & Poliakoff LLP |
| 77. | 10-04660 | Picard v. P.B. Robco Inc. | Becker & Poliakoff LLP |
| 78. | 10-04667 | Picard v. David Gross, et al. | Becker & Poliakoff LLP |
| 79. | 10-04709 | Picard v. Andrew M. Goodman | Becker & Poliakoff LLP |
| 80. | 10-04728 | Picard v. Bruno L. Digiulian | Becker & Poliakoff LLP |
| 81. | 10-04753 | Picard v. Carla Ginsburg | Becker & Poliakoff LLP |
| 82. | 10-04740 | Picard v. Robert Hirsch, as an individual, and as joint tenant, et al. | Becker & Poliakoff LLP |
| 83. | 10-04748 | Picard v. Murray Horowitz, et al. | Becker & Poliakoff LLP |
| 84. | 10-04749 | Picard v. Philip F. Palmedo | Becker & Poliakoff LLP |

| | | | |
|---|---|---|---|
| 85. | 10-04762 | Picard v. James M. Goodman | Becker & Poliakoff LLP |
| 86. | 10-04768 | Picard v. Placon2, William R. Cohen, et al. | Becker & Poliakoff LLP |
| 87. | 10-04806 | Picard v. Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Becker & Poliakoff LLP |
| 88. | 10-04809 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 89. | 10-04818 | Picard v. Toby Harwood | Becker & Poliakoff LLP |
| 90. | 10-04826 | Picard v. Boyer Palmer | Becker & Poliakoff LLP |
| 91. | 10-04889 | Picard v. Robert S. Savin | Becker & Poliakoff LLP |
| 92. | 10-04905 | Picard v. Train Klan, a Partnership, et al. | Becker & Poliakoff LLP |
| 93. | 10-04914 | Picard v. Allen Gordon | Becker & Poliakoff LLP |
| 94. | 10-04916 | Picard v. Susan Andelman | Becker & Poliakoff LLP |
| 95. | 10-04956 | Picard v. D. M. Castelli | Becker & Poliakoff LLP |
| 96. | 10-05037 | Picard v. Barbara L. Savin | Becker & Poliakoff LLP |
| 97. | 10-05079 | Picard v. Estate of James M. Goodman, et al. | Becker & Poliakoff LLP |
| 98. | 10-05105 | Picard v. Robert C. Luker Family Partnership, et al. | Becker & Poliakoff LLP |
| 99. | 10-05190 | Picard v. The Lazarus-Schy Family Partnership, etc., et al | Becker & Poliakoff LLP |
| 100. | 10-05377 | Picard v. Richard G. Eaton | Becker & Poliakoff LLP |
| 101. | 10-05420 | Picard v. Gunther K. Unflat, et al. | Becker & Poliakoff LLP |