**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Appendix A Attached Hereto |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS

The Defendants listed on Appendix A attached hereto (collectively, "Defendants") have filed motions to dismiss (the "Motions to Dismiss") complaints filed against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and the substantively consolidated estate of Bernard L. Madoff (the "Complaints").

On January 17, 2014 and March 10, 2014, the Trustee and the Securities Investor Protection Corporation ("SIPC") filed separate memoranda of law opposing the Motions to

Dismiss (the "Opposition Briefs"). On or before March 17, 2014, certain Defendants filed reply briefs in further support of their respective Motions to Dismiss (the "Reply Briefs").

On September 17, 2014, a hearing on the Motions to Dismiss was held by the Honorable Stuart M. Bernstein (the "Hearing"). Before and after the Hearing, various parties submitted supplemental authorities and other submissions to the Court. The Court, having reviewed the Motions to Dismiss, the Opposition Briefs, the Reply Briefs, the supplemental authorities and other submissions, and having heard the argument of counsel at the Hearing, granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") entered June 2, 2015.

On June 22, 2015, the Supreme Court of the United States denied certiorari of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust,* 14-1128 and *Picard v. Ida Fishman Revocable Trust,* 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to those adversary proceedings identified on Appendix A attached hereto (the "Adversary Proceedings").

Accordingly, it is hereby **ORDERED** that:

1. Pursuant to the Decision and the Supreme Court Decision, counts in each Complaint included on Appendix A, other than those seeking to avoid and recover initial transfers, and subsequent transfers to the extent asserted, pursuant to sections 548(a)(1)(A), 550, and 551 of the Bankruptcy Code, are hereby dismissed.

2. As to counts in each Complaint included on Appendix A in which the Trustee sought to avoid obligations pursuant to sections 548(a)(1) and 544 of the Bankruptcy Code, applicable provisions of SIPA including sections 78fff(b) and 78fff-1(b) and New York Debtor

2

and Creditor Law (the "Obligations Counts"), the Motions to Dismiss are granted with respect to the Obligations Counts and such counts are hereby dismissed.

3. In all other respects, the Motions to Dismiss are denied.

4. Defendants shall file their answers to the Complaints within 30 days of the entry of this Order. The Adversary Proceedings will move forward thereafter on schedules to be established by further order of the Court after consultation among the parties in accordance with the applicable rules of procedure.

5. This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York　　　　　　　/s/ STUART M. BERNSTEIN

　　　July 16th, 2015　　　　　　　　　　HONORABLE STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

| | **APPENDIX A** | | |
|---|---|---|---|
| | **Adv. Pro. No.** | **Defendant(s)** | **Counsel for Defendant(s)** |
| 1. | 10-04724 | Picard v. P. Charles Gabriele | Milberg LLP |
| 2. | 10-04725 | Picard v. Ruth E. Goldstein | Milberg LLP |
| 3. | 10-04582 | Picard v. Gerald Blumenthal | Milberg LLP |
| 4. | 10-04921 | Picard v. Stanley T. Miller | Dentons LLP |
| 5. | 10-04946 | Picard v. Stephen R. Goldenberg | Milberg LLP |
| 6. | 10-04951 | Picard v. Harold A. Thau | Milberg LLP |
| 7. | 10-05069 | Picard v. Potamkin Family Foundation | Milberg LLP |
| 8. | 10-04576 | Picard v. Norton A. Eisenberg | Milberg LLP |
| 9. | 10-05089 | Picard v. John Denver Concerts, Inc., et al. | Milberg LLP |
| 10. | 10-05136 | Picard v. Richard Roth | Milberg LLP |
| 11. | 10-05401 | Picard v. Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. | Milberg LLP |
| 12. | 10-04672 | Picard v. Sidney Cole | Dentons LLP |
| 13. | 10-04415 | Picard v. Barbara J. Berdon | Dentons LLP |
| 14. | 10-05209 | Picard v. Lapin Children LLC | Dentons LLP |
| 15. | 10-04332 | Picard v. Barry Weisfeld | Dentons LLP |
| 16. | 10-04861 | Picard v. Harold J. Hein | Dentons LLP |
| 17. | 10-04540 | Picard v. Jonathan Sobin | Seeger Weiss LLP |
| 18. | 10-04565 | Picard v. Murray & Irene Pergament Foundation, Inc., et al. | Pryor Cashman LLP |
| 19. | 10-05239 | Picard v. Robert Fried, et al. | Pryor Cashman LLP |
| 20. | 10-05397 | Picard v. Bernard A. & Chris Marden Foundation Inc., et al. | Pryor Cashman LLP |

| | | | |
|---|---|---|---|
| 21. | 10-04592 | Picard vs. Anthony E. Stefanelli | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |
| 22. | 10-04865 | Picard v. Edward H. Kaplan, et al. | Arent Fox LLP |
| 23. | 10-04976 | Picard v. Eleven Eighteen Limited Partnership, et al. | Arent Fox LLP |
| 24. | 10-05027 | Picard v. 1776 K Street Associates Limited Partnership, et al. | Arent Fox LLP |