**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>WALTER J. GROSS REVOCABLE TRUST, a New York trust, QTIP MARITAL TRUST UNDER ARTICLE VIII OF THE WALTER J. GROSS REVOCABLE TRUST, a New York trust, LORA JOY APPLETON, as trustee, GENERATION SKIPPING TRANSFER TAX EXEMPTION TRUST UNDER ARTICLE FIFTH OF THE WILL | Adv. Pro. No. 10-04674 (SMB) |

300362826

> OF WALTER J. GROSS, a New York trust,
> ESTATE OF WALTER J. GROSS, BARBARA S.
> GROSS as trustee, as personal representative, as an
> individual, and as joint tenant, SUSAN J.
> ANOLICK, and ROBERT J. GROSS,
>
>           Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Walter Gross Revocable Trust, QTIP Marital Trust Under Article VIII of the Walter J. Gross Revocable Trust, Lora Joy Appleton, as trustee, Generation Skipping Transfer Tax Exemption Trust Under Article Fifth of the Will of Walter J. Gross, Estate of Walter J. Gross, Barbara S. Gross, as trustee, as personal representative, as an individual, and as joint tenant, Susan J. Anolick, and Robert J. Gross (collectively, "Defendants"), by and through their counsel, Moses & Singer LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

    1.    On December 1, 2010, the Trustee filed and served the Complaint against Defendants.

    2.    On June 20, 2011, Defendants served an answer on the Trustee.

    3.    Pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to the dismissal of the adversary proceeding with prejudice.

    4.    The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

300362826

parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 14, 2015

Of Counsel:

**BAKER & HOSTLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**MOSES & SINGER LLP**

By: *s/ Mark N. Parry*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: 212.554.7800
Facsimile: 212.554.7700
Mark N. Perry
Email: mparry@mosessinger.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: July15th, 2015          HONORABLE STUART M. BERNSTEIN
New York, New York             UNITED STATES BANKRUPTCY JUDGE

3

300362826