**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended, | Adv. Pro. No. 10-04795 (SMB) |

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Peter G. Chernis Revocable Trust DTD 1/16/87 (the "Trust"), as amended; and Peter G. Chernis ("Chernis" and together with the Trust, the "Defendants"), individually and in his capacity as trustee of the Trust, as amended, by and through their counsel, Michael R. Lastowski and Patricia Heer Piskorski of Duane Morris LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.   On December 1, 2010, the Trustee filed and served the Complaint against Defendants, as amended.

2.   On July 18, 2014, Defendants served an Answer upon Trustee.

3.   In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

4.   The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5.   This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall


be deemed an original.


Dated: July 15, 2015

|  |  |
|---|---|
| **BAKER & HOSTETLER LLP** | **DUANE MORRIS LLP** |
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Michael S. Lastowski* |
| 45 Rockefeller Plaza | 1540 Broadway |
| New York, New York 10111 | New York, New York 1036-4086 |
| Telephone:  212.589.4200 | Michael R. Lastowski |
| Facsimile:  212.589.4201 | mlastowski@duanemorris.com |
| David J. Sheehan | Patricia Heer Piskorski |
| Email:  dsheehan@bakerlaw.com | phheer@duanemorris.com |
| Nicholas J. Cremona |  |
| Email:  ncremona@bakerlaw.com | *Attorneys for Defendants Peter G. Chernis* |
| Dean D. Hunt | *Revocable Trust DTD 1/16/87, as* |
| Email: dhunt@bakerlaw.com | *amended; and Peter G. Chernis,* |
|  | *individually and in his capacity as Trustee* |
| *Attorneys for Plaintiff Irving H. Picard,* | *of the Peter G. Chernis Revocable Trust dtd* |
| *Trustee for the Liquidation of Bernard L.* | *1/16/87, as amended* |
| *Madoff Investment Securities LLC and the* |  |
| *Estate of Bernard L. Madoff* |  |


SO ORDERED

/s/  STUART M. BERNSTEIN
Dated: July 15th, 2015          HON. STUART M. BERNSTEIN
New York, New York              UNITED STATES BANKRUPTCY JUDGE

3