## EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIPS

Partnership With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership Account Name | Partnership Name | Partnership Account Number | Claim Filed By Partnership | Outstanding Docketed Objections From Investors In The Partnership | Outstanding Claims of Investors in the Partnership |
|---|---|---|---|---|---|
| The Whitman Partnership | The Whitman Partnership | 1EM256 | Yes (010449) | 1 | 2 |
| Lucky Company | Lucky Company | 1L0135 | Yes (004656) | 6 | 7 |
| The Petito Investment Group | The Petito Investment Group | 1ZA003 | Yes (013882) | 2 | 5 |
| Harwood Family Partnership | Harwood Family Partnership | 1ZB442 | Yes (005667) | 1 | 15 |
|  |  |  |  | **10** | **29** |