# EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Bernard Whitman | 100147 | 3416 | Becker & Poliakoff, LLP | The Whitman Partnership | 1EM256 |
| Bernard Whitman | 100170 | 3416 | Becker & Poliakoff, LLP | The Whitman Partnership | 1EM256 |
| Shirley Charms | 014610 | 3769 | Pro Se Filing | Lucky Company | 1L0135 |
| Phyllis M Eldridge | 004830 | 3667 | Pro Se Filing | Lucky Company | 1L0135 |
| Mark And Denise Hendler | 003193 | 3763 | Pro Se Filing | Lucky Company | 1L0135 |
| Stuart M Tarshis | 004791 | 3669 | Pro Se Filing | Lucky Company | 1L0135 |
| Roberta E. Tarshis | 004810 | 3668 | Pro Se Filing | Lucky Company | 1L0135 |
| Alan Hayes And Wendy Wolosoff-Hayes | 003166 | 3846 | Marvin and Marvin, PLLC | Lucky Company | 1L0135 |
| Wendy Wolosoff-Hayes | 003178 | 3846 | Marvin and Marvin, PLLC | Lucky Company | 1L0135 |
| J. X. Reynolds & Co., Deffered Profit Sharing Plan | 012783 | 3414 | Becker & Poliakoff, LLP | The Petito Investment Group | 1ZA003 |
| Robert And Barbara Mayer | 015305 | 3848 | Becker & Poliakoff, LLP | The Petito Investment Group | 1ZA003 |
| Robert And Barbara Mayer | 015379 | 3848 | Becker & Poliakoff, LLP | The Petito Investment Group | 1ZA003 |
| Robert And Barbara Mayer | 070178 | 3848 | Becker & Poliakoff, LLP | The Petito Investment Group | 1ZA003 |
| James Reynolds | 012699 | 3414 | Becker & Poliakoff, LLP | The Petito Investment Group | 1ZA003 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 010429 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 010430 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 010431 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 010432 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 010433 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100161 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100162 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100163 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100164 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100165 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100179 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100180 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100181 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100182 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |
| Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | 100183 | 3530 | Becker & Poliakoff, LLP | Harwood Family Partnership | 1ZB442 |