**EXHIBIT 3 – OBJECTION DETAILS**

Further Details of Outstanding Objections From Claimants Invested In The Partnerships Identified In Exhibit 1

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 100147 | Bernard Whitman | The Whitman Partnership | 1EM256 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 100170 | Bernard Whitman | The Whitman Partnership | 1EM256 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 003166 | Alan Hayes And Wendy Wolosoff-Hayes | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 2/11/2011 |
| 003178 | Wendy Wolosoff-Hayes | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 2/11/2011 |
| 003193 | Mark And Denise Hendler | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 1/18/2011 |
| 004791 | Stuart M Tarshis | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 1/11/2011 |
| 004810 | Roberta E. Tarshis | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 1/11/2011 |
| 004830 | Phyllis M Eldridge | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 1/11/2011 |
| 014610 | Shirley Charms | Lucky Company | 1L0135 | Claim for securities and/or credit balance denied (12/17/2010). | 1/18/2011 |
| 012699 | James Reynolds | The Petito Investment Group | 1ZA003 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 012783 | J. X. Reynolds & Co., Deffered Profit Sharing Plan | The Petito Investment Group | 1ZA003 | Claim for securities and/or credit balance denied (11/19/2010). | 12/13/2010 |
| 015305 | Robert And Barbara Mayer | The Petito Investment Group | 1ZA003 | Claim for securities and/or credit balance denied (11/19/2010). | 2/11/2011 |
| 015379 | Robert And Barbara Mayer | The Petito Investment Group | 1ZA003 | Claim for securities and/or credit balance denied (11/19/2010). | 2/11/2011 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 070178 | Robert And Barbara Mayer | The Petito Investment Group | 1ZA003 | Claim for securities and/or credit balance denied (11/19/2010). | 2/11/2011 |
| 010429 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 010430 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 010431 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 010432 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 010433 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100161 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100162 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100163 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100164 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100165 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 100179 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100180 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100181 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100182 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |
| 100183 | Lowell Harwood And Craig Harwood, Trustees Of The Charitable Remainder Trust FBO Craig Harwood, David Ehrlich, Jonathan Ehrlich, Laura Ehrlich, Leslie Ehrlich | Harwood Family Partnership | 1ZB442 | Claim for securities and/or credit balance denied (12/3/2010). | 12/17/2010 |