*United States Bankruptcy Court*
*Southern District of New York*
*United States Custom House*
*One Bowling Green, 7th Floor*
*New York, NY 10004-1408*

*Honorable Stuart M. Bernstein*
*Bankruptcy Judge*
*Phone: (212) 668-2870, Ext. #4026*

July 17, 2015

**Mr. Theodore S. Seligson**
**Mrs. Rose Seligson**
**777 W Germantown pike**
**Apt. 429**
**Plymouth Meeting, PA 19462**

Re:    Case No. 08-1789 (SMB); Chapter 7
       In re: **Bernard L. Madoff Investment Securities, LLC**

Dear **Mr. & Mrs. Theodore S. Seligson**:

    The Court has reviewed your letter. Unfortunately we are unable to give you legal advice or grant assistance in response to it. The Court will forward your letter to the Trustee with the expectation that he will get back to you.

Very truly yours,

 /s/ Chantel Greene
Courtroom Deputy to the
Honorable Stuart M. Bernstein

**Service List**:

**Mr. Theodore S. Seligson**
**777 W Germantown pike**
**Apt. 429**
**Plymouth Meeting, PA 19462**


**David J. Sheehan**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111



July 7, 2015
777 W Germantown Pike
Apt. 429
Plymouth Meeting, PA 19462

Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

RE: Madoff Victim Fund
    Victim Identification Number (VIN) 2304363
    Theodore S. Seligson -- Petition ID #7000129
    Rose Seligson      -- Petition ID #7000512

Dear Honorable Judge –

Our claim was originally denied. I am writing to you for any assistance we can receive at this time before we die. Theodore, now 94; was born on August 16, 1920. Rose, now 93; was born on June 23, 1922.

Theodore fell on August 16, 2014 and has many medical problems as a result. He was in rehabilitation for two months. He uses a walker and is still in much pain. I, Rose Seligson; age 93; am the sole caretaker of my husband. It is an extremely difficult situation. We are on a fixed income and sorely miss the money we received from Madoff.

It is now 7 years since the Madoff fiasco and we now desperately need money to help us.

We worked hard for our IRA's during our working years. We should at least get compensated for our IRA's. Our accounts are as follows:

    Under Madoff Account – Theodore S. Seligson – A/C-01925348-0001
                     Rose Seligson     --A/C -01925349-0001

Our IRA Accounts -- Theodore S. Seligson   1-ZA456-3-0
                                     Originally deposited $95,939.05
                                     In Madoff account as of 11/30/2008 $229,534

                                  I-ZRO52-3-0
                                   Originally deposited $100,000
                                   In Madoff account as of 11/30/2008 $262,369

        Rose Seligson          I-ZR058-3-0
                                   Originally deposited   $56,487.26
                                   In Madoff account as or 11/30/2008   $151.930

We are pleading to you for your compassion and understanding, that you can send us some benefit from our investments as we desperately need it.

We sincerely appreciate anything you can do for us.

We hope to hear from you soon.

*Theodore S. Seligson*      *Rose Seligson*