Jonathan L. Flaxer
Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

*Counsel to Defendants Trust F/B/O Melissa Perlen U/A Dated 9/12/1979, Stuart Perlen, Myra Perlen, and Melissa Perlen Greenbaum*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

-------------------------------------------------------------X
In re

BERNARD L. MADOFF,
                    Debtor.
-------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>TRUST F/B/O MELISSA PERLEN U/A DATED 9/12/1979; STUART PERLEN and MYRA PERLEN, in their capacities as Trustees for the Trust f/b/o Melissa Perlen u/a dated 9/12/1979; and MELISSA PERLEN (a/k/a MELISSA PERLEN GREENBAUM), in her capacity as Grantor of the Trust f/b/o Melissa Perlen u/a dated 9/12/1979 and individually,<br><br>                  Defendants. | Adv. Pro. No. 10-05203 (SMB)<br><br><br><br><br><br><br>**AFFIDAVIT OF SERVICE** |

-------------------------------------------------------------X

2329137.1

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELIZABETH NEUMAN, being duly sworn, deposes and says:

1. I am over the age of 18 years, and am not a party to this proceeding. I reside in New York, New York.

2. On July 17, 2015, I caused to be served the *Answer* by depositing true copies thereof enclosed in post-paid envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the parties on the attached Service List.

*Elizabeth Neuman*
Elizabeth Neuman

Sworn to before me this
17th day of July, 2015

*Ann Marie Terracino*
Notary Public

ANN MARIE TERRACINO
Notary Public, State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2016

2329137.1

## SERVICE LIST

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan, Esq.
 Nicholas Cremona, Esq.

Baker & Hostetler LLP
SunTrust Center, Ste. 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Attn: Christa C. Turner, Esq.

2329137.1