Jonathan L. Flaxer
Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

*Counsel to Defendants Stuart Perlen Revocable Trust DTD 1/4/08, Stuart Perlen, and Myra Perlen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

-----------------------------------------------------------------X

In re

BERNARD L. MADOFF,
                    Debtor.

-----------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05331 (SMB) |
| Plaintiff, | |
| v. | |
| STUART PERLEN REVOCABLE TRUST DTD 1/4/08; STUART PERLEN in his capacity as Grantor and Trustee for the Stuart Perlen Revocable Trust and individually; and MYRA PERLEN in her capacity as Trustee for the Stuart Perlen Revocable Trust and individually, | **AFFIDAVIT OF SERVICE** |
| Defendants. | |

-----------------------------------------------------------------X

2329239.1

STATE OF NEW YORK )
                                    ) ss.:
COUNTY OF NEW YORK )

      ELIZABETH NEUMAN, being duly sworn, deposes and says:

      1.    I am over the age of 18 years, and am not a party to this proceeding. I reside in New York, New York.

      2.    On July 17, 2015, I caused to be served the *Answer* by depositing true copies thereof enclosed in post-paid envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the parties on the attached Service List.

                                                                */s/ Elizabeth Neuman*
                                                                Elizabeth Neuman

Sworn to before me this
17th day of July, 2015

*/s/ Ann Marie Terracino (Deelatacorea)*
Notary Public

ANN MARIE TERRACINO
Notary Public, State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2016

2329239.1

## SERVICE LIST

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan, Esq.
     Nicholas Cremona, Esq.

Baker & Hostetler LLP
SunTrust Center, Ste. 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Attn: Christa C. Turner, Esq.

2329239.1