Jonathan L. Flaxer
Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

*Counsel to Defendants Myra Perlen Revocable Trust, Myra Perlen, and Stuart Perlen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | : | |
| v. | : | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| Defendant. | : | |

------------------------------------------------------------X

In re

BERNARD L. MADOFF,

Debtor.

------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | Adv. Pro. No. 10-05078 (SMB) |
| Plaintiff, | : | |
| v. | : | |
| MYRA PERLEN REVOCABLE TRUST, MYRA PERLEN, individually and in her capacity as Trustee of the Myra Perlen Revocable Trust, and STUART PERLEN, in his capacity as Trustee of the Myra Perlen Revocable Trust, | : | **AFFIDAVIT OF SERVICE** |
| Defendants. | : | |

------------------------------------------------------------X

2329243.1

STATE OF NEW YORK )
                                          ) ss.:
COUNTY OF NEW YORK )

ELIZABETH NEUMAN, being duly sworn, deposes and says:

1. I am over the age of 18 years, and am not a party to this proceeding. I reside in New York, New York.

2. On July 17, 2015, I caused to be served the *Answer* by depositing true copies thereof enclosed in post-paid envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the parties on the attached Service List.

*Elizabeth Neuman*
Elizabeth Neuman

Sworn to before me this
17th day of July, 2015

*Ann Marie Terracino (Dellatacoma)*
Notary Public

ANN MARIE TERRACINO
Notary Public, State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2016

2329243.1

## SERVICE LIST

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan, Esq.
  Nicholas Cremona, Esq.

Baker & Hostetler LLP
SunTrust Center, Ste. 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Attn: Christa C. Turner, Esq.

2329243.1