Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

07/07/2015

IRVING H. PICARD ESQ.

TRUSTEE FOR BERNARD L. MADOFF INVESTMENT SECURITIES LLC

CLAIMS PROCESSING CENTER

2101 CENTER SPRINGS RD. SUITE 1100

DALLAS TX.75201

I DAVID GROSS ENCLOSING INFORMATION THAT I WAS INVESTED IN A IRA AND ENCLOSED INFORMATION IDENTIDIES THE ACTUARIES WHO HANDLED THIS ACCOUNT. THIS ORIGIALLY WAS WITH RETIREMENT ACCOUNTS INC.AND FISERV INVESTMENT SUPPORT SERVICES AND THE FINAL ANALISISTS WAS WITH MILLENNIUM TRUST COMPANY.

THE DAVID GROSS IRA INFORMATION AND ALL SHOULD BE AS RECOMMENDED IN THE LETTER OF APRIL 28, 2015 BY MILLENNIUM TRUST COMPANT.

AS OF THIS WRITING, THE TRUSTEE HAS NOT EVEN RECOGNISED OR LISTED THIS ACCOUNT -CM302-3-0 IN THE OF DAVID GROSS.

AT THIS TIME ANY HELP OR SUGGESTIONS GIVEN BY ANY AUTHORITY WILL BE GREATLY APPRECIATE.

DAVID GROSS 561 483 4543 -- CELL 516 263 3642

7248 BALLANTRAE CT.

BOCA RATON FL. 33496

Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422





MILLENNIUM
TRUST COMPANY
THE SMART ALTERNATIVE

mtrustcompany.com

June 2, 2015

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

**Re: Important Notice Concerning Your Previous IRA Investment**

Dear Client:

In case you did not receive copies directly, we are forwarding the enclosed notices we received on behalf of your previous IRA investment. If you have any questions or concerns about the status of your investment or any actions you should take, please contact your tax advisor or your attorney.

Following your receipt of any potential recovery of funds, you may be eligible for a tax free "rollover" to Millennium or another IRA custodian within 60 days, subject to certain restrictions. You may wish to consult a professional tax advisor regarding your rollover options and the tax consequences of receiving any distribution. Millennium acts solely as a directed custodian and does not offer legal, tax or investment advice.

Sincerely,

**Millennium Trust Company, LLC**

Enclosure

## RAI-IRA Distribution Request (continued)

Please also distribute $____________ cash in addition to the assets listed on page 1 (for example, total cash balance or a specific dollar amount). *(Please leave blank if you do not want cash in addition to the registered assets.)*

For limited partnerships and/or other illiquid assets, it is the responsibility of the IRA Account Owner and/or his/her Designated Representative to find a buyer and arrange the terms of the sale of the asset. *(Attach RAI's Secondary Market Investment Authorization Form if you are selling a limited partnership.)*

### 5. Required Minimum Distributions

(Complete only if Box E in Section 2 is checked.)

**Information Concerning Required Minimum Distributions**
*(Complete this section only if you are age 70½ or older.)*

Deadline: IRS rules require that you begin receiving distributions from your IRA by your "required beginning date" (April 1 following the calendar year in which you become age 70½), and then again by December 31 of that same year and every year thereafter. If you would like RAI to make your minimum distribution, we must receive these instructions at least 30 days prior to the required distribution date. Substantial IRS penalty taxes may be assessed if the appropriate IRS deadline is not met.

Amount: The minimum amount required to be distributed generally is based on the prior year-end total IRA value divided by the applicable life expectancy or by a fixed number of years.

To complete this section: Please complete all applicable information below to specify how you wish to handle the required distributions from your account. If we do not hear from you by your required distribution date, we will assume that you have met your required minimum by taking distribution from another IRA.

Required Minimum Distributions are based on the length of the payment period under A, B or C below. I choose:

☐ A. my life expectancy as specified by IRS tables.

☐ B. the joint life expectancy of me and my designated beneficiary (based on IRS tables).

☐ C. a fixed period of ____ years *(not to exceed B above)*.

Life expectancy election. (If your "required beginning date" has passed, please indicate the option that was previously elected as of your required beginning date. If you leave this section blank, neither your life expectancy nor the life expectancy of your spouse beneficiary will be recalculated.*)

In determining the minimum required distribution for any calendar year *(check the applicable boxes)*:

☐ D. my life expectancy: ☐ should ☐ should not be recalculated each year.

☐ E. the life expectancy of my spouse beneficiary: ☐ should ☐ should not be recalculated each year.

