**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
DAVID GROSS

7240 BALLANTRAE COURT
BOCA RATON   FL   33496

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 1/30/02
YOUR TAX PAYER IDENTIFICATION: ***** 6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 91,709.47 |
| 1/3/12 | 806 | | 2349 | WAL-MART STORES INC | 55.930 | 45,930.98 |
| 1/3/12 | 527 | | 2851 | INTERNATIONAL BUSINESS MACHS | 87.270 | 45,012.29 |
| 1/3/12 | 1,953 | | 6675 | EXXON MOBIL CORP | 72.890 | 142,412.64 |
| 1/3/12 | 2,139 | | 7177 | INTEL CORP | 14.510 | 31,121.89 |
| 1/3/12 | 1,023 | | 11503 | JOHNSON & JOHNSON | 59.580 | 60,990.34 |
| 1/3/12 | 1,395 | | 15929 | J.P. MORGAN CHASE & CO | 38.530 | 53,904.35 |
| 1/3/12 | 744 | | 20154 | COCA COLA CO | 44.650 | 33,255.04 |
| 1/3/12 | 436 | | 24480 | MCDONALDS CORP | 55.370 | 24,047.50 |
| 1/3/12 | 906 | | 28806 | MERCK & CO | 28.550 | 23,043.30 |
| 1/3/12 | 2,945 | | 33132 | MICROSOFT CORPORATION | 21.820 | 64,347.45 |
| 1/3/12 | 1,488 | | 37458 | ORACLE CORPORATION | 17.300 | 25,801.40 |
| 1/3/12 | 589 | | 50435 | PEPSICO INC | 56.410 | 33,248.49 |
| 1/3/12 | 341 | | 50938 | APPLE INC | 100.780 | 34,378.98 |
| 1/3/12 | 2,511 | | 54762 | PFIZER INC | 16.960 | 42,635.34 |
| 1/3/12 | 589 | | 55264 | ABBOTT LABORATORIES | 54.610 | 32,188.29 |
| 1/3/12 | 1,115 | | 59088 | PROCTER & GAMBLE CO | 64.080 | 71,557.28 |
| 1/3/12 | 403 | | 59590 | AMGEN INC | 59.150 | 23,857.48 |
| 1/3/12 | 775 | | 53414 | PHILLIP MORRIS INTERNATIONAL | 42.500 | 33,321.00 |
| 1/3/12 | 1,350 | | 53916 | BANK OF AMERICA | 21.590 | 40,231.40 |
| 1/3/12 | 520 | | 57740 | QUALCOMM INC | 33.770 | 20,961.40 |
| 1/3/12 | 2,015 | | 68262 | CITI GROUP INC | 12.510 | 25,287.65 |
| 1/3/12 | 465 | | 72056 | SCHLUMBERGER LTD | 49.490 | 23,025.70 |
| 1/3/12 | 1,116 | | 72558 | COMCAST CORP CL A | 16.510 | 19,459.15 |
| | | | | CONTINUED ON PAGE 2 | | |

Madoff Securities

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
DAVID GROSS

7240 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM303-3-0
PERIOD ENDING: 31/30/08
YOUR TAX PAYER IDENTIFICATION: ****6783

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 91,709.47 |
| 31/12 | 806 | | 2349 | WAL-MART STORES INC | 55.930 | 45,030.98 |
| 31/12 | 527 | | 2851 | INTERNATIONAL BUSINESS MACHS | 87.270 | 46,012.29 |
| 31/12 | 1,953 | | 6675 | EXXON MOBIL CORP | 72.890 | 142,412.64 |
| 31/12 | 2,139 | | 7177 | INTEL CORP | 14.510 | 31,121.89 |
| 31/12 | 1,023 | | 11503 | J.P. MORGAN CHASE & CO | 29.580 | 30,990.34 |
| 31/12 | 1,395 | | 15929 | JOHNSON & JOHNSON | 38.530 | 53,904.35 |
| 31/12 | 744 | | 20154 | COCA COLA CO | 44.650 | 33,255.04 |
| 31/12 | 434 | | 24480 | MCDONALDS CORP | 55.370 | 24,047.50 |
| 31/12 | 906 | | 28806 | MERCK & CO | 28.550 | 25,865.70 |
| 31/12 | 2,945 | | 33132 | MICROSOFT CORPORATION | 21.920 | 64,547.45 |
| 31/12 | 1,488 | | 37458 | ORACLE CORPORATION | 17.300 | 25,801.40 |
| 31/12 | 586 | | 50435 | PEPSICO INC | 56.410 | 33,248.49 |
| 31/12 | 341 | | 50938 | APPLE INC | 100.750 | 34,378.98 |
| 31/12 | 2,511 | | 54762 | PFIZER INC | 16.940 | 42,635.34 |
| 31/12 | 587 | | 55264 | ABBOTT LABORATORIES | 54.610 | 32,188.27 |
| 31/12 | 1,116 | | 59098 | PROCTER & GAMBLE CO | 64.080 | 71,557.28 |
| 31/12 | 403 | | 59590 | AMGEN INC | 59.150 | 23,857.45 |
| 31/12 | 775 | | 63414 | PHILLIP MORRIS INTERNATIONAL | 43.500 | 33,921.00 |
| 31/12 | 1,960 | | 53916 | BANK OF AMERICA | 22.590 | 40,231.40 |
| 31/12 | 620 | | 57740 | QUALCOMM INC | 33.770 | 20,961.40 |
| 31/12 | 2,015 | | 59242 | GETTY GROUP INC | 12.510 | 25,287.65 |
| 31/12 | 465 | | 72056 | SCHLUMBERGER LTD | 49.490 | 23,025.20 |
| 31/12 | 1,116 | | 72568 | COMCAST CORP CL A | 16.510 | 19,459.15 |
| | | | | CONTINUED ON PAGE 3 | | |