**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

<u>**AFFIDAVIT OF MAILING**</u>

STATE OF TEXAS                         )
                                                    )        ss:
COUNTY OF DALLAS                  )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On July 15, 2015,  I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibits "A" and "B", a true and correct copy of the following:

    1.    Memorandum of Law of SIPC in Support of the Trustee's Motion to Affirm his Treatment of Profit Withdrawals (Docket Number 10650)
    2.    Notice of Trustee's Motion for an Order Affirming Treatment of Profit Withdrawal Transactions (Docket Number 10660)
    3.    Memorandum of Law in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (Docket Number 10661)
    4.    Declaration of Vineet Sehgal in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (Docket Number 10662)
    5.    Declaration of Matthew B. Greenblatt (Docket Number 10663)
    6.    Declaration of Lisa M. Collura (Docket Number 10664)

Executed on _July 20_, 2015

_____
John S. Franks

Sworn to and subscribed before me this _20_ day of _July_, 2015

(SEAL)

_____
Notary Public

2

Exhibit A

**Exhibit A**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| EBRO N V | C/O PIERSON TRUST FOURESS BLD | EMMAPLEIN ST MAARTEN | | NETHERLANDS ANTILLES | | | NETHERLANDS ANTILLES |
| [redacted] | | | | | | | |
| BANQUE FINAMA | 'B' ACCT | ATTN: MRS SYLVIE DRINGENBERG | 157 BOULEVARD HAUSSMANN | FRANCE | | | FRANCE |
| BANQUE POUR L INDUSTRIE | FRANCAISE 'L' ACCT | ATTN: MRS SYLVIE DRINGENBERG | 26 RUE LAFFIETE 75009 PARIS | | | | FRANCE |
| [redacted] | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| AIRPARTS INC | EMPL RET FUND | C/O WM EVENCHICK | 4413 BARCLAY FAIR WAY | LAKE WORTH | FL | 33467 | |

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| BRANDEIS UNIVERSITY | | ATTN: MICAHEL S SWARTZ | 415 SOUTH STREET | WALTHAM | MA | 02254 | |

**Exhibit A**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| COLUMBIA UNIVERSITY | C/O THE TRUSTEES OF COLUMBIA | UNIV IN THE CITY OF NEW YORK | 405 LEXINGTON AVENUE 63RD FL | NEW YORK | NY | 10174 | |

[redacted]

**Exhibit A**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| EAST SIDE RESTAURANT CORP | DBA RATNERS | 100 NORFOLK STREET | | NEW YORK | NY | 10002 | |
| EAST SIDE RESTAURANT CORP | DBA RATNERS | C/O R HARMATZ & H ZANKEL | 138 DELANCEY STREET | NEW YORK | NY | 10002 | |
| [redacted] | | | | | | | |

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| LOUIS STERNBACH CO | C/O MR DONALD ALTMAN | 1212 6TH AVENUE | | NEW YORK | NY | 10036 | |
| LOUIS STERNBACH CO | | C/O MR DONALD ALTMAN | 1212 6TH AVENUE | NEW YORK | NY | 10036 | |
| LOURIE AND CUTLER PC | SHERRIE H GADD | 60 STATE STREET | | BOSTON | MA | 02109 | |
| [redacted] | | | | | | | |

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit 3**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Shearman & Sterling LLP | James L. Garrity | 599 Lexington Avenue | | New York | NY | 10022-6030 | |

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 15, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| THE SCHLICHTER FOUNDATION C/O KRASS, SNOW & SCHMUTTER PC | | 419 PARK AVENUE | | NEW YORK | NY | 10016 | |

Exhibit B

**Exhibit B**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City, State, Zip Code | Country |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Southey International Limited | | 30 D Castro St. | | Road Town, Tortola | British Virgin Islands |
| [redacted] | | | | | |
| Southey International Limited | C/O Robert S. Edmonds, Director, | Carrer de l'Anglada, 3A, Escaldes-Engordany | | Ordino, | Andorra |
| [redacted] | | | | | |
| Bradermak Equities Corp. | | 1 HERRICKS ROAD | | GARDEN CITY PARK, NY 11040 | |
| [redacted] | | | | | |
| Bradermak Equities Corp. | | 150 Walnut Drive | | Roslyn, NY 11576 | |

**Exhibit B**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City, State, Zip Code | Country |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Stroock & Stroock & Lavan LLP, | Attn: Danielle A. Walsman, Esq. | 180 MAIDEN LANE | | NEW YORK, NY 10038 | |
| [redacted] | | | | | |
| Optus Software, Inc. | New Jersey Department of Treasury Corporations Division | 33 West State Street | | Trenton, NJ 08608 | |
| [redacted] | | | | | |

**Exhibit B**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City, State, Zip Code | Country |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Columbia University In The City Of New York | Office of the General Counsel | 412 Low Memorial Library | 535 West 116th Street | New York, New York 10027 | |
| [redacted] | | | | | |
| Peerstate Equity Fund L.P. | c/o Lou Prochilo | 43 West St. | | Northport, NY 11768 | |
| [redacted] | | | | | |

**Exhibit B**
**July 15, 2015**

| Name | Contact | Address1 | Address2 | City, State, Zip Code | Country |
|---|---|---|---|---|---|
| David Barrack | Fulbright Jaworski LLP | 666 Fifth Avenue | | New York, New York 10103 | |
| [redacted] | | | | | |
| U.S. Department of Justice, Tax Division | | Box 55 | Ben Franklin Station | Washington, DC 20044 | |
| [redacted] | | | | | |
| Internal Revenue Service | Centralized Insolvency Operation | Post Office Box 7346 | | Philadelphia, PA 19101-7346 | |
| [redacted] | | | | | |