**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Alan and Janet Winters Family Partnership Ltd. (the "Claimant"), having filed an

objection (the "Objection", ECF No. 2340) to Trustee's Notice of Determination respecting

Claimant's customer claim (#000014), hereby gives notice that it withdraws such Objection.

Dated: July 20, 2015

/s/ Jeffrey L. Bernfeld
Jeffrey L. Bernfeld, Esq. on behalf of Alan and
Janet Winters Family Partnership Ltd.
BERNFELD, DEMATTEO & BERNFELD
600 Third Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 661-1661

300356687.4
300358603.1