**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION

Alan J. Winters Profit Sharing Trust (the "Claimant"), having filed an objection (the "Objection", ECF No. 3600) to Trustee's Notice of Determination respecting Claimant's customer claim (#000013), hereby gives notice that it withdraws such Objection.

Dated: July 20, 2015

> */s/ Jeffrey L. Bernfeld*
> Jeffrey L. Bernfeld, Esq. on behalf of Alan J. Winters Profit Sharing Trust
> BERNFELD, DEMATTEO & BERNFELD
> 600 Third Avenue, 15th Floor
> New York, NY 10016
> Telephone: (212) 661-1661

300356687.4
300358603.1