**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>RMFG LTD. PARTNERSHIP,<br><br>REGINA FISHER, individually and as General Partner of RMFG Ltd. Partnership,<br><br>MICHAEL FISHER, as Limited Partner of RMFG Ltd. Partnership, | Adv. Pro. No. 10-04440 (SMB) |

FRANCINE FISHMAN, as Limited Partner of RMFG Ltd. Partnership, and

GREGORY FISHER, as Limited Partner of RMFG Ltd. Partnership,

                Defendants.

## CORRECTED NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants RMGF Ltd. Partnership, Regina Fisher, Individually and as General Partner of RMFG Ltd. Partnership, Michael Fisher, as Limited Partner of RMFG Ltd. Partnership, Francine Fishman, as Limited Partner of RMFG Ltd. Partnership, and Gregory Fisher, as Limited Partner of RMFG Ltd. Partnership (together, the "Parties") may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures ¶ 5A.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

300364626.1

Through this Notice of Mediation Referral, the Trustee hereby states that the Parties have completed discovery in the above-referenced adversary proceeding and are referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures ¶ 5C.

Dated: New York, New York
       July 21, 2015

**BAKER & HOSTETLER LLP**

By: *s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*