**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-1364 (SMB) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, et al., | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS UNICREDIT S.p.A. AND PIONEER ALTERNATIVE INVESTMENT MANAGEMENT LIMITED**

Irving H. Picard (the "Trustee") as trustee for the liquidation of the business of

Bernard L Madoff Investment Securities LLC under the Securities Investor Protection

Act, 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L.

Madoff, by and through his counsel, Baker & Hostetler LLP, and defendants UniCredit

S.p.A. ("UniCredit") and Pioneer Alternative Investment Management Limited

("Pioneer" and with the Trustee and UniCredit, the "Parties"), by and through their counsel, Skadden, Arps, Slate, Meagher & Flom LLP, hereby stipulate and agree to the following:

1.  On December 5, 2010, the Trustee filed the Amended Complaint against, *inter alia*, UniCredit and Pioneer.

2.  On November 12, 2014, the Trustee entered into a settlement agreement with defendants Primeo Fund (In Official Liquidation) and Herald Fund SPC (In Official Liquidation) pursuant to Federal Rule of Bankruptcy Procedure 9019, which also resolved the Trustee's claims against UniCredit and Pioneer. The settlement agreement was approved by this Court on December 17, 2014, ECF No. 349.

3.  In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against UniCredit and Pioneer in the above-captioned adversary proceeding.

[*signatures to follow on next page*]

Dated: July 17, 2015
      New York, New York

| | |
|---|---|
| *s/ Oren Warshavsky*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Oren Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Gonzalo Zeballos<br>Email: gzeballos@bakerlaw.com<br>Geoffrey A. North<br>Email: gnorth@bakerlaw.com | *s/ Marco E. Schnabl*<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>Marco E. Schnabl<br>Email: marco.schnabl@skadden.com<br>Susan L. Saltzstein<br>Email: susan.saltzstein@skadden.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for Defendants UniCredit S.p.A. and Pioneer Alternative Investment Management Limited* |

**SO ORDERED**

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: July 17th, 2015
      New York, New York