**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>         v.<br><br>THE ALAN MILLER DIANE MILLER REVOCABLE TRUST, DIANE MILLER, AS TRUSTEE OF THE ALAN MILLER DIANE MILLER REVOCABLE TRUST, AND ALAN MILLER, AS TRUSTEE OF THE ALAN MILLER DIANE MILLER REVOCABLE TRUST,<br><br>         Defendants. | Adv. Pro. No. 10-05213 (SMB) |

## STIPULATION FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants The Alan Miller Diane Miller Revocable Trust, Diane Miller, as trustee of The Alan Miller Diane Miller Revocable Trust, and Alan Miller, as trustee of the Alan Miller Diane Miller Revocable Trust (the "Defendants"), by and through their counsel, Maslon LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 3, 2010, the Trustee filed and served the Complaint against Defendants.

2. On August 10, 2011, Defendants served an answer on the Trustee.

3. On February 1, 2012, Defendants served an amended answer on the Trustee.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated as of: July 21, 2015

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **MASLON LLP** |
| By: /s/ *Nicholas J. Cremona*_____ | By: /s/ *Amy J. Swedberg*_____ |
| 45 Rockefeller Plaza | Amy J. Swedberg |
| New York, New York 10111 | 3300 Wells Fargo Center |
| Telephone: 212.589.4200 | 90 South Seventh Street |
| Facsimile: 212.589.4201 | Minneapolis, Minnesota 55402 |
| David J. Sheehan | Telephone: 612.672.8367 |
| Email: dsheehan@bakerlaw.com | Amy J. Swedberg |
| Nicholas J. Cremona | Email: amy.swedberg@maslon.com |
| Email: ncremona@bakerlaw.com | |
| | *Attorneys for Defendants The Alan Miller Diane Miller Revocable Trust, Diane Miller, as trustee of The Alan Miller Diane Miller Revocable Trust, and Alan miller, as trustee of the Alan Miller Diane Miller Revocable Trust* |
| Of Counsel: | |
| BAKER & HOSTETLER LLP | |
| PNC Center | |
| 1900 East 9th Street, Suite 3200 | |
| Cleveland, Ohio 44114 | |
| Telephone: (216) 621-0200 | |
| Facsimile: (216) 696-0740 | |
| Ruth E. Hartman | |
| Email: rhartman@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | |

Dated: July 21, 2015            SO ORDERED
New York, New York

/s/ STUART M. BERNSTEIN_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3