**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, et al.,<br><br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT UNICREDIT BANK AUSTRIA AG**

Irving H. Picard (the "Trustee") as trustee for the liquidation of the business of

Bernard L Madoff Investment Securities LLC under the Securities Investor Protection

Act, 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L.

Madoff, by and through his counsel, Baker & Hostetler LLP, and defendant UniCredit

Bank Austria AG ("Bank Austria"), by and through its counsel, Sullivan & Worcester LLP, hereby stipulate and agree to the following:

1. On December 5, 2010, the Trustee filed the Amended Complaint against, *inter alia*, Bank Austria.

2. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Bank Austria in the above-captioned adversary proceeding.

Dated: July 21, 2015
    New York, New York

| | |
|---|---|
| *s/ Oren J. Warshavsky*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Oren Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Gonzalo Zeballos<br>Email: gzeballos@bakerlaw.com<br>Geoffrey A. North<br>Email: gnorth@bakerlaw.com | *s/ Franklin B. Velie*<br>Sullivan & Worcester LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 660-3042<br>Facsimile: (212) 660-3001<br>Franklin B. Velie<br>Email: fvelie@sandw.com<br>Jonathan G. Kortmansky<br>Email: jkortmansky@sandw.com<br>Mitchell C. Stein<br>Email: mstein@sandw.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for Defendant UniCredit Bank Austria AG* |

2

**SO ORDERED**

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: July 21st, 2015
       New York, New York