UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

The Kostin Co. ("Claimant"), having filed an objection (the "Objection", Docket No. 0003151) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#006093), hereby gives notice that it withdraws such Objection.

Dated: June 23, 2015

Bernard J. Garbutt III
On behalf of The Kostin Co.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Facsimile No.: (212) 309-6001