BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> BNP PARIBAS S.A., <br><br> BNP PARIBAS (SUISSE) S.A., Individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank, <br><br> BNP PARIBAS ARBITRAGE SNC, <br><br> BNP PARIBAS BANK & TRUST CAYMAN LIMITED, | Adv. Pro. No. 12-01576 (SMB) <br><br><br> **NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE** |

| |
|---|
| BGL BNP PARIBAS LUXEMBOURG S.A., as Successor in Interest to BNP Paribas Luxembourg S.A., <br><br> BNP PARIBAS SECURITIES SERVICES— SUCCURSALE DE LUXEMBOURG, and <br><br> BNP PARIBAS SECURITIES SERVICES S.A., <br><br>                                       Defendants. |

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for July 29, 2015 has been adjourned to **March 30, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: July 22, 2015
       New York, New York

                                   By:    /s/ Thomas L. Long
                                                  Baker & Hostetler LLP
                                                  45 Rockefeller Plaza
                                                  New York, New York 10111
                                                  Telephone: 212.589.4200
                                                  Facsimile: 212.589.4201
                                                  David J. Sheehan
                                                  Email:  dsheehan@bakerlaw.com
                                                  Mark A. Kornfeld
                                                  Email: mkornfeld@bakerlaw.com

                                                  *Attorneys for Irving H. Picard, Trustee for the*
                                                  *Substantively Consolidated SIPA Liquidation*
                                                  *of Bernard L. Madoff Investment Securities LLC*
                                                  *and the Estate of Bernard L. Madoff*