**Exhibit B**

SUMMARY OF SEVENTEENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2014 THROUGH MARCH 31, 2015

| Name | Year Admitted | December 2014 Standard Hourly Rate | December 2014 Total Hours Billed | December Total Compensation | January-March 2015 Standard Hourly Rate | January-March 2015 Total Hours Billed | January-March Total Compensation | Total Hours Billed Dec-March | Total Compensation Dec-March |
|---|---|---|---|---|---|---|---|---|---|
| **Partners and Special Counsel** | | | | | | | | | |
| Howard L. Simon | 1977 | 575.00 | 169.30 | $ 97,347.50 | 590.00 | 479.60 | $282,964.00 | 648.90 | $ 380,311.50 |
| Kim M. Longo | 2002 | 455.00 | 164.20 | $ 74,711.00 | 465.00 | 626.00 | $291,090.00 | 790.20 | $ 365,801.00 |
| Antonio J. Casas | 1992 | 455.00 | 131.10 | $ 59,650.50 | 465.00 | 534.60 | $248,589.00 | 665.70 | $ 308,239.50 |
| **Total Partners and Special Counsel** | | | 464.60 | $ 231,709.00 | | 1,640.20 | $822,643.00 | $2,104.80 | $1,054,352.00 |
| **Associates** | | | | | | | | | |
| Karen M. Cullen | 1981 | 415.00 | 191.90 | $ 79,638.50 | 430.00 | 547.00 | $235,210.00 | 738.90 | $ 314,848.50 |
| Carol LaFond | 2000 | 410.00 | 161.90 | $ 66,379.00 | 410.00 | 399.70 | $163,877.00 | 561.60 | $ 230,256.00 |
| Greg Kerr | 1996 | 360.00 | 22.00 | $ 7,920.00 | 360.00 | 32.00 | $11,520.00 | 54.00 | $ 19,440.00 |
| Brian W. Kreutter | 2003 | 365.00 | 162.80 | $ 59,422.00 | 375.00 | 534.00 | $200,250.00 | 696.80 | $ 259,672.00 |
| John J. Tepedino | 2005 | 365.00 | 137.70 | $ 50,260.50 | 375.00 | 293.40 | $110,025.00 | 431.10 | $ 160,285.50 |
| Alan D. Lawn | 2009 | 340.00 | 170.90 | $ 58,106.00 | 350.00 | 496.00 | $173,600.00 | 666.90 | $ 231,706.00 |
| Alex Jonatowski | 2007 | 335.00 | 185.70 | $ 62,209.50 | 345.00 | 508.60 | $175,467.00 | 694.30 | $ 237,676.50 |
| Rebekah J. Mott | 2012 | 300.00 | 155.90 | $ 46,770.00 | 310.00 | 268.40 | $83,204.00 | 424.30 | $ 129,974.00 |
| **Total Associates** | | | 1,188.80 | $ 430,705.50 | | 3,079.10 | $1,153,153.00 | 4,267.90 | $ 1,583,858.50 |
| **Paraprofessionals** | | | | | | | | | |
| Matthew Corwin | | 220.00 | 106.50 | $ 23,430.00 | 230.00 | 268.10 | $61,663.00 | 374.60 | $ 85,093.00 |
| Jennifer Ryan | | 190.00 | 79.20 | $ 15,048.00 | 195.00 | 153.10 | $29,854.50 | 232.30 | $ 44,902.50 |
| **Total Paraprofessionals** | | | 185.70 | $ 38,478.00 | | 421.20 | $91,517.50 | 606.90 | $ 129,995.50 |

| | Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 2,104.80 | $ 1,054,352.00 |
| **Associates** | 4,267.90 | $ 1,583,858.50 |
| **Paraprofessionals** | 606.90 | $ 129,995.50 |
| **Blended Attorney Rate** | 413.99 | |
| **GRAND TOTAL** | 6,979.60 | $ 2,768,206.00 |

{11101223:1}