## Exhibit C

SUMMARY OF SEVENTEENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP
FOR EXPENSES INCURRED FROM
DECEMBER 1, 2014 THROUGH AND INCLUDING MARCH 31, 2015

| Code Description | Amount |
|---|---:|
| Copying | $ 691.31 |
| Telephone | 101.45 |
| Postage | 36.08 |
| Delivery Services/Messenger | 2,349.02 |
| Online Research | 12,666.41 |
| Staff Overtime | 137.50 |
| Professional Services | 2,604.03 |
| Process Serving Fees | 1,397.65 |
| PACER Search Fees | 4,737.40 |
| **TOTAL** | **$ 24,720.85** |

{11101223:1}