**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE SEVENTEENTH INTERIM PERIOD OF DECEMBER 1, 2014 THROUGH MARCH 31, 2015

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 944.80 | $ 429,851.00 |
| | | 007 | Fee Application | 79.10 | 32,425.50 |
| | | 020 | Internal Office Meeting | 10.30 | 3,607.00 |
| | | 041 | Discovery, Document Review, Document Production | 1,465.30 | 593,702.50 |
| | | 042 | Bankruptcy Court Litigation | 11.00 | 3,862.00 |
| | | L140 | Document/File Management | 8.40 | 2,192.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 238.50 | 86,189.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 95.20 | 36,283.00 |
| 10 | Blumenfeld | 010 | Litigation | 9.70 | 4,555.50 |
| 12 | Credit Suisse | 010 | Litigation | 730.10 | 273,426.00 |
| 13 | Solon Capital | 010 | Litigation | 170.60 | 59,617.50 |
| 14 | Zephyros | 010 | Litigation | 234.10 | 81,261.50 |
| 15 | Mistral | 010 | Litigation | 253.60 | 95,327.50 |
| 16 | Societe Generale | 010 | Litigation | 407.20 | 156,089.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 819.60 | 317,809.00 |
| 18 | Clariden Leu | 010 | Litigation | 346.10 | 125,927.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 152.00 | 55,015.00 |
| 20 | Coordinated Cases | 010 | Litigation | 1,004.00 | 411,065.50 |
| | | | **TOTALS** | **6,979.60** | **$ 2,768,206.00** |

{11101223:1}