EXHIBIT B
SUMMARY OF EIGHTEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2014 THROUGH MARCH 31, 2015

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 529.23 | 49.00 | 25,932.50 |
| | Picard, Irving H. | 1966 | 992.07 | 403.90 | 400,695.60 |
| | Sheehan, David J. | 1968 | 992.63 | 729.20 | 723,824.70 |
| | Matthias, Michael R | 1973 | 682.17 | 293.70 | 200,353.70 |
| | Bash, Brian A | 1975 | 734.68 | 37.90 | 27,844.50 |
| | Alletag, Gary M | 1976 | 660.00 | 3.70 | 2,442.00 |
| | Greene, Bruce R | 1976 | 680.00 | 2.10 | 1,428.00 |
| | Long, Thomas L | 1976 | 910.36 | 749.80 | 682,584.50 |
| | Markowitz, Laurence S | 1977 | 782.00 | 0.70 | 547.40 |
| | Gibson, Wendy J | 1979 | 542.37 | 260.70 | 141,396.60 |
| | Goldman, Matthew R | 1979 | 750.00 | 3.90 | 2,925.00 |
| | Powers, Marc D | 1981 | 839.00 | 2.00 | 1,678.00 |
| | Chockley III, Frederick W | 1982 | 798.17 | 129.70 | 103,523.00 |
| | Ponto, Geraldine E. | 1982 | 894.88 | 637.70 | 570,665.00 |
| | Hannon, John P | 1983 | 770.51 | 7.80 | 6,010.00 |
| | McGowan Jr, John J | 1984 | 602.00 | 3.50 | 2,107.00 |
| | Rivkin Jr, David B | 1985 | 950.00 | 6.90 | 6,555.00 |
| | Smith, Elizabeth A | 1985 | 833.93 | 12.20 | 10,173.90 |
| | McDonald, Heather J | 1986 | 662.83 | 147.10 | 97,502.00 |
| | Reich, Andrew W | 1987 | 611.22 | 452.60 | 276,639.60 |
| | Tobin, Donna A. | 1987 | 734.18 | 58.80 | 43,169.70 |
| | Burke, John J | 1988 | 716.79 | 200.80 | 143,932.00 |
| | DeLancey, Leah E | 1990 | 641.70 | 8.80 | 5,647.00 |
| | Douthett, Breaden M | 1991 | 416.65 | 115.40 | 48,081.20 |
| | Goldberg, Steven H | 1991 | 917.51 | 138.70 | 127,259.10 |
| | Hunt, Dean D | 1991 | 657.85 | 286.40 | 188,407.40 |
| | Resnick, Lauren J | 1991 | 930.11 | 72.80 | 67,711.80 |
| | Hirschfield, Marc E. | 1992 | 878.53 | 456.70 | 401,224.50 |
| | Selby, Judy A. | 1992 | 851.48 | 329.00 | 280,136.40 |
| | Warren, Thomas D | 1992 | 732.85 | 91.20 | 66,835.50 |
| | Griffin, Regina L. | 1993 | 912.38 | 791.60 | 722,241.50 |
| | Kornfeld, Mark A. | 1993 | 910.45 | 677.50 | 616,830.00 |
| | Renner, Deborah H. | 1993 | 902.67 | 486.80 | 439,420.50 |
| | Brennan, Terry M | 1995 | 501.68 | 13.30 | 6,672.40 |
| | Leonard, Melissa A | 1995 | 530.00 | 2.10 | 1,113.00 |
| | Scaletta, Anthony J | 1995 | 467.96 | 100.80 | 47,170.20 |
| | Cole, Tracy L | 1996 | 772.32 | 517.40 | 399,597.60 |
| | Levin, Richard B. | 1996 | 450.00 | 4.00 | 1,800.00 |
| | Turner, Christa C. | 1996 | 473.57 | 474.50 | 224,709.70 |
| | Hoang, Lan | 1997 | 777.69 | 481.30 | 374,301.00 |
| | Murphy, Keith R. | 1997 | 909.36 | 668.00 | 607,450.00 |
| | Papp, Edward Daniel | 1997 | 350.00 | 26.60 | 9,310.00 |
