EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR EIGHTEENTH INTERIM
PERIOD OF DECEMBER 1, 2014 THROUGH MARCH 31, 2015

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 21,736.90 | $ 8,756,341.20 |
| 02 | Bankruptcy Court Litigation and Related Matters | 5,126.00 | 3,196,167.10 |
| 03 | Feeder Funds | 317.90 | 211,213.80 |
| 04 | Asset Search Recovery and Sale | 50.60 | 29,000.10 |
| 05 | Internal Office Meetings with Staff | 1,057.80 | 633,328.60 |
| 07 | Billing | 762.70 | 291,679.10 |
| 08 | Case Administration | 2,452.20 | 818,763.30 |
| 09 | Banks | 3.00 | 2,185.80 |
| 11 | Press Inquires and Responses | 309.90 | 149,518.50 |
| 12 | Document Review | 4,277.40 | 1,161,798.00 |
| 13 | Discovery - Depositions and Document Productions | 7,635.00 | 3,030,493.80 |
| 14 | International | 52.00 | 33,639.60 |
| 18 | Auditors | 3.60 | 3,592.80 |
| 19 | Non-Bankruptcy Litigation | 371.50 | 157,017.20 |
| 20 | Governmental Agencies | 26.00 | 19,485.60 |
| 21 | Allocation | 148.50 | 90,657.70 |
| 000003 | Stanley Chais | 352.60 | 262,672.90 |
| 000004 | J. Ezra Merkin | 5,713.80 | 2,830,617.00 |
| 000005 | Customer Claims | 2,328.20 | 1,190,245.30 |
| 000006 | Vizcaya | 894.20 | 466,183.60 |
| 000007 | Madoff Family | 2,567.50 | 1,340,493.80 |
| 000009 | Fairfield Greenwich | 1,426.80 | 756,213.70 |
| 000010 | Harley | 38.10 | 11,466.70 |
| 000011 | Cohmad Securities Corporation | 7,925.70 | 3,523,734.90 |
| 000013 | Kingate | 2,578.10 | 1,660,605.40 |
| 000018 | Thybo | 71.70 | 36,618.80 |
| 000019 | Ruth Madoff | 1.70 | 1,446.10 |
| 000027 | JPMorgan Chase | 6.80 | 4,591.70 |
| 000028 | Westport | 10.50 | 7,214.10 |
| 000029 | Rye/Tremont | 1,967.20 | 720,143.90 |
| 000030 | HSBC | 5,757.10 | 3,004,729.80 |
| 000032 | LuxAlpha/UBS | 2,279.60 | 1,190,189.10 |
| 000033 | Nomura Bank International PLC | 912.80 | 443,246.40 |
| 000034 | Citibank | 186.60 | 94,080.00 |
| 000035 | Natixis | 535.40 | 230,287.00 |
| 000036 | Merrill Lynch | 705.10 | 357,684.10 |
| 000037 | ABN AMRO | 1,200.10 | 679,676.80 |
| 000038 | Banco Bilbao | 308.70 | 128,884.60 |
| 000039 | Fortis | 666.80 | 327,897.00 |
| 000040 | Medici Enterprise | 281.70 | 151,807.50 |
| 000042 | Equity Trading | 297.50 | 145,710.50 |
| 000043 | Defender | 823.50 | 511,992.30 |
| 000044 | Maccabee | 100.10 | 66,046.00 |
| 000045 | Levey | 58.60 | 26,911.80 |
| 000046 | Glantz | 870.10 | 496,608.00 |
| 000047 | Bonventre | 66.90 | 30,369.10 |
| 000048 | Bongiorno | 41.20 | 22,668.70 |
| 000049 | Greenberger | 7.30 | 4,668.70 |
| 000050 | Pitz | 20.00 | 8,219.20 |
| 000051 | Crupi | 70.40 | 30,925.40 |
| 000052 | Donald Friedman | 195.70 | 94,585.90 |
| 000053 | Magnify | 1,170.00 | 555,623.30 |
| 000054 | Mendelow | 251.60 | 121,127.30 |
| 000056 | Lipkin | 45.50 | 19,911.50 |
| 000057 | Perez/O'Hara | 39.00 | 21,698.10 |
| 000058 | PJ Administrators | 295.30 | 140,087.20 |
| 000059 | Stanley Shapiro | 616.40 | 294,048.70 |
| 000060 | Avellino & Bienes | 1,011.20 | 530,631.90 |
| 000061 | Maxam | 7.60 | 5,562.10 |
| 000062 | Subsequent Transfer | 5,998.50 | 2,325,475.30 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 1.60 | 774.30 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000065 | Legacy Capital Ltd | 609.40 | 346,005.30 |
| 000066 | Lieberbaum | 29.10 | 9,911.00 |
| 000071 | Square One | 310.70 | 140,691.10 |
| 000072 | Plaza Investments | 208.70 | 111,568.00 |
| 000073 | BNP Paribas | 921.80 | 530,236.00 |
| | | | |
| Grand Total | | 97,115.50 | 44,597,669.10 |

**Less 10% Public Interest Discount**     (4,459,766.91)

**Grand Total**     $ 40,137,902.19

**Current Application**
Interim Compensation Requested     $ 40,137,902.19
Interim Compensation Paid     (36,124,111.98)
Interim Compensation Deferred     $ 4,013,790.21

**Prior Applications**
Interim Compensation Requested     $ 666,855,919.16
Interim Compensation Paid     $ (637,824,343.97)
Interim Compensation Deferred     $ 29,031,575.19