EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR EIGHTEENTH
INTERIM PERIOD OF DECEMBER 1, 2014 THROUGH MARCH 31, 2015

| | | |
|---|---|---:|
| E101 | Copying (E101) | 7,290.80 |
| E102 | Outside Printing (E102) | 6,469.28 |
| E104 | Facsimile (E104) | 3.40 |
| E105 | Telephone (E105) | 2,524.55 |
| E106 | Online Research (E106) | 50,532.71 |
| E107 | Delivery Services/ Messengers (E107) | 7,734.84 |
| E108 | Postage (E108) | 4,493.61 |
| E110 | Out-of-Town Travel (E110) | 51,767.19 |
| E112 | Court Fees (E112) | 19,842.26 |
| E113 | Subpoena Fees (E113) | 1,804.00 |
| E115 | Deposition Transcripts (E115) | 19,142.51 |
| E116 | Trial Transcripts (E116) | 3,380.94 |
| E119 | Experts (E119) | 6,612.82 |
| E123 | Other Professionals (E123) | 14,590.58 |
| E124 | Other (E124) | 106,066.07 |
| Grand Total | | $ 302,255.56 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded      $ 13,131,196.86