EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR EIGHTEENTH INTERIM
PERIOD OF DECEMBER 1, 2014 THROUGH MARCH 31, 2015

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 702,128,434.85 |
| Interim Compensation Deferred | $ 32,558,826.76 |
| Holdback Amount to be Released | 12,000,000.00 |
| Holdback After Release | $ 20,558,826.76 |