**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Esq., as Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04398 (SMB) |
| Plaintiff, | |
| v. | |
| ELLERIN PARTNERSHIP, LTD.; | |
| CHARLES ELLERIN REVOCABLE TRUST, in its capacities as GENERAL PARTNER and LIMITED PARTNER of the ELLERIN PARTNERSHIP, LTD.; | |

ESTATE OF CHARLES ELLERIN;

SHIRLEY ELLERIN, in her capacities as
PERSONAL REPRESENTATIVE of the ESTATE
OF CHARLES ELLERIN and TRUSTEE of the
CHARLES ELLERIN REVOCABLE TRUST;

CHARLES ELLERIN IRREVOCABLE GIFT
GIVING TRUST, in its capacity as LIMITED
PARTNER of the ELLERIN PARTNERSHIP,
LTD.;

ROBERT M. GRIFFITH, in his capacity as
TRUSTEE of the CHARLES ELLERIN
IRREVOCABLE GIFT GIVING TRUST; and

JANET WINTERS, INDIVIDUALLY as
BENEFICIARY of the CHARLES ELLERIN
IRREVOCABLE GIFT GIVING TRUST,

        Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT JANET WINTERS WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Janet Winters ("Defendant"), by and through her counsel, Bernfeld, DeMatteo and Bernfeld LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On November 30, 2010, the Trustee filed and served the Complaint against Janet Winters.

2.      On April 1, 2011, Defendant Janet Winters served an answer on the Trustee.

3.      On April 1, 2011, Defendant Janet Winters also served a motion for summary

judgment on the Trustee, which was denied by this Court on March 14, 2012.

4.      On May 15, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant Janet Winters in the above-captioned adversary proceeding.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  July 22, 2015

BAKER & HOSTETLER LLP

By: /s/ *Heather J. McDonald*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:   212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email:  hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for*

*the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

**BERNFELD, DEMATTEO & BERNFELD LLP**


By:  */s/ Jeffrey L. Bernfeld*
600 Third Avenue, 15th Floor
New York, New York 10016
Telephone: 212.661.1661
Facsimile:  212.557.9610
David B. Bernfeld
Email: dbblaw@hotmail.com
Jeffrey L. Bernfeld
Email: jeffreybernfeld@bernfeld-dematteo.com

*Attorneys for Defendant Janet Winters*


SO ORDERED

Dated: July 22nd. 2015
New York, New York


/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE