**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>     v.<br><br>THE ESTATE OF RUTH SCHLESINGER, MARCIA SCHLESINGER ROIFF, in her capacity as executrix of the Estate of Ruth Schlesinger and individually, and JENNY W. SCHLESINGER, individually,<br><br>          Defendants. | Adv. Pro. No.10-05018 (SMB) |

## STIPULATION REGARDING DISMISSAL OF COMPLAINT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants The Estate of Ruth Schlesinger, Marcia Schlesinger Roiff and Jenny W. Schlesinger, (individually and collectively, the "Defendants"), by and through their counsel, Foley Hoag LLP and Schlesinger Gannon & Lazetera LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed the Complaint against the Defendants.

2. Defendants responded to the Complaint on March 18, 2011, and August 18, 2011, respectively.

3. On June 22, 2015, the United States Supreme Court denied the Trustee's writ of certiorari regarding 11 U.S.C. § 546(e).

4. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee hereby dismisses the Complaint, with prejudice, as to all Defendants.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 22, 2015

**BAKER & HOSTETLER LLP**

By: /s/Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SCHLESINGER GANNON & LAZETERA LLP**

By: /s/ Ross Katz
535 Madison Avenue
New York, New York 10022
Telephone: 212.652.3800
Facsimile: 212.652.3789
Ross Katz
Email: rkatz@sgllp.com

*Attorneys for Defendant Jenny W. Schlesinger*

**FOLEY HOAG, LLP**

By: /s/ Kenneth S. Leonetti
155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: 617.832.1000
Facsimile: 617.832.7000
Kenneth S. Leonetti
Email: kleonetti@foleyhoag.com

*Attorneys for Defendants The Estate of Ruth Schlesinger and Marcia Schlesinger Roiff*