**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04466 (SMB) |
| Plaintiff, | |
| v. | |
| EPIC VENTURES, LLC and ERIC P. STEIN, individually, and as Managing Member of EPIC VENTURES, LLC, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard

L. Madoff individually, by and through his special counsel, Windels Marx Lane & Mittendorf,

LLP, and defendants Epic Ventures, LLC and Eric P. Stein, individually, and as Managing

Member of Epic Ventures, LLC (together, the "Defendants"), by and through their counsel,

Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On November 30, 2010, the Trustee filed and served a complaint (the "Complaint") against Defendants.

2.      On April 16, 2014, Defendants filed an answer to the Complaint.

3.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing of the adversary proceeding.

4.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of This Page Intentionally Left Blank]*

Dated:        New York, New York
              July 23, 2015


**WINDELS MARX LANE &**                    **DENTONS US LLP**
**MITTENDORF, LLP**


By: /s/ Howard L. Simon                    By: /s/ Carole Neville
Howard L. Simon, Esq.                      Carole Neville, Esq.
Kim M. Longo, Esq.                         1221 Avenue of the Americas
John J. Tepedino, Esq.                     New York, New York 10020
156 West 56th Street                       Telephone: (212) 768-6889
New York, NY 10019                         Facsimile: (212) 768-6800
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

                                           *Attorneys for Defendants*

*Special Counsel for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and for the*
*Estate of Bernard L. Madoff*


SO ORDERED:

Dated:  July 23rd, 2015                     /s/ STUART M. BERNSTEIN
New York, New York                        HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE