**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>DANIEL STONE and SUSAN JANE STONE,<br><br>       Defendants. | Adv. Pro. No. 10-05084 (SMB) |

**SECOND AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: December 16, 2015.

2. The Disclosure of Case-in-Chief Experts shall be due: February 17, 2016.

3. The Disclosure of Rebuttal Experts shall be due: March 18, 2016.

4. The Deadline for Completion of Expert Discovery shall be: June 16, 2016.

5. The Deadline for Service of a Notice of Mediation Referral shall be: August 15, 2016.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 29, 2016.

7. The Deadline for Conclusion of Mediation shall be: December 20, 2016.

Dated: New York, New York
July 22, 2015

| FREJKA PLLC | BAKER & HOSTETLER LLP |
|---|---|
| By:/s/ Elise S. Frejka<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800<br>Elise S. Frejka<br>Email: efrejka@frejka.com<br>Jason S. Rappaport<br>Email: jrappaport@frejka.com<br><br>*Attorneys for Defendants* | By: /s/ Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |