**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                                )     ss:
COUNTY OF DALLAS      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.   I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.   I am over the age of eighteen years and am not a party to the above-captioned action.

3.   On July 16, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit "A", a true and correct copy of the following:

     1.   Notice of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Whitman Partnership, The Lucky Company, The Petito Investment Group, and the Harwood Family Partnership (Docket Number 10704)

     2.   Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Whitman Partnership, The Lucky Company, The Petito Investment Group, and the Harwood Family Partnership (Docket Number 10705)

     3.   Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Whitman Partnership, The Lucky Company, The Petito Investment Group, and the Harwood Family Partnership (Docket Number 10706)

Executed on ___Jul 20___, 2015

_____
John S. Franks


Sworn to and subscribed before me this _20th_ day of _July_, 2015


_____
(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
July 16, 2015

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 |
| Marvin and Marvin, PLLC | Michael S. Pollok | 6369 Mill St PO Box 151 | Rhinebeck | NY | 12572 |
| | | | | | |
| | | | | | |