**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STORY FAMILY TRUST #3, THEODORE STORY, individually and as trustee of the STORY FAMILY TRUST #3, CYNTHIA STORY, individually and as trustee of the STORY FAMILY TRUST #3, WARREN B. KAHN as trustee of the STORY FAMILY TRUST #3, and SAMANTHA STORY, individually,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05159 (SMB) |

# FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on: April 14, 2014.

2. Fact Discovery shall be completed by: September 14, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: March 1, 2016.

4. The Disclosure of Rebuttal Experts shall be due: April 1, 2016.

5. The Deadline for Completion of Expert Discovery shall be: May 5, 2016.

6. The Deadline to file a Notice of Mediation Referral shall be: July 5, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 19, 2016.

8. The Deadline for Conclusion of Mediation shall be: November 16, 2016.

Dated: July 23, 2015

| | |
|---|---|
| BAKER & HOSTETLER LLP | FREJKA, PLLC |
| | |
| By: /s/*Nicholas J. Cremona* _____ | By: /s/*Elsie S. Frejka*                                 . |
| 45 Rockefeller Plaza | 733 Third Avenue - 15th Floor |
| New York, New York 10111 | New York, NY 10017 |
| Telephone: 212.589.4200 | Telephone: 212.641-0800 |
| Facsimile: 212.589.4201 | Elise S. Frejka |
| David J. Sheehan | Email: Efrejka@frejka.com |
| Email: dsheehan@bakerlaw.com | Jason S. Rappaport |
| Nicholas J. Cremona | Email: Jrappaport@frejka.com |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | *Attorney for Defendants* |
| Email: cturner@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*