Josephine Wang
General Counsel
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 15TH Street, N.W., Suite 800
Washington, DC  20005
Telephone: 202-371-8300
E-mail: jwang@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) |
| | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | ) ) |
| | SIPA Liquidation |
| v. | ) ) |
| | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) ) |
| Defendant | ) ) |
| | ) |
| IN RE: | ) ) |
| BERNARD L. MADOFF, | ) ) |
| Debtor | ) ) ) ) |

**RECOMMENDATION OF THE**
**SECURITIES INVESTOR PROTECTION CORPORATION**
**IN SUPPORT OF FIRST AND FINAL APPLICATION OF**
**GOLDSTEIN & RUSSELL, P.C., FOR INTERIM COMPENSATION**

Goldstein & Russell, P.C. ("Goldstein" or "Counsel"), Special Counsel to Irving H.

Picard, Esquire, as trustee ("Trustee") for the substantively consolidated liquidation proceeding

of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor") and Bernard L.

Madoff ("Madoff"), has filed its first and final Application ("Application") for allowance of

compensation and reimbursement of expenses under the Securities Investor Protection Act, 15

U.S.C. section 78aaa et seq. ("SIPA).   Pursuant to section 5(b)(5)(C) of SIPA, 15 U.S.C.

§78eee(b)(5)(C), SIPC submits this recommendation in support of the Application.

The grounds for this recommendation are as follows:

1.       The Application involves the period from February 2, 2015 through June 30, 2015

("Compensation Period"). As detailed in the Application, Goldstein rendered services to the

administration of the estate during this time which included legal advice to the Trustee regarding

filing a petition for certiorari with the United States Supreme Court and preparing the petition

and reply for the same.  That effort was concluded on June 22, 2015 with the denial of the

petition.

2.       SIPC, by its staff, has carefully evaluated the Application for compensation.  This

has included analyzing the detailed report of time spent and services rendered as set forth in the

application and the exhibit thereto.  The detailed report of services reflects a total of 165.6 hours

expended by Counsel in the performance of its duties.  In reviewing the Application, SIPC

considered the requirements and standards for an application set forth in 15 U.S.C. §78eee (b)(5),

the relevant sections of the Bankruptcy Code, and the Administration Order re Guidelines for

Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

SIPC believes that the application substantially complies with the applicable law and this

District's Administrative Order.

3.       Based upon an average discounted hourly rate of $808.26, Counsel asserts the

discounted reasonable value of its services is $133,848.00.  To reach this discounted amount,

Counsel had agreed with SIPC to discount its normal billing rates by 10% which resulted in a

voluntary reduction during the Compensation Period of $14,872.00.   Counsel seeks no

reimbursement of expenses.

4.      Section 5(b)(5)(A) of SIPA, 15 U.S.C. §78eee(b)(5)(A), provides that the Court

shall "grant reasonable compensation for services rendered… by a trustee, and by the attorney

for such a trustee, in connection with a liquidation proceeding."   SIPA §5(b)(5)(C), 15 U.S.C.

§78eee(b)(5)(C), sets forth the standard for the Court's determination of applications for

allowances of compensation and reimbursement in SIPA cases.   The section provides:

> Whenever an application for allowances is filed pursuant to subparagraph (B),
> SIPC shall file its recommendation with respect to such allowances with the court
> prior to the hearing on such application and shall, if it so requests, be allowed
> reasonable time after such hearing within which to file a further recommendation.
> In any case in which such allowances are to be paid by SIPC without reasonable
> expectation of recoupment thereof as provided in this chapter and there is no
> difference between the amounts requested and the amounts recommended by
> SIPC, the court shall award the amounts recommended by SIPC.   In determining
> the amount of allowances in all other cases, the court shall give due consideration
> to the nature, extent, and value of the services rendered, and shall place
> considerable reliance on the recommendation of SIPC. [emphasis added].

5.      In a SIPA proceeding, administrative costs and expenses, which include trustee

and counsel fees and expenses, are to be borne by the general estate.   SIPA §5(b)(5)(E), 15

U.S.C. §78eee(b)(5)(E).   To the extent the estate is not sufficient, SIPC advances funds for their

payment.   SIPA §§5(b)(5)(E), 6(e), and 9(b)(2), 15 U.S.C. §§ 78eee(b)(5)(E), 78fff(e), and 78fff-

3(b)(2).

6.      In this case, the Court has been advised that the Trustee has "no reasonable

expectation that the general estate will be sufficient to make any distribution to general creditors

or pay any administrative expenses."   (Eighteenth Application of Trustee and Baker and

Hostetler LLP at 77, ¶281.)   Thus, any allowances for fees and expenses of Counsel will be paid

3

by SIPC without any recoupment by SIPC.  Furthermore, there is no difference between the

amount requested by Counsel and the amount recommended by SIPC.  Consequently, SIPA

provides that this Court shall award Counsel the amount recommended by SIPC.

7.       Accordingly, SIPC supports the Application for fees in the amount of

$133,848.00 for services during the Compensation Period.

WHEREFORE, SIPC respectfully recommends that final compensation in the amount of

$133,848.00 with no reimbursement of expenses, as sought by Counsel, be allowed.

Respectfully submitted,


Of Counsel:                                                           __/s/Josephine Wang_____
KEVIN H. BELL                                              JOSEPHINE WANG
Senior Associate General Counsel              General Counsel
 For Dispute Resolution                             SECURITIES INVESTOR
E-mail: kbell@sipc.org                                  PROTECTION CORPORATION
                                                                     805 15TH Street, N.W.
                                                                     Suite 800
                                                                     Washington, D.C.  20005-2215
                                                                     Telephone: (202) 371-8300
                                                                     Facsimile:  (202) 371-6728
                                                                     E-mail: jwang@sipc.org


Date:  July 23, 2015
          Washington, D.C.