Josephine Wang
General Counsel
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 15th Street, N.W., Suite 800
Washington, DC 20005
Telephone: 202-371-8300
E-mail: jwang@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IN RE: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Kevin H. Bell, hereby certify that on July 24, 2015, I caused true and correct copies of the Recommendation of the Securities Investor Protection Corporation in Support of Eighteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses, to be served upon counsel for those parties who receive electronic service through ECF and by

electronic mail or prepaid regular U.S. Mail, to those parties as set forth on the attached Schedule A.

    /s/Kevin H. Bell
Kevin H. Bell

Schedule A

**Via U.S. Mail**:

Irving H. Picard, Esq.
David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, NY 10008

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**:

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities and Exchange Commission**:

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu - vasilescua@sec.gov
Terri Swanson - swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy - krishnamurthyp@sec.gov


**United States Attorney for SDNY**:
Natalie Kuehler - natalie.kuehler@usdoj.gov