**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicolas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>LUCERNE FOUNDATION and DOUGLAS J. RIMSKY in his capacity as Trustee,<br><br>        Defendants. | Adv. Pro. No. 10-05055 (SMB) |

**FOURTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: September 14, 2015

2. The Disclosure of Case-in-Chief Experts shall be due: November 18, 2015

3. The Disclosure of Rebuttal Experts shall be due: December 18, 2015

4. The Deadline for Completion of Expert Discovery shall be: March 14, 2016

5. Deadline for Service of a Notice of Mediation Referral shall be: May 16, 2016

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 30, 2016

7. The Deadline for Conclusion of Mediation shall be: September 27, 2016

Dated: New York, New York
July 24, 2015

BAKER & HOSTETLER LLP

By:  */s/ Marc E. Hirschfield*
David J. Sheehan
Marc E. Hirschfield
Nicolas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*