**SEEGER WEISS LLP**
Parvin K. Aminolroaya
77 Water Street
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
Email: paminolroaya@seegerweiss.com

*Attorneys for Elbert R. Brown Trust, Viola Brown Trust,*
*Do Stay Inc., Elbert Brown, in his capacities as creator*
*and Trustee of the Elbert R. Brown Trust, and individually*
*as beneficiary of the Elbert R. Brown Trust, and Viola Brown,*
*in her capacities as creator and Trustee of the Viola Brown*
*Trust, and individually as beneficiary of the Viola Brown Trust.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05398 (BRL) |
| Plaintiff, | |
| v. | |
| ELBERT R. BROWN TRUST, VIOLA BROWN TRUST, DO STAY INC., ELBERT BROWN, in his capacities as CREATOR and TRUSTEE of the ELBERT R. BROWN TRUST, and | |

INDIVIDUALLY as BENEFICIARY of the
ELBERT R. BROWN TRUST; and VIOLA
BROWN, in her capacities as CREATOR and
TRUSTEE of the VIOLA BROWN TRUST, and
INDIVIDUALLY as BENEFICIARY of the
VIOLA BROWN TRUST,

                Defendants.

## DEFENDANTS' MOTION TO DISMISS THE TRUSTEE'S "OBLIGATIONS" AND SUBSEQUENT TRANSFEREE CLAIMS

Defendants Elbert R. Brown Trust, Viola Brown Trust, Elbert Brown, Viola Brown and Do Stay, Inc., by their attorneys, and pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss the Trustee's "Obligations" and subsequent transferee claims because the Trustee's allegations are not sufficiently pled.

Dated: New York, NY
       July 24, 2015

                                    SEEGER WEISS LLP

                                    By:  s/ *Parvin K. Aminolroaya*
                                    Parvin K. Aminolroaya
                                    Stephen A. Weiss
                                    77 Water Street
                                    New York, NY 10005
                                    Tel: (212) 584-0700
                                    Fax: (212) 584-0799
                                    Email: paminolroaya@seegerweiss.com
                                    Email: sweiss@seegerweiss.com

                                    MILBERG LLP
                                    Matthew A. Kupillas
                                    Matthew Gluck
                                    Joshua E. Keller
                                    One Pennsylvania Plaza
                                    New York, NY 10119

Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Elbert R. Brown Trust, Viola Brown Trust, Do Stay Inc., Elbert Brown, in his capacities as creator and Trustee of the Elbert R. Brown Trust, and individually as beneficiary of the Elbert R. Brown Trust, and Viola Brown, in her capacities as creator and Trustee of the Viola Brown Trust, and individually as beneficiary of the Viola Brown Trust.*

## CERTIFICATE OF SERVICE

I, Parvin K. Aminolroaya, hereby certify that on July 24, 2015, I caused a true and correct copy of the foregoing document to be filed electronically with the Bankruptcy Court and served upon counsel for parties to this action who receive electronic service through CM/ECF.

s/ *Parvin K. Aminolroaya*