**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>      Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**<u>AFFIDAVIT OF MAILING</u>**

STATE OF TEXAS      )
             )   ss:
COUNTY OF DALLAS     )

   JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On July 21, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Notice of Adjournment of Hearing on Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers, Adjourned Sine Die [Docket No. 10768].

Executed on _July 23_, 2015

_____
John S. Franks

Sworn to and subscribed before me this _23rd_ day of _July_, 2015

(SEAL)

_____
Notary Public

2

Exhibit A

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Attestor Value Master Fund, L.P. | | 21 Upper Brook Street | | London | | W1K 7PY | UNITED KINGDOM |
| Palma Holdings Ltd. | | 1st Floor | 64, Baker Street | London | | W1U 7GB | United Kingdom |
| BANQUE SYZ & CO SA | BACK OFFICE DEPARTMENT | PO BOX 5015  30 RUE DU RHONE | 1211 GENEVE 11 | SWITZERLAND | | | SWITZERLAND |
| GEO CURRENCIES LTD S A | | c/o Consulting Benbassat | 4, place Camoletti | 1207 Geneva | | | Switzerland |
| Nona International Limited | Attn: Camille Froidevaux, Esq. - Budin & Partners | 20 Rue Sénebier | 1205 Geneva | | | | Switzerland |
| Pasifin Co. Inc. | c/o Florian Von Meiss, Esq.  -  Blum & Grob | Neumuhlequai 6 | P.O. Box 3954 | Zurich | | CH-8021 | SWITZERLAND |
| Zest Asia Pacific Limited | Attn: Patrick Huguenin, Esq. - Budin & Partners | P.O. Box 166 | 1211 Geneva 12 | | | | Switzerland |
| CARDINAL MANAGEMENT, INC. | | 7 MONGIRAUD STREET | | CASTRIES | | | ST. LUCIA |
| CARDINAL HOLDINGS BV | | WESTBLAAK 89 | NI-3012 KG ROTTERDAM | | | | NETHERLANDS |
| Catharijne Investments CV | Attn: Marcel R. Van Beek | Langbroekerdijk A97 | Langbroekerdijk 3947 BE | | | | Netherlands |
| Societe Immobiliere Herbert S.A. | c/o David Familiant | 24 Avenue Princesse Grace | | Monte Carlo | | 98000 | MONACO |
| Benouville Finances Ltd | c/o Me FERNAND ENTRINGER | 34 A RUE PHILIPPE II BP 129 | | LUXEMBOURG | | L-2011 | LUXEMBOURG |
| Herald (Lux) and the Liquidators | | B. P. 142 | | L-2011 Luxembourg | | | Luxembourg |
| PLAZA INVESTMENTS INT'L | COMPAGNIE FIDUCIAIRE, CENTRE | ETOILE, 5 BLVD DE LA FOIRE | THEO LIMPACH BOITE POSTALE 351 | L-2013 LUXEMBOURG | | | LUXEMBOURG |
| Saran International Limited | | 6, Avenue Pescatore | B.P. 677 | | | L-2016 | Luxembourg |

Exhibit A
July 21, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Technion Israel Institute of Technology | Office of the Director General | Attn: Mrs. Noa Avital | TECHNION CITY | HAIFA | | 32000 | ISRAEL |
| The Bank of Bermuda Limited Hamilton, Special Custody Acct - Them International Fund plc | c/o William Fry | Fitzwilton House, Bracken Rd | | Sandyford | | Dublin 2 | Ireland |
| Rhineland International Limited | c/o Nautilus Corporate Services Limited, Attn: Tim Bennet / Frank Mayes | 26th Floor, Wyndham Place | 44 Wyndham Street, Central | HONG KONG | | | HONG KONG |
| DEFENDER LIMITED | c/o Fidux Trust Company Limited | Attn: Jakob Hirschbaeck/Caroline Barnes | Suite 6, Blandel Bridge House, 56 Sloan Square | London | | SW1W 8AX | ENGLAND |
| Ginco Assurance Co. Ltd | c/o USA Risk Group Cayman Islands | P.O. Box 1085 | Queensgate House - 113 South Church St, 5th Floor | Grand Cayman | | KY1-1102 | CAYMAN ISLANDS |
| M-Invest | c/o RHSW (CAYMAN) LIMITED | PO Box 897 | | Grand Cayman | | KY1-1103 | Cayman Islands |
| M-Invest | c/o RHSW (Cayman) Limited | Windward 1 | Regatta Office Park | GRAND CAYMAN | | KY1-1103 | CAYMAN ISLANDS |
| CARDINAL MANAGEMENT INC | 7 MONGIRAUD STREET | CASTRIES | BRITISH WEST INDIES | ST LUCIA | | | BRITISH WEST INDIES |
| Perinvest Market Neutral Fund Limited | c/o KPMG Advisory Limited | Crown House | 4 Par-la-Ville Road | Hamilton | | HM 08 | Bermuda |

**Page 2 of 44**

**Exhibit A**
**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | Robert A. Johnson | One Bryant Park | | New York | NY | 10036 | |
| [redacted] | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**

**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| Becker, Glynn, Melamed & Muffly LLP | | | 299 Park Avenue, 16th Floor | New York | NY | 10171 | |
| [redacted] | | | | | | | |
| Blum, Grossman and Sloofman | | 13 Fox Meadow Court | | Woodbury | NY | 11797 | |
| [redacted] | | | | | | | |

Exhibit A

**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| CALER, DONTEN, LEVINE, PORTER & VEIL, P.A. | | 505 SOUTH FLAGLER DRIVE, SUITE 900 | | WEST PALM BEACH | FL | 33401 | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| CHRISTOPHER VAN DE KIEFT, ESQ SEEGER WEISS LLP | | 77 WATER ST RM 2600 | | NEW YORK | NY | 10005-4404 | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 21, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| ESTATE OF HELEN SHURMAN c/o SONNENSCHEIN NATH & ROSENTHAL LLP | | ATTN: BRIT GEIGER, ESQ | 1221 AVENUE OF THE AMERICAS, 25TH FLOOR | NEW YORK | NY | 10020 | |
| [redacted] | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| FOLKENFLIK & MCGERITY | | 1500 BROADWAY | | NEW YORK | NY | 10036 | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

July 21, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
July 21, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

July 21, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

July 21, 2015

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**

**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| Pryor Cashman LLP | PRYOR CASHMAN LLP ATTN: RICHARD LEVY, JR ESQ. | Madoff Claimants | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 |
| Davis Polk | Madoff Claimants | c/o Robert F. Wise, Esq. and Dana M. Seshens, Esq. | Davis Polk & Wardwell LLP | 450 Lexington Avenue | New York | NY | 10017 |
| SILLS CUMMIS GROSS | Madoff Claimants | c/o Andrew Sherman, Esq. | Sills Cummis & Gross | One Riverfront Plaza | Newark | NJ | 07102 |
| [redacted] | | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | | New York | NY | 10006 | |
| [redacted] | | | | | | | |
| DUANE MORRIS LLP | PATRICIA H. HEER | 1540 Broadway | | NEW YORK | NY | 10036-4086 | |
| [redacted] | | | | | | | |

**Exhibit A**

**July 21, 2015**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| Sidley Austin LLP | Lee S. Attanasio | 787 Seventh Avenue | | New York | NY | 10019 | |
| [redacted] | | | | | | | |