**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>ESTATE OF RITA SORREL; BETH M. SORREL, in her capacity as Personal Representative of the Estate of Rita Sorrel; ELLYN G. ZITTER, in her capacity as Personal Representative of the Estate of Rita Sorrel; and JOY GOLDSTEIN, in her capacity | Adv. Pro. No. 10-05162 (SMB) |

as Personal Representative of the Estate of Rita Sorrel,

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Estate of Rita Sorrel; Beth M. Sorrel, in her capacity as Personal Representative of the Estate of Rita Sorrel; Ellyn G. Zitter, in her capacity as Personal Representative of the Estate of Rita Sorrel; and Joy Goldstein, in her capacity as Personal Representative of the Estate of Rita Sorrel, by and through their counsel, Tab K. Rosenfeld and Steven M. Kaplan of Rosenfeld & Kaplan, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 3, 2010, the Trustee filed and served the Complaint against Rita Sorrel.

2. On September 4, 2013, a Stipulation for Substitution of Defendant Rita Sorrel, deceased with Defendants Estate of Rita Sorrel, Beth M. Sorrel, in her capacity as Personal Representative of the Estate of Rita Sorrel, Ellyn G. Zitter, in her capacity as Personal Representative of the Estate of Rita Sorrel, and Joy Goldstein, in her capacity as Personal Representative of the Estate of Rita Sorrel was filed.

3. On April 16, 2014, Defendants Estate of Rita Sorrel, Beth M. Sorrel, in her capacity as Personal Representative of the Estate of Rita Sorrel, Ellyn G. Zitter, in her capacity as Personal Representative of the Estate of Rita Sorrel, and Joy Goldstein, in her capacity as

2

Personal Representative of the Estate of Rita Sorrel served an answer on the Trustee.

4. On June 1, 2015, the Parties entered into a partial settlement agreement and stay of further proceedings [ECF No. 32] until resolution of Bankruptcy Code Section 546(e) appeal pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

5. On June 22, 2015, the United States Supreme Court denied the Trustee's petition for writ of certiorari in the Bankruptcy Code Section 546(e) appeal.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of this page intentionally left blank]*

Dated: July 27, 2015

| **BAKER & HOSTETLER LLP** | **ROSENFELD & KAPLAN LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Tab K. Rosenfeld* |
| 45 Rockefeller Plaza | 1180 Avenue of the Americas |
| New York, New York 10111 | Suite 1920 |
| Telephone: 212.589.4200 | New York, New York 10036 |
| Facsimile: 212.589.4201 | Telephone: 212.682.1400 |
| David J. Sheehan | Facsimile: 212.682.1100 |
| Email: dsheehan@bakerlaw.com | Tab K. Rosenfeld |
| Nicholas J. Cremona | Email: tab@rosenfeldlaw.com |
| Email: ncremona@bakerlaw.com | Steven M. Kaplan |
| Dean D. Hunt | Email: steve@rosenfeldlaw.com |
| Email: dhunt@bakerlaw.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Estate of Rita Sorrel, Beth M. Sorrel, in her capacity as Personal Representative of the Estate of Rita Sorrel, Ellyn G. Zitter, in her capacity as Personal Representative of the Estate of Rita Sorrel, and Joy Goldstein, in her capacity as Personal Representative of the Estate of Rita Sorrel* |

 

SO ORDERED

/s/ STUART M. BERNSTEIN\_\_

Dated: July 27th, 2015   HON. STUART M. BERNSTEIN
New York, New York   UNITED STATES BANKRUPTCY JUDGE

4