BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 29, 2015 AT 10:00 A.M.**

**CONTESTED MATTERS**

**1. Picard v. Avellino, et al.; Adv. Pro. No. 10-05421**

  A. Avellino Defendants'[1] Notice of Motion to Dismiss Amended Complaint
     (Filed: 1/29/2015) [Docket No. 88]

---

[1] Avellino Defendants are identified in Exhibit A attached to the Stipulation and Order Amending the Briefing Schedule and Adjourning the Pre-Trial Conference and Hearing [Docket No. 91]

    1. Avellino Defendants' Memorandum of Law in Support of Their Motion to Dismiss Trustee's Amended Complaint (Filed: 1/29/2015) [Docket No. 89]

    2. Bienes Defendants'[2] Notice of Adoption of Co-Defendants' Memorandum of Law in Support of Their Motion to Dismiss Trustee's Amended Complaint (Filed: 1/28/2015) [Docket No. 90]

Response Filed:

    3. Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Trustee's Amended Complaint (Filed: 5/21/2015) [Docket No. 99]

Replies Filed:

    4. Avellino Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss the Trustee's Amended Complaint (Filed: 6/22/2015) [Docket No. 101]

Related Documents:

    5. Stipulation and Order Amending the Briefing Schedule and Adjourning the Pre-Trial Conference and Hearing (Filed: 4/7/2015) [Docket No. 91]

Status: This matter is going forward.

**2. Picard v. Bureau of Labor Insurance; Adv. Pro. No. 11-02732**

A.    Motion to Dismiss Adversary Proceeding Memorandum of Law in Support of Motion for Judgment on the Pleadings, filed by Amiad Kushner on behalf of Bureau of Labor Insurance (Filed: 4/9/2015) [Docket No. 86]

    1. Notice of Motion for Judgment on the Pleadings, filed by Amiad Kushner on behalf of Bureau of Labor Insurance (Filed: 4/9/2015) [Docket No. 85]

    2. Declaration of Amiad Kushner in Support of Motion for Judgment on the Pleadings, filed by Amiad Kushner on behalf of Bureau of Labor Insurance (Filed: 4/9/2015) [Docket No. 87]

Objections Filed:

    3. The Trustee's Memorandum of Law in Opposition to Bureau of Labor Insurances Motion for Judgment on the Pleadings, filed by Thomas L. Long on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment

---

[2] Bienes Defendants are identified in Exhibit B attached to the Stipulation and Order Amending the Briefing Schedule and Adjourning the Pre-Trial Conference and Hearing [Docket No. 91]

        Securities LLC, and Bernard L. Madoff (Filed: 6/9/2015) [Docket No. 88]

4.     Declaration of Torello H. Calvani in Support of the Trustee's Memorandum of Law in Opposition to Bureau of Labor Insurances Motion for Judgment on the Pleadings, filed by Thomas L. Long on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 6/9/2015) [Docket No. 89]

Reply Filed:

5.     Reply Brief in Further Support of Motion for Judgment on the Pleadings, filed by Amiad Kushner on behalf of Bureau of Labor Insurance
(Filed: 7/22/2015) [Docket No. 96]

Status: This matter is going forward.

## UNCONTESTED MATTERS

### 3. Picard v. Plaza Investments International Limited, et al.; Adv. Pro. No. 10-04284

A.     Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement By and Among the Trustee, Plaza Investments International Limited, and Notz, Stucki Management (Bermuda) Limited
(Filed: 6/19/2015) [Docket No. 77]

Related Documents:

1.     Certificate of No Objection Pursuant to LR 9075-2 of Trustee's Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement By and Among the Trustee, Plaza Investments International Limited, and Notz, Stucki Management (Bermuda) Limited (Filed: 7/24/2015) [Docket No. 80]

Status: This matter is going forward.

### 4. SIPC v. BLMIS; Adv. Pro. No. 08-01789

A.     Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners
(Filed: 6/17/2015) [Docket No. 10201]

    1.     Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and

        Martin R. Harnick & Steven P. Norton, Partners (Filed: 6/17/2015) [Docket No. 10202]

2.    Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners (Filed: 6/17/2015) [Docket No. 10203]

Responses Filed:

3.    Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners (Filed: 6/23/2015) [Docket No. 10252]

Related Documents:

4.    Certificate of No Objection Pursuant to LR 9075-2 to Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners (Filed: 7/23/2015) [Docket No. 10834]

Status: This matter is going forward.

Dated: New York, New York  
July 28, 2015

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300365551