UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities Investor Protection Corporation<br><br>Plaintiff,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW DAMIEN RIEHL AS COUNSEL OF RECORD FOR DEFENDANTS AND REMOVAL FROM SERVICE LISTS** |
| In re:<br><br>Bernard L. Madoff<br><br>Debtor | SIPA Liquidation<br><br>(Substantively Consolidated) |
| Pertains to:<br><br>Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>Miles Q. Fiterman Revocable Trust, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04337 (SMB) |

    Thomas F. Berndt moved to withdraw Damien Riehl as counsel of record for the Defendants in the above-captioned proceedings, filed July 20, 2015. In the Motion, Mr. Berndt seeks to withdraw Mr. Riehl as counsel for Defendants in the above-captioned proceedings, because he is longer with the firm representing Defendants. After due consideration, it is hereby

    ORDERED that the Motion for Leave to Withdraw Damien Riehl as Counsel of Record for Defendants and Removal from Service Lists is **GRANTED**.

Dated: July 28th, 2015

                                                /s/ STUART M. BERNSTEIN
                                                STUART M. BERNSTEIN
                                                United States Bankruptcy Judge