## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05227 (SMB) |
| Plaintiff, | |
| v. | |
| ROBERT DANIEL VOCK, | |
| Defendant. | |

### STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including September 30, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order and the Mediation Referral Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: July 28, 2015
    New York, New York

By:    /s/ *Nicholas J. Cremona*
    **BAKER & HOSTETLER LLP**
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email:  dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com

    *Attorneys for Irving H. Picard, Esq., as Trustee for*
    *the Substantively Consolidated SIPA Liquidation of*
    *Bernard L. Madoff Investment Securities LLC and*
    *Bernard L. Madoff*

Dated: July 28, 2015
    New York, New York

By:    /s/ *Jeffrey L. Bernfeld*
    **BERNFELD DEMATTEO, LLP**
    600 Third Avenue, 15th Floor
    New York, New York 10016
    Telephone: (212) 661-1661
    Facsimile: (561) 864-5101
    Jeffrey L. Bernfeld
    Email: jbernfeld@bernfelddematteo.com

    *Attorneys for Defendant Robert Daniel Vock*

Dated: July 28, 2015
    New York, New York

By:    /s/ *Keith N. Costa*
    **DILWORTH PAXSON LLP**
    99 Park Avenue
    Suite 320
    New York, New York 10016
    Telephone: (917) 675-4253
    Facsimile: (212) 208-6874
    Keith N. Costa, Esq.
    Email:  kcosta@dilworthlaw.com

    *Mediator*