**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No.10-04931 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF MURIEL B. CANTOR, | |
| NANCY ATLAS, as Personal Representative of THE ESTATE OF MURIEL B. CANTOR, | |
| ROBERT I. CANTOR, Individually, as Personal Representative of the Estate of Sol B. Cantor and as | |

> Co-Trustee of the ROBERT I. CANTOR TRUST and the ELLEN T. PECK TRUST,
>
> ELLEN T. PECK, Individually, as Personal Representative of the Estate of Sol B. Cantor and as Co-Trustee of the ELLEN T. PECK TRUST and the ROBERT I. CANTOR TRUST,
>
> SANFORD J. SCHLESINGER, as Trustee of the ROBERT I. CANTOR TRUST and the ELLEN T. PECK TRUST,
>
> WARREN COHEN,
>
> C.C.,
>
> L.C.,
>
> M.C.,
>
> WENDY WILDER,
>
> S.W.,
>
> and N.W.,
>
>           Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice with respect to the following defendants: (1) Robert I. Cantor, Individually, as Personal Representative of the Estate of Sol B. Cantor and as Co-Trustee

of the Robert I. Cantor Trust and the Ellen T. Peck Trust; (2) Ellen T. Peck, Individually, as Personal Representative of the Estate of Sol B. Cantor and as Co-Trustee of the Ellen T. Peck Trust and the Robert I. Cantor Trust; (3) Sanford J. Schlesinger, as Trustee of the Robert I. Cantor Trust and the Ellen T. Peck Trust; (4) Warren Cohen; (5) C.C.; (6) L.C.; (7) M.C.; (8) Wendy Wilder; (9) S.W.; and (10) N.W.  The Trustee also dismisses the above-captioned adversary proceeding with prejudice with respect to the Estate of Muriel B. Cantor, Nancy Atlas, as Personal Representative of the Estate of Muriel B. Cantor as to Counts Two through Seven of the Complaint; there is no effect on the Trustee's remaining claims in Count One of the Complaint as against the Estate of Muriel B. Cantor, Nancy Atlas, as Personal Representative of the Estate of Muriel B. Cantor.  The caption of this adversary proceeding shall be amended as reflected on **Exhibit A** to this Notice of Dismissal.  Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the Court by filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Date:  July 29, 2015
       New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
George Klidonas
Email: gklidonas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>THE ESTATE OF MURIEL B. CANTOR and NANCY ATLAS, as Personal Representative of THE ESTATE OF MURIEL B. CANTOR,<br><br>　　　　Defendants. | Adv. Pro. No.10-04931 (SMB) |