**STEVENS & LEE, P.C.**
485 Madison Avenue
New York, New York 10022
Nicholas F. Kajon
(212) 537-0403
(610) 371-1223 (fax)
nfk@stevenslee.com

*Attorneys for Legacy Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,　　　　　　　　　　Plaintiff-Applicant,　v.　BERNARD L. MADOFF INVESTMENT SECURITIES LLC,　　　　　　　　　　Defendant. | SIPA LIQUIDATION　No. 08-01789 (SMB)　(Substantively Consolidated) |
| In re:　BERNARD L. MADOFF,　　　　　　　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,　　　　　　　　　　Plaintiff,　v.　LEGACY CAPITAL LTD. and KHRONOS LLC,　　　　　　　　　　Defendants. | Adv. Pro. No. 10-05286 (SMB) |

**DECLARATION OF NICHOLAS F. KAJON**
**IN SUPPORT OF LEGACY CAPITAL LTD.'S MOTION**
**TO DISMISS THE AMENDED COMPLAINT UNDER BANKRUPTCY**
**<u>RULE 7012(b) AND FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

Pursuant to 28 U.S.C. § 1746, NICHOLAS F. KAJON declares as follows:

1. I am a shareholder at Stevens & Lee, P.C., attorneys for Legacy Capital Ltd. ("**Legacy**").

2. I respectfully submit this Declaration in support of Legacy's Motion to Dismiss the Amended Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "**Motion**") filed in the above-captioned proceeding.[1]

3. Attached as Exhibit A is a true and correct copy of the January 1, 2004 Accounting Services Agreement between Legacy and Khronos LLC (MAY0019168-174).

4. Attached as Exhibit B is a true and correct copy of the Renaissance Report (RE00004136-181).

5. Attached as Exhibit C is a true and correct copy of the November 21, 2003 email from Paul Broder (RE00000240).

6. Attached as Exhibit D is a true and correct copy of the SEC Transcript (RE00000061-207).

7. Attached as Exhibit E is a true and correct copy of the November 13, 2003 through November 14, 2003 emails among members of the Meritage Committee (RE00000001-8).

8. Attached as Exhibit F is a true and correct copy of the SEC Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2015

/s/ Nicholas F. Kajon
Nicholas F. Kajon

---

[1] Terms undefined herein shall have the meanings set forth in the Motion.