**STEVENS & LEE, P.C.**
485 Madison Avenue
New York, New York  10022
Nicholas F. Kajon
(212) 537-0403
(610) 371-1223 (fax)
nfk@stevenslee.com

*Attorneys for Legacy Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY CAPITAL LTD. and KHRONOS LLC,<br><br>Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

I, Nicholas F. Kajon, hereby certify that on July 30, 2015, I caused to be served true and

correct copies of (i) Legacy Capital Ltd.'s Notice of Motion to Dismiss the Amended Complaint

Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure

12(b)(6), (ii) the Declaration of Nicholas F. Kajon in Support of Defendant Legacy Capital Ltd.'s Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6), dated July 30, 2015, and the exhibits annexed thereto, and (iii) Legacy Capital Ltd.'s Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (collectively, the "**Motion Papers**"), via e-mail on the following:

| | |
|---|---|
| Marc E. Hirschfield | Eric B. Fisher |
| David J. Sheehan and | Barry N. Seidel |
| Oren Warshavsky | Dickstein Shapiro LLP |
| Jason S. Oliver | 1633 Broadway |
| Baker & Hostetler LLP | New York, NY 10019 |
| 45 Rockefeller Plaza | fishere@dicksteinshapiro.com |
| New York, NY 10111 | seidelb@dicksteinshapiro.com |
| mhirschfield@bakerlaw.com | *Attorneys for Khronos LLC* |
| dsheehan@bakerlaw.com | |
| owarshavsky@bakerlaw.com | |
| joliver@bakerlaw.com | |
| bhaa@bakerlaw.com | |
| *Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff* | |

Notice of filing of the Motion Papers was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: New York, New York
July 30, 2015

                 s/Nicholas F. Kajon
                 Nicholas F. Kajon

DOCSNY-591045 v1