**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
hchaitman@bplegal.com
*Attorneys for Defendants RAR Entrepreneurial Fund, Ltd.*
*and Russell Oasis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAR ENTREPRENEURIAL FUND, LTD., et al.,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 10-04352 (SMB)<br><br>Appeal No. _____ |

## NOTICE OF APPEAL

　　　Defendants RAR Entrepreneurial Fund, Ltd. and Russell Oasis, ("Movants"), by their attorneys, Becker & Poliakoff, LLP, appeal under 28 U.S.C. § 158(a) from the *Order Granting in Part and Denying in Part Defendants' Motion to Dismiss* entered on July 16, 2015 in their adversary proceeding [ECF No. 65] (attached hereto as **Exhibit A**) and related *Memorandum*

{N0086000 }

*Decision Regarding Omnibus Motions to Dismiss* entered on June 2, 2015 [ECF No. 61] (attached hereto as **Exhibit B**).

The names of parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee | David J. Sheehan, Esq. |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| 45 Rockefeller Plaza | 45 Rockefeller Plaza |
| New York, NY 10111 | New York, NY 10111 |
| Telephone: 212-589-4688 | Telephone: 212-589-4616 |
| | *Attorneys for the Trustee* |
| | |
| Becker & Poliakoff, LLP | Kevin H. Bell, Esq. |
| 45 Broadway | Securities Investor Protection Corporation |
| New York, NY 10006 | 805 15th Street, NW |
| Telephone: (212) 559-3322 | Suite 800 |
| *Attorneys for Defendants RAR Entrepreneurial Fund Ltd. and Russell Oasis* | Washington, D.C. 20005 |
| | Telephone: (202) 371-8300 |

*Attorneys for Defendants in other actions listed on Appendix A to the July 16, 2015 order [ECF No. 61] on behalf of the parties identified therein:*

| | |
|---|---|
| Milberg LLP | Lax & Neville LLP |
| One Pennsylvania Plaza | 1450 Broadway, 35th Floor |
| New York, NY 10119 | New York, NY 10018 |
| Matthew Gluck, Esq. | Barry R. Lax, Esq. |
| Matthew A. Kupillas, Esq. | Brian J. Neville, Esq. |
| Jennifer L. Young, Esq. | Gabrielle Pretto, Esq. |
| Joshua E. Keller, Esq. | |
| | |
| Dentons US LLP | Pryor Cashman LLP |
| 1221 Avenue of the Americas | 7 Time Square |
| New York, NY 10020 | New York, NY 10036 |
| Carole Neville, Esq. | Richard Levy, Jr., Esq. |
| | David C. Rose, Esq. |
| | |
| Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | |
| 1 N. Lexington Avenue | |
| White Plains, NY 10601 | |

{N0086000 }

Dated: July 30, 2015
       New York, New York

**BECKER & POLIAKOFF LLP**

By: */s/ Helen Davis Chaitman*

Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
hchaitman@bplegal.com

*Attorneys for Defendants RAR*
*Entrepreneurial Fund, Ltd.*
*and Russell Oasis*

{N0086000 }