# U.S. Bankruptcy Court
## Southern District of New York

Thank you. Your transaction in the amount of **$ 298.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **10833244**.

**Detail description:**
Notice of Appeal(10-04352-smb) [appeal,97] ( 298.00)