# EXHIBIT E

```
                                                              Page 1

 1

 2   UNITED STATES BANKRUPTCY COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   In the Matter of:

 6   BERNARD L. MADOFF,                              Main Case No.

 7            Debtor.                                09-11893-brl

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   SECURITIES INVESTOR PROTECTION CORPORATION,

10            Plaintiff,

11

12     - against -                                  Adv. Case No.

13                                                  08-01789-brl

14   BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

15            Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF B,

18            Plaintiff,

19

20     - against -                                  Adv. Case No.

21                                                  10-05328-brl

22   MORGAN, INDIVIDUALLY, AND AS GUARDIAN OF A.V.M., et al.,

23            Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 2

```
 1
 2              U.S. Bankruptcy Court
 3              One Bowling Green
 4              New York, New York
 5
 6              June 1, 2011
 7              10:03 AM
 8
 9
10  B E F O R E:
11  HON. BURTON R. LIFLAND
12  U.S. BANKRUPTCY JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
```

08-01789-cgm    Doc 10907-5    Filed 07/30/15    Entered 07/30/15 17:01:37    Exhibit E
Pg 4 of 4
MADOFF; SIPC v. MADOFF; PICARD v. MORGAN

Page 32

1    advances.
2            One other point I'd like to make is that when the
3    interim distribution is made, I cannot and I will not be put in
4    the position that counsel wishes of my making an over-
5    distribution so that at a later date we will have a problem and
6    might have to contact some of the distributees to recover back
7    money.  That happened in an old act case called Lilinits (ph.).
8    It will not happen in the Madoff case.  Further, the objection
9    is incorrect when it states that customer property amounts to
10   more than 9.8 billion dollars.  I suspect that Mr. Sheehan has
11   gone through that math and I will not belabor that point.
12           Another objection I would like to comment on, as Mr.
13   Sheehan did late in his presentation, is the unfounded
14   allegation about my compensation and the assertion that I have
15   provided misleading information to the Court and to the public.
16   To the contrary, it is objectors' counsel who has been
17   spreading false information both in pleadings and press
18   releases.  Counsel has been quoted in the press, as Mr. Sheehan
19   has indicated, there was nothing in the letter that she filed
20   yesterday that changes that.  She is way off the mark.  I don't
21   receive any percentage near thirty-five or fifty percent and I
22   certainly haven't received sixty to ninety million dollars
23   since the beginning of the case.  Contrary to the allegation in
24   counsel's letter of yesterday, I am not a decision maker for
25   SIPC.  And I am not a quasi-governmental agency or act in a