**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
hchaitman@bplegal.com
*Attorneys for Defendants RAR Entrepreneurial Fund, Ltd.*
*and Russell Oasis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                         Plaintiff,<br><br>      v.<br><br>RAR ENTREPRENEURIAL FUND, LTD., et al.,<br><br>                         Defendants. | Adv. Pro. No. 10-04352 (SMB)<br><br>Appeal No. _____ |

## CERTIFICATE OF SERVICE

        I, Lourdes Blanco, hereby certify that on July 30, 2015 I caused a true and correct copy of

the following documents:

- Notice of Appeal, with Exhibits A&B,
- Notice of Motion for Leave to Appeal Order Granting in Part and Denying in Part Defendants' Motion to Dismiss,

{N0086010 }

- Memorandum of Law in Support of Motion for Leave to Appeal, and
- Declaration of Helen Davis Chaitman in Support of Motion for Leave to Appeal with Exhibits A through H,

to be served by electronic mail upon:

| | |
|---|---|
| David J. Sheehan, Esq. | Kevin H. Bell, Esq. |
| Baker & Hostetler LLP | Securities Investor Protection Corporation |
| 45 Rockefeller Plaza | 805 15th Street, NW |
| New York, NY 10111 | Suite 800 |
| Email: dsheehan@bakerlaw.com | Washington, D.C. 20005 |
| *Attorneys for the Trustee* | Email: kbell@sipc.org |

and upon all parties in these two actions, Adv. Pro. Nos. 08-01789 (SMB) and 10-04352 (SMB),

who receive electronic service through CM/ECF.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2015                                        /s/ *Lourdes Blanco*

{N0086010 }