# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
|          Plaintiff-Applicant, | No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|          Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|          Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05286 (SMB) |
|          Plaintiff, | |
| v. | |
| LEGACY CAPITAL LTD. and KHRONOS LLC, | |
|          Defendants. | |

**ORDER GRANTING KHRONOS LLC'S MOTION TO**
**DISMISS THE AMENDED COMPLAINT UNDER BANKRUPTCY**
**RULE 7012(b) AND FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

This matter coming before the Court on *Khronos LLC's Motion to Dismiss the Amended Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6)* (the "**Motion**"); and the Court having considered the Motion, the Amended Complaint, and the statements of counsel at a hearing before the Court on October 28, 2015 (the "**Hearing**"); and the Court having found that notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined the legal bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; it is accordingly

ORDERED, that the Motion is granted in its entirety; and it is further

ORDERED, that the Amended Complaint is dismissed with prejudice as against Khronos

LLC; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation of this Order.

Dated: New York, New York

_____, 2015

_____
                   United States Bankruptcy Judge