**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Eric B. Fisher
Barry N. Seidel
(212) 277-6500
(212) 277-6501 (fax)
fishere@dicksteinshapiro.com
seidelb@dicksteinshapiro.com

*Attorneys for Khronos LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br> (Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>LEGACY CAPITAL LTD. and KHRONOS LLC,<br><br>          Defendants. | Adv. Pro. No. 10-05286 (SMB) |

**DECLARATION OF ERIC B. FISHER**
**IN SUPPORT OF KHRONOS LLC'S MOTION**
**TO DISMISS THE AMENDED COMPLAINT UNDER BANKRUPTCY**
<u>**RULE 7012(b) AND FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**</u>

Pursuant to 28 U.S.C. § 1746, ERIC B. FISHER declares as follows:

1. I am a partner at Dickstein Shapiro LLP, attorneys for Khronos LLC ("**Khronos**").

2. I respectfully submit this Declaration in support of Khronos' Motion to Dismiss Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "**Motion**") filed in the above-captioned proceeding.[1]

3. Attached as Exhibit A is a true and correct copy of the January 1, 2004 Accounting Services Agreement between Legacy and Khronos LLC (MAY0019168-174).

4. Attached as Exhibit B is a true and correct copy of Montpellier Resources Ltd. Confidential Private Offering Memorandum dated December 2004.

5. Attached as Exhibit C is a true and correct copy of the Renaissance Report (RE00004136-181).

6. Attached as Exhibit D is a true and correct copy of the November 21, 2003 email from Paul Broder (RE00000240).

7. Attached as Exhibit E is a true and correct copy of the SEC Transcript (RE00000061-207).

8. Attached as Exhibit F is a true and correct copy of the November 13, 2003 through November 14, 2003 emails among members of the Meritage Committee (RE00000001-8).

9. Attached as Exhibit G is a true and correct copy of the SEC Report.

---

[1] Terms undefined herein shall have the meanings set forth in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2015

                                              /s/ Eric B. Fisher
                                              Eric B. Fisher