# Exhibit F

**Subject:** Re: HCH
**From:** Jim Simons <jim@rentec.com>
**Date:** Fri, 14 Nov 2003 13:59:41 -0500
**To:** Paul Broder <tpaul@rentec.com>
**CC:** Peter Brown <peter@rentec.com>, Nat Simons <nat@rentec.com>, Mark Silber <silber@rentec.com>, Henry Laufer <henry@rentec.com>, "Robert J. Frey" <rjfrey@rentec.com>, Bruce Yablon <bruce@rentec.com>, David Zierk <zierk@rentec.com>, Alex Magaro <magaro@rentec.com>, "Mayer, Rafael" <rmayer@khronos.com>

I am also in favor of redemption. This is becoming, in the words of Charly Block, a member of the "who needs it" catagory. Unless one of you can give a compelling reason to stay I will ask Nat to withdraw the funds next week.

Jim

Paul Broder wrote:

> Like background radiation my concern about Madoff has never really gone away. My
> concern increased once the Mutual Fund story broke - why? The "totally independent
> evidence" which Henry refer's to is 100% consistent with the story from the
> ex-trader. But if cherry picking is the reason for highly-favourable fills - who is
> taking the hit on the other side? It can only be a pool of money whose managers,
> are not compensated by performance but by some other criteria, such as size of
> assets. It would not be a surprise to me to see a link exposed to the current
> Spitzer/SEC investigation.
>
> I am in favour of redemption.
>
> Paul
>
>
> Peter Brown wrote:
>
>> My opinion is that if we can confirm that this is more than info
>> from one potentially disgruntled guy, we should get out.
>>
>> -Peter
>>
>> Nat Simons writes:
>>  > Peter,
>>  > > We do not know that they are two different people. They could easily be
>>  > the same person, but we won't know that undil David speaks to the head
>>  > of the group (scheduled for the 24th) that interviewed him.
>>  > > Nat
>>  > > Peter Brown wrote:
>>  > > > Do you know if the two ex-traders are different people? -Peter
>>  > > > > Nat Simons writes:
>>  > > > Committee members,
>>  > > >
>>  > > > We at Meritage are concerned about our HCH investment. First of all, we
>>  > > > spoke to an ex-Madoff trader (who was applying for a position at
>>  > > > Meritage) and he said that Madoff cherry-picks trades and "takes them
>>  > > > for the hedge fund". He said Madoff is pretty tight-lipped and
>>  > > > therefore he didn't know much about it, but he didn't really know how
>>  > > > they made money. David Zierk heard a similar story from from a large
>>  > > > hedge fund consultant who also interviewed an ex-trader. The head of
>>  > > > this well-respected group told us in confidence that he believes that
>>  > > > Madoff will have a serious problem within a year. We are going to be

CONFIDENTIAL    RE00000001

```
> > > speaking to him in 11 days to see if we can get more specifics.
> > >
> > > Another point to make here is that not only are we unsure as to how HCH
> > > makes money for us, we are even more unsure as to how HCH makes money
> > > from us; i.e. why does he let us make so much money? Why doesn't he
> > > capture that for himself? There could well be a legitimate reason, but
> > > I haven't heard any explanation we can be sure of. Additionally, there
> > > is a $4 billion Madoff pass-through fund (Fairfield Sentry) that charges
> > > 0 and 20% and it's not clear why Madoff allows an outside group to make
> > > $100 million per year in fees for doing absolutely nothing (unless he
> > > gets a piece of that). The point is that as we don't know why he does
> > > what he does we have no idea if there are conflicts in his business that
> > > could come to some regulator's attention. Throw in that his
> > > brother-in-law is his auditor and his son is also high up in the
> > > organization (imagine that!) and you have the risk of some nasty
> > > allegations, the freezing of accounts, etc., etc. To put things in
> > > perspective, if HCH went to zero it would take out 80% of this year's
> > > profits.
> > >
> > > Perhaps the best reason to get out is that we really don't expect to
> > > make an outsized return on this investment. Sure it's the best
> > > risk-adjusted fund in the portfolio, but on an absolute return basis
> > > it's not that compelling (12.16% average return over last three years).
> > > If one assumes that there's more risk than the standard deviation would
> > > indicate, the investment loses it's luster in a hurry.
> > >
> > > It's high season on money managers, and Madoff's head would look pretty
> > > good above Elliot Spitzer's mantle. I propose that unless we can figure
> > > out a way to get comfortable with the regulatory tail risk in a hurry,
> > > we get out. The risk-reward on this bet is not in our favor.
> > >
> > > Please keep this confidential.
> > >
> > > Nat
> > >
> > >
> > > --
> > > Nat Simons
> > > Renaissance Technologies Corp.
> > > 715 Hearst Ave
> > > Berkeley, CA 94710
> > > Tel: (510) 849-5917
> > > Fax: (510) 849-0994
>  > -- > Nat Simons
> Renaissance Technologies Corp.
> 715 Hearst Ave
> Berkeley, CA 94710
> Tel: (510) 849-5917
> Fax: (510) 849-0994
```

