**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Eric B. Fisher
Barry N. Seidel
(212) 277-6500
(212) 277-6501 (fax)
fishere@dicksteinshapiro.com
seidelb@dicksteinshapiro.com

*Attorneys for Khronos LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>　　　　Plaintiff-Applicant, <br>v. <br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>　　　　Defendant. | SIPA LIQUIDATION <br><br> No.  08-01789 (SMB) <br><br>(Substantively Consolidated) |
| In re: <br><br>BERNARD L. MADOFF, <br><br>　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>　　　　Plaintiff, <br>v. <br>LEGACY CAPITAL LTD. and KHRONOS LLC, <br><br>　　　　Defendants. | Adv. Pro. No. 10-05286 (SMB) |

**CERTIFICATE OF SERVICE**

　　　　I, Eric B. Fisher, hereby certify that on July 30, 2015, I caused to be served true and correct copies of (i) Khronos LLC's Notice of Motion to Dismiss the Amended Complaint Under

Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6), (ii) the Declaration of Eric B. Fisher in Support of Defendant Khronos LLC's Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6), dated July 30, 2015, and the exhibits annexed thereto, and (iii) Khronos LLC's Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (collectively, the "**Motion Papers**"), via e-mail on the following:

| | |
|---|---|
| Marc E. Hirschfield | Nicholas F. Kajon |
| David J. Sheehan and | Stevens & Lee P.C. |
| Oren Warshavsky | 485 Madison Avenue |
| Jason S. Oliver | New York, NY 10022 |
| Baker & Hostetler LLP | nfk@stevenslee.com |
| 45 Rockefeller Plaza | *Attorneys for Legacy Capital Ltd.* |
| New York, NY 10111 | |
| mhirschfield@bakerlaw.com | |
| dsheehan@bakerlaw.com | |
| owarshavsky@bakerlaw.com | |
| joliver@bakerlaw.com | |
| bhaa@bakerlaw.com | |
| *Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff* | |

Notice of filing of the Motion Papers was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: New York, New York
July 30, 2015

s/Eric B. Fisher<br>Eric B. Fisher