**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
Julie Gorchkova jgorchkovan@bplegal.com
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendants Estate of Muriel B. Cantor and*
*Nancy Atlas, in her capacity as Personal Representative*
*of the Estate of Muriel B. Cantor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | |
| | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04931 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF MURIEL B. CANTOR, *et al.*, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of

Becker & Poliakoff, LLP for Schlesinger Gannon & Lazetera LLP as counsel for the Estate of

Muriel B. Cantor and Nancy Atlas, in her capacity as the Personal Representative of the Estate

of Muriel B. Cantor (the "Defendants").  All notices given or required to be given in this

adversary proceeding shall be given to and served upon the following:

> BECKER & POLIAKOFF, LLP
> 45 Broadway, 8th Floor
> New York, NY 10006
> Telephone: (212) 599-3322
> Email: hchaitman@bplegal.com
> jgorchkova@bplegal.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and

consent to this substitution of counsel.

July 31, 2015

**SCHLESINGER GANNON & LAZETERA, LLP**

*Withdrawing Attorneys for Defendants Estate of Muriel B. Cantor and Nancy Atlas, in her capacity as Personal Representative of the Estate of Muriel B. Cantor*

By: */s/ Ross S. Katz*_____

Ross S. Katz
535 Madison Avenue
New York, NY 10022
(212) 652-3800
rkatz@sglllp.com

July 31, 2015

**BECKER & POLIAKOFF LLP**

*Superseding Attorneys for Defendants Estate of Muriel B. Cantor and Nancy Atlas, in her capacity as Personal Representative of the Estate of Muriel B. Cantor*

By: */s/ Helen Davis Chaitman*_____

Helen Davis Chaitman
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@bplegal.com

**SO ORDERED:**

**/s/**_____

**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated:   **August ___, 2015**
**New York, New York**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04931 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF MURIEL B. CANTOR, et al., | |
| Defendants. | |

## DECLARATION OF HELEN DAVIS CHAITMAN

I, HELEN DAVIS CHAITMAN, declare as follows:

1.      I am a member of the firm Becker & Poliakoff, LLP and a member of the Bar of this Court Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.  I submit this declaration in support of the accompanying notice and proposed order substituting Becker & Poliakoff, LLP for Schlesinger Gannon & Lazetera LLP as counsel for the Estate of Muriel B. Cantor and Nancy Atlas, in her capacity as the Personal Representative of the Estate of Muriel B. Cantor (the "Defendants") in the above-captioned adversary proceeding.  I also have read Local Bankruptcy

Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2.      The Defendants have requested and consent to this substitution of counsel.

3.      It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          July 31, 2015

                                        By:    */s/ Helen Davis Chaitman*
                                               Helen Davis Chaitman