**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br> v.<br><br>MARC B. WOLPOW 1995 FAMILY TRUST, BARRY S. VOLPERT and R. BRADFORD MALT, in their capacities as trustees of the Marc B. Wolpow 1995 Family Trust, MARC B. WOLPOW individually, and NINA WOLPOW,<br><br>      Defendants. | Adv. Pro. No. 10-04646 (SMB) |

# FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2012

2. Fact Discovery shall be completed by: October 2, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: January 28, 2016

4. The Disclosure of Rebuttal Experts shall be due: February 29, 2016

5. The Deadline for Completion of Expert Discovery shall be: May 30, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: July 29, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 12, 2016

8. The Deadline for Conclusion of Mediation shall be: December 12, 2016

Dated: New York, New York
August 3, 2015

**WINDELS MARX LANE & MITTENDORF, LLP**

By: /s/ Howard L. Simon
Howard L. Simon, Esq.
Kim M. Longo, Esq.
156 West 56th Street
New York, NY 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*