**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Steven Andelman and*
*Stephanie Andelman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04884 |
| Plaintiff, | |
| v. | |
| STEVEN ANDELMAN and STEPHANIE ANDELMAN, individually and in their capacities as joint tenants with rights of survivorship, | |
| Defendants. | |

**<u>CERTIFICATE OF SERVICE</u>**

     I, Lourdes Blanco, hereby certify that on August 3, 2015 I caused a true and correct copy

of the following documents:

{N0086261 }

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> Marc E. Hirschfield, Esq. mhirschfield@bakerlaw.com
> Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   August 3, 2015                                 */s/ Lourdes Blanco*
         New York, New York

{N0086261 }                           2