**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Susan Andelman*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>        Plaintiff-Applicant, <br>v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>        Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>        Plaintiff, <br>v. <br><br>SUSAN ANDELMAN, <br><br>        Defendant. | Adv. Pro. No. 10-04916 |

**CERTIFICATE OF SERVICE**

  I, Lourdes Blanco, hereby certify that on August 3, 2015 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Helen Davis Chaitman in Support; and

{N0086293 }

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>Marc E. Hirschfield, Esq. mhirschfield@bakerlaw.com
>Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   August 3, 2015                                    */s/ Lourdes Blanco*
         New York, New York