**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>KENNETH L. EVENSTAD REVOCABLE TRUST u/a/d May 2, 2000; KENNETH L. EVENSTAD in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust; GRACE B. EVENSTAD in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust; KENNETH L. EVENSTAD, individually; and | Adv. Pro. No. 10-04342 (SMB) |

GRACE B. EVENSTAD, individually,

Defendants.

## SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures were exchanged on May 16, 2014.

2.  Fact Discovery shall be completed by: November 16, 2015.

3.  The Disclosure of Case-in-Chief Experts shall be due: January 15, 2016.

4.  The Disclosure of Rebuttal Experts shall be due: February 15, 2016.

5.  The Deadline for Completion of Expert Discovery shall be: March 15, 2016.

6.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 16, 2016.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 30, 2016.

8.  The Deadline for Conclusion of Mediation shall be: On or before July 29, 2016.

2

300365999.1

Dated: July 31, 2015

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: /s *Nicholas J. Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas Cremona<br>Email:  ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:  /s/ *Daniel B. Besikof*_____<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: 212.407.4129<br>Facsimile: 646.417.6335<br>P. Gregory Schwed<br>Email:  gschwed@loeb.com<br>Daniel B. Besikof<br>Email:  dbesikof@loeb.com<br><br><br><br>*Attorneys for Defendants* |

300365999.1