**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff-Applicant,<br>　　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　Plaintiff,<br>　　　v.<br>THE LAZARUS-SCHY FAMILY PARTNERSHIP, a Florida general partnership, *et al.*,<br>　　　　　Defendants. | Adv. Pro. No. 10-05190 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

　　　Upon consideration of the application of Becker & Poliakoff LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants The Lazarus-Schy Family Partnership, A Florida General Partnership, The Schy Family Partnership, A Florida General Partnership, Zipora Lazarus, Ira Schy, Rose Schy, Michael Lazarus, Jared Lazarus, Terry Lazarus, Linda Lazarus, Ida Lazarus, Elan Schy, Lisa Schy, Steve Schy, Doran Schy, B. S., A Minor, J. S., A Minor, M. S., A Minor, And Abe Schy, As An Individual, And As Custodian For B. S., J. S., And M. S., (the "BP Defendants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all

{N0086395 }

pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the BP Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Becker & Poliakoff LLP is granted leave to withdraw as counsel for the BP Defendants and is hereby deemed removed as counsel for the BP Defendants in this proceedings.

Dated:   August ___, 2015
        New York, New York

Hon. Stuart M. Bernstein
UNITED STATES BANKRUPTCY JUDGE