# **EXHIBIT 1**

Exhibit B

**BLMIS ACCOUNT NO. 1CM100 - JUDY L KAUFMAN ET AL TIC**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 1/4/1993 | TRANS FROM 1C009230 (1C0092) | 111,174 [1] | - | - | 100,000 | - | 100,000 | - | - | - |
| 4/1/1993 | CHECK | 25,000 | 25,000 | - | - | - | 125,000 | - | - | - |
| 7/1/1993 | CHECK | 25,000 | 25,000 | - | - | - | 150,000 | - | - | - |
| 12/23/1993 | CHECK | 25,000 | 25,000 | - | - | - | 175,000 | - | - | - |
| 4/4/1994 | CHECK | 9,000 | 9,000 | - | - | - | 184,000 | - | - | - |
| 4/4/1994 | CHECK | 16,000 | 16,000 | - | - | - | 200,000 | - | - | - |
| 12/30/1994 | CHECK | 65,000 | 65,000 | - | - | - | 265,000 | - | - | - |
| 12/30/1994 | CHECK | 65,000 | 65,000 | - | - | - | 330,000 | - | - | - |
| 12/26/1996 | CHECK | 44,000 | 44,000 | - | - | - | 374,000 | - | - | - |
| 12/26/1996 | CHECK | 16,000 | 16,000 | - | - | - | 390,000 | - | - | - |
| 12/31/1996 | CHECK | 15,000 | 15,000 | - | - | - | 405,000 | - | - | - |
| 1/2/1998 | CHECK | 25,000 | 25,000 | - | - | - | 430,000 | - | - | - |
| 12/21/2001 | CHECK | 80,000 | 80,000 | - | - | - | 510,000 | - | - | - |
| 4/25/2002 | CHECK | 50,000 | 50,000 | - | - | - | 560,000 | - | - | - |
| 4/25/2002 | CHECK | 75,000 | 75,000 | - | - | - | 635,000 | - | - | - |
| 4/25/2002 | CHECK | 100,000 | 100,000 | - | - | - | 735,000 | - | - | - |
| 12/27/2002 | CHECK | 100,000 | 100,000 | - | - | - | 835,000 | - | - | - |
| 12/29/2003 | CHECK | 100,000 | 100,000 | - | - | - | 935,000 | - | - | - |
| 1/4/2005 | CHECK | 33,700 | 33,700 | - | - | - | 968,700 | - | - | - |
| 1/4/2006 | CHECK | (550,000) | - | (550,000) | - | - | 418,700 | - | - | - |
| 1/9/2006 | CHECK | 75,000 | 75,000 | - | - | - | 493,700 | - | - | - |
| 4/3/2006 | CHECK | (200,000) | - | (200,000) | - | - | 293,700 | - | - | - |
| 6/16/2006 | RETURNED CHECK | (75,000) | - | (75,000) | - | - | 218,700 | - | - | - |
| 6/19/2006 | RETURNED CHECK | 75,000 | - | 75,000 | - | - | 293,700 | - | - | - |
| 7/3/2006 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (456,300) | - | - | (366,300) |
| 10/2/2006 | CHECK | (100,000) | - | (100,000) | - | - | (556,300) | - | - | (100,000) |
| 1/2/2007 | STOP PAYMENT | 30,000 | - | 30,000 | - | - | (526,300) | - | - | - |
| 1/2/2007 | CHECK | (30,000) | - | (30,000) | - | - | (556,300) | - | (30,000) | (30,000) |
| 1/3/2007 | CHECK | (30,000) | - | (30,000) | - | - | (586,300) | - | - | - |
| 1/3/2007 | CHECK | 50,000 | 50,000 | - | - | - | (536,300) | - | - | - |
| 4/3/2007 | CHECK | (100,000) | - | (100,000) | - | - | (636,300) | - | (100,000) | (100,000) |
| 10/2/2007 | CHECK | (70,000) | - | (70,000) | - | - | (706,300) | - | (70,000) | (70,000) |
| 7/2/2008 | CHECK | 40,000 | 40,000 | - | - | - | (666,300) | - | - | - |
| | **Total:** | $ 1,033,700 | $ 1,033,700 | $ (1,800,000) | $ 100,000 | $ - | $ (666,300) | $ - | $ (200,000) | $ (666,300) |

[1] Although BLMIS statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the applicable principal was transferred into this account on this date.