**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY PLESENT, <br><br> Defendant. | Adv. Pro. No. 10-04375 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before which Defendant Stanley Plesent (the "Defendant") may move, answer or otherwise respond to the complaint (the "Complaint") filed in the above-referenced adversary proceeding (the "Adversary Proceeding") is extended up to and including October 5, 2015.

The purpose of this stipulated extension is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint.  This is the Twenty-Sixth such extension.  Nothing in this stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendant:  (i) expressly represents that as of the date of this stipulation, the Defendant represented by the undersigned counsel in the Adversary Proceeding is alive or that counsel has previously provided notice to the Trustee in writing of the Defendant's death; (ii) expressly agrees to notify the Trustee in writing of the death of the Defendant within thirty (30) days of the date of the Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the Defendant; and (iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the Defendant's estate or personal representative/executor and/or (c) advising the Trustee who will represent the Defendant's estate herein and in any probate proceeding.  For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue

beyond the time period addressed by the stipulation and shall be ongoing for the duration of the Adversary Proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.  This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 10106) in the above-captioned case (No. 08-01789 (SMB)).

Dated: New York, New York          By:  /s/ Howard L. Simon
       August 7, 2015              Howard L. Simon (hsimon@windelsmarx.com)
                                   Kim M. Longo (klongo@windelsmarx.com)
                                   John J. Tepedino (jtepedino@windelsmarx.com)
                                   Windels Marx Lane & Mittendorf, LLP
                                   156 West 56th Street
                                   New York, New York 10019
                                   Telephone: (212) 237-1000
                                   Facsimile: (212) 262-1215

                                   *Special Counsel for Irving H. Picard, Trustee for the
                                   Substantively Consolidated SIPA Liquidation of Bernard L.
                                   Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: New York, New York          By:  /s/ Richard Levy, Jr.
       August 7, 2015              Richard Levy, Jr. (rlevy@pryorcashman.com)
                                   Pryor Cashman LLP
                                   7 Times Square
                                   New York, NY 10036-6569
                                   Telephone:  (212) 326-0886
                                   Fascimile: (212) 326-0806 or (212) 798-6393

                                   *Attorneys for Defendant*