**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>　　　　　Defendants. | Adv. Pro. No. 09-01182 (SMB)<br><br>Civil Case No. _____ |

**NOTICE OF TRUSTEE'S MOTION TO WITHDRAW THE REFERENCE**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the papers filed and proceedings had herein, Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), respectfully moves the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-1, to withdraw the reference to the United States Bankruptcy Court for the Southern District of New York of the above-captioned adversary proceeding.

The Trustee has not made a prior request to this Court or to any other court for the relief requested by this Motion.

Dated: New York, New York  
       August 10, 2015

Respectfully submitted,

By: */s/ David J. Sheehan*  
David J. Sheehan  
dsheehan@bakerlaw.com  
Lan Hoang  
lhoang@bakerlaw.com  
Seanna R. Brown  
sbrown@bakerlaw.com  
Brian Song  
bsong@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: 212.589.4200  
Facsimile: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*