**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> JOHN DENVER CONCERTS, INC. PENSION PLAN TRUST, and HAROLD A. THAU, in his capacity as Trustee of the John Denver Concerts, Inc. Pension Plan Trust, <br><br> Defendants. | Adv. Pro. No. 10-05089 (SMB) |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants John Denver Concerts, Inc. Pension Plan Trust and Harold A. Thau, in his capacity as Trustee of the John Denver Concerts, Inc. Pension Plan Trust; and

**WHEREAS**, on or about July 15, 2012 Howard Grossman succeeded Harold A. Thau as the Trustee of the John Denver Concerts, Inc. Pension Plan Trust.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, John Denver Concerts, Inc. Pension Plan Trust, Harold A. Thau in his capacity as the former Trustee of the John Denver Concerts, Inc. Pension Plan Trust, and Howard Grossman as the successor Trustee of the John Denver Concerts, Inc. Pension Plan Trust, as follows:

1.      Howard Grossman, in his capacity as the Trustee of the John Denver Concerts, Inc. Pension Plan Trust is hereby substituted into this action in place of Harold A. Thau and the complaint shall be deemed so amended.

2.      The Clerk of the Court is hereby directed to amend the caption to remove Harold A. Thau and substitute Howard Grossman in his capacity as the Trustee for the John Denver Concerts, Inc. Pension Plan Trust as reflected on Exhibit A to this Stipulation.

3.      Counsel for Defendants: (i) expressly represents that they have the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment

2

noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  August 11, 2015

New York, New York

**BAKER & HOSTETLER LLP**                    MILBERG LLP


By: /s/    *Nicholas J. Cremona*                    By:  /s/ *Matthew A. Kupillas*
45 Rockefeller Plaza                              One Pennsylvania Plaza, 49th Floor
New York, New York 10111                          New York, New York 10119
Telephone:  212.589.4200                          Telephone: 212.594.5300
Facsimile:  212.589.4201                          Facsimile: 212.868.1229
David J. Sheehan                                  Matthew A. Kupillas
Email:  dsheehan@bakerlaw.com                     Email:  MKupillas@milberg.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Christa C. Turner
Email:  cturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*        *Attorneys for Defendants*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*


SO ORDERED.
Dated: August 11th, 2015
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>JOHN DENVER CONCERTS, INC. PENSION PLAN TRUST, and HOWARD GROSSMAN, in his capacity as Trustee of the John Denver Concerts, Inc. Pension Plan Trust,<br><br>    Defendants. | Adv. Pro. No. 10-05089 (SMB) |