**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PANAGIOTIS SAKELLARIOU SETTLEMENT, an irrevocable trust u/a/d 12/17/92, SG HAMBROS BANK & TRUST (BAHAMAS) LIMITED, in its capacity as trustee of the Panagiotis Sakellariou Settlement an irrevocable trust u/a/d 12/17/92, CONSTANTINE PALEOLOGOS, individually, CELIA PALEOLOGOS, individually,<br><br>    Defendants. | Adv. Pro. No. 10-04392 (SMB) |

## **MEDIATOR'S FINAL REPORT**

   DEBORAH A. REPEROWITZ, the court-appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local

26387077v1

Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

1. Pursuant to the agreement of the parties, neither an in-person nor a telephonic mediation of the Adversary Proceeding took place. The parties, however, have negotiated throughout the mediation period with the assistance of the mediator.

2. The parties negotiated in good faith and have been unable to reach a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding.

3. The parties have concluded that there would be no further point to continuing mediation and upon the consent of the parties, the mediator hereby reports that the parties have not settled the Adversary Proceeding, and the mediation is concluded.

Dated: August 12, 2015
      New York, New York

                                                 */s/ Deborah A. Reperowitz*
                                               Deborah A. Reperowitz, Mediator

26387077v1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2015, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                                   /s/ *Deborah A. Reperowitz*
                                                                  Deborah A. Reperowitz

26387077v1