# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>       Plaintiff-Applicant,  <br><br>v.  <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)  <br><br>SIPA LIQUIDATION  <br><br>(Substantively Consolidated) |
| In re:  <br><br>BERNARD L. MADOFF,  <br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  <br><br>       Plaintiff,  <br><br>v.  <br><br>TOBY T. HOBISH, as an individual, and LI RAM L.P., a New York limited partnership,  <br><br>       Defendants. | Adv. Pro. No.10-05236 (SMB) |

300366457.3