**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Jorian L. Rose
Nicholas J. Cremona
Amy E. Vanderwal
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S MOTION**
**AND MEMORANDUM TO AFFIRM HIS DETERMINATIONS**
**DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN**
**THE WHITMAN PARTNERSHIP, THE LUCKY COMPANY, THE PETITO**
**INVESTMENT GROUP, AND THE HARWOOD FAMILY PARTNERSHIP**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation

of the business of Bernard L. Madoff Investment Securities LLC  under the Securities Investor

Protection Act, 15 U.S.C. § 78aaa *et seq*. and the estate of Bernard L. Madoff, by and through his

undersigned counsel, submit this certificate pursuant to Local Bankruptcy Rule 9075-2, and

respectfully represents:

1.      On July 16, 2015, the Trustee filed the Motion and Memorandum to Affirm his

Determinations Denying Claims of Claimants Holding Interests in Whitman Partnership, the

Lucky Company, the Petito Investment Group, and the Harwood Family Partnership  (the

"Motion") (ECF No. 10704).

2.      The deadline for filing objections to the Motion expired on July 29, 2015 at 4:00

p.m.  Upon agreement of the Trustee, the Bankruptcy Court extended the deadline to object to

the Motion for the clients of Becker & Poliakoff until August 3, 2015.  A hearing on the Motion

has been scheduled for August 26, 2015 at 10:00 a.m.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i)

claimants listed in Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal (ECF No.

10706); (ii) all parties included in the Master Service List as defined in the Order Establishing

Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this

case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New

York; and (vii) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4.      Counsel for the Trustee has reviewed the Court's docket not less than forty-eight

(48) hours after expiration of the time to file an objection, as extended, and to date, no objection,

responsive pleading, or request for a hearing with respect to the Motion appears thereon.

Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in

the Motion.

5.      An electronic copy of a proposed order (the "Order"), that is substantially in the

form of the proposed order that was annexed to the Motion will be submitted to the Court, along

with this certificate.

6.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing, but notes that the Claimants are both pro se and

represented by counsel.

Dated: New York, New York
       August 13, 2015

By:   */s/David J. Sheehan*
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111
       Tel:  (212) 589-4200
       Fax:  (212) 589-4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Jorian L. Rose
       Email: jrose@bakerlaw.com
       Nicholas J. Cremona
       Email: ncremona@bakerlaw.com
       Amy E. Vanderwal
       Email: avanderwal@bakerlaw.com
       George Klidonas
       Email: gklidonas@bakerlaw.com

       *Attorneys for Plaintiff Irving H. Picard, Trustee for
       the Substantively Consolidated SIPA
       Liquidation of Bernard L. Madoff Investment
       Securities LLC and the Estate of Bernard L. Madoff*

300366697.2