**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Elyssa S. Kates
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br>     v.<br><br>RIP INVESTMENTS, LP, VILLAGE HOOK, LLC, as General Partner, SIDNEY KIMMEL REVOCABLE TRUST DATED MAY 17, 2001, and SIDNEY KIMMEL, Individually and as Trustee,<br><br>                              Defendants. | Adv. Pro. No. 10-05289 (SMB) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were completed: April 30, 2014

2. Fact Discovery shall be completed by: September 15, 2015

3. The Deadline for Service of Substantive Interrogatories was: November 13, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: January 5, 2016

5. The Disclosure of Rebuttal Experts shall be due: February 3, 2016

6. The Deadline for Completion of Expert Discovery shall be: April 4, 2016

7. The Deadline for Service of a Notice of Mediation Referral shall be: July 5, 2016

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 18, 2016

9. The Deadline for Conclusion of Mediation shall be: November 15, 2016

[*The Remainder of this Page is Intentionally Left Blank*]

300366499.2

| | |
|---|---|
| Dated: New York, New York<br>August 13, 2015 | BAKER & HOSTETLER LLP<br><br>By:  */s/ Marc E. Hirschfield*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Elyssa S. Kates<br>Jessie A. Kuhn<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff*<br>*Investment Securities LLC and for the Estate*<br>*of Bernard L. Madoff* |

300366499.2