UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Marcus Family Limited Partnership (the "Claimant"), having filed an objection (the "Objection"), Docket No. 00872 to Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002880), hereby gives notice that it withdraws such Objection.

Dated: August 7, 2015

                       Joshua E. Keller on behalf of
                       The Marcus Family Limited Partnership
                       Milberg LLP
                       One Pennsylvania Plaza, 49th Floor
                       New York, NY 10119