UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Steven V. Marcus Separate Property of the Marcus Family Trust (the "Claimant"), having filed an objection (the "Objection"), Docket No. 00873 to Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002882), hereby gives notice that it withdraws such Objection.

Dated: August 7, 2015

Joshua E. Keller on behalf of
Steven V. Marcus Separate Property of the
Marcus Family Trust
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119