**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
hchaitman@bplegal.com
*Attorneys for Defendants RAR Entrepreneurial Fund, Ltd.*
*and Russell Oasis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                    Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                    Defendant. | SIPA LIQUIDATION <br><br> Adv. Pro. No. 08-01789 (SMB) <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>                    Plaintiff, <br><br> v. <br><br> RAR ENTREPRENEURIAL FUND, LTD., et al., <br><br>                    Defendants. | Adv. Pro. No. 10-04352 (SMB) <br><br> Appeal No. _____ |

**APPELLANTS' ITEMS DESIGNATED FOR THE RECORD ON APPEAL**
**AND STATEMENT OF ISSUES ON APPEAL**

PLEASE TAKE NOTICE that Defendants RAR Entrepreneurial Fund, Ltd. and Russell Oasis ("Appellants"), pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8003, hereby identify the following issue(s) to be presented on appeal and designate the items to

{N0087307 2 }

be included in the record on appeal to the United States District Court for the Southern District of New York from the *Order Granting in Part and Denying in Part Defendants' Motion to Dismiss* entered on July 16, 2015 in their adversary proceeding (ECF No. 65), and related *Memorandum Decision Regarding Omnibus Motion to Dismiss* entered on June 2, 2015 (ECF No. 61), (Hon. Stuart M. Bernstein).

### STATEMENT OF ISSUE TO BE PRESENTED ON APPEAL

Did the Bankruptcy Court err in holding, as a matter of law, that the Trustee's 15% interest in the fees paid to his law firm, Baker & Hostetler LLP, by the Securities Investor Protection Corporation does not violate the Appellants' due process rights when the Trustee is, admittedly, a quasi-governmental official and he has an economic interest in prosecuting litigation, regardless of the merits of the litigation?

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Appellants hereby designate the following items to be included in the record on appeal:

*Picard v. RAR Entrepreneurial Fund, Ltd, et al., Adv. Pro. No. 10-04352 (Bankr. S.D.N.Y.)*

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| 10/31/2013 | 48 | Motion to Dismiss Adversary Proceeding filed by Helen Chaitman on behalf of Defendants listed on Exhibits A and B to the Notice of Motion; Declaration of Helen Davis Chaitman, Esq. in Support of Defendants' Motion with Exhibits 1-5. (Chaitman, Helen) |
| 11/1/2013 | 49 | Omnibus Memorandum of Law in Support of Motions to Dismiss (related document(s)48) filed by Julie Gorchkova on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD. (Gorchkova, Julie) |
| 11/26/2013 | 50 | Letter to Honorable Burton R. Lifland filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Attachments: # 1 Declaration # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G)(Chaitman, Helen) Modified on 12/2/2013 (Richards, Beverly). |
| 1/17/2014 | 53 | Opposition Brief Memorandum of Law of the Securities Investor Protection Corporation in Opposition to Defendants' Motions to |

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| | | Dismiss (related document(s)48) filed by Kevin H. Bell on behalf of SIPC. (Attachments: # 1 Certificate of Service) (Bell, Kevin) |
| 1/17/2014 | 54 | Opposition /Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss (related document(s)49, 48) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) |
| 1/17/2014 | 55 | Declaration /Declaration of Nicholas J. Cremona, pursuant to 28 U.S.C. § 1746, in Support of Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss (related document(s)54) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Murphy, Keith) |
| 2/21/2014 | 59 | Reply Declaration of Helen Davis Chaitman in further support of Motions to Dismiss (related document(s)48) filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Attachments: # 1 Exhibit # 2 Exhibit) (Chaitman, Helen) |
| 2/21/2014 | 60 | Reply Memorandum of Law Defendants' Omnibus Reply Brief in Further Support of Motions to Dismiss filed by Julie Gorchkova on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Gorchkova, Julie) |
| 6/2/2015 | 61 | Written Opinion Signed On 6/2/2015. Re: Memorandum Decision Regarding Omnibus Motions To Dismiss (Greene, Chantel) |
| 6/15/2015 | 62 | Notice of Settlement of an Order regarding June 2, 2015 Decision re: Omnibus Motions to Dismiss (related document(s)61) filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Cremona, Nicholas) |
| | 64 | Affidavit of Service (related document(s)62) Filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) |
| 7/16/2015 | 65 | Order Signed On 07/16/2015 Re: Granting In Part And Denying In PartDefendants Motions To Dismiss (Greene, Chantel). |
| 7/30/2015 | 66 | Notice of Appeal (related document(s)65) filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Chaitman, Helen) |
| 7/30/2015 | 67 | Motion for Leave to Appeal Notice of Motion for Leave to Appeal Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (related document(s)65) filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Chaitman, Helen) |

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| 7/30/2015 | 68 | Memorandum of Law Memorandum of Law in Support of Motion for Leave to Appeal (related document(s)67) filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Chaitman, Helen) |
| 7/30/2015 | 69 | Declaration of Helen Davis Chaitman in Support of Motion for Leave to Appeal (related document(s)67) filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Chaitman, Helen) |
| 7/30/2015 | 70 | Certificate of Service [ECF Nos. 66, 67, 68, 69] (related document(s)67) Filed by Helen Chaitman on behalf of Russell Oasis, RAR Entrepreneurial Fund, LTD.,. (Chaitman, Helen) |

*SIPC v. BLMIS, 08-01789 (SMB)*

| FILING DATE | ECF NO. | DESCRIPTION |
|---|---|---|
| 9/5/2014 | 7871 | So Ordered Memorandum Endorsed Order Signed On 9/5/2014. Re: The Court Declines To Sign This Order To Show Cause Because No Additional Hearing Is Necessary. Instead, The Court Will Consider The Defendants Proposed Submission To Supplement Their Motions To Dismiss At The Hearing On Those Motions. The Trustee And SIPC May Serve And File Letter Responses Not Exceeding Three Pages Each To The Issue Raised By The Proposed Submission No Later Than September 12, 2014. The Defendants Counsel Is Directed To Serve A Copy Of This Order And The Papers To Which It Refers No Later Than 5 Pm On September 5, 2014 Upon Counsel For The Trustee And SIPC By Email Or Facsimile. (Greene, Chantel) |
| 9/5/2014 | 7872 | Declaration of Helen Davis Chaitman, Esq. in Support of Defendants' Application to File this Declaration in Further Support of Motions to Dismiss filed by Helen Chaitman on behalf of Robert Roman. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Chaitman, Helen) |
| 9/12/2014 | 7936 | Letter dated September 12, 2014 to the Honorable Stuart M. Bernstein (related document(s)7862) filed by Nicholas Cremona on behalf of Irving H. Picard. (Cremona, Nicholas) |
| 11/11/2014 | 8636 | Transcript regarding Hearing Held on 9/17/2014 1:32PM RE: Status Conference re Affect Dist. Ct. Extraterritoriality Order; Becker & Poliakoff LLP Motions to Dismiss and Motions to Dismiss Listed on Appendix A to the Trustees February 20 Letter to the Court, as amended. |

August 13, 2015

                                              **BECKER & POLIAKOFF LLP**

                      By:   /s/ Helen Davis Chaitman
                              Helen Davis Chaitman
                              45 Broadway
                              New York, New York 10006
                              (212) 599-3322

                              *Attorneys for Defendants RAR Entrepreneurial Fund, Ltd. and Russell Oasis*

## CERTIFICATE OF SERVICE

I, Chelsey Davis, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2015

                                                            */s/ Chelsey Davis*