**BakerHostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05080 (SMB) |
| Plaintiff, | |
| v. | |
| BERTRAM BROMBERG TRUST UAD 5/26/06, | |
| BERTRAM BROMBERG, individually and in his capacities as settlor, beneficiary, and trustee of the Bertram Bromberg Trust UAD 5/26/06, | |
| GLORIA BROMBERG TRUST UAD 5/26/06, | |
| GLORIA BROMBERG, individually and in her capacities as settlor, beneficiary, and trustee of the | |

Gloria Bromberg Trust UAD 5/26/06,

        Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: July 15, 2014

2. Fact Discovery shall be completed by: December 11, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: March 8, 2016

4. The Disclosure of Rebuttal Experts shall be due: April 8, 2016

5. The Deadline for Completion of Expert Discovery shall be: July 8, 2016

6. The Deadline for Mediation Referral shall be: September 9, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 23, 2016

8. The Deadline for Conclusion of Mediation shall be: January 20, 2017

Dated: August 14, 2015

                                    **BAKER & HOSTETLER LLP**

Of Counsel:                              By: */s/ Nicholas J. Cremona*
                                         45 Rockefeller Plaza
                                         New York, New York 10111

**BAKER HOSTETLER LLP**          Telephone: (212) 589-4200
811 Main, Suite 1100              Facsimile: (212) 589-4201
Houston, Texas 77002            David J. Sheehan
Telephone: 713.751.1600        Email: dsheehan@bakerlaw.com
Fax: 713.751.1717                 Nicholas J. Cremona
Dean D. Hunt                       Email: ncremona@bakerlaw.com
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*