UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re: BERNARD L. MADOFF INVESTMENT    : NOTICE OF CLAIM
SECURITIES LLC,                                                        Adv. Proc. No. 08-0179:
        Debtor.                              :    SIPA LIQUIDATION
-------------------------------------------------------------X

Evelyn Goldberg Estate, Beneficiary
under LWT of Simon Goldberg Estate        :
- against -
IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff : Investment Securities LLC, :

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
-------------------------------------------------------------X
In re:                                                                          File No. 3169/1985
   Simon Goldberg Estate                                SURROGATE COURT

-------------------------------------------------------------X

TO:
Stuart M. Bernstein, United States Bankruptcy Judge    Cert. No. 7014 0510 0000 1632 0110
Nora Anderson, New York County Surrogate               Cert. No. 7014 0510 0000 1632 0127
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
Lisa Barbieri, Assistant Attorney General, New York State, Charities Division
Emily Madoff, Esq., Wolf Popper, (Madoff Feeder Fund)
John Fisher, Esq., Attorney for Simon Goldberg Estate
Daniel Padernacht, Attorney for Evelyn Goldberg Estate

Dean Loren, Evelyn Goldberg Executior, hereby in his Executor Capacity and inherent powers to marshal all assets known to the Evelyn Goldberg Estate,

Hereby Gives Notice of Claim To:
1. Irving H. Picard, Trustee of claims in the amount of $2,000,000 for
    Emily Madoff, John Fisher, and Wolf Popper's Guardian ad litem actions from 1988
    to Current; and
    Irving Picard's actions associated with Irving Picard and Bank of New York's Phantom
    Las Vegas Bank Account Tax ID 941687665 Act No 04795939800000 in NY County
    Surrogate Court, Simon Goldberg Estate 3169/1985 and Evelyn Goldberg Estate
    4314/2008
2. Nora Anderson, Surrogate of monies in SCPA §2220 for the benefit of Evelyn Goldberg
Estate in the amount of $1,000,000.

                                    8/7/15
Dean Loren, Executor
Estate of Evelyn Goldberg

cc:
David J. Sheehan, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza New York, NY 10111, Attorney for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
Emily Madoff, Esq., Wolf Popper, Madoff Surrogate Court Feeder Fund, 845 3rd Ave, #12, NY NY 10022
Lisa Barbieri, Assistant Attorney General, Charities Division, 120 Broadway, NY, NY 10271
John Fisher, Attorney for Simon Goldberg Estate, Hamburger Weinschenck Fisher, 36 W. 44th Street #1215, NY, NY 10036
Dan Padernacht, Attorney for Evelyn Goldberg Estate, 68 West 238th St, Bronx, NY 10463
Dean Loren, Executor, Evelyn Goldberg Estate, PO Box 34, NY, NY 10002