**MILBERG LLP**
Matthew A. Kupillas
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
Email: mkupillas@milberg.com

*Attorney for Norton A. Eisenberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04576 (SMB) |
| Plaintiff, | |
| v. | |
| NORTON A. EISENBERG, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

    I, Matthew A. Kupillas, hereby certify that on the 17th day of August, 2015, I electronically filed DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

                                                *s/ Matthew A. Kupillas*
                                                Matthew A. Kupillas

655739v1