**SEEGER WEISS LLP**
Parvin K. Aminolroaya
77 Water Street, 26th Floor
New York, NY 10005
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799
paminolroaya@seegerweiss.com

*Counsel for Jonathan Sobin*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (smb) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04540 (smb) |
| Plaintiff, | |
| v. | |
| JONATHAN SOBIN, | |
| Defendant. | |

## **CERTIFICATE FO SERVICE**

I, Parvin K. Aminolroaya, hereby certify that on the 17th day of August, 2015, I electronically filed Defendant's ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

Dated: August 17, 2015

s/ Parvin K. Aminolroaya
Parvin K. Aminolroaya