BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 20, 2015 AT 11:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.    Eighteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 12/1/2014 to 3/31/2015, fee: $40,137,902.19, expenses: $302,255.56. Filed by Baker & Hostetler, LLP (Filed: 7/22/2015) [Docket No. 10814]

B.    Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Schiltz & Schiltz, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $32,048.69, expenses: $2,083.16. Filed by Schiltz & Schiltz (Filed: 7/22/2015) [Docket No. 10790]

C.    Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $22,862.41, expenses: $5,913.59. Filed by Higgs & Johnson (Filed: 7/22/2015) [Docket No. 10791]

D.    Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Sorokor - Agmon, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $47,513.99, expenses: $0. Filed by Sorokor - Agmon (Filed: 7/22/2015) [Docket No. 10792]

E.    Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $15,197.27, expenses: $787.63. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 7/22/2015) [Docket No. 10793]

F.    Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for SCA Creque, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $6,352.64, expenses: $0. Filed by SCA Creque (Filed: 7/22/2015) [Docket No. 10794]

G.    Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $178,476.75, expenses: $2,607.73. Filed by Young, Conaway, Stargatt & Taylor, LLP (Filed: 7/22/2015) [Docket No. 10795]

H.      Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Williams, Barristers & Attorneys, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $176,920.86, expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 7/22/2015) [Docket No. 10796]

I.      Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Taylor Wessing, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $9,433.02, expenses: $0. Filed by Taylor Wessing (Filed: 7/22/2015) [Docket No. 10797]

J.      Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for UGGC & Associes, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $79,354.36, expenses: $564.09. Filed by UGGC & Associes (Filed: 7/22/2015) [Docket No. 10798]

K.      Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Triay Stagnetto Neish, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $59,083.74, expenses: $14,297.20. Filed by Triay Stagnetto Neish (Filed: 7/22/2015) [Docket No. 10801]

L.      Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Werder Vigano, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $10,715.40, expenses: $8.30. Filed by Werder Vigano (Filed: 7/22/2015) [Docket No. 10802]

M.      Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Browne Jacobson, LLP, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $1,461,010.56, expenses: $1,262.56. Filed by Browne Jacobson, LLP (Filed: 7/22/2015) [Docket No. 10803]

N.      Seventeenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 and Request for Partial Release of Holdback for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $2,768,206.00, expenses: $24,720.85. Filed by Windels Marx Lane & Mittendorf, LLP (Filed: 7/22/2015) [Docket No. 10804]

O.      Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of
        Interim Compensation for Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for
        Eugene F. Collins, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $18,241.18,
        expenses: $9.92. Filed by Eugene F. Collins (Filed: 7/22/2015) [Docket No. 10805]

P.      Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance
        of Interim Compensation for Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from December 1, 2014 through March 31, 2015 for Ritter
        & Ritter Advokatur, Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $3,704.82,
        expenses: $0. Filed by Ritter & Ritter Advokatur (Filed: 7/22/2015) [Docket No. 10806]

Q.      Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim
        Compensation for Services Rendered and Reimbursement of Actual and Necessary
        Expenses Incurred from December 1, 2014 through March 31, 2015 for Cochran Allan,
        Special Counsel, period: 12/1/2014 to 3/31/2015, fee: $355.50, expenses: $0. Filed by
        Cochran Allan (Filed: 7/22/2015) [Docket No. 10808]

R.      Application of Spizz Cohen & Serchuk as Special Counsel to the Trustee for Allowance
        of Interim Compensation for Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from December 1, 2014 through April 10, 2015 as well as
        Reimbursement of Fees Previously Held Back by SIPC for Spizz Cohen & Serchuk, P.C.,
        Special Counsel, period: 12/1/2014 to 4/10/2015, fee: $10,817.10, expenses: $0.00. Filed
        by Spizz Cohen & Serchuk, P.C. (Filed: 7/22/2015) [Docket No. 10809]

