PRYOR CASHMAN LLP
Richard Levy, Jr.
David C. Rose
Eric D. Dowell
7 Times Square
New York, New York 10036
(212) 421-4100
rlevy@pryorcashman.com
drose@pryorcashman.com
edowell@pryorcashman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :       Adv. Pro. No. 08-1789 (SMB)
                                         :
            Plaintiff-Applicant,         :       SIPA LIQUIDATION
                                         :
        - against -                      :       (Substantively Consolidated)
                                         :
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
            Defendant.                   :
---------------------------------------------------------------x
In re:                                   :
                                         :
BERNARD L. MADOFF,                       :
                                         :
            Debtor.                      :
---------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                         :
            Plaintiff,                   :
                                         :       Adv. Pro. No. 10-05239 (SMB)
        - against -                      :
                                         :       <u>JURY TRIAL DEMANDED</u>
ROBERT FRIED and JOANNE FRIED,           :
individually and in their capacities as joint tenants :
with rights of survivorship,             :
                                         :       ECF Case
            Defendants.                  :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, David L. Stevens, hereby certify that I am over the age of 18 years, am not a party to this action, and am employed by the law firm of Pryor Cashman LLP, counsel for defendants Robert Fried and Joanne Fried, at 7 Times Square, New York, New York 10036.

On August 17, 2015, I caused a true and correct copy of the following document to be filed electronically with the Court and to be served electronically through the Court's CM/ECF system upon counsel for the Plaintiff in this action who receive electronic service through CM/ECF.

- Answer and Affirmative Defenses [Dkt. No. 11084]

Dated:  New York, New York
        August 17, 2015

                                                            /s/ David L. Stevens