**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05144 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF BERNARD J. KESSEL; THE BERNARD KESSEL INC. PENSION PLAN AND TRUST; and IRIS STEEL, in her capacity as Trustee of the Bernard Kessel Inc. Pension Plan and Trust and as Executrix of the Estate of Bernard J. Kessel, | |
| Defendants. | |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 1, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures,¶ 5A. Through this Notice of Mediation Referral, the Trustee and Defendants (the "Parties") hereby state that they have completed discovery in the above-referenced adversary proceeding and agree to be referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Date: August 17, 2015
   New York, New York

| | |
|---|---|
| By: */s/ Nicholas J. Cremona* <br> **BAKER & HOSTETLER LLP** <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589-4200 <br> Facsimile:  212.589-4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email:  ncremona@bakerlaw.com <br><br> 811 Main Street, Suite 1100 <br> Houston, Texas 77002-5018 <br> Telephone: 713.751.1600 <br> Facsimile: 713.751.1717 <br> Dean D. Hunt <br> Email: dhunt@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | By: */s/Richard B. Feldman* <br> **ROSENBERG FELDMAN SMITH LLP** <br> 551 Fifth Avenue, 24th Floor <br> New York, New York 10176 <br> Telephone:  212.682.3454 <br> Richard B. Feldman <br> Email: rfeldman@rfs-law.com <br><br> *Attorneys for the Estate of Bernard J. Kessel, the Bernard Kessel Inc. Pension Plan and Trust, and Iris Steel* |