UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (SMB) |
| V. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | |
| Defendant. | |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Debtor. | |
| IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. Nos. listed on Appendix A Attached Hereto |
| Plaintiff, | |
| V. | |
| DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO | |
| Defendant(s) | |

## ORDER EXTENDING THE TIME WITHIN WHICH DEFENDANTS MAY ANSWER THE TRUSTEE'S COMPLAINT

Upon the application (the "Application") of LAX & NEVILLE LLP ("Lax & Neville"), counsel to the Defendants listed on Appendix A attached here (collectively the "Defendants"), for entry of an order extending the date by which Defendants may answer or the complaints filed against them by Plaintiff Irving H. Picard, as trustee for the substantively consolidated

1

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, U.S.C. §§ 78aaa, *et. seq.* and the consolidated estate of Bernard L. Madoff (the "Complaints").

Accordingly, it is hereby **ORDERED** that **Defendants shall file their Answers to the Complaints on or before September 18, 2015. [SMB: 8/18/15]**

1. ~~Application is GRANTED and the Defendants shall file their Answers to the Complaints on or before September 18, 2015.~~ **[SMB: 8/18/15]**
2. ~~All other portions of the prior Order dated July 16, 2015 on Defendants' Motions to Dismiss remain unchanged and incorporated by reference.~~ **[SMB: 8/18/15]**

Dated: New York, New York
August 18th, 2015

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein, U.S.B.J.

2

# APPENDIX A

| | | |
|---|---|---|
| 1 | 10-ap-4301 | Frieda Bloom |
| 2 | 10-ap-5036 | Elinor Felcher |
| 3 | 10-ap-4289 | Fujiwara et al. |
| 4 | 10-ap-4954 | Ruth Kahn |
| 5 | 10-ap-4900 | Bonnie Kansler |
| 6 | 10-ap-5169 | Fairfield Pagma Associates, LP, et al. |
| 7 | 10-ap-4756 | Stephen B. Kaye, et al. |
| 8 | 10-ap-5246 | Francis J. Le Vine Rev. Trust, et al. |
| 9 | 10-ap-4481 | Armand Lindenbaum |
| 10 | 10-ap-4881 | Jillian Wernick Livingston |
| 11 | 10-ap-4304 | Elinor Solomon |
| 12 | 10-ap-4307 | Howard Solomon |
| 13 | 10-ap-4988 | Wallenstein/NY Partnership et al. |
| 14 | 10-ap-4467 | David S. Wallenstein |