**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
|         Plaintiff-Applicant, | SIPA Liquidation |
|    v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|         Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, | Adv. Pro. No. 10-05345 (SMB) |
|         Plaintiff, | |
|    v. | |
| CITIBANK N.A., CITICORP NORTH AMERICA, INC. and CITIGROUP GLOBAL MARKETS LIMITED, | |
|         Defendants. | |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Trustee may respond to the Motion to Dismiss filed by Defendants Citibank, N.A., Citibank North America, Inc. and Citigroup Global Markets Limited (the "Defendants") is extended up to and including December 7, 2015. It is further stipulated and agreed that the Defendants shall file any reply by February 8, 2016. The return date for this matter was previously set for November 18, 2015 at 10:00 a.m., but will be rescheduled for February 24, 2016 at 10:00 a.m. The pre-trial conference will be adjourned from December 16, 2015 at 10:00 a.m. to March 30, 2016 at 10:00 a.m.

The purpose of this stipulation extension (the "Stipulation") is to provide additional time for the Trustee to respond to the Defendants' Motion to Dismiss.  This is the nineteenth such extension.  Nothing in this Stipulation is a waiver of the Trustee's right to request from the Court a further extension of time to respond to the Defendants' Motion to Dismiss and/or the Defendants' right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.   This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 10106) in the above-captioned case (Adv. Pro. No. 08-01789 (SMB)).

*[Remainder of page intentionally left blank.]*

Dated:  August 18, 2015        /s/ Regina L. Griffin
       New York, New York     David J. Sheehan
                                    Regina L. Griffin
                                    Thomas L. Long
                                    Melissa L. Kosack
                                    BAKER & HOSTETLER LLP
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone:  (212) 589-4200
                                    Facsimile:  (212) 589-4201

                                             -and-

                                    Catherine E. Woltering
                                    BAKER & HOSTETLER LLP
                                    65 East State Street, Suite 2100
                                    Columbus, Ohio 43215
                                    Telephone: (614) 228-1541
                                    Facsimile: (614) 462-2616

*Attorneys for Irving H. Picard, Trustee for the SIPA
Liquidation of Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff*

/s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 2250-3999

*Attorneys for Defendants Citibank, N.A., Citibank North
America, Inc. and Citigroup Global Markets, Limited*