UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 17, 2015, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000505)

Executed on Aug. 17, 2015

_____
John S. Franks

Sworn to and subscribed before me this 17th day of Aug, 2015

**MARY S. BETIK**
MY COMMISSION EXPIRES
March 12, 2018

(SEAL)                                              Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 4000505**
8/17/2015

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |  |
|  | X |  | GSO Credit Alpha Fund LP | c/o GSO Capital Partners LP; Attn: Alice Taormina/Isabelle Pradel | 345 Park Avenue | 31st Floor | New York | NY | 10154 |  |