**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Terry Brennan

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>IRWIN LIPKIN, CAROLE LIPKIN, ERIC LIPKIN, ERIKA LIPKIN, individually, and in her capacity as Custodian UGMA/NJ for [name redacted] [C.L.], [name redacted] [D.L.], and [name redacted] [S.L.], [name redacted] [C.L.], by and through Erika Lipkin, parent and custodian, [name redacted] [D.L.], by and | Adv. Pro. No. 10-04218 (SMB) |

through Erika Lipkin, parent and custodian,
[name redacted] [S.L.], by and through Erika
Lipkin, parent and custodian, MARC LIPKIN,
RUSSELL LIPKIN, and KAREN YOKOMIZO
LIPKIN,

                Defendants.

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding that was previously scheduled for **August 26, 2015** has been further

adjourned to **October 28, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
       August 18, 2015

                By:     s/ *Marc E. Hirschfield*
                      Baker & Hostetler LLP
                      45 Rockefeller Plaza
                      New York, New York 10111
                      Telephone:  212.589.4200
                      Facsimile:  212.589.4201
                      David J. Sheehan
                      Email:  dsheehan@bakerlaw.com
                      Marc E. Hirschfield
                      Email:  mhirschfield@bakerlaw.com
                      Terry Brennan
                      Email:  tbrennan@bakerlaw.com

                      *Attorneys for Irving H. Picard, Trustee for the*
                      *Substantively Consolidated SIPA Liquidation of*
                      *Bernard L. Madoff Investment Securities LLC*
                      *and Bernard L. Madoff*