**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>          v.<br><br>STUART PERLEN REVOCABLE TRUST DTD 1/4/08; STUART PERLEN in his capacity as Grantor and Trustee for the Stuart Perlen Revocable Trust and individually; and MYRA PERLEN, in her capacity as Trustee of the Stuart Perlen Revocable Trust and | Adv. Pro. No. 10-05331 (SMB) |

individually,

Defendants.

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: October 23, 2015.

2.  Fact Discovery shall be completed by May 26, 2016.

3.  The Disclosure of Case-in-Chief Experts shall be due July 22, 2016.

4.  The Disclosure of Rebuttal Experts shall be due August 22, 2016.

5.  The Deadline for Completion of Expert Discovery shall be October 21, 2016.

6.  The Deadline for Service of a Notice of Mediation Referral shall be on or before December 20, 2016.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before January 3, 2017.

8.  The Deadline for Conclusion of Mediation shall be on or before April 28, 2017.

Dated: August 18, 2015

| BAKER & HOSTETLER LLP | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP |
|---|---|
| By: /s/ *Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> Christa C. Turner <br> Email: cturner@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ *Michael S. Weinstein* <br> 437 Madison Avenue <br> New York, New York 10222 <br> Telephone: 212.907.7300 <br> Facsimile: 212.754.0777 <br> Jonathan L. Flaxer <br> Email: jflaxer@golenbock.com <br> Michael S. Weinstein <br> Email: mweinstein@golenbock.com <br><br> *Attorneys for Defendants Myra Perlen Revocable Trust; Myra Perlen, individually and in her capacity as Trustee of the Myra Perlen Revocable Trust; and Stuart Perlen, in his capacity as Trustee of the Myra Perlen Revocable Trust and individually* |