# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: The Bankruptcy Link

Bankruptcy Case No.: 95–88888

Securities Investor Protection Corporation

Plaintiff(s),

–against–

Adversary Proceeding No. 08–01789–smb

Bernard L. Madoff Investment Securities, LLC.
Russell Oasis
RAR Entrepreneurial Fund, LTD.,
Edmond A. Gorek
Marguerite M. Gorek
Gerald J. Block
Pamela Goldman
A&G Goldman Partnership
Russell Oasis
Marsha Peshkin
Adele Fox
Susanne Stone Marshall
Carl Glick
Prospect Capital Partners
The Sperry Fund
Prospect Hill Foundation
Antaeus Enterprises, Inc.
Lexington Capital Partners, L.P.
L.H. Rich Companies
HSBC Bank Bermuda Limited
El Prela Trading Investments Limited
Ashby Holdings Services Limited
El Prela Group Holding Services
El Prela Trust
Port of Hercules Trustees Limited, Individually and as Trustee of El Prela Trust
Alpine Trustees Limited, Individually and As Trustee of El Prela Trust
Ashby Investment Services Limited
The Ashby Trust
First Peninsula Trustees Limited, Individually and as Trustee of The Ashby Trust
Citi Hedge Fund Services Limited
FIM Limited
FIM Advisers LLP
Kingate Euro Fund, Ltd.
Kingate Management Limited
Kingate Global Fund, Ltd.
Carlo Grosso
Federico Ceretti
Milberg LLP and Seeger Weiss LLP Defendants
Sidney Marks
Sidney Marks Trust 2002
Susan Lazarus
Robert A. Marks
Lawrence D. Marks
The Estate of Nancy Marks
Nancy J. Marks Trust 2002
Susan Schemen Fradin
Epic Ventures, LLC, and Eric P. Stein, individually, and as Managing Member of Epic Ventures, LLC
Helene Cummings Karp Annuity, and Helene Cummings Karp
Joel I. Gordon, and Joel I. Gordon Revocable Trust U/A/D 5/11/94
Bam L.P., Adam Mann, Meryl Mann, Michael Mann, and Betsy Mann Polatsch
Norma Shapiro, The Norma Shapiro Revocable Declaration of Trust Under Agreement

Dated 9/16/08, Trust Under Will of Philip L. Shapiro, and Martin Rosen , in his capacity as Trustee of the Trust Under W
Sharon A. Raddock
Stuart Zlotolow, in his capacity as executor of the Estate of Beatrice Bader and as former trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader
James Doyle, in his capacity as trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader
Trust Created Under the Last Will and Testament of Beatrice Bader
Estate of Beatrice Bader
Philip Cahners
Nancy L. Cahners, individually and in her capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1
Robert M. Cahners, individually and in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1
Rachel Cahners Caveney
ESTATE OF HELENE R. CAHNERS KAPLAN
Helene R. Cahners Grantor Retained Annuity Trust #1
Arthur B. Page, in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1
Robert Fishbein, in his capacity as Trustee of the Norma Fishbein Revocable Trust dtd 3/21/90
Estate of Norma Fishbein
Norma Fishbein Revocable Trust dtd 3/21/90
Robert Fishbein, in his capacity as the Personal Representative of the estate of Norma Fishbein
Pati H. Gerber
Kelman Partners Limited Partnership, et al.
Estate of Helen Shurman, Estate of Jack Shurman, Paul S. Shurman, individually, in his capacity as Executor of the Estate of Jack Shurman and Helen Shurman and as beneficiary under the wills of Jack S
Carla Goldworm, Luke Goldworm, Samuel Goldworm, S&L Partnership, a New York partnership, Trust for the benefit of Luke Goldworm, a New York trust, Trust for the benefit of Samuel Goldworm, a New York
James P. Marden
Merritt Kevin Auld
Patrice M. Auld
The Murray & Irene Pergament Foundation, Inc.
The Horowitz & Libshutz Family Foundation, Inc.
James P. Marden, as trustee of Bernard Marden Profit Sharing Plan
Patrice M. Auld, as trustee of Bernard Marden Profit Sharing Plan
Bernard Marden Profit Sharing Plan
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
SG Hambros Bank & Trust (Bahamas) Limited, in its capacity as trustee of the Panagiotis Sakellariou Settlement, an Irrevocable Trust u/a/d 12/17/92
Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92
Amy A. Hobish, Mitchell K. Hobish, Richard S. Hobish, Toby T. Hobish, LI Ram L.P., a New York limited partnership, Marital Trust under Article XXII of the Herbert W. Hobish Living Trust, a New York tr
Leslie Engelson, Alicia P. Felton, Miles J. Felton, in his capacity as Grantor of the Murray Family Trust, William D. Felton, in his capacity as Trustee of the Doris Felton Family Trust, Murray B. Fel
Estate of Sheldon Shaffer
Nine Thirty Partners Holdings, LLC, a Delaware limited liability company
Nine Thirty Capital Partners LLC
Mercedes P. Rea
Queensgate Foundation
Elaine S. Stein Revocable Trust
Elaine S. Stein
Evelyn Fisherindividually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90
Trust u/t/a 8/20/90
Trust U/W/O David L. Fisher
Linda Sohn
Neal M. Goldman

