Jerome Reisman (JR-0933)
**REISMAN PEIREZ REISMAN & CAPOBIANCO LLP**
1305 Franklin Avenue
PO Box 119
Garden City, New York 11530
JReisman@reismanpeirez.com
*Attorneys for NTC & Co. FBO Judith W. Bailey IRA*
*Plan as a Limited Partner of Peerstate Equity Fund LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiffs,

VS.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
      Defendant.
-----------------------------------------------------------X
In re:

BERNARD L. MADOFF,

      Debtor.
-----------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION
(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM ECF

**PLEASE TAKE NOTICE**, that Jerome Reisman of Reisman Peirez Reisman & Capobianco LLP (f/k/a Reisman, Peirez & Reisman, L.L.P.), attorneys for NTC & Co. FBO Judith W. Bailey IRA Plan ("NTC"), as a Limited Partner of The Peerstate Equity Fund L.P. (the "Fund"), hereby withdraws his appearance in this case

- 1 -

and requests that Jerome Reisman be removed from the Court's CM/ECF system in reference to the above-captioned bankruptcy case. The matter for which the appearance was made has been resolved.

The email address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is: jreisman@reismanpeirez.com.

Dated: Garden City, New York
July 7, 2015

                                        **REISMAN PEIREZ REISMAN & CAPOBIANCO LLP**

                                        By: _____
                                            Jerome Reisman (JR-0933)
                                            A Member of the Firm
                                            *Attorneys for NTC & Co. FBO Judith W. Bailey*
                                            *IRA Plan as a Limited Partner of Peerstate*
                                            *Equity Fund LP*
                                            1305 Franklin Avenue, PO Box 119
                                            Garden City, New York 11530
                                            Office: 516.746.7799
                                            Fax: 516.742.4946
                                            JReisman@ReismanPeirez.com