PRYOR CASHMAN LLP
Richard Levy, Jr.
David C. Rose
Eric D. Dowell
7 Times Square
New York, New York  10036
(212) 421-4100
rlevy@pryorcashman.com
drose@pryorcashman.com
edowell@pryorcashman.com

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | : | SIPA LIQUIDATION |
| - against - | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| BERNARD L. MADOFF, | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 10-05239 (SMB) |
| - against - | : | |
| | : | <u>JURY TRIAL DEMANDED</u> |
| ROBERT FRIED and JOANNE FRIED, individually and in their capacities as joint tenants with rights of survivorship, | : | |
| | : | ECF Case |
| Defendants. | : | |

-----------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, David L. Stevens, hereby certify that I am over the age of 18 years, am not a party to this action, and am employed by the law firm of Pryor Cashman LLP, counsel for defendants Robert Fried and Joanne Fried, at 7 Times Square, New York, New York 10036.

On August 24, 2015, I caused a true and correct copy of the following document to be filed electronically with the Court and to be served electronically through the Court's CM/ECF system upon counsel for the Plaintiff in this action who receive electronic service through CM/ECF.

- Answer and Affirmative Defenses (*Correction only to change caption to reflect correct court.*) [Dkt. No. 11128]

Dated: New York, New York
August 24, 2015

                                                                */s/ David L. Stevens*