**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Adv. Pro. No. 10-04511 (SMB)

Plaintiff,

v.

WEITHORN/CASPER ASSOCIATES FOR SELECTED HOLDINGS, LLC,
STANLEY S. WEITHORN REVOCABLE TRUST,

ARTICLE SIXTH TRUST,

HOWARD B. WEITHORN TRUST,

WEITHORN GRANDCHILDREN CHARITABLE LEAD UNITRUST,

WEITHORN FAMILY CHARITABLE LEAD ANNUITY TRUST,

LARA L. WEITHORN TRUST,

WEITHORN FAMILY CHARITABLE REMAINDER UNITRUST,

MLM CHARITABLE REMAINDER UNITRUST,

WEITHORN AND EHRMANN FAMILIES
FOUNDATION,

STANLEY/LOIS CHARITABLE REMAINDER
UNITRUST,

STANLEY S. WEITHORN, individually, in his
capacity as General Manager/Partner of
Weithorn/Casper Associates for Selected Holdings,
LLC, as trustee of the Article Sixth Trust, Stanley S.
Weithorn Revocable Trust, Howard B. Weithorn
Trust, Lara L. Weithorn Trust, Weithorn Family
Charitable Remainder Unitrust, MLM Charitable
Remainder Unitrust, Stanley/Lois Charitable
Remainder Unitrust, and director of Weithorn and
Ehrmann Families Foundation,

MICHAEL J. WEITHORN, in his capacity as co-
trustee of the Weithorn Grandchildren Charitable Lead
Unitrust, and the Weithorn Family Charitable Lead
Annuity Trust,

WILLIAM J. ROUHANA, JR., in his capacity as co-
trustee of the Weithorn Grandchildren Charitable Lead
Unitrust and the Weithorn Family Charitable Lead
Annuity Trust,

MURIEL CASPER WEITHORN,

COREY CASPER,

HOWARD B. WEITHORN, and

MONROE KLEIN,

                              Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on October 8, 2009, Irving H. Picard, as trustee (the "Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant Stanley S. Weithorn; and

**WHEREAS**, Stanley S. Weithorn died on April 16, 2015;

**WHEREAS**, on June 5, 2015, Letters of Personal Representative were issued by the Superior Court of the State of Arizona appointing Muriel Casper Weithorn as personal representative of the Estate of Stanley S. Weithorn;

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Muriel Casper Weithorn, in her capacity as the personal representative of the Estate of Stanley S. Weithorn, as follows:

1.      The Estate of Stanley S. Weithorn (the "Estate"), and Muriel Casper Weithorn, in her capacity as the personal representative of the Estate of Stanley S. Weithorn, are hereby substituted into this action in place of Stanley S. Weithorn, and the complaint shall be so amended.

2.      The parties to this stipulation reserve all rights, claims and/or defenses they may have and entry into this stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

3.      The Estate of Stanley S. Weithorn and Muriel Casper Weithorn, as personal representative of the Estate of Stanley S. Weithorn are deemed to have accepted service of the complaint as of the service date of Stanley S. Weithorn and Muriel Casper Weithorn individually.

4.      This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

5.      The Clerk of the Court is hereby directed to amend the caption to read as

indicated in Exhibit "A" to this stipulation.

Dated:  August 24, 2015

**BAKER HOSTETLER LLP**

By: *s/ Dominic A. Gentile*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dominic A. Gentile
Email: dgentile@bakerlaw.com


*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC and the*
*estate of Bernard L. Madoff*

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI, LLP**

By: *s/ Chester B. Salomon*
299 Park Avenue, 16th floor
New York, New York 10171
Telephone: 212.888.3033
Facsimile: 212.888.0255
Chester B. Salomon
Email: csalomon@beckerglynn.com

*Attorney for Defendants Weithorn/Casper*
*Associates for Selected Holdings, LLC,*
*Stanley S. Weithorn Revocable Trust, Article*
*Sixth Trust, Howard B. Weithorn Trust,*
*Weithorn Grandchildren Charitable Lead*
*Trust, Weithorn Family Charitable Lead*
*Annuity Trust, Lara L. Weithorn Trust,*
*Weithorn Family Charitable Remainder*
*Trust, MLM Charitable Remainder Unitrust,*
*Weithorn and Ehrmann Families*
*Foundation, Stanley/Lois Charitable*
*Remainder Unitrust, Stanley S. Weithorn,*
*Michael J. Weithorn, William J. Rouhana,*
*Muriel Casper Weithorn, Corey Casper,*
*Howard B. Weithorn, and Monroe Klein*


SO ORDERED

/s/ STUART M. BERNSTEIN
Dated:  August 24, 2015          Honorable Stuart M. Bernstein
New York, New York               United States Bankruptcy Judge