**EXHIBIT A**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

WEITHORN/CASPER ASSOCIATES FOR SELECTED HOLDINGS, LLC,
STANLEY S. WEITHORN REVOCABLE TRUST,

ARTICLE SIXTH TRUST,

HOWARD B. WEITHORN TRUST,

WEITHORN GRANDCHILDREN CHARITABLE LEAD UNITRUST,

WEITHORN FAMILY CHARITABLE LEAD ANNUITY TRUST,

LARA L. WEITHORN TRUST,

WEITHORN FAMILY CHARITABLE REMAINDER UNITRUST,

MLM CHARITABLE REMAINDER UNITRUST,

Adv. Pro. No. 10-04511 (SMB)

WEITHORN AND EHRMANN FAMILIES
FOUNDATION,

STANLEY/LOIS CHARITABLE REMAINDER
UNITRUST,

ESTATE OF STANLEY S. WEITHORN,

MICHAEL J. WEITHORN, in his capacity as co-
trustee of the Weithorn Grandchildren Charitable Lead
Unitrust, and the Weithorn Family Charitable Lead
Annuity Trust,

WILLIAM J. ROUHANA, JR., in his capacity as co-
trustee of the Weithorn Grandchildren Charitable Lead
Unitrust and the Weithorn Family Charitable Lead
Annuity Trust,

MURIEL CASPER WEITHORN, individually, and in
her capacity as personal representative of the Estate of
Stanley S. Weithorn,

COREY CASPER,

HOWARD B. WEITHORN, and

MONROE KLEIN,

                              Defendants.