UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Albert D. Angel and Carole Angel (the "Claimants"), having jointly filed an objection (the "Objection", Docket No. 2311) to the Trustee's Notices of Determination of Claim respecting Claimants' customer claims (Nos. 012706, 012707, 012708, 012709, and 013088), hereby give notice that they withdraw such Objection.

Dated: August 24, 2015

                                            Jonathan W. Wolfe /BaS
                                            Jonathan W. Wolfe
                                            On behalf of Albert D. Angel and Carole Angel
                                            Skoloff & Wolfe, P.C.
                                            293 Eisenhower Parkway
                                            Livingston, New Jersey 07039