BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Jorian L. Rose
Nicholas J. Cremona
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 26, 2015 AT 10:00 A.M.**

**SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)**

1. Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Whitman Partnership, the Lucky Company, the Petito Investment Group, and the Harwood Family Partnership (Filed: 7/16/2015) [Docket No. 10704]

    a. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and

    Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Whitman Partnership, the Lucky Company, the Petito Investment Group, and the Harwood Family Partnership (Filed: 7/16/2015) [Docket No. 10705]

    b. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Whitman Partnership, the Lucky Company, the Petito Investment Group, and the Harwood Family Partnership (Filed: 7/16/2015) [Docket No. 10706]

**RESPONSES:**

2. Memorandum of Law In Support of Trustees Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Whitman Partnership, the Lucky Company, the Petito Investment Group, and the Harwood Family Partnership (Filed: 7/20/2015) [Docket No. 10739]

**RELATED FILINGS:**

3. Certificate of No Objection of Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Whitman Partnership, the Lucky Company, the Petito Investment Group, and the Harwood Family Partnership (Filed: 8/13/2015) [Docket No. 10970]

4. Affidavit of Service of Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Whitman Partnership, the Lucky Company, the Petito Investment Group, and the Harwood Family Partnership; Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum; and Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum (Filed: 7/16/2015) [Docket No. 10717]

5. Affidavit of Service Affidavit of Mailing for 7/16/2015 (related document(s)10706, 10704, 10705) filed by AlixPartners LLP (Filed: 7/23/2015) [Docket No. 10828]

<u>Status</u>: This matter is going forward as uncontested.

Dated: New York, New York
      August 25, 2015                        Respectfully submitted,

                                            */s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff