Barbara A. Schweiger (BS-6448)
SKOLOFF & WOLFE, P.C.
293 Eisenhower Parkway
Livingston, New Jersey 07039
Telephone: (973) 992-0900
Facsimile: (973) 992-0301

140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Facsimile: (212) 858-7750
*Attorneys for Albert D. & Carole A. Angel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM ECF**

PLEASE TAKE NOTICE that Barbara A. Schweiger of Skoloff & Wolfe, P.C., attorneys for Albert D. and Carole A. Angel (the "Angels"), hereby withdraws her appearance in this matter and requests that Barbara A. Schweiger be removed from the Court's CM/ECF system in reference to this bankruptcy case. The matter for which the

appearance was entered has been resolved with regard to the Angels and the claims against them have been dismissed with prejudice. (*See* Docket Doc. No. 11135.)

The email address to be removed from all mailing lists and notices of electronic filings in this matter is: bschweiger@skoloffwolfe.com.

| | |
|---|---|
| Dated: Livingston, New Jersey<br>August 25, 2015 | /s/ Barbara A. Schweiger<br>Barbara A. Schweiger<br>SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 992-0900<br>bschweiger@skoloffwolfe.com<br><br>*Attorneys for Albert D. and Carole A. Angel* |