**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER APPROVING APPLICATIONS FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

This matter came before the Court on August 20, 2015 on the application (the "Application")[1] of Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), and Bernard L. Madoff ("Madoff", and together with BLMIS, each a "Debtor" and collectively, the "Debtors"), and Baker & Hostetler LLP ("B&H"), counsel to the Trustee (together with the Trustee, the "Applicants"), with the support and approval of the Securities Investor Protection Corporation ("SIPC"), for entry of an order for interim allowance, pursuant to section 78eee(b)(5) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"),[2] sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[2] For convenience, future reference to SIPA will not include "15 U.S.C."

of the Local Rules for the Bankruptcy Court for the Southern District of New York (the "Local

Rules"), for compensation for professional services rendered and for reimbursement of actual

and necessary expenses incurred during the period December 1, 2014 through and including

March 31, 2015 (the "Compensation Period") in the amounts listed on Exhibit A attached hereto

pursuant to the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2106-1 Establishing

Procedures Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP,

dated February 25, 2009 (ECF No. 126), as amended on December 17, 2009 and June 1, 2011

(ECF Nos. 1078 and 4125) (collectively, the "Second Amended Compensation Order"), as more

fully set forth in the Application (ECF No. 10814); and the applications of special counsel to the

Trustee ("Special Counsel Applications") (ECF Nos. 10790-10798, 10801-10806, 10808-10809,

10811-10813), as listed on Exhibit A attached hereto; and the Court having jurisdiction to

consider the Application, the Special Counsel Applications, and the relief requested therein in

accordance with section 78eee(b)(4) of SIPA, the Protective Decree entered on December 15,

2008 by the United States District Court for the Southern District of New York in Case No. 08

Civ. 10791, and 28 U.S.C. §§ 157 and 1334; and it appearing that sufficient notice of the

Application and Special Counsel Applications having been given by July 20, 2015 (ECF No.

10815), and no other notice being necessary; and SIPC having filed its recommendations in

support of the Application and Special Counsel Applications on July 24, 2015 (ECF Nos. 10838-

10846) pursuant to section 78eee(b)(5)(C) of SIPA; and no objections having been filed; and a

hearing (the "Hearing") having been held on August 20, 2015 to consider the Application and

Special Counsel Applications; and the Court having determined that the legal and factual bases

set forth in the Application and Special Counsel Applications establish just cause for the relief

granted therein; and after due deliberation and sufficient cause appearing therefore; and for the

reasons stated on the record at the Hearing, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

1.      The Application is granted.

2.      The Special Counsel Applications are granted.

3.      The Trustee is authorized to pay the amounts as set forth on Exhibit A.

Dated: New York, New York
       August 20th, 2015

                              /s/ STUART M. BERNSTEIN
                              HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A TO EIGHTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)

*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

### Current Compensation Period: December 1, 2014 – March 31, 2015 (or as otherwise indicated)

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 07/22/2015 ECF No. 10814 | 12/01/2014 – 03/31/2015 | $40,137,902.19 | $40,137,902.19 | $36,124,111.98 | $12,000,000.00 | $48,124,111.98 | $302,255.56 | $302,255.56 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 07/22/2015 ECF No. 10790 | 12/01/2014 – 03/31/2015 | $32,048.69 | $32,048.69 | $25,638.95 | $0 | $25,638.95 | $2,083.16 | $2,083.16 |
| Higgs & Johnson, Special Counsel to the Trustee | 07/22/2015 ECF No. 10791 | 12/01/2014 – 03/31/2015 | $22,862.41 | $22,862.41 | $18,289.93 | $0 | $18,289.93 | $5,913.59 | $5,913.59 |
| Soroker – Agmon, Special Counsel to the Trustee | 07/22/2015 ECF No. 10792 | 12/01/2014 – 03/31/2015 | $47,513.99 | $47,513.99 | $38,011.19 | $0 | $38,011.19 | $0 | $0 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 07/22/2015 ECF No. 10793 | 12/01/2014 – 03/31/2015 | $15,197.27 | $15,197.27 | $12,157.81 | $0 | $12,157.81 | $787.63 | $787.63 |
| SCA Creque, Special Counsel to the Trustee | 07/22/2015 ECF No. 10794 | 12/01/2014 – 03/31/2015 | $6,352.64 | $6,352.64 | $5,082.11 | $0 | $5,082.11 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 07/22/2015 ECF No. 10795 | 12/01/2014 – 03/31/2015 | $178,476.75 | $178,476.75 | $142,781.40 | $0 | $142,781.40 | $2,607.73 | $2,607.73 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 07/22/2015 ECF No. 10804 | 12/01/2014 – 03/31/2015 | $2,768,206.00 | $2,768,206.00 | $2,214,564.80 | $783,754.22 | $2,998,319.02 | $24,720.85 | $24,720.85 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 07/22/2015 ECF No. 10796 | 12/01/2014 – 03/31/2015 | $176,920.86 | $176,920.86 | $141,536.69 | $0 | $141,536.69 | $0 | $0 |
| Taylor Wessing, Special Counsel to the Trustee | 07/22/2015 ECF No. 10797 | 12/01/2014 – 03/31/2015 | $9,433.02 | $9,433.02 | $7,546.41 | $0 | $7,546.41 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 07/22/2015 ECF No. 10798 | 12/01/2014 – 03/31/2015 | $79,354.36 | $79,354.36 | $63,483.49 | $0 | $63,483.49 | $564.09 | $564.09 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | 07/22/2015 ECF No. 10801 | 12/01/2014 – 03/31/2015 | $59,083.74 | $59,083.74 | $47,266.99 | $0 | $47,266.99 | $14,297.20 | $14,297.20 |
| Werder Vigano, Special Counsel to the Trustee | 07/22/2015 ECF No. 10802 | 12/01/2014 – 03/31/2015 | $10,715.40 | $10,715.40 | $8,572.32 | $0 | $8,572.32 | $8.30 | $8.30 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Browne Jacobson LLP, Special Counsel to the Trustee | 07/22/2015 ECF No. 10803 | 12/01/2014 – 03/31/2015 | $1,461,010.56 | $1,461,010.56 | $1,168,808.45 | $0 | $1,168,808.45 | $1,262.56 | $1,262.56 |
| Eugene F. Collins, Special Counsel to the Trustee | 07/22/2015 ECF No. 10805 | 12/01/2014 – 03/31/2015 | $18,241.18 | $18,241.18 | $14,592.94 | $0 | $14,592.94 | $9.92 | $9.92 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | 07/22/2015 ECF No. 10806 | 12/01/2014 – 03/31/2015 | $3,704.82 | $3,704.82 | $2,963.86 | $0 | $2,963.86 | $0 | $0 |
| Kelley, Wolter & Scott Special Counsel to the Trustee | 07/22/2015 ECF No. 10811 | 12/01/2014 – 03/31/2015 | $4,590.00 | $4,590.00 | $3,672.00 | $0 | $3,672.00 | $0 | $0 |
| Cochran Allan, Special Counsel to the Trustee | 07/22/2015 ECF No. 10808 | 12/01/2014 – 03/31/2015 | $355.50 | $355.50 | $284.40 | $0 | $284.40 | $0 | $0 |
| Spizz Cohen & Serchuk, P.C., Special Counsel to the Trustee | 07/22/2015 ECF No. 10809 | 12/01/2014 – 04/10/2015 | $10,817.10 | $10,817.10 | $10,817.10 | $781.83 | $11,598.93 | $0 | $0 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | 07/22/2015 ECF No. 10812 | 12/01/2014 – 03/31/2015 | $1,053.00 | $1,053.00 | $842.40 | $0 | $842.40 | $107.90 | $107.90 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Goldstein & Russell, P.C., Special Counsel to the Trustee | 07/22/2015 ECF No. 10813 | 02/02/2015 – 06/30/2015 | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $133,848.00 | $0 | $0 |

