**BECKER & POLIAKOFF LLP**  **Presentment Date: September 4, 2015 at 12:00 noon**
Helen Davis Chaitman hchaitman@bplegal.com   **Objection Date: September 1, 2015**
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Steven Andelman and*
*Stephanie Andelman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff-Applicant,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　Plaintiff,<br>　　v.<br>STEVEN ANDELMAN and STEPHANIE ANDELMAN, individually and in their capacities as joint tenants with rights of survivorship,<br>　　　　　Defendants. | Adv. Pro. No. 10-04884 |

**NOTICE OF PRESENTMENT OF AN ORDER**
**GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Helen Davis Chaitman in Support of Application on Consent for an Order to Withdraw as Counsel, dated August 28,

{N0086258 2 }

2015, Helen Davis Chaitman of Becker & Poliakoff LLP, attorney of record for Defendants Steven Andelman and Stephanie Andelman (the "BP Defendants"), will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, NY 10004, for signature on September 4, 2015 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:  August 28, 2015
        New York, New York

**BECKER & POLIAKOFF LLP**

By:  */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    45 Broadway
    New York, New York 10006
    Telephone: (212) 599-3322
    Facsimile: (212) 557-0295
    hchaitman@bplegal.com
    *Attorneys for Steven Andelman and Stephanie Andelman*