**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Steven Andelman and*
*Stephanie Andelman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>           Plaintiff,<br>v.<br><br>STEVEN ANDELMAN and STEPHANIE ANDELMAN, individually and in their capacities as joint tenants with rights of survivorship,<br><br>           Defendants. | Adv. Pro. No. 10-04884 |

**CERTIFICATE OF SERVICE**

I, Lourdes Blanco, hereby certify that on August 3, 2015 I caused a true and correct copy of the following documents:

{N0086261 2 }

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and USPS Regular Mail upon:

>Stephanie Andelman club_a@msn.com
>Stevenn Andelman club_a@msn.com
>2585 Jupiter Way
>The Villages, FL 32163-6334
>
>David Bernfeld, Esq  dbblaw@hotmail.com
>Bernfeld, Dematteo, & Bernfeld
>600 Third Avenue
>New York, New York 10016
>
>Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   August 28, 2015                              */s/ Lourdes Blanco*
         New York, New York

- 

{N0086261 2}                                                    2