**BECKER & POLIAKOFF LLP**  
Helen Davis Chaitman hchaitman@bplegal.com  
45 Broadway  
New York, New York 10006  
Telephone: (212) 599-3322  
Facsimile: (212) 557-0295  

Presentment Date: September 4, 2015 at 12:00 noon  
Objection Date: September 1, 2015  

*Attorneys for Susan Andelman*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>　　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SUSAN ANDELMAN,<br>　　　　　　　　Defendant. | Adv. Pro. No. 10-04916 |

**NOTICE OF PRESENTMENT OF AN ORDER**
**GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

  **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Helen Davis Chaitman

in Support of Application on Consent for an Order to Withdraw as Counsel, dated August 28,

2015, Helen Davis Chaitman of Becker & Poliakoff LLP, attorney of record for Defendant Susan

Andelman (the "BP Defendant"), will present the attached proposed order to the Honorable

{N0086289 2 }

Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, NY 10004, for signature on September 4, 2015 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: August 28, 2015
       New York, New York

**BECKER & POLIAKOFF LLP**

By: */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    45 Broadway
    New York, New York 10006
    Telephone: (212) 599-3322
    Facsimile: (212) 557-0295
    hchaitman@bplegal.com
    *Attorneys for Susan Andelman*