**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>       Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>       Plaintiff,<br>v.<br>SUSAN ANDELMAN,<br>       Defendant. | Adv. Pro. No. 10-04916 |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

  Upon consideration of the application of Becker & Poliakoff LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant Susan Andelman (the "BP Defendant"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the BP Defendant; and good and sufficient appearing therefor; it is hereby

  **ORDERED** that the Application is granted; and it is further

{N0086292 2 }

**ORDERED** that Becker & Poliakoff LLP is granted leave to withdraw as counsel for the BP Defendant and is hereby deemed removed as counsel for the BP Defendant in this proceedings.

Dated: September ___, 2015
       New York, New York

                                                Hon. Stuart M. Bernstein
                                                UNITED STATES BANKRUPTCY JUDGE