**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Susan Andelman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br>  v.<br><br>SUSAN ANDELMAN,<br>      Defendant. | Adv. Pro. No. 10-04916 |

**CERTIFICATE OF SERVICE**

  I, Lourdes Blanco, hereby certify that on August 28, 2015 I caused a true and correct

copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Helen Davis Chaitman in Support; and

{N0086293 2 }

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and USPS Regular Mail upon:

>Susan Andelman susanandelman@hotmail.com
>c/o Steven Andelman club_a@msn.com
>2585 Jupiter Way
>The Villages, FL 32163-6334
>
>David Bernfeld, Esq  dbblaw@hotmail.com
>Bernfeld, Dematteo, & Bernfeld
>600 Third Avenue
>New York, New York 10016
>
>Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   August 28, 2015                             */s/ Lourdes Blanco*
         New York, New York