**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Defendants The Lazarus-Schy Family Partnership, A Florida General Partnership, The Schy Family Partnership, A Florida General Partnership, Zipora Lazarus, Ira Schy, Rose Schy, Michael Lazarus, Jared Lazarus, Terry Lazarus, Linda Lazarus, Ida Lazarus, Elan Schy, Lisa Schy, Steve Schy, Doran Schy, B. S., A Minor, J. S., A Minor, M. S., A Minor, And Abe Schy, As An Individual, And As Custodian For B. S., J. S., And M. S.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br>v.<br><br>THE LAZARUS-SCHY FAMILY PARTNERSHIP, a Florida general partnership, *et al.*,<br>Defendants. | Adv. Pro. No. 10-05190 (SMB) |

**CERTIFICATE OF SERVICE**

{N0086394 }

     I, Lourdes Blanco, hereby certify that on August 28, 2015 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and USPS Regular Mail upon:

> All Defendants
> c/o Terry Lazarus refund@bellsouth.net
> Guilford E. #3073
> Boca Raton, FL  33434
> and
> c/o Ron Lazarus ronlazarus1948@yahoo.com
> 7047 Prado Lake Drive
> Delray Beach, FL  33446-3739
>
> Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

    I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   August 28, 2015                     */s/ Lourdes Blanco*
            New York, New York

{N0086394 }                                            2