**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>SAFRA NATIONAL BANK OF NEW YORK,<br><br>    Defendant. | Adv. Pro. No. 11-01885 (SMB) |

**STIPULATION OF DISMISSAL WITHOUT**
**<u>PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this adversary proceeding is hereby dismissed without prejudice and without costs.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.

Dated: August 31, 2015
      New York, New York

| BAKER & HOSTETLER LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Thomas L. Long | By: /s/ Robinson B. Lacy |
| 45 Rockefeller Plaza | 125 Broad Street |
| New York, New York 10111 | New York, New York 10004 |
| Telephone: (212) 589-4200 | Telephone: (212) 558-4000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 558-3588 |
| David J. Sheehan | Robinson B. Lacy |
| Email: dsheehan@bakerlaw.com | Email: lacyr@sullcrom.com |
| Thomas L. Long | |
| Email: tlong@bakerlaw.com | *Attorneys for Defendant Safra National Bank of New York* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* | |