**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>ROBERT S. BERNSTEIN<br><br>  Defendant. | Adv. Pro. No. 10-04883 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING WITH PREJUDICE AND WITHOUT COSTS

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Robert S. Bernstein ("Defendant"), by and through his counsel, Max Folkenflik of Folkenflik & McGerity (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On January 24, 2012, the Trustee filed and served the Amended Complaint against Defendant.

2. On February 24, 2012, Defendant served an answer on the Trustee.

3. On November 7, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissing the adversary proceeding, without costs to either Trustee or Defendant.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated:  August 31, 2015

                    **BAKER & HOSTETLER LLP**
                    By: /s/ *Nicholas J. Cremona*

                    45 Rockefeller Plaza
                    New York, New York 10111
                    Telephone:  212.589.4200
                    Facsimile:  212.589.4201
                    David J. Sheehan
                    Email:  dsheehan@bakerlaw.com
                    Nicholas J. Cremona
                    Email:  ncremona@bakerlaw.com
                    Dean D. Hunt
                    Email: dhunt@bakerlaw.com

                    *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

                    **FOLKENFLIK & MCGERITY**

                    By: /s/ *Max Folkenflik*

                    1500 Broadway, 21st Floor
                    New York, NY 10036
                    Telephone: (212) 757-0400
                    Facsimile: (212) 757-2010
                    Max Folkenflik
                    Email: max@fmlaw.net

                    *Attorneys for Defendant Robert S. Bernstein*

                    SO ORDERED

                    /s/ STUART M. BERNSTEIN
Dated:  August 31st, 2015      HON. STUART M. BERNSTEIN
New York, New York           UNITED STATES BANKRUPTCY JUDGE