**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                        Plaintiff,<br><br>             v.<br><br>ROBERT FRIED and JOANNE FRIED, individually and in their capacities as joint tenants | Adv. Pro. No. 10-05239 (SMB) |

with rights of survivorship,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO
CONDUCT INITIAL CASE CONFERENCE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Robert Fried and Joanne Fried (together, the "Defendants"), by and through their counsel, Pryor Cashman, LLP (collectively, the "Parties"), represent as follows:

**WHEREAS**, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "LPO") [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141];

**WHEREAS,** the Trustee commenced this action (the "Adversary Proceeding") by filing a complaint (the "Complaint") on December 6, 2010 [Dkt. No. 1];

**WHEREAS**, Defendants filed an answer to the Complaint on August 17, 2015 [Dkt. 41];

**WHEREAS**, pursuant to the Notice of Applicability filed by the Trustee in this Adversary Proceeding on December 6, 2010 [Dkt. 2], the LPO and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter;

**WHEREAS**, under the Avoidance Procedures, "the parties shall meet, either in person or by teleconference, and confer on a mediation, discovery and litigation plan (the 'Initial Case Conference')" within 30 days after the last defendant files an answer to the Complaint (the "Initial Case Conference Period");

**WHEREAS**, all Defendants have filed an answer to the Complaint on August 17, 2015

[Dkt. 41];

**WHEREAS**, the Trustee and Defendants have agreed to extend the Initial Case Conference Period in this Adversary Proceeding, which would otherwise have ended on September 16, 2015; and

**WHEREAS**, nothing in this Stipulation is a waiver of either side's right to request from the Court (and the other side's right to object to any such request), or the parties' rights to agree to, a further extension of the Initial Case Conference Period.

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, that the Initial Case Conference Period is hereby extended to September 30, 2015.

Dated: New York, New York
September 1, 2015

| **BAKER & HOSTETLER LLP** | **PRYOR CASHMAN, LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Richard Levy, Jr.* |
| 45 Rockefeller Plaza | 7 Times Square |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: 212.589.4200 | Richard Levy Jr. |
| Facsimile: 212.589.4201 | Email: rlevy@pryorcashman.com |
| David J. Sheehan | |
| Email: dsheehan@bakerlaw.com | *Attorneys for Defendants* |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED ON September 2nd, 2015:

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge