| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                       Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                       Plaintiff,<br><br>                       v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>                       Defendants. | Adv. Pro. No. 09-1182 (SMB) |

## STIPULATION AND ORDER

Plaintiff Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the estate of Bernard L. Madoff, individually, and Defendants J. Ezra Merkin ("Merkin"), Gabriel Capital Corporation ("GCC"), Ascot Partners, L.P. ("Ascot Partners"), Ascot Fund Ltd. ("Ascot Fund") (collectively, the "Defendants"), by and through their respective undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on May 7, 2009, the Trustee initiated this adversary proceeding in the United States Bankruptcy Court for the Southern District of New York against, *inter alia,* Defendants Merkin, GCC, Ascot Partners, Ascot Fund, and other defendants;

**WHEREAS**, on August 30, 2013, the Trustee filed his Third Amended Complaint against the Defendants (the "Complaint"), whereby the Trustee consented to the entry of final orders or judgment by the Bankruptcy Court; and

**WHEREAS**, on February 5, 2015, Defendants Merkin, GCC, and Ascot Fund answered the Complaint and demanded a jury trial; and

**WHEREAS**, on August 10, 2015, the Trustee filed a motion pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-1, to withdraw the reference to the United States Bankruptcy Court, currently pending before the Honorable Laura Taylor Swain, U.S.D.J.; and

**WHEREAS**, on August 24, 2015, Defendants filed their opposition to the motion to the Trustee's motion to withdraw the reference; and

**WHEREAS**, the Parties have agreed to consent to the Bankruptcy Court's entry of final orders and judgments in this proceeding and to waive any rights to a jury trial in this proceeding;

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. The Bankruptcy Court has subject matter jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(b) and (e)(1), and 15 U.S.C. § 78eee(b)(2)(A) and (b)(4).

2. The Parties expressly and knowingly grant their consent for the Bankruptcy Court to enter final orders and judgments on all claims in this adversary proceeding, whether such claims are core under 28 U.S.C. §157(b)(2) or non-core under 28 U.S.C. §157(c)(2), subject only to appellate review under 28 U.S.C. § 158(a) or (d).  This consent cannot be withdrawn without the express agreement of all Parties.

3. Pursuant to Rule 39(a) of the Federal Rules of Civil Procedure, the Parties knowingly and intentionally waive their right to a jury trial and agree to a bench trial before the Bankruptcy Court.  This waiver cannot be withdrawn without the express agreement of all Parties.

4. Upon entry of this stipulation, the Trustee will withdraw his motion to withdraw the reference before Judge Swain.

Dated: New York, New York
September 1, 2015

*s/David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
email: dsheehan@bakerlaw.com
Lan Hoang
email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

*s/Neil Steiner*
**Dechert LLP**
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Andrew J. Levander
email: andrew.levander@dechert.com
Neil Steiner
email: neil.steiner@dechert.com

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

*s/Judith A. Archer*
**Norton Rose Fulbright US LLP**
666 Fifth Avenue
New York, NY 10103-3198
Telephone: (212) 318 3000
Facsimile: (212) 318 3400
Judith A. Archer
email:judith.archer@nortonrosefulbright.com
Jami Mills Vibbert
email:jami.vibbert@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Limited*

SO ORDERED this 2nd day of September 2015.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE