**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Nicholas J. Cremona
Marc Hirschfield
Dominic A. Gentile

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>    v.<br><br>LAPIN CHILDREN LLC,<br><br>                              Defendant. | Adv. Pro. No. 10-05209<br><br>(SMB) |

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 30, 2015.

2. Fact Discovery shall be completed by: November 4, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: January 23, 2017.

4. The Disclosure of Rebuttal Experts shall be due: February 22, 2017.

5. The Deadline for Completion of Expert Discovery shall be: March 24, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before March 31, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before April 14, 2017.

8. The Deadline for Conclusion of Mediation shall be:  On or before August 11, 2017.

[*Signature Page To Follow*]

Dated: New York, New York  
       September 2, 2015

BAKER & HOSTETLER LLP

By: *s/ Dominic A. Gentile*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Oren J. Warshavsky  
Email: owarshavsky@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com  
Marc E. Hirschfield  
Email: mhirschfield@bakerlaw.com  
Dominic A. Gentile  
Email: dgentile@bakerlaw.com

45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and the Estate of Bernard L.*  
*Madoff*