**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                       Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                       Plaintiff,<br><br>                       v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>                       Defendants. | Adv. Pro. No. 09-01182 (SMB)<br><br>Civil Case No. 15-cv-6269 (LTS) |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION**
**TO WITHDRAW THE REFERENCE**

Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), hereby withdraws his motion (the "Motion") to withdraw the reference to the Bankruptcy Court under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-1 in the above-captioned proceeding (the "Merkin Action"). ECF Nos. 1, 2.

The parties to the Merkin Action: (a) consented to the entry of final orders and judgments by the Bankruptcy Court on all claims in this adversary proceeding; (b) waived their right to a jury trial; and (c) agreed to a bench trial before the Bankruptcy Court on all claims in this

proceeding.  *See* Stipulation and Order, *Picard v. Merkin*, Adv. Pro. No. 09-1182 (SMB) (Bankr. S.D.N.Y. September 2, 2015), ECF No. 278.  Accordingly, the Trustee withdraws his Motion.

Dated: New York, New York  
       September 3, 2015

Respectfully submitted,

By: */s/ David J. Sheehan*  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
dsheehan@bakerlaw.com  
Lan Hoang  
lhoang@bakerlaw.com  
Seanna R. Brown  
sbrown@bakerlaw.com  
Brian Song  
bsong@bakerlaw.com

*Attorneys for Irving H. Picard,*  
*Trustee for the Substantively Consolidated*  
*SIPA Liquidation of Bernard L. Madoff*  
*Investment Securities LLC and the Estate of*  
*Bernard L. Madoff*