**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

W. Rendolok, LLC (the "Claimant"), having filed an objection (the "Objection", ECF No. 1958) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011936), hereby gives notice that he withdraws such Objection.

Dated:  September 3, 2015

　　　　　　　　　　　　　　　　　　　　s/ Marc G. Rosenberg
　　　　　　　　　　　　　　　　　　　　Marc G. Rosenberg
　　　　　　　　　　　　　　　　　　　　Lee S. Shalov
　　　　　　　　　　　　　　　　　　　　MCLAUGHLIN & STERN, LLP
　　　　　　　　　　　　　　　　　　　　260 Madison Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　Tel. No. (212) 448-1100

300368373