**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

S. Rendolok, LLC (the "Claimant"), having filed an objection (the "Objection", ECF No. 1957) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011937), hereby gives notice that he withdraws such Objection.

Dated: September 3, 2015

                                                                                                  s/ Marc G. Rosenberg
                                                                                                  Marc G. Rosenberg
                                                                                                  Lee S. Shalov
                                                                                                  MCLAUGHLIN & STERN, LLP
                                                                                                  260 Madison Avenue
                                                                                                  New York, New York 10016
                                                                                                  Tel. No. (212) 448-1100