**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Kaye Associates, L.P. (the "Claimant"), having filed an objection (the "Objection", ECF No.

1956) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim

(#012034), hereby gives notice that he withdraws such Objection.

Dated: September 3, 2015

s/ Marc G. Rosenberg
Marc G. Rosenberg
Lee S. Shalov
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
Tel. No. (212) 448-1100

300368375