**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Howard Kaye (the "Claimant"), having filed an objection (the "Objection", ECF No. 1954) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012036), hereby gives notice that he withdraws such Objection.

Dated: September 3, 2015

                                                      s/ Marc G. Rosenberg
                                                      Marc G. Rosenberg
                                                      Lee S. Shalov
                                                      MCLAUGHLIN & STERN, LLP
                                                      260 Madison Avenue
                                                      New York, New York 10016
                                                      Tel. No. (212) 448-1100

300368366