**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Howard Kaye IRA (the "Claimant"), having filed an objection (the "Objection", ECF No. 1955) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012035), hereby gives notice that he withdraws such Objection.

Dated: September 3, 2015

                                                s/ Marc G. Rosenberg
                                                Marc G. Rosenberg
                                                Lee S. Shalov
                                                MCLAUGHLIN & STERN, LLP
                                                260 Madison Avenue
                                                New York, New York 10016
                                                Tel. No. (212) 448-1100

300368370