**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

G. Rendolok, LLC (the "Claimant"), having filed an objection (the "Objection", ECF No. 1953) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011938), hereby gives notice that he withdraws such Objection.

Dated: September 3, 2015

                                                     s/ Marc G. Rosenberg
                                                   Marc G. Rosenberg
                                                   Lee S. Shalov
                                                   MCLAUGHLIN & STERN, LLP
                                                   260 Madison Avenue
                                                   New York, New York 10016
                                                   Tel. No. (212) 448-1100

300368371