**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br> v.<br><br>FEDERICO CERETTI, *et al.*<br><br>   Defendants. | Adv. Pro. No. 09-1161 (SMB)<br><br>Appeal No. _____ |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that the Joint Liquidators for defendants Kingate Global Fund Limited and Kingate Euro Fund Limited hereby appeal under 28 U.S.C. § 158(a)(3) to the United States Court for the Southern District of New York, the Honorable Jed S. Rakoff, from the August 21, 2015 Order (the "Order") (Docket No. 200 in Adv. Pro. No. 09-1161 (SMB)) (attached hereto as Exhibit A) of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") denying in certain respects the Kingate Funds' motion to dismiss claims brought by plaintiff Irving Picard, the Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee").  The Order incorporates the Bankruptcy Court's memorandum decision of August 11, 2015 (the "Decision") (Docket No. 199 in Adv. Pro. No. 09-1161 (SMB)) (attached hereto as Exhibit B), which sets forth the Bankruptcy Court's reasoning.

The names of all the relevant parties to the order appealed and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Baker & Hostetler LLP<br>David J. Sheehan<br>Gerry Ponto<br>45 Rockefeller Plaza<br>New York, NY 10111<br>(212) 589-4200 |
|---|---|
| Kingate Global Fund Limited and Kingate Euro Fund Limited | Quinn Emanuel Urquhart & Sullivan LLP<br>Susheel Kirpalani<br>Robert S. Loigman<br>Rex Lee<br>Lindsay M. Weber<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 |

The names of all the relevant parties to the Bankruptcy Court proceeding, not party to this motion for leave to appeal, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Federico Ceretti, Carlo Grosso, FIM Advisers LLP, FIM Limited | Paul, Hastings, Janofsky & Walker LLP<br>Jodi Aileen Kleinick<br>Barry G. Sher<br>Mor Wetzler<br>75 East 55th Street<br>New York, NY 10022-3205<br>(212) 318-6000 |
| Citi Hedge Fund Services Limited | Cleary, Gottlieb, Steen & Hamilton<br>Carmine Boccuzzi<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000 |
| Ashby Holding Services Limited, First Peninsula, *Individually and as Trustees of the Ashby Trust*, Ashby Investment Services Limited, *Individually and as Trustees of The Ashby Trust*, The Ashby Trust, El Prela Group Holding Services, Alpine Trustees Limited, *Individually and as Trustees of the El Prela Trust*, Port of Hercules Ltd., *Individually and as Trustee of the El Prela Trust*, El Prela Trading Investments Limited, and El Prela Trust | Freshfields Bruckhaus Deringer US LLP<br>Timothy Harkness<br>601 Lexington Avenue<br>31st Floor<br>New York, NY 10022<br>(212) 277-4000 |

2

| HSBC Bank Bermuda Limited | Cleary Gottlieb Steen & Hamilton LLP<br>Jim Corsiglia<br>David E. Brodsky<br>Marla Decker<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2427<br><br>Mello Jones & Martin<br>Andrew Martin<br>Thistle House<br>4 Burnaby Street<br>Hamilton HM 11<br>Bermuda<br>441 2921345 |
|---|---|
| Kingate Management Limited | Chaffetz Lindsey LLP<br>Peter R. Chaffetz<br>Andreas A. Frischknecht<br>Erin E. Valentine<br>505 Fifth Avenue, 4th Floor<br>New York, NY 10017<br>(212) 257-6960 |

DATED: New York, New York
September 4, 2015

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

By: /s/ Robert S. Loigman
    Susheel Kirpalani
    Robert S. Loigman
    Rex Lee
    Lindsay M. Weber

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Counsel to Joint Liquidators of Kingate Global Ltd. and Kingate Euro Ltd.*

3