# Christopher Clark

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, September 04, 2015 1:20 PM |
| **To:** | Christopher Clark |
| **Subject:** | Pay.gov Payment Confirmation: NY Southern CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Peter Mazzola at (212) 284-4016.

Application Name: NY Southern CM ECF
Pay.gov Tracking ID: 25N79171
Agency Tracking ID: 10893187
Transaction Type: Sale
Transaction Date: Sep 4, 2015 1:19:58 PM

Account Holder Name: Lindsay Weber
Transaction Amount: $298.00
Billing Address: 51 Madison Ave
Zip/Postal Code: 10010
Country: USA
Card Type: Visa
Card Number: ************1705


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1