**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICA ISRAEL CULTURAL FOUNDATION, INC.,<br><br>        Defendant. | Adv. Pro. No. 10-05058 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 30, 2015.

2. Fact Discovery shall be completed by: October 31, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: January 20, 2017.

4. The Disclosure of Rebuttal Experts shall be due: February 20, 2017.

5. The Deadline for Completion of Expert Discovery shall be: March 22, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 29, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before April 12, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before August 10, 2017.

Dated: New York, New York　　　　　　BAKER & HOSTETLER LLP
　　　　September 4, 2015

　　　　　　　　　　　　　　　　　　　By: /s/ *Nicholas J. Cremona*
　　　　　　　　　　　　　　　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　　　　Nicholas J. Cremona
　　　　　　　　　　　　　　　　　　　Heather J. McDonald
　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201

　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Trustee*
　　　　　　　　　　　　　　　　　　　*for the Substantively Consolidated SIPA*
　　　　　　　　　　　　　　　　　　　*Liquidation of Bernard L. Madoff Investment*
　　　　　　　　　　　　　　　　　　　*Securities LLC and for the Estate of Bernard*
　　　　　　　　　　　　　　　　　　　*L. Madoff*