**BECKER & POLIAKOFF LLP**  Presentment Date: September 11, 2015 at 12:00 noon
Helen Davis Chaitman hchaitman@bplegal.com    Objection Date: September 8, 2015
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Defendant Edwin Michalove*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>     Plaintiff,<br>v.<br><br>EDWIN MICHALOVE AND DANIEL M. POLIER, JR.,<br><br>     Defendants. | Adv. Pro. No. 10-04786 (SMB) |

**NOTICE OF PRESENTMENT OF AN ORDER**
**GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

  **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Helen Davis Chaitman

in Support of Application on Consent for an Order to Withdraw as Counsel, dated September 4,

2015, Helen Davis Chaitman of Becker & Poliakoff LLP, attorney of record for Defendant

{N0089734 }

Edwin Michalove (the "BP Defendant"), will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, NY 10004, for signature on September 11, 2015 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

| | |
|---|---|
| Dated:  September 4, 2015<br>New York, New York | **BECKER & POLIAKOFF LLP**<br><br>By:  */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 599-3322<br>Facsimile: (212) 557-0295<br>hchaitman@bplegal.com<br>*Attorneys for Defendant Edwin Michalove* |