**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Defendant Edwin Michalove*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MICHALOVE AND DANIEL M. POLIER, JR.,<br><br>    Defendants. | Adv. Pro. No. 10-04786 (SMB) |

**CERTIFICATE OF SERVICE**

  I, Chelsey Davis, hereby certify that on September 4, 2015 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

{N0089738 }

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and USPS Regular Mail upon:

>Edwin Michalove ebm809@gmail.com
>809 S. Bundy Drive
>Los Angeles, CA  90049
>
>Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   September 4, 2015               */s/ Chelsey Davis*
         New York, New York