**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

**Presentment Date: September 11, 2015 at 12:00 PM**
**Objection Date: September 8, 2015**

*Attorneys for Defendant Manuel O. Jaffe*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>MANUEL O. JAFFE,<br><br>    Defendant. | Adv. Pro. No. 10-04425 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT**
**OF AN APPLICATION ON CONSENT**
**FOR AN ORDER TO WITHDRAW AS COUNSEL**

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§1746, as follows:

1. I am a partner with Becker & Poliakoff LLP, counsel of record to Defendant Manuel O. Jaffe, (the "BP Defendant"). I submit this declaration in support of an application for an Order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules of this Court: (1) authorizing Becker & Poliakoff LLP to withdraw as counsel to the BP Defendant; and (2) granting such other and further relief as the Court deems just and proper. Unless otherwise stated, the foregoing is based on my personal knowledge.

2. Counsel for the Trustee does not object to the relief requested herein.

3. The Trustee commenced this adversary proceeding against the BP Defendant on November 12, 2010 (the "Adversary Proceeding").

4. After the Adversary Proceeding was commenced, the BP Defendant retained Becker & Poliakoff LLP to represent them herein.

5. On behalf of the BP Defendant in this Adversary Proceeding Peter W. Smith and I filed Notices of Appearance and Requests for Service of Papers on March 14, 2011 and March 11, 2011 (ECF Doc. Nos. 10 and 11) respectively.

6. The BP Defendant is deceased. The Trustee was notified on July 21, 2015. BP Defendant's son, Phillip M. Jaffe, has not responded to any of my emails or phone calls.

7. The Adversary Proceeding will not be disrupted or unduly delayed as a result of this firm's withdrawal as BP Defendant's counsel.

8. Accordingly, cause exists to grant the application authorizing Becker & Poliakoff LLP to withdraw as counsel for the BP Defendant.

Dated: September 4, 2015                  */s/ Helen Davis Chaitman*
New York, New York

{N0089769}                                2