**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman  hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Defendant Manuel O. Jaffe*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>          Plaintiff-Applicant, <br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>          Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>          Plaintiff, <br>     v. <br><br> MANUEL O. JAFFE, <br><br>          Defendant. | Adv. Pro. No. 10-04425 (SMB) |

**CERTIFICATE OF SERVICE**

    I, Chelsey Davis, hereby certify that on September 4, 2015 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Helen Davis Chaitman in Support; and

{N0089775 }

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and USPS Regular Mail upon:

>Manuel O. Jaffe
>c/o Phillip M. Jaffe pmjaffe@alatusllc.com
>Alatus LLC,
>800 Nicollet Mall Suite 2850
>Minneapolis, MN  55402
>
>Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   September 4, 2015                    */s/ Chelsey Davis*
         New York, New York

{N0089775 }                                2