**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>      Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>      Plaintiff,<br>v.<br>WILLIAM PRESSMAN, INC.; ELLEN LEV TRUST; ELLEN LEV, in her capacity as trustee for the Ellen Lev Trust; ALICE JACOBS, individually; ILENE MAY, individually; SHIRLEY BLANK, individually; ESTATE OF BEA LAUB; JAVIER ORDAZ, in his capacity as personal representative of the Estate of Bea Laub; ALICE WEINER, individually; HARRIET BARBUTO, individually; SHERMAN ROSENFIELD, individually; DEBRA TAMBLYN, individually; ALLAN WILSON, individually; JOSEPH AMATURO, individually; and WINIFRED AMATURO, individually,<br>      Defendants. | Adv. Pro. No. 10-05309 (SMB) |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Becker & Poliakoff LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants Shirley Blank and Allan Wilson, (the "BP Defendants"); and due and sufficient notice of the

{N0089759 }

Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the BP Defendants; and good and sufficient appearing therefor; it is hereby

    **ORDERED** that the Application is granted; and it is further

    **ORDERED** that Becker & Poliakoff LLP is granted leave to withdraw as counsel for the BP Defendants and is hereby deemed removed as counsel for the BP Defendant in this proceedings.

Dated:  September ___, 2015
          New York, New York

                                        Hon. Stuart M. Bernstein
                                        UNITED STATES BANKRUPTCY JUDGE