**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Defendants Ilene May, Shirley Blank and Allan Wilson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>  Plaintiff,<br>v.<br><br>WILLIAM PRESSMAN, INC.; ELLEN LEV TRUST; ELLEN LEV, in her capacity as trustee for the Ellen Lev Trust; ALICE JACOBS, individually; ILENE MAY, individually; SHIRLEY BLANK, individually; ESTATE OF BEA LAUB; JAVIER ORDAZ, in his capacity as personal representative of the Estate of Bea Laub; ALICE WEINER, individually; HARRIET BARBUTO, individually; SHERMAN ROSENFIELD, individually; DEBRA TAMBLYN, individually; ALLAN WILSON, individually; JOSEPH AMATURO, individually; and WINIFRED AMATURO, individually,<br><br>  Defendants. | Adv. Pro. No. 10-05309 (SMB) |

{N0089754 }

## **CERTIFICATE OF SERVICE**

I, Chelsey Davis, hereby certify that on September 4, 2015 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and USPS Regular Mail upon:

>    Shirley Blank sb5704@comcast.net
>    5704 S. Travelers Palm Lane
>    Tamarac, FL 33319
>
>    Allan Wilson apwcpa@bellsouth.net
>    6000 Island Dr. apt 2708
>    Aventura, FL 33160
>
>    Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>    Baker & Hostetler LLP
>    45 Rockefeller Plaza
>    New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:    September 4, 2015                             */s/ Chelsey Davis*
               New York, New York

{N0089754 }                                      2