**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOSLOW FAMILY LIMITED PARTNERSHIP, IRIS BOSLOW REVOCABLE LIVING TRUST, ALVIN S. BOSLOW, IRIS C. BOSLOW, MINDY BOSLOW, JUDY BOSLOW, and LISA BOSLOW DORMAN,<br><br>Defendants. | Adv. Pro. No. 10-04575 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before which the above-captioned defendants (the "Defendants") may move, answer or otherwise respond to the complaint (the "Complaint") filed in the above-captioned adversary proceeding is extended up to and including October 16, 2015.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 10106) in the above-captioned case (No. 08-01789 (SMB)).

Dated as of: September 4, 2015

| BAKER & HOSTETLER LLP | PRYOR CASHMAN LLP |
|---|---|
| By: /s/ *Marc E. Hirschfield* | By: /s/ *David C. Rose* |
| 45 Rockefeller Plaza | 7 Times Square |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: 212.589.4200 | Telephone: 212.326.0806 |
| Facsimile: 212.589.4201 | Facsimile: 212.798.6393 |
| David J. Sheehan | Richard Levy, Jr. |
| Email: dsheehan@bakerlaw.com | Email: rlevy@pryorcashman.com |
| Nicholas J. Cremona | David C. Rose |
| Email: ncremona@bakerlaw.com | Email: drose@pryorcashman.com |
| Marc E. Hirschfield | Eric D. Dowell |
| Email: mhirschfield@bakerlaw.com | Email: edowell@pryorcashman.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Defendants Boslow Family Limited Partnership, Iris Boslow Revocable Living Trust, Alvin S. Boslow, Iris C. Boslow, Mindy Boslow, Judy Boslow, and Lisa Boslow Dorman* |

3