UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 10-04350 (SMB) |

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Please take notice of the following attorney information change (s) for:

RICHARD A. KIRBY

Counsel of Record for the Defendants in this Action

1

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: K&L Gates LLP
    FIRM ADDRESS: 1601 K Street NW #1, Washington, DC 20006
    FIRM TELEPHONE NUMBER: (202) 778-9000
    FIRM FAX NUMBER: (202) 778-9100

NEW FIRM:    FIRM NAME: Baker & McKenzie LLP
    FIRM ADDRESS: 815 Connecticut Ave, NW. Washington, DC 20006
    FIRM TELEPHONE NUMBER: (202) 452-7020
    FIRM FAX NUMBER: (202) 416-7220

[X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.


Dated: September 8, 2015    /s/ Richard A. Kirby
    ATTORNEY'S SIGNATURE

2