UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br>    v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                    Plaintiff,<br>    v.<br>LANX BM INVESTMENTS, LLC, THE LANX FUND II, LP, WOLFSON COUSINS, LP, and EDARA PARTNERSHIP,<br>                                    Defendants. | Adv. Pro. No. 10-04384 (SMB) |

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Please take notice of the following attorney information change (s) for:

<u>RICHARD A. KIRBY</u>

<u>Counsel of Record for the Defendants in this Action</u>

1

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: K&L Gates LLP
FIRM ADDRESS: 1601 K Street NW #1, Washington, DC 20006
FIRM TELEPHONE NUMBER: (202) 778-9000
FIRM FAX NUMBER: (202) 778-9100

NEW FIRM:   FIRM NAME: Baker & McKenzie LLP
FIRM ADDRESS: 815 Connecticut Ave, NW. Washington, DC 20006
FIRM TELEPHONE NUMBER: (202) 452-7020
FIRM FAX NUMBER: (202) 416-7220

[X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

Dated: September 8, 2015                    /s/ Richard A. Kirby_____
                                            ATTORNEY'S SIGNATURE

2