```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3
 4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 5  SECURITIES INVESTOR
 6  PROTECTION CORPORATION,
 7              Plaintiff,
 8  v.                              Adv. Case No. 08-01789(SMB)
 9  BERNARD L. MADOFF
10  INVESTMENT SECURITIES,
11  LLC., ET AL.,
12              Defendants.
13  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
14
15              U.S. Bankruptcy Court
16              One Bowling Green
17              New York, New York
18
19              August 26, 2015
20              10:21 AM
21
22
23  B E F O R E :
24  HON STUART M. BERNSTEIN
25  U.S. BANKRUPTCY JUDGE
```

| | |
|---|---|
| 1 | Hearing re:  Motion to Allow/Trustees Motion and Memorandum |
| 2 | to Affirm His Determinations denying Claims of Claimants |
| 3 | Holding Interest in the Whitman Partnership, the Lucky |
| 4 | Company, the Petito Investment Group, and the Harwood Family |
| 5 | Partnership |
| 25 | Transcribed by:  Dawn South |

```
 1   A P P E A R A N C E S :
 2   BAKER HOSTETLER
 3        Attorneys for the Trustee
 4        45 Rockefeller Plaza
 5        New York, NY 10111
 6
 7   BY: AMY E. VANDERWALL, ESQ.
 8
 9                  P R O C E E D I N G S
10        THE COURT:  Madoff?
11        MS. VANDERWAL:  Good morning, Your Honor.
12        THE COURT:  Good morning.
13        MS. VANDERWAL:  Amy Vanderwal with Baker Hostetler
14   on behalf of the trustee.
15        I'm here today on the trustee's motion to affirm
16   his determination of 29 claims that were filed by claimants
17   who invested in 4 partnerships.  The Whitman Partnership,
18   the Lucky Company, the Petito Investment Group, which are
19   all Florida partnerships, and the Harwood Family
20   Partnership, which is a New Jersey partnership.
21        THE COURT:  These are essential feeder funds that
22   had accounts with Madoff and the individual -- the entities
23   that are the subject of this motion invested in the feeder
24   funds, which in turn invested in Madoff.
25        MS. VANDERWAL:  That's exactly right, Your Honor,
```

Page 4

1    and like numerous prior decisions they did not have the
2    relationship that is required to establish customer status
3    under many prior decisions, including (indiscernible) of the
4    Second Circuit, and Marion (ph) Kennedy.
5                THE COURT:  Let me ask if there's anyone in court
6    today who objects to the relief requested by the trustee?
7                The record should reflect there's no response.
8                The reason I brought you in, I know you filed a
9    certificate of no objection, but I've seen in the past that
10   a lot of these investors are individuals who may not
11   appreciate what's going on here, so the purpose is to give
12   them one last chance to come in here and make any arguments
13   they think they're entitled to make, but --
14               MS. VANDERWAL:  I understand.
15               THE COURT:   -- no one has responded, and you're
16   clearly entitled -- the trustee is clearly entitled to the
17   relief he seeks based upon numerous prior decisions of this
18   court, the District Court, and the Court of Appeals.
19               So the motion is granted.  You can submit an
20   order.
21               MS. VANDERWAL:  Thank you very much, Your Honor.
22               THE COURT:  Thank you.
23       (Whereupon these proceedings were concluded at 10:22
24   AM)
25

1                          I N D E X

2

3                          RULINGS

4                                                              PAGE

5    Motion to Allow/Trustees Motion and Memorandum to

6    Affirm His Determinations denying Claims of Claimants

7    Holding Interest in the Whitman Partnership, the

8    Lucky Company, the Petito Investment Group, and the

9    Harwood Family Partnership                                  4

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                C E R T I F I C A T I O N
 2
 3   I, Dawn South, certify that the foregoing transcript is a
 4   true and accurate record of the proceedings.
 5        Dawn South
         Digitally signed by Dawn South
         DN: cn=Dawn South, o, ou,
         email=digital1@veritext.com, c=US
         Date: 2015.08.27 12:03:51 -04'00'
 6   _____
 7   Dawn South
 8   AAERT Certified Electronic Transcriber CET**D-408
 9
10
11
12   Date:   August 26, 2015
13
14
15
16
17
18
19
20
21
22   Veritext Legal Solutions
23   330 Old Country Road
24   Suite 300
25   Mineola, NY 11501
```