**Carlisle, Marie L.**

| | |
|---|---|
| **From:** | Chaitman, Helen Davis <hchaitman@bplegal.com> |
| **Sent:** | Thursday, August 20, 2015 12:19 PM |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Gorchkova, Julie; Sirota, Valerie; Smith, Rachel M.; Davis, Chelsey; Carlisle, Marie L.; Chaitman, Helen Davis |
| **Subject:** | RE: Picard v. Manuel O. Jaffe APN 10-04425 |

I don't have this information.


## Helen Davis Chaitman
Shareholder

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Cell: 908.303.4568 | Fax: 212.557.0295
E-Mail | Website



**IRS Circular 230 disclosure:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Privileged Information:** This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Hochmuth, Farrell [mailto:FHochmuth@bakerlaw.com]
**Sent:** Thursday, August 20, 2015 1:18 PM
**To:** Chaitman, Helen Davis
**Cc:** Gorchkova, Julie; Sirota, Valerie; Smith, Rachel M.; Davis, Chelsey; Carlisle, Marie L.
**Subject:** RE: Picard v. Manuel O. Jaffe APN 10-04425

Helen,

Can you please respond with probate and/or beneficiary information for Mr. Jaffe so that we can prepare a substitution?

Thank you, Farrell

**From:** Carlisle, Marie L.
**Sent:** Monday, August 03, 2015 4:06 PM
**To:** Chaitman, Helen Davis
**Cc:** Gorchkova, Julie; Hochmuth, Farrell; Sirota, Valerie (VSirota@bplegal.com); Smith, Rachel M.; Davis, Chelsey (CDavis@bplegal.com)
**Subject:** RE: Picard v. Manuel O. Jaffe APN 10-04425

1

**Exhibit A**

Counsel,

I wanted to follow up on the below email to see if you have any information regarding Mr. Jaffe.

Thank you,

Marie



**From:** Carlisle, Marie L.
**Sent:** Tuesday, July 21, 2015 5:43 PM
**To:** 'Chaitman, Helen Davis'
**Cc:** Gorchkova, Julie; Hochmuth, Farrell; Sirota, Valerie (VSirota@bplegal.com); Smith, Rachel M.; Davis, Chelsey (CDavis@bplegal.com)
**Subject:** Picard v. Manuel O. Jaffe APN 10-04425

Helen,

It has come to our attention that Manuel O Jaffe, defendant in APN 10-04425, is deceased. Please provide us with the dates of his death and if and where probate has been opened for Dr. Jaffe.

After we receive this information, we will prepare a Stipulation for Substitution, to substitute his estate and personal representative in the above adversary proceeding and circulate it to you for review and filing.

Please let me know if you would like to discuss.

Thanks,

Marie

Suite 1100
Houston, TX 77002-6111

**BakerHostetler**

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.