## Carlisle, Marie L.

| | |
|---|---|
| **From:** | Chaitman, Helen Davis <hchaitman@bplegal.com> |
| **Sent:** | Monday, August 31, 2015 2:06 PM |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Sirota, Valerie; Davis, Chelsey; Gorchkova, Julie; Smith, Rachel M.; Carlisle, Marie L.; Matthias, Michael; Chaitman, Helen Davis |
| **Subject:** | RE: Picard v. Clients; Proposed Case Management Notices |

I am in Europe and will focus on these when I return on September 15.


## Helen Davis Chaitman
Shareholder

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Cell: 908.303.4568 | Fax: 212.557.0295
E-Mail | Website



**IRS Circular 230 disclosure:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Privileged Information:** This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

---

**From:** Hochmuth, Farrell [mailto:FHochmuth@bakerlaw.com]
**Sent:** Monday, August 31, 2015 3:00 PM
**To:** Chaitman, Helen Davis
**Cc:** Sirota, Valerie; Davis, Chelsey; Gorchkova, Julie; Smith, Rachel M.; Carlisle, Marie L.; Matthias, Michael
**Subject:** Picard v. Clients; Proposed Case Management Notices

Helen,

Please see attached, proposed case management notices for all cases in which you will be working with Team Houston. Please correspond with me, Rachel and Marie on these cases.

We have not submitted a case management notice in APN 10-04425 Manuel Jaffe because Mr. Jaffe is deceased and we need you to provide us with the name of the party to substitute in his place. Please do so as soon as possible, and we will prepare a substitution, and then a proposed case management notice.

Thank you, Farrell

**Exhibit B**

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.