**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL O. JAFFE,<br><br>Defendant. | Adv. Pro. No. 10-04425 (SMB) |

### ORDER DENYING APPLICATION OF BECKER & POLIAKOFF LLP
### TO WITHDRAW AS COUNSEL

Upon consideration of the application of Becker & Poliakoff LLP (the "Application") for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant Manuel O. Jaffe, the Trustee's objection to the Application (the "Objection"), any and all other pleadings and papers filed and submitted in connection with the Application and Objection, and

the record in this case, the Court has determined that the relief requested in the Application should be denied, it is hereby

    ORDERED that the Application is denied.

Dated: New York, New York
      September __, 2015

                                      _____
                                      HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE