UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    DEFENDANT. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED) |
| IN RE:<br>BERNARD L. MADOFF,<br>    DEBTOR. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    PLAINTIFF<br><br>V.<br><br>FEDERICO CERETTI, *ET AL.*<br><br>    DEFENDANTS. | Adv. Pro. No. 09-1161 (SMB) |

I, Lindsay M. Weber, hereby certify that on the 4th of September 2015, I caused a true and correct copy of the following pleadings:

(a)   Notice of Appeal

(b)   Notice of Motion For Leave to Appeal the August 21, 2015 Order Granting in Part and Denying in Part Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.'s Motion to Dismiss the Fourth Amended Complaint

(c)   Memorandum of Law in Support of Motion for Leave to Appeal the August 21, 2015 Order Granting in Part and Denying in Part Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.'s Motion to Dismiss the Fourth Amended Complaint

      (d)      Declaration of Robert S. Loigman in Support of Motion for Leave to Appeal the August 21, 2015 Order Granting in Part and Denying in Part Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.'s Motion to Dismiss the Fourth Amended Complaint

to be served upon counsel of record for parties to the Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Liquidation Action (No. 08-01789 (SMB)) and parties to the Picard v. Fenerico Ceretti, *et al.*, adversary proceeding (Adv. Pro. No. 09-1161 (SMB)) via filing on CM/ECF and upon counsel to the parties listed on Schedule A to this certificate via electronic mail.

Dated:   September 8, 2015
            New York, New York

                                            /s/ Lindsay M. Weber
                                            LINDSAY M. WEBER

# SCHEDULE A

David Sheehan,
dsheehan@bakerlaw.com
Counsel to Plaintiff Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC

Geraldine E. Ponto,
gponto@bakerlaw.com
Counsel to Plaintiff Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC

Gonzalo S. Zeballos,
gzeballos@bakerlaw.com
Counsel to Plaintiff Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC

John Burke,
jburke@bakerlaw.com
Counsel to Plaintiff Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC