**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  THE ESTATE OF SARAH E. PEARCE, NORTON S. ROSENSWEIG, LINDA ROSENSWEIG, DAVID B. PEARCE, JONATHAN P. ROSENSWEIG, JULIE | Adv. Pro. No. 10-04407 (SMB) |

SCHWARTZ, and LAURIE BLANK,

        Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action (the "Action") in the United States Bankruptcy Court for the Southern District of New York (the "Court") against (i) the Estate of Sarah E. Pearce; (ii) Norton S. Rosensweig; (iii) Linda Rosenweig; (iv) David B. Pearce; (v) Johnathan P. Rosensweig; (vi) Julie Schwartz; and (vii) Laurie Blank (collectively, "Defendants");

**WHEREAS**, David B. Pearce died on June 1, 2015;

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, the Estate of David B. Pearce, and Andrew P. Segal, solely in his capacity as Executor of the Estate of David B. Pearce (the "Executor"), as follows:

1.    The Estate of David B. Pearce and the Executor, solely in his capacity as Executor of the Estate of David B. Pearce, are hereby substituted into the Action in place of David B. Pearce, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2.    The Clerk of the Court is hereby directed to amend the caption to remove David B. Pearce and substitute the Estate of David B. Pearce and Andrew P. Segal, solely in his capacity as Executor of the Estate of David B. Pearce, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for the Estate of David B. Pearce and the Executor; (i) expressly represents that he has the authority to accept service of the Amended Complaint on behalf of the Estate of David B. Pearce and the Executor, (ii) waives service of the summons and the Amended Complaint on behalf of the Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of the Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), made applicable to this Action pursuant to Federal Rule of Bankruptcy Procedure 7015.

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

[Rest of page intentionally left blank.]

Dated: July ___, 2015
       New York, New York

**BAKER & HOSTETLER LLP**     **BRYAN CAVE LLP**

By: */s/ Marc E. Hirschfield*     By: */s/ Thomas J. Schell*

45 Rockefeller Plaza     1290 Avenue of the Americas
New York, New York 10111     New York, New York 10104-3300
Telephone: (212) 589-4200     Telephone: (212) 541-2000
Facsimile: (212) 589-4201     Facsimile: (212) 541-4630
David J. Sheehan     Thomas J. Schell
Email: dsheehan@bakerlaw.com     E-mail: tjschell@bryancave.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com     *Attorneys for Defendants Estate of Sarah E.*
Nicholas J. Cremona     *Pearce, Norton S. Rosensweig, Linda*
Email: ncremona@bakerlaw.com     *Rosensweig, Estate of David B. Pearce,*
Oren J. Warshavsky     *Andrew P. Segal, solely in his capacity*
Email: owarshavsky@bakerlaw.com     *Executor of the Estate of David B. Pearce,*
Robertson D. Beckerlegge     *Jonathan P. Rosensweig, Julie Schwartz and*
Email: rbeckerlegge@bakerlaw.com     *Laurie Blank*
Elyssa S. Kates
Email: ekates@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the estate of
Bernard L. Madoff*

SO ORDERED:

Dated: September 8th, 2015     /s/ STUART M. BERNSTEIN_____
New York, New York     HONORABLE STUART M. BERNSTEIN
                       UNITED STATES BANKRUPTCY JUDGE