UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION<br><br>        Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND CONSENT ORDER**

The plaintiff, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, by and through his undersigned counsel, and defendants Gabriel Capital, L.P. ("Gabriel") and Ariel Fund Ltd. ("Ariel"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. On August 30, 2013, the Trustee filed the Third Amended Complaint against, *inter alia*, Gabriel and Ariel.

2. On May 19, 2015, the Trustee entered into a settlement agreement with defendants Gabriel and Ariel pursuant to Federal Rule of Bankruptcy Procedure 9019, which also

resolved the Trustee's claims against Gabriel and Ariel.  The settlement agreement was approved by this Court on June 23, 2015, ECF No. 270.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Trustee, Gabriel, and Ariel hereby stipulate to a dismissal with prejudice of the Trustee's claims against Gabriel and Ariel in the above-captioned adversary proceeding.

Dated: September 8, 2015

New York, New York

| */s/ Lan Hoang* | */s/ Jordan W. Siev* |
|---|---|
| **Baker & Hostetler LLP** | **Reed Smith LLP** |
| 45 Rockefeller Plaza | 599 Lexington Avenue |
| New York, New York 10111 | New York, New York 10022 |
| Telephone: (212) 589-4200 | Telephone: (212) 521-5400 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 521-5450 |
| David J. Sheehan | James C. McCarroll |
| Email: dsheehan@bakerlaw.com | Email: jmccarroll@reedsmith.com |
| Lan Hoang | Jordan W. Siev |
| Email: lhoang@bakerlaw.com | Email: jsiev@reedsmith.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Bart M. Schwartz as Receiver of Ariel Fund Limited and Gabriel Capital, L.P.* |

SO ORDERED:
September 8th, 2015

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

300368565.1