UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Trust U/W/O Harriet Myers (the "Claimant"), having filed an objection (the "Objection", Docket No. 712) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009521), hereby gives notice that it withdraws such Objection.

Dated: August, 26, 2015

Matthew A. Kupillas on behalf of Claimant
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: 212.613.5697
Facsimile: 212.273.4331