UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jan Marcus Capper (the "Claimant"), having filed an objection (the "Objection", Docket No. 680) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011109), hereby gives notice that she withdraws such Objection.

Dated: August, 26, 2015

*[signature]*

Matthew Kupillas
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229