**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Defendant Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| SUSANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN and RUSSELL OASIS, individually and on behalf of a class of similarly situated Plaintiffs, | Adv. Pro. No. 15-01293 (SMB) |
| Plaintiffs, | |
| v. | |
| CAPITAL GROWTH COMPANY, DECISIONS INCORPORATED, FAVORITE FUNDS, JA PRIMARY LIMITED PARTNERSHIP, JA SPECIAL LIMITED PARTNERSHIP, JAB PARTNERSHIP, JEMW PARTNERSHIP, JF PARTNERSHIP, JFM INVESTMENT COMPANIES, JLN PARTNERSHIP, | |

| |
|---|
| JMP LIMITED PARTNERSHIP, JEFFRY M. PICOWER SPECIAL COMPANY, JEFFRY M. PICOWER, P.C., THE PICOWER FOUNDATION, THE PICOWER INSTITUTE OF MEDICAL RESEARCH, THE TRUST F/B/O GABRIELLE H. PICOWER, BARBARA PICOWER, individually and as executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, |
| Defendants. |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b), the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., in the above-captioned adversary proceeding, and hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone, telecopier and email indicated:

> Deborah H. Renner, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> T 212.589.4200
> F 212.589.4201
> Email: drenner@bakerlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which the above-named defendant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named defendant expressly reserves.

Dated:  New York, New York
        September 9, 2015

**BAKER & HOSTETLER LLP**

By:*/s/ Deborah H. Renner*
Deborah H. Renner
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
Email: drenner@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, as Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*