**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

William Jay Cohen, as trustee for the William Jay Cohen Trust Dated 11/14/89 (the "Claimant"), having filed an objection (the "Objection"), Docket No. 725 to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009570), hereby gives notice that he withdraws such Objection.

Dated: September 9, 2015

*/s/ Brian J. Neville*
Brian J. Neville on behalf of William Jay Cohen
Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018