**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendants Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas and Nancy Atlas, in her capacity as the Trustee and Beneficiary of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,           Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC,           Defendant. | Adv. Pro. No. 08-1789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF,           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,           Plaintiff, v. TRUST FUND B U/W EDWARD F. SELIGMAN F/B/O NANCY ATLAS and NANCY ATLAS, in her capacity as the Trustee and Beneficiary of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas,           Defendants. | Adv. Pro. No. 10-04885 (SMB) |

{N0090027 }

## **CERTIFICATE OF SERVICE**

    I, Lourdes Blanco, hereby certify that on September 9, 2015 I caused a true and correct copy of Defendants' Answer and Affirmative Defenses to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF in these Adversary Proceedings, 08-01789 and 08-04885, and served by electronic mail upon:

        Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111

    I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   September 9, 2015                     */s/ Lourdes Blanco*
           New York, New York