**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and THE ESTATE OF MARK D. MADOFF,<br><br>Defendants. | Adv. Pro. No. 09-01503 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for September 23, 2015, has been adjourned to **February 24, 2016, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
September 9, 2015

| | |
|---|---|
| Of Counsel: | By: */s/ Marc E. Hirschfield* |
| BAKER & HOSTETLER LLP<br>Jimmy Fokas<br>Email: jfokas@bakerlaw.com<br>Sammi Malek<br>Email: smalek@bakerlaw.com<br>Patrick T. Campbell<br>Email: pcampbell@bakerlaw.com | **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Lauren Resnick<br>Email: lresnick@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br><br>*Attorneys for Irving H. Picard,*<br>*Trustee for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L. Madoff* |