**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendants Jaffe Family Investment
Partnership and Bruce Jaffe*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAFFE FAMILY INVESTMENT PARTNERSHIP; and BRUCE JAFFE,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04655 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

{N0090161 }

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of Becker & Poliakoff, LLP for Lax & Neville LLP as counsel for the Jaffe Family Investment Partnership and Bruce Jaffe  (the "Defendants").  All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

BECKER & POLIAKOFF, LLP
45 Broadway, 8th Floor
New York, NY 10006
Telephone: (212) 599-3322
Email: hchaitman@bplegal.com
jgorchkova@bplegal.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and consent to this substitution of counsel.

| September 10, 2015 | September 10, 2015 |
|---|---|
| **LAX & NEVILLE LLP** | **BECKER & POLIAKOFF LLP** |
| *Withdrawing Attorneys for Defendants* | *Superseding Attorneys for Defendants* |
| By:  */s/ Brian Neville* | By:  */s/ Helen Davis Chaitman* |
| Brian Neville<br>1450 Broadway, 35th Floor<br>New York, New York 10018<br>(212) 696-1999<br>bneville@laxneville.com | Helen Davis Chaitman<br>45 Broadway<br>New York, New York 10006<br>(212) 599-3322<br>hchaitman@bplegal.com |

**SO ORDERED:**


**/s/**                                                                                      Dated:    September ___, 2015
**HON. STUART M. BERNSTEIN**                              New York, New York
**UNITED STATES BANKRUPTCY JUDGE**

{N0090161 }

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JAFFE FAMILY INVESTMENT PARTNERSHIP; and BRUCE JAFFE,<br><br>    Defendants. | Adv. Pro. No. 10-04655 (SMB) |

  I, HELEN DAVIS CHAITMAN, declare as follows:

  1.  I am a member of the firm Becker & Poliakoff, LLP and a member of the Bar of this Court Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. I submit this declaration in support of the accompanying notice and proposed order substituting Becker & Poliakoff, LLP for Lax & Neville LLP as counsel for the Jaffe Family Investment Partnership and Bruce Jaffe (the "Defendants") in the above-captioned adversary proceeding. I also have read Local Bankruptcy

{N0090161 }

Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 10, 2015
        New York, New York

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman

{N0090161 }