BAKER & McKENZIE LLP
Richard A. Kirby
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 416-7220

*Attorneys for James Lowrey, The Estate of Marianne Lowrey, Turtle Cay Partners, Coldbrook Associates Partnership, Jessica Lee Lowrey, Tracy McDonal Lowrey Lenehan, Whitney Hanlon Lowrey Gaeta, and Larry B. Alexander.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04387 (SMB) |
| Plaintiff, | |
| v. | |
| JAMES LOWREY, individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust, and in his capacity as successor partner of Coldbrook Associates Partnership, | |
| THE ESTATE OF MARIANNE LOWREY, | |
| TURTLE CAY PARTNERS, | |
| COLDBROOK ASSOCIATES PARTNERSHIP, individually and in its capacity as general partner of | |

Turtle Cay Partners,

TRUST CREATED FOR THE BENEFIT OF
JESSICA LEE LOWREY UNDER ARTICLE
SECOND OF A CERTAIN TRUST AGREEMENT
DATED AUGUST 29, 1984,

TRUST CREATED FOR THE BENEFIT OF
TRACY MCDONALD LOWREY UNDER
ARTICLE SECOND OF A CERTAIN TRUST
AGREEMENT DATED AUGUST 29, 1984,

TRUST CREATED FOR THE BENEFIT OF
WHITNEY HANLON LOWREY UNDER
ARTICLE SECOND OF A CERTAIN TRUST
AGREEMENT DATED AUGUST 29, 1984,

JESSICA LEE LOWREY, individually, in her
capacity as personal representative of the Estate of
Marianne Lowrey, in her capacity as trustee for the
Marianne B. Lowrey Trust and in her capacity as
successor partner of Coldbrook Associates
Partnership,

TRACY MCDONALD LOWREY LENEHAN,
individually, in her capacity as personal
representative of the Estate of Marianne Lowrey, in
her capacity as trustee for the Marianne B. Lowrey
Trust and in her capacity as successor partner of
Coldbrook Associates Partnership,

WHITNEY HANLON LOWREY GAETA,
individually, in her capacity as personal
representative of the Estate of Marianne Lowrey, in
her capacity as trustee for the Marianne B. Lowrey
Trust and in her capacity as successor partner of
Coldbrook Associates Partnership, and

LARRY B. ALEXANDER, in his capacity as
personal representative of the Estate of Marianne
Lowrey, in his capacity as trustee for the Marianne
B. Lowrey Trust and in his capacity as successor
partner of Coldbrook Associates Partnership,
MARIANNE B. LOWREY TRUST,

        Defendants.

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

PLEASE TAKE NOTICE that the law firm of Baker & McKenzie LLP,  815 Connecticut Avenue NW, Washington, DC 20006, shall be substituted in place of the law firm of K&L Gates LLP, 1601 K Street NW #1, Washington, DC 20006 as counsel of record for all defendants in this adversary proceeding.  All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> BAKER & McKENZIE LLP
> 815 Connecticut Avenue, NW
> Washington, DC 20006
>          Attn:   Richard A. Kirby
> Telephone: (202) 416-7020
> Email: Richard.kirby@bakermckenzie.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated:  Washington, DC                     Dated:  Washington, DC
      September 11, 2015                             September 11, 2015

     BAKER & McKENZIE LLP                     K&L Gates LLP

By: /s/ Richard A. Kirby _____     By: /s/Martha Rodriguez-Lopez _____
    Richard A. Kirby
    815 Connecticut Avenue, NW               1601 K Street NW #1
    Washington, DC 20006                     Washington, DC 20006
    Telephone: (202) 416-7020                Telephone: (202) 778-9000
                                             Facsimile: (202) 778-9100

      Dated:                                SO ORDERED:
        September __, 2015

                                     _____

                                     UNITED STATES BANKRUPTCY JUDGE