**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained | Adv. Pro. No. 10-04744 (SMB) |

> Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J. PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto,
>
>                           Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 12, 2015.

2. Fact Discovery shall be completed by: December 8, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: February 27, 2017.

4. The Disclosure of Rebuttal Experts shall be due: March 29, 2017.

5. The Deadline for Completion of Expert Discovery shall be: April 28, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 5, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 19, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before September 15, 2017.

|  |  |
|---|---|
| Dated: New York, New York<br>September 11, 2015 | **BAKER & HOSTETLER LLP** |
|  | By: */s/ Nicholas J. Cremona* |
| Of Counsel: | David J. Sheehan<br>Nicholas J. Cremona |
| **BAKER HOSTETLER LLP** | 45 Rockefeller Plaza |
| 811 Main, Suite 1100 | New York, NY 10111 |
| Houston, Texas 77002 | Telephone: (212) 589-4200 |
| Telephone: (713) 751-1600 | Facsimile: (212) 589-4201 |
| Facsimile: (713) 751-1717 |  |
| Dean D. Hunt | *Attorneys for Irving H. Picard, Trustee* |
| Email: dhunt@bakerlaw.com | *for the Substantively Consolidated SIPA* |
|  | *Liquidation of Bernard L. Madoff Investment* |
|  | *Securities LLC and for the Estate of Bernard* |
|  | *L. Madoff* |