**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> 1776 K STREET ASSOCIATES LIMITED PARTNERSHIP, a Virginia limited partnership, BERNARD S. GEWIRZ, EDWARD H. KAPLAN, ESTATE OF ROBERT H. SMITH, ROBERT H. SMITH REVOCABLE TRUST, ELEVENTH AMENDMENT AND RESTATEMENT, AND SUCCESSOR TRUSTS, Virginia trusts, CLARICE | Adv. Pro. No. 10-05027 (SMB) |

R. SMITH, as personal representative, as trustee, and as an individual, and ROBERT P. KOGOD, as personal representative,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: January 8, 2016.

2.      Fact Discovery shall be completed by: December 14, 2016.

3.      The Disclosure of Case-in-Chief Experts shall be due: February 16, 2017.

4.      The Disclosure of Rebuttal Experts shall be due: March 20, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: June 19, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before August 18, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before September 1, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before January 5, 2018.

Dated: New York, New York
        September 14, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: s/ Nicholas J. Cremona
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and for the Estate of Bernard L. Madoff*

300367367.2