**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>LAUREL KOHL, individually and as a joint tenant; and JODI M. KOHL, individually and as a joint tenant,<br><br>        Defendants. | Adv. Pro. No. 10-04683 (SMB) |

## SECOND STIPULATION EXTENDING TIME TO FILE
## NOTICE OF MEDIATION REFERRAL

This Second Stipulation Extending Time to File a Notice of Mediation Referral ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the deadline, as set forth in the Amended Case Management Notice filed in the above-captioned case on November 18, 2014 and as extended pursuant to that Stipulation Extending Time to File Notice of Mediation Referral filed in the above-captioned case on August 21, 2015, by which the Parties must file a Notice of Mediator Referral is further extended up to and including October 2, 2015, and the deadlines, as set forth in said Amended Case Management Notice and as extended pursuant to said Stipulation Extending Time, for (a) the Parties to choose a mediator and file a Notice of Mediator Selection and (b) the conclusion of the mediation are each further extended an additional fourteen (14) calendar days.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  September 14, 2015
       New York, New York

By:   */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By:   */s/ Gregory S. Kinoian*
**Okin Hollander LLC**
Glenpointe Centre West, 2nd Floor
500 Frank W. Burr Blvd., Suite 40
Teaneck, NJ   07666
Telephone: 201 947 7500 ext. 226
Facsimile: 201 947 2663
Paul S. Hollander
Email: phollander@okinhollander.com
Gregory S. Kinoian
Email: gkinoian@okinhollander.com

*Attorneys for Laurel Kohl and Jodi M. Kohl*