## EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIPS
Partnership with an Account at Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership Account Name | Partnership Name | Partnership Account Number | Claim Filed By Partnership | Outstanding Docketed Objections From Investors In The Partnership | Outstanding Claims of Investors in the Partnership |
|---|---|---|---|---|---|
| Strattham Partners | Strattham Partners | 1ZB262 | Yes (005410) | 6 | 6 |
| Bull Market Fund | Bull Market Fund | 1B0081 | Yes (009840) | 34 | 34 |
| 1973 Masters Vacation Fund | 1973 Masters Vacation Fund | 1M0114 | N/A | 7 | 8 |
|  |  |  |  | 47 | 48 |