## EXHIBIT 3 – OBJECTION DETAILS
Further Details of Outstanding Objections from Claimants Invested in the Partnerships Identified in Exhibit 1

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 005198 | Anthony Galu | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 005559 | Debra And Eric Blum | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (1/8/2010). | 2/5/2010 |
| 010791 | Jonathan Cohen | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 010793 | David Kaplan | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011046 | 500 Bi-County Associates LP | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011048 | Gotham Plaza Associates LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011050 | Maxrob, L.P. | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011051 | Lucas Blumenfeld Trust | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011052 | Max Blumenfeld Trust | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011053 | Francie Swift | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011060 | BDG Commack LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011061 | Anna Blumenfeld | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011062 | 45 South Service Road LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 011210 | Daniel Land Co., LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011211 | 10 Michael Drive Associates | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011212 | BDG Larkfield Associates, LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011213 | 125 Bethpage Associates LP | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011214 | David Blumenfeld Farmingdale Trust | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011215 | Brad Blumenfeld Farmindale Trust | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/6/2010 |
| 011216 | Edward Blumenfeld | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011217 | BDG Deer Park Associates LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011218 | David Blumenfeld Family Trust | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011219 | Fisher Davis Blumenfeld Trust | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011221 | ARC-BDG Setauket Enterprise | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011222 | BDG Yaphank | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011223 | BDG Lake Grove I, LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011224 | David Blumenfeld | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 011225 | Charleston Enterprises, LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011226 | BCC II, LLC | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 011227 | BDG 115 Broadhollow LP | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 014577 | Heather Cohen | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 014578 | Sandy Cohen | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 014579 | Roberta Cohen | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 014580 | Harvey Cohen | Bull Market Fund | 1B0081 | Claim for securities and/or credit balance denied (12/8/2009). | 1/7/2010 |
| 001205 | Peter Barbato | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/17/2010). | 1/10/2011 |
| 002870 | Evan R. Harrell | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/10/2010). | 1/6/2011 |
| 002871 | Alexander Harrell | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/10/2010). | 1/6/2011 |
| 002872 | Ashley Harrell | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/10/2010). | 1/6/2011 |
| 003115 | George & Linda Pallis | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/10/2010). | 1/7/2011 |
| 003911 | Colin Chambers | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/10/2010). | 1/7/2011 |
| 005882 | Loretta Keane | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/10/2010). | 1/7/2011 |

| Claim Number | Claimant | Partnership | Partnership Account Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| 009138 | Anthony F. Russo, Md | 1973 Masters Vacation Fund | 1M0114 | Claim for securities and/or credit balance denied (12/17/2010). | 7/20/2011 |
| 001834 | Christopher Altieri Jr | Strattham Partners | 1ZB262 | Claim for securities and/or credit balance denied (12/8/2009). | 1/4/2010 |
| 001889 | Lisa And Steve Altieri | Strattham Partners | 1ZB262 | Claim for securities and/or credit balance denied (12/8/2009). | 12/23/2009 |
| 001911 | Christopher J. Altieri | Strattham Partners | 1ZB262 | Claim for securities and/or credit balance denied (12/8/2009). | 12/28/2009 |
| 004095 | Neva And Nicholas S. Rosamilia | Strattham Partners | 1ZB262 | Claim for securities and/or credit balance denied (12/8/2009). | 1/5/2010 |
| 005505 | Arlene C. Mortimer | Strattham Partners | 1ZB262 | Claim for securities and/or credit balance denied (12/8/2009). | 1/8/2010 |
| 015087 | Salvatore Rosamilia | Strattham Partners | 1ZB262 | Claim for securities and/or credit balance denied (12/8/2009). | 2/8/2010 |