HOGAN LOVELLS US LLP
Marc J. Gottridge
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
*Attorneys for Defendants Barclays Bank*
*(Suisse) S.A., Barclays Bank S.A., and*
*Barclays Private Bank & Trust Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :
             Plaintiff-Applicant,       :        Adv. Pro. No. 08-01789 (SMB)
      v.                                :
                                        :         SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :        (Substantively Consolidated)
                                        :
                  Defendant.            :
-------------------------------------------------------------x
In re:                                  :
                                        :
BERNARD L. MADOFF,                      :
                                        :
                  Debtor.               :
-------------------------------------------------------------x
IRVING H. PICARD, Trustee for the       :
Liquidation of Bernard L. Madoff Investment :
Securities LLC, and Bernard L. Madoff,  :
                                        :
             Plaintiff,                 :        Adv. Pro. No. 11-02569 (SMB)
      v.                                :
                                        :
BARCLAYS BANK (SUISSE) S.A.,            :
BARCLAYS BANK S.A., and BARCLAYS        :
PRIVATE BANK & TRUST LIMITED,           :
                                        :
                  Defendants.           :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marc J. Gottridge, a partner in the law firm Hogan Lovells

US LLP, hereby appears as counsel in the above-captioned actions for Barclays Bank (Suisse)

S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited, and requests that all

parties serve upon him copies of all papers filed in or affecting these actions.

I certify that I am admitted to practice in this Court and that I am a registered electronic

case filing user.


Dated:  September 16, 2015
New York, New York

Respectfully submitted,

By: ___/s/ Marc J. Gottridge_____
      Marc J. Gottridge
      **HOGAN LOVELLS US LLP**
      875 Third Avenue
      New York, NY 10022
      Telephone (212) 918-3000
      Facsimile (212) 918-3100
      marc.gottridge@hoganlovells.com

      *Attorneys for Defendants Barclays Bank*
      *(Suisse) S.A., Barclays Bank S.A.,*
      *and Barclays Private Bank & Trust Limited*