HOGAN LOVELLS US LLP
Benjamin J.O. Lewis
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
*Attorneys for Defendants Barclays Bank*
*(Suisse) S.A., Barclays Bank S.A., and*
*Barclays Private Bank & Trust Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff-Applicant, | : | Adv. Pro. No. 08-01789 (SMB) |
| v. | : | |
| | : | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | (Substantively Consolidated) |
| Defendant. | : | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

------------------------------------------------------------x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 11-02569 (SMB) |
| v. | : | |
| | : | |
| BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS PRIVATE BANK & TRUST LIMITED, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin J.O. Lewis, associated with the law firm Hogan Lovells US LLP, hereby appears as counsel in the above-captioned actions for Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited, and requests that all parties serve upon him copies of all papers filed in or affecting these actions.

I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated:  September 16, 2015
New York, New York

                                            Respectfully submitted,

                                            By:  ___/s/ Benjamin J.O. Lewis_____
                                                Benjamin J.O. Lewis
                                          **HOGAN LOVELLS US LLP**
                                          875 Third Avenue
                                          New York, NY 10022
                                          Telephone (212) 918-3000
                                          Facsimile (212) 918-3100
                                          ben.lewis@hoganlovells.com

                                          *Attorneys for Defendants Barclays Bank*
                                          *(Suisse) S.A., Barclays Bank S.A.,*
                                          *and Barclays Private Bank & Trust Limited*

1