HOGAN LOVELLS US LLP
Erin M. Meyer
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
*Attorneys for Defendants Barclays Bank*
*(Suisse) S.A., Barclays Bank S.A., and*
*Barclays Private Bank & Trust Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff-Applicant, | : | Adv. Pro. No. 08-01789 (SMB) |
| v. | : | |
| | : | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | (Substantively Consolidated) |
| Defendant. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BERNARD L. MADOFF, | : | |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 11-02569 (SMB) |
| v. | : | |
| | : | |
| BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS PRIVATE BANK & TRUST LIMITED, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Erin M. Meyer, associated with the law firm Hogan Lovells US LLP, hereby appears as counsel in the above-captioned actions for Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited, and requests that all parties serve upon her copies of all papers filed in or affecting these actions.

I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated: September 16, 2015
New York, New York

Respectfully submitted,

By: ___/s/ Erin M. Meyer_____
    Erin M. Meyer
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
erin.meyer@hoganlovells.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited*

1