**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>M. HARVEY RUBIN TRUST OF 11/11/92 and MAURICE HARVEY RUBIN,<br><br>Defendants. | Adv. Pro. No. 10-04886 (SMB) |

## <u>AMENDED CASE MANAGEMENT NOTICE</u>

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due on December 6, 2011.

2.      Fact Discovery shall be completed on or before July 3, 2012.

3.      The Deadline for Service of Substantive Interrogatories shall be April 4, 2012.

4.      The Disclosure of Case-in-Chief Experts shall be due on November 15, 2012.

5.      The Disclosure of Rebuttal Experts shall be due on February 14, 2013.

6.      The Deadline for Completion of Expert Discovery shall be May 24, 2013.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 23, 2015.

8.      The Deadline for Conclusion of Mediation shall be February 22, 2016.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
      September 16, 2015

BAKER & HOSTETLER LLP

By: /s/ *Marc E. Hirschfield*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*