**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>THE TRUST U/W/O H. THOMAS LANGBERT F/B/O EVELYN LANGBERT,<br><br>EVELYN LANGBERT, individually,<br><br>JAMES McNALLY, in his capacity as trustee of THE TRUST U/W/O H. THOMAS LANGBERT | Adv. Pro. No. 10-05382 (SMB) |

F/B/O EVELYN LANGBERT,

MARIAN HOWARD, in her capacity as trustee of
THE TRUST U/W/O H. THOMAS LANGBERT
F/B/O EVELYN LANGBERT,

          Defendants.

## STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SUBSTITUTE PARTIES FOR DECEASED DEFENDANT

WHEREAS, on December 9, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed and served a complaint against the above-captioned defendants (the "Defendants"), including Evelyn Langbert ("Decedent");

WHEREAS, Decedent died in New York, New York on January 22, 2015;

WHEREAS, undersigned counsel for the Defendants filed a suggestion of death for Decedent in the above-captioned adversary proceeding (the "Action") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on January 23, 2015 (Dkt. 33);

WHEREAS, Decedent's estate has not entered into probate as of the date hereof; and

WHEREAS, no administrator or personal representative of Decedent's estate has been appointed as of the date hereof.

NOW THEREFORE, the Trustee and the Defendants, each by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The time by which the Trustee may move to substitute parties in the Action to take the place of Decedent, pursuant to Fed. R. Civ. P. 25(a), is extended up to and including November 18, 2015.

2. Undersigned counsel for the Defendants expressly agrees to notify the Trustee of the entry of the estate of Decedent into probate and the issuance of any letters testamentary for the administration of Decedent's estate within five (5) business days after the undersigned received actual notice of the entry of Decedent's estate into probate.

3. The purpose of this stipulated extension of time is to provide sufficient time for the Trustee to substitute proper parties in the Action for Decedent. Nothing in this stipulation is a waiver of the Trustee's right to request from the Bankruptcy Court a further extension of time to substitute parties in the Action for Decedent and/or the Defendants' right to object to any such request.

4. Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

5. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

*The rest of this page intentionally left blank*

| | |
|---|---|
| September 16, 2015 | **BAKER & HOSTETLER LLP** |

By: /s/ *Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**FREJKA PLLC**

By: /s/ *Elise S. Frejka*_____
733 Third Avenue
New York, New York 10017
Telephone: (212) 641-0848
Facsimile: (212) 486-6480
Elise S. Frejka
Email: efrejka@frejka.com

*Attorneys for The Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert, James McNally and Marian Howard*

SO ORDERED

/s/ STUART M. BERNSTEIN_____

Dated: September 16th, 2015      HON. STUART M. BERNSTEIN
New York, New York                 UNITED STATES BANKRUPTCY JUDGE