**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                         Plaintiff,<br>        v.<br><br>SHETLAND FUND LIMITED PARTNERSHIP; ROBERT I. LAPPIN, in his capacity as General Partner of the Shetland Fund Limited Partnership; U/W/O LOUIS ZAIGER RESIDUE TRUST, in its capacity as a Limited Partner of Shetland Fund | Adv. Pro. No. 10-04579 (SMB) |

Limited Partnership; MARION L. LAPPIN, in her capacity as a Limited Partner of Shetland Fund Limited Partnership; NANCY J. LAPPIN, in her capacity as a Limited Partner of Shetland Fund Limited Partnership; PETER J. LAPPIN, in his capacity as a Limited Partner of Shetland Fund Limited Partnership; BARTON REALTY TRUST, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; SHETLAND ASSOCIATES LIMITED PARTNERSHIP, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; LAPPIN GRANDCHILDREN'S TRUST, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; SHETLAND PROPERTIES, INC., it its capacity as a Limited Partner of Shetland Fund Limited Partnership; SHETLAND INVESTMENTS LIMITED PARTNERSHIP, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; LAPPIN FAMILY LIMITED PARTNERSHIP, it its capacity as a Limited Partner of Shetland Fund Limited Partnership; ROBERT I. LAPPIN 1972 FAMILY TRUST FBO NANCY LAPPIN, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; ROBERT I. LAPPIN 1972 FAMILY TRUST FBO PETER LAPPIN, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; ROBERT I. LAPPIN 1972 FAMILY TRUST FBO ANDREW LAPPIN, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; ROBERT I. LAPPIN IRREVOCABLE 1976 FAMILY TRUST FBO NANCY LAPPIN, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; ROBERT I. LAPPIN IRREVOCABLE 1976 FAMILY TRUST FBO PETER LAPPIN, it its capacity as a Limited Partner of Shetland Fund Limited Partnership; ROBERT I. LAPPIN IRREVOCABLE 1976 FAMILY TRUST FBO ANDREW LAPPIN, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; MARION L. LAPPIN TRUST, in its capacity as a Limited Partner of Shetland Fund Limited Partnership; ANDREW LAPPIN, in his capacity as a Limited Partner of Shetland Fund Limited Partnership; and LAPPIN GRANDCHILDREN'S TRUST FBO DANIELLE F. LAPPIN, it its capacity as a Limited Partner of Shetland Fund Limited Partnership,

|                     |
|---------------------|
| Defendants.         |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 17, 2015.

2. Fact Discovery shall be completed by: June 10, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: August 30, 2016.

4. The Disclosure of Rebuttal Experts shall be due: September 29, 2016.

5. The Deadline for Completion of Expert Discovery shall be: October 31, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 7, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 21, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before March 20, 2017.

| | |
|---|---|
| Dated: New York, New York<br>September 17, 2015 | **BAKER & HOSTETLER LLP** |
| Of Counsel: | By: /s/ *Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona |
| **BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-5018<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt | 45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |