**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>            v.<br><br>HELEN JULIETTE FEFFER,<br><br>                              Defendant. | Adv. Pro. No. 10-04896 (SMB) |

# **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 17, 2015.

2. Fact Discovery shall be completed by: June 9, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: August 29, 2016.

4. The Disclosure of Rebuttal Experts shall be due: September 28, 2016.

5. The Deadline for Completion of Expert Discovery shall be: October 28, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 4, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 18, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before March 20, 2017.

Dated: New York, New York  
       September 17, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**  
811 Main Street, Suite 1100  
Houston, Texas 77002-5018  
Telephone: (713) 751-1600  
Facsimile: (713) 751-1717  
Dean D. Hunt

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*