**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> COHMAD SECURITIES CORPORATION, *et al.,* <br><br> Defendants. | Adv. Pro. No. 09-01305 (SMB) |

## STIPULATION AND ORDER FOR SUBSTITUTION OF THE JOINT TENANCY OF THE ESTATE OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER IN PLACE OF DEFENDANT THE JOINT TENANCY OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER

**WHEREAS**, on October 8, 2009, Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed his First Amended Complaint (the "Complaint") in the above-captioned matter against, among others, The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger;

**WHEREAS**, Phyllis Guenzburger passed away on December 13, 2014; and

**WHEREAS**, Dr. Felix Liatowitsch has been duly appointed the administrator of the Estate of Phyllis Guenzburger.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Dr. Felix Liatowitsch in his capacity as the administrator of the Estate of Phyllis Guenzburger, as follows:

1.      The Joint Tenancy of the Estate of Phyllis Guenzburger and Fabian Guenzburger is hereby substituted as a defendant to replace The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger in the above-captioned adversary proceeding.

2.      This Stipulation is intended by all parties hereto to be solely for the purpose of substituting the correct parties to comply with Fed. R. Civ. P. 25(a)(1) made applicable by Fed. R. Bankr. P. 7025. The parties to this Stipulation reserve all rights, claims and/or defenses they may have and entry into this Stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

3.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

4.      The Clerk of the Court is hereby directed to amend the caption to read as indicated in Exhibit "A" to this Stipulation.

Dated: September 17, 2015
       New York, New York

**BAKER HOSTETLER LLP**
By: */s/ Esterina Giuliani*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**THE HOFFINGER FIRM PLLC**
By: */s/ Fran Hoffinger*
150 East 58th Street
16th Floor
New York, NY 10155
Telephone: 212.421.4000 ext. 233
Facsimile: 212.223.3857
Fran Hoffinger
Email: Fhoffinger@hoffingerlaw.com

*Attorney for Defendant*
*The Joint Tenancy of the Estate of Phyllis Guenzburger and Fabian Guenzburger*

**SO ORDERED** this 17th day of September 2015.


/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge