**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Armand Lindenbaum (the "Claimant"), having filed an objection (the "Objection", Docket No. 469) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008392), hereby gives notice that he withdraws such Objection.

Dated: September 17, 2015

Brian J. Neville on behalf of Armand
Lindenbaum
Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018
Tel. No. (212) 696-1999

{11120200:1}