**STEVENS & LEE P.C.**
485 Madison Avenue
New York, New York  10022
Nicholas F. Kajon
(212) 537-0403
(610) 371-1223 (fax)
nfk@stevenslee.com

*Attorneys for Legacy Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | SIPA LIQUIDATION  No.  08-01789 (SMB)  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  LEGACY CAPITAL LTD. and KHRONOS LLC,  Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

I, Nicholas F. Kajon, hereby certify that on September 18, 2015, I caused to be served a

true and correct copy of Legacy Capital Ltd.'s Reply Memorandum of Law in Further Support of

Its Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure

DOCSNY-592044 v1

09/18/2015 SL1 1383800v1 106906.00001

7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "**Reply Brief**"), via e-mail on the following:

| | |
|---|---|
| Marc E. Hirschfield | Eric B. Fisher |
| David J. Sheehan and | Barry N. Seidel |
| Oren Warshavsky | Dickstein Shapiro LLP |
| Jason S. Oliver | 1633 Broadway |
| Baker & Hostetler LLP | New York, NY 10019 |
| 45 Rockefeller Plaza | fishere@dicksteinshapiro.com |
| New York, NY 10111 | seidelb@dicksteinshapiro.com |
| mhirschfield@bakerlaw.com | *Attorneys for Khronos LLC* |
| dsheehan@bakerlaw.com | |
| owarshavsky@bakerlaw.com | |
| joliver@bakerlaw.com | |
| bhaa@bakerlaw.com | |
| *Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff* | |

Notice of filing of the Reply Brief was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: New York, New York
September 18, 2015

                                                      s/Nicholas F. Kajon
                                                     Nicholas F. Kajon