**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Eric B. Fisher
Barry N. Seidel
Lindsay A. Bush
(212) 277-6500
(212) 277-6501 (fax)
fishere@dicksteinshapiro.com
seidelb@dicksteinshapiro.com
bushl@dicksteinshapiro.com

*Attorneys for Khronos LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br>LEGACY CAPITAL LTD. and KHRONOS LLC,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

　　　I, Eric B. Fisher, hereby certify that on September 18, 2015, I caused to be served a true

and correct copy of Khronos LLC's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "Reply Brief"), via e-mail on the following:

| | |
|---|---|
| Marc E. Hirschfield | Nicholas F. Kajon |
| David J. Sheehan and | Stevens & Lee P.C. |
| Oren Warshavsky | 485 Madison Avenue |
| Jason S. Oliver | New York, NY 10022 |
| Baker & Hostetler LLP | nfk@stevenslee.com |
| 45 Rockefeller Plaza | *Attorneys for Legacy Capital Ltd.* |
| New York, NY 10111 | |
| mhirschfield@bakerlaw.com | |
| dsheehan@bakerlaw.com | |
| owarshavsky@bakerlaw.com | |
| joliver@bakerlaw.com | |
| bhaa@bakerlaw.com | |
| *Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff* | |

Notice of filing of the Reply Brief was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: New York, New York
September 18, 2015

                                                         s/Eric B. Fisher
                                                          Eric B. Fisher