**MILBERG LLP**
Matthew A. Kupillas
Joshua E. Keller
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
mkupillas@milberg.com
jkeller@milberg.com

*Attorneys for the Estate of Ira S. Rosenberg and Delia Gail Rosenberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04978 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF IRA S. ROSENBERG and DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Joshua Keller, hereby certify that on the 18th day of September, 2015, I electronically filed DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

                                                                            s/Joshua Keller_____