**MILBERG LLP**
Matthew A. Kupillas
Joshua E. Keller
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for the William M. Woessner Family Trust, the Sheila A. Woessner Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, and Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04741 (SMB) |
| Plaintiff, | |
| v. | |
| WILLIAM M. WOESSNER FAMILY TRUST, SHEILA A. WOESSNER FAMILY TRUST, WILLIAM M. WOESSNER individually, and as Trustee of the William M. Woessner Family Trust | |

and the Sheila A. Woessner Family Trust, SHEILA A. WOESSNER, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, and ELIZABETH WOESSNER,

Defendant.

## CERTIFICATE OF SERVICE

I, Joshua Keller, hereby certify that on the 18th day of September, 2015, I electronically filed DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

s/Joshua Keller_____

1