**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Elyssa S. Kates
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> KASE-GLASS FUND, NATHAN KASE, individually, in his capacity as joint tenant and in his capacity as general partner of the Kase-Glass Fund, and, JUDITH KASE, individually and in her capacity as joint tenant, <br><br> Defendants. | Adv. Pro. No. 10-04657 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  Fact Discovery, and responses to discovery, shall be completed by: December 15, 2015.

2.  The Disclosure of Case-in-Chief Experts shall be due: March 4, 2016.

3.  The Disclosure of Rebuttal Experts shall be due: April 4, 2016.

4.  The Deadline for Completion of Expert Discovery shall be: May 4, 2016.

5.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 11, 2016.

6.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 25, 2016.

7.  The Deadline for Conclusion of Mediation shall be: On or before September 25, 2016.

*Remainder of Page Intentionally Left Blank*

| | |
|---|---|
| Dated: New York, New York<br>September 15, 2015 | BAKER & HOSTETLER LLP<br><br>By: _/s/ Marc E. Hirschfield_____<br>David J. Sheehan<br>Marc E. Hirschfield<br>Oren J. Warshavsky<br>Elyssa S. Kates<br>George Klidonas<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300368853.1