**SKOLOFF & WOLFE, P.C.**
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750
bschweiger@skoloffwolfe.com

**Presentment Date: September 25, 2015**
**Objection Date: September 22, 2015**

*Attorneys for Defendants Albert D. Angel and Carole A. Angel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT D. ANGEL AND CAROL A. ANGEL, individually and as joint tenants,<br><br>Defendants. | Adv. Pro. No. 10-0560 (SMB) |

**NOTICE OF PRESENTMENT OF AN ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL AND BE REMOVED FROM ECF**

-1-

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Barbara A. Schweiger in support of this application, Barbara A. Schweiger of Skoloff & Wolfe, P.C., attorney of record for Defendants Albert D. and Carole A. Angel, will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, New York 10004, for signature on September 25, 2015 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: September 18, 2015
       New York, New York

SKOLOFF & WOLFE, P.C.

By:   */s/ Barbara A. Schweiger*
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750
bschweiger@skoloffwolfe.com
*Attorneys for Defendants Albert D. & Carole A. Angel*