**SKOLOFF & WOLFE, P.C.**
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750
bschweiger@skoloffwolfe.com

*Attorneys for Defendants Albert D. Angel
and Carole A. Angel*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT D. ANGEL AND CAROL A. ANGEL, individually and as joint tenants,<br><br>Defendants. | Adv. Pro. No. 10-0560 (SMB) |

**DECLARATION OF BARBARA A. SCHWEIGER IN SUPPORT OF AN APPLICATION
FOR AN ORDER TO WITHDRAW AS COUNSEL AND BE REMOVED FROM ECF**

-1-

I, Barbara A. Schweiger, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows;

1. I am an attorney at Skoloff & Wolfe, P.C., counsel of record for Defendants Albert D. and Carole A. Angel (the "Angels") and I have personal knowledge of the facts herein. I respectfully submit this declaration in support of an application for an Order pursuant to Local Bankruptcy Rule 2090-1(e) authorizing Skoloff & Wolfe, P.C. to withdraw as counsel and removing the undersigned from the ECF service list.

2. On behalf of the Angels, on May 20, 2010, in this action, Adv. Pro. No. 08-01789 (SMB) (the "Main Action"), I filed a Notice of Appearance and Request for Service of Papers on behalf of myself and my colleague, Jonathan W. Wolfe, Esq., (ECF Doc. No. 2310).

3. The Trustee commenced an adversary proceeding against the Angels on December 2, 2010, Docket No. 10-0560 (SMB) (the "Adversary Proceeding").

4. The Adversary Proceeding was settled on August 24, 2015.

5. Consequently, on August 25, 2015, the Trustee filed our Notice of Withdrawal of Objections, (ECF Doc. No. 11136), and the Trustee's Notice of Dismissal with Prejudice, (ECF Doc. No. 11135), in the Main Action, and a Notice of Dismissal with Prejudice in the Adversary Proceeding, (ECF Doc. No. 43).

6. On the same day, pursuant to the February 1, 2012 Notice of Order Establishing Notice Procedures and Master Service List in the Main Case, (Doc. No. 4663), I filed a Notice of Withdrawal of Appearance and Request for Removal from ECF in the Main Action, (ECF Doc. No. 11138).

7. Nevertheless, I continue to receive electronic notices from the Court, and I spoke with the Clerk's office today and was advised I had to file a motion to withdraw as counsel.

8.  The Adversary Proceeding was closed on August 31, 2015, as per electronic notice of that date, and, upon information and belief, no appeal was taken with fourteen days.

9.  Accordingly, cause exists to authorize Skoloff & Wolfe, P.C. to withdraw as counsel in the Main Action and to remove me from the ECF service list, and the application should be granted.

Dated: September 18, 2015
       New York, New York

SKOLOFF & WOLFE, P.C.

By: */s/ Barbara A. Schweiger*
    Barbara A. Schweiger (6448)
    140 Broadway Center
    New York, New York 10005
    Telephone: (212) 858-7522
    Fax: (212) 858-7750
    bschweiger@skoloffwolfe.com
    *Attorneys for Defendants Albert D. & Carole A. Angel*

-3-