**SKOLOFF & WOLFE, P.C.**
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750
bschweiger@skoloffwolfe.com

*Attorneys for Defendants Albert D. Angel and Carole A. Angel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>                                    Plaintiff,<br>vs.<br><br>ALBERT D. ANGEL AND CAROL A. ANGEL, individually and as joint tenants,<br><br>                                    Defendants. | Adv. Pro. No. 10-0560 (SMB) |

**CERTIFICATION OF SERVICE**

I, Barbara A. Schweiger, hereby certify that on September 18, 2015, I caused true and correct copies of the following documents to be filed electronically and served upon the parties in this action who receive electronic service through CM/ECF:

1. Notice of Presentment of an Order Granting Application to Withdraw as Counsel and Be Removed from ECF;

2. Declaration of Barbara A. Schweiger in support of the application; and

3. A proposed order.

In addition, copies of the same documents were emailed to counsel for the Trustee, Baker & Hostetler LLP, Nicholas J. Cremona, Esq. at ncremona@bakerlaw.com.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 18, 2015  
New York, New York

SKOLOFF & WOLFE, P.C.

By: /s/ Barbara A. Schweiger  
Barbara A. Schweiger (6448)  
140 Broadway Center  
New York, New York 10005  
Telephone: (212) 858-7522  
Fax: (212) 858-7750  
bschweiger@skoloffwolfe.com  
*Attorneys for Defendants Albert D. & Carole A. Angel*

-2-