**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson Beckerlegge
Robyn Feldstein

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No.10-05191 (SMB) |
| Plaintiff, | |
| v. | |
| FGLS Equity, LLC, | |
| Defendant. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE
## AND OF COUNTERCLAIM WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendant FGLS Equity, LLC,

("Defendant"), by and through its counsel, Arkin Solbakken (collectively, the "Parties"), hereby

stipulate and agree to the following:

1.    On December 3, 2010, the Trustee filed and served the Complaint against FGLS

Equity, LLC.

2.    On May 26, 2011, FGLS Equity, LLC served an Answer and Counterclaim on the

Trustee.

3.    On May 14, 2015, FGLS Equity, LLC filed a Motion for Judgment on the Pleadings.

4.    On June 22, 2015, the Supreme Court of the United States denied certiorari of the

Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust*, 14-1128 and *Picard v. Ida Fishman*

*Revocable Trust*, 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the

Bankruptcy Code applies to this proceeding.

5.    Pursuant to the Supreme Court Decision, and in accordance with Federal Rule of

Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties

hereby stipulate to a dismissal with prejudice of the above-captioned adversary proceeding, and

to dismissal without prejudice of the Defendant's Counterclaim against the Trustee.

6.    The parties further stipulate to the withdrawal of Defendant's Motion for Judgment

on the Pleadings.

7.    The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8.    The Parties reserve all rights and defenses they might otherwise have.

9.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  September 18, 2015

**BAKER & HOSTETLER LLP**

By: /s/   Jonathan B. New_____
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Robyn Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**ARKIN SOLBAKKEN LLP**

By:  /s/ Alex Reisen_____
750 Lexington Avenue
New York, New York 10022
Telephone 212.333.0200
Lisa C. Solbakken
Email: lsolbakken@arkin-law.com
Stanley Arkin
Email: sarkin@arkin-law.com
Alex Reisen
Email: areisen@arkin-law.com

*Attorneys for Defendant FGLS Equity LLC*

**Dated: September 18th,2015**
**New York, New York**

**/s/ STUART M. BERNSTEIN_____**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**