**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendants Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90; and Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-1789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  JANET JAFFE TRUST UA DTD 4/20/90; ALVIN JAFFE TRUST DTD 4/20/90; and JANET JAFFE, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90, | Adv. Pro. No. 10-04798 (SMB) |

{N0090167 }

| | |
|---|---|
| | Defendants. |

# NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of Becker & Poliakoff, LLP for Lax & Neville LLP as counsel for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90; and Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90 (the "Defendants"). All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> BECKER & POLIAKOFF, LLP
> 45 Broadway, 8th Floor
> New York, NY 10006
> Telephone: (212) 599-3322
> Email: hchaitman@bplegal.com
> jgorchkova@bplegal.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| September 10, 2015 | September 10, 2015 |
| **LAX & NEVILLE LLP** | **BECKER & POLIAKOFF LLP** |
| *Withdrawing Attorneys for Defendants* | *Superseding Attorneys for Defendants* |
| By: */s/ Brian Neville* | By: */s/ Helen Davis Chaitman* |
| Brian Neville | Helen Davis Chaitman |
| 1450 Broadway, 35th Floor | 45 Broadway |
| New York, New York 10018 | New York, New York 10006 |
| (212) 696-1999 | (212) 599-3322 |
| bneville@laxneville.com | hchaitman@bplegal.com |

{N0090167 }

**SO ORDERED:**

**/s/ STUART M. BERNSTEIN**                    Dated:    **September 21<u>st</u>, 2015**
**HON. STUART M. BERNSTEIN**                              **New York, New York**
**UNITED STATES BANKRUPTCY JUDGE**

{N0090167 }

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JANET JAFFE TRUST UA DTD 4/20/90; ALVIN JAFFE TRUST DTD 4/20/90; and JANET JAFFE, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90,<br><br>Defendants. | Adv. Pro. No. 10-04798 (SMB) |

I, HELEN DAVIS CHAITMAN, declare as follows:

1. I am a member of the firm Becker & Poliakoff, LLP and a member of the Bar of this Court Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. I submit this declaration in support of the accompanying notice and proposed order substituting Becker & Poliakoff, LLP for Lax &

{N0090167 }

Neville LLP as counsel for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90; and Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90 (the "Defendants") in the above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

    2.    The Defendants have requested and consent to this substitution of counsel.

    3.    It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   September 10, 2015
           New York, New York

By:  */s/ Helen Davis Chaitman*
      Helen Davis Chaitman

{N0090167 }