UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                                              | SIPA LIQUIDATION      |
|-----------------------------------------------------|-----------------------|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC       | Case No. 08-01789     |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 17, 2015, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000508)

Executed on 9/17, 2015

_____
John S. Franks

Sworn to and subscribed before me this 17th day of Sept, 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018
(SEAL)

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: 1000508**
**9/17/2015**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 | |