**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                  )
                                      )     ss:
COUNTY OF DALLAS        )

       JOHN S. FRANKS, being duly sworn, deposes and says:

1.      I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On July 23, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

       1.    Certificate of No Objection to Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Partners Investment Co., Northeast Investment Club, and Martin R. Harnick & Steven P. Norton, Partners [Docket No. 10768].

Executed on  July 29, 2015

_____
John S. Franks

Sworn to and subscribed before me this 29th day of July, 2015

```
┌─────────────────────────────┐
│   ⭐   MARY S. BETIK         │
│        MY COMMISSION EXPIRES │
│        March 12, 2018        │
└─────────────────────────────┘
```

_____
(SEAL)

_____
Notary Public

Exhibit A

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |

Exhibit A
June 23, 2015

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |