**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>            Debtor, | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>            Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS               )
                                       ) ss:
COUNTY OF DALLAS         )

      VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 15, 2015, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Certificate of No Objection of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Epic Ventures, LLC (Docket Number 10161)

Executed on June 15, 2015

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 15th day of June, 2015.

(SEAL)

_____
Notary Public

# Exhibit A

**Exhibit A**

**June 15, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| EPIC VENTURES LLC | C/O ERIC P STEIN | P O BOX 880287 | BOCA RATON | FL | 33488 |
| [redacted] | | | | | |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 |