**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------- X | | |
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : : | No. 08-01789 (SMB) |
| V. | : : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | : : : | |
| Defendant. | : : | |
| ------------------------------------------------------------------- X | | |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : : : | |
| Debtor. | : : | |
| ------------------------------------------------------------------- X | | |
| IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : : : | Adv. Pro. Nos. listed on Appendix A Attached Hereto |
| Plaintiff, | : : | |
| V. | : : | |
| DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO, | : : : | |
| Defendant(s) | : | |
| ------------------------------------------------------------------- X | | |

**ORDER GRANTING APPLICATION OF LAX & NEVILLE LLP**
**TO WITHDRAW GABRIELLE J. PRETTO, ESQ. AS COUNSEL TO DEFENDANTS**
<u>**LISTED ON APPENDIX A ATTACHED HERETO**</u>

Upon the application (the "Application") of LAX & NEVILLE LLP ("Lax & Neville"),

counsel to the Defendants listed on Appendix A attached hereto for entry of an order authorizing

Lax & Neville to withdraw Gabrielle J. Pretto, Esq. as counsel; and due and proper notice of the

Application having been given; and it appearing that no other or further notice is required; and upon consideration of the Application and all pleadings related thereto; and no objection to the Application having been made; and sufficient cause having been shown therefore; it is hereby:

ORDERED that the Application is GRANTED.

Dated: New York, New York
September 21st, 2015

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein, U.S.B.J.

# APPENDIX A

| 1 | 09-ap-1265 | Mary Albanese; Brow Family Partnership; Alan Goldstein; Laurence Kaye; Suzanne Kaye; Rose Less; Gordon Bennet (on behalf of themselves and all Others Similarly Situated) |
|---|---|---|
| 2 | 10-ap-4647 | Abbit Family Trust 9/7/90; Linda Anne Abbit (individually and in her capacity as Trustee); Jeffrey Brian Abbit (individually and in his capacity as Trustee) |
| 3 | 10-ap-5092 | Architectural Body Research Foundation, Inc. |
| 4 | 10-ap-5021 | Stanley Gordon Bennett III 1988 Trust; Stanley Gordon Bennett III (individually and in his capacity as settlor and trustee of the Stanley Gordon Bennett III 1988 Trust) |
| 5 | 10-ap-4301 | Frieda Bloom |
| 6 | 10-ap-5169 | Fairfiled Pagma Associates, LP; Seymour, Kleinman; Fairfox, LLC; Seyfair, LLC; Estate of Marjorie Kleinman; Bonnie Joyce Kansler |
| 7 | 10-ap-5036 | Elinor Friedman Felcher |
| 8 | 10-ap-4289 | John Fujiwara; Gladys Fujiwara |
| 9 | 10-ap-4655 | Jaffe Family Partnership; Bruce Jaffe |
| 10 | 10-ap-4798 | Janet Jaffe Trust UA dtd 4/20/90; Alvin Jaffe Trust dtd 4/20/90; Janet Jaffe (individually and in her capacity as Trustee) |
| 11 | 10-ap-4960 | Estate of Elizabeth H. Kahn aka Betty Kahn; Jean A. Kahn (as executrix and as an individual); Ruth E. Kahn; Jann Jones |
| 12 | 10-ap-4954 | Ruth Kahn |
| 13 | 10-ap-4900 | Bonnie J. Kansler |
| 14 | 10-ap-4756 | Stephen B. Kaye (as an individual and as a joint tenant); Sandra Phillips Kaye (as an individual and as a joint tenant) |
| 15 | 10-ap-4980 | Judith E. Kostin |
| 16 | 10-ap-5246 | The Frances J. Le Vine Revocable Trust; Frances J. Le Vine (individually and in her capacities as Settlor, Trustee and Beneficiary) |
| 17 | 10-ap-4573 | Bruce Leventhal 2001 Irrevocable Trust; Bruce Leventhal (individually and in his capacity as Trustee) |
| 18 | 10-ap-4481 | Armand Lindenbaum |
| 19 | 10-ap-4881 | Jillian Wernick Livingston |
| 20 | 10-ap-4272 | O'Hara Family Partnership; Elizabeth Sarro |
| 21 | 10-ap-4304 | Elinor Solomon |
| 22 | 10-ap-4307 | Howard Solomon |
| 23 | 10-ap-5164 | Anne Strickland Squadron; Seth Squadron; Elizabeth Squadron; Daniel Squadron; William Squadron; Debra Lagapa; Richard Squadron; Theodosia Price; Diane Squadron; Thomas Shea; Peter Gold; Carol Gold; Sarah D. Gold; Swing Harre; David Harre; Vanessa N. Gang; Anna Rothwell; Robert Vas Dias; Margaret Butcher |
| 24 | 10-ap-4966 | Onesco International, LTD; Robin Geoffrey Swaffield |
| 25 | 10-ap-4988 | Wallenstein/NY Partnership; David S. Wallenstein (in his capacity as General Partner) |
| 26 | 10-ap-4467 | David S. Wallenstein |

| 27 | 10-ap-4616 | Nicolette Wernick Nominee Partnership; Marital GST Exempt Trust F/B/O Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991 in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; Marital GST Non-Exempt Trust F/B/O Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; Nicolette Wernick (individually and in her capacity as partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital) |
|---|---|---|
| 28 | 10-ap-5048 | Peng Yan (individually and as Personal Representative of the Estate of Armand L. Greenhall) |
| 29 | 10-ap-5383 | Stanley Shapiro (individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended); Renee Shapiro (individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended); S&R Investment Co.; LAD Trust; David Shapiro (individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S]); Rachel Shapiro; David Shapiro 1989 Trust, as amended; Leslie Shapiro Citron; Leslie Shapiro 1985 Trust, as amended; Trust F/B/O [A.J.C.], [K.F.C], and [L.L.C.], as amended; Kenneth Citron (individually and as trustee for Trust f/b/o [A.J.C.], [L.C.C.] as amended); Trust F/B/O [W.P.S.] & [J.G.S.] |
| 30 | 10-ap-5160 | The Lanny Rose Revocable Trust; Rose, Lanny (as trustor, as trustee and as an individual) |
| 31 | 10-ap-4490 | Lucky Company aka Beth Hendler; Munchkins; Read, Leslie |
| 32 | 10-ap-4346 | Lucky Company |
| 33 | 10-ap-5429 | Kahn, Jean |
| 34 | 10-ap-4866 | Simonds, Lawrence |

4