**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RUBIN FAMILY INVESTMENTS PARTNERSHIP, HAROLD RUBIN LIVING TRUST U/A DATED AUGUST 24, 1990, HAROLD R. RUBIN, ELAINE RUBIN LIVING TRUST U/A DATED, AUGUST 24, 1990, ELAINE S. RUBIN, STUART A. RUBIN, BENJAMIN H. RUBIN, CAROL J. RUBIN, LISA P. RUBIN, LINDA S. BENENSON, DONA L. | Adv. Pro. No. 10-04521 (SMB) |

RODICH, PAUL A. BENENSON, and MICHAEL E. RODICH,

                        Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014.

2. Fact Discovery shall be completed by: July 15, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be: November 17, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: November 9, 2015.

5. The Disclosure of Rebuttal Experts shall be due: December 9, 2015.

6. The Deadline for Completion of Expert Discovery shall be: March 9, 2016.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 9, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 23, 2016.

9. The Deadline for Conclusion of Mediation shall be: On or before September 23, 2016.

| | |
|---|---|
| Dated: New York, New York<br>September 18, 2015 | BAKER & HOSTETLER LLP<br><br>By: /s/ Peter B. Shapiro<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>Oren J. Warshavsky<br>Peter B. Shapiro<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |