**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro. No. 10-04786 (SMB) |
| Plaintiff, | |
| v. | |
| EDWIN MICHALOVE AND DANIEL M. POLIER, JR., | |
| Defendants. | |

## <u>ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL</u>

Upon consideration of the application of Becker & Poliakoff LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant Edwin Michalove, (the "BP Defendant"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the BP Defendant; and good and sufficient appearing therefor; it is hereby

**ORDERED** that the Application is granted; and it is further

{N0089744  }

**ORDERED** that Becker & Poliakoff LLP is granted leave to withdraw as counsel for the BP Defendant and is hereby deemed removed as counsel for the BP Defendant in this proceeding.

Dated:    September 21st, 2015
          New York, New York

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
UNITED STATES BANKRUPTCY JUDGE