**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN; DAVID MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan; and MARSHALL MILLER, in his capacity as Trustee of the | Adv. Pro. No. 10-05141 (SMB) |

Minnetonka Moccasin Company, Inc. Pension Plan,

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and (i) Minnetonka Moccasin Company, Inc. Pension Plan, (ii) David Miller, in his capacity as trustee of the Minnetonka Moccasin Company, Inc. Pension Plan, and (iii) Marshall Miller, in his capacity as trustee of the Minnetonka Moccasin Company, Inc. Pension Plan ("Defendants"), by and through their counsel, Thomas G. Wallrich and Heather L. Marx of Cozen O'Connor (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On December 2, 2010, the Trustee filed and served the Complaint against Defendants.

2.      On May 6, 2011, Defendants served an Answer on the Trustee, and on November 24, 2014, Defendants served an Amended Answer on the Trustee.

3.      On May 26, 2015, the Parties entered into a Settlement Agreement and Release.

4.      Under the Settlement Agreement, Defendants will make installment payments to the Trustee and will execute a Stipulation for Entry of Judgment, as security for the installment payments, which will be held in escrow by Trustee and not filed unless there is a default in the installment payments which remains uncured after ten (10) business days' notice of default to Defendants and their counsel.

2

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without

prejudice of the Trustee's claims against Defendants in the above-captioned adversary

proceeding and dismissing the adversary proceeding, subject only to the right of Trustee to move

*ex parte* to re-open this adversary proceeding in the event of an uncured default in the installment

payments to seek entry of Judgment pursuant to the Stipulation for Entry of Judgment.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

7.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall

be deemed an original.

Dated: September 21, 2015

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC and the
Estate of Bernard L. Madoff*

**COZEN O'CONNOR**

By: /s/ *Heather L. Marx*
33 South Sixth St., Suite 4640
Minneapolis, MN 55402
Telephone: (612) 260-9000
Facsimile: (612) 260-9080
Thomas G. Wallrich
Email: twallrich@cozen.com
Heather L. Marx
Email: hmarx@cozen.com

*Attorneys for Defendants Minnetonka
Moccasin Company Inc. Pension Plan,
David Miller and Marshall Miller*

SO ORDERED

Dated: September 21st, 2015
New York, New York

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE