**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :    SIPA LIQUIDATION
                                          :
               Plaintiff-Applicant,    :    No. 08-01789 (SMB)
                                          :
V.                                        :
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC                            :
                                          :
               Defendant.              :
                                          :
---------------------------------------------------------------- X
In re BERNARD L. MADOFF INVESTMENT        :
SECURITIES LLC,                           :
                                          :
               Debtor.                 :
---------------------------------------------------------------- X
IRVING L. PICARD, Trustee for the Liquidation of  :
Bernard L. Madoff Investment Securities LLC,      :    Adv. Pro. No. 10-ap-4966
                                                  :
               Plaintiff,              :
                                                  :
V.                                                :
                                                  :
ONESCO INTERNATIONAL, LTD., IMPACT DESIGNS :
LIMITED, TELFORD LIMITED, GARY ALBERT             :
Individually and in his capacity as shareholder of :
IMPACT DESIGNS LIMITED, ROBIN GEOFFREY            :
SWAFFIELD, AND KEN LITVACK                        :
                                                  :
               Defendant(s)            :
---------------------------------------------------------------- X

**ORDER GRANTING APPLICATION OF LAX & NEVILLE LLP**
**TO WITHDRAW BRIAN J. NEVILLE, ESQ. AND RAQUEL KRAUS, ESQ.**
**AS COUNSEL TO DEFENDANT ONESCO INTERNATIONAL, LTD.**

    Upon the application (the "Application") of LAX & NEVILLE LLP ("Lax & Neville"),

counsel to the Defendant Onesco International, Ltd., for entry of an order authorizing Lax &

Neville to withdraw Brian J. Neville, Esq. and Raquel Kraus, Esq. as counsel; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and upon consideration of the Application and all pleadings related thereto; and no objection to the Application having been made; and sufficient cause having been shown therefore; it is hereby:

ORDERED that the **clerk is directed to correct the docket to reflect that the movants Brian J. Neville, Esq. and Rachel Kraus, Esq. do not represent Onesco International, Ltd.** ~~Application is GRANTED.~~ **[SMB: 9/22/15]**

Dated: New York, New York
September 22nd, 2015

/s/ STUART M. BRERNSTEIN_____
Honorable Stuart M. Bernstein, U.S.B.J.

2