UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>         v.<br><br>RICHARD J. HELFMAN LIFE INSURANCE TRUST DTD 12/30/89; SUSAN HELFMAN, individually and in her capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89; and STEPHEN HELFMAN, individually and in his capacity as Trustee of the Richard J. Helfman Life Insurance Trust dtd 12/30/89,<br><br>                              Defendants. | Adv. Pro. No. 10-4636 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

   Angela Plura, being duly sworn, deposes and says:

   1.    I am over the age of 18, am not a party to this action, and am employed by

Klestadt Winters Jureller Southard and Stevens, LLP located at 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

    2.    On the 18th day of September, 2015, I served copies of an:

- Answer With Affirmative Defenses

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on the attached service list.

*/s/ Angela Plura*
Angela Plura

Sworn to and subscribed before me this
22nd day of September, 2015

*/s/ Renea Gargiulo*
Notary Public, State of New York
No. 01GA6313748
Qualified in Kings County
Comm. Exp. 10/27/2018

## SERVICE LIST

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn:   David J. Sheehan
        Marc E. Hirschfield
        Richard J. Bernard
        Geraldine E. Ponto
        Marc Skapof

Baker & Hostetler LLP
811 Main Street
Suite 1100
Houston, Texas 77002-6111
Attn:   Dean D. Hunt
        Farrell Hochmuth