**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> DONALD BENJAMIN, <br><br> Defendant. | Adv. Pro. No. 10-04621 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: December 21, 2015.

2.      Fact Discovery shall be completed by: August 12, 2016.

3.      The Disclosure of Case-in-Chief Experts shall be due: November 3, 2016.

4.      The Disclosure of Rebuttal Experts shall be due: January 2, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: February 1, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be: February 8, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:
February 22, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  June 22, 2017.


Dated: New York, New York             BAKER & HOSTETLER LLP
       September 23, 2015

                                      By: */s/ Marc E. Hirschfield*_____
                                      David J. Sheehan
                                      Marc E. Hirschfield
                                      Nicholas J. Cremona
                                      Tatiana Markel
                                      45 Rockefeller Plaza
                                      New York, NY 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201

                                      *Attorneys for Irving H. Picard, Trustee*
                                      *for the Substantively Consolidated SIPA*
                                      *Liquidation of Bernard L. Madoff Investment*
                                      *Securities LLC and for the Estate of Bernard*
                                      *L. Madoff*