**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Elyssa S. Kates
Joshua Rog

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HELENE R. CAHNERS KAPLAN, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05042 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on July 15, 2014.

2. Fact Discovery shall be completed by October 21, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due December 21, 2015.

4. The Disclosure of Rebuttal Experts shall be due January 19, 2016.

5. The Deadline for Completion of Expert Discovery shall be April 18, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be June 17, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be July 1, 2016.

8. The Deadline for Conclusion of Mediation shall be October 31, 2016.

[Remainder of Page Intentionally Left Blank]

300369578.2

| | |
|---|---|
| Dated: New York, New York<br>September 24, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/Marc E. Hirschfield* ____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email:  mhirschfield@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Elyssa S. Kates<br>Email: ekates@bakerlaw.com<br>Josh Rog<br>Email: jrog@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

300369578.2