UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Morton L. Certilman and Joyce Certilman (the "Claimants"), having filed an objection (the "Objection", Docket No. 3089) to the Notice of Trustee's Revised Determination of Claim respecting Claimants' customer claims (#009706 and #013019), hereby give notice that they withdraw such Objection.

Dated: September 21, 2015

　　　　　　　　　　　　　　　　　　　/s/ Richard J. McCord
　　　　　　　　　　　　　　　　　　　Richard J. McCord on behalf of Morton L.
　　　　　　　　　　　　　　　　　　　Certilman and Joyce Certilman
　　　　　　　　　　　　　　　　　　　Certilman Balin Adler & Hyman, LLP
　　　　　　　　　　　　　　　　　　　90 Merrick Avenue, 9th Floor
　　　　　　　　　　　　　　　　　　　East Meadow, NY 11554
　　　　　　　　　　　　　　　　　　　Tel. No. (516) 296-7000