


**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Robertson D. Beckerlegge
Tatiana Markel
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTON A. EISENBERG,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 10-04576 (SMB) |

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due November 20, 2015.

2. Fact Discovery shall be completed by July 8, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due September 23, 2016.

4. The Disclosure of Rebuttal Experts shall be due November 1, 2016.

5. The Deadline for Completion of Expert Discovery shall be December 16, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be December 22, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be January 13, 2017.

8. The Deadline for Conclusion of Mediation shall be May 12, 2017.

| | |
|---|---|
| Dated: New York, New York<br>September 24, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/ Marc E. Hirschfield*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Oren J. Warshavsky<br>Robertson D. Beckerlegge<br>Tatiana Markel<br>Elyssa S. Kates<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |

300368221.1