**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ELAINE DINE LIVING TRUST DATED 5/12/96, and ELAINE DINE,<br><br>        Defendants. | Adv. Pro. No. 10-04491 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: July 15, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: October 11, 2016.

4. The Disclosure of Rebuttal Experts shall be due: December 12, 2016.

5. The Deadline for Completion of Expert Discovery shall be: January 13, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: January 20, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 3, 2017.

8. The Deadline for Conclusion of Mediation shall be:  June 9, 2017.

| | |
|---|---|
| Dated: New York, New York<br>September 24, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/ Marc E. Hirschfield*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>Tatiana Markel<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |