**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA Liquidation (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. CITIVIC NOMINEES LTD., Defendant. | Adv. Pro. No. 12-01513 (SMB) |

**ORDER PURSUANT TO RULE 15 OF THE FEDERAL**
**RULES OF CIVIL PROCEDURE AS INCORPORATED BY**
**RULE 7015 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE GRANTING MOTION FOR LEAVE TO FILE AN**
**AMENDED COMPLAINT ADDING EUROCLEAR S.A./N.V. AS A DEFENDANT**

Upon the motion dated September 25, 2015 (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), individually, seeking entry of an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7015 of the Federal Rules of Bankruptcy Procedure,

granting the Trustee's request for leave to file an Amended Complaint Adding Euroclear S.A./N.V. as a Defendant; and the Court having considered the Memorandum Of Law In Support Of Trustee's Motion For Leave To File An Amended Complaint Adding Euroclear S.A./N.V. as a Defendant; and any objections thereto; and due notice of the Motion having been given, and it appearing that no other or further notice need be given; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the proceedings before the Court and after due deliberation, it is hereby

**ORDERED THAT:**

1. The relief requested in the Motion is granted in its entirety; and

2. The Trustee is granted leave to file his Amended Complaint Adding Euroclear S.A./N.V. as a Defendant.

Date: _____, 2015

_____
The Honorable Stuart M. Bernstein
United States Bankruptcy Judge