**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>            Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

<u>**AFFIDAVIT OF MAILING**</u>

STATE OF TEXAS                  )
                                       )    ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.      I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On September 22, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

      1.      Memorandum of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Affirm his Determinations Denying Claims of Claimants Holding Interests in 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners [Docket No. 11436]

Executed on _Sep. 25_, 2015

_____
John S. Franks

Sworn to and subscribed before me this _25_ day of _September_, 2015

THERESA K. PETRY
MY COMMISSION EXPIRES
January 13, 2018

_____
(SEAL)

_____
Notary Public

Exhibit A

**Exhibit A**

**September 22, 2015**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 |
| Clayman & Rosenberg | Seth L. Rosenberg; Paul S. Hugel | 305 Madison Avenue | New York | NY | 10165 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |