**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>            v.<br><br>POTAMKIN FAMILY FOUNDATION INC.,<br><br>                    Defendant. | Adv. Pro. No. 10-05069 (SMB) |

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 17, 2015.

2. Fact Discovery shall be completed by: July 5, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: September 22, 2016.

4. The Disclosure of Rebuttal Experts shall be due: October 28, 2016.

5. The Deadline for Completion of Expert Discovery shall be: December 13, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 20, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 10, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before May 9, 2017.

Dated: New York, New York  
       September 25, 2015

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
Heather J. McDonald  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*