**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>   v.<br><br>HAROLD A. THAU,<br><br>         Defendant. | Adv. Pro. No. 10-04951 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 6, 2015.

2. Fact Discovery shall be completed by: June 24, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: September 15, 2016.

4. The Disclosure of Rebuttal Experts shall be due: October 18, 2016.

5. The Deadline for Completion of Expert Discovery shall be: December 2, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before December 9, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before December 22, 2016.

6. The Deadline for Conclusion of Mediation shall be:  On or before April 25, 2017.

300368117.1

Dated: New York, New York
September 25, 2015

        BAKER & HOSTETLER LLP

        By: /s/ *Nicholas J. Cremona*
        David J. Sheehan
        Nicholas J. Cremona
        Christa C. Turner
        45 Rockefeller Plaza
        New York, NY 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*


        MILBERG LLP

        By: */s/ Matthew A. Kupillas*
        Matthew A. Kupillas
        One Pennsylvania Plaza, 49th Floor
        New York, New York 10119
        Telephone: (212) 613-5697
        Email: MKupillas@milberg.com

*Attorneys for Defendant*

300368117.1