UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

　　　　Joel Busel (the "Claimant"), having filed an objection (the "Objection", ECF No. 1024) to the Trustee's Notice of Determination of Claims respecting Claimant's customer claims (#008939, 009119, and 100115), hereby gives notice that he withdraws such Objection.

Dated: """Ugr ygo dgt"4: ."2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Joel Busel
　　　　　　　　　　　　　　　　　　　　　　　　1400 South Ocean Boulevard, Apt. 1506N
　　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33482