UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Joel Busel Revocable Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 446) to the Trustee's Notice of Determination of Claims respecting Claimant's customer claims (#008941, 009121, and 100117), hereby gives notice that it withdraws such Objection.

Dated: September 28, 2015

                                                                   Joel Busel Revocable Trust
                                                                   c/o Joel and Sandra Busel
                                                                   1400 South Ocean Boulevard, Apt. 1506N
                                                                   Boca Raton, Florida 33482