UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Sandra Busel Revocable Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 447) to the Trustee's Notice of Determination of Claims respecting Claimant's customer claims (#008940, 009120, and 100116), hereby gives notice that it withdraws such Objection.

Dated: _____, 2015

Sandra Busel Revocable Trust
c/o Joel and Sandra Busel
1400 South Ocean Boulevard, Apt. 1506N
Boca Raton, Florida 33482

26