**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>v.<br><br>ROBERT YAFFE,<br><br>               Defendant. | Adv. Pro. No. 10-04380 (SMB) |

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: August 1, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: October 20, 2016.

4. The Disclosure of Rebuttal Experts shall be due: December 21, 2016.

5. The Deadline for Completion of Expert Discovery shall be: January 23, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: January 30, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 13, 2017.

8. The Deadline for Conclusion of Mediation shall be: June 13, 2017.

Dated: New York, New York  
September 28, 2015

WINDELS MARX LANE & MITTENDORF, LLP  
By /s/ Howard L. Simon  
Howard L. Simon  
Kim M. Longo  
John J. Tepedino  
156 West 56th Street  
New York, NY 10019  
212-237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*