**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Oren J. Warshavsky
Tatiana Markel
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>              v.<br><br>DAVID GROSS and IRMA GROSS Individually and as Joint Tenants, | Adv. Pro. No. 10-04667 (SMB) |

|  |
|---|
| Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: September 2, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: November 22, 2016.

4. The Disclosure of Rebuttal Experts shall be due: January 23, 2017.

5. The Deadline for Completion of Expert Discovery shall be: February 22, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before March 1, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before March 15, 2017.

8. The Deadline for Conclusion of Mediation shall be:  On or before July 13, 2017.

| | |
|---|---|
| Dated: New York, New York<br>　　　　September 29, 2015 | BAKER & HOSTETLER LLP<br><br>By: _s/ Marc E. Hirschfield_<br>David J. Sheehan<br>Nicholas J. Cremona<br>Marc E. Hirschfield<br>Oren J. Warshavsky<br>Tatiana Markel<br>Jessie A. Kuhn<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |