**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, | Adv. Pro. No. 10-04488 (SMB) |

and ZEV WOLFSON,

Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on: June 6, 2014

2. Fact Discovery shall be completed by: November 6, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: January 26, 2016

4. The Disclosure of Rebuttal Experts shall be due: March 28, 2016

5. The Deadline for Completion of Expert Discovery shall be: April 27, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 27, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 10, 2016

8. The Deadline for Conclusion of Mediation shall be: On or before October 12, 2016

Dated:  September 29, 2015

| **BAKER & HOSTETLER LLP** | **BAKER & McKENZIE LLP** |
|---|---|
| By: /s *Nicholas Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Marc E. Hirschfield <br> Email:  mhirschfield@bakerlaw.com <br> Nicholas Cremona <br> Email:  ncremona@bakerlaw.com <br> Christa C. Turner <br> Email: cturner@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:  *Richard A. Kirby*_____ <br> 815 Connecticut Ave., N.W. <br> Washington, DC 20006 <br> Telephone: 202.452.7020 <br> Facsimile: 202.416.7220 <br> Richard A. Kirby <br> Email: Richard.Kirby@bakermckenzie.com <br> Laura Clinton <br> Email: Laura.Clinton@ bakermckenzie.com <br><br> *Attorneys for Defendants* |

300281263