**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID SHAPIRO NOMINEE 3,<br><br>and | Adv. Pro. No. 10-04314 (SMB) |

DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 3,

                Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: October 21, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: January 10, 2017.

4. The Disclosure of Rebuttal Experts shall be due: March 11, 2017.

5. The Deadline for Completion of Expert Discovery shall be: April 10, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: April 17, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 1, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before August 29, 2017.

Dated: New York, New York
September 29, 2015

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Brett Wall (*admitted pro hac vice*)
Jason Perdion (*admitted pro hac vice*)
David Proaño (*admitted pro hac vice*)
Gretchen Lange (*admitted pro hac vice*)
Darren Crook (*admitted pro hac vice*)
1900 East 9th Street, Suite 3200
Cleveland, OH 44114
Telephone: (216) 861-7834
Facsimile: (216) 696-0740

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*