**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> HERBERT BARBANEL, <br><br> and <br><br> ESTATE OF ALICE BARBANEL, | Adv. Pro. No. 10-04321 (SMB) |

and

HERBERT BARBANEL, in his capacity as Personal Representative of the Estate of Alice Barbanel,

           Defendants.

           Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: August 25, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: November 14, 2016.

4. The Disclosure of Rebuttal Experts shall be due: January 13, 2017.

5. The Deadline for Completion of Expert Discovery shall be: February 13, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before February 20, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 6, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before July 5, 2017.

| | |
|---|---|
| Dated:  New York, New York<br>September 29, 2015 | BAKER & HOSTETLER LLP<br><br>By: /s/ Nicholas J. Cremona<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>Brett Wall (*admitted pro hac vice*)<br>Jason Perdion (*admitted pro hac vice*)<br>David Proaño (*admitted pro hac vice*)<br>Gretchen Lange (*admitted pro hac vice*)<br>Darren Crook (*admitted pro hac vice*)<br>1900 East 9th Street, Suite 3200<br>Cleveland, OH 44114<br>Telephone: (216) 861-7834<br>Facsimile: (216) 696-0740<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |