**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Nexus U. Sea

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                           Plaintiff,<br><br>     v.<br><br>DANIEL N. SILNA, individually and in his capacity as general partner of White Lake Associates; WHITE LAKE ASSOCIATES;  JOAN SILNA, as partner of | Adv. Pro. No. 10-04472 (SMB) |

> White Lake Associates; E.S. TRUST, as partner of White Lake Associates; N.S. TRUST, as partner of White Lake Associates; TRACY SILNA ZUR, as partner of White Lake Associates; C.Z. TRUST, as partner of White Lake Associates; K.Z. TRUST, as partner of White Lake Associates; L.Z. TRUST, as partner of White Lake Associates; GUY COLANERI, as partner of White Lake Associates; CAROL COLANERI, as partner of White Lake Associates,
>
> Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 10, 2015.

2. Fact Discovery shall be completed by: May 30, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: August 19, 2016.

4. The Disclosure of Rebuttal Experts shall be due: September 19, 2016.

5. The Deadline for Completion of Expert Discovery shall be: October 19, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before October 26, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before November 9, 2016.

8. The Deadline for Conclusion of Mediation shall be:  On or before March 9, 2017.

| | |
|---|---|
| Dated: New York, New York<br>September 30, 2015 | BAKER & HOSTETLER LLP<br><br>By: /s/ Nicholas J. Cremona<br>David J. Sheehan<br>Nicholas J. Cremona<br>Jonathan B. New<br>Robertson D. Beckerlegge<br>Nexus U. Sea<br>Christopher B. Gallagher<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |