PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
Gregg M. Mashberg (GMM4022)
gmashberg@proskauer.com
Richard L. Spinogatti (RLS1503)
rspinogatti@proskauer.com

*Attorneys for Defendant*
*Lion Global Investors Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>Defendant. | Adv. Pro. No. 11-02540 (SMB) |

## CERTIFICATE OF SERVICE

I, Gregg M. Mashberg, hereby certify that on September 30, 2015, I caused to be served a true and correct copy of Defendant Lion Global Investors Limited's Supplemental Reply

Memorandum In Support Of Its Motion To Dismiss Based On Extraterritoriality And In Opposition To The Trustee's Motion to Amend (the "Supplemental Reply Memorandum"), via e-mail on the following:

>David J. Sheehan
>Regina Griffin
>Thomas L. Long
>Seanna R. Brown
>Amanda E. Fein and
>Catherine E. Woltering
>dsheehan@bakerlaw.com
>rgriffin@bakerlaw.com
>tlong@bakerlaw.com
>sbrown@bakerlaw.com
>afein@bakerlaw.com
>cwoltering@bakerlaw.com
>*Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff*

Notice of filing of the Supplemental Reply Memorandum was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CM/ECF System.

Dated: New York, New York
      September 30, 2015

                                /s/ Gregg M. Mashberg
                                Gregg M. Mashberg (GMM4022)