WILMER CUTLER PICKERING HALE and DORR, LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007
Telephone: (212) 230 8800
Facsimile:  (212) 230 8888

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SECURITIES INVESTOR PROTECTION
CORPORATION,
                Plaintiff,
       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------ x
In re

BERNARD L. MADOFF,

                Debtor.

------------------------------------------------------------ x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

                Plaintiff,

       v.

BSI AG, individually and as successor in
interest to BANCA DEL GOTTARDO

------------------------------------------------------------ x

SIPA Liquidation
No. 08-01789-SMB
(Substantively Consolidated)

Adv. Pro. No. 12-01209-SMB

**PORETTI DECLARATION IN SUPPORT OF BSI AG'S
MOTION TO DISMISS BASED ON EXTRATERRITORIALITY, AND IN
<u>OPPOSITION TO THE TRUSTEE'S MOTION TO AMEND</u>**

1

ActiveUS 148576472v.1

Fernando Poretti declares pursuant to 28 U.S.C. 1746 that the following is true under penalty of perjury:

1. I am the Head of Operations and Financial Institutions at BSI AG ("BSI"). I have held that position since 2011.

2. BSI is a private bank organized under the laws of Switzerland. Its principal place of business is at via Magatti n. 2. CH 6900, Lugano, Switzerland.

3. BSI acquired Banca Del Gottardo ("BDG") in 2008. Prior to the acquisition, BDG was also a private bank organized under the laws of Switzerland, with its principal place of business at viale Stefano Franscini n. 8, CH 6901 Lugano, Switzerland.

4. My declaration is based on my personal knowledge or on my review information available at BSI in this case. Based on my knowledge and review, I have addressed some of the allegations of Irving H. Picard (the "Trustee"), the Trustee for Bernard L. Madoff Investment Securities, LLC ("BLMIS"). I have not reviewed all the Trustee's allegations, and BSI reserves the right to contest all the allegations if that becomes necessary in the future.

5. According to my knowledge, and consistent with standard practices and procedure, BSI requested all redemptions with respect to the Fairfield Funds electronically, using the internet-based system provided by Citco Bank Nederland N.V. ("Citco") in The Netherlands.

6. After the redemption request was electronically received by Citco through the internet, Citco in The Netherlands confirmed the request in a document sent back to BSI in Switzerland. A

sample copy of the confirmation document received by BSI S.A. is attached as Exhibit A to this declaration.

7. The confirmation sent by Citco in The Netherlands to BSI in Switzerland acknowledged that BSI had sent an order "in which you [BSI] request us [Citco] to … redeem" a certain number of shares. The confirmation further stated that "redemption proceeds will be credited to your [BSI's] account …after we [Citco] have received both the proceeds and contract note" from the Fairfield Funds or their brokers. Citco did not refer to the use of any correspondent bank in this process.

8. BSI understood that, after Citco sent the confirmation to BSI, Citco would then send the redemption request to the Fairfield Funds. BSI received redemption payments directly from Citco in The Netherlands, even if Citco may have received those payments from a correspondent or non-correspondent bank in the U.S.

9. When BSI made subscription payments to the Fairfield Funds, they were not transferred directly to the Fund's bank accounts. BSI's subscription payments were instead transferred to Citco's accounts in The Netherlands.

Dated:  21 September 2015

_____
Fernando Poretti

ActiveUS 148576472v.1

## CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of September, 2015, true and correct copies of the foregoing document was served electronically via the Court's CM/ECF system upon all counsel of record.

Dated: New York, New York
       September 30, 2015

                                           /s/ *Charles C. Platt*
                                             Charles C. Platt