PROSKAUER ROSE LLP
Eleven Times Square
New York, New York  10036
Telephone:  212-969-3000
Facsimile:  212-969-2900
Gregg M. Mashberg (GMM4022)
gmashberg@proskauer.com
Richard L. Spinogatti (RLS1503)
rspinogatti@proskauer.com

*Attorneys for Defendants*
*Grosvenor Investment Management Ltd.,*
*Grosvenor Private Reserve Fund Limited,*
*Grosvenor Balanced Growth Fund Limited, and*
*Grosvenor Aggressive Growth Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENOR BALANCED GROWTH FUND LIMITED, AND GROSVENOR AGGRESSIVE GROWTH FUND LIMITED,<br><br>    Defendants. | Adv. Pro. No. 12-01021 (SMB) |

## CERTIFICATE OF SERVICE

I, Gregg M. Mashberg, hereby certify that on September 30, 2015, I caused to be served a

true and correct copy of Defendants' Supplemental Reply Memorandum In Support Of Their

Motion To Dismiss Based On Extraterritoriality And In Opposition To The Trustee's Motion For

Leave To Amend (the "Supplemental Reply Memorandum"), via e-mail on the following:

> David J. Sheehan
> Regina Griffin
> Thomas L. Long
> Seanna R. Brown
> Amanda E. Fein and
> Catherine E. Woltering
> dsheehan@bakerlaw.com
> rgriffin@bakerlaw.com
> tlong@bakerlaw.com
> sbrown@bakerlaw.com
> afein@bakerlaw.com
> cwoltering@bakerlaw.com
> *Attorneys for Irving H. Picard, Trustee for*
> *the Liquidation of Bernard L. Madoff Investment*
> *Securities LLC, and Bernard L. Madoff*

Notice of filing of the Supplemental Reply Memorandum was provided by operation of

the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for

the Southern District of New York (the "CM/ECF System") upon registered users of the

CM/ECF System.

Dated: New York, New York
      September 30, 2015

                     By: /s/ Gregg M. Mashberg
                        Gregg M. Mashberg (GMM4022)