# Exhibit A

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Banque Syz & Co. SA
**Mailing Address:** PO Box 5015 30 Rue Du Rhone
**City:** 1211 Geneve 11      **State:** Switzerland      **Zip:** _____
**Account No.:** 1FR126
**Taxpayer I.D. Number (Social Security No.):** 98-0235759 (QI-EIN)

NOTE:  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of      $ 34,387.02[1]

    b. I owe the Broker a Debit (Dr.) Balance of      $_____

    c. If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.      $_____

    d. If balance is zero, insert "None."      _____

502180406                                    1

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See enclosed Nov. 30, 2008 Statement for listing of options and securities that Broker owes customer, Bates stamped 0256-0275. | | |
| Nov. 30, 2008 | Total Securities Balance (per Nov. 30, 2008 Statement) | $44,191,299.76 | |
| Nov. 30, 2008 | See enclosed Nov. 30, 2008 Statement for Total Options Balance, at pages Bates stamped 0274-0275. | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | Unknown[2] |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X[3] |  |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X[4] |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Jones Day, Robert W. Gaffey, Esq. and Harold K. Gordon, Esq. 222 East 41st Street, New York, NY 10017-6702 .

502180406                                    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date February 26, 2009     Signature _____ Laurence Racle

Date February 26, 2009     Signature _____ Claude-Alain Battiaz

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

### ENDNOTES TO CUSTOMER CLAIM FORM

1. The calculations relating to this amount are set forth on the enclosed spreadsheet, Bates stamped 0001 and titled Amount due by Bernard L. Madoff Securities NY to Banque Syz & Co S.A. (account 1-FR126).

2. It is unknown whether there has been any change in the account since December 11, 2008. The last information received from the Broker was the November 30, 2008 Statement enclosed herein, and Bates stamped 0256-0275. Banque Syz & Co SA has no information available to it regarding activity occurring after the November 30, 2008 Statement.

3. As the account holder of record with the Broker, Banque Syz & Co SA ("Banque Syz"), as sub-custodian of one of its affiliates, Syz & Co. Bank & Trust Ltd., custodian, submits the annexed Customer Claim form on behalf of itself and on behalf of the customer, Isos Fund Limited, a Cayman Island registered fund ("Isos"), for whom it is claiming.

A copy of Isos's certificate of registration is annexed hereto and has been Bates stamped 0013. The funds comprising the claim reflected on the annexed claim form were provided by Isos's customers who, as indirect investors, are currently not entitled to submit their own Customer Claim forms. Isos may act for the benefit of those customers in these proceedings as they may in the future instruct should they subsequently become authorized through an expansion of SIPC coverage or through other means to submit Customer Claims as indirect investors in the Broker. As the annexed Customer Claim form is being submitted only on Banque Syz's, Syz & Co. Bank & Trust Ltd.'s and Isos's behalf, those customers and indirect investors are not consenting to jurisdiction in these proceedings.

In executing and submitting the annexed Customer Claim form, neither Banque Syz, Syz & Co. Bank & Trust Ltd. nor Isos, except to the extent required by applicable law, submit to the jurisdiction of the bankruptcy court or any other court. Nothing contained herein is or should be construed to be a waiver of any rights that Banque Syz, Syz & Co. Bank & Trust Ltd. or Isos may have under SIPA, the Bankruptcy Code, relevant Federal Rules of Bankruptcy Procedure or applicable non-bankruptcy law.

4. Banque Syz is a party to certain agreements that may be construed to provide the Broker or Bernard L. Madoff (individually) with at least some degree of discretionary authority over the account:

> A certain TRADING AUTHORIZATION LIMITED TO PURCHASE AND SALES OF SECURITIES AND OPTIONS, dated January 16, 2007, and executed by Banque Syz, provides, in part:
>
>> "In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades. All purchases, sales or trades

shall be executed strictly in accordance with the established trading authorization directive."

A certain TRADING AUTHORIZATION DIRECTIVE, dated February 8, 2007, and executed by Banque Syz, provides, in part:

> "Bernard L. Madoff (individual), acting as agent for the above referenced account, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the account. Bernard L. Madoff (individual) will determine only the time and price at which a specified order shall be executed. The purchase or sale of equity securities is limited as to issue and quantity."

Further, a certain TERMS AND CONDITIONS FOR OPTION HEDGING TRANSACTIONS, dated February 8, 2007, and executed by Banque Syz, provides, in part:

> "Bernard L. Madoff (individual), acting as agent for the above referenced account, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the account. Bernard L. Madoff (individual) will determine only the price at which, or the time an option contract shall be effected pursuant to the instructions set forth below."

Copies of the foregoing three agreements are annexed hereto and have been Bates stamped 0002, 0009-0010, and 0008, respectively.

