Pamela A. Miller
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  pmiller@omm.com

*Attorneys for Merrill Lynch International*
*and Merrill Lynch Banc (Suisse) S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                            Plaintiff-Applicant, <br>         v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                              Defendant. | SIPA Liquidation <br> No. 08-01789-SMB <br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                          Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that O'Melveny & Myers LLP hereby appears in the above-

captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") as counsel to Merrill Lynch International and Merrill Lynch Banc (Suisse)

S.A., and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or

required to be given in this case and all papers served or required to be served in this case be

given to and served upon the undersigned at the following office address, telephone numbers and

e-mail address:

Pamela A. Miller
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:   pmiller@omm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of Merrill Lynch

International's or Merrill Lynch Banc (Suisse) S.A.'s jurisdictional, substantive, or procedural

rights and remedies in connection with the above-captioned proceeding, all of which are hereby

expressly reserved.

Dated: New York, New York
     September 30, 2015           Respectfully submitted,

By: /s/ *Pamela A. Miller*
     Pamela A. Miller
     O'MELVENY & MYERS LLP
     Seven Times Square
     New York, New York  10036
     Telephone:  (212) 326-2000
     Facsimile:  (212) 326-2061
     E-mail: pmiller@omm.com

*Attorneys for Merrill Lynch Banc (Suisse) S.A. and Merrill Lynch International*