# EXHIBIT C

# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

## CERTIFICATE OF INCORPORATION
### (SECTION 11)

No. 385096

The Registrar of Companies of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, (Cap.291) that

**Lighthouse Low Volatility Fund Limited**

is incorporated in the British Virgin Islands as an International Business Company, and that the former name of the said company was **LIGHTHOUSE SUPERCASH FUND LIMITED** which name has been changed 16th day of December, 2003 to **Lighthouse Low Volatility Fund Limited**

Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

*[signature]*
REGISTRAR OF COMPANIES
Asst.

CRTI014D