# EXHIBIT D



# CAYMAN ISLANDS GAZETTE

Tuesday, 24th January 2006     Issue No. 02/2006

## CONTENTS

**SUPPLEMENTS**
Laws, Bills, Regulations............................None

**COMMERCIAL**
Liquidation Notices
Notices of Winding Up,
  Appointment of Liquidators
  and Notices to Creditors...................Pg. 38
Notices of Final Meeting
  of Shareholders.................................Pg. 55
Partnership Notices.................................None
Struck-off List ......................................Pg. 68
Transfer of Companies............................Pg. 69
Reduction of Capital................................None
Grand Court Notices..............................Pg. 71
Regulatory Agency Notices....................Pg. 75
General Commercial Notices..................None
Demand Notices....................................Pg. 76
Patent and Trademarks..........................Pg. 77

**GOVERNMENT**
Exclusion Order.....................................None
Appointments.......................................Pg. 85
Departmental Notices............................None
Overseas Territories Orders...................None
Court of Appeals Notices.......................None
Change of Name....................................None
Land Acquisition Notices......................Pg. 87
Road Notices........................................None
Proclamations.......................................None
Probate and Administration...................Pg. 89
Errata...................................................Pg. 90

Gazette Publishing and Advertising
  Information........................................Pg. 91
Gazette Dates and Deadlines..................Pg. 92

INDEX..................................................Pg. 93

---

**NOTICE:** *Gazette Publishing Dates & Deadlines for the year, and advertising and subscription rates are posted at the back of this Gazette.*

**USING THE GAZETTE:** The *Cayman Islands Gazette*, the official newspaper of the Government of the Cayman Islands, is published fortnightly on Monday. The next issue (03/06) will be published on, 6th February 2006. Closing time for lodgment of commercial notices will be 12 noon, Friday, 27th January 2006. Government notices must be lodged at the Gazette Office by 12 noon on the previous Wednesday (25th January). This timeframe will be followed for all Gazettes. Notices are accepted for publication in the next issue, unless otherwise specified.

Original copies of notices must be submitted for publication. Dates, proper names and signatures are to be shown clearly. Faxed transmissions of copy are not acceptable, unless arrangements have been made with the Gazette Office, in which case they must be followed by a signed original delivered the same day. We invite submissions of floppy discs for use with Microsoft Word software, accompanied by an original print version. Covering instructions setting out requirements must accompany all notices. Copies will be returned unpublished if not submitted in accordance with these requirements.

**Notices for publication and related correspondence should be addressed to:**
Gazette Office
Government Information Services
Cayman Islands Government
Cricket Square, Elgin Avenue
Grand Cayman
Telephone (345) 949-8092
Facsimile (345) 949-5936
caymangazette@gov.ky

Publishing dates, deadlines to the end of the year, and advertising and subscription rates are posted at the back of this Gazette.

- AIG DKR SOUNDSHORE INVESTORS, LTD. (formerly AIG ShoundShore Investors, Ltd.) – 3 RD JANUARY 2006.
- BASSO INVESTORS LTD. (formerly AIG DKR Soundshore Investors, Ltd.) – 3RD JANUARY 2006.

JOY RANKINE
Assistant Registrar of Companies

- DINVEST TRADING LTD. – 30TH DECEMBER 2005.

DONNELL HARLEE DIXON
Assistant Registrar of Companies

Notice is hereby given, pursuant to section 225 of the Companies Law (2003 Revision), that the following company previously registered in Netherland Antilles **is now registered in the Cayman Islands**, effective on the date noted:

- M. KINGDON OFFSHORE LTD. (formerly M. Kingdon Offshore N.V.) – 3RD JANUARY 2006

D. EVADNE EBANKS
Assistant Registrar of Companies

Notice is hereby given, pursuant to section 225 of the Companies Law (2003 Revision), that the following companies previously registered in the British Virgin Islands **are now registered in the Cayman Islands**, effective 3rd January 2006:

- **LGTF II LIMITED**
- **LIGHTHOUSE LOW VOLATILITY FUND LIMITED** (formerly Lighthouse Supercash Fund Limited)
- **LIGHTHOUSE GLOBAL LONG/SHORT FUND LIMITED**
- **LIGHTHOUSE DIVERSIFIED FUND LIMITED**
- **LIGHTHOUSE V FUND LIMITED**
- **LIGHTHOUSE CREDIT OPPORTUNITIES FUND LIMITED** (formerly Lighthouse Opportunity Fund: Distressed Limited)

**MFO DIVERSIFIED FUND LIMITED**

D. EVADNE EBANKS
Assistant Registrar of Companies

Notice is hereby given, pursuant to section 229 of the Companies Law (2003 Revision), that the following company has been deregistered in the Cayman Islands and transferred, by way of continuation, to Wilmington, effective 3rd January 2006:

- **WAKEFIELD TOWER ALPHA LIMITED**

V. DAPHENE WHITELOCKE
Assistant Registrar of Companies