# EXHIBIT  E



WK-160203

# Certificate of Registration By Way of Continuation

*EXEMPTED*

I, **JOY A. RANKINE**                          *Assistant Registrar of Companies in and for the Cayman Islands*

*DO HEREBY CERTIFY, pursuant to the Companies Law  CAP. 22,  that all requirements of the said Law in respect of registration were complied with by*

### Lighthouse Low Volatility Fund Limited

*an Exempted Company registered  by way of continuation in the Cayman Islands with Limited Liability with effect from 3rd day of January Two Thousand Six*

*Given under my hand and Seal at George Town in the Island of Grand Cayman this 3rd day of January Two Thousand Six*

CERTIFIED TO BE A TRUE AND CORRECT COPY

(SGD. JOY A. RANKINE)

Sig..

Joy A. Rankine
*Assistant Registrar*

Date    03 January  2006

**Assistant Registrar of Companies,
Cayman Islands, B.W.I.**