# EXHIBIT G

**A-1 Share Application Form**
**202**

## SHARE APPLICATION FORM

### INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

   (i) Completed and signed Share Application Form and corresponding signature page.

   (ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

   HSBC Bank USA
   452 Fifth Avenue
   New York, NY 10018
   SWIFT: MRMDUS33
   ABA# 021-001-088

   **In favour**:  Citco Bank Nederland, N.V.
   SWIFT: CITCNL2A

   **Account number**:  000304212

   **For further credit to**:  Fairfield Sentry Limited
   **Account No.:**  63.58.93.797

   **By Order of:**  *Name of Subscriber*

   (iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

**A-2 Share Application Form**
**202**

To:  Fairfield Sentry Limited Telephone: (31) 20-572-2114
c/o Citco Fund Services
 (Europe) B.V.          Fax: (31) 20-572-2476
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

**U.S. $**_____ **of Shares (the "Shares")**

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read.  I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is                         associated.

 Name: _____

2

**A-3 Share Application Form**

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

   Name of Advisor:
   _____

   Name of Advisor's firm or organization:
   _____

   Not Applicable: _____

I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator,
Citco Fund Services (Europe) B.V.

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐ _____
Name of nominee to appear on Share Certificate


The Subscriber hereby designates and appoints **Interman Services Limited**, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
**Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-675-0881.**

3

**A-4 Share Application Form**

**Signature Page For Subscription by an:**                                                          **INDIVIDU**

SHARES TO BE REGISTERED AS (check one):
*(Please print all information exactly as you wish it to appear on the Company's records.)*

| ☐ | ☐ |
|---|---|
| **Individual Subscriber** | **Co-Subscribers** |
|  | (Both signatures are required) |
| Name of Subscriber | Name of Subscriber |
| Address | Address |
| Country of Residence | Country of Residence |
| Telephone | Telephone |
| Telephone (Evenings) | Telephone (Evenings) |
| Fax | Fax |
| Email | Email |
| Signature | Signature (both signatures are required) |
| Please print Name | Please print Name |
| Date | Date |

4

**A-5 Share Application Form**

**Signature Page For Subscription by an:**                                                                                     **ENTI**

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document)

☐ **TRUST** (please include a copy of the trust agreement)

☐ **CORPORATION -** Please include certified resolutions (or similar documents) authorizing signature.

☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

| Name of Subscriber | Telephone |
| --- | --- |
| Address | Telephone (Evenings) |
| Country of Formation | Fax (transmission number) |
| Telephone | Email |

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

*(Please print all information exactly as you wish it to appear on the Company's records.)*

| Name and Title (Please print name) | Name and Title (Please print name) |
| --- | --- |
| Signature (Trustee, partner or authorized corporate officer) | Signature (Trustee, partner or authorized corporate officer) |
| Dated | Dated |

5

**A-6 Share Application Form**

## SUBSCRIPTION INFORMATION

| **SHARE REGISTRATION INFORMATION** | **MAILING (POST) INFORMATION** (if other than address of registration) |
|---|---|
| Name | |
| Address | |
| Country of Residence | |
| Telephone | |
| Telephone (Evenings) | |
| Fax | |

| **REMITTING BANK** | **BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank): |
|---|---|
| Name | |
| Address | |
| Country of Residence | |
| Telephone | |
| Telephone (Evenings) | |
| Fax | |

**A-6 Share Application Form**

6

**B-1**
**202**

### REDEMPTION REQUEST FORM

**INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem Shares in the Company. Redeeming shareholders should complete and return this form, including the information on page B-3.

> FAIRFIELD SENTRY LIMITED
> c/o Citco Fund Services (Europe) B.V.
> Strawinskylaan 1725
> 1077 XX Amsterdam
> P.O. Box 7241
> 1007 JE Amsterdam        Telephone:  (31)20 572-2114
> The Netherlands          Fax:        (31)20 572-2476

**Dated (month, day, year):** _____,_____,_____

Dear Sirs

     I hereby request redemption, as defined in and subject to all of the terms and conditions of the Information Memorandum dated June 30, 1994, as amended, of Fairfield Sentry Limited (the "Company"), **of**_____ **Shares**, representing [part/all] of my Shares in the Company. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least ten (10) business days prior written notice. Except as otherwise provided in the Information Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Company to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Offering Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Company.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

_____
Bank Name

_____
Bank Address

_____
ABA Number

_____
Account Name

_____
Account Number:

**B-2**
**202**

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| **ENTITY SHAREHOLDER** (OR ASSIGNEE) | **INDIVIDUAL SHAREHOLDER(S)** [PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST] |
|---|---|
| _____ Name of Registered Owner of Shares | _____ Name of Subscriber |
| _____ Address | _____ Address |
| _____ Signature (of individual or assignee) | _____ Signature (of partner authorized corporate officer or trustee) |
| _____ Name and Title | _____ Please Print Name and Title |
| _____ Date | _____ Date |
| _____ Signature (of individual or assignee) | _____ Signature (of partner authorized corporate officer or trustee) |
| _____ Name and Title | _____ Please Print Name and Title |
| _____ Date | _____ Date |
| | _____ Signatures guaranteed by: |

8

**B-3**

## REDEMPTION INFORMATION

| **SHARE REGISTRATION** | **MAILING (POST) INFORMATION** (if other than address of registration) |
|---|---|
| _____ Name | _____ Name |
| _____ Address | _____ Address |
| _____ Country of Residence | _____ Country of Residence |
| _____ Telephone | _____ Telephone |
| _____ Telephone (Evenings) | _____ Telephone (Evenings) |
| _____ Fax | _____ Fax |

**BANK FOR TRANSFER OF REDEMPTION**

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

9