UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>OREADES SICAV represented by its Liquidator INTER INVESTISSEMENTS S.A., INTER INVESTISSEMENTS S.A. (f/k/a INTER CONSEIL S.A.), BGL BNP PARIBAS S.A., and BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>        Defendants. | Adv. Pro. No. 10-05120 (SMB) |

**CERTIFICATE OF SERVICE**

    I, Hallie S. Goldblatt, hereby certify that on September 30, 2015, I caused to be served a true and correct copy of **Defendant Inter Investissements S.A.'s Supplemental Memorandum of Law in Further Support of Its Motion to Dismiss Based on Extraterritoriality and in Further Opposition to the Trustee's Motion for Leave to Amend Complaints** (the "Supplemental Memorandum of Law"), via e-mail on the following:

1

      dsheehan@bakerlaw.com
      mkornfeld@bakerlaw.com
      bpergament@bakerlaw.com
      kjenson@bakerlaw.com
      sranade@bakerlaw.com
      dchoi@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

      Notice of filing of the Supplemental Memorandum of Law was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CM/ECF System.

Dated: New York, New York
       September 30, 2015

                                /s/ Hallie S. Goldblatt_____
                                Hallie S. Goldblatt