**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN GOLDENBERG,<br><br>Defendant. | Adv. Pro. No. 10-04946 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 3, 2015.
2. Fact Discovery shall be completed by: June 21, 2016.
3. The Disclosure of Case-in-Chief Experts shall be due: September 13, 2016.
4. The Disclosure of Rebuttal Experts shall be due: October 14, 2016.
5. The Deadline for Completion of Expert Discovery shall be: November 29, 2016.
6. The Deadline for Service of a Notice of Mediation Referral shall be: December 6, 2016.
7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 20, 2016.
8. The Deadline for Conclusion of Mediation shall be: April 21, 2017.

Dated: New York, New York
September 30, 2015

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*

David J. Sheehan
Nicholas J. Cremona
Marc E. Hirschfield
Peter B. Shapiro
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*