**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Northern Trust Company, successor by merger to Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., not individually but as trustee and on behalf of The Melvin N. Lock Trust (the "Claimant"), having filed an objection (the "Objection", ECF Nos. 2915, 2916) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (# 002499), hereby gives notice that it withdraws such Objection.

Dated: September 30, 2015

/s/ David A. Rosenzweig
David A. Rosenzweig on behalf of The
Northern Trust Company, successor by merger
to Northern Trust, N.A., f/k/a Northern Trust
Bank of Florida, N.A., as Trustee, and The
Melvin N. Lock Trust
Norton Rose Fulbright US LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

87796135.1                                - 1 -