**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-01789 (SMB) |
| *Plaintiff-Applicant*, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| *Defendant.* | |

---

In re

BERNARD L. MADOFF,

          *Debtor.*

---

**CERTIFICATE OF SERVICE**

I, RICHARD B. LEVIN, hereby certify that on the 30th day of September, 2015, the

following documents were electronically filed via the United States Bankruptcy Court for the

Southern District of New York's CM/ECF system:

- **SUPPLEMENTAL REPLY MEMORANDUM OF M&B CAPITAL ADVISERS SOCIEDAD DE VALORES IN SUPPORT OF ITS MOTION TO DISMISS BASED ON EXTRATERRITORIALITY AND IN OPPOSITION TO TRUSTEE'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

- **SUPPLEMENTAL REPLY MEMORANDUM OF BANQUE SYZ SA IN SUPPORT OF ITS MOTION TO DISMISS BASED ON EXTRATERRITORIALITY AND IN OPPOSITION TO TRUSTEE'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

- **SUPPLEMENTAL REPLY MEMORANDUM OF TRINCASTAR CORPORATION IN SUPPORT OF ITS MOTION TO DISMISS BASED ON EXTRATERRITORIALITY AND IN OPPOSITION TO TRUSTEE'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Registered users may access these filings through the Court's System, and notice of this filing

will be sent to these parties by operation of the Court's Electronic Filing System.

Dated this 30th of September, 2015, at New York, New York.

/s/ Richard Levin
Richard Levin