**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner
P. Alexander Quimby

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                           Plaintiff,<br><br>            v.<br><br>GUNTHER K. UNFLAT, individually and as joint tenant, and MARGARET UNFLAT, individually and as joint tenant<br><br>                           Defendants. | Adv. Pro. No. 10-05420 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 10, 2015.

2. Fact Discovery shall be completed by: July 19, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: October 18, 2016.

4. The Disclosure of Rebuttal Experts shall be due: December 19, 2016.

5. The Deadline for Completion of Expert Discovery shall be: January 18, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before January 25, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before February 8, 2017.

8. The Deadline for Conclusion of Mediation shall be:  On or before June 8, 2017.

300368108.1

Dated: New York, New York
September 30, 2015

BAKER & HOSTETLER LLP

By:/s *Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner
P. Alexander Quimby
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

CHAITMAN LLP

By: /s/ *Helen Davis Chaitman*
465 Park Avenue
New York, New York 10022
Telephone: 888.759.1114
Facsimile: 888.759.1114
Helen Davis Chaitman
Email: hchaitman@chaitmanllp.com