UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          *Plaintiff-Applicant*,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                          *Defendant*. | Adv. Proc. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                          *Debtor*. | |

**CERTIFICATE OF SERVICE**

      I, DAVID GREENWALD, hereby certify that on the 30th day of September, 2015, the following documents were electronically filed via the United States Bankruptcy Court for the Southern District of New York's CM/ECF system:

- **REPLY MEMORANDUM OF LAW OF UNIFORTUNE ASSET MANAGEMENT SGR SPA AND UNIFORTUNE CONSERVATIVE FUND IN SUPPORT OF MOTION TO DISMISS BASED ON EXTRATERRITORIALITY AND IN OPPOSITION TO THE TRUSTEE'S MOTION FOR LEAVE TO AMEND**

Registered users may access these filings through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

    Dated this 30th of September, 2015, at New York, New York.

                                                  /s/ David Greenwald
                                                  David Greenwald