UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

　　　　Please enter my appearance as counsel in this case on behalf of Multi-Strategy Fund Limited and CDP Capital Tactical Alternative Investments, which are defendants in the related adversary proceeding *Picard v. Multi-Strategy Fund Ltd.*, No. 12-01205. I certify that I am admitted to practice in this Court.

Dated:　New York, New York
　　　　September 30, 2015

　　　　　　　　　　　　　　　　　　　FRIEDMAN KAPLAN SEILER &
　　　　　　　　　　　　　　　　　　　　ADELMAN LLP

　　　　　　　　　　　　　　　　　　　s/ Robert J. Lack
　　　　　　　　　　　　　　　　　　　Robert J. Lack (rlack@fklaw.com)
　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　New York, NY 10036-6516
　　　　　　　　　　　　　　　　　　　(212) 833-1100

　　　　　　　　　　　　　　　　　　　*Attorneys for Multi-Strategy Fund Limited and CDP Capital Tactical Alternative Investments*

3134822.1