**CHAFFETZ LINDSEY LLP**
505 Fifth Avenue, 4th Floor
New York, NY 10017
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for Kingate Management Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, et al.,<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB)<br><br>**DECLARATION OF TED R. DEBONIS IN SUPPORT OF DEFENDANT KINGATE MANAGEMENT LIMITED'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS BASED ON EXTRATERRITORIALITY** |

I, TED R. DEBONIS, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am an associate at the law firm of Chaffetz Lindsey LLP, counsel to Kingate Management Limited ("KML"). I make this declaration in support of KML's Motion to Dismiss Based on Extraterritoriality.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the order of the Supreme Court of Bermuda, Commercial Court winding up KML and appointing The Official Receiver of Bermuda, Stephen Lowe, as liquidator.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Writ of Summons dated December 22, 2010 issued by the Supreme Court of Bermuda, Civil Jurisdiction, Commercial List to KML and other defendants.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Re-Re-Re-Amended Statement of Claim dated April 17, 2015 filed by Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. in the Supreme Court of Bermuda, Civil Jurisdiction, Commercial List, Case No. 2010: 454.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         September 30, 2015

_____
Ted R. DeBonis