# EXHIBIT 2

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2010: 454



BETWEEN:

| | |
|---|---|
| KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION) | First Plaintiff |
| KINGATE EURO FUND LIMITED (IN LIQUIDATION) | Second Plaintiff |

and

| | |
|---|---|
| KINGATE MANAGEMENT LIMITED | First Defendant |
| FIM LIMITED | Second Defendant |
| FIM ADVISERS LLP | Third Defendant |
| FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST) | Fourth Defendant |
| PORT OF HERCULES TRUSTEES LIMITED (AS TRUSTEE OF THE EL PRELA TRUST) | Fifth Defendant |
| ASHBY HOLDING SERVICES LIMITED | Sixth Defendant |
| EL PRELA GROUP HOLDING SERVICES LIMITED | Seventh Defendant |
| MR CARLO GROSSO | Eighth Defendant |
| MR FEDERICO CERETTI | Ninth Defendant |

WRIT OF SUMMONS (GENERAL FORM)

ELIZABETH THE SECOND, by the Grace of God, of the United Kingdom of Great Britain and Northern Ireland and of Our other realms and territories Queen, Head of the Commonwealth, Defender of the Faith.

TO: **KINGATE MANAGEMENT LIMITED**
**Hemisphere House**
**9 Church Street**
**P.O. Box HM951**
**Hamilton HM DX**
**Bermuda**

**FIM LIMITED**
**Buchanan House**
**1st Floor**
**3 St. James's Square**
**London, SW1Y 4JU**
**England**

**FIM ADVISERS LLP**
**Buchanan House**
**3 St James Square**
**London**
**SW1Y 4JU**
**England**

**FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)**
**80 Broad Street**
**Monrovia**
**Republic of Liberia**

**PORT OF HERCULES TRUSTEES LIMITED (AS TRUSTEE OF THE EL PRELA TRUST)**
**Palm Grove House**
**PO Box 438**
**Wickhams Cay 1**
**Road Town**
**Tortola**
**British Virgin Islands VG 1110**

**ASHBY HOLDING SERVICES LIMITED**
**Palm Grove House**
**PO Box 438**
**Wickhams Cay 1**
**Road Town**
**Tortola**
**British Virgin Islands VG 1110**

LN/224191v1

EL PRELA GROUP HOLDING SERVICES LIMITED
Palm Grove House
PO Box 438
Wickhams Cay 1
Road Town
Tortola
British Virgin Islands VG 1110

MR CARLO GROSSO
22 Cathcart Road
London
SW10 9NN
England

MR FEDERICO CERETTI
37 Queens Gate Gardens
London
SW7 5RR
England

We command you that within 14 days after the service of this writ on you, inclusive of the day of service, you do cause an appearance to be entered for you in an action at the suit of KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION) and KINGATE EURO FUND LIMITED (IN LIQUIDATION), and take notice that in default of your so doing the First Plaintiff and Second Plaintiff may proceed therein, and judgment may be given in your absence.

Witness the Honourable Richard Ground, Q.C., Chief Justice of Our said Court the 22nd day of December 2010.

NOTE – This writ may not be served more than twelve calendar months after the above date unless renewed by order of the Court.

### DIRECTIONS FOR ENTERING APPEARANCE

The Defendants may enter an appearance in person or by an attorney either (1) by handling in the appropriate forms, duly completed, at the Registry of the Supreme Court in Hamilton, Bermuda, or (2) by sending them to the Registry by post.

e Plaintiffs' claim is for:

LN/224191v1

1. The recovery of overpaid fees from the First, Fourth, Fifth, Sixth, and/or Seventh Defendants, as ultimate recipients of the fees, and/or from the Eighth and Ninth Defendants, as ultimate recipients of the fees, and/or ultimate beneficial owners of shares in the First Defendant, on the basis of unjust enrichment;

2. Alternatively, for a declaration that the First and Second Plaintiffs retain legal title in the overpaid fees and/or their traceable proceeds;

3. Alternatively, for a declaration that the First, Fourth, Fifth, Sixth, Seventh, Eighth and/or Ninth Defendants hold the overpaid fees, together with their traceable proceeds, on trust for the First and Second Plaintiffs;

4. Damages for breach of contractual and tortuous duties of care and/or negligent misstatement, against the First Defendant;

5. Damages for breach of tortuous duties of care and/or negligent misstatement, against the Second and Third Defendants;

6. Damages for breach of tortuous duties of care and/or negligent misstatement against the Eighth and Ninth Defendants.

Dated this          day of          , 2010.

This Writ was issued by Sedgwick Chudleigh of the E.W. Pearman Building, 20 Brunswick Street, Hamilton HM 10, Bermuda, for the First and Second Plaintiffs, whose address for service is 20 Brunswick Street, Hamilton HM 10, Bermuda.

This Writ was served by me at                                                                on the First Defendant
on          the     day of                , 2010.

LN/224191v1

This Writ was served by me at                                                              on the Second
Defendant on          the     day of           , 2010.


This Writ was served by me at                                                              on the Third Defendant
on          the    day of            , 2010.


This Writ was served by me at                                                              on the Fourth Defendant
on          the    day of            , 2010.


This Writ was served by me at                                                              on the Fifth Defendant
on          the    day of            , 2010.


This Writ was served by me at                                                              on the Sixth Defendant
on          the    day of            , 2010.


This Writ was served by me at                                                              on the Seventh
Defendant on          the     day of           , 2010.


This Writ was served by me at                                                              on the Eighth Defendant
on          the    day of            , 2010.


This Writ was served by me at                                                              on the Ninth Defendant
on          the    day of            , 2010.

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2010: 454

BETWEEN:

KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)
First Plaintiff

KINGATE EURO FUND LIMITED (IN LIQUIDATION)
Second Plaintiff

and

KINGATE MANAGEMENT LIMITED
First Defendant

FIM LIMITED
Second Defendant

FIM ADVISERS LLP
Third Defendant

FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)
Fourth Defendant

PORT OF HERCULES TRUSTEES LIMITED (AS TRSUTEE OF THE EL PRELA TRUST)
Fifth Defendant

ASHBY HOLDING SERVICES LIMITED
Sixth Defendant

EL PRELA GROUP HOLDING SERVICES LIMITED
Seventh Defendant

MR CARLO GROSSO
Eighth Defendant

MR FEDERICO CERETTI
Ninth Defendant

---

**WRIT OF SUMMONS (GENERAL FORM)**

---



**SEDGWICK CHUDLEIGH**
E.W. Pearman Building
20 Brunswick Street
Hamilton, HM 10
Bermuda

Attorneys for the First and Second Plaintiffs

LN/224191v1