**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05410 (SMB) |
| v. | |
| THE MELVIN N. LOCK TRUST, | |
| THE SYLVIA W. LOCK DECLARATION OF TRUST, DATED APRIL 13, 1982, | |
| THE ESTATE OF SYLVIA W. LOCK, | |

01:17755737.1

NORTHERN TRUST, N.A., F/K/A NORTHERN
TRUST BANK OF FLORIDA, N.A., a National
Association, in its capacity as Personal
Representative of the ESTATE OF SYLVIA W.
LOCK, in its capacity as Trustee of THE SYLVIA
W. LOCK DECLARATION OF TRUST, DATED
APRIL 13, 1982, and in its capacity as Trustee of
the MELVIN N. LOCK TRUST,

LORRAINE LOCK NOSWORTHY,

AMANDA GOLDBERG SYNDERMAN,

JEREMY GOLDBERG,

ELENA ELKIN,

JOSHUA ELKIN,

FREDERICK GOLDBERG,

ALYSSA GOLDBERG,

MEREDITH GOLDBERG,

JOAN ELKIN MADISON,

SUSAN SIEGAL,

PAMELA W. GOLDBERG, and

JAMES NOSWORTHY,

          Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee") as trustee for the liquidation of the business of Bernard L

Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §

78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff, by and through his

undersigned counsel, and Defendants The Melvin N. Lock Trust; The Sylvia W. Lock

01:17755737.1

Declaration Of Trust, Dated April 13, 1982; The Estate of Sylvia W. Lock; The Northern Trust

Company, successor by merger to Northern Trust, N.A., f/k/a Northern Trust Bank of Florida,

N.A., not individually but in Its Capacity as Personal Representative of The Estate of Sylvia W.

Lock, in Its Capacity as Trustee of the Sylvia W. Lock Declaration of Trust, Dated April 13,

1982, and in Its Capacity as Trustee of The Melvin N. Lock Trust ("Northern Trust"); Lorraine

Lock Nosworthy; Amanda Goldberg Synderman; Jeremy Goldberg; Elena Elkin; Joshua Elkin;

Frederick Goldberg; Alyssa Goldberg; Meredith Goldberg; Joan Elkin Madison; Susan Siegal;

Pamela W. Goldberg; and James Nosworthy (collectively, the "Defendants"), by and through

their undersigned counsel, hereby stipulate and agree to the following:

In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii) and Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), the Trustee and the Defendants hereby stipulate to a

dismissal with prejudice of the Trustee's claims against the Defendants in the above-captioned

adversary proceeding without costs to either the Trustee or the Defendants.

Dated:  September 30, 2015

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| By:  _/s/ Matthew B. Lunn_____ | By: _/s/ David A. Rosenzweig_____ |
| Matthew B. Lunn | David A. Rosenzweig |
| Justin P. Duda | 666 Fifth Avenue |
| Rockefeller Center | New York, New York 10103-3198 |
| 1270 Avenue of the Americas, Suite 2210 | Telephone: (212) 318-3400 |
| New York, New York 10020 | Facsimile: (212) 318-3400 |
| Telephone:  (212) 332-8840 | Email: _drosenzweig@fulbright.com_ |
| Facsimile: (212) 332-8855 | |
| Email: _mlunn@ycst.com_ | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for The Northern Trust Company, successor by merger to Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., not individually but in Its Capacity as* |

WARNER & SCHEUERMAN

By:  */s/ Jonathon D. Warner*
Jonathon D. Warner
6 West 18th Street, 10th floor
New York, NY 10011
Telephone: (212) 924-7111
Facsimile: (212) 924-6111
Email:  *jdwarner@warnerandscheuerman.com*

*Attorneys for Lorraine Lock Nosworthy,
Amanda Goldberg Snyderman s/h/a
Synderman, Jeremy Goldberg, Elena Elkin,
Joshua Elkin, Frederick Goldberg, Alyssa
Goldberg, Meredith Goldberg, Joan Elkin
Madison, Susan Siegal, Pamela W. Goldberg
and James Nosworthy*

*Personal Representative of The Estate of
Sylvia W. Lock, in Its Capacity as Trustee of
the Sylvia W. Lock Declaration of Trust,
Dated April 13, 1982, and In Its Capacity as
Trustee of The Melvin N. Lock Trust*

01:17755737.1