Dorothy Heyl (DH 1601)
Stacey J. Rappaport (SR 9973)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
*Attorneys for LGT Bank Ltd. and LGT Bank (Switzerland) Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA Liquidation<br>No. 08-01789-SMB<br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that DOROTHY HEYL of the law firm of Milbank, Tweed, Hadley & McCloy LLP, hereby enters her appearance in the above-captioned action pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of LGT Bank Ltd. and LGT Bank (Switzerland) Ltd. as counsel of record and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that copies

of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of LGT Bank Ltd. and LGT Bank (Switzerland) Ltd. are expressly reserved.

Dated:  September 30, 2015
         New York, New York

        MILBANK, TWEED, HADLEY & MCCLOY LLP

        By:   /s/Dorothy Heyl

        Dorothy Heyl
        1 Chase Manhattan Plaza
        New York, New York 10005-1413
        (212) 530-5000
        (212) 530-5219 (facsimile)
        dheyl@milbank.com

        *Attorney for Defendant LGT Bank Ltd. and*
        *LGT Bank (Switzerland) Ltd.*