JONES DAY
222 East 41st Street
New York, New York 10006
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendant Quilvest Finance Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>             v.<br><br>QUILVEST FINANCE LTD.,<br><br>             Defendant. | Adv. Pro. No. 11-02538 (SMB) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas E. Lynch, a partner in the law firm of Jones Day, hereby appears as counsel in the above-captioned actions for Quilvest Finance Ltd. and requests that all parties serve upon him copies of all papers filed in or affecting these actions.

This Notice of Appearance is not and should not be construed as a waiver of Quilvest Finance Ltd.'s jurisdictional, substantive, or procedural rights and remedies in connection with these actions, all of which are hereby expressly reserved.

Dated: New York, New York
September 30, 2015

        /s/  Thomas E. Lynch
Thomas E. Lynch
JONES DAY
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939
telynch@jonesday.com

*Attorneys for Defendant Quilvest Finance Ltd.*

- 2 -