**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, CARLO GROSSO, KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD., KINGATE MANAGEMENT, LIMITED, FIM ADVISERS LLP, FIM LIMITED, CITI HEDGE FUND SERVICES LIMITED, FIRST PENINSULA INDIVIDUALLY AND AS TRUSTEES OF THE ASHBY TRUST, THE ASHBY TRUST, ASHBY INVESTMENT SERVICES LIMITED INDIVIDUALLY AND AS TRUSTEES OF THE ASHBY TRUST, ALPINE TRUSTEES LIMITED INDIVIDUALLY AND AS TRUSTEES OF THE EL PRELA TRUST, PORT OF HERCULES LTD. INDIVIDUALLY AND AS TRUSTEE OF THE EL PRELA TRUST, EL PRELA TRUST, EL PRELA GROUP HOLDING SERVICES, ASHBY HOLDING SERVICES LIMITED, AND EL | Adv. Pro. No. 09-1161 (SMB) |

| |
|---|
| PRELA TRADING INVESTMENTS LIMITED AND HSBC BANK BERMUDA LIMITED,<br><br>      Defendants. |

**DECLARATION OF JODI KLEINICK IN SUPPORT OF FIM DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF ALLEGED SUBSEQUENT TRANSFEREE DEFENDANTS' MOTION TO DISMISS BASED ON EXTRATERRITORIALITY**

JODI KLEINICK, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a member of Paul Hastings LLP, counsel to defendants FIM Limited, FIM Advisers LLP, Carlo Grosso and Federico Ceretti (collectively, the "FIM Defendants") in this action. I submit this declaration in support of the FIM Defendants' Reply Memorandum in Further Support of Alleged Subsequent Transferee Defendants' Motion to Dismiss Based on Extraterritoriality.

2. Annexed as Exhibit 1 is a true and correct copy of the Fourth Amended Complaint ("FAC") filed in this adversary proceeding (Adv. Pro. Doc. 100).

3. Annexed as Exhibit 2 is a true and correct copy of the Third Amended Complaint filed in this adversary proceeding and Exhibit C thereto (Adv. Pro. Doc. 32).

4. Annexed as Exhibit 3 is a complete summary of the allegations in the FAC regarding the alleged subsequent transfers to the FIM Defendants, including each alleged subsequent transferor and subsequent transferee and their alleged citizenships and residencies.

5. Annexed as Exhibit 4 is a true and correct copy of the March 26, 2015 Sanctions Motion Hearing Transcript (Adv. Proc. Doc No. 190).

Dated: New York, New York
   September 30, 2015

                   /s/ Jodi Kleinick
                   JODI KLEINICK