**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> RADCLIFF INVESTMENTS LIMITED, ROTHSCHILD TRUST GUERNSEY LIMITED and ROBERT D. SALEM, <br><br> Defendants. | Adv. Pro. No. 10-4517 (SMB) |

**SUPPLEMENTAL REPLY MEMORANDUM OF**
**ROTHSCHILD TRUST GUERNSEY LIMITED**

Defendant Rothschild Trust Guernsey Limited ("Rothschild Trust") respectfully submits

this supplemental memorandum of law in support of its consolidated motion to dismiss based on

extraterritoriality.  Rothschild Trust also adopts and incorporates the arguments in the Reply

Consolidated Supplemental Memorandum of Law in Support of Transferee Defendants' Motion

to Dismiss Based on Extraterritoriality (the "Consolidated Reply").

**Relevant Background**

Rothschild Trust is a limited liability company incorporated in Guernsey with its principal place of business in Guernsey.  (Compl. ¶ 8.)  Radcliff Investments Limited ("Radcliff") is a limited liability company formed under the laws of the Cayman Islands with its principal place of business in the Cayman Islands.  (*Id.* ¶ 7.)  Radcliff maintained an account with Bernard L. Madoff Investment Securities LLC ("BLMIS").  (*Id.*)

During the two years prior to the collapse of BLMIS, Radcliff withdrew approximately $2.2 million in "fictitious profits" from its account with BLMIS.  (*Id.* ¶ 2.)  It is alleged that those funds were subsequently transferred to Rothschild Trust.  (*Id.* ¶¶ 2, 40.)  In this action, the Trustee of BLMIS is seeking to recover those funds from Rothschild Trust solely as a subsequent transferee of Radcliff.  (*See id.* Count Seven.)  There are no other claims against Rothschild Trust in this action.

**Argument**

I.   **THE CLAIMS AGAINST ROTHSCHILD TRUST SHOULD BE DISMISSED BECAUSE ALLEGED TRANSFERS FROM RADCLIFF TO ROTHSCHILD TRUST TOOK PLACE OUTSIDE THE UNITED STATES.**

The alleged transfers to Rothschild Trust were transfers from a Cayman Islands company to a Guernsey company.  They took place outside of the United States.  Based on the consolidated Extraterritoriality Decision,[1] such transfers are not subject to the avoidance provisions of the Bankruptcy Code.  Accordingly, the subsequent transferee claim against Rothschild Trust (Count Seven) should be dismissed.

---

[1] Unless otherwise indicated, capitalized terms in this memorandum of law are defined in the Consolidated Reply.

## II.     THE TRUSTEE'S PROPOSED AMENDMENTS TO THE COMPLAINT WOULD BE FUTILE.

The Trustee has filed a proposed First Amended Complaint with additional allegations concerning Radcliff and Rothschild Trust in an attempt to avoid dismissal of the claim against Rothschild Trust.  None of the new allegations suggests that the alleged transfers to Rothschild Trust took place in the United States.  At most, they suggest that Radcliff and Rothschild Trust had a close relationship and that Rothschild Trust knowingly used Radcliff as a vehicle for investing in BLMIS.  The new allegations do not change the facts that (1) Rothschild Trust and Radcliff are separate legal entities and (2) the alleged transfers from Radcliff to Rothschild Trust were outside the United States.  Even if these new allegations were added by amendment, the subsequent transferee claim against Rothschild Trust still would need to be dismissed.

In addition to the foregoing, Rothschild Trust adopts and incorporates the arguments in the Consolidated Reply that proposed allegations by the Trustee do not support the inference that transfers are domestic.  Specifically relevant to Rothschild Trust are the arguments concerning knowledge that funds would be invested in the United States (Section II.B.4), due diligence (Section II.B.5), use of United States affiliates, agents or offices (Section II.B.6), use of United States bank accounts (Section II.B.7) and affiliation with a feeder fund (Section II.B.11).

**Conclusion**

For all the foregoing reasons, the Trustee's claim against Rothschild Trust (Count Seven)

should be dismissed.


Dated:   New York, New York
        September 30, 2015


                          CLIFFORD CHANCE US LLP


                          by  s/ Jeff E. Butler
                                Jeff E. Butler

                          31 West 52nd Street
                          New York, New York 10019
                          Tel:  (212) 878-8000

                          *Attorneys for Radcliff Investments Limited and
                          Rothschild Trust Guernsey Limited*