**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | SIPA Liquidation |
| Plaintiff-Applicant, | No. 08-01789 (BRL) |
| v. | (Substantively Consolidated) |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | |
| Defendant. | |
| In re: | |
| **BERNARD L. MADOFF,** | |
| Debtor. | |
| **IRVING H. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff, | Adv. Pro. No. 11-02493 (BRL) |
| Plaintiffs, | |
| v. | |
| **ABU DHABI INVESTMENT AUTHORITY,** | |
| Defendant. | |

### CERTIFICATE OF SERVICE

      I, <u>Christopher Clark</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on September 30, 2015, I caused a true and correct copy of the following:

(1) Supplemental Reply Memorandum of Law of Abu Dhabi Investment Authority on Further Support of its Motion to Dismiss Based on Extraterritoriality and in Opposition to the Trustee's Motion for Leave to Amend His Complaint

(the "Pleading") to be served upon David J. Sheehan, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111, attorney for the Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, in the above captioned proceeding, an address designated for the for the acceptance of such service; by placing the Pleading in a properly addressed and stamped envelop and into the care and custody of the United States Postal Service.

I declare under threat of penalty of law, that the foregoing is true and correct.

Dated:  September 30, 2015
        New York, New York


                                                            /s/ Christopher Clark