**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, et al.,<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**DECLARATION OF ANDREW WITTS**

1

ANDREW WITTS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the Chairman and a Partner of Wragge Lawrence Graham & Co LLP, the English solicitors for the Trust Defendants.[1] The Trust Defendants are represented in the above-captioned proceeding by Freshfields Bruckhaus Deringer US LLP.

2. I make this Declaration in further support of the motion by the Trust Defendants to dismiss the Fourth Amended Complaint dated 17 March 2014 on the basis of extraterritoriality. This Declaration is submitted to provide the Court with the current Statement of Claim in connection with proceedings that are pending in Bermuda against my clients, the Trust Defendants, and others (the "**Bermuda Proceedings**"), as explained in more detail below, and to set forth the status of those proceedings.

**BERMUDA PROCEEDINGS**

3. On 22 December 2010, Kingate Global Fund Limited (in Liquidation) ("**Kingate Global**") and Kingate Euro Fund Limited (in Liquidation) ("**Kingate Euro**" and, together with Kingate Global, the "**Funds**") commenced the Bermuda Proceedings by a Writ of Summons dated 22 December 2010, issued in the Supreme Court of Bermuda against nine defendants: First Peninsula (as trustee of the Ashby Trust), Port of Hercules (as trustee of the El Prela Trust), Kingate Management Limited ("**KML**"), FIM Advisers LLP, FIM Limited, Ashby Holding, El Prela Holding, Carlo Grosso and Federico Ceretti.[2]

4. The Writ and accompanying Statement of Claim dated 20 January 2011 were served on Ashby Holding and El Prela Holding, First Peninsula and Port of Hercules, on 7 April 2011.

5. On 13 February 2012, the Funds filed an Amended Writ and Amended Statement of Claim joining three additional defendants, Ashby Investment, El Prela Trading and Alpine (the former trustee of the El Prela Trust).

---

[1] The Trust Defendants are the Ashby Trust; the El Prela Trust; Alpine Trustees Limited ("**Alpine**"), individually and as trustee of the El Prela Trust; Port of Hercules Trustees Limited ("**Port of Hercules**"), individually and as trustee of the El Prela Trust; First Peninsula Trustees Limited ("**First Peninsula**"), individually and as trustee of the Ashby Trust; El Prela Group Holding Services Limited ("**El Prela Holding**"), Ashby Holding Services Limited ("**Ashby Holding**"), Ashby Investment Services Limited ("**Ashby Investment**"), and El Prela Trading Investments Limited ("**El Prela Trading**"). Alpine, First Peninsula and Port of Hercules are referred to collectively as the "Trustees." The Ashby Trust, the El Prela Trust, the Trustees, Ashby Holding, El Prela Holding, Ashby Investment and El Prela Trading are referred to collectively as the "**Trust Defendants.**"

[2] The Bermuda Proceedings are captioned as Supreme Court of Bermuda, Civil Jurisdiction 2010: No. 454.

2

6. Several rounds of pleadings have been submitted in the Bermuda Proceedings since the Amended Writ and Amended Statement of Claim. The operative versions are the Re-Re-Re-Amended Statement of Claim, the Trust Defendants' Re-Re-Re-Amended Defence and the Re-Re-Re-Amended Reply to the Trust Defendants' Defence, all filed on 17 April 2015. The Trust Defendants have also filed an Amended Rejoinder (23 December 2014) and there have been various formal requests for further information based on the pleadings. A true and correct copy of the current Statement of Claim is attached hereto as Exhibit A.

**PROCEDURAL STATUS OF THE BERMUDA PROCEEDINGS**

7. The Bermuda Proceedings are being actively litigated and are well advanced.

8. Pleadings in the Bermuda Proceedings are now closed.

9. Discovery in the Bermuda Proceedings has been exchanged.

10. Following a trial in May 2015, the Bermuda Court has considered and determined several preliminary legal issues relating to the ability of the Funds to recover the amounts they seek under the legal theories advanced under applicable Bermuda law. Certain of the parties are scheduled to appear again before the Bermuda Court on 30 November 2015 for a "strike out" application (which is similar to a motion to dismiss). Subject to the outcome of any appeals, the issues remaining in the Bermuda Proceedings will go forward to full trial in the Bermuda Supreme Court.

11. I, Andrew Witts, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of September, 2015

