**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Intesa Sanpaolo S.p.A.
and the Eurizon Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

   - v. -

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

        Plaintiff,

   - v. -

INTESA SANPAOLO SPA (AS SUCCESSOR
IN INTEREST TO BANCA INTESA SPA),
EURIZON CAPITAL SGR SPA (AS
SUCCESSOR IN INTEREST TO EURIZON
INVESTIMENTI SGR SPA, F/K/A NEXTRA
INVESTMENT MANAGEMENT SGR SPA,
AND EURIZON ALTERNATIVE
INVESTMENTS SGR SPA, F/K/A NEXTRA
ALTERNATIVE INVESTMENTS SGR SPA),
EURIZON LOW VOLATILITY F/K/A
NEXTRA LOW VOLATILITY, EURIZON
LOW VOLATILITY II F/K/A NEXTRA LOW
VOLATILITY II, EURIZON LOW

Adv. Pro. No. 12-01680 (SMB)

```
VOLATILITY PB F/K/A NEXTRA LOW            :
VOLATILITY PB, EURIZON MEDIUM             :
VOLATILITY F/K/A NEXTRA MEDIUM            :
VOLATILITY, EURIZON MEDIUM                :
VOLATILITY II F/K/A NEXTRA MEDIUM         :
VOLATILITY II, EURIZON TOTAL RETURN       :
F/K/A NEXTRA TOTAL RETURN,                :
                                          :
                Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elliot Moskowitz of Davis Polk & Wardwell LLP hereby appears in the above-captioned action pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel to Defendants Intesa Sanpaolo S.p.A. ("Intesa"), Eurizon Capital SGR S.p.A., f/k/a Nextra Alternative Investments SGR S.p.A. ("Eurizon Capital"), Eurizon Low Volatility, f/k/a Nextra Low Volatility ("Eurizon Low Volatility"), Eurizon Low Volatility II, f/k/a Nextra Low Volatility II ("Eurizon Low Volatility II"), Eurizon Low Volatility PB, f/k/a Nextra Low Volatility PB ("Eurizon Low Volatility PB"), Eurizon Medium Volatility, f/k/a Nextra Medium Volatility ("Eurizon Medium Volatility"), Eurizon Medium Volatility II, f/k/a Nextra Medium Volatility II ("Eurizon Medium Volatility II"), and Eurizon Total Return, f/k/a Nextra Total Return ("Eurizon Total Return" and, together with Eurizon Capital, Eurizon Low Volatility, Eurizon Low Volatility II, Eurizon Low Volatility PB, Eurizon Medium Volatility, and Eurizon Medium Volatility II, the "Eurizon Defendants").[1]

---

[1] The Complaint characterizes Eurizon Low Volatility, Eurizon Low Volatility II, Eurizon Low Volatility PB, Eurizon Medium Volatility, Eurizon Medium Volatility II, and Eurizon Total Return each as an Italian "fondo commune investimento," which is not a legal entity under Italian law. The assets of these funds were managed and promoted by the asset manager, Eurizon Capital. Moreover, prior to the filing of the Complaint, the assets of Eurizon Low Volatility II and Eurizon Low Volatility PB were merged into Eurizon Low Volatility, and the assets of Eurizon Medium Volatility II were merged into Eurizon Medium Volatility. On August 1, 2013, the assets of Eurizon Medium Volatility and Eurizon Total Return were merged

2

Intesa and the Eurizon Defendants submit this Notice of Appearance with a full reservation of their rights and defenses, and this Notice of Appearance shall not be deemed to be a waiver of any such rights or defenses.[2]

Dated: New York, New York
September 30, 2015

DAVIS POLK & WARDWELL LLP

By:   /s/ Elliot Moskowitz
      Elliot Moskowitz

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: elliot.moskowitz@davispolk.com

*Attorneys for Intesa Sanpaolo S.p.A. and the Eurizon Defendants*

---

into Eurizon Low Volatility. Accordingly, the only fund that exists today, and which is currently managed by Eurizon Capital, is Eurizon Low Volatility.

[2] Counsel has already filed notices of appearance in *Picard v. Intesa Sanpaolo S.p.A., et al.*, Adv. Pro. No. 12-1680 (SMB), on behalf of Intesa (Dkt. No. 7) and the Eurizon Defendants (Dkt. No. 14), subject to the same full reservation and non-waiver of all rights and defenses.