# EXHIBIT 10

# Exhibit 51

**From:** Andres Piedrahita [ANDRES@fairdomain01.com]
**Sent:** 12/2/2003 12:02:54 PM
**To:** Yanko della Schiava-b [yanko.dellaschiava@tin.it]; Walter Noel [walter@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Rob Blum [rob@fggus.com]
**CC:**
**Subject:** RE: Credit suisse

This is pretty serious stuff! I think it's about time we stop paying them. Let's discuss.

-----Original Message-----
From: Yanko della Schiava-b
Sent: 02 December 2003 11:15
To: Walter Noel; Andres Piedrahita; Jeffrey Tucker; Rob Blum
Subject: Credit suisse


I would like to inform you of a meeting that one of our contacts, a financial promoter of Citibank in Forli' has recently had with Peter Siegenthaler, Director at PBCS in Zurich.

He was talking to them as he also allocates to products outside Citigroup that are wrapped in an insurance policy.

Peter was presenting an asset allocation of CS, and when asked what he thought of Fairfield Sentry and the FGG funds, his reply was that CS would never do business with FGG as a firm as they believe we are not going "by the rules"

and soon or later we will end up in jail!!


My contact was made to believe that peter is head of PB in Zurich, though I cannot confirm his position.


Regards




Yanko Della Schiava

Director Italy & Ticino

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00010366

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

Fairfield Greenwich SA

Fairfield Greenwich Group

Via Carlo Maderno 6

CH-6900 Lugano

Tel. (091) 912 1069

Fax(091)912 1066

Email yanko@fggus.com

Website www.fggus.com

==============================================================

DISCLAIMER

This e-mail message,including any attachments, is intended only for the persons to whom it is addressed,and may contain confidential information. Any use,distribution,modification,copying or disclosure by any other person is strictly prohibited . If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice

FGGE000103667