**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for defendant Tensyr Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 09-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, AND TENSYR LIMITED,<br><br>                              Defendants. | Adv. Pro. No. 10-05353 (SMB) |

**DECLARATION OF DAVID Y. LIVSHIZ IN SUPPORT OF TENSYR LIMITED'S SUPPLEMENTARY REPLY MEMORANDUM OF LAW IN SUPPORT OF THE EXTRATERRITORIALITY DEFENDANTS' MOTION TO DISMISS, AND IN OPPOSITION TO TRUSTEE'S MOTION FOR LEAVE TO AMEND**

Pursuant to 28 U.S.C. § 1746, I, David Livshiz, declare the following:

1.      I am an attorney licensed by the state of New York and admitted to practice before this Court.   I am an attorney at Freshfields Bruckhaus Deringer US LLP representing Defendant Tensyr Limited (**Tensyr**).

2.      I respectfully submit this declaration in support of Tensyr's Reply Supplemental Memorandum of Law In Support of the Extraterritoriality Defendants' Motion to Dismiss Based On Extraterritoriality.

3.      This Declaration is based on my review of documents in the possession, custody, or control of my client, Tensyr; and of publicly available documents.

4.      Attached as Exhibit A is a true and correct copy of Tensyr's Subscription Agreement, dated December 18, 2006.

5.      Attached as Exhibit B is a true and correct copy of Fairfield Sentry Ltd. (in Liquidation) v. Migani, [2014] UKPC 9, a case decided by the Privy Council on April 16, 2014.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York                  FRESHFIELDS BRUCKHAUS DERINGER US LLP
September 30, 2015

                                         By:   /s/ David Y. Livshiz
                                             David Y. Livshiz, Esq.

                                       601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
david.livshiz@freshfields.com
*Attorney for Tensyr Limited*