**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Gold Investment Club (the "Claimant"), having filed an objection (the "Objection", Docket No. 2457) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#004928), hereby gives notice that it withdraws such Objection.

Dated: September 24, 2015

Lee Shalov and Wade Wilkinson on behalf of
Nathaniel Gold, individually, as trustee of the
Murray Gold Trust for the Benefit of the Gold
Children, and as general partner and of the
Gold Investment Club
McLaughlin & Stern
260 Madison Avenue
New York, NY 10016.
Tel: (845) 677-5700
Fax: (845) 677-0097