**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Murray Gold Trust FBO Gold Children (the "Claimant"), having filed an objection (the "Objection", Docket No. 2434) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#004929), hereby gives notice that it withdraws such Objection.

Dated: September, 24, 2015

Lee Shalov and Wade Wilkinson on behalf of
Nathaniel R. Gold, individually, as trustee of
the Murray Gold Trust for the Benefit of the
Gold Children, and as general partner and of
the Gold Investment Club
McLaughlin & Stern
260 Madison Avenue
New York, NY 10016.
Tel: (845) 677-5700
Fax: (845) 677-0097