**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
S. Jeanine Conley

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br>BEASER INVESTMENT COMPANY LP; BEASER INVESTMENT MANAGEMENT COMPANY LLC, as general partner of the Beaser Investment Company LP; RICHARD S. BEASER, | Adv. Pro. No. 10-05086 (SMB) |

as general partner of the Beaser Investment Company LP and individually; SHIRLEY B. BEASER, as general partner of the Beaser Investment Company LP; and ROBERT H. BEASER, as general partner of the Beaser Investment Company LP,

                              Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Parties served Initial Disclosures on July 14, 2014.

2. Fact Discovery was completed on August 3, 2015.

3. The Disclosure of Case-in-Chief Experts shall be due: December 17, 2015.

4. The Disclosure of Rebuttal Experts shall be due: January 15, 2016.

5. The Deadline for Completion of Expert Discovery shall be: February 12, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before February 19, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 4, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before July 1, 2016.

Dated: New York, New York
       October 1, 2015

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **JASPAN SCHELSINGER LLP** |
| By: */s/ S. Jeanine Conley* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Marc E. Hirschfield <br> Email: mhirschfield@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> S. Jeanine Conley <br> Email: jconley@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Ryan Cronin* <br> 300 Garden City Plaza <br> Garden City, NY 11530 <br> Telephone: 516.393.8275 <br> Facsimile: 516.393.8282 <br> Ryan Cronin <br> Email: rcronin@jaspanllp.com <br><br> *Attorneys for Defendants* |