**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
George Klidonas
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>THE ESTATE OF MURIEL B. CANTOR and NANCY ATLAS, as Personal Representative of THE ESTATE OF MURIEL B. CANTOR,<br><br>        Defendants. | Adv. Pro. No. 10-04931 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery, and responses to discovery, shall be completed by: October 14, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: January 13, 2017.

4. The Disclosure of Rebuttal Experts shall be due: March 13, 2017.

5. The Deadline for Completion of Expert Discovery shall be: April 13, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before April 20, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 3, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before September 1, 2017.

Dated: New York, New York  
October 1, 2015

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Marc E. Hirschfield  
Email: mhirschfield@bakerlaw.com  
Oren J. Warshavsky  
Email: owarshavsky@bakerlaw.com  
George Klidonas  
Email: gklidonas@bakerlaw.com  
Elyssa S. Kates  
Email: ekates@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*