**MILBERG LLP**
Matthew A. Kupillas
Joshua E. Keller
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Stephen Goldenberg*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>        v.<br><br>STEPHEN GOLDENBERG,<br><br>                    Defendant. | Adv. Pro. No. 10-04946 (SMB) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew A. Kupillas, Esq., an attorney and a member of the firm of Milberg LLP, hereby appears in the above-captioned case as counsel for Defendant Stephen Goldenberg. Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9010, Matthew A. Kupillas requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon him at the address set forth below:

> Matthew A. Kupillas
> MILBERG LLP
> One Pennsylvania Plaza, 49th Floor
> New York, NY  10119
> Telephone: (212) 594-5300
> Facsimile: (212) 868-1229
> Email: mkupillas@milberg.com

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

Dated: New York, NY
October 2, 2015

MILBERG LLP

By: s/ Matthew A. Kupillas
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
Email: mkupillas@milberg.com

*Attorney for Stephen Goldenberg*

711767v1