**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>FEDERICO CERETTI, CARLO GROSSO, KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD., KINGATE MANAGEMENT, LIMITED, FIM ADVISERS LLP, FIM LIMITED, CITI HEDGE FUND SERVICES LIMITED, FIRST PENINSULA INDIVIDUALLY AND AS TRUSTEES OF THE ASHBY TRUST, THE ASHBY TRUST, ASHBY INVESTMENT SERVICES LIMITED INDIVIDUALLY AND AS TRUSTEES OF THE ASHBY TRUST, ALPINE TRUSTEES LIMITED INDIVIDUALLY AND AS TRUSTEES OF THE EL PRELA TRUST, PORT OF HERCULES LTD. INDIVIDUALLY AND AS TRUSTEE OF THE EL PRELA TRUST, EL PRELA TRUST, EL PRELA GROUP HOLDING SERVICES, ASHBY HOLDING SERVICES LIMITED, AND EL | Adv. Pro. No. 09-1161 (SMB) |

PRELA TRADING INVESTMENTS LIMITED
AND HSBC BANK BERMUDA LIMITED,

Defendants.

## CERTIFICATE OF SERVICE

Edith R. Lopez certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am employed with the law firm of Paul Hastings LLP, attorneys for FIM Limited,

FIM Advisers LLP, Carlo Grosso and Federico Ceretti, Defendants in the above-referenced

action.

2.    On September 30, 2015, I caused true and correct copies of the following documents:

- Reply Memorandum of Law on Behalf of FIM Limited, FIM Advisers, Carlo Grosso and Federico Ceretti in Further Support of Alleged Subsequent Transferee Defendants' Motion to Dismiss Based on Extraterritoriality
- Declaration of Jodi Kleinick in Support of FIM Defendants' Reply Memorandum in Further Support of Alleged Subsequent Transferee Defendants' Motion to Dismiss Based on Extraterritoriality with Exhibits 1 through 4

to be filed and served in this adversary proceeding via the United States Bankruptcy Court for

the Southern District of New York's ECF system.

3.    In addition, on September 30, 2015, I caused true and correct copies of the above

listed documents to be served via electronic mail on the following:

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan LLP
Email: lindsayweber@quinnemanual.com
Counsel for Kingate Global Fund, Ltd. And Kingate Euro Fund, Ltd.

Carmine Boccuzzi
Cleary, Gottlieb, Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Counsel for Citi Hedge Fund Services Limited

Rex Lee
Quinn Emanuel Urquhart & Sullivan, LLP
Email: rexlee@quinnemanuel.com
Counsel for Kingate Euro Fund, Ltd.

Robert S Loigman
Quinn Emanuel Urquhart & Sullivan, LLP
Email: robertloigman@quinnemanuel.com
Counsel for Defendant Kingate Euro Fund, Ltd.

David J. Sheehan
Baker & Hostetler LLP
Email: dsheehan@bakerlaw.com
Counsel for Plaintiff Irving H. Picard

Gonzalo S. Zeballos
Baker & Hostetler LLP
Email: gzeballos@bakerlaw.com
Counsel for Plaintiff Irving H. Picard

Geraldine Ponto
Baker & Hostetler LLP
Email: gponto@bakerlaw.com
Counsel for Plaintiff Irving H. Picard

John Burke
Baker & Hostetler LLP
Email: jburke@bakerlaw.com
Counsel for Plaintiff Irving H. Picard

Susheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: susheelkirpalani@quinnemanuel.com
Counsel for Kingate Global Fund, Ltd. And Kingate Euro Fund, Ltd.

Peter R. Chaffetz
Chaffetz Lindsey LLP
Email: peter.chaffetz@chaffetzlindsey.com
Counsel for Kingate Management Limited

Scott Reynolds
Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Counsel for Kingate Management Limited

Ted Debonis
Chaffetz Lindsey LLP
Email: ted.debonis@chaffetzlindsey.com
Counsel for Kingate Management Limited

Erin E. Valentine
Chaffetz Lindsey LLP
Email: erin.valentine@chaffetzlindsey.com
Counsel for Kingate Management Limited

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: timothy.harkness@freshfields.com
Counsel for Ashby Holding Services Limited, First Peninsula, Individually and as
Trustees of the Ashby Trust, Ashby Investment Services Limited, Individually and as
Trustees of The Ashby Trust, The Ashby Trust, El Prela Group Holding Services,
Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Port of
Hercules Ltd., Individually and as Trustee of the El Prela Trust, El Prela Trading
Investments Limited and El Prela Trust

Leah Friedman
Freshfields Bruckhaus Deringer US LLP
Email: leah.friedman@freshfields.com
Counsel for Ashby Holding Services Limited, First Peninsula, Individually and as
Trustees of the Ashby Trust, Ashby Investment Services Limited, Individually and as
Trustees of The Ashby Trust, The Ashby Trust, El Prela Group Holding Services,
Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Port of
Hercules Ltd., Individually and as Trustee of the El Prela Trust, El Prela Trading
Investments Limited and El Prela Trust

David E. Brodsky
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Counsel for HSBC Bank Bermuda Limited

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: tmoloney@cgsh.com
Counsel for HSBC Bank Bermuda Limited

S. Ellie Norton
Cleary Gottlieb Steen & Hamilton LLP
Email: snorton@cgsh.com
Counsel for HSBC Bank Bermuda Limited

Lauren M. Irwin
Cleary Gottlieb Steen & Hamilton LLP
Email: lirwin@cgsh.com
Counsel for HSBC Bank Bermuda Limited

Sam Raymond
Cleary Gottlieb Steen & Hamilton LLP
Email: sraymond@cgsh.com
Counsel for HSBC Bank Bermuda Limited

Joaquin Tercino
Cleary Gottlieb Steen & Hamilton LLP
Email: jtercino@cgsh.com
Counsel for HSBC Bank Bermuda Limited

Diarra M. Guthrie
Cleary Gottlieb Steen & Hamilton LLP
Email: dguthrie@cgsh.com
Counsel for HSBC Bank Bermuda Limited


I certify under penalty of perjury that the foregoing is true and correct.  Executed on

October 2, 2015.

_____
Edith R. Lopez

LEGAL_US_E # 117174131.1