**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Defendant Tensyr Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>Plaintiff-Applicant, <br><br>v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br>BERNARD L. MADOFF, <br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, <br><br>Plaintiff, <br><br>v. <br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, AND TENSYR LIMITED, <br><br>Defendants. | Adv. Pro. No. 10-05353 (SMB) |

**CERTIFICATE OF SERVICE**

I, David Y. Livshiz, hereby certify that on September 30, 2015, I caused to be served a

true and correct copy of Tensyr Limited's Supplementary Reply Memorandum of Law in

Support of The Extraterritoriality Defendants' Motion to Dismiss, and In Opposition to Trustee's Motion for Leave to Amend, and Declaration of David Y. Livshiz In Support of Tensyr Limited's Supplementary Reply Memorandum of Law in Support of The Extraterritoriality Defendants' Motion to Dismiss, and In Opposition to Trustee's Motion for Leave to Amend, by the operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CM/ECF System.

Dated: October 2, 2015

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ David Y. Livshiz
David Y. Livshiz
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 277-4000
Fax: (212) 277-4001
david.livshiz@freshfields.com

*Attorneys for Tensyr Limited*