**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Trust Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, et al.,<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB) |

## CERTIFICATE OF SERVICE

I, Suzanne Alenick, hereby certify that on September 30, 2015, I caused to be served a true and correct copy of the Notice of Appearance of Timothy P. Harkness; Trust Defendants' Reply in Support of the Consolidated Supplemental Motion to Dismiss Based on

Extraterritoriality, and Declaration of Andrew Witts, by the operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CM/ECF System.

Dated: New York, New York
October 2, 2015

By: *Suzanne Alenick*
Suzanne Alenick
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
suzanne.alenick@freshfields.com
Tel: (212) 277-4000
Fax: (212) 277-4001

*Attorneys for Trust Defendants*