UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC.,<br><br>                         Debtor. | SIPA Liquidation<br><br>Case No. 08-1789 (SMB) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST IN THIS CASE ONLY

**PLEASE TAKE NOTICE** that Sills Cummis & Gross P.C. hereby requests the withdrawal of the appearance of George R. Hirsch in the above-captioned action as counsel to Jay Gaines & Co., Inc. Profit Sharing Plan, Jay Gaines, individually, and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc., Profit Sharing Plan, Sherry Gaines, individually, and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan.

**PLEASE TAKE FURTHER NOTICE**, that Sills Cummis & Gross P.C. ("Sills Cummis") hereby requests that George R. Hirsch be removed from all mailing matrixes and service lists in the above-captioned matter on behalf of Jay Gaines & Co., Inc. Profit Sharing Plan, Jay Gaines, individually, and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc., Profit Sharing Plan, Sherry Gaines, individually, and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan.

| | |
|---|---|
| Dated: New York, New York<br>September ___, 2015 | **SILLS CUMMIS & GROSS, P.C.**<br>*Attorneys for Jay Gaines & Co., Inc. Profit Sharing Plan, Jay Gaines, Individually, and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan, Sherry Gaines, Individually, and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan*<br><br>By: */s/ George R. Hirsch*<br>     George R. Hirsch<br>     101 Park Avenue, 28th Floor<br>     New York, New York 10178<br>     Tel: (212) 643-7000<br>     Fax: (212) 643-6500<br>     E-mail: ghirsch@sillscummis.com |