**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| SUSANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>      Plaintiffs,<br><br>  v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Defendants. | Adv. Pro. No. 15-01293 (SMB)<br><br>**STIPULATION AS TO BRIEFING SCHEDULE AND RESPONDING TO THE COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis (collectively, the "Fox/Marshall Plaintiffs"); Defendants Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust f/b/o Gabrielle H. Picower; and Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower (collectively, the "Picower Parties"); and Defendant Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities and the estate of Bernard L. Madoff, individually (the "Trustee"), state as follows:

**WHEREAS**, on June 10, 2015, the Fox/Marshall Plaintiffs filed notices of appeal from the orders of the District Court for the Southern District of New York issued in Cases Nos. 15-mc-00056 (JGK) and 14-cv-6790 (JGK), which were docketed in the Court of Appeals for the Second Circuit (the "Second Circuit") under Case Nos. 15-1869 and 15-1886 (the "Second Circuit Appeals");

**WHEREAS**, on June 30, 2015, the Second Circuit issued Orders providing that if the Fox/Marshall Plaintiffs did not file their appellants' briefs in the Second Circuit Appeals on or before September 23, 2015, the Second Circuit Appeals would be dismissed.

**WHEREAS**, on August 29, 2015, the Fox/Marshall Plaintiffs initiated the above-captioned adversary proceeding (the "Adversary Proceeding") against the Picower Parties and the Trustee by filing a Complaint for Declaratory Judgment (the "Declaratory Judgment Complaint") seeking a declaration that neither the permanent injunction issued by this Court in

1

its January 13, 2011 order (the "Permanent Injunction") nor the automatic stay provisions of 11 U.S.C. § 362 (the "Automatic Stay") prohibit the Fox/Marshall Plaintiffs from filing and prosecuting their proposed Third Amended Complaint ("Fox III") in the United States District Court for the Southern District of Florida;

**WHEREAS**, on September 25, 2015, the Second Circuit issued an Order dismissing the Second Circuit Appeals;

**WHEREAS**, the parties have agreed to a briefing schedule to resolve the Adversary Proceeding by motion;

**NOW, THEREFORE**, the parties agree and stipulate as follows:

1. The Fox/Marshall Plaintiffs agree that the Second Circuit Appeals are dismissed with prejudice.

2. Counsel for the Picower Parties and counsel for the Trustee agree to accept service of process on behalf of their respective clients in this Adversary Proceeding.

3. On or before November 9, 2015, the Fox/Marshall Plaintiffs shall file a motion to determine whether Fox III is barred by the Permanent Injunction and/or the Automatic Stay.

4. On or before December 18, 2015, the Picower Parties and the Trustee shall file their respective opposition papers.

5. On or before January 15, 2016, the Fox/Marshall Plaintiffs shall file their reply brief in further support of their motion.

6. The Picower Parties and the Trustee shall not be required to file an answer or otherwise respond to the Declaratory Judgment Complaint. The Court's final judgment and

order on the motion shall constitute the final resolution of this Adversary Proceeding by the Bankruptcy Court.

       7.    The pretrial conference currently scheduled for October 6, 2015 shall be adjourned until further notice from the Court.

Dated: New York, New York
       September 29, 2015

**CHAITMAN LLP**

By:/s/ Lance Gotthoffer
    Helen Davis Chaitman
    Lance Gotthoffer

465 Park Avenue
New York, NY 10022
(888) 759-1114

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis*

**SCHULTE ROTH & ZABEL LLP**

By:/s/ Marcy Ressler Harris
    William D. Zabel
    Marcy Ressler Harris
    Michael Kwon
    Jennifer M. Opheim

919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Defendants Picower Parties*

**BAKER & HOSTETLER LLP**

By:/s/ Deborah H. Renner
    David J. Sheehan
    Deborah H. Renner
    Tracy L. Cole
    Keith R. Murphy

45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

*Attorneys for Defendant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

3

**SO ORDERED:**

\_\_/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: September 29, 2015