**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ESTATE OF RICHARD L. CASH; RICHARD L. CASH DECLARATION OF TRUST DATED SEPTEMBER 19, 1994, as a joint tenant WROS; JAMES H. CASH, individually as a joint tenant WROS, and in his capacity as Trustee of the Richard L. Cash Declaration of Trust and as Personal Representative of the estate of Richard L. Cash; DAVID CASH; JONATHAN CASH; ESTATE OF | Adv. Pro. No. 10-05044 (SMB) |

GLADYS CASH; and CYNTHIA J. GARDSTEIN, in her capacity as Personal Representative of the Estate of Gladys Cash,

           Defendants.

## SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: December 4, 2015

2. The Disclosure of Case-in-Chief Experts shall be due: February 4, 2016

3. The Disclosure of Rebuttal Experts shall be due: March 4, 2016

4. The Deadline for Completion of Expert Discovery shall be: June 3, 2016

5. The Deadline for Mediation Referral shall be: July 29, 2016

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 12, 2016

7. The Deadline for Conclusion of Mediation shall be: December 9, 2016

Dated: New York, New York
October 5, 2015

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*