BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Marc D. Powers
Email: mpowers@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Defendants. | Adv. Pro. No. 09-01239 (SMB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM ECF SERVICE**

Pursuant to Local Rule 2090-1(e) of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, please withdraw the appearance of Marc D. Powers as counsel of record for the plaintiff, Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa et seq., and the Estate of Bernard L. Madoff (the "Trustee") in Adversary Proceeding No. 09-01239 (SMB).

The undersigned further requests to be removed from the ECF notice list in this case.

Dated: October 5, 2015
New York, NY

By: */s/ Marc D. Powers*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza New
York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Marc D. Powers
Email: mpowers@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300370733.1