**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Bernard Certilman (the "Claimant"), having filed an objection (the "Objection", Docket No. 2535) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009546), hereby gives notice that he withdraws such Objection.

Dated: October 1, 2015

Richard J. McCord on behalf of Bernard Certilman
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Tel. No. (516) 296-7000