**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE JUNE BONYOR REVOCABLE TRUST RESTATED UA DTD 5/22/00<br><br>JUNE BONYOR, individually and in her capacity as Trustee of the June Bonyor Revocable Trust Restated | Adv. Pro. No. 10-04819 (SMB) |

UA DTD 5/22/00

DARYL BONYOR, individually and in her capacity
as Trustee of the June Bonyor Revocable Trust
Restated UA DTD 5/22/00,

     Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

  Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, ("SIPA") and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and Defendants the June Bonyor Revocable Trust Restated UA DTD 5/22/00 (the "June Bonyor Trust"); June Bonyor, individually and in her capacity as trustee of the June Bonyor Trust ("June Bonyor"); and Daryl Bonyor, individually and in her capacity as trustee of the June Bonyor Trust, by and through their counsel, Maria DiConza, David Barger, and Thomas J. McKee, Jr. of GreenbergTraurig (collectively, the "Parties"), hereby stipulate and agree to the following:

  1. On December 1, 2010, the Trustee filed and served the Complaint against the June Bonyor Trust, June Bonyor, and Daryl Bonyor.

  2. On May 5, 2014, Defendants June Bonyor Trust, June Bonyor, and Daryl Bonyor served an answer on the Trustee.

  3. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

  4. The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
October 6, 2015

| By: /s/ Nicholas Cremona | By: /s/ Maria J. DiConza |
|---|---|
| **BAKER & HOSTETLER LLP** | **GREENBERG TRAURIG** |
| 45 Rockefeller Plaza | Maria J. DiConza (diconzam@gtlaw.com) |
| New York, New York 10111 | MetLife Building |
| Telephone: 212.589.4200 | 200 Park Avenue |
| Facsimile: 212.589.4201 | New York, New York 10166 |
| David J. Sheehan | Telephone: 212.801.9200 |
| Email: dsheehan@bakerlaw.com | Facsimile: 212.805.9278 |
| Nicholas Cremona | |
| Email: ncremona@bakerlaw.com | David G. Barger (bargerd@gtlaw.com) |
| Dean D. Hunt | Thomas J. McKee, Jr. (mckeet@gtlaw.com) |
| Email: dhunt@bakerlaw.com | 1750 Tysons Boulevard, Suite 1200 |
| | McLean, Virginia 22102 |
| | Telephone: 703.749.1300 |
| | Facsimile: 703.749.1301\ |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for June Bonyor Trust, June Bonyor, and Daryl Bonyor*

SO ORDERED

/s/ STUART M. BERNSTEIN_____

Dated: October 6th, 2015   HON. STUART M. BERNSTEIN
New York, New York   UNITED STATES BANKRUPTCY JUDGE

3