WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
Fletcher W. Strong
Michael C. Ward

*Attorneys for Defendants Stable Fund LP and
Fairfield Investment Fund Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Debtor. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>                    v.<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>                    Defendants. | Adv. Pro. No. 09-01239 (SMB)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Rule and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear as counsel for Stable Fund LP and Fairfield Investment Fund Limited in the above-captioned proceedings and request that copies of all notices given or required to be given and all papers filed in this case shall be served upon them at the address of counsel as set forth below:

Fletcher W. Strong, Esq.
Michael C. Ward, Esq.
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Email: fstrong@wmd-law.com
Email: mward@wmd-law.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated: New York, New York       WOLLMUTH MAHER & DEUTSCH LLP
       October 7, 2015


By: */s/ Fletcher W. Strong*
    Fletcher W. Strong
    Michael C. Ward

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Defendants Stable Fund LP and*
*Fairfield Investment Fund Limited*

2