UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Harold S. Miller Trust dated December 4, 1964 (the "Claimant"), having filed an objection (the "Objection", Docket No. 3159) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (No. 011065), hereby gives notice that it withdraws such Objection.

Dated: October 2, 2015

                     _____
                     LaShann M. DeArcy
                     MORRISON & FOERSTER LLP
                     250 West 55th Street
                     New York, NY 10019-9601
                     Tel.: (212) 336-4317
                     Email: ldearcy@mofo.com