**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM M. WOESSNER FAMILY TRUST, SHEILA A. WOESSNER FAMILY TRUST, WILLIAM M. WOESSNER individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, SHEILA A. WOESSNER, individually, and as Trustee of the William M. Woessner Family Trust and the | Adv. Pro. No. 10-04741 (SMB) |

                                    Pg 2 of 3

Sheila A. Woessner Family Trust, and
ELIZABETH WOESSNER,

                          Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due:  December 15, 2015.

2.     Fact Discovery shall be completed by:  June 30, 2017.

3.     The Disclosure of Case-in-Chief Experts shall be due:  September 21, 2017.

4.     The Disclosure of Rebuttal Experts shall be due:  October 21, 2017.

5.     The Deadline for Completion of Expert Discovery shall be:  November 20, 2017.

6.     The Deadline for Service of a Notice of Mediation Referral shall be: November 27, 2017.

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 11, 2017.

8.     The Deadline for Conclusion of Mediation shall be:  April 10, 2018.

| | |
|---|---|
| Dated: New York, New York<br>October 8, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |