**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  ELINS FAMILY TRUST, A CALIFORNIA TRUST; ELINS DAUGHTERS TRUST FOR THE BENEFIT OF JAMIE ANN ELINS DATED DECEMBER 12, 1989, A CALIFORNIA TRUST; ELINS DAUGHTERS TRUST FOR THE BENEFIT OF JULIE LYNN ELINS DATED | Adv. Pro. No.10-04339 (SMB) |

300370777

DECEMBER 12, 1989, A CALIFORNIA TRUST; LAWRENCE ROBERT ELINS A/K/A LARRY ELINS, AS TRUSTEE AND AS AN INDIVIDUAL; LINDA ELINS; JAMIE ELINS SABET; AND JULIE ELINS BANKS,

Defendants.

## STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants ("Defendants"), by and through their counsel, Kleinberg, Kaplan, Wolff & Cohen (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed the Complaint against Defendants (the "Complaint"). Defendants filed a Motion to Dismiss the Complaint on November 17, 2014 (the "Elins Motion"), which is still pending. The Elins Motion is not part of the Omnibus Motions to Dismiss.

2. On June 22, 2015, the Supreme Court of the United States denied *certiorari* of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust*, 14-1128 and *Picard v. Ida Fishman Revocable Trust*, 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to this adversary proceeding.

3. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee's claims in Counts Two through Six of the Amended Complaint are hereby dismissed with prejudice.

300370777                                   2

    4.    This Stipulation has no effect on Counts One and Seven remaining in the Complaint.

    5.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 8, 2015

Of Counsel:

**BAKER & HOSTLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: *s/ Matthew J. Gold*
551 Fifth Avenue
New York, New York 10176
Telephone: (212) 880-9827
Facsimile: (212) 986-8866
David Parker
Email: dparker@kkwc.com
Matthew J. Gold
Email: mgold@kkwc.com

*Attorneys for Defendants*