# Exhibit 62

# MAY 1996



CONFIDENTIAL

JEM-AAA001661

1035.0001



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

JEM-AAA001664

1035.0004



# February 1998



CONFIDENTIAL

JEM-AAA001666

1035.0006



CONFIDENTIAL

JEM-AAA001667

1035.0007



March 1999

## JUNE 1999

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 *Breakfast Riccardi* *8:30 D. Hirsch* | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 *8:30 Richard Hirsch* | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

REDACTED

REDACTED

## July 1999

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | 1 Canada Day (Canada) | 2 | 3 |
| 4 Independence Day (US) | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 19ᵃ⁰ — David Hirker | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

REDACTED



CONFIDENTIAL

JEM-AAA001671

1035.0011



# APRIL

## 2000

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | **1** 92/274 |
| **2** 93/273 Mothering Sunday (United Kingdom) Daylight Saving Time begins (US) | **3** 94/272 | **4** 95/271 | **5** 96/270 | **6** 97/269 | **7** 98/268 | **8** 99/267 |
| **9** 100/266 | **10** 101/265 | **11** 102/264 | **12** 103/263 | **13** 104/262 | **14** 105/261 | **15** 106/260 |
| **16** 107/259 Palm Sunday | **17** 108/258 | **18** 109/257 | **19** 110/256 Passover begins at sundown | **20** 111/255 Passover | **21** 112/254 Good Friday | **22** 113/253 |
| **23** 114/252 Easter Sunday | **24** 115/251 Easter Monday (A, C, I, NZ, UK) | **25** 116/250 Anzac Day (A, NZ) | **26** 117/249 Professional Secretaries Day® (US) | **27** 118/248 | **28** 119/247 National Day of Mourning (Canada) | **29** |
| **30** 121/245 | | | | | | |

REDACTED

| March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 |
|---|---|---|---|---|---|
| September 2000 | October 2000 | November 2000 | December 2000 | January 2001 | February 2001 |



## JULY 2000

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 25 June | 26 June | 27 June | 28 June | 29 June | 30 June | 1 — Canada Day (Canada) |
| 2 | 3 | 4 — Independence Day (US) | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | REDACTED | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | REDACTED | | | | |





# FEBRUARY 2001

CONFIDENTIAL

JEM-AAA001675

1035.0015



# MAY 2001

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | APR 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 May Day Bank Holiday (Ireland, UK) | 9 | 10 | 11 | 12 |
| 13 Mother's Day (C, US) | 14 | 15 | 16 Canada Census | 17 | 18 | 19 Armed Forces Day (US) |
| 20 | 21 Victoria Day | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 Memorial Day Observed (US) Spring Bank Holiday (United Kingdom) | 29 | 30 | 31 | JUNE 1 | JUNE 2 |

REDACTED

11:30 Dan Strauss



# AUGUST 2001

CONFIDENTIAL

JEM-AAA001677

1035.0017

# OCTOBER 2001

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 Columbus Day, Observed (US) Thanksgiving Day (Canada) | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 ~~REDACTED~~ | 16 Nations Day (US) | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 United Nations Day (US) | 25 | 26 | 27 |
| 28 Daylight Saving Time ends (US) | 29 Holiday (Ireland) | 30 | 31 Halloween | | | |

~~REDACTED~~

OCTOBER

CONFIDENTIAL

JEM-AAA001678

1035.0018



JANUARY 2002

REDACTED

8:15 Morey Weiss (Jan 16)

CONFIDENTIAL



# MARCH 2002



CONFIDENTIAL

JEM-AAA001681

1035.0021



AUGUST 2002

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |

CONFIDENTIAL

JEM-AAA001682

1035.0022

# OCTOBER 2002

## AT-A-GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | SEPT 30 — Docs to Eisenhower | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 — Day of the Race (M) |
| | | | REDACTED | | | |
| 13 | 14 — Columbus Day, Observed (US), Thanksgiving (Canada) | 15 | 16 — National Boss Day (US) | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 — United Nations Day | 25 | 26 |
| | | | REDACTED | | | |
| 27 — Daylight Saving Time ends | 28 | 29 | 30 | 31 — Halloween | Nov 1 | |