* Notes:

1. The election to have or not have your or your spouse's life expectancy recalculated is irrevocable and must be made on or before your "required beginning date." Furthermore, IRS regulations do not allow the life expectancy of a nonspouse beneficiary to be recalculated.
2. If you have designated a nonspouse beneficiary who is more than ten years younger than you, the joint life expectancy will be adjusted to satisfy the incidental death benefit rules imposed by the IRS.
3. Your required minimum distribution may not be calculated based on joint life expectancy if you have designated your estate or a revocable trust as the primary beneficiary of your IRA.

### 6. Removal/Correction of Contribution *(Complete this Section only if Box F in Section 2 is checked.)*

A. Contribution was made for tax year 19____.

B. My tax-filing deadline for that year, plus any applicable extensions, is (fill in date) ___ / ___ / ___.

C. Contribution was deposited at RAI on ___ / ___ / ___.

D. Was this an excess SEP Employer contribution?

☐ Yes ☐ No *(Go on to Item E.)*

1. If "Yes," fill in amount of excess SEP Employer contribution: $________
2. If "Yes," I understand that RAI is required to redesignate and report the excess Employer contribution amount as a regular IRA contribution on my behalf for the year designated in Item A above. *(If you do not intend to remove any portion of this redesignated amount, check this box ☐ and continue to Section 10.)*

E. Check 1, 2 or 3 and complete item as applicable:

☐ 1. It is BEFORE the applicable tax-filing deadline for that contribution plus extensions. Please transfer the excess contribution amount (named in section 3.A.) in the form of cash to my RAI Roth IRA Account $_____, as a nondeductible contribution for the ____ tax year. I understand that any earnings attributable to this amount also will be transferred in cash to my Roth IRA. I understand that this option is available only if I have not yet taken a deduction for this contribution under this transferor IRA plan, and only if I have made sufficient cash available in my account by the transfer date.

☐ 2. It is BEFORE the applicable tax-filing deadline for that contribution, plus extensions (I wish to avoid the 6% IRS penalty tax). I understand that applicable earnings on the contribution must be returned to me, under IRS rules, and that these earnings are taxable to me. (check one):

☐ a. Return contribution plus earnings to me.

☐ b. Remove contribution plus earnings and redeposit only the contribution for the subsequent tax year 19____.

☐ 3. It is AFTER the applicable tax-filing deadline for that contribution, plus extensions (no earnings will be returned). Please return the excess contribution to me. I understand that a 6% IRS penalty tax will apply.

(Note: Indicate the amount of the contribution to be returned in Section 3 on page 1. The dollar amount you fill in there should be the amount of the excess contribution to be returned. If the option you chose above requires earnings to be returned, these will be calculated by RAI and added to the requested distribution.)

### 7. Payment Delivery (check one)

☐ A. Mail by First Class mail to:

Name DAVID GROSS APT 7E
Mailing Address 200 E 58TH ST
City/State/Zip NEW YORK NY 10022

☐ B. Wire funds to:

____________

Bank Name ____________

Bank ABA No. ____________

(Continued on the next page)

KEVIN GALLAGHER

FUNDS TO COME FROM: BERNARD L MADOFF INVESTMENT SECURITIES 885 THIRD AVE N.Y. N.Y. 10022 212-334-1343

April 3, 1998

DAVID GROSS IRA ACCT 1-CM 302-3
7248 BALLANTRAE COURT
BOCA RATON, FL 33496-1422

RE: Retirement Accounts, Inc Account # 940091-0001

Dear DAVID GROSS

Please be advised that your scheduled distribution has been delayed because your PEAK MONEY MARKET ACCOUNT cash balance is not sufficient for the amount you requested.

If you need to liquidate an asset to meet your distribution schedule, please contact your Designated Representative or our Client Service staff at the phone number listed. We will continue to review your account and attempt to send your distribution two more times. After three attempts, we will no longer attempt to send these funds prior to your next scheduled distribution unless you make other arrangements with us.

If you choose to contact your Designated Representative to liquidate assets, please sign the bottom of this letter and return it to Retirement Accounts, Inc in the enclosed envelope. If you have any questions regarding this letter, please contact us.

Sincerely,
Retirement Accounts, Inc

I have contacted my Designated Representative to liquidate sufficient assets to meet my distribution and I have notified him/her to send the funds to Retirement Accounts, Inc.

David Gross 4/20/98
Client's Signature Date

RETIREMENT ACCOUNTS REFERENCE NUMBER 420-1247257б

MONIES SHOULD COME TO ME IN THE FIRST WEEK OF THE MONTH

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▫ Denver, CO ▫ 80217-3785
303-294-5959 ▫ 800-326-4352 ▫ Fax 303-294-5899

Fiserv Investment Support Services
Toll Free: 800-962-4238

October 1, 2009

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

RE: DAVID GROSS
Account #.019400910001

DOCUMENTS FORWARDED

Dear Sir or Madam

Fiserv Investment Support Services ("Fiserv ISS") is sending you this notification because we serve as custodian for your account. We recently received the enclosed documents related to an asset held in your account and we are forwarding the documentation to you.