| | Scully, Elizabeth A | 1997 | 661.84 | 166.20 | 109,998.50 |
| | Fish, Eric R. | 1998 | 686.92 | 152.20 | 104,548.80 |
| | New, Jonathan B. | 1998 | 902.48 | 70.80 | 63,895.50 |
| | Perdion, Jason P | 1998 | 440.00 | 11.80 | 5,192.00 |
| | Rollinson, James H | 1998 | 451.77 | 303.60 | 137,156.50 |
| | Rose, Jorian L. | 1998 | 827.61 | 399.80 | 330,878.30 |
| | Wall, Brett A | 1998 | 484.40 | 126.00 | 61,034.40 |
| | Wang, Ona T | 1998 | 763.22 | 178.40 | 136,158.80 |
| | Warshavsky, Oren J. | 1998 | 921.23 | 720.30 | 663,563.20 |
| | Fischbach, Ryan D | 1999 | 500.00 | 10.20 | 5,100.00 |
| | Pergament, Benjamin D | 1999 | 661.31 | 464.30 | 307,045.20 |
| | Bohorquez Jr, Fernando A | 2000 | 746.39 | 430.70 | 321,469.10 |
| | Cremona, Nicholas J. | 2000 | 812.59 | 763.40 | 620,330.40 |
| | Gruppuso, Anthony M. | 2000 | 638.55 | 491.50 | 313,847.50 |
| | Pector, Michelle D | 2000 | 557.04 | 125.00 | 69,630.00 |
| | Alaverdi, Loura L | 2001 | 588.98 | 238.30 | 140,352.80 |
| | Beckerlegge, Robertson D | 2001 | 625.47 | 240.20 | 150,239.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Bell, Stacey A. | 2001 | 678.00 | 435.90 | 295,540.20 |
| | Fokas, Jimmy | 2001 | 768.74 | 306.70 | 235,771.40 |
| | Pfeifer, Timothy S. | 2001 | 765.70 | 75.10 | 57,504.10 |
| | Skapof, Marc | 2001 | 740.61 | 175.30 | 129,828.80 |
| | Townsend, Wendy C. | 2001 | 389.24 | 63.10 | 24,561.00 |
| | Zeballos, Gonzalo S. | 2001 | 827.18 | 515.20 | 426,162.40 |
| | North, Geoffrey A. | 2002 | 659.11 | 706.00 | 465,331.40 |
| | Wearsch, Thomas M | 2002 | 630.83 | 221.30 | 139,602.00 |
| | Hochmuth, Farrell A | 2003 | 479.09 | 555.80 | 266,280.00 |
| | Jacobs, Edward J. | 2003 | 657.14 | 745.70 | 490,028.20 |
| | Jenson, Karin Scholz | 2003 | 666.54 | 780.80 | 520,436.00 |
| | Malchow, Jessica P. | 2003 | 371.00 | 7.70 | 2,856.70 |
| | Malek, Sammi | 2003 | 618.00 | 38.90 | 24,040.20 |
| | Oliver, Jason S. | 2003 | 631.31 | 568.90 | 359,151.00 |
| | Sherer, James A. | 2003 | 590.00 | 498.90 | 294,350.90 |
| | Shields, Nkosi D. | 2003 | 488.78 | 722.50 | 353,141.80 |
| | Cohen, Dennis O | 2004 | 573.68 | 18.60 | 10,670.50 |
| | Gabriel, Jessie M | 2004 | 632.42 | 158.40 | 100,175.40 |
| | Kitchen, David E | 2004 | 392.00 | 291.50 | 114,268.00 |
| | Smith, Rachel M | 2004 | 443.62 | 521.10 | 231,172.20 |
| | Carvalho, Melissa M. | 2005 | 578.95 | 325.20 | 188,275.80 |
| | Chow, Teresa C. | 2005 | 433.45 | 54.60 | 23,666.50 |
| | Hartman, Ruth E | 2005 | 352.82 | 31.20 | 11,008.00 |
| | Proano, David F | 2005 | 352.46 | 26.80 | 9,446.00 |
| | Carlisle, Marie L. | 2006 | 425.52 | 311.00 | 132,335.40 |
| | Conley, Sylvia J | 2006 | 608.74 | 84.50 | 51,438.60 |
| | Kosack, Melissa L. | 2006 | 635.39 | 835.50 | 530,867.70 |