CONFIDENTIAL       RE00000002

**Subject:** Re: HCH
**From:** Paul Broder <tpaul@rentec.com>
**Date:** Fri, 14 Nov 2003 12:33:19 -0500
**To:** Peter Brown <peter@rentec.com>
**CC:** Nat Simons <nat@rentec.com>, Jim Simons <jim@rentec.com>, Mark Silber <silber@rentec.com>, Henry Laufer <henry@rentec.com>, "Robert J. Frey" <rjfrey@rentec.com>, Bruce Yablon <bruce@rentec.com>, David Zierk <zierk@rentec.com>, Alex Magaro <magaro@rentec.com>, "Mayer, Rafael" <rmayer@khronos.com>

```
Like background radiation my concern about Madoff has never really gone away. My
concern increased once the Mutual Fund story broke - why? The "totally independent
evidence" which Henry refer's to is 100% consistent with the story from the
ex-trader. But if cherry picking is the reason for highly-favourable fills - who is
taking the hit on the other side? It can only be a pool of money whose managers, are
not compensated by performance but by some other criteria, such as size of assets. It
would not be a surprise to me to see a link exposed to the current Spitzer/SEC
investigation.

I am in favour of redemption.


Paul



Peter Brown wrote:
 My opinion is that if we can confirm that this is more than info
 from one potentially disgruntled guy, we should get out.

 -Peter


 Nat Simons writes:
 > Peter,
 > > We do not know that they are two different people.  They could easily be
 > the same person, but we won't know that undil David speaks to the head
 > of the group (scheduled for the 24th) that interviewed him.
 >  > Nat
 >  > Peter Brown wrote:
 > >  > > Do you know if the two ex-traders are different people? -Peter
 > >  > > Nat Simons writes:
 > >  > Committee members,
 > >  >
 > >  > We at Meritage are concerned about our HCH investment.  First of all, we
 > >  > spoke to an ex-Madoff trader (who was applying for a position at
 > >  > Meritage) and he said that Madoff cherry-picks trades and "takes them
 > >  > for the hedge fund".  He said Madoff is pretty tight-lipped and
 > >  > therefore he didn't know much about it, but he didn't really know how
 > >  > they made money.  David Zierk heard a similar story from from a large
 > >  > hedge fund consultant who also interviewed an ex-trader.  The head of
 > >  > this well-respected group told us in confidence that he believes that
 > >  > Madoff will have a serious problem within a year.  We are going to be
 > >  > speaking to him in 11 days to see if we can get more specifics.
 > >  >
 > >  > Another point to make here is that not only are we unsure as to how HCH
 > >  > makes money for us, we are even more unsure as to how HCH makes money
 > >  > from us; i.e. why does he let us make so much money?  Why doesn't he
 > >  > capture that for himself?  There could well be a legitimate reason, but
 > >  > I haven't heard any explanation we can be sure of. Additionally, there
 > >  > is a $4 billion Madoff pass-through fund (Fairfield Sentry) that charges
 > >  > 0 and 20% and it's not clear why Madoff allows an outside group to make
```

CONFIDENTIAL    RE00000003

Re: HCH

```
> > > $100 million per year in fees for doing absolutely nothing (unless he
> > > gets a piece of that).  The point is that as we don't know why he does
> > > what he does we have no idea if there are conflicts in his business that
> > > could come to some regulator's attention.  Throw in that his
> > > brother-in-law is his auditor and his son is also high up in the
> > > organization (imagine that!) and you have the risk of some nasty
> > > allegations, the freezing of accounts, etc., etc.  To put things in
> > > perspective, if HCH went to zero it would take out 80% of this year's
> > > profits.
> > >
> > > Perhaps the best reason to get out is that we really don't expect to
> > > make an outsized return on this investment.  Sure it's the best
> > > risk-adjusted fund in the portfolio, but on an absolute return basis
> > > it's not that compelling (12.16% average return over last three years).
> > > If one assumes that there's more risk than the standard deviation would
> > > indicate, the investment loses it's luster in a hurry.
> > >
> > > It's high season on money managers, and Madoff's head would look pretty
> > > good above Elliot Spitzer's mantle.  I propose that unless we can figure
> > > out a way to get comfortable with the regulatory tail risk in a hurry,
> > > we get out.  The risk-reward on this bet is not in our favor.
> > >
> > > Please keep this confidential.
> > >
> > > Nat
> > >
> > >
> > > --
> > > Nat Simons
> > > Renaissance Technologies Corp.
> > > 715 Hearst Ave
> > > Berkeley, CA 94710
> > > Tel: (510) 849-5917
> > > Fax: (510) 849-0994
> > -- > Nat Simons
> Renaissance Technologies Corp.
> 715 Hearst Ave
> Berkeley, CA 94710
> Tel: (510) 849-5917
> Fax: (510) 849-0994
```