S.      Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for
        Allowance of Interim Compensation for Services Rendered and Reimbursement of
        Actual and Necessary Expenses Incurred from December 1, 2014 through March 31,
        2015 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 12/1/2014 to 3/31/2015,
        fee: $4,590.00, expenses: $0. Filed by Kelley, Wolter & Scott, P.A.
        (Filed: 7/22/2015) [Docket No. 10811]

T.      Application of La Tanzi, Spaulding & Landreth, P.C. as Special Counsel to the Trustee
        for Allowance of Interim Compensation for Services Rendered and Reimbursement of
        Actual and Necessary Expenses Incurred from December 1, 2014 through March 31,
        2015 for La Tanzi, Spaulding & Landreth, P.C., Special Counsel, period: 12/1/2014 to
        3/31/2015, fee: $1,053.00, expenses: $107.90. Filed by La Tanzi, Spaulding & Landreth,
        P.C. (Filed: 7/22/2015) [Docket No. 10812]

U.      First and Final Application of Goldstein & Russell, P.C. as Special Counsel to the
        Trustee for Allowance of Interim Compensation for Services Rendered and
        Reimbursement of Actual and Necessary Expenses Incurred from February 2, 2015
        through June 30, 2015 for Goldstein & Russell, P.C., Special Counsel, period: 2/2/2015
        to 6/30/2015, fee: $133,848.00, expenses: $0. Filed by Goldstein & Russell, P.C.
        (Filed: 7/22/2015) [Docket No. 10813]

<u>Related Documents</u>:

1.      Notice of Hearing on Eighteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2014 through March 31, 2015. Filed by David J. Sheehan (Filed: 7/22/2015) [Docket No. 10815]

<u>Responses Filed</u>:

2.      Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10838]

3.      Recommendation of the Securities Investor Protection Corporation in Support of the Seventeenth Application of Windels Marx Lane & Mittendorf LLP, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10839]

4.      Recommendation of the Securities Investor Protection Corporation in Support of Thirteenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10840]

5.      Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of Kelley, Wolter & Scott, P.A., for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10841]

6.      Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Cochran Allan for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10842]

7.      Recommendation of the Securities Investor Protection Corporation in Support of Third Application of La Tanzi Spaulding & Landreth, P.C., for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10843]

8.      Recommendation of the Securities Investor Protection Corporation in Support of First and Final Application of Goldstein & Russell, P.C., for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10844]

9.    Recommendation of the Securities Investor Protection Corporation in Support of Second and Final Application of Spizz Cohen & Serchuk, P.C. for Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10845]

10.   Recommendation of the Securities Investor Protection Corporation in Support of Eighteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 7/24/2015) [Docket No. 10846]

Objections Due:              August 13, 2015

Objections Filed:            NONE

Status: This matter is going forward.

## 2. Picard v. 1096-1100 River Road Associates, LLC, et al.; Adv. Pro. No. 10-05390

A.    Discovery Conference

Related Documents:

1.    Letter to Honorable Stuart M. Bernstein Concerning Discovery Deficiencies (Filed: 8/6/2015) [Docket No. 48]

2.    Notice of Hearing Regarding Status Conference (Filed: 8/7/2015) [Docket No. 49]

Status: This matter is going forward.

Dated: New York, New York            Respectfully submitted,
       August 17, 2015

                                     /s/ David J. Sheehan
                                     Baker & Hostetler LLP
                                     45 Rockefeller Plaza
                                     New York, New York 10111
                                     Telephone: (212) 589-4200
                                     Facsimile: (212) 589-4201
                                     David J. Sheehan
                                     Email: dsheehan@bakerlaw.com
                                     Keith R. Murphy
                                     Email: kmurphy@bakerlaw.com
                                     Seanna R. Brown
                                     Email: sbrown@bakerlaw.com
                                     Heather R. Wlodek
                                     Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

300366430