KENNETH CITRON, individually and as trustee for Trust f/b/o [A.J.C., [K.F.C.] AND [L.C.C.], as amended
TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as amended
Leslie Shapiro 1985 Trust, as amended
LESLIE SHAPIRO CITRON
TRUST F/B/O [W.P.S.] & [J.G.S.]
David Shapiro 1989 Trust, as amended
RACHEL SHAPIRO
DAVID SHAPIRO, individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S.]
LAD Trust
S&R Investment Co.
RENEE SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as a
STANLEY SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as
Peter G. Chernis Revocable Trust dtd 1/16/87, as amended
Evelyn Chernis Revocable Trust Agreement for Samantha Eyges dtd October 6th 1986, et al.
Banque J. Safra (Suisse) S.A.
Ariel Fund Limited And Gabriel Capital, L.P.
Patrice M. Auld & Certain Other Avoidance Defendants Represented by Pryor Cashman LLP
J. Ezra Merkin
Gabriel Capital Corporation
Certain Transferee Defendants
Fairfield Greenwich Limited
Gerald Goldman
Alan Goldman
Sharon Popkin
Lawrence Elins
Elins Daughters Trust for the Benefit of Julie Lynn Eilns Dated December 12, 1989, a California Trust
Elins Daughters Trust For The Benefit of Jamie Ann Elins Dated December 12, 1989, A California Trust
Elins Family Trust, a California Trust
Julie Elins Banks
Jamie Elins Sabet
Linda Elins
Marion B. Roth
Benjamin W. Roth
Ascot Fund Ltd.
Ascot Partners, L.P.
Richard M. GlantzRICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz–Ostrin Trust I, and the Glantz–Ostrin Trust II, and as personal representative of the Est
C&P Associates, Ltd.C&P Associates, Ltd.
C&P Associates, Inc.C&P Associates, Inc.
Pamela ChristianPamela Christian
Steven B. MendelowSteven B. Mendelow
Cara MendelowCara Mendelow
FGLS Equity LLCFGLS Equity LLC
Robert Fried & Certain Other Avoidance Defendants Represented by Pryor Cashman LLP
The Wiener Family Limited Partnership, Wiener Family Holding Corp., Marvin M. Wiener and Sondra M. Wiener,Charles E. Wiener and Carolyn B. Wiener
Stuart Perlen and Myra Perlen, in their capacities as trustees for the Trust F/B/O Melissa Perlen U/A Dated 9/12/1979
Trust F/B/O Melissa Perlen U/A Dated 9/12/1979
Myra Perlen in her capacity as Trustee for the Stuart Perlen Revocable Trust and individually
Stuart Perlen in his capacity as Grantor and Trustee for the Stuart Perlen Revocable Trust and individually
Stuart Perlen Revocable Trust dtd 1/4/08
Stuart Perlen, in his capacity as Trustee of the Myra Perlen Revocable Trust

Myra Perlen, individually and in her capacity as Trustee of the Myra Perlen Revocable Trust
Myra Perlen Revocable Trust
Legacy Capital, Ltd.
Estate of Muriel B. Cantor
Atlas, in her capacity as Personal Representative of the Estate of Muriel B. Cantor, Nancy

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Susan Andelman |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 8/19/15

Vito Genna

*Clerk of the Court*

By: /s/ Dawn McCaffrey

*Deputy Clerk*