Schedule A(1)             DATE: 8/20/2015             INITIALS: SMB  USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-4

## EXHIBIT B TO EIGHTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

### Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP, Counsel | $706,993,821.35 | $706,993,821.35 | $673,948,455.95 | $13,433,452.42 | $13,433,452.42 |
| AlixPartners, LLP,<br>Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP,<br>Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP,<br>Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti,<br>Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya,<br>Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP,<br>Counsel to the Receiver and AlixPartners<br>LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins,<br>Special Counsel to the Trustee | $525,129.51 | $525,129.51 | $420,103.64 | $45,912.71 | $45,912.71 |
| Schiltz & Schiltz,<br>Special Counsel to the Trustee | $1,341,237.15 | $1,341,237.15 | $1,072,989.75 | $105,925.20 | $105,925.20 |
| Higgs & Johnson,<br>Special Counsel to the Trustee | $1,179,613.51 | $1,179,613.51 | $943,690.81 | $120,583.05 | $120,583.05 |
| Kugler Kandestin, L.L.P.,<br>Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $28,210.64 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee | $5,537,092.56 | $5,537,092.56 | $4,429,674.05 | $236,174.35 | $236,174.35 |
| SCA Creque,<br>Special Counsel to the Trustee | $1,256,547.33 | $1,256,547.33 | $1,005,237.89 | $7,436.30 | $7,436.30 |
| Young Conaway Stargatt & Taylor, LLP,<br>Special Counsel to the Trustee | $790,708.96 | $790,708.96 | $632,567.16 | $31,383.80 | $31,383.80 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $45,334,809.66 | $45,334,809.66 | $37,492,392.20 | $334,367.22 | $334,367.22 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $3,686,378.55 | $3,686,378.55 | $2,949,102.85 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.15 | $23,891,237.15 | $19,112,989.72 | $10,267,356.60 | $10,267,356.60 |
| UGGC & Associés, Special Counsel to the Trustee | $1,186,295.66 | $1,186,295.66 | $949,036.54 | $50,353.40 | $50,353.40 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,141.64 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $237,228.79 | $237,228.79 | $189,783.03 | $1,170.67 | $1,170.67 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Soroker - Agmon, Special Counsel to the Trustee | $2,094,192.52 | $2,094,192.52 | $1,675,353.80 | $22,543.34 | $22,543.34 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $6,385,491.87 | $6,385,491.87 | $5,108,393.50 | $728,419.92 | $728,419.92 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $6,760.80 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $684,949.86 | $684,949.86 | $547,959.89 | $32,444.83 | $32,444.83 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $134,295.04 | $134,295.04 | $107,436.03 | $3,506.94 | $3,506.94 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $28,498.37 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,689.21 | $86,689.21 | $69,351.37 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $36,076.95 | $36,076.95 | $28,861.56 | $560.00 | $560.00 |
| Cochran Allan, Special Counsel to the Trustee | $21,888.00 | $21,888.00 | $17,510.00 | $0 | $0 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |

Schedule B(1)                    DATE: 8 /20/2015              INITIALS: SMB  USBJ

B-2