# BANQUE SYZ & CO. SA CUSTOMER CLAIM

## INDEX OF SUPPORTING DOCUMENTS

| **Document** | **Bates Nos.** |
|---|---|
| Spreadsheet Summary of Amounts Due by Bernard L. Madoff Investment Securities ("BLMIS") to Banque Syz & Co S.A. (Account 1-FR126) | 0001 |
| Account Opening Documents | 0002-0012 |
|     Trading Authorization Limited to Purchases and Sales of Securities and Options (Dated January 16, 2007) | 0002 |
|     Option Agreement (Dated January 16, 2007) | 0003-0004 |
|     Customer Agreement | 0005-0007 |
|     Terms and Conditions for Option Hedging Transactions (Dated February 8, 2007) | 0008 |
|     Trading Authorization Directive (Dated February 8, 2007) | 0009-0010 |
|     Form W-8IMY (Dated January 16, 2007) | 0011-0012 |
| Isos Fund Limited Certificate of Registration | 0013-0014 |
| Swift Instructions and Credit Confirmations, totaling $38,123,000. (Banque Syz & Co. SA received no redemptions from the Broker.) | 0015-0050 |
|     Swift Instructions for $20,185,000 Transfer (Dated March 6, 2007) | 0015-0016 |
|     BLMIS Credit Confirmation of $20,185,000 (Dated March 7, 2007) | 0017 |
|     Swift Instructions for $750,000 Transfer (Dated May 1, 2007) | 0018-0019 |
|     BLMIS Credit Confirmation of $750,000 (Dated May 3, 2007) | 0020 |
|     Swift Instructions for $1,226,000 Transfer (Dated June 4, 2007) | 0021-0022 |
|     BLMIS Credit Confirmation of $1,226,000 (Dated June 5, 2007) | 0023 |
|     Swift Instructions for $815,000 Transfer (Dated July 4, 2007) | 0024-0025 |
|     BLMIS Credit Confirmation of $815,000 (Dated July 5, 2007) | 0026 |
|     Swift Instructions for $727,000 Transfer (Dated November 9, 2007) | 0027-0028 |
|     BLMIS Credit Confirmation of $727,000 (Dated November 13, 2007) | 0029 |

| | |
|---|---|
| Swift Instructions for $450,000 Transfer (Dated December 6, 2007) | 0030-0031 |
| BLMIS Credit Confirmation of $450,000 (Dated December 7, 2007) | 0032 |
| Swift Instructions for $1,000,000 Transfer (Dated January 16, 2008) | 0033-0034 |
| BLMIS Credit Confirmation of $1,000,000 (Dated January 17, 2008) | 0035 |
| Swift Instructions for $750,000 Transfer (Dated February 5, 2008) | 0036-0037 |
| BLMIS Credit Confirmation of $750,000 (Dated February 6, 2008) | 0038 |
| Swift Instructions for $8,000,000 Transfer (Dated June 9, 2008) | 0039-0040 |
| BLMIS Credit Confirmation of $8,000,000 (Dated June 11, 2008) | 0041 |
| Swift Instructions for $1,050,000 Transfer (Dated July 9, 2008) | 0042-0043 |
| BLMIS Credit Confirmation of $1,050,000 (Dated July 9, 2008) | 0044 |
| Swift Instructions for $1,400,000 Transfer (Dated August 12, 2008) | 0045-0046 |
| BLMIS Credit Confirmation of $1,400,000 (Dated August 13, 2008) | 0047 |
| Swift Instructions for $1,770,000 Transfer (Dated September 4, 2008) | 0048-0049 |
| BLMIS Credit Confirmation of $1,770,000 (Dated September 4, 2008) | 0050 |
| Monthly Account Statements | 0051-0275 |
| March 2007 Account Statement | 0051-0053 |
| April 2007 Account Statement | 0054-0059 |
| May 2007 Account Statement | 0060-0065 |
| June 2007 Account Statement | 0066-0073 |
| July 2007 Account Statement | 0074-0078 |
| August 2007 Account Statement | 0079-0087 |
| September 2007 Account Statement | 0088-0109 |
| October 2007 Account Statement | 0110-0118 |
| November 2007 Account Statement | 0119-0139 |
| December 2007 Account Statement | 0140-0153 |
| January 2008 Account Statement | 0154-0163 |

| | |
|---|---|
| February 2008 Account Statement | 0164-0170 |
| March 2008 Account Statement | 0171-0181 |
| April 2008 Account Statement | 0182-0192 |
| May 2008 Account Statement | 0193-0207 |
| June 2008 Account Statement | 0208-0213 |
| July 2008 Account Statement | 0214-0223 |
| August 2008 Account Statement | 0224-0234 |
| September 2008 Account Statement | 0235-0249 |
| October 2008 Account Statement | 0250-0255 |
| November 2008 Account Statement | 0256-0275 |
| Transaction Confirmations | 0276-2206 |
| March 2007 Transaction Confirmations | 0276-0278 |
| April 2007 Transaction Confirmations | 0279-0316 |
| May 2007 Transaction Confirmations | 0317-0326 |
| June 2007 Transaction Confirmations | 0327-0370 |
| July 2007 Transaction Confirmations | 0371-0375 |
| August 2007 Transaction Confirmations | 0376-0488 |
| September 2007 Transaction Confirmations | 0489-0825 |
| October 2007 Transaction Confirmations | 0826-0881 |
| November 2007 Transaction Confirmations | 0882-1171 |
| December 2007 Transaction Confirmations | 1172-1307 |
| January 2008 Transaction Confirmations | 1308-1368 |
| February 2008 Transaction Confirmations | 1369-1377 |
| March 2008 Transaction Confirmations | 1378-1443 |
| April 2008 Transaction Confirmations | 1444-1509 |
| May 2008 Transaction Confirmations | 1510-1691 |

| June 2008 Transaction Confirmations | 1692 |
|---|---|
| July 2008 Transaction Confirmations | 1693-1759 |
| August 2008 Transaction Confirmations | 1760-1827 |
| September 2008 Transaction Confirmations | 1828-1955 |
| October 2008 Transaction Confirmations | 1956-1963 |
| November 2008 Transaction Confirmations | 1964-2206 |