CONFIDENTIAL

JEM-AAA001683

1035.0023



CONFIDENTIAL

JEM-AAA001684

1035.0024

# MARCH 2003

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 First of Muharram | 5 | 6 Ash Wednesday | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 Ashura | 15 |
| 16 | 17 St. Patrick's | 18 | 19 | 20 | 21 Spring begins | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 Mothering Sunday (UK) | 31 | | | | | |

REDACTED

11:30 Daniel Strauss

11:30 Daniel Strauss

REDACTED

CONFIDENTIAL

JEM-AAA001685

1035.0025



# SEPTEMBER 2003

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | 1 Labor Day (C, US) | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 Declaration of Independence (M) | 16 Independence Day (M) | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 Autumn begins | 24 | 25 | 26 Rosh Hashanah begins at sundown | 27 Rosh Hashanah |
| 28 | 29 | 30 | | | | |

2 - M. Jessellson
Sterb Schacter

REDACTED

CONFIDENTIAL

JEM-AAA001687

1035.0027



NOVEMBER 2003

JEM-AAA001688

1035.0028



CONFIDENTIAL



CONFIDENTIAL

JEM-AAA001690





CONFIDENTIAL

# JULY 2004

**AT·A·GLANCE**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | **1** Canada Day | **2** | **3** |
| **4** Independence Day (US) | **5** | **6** | **7** | **8** Maury Weiss | **9** | **10** |
| **11** | **12** | **13** | **14** | **15** REDACTED | **16** | **17** |
| **18** | **19** | **20** | **21** | **22** | **23** | **24** |
| **25** | **26** | **27** | **28** | **29** | **30** | **31** |

REDACTED

REDACTED

June 2004 · August 2004 · September 2004 · October 2004 · November 2004

December 2004 · January 2005 · February 2005 · March 2005 · April 2005 · May 2005

JULY

CONFIDENTIAL

JEM-AAA001693

1035.0033



JEM-AAA001694

1035.0034

# DECEMBER 2004

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | **1** | **2** | **3** | **4** |
| **5** | **6** | **7** Pearl Harbor Remembrance Day (US) Hanukkah begins at | **8** Hanukkah | **9** | **10** | **11** |
| **12** Virgin of Guadalupe (M) | **13** | **14** | **15** | **16** | **17** | **18** |
| **19** | **20** | **21** | **22** | **23** | **24** | **25** Christmas |
| **26** Boxing Day (C, UK) Kwanzaa begins | **27** | **28** | **29** | **30** | **31** | |

REDACTED

REDACTED

November 2004 — January 2005 — February 2005 — March 2005 — April 2005

May 2005 — June 2005 — July 2005 — August 2005 — September 2005 — October 2005

**DECEMBER**



# FEBRUARY 2005

JEM-AAA001696

1035.0036





CONFIDENTIAL



CONFIDENTIAL

JEM-AAA001699

1035.0039



CONFIDENTIAL

JEM-AAA001700

1035.0040



SEPTEMBER 2005

1035.0041

# NOVEMBER 2005

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | **1** All Saints Day (M) | **2** Day of the Dead | **3** (Elc) at Fir | **4** | **5** |
| **6** | **7** | **8** Election Day (US) | **9** Dr Richard Barr / 9 Michael Drive | **10** | **11** Veterans' Day (US) Remembrance Day (C) | **12** |
| **13** | **14** | **15** | **16** | **17** | **18** | **19** |
| **20** Revolution Anniversary (M) | **21** | **22** | **23** 11-Phishes | **24** Thanksgiving (US) | **25** | **26** |
| **27** | **28** | **29** | **30** Dec 1 / 12-Sanschotten | | | |