For questions concerning the documents enclosed, please contact the party indicated in the correspondence. If you require additional information, please contact us at 1-800-962-4238.

Sincerely.

Fiserv Investment Support Services

Baker Hostetler
45 Rockefeller Plaza
New York NY 10111
Attn: Oren Warshavsky
Please Repay — Clawback / Dey Termination of Claim Rollover
Any copies of securities Taxes to Daniel Gregg
Please indicate dates — time how it was applied to my account

[signature]

These were cancelled... [illegible]

Madoff Investment Securities
New York London

(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

EXCELLENT TRUCKING CO INC
PENSION PLAN D GROSS TTEE
52 MORGAN DRIVE
OLD WESTBURY NY 11568

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/94 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CM053-3-0 | 13-1800300 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 250 | | | COCA COLA CO | 50 3/8 | | |
| | 105 | | | DISNEY WALT PRODUTNS | 39 1/2 | | |
| | 50 | | | DOW CHEMICAL CO | 73 1/2 | | |
| | 155 | | | DU PONT E I DE NEMOURS & CO | 59 5/8 | | |
| | 65 | | | EASTMAN KODAK CO | 48 1/8 | | |
| | 235 | | | EXXON CORP | 62 7/8 | | |
| | 60,727 | | | FIDELITY CASH RESERVES SBI | 1 | | |
| | 190 | | | FORD MOTOR COMPANY | 29 1/2 | | |
| | 330 | | | GENERAL ELECTRIC CO | 49 | | |
| | 145 | | | GENERAL MOTORS CORP | 39 1/2 | | |
| | 50 | | | HEWLETT PACKARD CO | 97 3/4 | | |
| | 80 | | | INTEL CORP | 62 1/8 | | |
| | 110 | | | INTERNATIONAL BUSINESS MACHS | 74 1/2 | | |
| | 125 | | | JOHNSON & JOHNSON | 54 5/8 | | |
| | 125 | | | MCI COMMUNICATIONS CORP | 23 | | |
| | 135 | | | MCDONALDS CORP | 28 7/8 | | |
| | 245 | | | MERCK & CO | 35 5/8 | | |
| | 80 | | | MINNESOTA MNG & MFG CO | 55 7/8 | | |
| | 80 | | | MOBIL CORP | 86 | | |
| | 150 | | | PEPSICO INC | 35 | | |
| | 65 | | | SEARS ROEBUCK & CO | 49 1/2 | | |
| | 430 | | | WAL-MART STORES INC | 23 1/2 | | |
| | | | | [illegible] | [illegible] | | |
| | | | | MARKET VALUE OF SECURITIES SHORT | [illegible] | | |
| | | | | LONG | | | |
| | | | | 210,510.10 | | | |




Fiserv.
Investment
Support
Services

Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

# IMPORTANT CHANGES

Recently, First Trust, Lincoln Trust, Resources Trust and Retirement Accounts, Inc., united and we are now marketing our products and services under the name of Fiserv Investment Support Services (Fiserv ISS).

This has led to three additional changes.

## 1. NEW FORMS

**One of the exciting developments as a result of the consolidation is the creation of new forms, such as the Investment Authorization and Distribution Request. These forms are designed to assist you in completing transactions in your account.**

We expect you will find these forms easy to understand and simple to use. They were designed following a review of all forms used by our clients and a selection process that focused on characteristics that would best meet your needs.

As of May 2, 2005, all our forms will be revised to reflect our new identity and to better serve you. The new forms will be available on our web site where they can be completed and printed. Or, you may call your Client Relations Team to receive the forms you need.

*Please be aware that the use of outdated forms after August 1, 2005 may result in possible delays, and even possible rejection. Please discard any outdated forms once the new forms become available.*

## 2. NEW PHONE NUMBER

We are making it easier to reach us at Fiserv Investment Support Services. Beginning May 2, 2005, you can reach your Client Relations Team by calling:

800-962-4238

If your account is a Qualified Profit Sharing or Money Purchase Pension Plan, please use the toll-free number:

800-831-8675

## 3. NEW POST OFFICE BOX

Our street address remains 717 17th Street, Suite 1700, Denver, CO 80202-3331. Please use the street address for overnight mail only. We have added a Post Office Box #173859 for your use to expedite mail delivery. It's:

Fiserv Investment Support Services
P.O. Box 173859
Denver, CO 80217-3859

If your account is a Qualified Profit Sharing or Money Purchase Pension Plan, please use:

Fiserv Investment Support Services
Qualified Plans
P.O. Box 5508
Denver, CO 80217-5508

*If you have any questions about these service enhancements, please feel free to contact your Client Relations Team.*

Fiserv Trust Company
(formerly First Trust Corp.)
Lincoln Trust Company
Resources Trust Company
Retirement Accounts, Inc.

BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Mr. Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

January 18, 2013

Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Re: *Bernard L. Madoff Investment Securities LLC ("BLMIS") Bankr. S.D.N.Y., No.* 08-1789 (BRL)

Dear Mr. Gross:

The Trustee has referred to me your most recent letter dated January 11, 2013.

We have revisited the books and records of BLMIS which indicate that your account, 1CM404, was opened on June 24, 1996. If you are in possession of information evidencing a BLMIS account prior to this date, please send it to us at your convenience.

We have no information pertaining to an account you may have had with Cohmad. Irving Picard, is the Trustee only for the substantively consolidated liquidation of BLMIS and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor") under the Securities Investor Protection Act ("SIPA") and not for Cohmad. If you have questions about an account with Cohmad, you should take them up directly with representatives of that entity.

Sincerely,

Bik Cheema

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

cc: NIAP
Becker & Poliakoff LLP

TEL: Feb 09,98 14:35 No.001 P.01

3/10

David Gross
200 E. 58th St.
Suite 7D
New York, NY 10022

RETIREMENT ACCOUNTS INC.
P.O. BOX 173785
DENVER CO. 80217-5899

DEAR CUSTODIAN OF MY ACCOUNT 940091-0001,

I DAVID GROSS AS OF 2/09/98 HAVE NOT RECIEVED MY DISTRIBUTION FROM MY IRA ACCOUNT AS OF THIS DATE. COULD YOU PLEASE EXPLAIN IN WRITING WHAT THE PROBLEM IS THAT I MAY RECIEVE THESE MONIES IN A TIMELY MANNER. IS BERNARD MADOFF SENDING YOU THE MONEY ON TIME. PLEASE ADVISE ME WHAT COULD BE DONE TO EXPIDITE EVERYTHING IN A TIMELY MANNER AS PER MY WRITTEN INSTRUCTIONS.

ALL FUNDS CAN BE MAILED TO DAVID GROSS APT 7D 200 E. 58TH STREET NEW YORK, N. Y. 10022. AS PER MY INSTRUCTIONS.

SINCERELY,

DAVID GROSS

CC: BERNARD MADOFF BELLE JONES

P.S. address To mail Funds

David Gross
200 E. 58th St.
Suite 7D
New York, NY 10022

TEL: ... 14:35 No.001 P.01

RECEIVED
JUL 16 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING**

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his undersigned counsel, hereby submits this Notice of Adjournment of Hearing on the Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers (the "Sixth Allocation Motion"), ECF No. 9807, and respectfully states as follows:

1. On April 15, 2015, the Trustee filed the Sixth Allocation Motion, which sought approval to release $1.249 billion held in reserve and distribute approximately $904 million to customers with allowed claims. These funds became available for distribution following the decision of the United States Court of Appeals for the Second Circuit on the "time-based damages" issue. *In re Bernard L. Madoff Inv. Sec. LLC,* 779 F.3d 74 (2d Cir. Feb. 20, 2015) (the "Time-Based Damages Decision").

2. At the time the Trustee filed his Sixth Allocation Motion, no petitions for certiorari had been filed on the Time-Based Damages Decision. The time period to file a petition for certiorari was due to expire on May 21, 2015. The hearing date on the Sixth Allocation Motion was set for May 29, 2015, which would permit the hearing to go forward if no petitions for certiorari were filed by that date. The Trustee indicated in his Sixth Allocation Motion that the hearing may not be able to go forward if a petition for certiorari was filed. *See* Sixth Allocation Motion at ¶ 8.

3. While no petitions for certiorari have been filed, a group of claimants represented by Becker & Poliakoff LLP moved for an extension of time within which to file a petition for certiorari with the Supreme Court, which was granted on April 28, 2015. *Marsha Peshkin v. Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,* No. 14A1099 (2015). Those parties have until July 20, 2015 to file a petition for certiorari on the Time-Based Damages decision. *Id.*

4. The Trustee cannot distribute these funds until a final, non-appealable order is entered on the Time-Based Damages Decision or the time limit to file a petition for certiorari expires with no petition being filed.

5. Accordingly, the hearing on the Trustee's Sixth Allocation Motion, which was previously scheduled for May 28, 2015 at 10:00 a.m., in the above-captioned proceeding has been adjourned to **July 29, 2015, at 10:00 a.m.** If no petition for certiorari is filed by that date,

the Trustee will request that the Court grant the relief sought in the Sixth Allocation Motion on July 29. If a petition for certiorari is filed, the Trustee will request that the hearing be adjourned until such time as the petition for certiorari is determined by the Supreme Court.

6. The above-referenced hearing on July 29, 2015 at 10:00 a.m. will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
May 26, 2015

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*