| | Lange, Gretchen L | 2006 | 334.00 | 47.20 | 15,764.80 |
| | Petrelli III, John W | 2006 | 435.00 | 21.00 | 9,135.00 |
| | Vanderwal, Amy E. | 2006 | 634.70 | 221.30 | 140,458.50 |
| | Brown, Seanna R. | 2007 | 659.93 | 540.70 | 356,826.20 |
| | Giuliani, Esterina | 2007 | 695.00 | 157.70 | 109,601.50 |
| | Zunno, Kathryn M. | 2008 | 636.50 | 316.60 | 201,517.20 |
| Partners and of Counsel Total | | | 712.79 | 25,210.00 | 17,969,501.90 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Stroh, William C | 1981 | 218.50 | 161.60 | 35,310.00 |
| | Bieler, Philip | 1994 | 447.06 | 527.70 | 235,915.40 |
| | Kates, Elyssa S. | 2000 | 605.36 | 277.30 | 167,865.90 |
| | Song, Brian W. | 2002 | 629.07 | 651.20 | 409,649.40 |
| | Cheema, Bik | 2003 | 576.78 | 85.30 | 49,199.10 |
| | Hooper, Rachel P. | 2003 | 368.62 | 631.80 | 232,893.00 |
| | Wlodek, Heather | 2003 | 494.66 | 573.90 | 283,884.20 |
| | Allen, Brian F. | 2005 | 473.98 | 290.80 | 137,833.80 |
| | Hiatt, Eric B. | 2005 | 496.85 | 471.30 | 234,166.50 |
| | Moorman, Courtni E | 2005 | 338.00 | 14.00 | 4,732.00 |
| | Stanganelli, Maryanne | 2005 | 580.03 | 688.70 | 399,463.60 |
| | Feil, Matthew D. | 2006 | 526.94 | 522.50 | 275,327.50 |
| | Longstaff, Carrie | 2006 | 531.15 | 800.70 | 425,289.00 |
| | Munoz, Andres A | 2006 | 506.41 | 502.20 | 254,320.50 |
| | Shoshany, Lindsey A. | 2006 | 468.50 | 447.00 | 209,418.80 |
| | Calvani, Torello H. | 2007 | 606.07 | 642.90 | 389,644.20 |
| | Casey IV, James P. | 2007 | 395.32 | 33.10 | 13,085.00 |
| | Forman, Jonathan A. | 2007 | 579.59 | 593.30 | 343,870.90 |
| | Goldmark, Jena B. | 2007 | 434.26 | 732.20 | 317,968.40 |
| | Jones, Bradley K. | 2007 | 311.15 | 193.20 | 60,114.00 |
| | Kleber, Kody | 2007 | 413.75 | 221.60 | 91,686.00 |
| | Klidonas, George | 2007 | 473.73 | 602.80 | 285,563.00 |
| | Perlman, Julian D. | 2007 | 600.11 | 84.70 | 50,829.20 |
| | Ranade, Samir K. | 2007 | 549.44 | 136.80 | 75,163.20 |
| | Truong, Sarah Jane T.C. | 2007 | 576.51 | 321.20 | 185,173.70 |
| | Walrath, Jennifer M | 2007 | 505.88 | 49.50 | 25,041.00 |
| | Carbajal, Natacha | 2008 | 527.82 | 506.50 | 267,339.50 |
| | Carpenter, Susrut A. | 2008 | 484.22 | 525.40 | 254,409.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Harrigan, Sean M. | 2008 | 508.86 | 102.50 | 52,158.00 |
| | McCurrach, Elizabeth G. | 2008 | 472.43 | 402.00 | 189,915.80 |
| | Moody, Matthew J. | 2008 | 479.80 | 256.80 | 123,212.00 |
| | Rovine, Jacqlyn | 2008 | 452.69 | 380.70 | 172,339.70 |
| | Schutte, Elizabeth M. | 2008 | 421.76 | 488.60 | 206,072.00 |
| | Sea, Nexus U. | 2008 | 485.82 | 322.20 | 156,530.60 |
| | Stanley, Trevor M. | 2008 | 468.64 | 305.20 | 143,028.20 |