CONFIDENTIAL    RE00000004

**Subject:** Re: HCH
**From:** Peter Brown <peter@rentec.com>
**Date:** Fri, 14 Nov 2003 12:09:17 -0500
**To:** Nat Simons <nat@rentec.com>
**CC:** Jim Simons <jim@rentec.com>, Mark Silber <silber@rentec.com>, Henry Laufer <henry@rentec.com>, "Robert J. Frey" <rjfrey@rentec.com>, Bruce Yablon <bruce@rentec.com>, Paul Broder <tpaul@rentec.com>, David Zierk <zierk@rentec.com>, Alex Magaro <magaro@rentec.com>, "Mayer, Rafael" <rmayer@khronos.com>

My opinion is that if we can confirm that this is more than info
from one potentially disgruntled guy, we should get out.

-Peter


Nat Simons writes:
 > Peter,
 >
 > We do not know that they are two different people.  They could easily be
 > the same person, but we won't know that undil David speaks to the head
 > of the group (scheduled for the 24th) that interviewed him.
 >
 > Nat
 >
 > Peter Brown wrote:
 > >
 > > Do you know if the two ex-traders are different people? -Peter
 > >
 > > Nat Simons writes:
 > >  > Committee members,
 > >  >
 > >  > We at Meritage are concerned about our HCH investment.  First of all, we
 > >  > spoke to an ex-Madoff trader (who was applying for a position at
 > >  > Meritage) and he said that Madoff cherry-picks trades and "takes them
 > >  > for the hedge fund".  He said Madoff is pretty tight-lipped and
 > >  > therefore he didn't know much about it, but he didn't really know how
 > >  > they made money.  David Zierk heard a similar story from from a large
 > >  > hedge fund consultant who also interviewed an ex-trader.  The head of
 > >  > this well-respected group told us in confidence that he believes that
 > >  > Madoff will have a serious problem within a year.  We are going to be
 > >  > speaking to him in 11 days to see if we can get more specifics.
 > >  >
 > >  > Another point to make here is that not only are we unsure as to how HCH
 > >  > makes money for us, we are even more unsure as to how HCH makes money
 > >  > from us; i.e. why does he let us make so much money?  Why doesn't he
 > >  > capture that for himself?  There could well be a legitimate reason, but
 > >  > I haven't heard any explanation we can be sure of. Additionally, there
 > >  > is a $4 billion Madoff pass-through fund (Fairfield Sentry) that charges
 > >  > 0 and 20% and it's not clear why Madoff allows an outside group to make
 > >  > $100 million per year in fees for doing absolutely nothing (unless he
 > >  > gets a piece of that).  The point is that as we don't know why he does
 > >  > what he does we have no idea if there are conflicts in his business that
 > >  > could come to some regulator's attention.  Throw in that his
 > >  > brother-in-law is his auditor and his son is also high up in the
 > >  > organization (imagine that!) and you have the risk of some nasty
 > >  > allegations, the freezing of accounts, etc., etc.  To put things in
 > >  > perspective, if HCH went to zero it would take out 80% of this year's
 > >  > profits.
 > >  >
 > >  > Perhaps the best reason to get out is that we really don't expect to
 > >  > make an outsized return on this investment.  Sure it's the best
 > >  > risk-adjusted fund in the portfolio, but on an absolute return basis

CONFIDENTIAL                                                                                                    RE00000005

```
> > > it's not that compelling (12.16% average return over last three years).
> > > If one assumes that there's more risk than the standard deviation would
> > > indicate, the investment loses it's luster in a hurry.
> > >
> > > It's high season on money managers, and Madoff's head would look pretty
> > > good above Elliot Spitzer's mantle.  I propose that unless we can figure
> > > out a way to get comfortable with the regulatory tail risk in a hurry,
> > > we get out.  The risk-reward on this bet is not in our favor.
> > >
> > > Please keep this confidential.
> > >
> > > Nat
> > >
> > >
> > > --
> > > Nat Simons
> > > Renaissance Technologies Corp.
> > > 715 Hearst Ave
> > > Berkeley, CA 94710
> > > Tel: (510) 849-5917
> > > Fax: (510) 849-0994
>
> --
> Nat Simons
> Renaissance Technologies Corp.
> 715 Hearst Ave
> Berkeley, CA 94710
> Tel: (510) 849-5917
> Fax: (510) 849-0994
```