REDACTED

REDACTED

11-Braj Jefferson

| October 2005 | November 2005 | December 2005 | January 2006 | February 2006 | March 2006 |
| April 2006 | May 2006 | June 2006 | July 2006 | August 2006 | September 2006 |

NOVEMBER

CONFIDENTIAL

JEM-AAA001702

1035.0042



CONFIDENTIAL

# JANUARY 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 2/363 | 3 | 4 /362 | 5 | 6 | 7 /358 |
| 8 | 9 | 10 (Eid) al Adha | 11 | 12 | 13 | 14 |
| 15 | 16 Martin Luther King, Jr. Day (US) | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 Chinese New Year | 30 First of Muharram | 31 | | | | |

REDACTED

REDACTED

B. Jessison.

CONFIDENTIAL

JEM-AAA001704

1035.0044



# FEBRUARY 2006

## AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 Anniversary of the Constitution (M) | 6 | 7 | 8 | 9 Ashura | 10 | 11 |
| 12 Lincoln's Birthday (US) | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 Presidents' Day (US) | 21 | 22 Washington's Birthday (US) | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

REDACTED

9:30 Bob Stark + M. Weiss

M. Weiss + K. Joel

FEBRUARY

CONFIDENTIAL

JEM-AAA001705

1035.0045



CONFIDENTIAL

JEM-AAA001706

1035.0046



CONFIDENTIAL

JEM-AAA001707

1035.0047

# MAY 2006

AT-A-GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 1 Labor Day (M) | 2 | 3 | 4 | 5 Battle of Puebla | 6 |

REDACTED

Mr. Sakotl cucta 959-3202

| 7 | 8 | 9 | 10 | 11 Mother's Day (M) | 12 | 13 |

Sister Mary W.

| 14 Mother's Day (C, US) | 15 | 16 Canada Census | 17 | 18 | 19 | 20 Armed Forces Day (US) |

REDACTED

| 21 | 22 Victoria Day (C) | 23 | 24 | 25 | 26 | 27 |

| 28 | 29 Memorial Day, Observed (US) | 30 | 31 | | | |

MAY

JEM-AAA001708

1035.0048

# JUNE 2006

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | **1** 152/213 | **2** 153/212 | **3** 154/211 |
| **4** 155/210 | **5** 156/209 | **6** 157/208 | **7** 158/207 | **8** 159/206 | **9** 160/205 | **10** 161/204 |
| **11** 162/203 | **12** 163/202 | **13** | **14** Flag Day (US) 165/200 | **15** | **16** 167/198 | **17** 168/197 |
| **18** Father's Day 169/196 | **19** | **20** 171/194 | **21** Summer begins | **22** | **23** | **24** St. Jean Baptiste (Quebec) 175/190 |
| **25** 176/189 | **26** 177/188 | **27** 178/187 | **28** 179/186 | **29** 180/185 | **30** 181/184 | |

Handwritten notes:

- (on June 8) *June 8 → 10 am ILR, Morris W., PRES. JOEL M @ ILR office*
- (on June 15) *2:30 D. Straus Helen*
- (on June 21) *10:15 Ben Asseal (C 760-32??)*
- (under June 21/22) *B. Bernie Inv (P. David Straus)*

REDACTED

May 2006 · July 2006 · August 2006 · September 2006 · October 2006 · November 2006 · December 2006 · January 2007 · February 2007 · March 2007 · April 2007

PM1-28    JUNE

CONFIDENTIAL

JEM-AAA001709

1035.0049

# AUGUST 2006

☑ AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | **1** | **2** | **3** | **4** | **5** |
| **6** | **7** Civic Holiday (C) | **8** | **9** | **10** | **11** | **12** |
| **13** | **14** | **15** | **16** | **17** | **18** | **19** |
| **20** | **21** | **22** | **23** | **24** | **25** | **26** |
| **27** | **28** | **29** | **30** | **31** | | |