| | Thomas, Joshua C. | 2008 | 366.96 | 19.60 | 7,192.40 |
| | Usitalo, Michelle R. | 2008 | 489.12 | 628.40 | 307,364.00 |
| | Woltering, Catherine E. | 2008 | 463.10 | 732.90 | 339,407.20 |
| | Blattmachr, Jonathan D. | 2009 | 465.01 | 501.80 | 233,343.50 |
| | Campbell, Patrick T | 2009 | 473.83 | 158.30 | 75,006.50 |
| | Gentile, Dominic A. | 2009 | 446.95 | 696.90 | 311,479.50 |
| | Hilsheimer, Lauren M. | 2009 | 463.37 | 596.50 | 276,402.50 |
| | Hinchcliffe, Analiese | 2009 | 240.00 | 154.50 | 37,080.00 |
| | Hirce, Margaret E. | 2009 | 473.57 | 414.10 | 196,104.70 |
| | Howe, Mary E. | 2009 | 463.39 | 280.70 | 130,073.00 |
| | Kessler, Dena S. | 2009 | 352.49 | 267.70 | 94,361.50 |
| | Kuhn, Jessie A. | 2009 | 466.00 | 289.40 | 134,860.40 |
| | Markel, Tatiana | 2009 | 474.21 | 704.60 | 334,128.60 |
| | Mattera, Marshall J. | 2009 | 495.18 | 626.10 | 310,029.90 |
| | Maynard, Kim M. | 2009 | 421.33 | 365.60 | 154,038.80 |
| | McKnight, Katherine L. | 2009 | 466.80 | 242.20 | 113,059.80 |
| | Molina, Marco | 2009 | 464.65 | 434.00 | 201,656.40 |
| | Nickodem, Robert G. | 2009 | 238.73 | 567.60 | 135,502.30 |
| | Ozturk, Ferve E. | 2009 | 484.58 | 467.70 | 226,637.30 |
| | Perkins Austin, Francesca | 2009 | 497.86 | 561.00 | 279,302.00 |
| | Shapiro, Peter B. | 2009 | 484.26 | 654.20 | 316,804.80 |
| | Sollie, Erica | 2009 | 465.81 | 250.10 | 116,499.80 |
| | Barnes, S. Ben | 2010 | 238.54 | 596.60 | 142,313.90 |
| | Biondo, Lindsay J. | 2010 | 238.33 | 573.60 | 136,707.80 |
| | Burch, Alexander D. | 2010 | 331.79 | 47.90 | 15,892.60 |
| | Bushnell, Christina M. | 2010 | 238.33 | 506.80 | 120,785.00 |
| | Carney, Brian W. | 2010 | 238.30 | 560.20 | 133,493.90 |
| | Castillon, Jesus J. | 2010 | 342.03 | 197.70 | 67,619.80 |
| | Chandler, Tara R. | 2010 | 238.51 | 563.10 | 134,304.00 |
| | Choi, David | 2010 | 414.20 | 544.30 | 225,450.80 |
| | Clegg, Sammantha E. | 2010 | 462.34 | 416.50 | 192,562.80 |
| | Fein, Amanda E. | 2010 | 463.52 | 698.40 | 323,720.20 |
| | Hansford, Melissa L. | 2010 | 237.76 | 483.60 | 114,981.10 |
| | Hoff, Michelle M. | 2010 | 238.76 | 565.30 | 134,971.30 |
| | Iannuzzi, Michael M. | 2010 | 409.41 | 11.60 | 4,749.20 |
| | Kincart, Michael J. | 2010 | 310.00 | 8.70 | 2,697.00 |
| | Martin, David J. | 2010 | 362.50 | 682.50 | 247,404.50 |
| | Maytal, Anat | 2010 | 435.79 | 407.50 | 177,584.00 |
| | McGourty, Cara | 2010 | 452.07 | 682.40 | 308,491.30 |
| | McMillan, David M. | 2010 | 437.08 | 445.40 | 194,674.70 |
| | Mosier, A. Mackenna | 2010 | 432.46 | 616.40 | 266,570.10 |
| | Needham, Kelly C. | 2010 | 238.67 | 561.40 | 133,988.40 |
| | Noethlich, Brian R. | 2010 | 238.10 | 539.20 | 128,381.80 |