CONFIDENTIAL                                                                                              RE00000006

**Subject:** Re: HCH
**From:** Henry Laufer <henry@rentec.com>
**Date:** Fri, 14 Nov 2003 11:51:10 -0500 (EST)
**To:** nat@rentec.com
**CC:** alex@rentec.com, bruce@rentec.com, henry@rentec.com, jim@rentec.com, peter@rentec.com, rjfrey@rentec.com, rmayer@khronos.com, silber@rentec.com, tpaul@rentec.com, zierk@rentec.com

Committee members,

I share the concern at Meritage about the HCH investment.

In Nat's note, I am most worried about the new information in the statement from the ex-Madoff trader to the effect that "Madoff cherry-picks trades and 'takes them for the hedge fund'." We at Renaissance have totally independent evidence that Madoff's executions are highly unusual.

I do not know what to make of the consultant saying "Madoff will have a serious problem within a year."

In all, I very much agree with the sentiment "It's high season on money managers, and Madoff's head would look pretty good above Elliot Spitzer's mantle. I propose that unless we can figure out a way to get comfortable with the regulatory tail risk in a hurry, we get out. The risk-reward on this bet is not in our favor."

A last quote, from Jim, I believe: "If you are going to panic, panic early."

Henry

CONFIDENTIAL                                                                                              RE00000007

SEC 3/04 RIA EXAM

**Subject:** HCH
**From:** Nat Simons <nat@rentec.com>
**Date:** Thu, 13 Nov 2003 16:12:32 -0800
**To:** Jim Simons <jim@rentec.com>, Mark Silber <silber@rentec.com>, Peter Brown <peter@rentec.com>, Henry Laufer <henry@rentec.com>, "Robert J. Frey" <rjfrey@rentec.com>, Bruce Yablon <bruce@rentec.com>, Paul Broder <tpaul@rentec.com>, David Zierk <zierk@rentec.com>, Alex Magaro <alex@rentec.com>, "Mayer, Rafael" <rmayer@khronos.com>

Committee members,

We at Meritage are concerned about our HCH investment. First of all, we spoke to an ex-Madoff trader (who was applying for a position at Meritage) and he said that Madoff cherry-picks trades and "takes them for the hedge fund". He said Madoff is pretty tight-lipped and therefore he didn't know much about it, but he didn't really know how they made money. David Zierk heard a similar story from from a large hedge fund consultant who also interviewed an ex-trader. The head of this well-respected group told us in confidence that he believes that Madoff will have a serious problem within a year. We are going to be speaking to him in 11 days to see if we can get more specifics.

Another point to make here is that not only are we unsure as to how HCH makes money for us, we are even more unsure as to how HCH makes money from us; i.e. why does he let us make so much money? Why doesn't he capture that for himself? There could well be a legitimate reason, but I haven't heard any explanation we can be sure of. Additionally, there is a $4 billion Madoff pass-through fund (Fairfield Sentry) that charges 0 and 20% and it's not clear why Madoff allows an outside group to make $100 million per year in fees for doing absolutely nothing (unless he gets a piece of that). The point is that as we don't know why he does what he does we have no idea if there are conflicts in his business that could come to some regulator's attention. Throw in that his brother-in-law is his auditor and his son is also high up in the organization (imagine that!) and you have the risk of some nasty allegations, the freezing of accounts, etc., etc. To put things in perspective, if HCH went to zero it would take out 80% of this year's profits.

Perhaps the best reason to get out is that we really don't expect to make an outsized return on this investment. Sure it's the best risk-adjusted fund in the portfolio, but on an absolute return basis it's not that compelling (12.16% average return over last three years). If one assumes that there's more risk than the standard deviation would indicate, the investment loses it's luster in a hurry.

It's high season on money managers, and Madoff's head would look pretty good above Elliot Spitzer's mantle. I propose that unless we can figure out a way to get comfortable with the regulatory tail risk in a hurry, we get out. The risk-reward on this bet is not in our favor.

Please keep this confidential.

Nat

--
Nat Simons
Renaissance Technologies Corp.
715 Hearst Ave
Berkeley, CA 94710
Tel: (510) 849-5917
Fax: (510) 849-0994

CONFIDENTIAL                                                                    RE00000008