REDACTED

CONFIDENTIAL

JEM-AAA001710

1035.0050

# SEPTEMBER 2006

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | **1** 244/121 | **2** 245/120 |
| **3** 246/119 | **4** 247/118 Labor Day (C, US) | **5** 248/117 | **6** | **7** | **8** 250/115 | **9** 252/113 |
| **10** 253/112 | **11** 254/111 Patriot Day (US) | **12** 255/110 | **13** 256/109 | **14** | **15** 257/108 Declaration of Independence | **16** 258/107 260/106 Independence |
| **17** 260/105 | **18** | **19** 261/104 | **20** 262/103 | **21** 263/102 | **22** 264/101 Rosh Hashanah begins at sundown | **23** 265/100 266/99 Rosh Hashanah Autumn begins First of Ramadan |
| **24** 267/98 | **25** | **26** 268/96 | **27** | **28** | **29** 271/94 | **30** 073/92 |

REDACTED

| August 2006 | October 2006 | November 2006 | December 2006 | January 2007 |
|---|---|---|---|---|
| February 2007 | March 2007 | April 2007 | May 2007 | June 2007 | July 2007 |

SEPTEMBER

CONFIDENTIAL

JEM-AAA001711

1035.0051

# AT·A·GLANCE OCTOBER 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 274/91 Yom Kippur begins at sundown | 2 275/90 Yom Kippur | 3 276/89 | 4 277/88 | 5 278/87 | 6 279/86 | 7 280/85 |
| 8 281/84 | 9 282/83 Columbus Day, Observed (US) | 10 283/82 | 11 284/81 | 12 285/80 Day of the Race (M) | 13 286/79 | 14 287/78 |

REDACTED

| 15 288/77 | 16 289/76 National Boss Day (US) | 17 290/75 | 18 | 19 | 20 291/72 | 21 294/71 |
| 22 295/70 | 23 296/69 (Eid) al Fitr | 24 297/68 United Nations Day | 25 298/67 | 26 | 27 299/66 | 28 300/65 301/64 |
| 29 302/63 Daylight Saving Time ends | 30 303/62 | 31 304/61 Halloween | | | | |

REDACTED

CONFIDENTIAL

JEM-AAA001712

1035.0052

# AT·A·GLANCE NOVEMBER 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** All Saints Day (M) | **2** Day of the Dead (M) | **3** | **4** |
| **5** | **6** | **7** Election Day (US) | **8** | **9** | **10** | **11** Veterans' Day (US) Remembrance Day (C) |
| **12** | **13** | **14** | **15** | **16** | **17** | **18** |

## REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| **19** | **20** Revolution Anniversary (M) | **21** | **22** | **23** Thanksgiving (US) | **24** | **25** |
| **26** | **27** | **28** | **29** | **30** | | |

## REDACTED

October 2006 · November 2006 · December 2006 · January 2007 · February 2007 · March 2007
April 2007 · May 2007 · June 2007 · July 2007 · August 2007 · September 2007

PM1-28

**NOVEMBER**

CONFIDENTIAL

JEM-AAA001713

1035.0053

# AT·A·GLANCE  MAY  2007

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | **1** 121/244 Labor Day (M) | **2** 122/243 | **3** 123/242 | **4** 124/241 | **5** 126/ Battle of Pue |
| **6** 126/239 | **7** 127/238 | **8** 126/237 | **9** | **10** 130/235 Mother's Day (M) | **11** 131/234 | **12** 132/ |
| **13** 133/232 Mother's Day (C, US) | **14** 134/231 | **15** 135/230 | **16** 136/229 | **17** 137/228 | **18** 138/227 | **19** 139/2 Armed Forc Day (U |
| **20** 140/225 | **21** 141/224 Victoria Day | **22** 142/223 | **23** 143/222 | **24** 144/221 | **25** 145/220 | **26** 146/2 |
| **27** 147/218 | **28** 148/217 Memorial Day Observed (US) | **29** 149/216 | **30** 150/215 | **31** 151/214 | | |