| | Parente, Michael | 2010 | 238.41 | 470.40 | 112,149.10 |
| | Rog, Joshua B. | 2010 | 421.35 | 525.70 | 221,502.40 |
| | Rollins, Jennifer B. | 2010 | 240.00 | 307.30 | 73,752.00 |
| | Rouach, Sophie | 2010 | 435.31 | 542.30 | 236,068.80 |
| | Salehpour, Morvareed Z. | 2010 | 335.00 | 8.90 | 2,981.50 |
| | Schichnes, Jessica | 2010 | 437.54 | 125.20 | 54,780.60 |
| | Scott, Justin T. | 2010 | 339.93 | 14.00 | 4,759.00 |
| | Taddeo, Luisa | 2010 | 238.38 | 504.00 | 120,141.00 |
| | Ubaid, Maryland H. | 2010 | 239.13 | 520.90 | 124,561.70 |
| | Vasel, Denise D. | 2010 | 424.00 | 14.20 | 6,020.80 |
| | Bacon, Natalie R. | 2011 | 234.37 | 115.00 | 26,952.50 |
| | Ball, Stephen L. | 2011 | 394.21 | 290.80 | 114,636.80 |
| | Barhorst, Damon C. | 2011 | 238.52 | 436.30 | 104,065.20 |
| | Bennett, Melonia A. | 2011 | 238.49 | 645.60 | 153,970.30 |
| | Crook, Darren A. | 2011 | 260.63 | 121.80 | 31,744.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | deVries, Alan C. | 2011 | 238.06 | 626.90 | 149,240.10 |
| | Dortch, Justin M. | 2011 | 238.32 | 493.50 | 117,609.80 |
| | Durbin, Damon M. | 2011 | 238.24 | 499.50 | 118,999.40 |
| | Feldstein, Robyn M | 2011 | 414.19 | 653.90 | 270,841.50 |
| | Gottesman, Joel D. | 2011 | 239.11 | 507.60 | 121,369.70 |
| | Kahner, Tegan E. | 2011 | 239.64 | 323.40 | 77,500.50 |
| | Krishna, Ganesh | 2011 | 436.30 | 793.30 | 346,120.50 |
| | Lee, Parker A. | 2011 | 443.87 | 68.40 | 30,361.00 |
| | Liao, Nina C. | 2011 | 398.77 | 22.50 | 8,972.40 |
| | Oliva, Frank M. | 2011 | 414.06 | 224.50 | 92,956.60 |
| | Patrick, Stacey M. | 2011 | 238.78 | 381.80 | 91,165.80 |
| | Rose, Nicholas M. | 2011 | 396.41 | 34.00 | 13,478.00 |
| | Schechter, Jody E. | 2011 | 342.57 | 709.30 | 242,983.50 |
| | Shifrin, Maximillian S. | 2011 | 471.02 | 698.60 | 329,053.20 |
| | Sinclair, Jordan A. | 2011 | 333.61 | 359.40 | 119,900.00 |
| | Spears, Ericka H. | 2011 | 238.59 | 421.70 | 100,613.70 |
| | Stewart, Justin T. | 2011 | 233.37 | 102.80 | 23,990.20 |
| | Vonderhaar, Douglas A. | 2011 | 238.54 | 563.30 | 134,368.80 |
| | Wangsgard, Kendall E. | 2011 | 395.14 | 105.70 | 41,766.20 |
| | White, Jason T. | 2011 | 238.53 | 567.20 | 135,292.90 |
| | Zuberi, Madiha M. | 2011 | 437.02 | 418.60 | 182,937.30 |
| | Ackerman, Stephanie | 2012 | 405.55 | 660.70 | 267,948.00 |
| | Gallagher, Christopher B. | 2012 | 413.88 | 572.20 | 236,823.00 |
| | Hellmuth, William W. | 2012 | 329.82 | 183.90 | 60,653.60 |
| | Hough, Shawn P. | 2012 | 409.89 | 441.50 | 180,966.70 |
| | Muranovic, Sanja | 2012 | 309.80 | 625.60 | 193,810.20 |
| | Quimby, P. Alex | 2012 | 276.91 | 67.70 | 18,747.00 |