REDACTED

9 Harry Weiss here

Schmelstein

I June



JUNE 2007

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | **1** | **2** |
| **3** | **4** | **5** | **6** | **7** | **8** | **9** |
| **10** | **11** | **12** | **13** | **14** Flag Day (US) | **15** | **16** |
| **17** Father's Day | **18** | **19** | **20** | **21** | **22** Summer begins | **23** |
| **24** St. Jean Baptiste (Québec) | **25** | **26** | **27** | **28** | **29** | **30** |

9⁰⁰ Merry Weiss

REDACTED



AUGUST 2007

To- Morry Weiss here

6 Civic Holiday (C)

11-Dery Josephson here

REDACTED

REDACTED



REDACTED



# NOVEMBER 2007

JEM-AAA001718

1035.0058



## DECEMBER 2007

AT·A·GLANCE

JEM-AAA001719

1035.0059



JEM-AAA001720

1035.0060





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

JEM-AAA001727

1035.0067



CONFIDENTIAL

# Exhibit 63

**From:** Merkin, J. Ezra

**Sent:** Fri, 07 Sep 2007 19:45:43 GMT

**To:** 'Patrick Erne'

**Subject:** RE: 21 August 2007 letter from the Harvard Management Company

---

The markets are open on October 8th, and you should have no problem meeting people tat day and week.

I will see what I can do with Mr. M.

All best,
Ezra

---

**From:** Patrick Erne [mailto:patrick.erne@reichmuthco.ch]
**Sent:** Wednesday, September 05, 2007 8:14 AM
**To:** Merkin, J. Ezra
**Cc:** Christof Reichmuth
**Subject:** AW: 21 August 2007 letter from the Harvard Management Company

Dear Ezra

Thanks for your visit and your insights.
I just wanted to follow up on two things:
1) I am trying to fix the dates for the New York trip. I have targeted the week of October 8-12th. However, I saw that Monday, Oct 8th, is Columbus day in the States, but markets seem to be open that day. Do you think that people are working resp are available for meetings that day? Otherwise it would probably make more sense for me to do the trip a week later...
2) Regarding Bernie Madoff: If he is in New York during this time, and if it is not too inconvenient, I would be interested in meeting with him.

Hope to catch up with you in New York in October.
Kind regards

Patrick


Patrick Erne
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:   +41 41 249 49 29
Fax:   +41 41 249 49 39
http://www.reichmuthco.ch

        -----Ursprüngliche Nachricht-----
        **Von:** Merkin, J. Ezra [mailto:JEMerkin@gabrielcapital.com]
        **Gesendet:** Dienstag, 4. September 2007 18:48
        **An:** Christof Reichmuth; Patrick Erne
        **Betreff:** 21 August 2007 letter from the Harvard Management Company

**Confidential**                                                    GCC-P 0253017

Christof and Patrick,

Thanks for all the time you spent with me this trip. Your generosity is much appreciated.

I will follow up in a few days with 'the paragraphs,' as we discussed. I may have one or two other pieces to send, as well. In the meantime, I hope you find this of interest.

All best,
Ezra

**Confidential**

**GCC-P 0253018**

# Exhibit 64

**From:**  Merkin, J. Ezra
**Sent:**  Wed, 03 Oct 2007 17:24:59 GMT
**To:**  'Patrick Erne'
**BCC:**  Ferro, Naomi
**Subject:** RE: Meeting Request

---

If you'd like to come here at 12:00 Noon, we could meet for about three quarters of an hour, and continue by walking over to 885 Third Avenue. if that works for you, let me know, and we'll make sure to order lunch for you.