| | Rice, David W. | 2012 | 413.50 | 683.10 | 282,464.70 |
| | Rosenberg, C. Zachary | 2012 | 369.02 | 228.70 | 84,395.60 |
| | Choate, Hannah C. | 2013 | 368.47 | 436.10 | 160,687.60 |
| | Darwall, Julian H. | 2013 | 360.00 | 11.90 | 4,284.00 |
| | Durkheimer, Michael J. | 2013 | 303.09 | 87.10 | 26,399.00 |
| | Felz, Jenna N. | 2013 | 367.48 | 332.90 | 122,333.30 |
| | Ferguson, Kaitlyn A. | 2013 | 371.00 | 1.50 | 556.50 |
| | Fillingame Michael J | 2013 | 335.00 | 36.50 | 12,227.50 |
| | Fradkin, Yulia M | 2013 | 381.98 | 246.00 | 93,968.20 |
| | Holder, Casey E | 2013 | 309.86 | 128.40 | 39,785.70 |
| | Jordan, Parker G. | 2013 | 258.56 | 32.00 | 8,274.00 |
| | Joyce, Justin J. | 2013 | 238.14 | 557.10 | 132,665.20 |
| | Owsley, Travis I. | 2013 | 234.02 | 61.80 | 14,462.40 |
| | Smith, Jonathan L. | 2013 | 309.30 | 107.10 | 33,126.30 |
| | Thompson, Aaron J. | 2013 | 259.85 | 140.70 | 36,561.00 |
| | Borja, Jaysen A. | 2014 | 303.38 | 58.90 | 17,869.00 |
| | Dasaro, Stacy A | 2014 | 368.50 | 643.60 | 237,169.60 |
| | Hawes, Kristen N. | 2014 | 245.00 | 4.00 | 980.00 |
| | Pierson, Amanda R. | 2014 | 332.49 | 389.80 | 129,604.00 |
| | Toth, Samuel F. | 2014 | 235.00 | 5.00 | 1,175.00 |
| | Tranbaugh, Mary H. | 2014 | 368.50 | 417.30 | 153,773.30 |
| | Light, Samuel M. | 2015 | 357.04 | 500.50 | 178,700.00 |
| | Wallace, Kevin M. | 2015 | 357.30 | 283.20 | 101,187.00 |
| | Weinberg, Lauren R. | 2015 | 357.16 | 319.20 | 114,005.00 |
| | Cardenas, Samantha A. | #N/A | 238.14 | 540.10 | 128,619.50 |
| Associates Total | | | 391.82 | 54,892.60 | 21,507,921.10 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier, James M. | #N/A | 429.03 | 456.50 | 195,853.20 |
| | Belanger, Christina I. | #N/A | 315.00 | 1.30 | 409.50 |
| | Bitman, Oleg | #N/A | 298.72 | 629.90 | 188,160.80 |
| | Blaber, Theresa A | #N/A | 329.29 | 55.70 | 18,341.40 |
| | Bruening, Mark P | #N/A | 179.00 | 125.00 | 22,375.00 |
| | Cabrera, Ramon C | #N/A | 259.74 | 85.40 | 22,182.20 |
| | Carroll, Dylan T. | #N/A | 193.79 | 505.00 | 97,863.50 |
| | Chamberlain, David R | #N/A | 180.00 | 156.00 | 28,080.00 |
| | Chan, Angeline | #N/A | 251.66 | 55.40 | 13,941.90 |
| | Charlotten, Magdalena | #N/A | 298.49 | 465.20 | 138,857.00 |
| | Cohen, Justin H. | #N/A | 334.00 | 38.80 | 12,959.20 |
| | Curbelo, Gracemary | #N/A | 324.00 | 41.20 | 13,348.80 |
| | Fetzer, Jeffrey L | #N/A | 230.22 | 39.30 | 9,047.70 |
| | Fishelman, Benjamin D. | #N/A | 410.79 | 556.50 | 228,605.70 |
| | Fredle, Vicki M | #N/A | 209.85 | 179.90 | 37,752.00 |
| | Fuller, Shawn L. | #N/A | 195.00 | 358.10 | 69,829.50 |
| | Gibbons, Michael E. | #N/A | 368.26 | 472.10 | 173,857.70 |
| | Glanzman, Adam J | #N/A | 338.61 | 106.70 | 36,130.00 |