---

**From:** Patrick Erne [mailto:patrick.erne@reichmuthco.ch]
**Sent:** Wednesday, October 03, 2007 1:20 PM
**To:** Merkin, J. Ezra; Nadine Vonwyl
**Cc:** Christof Reichmuth
**Subject:** AW: Meeting Request

Dear Ezra
That's great. Thank you very much for organizing.
If you have time on Friday, I could come to your office a bit earlier to discuss Ariel and the markets. We could then go together to Mr. Madoff.
Would this work for you, or would you prefer to meet at the address below?

Regards

Patrick


Patrick Erne
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:    +41 41 249 49 29
Fax:    +41 41 249 49 39
http://www.reichmuthco.ch

        -----Ursprüngliche Nachricht-----
        **Von:** Merkin, J. Ezra [mailto:JEMerkin@gabrielcapital.com]
        **Gesendet:** Mittwoch, 3. Oktober 2007 19:06
        **An:** Nadine Vonwyl
        **Cc:** Christof Reichmuth; Patrick Erne
        **Betreff:** RE: Meeting Request

        Please let Patrick know that he and I are booked for a visit with Mr. Madoff on the 19th at 1:00 PM. The address is 885 Third Avenue, corner 53d Street. Patrick and I should probably meet before, or in the lobby.

        Seperately, I do not know if Patrick wants to make a date during his visit here with me; if he does, please let me know.


**Confidential**                                                    GCC-P 0253145

**From:** Nadine Vonwyl [mailto:nadine.vonwyl@reichmuthco.ch]
**Sent:** Friday, September 28, 2007 6:22 AM
**To:** Merkin, J. Ezra
**Subject:** Meeting Request

Dear Ezra

I'm sending you an e-mail on behalf of Patrick Erne.
He will be travelling to New York on the 14th October 2007.
Is it possible to schedule a Meeting with Bernie Madoff on Friday, 19th October 2007 at 1 pm?

Kind regards from Switzerland
Reichmuth & Co
Nadine Vonwyl
Assistentin of Patrick Erne

Nadine Vonwyl
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:    +41 41 249 49 29
Dir:    +41 41 249 49 75
Fax:    +41 41 249 49 39
http://www.reichmuthco.ch

**Confidential**

# Exhibit 65

**From:**   Michael Matlin

**Sent:**   Tue, 09 Oct 2007 03:12:33
GMT

**To:**   Merkin, J. Ezra

**Subject:** RE: Visit to Mr. Madoff

Dear Ezra,
Thank you for your e-mail. The suggested date and time should work for me.

A gut Yohr,
MM


-----Original Message-----
From: Merkin, J. Ezra [mailto:JEMerkin@gabrielcapital.com]
Sent: Mon 10/8/2007 7:41 PM
To: Michael Matlin
Subject: Visit to Mr. Madoff


Friday, Oct. 19th, at 1:00 PM, at 885 Third Ave., co. 53d Street, has been suggested as a date for a visit. We may be joined by one additional Ascot Fund shareholder. Please let me know whether this date works for you, or you know that the date definitely does not work.

A guten Winter,
Ezra

**Confidential**

**GCC-P 0253157**

# Exhibit 66

**From:**   Patrick Erne
**Sent:**   Mon, 29 Oct 2007 07:48:19 GMT
**To:**     Merkin, J. Ezra
**Subject:** Follow up

---

Dear Ezra

Thank you very much for the meeting in New York earlier this month.
I very appreciated the open discussion with you, and the opportunity to meet with Bernie.
For me, this was very helpful in getting a better understanding of Ariel and Ascot.

On a separate note, as you may recall, Lone Pine Capital returns capital to investors every year (repatriation of capital). Basically, they pay out last year's profit to keep the fund size stable.

As an investor you can always choose between cash and shares in one of the other funds. Currently, most of the funds are closed, and you can invest in the long only funds of Lone Pine only.

Therefore, I advised DP to select the cash payout option. He asked me to confirm this with you.