| | Goehrs, Carol M | #N/A | 239.99 | 133.90 | 32,135.00 |
| | Graham, Sonya M. | #N/A | 260.00 | 43.40 | 11,284.00 |
| | Grigsby, Camilla B. | #N/A | 128.01 | 54.50 | 6,976.50 |
| | Iskhakova, Yuliya | #N/A | 347.38 | 614.80 | 213,569.00 |
| | Kinne, Tanya M | #N/A | 320.77 | 671.40 | 215,366.40 |
| | Landrio, Nikki M. | #N/A | 363.38 | 830.20 | 301,678.50 |
| | Lasko, Seth D. | #N/A | 350.77 | 235.00 | 82,431.00 |
| | McDonald, Michael H. | #N/A | 185.00 | 12.00 | 2,220.00 |
| | McIntosh, Casey | #N/A | 194.81 | 550.20 | 107,185.20 |
| | McLaughlin, Christopher | #N/A | 189.66 | 386.60 | 73,323.40 |
| | Medina, Rebecca J. | #N/A | 163.33 | 107.80 | 17,606.50 |
| | Monge, Tirsa | #N/A | 336.11 | 565.10 | 189,934.90 |
| | Montani, Christine A. | #N/A | 337.83 | 341.10 | 115,233.90 |
| | Nunes, Silas T | #N/A | 298.23 | 756.10 | 225,494.00 |
| | Nunez, Willie | #N/A | 234.97 | 322.00 | 75,660.20 |
| | Oliver-Weeks, Marcella J. | #N/A | 358.09 | 558.40 | 199,959.00 |
| | Paremoud, Jana | #N/A | 256.57 | 72.00 | 18,473.00 |
| | Pulsipher, Eric K. | #N/A | 308.96 | 310.60 | 95,962.20 |
| | Remus, Amanda | #N/A | 357.42 | 369.80 | 132,173.00 |
| | Reyes, Lucinda A. | #N/A | 189.58 | 606.00 | 114,886.80 |
| | Roberts, Sarah B. | #N/A | 321.29 | 499.40 | 160,450.20 |
| | Schnarre, Nicole L. | #N/A | 420.59 | 551.60 | 231,999.20 |
| | Simpson, Brian K. | #N/A | 260.00 | 8.10 | 2,106.00 |
| | Stephens, Shawna M. | #N/A | 125.53 | 162.50 | 20,398.90 |
| | Stone, Adrian | #N/A | 294.42 | 523.80 | 154,215.00 |
| | Suffern, Anne C. | #N/A | 329.80 | 409.30 | 134,988.20 |
| | Sweet, Karen R | #N/A | 236.19 | 292.20 | 69,013.80 |
| | Szalay, Sarah M | #N/A | 189.20 | 237.30 | 44,898.00 |
| | Thomas, Theresa K | #N/A | 235.15 | 51.40 | 12,086.60 |
| | Tushaj, Diana M. | #N/A | 266.24 | 241.20 | 64,217.60 |
| | Villamayor, Fidentino L. | #N/A | 352.72 | 428.60 | 151,174.00 |
| | von Collande, Constance M. | #N/A | 332.92 | 573.90 | 191,061.50 |
| | Wallace, Dawn L. | #N/A | 321.71 | 399.20 | 128,425.90 |
| | Weaver, Scott | #N/A | 297.75 | 658.10 | 195,952.20 |
| | Zamora, Jessica | #N/A | 187.26 | 107.40 | 20,111.40 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 300.96 | 17,012.90 | 5,120,246.10 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 712.79 | 25,210.00 | 17,969,501.90 |
| Associates Total | 391.82 | 54,892.60 | 21,507,921.10 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 300.96 | 17,012.90 | 5,120,246.10 |
| Blended Attorney Rate | 492.84 | | |
| Total Fees Incurred | | 97,115.50 | 44,597,669.10 |

|  |  |
|---|---|
| **Less 10% Public Interest Discount** | (4,459,766.91) |
| **Grand Total** | $ 40,137,902.19 |