Kind regards

Patrick


Patrick Erne
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:   +41 41 249 49 29
Fax:   +41 41 249 49 39
http://www.reichmuthco.ch

CONFIDENTIAL

JEM-AAA 000235

1059.0001

# Exhibit 67

**From:** A. Green on behalf of yeshil@bluewin.ch
**Sent:** Mon, 10 Mar 2008 20:05:19 GMT
**To:** Merkin; J. Ezra
**Subject:** Bernie Madoff - Correction

---

Dear Ezra
realized that 2 + 3 April not workable but could substitute 1 April., 7 or 8 April better.

.

**Confidential**                                                          **GCC-P 0254582**

**From:** Merkin, J. Ezra
**Sent:** Tue, 18 Mar 2008 20:31:26 GMT
**To:** 'A. Green'
**CC:** 'LibPin Green'
**Subject:** RE: Purim

_____

Cute.

Simchas Purim.

I am working on a date with Bernie. I'll keep you posted.

Information on Spinnaker to follow next day or two.

I mentioned something to Felix yesterday that surprised him. It is probably unnecessary to mention to you
that Erica Jesselson passed away last week. She was buried in Tel Aviv next to her husband. The family sat
shiva in Jerusalem, Bunny continues to do so until tomorrow. Michael, Danny and Erica's sister Lucy Lang
returned to New York. I paid a visit last night.

_____

**From:** A. Green [mailto:yeshil@bluewin.ch]
**Sent:** Tuesday, March 18, 2008 8:30 AM
**To:** Merkin, J. Ezra
**Subject:** Purim

------ Forwarded Message
**From:** Yona Green <yonsara@gmail.com>
**Date:** Tue, 18 Mar 2008 14:17:39 +0200
**To:** "A. Green" <yeshil@bluewin.ch>, LibPin Green <green@uudial.ch>, Tolmitch <twerski@netvision.net.il>

Shelo usahni goy = BUSH
Shelo usahni Uved = Obama
Shlo usahni isha = Hillary
Pokayach Ivrim = PATERSON
Malbish arumim = Spitzer
ah freilen erev peirum!

------ End of Forwarded Message

**Confidential**

# Exhibit 68

**From:** Merkin, J. Ezra
**Sent:** Thu, 27 Mar 2008 20:36:12 GMT
**To:** 'A. Green'
**Subject:** RE: be such

---

After Pesach it will be. Uncle Bernie will be in Washington parts of both the 7th and 8th, and can't say for sure exactly what hours he will be in New York.

---

**From:** A. Green [mailto:yeshil@bluewin.ch]
**Sent:** Wednesday, March 26, 2008 6:37 PM
**To:** Merkin, J. Ezra
**Subject:** Re: be such

1st is not so good.

So if the 7th or 8th don't work than we will try for after Pessach.

Ahron

On 26/3/08 20:13, "Merkin, J. Ezra" <JEMerkin@gabrielcapital.com> wrote:


Assuming I understood your e-mail regarding your upcoming visit correctly, you are interested in visiting Uncle Bernie on April 1, 7 or 8. April 1 will work on his calendar. It will be much harder to catch him here on the 7th or 8th. Does the first still work for you?

**Confidential**

**GCC-P 0254690**

# Exhibit 69

**From:**   Igolnikov, Roman

**Sent:**   Wed, 17 Dec 2003 21:04:46 GMT

**To:**   J. Ezra Merkin

**Subject:** Meeting with Madoff

_____

Hi Ezra,

I apologize not to remember the time window to go see Bernie.  My availability is good for Tuesday the 23rd 9-11:30am and 2-3:45 pm and quite open on Wednesday, 24th.  If this does not work, my January calendar is quite open.

I forgot to mention to you that my daughter Irina got accepted in Cornell School of Architecture 5 years program.

Thanks,

**Roman Igolnikov**
Union Bancaire Privée Asset Management LLC
630 Fifth Avenue, 27th Floor,
New York, NY 10111
Tel: (212) 218-6761
Fax: (212) 218-6755
ri@ubpam.com

**Confidential**