# EXHIBIT 100

# FILED UNDER SEAL

# EXHIBIT 101

# FILED UNDER SEAL

# EXHIBIT 102

# FILED UNDER SEAL

# EXHIBIT 103

# FILED UNDER SEAL

# EXHIBIT 104

# FILED UNDER SEAL

# EXHIBIT 105

# FILED UNDER SEAL

# EXHIBIT 106

# FILED UNDER SEAL

# Exhibit 107

```
                                                               1
 1              ** CONFIDENTIAL ** CONFIDENTIAL

 2      SUPREME COURT OF THE STATE OF NEW YORK

        COUNTY OF NEW YORK

 3      INDEX NO. 08603803/2008

        Justice Richard B. Lowe

 4      Docket No.: CV-09-4027581

 5      -------------------------------------x

        NEW YORK UNIVERSITY,

 6

 7                    Plaintiff,

 8         -against-

 9

        ARIEL FUND LIMITED, GABRIEL CAPITAL

10      CORPORATION, J. EZRA MERKIN, FORTIS

        BANK (CAYMAN) LTD., FORTIS PRIME

11      SOLUTIONS (CAYMAN) LTD., FORTIS BANK,

        BDO TORTUGA, and BDO INTERNATIONAL,

12

13                    Defendants.

14      -------------------------------------x

15                         425 Park Avenue

                           New York, New York

16                         February 9, 2009

                           12:00 p.m.

17

18

19         Videotaped deposition of VICTOR TEICHER,

20      held at the above time and place, before

21      Eileen Mulvenna, CSR/RMR, a Certified Shorthand

22      Reporter, Registered Merit Reporter and Notary

23      Public of the State of New York.

24

25
```

**2**

```
 1          ** CONFIDENTIAL ** CONFIDENTIAL
 2    A P P E A R A N C E S :
 3
 4        SCOTT & SCOTT, LLP
          Attorneys for Plaintiff
 5        29 West 57th Street
          New York, New York  10019
 6        BY:  JOSEPH P. GUGLIELMO, ESQ.
          jguglielmo@scott-scott.com
 7        CHRISTOPHER M. BURKE, ESQ.
          cburke@scott-scott.com
 8
 9        SCHULTE ROTH & ZABEL, LLP
          Attorneys for Defendant Ariel Fund
10        919 Third Avenue
          New York, New York  10022
11        BY:  HARRY SANDICK, ESQ.
          harry.sandick@srz.com
12        TALEAH ESPERANZA JENNINGS, ESQ.
          taleah.jennings@srz.com
13
14        DECHERT, LLP
          Attorneys for Defendants J. Ezra Merkin and
15        Gabriel Capital Corporation
          1095 Avenue of the Americas
16        New York, New York  10036-6797
          BY:  GARY J. MENNITT, ESQ.
17        gary.mennitt@dechert.com
          JONATHAN D. PERRY, ESQ.
18        jonathan.perry@dechert.com
19        STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
          Attorneys for the Witness
20        425 Park Avenue
          New York, New York  10022
21        BY:  MARJORIE J. PEERCE, ESQ.
          mpeerce@stillmanfriedman.com
22
23    A L S O  P R E S E N T :
24
          Christopher Martin, Videographer
25
```

**3**

```
 1          ** CONFIDENTIAL ** CONFIDENTIAL
 2
 3        IT IS HEREBY STIPULATED AND AGREED, by
 4    and between the attorneys for the respective
 5    parties hereto, that all rights provided by the
 6    Civil Practice Law and Rules, including the right
 7    to object to any question, except as to form, or
 8    to move to strike any testimony of this
 9    examination are reserved, and, in addition, the
10    failure to object to any question, shall not be a
11    bar or waiver to make such motion at, and is
12    reserved for the trial of this action.
13
14        IT IS FURTHER STIPULATED AND AGREED,
15    that this examination may be signed and sworn to
16    by the witness being examined before a Notary
17    Public other than the Notary Public before whom
18    this examination was begun, but the failure to do
19    so, or to return the original of this examination
20    by counsel, shall not be deemed a waiver of any
21    rights.
22
23        IT IS FURTHER STIPULATED AND AGREED,
24    that the filing of the original of this
25    examination is waived.
```

**4**

```
 1              Teicher - CONFIDENTIAL
 2        THE VIDEOGRAPHER:  We're on the      11:15:53
 3    record.                    12:00:55
 4        My name is Chris Martin.  I'm the    12:00:55
 5    videographer for Veritext Court Reporting  12:00:57
 6    in New York City.  Today's date is      12:01:00
 7    February 9, 2009, and the time is      12:01:02
 8    12:01 p.m.                  12:01:06
 9        This deposition is being held at the  12:01:08
10    office of Stillman Friedman & Shechtman,  12:01:10
11    425 Park Avenue, New York, New York.    12:01:14
12        The caption on this case is New York  12:01:16
13    University versus Ariel Fund Limited,    12:01:19
14    et al., case filed in the Supreme Court of  12:01:22
15    the State of New York, New York County.   12:01:26
16    The witness' name is Victor Teicher.    12:01:30
17        At this time, will counsel please    12:01:33
18    introduce themselves for the record.    12:01:35
19        MR. GUGLIELMO:  Joseph Guglielmo     12:01:38
20    with Scott & Scott for plaintiff.      12:01:38
21        MR. BURKE:  Chris Burke, Scott &     12:01:41
22    Scott, for plaintiff.            12:01:43
23        MS. JENNINGS:  Taleah Jennings,      12:01:45
24    Schulte Roth & Zabel, for defendant Ariel  12:01:45
25    Fund Limited.                12:01:47
```

**5**

```
 1              Teicher - CONFIDENTIAL
 2        MR. SANDICK:  Harry Sandick, also    12:01:50
 3    Schulte Roth & Zabel, for Ariel Fund    12:01:52
 4    Limited.                   12:01:52
 5        MR. MENNITT:  Gary Mennitt of       12:01:53
 6    Dechert for Gabriel Capital Corp.. and Ezra  12:01:53
 7    Merkin.                    12:01:57
 8        MS. PEERCE:  Marjorie Peerce of      12:01:59
 9    Stillman Friedman & Shechtman for the    12:02:00
10    witness.                   12:02:01
11        THE VIDEOGRAPHER:  At this time, the  12:02:01
12    court reporter, Eileen Mulvenna, will swear  12:02:02
13    in the witness.              12:02:03
14    VICTOR TEICHER,              12:02:05
15    having been duly sworn by Eileen Mulvenna,  12:02:05
16    a Notary Public of the State of New York,  12:02:05
17    was examined and testified as follows:   12:02:05
18    EXAMINATION                 12:02:05
19    BY MR. GUGLIELMO:             12:02:05
20        Q.   Good afternoon.  As I mentioned, my  12:02:14
21    name is Joseph Guglielmo, and I'm an attorney  12:02:17
22    representing plaintiff, NYU, in an action pending  12:02:20
23    in the Supreme Court of the State of New York.  12:02:22
24        Mr. Teicher, can you please state     12:02:26
25    your full name and address for the record,  12:02:27
```

2 (Pages 2 to 5)

**6**

1          Teicher - CONFIDENTIAL
2    please.                                    12:02:30
3         A.    Victor Teicher, 83 Easton Road,    12:02:30
4    E-A-S-T-O-N, Westport, Connecticut 06880.    12:02:32
5         Q.    Mr. Teicher, I'm going to be going    12:02:41
6    over some ground rules for the deposition.    12:02:43
7              I'm going to be asking you questions    12:02:45
8    today.. If you don't understand a question that I    12:02:47
9    ask, please say so; otherwise I'll assume you    12:02:49
10   understand the question I ask.              12:02:52
11             Please provide verbal responses to    12:02:54
12   the questions I ask.  Although we have a    12:02:56
13   videographer here today, who's going to be    12:02:59
14   videotaping you, in order to have a clear record    12:03:01
15   for the court, we need to get verbal responses,    12:03:04
16   yeses and noes.                             12:03:08
17             Let me finish a question before you    12:03:11
18   answer and, vice versa, I'll also allow you time.    12:03:12
19   This way, again, so there's a clear record for    12:03:17
20   the court.  And the court reporter can only take    12:03:19
21   one of us down at a time.                   12:03:22
22             If you need to take a break at any    12:03:22
23   time, please just say so and I'll oblige.    12:03:24
24             And you understand that you are    12:03:27
25   under oath, you've been sworn in and that your    12:03:29

**7**

1          Teicher - CONFIDENTIAL
2    testimony is as if you're before a court of law?    12:03:32
3         A.    Yes.                           12:03:35
4         Q.    And that you are to testify    12:03:35
5    truthfully and to the best of your ability?    12:03:37
6         A.    Yes.                           12:03:39
7         Q.    However, if you don't recall or    12:03:40
8    don't know an answer, I don't want you to guess    12:03:42
9    or speculate.                               12:03:44
10             Do you understand that?         12:03:45
11        A.    Uh-huh.                        12:03:46
12        Q.    Mr. Teicher, is there anything that    12:03:47
13   we should know today that would prevent you from    12:03:49
14   testifying truthfully to the best of your    12:03:51
15   ability?                                    12:03:53
16        A.    No.                            12:03:56
17        Q.    Are you on any medications that may    12:03:57
18   interfere with your ability to testify clearly?    12:03:58
19        A.    No.                            12:04:01
20             MS. PEERCE:  Can I just note for the    12:04:04
21   record that the deposition is taking place    12:04:06
22   here in New York as an accommodation to    12:04:08
23   Mr. Teicher was served with commissions to    12:04:10
24   testify in Connecticut, so he's here as an    12:04:14
25   accommodation to all of us coming into    12:04:16

**8**

1          Teicher - CONFIDENTIAL
2    New York.                                   12:04:18
3             MR. GUGLIELMO:  Yes.            12:04:19
4             MS. PEERCE:  Okay.              12:04:19
5    BY MR. GUGLIELMO:
6         Q.    Mr. Teicher, can you tell me if    12:04:21
7    you're represented by counsel here.          12:04:23
8         A.    Yeah.                          12:04:25
9         Q.    Who is that?                   12:04:25
10        A.    Marjorie Peerce.               12:04:28
11        Q.    And approximately when did you    12:04:29
12   retain counsel?                             12:04:31
13        A.    Sometime last week, perhaps    12:04:33
14   Thursday.  Perhaps --                       12:04:36
15             THE WITNESS:  Was it Thursday or    12:04:40
16   Friday we started talking?                  12:04:40
17        A.    I don't recall really.  I think it    12:04:42
18   was sometime last week certainly.  I think we    12:04:44
19   started talking on Friday.  I think so.      12:04:46
20        Q.    Without getting into any    12:04:49
21   communications with counsel, Miss Peerce --    12:04:50
22        A.    Yes.                           12:04:54
23        Q.    -- did you speak with anyone else in    12:04:54
24   connection with your testimony here today?    12:04:57
25        A.    Did I speak with anybody else?  I    12:05:06

**9**

1          Teicher - CONFIDENTIAL
2    mean, many people know that I'm here today.    12:05:08
3         Q.    Let me take it one step -- are you    12:05:11
4    represented by anyone else other than    12:05:13
5    Miss Peerce?                                12:05:15
6         A.    No..                           12:05:16
7             MS. PEERCE:  In connection with this    12:05:17
8    deposition.                                 12:05:18
9             MR. GUGLIELMO:  Correct.         12:05:19
10        Q.    So we're clear for the record, the    12:05:20
11   Dechert firm doesn't represent you in connection    12:05:23
12   with this deposition?                       12:05:24
13        A.    No.                            12:05:25
14        Q.    And neither does the Schulte Roth    12:05:26
15   firm?                                       12:05:29
16        A.    No.                            12:05:29
17        Q.    And again, the reason why I was    12:05:32
18   asking is that I understand that the Dechert firm    12:05:34
19   has represented you in prior matters; correct?    12:05:36
20        A.    Yes, unrelated matters.         12:05:38
21        Q.    And again, other than your lawyers,    12:05:44
22   did you speak with anybody about the testimony    12:05:47
23   that you're to give here today?             12:05:50
24        A.    People know I'm going to be here    12:05:57
25   today.  I spoke to people about the fact that I'm    12:05:58

3 (Pages 6 to 9)

**10**

```
1          Teicher - CONFIDENTIAL
2   going to come here for a deposition.        12:06:02
3       Q.    By "people," can you just give me an  12:06:04
4   example of who you spoke to about that.      12:06:07
5       A.    I saw my hernia surgeon this morning  12:06:10
6   and told him --                             12:06:15
7          MS. PEERCE:  Don't get into what you  12:06:16
8   talked about with your physician, which is   12:06:17
9   privileged.                                 12:06:18
10         THE WITNESS:  Okay.                  12:06:19
11  BY MR. GUGLIELMO:                           12:06:20
12      Q.    I'll ask a better question, how    12:06:20
13  about that.                                 12:06:21
14         Did you speaking with Mr. Merkin      12:06:23
15  regarding your testimony here today?         12:06:24
16      A.    No.                              12:06:26
17      Q.    Did you speak with anyone who is   12:06:26
18  employed for or works on behalf of Mr. Merkin?  12:06:28
19      A.    No.                              12:06:32
20      Q.    Did you speak with Mr. Autera prior  12:06:32
21  to --                                      12:06:35
22         MS. PEERCE:  Can I have a moment      12:06:36
23  with my client?                            12:06:37
24         MR. GUGLIELMO:  You need to go off    12:06:38
25  the record?                               12:06:39
```

**11**

```
1          Teicher - CONFIDENTIAL
2          MS. PEERCE:  Yes, for one second.   12:06:40
3          THE VIDEOGRAPHER:  We're off the     12:06:42
4   record.  The time is 12:06.                12:06:42
5          (Pause from the record.)            12:06:47
6          THE VIDEOGRAPHER:  We're back on the  12:07:02
7   record.  The time is 12:07.                12:07:02
8   BY MR. GUGLIELMO:                          12:07:05
9       Q.    Mr. Teicher, you were going to     12:07:06
10  answer or follow up on a question I had asked.  12:07:08
11      A.    Why don't you repeat the question  12:07:10
12  again.                                     12:07:12
13         MR. GUGLIELMO:  Can you read back my  12:07:12
14  question.                                  12:07:14
15         MS. PEERCE:  The question, did you    12:07:14
16  speak with anyone who is employed for or    12:07:15
17  works on behalf of Mr. Merkin?             12:07:18
18      A.    Yes, I spoke with Andrew Levander.  12:07:18
19      Q.    What did you speak to Mr. Levander  12:07:22
20  about?                                     12:07:24
21      A.    About -- he called me like perhaps  12:07:25
22  the week before -- some days before and told me  12:07:31
23  that my name had come up in these proceedings.  12:07:35
24  And when I spoke to him afterwards, we talked  12:07:39
25  about the fact that I'll be coming here today and  12:07:49
```

**12**

```
1          Teicher - CONFIDENTIAL
2   my relationship with Ezra, I guess.         12:07:59
3       Q.    Do you know -- the first            12:08:03
4   conversation -- I think you identified two.  The  12:08:03
5   first conversation you had with Mr. Levander, how  12:08:05
6   long did that last?                         12:08:07
7       A.    Not very long.  It was just a couple  12:08:10
8   of minutes, perhaps.                        12:08:15
9       Q.    Was anyone else on the phone besides  12:08:17
10  you and Mr. Levander?                       12:08:19
11      A.    No.                              12:08:21
12      Q.    And you said he indicated to you    12:08:25
13  that your name had come up in the proceedings:  is  12:08:28
14  that correct?                              12:08:30
15      A.    Yes, he said that -- what's his     12:08:30
16  name -- the fellow who sent -- what's his name  12:08:38
17  again -- let me just think.  The fellow who sent  12:08:42
18  the e-mail to I guess NYU, a fellow from SNL  12:08:46
19  investors.  Reid Nagle is his name.  He said that  12:08:51
20  Reid Nagle had submitted an e-mail to NYU    12:08:57
21  basically saying that I had suggested that   12:09:02
22  Bernard Madoff was a fraud for a long time.  12:09:10
23      Q.    I'm sorry?                        12:09:13
24      A.    For a long time.                  12:09:13
25      Q.    And then other than those -- other  12:09:14
```

**13**

```
1          Teicher - CONFIDENTIAL
2   than that, did you talk about anything else   12:09:18
3   during that first conversation?             12:09:20
4       A.    Nothing that I recall.            12:09:22
5       Q.    You said there was a second        12:09:24
6   conversation that --                       12:09:24
7       A.    Yes.                            12:09:25
8       Q.    -- you had with Mr. Levander.      12:09:26
9          When did that take place?            12:09:28
10      A.    That I think took place perhaps     12:09:30
11  Thursday.                                  12:09:34
12      Q.    And --                           12:09:35
13      A.    Either Wednesday, Thursday or      12:09:36
14  Friday, but I think it was Thursday.         12:09:37
15      Q.    But it was last week?             12:09:39
16      A.    Yes.                            12:09:40
17      Q.    Do you know how long that          12:09:41
18  conversation took place?                    12:09:42
19      A.    That was maybe about seven minutes  12:09:46
20  or so, something like that.                 12:09:48
21      Q.    What did you guys talk about there?  12:09:50
22      A.    We talked about my views of Bernie  12:09:57
23  Madoff.                                    12:09:59
24      Q.    What did you tell Mr. Levander?     12:10:00
25      A.    That -- I mentioned to Ezra that I  12:10:01
```

4 (Pages 10 to 13)

VERITEXT REPORTING COMPANY

(212) 279-9424    www.veritext.com    (212) 490-3430

**14**

Teicher - CONFIDENTIAL

1
2 thought Bernie Madoff -- when I first heard of      12:10:03
3 Bernie Madoff as a possible place to invest      12:10:10
4 money, that I was negatively inclined to      12:10:13
5 investing money with Bernie Madoff.      12:10:19
6      Q.    Did you give any further description      12:10:21
7 to Mr. Levander?      12:10:23
8      A.    I think I told him that a lot of it      12:10:25
9 came down to the returns that Bernie Madoff was      12:10:27
10 representing he achieved.  And I felt that those      12:10:32
11 returns were inconsistent with what could      12:10:37
12 possibly take place in reality.      12:10:42
13      Q.    And you indicate to Mr. Levander      12:10:44
14 that you told this to Mr. Merkin?      12:10:46
15      A.    Yes.      12:10:48
16      Q.    Did you tell him the time frame upon      12:10:49
17 which this conversation took place?      12:10:51
18      MS. PEERCE:  Object to the form.      12:10:54
19      Unless -- just so you understand      12:10:55
20 some of the ground rules for a deposition, your      12:10:57
21 attorney may object to some of the questions I      12:11:00
22 ask based on the form.  And she's doing so to      12:11:02
23 preserve the record for trial.  Unless she      12:11:09
24 instructs you not to answer a particular question      12:11:11
25 I ask you, you can answer the question, unless you      12:11:13

**15**

Teicher - CONFIDENTIAL

1
2 don't understand it.      12:11:16
3      A.    I think it was '92, '93, is around      12:11:17
4 that time when Bernie Madoff's name first      12:11:20
5 surfaced as an investment manager.      12:11:23
6      MS.. PEERCE:  Can we repeat the      12:11:27
7 question.      12:11:28
8      Because the question was, did you      12:11:28
9 tell him the time frame upon which this      12:11:29
10 conversation took place.      12:11:33
11      Q.    And I meant the years or what --      12:11:36
12      MS. PEERCE:  Right.      12:11:38
13      But did you tell Andy Levander the      12:11:38
14 time frame that your conversation with Ezra      12:11:41
15 Merkin about Bernie Madoff took place?      12:11:43
16 That's the question.      12:11:46
17      A.    I'm not sure.      12:11:47
18      Q.    So you're not sure if you told      12:11:48
19 Mr. Levander that particular fact?      12:11:50
20      A.    I'm not sure.      12:11:52
21      Q.    Did you tell Mr. Levander any other      12:11:53
22 facts concerning Mr. Merkin?      12:11:54
23      A.    At that time?      12:12:02
24      Q.    During that second conversation.      12:12:04
25      A.    I don't offhand recall.  That's the      12:12:17

**16**

Teicher - CONFIDENTIAL

1
2 most salient aspects of the conversation that I      12:12:20
3 recall.  I don't recall anything beyond that.  I      12:12:23
4 don't recall anything beyond that conversation --      12:12:30
5 beyond that aspect of the conversation.      12:12:32
6      I'm sure we spoke about other      12:12:33
7 things.  I just don't recall those other things.      12:12:35
8 It wasn't something of a great moment to me.      12:12:37
9      Q.    Do you know if anyone else was      12:12:39
10 present on the phone with Mr. Levander during      12:12:40
11 that second conversation?      12:12:42
12      A.    Yes, he had one of his partners      12:12:43
13 there.      12:12:44
14      Q.    Do you know who that was?      12:12:45
15      A.    I don't recall his name.  I thought      12:12:46
16 you were the fellow on the phone, but I guess you      12:12:48
17 weren't (indicating).      12:12:50
18      Q.    You're referring to Mr. Mennitt; is      12:12:52
19 that correct?      12:12:54
20      A.    Yes.      12:12:54
21      Q.    Was anyone on the phone with you      12:12:55
22 while you were speaking --      12:12:57
23      A.    No.      12:12:58
24      Q.    -- with Mr. Levander?      12:12:58
25      Let me just finish the question.      12:13:00

**17**

Teicher - CONFIDENTIAL

1
2      A.    I'm sorry.      12:13:02
3      Q.    Was anyone on the phone with you?      12:13:04
4      A.    No.      12:13:05
5      Q.    Other than these two conversations      12:13:05
6 which you've identified, which took place      12:13:06
7 approximately at some point last week, have you      12:13:09
8 had any other conversations with any of the other      12:13:12
9 attorneys representing Mr. Merkin or Gabriel      12:13:15
10 Capital Corp.?      12:13:21
11      A.    I had another conversation with -- I      12:13:22
12 think I had three conversations with Andy      12:13:23
13 Levander all together about this matter.      12:13:25
14      Q.    When did the third -- by the third      12:13:28
15 being -- we've already talked about the first      12:13:30
16 two.  When did the third conversation with      12:13:32
17 Mr. Levander take place?      12:13:34
18      A.    I think the third one may have been      12:13:35
19 the first one.      12:13:37
20      Q.    In time.      12:13:39
21      A.    Sometime between -- I don't recall      12:13:41
22 exactly when it was.  It was a week or two ago,      12:13:43
23 maybe three weeks ago.      12:13:47
24      Q.    Do you know how long, Mr. Teicher,      12:13:48
25 that conversation lasted?      12:13:50

5 (Pages 14 to 17)

**18**

Teicher - CONFIDENTIAL

1
2      A.    Lasted no more than seven to ten      12:13:55
3    minutes.                              12:13:57
4      Q.    What did you talk to Mr. Levander    12:13:58
5    about in that conversation?            12:13:59
6      A.    I spoke to him about Ezra, about     12:14:02
7    Madoff. I told him that if there's something he  12:14:07
8    wants to know about what was going on then, that  12:14:14
9    if I could be helpful, I'd be helpful.    12:14:16
10      Q.    And when you said that you spoke to  12:14:19
11    Mr. Levander about Ezra, is there anything    12:14:21
12    specific that you can recall?          12:14:24
13      A.    I said that -- let me just think     12:14:38
14    what specifically we were talking about there.   12:14:39
15            I guess I said that Ezra has a      12:14:49
16    tendency to exaggerate things and that he should  12:14:52
17    understand that about him. I -- I think I'm   12:14:57
18    pretty sure I said to him that it would be     12:15:12
19    difficult to deal with someone who you know,    12:15:19
20    since they've known each other for a long time.  12:15:20
21    Because when he's talking to Ezra, he probably  12:15:23
22    understands Ezra in the context of his memory, as  12:15:29
23    opposed to what the facts are of a particular   12:15:32
24    matter.                               12:15:36
25      Q.    Just so I'm clear, so the record is  12:15:37

**19**

Teicher - CONFIDENTIAL

1
2    clear, you said they've known each other. You're  12:15:39
3    not referring to yourself in the third person?   12:15:44
4      A.    No, Ezra and Andy, they've known    12:15:46
5    each other for a long time.            12:15:49
6      Q.    How do you know --                 12:15:50
7      A.    I also -- what?                     12:15:51
8      Q.    How do you know that?              12:15:53
9      A.    Ezra had recommended my using Andy  12:15:56
10    Levander in certain matters, so they've known   12:15:58
11    other for a long time, for some time at least. I  12:16:02
12    don't know long or short, but it was for some   12:16:06
13    time.                                12:16:09
14      Q.    And you said part of the            12:16:13
15    conversation with Mr. Levander -- I think in that  12:16:15
16    conversation you said, Ezra has a tendency to   12:16:19
17    exaggerate things?                     12:16:22
18      A.    Yes, exaggerate things and may not  12:16:23
19    necessarily be exactly the case.        12:16:26
20      Q.    Is that based on some personal     12:16:28
21    experience?                           12:16:31
22      A.    Yes.                              12:16:31
23      Q.    Did you have an example, or did you  12:16:31
24    give an example to Mr. Levander at that time?   12:16:33
25      A.    Yes, I think if he said that his    12:16:35

**20**

Teicher - CONFIDENTIAL

1
2    wife was ill in the hospital, it might not     12:16:37
3    necessarily be the case.               12:16:40
4      Q.    That's based on a personal          12:16:47
5    experience?                           12:16:49
6      A.    Yes.                              12:16:49
7      Q.    Did you tell Mr. Levander anything  12:16:52
8    else about Ezra other than what you've already  12:16:53
9    testified to?                         12:16:55
10      A.    Not at this moment that I recall,   12:16:58
11    but perhaps an hour or two from now, if you ask  12:17:08
12    me again, maybe I'll recall then.       12:17:13
13      Q.    Yes.                              12:17:15
14      A.    I just don't recall offhand anything  12:17:15
15    else we spoke about.                   12:17:17
16      Q.    Okay. That's fine. I'm not asking  12:17:24
17    you --                                12:17:26
18      A.    I don't recall -- it's like I don't  12:17:27
19    recall offhand so much.                12:17:28
20      Q.    To the extent you recall at a break  12:17:30
21    or sometime later, we can get back into that.   12:17:32
22      A.    Very good.                         12:17:34
23      Q.    That's fine.                       12:17:35
24            I think another topic I guess of the  12:17:36
25    of this first conversation in terms of time    12:17:38

**21**

Teicher - CONFIDENTIAL

1
2    sequence, you said you spoke to Mr. Levander    12:17:41
3    about Madoff: is that correct?          12:17:43
4      A.    (Witness nods head in the           12:17:47
5    affirmative.)                         12:17:47
6      Q.    Yes?                              12:17:48
7      A.    Yes.                              12:17:49
8      Q.    What did you specifically --        12:17:49
9      A.    I'm sorry -- I'm sorry.            12:17:50
10      Q.    Go ahead, tell me what you --       12:17:52
11      A.    I remember that one of the things   12:17:54
12    that -- let me just try to remember, if I can   12:17:57
13    remember this talking with him or talking to    12:18:01
14    someone else.                         12:18:03
15            Yes, I remember telling him that -- 12:18:06
16    that I had a conversation with Dan Hess, who used  12:18:07
17    to be a trader at Gabriel, and that we spoke    12:18:19
18    about a fellow who's an accountant there. His   12:18:23
19    name is Andrew Gordon. And that Andrew had     12:18:28
20    called Dan after the Madoff news broke.        12:18:35
21            And he said that -- Andrew said     12:18:39
22    that, when he was there, he was looking at the  12:18:45
23    Madoff tickets, and there were many tickets that  12:18:48
24    had come in late with changes in prices and that  12:18:52
25    the thing looked like a fraud to him.   12:18:56

6 (Pages 18 to 21)

**22**

Teicher - CONFIDENTIAL

2  Q.   So just I can understand, when did   12:19:03
3  this conversation -- this conversation took place   12:19:06
4  with Mr. Levander --   12:19:08
5  A.   I recall --   12:19:11
6  MS. PEERCE:   Which conversation?   12:19:11
7  MR. GUGLIELMO:   The -- I guess we're   12:19:12
8  talking sequentially.  They were continuing   12:19:13
9  on the --   12:19:16
10  Q.   Is this the first conversation in   12:19:17
11  which you discussed these facts that you just   12:19:18
12  testified to?   12:19:19
13  MR. MENNITT:   Objection to the form.   12:19:22
14  Joe, it's a conversation within a   12:19:23
15  conversation..  I think that was the   12:19:24
16  objection.   12:19:26
17  MS. PEERCE:   Right.   12:19:26
18  A.   I don't recall which conversation.   12:19:27
19  I think it was -- it was not the last   12:19:29
20  conversation.  It was the earlier conversation.   12:19:31
21  Q.   And by being conversation, were you   12:19:33
22  speaking with Mr. Levander about these facts?   12:19:34
23  A.   Yes.   12:19:39
24  Q.   And time-wise, you spoke to him   12:19:39
25  about these facts a few weeks ago?   12:19:42

**23**

Teicher - CONFIDENTIAL

2  A.   Within the last several weeks.   12:19:47
3  Q.   Let's get some understanding.   12:19:50
4  You indicated to Mr. Levander that   12:19:52
5  you had a conversation with a Dan Hess?   12:19:53
6  A.   Yes, Dan Hess.   12:19:56
7  Q.   Who is Dan Hess?   12:19:58
8  A.   H-E-S-S.   12:19:59
9  Q.   Who is Dan Hess?   12:20:01
10  A.   He was a trader at Gabriel Capital.   12:20:03
11  Q.   By "Gabriel Capital," you're talking   12:20:12
12  about Gabriel Capital Corp., which Mr. Ezra   12:20:13
13  Merkin runs?   12:20:15
14  A.   I'm referring to the operations that   12:20:16
15  take place at 450 Park, maybe 29th floor,   12:20:18
16  something like that.   12:20:24
17  Q.   Did Mr. Hess ever work for you, too?   12:20:25
18  A.   Yes.   12:20:28
19  Q.   When did he work for you?   12:20:29
20  A.   He started working for me in -- I   12:20:30
21  believe sometime -- it was either '84 or '85.   12:20:40
22  Q.   We'll get into that in a bit.   12:20:49
23  So I'm clear, you indicated that you   12:20:51
24  had a conversation with Dan Hess, who was a   12:20:55
25  trader at Gabriel.  And in that conversation,   12:20:56

**24**

Teicher - CONFIDENTIAL

2  Mr. Hess spoke to Mr. Gordon; is that correct?   12:21:01
3  A.   He said that he had recently spoken   12:21:06
4  with Andrew Gordon.   12:21:07
5  Q.   Who is Andrew Gordon?   12:21:08
6  A.   Andrew Gordon was an accountant at   12:21:10
7  Gabriel Capital.   12:21:13
8  Q.   And that Mr. Hess spoke to   12:21:14
9  Mr. Gordon after the Madoff fraud had been   12:21:18
10  exposed time frame and had indicated that they   12:21:23
11  had looked at some of the trading tickets; is   12:21:27
12  that correct?   12:21:29
13  A.   That he, Andrew Gordon, had seen   12:21:30
14  some of the trading tickets and he had spoken to   12:21:32
15  Ezra and Michael Autera about those tickets..   12:21:36
16  Q.   Do you know that because -- do you   12:21:39
17  know -- did Mr. Hess tell you the time frame that   12:21:41
18  he spoke with Mr. Gordon about the trading   12:21:44
19  tickets?   12:21:48
20  A.   The time frame he had spoken to him   12:21:49
21  was after Madoff was revealed.   12:21:52
22  Q.   December of this past year?   12:21:55
23  A.   Madoff was revealed sometime in   12:21:57
24  December, wasn't it?   12:21:59
25  Q.   Yes.   12:22:00

**25**

Teicher - CONFIDENTIAL

2  A.   Yes, between December and a week or   12:22:01
3  so ago, three weeks ago.   12:22:03
4  Q.   And then you indicated that -- I   12:22:05
5  guess it's Mr. Gordon had looked at the trading   12:22:09
6  tickets --   12:22:12
7  A.   Uh-huh.   12:22:12
8  Q.   -- of Bernard Madoff; is that   12:22:13
9  correct?   12:22:15
10  A.   Yes.  Bernie Madoff, yes.   12:22:16
11  Q.   And that -- can you explain to me   12:22:17
12  what was wrong with those trading tickets.   12:22:21
13  MS. PEERCE:   Object to the form.   12:22:24
14  A.   I mean, I don't know.  I've never   12:22:25
15  seen the trading tickets, so I don't personally   12:22:27
16  know what was wrong with them.   12:22:29
17  Q.   What was told to you?   12:22:30
18  A.   That the tickets -- some of the   12:22:31
19  tickets were coming in late and with changes in   12:22:35
20  prices.  And that it seemed as if those tickets   12:22:38
21  indicated that -- a lot of returns.  Some of the   12:22:44
22  returns were achieved through the price changes   12:22:49
23  in these tickets.   12:22:56
24  Q.   And so I understand it, you have a   12:22:31
25  background in securities or trading; is that   12:23:02

**7 (Pages 22 to 25)**

**26**

Teicher - CONFIDENTIAL

1
2  correct?                                    12:23:05
3      A.    Securities, yes.               12:23:07
4      Q.    So by trading tickets coming in    12:23:08
5  late, what are you referring to?        12:23:11
6      A.    That is when a trade is done, a   12:23:14
7  ticket -- a buy or sell ticket is generated, and    12:23:16
8  that buy or sell ticket is then sent to the    12:23:19
9  customer.                                 12:23:22
10     Q.    And so coming in late, it's coming    12:23:25
11 in a period of time after it should have come in?    12:23:28
12     A.    Yes.  Or either that or there were    12:23:30
13 corrective tickets.  That is, ticket comes in, it    12:23:33
14 says that the trade done a week or so ago was    12:23:36
15 done at a different price and that the trade    12:23:40
16 ticket that had come in earlier would be    12:23:41
17 canceled.                                 12:23:44
18     Q.    You said there were a lot of    12:23:50
19 returns.  Is that returns of trading tickets?  Or    12:23:51
20 what did you mean by that?               12:23:54
21     A.    No, it's just that the earlier    12:23:55
22 ticket is now canceled and that this new ticket    12:23:57
23 with the different price or quantity is what    12:24:03
24 actually is for the record.               12:24:08
25     Q.    And then I think you said that --    12:24:10

**27**

Teicher - CONFIDENTIAL

1
2  was it Mr. Gordon that ended up speaking to    12:24:13
3  Mr. Autera about this?                    12:24:16
4      A.    Dan Hess said that Andrew Gordon had    12:24:18
5  spoken to Mike Autera and to Ezra.        12:24:22
6      Q.    Who is Mike Autera?            12:24:26
7      A.    Mike Autera is the principal    12:24:30
8  accountant or chief financial officer of Gabriel    12:24:31
9  Capital.                                  12:24:34
10     Q.    And "Ezra" being Ezra Merkin so --    12:24:34
11     A.    Yes.                          12:24:36
12     Q.    So Mr. Hess relayed a conversation    12:24:38
13 with you that --                          12:24:40
14     MS. PEERCE:  To you.              12:24:43
15     MR. GUGLIELMO:  I'm sorry.        12:24:44
16     Q.    -- to you that Mr. Gordon had spoken    12:24:44
17 to Mr. Autera and Mr. Merkin about this issue?    12:24:47
18     A.    Yes.                          12:24:50
19     Q.    And do you have an understanding why    12:24:51
20 Mr. Hess called you to talk to you about this?    12:24:53
21     A.    I don't recall if Dan called me or I    12:24:57
22 called Dan.  I don't recall who called who.  But    12:24:59
23 since this was a major event and since we were at    12:25:09
24 the firm, at some point we just felt like talking    12:25:13
25 about it.                                 12:25:21

**28**

Teicher - CONFIDENTIAL

1
2      Q.    So I'm clear for the record, you    12:25:32
3  relayed these facts to Mr. Levander?      12:25:33
4      A.    I believe I did.               12:25:38
5      Q.    And were there any other facts that    12:25:39
6  you communicated to Mr. Levander during the time    12:25:44
7  you communicated these facts?            12:25:48
8      A.    I don't recall offhand.        12:25:51
9      Q.    And the time --                12:25:53
10     A.    Maybe I'll recall something a bit --    12:25:54
11 I don't recall offhand.                   12:25:56
12     Q.    And the duration of the conversation    12:25:57
13 was approximately seven to ten minutes?    12:25:58
14     A.    I suspect that's about right.    12:26:08
15     Q.    Do you know if anyone else was on    12:26:09
16 the phone with Mr. Levander at the time you had    12:26:10
17 this conversation?                        12:26:12
18     A.    I don't believe anyone was on the    12:26:13
19 phone.                                    12:26:14
20     Q.    And no one was on with you?    12:26:14
21     A.    No one was on with me.         12:26:17
22     Q.    Other than these three conversations    12:26:20
23 that you've had with Mr. Levander concerning    12:26:21
24 Mr. Merkin, have you had any other conversations    12:26:27
25 with anyone else at Dechert concerning    12:26:31

**29**

Teicher - CONFIDENTIAL

1
2  Mr. Merkin?                               12:26:33
3      A.    I don't recall having a conversation    12:26:42
4  with anyone there.                        12:26:36
5      MS. PEERCE:  Just to just protect    12:26:46
6  any sort of privilege, you're talking about    12:26:48
7  in connection with NYU's litigation against    12:26:50
8  Mr. Merkin.  Because, as you know, Dechert    12:26:54
9  does represent Mr.. Teicher, and I would not    12:26:57
10 want to be in some way waiving that    12:27:00
11 privilege.                                12:27:03
12     So if you can keep it to --       12:27:03
13     MR. GUGLIELMO:  To the facts    12:27:06
14 surrounding the NYU litigation.           12:27:07
15     Q.    I understand you have a separate SEC    12:27:09
16 issue which Mr. Levander is handling.  It would    12:27:10
17 be the facts surrounding this litigation.    12:27:13
18     MS. PEERCE:  I'm directing the    12:27:16
19 witness not to answer any questions or not    12:27:17
20 to reveal any privileged communications you    12:27:18
21 might have had with Dechert concerning your    12:27:20
22 own matter.                               12:27:22
23     THE WITNESS:  Yes.                12:27:23
24     A.    I don't recall if I spoke with    12:27:24
25 anyone else there about this.             12:27:26

8 (Pages 26 to 29)

**30**

Teicher - CONFIDENTIAL

2  Q.   And just again to clarify that, do   12:27:28
3  you recall having any conversations with any   12:27:31
4  other individuals at Dechert concerning Madoff?   12:27:35
5  A.   I don't recall having any other   12:27:41
6  conversations with anyone but Andy.   12:27:43
7  Q.   And then go down the chain here,   12:27:48
8  have you had any conversations with any attorneys   12:27:53
9  at the Schulte Roth firm concerning Mr. Merkin?   12:27:56
10  A.   No.   12:28:00
11  Q.   Okay.   12:28:00
12  MS. PEERCE:   Again, because I'm   12:28:02
13  brand-new to this, I don't know whether   12:28:04
14  Schulte Roth may have had some involvement   12:28:06
15  back in the day, that is back in the '90s,   12:28:08
16  when he was associated with Mr. Merkin.   So   12:28:11
17  if you can confine it to the post December   12:28:14
18  break of the news forward, then that would   12:28:17
19  be fine.   12:28:19
20  Q.   Have you had any recent   12:28:21
21  conversations with anyone at Schulte concerning   12:28:22
22  the facts of this case?   12:28:24
23  A.   No.   12:28:25
24  Q.   Okay.   Mr. Teicher, without getting   12:28:35
25  into any attorney-client communication with your   12:29:00

**31**

Teicher - CONFIDENTIAL

2  attorney, Miss Peerce, can you describe for me   12:29:03
3  what you did to prepare for this deposition   12:29:05
4  today.   12:29:07
5  A.   Besides speaking with Margie?   12:29:14
6  Q.   Yeah.   12:29:17
7  Did you review any documents, for   12:29:17
8  example?   12:29:19
9  A.   Yes.   12:29:20
10  Q.   Can you describe for me generally   12:29:24
11  what documents you reviewed.   12:29:25
12  A.   I reviewed the e-mails that I had   12:29:28
13  sent Ezra.   12:29:30
14  Q.   By e-mails you sent Ezra, what   12:29:34
15  e-mails are you referring to?   12:29:34
16  A.   When the Madoff news first came out,   12:29:38
17  I sent him three e-mails.   12:29:41
18  Q.   What was the substance of -- let's   12:29:44
19  take the first e-mail?   12:29:49
20  A.   I mean, I don't remember the order   12:29:54
21  of the e-mails one way or another.   12:29:55
22  Q.   That's fine.   If you can generally   12:29:57
23  describe what the -- what the subject matter or   12:29:59
24  the substance of the e-mails were, take it any   12:30:03
25  way you can.   12:30:05

**32**

Teicher - CONFIDENTIAL

2  MS. PEERCE:   Can we go off the   12:30:28
3  record for a second if you don't mind?   I   12:30:28
4  may be able to shortcut this.   12:30:32
5  MR. GUGLIELMO:   Okay.   12:30:33
6  THE VIDEOGRAPHER:   We're off the   12:30:34
7  record.   The time is 12:30.   12:30:34
8  (Recess from the record.)   12:35:19
9  THE VIDEOGRAPHER:   We're back on the   12:35:21
10  record.   The time is 12:35.   12:35:21
11  MR. GUGLIELMO:   Do you want to   12:35:26
12  just --   12:35:26
13  MS. PEERCE:   Yes.   During the break,   12:35:27
14  I provided to counsel three e-mails which   12:35:29
15  were from Mr. Teicher's outbox, which had   12:35:34
16  previously been forwarded to me.   And I   12:35:38
17  redacted any reference to the forwarding to   12:35:40
18  me to just contain the three e-mails dated   12:35:42
19  December 13, 2008, at 3:03 a.m.;   12:35:45
20  December 11, 2008, at 11:38 p.m.; and   12:35:48
21  December 13, 2008, at 9:47 a.m.   12:35:52
22  These are between Victor Teicher --   12:35:56
23  from Victor Teicher to Ezra Merkin.   I am   12:35:58
24  requesting that these e-mails be designated   12:36:02
25  confidential..   12:36:04

**33**

Teicher - CONFIDENTIAL

2  And I'm also requesting, and will   12:36:04
3  follow up as needed under the   12:36:06
4  confidentiality agreement, that this   12:36:07
5  deposition being confidential in its   12:36:09
6  entirety.   12:36:11
7  MR. GUGLIELMO:   Okay.   12:36:12
8  MS. PEERCE:   And I will provide   12:36:13
9  these e-mails with a confidentiality stamp,   12:36:14
10  et cetera, after the deposition.   12:36:17
11  A.   And incidentally, I do recall   12:36:20
12  another thing I mentioned to Andy, which is that   12:36:23
13  I felt that the way the matter with Ezra was   12:36:24
14  being handled in the media was rather poor.   And   12:36:29
15  that I felt that Ezra should hire a PR firm that   12:36:34
16  specializes in crisis management and he should   12:36:42
17  lay out his case in the media.   Because if he   12:36:44
18  loses the case in the media, he's going to   12:36:49
19  perhaps wind up having a difficult time in court.   12:36:52
20  BY MR. GUGLIELMO:   12:36:58
21  Q.   And that was part of what   12:36:58
22  conversation, which conversation, I should say?   12:36:59
23  A.   I don't remember which one.   12:37:02
24  Q.   Was that something that you just   12:37:04
25  provided --   12:37:05

9 (Pages 30 to 33)

**34**

Teicher - CONFIDENTIAL

2  A.  Yes, it's just sort of my view of  12:37:06
3  it.  12:37:08
4  Q.  Mr. Teicher, I'm going to identify  12:37:13
5  these individually.  But let's identify for the  12:37:15
6  record I guess Teicher 1, an e-mail from Victor  12:37:18
7  Teicher, which is dated Thursday,  12:37:23
8  December 11th, 2008, at 11:38 p.m., to J. Ezra  12:37:26
9  Merkin.  12:37:31
10  Do you see that?  12:37:32
11  A.  Yes.  12:37:33
12  Q.  First, Mr. Teicher, do you recognize  12:37:34
13  this document identified as Exhibit 1?  12:37:37
14  A.  Yes, I do.  12:37:39
15  Q.  What is this document?  12:37:40
16  A.  This is an e-mail I sent Ezra.  12:37:40
17  Q.  So did you send this e-mail on or  12:37:44
18  about December 11, 2008, at 11:38 p.m.?  12:37:46
19  A.  I don't know, but if that's the date  12:37:51
20  on it, that's must be when I sent it.  12:37:54
21  Q.  And what service did you use to send  12:37:56
22  this e-mail?  Do you have an e-mail service at  12:37:58
23  home?  12:38:01
24  A.  Yes, through my Microsoft Outlook.  12:38:02
25  Q.  What e-mail address did you use to  12:38:06

**35**

Teicher - CONFIDENTIAL

2  send this e-mail address?  12:38:07
3  A.  I just put Ezra's name there, and it  12:38:09
4  just pops up and I press the name.  12:38:12
5  Q.  So he's in your Microsoft Outlook or  12:38:14
6  something like that?  12:38:17
7  A.  Yes.  12:38:19
8  Q.  Your e-mail address says Victor  12:38:19
9  Teicher.  What's your e-mail address by which  12:38:21
10  this was sent?  12:38:22
11  A.  Victor@ithacapartners.com.  12:38:25
12  Q.  Is that all one word,  12:38:29
13  Ithacapartners.com?  12:38:30
14  A.  Yes.  12:38:32
15  Q.  And, Mr. Teicher, does this e-mail  12:38:33
16  still exist in your outbox or sent items at work?  12:38:36
17  A.  I would think so, but I'm not sure.  12:38:42
18  Q.  You haven't -- you haven't attempted  12:38:45
19  to delete it or anything like that?  12:38:47
20  A.  I don't recall having done so.  I  12:38:49
21  don't know why I would have done so.  12:38:51
22  Q.  And is this the first e-mail that  12:38:52
23  you sent Mr. Merkin concerning Madoff?  12:38:54
24  A.  I recall sending him three.  And  12:39:00
25  since this is dated earlier than the other two,  12:39:02

**36**

Teicher - CONFIDENTIAL

2  this must be the first.  12:39:05
3  MS. PEERCE:  In what time frame?  12:39:07
4  Q.  Subsequent to the --  12:39:09
5  A.  The Madoff --  12:39:10
6  Q.  -- Madoff --  12:39:10
7  A.  -- revelations.  12:39:13
8  Q.  Yes.  12:39:14
9  MS. PEERCE:  Okay.  12:39:16
10  A.  Yes.  12:39:17
11  Q.  So this would be the first one based  12:39:17
12  on your recollection.  12:39:19
13  A.  Yes.  12:39:19
14  Q.  I'm going to quote this for the  12:39:20
15  record and then I'm going to ask you some  12:39:21
16  questions.  The subject matter is blank, and then  12:39:23
17  there's text in the e-mail.  It appears that  12:39:25
18  says, "The Madoff news is hilarious; hope you  12:39:27
19  negotiate out of this mess as well as possible;  12:39:34
20  I'm yours to help in any way I can;  12:39:39
21  unfortunately, you've paid a big price for a  12:39:41
22  lesson on the cost of being greedy."  12:39:47
23  We'll take this e-mail -- I guess  12:39:55
24  the text of the e-mail.  Indicating "the Madoff  12:39:56
25  news is hilarious," what did you mean by that?  12:40:00

**37**

Teicher - CONFIDENTIAL

2  A.  I meant that the Madoff news was  12:40:03
3  hilarious.  12:40:05
4  Q.  By "hilarious" obviously you're  12:40:06
5  being sarcastic.  12:40:09
6  A.  I thought it was very funny.  12:40:11
7  Q.  Why did you think it was funny?  12:40:12
8  A.  I think almost everything is funny.  12:40:14
9  I think that ultimately the truth is funny.  And  12:40:16
10  when the truth is revealed, that's hilarious.  12:40:23
11  Q.  Did that statement have at least --  12:40:29
12  did that statement have anything to do with I  12:40:31
13  guess your opinion that Madoff was a fraud?  12:40:35
14  A.  No, I don't -- the way I think of it  12:40:40
15  is that I think Madoff was well-considered and --  12:40:45
16  by many people in the investment community.  And  12:40:52
17  when it was revealed that he wasn't all that he  12:40:56
18  was cooked up to be, the revelation of that truth  12:40:59
19  made it funny.  12:41:03
20  I mean, if people thought poorly of  12:41:11
21  Madoff and then there was news that would lead  12:41:14
22  one to think poorly of him, that wouldn't be very  12:41:19
23  funny, would it?  12:41:22
24  Q.  He had a good reputation.  12:41:23
25  A.  Yes, he had a good reputation.  So  12:41:25

10 (Pages 34 to 37)

**38**

1      Teicher - CONFIDENTIAL
2   when the truth is revealed, it's always funny.   12:41:27
3      Q.   I guess let's take the next phrase   12:41:30
4   in the e-mail.  You said "hope you negotiate out   12:41:32
5   of this mess as well as possible."   12:41:34
6         What were you -- what was the --   12:41:37
7      A.   Well, I thought that problems would   12:41:39
8   arise from anyone directly or indirectly involved   12:41:44
9   in the Madoff scandal.  And so I basically gave   12:41:49
10  him my sentiments that I hoped that it all goes   12:41:57
11  well for him, whatever the repercussions.   12:42:01
12     Q.   And so I'm clear, this e-mail on   12:42:05
13  December 11, was this the first time you had   12:42:07
14  attempted to communicate with Mr. Merkin   12:42:09
15  concerning the Madoff revelations?   12:42:12
16     A.   I believe so, but I'm not sure.  I   12:42:14
17  believe so.   12:42:17
18     Q.   You didn't try to pick up the phone   12:42:18
19  before that?   12:42:19
20     A.   I don't recall.   12:42:20
21     Q.   And then the next phrase that you   12:42:23
22  have in your e-mail says, "I'm yours to help in   12:42:25
23  any way I can."   12:42:27
24         What were you referring to, or what   12:42:29
25  did you mean by that?   12:42:31

**39**

1      Teicher - CONFIDENTIAL
2      A.   Well, if he wanted to talk things   12:42:32
3   over about this matter -- I think at the end,   12:42:34
4   what I meant was that -- Ezra tends to be very   12:42:45
5   anxious.  And by being with me, he becomes less   12:42:48
6   anxious.  And so if he wanted me -- wanted to   12:42:56
7   talk to me, it would allay any anxiety that he   12:42:59
8   might otherwise have.  A lot of people feel that   12:43:04
9   way about me.   12:43:08
10     Q.   The next I guess phrase in this   12:43:15
11  e-mail, you say, "unfortunately, you've paid a   12:43:17
12  big price for a lesson on the cost of being   12:43:20
13  greedy."   12:43:22
14         What did you mean by that?   12:43:23
15     A.   Well, I meant that investing with   12:43:27
16  Bernie Madoff was very, very easy in some sense;   12:43:33
17  that it was -- the consistency of returns was   12:43:38
18  such that it made it very appealing.  And that   12:43:44
19  Ezra was able to raise a lot of money by virtue   12:43:52
20  of investing in Madoff.   12:44:02
21     Q.   And what's your understanding for   12:44:03
22  that, investing with Madoff was very easy?   12:44:04
23     A.   Well, it was very -- if you show   12:44:07
24  someone fairly consistent returns over time,   12:44:09
25  people really like that kind of consistency.  And   12:44:13

**40**

1      Teicher - CONFIDENTIAL
2   so if you're going to raise money to invest and   12:44:16
3   you can show people those kind of returns, you'll   12:44:22
4   have those people -- they'll very easily invest   12:44:25
5   with you.   12:44:29
6      Q.   Did you observe -- sorry.   12:44:30
7      A.   Pardon?   12:44:32
8      Q.   I'm sorry.  Go ahead.   12:44:33
9         Did you ever talk with Mr. Merkin   12:44:34
10  about the consistency, as you put it?   12:44:35
11     A.   Yes.   12:44:38
12         MS. PEERCE:  In what time period?   12:44:40
13     Q.   Let's start with the most recent   12:44:41
14  time frame.   12:44:43
15     A.   No.   12:44:44
16     Q.   In prior time frames, you had talked   12:44:44
17  to him about the consistency of Madoff's --   12:44:45
18     A.   Yes.   12:44:48
19     Q.   -- returns?   12:44:48
20     A.   Yes.   12:44:49
21     Q.   And in what context did you speak to   12:44:50
22  him about?   12:44:52
23     A.   How did it come up?  I mean --   12:44:55
24     Q.   Yes.   12:44:59
25     A.   He told me sometime -- perhaps it   12:45:02

**41**

1      Teicher - CONFIDENTIAL
2   was '92 or '93, that he was considering investing   12:45:05
3   with Bernie Madoff.  And he described Madoff in   12:45:09
4   terms of what he was doing and the consistency of   12:45:17
5   the returns, and I felt that that was just not   12:45:21
6   possible.   12:45:26
7      Q.   What was -- why did you feel it   12:45:28
8   wasn't possible?   12:45:30
9      A.   Because I've never seen anyone -- I   12:45:32
10  mean, have such consistent returns.  It's   12:45:35
11  possible to do 50 percent a year.  In some years   12:45:39
12  you do more and some years you do less, but just   12:45:42
13  the nature of the business, you just can't year   12:45:44
14  in and year out have such low volatility in the   12:45:47
15  returns.   12:45:52
16     Q.   Did you express these concerns to   12:45:53
17  Ezra?   12:45:55
18     A.   I wouldn't call them concerns.  I   12:45:57
19  would just say that's -- I told him I didn't   12:45:59
20  think -- it just didn't seem like it was   12:46:01
21  possible.   12:46:04
22     Q.   And do you have any sort of   12:46:05
23  background in the types of investments that   12:46:08
24  Mr. Madoff was supposedly investing in?   12:46:12
25     A.   I'm not sure I know what he was   12:46:18

**11 (Pages 38 to 41)**

**42**

Teicher - CONFIDENTIAL

1  doing exactly.                                    12:46:21
2       Q.    I guess when you first talked to       12:46:22
3  Mr. Merkin in around 1992, 1993 time frame, and I  12:46:25
4  guess you had this discussion about Madoff, did    12:46:30
5  you review any materials or read up, or was it     12:46:35
6  just a conversation upon which you said his        12:46:38
7  returns are too consistent?                        12:46:41
8            MR. MENNITT:  Objection to the form.    12:46:45
9       A.    It was just a conversation.            12:46:46
10      Q.    Did you follow up that conversation?   12:46:47
11      A.    Follow up?                             12:46:50
12      Q.    Follow up.  Did you do anything        12:46:51
13  after that conversation?                          12:46:52
14           MS. PEERCE:  Do you mean any due        12:46:54
15  diligence?                                        12:46:55
16      Q.    Did you do anything with respect       12:46:57
17  to -- yeah, did you do any due diligence with     12:46:59
18  respect to Madoff?                                12:47:01
19      A.    No.                                     12:47:02
20      Q.    Did you have any subsequent            12:47:03
21  conversations with Mr. Merkin concerning Madoff?  12:47:04
22      A.    Yes.                                    12:47:07
23      Q.    And when did those take place?          12:47:08
24      A.    Over the years.                         12:47:11

**43**

Teicher - CONFIDENTIAL

1       Q.    Was it the same type of conversation   12:47:12
2  that you had with him?                             12:47:14
3       A.    The same.                              12:47:15
4       Q.    And you reiterated to Mr. Merkin       12:47:17
5  that the returns were too consistent?             12:47:19
6       A.    Yes.                                    12:47:22
7       Q.    And what was his response to you?  I    12:47:23
8  guess let's start with the first conversation in   12:47:25
9  and around 1992, 1993 time frame.                 12:47:27
10      A.    He didn't have a response..            12:47:34
11      Q.    So he didn't say anything when you     12:47:36
12  mentioned it to him?                              12:47:37
13      A.    Nothing that I recall.                  12:47:38
14      Q.    Did he do anything that you know of?    12:47:40
15  Did he decide not to invest in Mr. Madoff's       12:47:43
16  investments or did he go ahead and do it?          12:47:48
17           MS. PEERCE:  Object to the form.        12:47:51
18      Q.    You can answer.                         12:47:52
19      A.    He invested in Madoff, as far as I     12:47:53
20  understood.                                       12:47:55
21      Q.    And then you had -- you raised the     12:47:56
22  issue of the consistency of Mr. Madoff's returns  12:48:01
23  again at some point down the line; correct?       12:48:04
24      A.    Yes.                                    12:48:07

**44**

Teicher - CONFIDENTIAL

1       Q.    And approximately when did you raise   12:48:07
2  those -- when did you raise those issues again     12:48:12
3  with Mr. Merkin?                                   12:48:15
4       A.    Whenever we spoke of Madoff or         12:48:17
5  not -- I shouldn't say whenever we spoke of        12:48:20
6  Madoff, but if there was a discussion of Madoff,   12:48:22
7  I put my views forward.                           12:48:28
8       Q.    How often do you think those           12:48:30
9  conversations took place?                          12:48:32
10      A.    I just don't know offhand.  I mean,    12:48:35
11  it's -- here and there.  Madoff was a name that   12:48:38
12  was mentioned here and there.                      12:48:42
13      Q.    And in the subsequent conversations,   12:48:54
14  did you continue to express your views that the   12:48:56
15  returns were too consistent?                       12:48:58
16      A.    That the returns were too              12:49:01
17  consistent.  I didn't like the fact that he       12:49:03
18  self-cleared as well.                             12:49:08
19      Q.    What does that mean?                    12:49:11
20      A.    That is that he would represent to     12:49:13
21  you the securities that you held -- that were     12:49:15
22  held in your account, as opposed to that being    12:49:19
23  done by a third party.                            12:49:23
24      Q.    And you didn't like that because?       12:49:26

**45**

Teicher - CONFIDENTIAL

1       A.    Because there's room for              12:49:28
2  misrepresentations.  There's no check that what    12:49:32
3  you've told -- what you've been told has been      12:49:40
4  done has actually been done.  There have been      12:49:43
5  cases in the past that were frauds that the        12:49:47
6  people were self-clearing.                         12:49:52
7       Q.    Did you communicate these issues to    12:50:02
8  Mr. Merkin?                                         12:50:04
9       A.    I recall the consistency of returns    12:50:07
10  clearly as a salient issue.  The other things, I  12:50:11
11  just thought that I had -- I don't recall         12:50:22
12  specifically when or if things related to that    12:50:25
13  were -- I just remember generally that I had a    12:50:29
14  view about Madoff.                                 12:50:33
15      Q.    But did you -- the things you          12:50:35
16  identified, I think you said self-clearing and    12:50:36
17  then you identified some issues with the problems  12:50:39
18  with self-clearing.  Did you ever discuss         12:50:41
19  with self-clearing.  Did you ever discuss          12:50:42
20      A.    I don't have any specific               12:50:42
21  recollection of having that discussion.  I just    12:50:44
22  don't recall offhand.                             12:50:47
23      Q.    Was Mr. Merkin aware that Mr. Madoff   12:50:49
24  was self-clearing?                                12:50:51
25      A.    I don't know.  I mean, I guess since   12:50:57

12 (Pages 42 to 45)

**46**

```
 1          Teicher - CONFIDENTIAL
 2    I was aware of it, I'm guessing that he was aware  12:51:01
 3    of it, otherwise I wouldn't have been aware of    12:51:04
 4    it.                                 12:51:07
 5       Q.    Let me ask you then.               12:51:07
 6             How were you aware that Mr. Madoff    12:51:08
 7    was self-clearing?                    12:51:10
 8       A.    I think probably Michael or Ezra    12:51:12
 9    told me that.                         12:51:13
10       Q.    Again, in the course of           12:51:15
11    conversations regarding Madoff generally?   12:51:16
12       A.    Yes.                         12:51:18
13       Q.    And let's stick with the -- back in  12:51:19
14    the time frame '92, '93, did Mr. Merkin do   12:51:23
15    anything to allay your concerns about the    12:51:27
16    consistency of Madoff returns?            12:51:30
17             MR. MENNITT:  Objection to the form.  12:51:32
18             I think previous questions you said  12:51:32
19    "concerns," and he rejected that           12:51:34
20    terminology.                          12:51:36
21             MR. GUGLIELMO:  You're not entitled  12:51:38
22    to a speaking objection.  You can just       12:51:40
23    object to form.  I'll restate the question.   12:51:42
24             MR. MENNITT:  That was not a        12:51:44
25    speaking objection.  That was a proper       12:51:44
```

**47**

```
 1          Teicher - CONFIDENTIAL
 2    objection.  But you can go right ahead,       12:51:46
 3    Joe.                                 12:51:48
 4             MR. GUGLIELMO:  We can continue with  12:51:49
 5    this.                               12:51:49
 6    BY MR. GUGLIELMO:                       12:51:50
 7       Q.    Mr. Teicher, what did Mr. Merkin do  12:51:50
 8    to allay or to alleviate any of the issues that  12:51:57
 9    you identified concerning the consistency of  12:52:03
10    Mr. Madoff's returns?                   12:52:05
11             MR. MENNITT:  Objection to the form.  12:52:07
12       Q.    You can answer the question.        12:52:08
13       A.    I don't know that he did anything   12:52:11
14    one way or another.  I mean, I told him what  12:52:13
15    problems I had with the Madoff investment    12:52:18
16    returns, and I'm not sure what he could have  12:52:23
17    done.                               12:52:26
18       Q.    Did you know if he -- did he say he  12:52:27
19    was going to do any due diligence or speak to  12:52:28
20    Mr. Madoff or --                      12:52:30
21       A.    I don't recall.                 12:52:32
22       Q.    Did you suggest that he do some due  12:52:34
23    diligence?                           12:52:36
24       A.    I don't recall.                 12:52:39
25       Q.    Did you --                     12:52:41
```

**48**

```
 1          Teicher - CONFIDENTIAL
 2       A.    I don't know -- what due diligence   12:52:41
 3    could you do, really?  These are the returns.  I  12:52:42
 4    mean, that's what the guy's telling you he's   12:52:45
 5    done.  I'm not sure what you could do.        12:52:48
 6       Q.    Did you suggest that he shouldn't   12:52:50
 7    invest with Mr. Madoff?                  12:52:51
 8       A.    Yes.                         12:52:52
 9       Q.    When did you make that suggestion?   12:52:53
10       A.    When I first heard of Madoff.       12:52:55
11       Q.    1992, 1993?                    12:52:56
12       A.    Yes.                         12:52:58
13       Q.    Did you --                     12:52:59
14       A.    I guess it was around then.  I think  12:53:00
15    it was around then, yes.                 12:53:01
16       Q.    Then in the subsequent conversations  12:53:03
17    that you had over time concerning Mr. Madoff, did  12:53:09
18    you continue to tell Mr. Merkin that he shouldn't  12:53:09
19    be investing with Mr. Madoff?             12:53:12
20       A.    No.                          12:53:14
21       Q.    So at a certain point in time, you   12:53:16
22    didn't -- you didn't --                  12:53:18
23       A.    I didn't tell him what he should or  12:53:20
24    shouldn't be doing.  I mean, it's not the way I  12:53:22
25    would go about these things.  But I told him that  12:53:25
```

**49**

```
 1          Teicher - CONFIDENTIAL
 2    I was highly doubtful of -- that I was doubtful  12:53:29
 3    of this whole Madoff thing.  I was doubtful.  Not  12:53:32
 4    highly doubtful, I was just doubtful.        12:53:37
 5             MS. PEERCE:  Can I have one moment,   12:53:49
 6    please.                             12:53:50
 7             MR. GUGLIELMO:  Off the record.       12:53:50
 8             THE VIDEOGRAPHER:  We're off the     12:53:51
 9    record.  The time is 12:53.               12:53:51
10             (Pause from the record.)           12:53:53
11             THE VIDEOGRAPHER:  We're back on the  12:54:27
12    record.  The time is 12:54.               12:54:27
13             THE WITNESS:  Another matter, I did   12:54:31
14    mention to Ezra that -- the issue of the     12:54:32
15    trade tickets coming in late, that this was   12:54:35
16    troublesome.                          12:54:39
17       Q.    And when did you mention this to     12:54:40
18    Mr. Merkin?                          12:54:42
19       A.    When I was first made aware of it.   12:54:44
20       Q.    When were you made aware of the      12:54:45
21    trading tickets?                      12:54:47
22       A.    Very early on.                  12:54:48
23       Q.    1992, 1993 time frame?            12:54:49
24       A.    Yes, yes.                     12:54:51
25       Q.    And was that something you raised    12:54:52
```

13 (Pages 46 to 49)

**50**

Teicher - CONFIDENTIAL

1
2  continually throughout the period that you had          12:54:56
3  discussions concerning Madoff, or was that             12:54:58
4  just --                                                12:55:00
5      A.    No.                                          12:55:00
6      Q.    So it was early on?                          12:55:01
7      A.    (Witness nods head in the                    12:55:03
8  affirmative.)                                          12:55:03
9      Q.    Do you know if the issues that               12:55:03
10 you've identified concerning the trading tickets       12:55:04
11 continued throughout the subsequent years?             12:55:07
12     A.    I have no idea.                              12:55:09
13     Q.    Did you --                                   12:55:12
14     A.    In fact, I would say my -- now I do          12:55:14
15 remember -- at a certain point in time, that was       12:55:17
16 not an issue, that Ezra told me that the tickets       12:55:21
17 were not coming in regularly and that -- that          12:55:23
18 issue was not an issue anymore, yes.                   12:55:27
19     Q.    And by telling you it was not an             12:55:31
20 issue anymore, did he provide any more detail?         12:55:33
21     A.    Not that I recall.                           12:55:35
22     Q.    Did you discuss the trading ticket           12:55:39
23 issues subsequent to that time?                        12:55:42
24     MS. PEERCE:  With whom?                            12:55:45
25     MR. GUGLIELMO:  With Mr. Merkin.                   12:55:46

**51**

Teicher - CONFIDENTIAL

1
2      A.    No.                                          12:55:48
3      Q.    So he basically had a conversation           12:55:51
4  with you and said these trading tickets -- this        12:55:52
5  trading issue that you raised isn't really an          12:55:55
6  issue?                                                 12:56:03
7      A.    Yes.                                         12:56:03
8      Q.    At any time, did Mr. Merkin ever             12:56:09
9  raise with you any concerns that he had with           12:56:12
10 respect to the Madoff investments?                     12:56:15
11     A.    No.                                          12:56:18
12     Q.    Did he ever say to you that he               12:56:19
13 agreed with you that the consistency was too good      12:56:20
14 to be true or not believable?                          12:56:24
15     A.    No, he never said that.                      12:56:26
16     Q.    So this was an issue that you raised         12:56:29
17 throughout the years, and he never agreed with         12:56:32
18 your position?                                         12:56:36
19     MS. PEERCE:  Objection to form.                    12:56:39
20     MR. MENNITT:  Objection to form.                   12:56:39
21     A.    He felt that Madoff was okay.                12:56:41
22     Q.    Did --                                       12:56:46
23     A.    Which was -- I'm sorry.                      12:56:47
24     Q.    Did anyone else agree with you that          12:56:48
25 the consistency was too good to be true, "anyone       12:56:50

**52**

Teicher - CONFIDENTIAL

1
2  else" being anyone else at Gabriel Capital?            12:56:53
3      MS. PEERCE:  Object to the form.                   12:56:56
4      A.    I don't recall the people there              12:56:57
5  having any point of view that was expressed to         12:57:03
6  me. I don't recall anything like that.                 12:57:07
7      Q.    Other than the conversation you had          12:57:09
8  after the revelations were revealed with               12:57:10
9  Mr. Hess, did you have anything -- any                 12:57:14
10 conversations with any of the individuals at           12:57:20
11 Gabriel Capital Corporation concerning the             12:57:22
12 trading tickets?                                       12:57:26
13     A.    Other than talking with Hess about           12:57:29
14 it, did I talk to anyone else who had been at          12:57:31
15 Gabriel about these tickets?                           12:57:33
16     Q.    Did you talk to them during -- did           12:57:35
17 you talk to them prior to the Madoff revelations?      12:57:37
18     A.    Prior to the Madoff revelations --           12:57:41
19     Q.    That there were issues with the              12:57:43
20 trading tickets that you had identified.               12:57:46
21     A.    I don't recall.                              12:57:49
22     Q.    Do you recall having any                     12:57:50
23 conversation with Mike Autera about the trading        12:57:51
24 tickets?                                               12:57:54
25     A.    Yes.                                         12:57:54

**53**

Teicher - CONFIDENTIAL

1
2      Q.    When did that conversation take              12:57:55
3  place?                                                 12:57:56
4      A.    In the '92, 93.                              12:57:56
5      Q.    What did you tell Mr. Autera?                12:57:58
6      A.    I don't recall if it was a separate          12:58:00
7  conversation or it was a conversation with Ezra,       12:58:02
8  but it was, sum and substance, that it didn't          12:58:04
9  smell right.                                           12:58:11
10     Q.    Did Mr. Autera have any comment              12:58:11
11 during that conversation?                              12:58:13
12     A.    Not that I recall.                           12:58:16
13     Q.    And did you have any subsequent              12:58:17
14 conversations with Mr. Autera after the 1992, '93      12:58:19
15 conversation about the trading tickets?                12:58:21
16     A.    I don't recall.                              12:58:25
17     Q.    Did you have any other conversations         12:58:26
18 with Mr. Autera at any time thereafter concerning      12:58:27
19 the consistency of Mr. Madoff's investments?           12:58:30
20     A.    I don't recall.                              12:58:34
21     Q.    And then other than Mr. Autera, do           12:58:35
22 you recall having any conversations with anyone        12:58:37
23 else at Gabriel Capital Corporation concerning         12:58:39
24 the consistency of Mr. Madoff's investments?           12:58:42
25     A.    Not specifically, but -- not                12:58:46

**14  (Pages 50 to 53)**

**54**

Teicher - CONFIDENTIAL

1 specifically, but -- not specifically.          12:58:53
2         MS. PEERCE:  You don't have a          12:58:57
3 specific recall.                                12:58:58
4     A.    No, I don't have a specific recall,   12:58:59
5 but I speak to -- basically when I talk to one  12:59:00
6 person, I talk to the same person about the same 12:59:03
7 thing.  So if I think the returns are           12:59:05
8 inconsistent, the only thing that's consistent is 12:59:07
9 my talking to the people about the same thing.   12:59:11
10     Q.    So your position was consistent.      12:59:14
11     A.    I was talking to people about things  12:59:15
12 that were interesting.  I thought it was         12:59:17
13 interesting.                                     12:59:19
14     Q.    Outside of Gabriel Capital Corp.,     12:59:21
15 did you speak with anyone else about the         12:59:23
16 inconsistencies that you thought existed at the  12:59:26
17 Madoff accounts?                                 12:59:30
18         MS. PEERCE:  Can I just --             12:59:31
19         MR. MENNITT:  Objection to form.       12:59:32
20         MS. PEERCE:  Can I interject.  You     12:59:33
21 keep saying "Gabriel Capital."  Does this        12:59:34
22 include Ariel also?                              12:59:35
23         MR. GUGLIELMO:  Gabriel Capital        12:59:37
24 Corp. would includes the funds --              12:59:38

**55**

Teicher - CONFIDENTIAL

1         MS. PEERCE:  Can we make sure that     12:59:41
2 the record -- so that he's --                    12:59:42
3     Q.    If you want clarification -- what's   12:59:44
4 your understanding -- so we're having a good     12:59:46
5 dialog here.                                      12:59:48
6         When I mention Gabriel Capital          12:59:49
7 Corp., what's your understanding of Gabriel      12:59:50
8 Capital Corporation?                             12:59:52
9     A.    I think of it as essentially the      12:59:56
10 manager of Ascot, Ariel and Gabriel.            13:00:01
11     Q.    So if they're employees working for  13:00:04
12 the Ariel Fund, would you necessarily include   13:00:06
13 them in identifying issues that you may have had 13:00:09
14 with respect to Ariel?                           13:00:15
15         MR. MENNITT:  Objection to form.       13:00:18
16     A.    I'm not sure I understand.            13:00:20
17     Q.    In other words, if you're talking    13:00:21
18 about Gabriel Capital Corp. when you're providing 13:00:24
19 a response, you're providing a response to the  13:00:26
20 extent it could have involved any of these three 13:00:29
21 funds that you mentioned?                        13:00:32
22     A.    Yes.  I mean, the people who worked   13:00:33
23 there basically worked on managing the money of 13:00:35
24 Ariel and Gabriel, but had nothing to do with   13:00:40

**56**

Teicher - CONFIDENTIAL

1 Madoff.  Or the Ascot funds.                     13:00:43
2     Q.    So we're clear, the three funds that  13:00:47
3 you're -- you identify were Ascot, Gabriel and   13:00:49
4 Ariel?                                           13:00:54
5     A.    Those are the three I was aware of     13:00:55
6 as I recall today.  There might have been other  13:00:57
7 funds as well.                                    13:01:00
8     Q.    But you can't recall the names of      13:01:02
9 the other funds?                                  13:01:04
10     A.    No, but there could have been other   13:01:05
11 funds.                                           13:01:07
12     Q.    Other than the issues of              13:01:09
13 self-clearing and the consistency of the Madoff  13:01:15
14 returns, did you identify or -- did you identify 13:01:21
15 any other issues you had with the Madoff         13:01:26
16 investments?                                      13:01:28
17         MS. PEERCE:  He testified to trade     13:01:30
18 tickets also.                                     13:01:30
19     A.    Yes, I didn't really understand what  13:01:38
20 the Madoff strategy was.                          13:01:41
21     Q.    What was your understanding of what   13:01:44
22 the strategy was?                                13:01:45
23     A.    I didn't understand it.               13:01:48
24     Q.    To the extent you could describe in  13:01:51

**57**

Teicher - CONFIDENTIAL

1 any way, what was the Madoff strategy as you     13:01:53
2 understood it?                                    13:01:57
3     A.    My understanding was that Madoff was  13:02:04
4 a very significant market-maker.  He saw a large 13:02:09
5 flow of orders.  And that based on his feeling   13:02:16
6 for the market, he would buy or sell securities. 13:02:22
7 And so he'd be long sometimes, had no positions  13:02:28
8 at other times.                                   13:02:33
9         So a lot of it came down to sort of     13:02:34
10 looking at the flow of orders and that somehow  13:02:38
11 gave him a sense as to whether to be long or not 13:02:44
12 to be long.                                       13:02:51
13     Q.    Was there like a name that went      13:02:52
14 along with his strategy?                          13:02:53
15     A.    No.                                    13:02:56
16     Q.    Have you ever heard of a split       13:02:57
17 strike strategy?                                 13:02:59
18     A.    Never heard of that.                   13:02:59
19     Q.    Did you believe that's -- the         13:03:06
20 strategy that you just described about -- that he 13:03:08
21 was a market-maker and had large flow of orders  13:03:10
22 and he would sometimes be long and I think you   13:03:13
23 described some other stuff, did you believe that 13:03:16
24 was Mr. Madoff's strategy?                        13:03:18

15 (Pages 54 to 57)

**58**

Teicher - CONFIDENTIAL

2    A.    That he -- his strategy was that    13:03:21
3    sometimes he'd be long and sometimes he'd have no    13:03:25
4    positions and he was in and out of the market on    13:03:28
5    an ongoing basis.  He had perhaps a good sense of    13:03:29
6    the market.  But it was a very personal strategy.    13:03:34
7    Q.    I'm sorry?    13:03:41
8    A.    Very personal strategy.    13:03:42
9    Q.    What do you mean?    13:03:43
10    A.    It's not a strategy that one    13:03:44
11    could -- it's not a -- it's not a general    13:03:45
12    category of investment strategies..    13:03:51
13    Q.    By "investment" -- can you give me    13:03:53
14    an example of one?    13:03:54
15    A.    Risk arbitrage, bankruptcy, long,    13:03:57
16    short.  I mean, these are fairly standard    13:04:01
17    investment strategies.    13:04:05
18    Q.    Did you understand if Mr. Madoff    13:04:19
19    employed any other strategy than what you just    13:04:22
20    described in your own words?    13:04:25
21    MR. MENNITT:  Objection to the form.    13:04:28
22    A.    I didn't understand any of the    13:04:32
23    strategy.    13:04:33
24    You didn't -- you're not aware if he    13:04:33
25    had multiple strategies or something like --    13:04:35

**59**

Teicher - CONFIDENTIAL

2    A.    No.    13:04:37
3    Q.    Mr. Teicher, do you know what the    13:04:39
4    term "front running" is?    13:04:41
5    A.    Yes.    13:04:43
6    Q.    What is it, in your words?    13:04:43
7    MS. PEERCE:  Are you asking for his    13:04:44
8    legal opinion?    13:04:45
9    MR. GUGLIELMO:  Not his legal    13:04:46
10    opinion.  His work or understanding.    13:04:47
11    A.    That's when you have an order in    13:04:51
12    hand and pretty significant orders in hand, and    13:04:54
13    someone would buy -- who has that order would buy    13:05:00
14    securities relating to that order or sell    13:05:04
15    securities related to that order ahead of time.    13:05:07
16    And so they would then -- after    13:05:12
17    having -- let's say if they were buying    13:05:17
18    securities, they had an order to buy a million    13:05:18
19    shares of XYZ, you would front run buying those    13:05:21
20    shares ahead of time.  And then as you're    13:05:26
21    completing the order, the customer order, you    13:05:28
22    would sell some of what you bought to the    13:05:30
23    customer at a price higher than what you    13:05:33
24    purchased it.    13:05:35
25    Q.    Did you ever have any discussions    13:05:41

**60**

Teicher - CONFIDENTIAL

1    with anyone about whether Mr. Madoff was engaged    13:05:42
2    in front running, as you've described it?    13:05:46
3    A.    Not that I recall.    13:05:49
4
5    Q.    Did you believe that Mr. Madoff was    13:05:52
6    engaging in front running, as you described?    13:05:53
7    A.    No, I didn't think so.  I mean, that    13:05:57
8    would have been too outrageous.  It's clearly    13:06:02
9    illegal.    13:06:05
10    Q.    Is front running -- is another term    13:06:06
11    for front running "market timing"?    13:06:08
12    A.    I've heard that word, "market    13:06:20
13    timing," used.  I think front running is front    13:06:21
14    running.  I think market timing is more general.    13:06:25
15    The word means perhaps other things as well..    13:06:27
16    Q.    What's your understanding of market    13:06:33
17    timing?    13:06:35
18    A.    Market timing might in fact be -- I    13:06:38
19    think the word is used generally in the context    13:06:44
20    of buying and selling mutual funds.  I think it's    13:06:51
21    sort of used in that sense.  It's not a word I'm    13:06:59
22    very familiar with really.    13:07:04
23    Q.    How about backdating as it relates    13:07:06
24    to market timing?    13:07:07
25    A.    I'm not familiar with that word,    13:07:10

**61**

Teicher - CONFIDENTIAL

2    "backdating."    13:07:11
3    Q.    Are you aware of like the issues    13:07:13
4    concerning individuals were backdating stock    13:07:15
5    options at some point?    13:07:17
6    A.    Oh, that, yes.  That I understand,    13:07:18
7    yes.    13:07:21
8    Q.    Is that related to the market timing    13:07:22
9    that you --    13:07:25
10    A.    No.    13:07:25
11    Q.    No?    13:07:27
12    A.    No, not that -- backdating options    13:07:27
13    is backdating options.  And market timing is an    13:07:31
14    ambiguous word, in my mind.  I don't know what    13:07:33
15    that word specifically means.    13:07:35
16    Q.    Turning back to the first e-mail,    13:07:46
17    Mr. Teicher, did you ever get a response from    13:07:47
18    Mr. Merkin to this e-mail?    13:07:51
19    A.    Not an e-mail response.    13:07:53
20    Q.    What response did you get?    13:07:55
21    A.    I don't know if I got a response to    13:08:01
22    this particular e-mail or the bunch of the    13:08:02
23    e-mails.  I suspect -- I guess my recollection is    13:08:07
24    that I spoke to him on the phone and he said that    13:08:14
25    these e-mails were not helpful and I shouldn't be    13:08:17

**16 (Pages 58 to 61)**

**62**

Teicher - CONFIDENTIAL

1
2  sending them.                                    13:08:21
3      Q.    When did you have that conversation    13:08:22
4  with him?                                        13:08:23
5      A.    I had that conversation after the      13:08:24
6  last e-mail.                                     13:08:25
7      Q.    So after the December 13th e-mail      13:08:27
8  at 9:47 a.m.?                                    13:08:31
9      A.    Yes, I guess that's right. Yes.        13:08:34
10          MS. PEERCE:  Are you going to mark       13:08:36
11  all three?                                      13:08:38
12          MR. GUGLIELMO:  Individually, yes.      13:08:39
13      Q.    Was this a conversation that you had  13:08:48
14  over the phone?                                 13:08:49
15      A.    Yes.                                  13:08:50
16      Q.    And he said to you that the e-mails   13:08:52
17  weren't helpful?                                13:08:54
18      A.    Yes.                                  13:08:55
19      Q.    Do you have an understanding of what  13:08:57
20  he meant?                                       13:08:58
21      A.    No.  I mean, he basically said,       13:08:59
22  Don't send me these e-mails.                    13:09:02
23      I mean, that's another way of saying        13:09:04
24  the same thing, I suspect.                      13:09:06
25      Q.    Did you say anything in response to   13:09:08

**63**

Teicher - CONFIDENTIAL

1
2  that?                                            13:09:09
3      A.    Yes, I said I won't send them.         13:09:09
4      Q.    And did you send any e-mails after     13:09:12
5  the December 13th e-mail at 9:47 a.m.?           13:09:14
6      A.    I don't recall sending another         13:09:24
7  e-mail after that, other than perhaps an e-mail  13:09:25
8  about getting together or something like that.   13:09:35
9  But I don't recall sending him an e-mail after   13:09:37
10  that.                                           13:09:41
11      Q.    And then other than -- how long did   13:09:41
12  this conversation take place with Mr. Merkin    13:09:43
13  where he said these e-mails weren't helpful?    13:09:46
14      A.    A couple of minutes.                  13:09:52
15      Q.    And other than that phone             13:09:55
16  conversation, did you have any subsequent       13:09:56
17  conversations with Mr. Merkin?                  13:09:57
18      A.    Yes.                                  13:09:59
19      Q.    And when did you have those           13:10:00
20  conversations, say the -- what was the very next 13:10:01
21  conversation you had with him?                  13:10:05
22      A.    I don't recall the very next          13:10:05
23  conversation.                                   13:10:07
24      Q.    Can you given me a general            13:10:08
25  understanding of what the next conversation was? 13:10:10

**64**

Teicher - CONFIDENTIAL

1
2      A.    The next conversations related to us  13:10:13
3  getting together at some point.                  13:10:16
4      Q.    Getting together, would that be in a   13:10:18
5  personal level or business level?                13:10:20
6      A.    We don't do business together, so it  13:10:22
7  just would be on a personal level.               13:10:24
8      Q.    So like going out for a drink or       13:10:25
9  dinner?                                          13:10:27
10      A.    Yes, for dinner.                       13:10:28
11      Q.    Drink or dinner?                      13:10:31
12      A.    Yes, for dinner.                      13:10:32
13      Q.    Did you have any other conversations  13:10:34
14  other than this sort of let's get together      13:10:34
15  conversation?                                    13:10:38
16          MS. PEERCE:  I think he said            13:10:38
17  conversations.                                  13:10:39
18          MR. GUGLIELMO:  I'm trying to           13:10:39
19  identify each --                                13:10:41
20          MS. PEERCE:  I think he said earlier    13:10:41
21  the other conversations.  He had plural in      13:10:43
22  his sentence.                                   13:10:45
23      Q.    Let me clarify that --                13:10:46
24      A.    I told Ezra that I felt, as I told    13:10:47
25  Andy, that the matter was not being handled very 13:10:50

**65**

Teicher - CONFIDENTIAL

1
2  well on the public relations side and that he    13:10:53
3  needed to do something.  He needed to hire a     13:10:57
4  public relations firm that specialized in crisis 13:11:04
5  management.                                       13:11:10
6      Q.    Did he say anything in response to     13:11:10
7  that?                                            13:11:12
8      A.    He asked me how -- what I would --     13:11:14
9  how I would position him in the media in terms of 13:11:19
10  these matters.                                  13:11:24
11      Q.    What did you say?                     13:11:27
12      A.    I said I don't know.  I mean, I'd     13:11:29
13  have to think about it, and I just don't know.   13:11:33
14      Q.    Did you ever have a subsequent        13:11:36
15  conversation about how to position Mr. Merkin?  13:11:38
16      A.    No, I never -- nothing dawned on me   13:11:40
17  one way or another.  I felt it's not really an   13:11:44
18  area of expertise.  I mean, it's clear that you  13:11:47
19  need to have the right people to project your    13:11:51
20  position; but what the arguments are, I don't    13:11:54
21  have any feeling about that.                     13:11:57
22      Q.    Did you have any -- other than I      13:12:00
23  guess this conversation about positioning, did   13:12:04
24  you have any other conversations with Mr. Merkin 13:12:09
25  on any other subject matters?                   13:12:11

**17 (Pages 62 to 65)**

66

1           Teicher - CONFIDENTIAL
2           MS. PEERCE:  Since the Madoff news   13:12:14
3    broke?                          13:12:15
4           MR. GUGLIELMO:  Yes.        13:12:15
5    A.    Not that I recall.          13:12:19
6    Q.    And how many phone calls do you   13:12:21
7    think you've had with Mr. Merkin since the Madoff   13:12:22
8    revelations?                     13:12:25
9    A.    Five, seven, four.  Something --   13:12:27
10   five.  Probably five to seven.     13:12:30
11   Q.    And so that -- the five      13:12:32
12   conversations consisted of discussing -- other   13:12:34
13   than the one trying to -- or ones -- how many   13:12:38
14   were about getting together of these five?   13:12:40
15   A.    Maybe three.                13:12:44
16   Q.    And then --                 13:12:46
17   A.    Four -- three or four.  Three or   13:12:48
18   four.                           13:12:49
19   Q.    Any other subjects discussed other   13:12:50
20   than just trying to get together?   13:12:52
21   A.    Just getting together and how he's   13:12:54
22   handling the media aspects of this matter.   13:12:57
23   Q.    And then maybe there's two other   13:13:01
24   conversations that really wasn't -- didn't   13:13:04
25   concern getting together, but concerned other   13:13:05

67

1           Teicher - CONFIDENTIAL
2    issues?                          13:13:07
3           MR. MENNITT:  Objection to form.   13:13:08
4    A.    There was one conversation about   13:13:11
5    it's not helpful if I send these e-mails.  And   13:13:13
6    then there's the conversation about the PR   13:13:15
7    approach to this matter.  And then there were   13:13:19
8    conversations relating to getting together.   13:13:22
9    Q.    And any other -- during these   13:13:25
10   conversations, did you have any other discussions   13:13:27
11   about any other issues?           13:13:29
12   A.    Not that I recall at this moment.   13:13:31
13          MR. GUGLIELMO:  I'm going to mark as   13:13:41
14   Teicher 2 -- it's un-Bates stamped --   13:13:42
15   document from Victor Teicher sent on   13:13:45
16   Saturday, December 13, 2008, at 3:03 a.m.,   13:13:49
17   to J. Ezra Merkin.  There's no subject   13:13:52
18   matter.                          13:13:56
19          And I'll just read in for the court   13:13:56
20   reporter the text of the e-mail.   13:13:58
21          "I guess you did such a good job in   13:13:59
22   fooling a lot of people that you ultimately   13:14:03
23   fooled yourself.  While the attached   13:14:05
24   article details many of the obvious clues   13:14:10
25   suggested fraud; more simply, a man's name   13:14:14

68

1           Teicher - CONFIDENTIAL
2    tells who -- who he is:  Madoff made off   13:14:18
3    with the money."                 13:14:22
4    Q.    Did you send this e-mail on or about   13:14:27
5    December 13, 2008, at 3:03 a.m.?    13:14:30
6    A.    Yes.  I generally go to sleep around   13:14:34
7    3:30 at night.                   13:14:37
8    Q.    So this was something you were doing   13:14:39
9    before you were about to go to bed?   13:14:40
10   A.    Yes.                        13:14:42
11   Q.    And what -- and you sent this e-mail   13:14:42
12   using the Ithaca Partners e-mail address?   13:14:45
13   A.    Yes.                        13:14:50
14   Q.    And you sent it to J. Ezra Merkin   13:14:51
15   that pops up on your Outlook, as you described?   13:14:53
16   A.    Yes, yes, yes.              13:14:56
17   Q.    What precipitated you sending this   13:14:57
18   e-mail at 3:03 a.m.?             13:15:00
19   A.    I like sending e-mails.  I find that   13:15:02
20   I physically enjoy writing them.  I feel that   13:15:07
21   they're humorous.  And I just enjoy it..  I do a   13:15:14
22   lot of things and I enjoy it.     13:15:20
23   Q.    Did something come up in your mind   13:15:22
24   at the time you sent the e-mail that caused you   13:15:24
25   to send this e-mail?             13:15:26

69

1           Teicher - CONFIDENTIAL
2    A.    I wouldn't recall anything that came   13:15:27
3    to mind.                         13:15:28
4    Q.    Let's take the first sentence.   13:15:30
5          "I guess you did such a good job in   13:15:35
6    fooling a lot of people that you ultimately   13:15:38
7    fooled yourself."                13:15:40
8          Do you see that?            13:15:41
9    A.    I see that.                 13:15:42
10   Q.    What did you mean by that?    13:15:42
11   A.    Well, I think what I meant by that   13:15:45
12   is that Ezra had positioned himself in the   13:15:47
13   marketplace as someone who was very knowledgeable   13:15:49
14   about investing and researching matters, and that   13:15:53
15   I think a lot of people believed that that was   13:16:02
16   his specialty.                   13:16:04
17          And that I'm not so sure that that   13:16:07
18   was necessarily his specialty, but I guess in --   13:16:12
19   perhaps a lot of people were fooled by that.  And   13:16:16
20   he ultimately fooled himself in the sense that,   13:16:21
21   by positioning himself in the marketplace as   13:16:24
22   someone who does a lot of research, he actually   13:16:32
23   believed it.  He probably believed that he was   13:16:36
24   quite able as an investor and he fooled himself   13:16:43
25   by investing in Madoff.          13:16:50

18 (Pages 66 to 69)

**70**

Teicher - CONFIDENTIAL

1
2      Q.    In terms of -- you stated that --    13:16:57
3   your understanding that Mr. Merkin thought he was    13:16:58
4   knowledgeable about investing: is that correct?    13:17:04
5      A.    (Witness nods head in the    13:17:07
6   affirmative.)    13:17:07
7      Q.    Did you think he was knowledgeable    13:17:08
8   about investing?    13:17:09
9      A.    I think he knew a lot about    13:17:14
10   investing. I mean, he --    13:17:16
11      Q.    Did you consider yourself someone    13:17:23
12   who's knowledgeable about investing?    13:17:25
13      A.    I know something about it.    13:17:27
14      Q.    What do you know about investing?    13:17:29
15      A.    What do I know --    13:17:30
16      MS. PEERCE:  Objection to the form.    13:17:31
17      Q.    What's your personal experience?    13:17:32
18      A.    What do I know about investing?    13:17:34
19      Q.    Yes.    13:17:36
20      A.    Well, I've been doing it for a very    13:17:38
21   long time. I don't know that I know that much    13:17:40
22   about it, frankly. I mean, I suspect some people    13:17:46
23   would consider me an expert in the field, but I    13:17:51
24   don't think of myself that way. I've just been    13:17:53
25   doing it a long time.    13:18:01

**71**

Teicher - CONFIDENTIAL

1
2      Q.    Long time. Do you think 20, 30    13:18:02
3   years?    13:18:04
4      A.    I've been doing it since January of    13:18:05
5   1981. I've been involved in the investment    13:18:07
6   business since that time.    13:18:10
7      Q.    You also mentioned, as part of your    13:18:15
8   thought process in this e-mail, that Ezra I guess    13:18:19
9   represented to individuals that he did a lot of    13:18:27
10   research: is that --    13:18:29
11      A.    Well, I -- I didn't have any    13:18:31
12   specific knowledge of that in terms of anything    13:18:34
13   he ever said to me. But once this Madoff thing    13:18:37
14   was revealed, I saw that -- you know, the    13:18:42
15   articles I read in the papers indicated that    13:18:46
16   people thought of him as a very savvy investor.    13:18:49
17      He had written an essay in the sixth    13:18:54
18   edition of the Graham and Dodd book on value    13:18:57
19   investing. So it was revealed that people    13:19:04
20   thought of him as working into the night    13:19:10
21   ferreting out undervalued situations.    13:19:16
22      Q.    Did you know that to be true?    13:19:22
23      A.    I didn't think that he was doing    13:19:25
24   that, but -- I don't know. Maybe he was doing    13:19:25
25   that, but -- I was quite surprised to hear that    13:19:28

**72**

Teicher - CONFIDENTIAL

1
2   that's how he -- he could have been doing that,    13:19:32
3   but it wasn't how I -- I never had that    13:19:34
4   impression, but it seems if -- maybe he was doing    13:19:40
5   that. I mean, frankly, I don't know what he was    13:19:44
6   doing.    13:19:47
7      Q.    Let me ask you --    13:19:47
8      A.    It could be that he was doing that.    13:19:48
9   I mean, it wasn't -- I just don't know what he    13:19:50
10   was doing exactly.    13:19:52
11      Q.    Let's take a specific time frame.    13:19:54
12   How about the '92, 93 time frame that you    13:19:56
13   mentioned that you'd have conversations with    13:19:59
14   Mr. Merkin: did you know whether he was doing    13:20:01
15   research at that point?    13:20:05
16      A.    Yes, he was not doing research at    13:20:08
17   that point.    13:20:10
18      Q.    And subsequent times, I think you    13:20:11
19   provided assistance or consulted with Mr. Merkin    13:20:14
20   for his -- for Gabriel Capital Corporation: isn't    13:20:19
21   that true?    13:20:21
22      A.    Yes.    13:20:22
23      Q.    Did you know whether Mr. Merkin or    13:20:23
24   anyone under his employ was performing research?    13:20:25
25      A.    When I was involved with Gabriel    13:20:33

**73**

Teicher - CONFIDENTIAL

1
2   Capital, there were people there who were doing    13:20:36
3   research. But I wasn't aware that Ezra was doing    13:20:42
4   research.    13:20:45
5      MS. PEERCE:  Whenever's a convenient    13:20:47
6   time for a break, Joe. We've been going an    13:20:49
7   hour and a half.    13:20:52
8      MR. GUGLIELMO:  Let's finish up that    13:20:53
9   document.    13:20:55
10      MS. PEERCE:  Okay.    13:20:55
11   BY MR. GUGLIELMO:    13:20:55
12      Q.    Mr. Teicher, sticking with this    13:20:57
13   document I marked as Exhibit 2, the second    13:20:59
14   sentence, tell me what you meant by what you    13:21:05
15   wrote there.    13:21:11
16      A.    I think there was an article that    13:21:16
17   was written in one newspaper or another that    13:21:17
18   talked about -- I'm not sure what the article    13:21:23
19   that was attached to this thing was exactly, but    13:21:27
20   it seems to refer to an article.    13:21:29
21      MR. SANDICK:  Just to clarify, the    13:21:32
22   document that we've been given as Teicher 2    13:21:33
23   doesn't have that attachment.    13:21:36
24      MS. PEERCE:  I was going to say,    13:21:38
25   when we take a break, I'll go down to my    13:21:38

19 (Pages 70 to 73)

**74**

```
 1            Teicher - CONFIDENTIAL
 2    computer, because I have it attached as an   13:21:41
 3    attachment, and I will bring it up.         13:21:43
 4        MR. GUGLIELMO:  Okay.                13:21:44
 5        A.    There must have been some article  13:21:45
 6    somewhere or another that this refers to that  13:21:47
 7    said, in hindsight, there were various clues that  13:21:50
 8    suggested that Madoff was not all that he seemed  13:21:54
 9    to be.                                    13:21:57
10        Q.    And the last phrase of that says, "a  13:21:57
11    man's name tells you who he is."          13:22:00
12        What were you referring to?          13:22:03
13        A.    Well, Madoff, as he made off with  13:22:05
14    the money.                               13:22:09
15        Q.    You were doing a pun on words     13:22:11
16    essentially?                             13:22:12
17        A.    Yes.  I mean, it's just the way --  13:22:13
18        Q.    It was your thought process at that  13:22:16
19    point?                                   13:22:18
20        A.    Yeah, and just the way I look at  13:22:18
21    things.  I basically feel that there's many  13:22:19
22    indicators, tangential indicators..       13:22:25
23        For example, Madoff was in the       13:22:31
24    Lipstick Building.  Lipstick is a way of a woman  13:22:32
25    disguising what her lips really look like.  So to  13:22:36
```

**75**

```
 1            Teicher - CONFIDENTIAL
 2    me, like if someone says the Lipstick Building, I  13:22:36
 3    say, Well, why are they in the Lipstick Building?  13:22:36
 4        I mean, that's -- if you put       13:22:39
 5    Madoff's name on your machine, the spell check  13:22:43
 6    says this is no name at all.  I mean, put my name  13:22:45
 7    in it, there's names like my name in it.  13:22:48
 8        So to me right away -- I know this  13:22:52
 9    may sound silly, but that's the way I look at  13:22:54
10    things.  I mean, I say, Well, gee, so Outlook  13:22:56
11    doesn't recognize this as a legitimate name.  13:23:00
12        I basically look -- you know, to me,  13:23:02
13    it's a very -- you just look around.  That's how  13:23:05
14    you sort of see things, just by looking at -- my  13:23:12
15    approach to things is very empirical.     13:23:17
16        Q.    Other than what you've just       13:23:20
17    described, was there any other thoughts that went  13:23:22
18    into your writing that last sentence?     13:23:23
19        A.    No, no.  I thought it was humorous.  13:23:27
20        MR. GUGLIELMO:  Why don't we go off  13:23:31
21    the record and take a break.             13:23:32
22        THE VIDEOGRAPHER:  We're off the    13:23:34
23    record.  The time is 1:23.  This is the end  13:23:35
24    of Tape 1.                               13:23:38
25        (Recess from the record.)          13:23:40
```

**76**

```
 1            Teicher - CONFIDENTIAL
 2        (Teicher Exhibit 1, E-mail dated    13:24:19
 3    12/11/08, 11:38 p.m., from Teicher to     13:24:19
 4    Merkin, marked for identification.)       13:24:19
 5        (Teicher Exhibit 2, E-mail dated    13:35:53
 6    12/13/08, 13:03 a.m., from Teicher to     13:35:53
 7    Merkin, marked for identification.)       13:35:53
 8        (Teicher Exhibit 3, E-mail dated    13:35:54
 9    12/13/08, 9:47 a.m., from Teicher to      13:35:54
10    Merkin, marked for identification.)       13:35:54
11        THE VIDEOGRAPHER:  We're back on the  13:38:29
12    record.  The time is 1:38.  This is the   13:38:29
13    beginning of Tape 2.                     13:38:32
14    BY MR. GUGLIELMO:                        13:38:33
15        Q.    Mr. Teicher, during the break --  13:38:34
16        A.    If I might interrupt, but I do  13:38:36
17    recall a couple of things since we last spoke,  13:38:38
18    that another person I spoke to about this matter,  13:38:40
19    who was providing legal counsel in the past, is  13:38:46
20    Bob Anello.                              13:38:50
21        MS. PEERCE:  I'm also reminding     13:38:52
22    Mr. Teicher not to testify to any         13:38:53
23    communications concerning the other matters  13:38:55
24    that Mr. Anello has represented him in.   13:38:57
25        MR. GUGLIELMO:  Okay.               13:39:01
```

**77**

```
 1            Teicher - CONFIDENTIAL
 2        THE WITNESS:  Then the other thing  13:39:02
 3    that maybe was unclear when I was speaking  13:39:03
 4    earlier was, I didn't know specifically   13:39:04
 5    what Madoff's strategy was any which way:  13:39:09
 6    but I sort of assumed that it was something  13:39:12
 7    to do with the flow of orders and that    13:39:16
 8    somehow that gave him insight as to the   13:39:22
 9    moment-to-moment movements of the market.  13:39:25
10        But I don't really know             13:39:27
11    specifically.  I'm just -- I had to think  13:39:28
12    of something at the time when I was looking  13:39:32
13    at it.                                   13:39:34
14    BY MR. GUGLIELMO:                        13:39:34
15        Q.    And did you speak to Mr. Anello  13:39:35
16    about anything concerning the Madoff revelations?  13:39:37
17        A.    I don't remember what I spoke to him  13:39:40
18    about.  Just -- I don't remember what I said to  13:39:46
19    him.                                     13:39:48
20        Q.    Did you have only one conversation  13:39:49
21    with Mr. Anello?                         13:39:50
22        A.    A couple of conversations.  And he  13:39:52
23    recommended that Marjorie Peerce and I need to  13:39:54
24    prepare for this day.                    13:40:01
25        Q.    So that was in connection with your  13:40:02
```

**20 (Pages 74 to 77)**

**78**

Teicher - CONFIDENTIAL

1    retention?                              13:40:03
2        A.    Yes.                          13:40:04
3        Q.    Did you speak to Mr. Anello --    13:40:04
4    again, setting aside any previous engagements    13:40:07
5    that you had, about any other facts that you're    13:40:09
6    testifying --                           13:40:13
7        A.    I don't recall speaking to him about    13:40:14
8    any particular thing.                   13:40:15
9        Q.    Mr. Teicher, I'm going to turn you    13:40:17
10   to a document I'm going to mark as Exhibit 4,    13:40:21
11   which is an undated -- appears to be a letter    13:40:23
12   from A-K-S-I-A.  It says, "Dear clients and    13:40:27
13   friends," and it appears to be authored by a Jim    13:40:33
14   Vos and Jake Walthour, W-A-L-T-H-O-U-R.    13:40:35
15       And during the break, your counsel    13:40:42
16   provided us this document which I guess appears    13:40:46
17   to be the attachment to the December 13, 2008,    13:40:50
18   e-mail at 3:03 a.m., which was Teicher 2.    13:40:56
19       (Teicher Exhibit 4, No Bates    13:40:59
20   numbers, Letter authored by Vos and    13:40:59
21   Walthour to Clients and Friends, marked for    13:40:59
22   identification.)                        13:40:59
23       Do you recall whether this was the    13:41:01
24   document that you attached to the e-mail?    13:41:02
25

**79**

Teicher - CONFIDENTIAL

1        A.    No, I don't recall this to be the    13:41:05
2    document.                               13:41:06
3        Q.    Do you have any reason to believe    13:41:07
4    whether -- that this is not the document that you    13:41:09
5    attached?                               13:41:10
6        A.    I have no reason to believe it's    13:41:11
7    not.  I don't really know one way or another.    13:41:13
8        Q.    You don't know one way or another,    13:41:16
9    but you do recall attaching a specific document    13:41:17
10   to the e-mail you sent on December 13, 2008, at    13:41:20
11   3:03 a.m.?                              13:41:26
12       A.    I remember that because there's    13:41:27
13   reference to the document in the e-mail;    13:41:28
14   otherwise I wouldn't have remembered that.    13:41:29
15       Q.    Would you have any reason to believe    13:41:31
16   whether or not the attachment that you sent to    13:41:33
17   Mr. Merkin would still be in the e-mail sent    13:41:34
18   items or outbox at Ithaca Partners?    13:41:38
19       A.    I think it should be.    13:41:42
20       Q.    But you --    13:41:44
21       MS. PEERCE:  And I can represent    13:41:45
22   that this -- when the e-mail was forwarded    13:41:46
23   to me, this was the attachment.    13:41:47
24       MR. GUGLIELMO:  Okay.    13:41:49
25

**80**

Teicher - CONFIDENTIAL

1    BY MR. GUGLIELMO:                       13:41:49
2        Q.    Let's turn to this document which    13:41:50
3    I've marked as Exhibit 4 for me.    13:41:51
4        Mr. Teicher, what's Aksia?  Do you    13:41:55
5    know?                                   13:41:58
6        A.    I never heard of Aksia.    13:41:59
7        Q.    The name --                 13:42:01
8        A.    This is -- I vaguely remember    13:42:02
9    reading this at some point, but I don't know who    13:42:06
10   Aksia is.                               13:42:10
11       Q.    And likewise, do you know who Jim    13:42:12
12   Vos is, who is on the second page of this    13:42:13
13   document?                               13:42:18
14       A.    No.                         13:42:18
15       Q.    Do you know who Jake Walthour is?    13:42:19
16       A.    No.                         13:42:21
17       Q.    Do you happen to recall how you came    13:42:27
18   upon this document?                     13:42:29
19       A.    No.                         13:42:30
20       Q.    Let's just look at the first    13:42:31
21   paragraph of the document, if you can.  It says,    13:42:33
22   "It was announced earlier today that the Bernie    13:42:36
23   Madoff of Madoff Securities was arrested on    13:42:39
24   several counts of securities fraud.  It is    13:42:42
25

**81**

Teicher - CONFIDENTIAL

1    alleged that he confessed to his employees that    13:42:45
2    the firm was a 'Ponzi' scheme that betrayed the    13:42:47
3    trust and defrauded investors of an amount which    13:42:51
4    is at least 17 billion and may be much higher."    13:42:54
5        Do you see that?                   13:42:59
6        A.    Yes, I do.                   13:43:00
7        Q.    Do you have any recollection as you    13:43:03
8    sit here today whether or not you had a    13:43:05
9    conversation with Mr. Merkin concerning the    13:43:08
10   Madoff Ponzi scheme, as described in that    13:43:13
11   paragraph?                              13:43:15
12       MR. MENNITT:  Objection to the form.    13:43:17
13       A.    Did I have a conversation with Ezra    13:43:20
14   about the Madoff Ponzi scheme after the Madoff    13:43:23
15   thing was revealed?                     13:43:26
16       Q.    Yes.                        13:43:27
17       A.    I don't recall having any    13:43:28
18   conversations with him like that.    13:43:29
19       Q.    Let me point you -- let's go to the    13:43:32
20   fourth full paragraph.  And I believe it says,    13:43:35
21   "As a research firm, we are forced to make    13:43:40
22   difficult judgments about the hedge funds we    13:43:43
23   evaluate for clients.  This was not the case with    13:43:43
24   the Madoff feeder funds.  Our judgment was swift,    13:43:47
25

21 (Pages 78 to 81)

**82**

Teicher - CONFIDENTIAL

1
2  given the extensive list of red flags. Some of    13:43:51
3  these red flags were as follows," and then    13:43:54
4  there's a colon and a number of bullets.    13:43:57
5      The first flag -- or the first    13:44:02
6  bullet, I should say, says, "The Madoff feeder    13:44:04
7  funds marketed a purported 'split-strike    13:44:07
8  conversion' strategy that is remarkably simple;    13:44:11
9  however, its returns could not be nearly    13:44:15
10  replicated by our quant. analysts."    13:44:18
11      Do you see that?    13:44:25
12  A.  I see that.    13:44:26
13  Q.  Do you recall having any    13:44:26
14  conversation with anybody concerning that bullet    13:44:27
15  point or any facts concerning that bullet point?    13:44:29
16  A.  I don't recall having any    13:44:34
17  conversations about that particular split-strike    13:44:36
18  conversion strategy.    13:44:40
19  Q.  And let me ask you, going back in    13:44:41
20  time, during the 1992, 1993 time frame, when you    13:44:43
21  had discussed Madoff with Mr. Merkin, do you have    13:44:46
22  any recollection of having any discussions about    13:44:50
23  the split-strike conversion strategy that's along    13:44:53
24  the lines of what's described in this bullet    13:44:56
25  point?    13:44:57

**83**

Teicher - CONFIDENTIAL

1
2  A.  I don't recall ever hearing about    13:44:58
3  this strategy until the Madoff revelations came    13:45:00
4  forward.    13:45:05
5  Q.  Let's turn to the second bullet,    13:45:06
6  which says -- it says, "It seemed implausible    13:45:07
7  that the S&P 100 options market that Madoff    13:45:11
8  purported to trade could handle the size of the    13:45:15
9  combined feeder funds' assets, which were    13:45:18
10  estimated to be 13 billion."    13:45:20
11      Do you see that?    13:45:23
12  A.  I do.    13:45:24
13  Q.  Do you recall having any    13:45:25
14  conversations with anybody about facts that are    13:45:26
15  identified in that bullet point?    13:45:27
16  A.  No.    13:45:29
17  Q.  Do you recall having any    13:45:29
18  conversations, maybe the 1992 time frame or    13:45:30
19  thereafter, with Mr. Merkin concerning the fact    13:45:34
20  that the S&P 100's option market couldn't handle    13:45:37
21  the size of the assets of the feeder funds?    13:45:43
22  A.  No, no.    13:45:45
23  Q.  If you turn to the third bullet    13:46:00
24  point, it starts with -- and I won't read the    13:46:01
25  whole thing.  It says, "The feeder funds had    13:46:04

**84**

Teicher - CONFIDENTIAL

1
2  recognized administrators and auditors, but    13:46:07
3  substantially all of the assets were custodied    13:46:09
4  with Madoff Securities."    13:46:11
5      Then it goes on to discuss    13:46:13
6  Friehling & Horowitz.    13:46:16
7      Do you see that paragraph?    13:46:18
8  A.  Yes, I do.    13:46:18
9  Q.  Do you recall having any    13:46:20
10  conversation with anybody about whether or not    13:46:20
11  feeder funds had invested substantially all of    13:46:23
12  their assets with Madoff Securities?    13:46:26
13      MS. PEERCE:  In what time period?    13:46:29
14      MR. GUGLIELMO:  Let's start with    13:46:31
15  after the revelation.    13:46:31
16  A.  The feeder funds invested    13:46:33
17  substantially all their assets with Madoff?  Yes,    13:46:35
18  I remember speaking to -- at least one occasion I    13:46:41
19  knew of a feeder fund that invested -- my    13:46:47
20  impression was that they invested all their    13:46:52
21  assets with Madoff.    13:46:55
22  Q.  What feeder fund was that?    13:46:56
23  A.  That was the Fairfield Greenwich    13:46:57
24  Group.    13:46:59
25  Q.  When did you become aware of that?    13:46:59

**85**

Teicher - CONFIDENTIAL

1
2  A.  Was sometime in the late '90s, the    13:47:04
3  new millennium.    13:47:11
4  Q.  And then prior to the revelations,    13:47:13
5  were you aware of any feeder funds investing all    13:47:16
6  their assets with Mr. Madoff?    13:47:20
7      MS. PEERCE:  That's what he just    13:47:21
8  answered, Fairfield Greenwich.  He said it    13:47:22
9  was the late '90s.    13:47:26
10  Q.  Other than the Fairfield Greenwich    13:47:27
11  fund, were you aware of any other funds?    13:47:28
12  A.  Yes, the Ascot.    13:47:30
13  Q.  What's your basis to know that the    13:47:32
14  Ascot fund invested substantially or all of their    13:47:33
15  funds in the Madoff securities?    13:47:36
16  A.  That's what my understanding was in    13:47:38
17  speaking with Ezra and Michael.    13:47:40
18  Q.  Do you have an understanding of why    13:47:43
19  all of the Ascot funds were invested in Madoff?    13:47:45
20      MS. PEERCE:  I think he said    13:47:50
21  substantially all.    13:47:51
22      MR. GUGLIELMO:  Substantially.    13:47:52
23  A.  I think that's what their purpose    13:47:53
24  was, to invest in Madoff.  I mean, I don't know    13:47:54
25  why they were invested and why not.  I'm sure    13:47:57

22 (Pages 82 to 85)

**86**

Teicher - CONFIDENTIAL

1 that's what the money was raised to -- I don't    13:48:02
2 know -- I don't know why one way or another. I    13:48:04
3 just know that that's -- my impression was that    13:48:07
4 the money was invested in Madoff. I don't know    13:48:10
5 why it was invested in Madoff.    13:48:12
6     Q.    With respect to the Ariel fund, was    13:48:15
7 a portion of those funds also invested in Madoff?    13:48:16
8         MR. MENNITT:    Objection to form.    13:48:21
9     A.    Apparently, from -- I didn't know    13:48:24
10 about it other than -- once the Madoff thing was    13:48:27
11 revealed, it was -- became clear that some part    13:48:39
12 of Gabriel Capital was invested with Madoff. I    13:48:46
13 wasn't clear -- I assumed that that's true for    13:48:52
14 Ariel, but I don't have any specific knowledge    13:48:58
15 about Ariel one way or another.    13:49:00
16         MS. PEERCE:    What time period --    13:49:03
17 what you've got to do is you've got to do    13:49:04
18 time periods here. Because you're talking    13:49:07
19 over each other.    13:49:10
20         MR. GUGLIELMO:    I'll break it down.    13:49:11
21         MS. PEERCE:    Okay.    13:49:12
22     Q.    Let me ask you, in the 1992, 1993    13:49:13
23 time frame, when you provided -- provided some    13:49:15
24 work or some assistance to Gabriel Capital    13:49:19

**87**

Teicher - CONFIDENTIAL

1 Corporation, were you aware of whether any of the    13:49:22
2 three funds that you mentioned, Ariel, Ascot or    13:49:25
3 Gabriel, were invested in Madoff?    13:49:28
4     A.    Ascot was invested in Madoff. I    13:49:35
5 don't believe that -- I don't -- I don't    13:49:39
6 specifically recall, but I never had the -- I    13:49:47
7 didn't have the impression at the time that funds    13:49:50
8 in Ariel or Gabriel were invested at that time in    13:49:56
9 Madoff. I just don't have that impression.    13:50:00
10     Q.    Then subsequent to that time, the    13:50:04
11 1992, 1993 time frame, you provided consulting    13:50:05
12 work or you worked for Gabriel Capital: is that    13:50:10
13 correct?    13:50:14
14     A.    Something of the sort.    13:50:18
15     Q.    Did you become aware, at any time    13:50:19
16 that you were providing the consulting work,    13:50:21
17 whether any of the three funds, Gabriel, Ascot or    13:50:24
18 Ariel, were invested in Madoff?    13:50:27
19         MS. PEERCE:    Object to the form.    13:50:31
20     A.    My impression was when I came back    13:50:37
21 up there in around September of '98, that some of    13:50:38
22 the funds of Ariel and Gabriel were invested in    13:50:44
23 Madoff.    13:50:47
24         MS. PEERCE:    That's why I'm    13:50:50

**88**

Teicher - CONFIDENTIAL

1 suggesting, Joe, that you break this out    13:50:51
2 into time periods.    13:50:53
3     Are we off the record?    13:50:55
4         MR. GUGLIELMO:    No.  You want to go    13:50:56
5 off the record?    13:50:58
6         MS. PEERCE:    Yes, please.    13:50:59
7         THE VIDEOGRAPHER:    We're off the    13:51:00
8 record.  The time is 1:50.    13:51:01
9     (Discussion off the record.)    13:51:04
10         THE VIDEOGRAPHER:    We're back on the    13:51:33
11 record.  The time is 1:51.    13:51:34
12     A.    Perhaps to be clear, in the earlier    13:51:36
13 days, prior to the end of '94, when I left, my    13:51:41
14 impression was that the Ariel and Gabriel funds    13:51:50
15 were not invested in -- outside of 450 Park, but    13:51:53
16 they could have been.  It's just not something    13:52:03
17 that I was involved in.    13:52:05
18     Q.    Let's go -- take some steps back.    13:52:07
19     Can you tell me, Mr. Teicher, what    13:52:20
20 your educational background is beginning with    13:52:21
21 college.    13:52:24
22     A.    I went to the State University of    13:52:24
23 New York at Binghamton.  I graduated in 1973.    13:52:25
24 Then in September of '74, I went to New York    13:52:32

**89**

Teicher - CONFIDENTIAL

1 University and received an M.B.A. in June of '76.    13:52:36
2     Q.    What was your undergraduate degree?    13:52:42
3     A.    English literature.    13:52:45
4     Q.    What was your M.B.A. in?    13:52:47
5     A.    Finance.    13:52:51
6     Q.    And then subsequent to receiving    13:52:52
7 your M.B.A. in 1976, did you take any    13:52:55
8 postgraduate courses or any other nonmatriculated    13:52:58
9 courses?    13:53:04
10     A.    Not that I recall.    13:53:04
11     Q.    And let me ask you, have you ever    13:53:05
12 held any professional licenses?    13:53:12
13     A.    Yes, I must say -- I think I did.    13:53:15
14     Q.    What licenses can you recall?    13:53:18
15     A.    I must have been a -- I think it was    13:53:20
16 a Series 7.  Yes, it was a Series 7.  I received    13:53:21
17 a Series 7 when I was at Salomon Brothers.  I    13:53:25
18 must have received it sometime in 1976.    13:53:29
19     Q.    Sal- --    13:53:35
20     A.    Salomon Brothers.  S-A-L-O-M-O-N,    13:53:36
21 Salomon.    13:53:39
22     Q.    Any other licenses other than the    13:53:42
23 Series 7?    13:53:43
24     A.    Other licenses --    13:53:50

23 (Pages 86 to 89)

**90**

Teicher - CONFIDENTIAL

2  Q.    Were you ever a certified financial    13:53:55
3  analyst?    13:53:56
4  A.    Yes.    13:53:57
5  Q.    Broker/dealer license, for example?    13:53:58
6  A.    No..    13:54:02
7  Q.    Let's stick with -- so in 1976, you    13:54:03
8  graduated; correct?    13:54:06
9  A.    Yes.    13:54:07
10  Q.    Where did you go to work?    13:54:07
11  I went to work at Salomon Brothers.    13:54:08
12  Q.    What was your title or position?    13:54:11
13  A.    I was an associate in the municipal    13:54:12
14  finance department.    13:54:14
15  Q.    Where did you physically work?    13:54:15
16  A.    One New York Plaza.    13:54:17
17  Q.    Just generally describe for me what    13:54:20
18  your duties and responsibilities were at Salomon    13:54:22
19  Brothers.    13:54:25
20  A.    In the first two years that I was    13:54:26
21  there until August of '78, I worked with state    13:54:28
22  and local governments on the issuance of    13:54:31
23  tax-exempt bonds.  Specifically I worked in the    13:54:35
24  area of advanced funding of tax-exempt bonds,    13:54:39
25  which was an arcane area within the world of    13:54:43

**91**

Teicher - CONFIDENTIAL

2  tax-exempt bond issuance.    13:54:50
3  Q.    In advanced refunding: is that what    13:54:52
4  you said?    13:54:54
5  A.    Advanced funding -- refinancing    13:54:54
6  municipal bonds before their call date.    13:55:01
7  Q.    And their call date being the    13:55:07
8  redemption date?    13:55:09
9  A.    The date which the municipality has    13:55:11
10  the option to redeem the bonds.    13:55:13
11  Q.    And how long did you -- how long    13:55:15
12  were you in this position?    13:55:18
13  A.    I was there for -- until -- for    13:55:20
14  about two and a quarter years until August of    13:55:23
15  '78.    13:55:27
16  Q.    And who was your direct -- who did    13:55:28
17  you directly report to while at Salomon Brothers?    13:55:31
18  A.    There was a fellow who ran the    13:55:40
19  municipal finance department.  His name was    13:55:42
20  Crowley.  I forget his first name.  But -- so he    13:55:49
21  was mainly in charge, but I was more involved    13:55:59
22  with the partner who supervised the department.    13:56:04
23  That was Jimmy Lowrey and the senior partner,    13:56:06
24  Dale Horowitz.    13:56:11
25  Q.    In or about August of 1978, you    13:56:20

**92**

Teicher - CONFIDENTIAL

2  switched positions?    13:56:21
3  A.    Yes, I felt that -- that -- yes, I    13:56:23
4  switched positions.    13:56:29
5  Q.    What was your next title or    13:56:31
6  position?    13:56:32
7  A.    Then I went to work in the    13:56:33
8  government bond department.    13:56:34
9  Q.    For Salomon Brothers again?    13:56:35
10  A.    Exact -- yes.    13:56:38
11  Q.    How long were you in the --    13:56:39
12  A.    I was in the government bond    13:56:40
13  department for about a year's time.    13:56:41
14  Q.    So about August of '79?    13:56:43
15  A.    Roughly.    13:56:45
16  Q.    Then where did you go?    13:56:46
17  A.    Then I went into the corporate    13:56:47
18  finance department.    13:56:48
19  Q.    Again you're still at Salomon?    13:56:49
20  A.    Salomon, yes.    13:56:52
21  Q.    And how long were you there, in the    13:56:53
22  corporate finance department?    13:56:57
23  A.    I left the corporate finance    13:56:58
24  department in September of 1980.    13:56:59
25  Q.    What was your next position?    13:57:06

**93**

Teicher - CONFIDENTIAL

2  A.    Then I went to work in January of    13:57:09
3  '81 for Junction Partners.    13:57:13
4  Q.    And what was or is --    13:57:19
5  A.    Junction Partners was an affiliate    13:57:21
6  of then Oppenheimer & Company, which was later    13:57:23
7  named Odyssey Partners.    13:57:28
8  Q.    What was your title or position at    13:57:33
9  that time?    13:57:37
10  A.    There I was an associate.  Junction    13:57:38
11  Partners was an investment firm investing money    13:57:40
12  in risk arbitrage, bankruptcies.  And so I went    13:57:47
13  to work there as an associate for three years'    13:57:53
14  time.    13:57:58
15  Q.    What was -- what were the general    13:57:59
16  duties and responsibilities you had as an    13:58:01
17  associate?    13:58:03
18  A.    I had to analyze various investment    13:58:03
19  positions.    13:58:06
20  Q.    Was analysis of various positions    13:58:14
21  the primary role that you had?    13:58:16
22  A.    Yes.    13:58:18
23  Q.    And you were there for three years?    13:58:18
24  A.    Yes.    13:58:19
25  Q.    Who was your direct report?    13:58:21

**24 (Pages 90 to 93)**

**94**

Teicher - CONFIDENTIAL

1  
2    A.    Jeff Tarr, T-A-R-R.        13:58:23  
3    Q.    Do you know what his title or    13:58:27  
4  position was?                13:58:28  
5    A.    He was the general partner of    13:58:29  
6  Junction Partners.            13:58:37  
7    Q.    I guess at some point you left?    13:58:38  
8    A.    I left at the beginning of 1984.    13:58:39  
9    Q.    And what was your next title or    13:58:45  
10  position?                13:58:47  
11    A.    I went to work at Herzfeld & Stern,    13:58:47  
12  which was a New York-based regional brokerage    13:58:48  
13  firm.  They gave me some money to manage.  So    13:58:57  
14  there, I was now acting as a portfolio manager    13:59:01  
15  investing in takeovers.            13:59:05  
16    Q.    Do you know approximately -- what    13:59:14  
17  the amount of assets were that you were managing?  13:59:15  
18    A.    I started managing roughly I believe    13:59:17  
19  a million dollars.            13:59:20  
20    Q.    And how long were you at Herzfeld &    13:59:21  
21  Stern?                13:59:23  
22    A.    I was there for a year and a half    13:59:24  
23  until roughly September of 1985.        13:59:26  
24    Q.    And who was your direct -- who did    13:59:33  
25  you directly report to at Herzfeld & Stern?    13:59:35  

**95**

Teicher - CONFIDENTIAL

1  
2    A.    Bob Sablowski [ph].        13:59:37  
3    Q.    What was Mr. Sablowski's title or    13:59:41  
4  position?                13:59:44  
5    A.    I'm not sure.  He was head of    13:59:44  
6  trading.                13:59:46  
7    Q.    Is this when you held the Series 7    13:59:48  
8  license at that point?            13:59:50  
9    A.    No, I got the Series 7 when I was at    13:59:51  
10  Salomon Brothers.            13:59:53  
11    Q.    So at some point September of '85,    13:59:57  
12  you left Herzfeld & Stern?            13:59:59  
13    A.    Herzfeld was taken over by Gruntal &    14:00:01  
14  Company.  And with that, there was no need for my  14:00:04  
15  services.                14:00:08  
16    Q.    So where did you go then?        14:00:10  
17    A.    I started my own firm at the end of    14:00:11  
18  1985.                14:00:13  
19    Q.    What was that called?        14:00:14  
20    A.    It was called Victor Teicher &    14:00:15  
21  Company.                14:00:16  
22    Q.    And what was the -- what was the --    14:00:21  
23  what did the company do?            14:00:24  
24    A.    The company got investors to give it    14:00:27  
25  money, and then we invested the money in various    14:00:33  

**96**

Teicher - CONFIDENTIAL

1  strategies.  Initially mostly risk        14:00:36  
2  arbitrage-related and bankruptcy strategies.    14:00:39  
3    Q.    Were you a money manager?        14:00:44  
4    A.    Yes.                14:00:45  
5    Q.    Similar to what you did while you    14:00:46  
6  were at the Herzfeld firm?            14:00:48  
7    A.    Yes, exactly.  Portfolio manager,    14:00:49  
8  yes.                14:00:54  
9    Q.    Where were you located at 1985 time  14:00:55  
10  frame?                14:00:57  
11    A.    It was somewhere on Broad Street.    14:00:59  
12    Q.    And so were you the only employee of  14:01:07  
13  the Victor Teicher & Company?        14:01:09  
14    A.    In --                14:01:12  
15    Q.    In 1985.                14:01:13  
16    A.    No, I had several employees.  I had    14:01:15  
17  two traders; an accountant, Mike Autera; and    14:01:18  
18  initially I had an analyst, Jonathan Saul.  Then    14:01:26  
19  four or five months later, he left and I hired    14:01:34  
20  another analyst, Jack Maher.  And then sometime    14:01:39  
21  after that I hired another analyst, Wendy Miller.  14:01:45  
22    Q.    Who were the traders that you        14:01:51  
23  employed at that 1985 time frame?        14:01:53  
24    A.    Dan Hess and Tom Mullen.        14:01:56  

**97**

Teicher - CONFIDENTIAL

1  
2    Q.    This is the Mr. Hess that you        14:01:59  
3  referred to earlier this afternoon?        14:02:00  
4    A.    Exactly.                14:02:02  
5    Q.    And Tom Mullen?            14:02:02  
6    A.    M U-L-L-E-N, I believe is the way he  14:02:04  
7  spells his name.            14:02:07  
8    Q.    Were there any other employees of    14:02:09  
9  Victor Teicher & Company at that time?        14:02:11  
10    A.    There was Mike Autera.        14:02:13  
11    Q.    And what was his title?        14:02:14  
12    A.    He was doing the accounting.        14:02:16  
13    Q.    Is he a CPA?            14:02:28  
14    A.    Yes.                14:02:28  
15    Q.    And so you were -- what was your    14:02:30  
16  title or position at Victor Teicher?        14:02:33  
17    A.    General partner.            14:02:36  
18    Q.    So this was a partnership?        14:02:36  
19    A.    Yes.                14:02:37  
20    Q.    Were there any limited partners?  If  14:02:39  
21  you can't recall --            14:02:52  
22    A.    Well, no, I can recall.  I mean,    14:02:52  
23  there were -- Victor Teicher & Company was --    14:02:55  
24  first got started, managed money for Edward    14:03:01  
25  Viner & Company, which was a brokerage firm..    14:03:07  

25 (Pages 94 to 97)

**98**

Teicher - CONFIDENTIAL

1
2    Maybe they had given us a million and a half      14:03:10
3    dollars. Then this other entity had given us      14:03:12
4    maybe $5 million.                        14:03:18
5         And so we managed money for another      14:03:19
6    entity. And then six months later, we raised      14:03:21
7    money in a partnership called Ithaca Partners.   14:03:25
8    And Ithaca Partners, there was several investors. 14:03:31
9         Q.   But for Victor Teicher & Company,    14:03:36
10   let's just stick to that, you were the general    14:03:38
11   partner; correct?                         14:03:40
12        A.   I was the general partner.          14:03:41
13        Q.   And there were no limited partners?   14:03:43
14        A.   I don't know if there were limited    14:03:54
15   partners or not limited partners, but what I do   14:03:55
16   know is I gave 5 percent of the profits of Victor 14:03:57
17   Teicher & Company to Ezra Merkin initially and    14:04:00
18   another 25 percent of the profits to Simon Glick. 14:04:03
19   I mean, I guess they were limited partners in     14:04:12
20   some sense.                              14:04:14
21        Q.   So set aside the legal terminology,   14:04:14
22   whether they were limited, they were --          14:04:17
23        A.   They had an economic interest.       14:04:20
24        Q.   The first person was Ezra Merkin.     14:04:22
25   You said you gave 5 percent of the profits?       14:04:24

**99**

Teicher - CONFIDENTIAL

1
2        A.   Yes.                           14:04:26
3        Q.   Who was the second individual?       14:04:26
4        A.   Simon Glick.                     14:04:28
5        Q.   Who is that?                     14:04:29
6        A.   He's an individual in the diamond     14:04:31
7    business. He was in the diamond business -- his   14:04:35
8    family is in the diamond business. His family is  14:04:38
9    in the diamond business, but he was a private     14:04:41
10   investor.                                14:04:44
11        Q.   When did you first meet Mr. Merkin?   14:04:45
12        A.   I met him in May of 1983.          14:04:48
13        Q.   In what context?                 14:04:51
14        A.   I met him in court, in federal court  14:04:52
15   in Brooklyn. It was a takeover deal with         14:04:57
16   American Express International and Consolidated    14:05:01
17   Freightways. There was a certain legal matter     14:05:06
18   that the deal hinged upon.                  14:05:08
19        So I as an analyst went over there.       14:05:12
20   And Ezra worked as an analyst at Halcyon          14:05:15
21   Investments. And so we met each other in court.   14:05:20
22        Q.   You were working in May of '83 at --  14:05:22
23        A.   At Junction Partners.              14:05:24
24        Q.   And you were both analysts?         14:05:25
25        A.   Analysts.                       14:05:28

**100**

Teicher - CONFIDENTIAL

1
2        Q.   And so what was your role in that     14:05:30
3    particular court case?                     14:05:33
4        A.   I was just an observer.            14:05:36
5        Q.   And what was Mr. Merkin's role, to    14:05:38
6    the extent you knew?                      14:05:39
7        A.   An observer as well.              14:05:41
8        Q.   So after your first meeting, at some  14:05:45
9    point in time, you decided to go into business    14:05:48
10   with Mr. Merkin?                         14:05:50
11        MS. PEERCE: Object to the form.          14:05:54
12        A.   Well, we had a business relationship  14:05:56
13   beginning at the end of 1985, when I gave him a   14:05:59
14   percentage of the profits of the management       14:06:05
15   company that was managing various funds.          14:06:07
16        Q.   The managing business being Victor    14:06:10
17   Teicher & Company?                        14:06:13
18        A.   Yes.                           14:06:15
19        Q.   How did it come to be that you       14:06:15
20   entered into an agreement to give Mr. Merkin      14:06:17
21   5 percent of the profits of Victor Teicher &      14:06:19
22   Company?                                 14:06:20
23        A.   He introduced me to Simon Glick.     14:06:21
24   And I felt that he would -- I felt that he should 14:06:23
25   get something for that introduction. And I felt  14:06:26

**101**

Teicher - CONFIDENTIAL

1
2    that, by giving him 5 percent interest, that      14:06:29
3    would incentivize him to introduce other people   14:06:32
4    to my firm.                              14:06:38
5        Q.   So Mr. Glick was an investor that     14:06:39
6    Mr. Merkin introduced you to?                 14:06:41
7        A.   Yes.                           14:06:42
8        Q.   And subsequently Mr. Glick invested   14:06:43
9    into your company?                        14:06:45
10        A.   Yes, sir. Or he invested into a      14:06:46
11   fund that my company managed.                 14:06:48
12        Q.   Do you know what fund that you       14:06:50
13   managed at that time?                      14:06:52
14        A.   The name of the fund for him when he  14:06:52
15   first came in?                           14:06:54
16        Q.   Yes.                           14:06:55
17        A.   No, I don't recall what it was.      14:06:57
18        Q.   Was the agreement -- the            14:06:58
19   agreement -- and I'm referring to it generally,   14:07:01
20   the 5 percent to Mr. Merkin and 25 percent to     14:07:02
21   Mr. Glick -- was that embodied in a document?     14:07:05
22        A.   With Mr. Glick, yes. With Ezra,      14:07:12
23   I -- my vague recollection was that -- I don't    14:07:18
24   remember actually. I don't remember if it was.   14:07:23
25   I don't really remember. I think I wrote         14:07:25

26  (Pages 98 to 101)

**102**

Teicher - CONFIDENTIAL

1
2 something down on a piece of paper, but I don't   14:07:27
3 remember it beyond that. I don't know -- I just   14:07:30
4 don't know.   14:07:34
5    Q.   That's fine.   14:07:35
6       MS.. PEERCE:  It is 24 years ago.   14:07:38
7       MR. MENNITT:  Joe, let me just note   14:07:41
8 for the record, you know, if you're going   14:07:43
9 to move on, that's fine; but I do object to   14:07:44
10 getting into this level of detail that   14:07:47
11 concerns things that are way before the   14:07:51
12 relevant time period here.   14:07:52
13       In your ex parte application for the   14:07:54
14 commission, you said plaintiff must be   14:07:59
15 permitted to explore with Mr. Teicher what   14:08:01
16 he told Merkin about Madoff and when, as   14:08:03
17 well as the circumstances and reliability   14:08:08
18 of the statements. I think you've covered   14:08:10
19 that.   14:08:12
20       In addition, in your letter to the   14:08:13
21 court, you said plaintiff must be permitted   14:08:14
22 to explore with Mr. Teicher what defendant   14:08:16
23 Merkin knew about Madoff and when he knew   14:08:19
24 it.   14:08:21
25       You know, I think we've given you a   14:08:22

**103**

Teicher - CONFIDENTIAL

1
2 lot of leeway here to get into these other   14:08:23
3 matters, but I hope that you'll move on and   14:08:27
4 get into what the relevant -- I think   14:08:30
5 you've already covered it, and so I would   14:08:32
6 hope that we would be wrapping up.   14:08:34
7       If you're going -- if you intend to   14:08:36
8 go for two hours about events that are   14:08:38
9 before NYU invests and have nothing to do   14:08:41
10 with Mr. Madoff, I would like to call the   14:08:44
11 special referee and get a ruling.. Because   14:08:49
12 I just don't think -- if you want to go --   14:08:51
13       MR. GUGLIELMO:  I'm laying a   14:08:54
14 foundation, I think. And your speaking   14:08:54
15 objection has just gone on for about three   14:08:57
16 pages. It's totally inappropriate.   14:08:59
17       MR. MENNITT:  Why don't --   14:09:01
18       MR. GUGLIELMO:  I'm trying to lay a   14:09:01
19 foundation --   14:09:01
20       MR. MENNITT:  -- we call the   14:09:01
21 referee.   14:09:02
22       MR. GUGLIELMO:  That's fine. Let's   14:09:03
23 call the referee right now. Let's go off   14:09:04
24 the record.   14:09:06
25       THE VIDEOGRAPHER:  We're off the   14:09:07

**104**

Teicher - CONFIDENTIAL

1
2 record. The time is 2:09 p.m.   14:09:07
3       (Recess from the record.)   14:09:24
4       THE VIDEOGRAPHER:  We're back on the   14:14:21
5 record. The time is 2:14.   14:14:22
6 BY MR. GUGLIELMO:   13:14:00
7    Q.   Mr. Teicher, I understand counsel's   14:14:25
8 objections that he's raised, and I'm trying to go   14:14:27
9 through this information as expeditious as   14:14:29
10 possible. And I'm also trying to lay a   14:14:33
11 foundation concerning your knowledge and your   14:14:35
12 involvement in various business entities with   14:14:37
13 Mr. Merkin.   14:14:38
14       And we're just trying to explore   14:14:41
15 those. And I'm going to try to go through them   14:14:43
16 as expeditiously as possible. If you feel I'm   14:14:46
17 not going through them quickly enough, then by   14:14:49
18 all means let me know; but I'm just trying to   14:14:51
19 identify those entities.   14:14:53
20       As you know, we don't have a lot of   14:14:54
21 discovery documentation on these issues, and so   14:14:56
22 we're just trying to explore them, but we're not   14:14:58
23 trying to get into anything that's not relevant   14:15:01
24 to the facts.   14:15:02
25       MS. PEERCE:  I appreciate that. We   14:15:03

**105**

Teicher - CONFIDENTIAL

1
2 don't know what you have. You now have   14:15:04
3 gotten to the relationship with Ezra   14:15:06
4 Merkin, which is what I was trying to get   14:15:09
5 you to earlier on.   14:15:11
6 BY MR. GUGLIELMO:   14:15:11
7    Q.   Mr. Teicher, sorry about all of that   14:15:12
8 lawyer --   14:15:14
9    A.   No, not at all.   14:15:15
10    Q.   -- stuff.   14:15:15
11       You mentioned Ithaca Partners.   14:15:17
12    A.   Yes.   14:15:19
13    Q.   Is that the Ithaca Partners that   14:15:19
14 exists today?   14:15:21
15    A.   Yes.   14:15:21
16    Q.   So in what -- you said you formed   14:15:22
17 Ithaca Partners on or about --   14:15:26
18    A.   June --   14:15:29
19    Q.   -- 1983?   14:15:30
20    A.   No, '86.   14:15:32
21    Q.   Okay.   14:15:35
22    A.   The partnership was formed at the   14:15:37
23 end of '85. We started out managing the funds   14:15:38
24 from Simon Glick and from Edward Viner & Company.   14:15:42
25 And then around May or June of '86, Ithaca   14:15:47

27 (Pages 102 to 105)

**106**

```
 1          Teicher - CONFIDENTIAL
 2   Partners got started.                    14:15:51
 3       Q.   Was Mr. Merkin a partner of Ithaca   14:15:55
 4   Partners?                                 14:15:58
 5       A.   He might have been a limited     14:16:00
 6   partner. I just don't recall. But he had that   14:16:01
 7   economic -- 5 percent economic interest at that   14:16:07
 8   time.                                     14:16:09
 9       Q.   So I'm clear, again, the 5 percent   14:16:10
10   economic interest, was that pertaining to Victor   14:16:12
11   Teicher and Co. or was it --              14:16:15
12       A.   Yes, Victor Teicher & Co., which was   14:16:16
13   the -- essentially the general partner of Ithaca   14:16:19
14   as well as the investment advisor for Edward   14:16:24
15   Viner & Company and for Simon Glick and received   14:16:30
16   performance fees and manager fees for doing so.   14:16:33
17       Q.   And you received performance fees   14:16:37
18   and management fees for managing the assets that   14:16:39
19   were provided to you?                     14:16:42
20       A.   Yes.                            14:16:42
21       Q.   And how long did Victor Teicher &   14:16:43
22   Company remain in business?               14:16:47
23       A.   I don't know. I don't know.      14:16:57
24       Q.   Is it still in business today?    14:16:59
25       A.   I don't believe it's in business   14:17:02
```

**107**

```
 1          Teicher - CONFIDENTIAL
 2   today anymore.                            14:17:02
 3       Q.   And how long did this --          14:17:03
 4       A.   I mean, it may be in business.    14:17:05
 5       MS. PEERCE:  Was it ever unwound?     14:17:07
 6       A.   I just don't know. I -- you know, I   14:17:09
 7   wasn't so focused on one name or another, who was   14:17:13
 8   the general partner, was it Victor Teicher &   14:17:17
 9   Company, was Victor Teicher the general partner.   14:17:19
10   These are just forms and not substance. And I   14:17:22
11   was only concerned with the substance of the   14:17:24
12   form.                                     14:17:26
13       Q.   In terms of this agreement that you   14:17:27
14   had, the 5 percent of profits to Mr. Merkin --   14:17:29
15       A.   Yes.                            14:17:31
16       Q.   -- did that continue subsequent to   14:17:32
17   1985?                                     14:17:34
18       A.   It's got started at the end of '85   14:17:36
19   when we started in business, maybe the first day   14:17:39
20   or so -- a couple of days into -- at the end of   14:17:42
21   '85, and it just carried on for some time, yes.   14:17:45
22       Q.   Do you know approximately how long   14:17:48
23   did that arrangement carry on?            14:17:50
24       A.   It carried on until the end of 1988,   14:17:52
25   when Ezra and I started working directly   14:17:54
```

**108**

```
 1          Teicher - CONFIDENTIAL
 2   together.                                 14:17:56
 3       Q.   And so from the '85 to '88 time   14:17:57
 4   frame, did you have any other business   14:18:01
 5   arrangements with Mr.. Merkin other than the   14:18:05
 6   arrangements you had that you just testified to   14:18:08
 7   '85?                                      14:18:10
 8       A.   He introduced me to different people   14:18:11
 9   who ultimately became my investors. And he   14:18:13
10   continued with his 5 percent interest. Those are   14:18:15
11   the principal business dealings, although we   14:18:19
12   would talk on a regular basis, investments, this   14:18:25
13   that and the other.                       14:18:27
14       Q.   You said at the end of '88 you had a   14:18:29
15   formal business arrangement?              14:18:30
16       A.   At the end of '88, he set up his own   14:18:32
17   partnership and he came to work with me.   14:18:35
18       Q.   What was that partnership called?   14:18:39
19       MS. PEERCE:  Which partnership?       14:18:42
20       MR. GUGLIELMO:  The one that he       14:18:43
21   established at the end of 1988.           14:18:44
22       MS. PEERCE:  Okay.                   14:18:47
23       A.   I'm not sure I know offhand. Maybe   14:18:48
24   it's Gabriel Capital. It might have been Gabriel   14:18:50
25   Capital. I don't know what the previous names   14:18:51
```

**109**

```
 1          Teicher - CONFIDENTIAL
 2   were.                                     14:18:55
 3       Q.   What was your role in the         14:18:55
 4   corporation that Mr. Merkin established in 1988?   14:18:57
 5       MS. PEERCE:  I think he said          14:19:00
 6   partnership.                              14:19:02
 7       MR. GUGLIELMO:  Partnership.          14:19:03
 8       A.   What it was was that he gave me the   14:19:05
 9   money from that partnership to manage.    14:19:08
10       Q.   So were you considered a money     14:19:12
11   manager? Is that what you would call yourself?   14:19:14
12       A.   I was a money -- I was managing   14:19:16
13   money from the end of '85 continuously.   14:19:17
14       Q.   But in '88, end of '88, beginning of   14:19:21
15   '89, you established a more formal relationship;   14:19:24
16   is that --                                14:19:27
17       A.   Well, he set up his own fund. He   14:19:28
18   came and had an office on my premises, and then   14:19:30
19   we changed the terms of the arrangement. My   14:19:37
20   recollection is that, going forward at that time,   14:19:42
21   I was to give him 20 percent of whatever net fees   14:19:44
22   I received, and he was going to give me   14:19:52
23   20 percent of whatever net fees he received. And   14:19:55
24   then we changed it again the following year, so   14:20:00
25   it was 50/50.                             14:20:02
```

**28  (Pages 106 to 109)**

## 110

Teicher - CONFIDENTIAL

1
2    Q.    Let's take this one at a time.    14:20:04
3          End of 1988, beginning of 1989,    14:20:06
4    where were you located?    14:20:10
5    A.    The Equitable Life Building on    14:20:12
6    7th Avenue in the 40s.    14:20:14
7    Q.    Then you said in the -- I guess    14:20:16
8    you're saying end of '89, beginning of '90, you    14:20:18
9    changed the terms of your agreement?    14:20:20
10   A.    Once he joined, we canceled the    14:20:23
11   5 percent.  And I think the first year I received    14:20:26
12   20 percent of all fees that he made on his    14:20:32
13   partnership, and I gave him 20 percent of the net    14:20:39
14   I received from my partnership.    14:20:44
15   Q.    So were you a limited partner of his    14:20:46
16   partnership and he was a limited partnership --    14:20:48
17   A.    No.    14:20:50
18   Q.    No?    14:20:51
19   A.    No.    14:20:51
20   Q.    Was there -- were you a partner of    14:20:56
21   his partnership that he formed in end of '88 that    14:20:59
22   you're --    14:21:04
23   A.    No.    14:21:05
24   Q.    No.    14:21:06
25         You were just managing the money?    14:21:07

## 111

Teicher - CONFIDENTIAL

1
2    A.    Yes.    14:21:08
3          MS. PEERCE:  And there was a    14:21:10
4    compensation -- I'm sorry, I'm just trying    14:21:10
5    to clarify.  And the compensation for you    14:21:12
6    managing the money was 20 percent?    14:21:14
7          THE WITNESS:  Right.  He gave me    14:21:16
8    20 percent of whatever the net fees were,    14:21:17
9    and that's how I got compensated.  And I    14:21:19
10   gave him 20 percent of what I had as --    14:21:21
11   it's sort of moving towards a partnership    14:21:25
12   of sorts.    14:21:27
13   Q.    But you weren't -- let's make this    14:21:28
14   clear.    14:21:30
15         You weren't an employee of --    14:21:30
16   A.    No.    14:21:32
17   Q.    -- of Mr. Merkin?    14:21:33
18   A.    No.    14:21:34
19   Q.    And Mr. Merkin wasn't an employee of    14:21:34
20   yours?    14:21:36
21   A.    No, no.    14:21:36
22   Q.    Although you may have shared some    14:21:37
23   employees?    14:21:39
24   A.    No.    14:21:40
25   Q.    No?    14:21:41

## 112

Teicher - CONFIDENTIAL

1
2    A.    Everyone worked for me and he had an    14:21:42
3    office there.  And we took care of his account    14:21:44
4    the way we did our own accounts.    14:21:46
5    Q.    And then at some point, you said it    14:21:49
6    changed to a 50/50 --    14:21:51
7    A.    The second year, it was 50/50.    14:21:54
8    Q.    So 50 percent of the --    14:21:59
9    A.    Whatever fees -- whatever the net    14:22:02
10   income I received as a general partner,    14:22:05
11   50 percent of that I was to give him.  And he was    14:22:06
12   going to given me 50 percent of whatever he    14:22:08
13   received in terms of the fund he had under    14:22:13
14   management.    14:22:17
15         The year after that, we dispensed    14:22:17
16   with this 50/50.  And at that point, he gave me    14:22:21
17   50 percent of the incentive fees received on the    14:22:26
18   money he managed, and I gave him nothing on the    14:22:29
19   monies I managed.    14:22:33
20   Q.    Why was that?  Why was that changed?    14:22:35
21   A.    I felt that that was the right thing    14:22:41
22   to do.    14:22:42
23   Q.    So he was giving you a percentage of    14:22:43
24   fees?    14:22:45
25   A.    A half of the incentive fees that he    14:22:46

## 113

Teicher - CONFIDENTIAL

1
2    received on the money he managed.    14:22:51
3    Q.    And you didn't give --    14:22:52
4    A.    As well as he also gave me his pro    14:22:53
5    rata share of all the expenses.  So that -- there    14:22:55
6    was a firm there that employed these people and    14:22:58
7    we had overhead, and we looked at that --    14:23:01
8    whatever the amount of overhead, salaries,    14:23:04
9    bonuses, et cetera.    14:23:08
10         And he had so much money under    14:23:09
11   management, I had so much money under management,    14:23:11
12   whatever the pro rata amount was, that -- he was    14:23:13
13   allocated a pro rata amount.  And so what he paid    14:23:16
14   me was his pro rata share of the overhead as well    14:23:19
15   as 50 percent of the incentive fees he received.    14:23:23
16   Q.    And just so I'm clear, the time    14:23:30
17   frame, is this 1991 now?    14:23:31
18   A.    Well, first one was '89.  The second    14:23:35
19   one was '90.  So this must have been 1991.    14:23:37
20   Q.    You were still performing the same    14:23:41
21   types of things that you did --    14:23:43
22   A.    Yes.    14:23:44
23   Q.    You were managing some accounts?    14:23:45
24   A.    Yes.    14:23:46
25   Q.    Do you know what fund you were    14:23:46

29  (Pages 110 to 113)

**114**

1    Teicher - CONFIDENTIAL
2    managing accounts for at that point?          14:23:48
3        A.   Which of Ezra's funds?          14:23:51
4        Q.   Yes.          14:23:52
5        A.   I remember Gabriel.  I don't know          14:23:53
6    when Ariel came around, but, you know, whatever          14:23:56
7    funds -- funds from those two partnerships.          14:23:59
8        Q.   And so I'm clear, what do you mean          14:24:01
9    by "manage"?  What were you doing?          14:24:02
10       A.   Basically, I invested the money for          14:24:06
11   all the accounts on a pro rata basis.          14:24:10
12       Q.   You --          14:24:17
13       A.   Maybe one account was a little          14:24:17
14   different, but all of the rest of the accounts          14:24:19
15   were -- I would buy securities.  Those securities          14:24:22
16   would be allocated pro rata among the various          14:24:25
17   accounts except perhaps one.          14:24:30
18       Q.   Which one was that?          14:24:32
19       A.   That was the Edward Viner account.          14:24:34
20   They wanted to do self-clearing.  And so we did          14:24:36
21   it separately..  We had to put trades in.  They          14:24:42
22   wanted to execute their own trades and          14:24:45
23   self-clear.  So we just did it separately.          14:24:47
24       Q.   So I'm clear, too, in other words,          14:24:50
25   by investing, you were the one picking the          14:24:53

**115**

1    Teicher - CONFIDENTIAL
2    stocks -- or picking the stocks for the various          14:24:57
3    funds?          14:25:00
4        A.   Yes, I ran the business.          14:25:00
5        MS. PEERCE:  Off the record for one          14:25:02
6    second.          14:25:04
7        THE VIDEOGRAPHER:  We're off the          14:25:04
8    record.  The time is 2:25.          14:25:04
9        (Pause from the record.)          14:25:06
10       THE VIDEOGRAPHER:  We're back on the          14:25:37
11   record.  The time is 2:25.          14:25:38
12       MS. PEERCE:  You wanted to clarify          14:25:41
13   something.          14:25:43
14       THE WITNESS:  To be clear, the money          14:25:43
15   he gave me is what I managed.  That's just          14:25:45
16   what I managed.          14:25:47
17   BY MR. GUGLIELMO:          14:25:48
18       Q.   So I'm clear about your response,          14:25:49
19   and for the record, too, in this time frame, did          14:25:51
20   you know whether you were managing a hundred          14:25:55
21   percent of the accounts he had or 10 percent or          14:25:57
22   was there a particular --          14:26:00
23       A.   I had the impression I was managing          14:26:02
24   all the money.  I don't recall that there was          14:26:03
25   anything -- I don't recall if there was any money          14:26:07

**116**

1    Teicher - CONFIDENTIAL
2    being managed outside offhand.  I mean, I don't          14:26:10
3    recall.          14:26:12
4        MS. PEERCE:  In what time period?          14:26:13
5    That's --          14:26:14
6        THE WITNESS:  This is when we first          14:26:15
7    got started.          14:26:16
8        Q.   1991 --          14:26:17
9        A.   From '88 on and maybe at some point,          14:26:18
10   I just don't recall if he had given someone else          14:26:21
11   some of the money.  I just don't recall.  But my          14:26:25
12   impression is -- my recollection is that,          14:26:28
13   certainly through 1992, I managed all of the          14:26:30
14   funds.          14:26:38
15       Q.   Okay.  And at some point in time in          14:26:39
16   1992, maybe -- just to be clear, there came a          14:26:41
17   point where you didn't manage all the funds?          14:26:45
18       A.   I don't recall, but -- I don't          14:26:48
19   recall.  I think I managed all the funds until I          14:26:50
20   left at the end of '94, but I don't know.  Maybe          14:26:52
21   he put somebody else -- I just don't know.  I          14:26:56
22   wasn't really involved in that part of it.          14:27:00
23       Q.   Was your relationship with          14:27:02
24   Mr. Merkin, this -- the -- in terms of the          14:27:03
25   percentage of the incentive fees and such, did          14:27:12

**117**

1    Teicher - CONFIDENTIAL
2    that remain constant until the end of '93?          14:27:14
3        A.   To the end of '94..          14:27:17
4        Q.   To the end of '94?          14:27:19
5        A.   Yes.  I continued to receive          14:27:21
6    50 percent of the incentive fees and his pro rata          14:27:22
7    share of the expense.  He'd reimburse me for the          14:27:28
8    expense and he gave me his incentive fee.          14:27:31
9        Q.   You were still working at Victor          14:27:34
10   Teicher & Company?          14:27:35
11       A.   I don't know what it was called, but          14:27:36
12   this is my office, it was my business, and that's          14:27:37
13   what I was doing, yes.          14:27:39
14       Q.   Did you also have a company called          14:27:42
15   Farenstock?          14:27:43
16       A.   Fahnestock.          14:27:48
17       Q.   Fahnestock.  I'm sorry.          14:27:49
18       A.   Fahnestock is -- Edward Viner &          14:27:49
19   Company ultimately took over Fahnestock.  And          14:27:51
20   they changed their name -- Edward Viner changed          14:27:55
21   its name to Fahnestock.  So that separate account          14:27:58
22   that we had started with at the end of 1985,          14:28:01
23   Edward Viner & Company, became Fahnestock.  And          14:28:02
24   then Fahnestock today is Oppenheimer & Company.          14:28:06
25       Q.   With respect to Victor Teicher &          14:28:09

**30 (Pages 114 to 117)**

**118**

```
1           Teicher - CONFIDENTIAL
2   Company, was there a limited partner called Siget   14:28:10
3   Partners?                          14:28:13
4       A.   Yes, Siget was Simon Glick's entity.   14:28:14
5       Q.   And again, so I'm clear, until the   14:28:18
6   end of '94, the arrangement that you had with   14:28:24
7   Mr. Merkin was essentially the same?        14:28:26
8       A.   Yes.  To the best of my         14:28:29
9   recollection, yes.                  14:28:32
10      Q.   Did you have any other limited      14:28:35
11  partnerships with Mr. Merkin during this time   14:28:38
12  frame?  And I'll -- the '88 to '94 time frame?  14:28:42
13      A.   Did I have any other limited      14:28:47
14  partnerships?                       14:28:49
15      Q.   Were there any other limited      14:28:50
16  partnerships or any other businesses that you had  14:28:51
17  with Mr. Merkin?                    14:28:55
18      A.   Not that I recall.            14:28:56
19      Q.   I'm going to get into this briefly.   14:29:09
20  I'm not going to spend too much time on this,   14:29:12
21  Mr. Teicher.                        14:29:14
22      A.   You can take your time.  I'm okay   14:29:15
23  with it.                            14:29:17
24      Q.   At some point --               14:29:18
25      A.   Yes.                         14:29:19
```

**119**

```
1           Teicher - CONFIDENTIAL
2       Q.   -- you were charged criminally in   14:29:20
3   connection with some insider trading allegations?  14:29:22
4       A.   Yes, sir, exactly.            14:29:24
5       Q.   When did that take place?        14:29:26
6       A.   I think at the end of 1988, I was   14:29:27
7   indicted on this various insider trading-related  14:29:30
8   charges stemming from events that took place at  14:29:33
9   the end of '85 and into the first quarter of   14:29:35
10  1986.                               14:29:38
11      Q.   So that was relating to -- where   14:29:41
12  were you employed in terms of the --         14:29:43
13      A.   I had just started the Victor      14:29:45
14  Teicher & Company, and it was at that time.   14:29:48
15  That's when it was.                  14:29:50
16      Q.   But you didn't -- did it involve   14:29:55
17  Victor Teicher & Company as well?          14:29:58
18      MS. PEERCE:  Did that involve Victor   14:29:59
19  Teicher & Company?                  14:30:01
20      MR. GUGLIELMO:  The indictment and   14:30:03
21  the criminal charge.                14:30:04
22      MS. PEERCE:  He was a defendant.     14:30:05
23  BY MR. GUGLIELMO:                   14:30:05
24      Q.   I'm trying to understand what you   14:30:07
25  testified to.  Let me just ask a better question.  14:30:09
```

**120**

```
1           Teicher - CONFIDENTIAL
2       Let me --                       14:30:17
3       MS. PEERCE:  Because the record      14:30:17
4   speaks for itself in terms of what the       14:30:18
5   charges are.                        14:30:20
6       MR.. GUGLIELMO:  I understood.       14:30:20
7       MS. PEERCE:  Okay.               14:30:21
8   BY MR. GUGLIELMO:                   14:30:21
9       Q.   The indictment and the criminal   14:30:24
10  charge as to Victor Teicher, Victor Teicher,   14:30:27
11  Inc., did that have anything to do with the   14:30:30
12  businesses that you jointly ran with Mr. Merkin?  14:30:33
13      MS. PEERCE:  I object to the form.   14:30:40
14      A.   The businesses that I ran jointly   14:30:41
15  with Mr. Merkin?                    14:30:43
16      Q.   The management of the accounts.   14:30:44
17      A.   As -- my managing Gabriel and things  14:30:45
18  like that?                          14:30:47
19      Q.   Yes.                         14:30:48
20      A.   No, because the events that led to   14:30:48
21  this indictment took place at the end of 1985 and  14:30:49
22  into the first quarter of 1986.  And so at that  14:30:52
23  time, Ezra had a percentage of my profits, but he  14:30:55
24  worked at either Halcyon or Joe Greenblatt &   14:31:02
25  Company.                            14:31:08
```

**121**

```
1           Teicher - CONFIDENTIAL
2       Q.   I think it was around May of 1992,   14:31:09
3   there was a judgment against you?           14:31:11
4       A.   Yes.                         14:31:12
5       Q.   And thereafter, I think you were   14:31:14
6   incarcerated for a period of time in 1994; is   14:31:16
7   that correct?                       14:31:18
8       A.   In January of '94, I went to prison.  14:31:19
9   It was an 18-month sentence.  I spent 13 months  14:31:21
10  in prison; ten months in a regular prison, three  14:31:25
11  months in a halfway house.                14:31:28
12      Q.   So January to November you were in   14:31:29
13  prison in New Jersey; is that right?         14:31:31
14      A.   Fairton, New Jersey.  South Jersey.  14:31:33
15      Q.   Thereafter you were in a halfway   14:31:42
16  house?                              14:31:43
17      A.   The Marquee Halfway House, somewhere  14:31:43
18  on 27th Street.                     14:31:46
19      Q.   Were you still -- were you still   14:31:48
20  managing the accounts during the 1994 time frame?  14:31:50
21      A.   I was a general partner.         14:31:53
22      Q.   During this time that you were      14:31:56
23  incarcerated in 1994, were you actually       14:31:58
24  physically managing those accounts?          14:32:00
25      A.   Well, I was in prison.  So I mean,   14:32:01
```

31 (Pages 118 to 121)

**122**

Teicher - CONFIDENTIAL

1  the firm ran on its own.  But I spoke to the      14:32:03
2  people at the firm on a regular basis.      14:32:06
3      Q.    And then thereafter at some point,      14:32:08
4  did you continue working on managing the Merkin      14:32:10
5  accounts?      14:32:15
6          MS. PEERCE:  The Merkin-related      14:32:16
7      accounts?      14:32:17
8          MR. GUGLIELMO:  Merkin-related      14:32:18
9      accounts.      14:32:19
10     A.    After 1994?      14:32:19
11     Q.    Yes.      14:32:24
12     A.    No.      14:32:25
13         MS. PEERCE:  For a period of time.      14:32:25
14     A.    I just left and managed my own      14:32:26
15 accounts after the end of '94.  I got out of      14:32:28
16 prison, I started managing my own accounts.      14:32:31
17     Q.    And you started managing your own      14:32:33
18 accounts, was that with Victor Teicher & Company      14:32:35
19 again?      14:32:37
20     A.    Whatever the entity was.  Just the      14:32:37
21 partnership that -- where they had funds, that      14:32:39
22 people had given me the funds, whether it be      14:32:43
23 Siget or whatever Simon Glick's entities were      14:32:46
24 called, as well as Fahnestock, as well as Ithaca      14:32:49

**123**

Teicher - CONFIDENTIAL

1  Partners.      14:32:52
2          And I had an offshore fund as well.      14:32:52
3  Whatever funds were there, that's what I managed.      14:32:54
4  I no longer continued managing Ezra's money.      14:32:58
5      Q.    Did there come a time where you      14:33:01
6  started doing some work for Ezra again?      14:33:03
7      A.    Yes.      14:33:06
8      Q.    And what time was that?      14:33:06
9      A.    That was around September, October      14:33:07
10 of 1998.      14:33:09
11     Q.    But you didn't do any work for Ezra      14:33:12
12 in the January, February 1985 time frame?      14:33:13
13     A.    When I left in '95, early '95, the      14:33:19
14 end of '94, I don't know that we didn't -- I      14:33:22
15 think my recollection is I left at the end of      14:33:25
16 '94.      14:33:28
17     Q.    Was it an amicable split at that      14:33:31
18 point?      14:33:34
19     A.    I remained friends with him.  He      14:33:34
20 felt he could do it on his own.  And if that's      14:33:37
21 what he wanted to do, that's what he wanted to      14:33:39
22 do.      14:33:41
23     Q.    Do you know at what point Mr. Merkin      14:33:41
24 began investing funds with -- the funds being      14:33:43

**124**

Teicher - CONFIDENTIAL

1  Ascot, Ariel and Gabriel, with Mr. Madoff?      14:33:49
2      A.    No.      14:33:52
3      Q.    Was it the period of time around      14:33:52
4  1992, 1993 that you first had those discussions      14:33:53
5  with him about your issues?      14:33:56
6      A.    '92, '93 is when I recall first      14:33:59
7  hearing about Madoff and having any discussions      14:34:01
8  about Madoff.  When he invested some of the Ariel      14:34:05
9  and Gabriel money in Madoff, I just don't know.      14:34:08
10 I don't think it was at that time, but it could      14:34:13
11 have been that time.  I just don't know.      14:34:15
12     Q.    You weren't aware?      14:34:18
13     A.    No.      14:34:19
14     Q.    You said you came back in some      14:34:21
15 capacity in the 1998 time frame to work with      14:34:23
16 Mr. Merkin?      14:34:26
17     A.    Yes, around September of '98, I      14:34:27
18 spent a month there.  And then in October, we      14:34:29
19 entered into an agreement where I'd be doing what      14:34:31
20 I had done previously.      14:34:34
21     Q.    Was your title or position the      14:34:36
22 same -- I'm sorry, did you -- strike that.      14:34:38
23         When you came back in 1998, did you      14:34:42
24 have a formal agreement with Mr. Merkin?      14:34:45

**125**

Teicher - CONFIDENTIAL

1      A.    Yes.      14:34:46
2      Q.    And what was that agreement?      14:34:47
3      A.    That agreement was that I would      14:34:49
4  receive 50 percent of the incentive fees that he      14:34:51
5  would have collected on the capital that I was      14:34:57
6  managing without regard to the losses to that      14:35:01
7  capital and the high watermark that resulted from      14:35:06
8  those losses.      14:35:13
9          And that if he sold his firm -- if I      14:35:14
10 was to leave at some point in time and he was to      14:35:18
11 sell his firm, I was going to get a certain      14:35:21
12 percentage of the proceeds from the sale of the      14:35:24
13 firm, declining to zero over three years, I      14:35:28
14 think.      14:35:31
15     Q.    Your percentage that you would get      14:35:35
16 would decline to zero over three years?      14:35:37
17     A.    Yes.  Maybe 20 percent or something      14:35:38
18 like that.  I don't recall exactly.  I think it      14:35:42
19 was 20 percent.      14:35:43
20     Q.    And this agreement, did this also      14:35:44
21 describe what your responsibility was?      14:35:47
22     A.    It was a one-page agreement.  I      14:35:51
23 don't -- I don't recall what exactly it      14:35:54
24 described.  Maybe -- I don't recall exactly what      14:36:00

32 (Pages 122 to 125)

**126**

Teicher - CONFIDENTIAL

1
2    it described.                                      14:36:04
3       Q.    And -- but when you came back at the    14:36:06
4    end of '98, were you managing all of the funds of  14:36:10
5    Gabriel, Ariel and Ascot?                          14:36:15
6       A.    The funds that were given to me.         14:36:16
7       Q.    Do you know what percentage of those    14:36:18
8    funds --                                           14:36:19
9       A.    No.                                       14:36:20
10      Q.    Did you -- were you aware at that        14:36:22
11   time, the 1998 time frame, that Mr. Merkin had    14:36:23
12   Mr. Madoff managing some funds as well?           14:36:28
13      A.    I have a slight recollection that        14:36:31
14   that was the case.                                 14:36:33
15      Q.    Do you recall having any                 14:36:35
16   conversations with Mr. Merkin in the 1998 time    14:36:36
17   frame, when you came back, about Mr. Madoff?       14:36:38
18      A.    Yes.                                      14:36:41
19      Q.    What was the conversations about --      14:36:43
20   what were the conversations about?                 14:36:45
21      A.    I don't remember exactly.    My         14:36:46
22   impression was that there was some money that was  14:36:47
23   with Madoff in Gabriel and Ariel at that time,    14:36:50
24   and that's my impression.                          14:36:52
25      Q.    Other than your impression that          14:36:59

**127**

Teicher - CONFIDENTIAL

1
2    there were some funds with Mr. Madoff, did you    14:37:00
3    have any specific -- do you recall any general    14:37:03
4    discussions with Mr. Merkin about investing in    14:37:08
5    Madoff?                                            14:37:10
6       MS. PEERCE:    Object to the form.            14:37:14
7       Q.    Did you --                               14:37:14
8       A.    Not really.                              14:37:15
9       Q.    Did you raise issues such as the        14:37:15
10   issues you raised in the 1992, 1993 time frame?   14:37:17
11      A.    I don't -- I don't have any reason       14:37:22
12   to think that my view of Madoff changed over the  14:37:24
13   years.    And -- I don't -- don't recall any     14:37:27
14   specific conversation.    It wasn't something I was  14:37:35
15   interested in.                                     14:37:37
16      Q.    Again this is the 1998 time frame       14:37:41
17   when you came back; correct?                       14:37:43
18      A.    Yes.                                      14:37:44
19      Q.    Did you have anybody else working       14:38:09
20   with you as -- in managing the -- in managing    14:38:10
21   Ariel, Gabriel and Ariel?                          14:38:17
22      MS. PEERCE:    Ariel, Gabriel and            14:38:20
23   Ascot.                                             14:38:21
24      MR. GUGLIELMO:    Ascot.    Sorry.          14:38:21
25      A.    Did I have anyone working with me?      14:38:22

**128**

Teicher - CONFIDENTIAL

1
2       Q.    Was there anyone else working with      14:38:25
3    you to manage the money, as you described?        14:38:26
4       A.    Well, I mean, I came in in around        14:38:33
5    October and -- I mean, what I did is I invested   14:38:41
6    the money and I ran the business.    And so       14:38:51
7    however -- I think he might have had maybe 18     14:38:55
8    people working there.    I think we let go half of  14:38:57
9    them.                                              14:39:03
10      And I liquidated the substantial             14:39:04
11   part of the portfolio and then invested it as I   14:39:07
12   saw fit.    So that the people who were there in --  14:39:11
13   that were there as workers, analysts, traders,   14:39:17
14   what have you, there were workers there.          14:39:20
15      Q.    That were working for you?              14:39:23
16      A.    They were working for Gabriel           14:39:24
17   Capital, but I was running the portfolio and I    14:39:25
18   was essentially the executive.                     14:39:33
19      Q.    Did you have a formal title at          14:39:35
20   Gabriel Capital?                                   14:39:37
21      A.    I don't think so.                        14:39:39
22      Q.    Were you --                              14:39:42
23      A.    I was an independent contractor.    I   14:39:43
24   mean, I still had Ithaca Partners at the time.    14:39:48
25   And what I did is I left Ithaca Partners.    I left  14:39:50

**129**

Teicher - CONFIDENTIAL

1
2    two people running that.    And I went and spent   14:39:53
3    full time at Gabriel.                              14:39:56
4       Q.    And what was Ithaca Partners doing      14:39:58
5    at that time?    Was it investing --              14:40:01
6       A.    It was investing money of outside       14:40:03
7    investors.    And I had two guys I had been working  14:40:05
8    with, and I told them they should run that and    14:40:07
9    I'll run Gabriel.                                  14:40:09
10      Q.    While you were running Gabriel, and     14:40:26
11   I guess this is the 1998 time frame, what was    14:40:28
12   Mr. Merkin -- what was Mr. Merkin doing?    What  14:40:32
13   was he responsible for?                            14:40:36
14      A.    What was he responsible for?    He was  14:40:39
15   responsible for the whole firm.                    14:40:41
16      Q.    Were you reporting to him the trades    14:40:42
17   you were making, or what was the relationship?    14:40:44
18      A.    I would talk to him on a daily          14:40:46
19   basis, tell him what we were doing.    No different  14:40:48
20   than the earlier time frame.    I would talk to him  14:40:50
21   on a daily basis and tell him what we were doing.  14:40:52
22      Q.    And so did he give you discretion to    14:40:54
23   make the trades that you saw fit?                 14:40:59
24      A.    Yes.                                      14:41:01
25      Q.    Did he discuss with you at that time    14:41:03

33 (Pages 126 to 129)

---

**130**

Teicher - CONFIDENTIAL

2  that he wanted to invest certain funds with    14:41:08
3  Mr. Madoff?                              14:41:11
4      A.    I don't recall particularly.    14:41:12
5      Q.    Did you ever pick up the phone when    14:41:14
6  you came back in the 1998, 1999 time frame -- did    14:41:15
7  you call up Mr. Madoff at any time?        14:41:20
8      A.    I've never spoken to Bernie Madoff.    14:41:22
9      Q.    Never spoken to him ever?        14:41:24
10     A.    Ever.  Not that I recall.  I might    14:41:27
11  have spoken to him in some -- which way, shape or    14:41:28
12  form, I don't recall --                 14:41:31
13     Q.    Not in the capacity of --        14:41:33
14     A.    Investing --                   14:41:35
15     Q.    -- investing in accounts or --    14:41:36
16     A.    No.                           14:41:37
17     Q.    Let me finish the question.      14:41:38
18          Not in the --                  14:41:39
19          MS. PEERCE:  Can we take a -- why    14:41:41
20  don't you ask that question.            14:41:43
21  BY MR. GUGLIELMO:                       23:59:57
22     Q.    Not in the capacity of running the    14:41:45
23  Ariel, Gabriel and Ascot that you described?    14:41:49
24     A.    No, no, no.                    14:41:52
25          MR. GUGLIELMO:  Okay.           14:41:55

---

**131**

Teicher - CONFIDENTIAL

2          MS. PEERCE:  I apologize.  Can we go    14:41:56
3  off the record.                         14:41:58
4          THE VIDEOGRAPHER:  We're off the    14:41:59
5  record.  The time is 2:41.              14:42:00
6          (Recess from the record.)       14:42:05
7          THE VIDEOGRAPHER:  Back on the    14:52:10
8  record.  The time is 2:52.  This is the    14:52:11
9  beginning of Tape 3.                    14:52:14
10          MR. GUGLIELMO:  You wanted to    14:52:16
11  clarify..                              14:52:16
12          MS. PEERCE:  There were three areas    14:52:17
13  to clarify.  And maybe if I can just jog,    14:52:18
14  one has to do with the management of the    14:52:20
15  funds in the '92, '93 time period.       14:52:22
16          THE WITNESS:  Yes.              14:52:25
17     A.    I mean, during that time, I was    14:52:25
18  always -- I was involved in Ariel and Gabriel,    14:52:28
19  but I was not involved in Ascot.  I guess maybe    14:52:30
20  something unclear about whether I was involved    14:52:34
21  there, but I had never an involvement in Ascot.    14:52:38
22          Moreover, in terms of speaking --    14:52:42
23  when I came back to Gabriel in '98, I did speak    14:52:43
24  to Ezra about Madoff -- I mean, it did come up    14:52:50
25  again, but it was nothing of any moment.    14:52:54

---

**132**

Teicher - CONFIDENTIAL

2          MS. PEERCE:  The final question is,    14:52:57
3  when you came back after being released    14:53:00
4  from prison, what --                    14:53:03
5      A.    Oh, yes, I came back and Ezra told    14:53:05
6  me his lawyers told him he should not continue    14:53:12
7  working with me, and that's why he didn't want to    14:53:14
8  go forward.                             14:53:17
9  BY MR. GUGLIELMO:                        14:53:18
10     Q.    Let's take the last one first.  What    14:53:20
11  time frame did that discussion take place?    14:53:22
12     A.    That's when I came back in say    14:53:25
13  around November time of '94.  He said that his    14:53:27
14  lawyers told him that he could no longer work    14:53:30
15  with me.                                14:53:33
16     Q.    Was that based on the conviction    14:53:34
17  that you had?                           14:53:37
18     A.    That's what he said, yeah.  That's    14:53:41
19  what he said.                           14:53:42
20     Q.    And then there came a time at some    14:53:43
21  point that Mr.. Merkin told you it was okay to    14:53:45
22  work with you again?                    14:53:49
23     A.    Yes.                          14:53:52
24     Q.    Do you have a recollection of that    14:53:52
25  discussion?                             14:53:53

---

**133**

Teicher - CONFIDENTIAL

2      A.    Well, I mean -- I mean, he didn't    14:53:55
3  want to work with me.  He just blamed it on the    14:54:02
4  lawyers.  That's really what it was.  I mean, it    14:54:04
5  had nothing to do with the lawyers.  He just sort    14:54:06
6  of -- I told him, he doesn't want to work with    14:54:08
7  me, I don't care.  He doesn't have to work with    14:54:09
8  me.  It's not -- and so that the lawyers are    14:54:12
9  just -- that's just what he said.  I don't think    14:54:15
10  anything -- any relationship to any --    14:54:20
11     Q.    But in 1998, you did begin to work    14:54:22
12  with him again?                         14:54:24
13     A.    Yes.                          14:54:25
14     Q.    And my question was, with respect to    14:54:25
15  that time frame, did you have a conversation    14:54:27
16  about --                                14:54:29
17     A.    The lawyers?                   14:54:30
18     Q.    No, no.                       14:54:31
19          -- that now something had changed    14:54:31
20  where he wanted to work with you?  Did he tell    14:54:33
21  you the reasons why he wanted to work with you    14:54:35
22  again?                                  14:54:37
23     A.    Yes.                          14:54:38
24     Q.    Okay.  Can you describe for me what    14:54:38
25  those reasons were.                     14:54:40

**VERITEXT REPORTING COMPANY**
(212) 279-9424          **www.veritext.com**          (212) 490-3430

**134**

Teicher - CONFIDENTIAL

1
2      A.    Because they had lost a lot of money    14:54:42
3    and he felt that the thing was not under control.    14:54:45
4      Q.    So he wanted you to come back in and    14:54:48
5    manage?    14:54:52
6      A.    He wanted me to run the business    14:54:52
7    that I had previously.    14:54:54
8      Q.    And the time that you weren't    14:54:55
9    running the business, was he running it, "he"    14:54:56
10    being Mr. Merkin?    14:55:00
11      A.    Well, what happened was that when I    14:55:02
12    left at the end of '94, I couldn't take any of my    14:55:05
13    employees with me because I was paying them    14:55:09
14    amounts of money that reflected all the money    14:55:11
15    that I was managing, of which maybe 80 percent of    14:55:15
16    it was Ezra's.    14:55:18
17      So while several wanted to come with    14:55:19
18    me, I couldn't really afford to pay them.  I just    14:55:21
19    left and hired new employees.  And so all the    14:55:26
20    employees remained working with Ezra.    14:55:29
21      I think I introduced them to someone    14:55:31
22    who was going to take over my position to do    14:55:35
23    that, and then things evolved the way they    14:55:38
24    evolved.    14:55:44
25      Q.    And going back to the first point    14:55:44

**135**

Teicher - CONFIDENTIAL

1
2    you made when you were clarifying some things    14:55:46
3    from prior to the break, you said you weren't    14:55:49
4    involved in Ascot; is that correct?    14:55:51
5      A.    (Witness nods head in the    14:55:54
6    affirmative.)    14:55:54
7      Q.    You weren't involved in Ascot    14:55:54
8    because it was entirely invested in Madoff?    14:55:56
9      A.    I mean, my impression today is that    14:56:01
10    it was entirely invested in Madoff.  I mean, my    14:56:03
11    impression at that time -- I don't have an    14:56:07
12    impression that it was not invested -- it was    14:56:09
13    invested in anything but Madoff.  But that's just    14:56:12
14    an impression I have.  I don't know.    14:56:15
15      I mean, he never gave me Ascot    14:56:17
16    to manage relating to Madoff -- to do Ascot.    14:56:19
17      Q.    What was your understanding at that    14:56:22
18    time?    14:56:23
19      A.    My understanding was that most of it    14:56:24
20    was invested with Madoff, not all of it.    14:56:25
21      Q.    Did you have a discussion with    14:56:31
22    Mr. Merkin about you not managing Ascot?    14:56:33
23      MR. MENNITT:  Objection to form.    14:56:37
24      A.    I didn't have a discussion about --    14:56:39
25    no.  Ascot was essentially a feeder to Madoff.    14:56:41

**136**

Teicher - CONFIDENTIAL

1
2      Q.    And with respect to Ariel fund, you    14:56:46
3    have an understanding that part of that was also    14:56:47
4    invested?    14:56:50
5      A.    At some point.    14:56:51
6      Q.    Was it at 1998?    14:56:52
7      A.    My impression was in 1998 that some    14:56:56
8    of the Gabriel and Ariel money was invested with    14:57:01
9    Madoff.    14:57:05
10      Q.    So you were managing all the rest of    14:57:06
11    it, being Gabriel and --    14:57:07
12      A.    What was given to me..  I was    14:57:09
13    managing the -- whatever floor it was,    14:57:10
14    29th floor of 450 Park, whatever investment    14:57:14
15    activities and personnel -- whatever took place    14:57:17
16    there, I was managing.    14:57:19
17      Q.    And that's Gabriel Capital    14:57:20
18    Corporation's activities?  That's what you're    14:57:22
19    referring to?    14:57:23
20      A.    I'm referring to Ascot -- not Ascot,    14:57:24
21    to Ariel and to Gabriel.    14:57:27
22      Q.    There's no other fund that you're    14:57:29
23    referring to when you say that?    14:57:31
24      A.    Maybe there was some managed    14:57:32
25    accounts.  I don't really know.  I never really    14:57:33

**137**

Teicher - CONFIDENTIAL

1
2    looked -- to me Ariel -- Ariel, Gabriel, these --    14:57:35
3    this is the amount of dough we're managing, these    14:57:41
4    are the people we have, that's what I'm focused.    14:57:44
5    Whether they came from one fund or another fund,    14:57:47
6    there was nothing that --    14:57:49
7      Q.    You weren't --    14:57:51
8      A.    -- was terribly interesting to me.    14:57:52
9      Q.    You weren't looking at it from a    14:57:54
10    fund perspective; you looked at it from an    14:57:56
11    investment perspective?    14:57:58
12      A.    Investment and running a business    14:57:59
13    really.    14:58:01
14      Q.    Did you know whether or not the    14:58:02
15    Ariel fund and the Gabriel Capital fund were    14:58:03
16    mirror image funds?    14:58:06
17      A.    My impression was that they were, as    14:58:08
18    you say, mirror image funds: but they weren't    14:58:10
19    exactly the same because certain tax issues.    14:58:13
20      Q.    One being Gabriel Capital applying    14:58:17
21    to U.S. citizens and Ariel applying to non-U.S.    14:58:22
22    citizens?    14:58:25
23      A.    Yes, so there were certain dividend    14:58:26
24    withholding issues and --    14:58:30
25      Q.    The managing of assets, you didn't    14:58:31

**35  (Pages 134 to 137)**

**138**

Teicher - CONFIDENTIAL

1
2 distinguish when you managed the assets?        14:58:33
3    A.    Well, I distinguished in the sense    14:58:35
4 that if there's something that had a large    14:58:37
5 dividend, I wouldn't have that in Ariel; but    14:58:40
6 other than that, not really.        14:58:44
7    Q.    What is the period of time that you    14:58:49
8 managed the accounts?  You came back in 1998 --    14:58:52
9    A.    Yes.        14:58:55
10    Q.    -- and how long did you manage these    14:58:55
11 accounts?        14:58:58
12    A.    Until January of 2000.        14:58:58
13    Q.    Did your role or responsibility from    14:59:01
14 the '98 to 2000 time frame change at any point?    14:59:04
15    A.    No.        14:59:09
16    Q.    Did you have any discussions with    14:59:09
17 Mr. Merkin or anybody at his offices at 450 Park    14:59:11
18 about Mr. Madoff during that time?        14:59:17
19    A.    I'm sure it came up.  I don't know    14:59:20
20 offhand -- I mean, my view of Madoff didn't    14:59:23
21 change from the very beginning.        14:59:27
22    Q.    Right.        14:59:30
23    A.    It really was -- it was what it was    14:59:31
24 and came up once in a while.  I mean, I don't    14:59:33
25 know that it came up in more than a paragraph.    14:59:37

**139**

Teicher - CONFIDENTIAL

1
2    Q.    Did you -- in managing the accounts,    14:59:43
3 did you do due diligence on those accounts, the    14:59:45
4 Ariel and Gabriel accounts?        14:59:48
5        MS. PEERCE:  Object to the form.    14:59:50
6    A.    What do you mean, "due diligence"?    14:59:52
7    Q.    In terms of in picking the various    14:59:55
8 investments that you made, how did you come to    14:59:59
9 picking those investments?        15:00:04
10    A.    Through research that I was doing.    15:00:05
11    Q.    And so the investments that you made    15:00:07
12 were based on research that you had done?    15:00:08
13    A.    Yes.        15:00:11
14    Q.    Was there anything else that    15:00:11
15 determined -- or that sort of you looked at in    15:00:12
16 determining whether to make an investment in any    15:00:16
17 particular asset?        15:00:18
18    A.    Besides the research?  What else    15:00:19
19 would you look at?  I don't know what else one    15:00:25
20 looks at.  One does research and one has    15:00:27
21 thoughts, and you express those thoughts through    15:00:32
22 buying or selling securities.        15:00:34
23    Q.    Let me break it down.        15:00:36
24        Research.  What do you mean by    15:00:37
25 "research"?  Was that online research, or what    15:00:38

**140**

Teicher - CONFIDENTIAL

1
2 type of research did you do?        15:00:42
3    A.    Well, basically read the newspapers.    15:00:43
4 And you have ideas about certain things.  You    15:00:45
5 identify what look like investment opportunities    15:00:50
6 and you take positions in those opportunities.    15:00:54
7    Q.    Part of the research, was that    15:01:00
8 looking at underlying fundamentals of particular    15:01:04
9 securities that you were investing in?        15:01:06
10    A.    Many, many aspects to it.        15:01:08
11 Fundamentals is certainly a key ingredient.    15:01:10
12    Q.    What were you generally investing    15:01:13
13 in?  Was there a particular investment approach    15:01:15
14 that you took?        15:01:17
15    A.    We did a lot of risk arbitrage,    15:01:20
16 bankruptcies, but we had positions in German    15:01:22
17 bunds, currencies.  It wasn't a major thing, but    15:01:26
18 we -- we had positions in Polish bank debt.  I    15:01:31
19 mean, we were basically -- whatever came to my    15:01:38
20 mind as an interesting opportunity.        15:01:42
21    Q.    Did you ever talk to Mr. Merkin    15:01:44
22 about the research that you did?        15:01:46
23    A.    Yes, all the time.        15:01:50
24    Q.    And that was in connection with    15:01:51
25 managing the funds that you were given of Ariel    15:01:53

**141**

Teicher - CONFIDENTIAL

1
2 and Gabriel; right?        15:01:55
3    A.    Yes.        15:01:56
4    Q.    Do you have any recollection of any    15:01:57
5 conversations with Mr. Merkin about the research    15:01:59
6 that was given by Mr. Madoff?        15:02:01
7    A.    The research that was given my    15:02:05
8 Mr. Madoff?        15:02:07
9    Q.    Concerning his funds.        15:02:08
10        MS. PEERCE:  Objection to the form.    15:02:09
11    Q.    Do you know if Mr. Madoff gave any    15:02:10
12 research?        15:02:12
13    A.    I don't know what -- the        15:02:14
14 conversations Ezra had with Madoff.        15:02:17
15    Q.    But you didn't have any        15:02:19
16 conversations with Ezra concerning any Madoff    15:02:24
17 research?        15:02:24
18    A.    No.        15:02:25
19    Q.    Did you ever ask whether any    15:02:25
20 research was ever done?        15:02:26
21        MS. PEERCE:  Ask Mr. Merkin.    15:02:29
22 BY MR. GUGLIELMO:        23:59:57
23    Q.    Ask Mr. Merkin whether any research    15:02:31
24 was ever done by Mr. Madoff?        15:02:33
25    A.    No, no.        15:02:35

**36  (Pages 138 to 141)**

**142**

```
 1            Teicher - CONFIDENTIAL
 2      Q.    Did you have any reason to believe    15:02:39
 3   that Mr. Madoff wasn't doing research?         15:02:40
 4      A.    I didn't have any reason to believe   15:02:45
 5   anything about Madoff one way or another.  I   15:02:48
 6   mean, just I didn't have any thoughts about it 15:02:53
 7   one way or another.                            15:02:58
 8      Q.    Other than the things that you        15:02:59
 9   already testified to.                          15:03:00
10      A.    Yes, yes.                             15:03:02
11      Q.    And then at some point in 2000, you   15:03:04
12   ceased your relationship with Mr. Merkin?      15:03:08
13      A.    Yes.                                  15:03:12
14      Q.    When did that happen?                 15:03:13
15      A.    Sometime in January 2000.             15:03:14
16      Q.    What were the events that             15:03:16
17   precipitated that?                             15:03:17
18      A.    I -- because of my criminal case, at  15:03:20
19   some point after prison, I entered into a consent 15:03:24
20   decree with the Securities and Exchange        15:03:28
21   Commission.  That agreement basically said that I 15:03:29
22   would be permanently barred from, among other  15:03:31
23   things, being an unregistered investment adviser 15:03:34
24   once there's a final court determination that the 15:03:38
25   SEC has jurisdiction over unregistered advisers. 15:03:41
```

**143**

```
 1            Teicher - CONFIDENTIAL
 2            And this particular issue went        15:03:45
 3   through the courts.  And either there was a    15:03:48
 4   Supreme Court or I suspect a lower court --    15:03:53
 5   appeals court decision in January of the year  15:03:55
 6   2000 that basically said that --               15:04:00
 7            (Telephone interruption)              15:04:07
 8      A.    That basically said that --           15:04:12
 9            MS. PEERCE:  Hang on one second.      15:04:14
10   He's talking..                                 15:04:16
11            MR. GUGLIELMO:  Go ahead.  I'm        15:04:17
12   sorry.                                         15:04:18
13      A.    There was an agreement that           15:04:18
14   basically said that I can carry on -- I guess it 15:04:19
15   was a Supreme Court decision or probably an    15:04:27
16   appeals court decision in January of the year  15:04:29
17   2000 that basically said that the SEC has      15:04:32
18   jurisdiction over unregistered advisers and, as 15:04:35
19   such, I could continue.                        15:04:37
20            I don't recall offhand if I appealed  15:04:41
21   that decision to the Supreme Court.  I'm guessing 15:04:43
22   I might have.  But as the appeals court decision 15:04:46
23   came forward, I basically went forward --      15:04:50
24   resigned from my position with Ezra and        15:04:53
25   liquidated -- or gave back to the investors their 15:04:57
```

**144**

```
 1            Teicher - CONFIDENTIAL
 2   partnership interest in Ithaca Partners.       15:05:01
 3      Q.    So the case you're referring to, the  15:05:04
 4   January 2000 case that may have gone to the    15:05:07
 5   Supreme Court, that was a case that you were -- 15:05:09
 6   you were --                                    15:05:12
 7      A.    A party to.                           15:05:13
 8      Q.    -- a party to?                        15:05:14
 9      A.    Yes.                                  15:05:15
10      Q.    And while that was pending, you were  15:05:15
11   working with Mr. Merkin in the capacities that 15:05:17
12   you've described?                              15:05:20
13      A.    Yes.                                  15:05:21
14      Q.    And then when the case I guess was    15:05:21
15   no longer appealable and was final, then the   15:05:24
16   order --                                       15:05:27
17      A.    It was time to resign, yes.           15:05:29
18      Q.    But you're using the term "resign."   15:05:32
19   You didn't have a formal position with Gabriel 15:05:34
20   Capital and Mr. Merkin: it was just -- you're  15:05:36
21   saying you just stopped providing --           15:05:38
22      A.    I mean, it was -- it was a            15:05:40
23   contractual arrangement, yes.                  15:05:42
24      Q.    And let me ask you, the arrangement   15:05:47
25   between you and Mr. Merkin, was that embodied in 15:05:49
```

**145**

```
 1            Teicher - CONFIDENTIAL
 2   a particular document?                         15:05:51
 3      A.    Yes.                                  15:05:52
 4      Q.    It was like an annual contract?       15:05:52
 5      A.    It was a onetime contract.            15:05:54
 6      Q.    That was the contract that you        15:05:55
 7   described back in the '98 time frame?          15:05:56
 8      A.    Yes.                                  15:06:00
 9      Q.    During this period that you were      15:06:01
10   managing the accounts of Ariel and Gabriel, in 15:06:02
11   1998 to 2000, did Mr. Merkin ever veto an      15:06:06
12   investment decision that you made?             15:06:11
13            MS. PEERCE:  Object to the form.      15:06:12
14      A.    I -- I don't recall anything like     15:06:20
15   that.                                          15:06:21
16      Q.    And did you ever disagree with any    15:06:23
17   investment decisions he made with respect to any 15:06:26
18   funds that weren't being managed by you?       15:06:28
19      A.    Investment decisions that he made?    15:06:33
20            MS. PEERCE:  You mean disagree        15:06:35
21   orally or silently?                            15:06:36
22            MR. GUGLIELMO:  Orally.               15:06:39
23            MS. PEERCE:  Okay.                    15:06:39
24      Q.    Did you ever say to him, I don't      15:06:40
25   agree with investment in a particular investment? 15:06:41
```

**37  (Pages 142 to 145)**

**146**

Teicher - CONFIDENTIAL

2    A.    You're asking if he suggested our    15:06:46
3    investing in something?    15:06:47
4    Q.    Yes.    15:06:49
5    A.    I mean, we invested in what I wanted    15:06:50
6    to invest in.  If he had a thought about    15:06:56
7    something or other, I would consider it, but    15:06:59
8    that's about it.    15:07:01
9    Q.    And --    15:07:02
10    MS. PEERCE:  You're excluding the    15:07:03
11    Madoff-related discussions that he's    15:07:04
12    already talked about here.    15:07:05
13    MR. GUGLIELMO:  I am.    15:07:07
14    Q.    And let me be clear, because --    15:07:07
15    A.    Maybe I'm a little unclear.    15:07:10
16    Q.    Other than the Madoff -- let's say    15:07:11
17    for Ariel, other than Madoff and the funds that    15:07:14
18    you managed, were there any other funds being    15:07:17
19    managed by anyone else during the 1998 to 2000    15:07:19
20    time frame?    15:07:22
21    A.    Were there any other funds --    15:07:25
22    Q.    Other assets of Ariel fund being    15:07:27
23    managed by someone else.    15:07:29
24    A.    I don't know.  I know that I was    15:07:31
25    given so much money, so much in positions and I    15:07:32

**147**

Teicher - CONFIDENTIAL

2    had to do the best I can with it.    15:07:35
3    Q.    To the extent that Mr. Merkin had    15:07:38
4    others managing certain portions of Ariel, for    15:07:39
5    example, you weren't involved in those decisions?    15:07:42
6    A.    No..    15:07:44
7    Q.    That was not your -- that was not    15:07:45
8    part of your duties during the 1998 --    15:07:46
9    A.    No.    15:07:48
10    Q.    Let me finish.    15:07:49
11    A.    I'm sorry.    15:07:50
12    Q.    -- during the 1998 to 2000 time    15:07:50
13    frame?    15:07:52
14    A.    No.  My responsibility was to run    15:07:53
15    the business and to invest the money that was    15:07:56
16    given to me in the securities that were given to    15:07:59
17    me.    15:08:02
18    Q.    I apologize if I've asked this.  I    15:08:06
19    don't know if I have.    15:08:08
20    You produced three e-mails and that    15:08:09
21    attachment today.  Are you aware of any other    15:08:11
22    documents that you may have in your possession    15:08:14
23    that relate to the allegations in this case or    15:08:16
24    the Madoff revelations?    15:08:18
25    MS. PEERCE:  Well, let me just    15:08:21

**148**

Teicher - CONFIDENTIAL

2    object to the extent that it's presuming he    15:08:22
3    knows what the allegations are in the case.    15:08:24
4    If you want to rephrase it.    15:08:26
5    MR. GUGLIELMO:  Yes, I'll rephrase    15:08:28
6    it.    15:08:29
7    MS. PEERCE:  Why don't you rephrase    15:08:30
8    it because we're not parties to this    15:08:31
9    litigation.    15:08:34
10    MR. GUGLIELMO:  That's fine.    15:08:35
11    Q.    You produced three e-mails and an    15:08:35
12    attachment, which were e-mails that you sent to    15:08:37
13    Mr. --    15:08:39
14    A.    Merkin.    15:08:40
15    Q.    -- Merkin.    15:08:41
16    Are there any other documents that    15:08:42
17    you're aware of similar to these e-mails, in    15:08:43
18    other words, any communications you've had with    15:08:47
19    individuals at Gabriel Capital Corporation    15:08:48
20    concerning this litigation?  By "this    15:08:52
21    litigation," I mean the lawsuit --    15:08:57
22    A.    Yes.  I don't -- I don't believe so.    15:08:58
23    I mean, nothing I recall.  I mean, I don't --    15:09:01
24    MS. PEERCE:  Did you forward -- did    15:09:05
25    you forward those e-mails to anybody?    15:09:06

**149**

Teicher - CONFIDENTIAL

2    THE WITNESS:  Those e-mails I    15:09:09
3    forwarded to people, these three e-mails.    15:09:10
4    Q.    Who did you forward those e-mails    15:09:12
5    to?    15:09:13
6    A.    To many people.    15:09:17
7    Q.    Did you forward them to anybody at    15:09:19
8    Gabriel Capital Corp.?    15:09:21
9    A.    I don't know if I forwarded them --    15:09:25
10    yes, yes.  I think I forwarded -- I think so.    15:09:28
11    I'm not sure exactly.  I think I forwarded    15:09:31
12    them -- maybe I -- I'm not sure if I did or    15:09:34
13    didn't.  Jack Maher or to Michael Autera -- I    15:09:38
14    don't know if I forwarded -- I sort of don't    15:09:43
15    recall exactly.    15:09:46
16    I spoke to Jack Maher about this a    15:09:46
17    couple of times since the Madoff revelations, and    15:09:49
18    I don't recall if I forwarded them or I read them    15:09:53
19    the e-mails.  I more likely read them the    15:09:55
20    e-mails.    15:09:58
21    Q.    Do you think you forwarded them to    15:09:58
22    Mr. Levander?    15:10:00
23    A.    I don't think so.  I don't think so.    15:10:02
24    No, I wouldn't have -- it doesn't seem like    15:10:06
25    something I would do.    15:10:08

38  (Pages 146 to 149)

**150**

```
1            Teicher - CONFIDENTIAL
2       Q.   And then other than the three      15:10:09
3    e-mails and the attachment, did you send any  15:10:10
4    documents to anyone else at Gabriel Capital  15:10:15
5    Corporation concerning the Madoff revelations?  15:10:18
6       A.   Not that I recall.  I mean, I don't  15:10:24
7    recall anything offhand.  Maybe someone sent me a  15:10:27
8    newspaper article or something like that, I might  15:10:31
9    have forwarded it on.  Nothing that I recall.  15:10:33
10           MS. PEERCE:  And just to be clear,  15:10:38
11   any of these questions are excluding   15:10:39
12   anything I might have done with these   15:10:41
13   e-mails.                               15:10:43
14      Q.   I'm not talking about e-mails you  15:10:44
15   may have sent to your attorney --     15:10:45
16           MS. PEERCE:  Or anything I might  15:10:46
17   have done with these three e-mails, is what  15:10:47
18   I'm -- making sure the record's clear.  15:10:50
19   BY MR. GUGLIELMO:                      15:10:52
20      Q.   Do you know if you sent an e-mail to  15:10:52
21   Michael Autera about this case?        15:10:54
22      A.   I might have.  I just don't really  15:10:56
23   recall.                                15:10:58
24           MR. GUGLIELMO:  We're going to mark  15:11:14
25   as a document -- I think we're at Teicher  15:11:15
```

**151**

```
1            Teicher - CONFIDENTIAL
2    5.  It's a document bearing Bates       15:11:18
3    No. GCC0020875.                        15:11:21
4        (Teicher Exhibit 5, Bates No.      15:11:28
5    GCC0020875, E-mail dated 12/13/08 from   15:11:28
6    Teicher to Autera, marked for          15:11:28
7    identification.)                       15:11:28
8            MS. PEERCE:  Is this one of the  15:11:31
9    documents that's subject to the        15:11:31
10   confidentiality order?                 15:11:32
11           MR. GUGLIELMO:  Yes.           15:11:33
12           MS. PEERCE:  Okay.             15:11:34
13   BY MR. GUGLIELMO:                      15:11:34
14      Q.   Mr. Teicher, does this refresh your  15:12:25
15   recollection about whether or not you sent any  15:12:26
16   e-mails to Mr.. Autera?                15:12:28
17      A.   Yes, I had this conversation with  15:12:29
18   him.. I didn't realize I had sent an e-mail to  15:12:31
19   him, but now that I'm thinking about it, I recall  15:12:33
20   calling him to tell them this and he hadn't  15:12:37
21   called me back, so I figured I'd send him an  15:12:40
22   e-mail to this effect.                 15:12:43
23      Q.   Did you send an e-mail to Mr. Autera  15:12:44
24   on or about December 13, 2008, at about  15:12:47
25   8 o'clock?                             15:12:50
```

**152**

```
1            Teicher - CONFIDENTIAL
2       A.   I don't remember.             15:12:51
3            MS. PEERCE:  This is Greenwich  15:12:52
4    meantime so --                        15:12:54
5       Q.   Do you remember sending an e-mail on  15:12:55
6    or about December 13 to Mr. Autera?    15:12:57
7       A.   Not really.  I don't really remember  15:13:01
8    this exactly.  I mean, it seems -- looking at it,  15:13:02
9    I sort of have a slight recollection of this.  It  15:13:06
10   seems like something -- certainly seems the way I  15:13:10
11   talk.  So it's --                      15:13:14
12      Q.   So let me ask you the next question.  15:13:16
13           The text of the e-mail says, after  15:13:17
14   the forward, "Michael, hope all is well and  15:13:19
15   getting better.  I've attached an article you've  15:13:22
16   likely seen, but, if not, it may be of interest.  15:13:26
17           "At this point, if I was you, I  15:13:31
18   would retain an independent criminal defense  15:13:33
19   attorney.  As I have some experience in this,  15:13:36
20   feel free to call me to discuss how you might  15:13:38
21   think about whom to retain.  Victor."  15:13:41
22           And then it has a number, telephone  15:13:44
23   number.                                15:13:46
24           Do you recall typing an e-mail like  15:13:47
25   that?                                  15:13:48
```

**153**

```
1            Teicher - CONFIDENTIAL
2       A.   Not really.  I mean, it looks      15:13:53
3    familiar.  I mean, the subject.. I don't recall  15:13:55
4    this especially one way or the other.  But  15:13:58
5    knowing -- this is the way I write all letters,  15:14:01
6    Hope all is well and it's getting better, so I'm  15:14:04
7    sure I wrote this e-mail.              15:14:07
8       Q.   If we look --                  15:14:08
9       A.   I'm sure it's in the inbox --   15:14:10
10      Q.   Or sent items?                 15:14:12
11      A.   Right.  Outbox.  I would think so.  15:14:14
12   It doesn't -- but I sort of now vaguely recall  15:14:16
13   calling Michael and Michael hadn't called me  15:14:20
14   back.  And I felt it was important enough to get  15:14:22
15   his attention to this.  So I must have sent him  15:14:24
16   this e-mail.  It's starting to refresh my memory.  15:14:27
17      Q.   Do you think you called Mr. Autera  15:14:30
18   before you sent this e-mail?           15:14:32
19      A.   Yes, that's pretty clear.       15:14:33
20      Q.   Do you think you called Mr. Autera  15:14:37
21   concerning -- as a result of the Madoff  15:14:40
22   revelations?                           15:14:43
23      A.   Yes.                           15:14:44
24      Q.   So that was what precipitated this  15:14:45
25   e-mail?                                15:14:48
```

**39  (Pages 150 to 153)**

**154**

Teicher - CONFIDENTIAL

1
2  A.  Yes.  15:14:48
3  Q.  Do you remember talking to  15:14:49
4  Mr. Autera after you sent this e-mail?  15:14:51
5  A.  Yes.  15:14:53
6  Q.  When did you talk to him?  15:14:53
7  A.  Sometime afterwards.  15:14:55
8  Q.  What did you all discuss?  15:14:56
9  A.  We discussed getting independent  15:15:00
10  criminal counsel.  15:15:01
11  Q.  And did you discuss anything else?  15:15:04
12  A.  I don't recall.  15:15:11
13  Q.  Do you recall discussing with  15:15:12
14  Mr. Autera any of the facts underlying the Madoff  15:15:14
15  revelation?  15:15:17
16  A.  Maybe.  I just -- it would be --  15:15:24
17  there's nothing that specifically comes to mind.
18  I mean -- there's nothing that specifically comes  15:15:33
19  to mind.  I'm sure that we discussed more than  15:15:36
20  just this, but I just -- I mean, I'm not even  15:15:38
21  sure.  It's possible, but I just don't really  15:15:41
22  know.  15:15:45
23  Q.  Do you recall discussing with  15:15:46
24  Mr. Autera the conversation you had with  15:15:46
25  Mr. Hess?  15:15:48

**155**

Teicher - CONFIDENTIAL

1
2  A.  I would have recalled that, but I  15:15:56
3  can't recall right now if I discussed that with  15:15:57
4  Michael or not.  I don't recall whether we  15:16:00
5  discussed that or not.  I just don't recall..  15:16:05
6  MS. PEERCE:  Can I ask you, do you  15:16:08
7  recall when you had the conversation with  15:16:09
8  Mr. Hess?  Was it before or after  15:16:10
9  December 13th?  15:16:14
10  THE WITNESS:  I wouldn't know.  I  15:16:15
11  don't know when this Madoff thing came  15:16:17
12  alive.  15:16:19
13  MS. PEERCE:  Can we stipulate it's  15:16:20
14  December 11th?  15:16:22
15  MR. GUGLIELMO:  That's all right.  15:16:24
16  A.  If it was December 11, sure -- I'm  15:16:25
17  sure -- I would guess I spoke to Dan Hess within  15:16:27
18  a short period of time after that.  15:16:33
19  Q.  You don't know whether your  15:16:36
20  conversation with Mr. Hess took place before --  15:16:37
21  A.  I have -- I don't -- I don't really,  15:16:39
22  really know.  15:16:43
23  Q.  And do you recall any other facts or  15:16:44
24  discussion that you had with Mr. Autera?  15:16:48
25  A.  I called him because I was concerned  15:17:04

**156**

Teicher - CONFIDENTIAL

1
2  that these things could get more complicated and  15:17:06
3  that he'd be best served getting a criminal  15:17:12
4  attorney.  That's really what the focus was.  And  15:17:16
5  we discussed aspects of it.  I'm sure we must  15:17:22
6  have discussed other things, but nothing that I  15:17:26
7  particularly remember.  15:17:33
8  Q.  Do you remember talking to  15:17:34
9  Mr. Autera about maybe previously saying that  15:17:34
10  Mr. Madoff was a fraud?  15:17:38
11  A.  Oh, I'm sure I said that to him.  I  15:17:41
12  mean, I'm sure I said something like that to him.  15:17:45
13  I'm sure I said something like that to him.  I  15:17:50
14  shouldn't say -- I'm not sure if I said that to  15:17:54
15  him.  I don't recall what I said to him, but it  15:17:57
16  would not be out of character for me to say  15:17:59
17  something like that.  15:18:02
18  I don't recall any particular thing  15:18:02
19  we discussed.  I mean, maybe you can refresh my  15:18:03
20  memory somewhat, but -- I don't remember -- I  15:18:07
21  don't really remember.  15:18:16
22  Q.  Did you have more than one  15:18:17
23  conversation with Mr. Autera?  15:18:18
24  A.  I think I had about two or three.  15:18:19
25  Q.  And these are subsequent to the  15:18:21

**157**

Teicher - CONFIDENTIAL

1
2  December 11 time frame?  15:18:22
3  A.  I spoke to Michael before that time  15:18:25
4  as well, but in terms of the matter at hand, it  15:18:27
5  was only after Madoff was revealed, yes.  15:18:30
6  Q.  And what were those subsequent  15:18:33
7  conversations about, the same topics or was there  15:18:35
8  anything in addition?  15:18:37
9  A.  Same kind of thing, I guess.  I  15:18:39
10  mean, may have been two or three conversations,  15:18:42
11  but essentially one.  15:18:45
12  Q.  And what was the purpose of having a  15:18:48
13  subsequent conversation?  15:18:50
14  A.  My -- I don't know.  I just wanted  15:18:54
15  to just follow up, make sure he got someone.  15:18:56
16  Q.  And do you know how long -- in terms  15:19:00
17  of duration, how long did these calls last with  15:19:03
18  Mr. Autera?  15:19:05
19  A.  I don't know the -- 15 minutes,  15:19:08
20  could have been five minutes.  15:19:12
21  Q.  Fifteen minutes for each?  15:19:13
22  A.  I don't really remember.  I mean, I  15:19:16
23  don't know that we got into like much of a long  15:19:18
24  discussion about anything.  15:19:25
25  Q.  And other than the three calls that  15:19:25

**40  (Pages 154 to 157)**

**158**

Teicher - CONFIDENTIAL

2  you've identified, did you have any face-to-face   15:19:27
3  meetings with him?                         15:19:30
4        A.    No.                            15:19:31
5        Q.    Did you share any other e-mails or   15:19:35
6  send any other e-mails to Mr. Autera other than   15:19:36
7  the one that we've identified?             15:19:38
8        A.    Not that I'm aware of.         15:19:43
9        Q.    Following the 2000 – January 2000   15:20:01
10  time frame when you sort of terminated your --   15:20:04
11        A.    Relationship.                 15:20:11
12        Q.    -- relationship with Mr. Merkin,   15:20:11
13  have you done any work in any capacity with   15:20:14
14  Mr. Merkin going forward?                  15:20:17
15        A.    I haven't had a business       15:20:21
16  relationship with him.  I mean, I haven't done   15:20:24
17  things for him that he's paid me for or vice   15:20:27
18  versa.                                     15:20:30
19        Q.    Let me clarify.               15:20:31
20              In terms of a business relationship,   15:20:32
21  you haven't done any work on any of the funds   15:20:33
22  that he has managed from 2000 forward?     15:20:35
23        A.    No, I don't believe so.       15:20:41
24        Q.    And touching on what you just said,   15:20:43
25  you haven't received any compensation in any form   15:20:46

**159**

Teicher - CONFIDENTIAL

2  from Mr. Merkin since the 2000 time frame?   15:20:49
3        A.    Best of my recollection, yes.   15:20:55
4        Q.    By you, are you including any of the   15:20:57
5  partnerships that you run --               15:20:58
6        A.    Yes.                          15:20:59
7        Q.    -- like Ithaca Partners and --   15:21:00
8        A.    Yes.                          15:21:01
9        Q.    I guess when we're talking about   15:21:02
10  Mr. Merkin or Gabriel Capital, we're talking   15:21:04
11  about companies that he runs, in other words,   15:21:05
12  Gabriel Capital Corporation and then Gabriel   15:21:09
13  fund, Ariel?                              15:21:12
14        A.    Yes.                         15:21:14
15        Q.    Have you managed any money for   15:21:18
16  Mr. Merkin in any capacity since 2000?     15:21:21
17        A.    No.                          15:21:23
18        Q.    Have you provided him any advice   15:21:26
19  about how to manage money?                 15:21:28
20        A.    Yes.                         15:21:30
21        Q.    In what way?                  15:21:31
22        A.    Different investment ideas I have.   15:21:33
23  I mean, I talk to him.  I talk to many people   15:21:34
24  about investment ideas I have.  And if he wants   15:21:37
25  to do it, he should do it.                 15:21:40

**160**

Teicher - CONFIDENTIAL

2        Q.    But you don't provide --      15:21:42
3        A.    No formal relationship where I'm   15:21:45
4  advising him and he's giving me any money.  I'm   15:21:49
5  not allowed to do that.                    15:21:51
6        Q.    And again, I'm not trying to use the   15:21:52
7  term "formal."  I want to understand --    15:21:57
8        A.    Yes.                          15:22:00
9        Q.    Is there any relationship that you   15:22:01
10  have with Mr. Merkin where you provide him advice   15:22:02
11  on how his money managers is to manage money   15:22:04
12  because you can't manage yourself?         15:22:07
13        A.    No.                          15:22:13
14        Q.    You don't have a consultancy or   15:22:13
15  something like that?                       15:22:14
16        A.    No.                          15:22:15
17        Q.    And since the 2000 time frame when   15:22:23
18  you terminated your relationship with Mr. Merkin,   15:22:26
19  have you had conversations with him about   15:22:32
20  Mr. Madoff or his investments?             15:22:33
21        A.    I think here and there, yes.   15:22:38
22        Q.    And can you describe for me       15:22:39
23  generally the conversations that you've had and   15:22:42
24  the time frames you had them?              15:22:44
25        A.    I don't remember when, but my   15:22:47

**161**

Teicher - CONFIDENTIAL

2  recollection, though, was that he said, Look,   15:22:51
3  after all these years, you still don't believe in   15:22:53
4  Madoff?                                    15:22:57
5              I think he said something like that.   15:22:57
6        Q.    And what was your response?   15:23:00
7        A.    I still don't think it smells right.   15:23:03
8        Q.    Were you ever aware of any articles   15:23:10
9  challenging Mr. Merdoff's investment strategy   15:23:12
10  that were published in Fortune, for example, in   15:23:14
11  2001?                                      15:23:17
12              MS. PEERCE:  Madoff.  You said   15:23:19
13  Merdoff.                                   15:23:23
14              MR. GUGLIELMO:  Sorry.        15:23:23
15        A.    I remember somewhere an article, I   15:23:24
16  thought it might have been in Barron's, and the   15:23:27
17  article talked about Bernie Madoff and how he   15:23:29
18  didn't want people who invested money with him to   15:23:35
19  tell other people about it, which I thought was   15:23:41
20  quite unusual.                             15:23:45
21        Q.    Can you just clarify what you said.   15:23:46
22  I'm sorry.                                 15:23:48
23        A.    I remember reading an article   15:23:49
24  somewhere relating to Madoff, and it indicated   15:23:50
25  that Madoff didn't want people who were investors   15:23:55

**41 (Pages 158 to 161)**

**162**

Teicher - CONFIDENTIAL

1
2  of his to tell other people that they were          15:23:59
3  investors of his.  I remember reading something     15:24:02
4  to that effect.                                       15:24:08
5      Q.    Do you remember having any              15:24:09
6  discussions about that article or that fact with   15:24:10
7  Mr. Merkin?                                           15:24:12
8      A.    I have a vague recollection of a        15:24:15
9  discussion like that.                                 15:24:17
10     Q.    Do you know when that took place?       15:24:18
11     A.    No.                                     15:24:19
12     Q.    Do you know -- let's stick with the     15:24:21
13  time that you were in a business relationship      15:24:23
14  with Mr. Merkin.                                    15:24:26
15          Were you aware that Mr. -- whether       15:24:29
16  or not Mr. Merkin could disclose that he had       15:24:31
17  monies invested with Madoff at that time?          15:24:34
18     A.    Whether --                               15:24:37
19          MS. PEERCE:  Objection to the --         15:24:38
20     Q.    1998 to the 2000 frame.                  15:24:39
21          MS. PEERCE:  Objection to the form.      15:24:41
22     A.    Whether he could?                        15:24:42
23     Q.    Yes.  In other words, similar to        15:24:43
24  what you had read in the article, were you aware   15:24:45
25  during the 1998 to 2000 time frame --              15:24:48

**163**

Teicher - CONFIDENTIAL

1
2      A.    That Ezra couldn't or was              15:24:51
3  discouraged from disclosing to people that he was  15:24:53
4  an investor there?                                   15:24:59
5      Q.    Yes.                                     15:25:00
6      A.    I wasn't aware of that one way or       15:25:02
7  another.                                             15:25:04
8      Q.    Did you ever become aware of whether    15:25:04
9  or not Ezra was discouraged from disclosing his    15:25:06
10  investments in Madoff subsequent to that time?     15:25:10
11     A.    No, I don't remember along those        15:25:12
12  lines.                                              15:25:14
13     Q.    And subsequent to your terminating      15:25:25
14  your business relationship with Mr. Merkin,        15:25:27
15  approximately --                                    15:25:31
16     A.    In 2000 or --                            15:25:31
17     Q.    2000, yes.                               15:25:32
18          -- approximately how often do you        15:25:33
19  see him face-to-face on a yearly basis?            15:25:34
20     A.    I think in recent years, I would       15:25:46
21  guess probably -- I'm just guessing five times a   15:25:48
22  year.  I don't know if it's more than that.        15:25:52
23     Q.    And what are those -- those meetings    15:25:57
24  that you have, are they business-related in any    15:25:59
25  way?                                                15:26:02

**164**

Teicher - CONFIDENTIAL

1
2      A.    We talk about business, about          15:26:03
3  investing.  It's business in that sense, yes.  We  15:26:06
4  talk about investing, various investment ideas.    15:26:09
5      Q.    Does he discuss with you any of the     15:26:13
6  particular holdings of any of the funds that he    15:26:14
7  manages?                                             15:26:17
8      A.    I don't recall that he does.            15:26:24
9  often tell him about investments that I'm doing.   15:26:28
10     Q.    Let me step back a second.              15:26:30
11          The first time around that you were      15:26:34
12  working with Mr. Merkin was the 19-               15:26:36
13     A.    '88 to '94.                              15:26:40
14     Q.    '88 to '94.                              15:26:41
15          Do you know approximately how much      15:26:43
16  compensation you received investing in or         15:26:44
17  investing for Mr. Merkin?                          15:26:46
18          MS. PEERCE:  Object to the form.         15:26:50
19     A.    I have no idea.                          15:26:53
20     Q.    Was it -- I'm sorry?                     15:26:54
21     A.    I just -- I don't know.  I mean, I      15:26:56
22  don't recall.  I mean, I didn't really look at it  15:27:02
23  as his funds, my funds.  I was doing what I was    15:27:05
24  doing.  I was getting paid what I was getting      15:27:09
25  paid to do that, and it was what it was.           15:27:11

**165**

Teicher - CONFIDENTIAL

1
2          I wasn't really thinking how much is     15:27:14
3  it from him.  I mean, the money I was managing     15:27:15
4  directly I got the full incentive fee.  The        15:27:18
5  money I was managing for him I was only getting    15:27:22
6  half the incentive fee.  So I wasn't -- I never    15:27:25
7  looked at it that way.  I don't look at things     15:27:29
8  that way.                                           15:27:31
9      Q.    You said you were making what you       15:27:32
10  were making.  Do you know approximately how much   15:27:33
11  you made in that time frame on an annual basis?    15:27:35
12     A.    It varied from one year to another.    15:27:38
13  I don't recall -- I don't recall offhand.  I       15:27:42
14  mean -- I mean, several millions of dollars.  I    15:27:46
15  mean, it was -- I mean, I remember I never made    15:27:53
16  more than 10 million a year.                        15:27:57
17          I think I made 10 million once or        15:27:58
18  twice, that's about it.  So it was somewhere       15:28:00
19  between, I don't know, a half a million and        15:28:03
20  10 million bucks, whatever it was.                  15:28:08
21     Q.    And let's say the second time --        15:28:10
22  second time around, the 1998 to 2000 time frame,   15:28:12
23  how much did you make do you think on an annual    15:28:16
24  basis during those years?                           15:28:19
25     A.    From '98 to 2000, I don't recall       15:28:21

**42 (Pages 162 to 165)**

**166**

Teicher - CONFIDENTIAL

1  offhand. I think maybe -- maybe during that   15:28:29
2  14-month stretch, maybe I made a million bucks a   15:28:41
3  month, $14 million or something.   15:28:45
4      Q.   It was about a 14-month period that   15:28:47
5  you were working for Ezra again?   15:28:49
6      A.   Yes.   15:28:50
7      Q.   And you think you made about a   15:28:51
8  million a month --   15:28:52
9      A.   Something like that, roughly. Those   15:28:53
10  kind of things I don't really remember much. I'm   15:28:58
11  not thinking much about those things.   15:28:58
12      Q.   When you left, did you get a   15:29:00
13  percentage of the value of the company, like you   15:29:01
14  had described in terms of the --   15:29:03
15      A.   Only if it was sold.   15:29:05
16      Q.   That didn't apply to you leaving,   15:29:06
17  though?   15:29:08
18      A.   No. But once I left, the clock   15:29:09
19  started ticking to when we got to the thing -- to   15:29:11
20  my interest no longer being there.   15:29:14
21      Q.   So you never received any other   15:29:16
22  compensation for managing any of these accounts?   15:29:17
23      A.   No.   15:29:20
24          MR. GUGLIELMO:   Let's take a   15:29:54

**167**

Teicher - CONFIDENTIAL

1  five-minute break.   15:29:54
2          THE VIDEOGRAPHER:   We're off the   15:29:56
3  record. The time is 3:29.   15:29:56
4          (Recess from the record.)   15:29:58
5          THE VIDEOGRAPHER:   We're back on the   15:33:17
6  record. The time is 3:43.   15:43:51
7  BY MR. GUGLIELMO:   12:41:05
8      Q.   Mr. Teicher, I have -- go ahead.   15:43:58
9      A.   I was thinking of maybe clarifying   15:44:00
10  something, which is that at some point when I   15:44:02
11  spoke to Michael Autera, I advised him that he   15:44:04
12  should use Bob Anello as his criminal defense   15:44:08
13  counsel.   15:44:10
14      Q.   Do you know if Mr. Autera retained   15:44:13
15  Mr. Anello?   15:44:13
16      A.   Yes, I think so.   15:44:15
17          THE REPORTER:   Can we go off the   15:44:15
18  record, please.   15:44:15
19          THE VIDEOGRAPHER:   We're off the   15:44:23
20  record. The time is 3:44.   15:44:23
21          (Recess from the record.)   15:44:25
22          THE VIDEOGRAPHER:   We're back on the   15:51:11
23  record. The time is 3:51.   15:51:26

**168**

Teicher - CONFIDENTIAL

1  BY MR. GUGLIELMO:   15:51:27
2      Q.   Mr. Teicher, were you clarifying   15:51:29
3  something?   15:51:30
4      A.   Yes, yes, yes, that I wanted -- one   15:51:31
5  of the conversations I had with Michael Autera   15:51:36
6  was that he should use Bob Anello to represent   15:51:38
7  him.   15:51:42
8      Q.   And I think I asked, but just to get   15:51:43
9  it on the record, did he actually retain   15:51:44
10  Mr. Anello?   15:51:48
11      A.   Yes.   15:51:49
12          And I think there was some other   15:51:51
13  questioning relating to how Madoff was doing   15:51:53
14  and -- prior to Madoff being revealed for what he   15:51:56
15  was. And I think at some point, as I said,   15:52:00
16  Madoff was up 4 or 5 percent for the year just   15:52:05
17  prior to the collapse.   15:52:08
18      Q.   You're talking about the year being   15:52:11
19  '08; correct?   15:52:12
20      A.   Yes.   15:52:14
21      Q.   This was in a conversation you had   15:52:14
22  with Mr. Merkin?   15:52:16
23      A.   Yes, I recall something like that.   15:52:17
24      Q.   And do you know what the genesis of   15:52:18

**169**

Teicher - CONFIDENTIAL

1  the conversation was?   15:52:21
2      A.   No, just talking about how poor some   15:52:24
3  of the fund managers did in '08 and -- but Madoff   15:52:27
4  was consistent.   15:52:31
5      Q.   And did you raise again the issues   15:52:33
6  you had with the consistency?   15:52:35
7      A.   I don't think so.   15:52:40
8      Q.   Do you know approximately what time   15:52:41
9  of 2008 you had this conversation?   15:52:43
10      A.   I think it was after September,   15:52:45
11  October. I mean, after the meltdown.   15:52:46
12      Q.   The market meltdown?   15:52:52
13      A.   Yes, yes.   15:52:53
14      Q.   And did you have any other   15:52:56
15  communications with Mr. Merkin after that time?   15:52:57
16      A.   Not that I recall.   15:53:00
17          MS. PEERCE:   Other than the ones we   15:53:01
18  talked about earlier today?   15:53:04
19          MR. GUGLIELMO:   Yes.   15:53:05
20      Q.   I'm referring to after the   15:53:05
21  September '08 conversation.   15:53:06
22      A.   I don't recall having one.   15:53:09
23      Q.   Let me ask you, before the break --   15:53:11
24          MS. PEERCE:   There's one bit of   15:53:12

**43  (Pages 166 to 169)**

**170**

1      Teicher - CONFIDENTIAL
2   clarification, if I can just ask a          15:53:13
3   clarifying question.                        15:53:16
4        MR. GUGLIELMO:  Yes.                   15:53:17
5        MS. PEERCE:  Earlier you asked         15:53:17
6   Mr. Teicher a question which presupposed    15:53:20
7   that he had used the word "fraud" in his    15:53:23
8   communications with people about Madoff,    15:53:25
9   and I think there needs to be some          15:53:27
10  clarification on that.                      15:53:29
11       THE WITNESS:  I don't know that I      15:53:31
12  used the word "fraud" as such.  I just had  15:53:32
13  doubts about Madoff.  I mean, there were    15:53:35
14  just many things there that made the thing  15:53:38
15  doubtful.  I'm not the type of guy that     15:53:41
16  uses the word "fraud."                      15:53:47
17       MS. PEERCE:  You may have used it,     15:53:48
18  you just don't recall.                      15:53:49
19       THE WITNESS:  I don't recall using     15:53:50
20  that word.  I don't recall using that word. 15:53:53
21  BY MR. GUGLIELMO:                           15:53:55
22       Q.   But I guess you don't recall at any  15:53:57
23  time ever using that word in any conversation  15:53:59
24  concerning Madoff?                          15:54:01
25       A.   I don't recall one way or another  15:54:03

**171**

1      Teicher - CONFIDENTIAL
2   whether I used it or not.                   15:54:05
3        Q.   So you could have said to somebody  15:54:08
4   that Madoff was a --                        15:54:10
5        A.   It's possible that I would have said  15:54:12
6   that --                                     15:54:13
7        Q.   Would you use some other type of  15:54:16
8   word to describe fraud?                     15:54:18
9        A.   I think I might have said that this  15:54:28
10  doesn't make any sense.  It's just doesn't seem  15:54:30
11  right.                                      15:54:34
12       Q.   And --                            15:54:34
13       A.   It doesn't seem right.  I mean,   15:54:35
14  that's what I might have said.              15:54:40
15       (Pause from the record.)              15:54:42
16       Q.   So going back to the conversations  15:54:46
17  that you testified to previously from, let's say,  15:54:48
18  1992, 1993, where you had a conversation with  15:54:51
19  Mr. Merkin concerning Madoff, you don't recall  15:54:54
20  one way or another whether you would have used  15:54:59
21  the word "fraud" in describing Madoff at that  15:55:01
22  time?                                       15:55:03
23       A.   Yeah, I don't recall if I used that  15:55:07
24  word one way or another.                    15:55:08
25       Q.   But you did identify the issues that  15:55:10

**172**

1      Teicher - CONFIDENTIAL
2   you previously testified to.                15:55:11
3        A.   Yes, yes, yes.                    15:55:12
4        MS. PEERCE:  I was just addressing     15:55:15
5   the fact that you presupposed the use of    15:55:15
6   the word "fraud."  And I don't think that   15:55:17
7   had been the testimony, so --              15:55:20
8   BY MR. GUGLIELMO:                           15:55:21
9        Q.   Let me ask you a question..       15:55:22
10  To the 1998, 2000 time frame when           15:55:23
11  you came back to work with Mr. Merkin, were you  15:55:27
12  getting paid $1 million a month or was that  15:55:32
13  1 million a year?                           15:55:34
14       A.   No, I was getting paid as a       15:55:36
15  percentage of the investment fee -- the     15:55:39
16  performance fee.  And so I think it averaged  15:55:44
17  roughly about a million dollars a month, roughly.  15:55:49
18  That's what my best recollection is.        15:55:53
19       MR. GUGLIELMO:  I'm going to mark       15:56:07
20  some documents for identification purposes.  15:56:08
21  And I'm not going to get into the specifics  15:56:11
22  of the documents.  What I'm going to do, to  15:56:13
23  the extent that you or your counsel have an  15:56:15
24  objection to either the authenticity of     15:56:17
25  these documents or otherwise, that you so   15:56:20

**173**

1      Teicher - CONFIDENTIAL
2   state.  I guess we'll give you guys till    15:56:21
3   the end of this week to see if we can -- if  15:56:27
4   there's any objection.  If not, they'll be  15:56:30
5   so stipulated in terms of the authenticity.  15:56:33
6   I'm going to identify a document for        15:56:37
7   you for the record, a document entitled,    15:56:38
8   "Initial Decision Release No. 61,          15:56:40
9   Administrative Proceeding File No. 3-8394."  15:56:43
10  And the title is "United States of          15:56:49
11  America before the Securities and Exchange  15:56:50
12  Commission in the matter of Victor Teicher,  15:56:53
13  Ross S. Frankel and Victor Teicher & Co.,   15:56:57
14  LP."                                        15:57:02
15  And the date at the bottom of the           15:57:03
16  document is Washington, D.C., February 27,  15:57:05
17  1995.                                       15:57:08
18       (Teicher Exhibit 6, Initial Decision   15:57:09
19  Release No. 61, Administrative Proceeding   15:57:09
20  File No. 3-8394, marked for                 15:57:09
21  identification.)                            15:57:09
22  BY MR. GUGLIELMO:                           15:57:09
23       Q.   I'll just ask you to take a look at  15:57:10
24  that document which I've marked as Teicher 6 --  15:57:12
25       MS. PEERCE:  What I would suggest      15:57:15

**44 (Pages 170 to 173)**

## 174

Teicher - CONFIDENTIAL

1  Teicher - CONFIDENTIAL
2  is, if we have reason to believe that these   15:57:15
3  are not authentic documents, that we would   15:57:17
4  be back in touch with you; but can you   15:57:19
5  represent to me that these are taken off of   15:57:22
6  court dockets or --   15:57:25
7      MR. GUGLIELMO:  Yes.  I can   15:57:26
8  represent that I personally took that off   15:57:27
9  the SEC website.   15:57:29
10     MS. PEERCE:  Because, as you know,   15:57:32
11  I've not been involved --   15:57:32
12     MR. GUGLIELMO:  If there's any   15:57:34
13  issue, yes, you can raise your objection.   15:57:35
14     MS. PEERCE:  Okay.   15:57:39
15     (Pause from the record.)   15:57:40
16     MR. MENNITT:  You don't have an   15:58:01
17  extra copy?   15:58:02
18     MR. GUGLIELMO:  Whatever I gave --   15:58:04
19     MS. PEERCE:  You want me to get   15:58:06
20  somebody to copy --   15:58:06
21     MR. SANDICK:  We'll get a copy of   15:58:09
22  it.   15:58:09
23  BY MR. GUGLIELMO:   15:58:10
24     Q.   Mr. Teicher, do you want to just   15:58:19
25  take a look at this document.   15:58:21

## 175

1  Teicher - CONFIDENTIAL
2      A.   Yes.   15:58:23
3      (Witness peruses the exhibit.)   15:58:23
4      Q.   Do you have any reason to believe   15:58:25
5  that this document isn't the initial decision by   15:58:26
6  the United States Securities and Exchange   15:58:29
7  Commission dated February 27, 1995, concerning   15:58:30
8  yourself and Mr. Frankel and Victor Teicher &   15:58:34
9  Co., LP?   15:58:38
10     A.   I have no reason to believe that   15:58:41
11  this is not the document.  I mean --   15:58:42
12     Q.   Okay.   15:58:44
13     A.   -- I don't know as I've seen this   15:58:46
14  document before, but . . .   15:58:48
15     Q.   But you're aware of a document that   15:58:54
16  was issued by the SEC concerning yourself and a   15:58:56
17  Mr. Frankel?   15:59:00
18     MR. SANDICK:  Objection to form.   15:59:03
19     A.   Yeah.  He and I were involved in   15:59:06
20  insider trading case, and it gave rise to lots   15:59:09
21  and lots of documents.   15:59:18
22     MR. GUGLIELMO:  And again I'm going   15:59:20
23  to mark for identification a document --   15:59:20
24  which I'm going to mark as Teicher 7, which   15:59:22
25  is a document from the Securities and   15:59:27

## 176

1  Teicher - CONFIDENTIAL
2  Exchange Commission dated May 20, 1998.   15:59:31
3  And the re is in the matter of Victor   15:59:37
4  Teicher; Victor Teicher, Inc. -- sorry,   15:59:39
5  Victor Teicher & Co., LP: Ross S. Frankel.   15:59:42
6  And it says, "The opinion of the   15:59:46
7  commission."   15:59:48
8      This document was taken off the SEC   15:59:51
9  website as well.   15:59:53
10     (Teicher Exhibit 7, The opinion of   15:59:54
11  the commission, In Re the matter of Victor   15:59:54
12  Teicher; Victor Teicher & Co., LP; Ross S.   15:59:54
13  Frankel, marked for identification.)   15:59:54
14     MR. MENNITT:  This is T7?   16:00:07
15     MR. GUGLIELMO:  Yes, Teicher 7.   16:00:08
16     (Witness peruses the exhibit.)   16:00:17
17     Q.   Mr. Teicher, do you have any reason   16:00:46
18  to believe that this document marked as Teicher 7   16:00:47
19  isn't a document from the SEC concerning an   16:00:49
20  opinion pertaining to the matter in re: in the   16:00:52
21  matter of Victor Teicher?   16:00:56
22     A.   I have no reason to think this is   16:00:57
23  not a legitimate document.   16:00:59
24     MR. GUGLIELMO:  Let's turn to the   16:01:00
25  document we're going to mark as Teicher 8,   16:01:00

## 177

1  Teicher - CONFIDENTIAL
2  which is United States of America before   16:01:03
3  the Securities and Exchange Commission,   16:01:07
4  Administrative Procedure File No. 3-8394 in   16:01:08
5  the matter of Victor Teicher.  It says,   16:01:12
6  "Care of Andrew Levander."  And this   16:01:13
7  document again is dated November 5, 2007.   16:01:17
8      (Teicher Exhibit 8, United States of   16:01:19
9  America before the Securities and Exchange   16:01:19
10  Commission, Administrative Procedure File   16:01:19
11  No. 3-8394 in the matter of Victor Teicher   16:01:19
12  document, dated 11/5/07, marked for   16:01:19
13  identification.)   16:01:19
14     (Witness peruses the exhibit.)   16:01:23
15     A.   Yes.   16:01:35
16     Q.   I'll ask you to take a --   16:01:35
17     A.   This looks like an official   16:01:37
18  document.   16:01:38
19     Q.   And does this document concern the   16:01:39
20  testimony you gave earlier about other matters   16:01:43
21  that you had where Mr. Levander represents you?   16:01:45
22     A.   Correct.   16:01:48
23     Q.   And do you have any reason to   16:01:48
24  believe that this document is not an authentic   16:01:49
25  document from the SEC relating to the Securities and   16:01:52

45 (Pages 174 to 177)

**178**

```
 1          Teicher - CONFIDENTIAL
 2   Exchange Commission concerning in the matter of   16:01:53
 3   Victor Teicher?                          16:01:55
 4        A.   I have no reason to think this is   16:01:56
 5   not authentic.                           16:01:58
 6          MR. GUGLIELMO:  I'm going to mark   16:02:00
 7     for identification purposes a document,   16:02:01
 8     Teicher 9, from the United States        16:02:02
 9     Securities and Exchange Commission dated   16:02:05
10     October 15, 2008, in the matter of Victor   16:02:07
11     Teicher, Administrative Procedure        16:02:11
12     File 3-8394.                             16:02:14
13          (Teicher Exhibit 9, United States   16:02:16
14     Securities and Exchange Commission in the   16:02:16
15     matter of Victor Teicher, Administrative   16:02:16
16     Procedure File 3-8394 document, dated    16:02:16
17     10/15/08, marked for identification.)    16:02:16
18   BY MR. GUGLIELMO:                          23:59:57
19        Q.   Mr. Teicher, have you had a chance   16:02:38
20   to take a look at the document I've marked --   16:02:39
21        A.   Yes.                            16:02:41
22        Q.   Is there any reason to believe that   16:02:42
23   this document is not an authentic document from   16:02:43
24   the --                                    16:02:47
25        A.   Yes.                            16:02:47
```

**179**

```
 1          Teicher - CONFIDENTIAL
 2        Q.   -- Securities and Exchange        16:02:48
 3   Commission concerning in re: Victor Teicher?   16:02:48
 4        A.   No, this looks like an SEC official   16:02:50
 5   document.                                 16:02:53
 6        Q.   And this concerns testimony that you   16:02:53
 7   gave earlier where Mr. Levander represents you;   16:02:55
 8   is that correct?                          16:02:57
 9        A.   Yes, that is correct.           16:02:58
10        Q.   Mr. Teicher, who's Heidi Ann       16:03:19
11   Lieberman?                               16:03:23
12        A.   My wife.                        16:03:24
13        Q.   And how long have you been married   16:03:25
14   to Miss Lieberman?                        16:03:26
15        A.   July 4, 1985.                   16:03:31
16        Q.   And has Miss Lieberman ever been   16:03:33
17   employed by Gabriel Capital Corporation?   16:03:36
18        A.   No.                            16:03:39
19        Q.   Has she done any work in any       16:03:39
20   capacity on your behalf for Gabriel Capital   16:03:42
21   Corporation?                              16:03:43
22        A.   Nothing that I can recall.      16:03:46
23        Q.   Does she have any securities      16:03:48
24   experience similar to the experience that you   16:03:51
25   have testified to?                        16:03:53
```

**180**

```
 1          Teicher - CONFIDENTIAL
 2        A.   She worked at Oppenheimer & Company   16:03:55
 3   back in 1983.                            16:04:03
 4          MS. . PEERCE:  I trust you're not    16:04:07
 5     going to tread into marital privilege   16:04:08
 6     issues here.                            16:04:12
 7          MR. GUGLIELMO:  No.  I'm just trying   16:04:12
 8     to.  Why don't I --                     16:04:14
 9          MS. PEERCE:  Cut to the chase.      16:04:16
10          MR. GUGLIELMO:  -- cut to the chase.   16:04:17
11     Let's mark as a document Teicher 10.   16:04:18
12     It's identified as a Schedule A of itemized   16:04:21
13     receipts for the New Republican Majority   16:04:25
14     Fund.                                   16:04:29
15          (Teicher Exhibit 10, Schedule A of   16:04:30
16     itemized receipts for the New Republican   16:04:30
17     Majority Fund, marked for identification.)   16:04:30
18          MS. PEERCE:  Can I have a moment,   16:05:03
19     because this is far beyond anything that   16:05:04
20     I've talked about with my client.       16:05:06
21          MR. GUGLIELMO:  That's fine.        16:05:08
22          THE VIDEOGRAPHER:  We're off the     16:05:09
23     record.  The time is 4:05.              16:05:09
24          (Discussion off the record.)        16:05:21
25          THE VIDEOGRAPHER:  Back on the       16:07:16
```

**181**

```
 1          Teicher - CONFIDENTIAL
 2   record.  The time is 4:07.                16:07:17
 3          MS. PEERCE:  What I want to say is,   16:07:20
 4     I want to admonish Mr. Teicher not to   16:07:23
 5     testify to any communications with his   16:07:25
 6     spouse, which are privileged            16:07:27
 7     communications.  So if you can keep it   16:07:28
 8     without asking questions about          16:07:30
 9     communications with his spouse --       16:07:32
10          MR. GUGLIELMO:  That's fine --      16:07:34
11          MS. PEERCE:  -- I would appreciate   16:07:35
12     it.                                     16:07:36
13   BY MR. GUGLIELMO:                         16:07:36
14        Q.   Mr. Teicher, does this document   16:07:37
15   refresh your recollection about whether or not   16:07:39
16   your spouse was ever employed by Gabriel Capital?   16:07:40
17          MR. SANDICK:  Objection to form.   16:07:44
18        A.   It doesn't refresh it especially,   16:07:47
19   but I know she was not working at Gabriel Capital   16:07:49
20   at that time or any other time.           16:07:52
21        Q.   Without getting into any          16:07:54
22   communications with your counsel or with your   16:07:55
23   spouse, do you have any understanding of why her   16:08:00
24   employer in this document is listed as Gabriel   16:08:02
25   Capital?                                  16:08:03
```

**46  (Pages 178 to 181)**

**182**

1          Teicher - CONFIDENTIAL
2          MR. MENNITT:  Objection to the form.   16:08:12
3      A.   Well, I do know this:  She never      16:08:15
4   worked at Gabriel Capital.  I do know this.  That   16:08:17
5   she did give 5,000 bucks to this or some related   16:08:22
6   thing back in the '90s.  That I know for sure.  I   16:08:28
7   mean, she gave it, I gave it.  It's sort of the   16:08:35
8   same thing, really.                        16:08:38
9      Q.   But so I'm clear, you're not aware   16:08:41
10  of her ever working in any capacity?        16:08:43
11     A.   No, she never worked there.         16:08:45
12          MS. PEERCE:  And I think what      16:08:47
13  Mr. Teicher would say -- could only          16:08:48
14  speculate about why Gabriel Capital is       16:08:50
15  listed as his wife's employer based upon     16:08:52
16  the circumstances of the payment, but I      16:08:55
17  think your relevant question is was she      16:08:57
18  employed at Gabriel Capital.                16:08:59
19          MR. GUGLIELMO:  Correct.           16:09:01
20          THE WITNESS:  She was never working   16:09:02
21  there.                                      16:09:03
22          MS. PEERCE:  You would only get    16:09:04
23  speculation based upon all the              16:09:05
24  circumstances as to how Gabriel Capital     16:09:06
25  ended up on there.                          16:09:08

**183**

1          Teicher - CONFIDENTIAL
2          MR. GUGLIELMO:  I'm just trying to   16:09:10
3   get --                                      16:09:11
4      Q.   This is also a period of time that   16:09:12
5   you were not working at Gabriel Capital, correct,   16:09:13
6   1996?                                       16:09:14
7      A.   Right.                              16:09:16
8      Q.   So your spouse was not --           16:09:16
9      A.   '96.                                16:09:18
10     Q.   So your spouse wasn't providing any   16:09:19
11  work -- wasn't doing any work for Gabriel or any   16:09:21
12  of the Ezra Merkin-managed funds?           16:09:24
13          MR. MENNITT:  Asked and answered   16:09:28
14  twice.                                      16:09:28
15     A.   No.  I mean -- no, I don't think she   16:09:30
16  was doing any services there for Gabriel.   16:09:33
17     Q.   Without getting into any            16:09:46
18  communications with your spouse, what's your   16:09:47
19  understanding of why your spouse's name appears   16:09:49
20  in that document?                           16:09:52
21          MR. MENNITT:  Objection to form.   16:09:53
22          MR. SANDICK:  Objection.           16:09:54
23     A.   Well, I have no understanding about   16:09:58
24  it.  I can speculate about it, I guess.     16:10:01
25     Q.   But you have no --                  16:10:03

**184**

1          Teicher - CONFIDENTIAL
2          MS. PEERCE:  What you could do is   16:10:03
3   you can explain how it is that a            16:10:05
4   contribution was made to this entity.  That   16:10:08
5   you can testify to.                         16:10:14
6      A.   I was asked to make a contribution   16:10:18
7   to this entity, so I made a contribution.  And   16:10:23
8   then the fellow who asked me to make the   16:10:26
9   contribution felt that it would be better if my   16:10:28
10  wife made the contribution than I did.  And that   16:10:34
11  fellow was an investor, to the best of my   16:10:38
12  knowledge, in Gabriel Capital.              16:10:41
13          And so as he was tallying all this   16:10:43
14  up, he --                                   16:10:47
15          MS. PEERCE:  What you're about to   16:10:48
16  give is speculation.                        16:10:49
17     A.   I don't really know -- I think it's   16:10:51
18  something like that.                        16:10:52
19     Q.   Who's the fellow you're identifying?   16:10:53
20     A.   Who approached me about putting   16:10:56
21  money in?                                   16:10:57
22     Q.   Yes.                                16:10:58
23     A.   Zev Wolfson.                        16:11:00
24          MS. PEERCE:  Just to put a fine   16:11:07
25  point on it, you don't have any             16:11:09

**185**

1          Teicher - CONFIDENTIAL
2   recollection of having a discussion with    16:11:10
3   Mr. Wolfson that your wife was employed at   16:11:11
4   Gabriel Capital?                            16:11:14
5          THE WITNESS:  No, no.               16:11:14
6   BY MR. GUGLIELMO:                           16:11:15
7      Q.   Mr. Teicher, previously you         16:11:25
8   identified a Reid Nagle.                    16:11:25
9      A.   Yes.                               16:11:27
10     Q.   Who is Reid Nagle?                  16:11:28
11     A.   Reid Nagle is a fellow -- I think he   16:11:30
12  was the chief financial officer or he had some   16:11:33
13  sort of senior position at Ivan Boesky & Company   16:11:36
14  back in the '80s.                           16:11:42
15     Q.   Do you know Mr. Nagle personally?   16:11:43
16     A.   I've spoken to him and met him maybe   16:11:45
17  15 times.                                   16:11:49
18     Q.   Do you have any working             16:11:52
19  relationships with him?                     16:11:53
20     A.   I don't recall having any working   16:11:57
21  relationships with him.                     16:11:58
22     Q.   Do you know if Mr. Merkin had any   16:12:05
23  working relationships with Mr. Nagle?       16:12:07
24     A.   I don't know if he had working   16:12:09
25  relationships or any relationship with him.   16:12:11

47  (Pages 182 to 185)

**186**

Teicher - CONFIDENTIAL

1
2    Q.   And do you remember any specific    16:12:15
3    conversations that you had with Mr. Nagle --    16:12:22
4    A.   No..    16:12:26
5    Q.   -- concerning any investments with    16:12:26
6    Madoff?    16:12:28
7    A.   I don't recall having any    16:12:29
8    conversations with him generally.    16:12:30
9    Q.   Do you know approximately the last    16:12:52
10   time you spoke with Mr. Nagle?    16:12:52
11   A.   I suspect it's certainly been a    16:13:00
12   couple of years since I last spoke with him.  I    16:13:02
13   mean -- offhand, maybe I spoke to him once in the    16:13:07
14   last nine years.    16:13:16
15   Q.   And you don't have any specific    16:13:20
16   recollection of that conversation --    16:13:21
17   A.   No.    16:13:23
18   Q.   -- the details of it?    16:13:23
19        I apologize if I asked this already,    16:14:08
20   but in the 1998 to 2000 time frame, when you were    16:14:11
21   working managing some of the accounts for    16:14:14
22   Mr. Merkin, did you have any individuals that    16:14:17
23   were under your direct supervision?    16:14:21
24        MS. PEERCE:  I think that was asked    16:14:25
25        and answered.    16:14:26

**187**

Teicher - CONFIDENTIAL

1
2        But you can answer it.    16:14:26
3    A.   When I was working with Ezra?    16:14:28
4    Q.   Yes.    16:14:29
5    A.   Did I have any individuals that were    16:14:30
6    under the direct supervision --    16:14:32
7    Q.   In other words, were there people    16:14:34
8    working for you at that point?    16:14:35
9    A.   Yes.    16:14:37
10   Q.   Who were they again?    16:14:37
11   A.   Everyone worked for me then.    16:14:38
12   Q.   Okay.  But were there specific    16:14:41
13   individuals that were assisting you in managing    16:14:43
14   the accounts?    16:14:45
15   A.   Yes, everyone reported to me.    16:14:46
16   Q.   By "everyone," can you identify who    16:14:50
17   specifically you're referring to?    16:14:51
18   A.   Everyone who worked there.    16:14:52
19   Q.   Can you recall who specifically    16:14:54
20   worked there at that time?    16:14:55
21   A.   Dan Hess, Tom Mullen, Jack Maher,    16:14:57
22   Michael Autera, a fellow who's name is Elie G.  I    16:15:00
23   don't know his last name.  Ellie Goldberg is his    16:15:12
24   name.  Ellie Goldberg.  I mean, these were the    16:15:15
25   people that remained after the other ones left.    16:15:18

**188**

Teicher - CONFIDENTIAL

1
2        There was some secretaries there.  I    16:15:29
3    mean, I guess there was one fellow that didn't    16:15:34
4    report to me.  His name was Jerry Balsam..  He    16:15:36
5    worked for Ezra.    16:15:41
6    Q.   Do you know what his title or    16:15:42
7    position was?    16:15:43
8    A.   No.  And then there was -- Michael    16:15:44
9    Autera worked for Ezra as well, but . . .    16:15:48
10   Q.   Anyone else that you can recall?    16:15:56
11   A.   Oh, yes, Dzovig, D-Z-O-V-I-G,    16:16:01
12   Collegian and Ellie Naufel.  N-A-U-F-E-L, I think    16:16:07
13   is the way he spells his name.  There was David    16:16:13
14   Kass, K-A-S-S.  He was up there.  No one offhand    16:16:25
15   comes to mind beyond that.    16:16:37
16   Q.   Do you recall having any discussions    16:16:38
17   with any of these individuals during that 1998 to    16:16:39
18   2000 time frame about any investments Mr. Merkin    16:16:42
19   had with Madoff?    16:16:47
20   A.   I have no specific recollection of    16:16:48
21   that.    16:16:50
22   Q.   Do you have any general recollection    16:16:51
23   of any conversations with these individuals about    16:16:52
24   Madoff investments?    16:16:56
25   A.   No, nothing specific.  Nothing.    16:16:58

**189**

Teicher - CONFIDENTIAL

1
2    Q.   Do you know who Don Seymore is?    16:17:03
3    A.   Don Seymore?    16:17:06
4    Q.   Yes.    16:17:07
5    A.   No.    16:17:07
6    Q.   Did you ever deal with the board of    16:17:09
7    directors at Ariel Capital -- Ariel fund, I'm    16:17:10
8    sorry?  Did you ever deal with any of the    16:17:19
9    directors of any of the funds?    16:17:21
10   A.   No.    16:17:23
11   Q.   Did you ever manage an account you    16:17:27
12   called Spring Mountain Partners?    16:17:29
13   A.   There was -- I mean, one of the    16:17:34
14   several entities that I had set up at one time or    16:17:38
15   another was called Spring.  I don't know if it    16:17:40
16   was called Spring Mountain.  I believe it was    16:17:43
17   Spring.  I don't remember what the context of    16:17:46
18   setting up that partnership was, but --    16:17:48
19   Q.   Let me ask this question:  Was that    16:17:52
20   a partnership with Mr. Merkin?    16:17:53
21   A.   I don't recall what that partnership    16:17:58
22   was about.    16:17:59
23        MR. GUGLIELMO:  Off the record for a    16:18:58
24        couple of minutes.  This way I can --    16:18:59
25        THE VIDEOGRAPHER:  We're off the    16:19:01

**48  (Pages 186 to 189)**

190

```
1                Teicher - CONFIDENTIAL
2    record.  The time is 4:19.              16:19:01
3           (Recess from the record.)        16:19:05
4           THE VIDEOGRAPHER:  We're back on the   16:33:21
5    record.  The time is 4:33.  This is the   16:33:22
6    beginning of Tape 4.                     16:33:35
7    BY MR. GUGLIELMO:                        16:33:37
8        Q.   Mr. Teicher, for the record, I want   16:33:37
9    you to take a look at a document we previously   16:33:39
10   marked, although I don't think we identified for   16:33:41
11   the record.  We marked it as Teicher 3.  It's an   16:33:44
12   e-mail dated Saturday, December 13, 2008,   16:33:47
13   9:47 a.m., to J. Ezra Merkin.  Subject line is   16:33:50
14   blank.  I'm just going to go over this document   16:33:55
15   briefly with you.                        16:33:58
16          The first paragraph reads, "Many   16:34:00
17   years back, you told me that I had (via my   16:34:02
18   criminal conviction) single-handedly ruined a   16:34:08
19   most promising career, mine.  By that nature,   16:34:13
20   criminal convictions (especially based on vague   16:34:16
21   acts as in my case) are somewhat random.  You   16:34:18
22   however took a brilliant career and actively,   16:34:23
23   willingly, wiped your ass with it: when it was   16:34:25
24   obvious that you were doing" --             16:34:30
25          MR. MENNITT:  In the sense of a    16:34:33
```

191

```
1                Teicher - CONFIDENTIAL
2    donkey?  Ass --                          16:34:34
3           MR. GUGLIELMO:  In the sense of --   16:34:37
4           MR. MENNITT:  -- in the sense --    16:34:37
5           MR. GUGLIELMO:  Can you --          16:34:38
6           MR. MENNITT:  Sorry.               16:34:38
7        Q.   -- "you, however, took a" --      16:34:41
8           -- "obvious that [sic] you were     16:34:43
9    doing was likely to come to the light of day   16:34:44
10   that career as a placement for customers   16:34:47
11   coming to your restaurant."               16:34:50
12          What did you mean by what you wrote   16:34:53
13   there?                                   16:34:54
14       A.   Well, I guess what I meant was that   16:34:56
15   he had -- he was -- Ezra was extremely well   16:35:01
16   respected, well considered, and that brilliant   16:35:05
17   career was -- that he had was a bit like a place   16:35:11
18   mat on a table, making the attractive people to   16:35:15
19   sit down and to have a meal there with some cover   16:35:22
20   on the table, a place mat, and that,       16:35:27
21   unfortunately, he wiped his ass on that place mat   16:35:31
22   and put it onto the table.  And where the   16:35:37
23   customers came to sit down, they were a put off   16:35:41
24   by the whole thing.                      16:35:44
25          That is -- by I guess making -- I   16:35:51
```

192

```
1                Teicher - CONFIDENTIAL
2    guess getting involved in Madoff, he soiled that   16:36:01
3    place mat and that, as a result, the customers   16:36:08
4    are sitting down at the table at the restaurant   16:36:17
5    would be a bit put off by the place mat, not as   16:36:23
6    attracted to sit down as they had previously.   16:36:26
7        Q.   And let's turn to the second     16:36:31
8    paragraph.  You wrote, "But maybe your conduct   16:36:35
9    was altruistic: giving Leon Levy enough to be   16:36:38
10   incentive to be resurrected to correct his   16:36:43
11   autobiography as to who is the 'wisest man I know   16:36:44
12   on Wall Street'."                         16:36:48
13          What were you referring to there?   16:36:51
14       A.   Well, Leon Levy was a            16:36:52
15   well-considered investor, who, before he died,   16:36:55
16   wrote an autobiography and -- I guess he couldn't   16:36:58
17   have will written it after he died.  But he wrote   16:37:06
18   an autobiography.                        16:37:09
19          And in that autobiography, he       16:37:11
20   mentioned that Ezra was the wisest man he ever   16:37:13
21   met on Wall Street.  And Leon Levy was also a   16:37:17
22   well-known collector of antiquities.       16:37:21
23          And so, you know, you think of     16:37:26
24   Christ, you think of the resurrection.  And I   16:37:29
25   thought that maybe Leon would want to come back   16:37:33
```

193

```
1                Teicher - CONFIDENTIAL
2    to us to change a little the autobiography.   16:37:37
3        Q.   And let's turn to the last       16:37:42
4    paragraph, which says, "I don't mean to sound   16:37:43
5    harsh; I'm just appreciative and thankful to you   16:37:47
6    for providing us another example of how life   16:37:51
7    begins as a tragedy and ends as a farce."   16:37:51
8           Do you see that?                   16:37:57
9        A.   Yes.                            16:37:57
10       Q.   What did you mean by what you wrote   16:37:58
11   there?                                   16:37:59
12       A.   I think the tragedy is that Madoff   16:38:00
13   was a crook.  And the farce is how all these   16:38:02
14   people, I guess including Ezra, felt that he was   16:38:08
15   an investing genius.  And I mean, this is very   16:38:13
16   funny.                                   16:38:19
17       Q.   And do you recall whether you sent   16:38:21
18   this e-mail on or about December 13, 2008, to   16:38:25
19   Mr. --                                   16:38:29
20       A.   I know I sent it sometime in      16:38:30
21   December.                               16:38:32
22       Q.   And you sent it from your Ithaca   16:38:32
23   Partners e-mail address?                  16:38:35
24       A.   Yes, I did.                      16:38:37
25       Q.   And you sent it to Mr. Merkin at the   16:38:39
```

49 (Pages 190 to 193)

**194**

Teicher - CONFIDENTIAL

1   Teicher - CONFIDENTIAL
2   e-mail address that pops up as a result of your   16:38:39
3   Outlook contacts?                              16:38:42
4        A.   Yes.                                 16:38:43
5        Q.   Did you ever have any conversations  16:38:47
6   with Mr. Merkin at any time concerning this    16:38:48
7   e-mail?                                        16:38:50
8        A.   Only that he suggested at some point 16:38:51
9   after the three e-mails went out that it wasn't 16:38:52
10  helpful sending these e-mails.                 16:38:55
11       Q.   But nothing specific to anything     16:39:02
12  written in here?                               16:39:03
13       A.   No.                                  16:39:04
14       Q.   Mr. Teicher, what's Carmel Partners? 16:39:16
15       A.   I'm not sure I know specifically     16:39:30
16  what Carmel Partners is.  I mean, I'm not sure. 16:39:31
17  I managed over the years several entities.  I  16:39:37
18  mean, the two principal ones that I was the    16:39:43
19  general partner of was Ithaca Partners and Carmel 16:39:47
20  Fund.                                          16:39:51
21       Now, for different reasons, some of       16:39:53
22  which I'm not sure I can even recall today,    16:39:59
23  Carmel Partners was a fund, a partnership, I   16:40:01
24  don't know why that was set up offhand.  I think 16:40:06
25  there were others like Penelope Partners and just 16:40:09

**195**

1   Teicher - CONFIDENTIAL
2   different ones.  I don't know what Carmel       16:40:13
3   Partners exactly -- what that relates to, any   16:40:15
4   which one.                                      16:40:18
5        Q.   Who did you set that up with?        16:40:19
6        A.   When I set it up?                     16:40:21
7        Q.   Yes.                                  16:40:22
8        MS. PEERCE:  Object to the form.           16:40:23
9        A.   I probably set it up with -- the law 16:40:25
10  firm or are you talking the people?             16:40:30
11       Q.   No, let me give you a specific        16:40:30
12  question.                                       16:40:33
13       Did you set up Carmel Partners with        16:40:34
14  Mr. Merkin?                                     16:40:35
15       A.   Not that I recall.                    16:40:39
16       Q.   Was Mr. Merkin a partner in any       16:40:40
17  capacity of Carmel?                             16:40:42
18       A.   Not that I recall.  I don't even      16:40:44
19  know what Carmel was for.                       16:40:46
20       Q.   But did you set up an entity called   16:40:48
21  Carmel Partners?                                16:40:51
22       A.   I don't recall that specific one,     16:40:53
23  but it doesn't sound so wrong.  It sounds like  16:40:55
24  something I -- that's not one I know one way or 16:41:00
25  another really.                                 16:41:04

**196**

1   Teicher - CONFIDENTIAL
2        Q.   You don't remember setting up a       16:41:05
3   partnership with Mr. Merkin with the name Carmel? 16:41:07
4        MR. SANDICK:  Objection.  Asked and        16:41:10
5   answered.                                       16:41:11
6        A.   I don't remember anything like that.  16:41:11
7   I don't remember it offhand.                    16:41:12
8        Q.   And so I'm clear, Ithaca Partners,    16:41:40
9   the entity, did it ever receive any compensation 16:41:43
10  from Mr. Merkin or any of the entities that he  16:41:47
11  controlled?                                     16:41:50
12       MS. PEERCE:  Object to the form.           16:41:57
13       A.   Did Ithaca Partners ever receive any  16:42:02
14  compensation.  I don't know offhand.  I mean, I 16:42:13
15  don't really -- I wouldn't, is it possible      16:42:20
16  that -- back in '98 to 2000 that -- I mean, Ezra 16:42:23
17  paid me, he paid Ithaca and Ithaca paid me.  I  16:42:31
18  mean, I just -- it wouldn't have happened that  16:42:34
19  way.                                            16:42:38
20       It certainly wouldn't have happened        16:42:38
21  that way because I think it had outside          16:42:39
22  investors.  I don't think offhand -- it doesn't 16:42:42
23  ring a bell offhand one way or another.  I just 16:42:47
24  really wouldn't know on something like that.     16:42:50
25       MR. GUGLIELMO:  I'm going to mark as        16:43:19

**197**

1   Teicher - CONFIDENTIAL
2   Teicher 11 a document bearing Bates             16:43:20
3   No. GCC0013150 through 65.  The title of        16:43:25
4   the document is TE36ELocal.  And to the         16:43:37
5   left it says, "Gabriel Capital, LP - II."       16:43:41
6        Q.   I'm going to ask you to take a look   16:43:47
7   and see if you've ever seen this before.        16:43:50
8        (Teicher Exhibit 11, Bates Nos.            16:43:51
9   GCC0013150 through 65, Document entitled,       16:43:51
10  TE36ELocal, marked for identification.)         16:43:51
11       (Discussion off the record.)               16:44:22
12       Q.   I'm going to ask you to turn to       16:44:23
13  page 16 of the document, which ends in Bates 165. 16:44:24
14  It's the last page.  In fact, it's the last     16:44:27
15  entity on the page.                             16:44:36
16       A.   Uh-huh.                               16:44:40
17       (Witness peruses the exhibit.)             16:44:46
18       Q.   Mr. Teicher, have you had a chance    16:45:00
19  to take a look at that?                         16:45:01
20       A.   Yes, I have.                          16:45:02
21       Q.   Does this refresh your                16:45:03
22  recollection --                                 16:45:04
23       MR. SANDICK:  Objection to form.           16:45:05
24       MR. GUGLIELMO:  I haven't asked the        16:45:06
25  question yet.                                   16:45:07

50  (Pages 194 to 197)

**198**

```
1              Teicher - CONFIDENTIAL
2        MR. SANDICK: There's no          16:45:08
3    recollection to be refreshed. There's no   16:45:08
4    failure of recollection.           16:45:11
5        MR. GUGLIELMO: Okay.            16:45:13
6    BY MR.. GUGLIELMO:                  16:45:13
7        Q.   Do you see the entry at the bottom   16:45:15
8    that starts "DIST RCVD" there and it continues?   16:45:16
9        A.   Yes.                       16:45:21
10       Q.   At the end it says, "Ithaca   16:45:22
11   percentage of DIST."               16:45:23
12       Do you see that?               16:45:27
13       MR. SANDICK: Objection to the form.   16:45:31
14       A.   Yes, I see that.           16:45:31
15       Q.   Do you know what that entry   16:45:32
16   signifies?                        16:45:33
17       MR. SANDICK: Objection to form.   16:45:34
18       MS. PEERCE: Yes or no.          16:45:39
19       A.   I don't know, but I imagine --   16:45:40
20       MS. PEERCE: Don't speculate.    16:45:44
21       A.   I don't know, but -- I don't know.   16:45:45
22   I don't know.                     16:45:47
23       Q.   Do you have --             16:45:49
24       A.   I mean, I don't specifically know.   16:45:50
25   I mean, I --                      16:45:51
```

**199**

```
1              Teicher - CONFIDENTIAL
2        Q.   Do you have an understanding whether   16:45:53
3    or not --                         16:45:55
4        A.   Well, I --                 16:45:55
5        Q.   Go ahead.                  16:45:56
6        A.   Basically, you asked me before if   16:45:57
7    Ithaca ever got compensated by Gabriel Capital,   16:45:58
8    and to that I said no. And what this refers to,   16:46:02
9    I suspect, is that there was certain investments   16:46:06
10   that were made by Gabriel, Ariel and Ithaca.   16:46:12
11       And so when we bought things -- when   16:46:16
12   I was working together, we bought things   16:46:19
13   together. And some of those things have   16:46:22
14   continued to live on so that I'm sure, I'm just   16:46:28
15   guessing again, in 2008, they must have given   16:46:32
16   Ithaca Partners some money as well. Because I   16:46:36
17   own a percentage of certain investments that we   16:46:38
18   made jointly many years back.      16:46:40
19       And like American Rice is a     16:46:43
20   particular company that we -- I'm not even sure   16:46:48
21   that company is one of those. But there are   16:46:55
22   several like -- there are several that we made   16:46:57
23   together. And periodically when they get a   16:47:04
24   distribution, they send me my pro rata share of   16:47:08
25   that distribution.                16:47:11
```

**200**

```
1              Teicher - CONFIDENTIAL
2    So I think if Ithaca ever got        16:47:11
3    compensated, it just got its pro rata share of a   16:47:15
4    distribution that was made to Gabriel because   16:47:18
5    they were the name in terms of the accounts.   16:47:21
6        Q.   So do you continue to receive   16:47:26
7    dividends as a result of joint ownership of   16:47:29
8    certain investments with Gabriel?   16:47:34
9        A.   Yes.                       16:47:35
10       Q.   And those dividends are sometimes   16:47:36
11   paid to Ithaca?                    16:47:40
12       A.   They're always paid to Ithaca.   16:47:42
13       MS. PEERCE: Can I have a moment   16:47:44
14   with my client.                   16:47:45
15       MR. GUGLIELMO: Yes.             16:47:46
16       THE VIDEOGRAPHER: Off the record.   16:47:47
17   The time is 4:47.                 16:47:47
18       (Discussion off the record.)    16:48:04
19       THE VIDEOGRAPHER: We're back on the   16:48:06
20   record. The time is 4:48.         16:48:06
21       A.   I guess to be clear, while I didn't   16:48:12
22   do business as such with Ezra past the year 2000,   16:48:14
23   January 2000, there were remnants, investments   16:48:18
24   that we had made in the past and that they   16:48:24
25   were -- they were the shareholder of record; but   16:48:27
```

**201**

```
1              Teicher - CONFIDENTIAL
2    as those investments were made jointly, I   16:48:37
3    continued to receive money from them on that   16:48:41
4    basis.                            16:48:44
5    BY MR. GUGLIELMO:                  16:48:44
6        Q.   And who -- let me ask it for   16:48:45
7    practical purposes.               16:48:49
8        Who manages those joint investments   16:48:50
9    that you're referring to?         16:48:52
10       A.   I think most of those are -- Jack   16:48:57
11   Maher is involved in most of those. He works   16:48:58
12   over there.                       16:49:00
13       Q.   You don't manage any of those   16:49:01
14   investments?                      16:49:02
15       A.   No.                        16:49:03
16       MS. PEERCE: I think just for the   16:49:03
17   record, you've never seen this document   16:49:04
18   that we marked as --              16:49:06
19       MR. GUGLIELMO: 11.              16:49:10
20       MS. PEERCE: -- T11?             16:49:10
21       THE WITNESS: No.               16:49:12
22       MR. MENNITT: No.               16:49:13
23       MS. PEERCE: Not to your          16:49:13
24   recollection.                     16:49:15
25       THE WITNESS: Un-un.             16:49:15
```

**202**

Teicher - CONFIDENTIAL

1
2    BY MR. GUGLIELMO:                    16:49:15
3        Q.    And other than the joint investments   16:49:18
4    that you made I guess prior to the 2000 time   16:49:23
5    frame, have you ever made any other investments   16:49:25
6    with Mr. Merkin at any time thereafter?       16:49:28
7        A.    I don't recall doing anything like   16:49:38
8    that with Ezra.  I mean, I just don't recall   16:49:39
9    offhand.  I just don't recall offhand.       16:49:49
10        Q.    Does Mr. Merkin have any percentage   16:51:06
11    ownership in Cedar View Capital?           16:51:11
12        A.    My recollection is that he invested   16:51:14
13    some amount of money, I think it was maybe about   16:51:19
14    $100,000, some token amount, in Cedar View as a   16:51:22
15    limited partner.                        16:51:27
16        Q.    Who's the general partner of Cedar   16:51:28
17    View?                                16:51:29
18        A.    It's Burton Weinstein and Jeff   16:51:30
19    Schacter.                             16:51:36
20        Q.    Who is Burton Weinstein?         16:51:36
21        A.    Burton Weinstein -- I met Burton   16:51:39
22    Weinstein at Gabriel Capital.  I think he had   16:51:42
23    started at Gabriel Capital in roughly around June   16:51:47
24    of 1998.  And he left Gabriel Capital sometime I   16:51:49
25    believe in the spring of 2000.            16:51:56

**203**

Teicher - CONFIDENTIAL

1
2        Q.    Do you know where Mr. Weinstein is   16:52:01
3    presently employed?                     16:52:03
4        A.    He's at Cedar View.            16:52:05
5        Q.    And Jeffrey Schacter, can you   16:52:07
6    identify --                            16:52:10
7        A.    Jeffrey was a salesman who at some   16:52:11
8    point some years ago hooked up with Burton, and   16:52:17
9    together they set up Cedar View.          16:52:21
10        Q.    And salesman -- what entity are you   16:52:24
11    referring to?                         16:52:25
12        A.    He was a salesman on the Street.  He   16:52:26
13    might have worked at Canter.  I don't recall   16:52:28
14    exactly which place he worked in.  He worked at   16:52:30
15    some places.  And then when Burton maybe about   16:52:33
16    three, four years ago was looking to set up a   16:52:40
17    firm, they got together to set up a firm.   16:52:42
18        Q.    Were you ever an investor in Gabriel   16:53:01
19    Capital?                              16:53:03
20        A.    I don't think so.            16:53:09
21        Q.    Were you ever an investor in Ariel   16:53:10
22    fund?                                16:53:12
23        A.    No.  I can't recall investing in any   16:53:12
24    of those places.                       16:53:23
25        Q.    Are you in any way affiliated with   16:53:24

**204**

Teicher - CONFIDENTIAL

1
2    Ableco Finance?                        16:53:26
3        A.    No.                         16:53:30
4        MR.. GUGLIELMO:  I have no further   16:54:01
5    questions at this time, Mr Teicher.  I'm   16:54:04
6    going to reserve any remaining time I may   16:54:06
7    have for any rebuttal based on the       16:54:08
8    questions asked by other remaining parties   16:54:11
9    or your counsel.                       16:54:13
10    EXAMINATION                           16:54:13
11    BY MR. MENNITT:                        16:54:13
12        Q.    I'm Gary Mennitt from Dechert.  I   16:54:17
13    have a few questions, but hopefully we won't   16:54:20
14    detain you too much longer.  And we do appreciate   16:54:23
15    you coming in and testifying on short notice.   16:54:26
16        During the years that you managed   16:54:32
17    money for other people, did you have a string of   16:54:35
18    successful up years?                    16:54:40
19        A.    Yes.                        16:54:43
20        Q.    Did you ever have a down year during   16:54:44
21    the years that you managed other people's money?   16:54:45
22        A.    No.                         16:54:48
23        Q.    How many years are we talking about?   16:54:49
24        A.    I guess 20 -- must have been 25   16:54:52
25    years.                                16:54:55

**205**

Teicher - CONFIDENTIAL

1
2        Q.    How many?                     16:54:56
3        A.    Twenty-five.                  16:54:56
4        MS. PEERCE:  Managing for other   16:54:58
5    people?                               16:55:00
6        THE WITNESS:  Yes, when I went to   16:55:01
7    Herzfeld & Stern, March of '84, that's when   16:55:03
8    I started managing money for other people.   16:55:08
9        MS. PEERCE:  So '84 to 2000?         16:55:11
10        THE WITNESS:  Oh, I'm sorry.  What   16:55:16
11    was the question?                      16:55:18
12    BY MR. MENNITT:                        16:55:19
13        Q.    How many years did you manage money   16:55:20
14    for other people?                      16:55:21
15        MR. GUGLIELMO:  Objection.  Vague.   16:55:23
16        A.    Since March of 1984 until now.   16:55:25
17        Q.    And did you ever have --        16:55:30
18        MS. PEERCE:  Can I just have a   16:55:32
19    second, please.                       16:55:34
20        THE VIDEOGRAPHER:  We're off the   16:55:35
21    record.  The time is 4:55.              16:55:35
22        (Pause from the record.)            16:55:44
23        THE VIDEOGRAPHER:  Back on the   16:55:54
24    record.  The time is 4:55.              16:55:54
25        (Record read.)                    16:56:01

**52  (Pages 202 to 205)**

---

**206**

1          Teicher - CONFIDENTIAL
2          MR. GUGLIELMO:  Objection.          16:56:03
3          THE WITNESS:  From March of '84          16:56:06
4     until January 2000.          16:56:08
5     BY MR. MENNITT:          16:56:09
6          Q.     Did you ever have a year where you     16:56:13
7     reported a loss?          16:56:15
8          A.     No.          16:56:16
9          Q.     And since 2000, have you invested     16:56:18
10    your own money?          16:56:22
11         A.     Yes.          16:56:23
12         Q.     Have you had a down year?          16:56:23
13         A.     No.          16:56:25
14         Q.     Are you aware of other money          16:56:28
15    managers who've had consistent returns over a     16:56:32
16    period of more than a decade?          16:56:36
17         A.     Yes.          16:56:39
18         MR. GUGLIELMO:  Objection.          16:56:40
19         Q.     Do you know the Renaissance          16:56:40
20    Medallion --          16:56:41
21         A.     Yes.          16:56:46
22         Q.     -- funds?          16:56:46
23         Do you know if they've had a record     16:56:47
24    of consistent returns like that?          16:56:48
25         MR. GUGLIELMO:  Objection.          16:56:51

---

**207**

1          Teicher - CONFIDENTIAL
2          A.     I don't know specifically, but -- I     16:56:52
3     don't have any specific knowledge of their          16:56:54
4     returns, but they've certainly done well, is my     16:56:57
5     general understanding.          16:57:00
6          Q.     Steven Cohen at SAC Capital, do you     16:57:01
7     know if he's had consistent returns over many     16:57:04
8     years?          16:57:06
9          MR. GUGLIELMO:  Same objection.          16:57:07
10         A.     Well, they've had stellar returns.     16:57:08
11    I wouldn't say they're consistent.  They're     16:57:13
12    stellar.          16:57:16
13         Q.     Do you know whether there were --     16:57:32
14    putting aside Ezra Merkin and his funds, do you     16:57:35
15    know whether there were other sophisticated money     16:57:39
16    managers who invested money through Madoff?     16:57:42
17         MR. GUGLIELMO:  Objection.          16:57:45
18         A.     Yeah.          16:57:47
19         Q.     And there were; correct?          16:57:48
20         A.     Yes.          16:57:49
21         Q.     Do you know what those other money     16:57:51
22    managers did in terms of due diligence concerning     16:57:54
23    Madoff?          16:57:57
24         MR. GUGLIELMO:  Objection.          16:57:57
25         A.     No.          16:57:58

---

**208**

1          Teicher - CONFIDENTIAL
2          Q.     Do you know whether those who          16:58:15
3     invested through Madoff considered the fact that     16:58:18
4     he had paid redemptions consistently when          16:58:24
5     requested by his investors over more than two     16:58:28
6     decades?          16:58:31
7          MR. GUGLIELMO:  Objection.          16:58:32
8          A.     I don't know what they considered.     16:58:33
9          Q.     Did anyone ever tell you that, that     16:58:35
10    that was a basis to think that Madoff was a     16:58:39
11    reasonable --          16:58:46
12         MR. GUGLIELMO:  Objection.          16:58:47
13         Q.     -- investment?          16:58:48
14         A.     I think the fact that he had been in     16:58:50
15    business for so long added -- to some people, it     16:58:51
16    added to his credibility.          16:58:56
17         Q.     Did anyone ever tell you that?          16:58:59
18         A.     I think Ezra said that he -- he used     16:59:02
19    to tell me here and there.  I mean, asked me if I     16:59:07
20    still had doubts about Madoff, given how long     16:59:10
21    it's been going on for, has that changed my mind     16:59:13
22    about Madoff.          16:59:17
23         Q.     With respect to self-clearing, are     16:59:22
24    you aware whether Goldman Sachs self-clears its     16:59:25
25    funds?          16:59:31

---

**209**

1          Teicher - CONFIDENTIAL
2          MR. GUGLIELMO:  Objection.          16:59:31
3          A.     I'm not -- Goldman Sachs, I don't     16:59:33
4     know what that means.  Goldman Sachs has so many     16:59:37
5     different funds and so many different dealings, I     16:59:40
6     don't have any particular knowledge about what     16:59:42
7     they do or don't do.          16:59:44
8          Q.     Same question with Morgan Stanley:     16:59:46
9     do you know what Morgan Stanley does?          16:59:48
10         MR. GUGLIELMO:  Objection.          16:59:50
11         A.     I don't know particularly.  These     16:59:52
12    brokerage firms, since they have a clearing          16:59:54
13    function, I don't know why they wouldn't clear     16:59:57
14    through themselves, but I just don't really know     17:00:02
15    one way or another how their clearing operations     17:00:04
16    work.  I mean, whether the proprietary trading is     17:00:07
17    self-clearing, I assume it is.  I don't know why     17:00:12
18    it wouldn't be.          17:00:14
19         Q.     Do you know whether hedge funds such     17:00:14
20    as Millennium and SEC Capital self-clear their     17:00:15
21    funds?          17:00:24
22         A.     No.          17:00:24
23         MR. GUGLIELMO:  Objection.          17:00:26
24         Q.     No, you don't know?          17:00:26
25         A.     I don't know.          17:00:28

**53 (Pages 206 to 209)**

## 210

```
1              Teicher - CONFIDENTIAL
2         MR. MENNITT:  Thank you,        17:00:37
3    Mr. Teicher.                          17:00:38
4         MR.. GUGLIELMO:  Do you have any?  17:00:40
5         MS. PEERCE:  I don't have any    17:00:41
6    questions.  I believe Schulte --      17:00:41
7         MR. SANDICK:  I'm sorry, I just have  17:00:45
8    one thing.                            17:00:47
9    EXAMINATION                           17:00:48
10   BY MR. SANDICK:                       17:00:48
11        Q.   Good afternoon.  My name is Harry  17:00:54
12   Sandick.  I'm from Schulte Roth & Zabel, and we  17:00:56
13   represent Ariel Fund Limited.  Thanks again for  17:00:59
14   staying so late and taking the extra time.  17:01:02
15        I just wanted to ask one question  17:01:06
16   about what's been marked as Teicher 3, which is  17:01:08
17   the Saturday, December 13, 2008, e-mail sent at  17:01:10
18   9:47 a.m.  There was just one reference in there  17:01:14
19   I had a question about.            17:01:18
20        In the second line, you write, "By  17:01:19
21   their nature" -- or you wrote, "By their nature,  17:01:23
22   criminal convictions (especially based on vague  17:01:25
23   acts as in my case) are somewhat random."  17:01:29
24        Just to -- for frame of reference,  17:01:34
25   what did you mean by that?          17:01:36
```

## 211

```
1              Teicher - CONFIDENTIAL
2         A.   I meant that the fact that someone  17:01:40
3    could be found guilty of a crime doesn't  17:01:44
4    necessarily mean that they are guilty of a crime.  17:01:47
5    There are many people that have never been found  17:01:52
6    guilty and who are in many people's eyes clearly  17:01:57
7    guilty and vice versa.              17:02:03
8         Q.   And do you consider yourself in the  17:02:04
9    category of people who were found guilty of a  17:02:06
10   crime, but had not in fact committed the crime?  17:02:08
11        MS. PEERCE:  Objection.        17:02:13
12        A.   I don't think of myself that way. I  17:02:18
13   think of myself as someone who was indicted and  17:02:19
14   someone who was found guilty and, therefore, I  17:02:24
15   must be guilty.  I don't -- I didn't think at the  17:02:30
16   time that I was guilty.            17:02:33
17        But I think at the end, look,     17:02:35
18   frankly, there's a judge and there's a jury.  The  17:02:39
19   jury found I was guilty.  The judge imposed a  17:02:44
20   somewhat severe punishment so he must have  17:02:48
21   thought I was guilty.              17:02:53
22        And when I got to prison, I met all  17:02:55
23   these other people and they too felt that they  17:02:58
24   were not guilty.  So I said to myself, well, gee,  17:03:00
25   the judge and the jury think I'm guilty, I don't  17:03:04
```

## 212

```
1              Teicher - CONFIDENTIAL
2    think I'm guilty, and I see all these other guys  17:03:06
3    in prison who think they're not guilty, maybe  17:03:09
4    that's the way people who are convicted felons  17:03:12
5    think of themselves.              17:03:15
6         Q.   I understand.            17:03:17
7         A.   I mean, I guess what I'm saying is,  17:03:18
8    I don't think in those terms.  I think that  17:03:20
9    basically I was indicted and I was found guilty  17:03:22
10   so I must be guilty.  It's not something I would  17:03:25
11   have -- had I been on the jury, I would have  17:03:29
12   thought otherwise; but it's not a big deal one  17:03:31
13   way or other.                    17:03:33
14        MR. SANDICK:  Thank you very much.  17:03:34
15   I have no further questions.       17:03:35
16        MR. GUGLIELMO:  I have two brief  17:03:37
17   questions.                       17:03:38
18   EXAMINATION (CONT'D.)             17:03:38
19   BY MR. GUGLIELMO:                 17:03:38
20        Q.   Mr. Mennitt's questions to you about  17:03:42
21   certain funds and returns on certain funds  17:03:46
22   indicated -- I think he stated that -- whether  17:03:49
23   you were aware that certain funds brought  17:03:52
24   consistent returns, I think.       17:03:55
25        Do you recall that -- I guess, those  17:03:57
```

## 213

```
1              Teicher - CONFIDENTIAL
2    questions?                       17:03:59
3         And I guess -- were -- those funds  17:04:03
4    that were identified by Mr. Mennitt, were those  17:04:11
5    providing returns that were too consistent?  I  17:04:14
6    think you indicated earlier today that Madoff was  17:04:17
7    providing returns that were too consistent.  I'm  17:04:20
8    just trying to understand if you had any  17:04:23
9    suspicions about those other funds.  17:04:26
10        MS. PEERCE:  Objection to form.  17:04:28
11        MR. MENNITT:  Objection to form.  17:04:29
12        MR. SANDICK:  Objection to form.  17:04:30
13        A.   I didn't have any suspicions about  17:04:32
14   those other funds.  Their returns, while they  17:04:34
15   were extremely attractive returns, they were  17:04:36
16   inconsistent returns.  I mean, that is, sometimes  17:04:39
17   that were higher and sometimes they were lower.  17:04:43
18   I mean -- but they weren't -- they weren't more  17:04:45
19   or less at the same place give or take 1 percent.  17:04:51
20        Q.   With respect to the monies -- the  17:04:53
21   questions on the monies you managed, you wouldn't  17:04:54
22   consider the monies that you managed -- the  17:04:57
23   returns too consistent?           17:04:59
24        A.   No.                     17:05:03
25        Q.   So you had ups and downs with  17:05:03
```

54  (Pages 210 to 213)

**214**

1    Teicher - CONFIDENTIAL
2    respect to those investments?                    17:05:05
3      A.    Over a year, we never had a losing    17:05:06
4    year: but during the year, we could be down    17:05:08
5    10 percent at some point from top to bottom.    17:05:14
6      Q.    Were you down in '08?              17:05:17
7      A.    No, it was flat in '08.              17:05:19
8      Q.    And let me ask you again,          17:05:21
9    Mr. Mennitt sort of elicited some testimony about    17:05:23
10    a conversation with Mr. Merkin.              17:05:27
11        And did any conversation with        17:05:30
12    Mr. Merkin ever alleviate your concerns about    17:05:31
13    Mr. Madoff?                              17:05:35
14      A.    No.                              17:05:39
15        MR. GUGLIELMO:  I have no further    17:05:40
16    questions.                              17:05:40
17        MS. PEERCE:  Can I ask a clarifying    17:05:42
18    question, because the testimony earlier    17:05:43
19    where he talked about having consistent    17:05:46
20    returns was testimony when he was managing    17:05:48
21    money for other people, and then you jumped    17:05:50
22    to '08.                                17:05:52
23        MR. GUGLIELMO:  He also talked about    17:05:54
24    his own money.                          17:05:55
25        MS. PEERCE:  So I just want to -- a    17:05:56

**215**

1    Teicher - CONFIDENTIAL
2    couple of things.                        17:05:56
3    EXAMINATION                              17:05:56
4    BY MS. PEERCE:                          17:05:56
5      Q.    The money that you're currently    17:05:56
6    managing is for you and your immediate family:    17:05:59
7    correct?                              17:06:00
8        THE WITNESS: Yes.                17:06:01
9        MS.. PEERCE:  Thank you.          17:06:02
10        MR. GUGLIELMO:  No further        17:06:02
11    questions.                              17:06:03
12        Thank you for your time.          17:06:03
13        THE VIDEOGRAPHER:  That concludes    17:06:04
14    the deposition.  The time is 5:06.  We're    17:06:05
15    off the record.                        17:06:10
16
17
18
19
20
21
22
23
24
25

**216**

1
2    STATE OF NEW YORK      )
3                        ss:
4    COUNTY OF WESTCHESTER  )
5
6
7        I, VICTOR TEICHER, the witness herein,
8    having read the foregoing testimony of the pages
9    of this deposition, do hereby certify it to be a
10    true and correct transcript, subject to the
11    correction, if any, shown on the attached page..
12
13        oOo
14
15
16
17    _____
18        VICTOR TEICHER
19
20
21    Subscribed and sworn before me
22    this _____ day of_____, 2009..
23    _____
24
25

**217**

1
2    February 9, 2009
3        I N D E X
4    WITNESS        EXAMINATION BY        PAGE
5
VICTOR TEICHER
6
          MR. GUGLIELMO        5
7          MR. MENNITT        204.
          MR. SANDICK        210
8          MR. GUGLIELMO        212
          MS. PEERCE        215
9
10        E X H I B I T S
11    TEICHER                        PAGE
12
13    Exhibit 1    E-mail dated 12/11/08, 11:38    76
14          p.m., from Teicher to Merkin
15    Exhibit 2    E-mail dated 12/13/08, 13:03    76
16          a.m., from Teicher to Merkin
17    Exhibit 3    E-mail dated 12/13/08, 9:47 a.m.,    76
18          from Teicher to Merkin
19    Exhibit 4    No Bates numbers, Letter authored    78
20          by Vos and Walthour to Clients
21          and Friends
22    Exhibit 5    Bates No. GCC0020875, E-mail    151
23          dated 12/13/08 from Teicher to
24          Autera
25

55  (Pages 214 to 217)

**218**

```
 1
 2   (Continued)
 3            E X H I B I T S
 4
 5   Exhibit 6   Initial Decision Release No. 61,  173
 6              Administrative Proceeding File
 7              No. 3-8394
 8   Exhibit 7   The opinion of the commission, In 176
 9              Re the matter of Victor Teicher;
10              Victor Teicher & Co., LP; Ross S.
11              Frankel
12   Exhibit 8   United States of America before  177
13              the Securities and Exchange
14              Commission, Administrative
15              Procedure File No. 3-8394 in the
16              matter of Victor Teicher
17              document, dated 11/5/07
18   Exhibit 9   United States Securities and    178
19              Exchange Commission in the matter
20              of Victor Teicher, Administrative
21              Procedure File 3-8394 document,
22              dated 10/15/08
23   Exhibit 10  Schedule A of itemized receipts  180
24              for the New Republican Majority
25              Fund
```

**220**

```
 1
 2                ERRATA SHEET
 3           VERITEXT/NEW YORK REPORTING, INC.
                    1-800-727-6396
 4   200 OLD COUNTRY ROAD      1350 BROADWAY
     MINEOLA, NEW YORK 11501  NEW YORK, NEW YORK 10018
 5
 6   NAME OF CASE:        NYU VS. ARIEL
     DATE OF DEPOSITION:  FEBRUARY 9, 2009
 7   NAME OF DEPONENT:    VICTOR TEICHER
 8
 9   PAGE  LINE(S)   CHANGE      REASON
10   _____|_____|_____|_____
11   _____|_____|_____|_____
12   _____|_____|_____|_____
13   _____|_____|_____|_____
14   _____|_____|_____|_____
15   _____|_____|_____|_____
16   _____|_____|_____|_____
17   _____|_____|_____|_____
18   _____|_____|_____|_____
19   _____|_____|_____|_____
20
21          _____
22             VICTOR TEICHER
     Subscribed and sworn to before me
23   this _____ day of _____, 2009.
24
25   _____   _____
```

**219**

```
 1
 2   (Continued)
 3            E X H I B I T S
 4
 5   Exhibit 11  Bates Nos. GCC0013150 through 65, 197
 6              Document entitled, TE36ELocal
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**221**

```
 1
 2   STATE OF NEW YORK   )
 3                       ss:
 4   COUNTY OF NEW YORK  )
 5
 6       I, Eileen Mulvenna, Notary Public
 7   within and for the State of New York, do hereby
 8   certify:
 9
10       That I reported the proceedings in
11   the within entitled matter, and that the within
12   transcript is a true record of said proceedings.
13
14       I further certify that I am not
15   related to any of the parties to the action by
16   blood or marriage, and that I am in no way
17   interested in the outcome of this matter.
18
19       IN WITNESS WHEREOF, I have hereunto
20   set my hand this 9th day of February, 2009.
21
22          _____
23             Eileen Mulvenna, CSR/RMR
24
25
```

56  (Pages 218 to 221)

**A**

**ability** 7:5,15,18
**able** 32:4 39:19
  69:24
**Ableco** 204:2
**accommodation**
  7:22,25
**account** 44:23 112:3
  114:13,19 117:21
  189:11
**accountant** 21:18
  24:6 27:8 96:18
**accounting** 97:12
**accounts** 54:18
  112:4 113:23
  114:2,11,14,17
  115:21 120:16
  121:20,24 122:6,8
  122:10,16,17,19
  130:15 136:25
  138:8,11 139:2,3,4
  145:10 166:23
  186:21 187:14
  200:5
**achieved** 14:10
  25:22
**acting** 94:14
**action** 3:12 5:22
  221:15
**actively** 190:22
**activities** 136:15,18
**acts** 190:21 210:23
**added** 208:15,16
**addition** 3:9 102:20
  157:8
**address** 5:25 34:25
  35:2,8,9 68:12
  193:23 194:2
**addressing** 172:4
**Administrative**
  173:9,19 177:4,10
  178:11,15 218:6
  218:14,20
**administrators** 84:2
**admonish** 181:4

**advanced** 90:24
  91:3,5
**advice** 159:18
  160:10
**advised** 167:12
**adviser** 142:23
**advisers** 142:25
  143:18
**advising** 160:4
**advisor** 106:14
**affiliate** 93:5
**affiliated** 203:25
**affirmative** 21:5
  50:8 70:6 135:6
**afford** 134:18
**afternoon** 5:20 97:3
  210:11
**ago** 17:22,23 22:25
  25:3,3 26:14 102:6
  203:8,16
**agree** 51:24 145:25
**agreed** 3:3,14,23
  51:13,17
**agreement** 33:4
  100:20 101:18,19
  107:13 110:9
  124:20,25 125:3,4
  125:21,23 142:21
  143:13
**ahead** 21:10 40:8
  43:17 47:2 59:15
  59:20 143:11
  167:9 199:5
**Aksia** 80:5,7,11
**al** 4:14
**alive** 155:12
**allay** 39:7 46:15
  47:8
**allegations** 119:3
  147:23 148:3
**alleged** 81:2
**alleviate** 47:8
  214:12
**allocated** 113:13
  114:16

**allow** 6:18
**allowed** 160:5
**altruistic** 192:9
**ambiguous** 61:14
**America** 173:11
  177:2,9 218:12
**American** 99:16
  199:19
**Americas** 2:15
**amicable** 123:18
**amount** 81:4 94:17
  113:8,12,13 137:3
  202:13,14
**amounts** 134:14
**analysis** 93:20
**analyst** 90:3 96:19
  96:21,22 99:19,20
**analysts** 82:10 99:24
  99:25 128:13
**analyze** 93:18
**Andrew** 11:18 21:19
  21:19,21 24:4,5,6
  24:13 27:4 177:6
**Andy** 15:13 17:12
  19:4,9 30:6 33:12
  64:25
**Anello** 76:20,24
  77:15,21 78:4
  167:13,16 168:7
  168:11
**Ann** 179:10
**announced** 80:23
**annual** 145:4 165:11
  165:23
**answer** 6:18 7:8
  11:10 14:24,25
  29:19 43:19 47:12
  187:2
**answered** 85:8
  183:13 186:25
  196:5
**antiquities** 192:22
**anxiety** 39:7
**anxious** 39:5,6
**anybody** 8:25 9:22

**82:14 83:14 84:10**
  127:19 138:17
  148:25 149:7
**anymore** 50:18,20
  107:2
**apologize** 131:2
  147:18 186:19
**Apparently** 86:10
**appealable** 144:15
**appealed** 143:20
**appealing** 39:18
**appeals** 143:5,16,22
**appears** 36:17 78:12
  78:14,17 183:19
**application** 102:13
**apply** 166:17
**applying** 137:20,21
**appreciate** 104:25
  181:11 204:14
**appreciative** 193:5
**approach** 67:7
  75:15 140:13
**approached** 184:20
**approximately** 8:11
  17:7 28:13 44:2
  94:16 107:22
  163:15,18 164:15
  165:10 169:9
  186:9
**arbitrage** 58:15
  93:12 140:15
**arbitrage-related**
  96:3
**arcane** 90:25
**area** 65:18 90:24,25
**areas** 131:12
**arguments** 65:20
**Ariel** 1:9 2:9 4:13,24
  5:3 54:23 55:11,13
  55:15,25 56:5 86:7
  86:15,16 87:3,9,19
  87:23 88:15 114:6
  124:2,9 126:5,23
  127:21,21,22
  130:23 131:18

136:2,8,21 137:2,2
137:15,21 138:5
139:4 140:25
145:10 146:17,22
147:4 159:13
189:7,7 199:10
203:21 210:13
220:6
**arrangement**
107:23 108:15
109:19 118:6
144:23,24
**arrangements** 108:5
108:6
**arrested** 80:24
**article** 67:24 73:16
73:18,20 74:5
150:8 152:15
161:15,17,23
162:6,24
**articles** 71:15 161:8
**Ascot** 55:11 56:2,4
85:12,14,19 87:3,5
87:18 124:2 126:5
127:23,24 130:23
131:19,21 135:4,7
135:16,22,25
136:20,20
**aside** 78:5 98:21
207:14
**asked** 11:10 65:8
147:18 168:9
170:5 183:13
184:6,8 186:19,24
196:4 197:24
199:6 204:8
208:19
**asking** 6:7 9:18
20:16 59:7 146:2
181:8
**aspect** 16:5
**aspects** 16:2 66:22
140:10 156:5
**ass** 190:23 191:2,21
**asset** 139:17

**assets** 83:9,21 84:3
84:12,17,21 85:6
94:17 106:18
137:25 138:2
146:22
**assistance** 72:19
86:25
**assisting** 187:13
**associate** 90:13
93:10,13,17
**associated** 30:16
**assume** 6:9 209:17
**assumed** 77:6 86:14
**attached** 67:23
73:19 74:2 78:25
79:6 152:15
216:11
**attaching** 79:10
**attachment** 73:23
74:3 78:18 79:17
79:24 147:21
148:12 150:3
**attempted** 35:18
38:14
**attention** 153:15
**attorney** 5:21 14:21
31:2 150:15
152:19 156:4
**attorneys** 2:4,9,14
2:19 3:4 17:9 30:8
**attorney-client**
30:25
**attracted** 192:6
**attractive** 191:18
213:15
**auditors** 84:2
**August** 90:21 91:14
91:25 92:14
**Autera** 10:20 24:15
27:3,5,6,7,17
52:23 53:5,10,14
53:18,21 96:18
97:10 149:13
150:21 151:6,16
151:23 152:6

153:17,20 154:4
154:14,24 155:24
156:9,23 157:18
158:6 167:12,15
168:6 187:22
188:9 217:24
**authentic** 174:3
177:24 178:5,23
**authenticity** 172:24
173:5
**authored** 78:14,21
217:19
**autobiography**
192:11,16,18,19
193:2
**Avenue** 1:15 2:9,15
2:20 4:11 110:6
**averaged** 172:16
**aware** 45:23 46:2,2
46:3,6 49:19,20
56:6 58:24 61:3
73:3 84:25 85:5,11
87:2,16 124:13
126:10 147:21
148:17 158:8
161:8 162:15,24
163:6,8 175:15
182:9 206:14
208:24 212:23
**A-K-S-I-A** 78:13
**a.m** 32:19,21 62:8
63:5 67:16 68:5,18
76:6,9 78:19 79:12
190:13 210:18
217:16,17

___

**B**
**B** 1:3 217:10 218:3
219:3
**back** 11:6,13 20:21
30:15,15 32:9
46:13 49:11 61:16
76:11 82:19 87:21
88:11,19 104:4
115:10 124:15,24

126:3,17 127:17
130:6 131:7,23
132:3,5,12 134:4
134:25 138:8
143:25 145:7
151:21 153:14
164:10 167:6,23
171:16 172:11
174:4 180:3,25
182:6 185:14
190:4,17 192:25
196:16 199:18
200:19 205:23
**backdating** 60:23
61:2,4,12,13
**background** 25:25
41:23 88:21
**Balsam** 188:4
**bank** 1:10,11 140:18
**bankruptcies** 93:12
140:16
**bankruptcy** 58:15
96:3
**bar** 3:11
**barred** 142:22
**Barron's** 161:16
**based** 14:22 19:20
20:4 36:11 57:6
132:16 139:12
182:15,23 190:20
204:7 210:22
**basically** 12:21 38:9
51:3 54:6 55:24
62:21 74:21 75:12
114:10 140:3,19
142:21 143:6,8,14
143:17,23 199:6
212:9
**basis** 58:5 85:13
108:12 114:11
122:3 129:19,21
163:19 165:11,24
201:4 208:10
**Bates** 78:20 151:2,4
197:2,8,13 217:19

217:22 219:5
**BDO** 1:11,11
**bearing** 151:2 197:2
**bed** 68:9
**began** 123:25
**beginning** 76:13
88:21 94:8 100:13
109:14 110:3,8
131:9 138:21
190:6
**begins** 193:7
**begun** 3:18
**behalf** 10:18 11:17
179:20
**believable** 51:14
**believe** 23:21 28:4
28:18 38:16,17
57:20,24 60:5 79:4
79:7,16 81:21 87:6
94:18 97:6 106:25
142:2,4 148:22
158:23 161:3
174:2 175:4,10
176:18 177:24
178:22 189:16
202:25 210:6
**believed** 69:15,23
69:23
**bell** 196:23
**Bernard** 12:22 25:8
**Bernie** 13:22 14:2,3
14:5,9 15:4,15
25:10 39:16 41:3
80:23 130:8
161:17
**best** 7:5,14 118:8
147:2 156:3 159:3
172:18 184:11
**betrayed** 81:3
**better** 10:12 119:25
152:15 153:6
184:9
**beyond** 16:3,4,5
102:3 180:19
188:15

**big** 36:21 39:12
212:12
**billion** 81:5 83:10
**Binghamton** 88:24
**bit** 23:22 28:10
169:25 191:17
192:5
**blamed** 133:3
**blank** 36:16 190:14
**blood** 221:16
**board** 189:6
**Bob** 76:20 95:2
167:13 168:7
**Boesky** 185:13
**bond** 91:2 92:8,12
**bonds** 90:23,24 91:6
91:10
**bonuses** 113:9
**book** 71:18
**bottom** 173:15
198:7 214:5
**bought** 59:22
199:11,12
**brand-new** 30:13
**break** 6:22 20:20
30:18 32:13 73:6
73:25 75:21 76:15
78:16 86:21 88:2
135:3 139:23
167:2 169:24
**brief** 212:16
**briefly** 118:19
190:15
**brilliant** 190:22
191:16
**bring** 74:3
**Broad** 96:12
**BROADWAY**
220:4
**broke** 21:20 66:3
**brokerage** 94:12
97:25 209:12
**Broker/dealer** 90:5
**Brooklyn** 99:15
**Brothers** 89:18,21

90:11,19 91:17
92:9 95:10
**brought** 212:23
**bucks** 165:20 166:3
182:5
**Building** 74:24 75:2
75:3 110:5
**bullet** 82:6,14,15,24
83:5,15,23
**bullets** 82:4
**bunch** 61:22
**bunds** 140:17
**Burke** 2:6 4:21,21
**Burton** 202:18,20
202:21,21 203:8
203:15
**business** 41:13 64:5
64:6 71:6 99:7,7,8
99:9 100:9,12,16
104:12 106:22,24
106:25 107:4,19
108:4,11,15 115:4
117:12 128:6
134:6,9 137:12
147:15 158:15,20
162:13 163:14
164:2,3 200:22
208:15
**businesses** 118:16
120:12,14
**business-related**
163:24
**buy** 26:7,8 57:7
59:13,13,18
114:15
**buying** 59:17,19
60:20 139:22

———————
**C**
**C** 2:2
**call** 41:18 91:6,7
103:10,20,23
109:11 130:7
152:20
**called** 11:21 21:20

27:20,21,22,22
95:19,20 98:7
108:18 117:11,14
118:2 122:25
151:21 153:13,17
153:20 155:25
189:12,15,16
195:20
**calling** 151:20
153:13
**calls** 66:6 157:17,25
**canceled** 26:17,22
110:10
**Canter** 203:13
**capacities** 144:11
**capacity** 124:16
130:13,22 158:13
159:16 179:20
182:10 195:17
**capital** 1:9 2:14 5:6
17:10 23:10,11,12
24:7 27:9 52:2,11
53:23 54:15,22,24
55:7,9,19 72:20
73:2 86:13,25
87:13 108:24,25
125:6,8 128:17,20
135:15 136:17
137:15,20 144:20
148:19 149:8
150:4 159:10,12
179:17,20 181:16
181:19,25 182:4
182:14,18,24
183:5 184:12
185:4 189:7 197:5
199:7 202:11,22
202:23,24 203:19
207:6 209:20
**caption** 4:12
**care** 112:3 133:7
177:6
**career** 190:19,22
191:10,17
**Carmel** 194:14,16

194:19,23 195:2
195:13,17,19,21
196:3
**carried** 107:21,24
**carry** 107:23 143:14
**case** 4:12,14 19:19
20:3 30:22 33:17
33:18 81:24 100:3
126:14 142:18
144:3,4,5,14
147:23 148:3
150:21 175:20
190:21 210:23
220:6
**cases** 45:6
**category** 58:12
211:9
**caused** 68:24
**CAYMAN** 1:10,11
**cburke@scott-sco...**
2:7
**ceased** 142:12
**Cedar** 202:11,14,16
203:4,9
**certain** 19:10 48:21
50:15 99:17
125:12 130:2
137:19,23 140:4
147:4 199:9,17
200:8 212:21,21
212:23
**certainly** 8:18
116:13 140:11
152:10 186:11
196:20 207:4
**certified** 1:21 90:2
**certify** 216:9 221:8
221:14
**cetera** 33:10 113:9
**chain** 30:7
**challenging** 161:9
**chance** 178:19
197:18
**change** 138:14,21
193:2 220:9

**changed** 109:19,24
110:9 112:6,20
117:20,20 127:12
133:19 208:21
**changes** 21:24 25:19
25:22
**character** 156:16
**charge** 91:21 119:21
120:10
**charged** 119:2
**charges** 119:8 120:5
**chase** 180:9,10
**check** 45:3 75:5
**chief** 27:8 185:12
**Chris** 4:4,21
**Christ** 192:24
**Christopher** 2:6,24
**circumstances**
102:17 182:16,24
**citizens** 137:21,22
**City** 4:6
**Civil** 3:6
**clarification** 55:4
170:2,10
**clarify** 30:2 64:23
73:21 111:5
115:12 131:11,13
158:19 161:21
**clarifying** 135:2
167:10 168:3
170:3 214:17
**clear** 6:14,19 9:10
18:25 19:2 23:23
28:2 38:12 56:3
65:18 86:12,14
88:13 106:9
111:14 113:16
114:8,24 115:14
115:18 116:16
118:5 146:14
150:10,18 153:19
182:9 196:8
200:21 209:13
**clearing** 209:12,15
**clearly** 7:18 45:11

60:8 211:6
**client** 10:23 180:20
200:14
**clients** 78:13,22
81:24 217:20
**clock** 166:19
**clues** 67:24 74:7
**Cohen** 207:6
**collapse** 168:18
**collected** 125:6
**collector** 192:22
**college** 88:22
**Collegian** 188:12
**colon** 82:4
**combined** 83:9
**come** 10:2 11:23
12:13 21:24 26:11
26:16 40:23 68:23
100:19 123:6
131:24 134:4,17
139:8 191:9
192:25
**comes** 26:13 154:17
154:18 188:15
**coming** 7:25 11:25
25:19 26:4,10,10
49:15 50:17
191:11 204:15
**comment** 53:10
**commission** 102:14
142:21 173:12
175:7 176:2,7,11
177:3,10 178:2,9
178:14 179:3
218:8,14,19
**commissions** 7:23
**committed** 211:10
**communicate** 38:14
45:8
**communicated** 28:6
28:7
**communication**
30:25
**communications**
8:21 29:20 76:23

148:18 169:16
170:8 181:5,7,9,22
183:18
**community** 37:16
**companies** 159:11
**company** 93:6 95:14
95:21,23,24 96:14
97:9,23,25 98:9,17
100:15,17,22
101:9,11 105:24
106:15,22 107:9
117:10,14,19,23
117:24 118:2
119:14,17,19
120:25 122:19
166:14 180:2
185:13 199:20,21
**compensated** 111:9
199:7 200:3
**compensation** 111:4
111:5 158:25
164:16 166:23
196:9,14
**completing** 59:21
**complicated** 156:2
**computer** 74:2
**concern** 66:25
177:19
**concerned** 66:25
107:11 155:25
**concerning** 15:22
28:23,25 29:21
30:4,9,21 35:23
38:15 42:22 47:9
48:17 50:3,10
52:11 53:18,23
61:4 76:23 77:16
81:10 82:14,15
83:19 104:11
141:9,16 148:20
150:5 153:21
170:24 171:19
175:7,16 176:19
178:2 179:3 186:5
194:6 207:22

**concerns** 41:16,18
  46:15,19 51:9
  102:11 179:6
  214:12
**concludes** 215:13
**conduct** 192:8
**confessed** 81:2
**confidential** 1:1,1
  2:1,1 3:1,1 4:1 5:1
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1,25 33:1
  33:5 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1

  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1 139:1 140:1
  141:1 142:1 143:1
  144:1 145:1 146:1
  147:1 148:1 149:1
  150:1 151:1 152:1
  153:1 154:1 155:1
  156:1 157:1 158:1
  159:1 160:1 161:1
  162:1 163:1 164:1
  165:1 166:1 167:1
  168:1 169:1 170:1
  171:1 172:1 173:1
  174:1 175:1 176:1
  177:1 178:1 179:1
  180:1 181:1 182:1
  183:1 184:1 185:1
  186:1 187:1 188:1
  189:1 190:1 191:1
  192:1 193:1 194:1
  195:1 196:1 197:1
  198:1 199:1 200:1
  201:1 202:1 203:1
  204:1 205:1 206:1
  207:1 208:1 209:1
  210:1 211:1 212:1
  213:1 214:1 215:1
**confidentiality** 33:4
  33:9 151:10
**confine** 30:17
**Connecticut** 6:4
  7:24
**connection** 8:24 9:7
  9:11 29:7 77:25
  119:3 140:24
**consent** 142:19
**consider** 70:11,23
  146:7 211:8

  213:22
**considered** 109:10
  191:16 208:3,8
**considering** 41:2
**consisted** 66:12
**consistency** 39:17
  39:25 40:10,17
  41:4 43:23 45:10
  46:16 47:9 51:13
  51:25 53:19,24
  56:14 169:7
**consistent** 39:24
  41:10 42:8 43:6
  44:16,18 54:9,11
  169:5 206:15,24
  207:7,11 212:24
  213:5,7,23 214:19
**consistently** 208:4
**Consolidated** 99:16
**constant** 117:2
**consultancy** 160:14
**consulted** 72:19
**consulting** 87:12,17
**contacts** 194:3
**contain** 32:18
**context** 18:22 40:21
  60:19 99:13
  189:17
**continually** 50:2
**continue** 44:15 47:4
  48:18 107:16
  122:5 132:6
  143:19 200:6
**continued** 50:11
  108:10 117:5
  123:5 199:14
  201:3 218:2 219:2
**continues** 198:8
**continuing** 22:8
**continuously** 109:13
**contract** 145:4,5,6
**contractor** 128:23
**contractual** 144:23
**contribution** 184:4
  184:6,7,9,10

**control** 134:3
**controlled** 196:11
**CONT'D** 212:18
**convenient** 73:5
**conversation** 12:4,5
  13:3,6,18 14:17
  15:10,14,24 16:2,4
  16:5,11 17:11,16
  17:25 18:5 19:15
  19:16 20:25 21:16
  22:3,3,6,10,14,15
  22:18,20,20,21
  23:5,24,25 27:12
  28:12,17 29:3
  33:22,22 42:7,10
  42:11,14 43:2,9
  51:3 52:7,23 53:2
  53:7,7,11,15 62:3
  62:5,13 63:12,16
  63:21,23,25 64:15
  65:15,23 67:4,6
  77:20 81:10,14
  82:14 84:10
  127:14 133:15
  151:17 154:24
  155:7,20 156:23
  157:13 168:22
  169:2,10,22
  170:23 171:18
  186:16 214:10,11
**conversations** 17:5
  17:8,12 28:22,24
  30:3,6,8,21 42:22
  44:10,14 46:11
  48:16 52:10 53:14
  53:17,22 63:17,20
  64:2,13,17,21
  65:24 66:12,24
  67:8,10 72:13
  77:22 81:19 82:17
  83:14,18 126:16
  126:19,20 141:5
  141:14,16 157:7
  157:10 160:19,23
  168:6 171:16

186:3,8 188:23
194:5
**conversion** 82:8,18
82:23
**convicted** 212:4
**conviction** 132:16
190:18
**convictions** 190:20
210:22
**cooked** 37:18
**copy** 174:17,20,21
**Corp** 5:6 17:10
23:12 54:15,25
55:8,19 149:8
**corporate** 92:17,22
92:23
**corporation** 1:10
2:14 52:11 53:23
55:9 72:20 87:2
109:4 148:19
150:5 159:12
179:17,21
**Corporation's**
136:18
**correct** 9:9,19 12:14
16:19 21:3 24:2,12
25:9 26:2 43:24
70:4 87:14 90:8
98:11 121:7
127:17 135:4
168:20 177:22
179:8,9 182:19
183:5 192:10
207:19 215:7
216:10
**correction** 216:11
**corrective** 26:13
**cost** 36:22 39:12
**counsel** 3:20 4:17
8:7,12,21 32:14
76:19 78:16
154:10 167:14
172:23 181:22
204:9
**counsel's** 104:7

**COUNTRY** 220:4
**counts** 80:25
**County** 1:2 4:15
216:4 221:4
**couple** 12:7 63:14
76:17 77:22
107:20 149:17
186:12 189:24
215:2
**course** 46:10
**courses** 89:9,10
**court** 1:2 4:5,14
5:12,23 6:15,20,20
7:2 33:19 67:19
99:14,14,21 100:3
102:21 142:24
143:4,4,5,15,16,21
143:22 144:5
174:6
**courts** 143:3
**cover** 191:19
**covered** 102:18
103:5
**CPA** 97:13
**credibility** 208:16
**crime** 211:3,4,10,10
**criminal** 119:21
120:9 142:18
152:18 154:10
156:3 167:13
190:18,20 210:22
**criminally** 119:2
**crisis** 33:16 65:4
**crook** 193:13
**Crowley** 91:20
**CSR/RMR** 1:21
221:23
**currencies** 140:17
**currently** 215:5
**custodied** 84:3
**customer** 26:9 59:21
59:23
**customers** 191:10
191:23 192:3
**cut** 180:9,10

**CV-09-4027581** 1:4
————————
**D**
**D** 2:17 217:3
**daily** 129:18,21
**Dale** 91:24
**Dan** 21:16,20 23:5,6
23:7,9,24 27:4,21
27:22 96:25
155:17 187:21
**date** 4:6 34:19 91:6
91:7,8,9 173:15
220:6
**dated** 32:18 34:7
35:25 76:2,5,8
151:5 175:7 176:2
177:7,12 178:9,16
190:12 217:13,15
217:17,23 218:17
218:22
**David** 188:13
**dawned** 65:16
**day** 30:15 77:24
107:19 191:9
216:22 220:23
221:20
**days** 11:22 88:14
107:20
**deal** 18:19 99:15,18
189:6,8 212:12
**dealings** 108:11
209:5
**Dear** 78:13
**debt** 140:18
**decade** 206:16
**decades** 208:6
**December** 24:22,24
25:2 30:17 32:19
32:20,21 34:8,18
38:13 62:7 63:5
67:16 68:5 78:18
79:11 151:24
152:6 155:9,14,16
157:2 190:12
193:18,21 210:17

**Dechert** 2:13 5:6
9:11,18 28:25 29:8
29:21 30:4 204:12
**decide** 43:16
**decided** 100:9
**decision** 143:5,15,16
143:21,22 145:12
173:8,18 175:5
218:5
**decisions** 145:17,19
147:5
**decline** 125:17
**declining** 125:14
**decree** 142:20
**deemed** 3:20
**defendant** 2:9 4:24
102:22 119:22
**Defendants** 1:13
2:14
**defense** 152:18
167:13
**defrauded** 81:4
**degree** 89:3
**delete** 35:19
**department** 90:14
91:19,22 92:8,13
92:18,22,24
**DEPONENT** 220:7
**deposition** 1:19 4:9
6:6 7:21 9:8,12
10:2 14:20 31:3
33:5,10 215:14
216:9 220:6
**describe** 31:2,10,23
56:25 90:17
125:22 133:24
160:22 171:8
**described** 41:3
57:21,24 58:20
60:3,6 68:15 75:17
81:11 82:24
125:25 126:2
128:3 130:23
144:12 145:7
166:15

**describing** 171:21
**description** 14:6
**designated** 32:24
**detail** 50:20 102:10
**details** 67:24 186:18
**detain** 204:14
**determination** 142:24
**determined** 139:15
**determining** 139:16
**dialog** 55:6
**diamond** 99:6,7,8,9
**died** 192:15,17
**different** 26:15,23
  108:8 114:14
  129:19 159:22
  194:21 195:2
  209:5,5
**difficult** 18:19 33:19
  81:23
**diligence** 42:16,18
  47:19,23 48:2
  139:3,6 207:22
**dinner** 64:9,10,11
  64:12
**direct** 91:16 93:25
  94:24 186:23
  187:6
**directing** 29:18
**directly** 38:8 91:17
  94:25 107:25
  165:4
**directors** 189:7,9
**disagree** 145:16,20
**disclose** 162:16
**disclosing** 163:3,9
**discouraged** 163:3,9
**discovery** 104:21
**discretion** 129:22
**discuss** 45:19 50:22
  84:5 129:25
  152:20 154:8,11
  164:5
**discussed** 22:11
  66:19 82:21 154:9

154:19 155:3,5
  156:5,6,19
**discussing** 66:12
  154:13,23
**discussion** 42:5 44:7
  45:21 88:10
  132:11,25 135:21
  135:24 155:24
  157:24 162:9
  180:24 185:2
  197:11 200:18
**discussions** 50:3
  59:25 67:10 82:22
  124:5,8 127:4
  138:16 146:11
  162:6 188:16
**disguising** 74:25
**dispensed** 112:15
**DIST** 198:8,11
**distinguish** 138:2
**distinguished** 138:3
**distribution** 199:24
  199:25 200:4
**dividend** 137:23
  138:5
**dividends** 200:7,10
**Docket** 1:4
**dockets** 174:6
**document** 34:13,15
  67:15 73:9,13,22
  78:11,17,25 79:3,5
  79:10,14 80:3,14
  80:19,22 101:21
  145:2 150:25
  151:2 173:6,7,16
  173:24 174:25
  175:5,11,14,15,23
  175:25 176:8,18
  176:19,23,25
  177:7,12,18,19,24
  177:25 178:7,16
  178:20,23,23
  179:5 180:11
  181:14,24 183:20
  190:9,14 197:2,4,9

197:13 201:17
  218:17,21 219:6
**documentation** 104:21
**documents** 31:7,11
  147:22 148:16
  150:4 151:9
  172:20,22,25
  174:3 175:21
**Dodd** 71:18
**doing** 14:22 41:4
  42:2 48:24 68:8
  70:20,25 71:4,23
  71:24 72:2,4,6,8
  72:10,14,16 73:2,3
  74:15 97:12
  106:16 114:9
  117:13 123:7
  124:20 129:4,12
  129:19,21 137:4
  139:10 142:3
  164:9,23,24
  168:14 183:11,16
  190:24 191:9
  202:7
**dollars** 94:19 98:3
  165:14 172:17
**Don** 189:2,3
**donkey** 191:2
**doubtful** 49:2,2,3,4
  49:4 170:15
**doubts** 170:13
  208:20
**dough** 137:3
**downs** 213:25
**drink** 64:8,11
**due** 42:15,18 47:19
  47:22 48:2 139:3,6
  207:22
**duly** 5:15
**duration** 28:12
  157:17
**duties** 90:18 93:16
  147:8
**Dzovig** 188:11

**D-Z-O-V-I-G** 188:11
**D.C** 173:16

——————

**E**

**E** 2:2,2,23,23 217:3
  217:10 218:3
  219:3
**earlier** 22:20 26:16
  26:21 35:25 64:20
  77:4 80:23 88:13
  97:3 105:5 129:20
  169:19 170:5
  177:20 179:7
  213:6 214:18
**early** 49:22 50:6
  123:14
**easily** 40:4
**Easton** 6:3
**easy** 39:16,22
**economic** 98:23
  106:7,7,10
**edition** 71:18
**educational** 88:21
**Edward** 97:24
  105:24 106:14
  114:19 117:18,20
  117:23
**effect** 151:22 162:4
**Eileen** 1:21 5:12,15
  221:6,23
**either** 13:13 23:21
  26:12 120:24
  143:3 172:24
**elicited** 214:9
**Elie** 187:22
**Ellie** 187:23,24
  188:12
**embodied** 101:21
  144:25
**empirical** 75:15
**employ** 72:24
**employed** 10:18
  11:16 58:19 96:24
  113:6 119:12

179:17 181:16
182:18 185:3
203:3
**employee** 96:13
111:15,19
**employees** 55:12
81:2 96:17 97:8
111:23 134:13,19
134:20
**employer** 181:24
182:15
**ended** 27:2 182:25
**ends** 193:7 197:13
**engaged** 60:2
**engagements** 78:5
**engaging** 60:6
**English** 89:4
**enjoy** 68:20,21,22
**entered** 100:20
124:20 142:19
**entirely** 135:8,10
**entirety** 33:6
**entities** 104:12,19
122:24 189:14
194:17 196:10
**entitled** 46:21 173:7
197:9 219:6
221:11
**entity** 98:3,6 118:4
122:21 184:4,7
195:20 196:9
197:15 203:10
**entry** 198:7,15
**Equitable** 110:5
**ERRATA** 220:2
**especially** 153:4
181:18 190:20
210:22
**ESPERANZA** 2:11
**ESQ** 2:5,6,10,11,16
2:17,21
**essay** 71:17
**essentially** 55:10
74:16 106:13
118:7 128:18

135:25 157:11
**established** 108:21
109:4,15
**estimated** 83:10
**et** 4:14 33:10 113:9
**evaluate** 81:24
**event** 27:23
**events** 103:8 119:8
120:20 142:16
**evolved** 134:23,24
**ex** 102:13
**Exact** 92:10
**exactly** 17:22 19:19
42:2 72:10 73:19
96:8 97:4 119:4
125:19,24,25
126:21 137:19
149:11,15 152:8
195:3 203:14
**exaggerate** 18:16
19:17,18
**examination** 3:9,15
3:18,19,25 5:18
204:10 210:9
212:18 215:3
217:4
**examined** 3:16 5:17
**example** 10:4 19:23
19:24 31:8 58:14
74:23 90:5 147:5
161:10 193:6
**Exchange** 142:20
173:11 175:6
176:2 177:3,9
178:2,9,14 179:2
218:13,19
**excluding** 146:10
150:11
**execute** 114:22
**executive** 128:18
**exhibit** 34:13 73:13
76:2,5,8 78:11,20
80:4 151:4 173:18
175:3 176:10,16
177:8,14 178:13

180:15 197:8,17
217:13,15,17,19
217:22 218:5,8,12
218:18,23 219:5
**exist** 35:16
**existed** 54:17
**exists** 105:14
**expeditious** 104:9
**expeditiously**
104:16
**expense** 117:7,8
**expenses** 113:5
**experience** 19:21
20:5 70:17 152:19
179:24,24
**expert** 70:23
**expertise** 65:18
**explain** 25:11 184:3
**explore** 102:15,22
104:14,22
**exposed** 24:10
**express** 41:16 44:15
99:16 139:21
**expressed** 52:5
**extensive** 82:2
**extent** 20:20 55:21
56:25 100:6 147:3
148:2 172:23
**extra** 174:17 210:14
**extremely** 191:15
213:15
**eyes** 211:6
**Ezra** 1:10 2:14 5:6
12:2 13:25 15:14
18:6,11,15,21,22
19:4,9,16 20:8
23:12 24:15 27:5
27:10,10 31:13,14
32:23 33:13,15
34:8,16 39:4,19
41:17 46:8 49:14
50:16 53:7 64:24
67:17 68:14 69:12
71:8 73:3 81:14
85:17 98:17,24

99:20 101:22
105:3 107:25
120:23 123:7,12
131:24 132:5
134:20 141:14,16
143:24 163:2,9
166:6 183:12
187:3 188:5,9
190:13 191:15
192:20 193:14
196:16 200:22
202:8 207:14
208:18
**Ezra's** 35:3 114:3
123:5 134:16
**E-A-S-T-O-N** 6:4
**e-mail** 12:18,20
31:19 34:6,16,17
34:22,22,25 35:2,8
35:9,15,22 36:17
36:23,24 38:4,12
38:22 39:11 61:16
61:18,19,22 62:6,7
63:5,7,7,9 67:20
68:4,11,12,18,24
68:25 71:8 76:2,5
76:8 78:19,25
79:11,14,18,23
150:20 151:5,18
151:22,23 152:5
152:13,24 153:7
153:16,18,25
154:4 190:12
193:18,23 194:2,7
210:17 217:13,15
217:17,22
**e-mails** 31:12,14,15
31:17,21,24 32:14
32:18,24 33:9
61:23,25 62:16,22
63:4,13 67:5 68:19
147:20 148:11,12
148:17,25 149:2,3
149:4,19,20 150:3
150:13,14,17

151:16 158:5,6
194:9,10

---

**F**

**face-to-face** 158:2
163:19
**fact** 9:25 11:25
15:19 44:18 50:14
60:18 83:19 162:6
172:5 197:14
208:3,14 211:2,10
**facts** 15:22 18:23
22:11,22,25 28:3,5
28:7 29:13,17
30:22 78:6 82:15
83:14 104:24
154:14 155:23
**Fahnestock** 117:16
117:17,18,19,21
117:23,24 122:25
**failure** 3:10,18
198:4
**Fairfield** 84:23 85:8
85:10
**fairly** 39:24 58:16
**Fairton** 121:14
**familiar** 60:22,25
153:3
**family** 99:8,8 215:6
**far** 43:20 180:19
**farce** 193:7,13
**Farenstock** 117:15
**February** 1:16 4:7
123:13 173:16
175:7 217:2 220:6
221:20
**federal** 99:14
**fee** 117:8 165:4,6
172:15,16
**feeder** 81:25 82:6
83:9,21,25 84:11
84:16,19,22 85:5
135:25
**feel** 39:8 41:7 68:20
74:21 104:16

152:20
**feeling** 57:6 65:21
**fees** 106:16,16,17,18
109:21,23 110:12
111:8 112:9,17,24
112:25 113:15
116:25 117:6
125:5
**fellow** 12:16,17,18
16:16 21:18 91:18
184:8,11,19
185:11 187:22
188:3
**felons** 212:4
**felt** 14:10 27:24
33:13,15 41:5
51:21 64:24 65:17
92:3 100:24,24,25
112:21 123:21
134:3 153:14
184:9 193:14
211:23
**ferreting** 71:21
**field** 70:23
**Fifteen** 157:21
**figured** 151:21
**File** 173:9,20 177:4
177:10 178:12,16
218:6,15,21
**filed** 4:14
**filing** 3:24
**final** 132:2 142:24
144:15
**finance** 89:6 90:14
91:19 92:18,22,23
204:2
**financial** 27:8 90:2
185:12
**find** 68:19
**fine** 20:16,23 30:19
31:22 102:5,9
103:22 148:10
180:21 181:10
184:24
**finish** 6:17 16:25

73:8 130:17
147:10
**firm** 9:11,15,18
27:24 30:9 33:15
65:4 81:3,22 93:11
94:13 95:17 96:7
97:25 101:4 113:6
122:2,3 125:10,12
125:14 129:15
195:10 203:17,17
**firms** 209:12
**first** 12:3,5 13:3
14:2 15:4 17:15,19
20:25 22:10 31:16
31:19 34:12 35:22
36:2,11 38:13 42:3
43:9 48:10 49:19
61:16 69:4 80:21
82:5,5 90:20 91:20
97:24 98:24 99:11
100:8 101:15
107:19 110:11
113:18 116:6
119:9 120:22
124:5,7 132:10
134:25 164:11
190:16
**fit** 128:12 129:23
**five** 66:9,10,10,11
66:14 96:20
157:20 163:21
**five-minute** 167:2
**flag** 82:5
**flags** 82:2,3
**flat** 214:7
**floor** 23:15 136:13
136:14
**flow** 57:6,11,22 77:7
**focus** 156:4
**focused** 107:7
**follow** 11:10 33:3
42:11,12,13
157:15
**following** 109:24
158:9

**follows** 5:17 82:3
**fooled** 67:23 69:7,19
69:20,24
**fooling** 67:22 69:6
**forced** 81:22
**foregoing** 216:8
**forget** 91:20
**form** 3:7 14:18,22
22:13 25:13 42:9
43:18 46:17,23
47:11 51:19,20
52:3 54:20 55:16
58:21 67:3 70:16
81:13 86:9 87:20
100:11 107:12
120:13 127:6
130:12 135:23
139:5 141:10
145:13 158:25
162:21 164:18
175:18 181:17
182:2 183:21
195:8 196:12
197:23 198:13,17
213:10,11,12
**formal** 108:15
109:15 124:25
128:19 144:19
160:3,7
**formed** 105:16,22
110:21
**forms** 107:10
**FORTIS** 1:10,10,11
**Fortune** 161:10
**forward** 30:18 44:8
83:4 109:20 132:8
143:23,23 148:24
148:25 149:4,7
152:14 158:14,22
**forwarded** 32:16
79:23 149:3,9,10
149:11,14,18,21
150:9
**forwarding** 32:17
**found** 211:3,5,9,14

211:19 212:9
**foundation** 103:14
103:19 104:11
**four** 66:9,17,17,18
96:20 203:16
**fourth** 81:21
**frame** 14:16 15:9,14
24:10,17,20 36:3
40:14 42:4 43:10
46:14 49:23 72:11
72:12 82:20 83:18
86:24 87:12 96:11
96:24 108:4
113:17 115:19
118:12,12 121:20
123:13 124:16
126:11,17 127:10
127:16 129:11,20
130:6 132:11
133:15 138:14
145:7 146:20
147:13 157:2
158:10 159:2
160:17 162:20,25
165:11,22 172:10
186:20 188:18
202:5 210:24
**frames** 40:16 160:24
**Frankel** 173:13
175:8,17 176:5,13
218:11
**frankly** 70:22 72:5
211:18
**fraud** 12:22 21:25
24:9 37:13 67:25
80:25 156:10
170:7,12,16 171:8
171:21 172:6
**frauds** 45:6
**free** 152:20
**Freightways** 99:17
**Friday** 8:16,19
13:14
**Friedman** 2:19 4:10
5:9

**Friehling** 84:6
**friends** 78:14,22
123:20 217:21
**front** 59:4,19 60:3,6
60:10,11,13,13
**full** 5:25 81:21
129:3 165:4
**function** 209:13
**fund** 1:9 2:9 4:13,25
5:3 55:13 84:19,22
85:11,14 86:7
101:11,12,14
109:17 112:13
113:25 123:3
136:2,22 137:5,5
137:10,15,15
146:22 159:13
169:4 180:14,17
189:7 194:20,23
203:22 210:13
218:25
**fundamentals** 140:8
140:11
**funding** 90:24 91:5
**funds** 54:25 55:22
56:2,3,8,10,12
60:20 81:23,25
82:7 83:9,21,25
84:11,16 85:5,11
85:15,19 86:8 87:3
87:8,18,23 88:15
100:15 105:23
114:3,7,7 115:3
116:14,17,19
122:22,23 123:4
123:25,25 126:4,6
126:8,12 127:2
130:2 131:15
137:16,18 140:25
141:9 145:18
146:17,18,21
158:21 164:6,23
164:23 183:12
189:9 206:22
207:14 208:25

209:5,19,21
212:21,21,23
213:3,9,14
**funny** 37:6,7,8,9,19
37:23 38:2 193:16
**further** 3:14,23 14:6
204:4 212:15
214:15 215:10
221:14

---

# G

**G** 187:22
**Gabriel** 1:9 2:14 5:6
17:9 21:17 23:10
23:11,12,25 24:7
27:8 52:2,11,15
53:23 54:15,22,24
55:7,8,11,19,25
56:4 72:20,25
86:13,25 87:4,9,13
87:18,23 88:15
108:24,24 114:5
120:17 124:2,10
126:5,23 127:21
127:22 128:16,20
129:3,9,10 130:23
131:18,23 136:8
136:11,17,21
137:2,15,20 139:4
141:2 144:19
145:10 148:19
149:8 150:4
159:10,12,12
179:17,20 181:16
181:19,24 182:4
182:14,18,24
183:5,11,16
184:12 185:4
197:5 199:7,10
200:4,8 202:22,23
202:24 203:18
**Gary** 2:16 5:5
204:12
**gary.mennitt@de...**
2:16

**GCC0013150** 197:3
197:9 219:5
**GCC0020875** 151:3
151:5 217:22
**gee** 75:10 211:24
**general** 58:11 60:14
63:24 93:15 94:5
97:17 98:10,12
106:13 107:8,9
112:10 121:21
127:3 188:22
194:19 202:16
207:5
**generally** 31:10,22
45:14 46:11 60:19
68:6 90:17 101:19
140:12 160:23
186:8
**generated** 26:7
**genesis** 168:25
**genius** 193:15
**German** 140:16
**getting** 8:20 30:24
63:8 64:3,4 66:14
66:21,25 67:8
102:10 152:15
153:6 154:9 156:3
164:24,24 165:5
172:12,14 181:21
183:17 192:2
**give** 9:23 10:3 14:6
19:24 58:13 95:24
100:20 109:21,22
112:11 113:3
129:22 173:2
182:5 184:16
195:11 213:19
**given** 63:24 73:22
82:2 98:2,3 102:25
112:12 116:10
122:23 126:6
136:12 140:25
141:6,7 146:25
147:16,16 199:15
208:20

giving 101:2 112:23
  160:4 192:9
Glick 98:18 99:4
  100:23 101:5,8,21
  101:22 105:24
  106:15
Glick's 118:4
  122:24
go 10:24 21:10 30:7
  32:2 40:8 43:17
  47:2 48:25 68:6,9
  73:25 75:20 81:20
  88:5,19 90:10
  92:16 95:16 100:9
  103:8,12,23 104:8
  104:15 128:8
  131:2 132:8
  143:11 167:9,18
  190:14 199:5
goes 38:10 84:5
going 6:5,5,7,13
  9:24 10:2 11:9
  18:8 33:18 34:4
  36:14,15 40:2
  47:19 62:10 64:8
  67:13 73:6,24
  78:10,11 82:19
  102:8 103:7
  104:15,17 109:20
  109:22 112:12
  118:19,20 125:12
  134:22,25 150:24
  158:14 171:16
  172:19,21,22
  173:6 175:22,24
  176:25 178:6
  180:5 190:14
  196:25 197:6,12
  204:6 208:21
Goldberg 187:23,24
Goldman 208:24
  209:3,4
good 5:20 20:22
  37:24,25 51:13,25
  55:5 58:5 67:21

69:5 210:11
Gordon 21:19 24:2
  24:4,5,6,9,13,18
  25:5 27:2,4,16
gotten 105:3
government 92:8,12
governments 90:22
graduated 88:24
  90:8
Graham 71:18
great 16:8
greedy 36:22 39:13
Greenblatt 120:24
Greenwich 84:23
  85:8,10 152:3
ground 6:6 14:20
Group 84:24
Gruntal 95:13
guess 7:8 12:2,18
  16:16 18:15 20:24
  22:7 25:5 34:6
  36:23 37:13 38:3
  39:10 42:3,5 43:9
  45:25 48:14 61:23
  62:9 65:23 67:21
  69:5,18 71:8 78:17
  94:7 98:19 110:7
  129:11 131:19
  143:14 144:14
  155:17 157:9
  159:9 163:21
  170:22 173:2
  183:24 188:3
  191:14,25 192:2
  192:16 193:14
  200:21 202:4
  204:24 212:7,25
  213:3
guessing 46:2
  143:21 163:21
  199:15
Guglielmo 2:5 4:19
  4:19 5:19,21 8:3,5
  9:9 10:11,24 11:8
  11:13 22:7 27:15

29:13 32:5,11 33:7
  33:20 46:21 47:4,6
  49:7 50:25 54:24
  59:9 62:12 64:18
  66:4 67:13 73:8,11
  74:4 75:20 76:14
  76:25 77:14 79:25
  80:2 84:14 85:22
  86:21 88:5 103:13
  103:18,22 104:6
  105:6 108:20
  109:7 115:17
  119:20,23 120:6,8
  122:9 127:24
  130:21,25 131:10
  132:9 141:22
  143:11 145:22
  146:13 148:5,10
  150:19,24 151:11
  151:13 155:15
  161:14 166:25
  167:8 168:2
  169:20 170:4,21
  172:8,19 173:22
  174:7,12,18,23
  175:22 176:15,24
  178:6,18 180:7,10
  180:21 181:10,13
  182:19 183:2
  185:6 189:23
  190:7 191:3,5
  196:25 197:24
  198:5,6 200:15
  201:5,19 202:2
  204:4 205:15
  206:2,18,25 207:9
  207:17,24 208:7
  208:12 209:2,10
  209:23 210:4
  212:16,19 214:15
  214:23 215:10
  217:6,8
guilty 211:3,4,6,7,9
  211:14,15,16,19
  211:21,24,25

212:2,3,9,10
guy 170:15
guys 13:21 129:7
  173:2 212:2
guy's 48:4

_____

H

H 217:10 218:3
  219:3
Halcyon 99:20
  120:24
half 73:7 94:22 98:2
  112:25 128:8
  165:6,19
halfway 121:11,15
  121:17
hand 59:12,12 157:4
  221:20
handle 83:8,20
handled 33:14 64:25
handling 29:16
  66:22
Hang 143:9
happen 80:18
  142:14
happened 134:11
  196:18,20
Harry 2:10 5:2
  210:11
harry.sandick@s...
  2:11
harsh 193:5
head 21:4 50:7 70:5
  95:5 135:5
hear 71:25
heard 14:2 48:10
  57:17,19 60:12
  80:7
hearing 83:2 124:8
hedge 81:23 209:19
Heidi 179:10
held 1:20 4:9 44:22
  44:23 89:13 95:7
help 36:20 38:22
helpful 18:9,9 61:25

62:17 63:13 67:5
194:10
**hereto** 3:5
**hereunto** 221:19
**hernia** 10:5
**Herzfeld** 94:11,20
94:25 95:12,13
96:7 205:7
**Hess** 21:16 23:5,6,7
23:9,17,24 24:2,8
24:17 27:4,12,20
52:9,13 96:25 97:2
154:25 155:8,17
155:20 187:21
**high** 125:8
**higher** 59:23 81:5
213:17
**highly** 49:2,4
**hilarious** 36:18,25
37:3,4,10
**hindsight** 74:7
**hinged** 99:18
**hire** 33:15 65:3
**hired** 96:20,22
134:19
**holdings** 164:6
**home** 34:23
**hooked** 203:8
**hope** 36:18 38:4
103:3,6 152:14
153:6
**hoped** 38:10
**hopefully** 204:13
**Horowitz** 84:6
91:24
**hospital** 20:2
**hour** 20:11 73:7
**hours** 103:8
**house** 121:11,16,17
**humorous** 68:21
75:19
**hundred** 115:20
**H-E-S-S** 23:8

**I**

**idea** 50:12 164:19
**ideas** 140:4 159:22
159:24 164:4
**identification** 76:4,7
76:10 78:23 151:7
172:20 173:21
175:23 176:13
177:13 178:7,17
180:17 197:10
**identified** 12:4 17:6
34:13 45:17,18
47:9 50:10 52:20
83:15 158:2,7
180:12 185:8
190:10 213:4
**identify** 34:4,5 56:4
56:15,15 64:19
104:19 140:5
171:25 173:6
187:16 203:6
**identifying** 55:14
184:19
**II** 197:5
**ill** 20:2
**illegal** 60:9
**image** 137:16,18
**imagine** 198:19
**immediate** 215:6
**implausible** 83:6
**important** 153:14
**imposed** 211:19
**impression** 72:4
84:20 86:4 87:8,10
87:21 88:15
115:23 116:12
126:22,24,25
135:9,11,12,14
136:7 137:17
**inappropriate**
103:16
**inbox** 153:9
**incarcerated** 121:6
121:23
**incentive** 112:17,25
113:15 116:25

117:6,8 125:5
165:4,6 192:10
**incentivize** 101:3
**incidentally** 33:11
**inclined** 14:4
**include** 54:23 55:13
**includes** 54:25
**including** 3:6 159:4
193:14
**income** 112:10
**inconsistencies**
54:17
**inconsistent** 14:11
54:9 213:16
**independent** 128:23
152:18 154:9
**INDEX** 1:3
**indicate** 14:13
**indicated** 12:12 23:4
23:23 24:10 25:4
25:21 71:15
161:24 212:22
213:6
**indicating** 16:17
36:24
**indicators** 74:22,22
**indicted** 119:7
211:13 212:9
**indictment** 119:20
120:9,21
**indirectly** 38:8
**individual** 99:3,6
**individually** 34:5
62:12
**individuals** 30:4
52:10 61:4 71:9
148:19 186:22
187:5,13 188:17
188:23
**information** 104:9
**ingredient** 140:11
**initial** 173:8,18
175:5 218:5
**initially** 96:2,19
98:17

**insider** 119:3,7
175:20
**insight** 77:8
**instructs** 14:24
**intend** 103:7
**interest** 98:23 101:2
106:7,10 108:10
144:2 152:16
166:21
**interested** 127:15
221:17
**interesting** 54:13,14
137:8 140:20
**interfere** 7:18
**interject** 54:21
**International** 1:11
99:16
**interrupt** 76:16
**interruption** 143:7
**introduce** 4:18
101:3
**introduced** 100:23
101:6 108:8
134:21
**introduction** 100:25
**invest** 14:3 40:2,4
43:16 48:7 85:24
130:2 146:6
147:15
**invested** 43:20
84:11,16,19,20
85:14,19,25 86:5,6
86:8,13 87:4,5,9
87:19,23 88:16
95:25 101:8,10
114:10 124:9
128:5,11 135:8,10
135:12,13,20
136:4,8 146:5
161:18 162:17
202:12 206:9
207:16 208:3
**investing** 14:5 39:15
39:20,22 41:2,24
48:19 69:14,25

70:4,8,10,12,14,18
71:19 85:5 93:11
94:15 114:25
123:25 127:4
129:5,6 130:14,15
140:9,12 146:3
164:3,4,16,17
193:15 203:23
**investment** 15:5
37:16 47:15 58:12
58:13,17 71:5
93:11,18 106:14
136:14 137:11,12
139:16 140:5,13
142:23 145:12,17
145:19,25,25
159:22,24 161:9
164:4 172:15
208:13
**investments** 41:23
43:17 51:10 53:19
53:24 56:17 99:21
108:12 139:8,9,11
160:20 163:10
164:9 186:5
188:18,24 199:9
199:17 200:8,23
201:2,8,14 202:3,5
214:2
**investor** 69:24 71:16
99:10 101:5 163:4
184:11 192:15
203:18,21
**investors** 12:19 81:4
95:24 98:8 108:9
129:7 143:25
161:25 162:3
196:22 208:5
**invests** 103:9
**involve** 119:16,18
**involved** 38:8 55:21
71:5 72:25 88:18
91:21 116:22
131:18,19,20
135:4,7 147:5

174:11 175:19
192:2 201:11
**involvement** 30:14
104:12 131:21
**issuance** 90:22 91:2
**issue** 27:17 29:16
43:23 45:11 49:14
50:16,18,18,20
51:5,6,16 143:2
174:13
**issued** 175:16
**issues** 44:3 45:8,18
47:8 50:9,23 52:19
55:14 56:13,16
61:3 67:2,11
104:21 124:6
127:9,10 137:19
137:24 169:6
171:25 180:6
**itemized** 180:12,16
218:23
**items** 35:16 79:19
153:10
**Ithaca** 68:12 79:19
98:7,8 105:11,13
105:17,25 106:3
106:13 122:25
128:24,25 129:4
144:2 159:7
193:22 194:19
196:8,13,17,17
198:10 199:7,10
199:16 200:2,11
200:12
**Ithacapartners.com**
35:13
**Ivan** 185:13

_____

**J**

**J** 1:10 2:14,16,21
34:8 67:17 68:14
190:13
**Jack** 96:21 149:13
149:16 187:21
201:10

**Jake** 78:15 80:16
**January** 71:4 93:2
121:8,12 123:13
138:12 142:15
143:5,16 144:4
158:9 200:23
206:4
**Jeff** 94:2 202:18
**Jeffrey** 203:5,7
**Jennings** 2:11 4:23
4:23
**jennings@srz.com**
2:12
**Jerry** 188:4
**Jersey** 121:13,14,14
**jguglielmo@scott...**
2:6
**Jim** 78:14 80:12
**Jimmy** 91:23
**job** 67:21 69:5
**Joe** 22:14 47:3 73:6
88:2 102:7 120:24
**jog** 131:13
**joined** 110:10
**joint** 200:7 201:8
202:3
**jointly** 120:12,14
199:18 201:2
**Jonathan** 2:17
96:19
**jonathan.perry@...**
2:17
**Joseph** 2:5 4:19
5:21
**judge** 211:18,19,25
**judgment** 81:25
121:3
**judgments** 81:23
**July** 179:15
**jumped** 214:21
**Junction** 93:3,5,10
94:6 99:23
**June** 89:2 105:18,25
202:23
**jurisdiction** 142:25

143:18
**jury** 211:18,19,25
212:11
**Justice** 1:3

_____

**K**

**Kass** 188:14
**keep** 29:12 54:22
181:7
**key** 140:11
**kind** 39:25 40:3
157:9 166:11
**knew** 70:9 84:19
100:6 102:23,23
**know** 7:8,13 9:2,24
12:3 13:17 16:9,14
17:24 18:8,19 19:6
19:8,12 24:16,17
25:14,16 28:15
29:8 30:13 34:19
35:21 41:25 43:15
44:11 45:25 47:13
47:18 48:2 50:9
59:3 61:14,21
65:12,13 70:13,14
70:15,18,21,21
71:14,22,24 72:5,9
72:14,23 75:8,12
77:4,10 79:8,9
80:6,10,12,16
85:13,24 86:3,3,4
86:5,10 94:3,16
98:14,16 101:12
102:3,4,8,25
104:18,20 105:2
106:23,23 107:6,6
107:22 108:23,25
113:25 114:5,6
115:20 116:20,21
117:11 123:15,24
124:10,12 126:7
135:14 136:25
137:14 138:19,25
139:19 141:11,13
146:24,24 147:19

149:9,14 150:20
154:22 155:10,11
155:19,22 157:14
157:16,19,23
162:10,12 163:22
164:15,21 165:10
165:19 167:15
168:25 169:9
170:11 174:10
175:13 181:19
182:3,4,6 184:17
185:15,22,24
186:9 187:23
188:6 189:2,15
192:11,23 193:20
194:15,24 195:2
195:19,24 196:14
196:24 198:15,19
198:21,21,22,24
203:2 206:19,23
207:2,7,13,15,21
208:2,8 209:4,9,11
209:13,14,17,19
209:24,25
**knowing** 153:5
**knowledge** 71:12
86:15 104:11
184:12 207:3
209:6
**knowledgeable**
69:13 70:4,7,12
**known** 18:20 19:2,4
19:10
**knows** 148:3
**K-A-S-S** 188:14

**L**

**L** 2:23
**large** 57:5,22 138:4
**lasted** 17:25 18:2
**late** 21:24 25:19
26:5,10 49:15 85:2
85:9 210:14
**law** 3:6 7:2 195:9
**lawsuit** 148:21

**lawyer** 105:8
**lawyers** 9:21 132:6
132:14 133:4,5,8
133:17
**lay** 33:17 103:18
104:10
**laying** 103:13
**lead** 37:21
**leave** 125:11
**leaving** 166:17
**led** 120:20
**leeway** 103:2
**left** 88:14 92:23 94:7
94:8 95:12 96:20
116:20 122:15
123:14,16 128:25
128:25 134:12,19
166:13,19 187:25
197:5 202:24
**legal** 59:8,9 76:19
98:21 99:17
**legitimate** 75:11
176:23
**Leon** 192:9,14,21,25
**lesson** 36:22 39:12
**letter** 78:12,21
102:20 217:19
**letters** 153:5
**let's** 23:3 31:18 34:5
38:3 40:13 43:9
46:13 59:17 64:14
69:4 72:11 73:8
80:3,21 81:20 83:5
84:14 88:19 90:7
98:10 103:22,23
110:2 111:13
132:10 146:16
162:12 165:21
166:25 171:17
176:24 180:11
192:7 193:3
**Levander** 11:18,19
12:5,10 13:8,24
14:7,13 15:13,19
15:21 16:10,24

17:13,17 18:4,11
19:10,15,24 20:7
21:2 22:4,22 23:4
28:3,6,16,23 29:16
149:22 177:6,21
179:7
**level** 64:5,5,7 102:10
**Levy** 192:9,14,21
**license** 90:5 95:8
**licenses** 89:13,15,23
89:25
**Lieberman** 179:11
179:14,16
**life** 110:5 193:6
**light** 191:9
**likewise** 80:12
**limited** 1:9 4:13,25
5:4 97:20 98:13,14
98:15,19,22 106:5
110:15,16 118:2
118:10,13,15
202:15 210:13
**line** 43:24 190:13
210:20
**lines** 82:24 163:12
**LINE(S)** 220:9
**lips** 74:25
**Lipstick** 74:24,24
75:2,3
**liquidated** 128:10
143:25
**list** 82:2
**listed** 181:24 182:15
**literature** 89:4
**litigation** 29:7,14,17
148:9,20,21
**little** 114:13 146:15
193:2
**live** 199:14
**LLP** 2:3,8,13
**local** 90:22
**located** 96:10 110:4
**long** 12:6,7,22,24
13:17 17:24 18:20
19:5,11,12 57:8,12

57:13,23 58:3,15
63:11 70:21,25
71:2 91:11,11
92:11,21 94:20
106:21 107:3,22
138:10 157:16,17
157:23 179:13
208:15,20
**longer** 123:5 132:14
144:15 166:21
204:14
**look** 74:20,25 75:9
75:12,13 80:21
139:19 140:5
153:8 161:2
164:22 165:7
173:23 174:25
178:20 190:9
197:6,19 211:17
**looked** 21:25 24:11
25:5 113:7 137:2
137:10 139:15
165:7
**looking** 21:22 57:11
75:14 77:12 137:9
140:8 152:8
203:16
**looks** 139:20 153:2
177:17 179:4
**loses** 33:18
**losing** 214:3
**loss** 206:7
**losses** 125:7,9
**lost** 134:2
**lot** 14:8 25:21 26:18
39:8,19 57:10
67:22 68:22 69:6
69:15,19,22 70:9
71:9 103:2 104:20
134:2 140:15
**lots** 175:20,21
**low** 41:14
**Lowe** 1:3
**lower** 143:4 213:17
**Lowrey** 91:23

**LP** 173:14 175:9
176:5,12 197:5
218:10

**M**

**M** 2:6 97:6
**machine** 75:5
**Madoff** 12:22 13:23
14:2,3,5,9 15:15
18:7 21:3,20,23
24:9,21,23 25:8,10
30:4 31:16 35:23
36:5,6,18,24 37:2
37:13,15,21 38:9
38:15 39:16,20,22
41:3,3,24 42:5,19
42:22 43:20 44:5,7
44:7,12 45:15,23
46:6,11,16 47:15
47:20 48:7,10,17
48:19 49:3 50:3
51:10,21 52:17,18
54:18 56:2,14,16
56:21 57:2,4 58:18
60:2,5 66:2,7 68:2
69:25 71:13 74:8
74:13,23 77:16
80:24,24 81:11,15
81:15,25 82:6,21
83:3,7 84:4,12,17
84:21 85:6,15,19
85:24 86:5,6,8,11
86:13 87:4,5,10,19
87:24 102:16,23
103:10 124:2,8,9
124:10 126:12,17
126:23 127:2,5,12
130:3,7,8 131:24
135:8,10,13,16,20
135:25 136:9
138:18,20 141:6,8
141:11,14,16,24
142:3,5 146:16,17
147:24 149:17
150:5 153:21

154:14 155:11
156:10 157:5
160:20 161:4,12
161:17,24,25
162:17 163:10
168:14,15,17
169:4 170:8,13,24
171:4,19,21 186:6
188:19,24 192:2
193:12 207:16,23
208:3,10,20,22
213:6 214:13
**Madoff's** 15:4 40:17
43:16,23 47:10
53:19,24 57:25
75:5 77:5
**Madoff-related**
146:11
**Maher** 96:21 149:13
149:16 187:21
201:11
**major** 27:23 140:17
**Majority** 180:13,17
218:24
**making** 129:17
150:18 165:9,10
191:18,25
**man** 192:11,20
**manage** 94:13 109:9
114:9 116:17
128:3 134:5
135:16 138:10
159:19 160:11,12
189:11 201:13
205:13
**managed** 97:24 98:5
101:11,13 112:18
112:19 113:2
115:15,16 116:2
116:13,19 122:15
123:4 136:24
138:2,8 145:18
146:18,19,23
158:22 159:15
194:17 204:16,21

213:21,22
**management** 33:16
65:5 100:14
106:18 112:14
113:11,11 120:16
131:14
**manager** 15:5 55:11
94:14 96:4,8
106:16 109:11
**managers** 160:11
169:4 206:15
207:16,22
**manages** 164:7
201:8
**managing** 55:24
94:17,18 100:15
100:16 105:23
106:18 109:12
110:25 111:6
113:23 114:2
115:20,23 120:17
121:20,24 122:5
122:17,18 123:5
125:7 126:4,12
127:20,20 134:15
135:22 136:10,13
136:16 137:3,25
139:2 140:25
145:10 147:4
165:3,5 166:23
186:21 187:13
205:4,8 214:20
215:6
**man's** 67:25 74:11
**March** 205:7,16
206:3
**Margie** 31:5
**marital** 180:5
**Marjorie** 2:21 5:8
8:10 77:23
**mark** 62:10 67:13
78:11 150:24
172:19 175:23,24
176:25 178:6
180:11 196:25

**marked** 73:13 76:4
76:7,10 78:22 80:4
151:6 173:20,24
176:13,18 177:12
178:17,20 180:17
190:10,11 197:10
201:18 210:16
**market** 57:7 58:4,6
60:11,12,14,16,18
60:24 61:8,13 77:9
83:7,20 169:13
**marketed** 82:7
**marketplace** 69:13
69:21
**market-maker** 57:5
57:22
**Marquee** 121:17
**marriage** 221:16
**married** 179:13
**Martin** 2:24 4:4
**mat** 191:18,20,21
192:3,5
**materials** 42:6
**matter** 17:13 18:24
29:22 31:23 33:13
36:16 39:3 49:13
64:25 66:22 67:7
67:18 76:18 99:17
157:4 173:12
176:3,11,20,21
177:5,11 178:2,10
178:15 218:9,16
218:19 221:11,17
**matters** 9:19,20
19:10 65:10,25
69:14 76:23 103:3
177:20
**meal** 191:19
**mean** 9:2 25:14
26:20 31:20 36:25
37:20 38:25 39:14
40:23 41:10 42:15
44:11,20 45:25
47:14 48:4,24
55:23 58:9,16 60:7

62:21,23 65:12,18
69:10 70:10,22
72:5,9 74:17 75:4
75:6,10 85:24
97:22 98:19 107:4
114:8 116:2
121:25 128:4,5,24
131:17,24 133:2,2
133:4 135:9,10,15
138:20,24 139:6
139:24 140:19
142:6 144:22
145:20 146:5
148:21,23,23
150:6 152:8 153:2
153:3 154:18,20
156:12,19 157:10
157:22 158:16
159:23 164:21,22
165:3,14,14,15,15
169:12 170:13
171:13 175:11
182:7 183:15
186:13 187:24
188:3 189:13
191:12 193:4,10
193:15 194:16,18
196:14,16,18
198:24,25 202:8
208:19 209:16
210:25 211:4
212:7 213:16,18
**means** 60:15 61:15
104:18 209:4
**meant** 15:11 37:2
39:4,15 62:20
69:11 73:14
191:14 211:2
**Medallion** 206:20
**media** 33:14,17,18
65:9 66:22
**medications** 7:17
**meet** 99:11
**meeting** 100:8
**meetings** 158:3

163:23
**meltdown** 169:12,13
**memory** 18:22
153:16 156:20
**Mennitt** 2:16 5:5,5
16:18 22:13 42:9
46:17,24 47:11
51:20 54:20 55:16
58:21 67:3 81:13
86:9 102:7 103:17
103:20 135:23
174:16 176:14
182:2 183:13,21
190:25 191:4,6
201:22 204:11,12
205:12 206:5
210:2 213:4,11
214:9 217:7
**Mennitt's** 212:20
**mention** 49:14,17
55:7
**mentioned** 5:20
13:25 33:12 43:13
44:13 55:22 71:7
72:13 87:3 105:11
192:20
**Merdoff** 161:13
**Merdoff's** 161:9
**Merit** 1:22
**Merkin** 1:10 2:14
5:7 10:14,18 11:17
14:14 15:15,22
17:9 23:13 27:10
27:17 28:24 29:2,8
30:9,16 32:23 34:9
35:23 38:14 40:9
42:4,22 43:5 44:4
45:9,23 46:14 47:7
48:18 49:18 50:25
51:8 61:18 63:12
63:17 65:15,24
66:7 67:17 68:14
70:3 72:14,19,23
76:4,7,10 79:18
81:10 82:21 83:19

98:17,24 99:11
100:10,20 101:6
101:20 102:16,23
104:13 105:4
106:3 107:14
108:5 109:4
111:17,19 116:24
118:7,11,17
120:12,15 122:5
123:24 124:17,25
126:11,16 127:4
129:12,12 132:21
134:10 135:22
138:17 140:21
141:5,21,23
142:12 144:11,20
144:25 145:11
147:3 148:14,15
158:12,14 159:2
159:10,16 160:10
160:18 162:7,14
162:16 163:14
164:12,17 168:23
169:16 171:19
172:11 185:22
186:22 188:18
189:20 190:13
193:25 194:6
195:14,16 196:3
196:10 202:6,10
207:14 214:10,12
217:14,16,18
**Merkin's** 100:5
**Merkin-managed**
183:12
**Merkin-related**
122:7,9
**mess** 36:19 38:5
**met** 99:12,14,21
185:16 192:21
202:21 211:22
**Michael** 24:15 46:8
85:17 149:13
150:21 152:14
153:13,13 155:4

157:3 167:12
168:6 187:22
188:8
**Microsoft** 34:24
35:5
**Mike** 27:5,6,7 52:23
96:18 97:10
**millennium** 85:3
209:20
**Miller** 96:22
**million** 59:18 94:19
98:2,4 165:16,17
165:19,20 166:3,4
166:9 172:12,13
172:17
**millions** 165:14
**mind** 32:3 61:14
68:23 69:3 140:20
154:17,19 188:15
208:21
**mine** 190:19
**MINEOLA** 220:4
**minutes** 12:8 13:19
18:3 28:13 63:14
157:19,20,21
189:24
**mirror** 137:16,18
**misrepresentations**
45:3
**moment** 10:22 16:8
20:10 49:5 67:12
131:25 180:18
200:13
**moment-to-mome...**
77:9
**money** 14:4,5 39:19
40:2 55:24 68:3
74:14 86:2,5 93:11
94:13 95:25,25
96:4 97:24 98:5,7
109:9,10,12,13
110:25 111:6
112:18 113:2,10
113:11 114:10
115:14,24,25

116:11 123:5
124:10 126:22
128:3,6 129:6
134:2,14,14 136:8
146:25 147:15
159:15,19 160:4
160:11,11 161:18
165:3,5 184:21
199:16 201:3
202:13 204:17,21
205:8,13 206:10
206:14 207:15,16
207:21 214:21,24
215:5
**monies** 112:19
162:17 213:20,21
213:22
**month** 124:19 166:4
166:9 172:12,17
**months** 96:20 98:6
121:9,10,11
**Morgan** 209:8,9
**morning** 10:5
**motion** 3:11
**Mountain** 189:12,16
**move** 3:8 102:9
103:3
**movements** 77:9
**moving** 111:11
**mpeerce@stillma...**
2:21
**Mullen** 96:25 97:5
187:21
**multiple** 58:25
**Mulvenna** 1:21 5:12
5:15 221:6,23
**municipal** 90:13
91:6,19
**municipality** 91:9
**mutual** 60:20
**M.B.A** 89:2,5,8

——————————
**N**
——————————
**N** 2:2,23 217:3
**Nagle** 12:19,20

185:8,10,11,15,23
186:3,10
**name** 4:4,16 5:21,25
11:23 12:13,16,16
12:19 15:4 16:15
21:19 35:3,4 44:12
57:14 67:25 74:11
75:5,6,6,7,11 80:8
91:19,20 97:7
101:14 107:7
117:20,21 183:19
187:22,23,24
188:4,13 196:3
200:5 210:11
220:6,7
**named** 93:7
**names** 56:9 75:7
108:25
**nature** 41:13 190:19
210:21,21
**Naufel** 188:12
**nearly** 82:9
**necessarily** 19:19
20:3 55:13 69:18
211:4
**need** 6:15,22 10:24
65:19 77:23 95:14
**needed** 33:3 65:3,3
**needs** 170:9
**negatively** 14:4
**negotiate** 36:19 38:4
**neither** 9:14
**net** 109:21,23
110:13 111:8
112:9
**never** 25:14 41:9
51:15,17 57:19
65:16 72:3 80:7
87:7 130:8,9
131:21 135:15
136:25 165:6,15
166:22 182:3,11
182:20 201:17
211:5 214:3
**new** 1:2,2,5,15,15,23

2:5,5,10,10,15,15
2:20,20 4:6,11,11
4:12,15,15 5:16,23
7:22 8:2 26:22
85:3 88:24,25
90:16 94:12
121:13,14 134:19
180:13,16 216:2
218:24 220:4,4,4
221:2,4,7
**news** 21:20 30:18
31:16 36:18,25
37:2,21 66:2
**newspaper** 73:17
150:8
**newspapers** 140:3
**night** 68:7 71:20
**nine** 186:14
**nods** 21:4 50:7 70:5
135:5
**noes** 6:16
**nonmatriculated**
89:9
**non-U.S** 137:21
**Nos** 197:8 219:5
**Notary** 1:22 3:16,17
5:16 221:6
**note** 7:20 102:7
**notice** 204:15
**November** 121:12
132:13 177:7
**number** 82:4 152:22
152:23
**numbers** 78:21
217:19
**NYU** 5:22 12:18,20
29:14 103:9 220:6
**NYU's** 29:7
**N-A-U-F-E-L**
188:12

——————————
**O**
——————————
**O** 2:23
**oath** 6:25
**object** 3:7,10 14:18

14:21 25:13 43:18
46:23 52:3 87:20
100:11 102:9
120:13 127:6
139:5 145:13
148:2 164:18
195:8 196:12
**objection** 22:13,16
42:9 46:17,22,25
47:2,11 51:19,20
54:20 55:16 58:21
67:3 70:16 81:13
86:9 103:15
135:23 141:10
162:19,21 172:24
173:4 174:13
175:18 181:17
182:2 183:21,22
196:4 197:23
198:13,17 205:15
206:2,18,25 207:9
207:17,24 208:7
208:12 209:2,10
209:23 211:11
213:10,11,12
**objections** 104:8
**oblige** 6:23
**observe** 40:6
**observer** 100:4,7
**obvious** 67:24
190:24 191:8
**obviously** 37:4
**occasion** 84:18
**October** 123:10
124:19 128:5
169:12 178:10
**Odyssey** 93:7
**offhand** 15:25 20:14
20:19 28:8,11
44:11 45:22
108:23 116:2
138:20 143:20
150:7 165:13
166:2 186:13
188:14 194:24

196:7,14,22,23
202:9,9
**office** 4:10 109:18
112:3 117:12
**officer** 27:8 185:12
**offices** 138:17
**official** 177:17
179:4
**offshore** 123:3
**Oh** 61:6 132:5
156:11 188:11
205:10
**okay** 8:4 10:10
20:16 30:11,24
32:5 33:7 36:9
51:21 73:10 74:4
76:25 79:25 86:22
105:21 108:22
116:15 118:22
120:7 130:25
132:21 133:24
145:23 151:12
174:14 175:12
187:12 198:5
**OLD** 220:4
**once** 71:13 86:11
110:10 138:24
142:24 165:17
166:19 186:13
**ones** 66:13 169:18
187:25 194:18
195:2
**onetime** 145:5
**one-page** 125:23
**ongoing** 58:5
**online** 139:25
**oOo** 216:13
**operations** 23:14
209:15
**opinion** 37:13 59:8
59:10 176:6,10,20
218:8
**Oppenheimer** 93:6
117:24 180:2
**opportunities** 140:5

140:6
**opportunity** 140:20
**opposed** 18:23
44:23
**option** 83:20 91:10
**options** 61:5,12,13
83:7
**orally** 145:21,22
**order** 6:14 31:20
59:11,13,14,15,18
59:21,21 144:16
151:10
**orders** 57:6,11,22
59:12 77:7
**original** 3:19,24
**outbox** 32:15 35:16
79:19 153:11
**outcome** 221:17
**Outlook** 34:24 35:5
68:15 75:10 194:3
**outrageous** 60:8
**outside** 54:15 88:16
116:2 129:6
196:21
**overhead** 113:7,8,14
**ownership** 200:7
202:11
**o'clock** 151:25

_____

**P**

**P** 2:2,2,5,23
**page** 80:13 197:13
197:14,15 216:11
217:4,11 220:9
**pages** 103:16 216:8
**paid** 36:21 39:11
113:13 158:17
164:24,25 172:12
172:14 196:17,17
196:17 200:11,12
208:4
**paper** 102:2
**papers** 71:15
**paragraph** 80:22
81:12,21 84:7

138:25 190:16
192:8 193:4
**Pardon** 40:7
**Park** 1:15 2:20 4:11
23:15 88:16
136:14 138:17
**part** 19:14 33:21
71:7 86:12 116:22
128:11 136:3
140:7 147:8
**parte** 102:13
**particular** 14:24
15:19 18:23 61:22
78:9 82:17 100:3
115:22 139:17
140:8,13 143:2
145:2,25 156:18
164:6 199:20
209:6
**particularly** 130:4
156:7 209:11
**parties** 3:5 148:8
204:8 221:15
**partner** 91:22,23
94:5 97:17 98:11
98:12 106:3,6,13
107:8,9 110:15,20
112:10 118:2
121:21 194:19
195:16 202:15,16
**partners** 16:12
68:12 79:19 93:3,5
93:7,11 94:6 97:20
98:7,8,13,15,15,19
99:23 105:11,13
105:17 106:2,4
118:3 123:2
128:24,25 129:4
144:2 159:7
189:12 193:23
194:14,16,19,23
194:25 195:3,13
195:21 196:8,13
199:16
**partnership** 97:18

98:7 105:22
108:17,18,19
109:6,7,9 110:13
110:14,16,16,21
111:11 122:22
144:2 189:18,20
189:21 194:23
196:3
**partnerships** 114:7
118:11,14,16
159:5
**party** 44:24 144:7,8
**Pause** 11:5 49:10
115:9 171:15
174:15 205:22
**pay** 134:18
**paying** 134:13
**payment** 182:16
**Peerce** 2:21 5:8,8
7:20 8:4,10,21 9:5
9:7 10:7,22 11:2
11:15 14:18 15:6
15:12 22:6,17
25:13 27:14 29:5
29:18 30:12 31:2
32:2,13 33:8 36:3
36:9 40:12 42:15
43:18 49:5 50:24
51:19 52:3 54:3,19
54:21 55:2 56:18
59:7 62:10 64:16
64:20 66:2 70:16
73:5,10,24 76:21
77:23 79:22 84:13
85:7,20 86:17,22
87:20,25 88:7
100:11 102:6
104:25 107:5
108:19,22 109:5
111:3 115:5,12
116:4 119:18,22
120:3,7,13 122:7
122:14 127:6,22
130:19 131:2,12
132:2 139:5

141:10,21 143:9
145:13,20,23
146:10 147:25
148:7,24 150:10
150:16 151:8,12
152:3 155:6,13
161:12 162:19,21
164:18 169:18,25
170:5,17 172:4
173:25 174:10,14
174:19 180:4,9,18
181:3,11 182:12
182:22 184:2,15
184:24 186:24
195:8 196:12
198:18,20 200:13
201:16,20,23
205:4,9,18 210:5
211:11 213:10
214:17,25 215:4,9
217:8
**pending** 5:22 144:10
**Penelope** 194:25
**people** 9:2,24,25
10:3 37:16,20 39:8
39:25 40:3,4 45:7
52:4 54:10,12
55:23 65:19 67:22
69:6,15,19 70:22
71:16,19 73:2
101:3 108:8 113:6
122:3,23 128:8,12
129:2 137:4 149:3
149:6 159:23
161:18,19,25
162:2 163:3 170:8
187:7,25 191:18
193:14 195:10
204:17 205:5,8,14
208:15 211:5,9,23
212:4 214:21
**people's** 204:21
211:6
**percent** 41:11 98:16
98:18,25 100:21

101:2,20,20 106:7
106:9 107:14
108:10 109:21,23
110:11,12,13
111:6,8,10 112:8
112:11,12,17
113:15 115:21,21
117:6 125:5,18,20
134:15 168:17
213:19 214:5
**percentage** 100:14
112:23 116:25
120:23 125:13,16
126:7 166:14
172:15 198:11
199:17 202:10
**performance**
106:16,17 172:16
**performing** 72:24
113:20
**period** 26:11 40:12
50:2 84:13 86:17
102:12 116:4
121:6 122:14
124:4 131:15
138:7 145:9
155:18 166:5
183:4 206:16
**periodically** 199:23
**periods** 86:19 88:3
**permanently** 142:22
**permitted** 102:15,21
**PERRY** 2:17
**person** 19:3 54:7,7
76:18 98:24
**personal** 19:20 20:4
58:6,8 64:5,7
70:17
**personally** 25:15
174:8 185:15
**personnel** 136:15
**perspective** 137:10
137:11
**pertaining** 106:10
176:20

**peruses** 175:3
176:16 177:14
197:17
**ph** 95:2
**phone** 12:9 16:10,16
16:21 17:3 28:16
28:19 38:18 61:24
62:14 63:15 66:6
130:5
**phrase** 38:3,21
39:10 74:10
**physically** 68:20
90:15 121:24
**physician** 10:8
**pick** 38:18 130:5
**picking** 114:25
115:2 139:7,9
**piece** 102:2
**place** 1:20 7:21 13:9
13:10,18 14:3,12
14:17 15:10,15
17:6,17 22:3 23:15
42:24 44:10 53:3
63:12 119:5,8
120:21 132:11
136:15 155:20
162:10 191:17,20
191:21 192:3,5
203:14 213:19
**placement** 191:10
**places** 203:15,24
**plaintiff** 1:7 2:4
4:20,22 5:22
102:14,21
**Plaza** 90:16
**please** 4:17 5:24 6:2
6:9,11,23 49:6
88:7 167:19
205:19
**plural** 64:21
**point** 17:7 27:24
43:24 48:21 50:15
52:5 61:5 64:3
72:15,17 74:19
80:10 81:20 82:15

82:15,25 83:15,24
94:7 95:8,11 100:9
112:5,16 114:2
116:9,15,17
118:24 122:4
123:19,24 125:11
132:21 134:25
136:5 138:14
142:11,19 152:17
167:11 168:16
184:25 187:8
194:8 203:8 214:5
**Polish** 140:18
**Ponzi** 81:3,11,15
**poor** 33:14 169:3
**poorly** 37:20,22
**pops** 35:4 68:15
194:2
**portfolio** 94:14 96:8
128:11,17
**portion** 86:8
**portions** 147:4
**position** 51:18 54:11
65:9,15,20 90:12
91:12 92:6,25 93:8
94:4,10 95:4 97:16
124:22 134:22
143:24 144:19
185:13 188:7
**positioned** 69:12
**positioning** 65:23
69:21
**positions** 57:8 58:4
92:2,4 93:19,20
140:6,16,18
146:25
**possession** 147:22
**possible** 14:3 36:19
38:5 41:6,8,11,21
104:10,16 154:21
171:5 196:15
**possibly** 14:12
**post** 30:17
**postgraduate** 89:9
**PR** 33:15 67:6

practical 201:7
**Practice** 3:6
**precipitated** 68:17
142:17 153:24
**premises** 109:18
**prepare** 31:3 77:24
**present** 16:10
**presently** 203:3
**preserve** 14:23
**press** 35:4
**presuming** 148:2
**presupposed** 170:6
172:5
**pretty** 18:18 59:12
153:19
**prevent** 7:13
**previous** 46:18 78:5
108:25
**previously** 32:16
124:21 134:7
156:9 171:17
172:2 185:7 190:9
192:6
**price** 25:22 26:15,23
36:21 39:12 59:23
**prices** 21:24 25:20
**primary** 93:21
**PRIME** 1:10
**principal** 27:7
108:11 194:18
**prior** 9:19 10:20
40:16 52:17,18
85:4 88:14 135:3
168:15,18 202:4
**prison** 121:8,10,10
121:13,25 122:17
132:4 142:19
211:22 212:3
**private** 99:9
**privilege** 29:6,11
180:5
**privileged** 10:9
29:20 181:6
**pro** 113:4,12,13,14
114:11,16 117:6

199:24 200:3
**probably** 18:21 46:8
66:10 69:23
143:15 163:21
195:9
**problems** 38:7
45:18 47:15
**Procedure** 177:4,10
178:11,16 218:15
218:21
**Proceeding** 173:9
173:19 218:6
**proceedings** 11:23
12:13 221:10,12
**proceeds** 125:13
**process** 71:8 74:18
**produced** 147:20
148:11
**professional** 89:13
**profits** 98:16,18,25
100:14,21 107:14
120:23
**project** 65:19
**promising** 190:19
**proper** 46:25
**proprietary** 209:16
**protect** 29:5
**provide** 6:11 33:8
50:20 160:2,10
**provided** 3:5 32:14
33:25 72:19 78:17
86:24,24 87:12
106:19 159:18
**providing** 55:19,20
76:19 87:17
144:21 183:10
193:6 213:5,7
**public** 1:23 3:17,17
5:16 65:2,4 221:6
**published** 161:10
**pun** 74:15
**punishment** 211:20
**purchased** 59:24
**purported** 82:7 83:8
**purpose** 85:23

157:12
**purposes** 172:20
178:7 201:7
**put** 35:3 40:10 44:8
75:4,6 114:21
116:21 184:24
191:22,23 192:5
**putting** 184:20
207:14
**P.C** 2:19
**p.m** 1:16 4:8 32:20
34:8,18 76:3 104:2
217:14

___

**Q**

**quant** 82:10
**quantity** 26:23
**quarter** 91:14 119:9
120:22
**question** 3:7,10 6:8
6:10,17 10:12
11:10,11,14,15
14:24,25 15:7,8,16
16:25 46:23 47:12
119:25 130:17,20
132:2 133:14
152:12 170:3,6
172:9 182:17
189:19 195:12
197:25 205:11
209:8 210:15,19
214:18
**questioning** 168:14
**questions** 6:7,12
14:21 29:19 36:16
46:18 150:11
181:8 204:5,8,13
210:6 212:15,17
212:20 213:2,21
214:16 215:11
**quickly** 104:17
**quite** 69:24 71:25
161:20
**quote** 36:14

___

**R**

**R** 2:2,23
**raise** 39:19 40:2
44:2,3 51:9 127:9
169:6 174:13
**raised** 43:22 49:25
51:5,16 86:2 98:6
104:8 127:10
**ran** 91:18 115:4
120:12,14 122:2
128:6
**random** 190:21
210:23
**rata** 113:5,12,13,14
114:11,16 117:6
199:24 200:3
**RCVD** 198:8
**read** 11:13 42:6
67:19 71:15 83:24
140:3 149:18,19
162:24 205:25
216:8
**reading** 80:10
161:23 162:3
**reads** 190:16
**reality** 14:12
**realize** 151:18
**really** 8:17 39:25
48:3 51:5 56:20
60:22 65:17 66:24
74:25 77:10 79:8
101:25 116:22
127:8 133:4
134:18 136:25,25
137:13 138:6,23
150:22 152:7,7
153:2 154:21
155:21,22 156:4
156:21 157:22
164:22 165:2
166:11 182:8
184:17 195:25
196:15,24 209:14
**reason** 9:17 79:4,7
79:16 127:11

142:2,4 174:2
175:4,10 176:17
176:22 177:23
178:4,22 220:9
**reasonable** 208:11
**reasons** 133:21,25
194:21
**rebuttal** 204:7
**recall** 7:7 8:17 13:4
15:25 16:3,3,4,7
16:15 17:21 18:12
20:10,12,14,18,19
20:20 22:5,18
27:21,22 28:8,10
28:11 29:3,24 30:3
30:5 33:11 35:20
35:24 38:20 43:14
45:10,12,22 47:21
47:24 50:21 52:4,6
52:21,22 53:6,12
53:16,20,22 54:4,5
56:7,9 60:4 63:6,9
63:22 66:5 67:12
69:2 76:17 78:8,24
79:2,10 80:18
81:18 82:13,16
83:2,13,17 84:9
87:7 89:11,15
97:21,22 101:17
106:6 115:24,25
116:3,10,11,18,19
118:18 124:7
125:19,24,25
126:15 127:3,13
130:4,10,12
143:20 145:14
148:23 149:15,18
150:6,7,9,23
151:19 152:24
153:3,12 154:12
154:13,23 155:3,4
155:5,7,23 156:15
156:18 164:8,22
165:13,13,25
168:24 169:17,23

170:18,19,20,22
170:25 171:19,23
179:22 185:20
186:7 187:19
188:10,16 189:21
193:17 194:22
195:15,18,22
202:7,8,9 203:13
203:23 212:25
**recalled** 155:2
**receipts** 180:13,16
218:23
**receive** 117:5 125:5
196:9,13 200:6
201:3
**received** 89:2,17,19
106:15,17 109:22
109:23 110:11,14
112:10,13,17
113:2,15 158:25
164:16 166:22
**receiving** 89:7
**Recess** 32:8 75:25
104:3 131:6 167:5
167:22 190:3
**recognize** 34:12
75:11
**recognized** 84:2
**recollection** 36:12
45:21 61:23 81:8
82:22 101:23
109:20 116:12
118:9 123:16
126:13 132:24
141:4 151:15
152:9 159:3 161:2
162:8 172:18
181:15 185:2
186:16 188:20,22
197:22 198:3,4
201:24 202:12
**recommended** 19:9
77:23
**record** 4:3,18 5:25
6:14,19 7:21 9:10

10:25 11:4,5,7
14:23 18:25 26:24
28:2 32:3,7,8,10
34:6 36:15 49:7,9
49:10,12 55:3
75:21,23,25 76:12
88:4,6,9,10,12
102:8 103:24
104:2,3,5 115:5,8
115:9,11,19 120:3
131:3,5,6,8 167:4
167:5,7,19,21,22
167:24 168:10
171:15 173:7
174:15 180:23,24
181:2 189:23
190:2,3,5,8,11
197:11 200:16,18
200:20,25 201:17
205:21,22,24,25
206:23 215:15
221:12
**record's** 150:18
**red** 82:2,3
**redacted** 32:17
**redeem** 91:10
**redemption** 91:8
**redemptions** 208:4
**refer** 73:20
**referee** 103:11,21
103:23
**reference** 32:17
79:14 210:18,24
**referred** 97:3
**referring** 16:18 19:3
23:14 26:5 31:15
38:24 74:12
101:19 136:19,20
136:23 144:3
169:21 187:17
192:13 201:9
203:11
**refers** 74:6 199:8
**refinancing** 91:5
**reflected** 134:14

**refresh** 151:14
153:16 156:19
181:15,18 197:21
**refreshed** 198:3
**refunding** 91:3
**regard** 125:7
**regarding** 10:15
46:11
**regional** 94:12
**Registered** 1:22
**regular** 108:12
121:10 122:3
**regularly** 50:17
**Reid** 12:19,20 185:8
185:10,11
**reimburse** 117:7
**reiterated** 43:5
**rejected** 46:19
**relate** 147:23
**related** 45:13 59:15
61:8 64:2 182:5
221:15
**relates** 60:23 195:3
**relating** 59:14 67:8
119:11 135:16
161:24 168:14
**relations** 65:2,4
**relationship** 12:2
100:12 105:3
109:15 116:23
129:17 133:10
142:12 158:11,12
158:16,20 160:3,9
160:18 162:13
163:14 185:25
**relationships**
185:19,21,23,25
**relayed** 27:12 28:3
**Release** 173:8,19
218:5
**released** 132:3
**relevant** 102:12
103:4 104:23
182:17
**reliability** 102:17

**remain** 106:22
117:2
**remained** 123:20
134:20 187:25
**remaining** 204:6,8
**remarkably** 82:8
**remember** 21:11,12
21:13,15 31:20
33:23 45:14 50:15
77:17,18 79:13
80:9 84:18 101:24
101:24,25 102:3
114:5 126:21
152:2,5,7 154:3
156:7,8,20,21
157:22 160:25
161:15,23 162:3,5
163:11 165:15
166:11 186:2
189:17 196:2,6,7
**remembered** 79:15
**reminding** 76:21
**remnants** 200:23
**Renaissance** 206:19
**repeat** 11:11 15:6
**repercussions** 38:11
**rephrase** 148:4,5,7
**replicated** 82:10
**report** 91:17 93:25
94:25 188:4
**reported** 187:15
206:7 221:10
**reporter** 1:22,22
5:12 6:20 67:20
167:18
**reporting** 4:5
129:16 220:2
**represent** 9:11 29:9
44:21 79:22 168:7
174:5,8 210:13
**represented** 8:7 9:4
9:19 71:9 76:24
**representing** 5:22
14:10 17:9
**represents** 177:21

179:7
**Republican** 180:13
180:16 218:24
**reputation** 37:24,25
**requested** 208:5
**requesting** 32:24
33:2
**research** 69:22
71:10 72:15,16,24
73:3,4 81:22
139:10,12,18,20
139:24,25,25
140:2,7,22 141:5,7
141:12,17,20,23
142:3
**researching** 69:14
**reserve** 204:6
**reserved** 3:9,12
**resign** 144:17,18
**resigned** 143:24
**respect** 42:17,19
51:10 55:15 86:7
117:25 133:14
136:2 145:17
208:23 213:20
214:2
**respected** 191:16
**respective** 3:4
**response** 43:8,11
55:20,20 61:17,19
61:20,21 62:25
65:6 115:18 161:6
**responses** 6:11,15
**responsibilities**
90:18 93:16
**responsibility**
125:22 138:13
147:14
**responsible** 129:13
129:14,15
**rest** 114:14 136:10
**restate** 46:23
**restaurant** 191:11
192:4
**result** 153:21 192:3

194:2 200:7
**resulted** 125:8
**resurrected** 192:10
**resurrection** 192:24
**retain** 8:12 152:18
152:21 168:10
**retained** 167:15
**retention** 78:2
**return** 3:19
**returns** 14:9,11
25:21,22 26:19,19
39:17,24 40:3,19
41:5,10,15 42:8
43:6,23 44:16,17
45:10 46:16 47:10
47:16 48:3 54:8
56:15 82:9 206:15
206:24 207:4,7,10
212:21,24 213:5,7
213:14,15,16,23
214:20
**reveal** 29:20
**revealed** 24:21,23
37:10,17 38:2 52:8
71:14,19 81:16
86:12 157:5
168:15
**revelation** 37:18
84:15 154:15
**revelations** 36:7
38:15 52:8,17,18
66:8 77:16 83:3
85:4 147:24
149:17 150:5
153:22
**review** 31:7 42:6
**reviewed** 31:11,12
**Rice** 199:19
**Richard** 1:3
**right** 3:6 15:12
22:17 28:14 47:2
53:9 62:9 65:19
75:8 103:23 111:7
112:21 121:13
138:22 141:2

153:11 155:3,15
161:7 171:11,13
183:7
**rights** 3:5,21
**ring** 196:23
**rise** 175:20
**risk** 58:15 93:12
96:2 140:15
**Road** 6:3 220:4
**role** 93:21 100:2,5
109:3 138:13
**room** 45:2
**Ross** 173:13 176:5
176:12 218:10
**Roth** 2:8 4:24 5:3
9:14 30:9,14
210:12
**roughly** 92:15 94:18
94:23 166:10
172:17,17 202:23
**ruined** 190:18
**rules** 3:6 6:6 14:20
**ruling** 103:11
**run** 59:19 129:8,9
134:6 147:14
159:5
**running** 59:4 60:3,6
60:10,11,13,14
128:17 129:2,10
130:22 134:9,9
137:12
**runs** 23:13 159:11

**S**

**S** 2:2,23,23 173:13
176:5,12 217:10
218:3,10 219:3
**Sablowski** 95:2
**Sablowski's** 95:3
**SAC** 207:6
**Sachs** 208:24 209:3
209:4
**Sal** 89:20
**salaries** 113:8
**sale** 125:13

salesman 203:7,10
   203:12
salient 16:2 45:11
Salomon 89:18,21
   89:22 90:11,18
   91:17 92:9,19,20
   95:10
Sandick 2:10 5:2,2
   73:21 174:21
   175:18 181:17
   183:22 196:4
   197:23 198:2,13
   198:17 210:7,10
   210:12 212:14
   213:12 217:7
sarcastic 37:5
Saturday 67:16
   190:12 210:17
Saul 96:19
savvy 71:16
saw 10:5 57:5 71:14
   128:12 129:23
saying 12:21 54:22
   62:23 110:8
   144:21 156:9
   212:7
says 26:14 35:8
   36:18 38:22 74:10
   75:2,6 78:13 80:22
   81:21 82:6 83:6,6
   83:25 152:13
   176:6 177:5 193:4
   197:5 198:10
scandal 38:9
Schacter 202:19
   203:5
Schedule 180:12,15
   218:23
scheme 81:3,11,15
Schulte 2:8 4:24 5:3
   9:14 30:9,14,21
   210:6,12
Scott 2:3,3 4:20,20
   4:21,22
SEC 29:15 142:25

143:17 174:9
   175:16 176:8,19
   179:4 209:20
second 11:2 13:5
   15:24 16:11 32:3
   73:13 80:13 83:5
   99:3 112:7 113:18
   115:6 143:9
   164:10 165:21,22
   192:7 205:19
   210:20
secretaries 188:2
securities 25:25
   26:3 44:22 57:7
   59:14,15,18 80:24
   80:25 84:4,12
   85:15 114:15,15
   139:22 140:9
   142:20 147:16
   173:11 175:6,25
   177:3,9,25 178:9
   178:14 179:2,23
   218:13,18
see 34:10 69:8,9
   75:14 81:6 82:11
   82:12 83:11 84:7
   163:19 173:3
   193:8 197:7 198:7
   198:12,14 212:2
seen 24:13 25:15
   41:9 152:16
   175:13 197:7
   201:17
self-clear 114:23
   209:20
self-cleared 44:19
self-clearing 45:7
   45:17,19,24 46:7
   56:14 114:20
   208:23 209:17
self-clears 208:24
sell 26:7,8 57:7
   59:14,22 125:12
selling 60:20 139:22
send 34:17,21 35:2

62:22 63:3,4 67:5
   68:4,25 150:3
   151:21,23 158:6
   199:24
sending 35:24 62:2
   63:6,9 68:17,19
   152:5 194:10
senior 91:23 185:13
sense 39:16 57:12
   58:5 60:21 69:20
   98:20 138:3 164:3
   171:10 190:25
   191:3,4
sent 12:16,17 26:8
   31:13,14,17 34:16
   34:20 35:10,16,23
   67:15 68:11,14,24
   79:11,17,18
   148:12 150:7,15
   150:20 151:15,18
   153:10,15,18
   154:4 193:17,20
   193:22,25 210:17
sentence 64:22 69:4
   73:14 75:18 121:9
sentiments 38:10
separate 29:15 53:6
   117:21
separately 114:21
   114:23
September 87:22
   88:25 92:24 94:23
   95:11 123:10
   124:18 169:11,22
sequence 21:2
sequentially 22:8
Series 89:17,17,18
   89:24 95:7,9
served 7:23 156:3
service 34:21,22
services 95:15
   183:16
set 98:21 108:16
   109:17 189:14
   194:24 195:5,6,9

195:13,20 203:9
   203:16,17 221:20
setting 78:5 189:18
   196:2
seven 13:19 18:2
   28:13 66:9,10
severe 211:20
Seymore 189:2,3
shape 130:11
share 113:5,14
   117:7 158:5
   199:24 200:3
shared 111:22
shareholder 200:25
shares 59:19,20
Shechtman 2:19
   4:10 5:9
SHEET 220:2
short 19:12 58:16
   155:18 204:15
shortcut 32:4
Shorthand 1:21
show 39:23 40:3
shown 216:11
sic 191:8
side 65:2
Siget 118:2,4 122:24
signed 3:15
significant 57:5
   59:12
signifies 198:16
silently 145:21
silly 75:9
similar 96:6 148:17
   162:23 179:24
Simon 98:18 99:4
   100:23 105:24
   106:15 118:4
   122:24
simple 82:8
simply 67:25
single-handedly
   190:18
sir 101:10 119:4
sit 81:9 191:19,23

192:6
**sitting** 192:4
**situations** 71:21
**six** 98:6
**sixth** 71:17
**size** 83:8,21
**sleep** 68:6
**slight** 126:13 152:9
**smell** 53:9
**smells** 161:7
**SNL** 12:18
**soiled** 192:2
**sold** 125:10 166:16
**SOLUTIONS** 1:11
**somebody** 116:21
   171:3 174:20
**somewhat** 156:20
   190:21 210:23
   211:20
**sophisticated**
   207:15
**sorry** 12:23 17:2
   21:9,9 27:15 40:6
   40:8 51:23 58:7
   105:7 111:4
   117:17 124:23
   127:24 143:12
   147:11 161:14,22
   164:20 176:4
   189:8 191:6
   205:10 210:7
**sort** 29:6 34:2 41:22
   57:10 60:21 64:14
   75:14 77:6 87:15
   111:11 133:5
   139:15 149:14
   152:9 153:12
   158:10 182:7
   185:13 214:9
**sorts** 111:12
**sound** 75:9 193:4
   195:23
**sounds** 195:23
**South** 121:14
**speak** 8:23,25 9:22

10:17,20 11:16,19
   40:21 47:19 54:6
   54:16 77:15 78:4
   131:23
**speaking** 10:14
   16:22 22:22 27:2
   31:5 46:22,25 77:3
   78:8 84:18 85:17
   103:14 131:22
**speaks** 120:4
**special** 103:11
**specialized** 65:4
**specializes** 33:16
**specialty** 69:16,18
**specific** 18:12 45:20
   54:4,5 71:12 72:11
   79:10 86:15 127:3
   127:14 186:2,15
   187:12 188:20,25
   194:11 195:11,22
   207:3
**specifically** 18:14
   21:8 45:13 53:25
   54:2,2 61:15 77:4
   77:11 87:7 90:23
   154:17,18 187:17
   187:19 194:15
   198:24 207:2
**specifics** 172:21
**speculate** 7:9 182:14
   183:24 198:20
**speculation** 182:23
   184:16
**spell** 75:5
**spells** 97:7 188:13
**spend** 118:20
**spent** 121:9 124:19
   129:2
**split** 57:17 123:18
**split-strike** 82:7,17
   82:23
**spoke** 9:25 10:4
   11:18,24 16:6 18:6
   18:10 20:15 21:2
   21:17 22:24 24:2,8

24:18 29:24 44:5,6
   61:24 76:17,18
   77:17 122:2
   149:16 155:17
   157:3 167:12
   186:10,12,13
**spoken** 24:3,14,20
   27:5,16 130:8,9,11
   185:16
**spouse** 181:6,9,16
   181:23 183:8,10
   183:18
**spouse's** 183:19
**spring** 189:12,15,16
   189:17 202:25
**ss** 216:3 221:3
**stamp** 33:9
**stamped** 67:14
**standard** 58:16
**Stanley** 209:8,9
**start** 40:13 43:9
   84:14
**started** 8:16,19
   23:20 94:18 95:17
   97:24 105:23
   106:2 107:18,19
   107:25 116:7
   117:22 119:13
   122:17,18 123:7
   166:20 202:23
   205:8
**starting** 153:16
**starts** 83:24 198:8
**state** 1:2,23 4:15
   5:16,23,24 88:23
   90:21 173:2 216:2
   221:2,7
**stated** 70:2 212:22
**statement** 37:11,12
**statements** 102:18
**States** 173:10 175:6
   177:2,8,25 178:8
   178:13 218:12,18
**staying** 210:14
**stellar** 207:10,12

**stemming** 119:8
**step** 9:3 164:10
**steps** 88:19
**Stern** 94:11,21,25
   95:12 205:7
**Steven** 207:6
**stick** 46:13 90:7
   98:10 162:12
**sticking** 73:12
**Stillman** 2:19 4:10
   5:9
**stipulate** 155:13
**stipulated** 3:3,14,23
   173:5
**stock** 61:4
**stocks** 115:2,2
**stopped** 144:21
**strategies** 58:12,17
   58:25 96:2,3
**strategy** 56:21,23
   57:2,15,18,21,25
   58:2,6,8,10,19,23
   77:5 82:8,18,23
   83:3 161:9
**Street** 2:4 96:12
   121:18 192:12,21
   203:12
**stretch** 166:3
**strike** 3:8 57:18
   124:23
**string** 204:17
**stuff** 57:24 105:10
**subject** 31:23 36:16
   65:25 67:17 151:9
   153:3 190:13
   216:10
**subjects** 66:19
**submitted** 12:20
**Subscribed** 216:21
   220:22
**subsequent** 36:4
   42:21 44:14 48:16
   50:11,23 53:13
   63:16 65:14 72:18
   87:11 89:7 107:16

156:25 157:6,13
163:10,13
**subsequently** 101:8
**substance** 31:18,24
53:8 107:10,11
**substantial** 128:10
**substantially** 84:3
84:11,17 85:14,21
85:22
**successful** 204:18
**suggest** 47:22 48:6
173:25
**suggested** 12:21
67:25 74:8 146:2
194:8
**suggesting** 88:2
**suggestion** 48:9
**sum** 53:8
**supervised** 91:22
**supervision** 186:23
187:6
**supposedly** 41:24
**Supreme** 1:2 4:14
5:23 143:4,15,21
144:5
**sure** 15:17,18,20
16:6 18:18 35:17
38:16 41:25 47:16
48:5 55:2,17 69:17
73:18 85:25 95:5
108:23 138:19
149:11,12 150:18
153:7,9 154:19,21
155:16,17 156:5
156:11,12,13,14
157:15 182:6
194:15,16,22
199:14,20
**surfaced** 15:5
**surgeon** 10:5
**surprised** 71:25
**surrounding** 29:14
29:17
**suspect** 28:14 61:23
62:24 70:22 143:4

186:11 199:9
**suspicions** 213:9,13
**swear** 5:12
**swift** 81:25
**switched** 92:2,4
**sworn** 3:15 5:15
6:25 216:21
220:22
**S&P** 83:7,20
**S-A-L-O-M-O-N**
89:21

---

## T

**T** 2:23 217:10 218:3
219:3
**table** 191:18,20,22
192:4
**take** 6:20,22 9:3
13:9 14:12 17:17
23:15 31:19,24
36:23 38:3 42:24
53:2 63:12 69:4
72:11 73:25 75:21
88:19 89:8 110:2
118:22 119:5
130:19 132:10,11
134:12,22 140:6
166:25 173:23
174:25 177:16
178:20 190:9
197:6,19 213:19
**taken** 95:13 174:5
176:8
**takeover** 99:15
**takeovers** 94:15
**taleah** 2:11,12 4:23
**talk** 13:2,21 18:4
27:20 39:2,7 40:9
52:14,16,17 54:6,7
108:12 129:18,20
140:21 152:11
154:6 159:23,23
164:2,4
**talked** 10:8 11:24
13:22 17:15 40:16

42:3 73:18 146:12
161:17 169:19
180:20 214:19,23
**talking** 8:16,19
18:14,21 21:13,13
22:8 23:11 27:24
29:6 52:13 54:10
54:12 55:18 86:19
143:10 150:14
154:3 156:8 159:9
159:10 168:19
169:3 195:10
204:23
**tallying** 184:13
**tangential** 74:22
**Tape** 75:24 76:13
131:9 190:6
**Tarr** 94:2
**tax** 137:19
**tax-exempt** 90:23
90:24 91:2
**Teicher** 1:19 4:1,16
5:1,14,24 6:1,3,5
7:1,12,23 8:1,6 9:1
10:1 11:1,9 12:1
13:1 14:1 15:1
16:1 17:1,24 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1,9 30:1
30:24 31:1 32:1,22
32:23 33:1 34:1,4
34:6,7,12 35:1,9
35:15 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1,7 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1,3 60:1 61:1
61:17 62:1 63:1
64:1 65:1 66:1

67:1,14,15 68:1
69:1 70:1 71:1
72:1 73:1,12,22
74:1 75:1 76:1,2,3
76:5,6,8,9,15,22
77:1 78:1,10,19,20
79:1 80:1,5 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1,20 89:1 90:1
91:1 92:1 93:1
94:1 95:1,20 96:1
96:14 97:1,9,16,23
98:1,9,17 99:1
100:1,17,21 101:1
102:1,15,22 103:1
104:1,7 105:1,7
106:1,11,12,21
107:1,8,9 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
117:10,25 118:1
118:21 119:1,14
119:17,19 120:1
120:10,10 121:1
122:1,19 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
150:25 151:1,4,6
151:14 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
167:9 168:1,3
169:1 170:1,6

171:1 172:1 173:1
173:12,13,18,24
174:1,24 175:1,8
175:24 176:1,4,4,5
176:10,12,12,15
176:17,18,21,25
177:1,5,8,11 178:1
178:3,8,11,13,15
178:19 179:1,3,10
180:1,11,15 181:1
181:4,14 182:1,13
183:1 184:1 185:1
185:7 186:1 187:1
188:1 189:1 190:1
190:8,11 191:1
192:1 193:1 194:1
194:14 195:1
196:1 197:1,2,8,18
198:1 199:1 200:1
201:1 202:1 203:1
204:1,5 205:1
206:1 207:1 208:1
209:1 210:1,3,16
211:1 212:1 213:1
214:1 215:1 216:7
216:18 217:5,11
217:14,16,18,23
218:9,10,16,20
220:7,21
**Teicher's** 32:15
**telephone** 143:7
152:22
**tell** 8:6 13:24 14:16
15:9,13,21 20:7
21:10 24:17 48:18
48:23 53:5 73:14
88:20 129:19,21
133:20 151:20
161:19 162:2
164:9 208:9,17,19
**telling** 21:15 48:4
50:19
**tells** 68:2 74:11
**ten** 18:2 28:13
121:10

**tendency** 18:16
19:16
**tends** 39:4
**term** 59:4 60:10
144:18 160:7
**terminated** 158:10
160:18
**terminating** 163:13
**terminology** 46:20
98:21
**terms** 20:25 41:4
65:9 70:2 71:12
107:13 109:19
110:9 112:13
116:24 119:12
120:4 131:22
139:7 157:4,16
158:20 166:15
173:5 200:5
207:22 212:8
**terribly** 137:8
**testified** 5:17 20:9
22:12 56:18 108:6
119:25 142:9
171:17 172:2
179:25
**testify** 7:4,18,24
76:22 181:5 184:5
**testifying** 7:14 78:7
204:15
**testimony** 3:8 7:2
8:24 9:22 10:15
172:7 177:20
179:6 214:9,18,20
216:8
**text** 36:17,24 67:20
152:13
**TE36ELocal** 197:4
197:10 219:6
**Thank** 210:2 212:14
215:9,12
**thankful** 193:5
**Thanks** 210:13
**thing** 21:25 33:12
49:3 54:8,9,10

62:24 71:13 73:19
77:2 78:9 81:16
83:25 86:11
112:21 134:3
140:17 155:11
156:18 157:9
166:20 170:14
182:6,8 191:24
210:8
**things** 16:7,7 18:16
19:17,18 21:11
39:2 45:11,13,16
48:25 54:12 60:15
68:22 74:21 75:10
75:14,15 76:17
102:11 113:21
120:17 134:23
135:2 140:4 142:8
142:23 156:2,6
158:17 165:7
166:11,12 170:14
199:11,12,13
215:2
**think** 8:17,18,19
12:4,17 13:10,14
14:8 15:3 17:12,18
18:13,17 19:15,25
20:24 22:15,19
26:25 35:17 37:7,8
37:9,14,15,22 39:3
41:20 44:9 45:17
46:8,18 48:14 54:8
55:10 57:23 60:7
60:13,14,19,20
64:16,20 65:13
66:7 69:11,15 70:7
70:9,24 71:2,23
72:18 73:16 77:11
79:20 85:20,23
89:14,16 101:25
102:18,25 103:4
103:12,14 109:5
110:11 116:19
119:6 121:2,5
123:16 124:11

125:15,19 127:12
128:7,8,21 133:9
134:21 149:10,10
149:11,21,23,23
150:25 152:21
153:11,17,20
156:24 160:21
161:5,7 163:20
165:17,23 166:2,8
167:17 168:9,13
168:16 169:8,11
170:9 171:9 172:6
172:16 176:22
178:4 182:12,17
183:15 184:17
185:11 186:24
188:12 190:10
192:23,24 193:12
194:24 196:21,22
200:2 201:10,16
202:13,22 203:20
208:10,14,18
211:12,13,15,17
211:25 212:2,3,5,8
212:8,22,24 213:6
**thinking** 151:19
165:2 166:12
167:10
**third** 2:9 17:14,14
17:16,18 19:3
44:24 83:23
**thought** 14:2 16:15
37:6,20 38:7 45:12
54:13,17 70:3 71:8
71:16,20 74:18
75:19 146:6
161:16,19 192:25
211:21 212:12
**thoughts** 75:17
139:21,21 142:6
**three** 17:12,23 25:3
28:22 31:17 32:14
32:18 35:24 55:21
56:3,6 62:11 66:15
66:17,17 87:3,18

93:13,23 103:15
121:10 125:14,17
131:12 147:20
148:11 149:3
150:2,17 156:24
157:10,25 194:9
203:16
**Thursday** 8:14,15
13:11,13,14 34:7
**ticket** 26:7,7,8,13,16
26:22,22 50:22
**tickets** 21:23,23
24:11,14,15,19
25:6,12,15,18,19
25:20,23 26:4,13
26:19 49:15,21
50:10,16 51:4
52:12,15,20,24
53:15 56:19
**ticking** 166:20
**till** 173:2
**time** 1:20 4:7,17
5:11 6:18,21,23
11:4,7 12:22,24
14:16 15:4,9,14,23
17:20 18:20 19:5
19:11,11,13,24
20:25 24:10,17,20
26:11 28:6,9,16
32:7,10 33:19 36:3
38:13 39:24 40:12
40:14,16 42:4
43:10 46:14 48:17
48:21 49:9,12,23
50:15,23 51:8
53:18 59:15,20
68:24 70:21,25
71:2,6 72:11,12
73:6 75:23 76:12
77:12 82:20,20
83:18 84:13 86:17
86:19,24 87:8,9,11
87:12,16 88:3,9,12
92:13 93:9,14
96:10,24 97:9

100:9 101:13
102:12 104:2,5
106:8 107:21
108:3 109:20
110:2 113:16
115:8,11,19 116:4
116:15 118:11,12
118:20,22 119:14
120:23 121:6,20
121:22 122:14
123:6,9,13 124:4
124:11,12,16
125:11 126:11,11
126:16,23 127:10
127:16 128:24
129:3,5,11,20,25
130:6,7 131:5,8,15
131:17 132:11,13
132:20 133:15
134:8 135:11,18
138:7,14,18
140:23 144:17
145:7 146:20
147:12 155:18
157:2,3 158:10
159:2 160:17,24
162:13,17,25
163:10 164:11
165:11,21,22,22
167:4,7,21,24
169:9,16 170:23
171:22 172:10
180:23 181:2,20
181:20 183:4
186:10,20 187:20
188:18 189:14
190:2,5 194:6
200:17,20 202:4,6
204:5,6 205:21,24
210:14 211:16
215:12,14
**times** 57:9 72:18
149:17 163:21
185:17
**time-wise** 22:24

**timing** 60:11,13,14
60:17,18,24 61:8
61:13
**title** 90:12 92:5 93:8
94:3,9 95:3 97:11
97:16 124:22
128:19 173:10
188:6 197:3
**today** 6:8,13 7:13
8:24 9:2,23,25
10:15 11:25 31:4
56:7 80:23 81:9
105:14 106:24
107:2 117:24
135:9 147:21
169:19 194:22
213:6
**Today's** 4:6
**token** 202:14
**told** 10:6 11:22 14:8
14:14 15:18 18:7
25:17 40:25 41:19
45:4,4 46:9 47:14
48:25 50:16 64:24
64:24 102:16
129:8 132:5,6,14
132:21 133:6
190:17
**Tom** 96:25 97:5
187:21
**top** 214:5
**topic** 20:24
**topics** 157:7
**TORTUGA** 1:11
**totally** 103:16
**touch** 174:4
**touching** 158:24
**trade** 26:6,14,15
49:15 56:18 83:8
**trader** 21:17 23:10
23:25
**traders** 96:18,23
128:13
**trades** 114:21,22
129:16,23

**trading** 24:11,14,18
25:5,12,15,25 26:4
26:19 49:21 50:10
50:22 51:4,5 52:12
52:20,23 53:15
95:6 119:3 175:20
209:16
**trading-related**
119:7
**tragedy** 193:7,12
**transcript** 216:10
221:12
**tread** 180:5
**trial** 3:12 14:23
**troublesome** 49:16
**true** 51:14,25 71:22
72:21 86:14
216:10 221:12
**trust** 81:4 180:4
**truth** 37:9,10,18
38:2
**truthfully** 7:5,14
**try** 21:12 38:18
104:15
**trying** 64:18 66:13
66:20 103:18
104:8,10,14,18,22
104:23 105:4
111:4 119:24
160:6 180:7 183:2
213:8
**turn** 78:10 80:3 83:5
83:23 176:24
192:7 193:3
197:12
**Turning** 61:16
**Twenty-five** 205:3
**twice** 165:18 183:14
**two** 12:4 17:5,16,22
20:11 35:25 66:23
90:20 91:14 96:18
103:8 114:7 129:2
129:7 156:24
157:10 194:18
208:5 212:16

**type** 43:2 140:2
  170:15 171:7
**types** 41:23 113:21
**typing** 152:24
**T-A-R-R** 94:2
**T11** 201:20
**T7** 176:14

**U**
**Uh-huh** 7:11 25:7
  197:16
**ultimately** 37:9
  67:22 69:6,20
  108:9 117:19
**unclear** 77:3 131:20
  146:15
**undated** 78:12
**undergraduate** 89:3
**underlying** 140:8
  154:14
**understand** 6:8,10
  6:24 7:10 9:18
  14:19 15:2 18:17
  22:2 25:24 29:15
  55:17 56:20,24
  58:18,22 61:6
  104:7 119:24
  160:7 212:6 213:8
**understanding** 23:3
  27:19 39:21 55:5,8
  56:22 57:4 59:10
  60:16 62:19 63:25
  70:3 85:16,18
  135:17,19 136:3
  181:23 183:19,23
  199:2 207:5
**understands** 18:22
**understood** 43:21
  57:3 120:6
**undervalued** 71:21
**unfortunately** 36:21
  39:11 191:21
**United** 173:10 175:6
  177:2,8,25 178:8
  178:13 218:12,18

**University** 1:5 4:13
  88:23 89:2
**unregistered** 142:23
  142:25 143:18
**unrelated** 9:20
**unusual** 161:20
**unwound** 107:5
**un-Bates** 67:14
**Un-un** 201:25
**ups** 213:25
**use** 34:21,25 160:6
  167:13 168:7
  171:7 172:5
**uses** 170:16
**U-L-L-E-N** 97:6
**U.S** 137:21

**V**
**vague** 101:23 162:8
  190:20 205:15
  210:22
**vaguely** 80:9 153:12
**value** 71:18 166:14
**varied** 165:12
**various** 74:7 93:18
  93:20 95:25
  100:15 104:12
  114:16 115:2
  119:7 139:7 164:4
**verbal** 6:11,15
**Veritext** 4:5
**VERITEXT/NEW**
  220:2
**versa** 6:18 158:18
  211:7
**versus** 4:13
**veto** 145:11
**vice** 6:18 158:17
  211:7
**Victor** 1:19 4:16
  5:14 6:3 32:22,23
  34:6 35:8 67:15
  95:20 96:14 97:9
  97:16,23 98:9,16
  100:16,21 106:10

106:12,21 107:8,9
  117:9,25 119:13
  119:17,18 120:10
  120:10 122:19
  152:21 173:12,13
  175:8 176:3,4,5,11
  176:12,21 177:5
  177:11 178:3,10
  178:15 179:3
  216:7,18 217:5
  218:9,10,16,20
  220:7,21
**Victor@ithacapa...**
  35:11
**videographer** 2:24
  4:2,5 5:11 6:13
  11:3,6 32:6,9 49:8
  49:11 75:22 76:11
  88:8,11 103:25
  104:4 115:7,10
  131:4,7 167:3,6,20
  167:23 180:22,25
  189:25 190:4
  200:16,19 205:20
  205:23 215:13
**Videotaped** 1:19
**videotaping** 6:14
**view** 34:2 45:15
  52:5 127:12
  138:20 202:11,14
  202:17 203:4,9
**views** 13:22 44:8,15
**Viner** 97:25 105:24
  106:15 114:19
  117:18,20,23
**virtue** 39:19
**volatility** 41:14
**Vos** 78:15,21 80:13
  217:20
**VS** 220:6

**W**
**waived** 3:25
**waiver** 3:11,20
**waiving** 29:10

**Wall** 192:12,21
**Walthour** 78:15,22
  80:16 217:20
**want** 7:8 29:10
  32:11 55:4 88:5
  103:12 132:7
  133:3,6 148:4
  160:7 161:18,25
  174:19,24 181:3,4
  190:8 192:25
  214:25
**wanted** 39:2,6,6
  114:20,22 115:12
  123:22,22 130:2
  131:10 133:20,21
  134:4,6,17 146:5
  157:14 168:5
  210:15
**wants** 18:8 159:24
**Washington** 173:16
**wasn't** 16:8 24:24
  37:17 41:8 66:24
  72:3,9 73:3 86:14
  107:7 111:19
  116:22 127:14
  140:17 142:3
  163:6 165:2,6
  183:10,11 194:9
**watermark** 125:8
**way** 6:19 29:10
  31:21,25 33:13
  36:20 37:14 38:23
  39:9 47:14 48:24
  57:2 62:23 65:17
  70:24 74:17,20,24
  75:9 77:5 79:8,9
  86:3,16 97:6
  102:11 112:4
  130:11 134:23
  142:5,7 152:10
  153:4,5 159:21
  163:6,25 165:7,8
  170:25 171:20,24
  188:13 189:24
  195:24 196:19,21

196:23 203:25
209:15 211:12
212:4,13 221:16
**website** 174:9 176:9
**Wednesday** 13:13
**week** 8:13,18 11:22
13:15 17:7,22 25:2
26:14 173:3
**weeks** 17:23 22:25
23:2 25:3
**Weinstein** 202:18
202:20,21,22
203:2
**well-considered**
37:15 192:15
**well-known** 192:22
**Wendy** 96:22
**went** 57:14 75:17
88:23,25 90:11
92:7,17 93:2,12
94:11 99:19 121:8
129:2 143:2,23
194:9 205:6
**weren't** 16:17 62:17
63:13 111:13,15
124:13 134:8
135:3,7 137:7,9,18
145:18 147:5
213:18,18
**West** 2:4
**WESTCHESTER**
216:4
**Westport** 6:4
**we'll** 23:22 36:23
173:2 174:21
**we're** 4:2 9:10 11:3
11:6 22:7 32:6,9
49:8,11 55:5 56:3
75:22 76:11 88:8
88:11 103:25
104:4,14,22,22
115:7,10 131:4
137:3 148:8
150:24,25 159:9
159:10 167:3,6,20

167:23 176:25
180:22 189:25
190:4 200:19
205:20 215:14
**we've** 17:15 73:6,22
102:25 158:7
**Whenever's** 73:5
**WHEREOF** 221:19
**who've** 206:15
**wife** 20:2 179:12
184:10 185:3
**wife's** 182:15
**willingly** 190:23
**wind** 33:19
**wiped** 190:23
191:21
**wisest** 192:11,20
**withholding** 137:24
**witness** 2:19 3:16
4:16 5:10,13 8:15
10:10 21:4 29:19
29:23 49:13 50:7
70:5 77:2 111:7
115:14 116:6
131:16 135:5
149:2 155:10
170:11,19 175:3
176:16 177:14
182:20 185:5
197:17 201:21,25
205:6,10 206:3
215:8 216:7 217:4
221:19
**Wolfson** 184:23
185:3
**woman** 74:24
**word** 35:12 60:12
60:15,19,21,25
61:14,15 170:7,12
170:16,20,20,23
171:8,21,24 172:6
**words** 55:18 58:20
59:6 74:15 114:24
148:18 159:11
162:23 187:7

**work** 23:17,19
35:16 59:10 86:25
87:13,17 90:10,11
90:15 92:7 93:2,13
94:11 108:17
123:7,12 124:16
132:14,22 133:3,6
133:7,11,20,21
158:13,21 172:11
179:19 183:11,11
209:16
**worked** 55:23,24
87:13 90:21,23
99:20 112:2
120:24 180:2
182:4,11 187:11
187:18,20 188:5,9
203:13,14,14
**workers** 128:13,14
**working** 23:20
55:12 71:20 99:22
107:25 117:9
122:5 127:19,25
128:2,8,15,16
129:7 132:7
134:20 144:11
164:12 166:6
181:19 182:10,20
183:5 185:18,20
185:23,24 186:21
187:3,8 199:12
**works** 10:18 11:17
201:11
**world** 90:25
**wouldn't** 37:22
41:18 46:3 69:2
79:15 138:5
149:24 155:10
196:15,18,20,24
207:11 209:13,18
213:21
**wrapping** 103:6
**write** 153:5 210:20
**writing** 68:20 75:18
**written** 71:17 73:17

192:17 194:12
**wrong** 25:12,16
195:23
**wrote** 73:15 101:25
153:7 191:12
192:8,16,17
193:10 210:21
**W-A-L-T-H-O-U-R**
78:15

___

### X

**x** 1:5,14 217:3,10
218:3 219:3
**XYZ** 59:19

___

### Y

**yeah** 8:8 31:6 42:18
74:20 132:18
171:23 175:19
207:18
**year** 24:22 41:11,13
41:14 94:22
109:24 110:11
112:7,15 143:5,16
163:22 165:12,16
168:17,19 172:13
200:22 204:20
206:6,12 214:3,4,4
**yearly** 163:19
**years** 15:11 41:11
41:12 42:25 50:11
51:17 71:3 90:20
91:14 93:13,23
102:6 125:14,17
127:13 161:3
163:20 165:24
186:12,14 190:17
194:17 199:18
203:8,16 204:16
204:18,21,23,25
205:13 207:8
**year's** 92:13
**yeses** 6:16
**York** 1:2,2,5,15,15
1:23 2:5,5,10,10

2:15,15,20,20 4:6
4:11,11,12,15,15
5:16,23 7:22 8:2
88:24,25 90:16
216:2 220:2,4,4,4
221:2,4,7
**York-based** 94:12

**Z**

**Zabel** 2:8 4:24 5:3
210:12
**zero** 125:14,17
**Zev** 184:23

**$**

**$1** 172:12
**$100,000** 202:14
**$14** 166:4
**$5** 98:4

**0**

**06880** 6:4
**08** 168:20 169:4,22
214:6,7,22
**08603803/2008** 1:3

**1**

**1** 34:6,13 75:24 76:2
172:13 213:19
217:13
**1-800-727-6396**
220:3
**1:23** 75:23
**1:38** 76:12
**1:50** 88:9
**1:51** 88:12
**10** 115:21 165:16,17
165:20 180:11,15
214:5 218:23
**10/15/08** 178:17
218:22
**100** 83:7
**100's** 83:20
**10018** 220:4
**10019** 2:5
**10022** 2:10,20

**10036-6797** 2:15
**1095** 2:15
**11** 32:20 34:18
38:13 155:16
157:2 197:2,8
201:19 219:5
**11th** 34:8 155:14
**11/5/07** 177:12
218:17
**11:15:53** 4:2
**11:38** 32:20 34:8,18
76:3 217:13
**11501** 220:4
**12/11/08** 76:3
217:13
**12/13/08** 76:6,9
151:5 217:15,17
217:23
**12:00** 1:16
**12:00:55** 4:3,4
**12:00:57** 4:5
**12:01** 4:8
**12:01:00** 4:6
**12:01:02** 4:7
**12:01:06** 4:8
**12:01:08** 4:9
**12:01:10** 4:10
**12:01:14** 4:11
**12:01:16** 4:12
**12:01:19** 4:13
**12:01:22** 4:14
**12:01:26** 4:15
**12:01:30** 4:16
**12:01:33** 4:17
**12:01:35** 4:18
**12:01:38** 4:19,20
**12:01:41** 4:21
**12:01:43** 4:22
**12:01:45** 4:23,24
**12:01:47** 4:25
**12:01:50** 5:2
**12:01:52** 5:3,4
**12:01:53** 5:5,6
**12:01:57** 5:7
**12:01:59** 5:8

**12:02:00** 5:9
**12:02:01** 5:10,11
**12:02:02** 5:12
**12:02:03** 5:13
**12:02:05** 5:14,15,16
5:17,18,19
**12:02:14** 5:20
**12:02:17** 5:21
**12:02:20** 5:22
**12:02:22** 5:23
**12:02:26** 5:24
**12:02:27** 5:25
**12:02:30** 6:2,3
**12:02:32** 6:4
**12:02:41** 6:5
**12:02:43** 6:6
**12:02:45** 6:7
**12:02:47** 6:8
**12:02:49** 6:9
**12:02:52** 6:10
**12:02:54** 6:11
**12:02:56** 6:12
**12:02:59** 6:13
**12:03:01** 6:14
**12:03:04** 6:15
**12:03:08** 6:16
**12:03:11** 6:17
**12:03:12** 6:18
**12:03:17** 6:19
**12:03:19** 6:20
**12:03:22** 6:21
**12:03:23** 6:22
**12:03:24** 6:23
**12:03:27** 6:24
**12:03:29** 6:25
**12:03:32** 7:2
**12:03:35** 7:3,4
**12:03:37** 7:5
**12:03:39** 7:6
**12:03:40** 7:7
**12:03:42** 7:8
**12:03:44** 7:9
**12:03:45** 7:10
**12:03:46** 7:11
**12:03:47** 7:12

**12:03:49** 7:13
**12:03:51** 7:14
**12:03:53** 7:15
**12:03:56** 7:16
**12:03:57** 7:17
**12:03:58** 7:18
**12:04:01** 7:19
**12:04:04** 7:20
**12:04:06** 7:21
**12:04:08** 7:22
**12:04:10** 7:23
**12:04:14** 7:24
**12:04:16** 7:25
**12:04:18** 8:2
**12:04:19** 8:3,4
**12:04:21** 8:5,6
**12:04:23** 8:7
**12:04:25** 8:8,9
**12:04:28** 8:10
**12:04:29** 8:11
**12:04:31** 8:12
**12:04:33** 8:13
**12:04:36** 8:14
**12:04:40** 8:15,16
**12:04:42** 8:17
**12:04:44** 8:18
**12:04:46** 8:19
**12:04:49** 8:20
**12:04:50** 8:21
**12:04:54** 8:22,23
**12:04:57** 8:24
**12:05:06** 8:25
**12:05:08** 9:2
**12:05:11** 9:3
**12:05:13** 9:4
**12:05:15** 9:5
**12:05:16** 9:6
**12:05:17** 9:7
**12:05:18** 9:8
**12:05:19** 9:9
**12:05:20** 9:10
**12:05:23** 9:11
**12:05:24** 9:12
**12:05:25** 9:13
**12:05:26** 9:14

| | | | |
|---|---|---|---|
| **12:05:29** 9:15,16 | **12:07:20** 11:18 | **12:09:46** 13:19 | **12:11:48** 15:18 |
| **12:05:32** 9:17 | **12:07:22** 11:19 | **12:09:48** 13:20 | **12:11:50** 15:19 |
| **12:05:34** 9:18 | **12:07:24** 11:20 | **12:09:50** 13:21 | **12:11:52** 15:20 |
| **12:05:36** 9:19 | **12:07:25** 11:21 | **12:09:57** 13:22 | **12:11:53** 15:21 |
| **12:05:38** 9:20 | **12:07:31** 11:22 | **12:09:59** 13:23 | **12:11:54** 15:22 |
| **12:05:44** 9:21 | **12:07:35** 11:23 | **12:10:00** 13:24 | **12:12:02** 15:23 |
| **12:05:47** 9:22 | **12:07:39** 11:24 | **12:10:01** 13:25 | **12:12:04** 15:24 |
| **12:05:50** 9:23 | **12:07:49** 11:25 | **12:10:03** 14:2 | **12:12:17** 15:25 |
| **12:05:57** 9:24 | **12:07:59** 12:2 | **12:10:10** 14:3 | **12:12:20** 16:2 |
| **12:05:58** 9:25 | **12:08:03** 12:3,4 | **12:10:13** 14:4 | **12:12:23** 16:3 |
| **12:06** 11:4 | **12:08:05** 12:5 | **12:10:19** 14:5 | **12:12:30** 16:4 |
| **12:06:02** 10:2 | **12:08:07** 12:6 | **12:10:21** 14:6 | **12:12:32** 16:5 |
| **12:06:04** 10:3 | **12:08:10** 12:7 | **12:10:23** 14:7 | **12:12:33** 16:6 |
| **12:06:07** 10:4 | **12:08:15** 12:8 | **12:10:25** 14:8 | **12:12:35** 16:7 |
| **12:06:10** 10:5 | **12:08:17** 12:9 | **12:10:27** 14:9 | **12:12:37** 16:8 |
| **12:06:15** 10:6 | **12:08:19** 12:10 | **12:10:32** 14:10 | **12:12:39** 16:9 |
| **12:06:16** 10:7 | **12:08:21** 12:11 | **12:10:37** 14:11 | **12:12:40** 16:10 |
| **12:06:17** 10:8 | **12:08:25** 12:12 | **12:10:42** 14:12 | **12:12:42** 16:11 |
| **12:06:18** 10:9 | **12:08:28** 12:13 | **12:10:44** 14:13 | **12:12:43** 16:12 |
| **12:06:19** 10:10 | **12:08:30** 12:14,15 | **12:10:46** 14:14 | **12:12:44** 16:13 |
| **12:06:20** 10:11,12 | **12:08:38** 12:16 | **12:10:48** 14:15 | **12:12:45** 16:14 |
| **12:06:21** 10:13 | **12:08:43** 12:17 | **12:10:49** 14:16 | **12:12:46** 16:15 |
| **12:06:23** 10:14 | **12:08:46** 12:18 | **12:10:51** 14:17 | **12:12:48** 16:16 |
| **12:06:24** 10:15 | **12:08:51** 12:19 | **12:10:54** 14:18 | **12:12:50** 16:17 |
| **12:06:26** 10:16,17 | **12:08:57** 12:20 | **12:10:55** 14:19 | **12:12:52** 16:18 |
| **12:06:28** 10:18 | **12:09:02** 12:21 | **12:10:57** 14:20 | **12:12:54** 16:19,20 |
| **12:06:32** 10:19,20 | **12:09:10** 12:22 | **12:11:00** 14:21 | **12:12:55** 16:21 |
| **12:06:35** 10:21 | **12:09:13** 12:23,24 | **12:11:02** 14:22 | **12:12:57** 16:22 |
| **12:06:36** 10:22 | **12:09:14** 12:25 | **12:11:09** 14:23 | **12:12:58** 16:23,24 |
| **12:06:37** 10:23 | **12:09:18** 13:2 | **12:11:11** 14:24 | **12:13:00** 16:25 |
| **12:06:38** 10:24 | **12:09:20** 13:3 | **12:11:13** 14:25 | **12:13:02** 17:2 |
| **12:06:39** 10:25 | **12:09:22** 13:4 | **12:11:16** 15:2 | **12:13:04** 17:3 |
| **12:06:40** 11:2 | **12:09:24** 13:5,6 | **12:11:17** 15:3 | **12:13:05** 17:4,5 |
| **12:06:42** 11:3,4 | **12:09:25** 13:7 | **12:11:20** 15:4 | **12:13:06** 17:6 |
| **12:06:47** 11:5 | **12:09:26** 13:8 | **12:11:23** 15:5 | **12:13:09** 17:7 |
| **12:07** 11:7 | **12:09:28** 13:9 | **12:11:27** 15:6 | **12:13:12** 17:8 |
| **12:07:02** 11:6,7 | **12:09:30** 13:10 | **12:11:28** 15:7,8 | **12:13:15** 17:9 |
| **12:07:05** 11:8 | **12:09:34** 13:11 | **12:11:29** 15:9 | **12:13:21** 17:10 |
| **12:07:06** 11:9 | **12:09:35** 13:12 | **12:11:33** 15:10 | **12:13:22** 17:11 |
| **12:07:08** 11:10 | **12:09:36** 13:13 | **12:11:36** 15:11 | **12:13:23** 17:12 |
| **12:07:10** 11:11 | **12:09:37** 13:14 | **12:11:38** 15:12,13 | **12:13:25** 17:13 |
| **12:07:12** 11:12,13 | **12:09:39** 13:15 | **12:11:41** 15:14 | **12:13:28** 17:14 |
| **12:07:14** 11:14,15 | **12:09:40** 13:16 | **12:11:43** 15:15 | **12:13:30** 17:15 |
| **12:07:15** 11:16 | **12:09:41** 13:17 | **12:11:46** 15:16 | **12:13:32** 17:16 |
| **12:07:18** 11:17 | **12:09:42** 13:18 | **12:11:47** 15:17 | **12:13:34** 17:17 |

| | | | |
|---|---|---|---|
| **12:13:35** 17:18 | **12:16:15** 19:15 | **12:18:19** 21:17 | **12:20:24** 23:16 |
| **12:13:37** 17:19 | **12:16:19** 19:16 | **12:18:23** 21:18 | **12:20:25** 23:17 |
| **12:13:39** 17:20 | **12:16:22** 19:17 | **12:18:28** 21:19 | **12:20:28** 23:18 |
| **12:13:41** 17:21 | **12:16:23** 19:18 | **12:18:35** 21:20 | **12:20:29** 23:19 |
| **12:13:43** 17:22 | **12:16:26** 19:19 | **12:18:39** 21:21 | **12:20:30** 23:20 |
| **12:13:47** 17:23 | **12:16:28** 19:20 | **12:18:45** 21:22 | **12:20:40** 23:21 |
| **12:13:48** 17:24 | **12:16:31** 19:21,22 | **12:18:48** 21:23 | **12:20:49** 23:22 |
| **12:13:50** 17:25 |    19:23 | **12:18:52** 21:24 | **12:20:51** 23:23 |
| **12:13:55** 18:2 | **12:16:33** 19:24 | **12:18:56** 21:25 | **12:20:55** 23:24 |
| **12:13:57** 18:3 | **12:16:35** 19:25 | **12:19:03** 22:2 | **12:20:56** 23:25 |
| **12:13:58** 18:4 | **12:16:37** 20:2 | **12:19:06** 22:3 | **12:21:01** 24:2 |
| **12:13:59** 18:5 | **12:16:40** 20:3 | **12:19:08** 22:4 | **12:21:06** 24:3 |
| **12:14:02** 18:6 | **12:16:47** 20:4 | **12:19:10** 22:5 | **12:21:07** 24:4 |
| **12:14:07** 18:7 | **12:16:49** 20:5,6 | **12:19:11** 22:6 | **12:21:08** 24:5 |
| **12:14:14** 18:8 | **12:16:52** 20:7 | **12:19:12** 22:7 | **12:21:10** 24:6 |
| **12:14:16** 18:9 | **12:16:53** 20:8 | **12:19:13** 22:8 | **12:21:13** 24:7 |
| **12:14:19** 18:10 | **12:16:55** 20:9 | **12:19:16** 22:9 | **12:21:14** 24:8 |
| **12:14:21** 18:11 | **12:16:58** 20:10 | **12:19:17** 22:10 | **12:21:18** 24:9 |
| **12:14:24** 18:12 | **12:17:08** 20:11 | **12:19:18** 22:11 | **12:21:23** 24:10 |
| **12:14:38** 18:13 | **12:17:13** 20:12 | **12:19:19** 22:12 | **12:21:27** 24:11 |
| **12:14:39** 18:14 | **12:17:15** 20:13,14 | **12:19:22** 22:13 | **12:21:29** 24:12 |
| **12:14:49** 18:15 | **12:17:17** 20:15 | **12:19:23** 22:14 | **12:21:30** 24:13 |
| **12:14:52** 18:16 | **12:17:24** 20:16 | **12:19:24** 22:15 | **12:21:32** 24:14 |
| **12:14:57** 18:17 | **12:17:26** 20:17 | **12:19:26** 22:16,17 | **12:21:36** 24:15 |
| **12:15:12** 18:18 | **12:17:27** 20:18 | **12:19:27** 22:18 | **12:21:39** 24:16 |
| **12:15:19** 18:19 | **12:17:28** 20:19 | **12:19:29** 22:19 | **12:21:41** 24:17 |
| **12:15:20** 18:20 | **12:17:30** 20:20 | **12:19:31** 22:20 | **12:21:44** 24:18 |
| **12:15:23** 18:21 | **12:17:32** 20:21 | **12:19:33** 22:21 | **12:21:48** 24:19 |
| **12:15:29** 18:22 | **12:17:34** 20:22 | **12:19:34** 22:22 | **12:21:49** 24:20 |
| **12:15:32** 18:23 | **12:17:35** 20:23 | **12:19:39** 22:23,24 | **12:21:52** 24:21 |
| **12:15:36** 18:24 | **12:17:36** 20:24 | **12:19:42** 22:25 | **12:21:55** 24:22 |
| **12:15:37** 18:25 | **12:17:38** 20:25 | **12:19:47** 23:2 | **12:21:57** 24:23 |
| **12:15:39** 19:2 | **12:17:41** 21:2 | **12:19:50** 23:3 | **12:21:59** 24:24 |
| **12:15:44** 19:3 | **12:17:43** 21:3 | **12:19:52** 23:4 | **12:22:00** 24:25 |
| **12:15:46** 19:4 | **12:17:47** 21:4,5 | **12:19:53** 23:5 | **12:22:01** 25:2 |
| **12:15:49** 19:5 | **12:17:48** 21:6 | **12:19:56** 23:6 | **12:22:03** 25:3 |
| **12:15:50** 19:6 | **12:17:49** 21:7,8 | **12:19:58** 23:7 | **12:22:05** 25:4 |
| **12:15:51** 19:7 | **12:17:50** 21:9 | **12:19:59** 23:8 | **12:22:09** 25:5 |
| **12:15:53** 19:8 | **12:17:52** 21:10 | **12:20:01** 23:9 | **12:22:12** 25:6,7 |
| **12:15:56** 19:9 | **12:17:54** 21:11 | **12:20:03** 23:10 | **12:22:13** 25:8 |
| **12:15:58** 19:10 | **12:17:57** 21:12 | **12:20:12** 23:11 | **12:22:15** 25:9 |
| **12:16:02** 19:11 | **12:18:01** 21:13 | **12:20:13** 23:12 | **12:22:16** 25:10 |
| **12:16:06** 19:12 | **12:18:03** 21:14 | **12:20:15** 23:13 | **12:22:17** 25:11 |
| **12:16:09** 19:13 | **12:18:06** 21:15 | **12:20:16** 23:14 | **12:22:21** 25:12 |
| **12:16:13** 19:14 | **12:18:07** 21:16 | **12:20:18** 23:15 | **12:22:24** 25:13 |

| | | | |
|---|---|---|---|
| **12:22:25** 25:14 | **12:24:38** 27:12 | **12:27:03** 29:11,12 | **12:29:25** 31:11 |
| **12:22:27** 25:15 | **12:24:40** 27:13 | **12:27:06** 29:13 | **12:29:28** 31:12 |
| **12:22:29** 25:16 | **12:24:43** 27:14 | **12:27:07** 29:14 | **12:29:30** 31:13 |
| **12:22:30** 25:17 | **12:24:44** 27:15,16 | **12:27:09** 29:15 | **12:29:34** 31:14 |
| **12:22:31** 25:18 | **12:24:47** 27:17 | **12:27:10** 29:16 | **12:29:36** 31:15 |
| **12:22:35** 25:19 | **12:24:50** 27:18 | **12:27:13** 29:17 | **12:29:38** 31:16 |
| **12:22:38** 25:20 | **12:24:51** 27:19 | **12:27:16** 29:18 | **12:29:41** 31:17 |
| **12:22:44** 25:21 | **12:24:53** 27:20 | **12:27:17** 29:19 | **12:29:44** 31:18 |
| **12:22:49** 25:22 | **12:24:57** 27:21 | **12:27:18** 29:20 | **12:29:49** 31:19 |
| **12:22:56** 25:23 | **12:24:59** 27:22 | **12:27:20** 29:21 | **12:29:54** 31:20 |
| **12:23:01** 25:24 | **12:25:09** 27:23 | **12:27:22** 29:22 | **12:29:55** 31:21 |
| **12:23:02** 25:25 | **12:25:13** 27:24 | **12:27:23** 29:23 | **12:29:57** 31:22 |
| **12:23:05** 26:2 | **12:25:21** 27:25 | **12:27:24** 29:24 | **12:29:59** 31:23 |
| **12:23:07** 26:3 | **12:25:32** 28:2 | **12:27:26** 29:25 | **12:30** 32:7 |
| **12:23:08** 26:4 | **12:25:33** 28:3 | **12:27:28** 30:2 | **12:30:03** 31:24 |
| **12:23:11** 26:5 | **12:25:38** 28:4 | **12:27:31** 30:3 | **12:30:05** 31:25 |
| **12:23:14** 26:6 | **12:25:39** 28:5 | **12:27:35** 30:4 | **12:30:28** 32:2,3 |
| **12:23:16** 26:7 | **12:25:44** 28:6 | **12:27:41** 30:5 | **12:30:32** 32:4 |
| **12:23:19** 26:8 | **12:25:48** 28:7 | **12:27:43** 30:6 | **12:30:33** 32:5 |
| **12:23:22** 26:9 | **12:25:51** 28:8 | **12:27:48** 30:7 | **12:30:34** 32:6,7 |
| **12:23:25** 26:10 | **12:25:53** 28:9 | **12:27:53** 30:8 | **12:35** 32:10 |
| **12:23:28** 26:11 | **12:25:54** 28:10 | **12:27:56** 30:9 | **12:35:19** 32:8 |
| **12:23:30** 26:12 | **12:25:56** 28:11 | **12:28:00** 30:10,11 | **12:35:21** 32:9,10 |
| **12:23:33** 26:13 | **12:25:57** 28:12 | **12:28:02** 30:12 | **12:35:26** 32:11,12 |
| **12:23:36** 26:14 | **12:25:58** 28:13 | **12:28:04** 30:13 | **12:35:27** 32:13 |
| **12:23:40** 26:15 | **12:26:08** 28:14 | **12:28:06** 30:14 | **12:35:29** 32:14 |
| **12:23:41** 26:16 | **12:26:09** 28:15 | **12:28:08** 30:15 | **12:35:34** 32:15 |
| **12:23:44** 26:17 | **12:26:10** 28:16 | **12:28:11** 30:16 | **12:35:38** 32:16 |
| **12:23:50** 26:18 | **12:26:12** 28:17 | **12:28:14** 30:17 | **12:35:40** 32:17 |
| **12:23:51** 26:19 | **12:26:13** 28:18 | **12:28:17** 30:18 | **12:35:42** 32:18 |
| **12:23:54** 26:20 | **12:26:14** 28:19,20 | **12:28:19** 30:19 | **12:35:45** 32:19 |
| **12:23:55** 26:21 | **12:26:17** 28:21 | **12:28:21** 30:20 | **12:35:48** 32:20 |
| **12:23:57** 26:22 | **12:26:20** 28:22 | **12:28:22** 30:21 | **12:35:52** 32:21 |
| **12:24:03** 26:23 | **12:26:21** 28:23 | **12:28:24** 30:22 | **12:35:56** 32:22 |
| **12:24:08** 26:24 | **12:26:27** 28:24 | **12:28:25** 30:23 | **12:35:58** 32:23 |
| **12:24:10** 26:25 | **12:26:31** 28:25 | **12:28:35** 30:24 | **12:36:02** 32:24 |
| **12:24:13** 27:2 | **12:26:33** 29:2 | **12:29:00** 30:25 | **12:36:04** 32:25 33:2 |
| **12:24:16** 27:3 | **12:26:42** 29:3 | **12:29:03** 31:2 | **12:36:06** 33:3 |
| **12:24:18** 27:4 | **12:26:43** 29:4 | **12:29:05** 31:3 | **12:36:07** 33:4 |
| **12:24:22** 27:5 | **12:26:46** 29:5 | **12:29:07** 31:4 | **12:36:09** 33:5 |
| **12:24:26** 27:6 | **12:26:48** 29:6 | **12:29:14** 31:5 | **12:36:11** 33:6 |
| **12:24:30** 27:7 | **12:26:50** 29:7 | **12:29:17** 31:6,7 | **12:36:12** 33:7 |
| **12:24:31** 27:8 | **12:26:54** 29:8 | **12:29:19** 31:8 | **12:36:13** 33:8 |
| **12:24:34** 27:9,10 | **12:26:57** 29:9 | **12:29:20** 31:9 | **12:36:14** 33:9 |
| **12:24:36** 27:11 | **12:27:00** 29:10 | **12:29:24** 31:10 | **12:36:17** 33:10 |

| | | | |
|---|---|---|---|
| **12:36:20** 33:11 | **12:38:25** 35:11 | **12:40:29** 37:11 | **12:42:59** 39:7 |
| **12:36:23** 33:12 | **12:38:29** 35:12 | **12:40:31** 37:12 | **12:43:04** 39:8 |
| **12:36:24** 33:13 | **12:38:30** 35:13 | **12:40:35** 37:13 | **12:43:08** 39:9 |
| **12:36:29** 33:14 | **12:38:32** 35:14 | **12:40:40** 37:14 | **12:43:15** 39:10 |
| **12:36:34** 33:15 | **12:38:33** 35:15 | **12:40:45** 37:15 | **12:43:17** 39:11 |
| **12:36:42** 33:16 | **12:38:36** 35:16 | **12:40:52** 37:16 | **12:43:20** 39:12 |
| **12:36:44** 33:17 | **12:38:42** 35:17 | **12:40:56** 37:17 | **12:43:22** 39:13 |
| **12:36:49** 33:18 | **12:38:45** 35:18 | **12:40:59** 37:18 | **12:43:23** 39:14 |
| **12:36:52** 33:19 | **12:38:47** 35:19 | **12:41:03** 37:19 | **12:43:27** 39:15 |
| **12:36:58** 33:20,21 | **12:38:49** 35:20 | **12:41:05** 167:8 | **12:43:33** 39:16 |
| **12:36:59** 33:22 | **12:38:51** 35:21 | **12:41:11** 37:20 | **12:43:38** 39:17 |
| **12:37:02** 33:23 | **12:38:52** 35:22 | **12:41:14** 37:21 | **12:43:44** 39:18 |
| **12:37:04** 33:24 | **12:38:54** 35:23 | **12:41:19** 37:22 | **12:43:52** 39:19 |
| **12:37:05** 33:25 | **12:39:00** 35:24 | **12:41:22** 37:23 | **12:44:02** 39:20 |
| **12:37:06** 34:2 | **12:39:02** 35:25 | **12:41:23** 37:24 | **12:44:03** 39:21 |
| **12:37:08** 34:3 | **12:39:05** 36:2 | **12:41:25** 37:25 | **12:44:04** 39:22 |
| **12:37:13** 34:4 | **12:39:07** 36:3 | **12:41:27** 38:2 | **12:44:07** 39:23 |
| **12:37:15** 34:5 | **12:39:09** 36:4 | **12:41:30** 38:3 | **12:44:09** 39:24 |
| **12:37:18** 34:6 | **12:39:10** 36:5,6 | **12:41:32** 38:4 | **12:44:13** 39:25 |
| **12:37:23** 34:7 | **12:39:13** 36:7 | **12:41:34** 38:5 | **12:44:16** 40:2 |
| **12:37:26** 34:8 | **12:39:14** 36:8 | **12:41:37** 38:6 | **12:44:22** 40:3 |
| **12:37:31** 34:9 | **12:39:16** 36:9 | **12:41:39** 38:7 | **12:44:25** 40:4 |
| **12:37:32** 34:10 | **12:39:17** 36:10,11 | **12:41:44** 38:8 | **12:44:29** 40:5 |
| **12:37:33** 34:11 | **12:39:19** 36:12,13 | **12:41:49** 38:9 | **12:44:30** 40:6 |
| **12:37:34** 34:12 | **12:39:20** 36:14 | **12:41:57** 38:10 | **12:44:32** 40:7 |
| **12:37:37** 34:13 | **12:39:21** 36:15 | **12:42:01** 38:11 | **12:44:33** 40:8 |
| **12:37:39** 34:14 | **12:39:23** 36:16 | **12:42:05** 38:12 | **12:44:34** 40:9 |
| **12:37:40** 34:15,16 | **12:39:25** 36:17 | **12:42:07** 38:13 | **12:44:35** 40:10 |
| **12:37:44** 34:17 | **12:39:27** 36:18 | **12:42:09** 38:14 | **12:44:38** 40:11 |
| **12:37:46** 34:18 | **12:39:34** 36:19 | **12:42:12** 38:15 | **12:44:40** 40:12 |
| **12:37:51** 34:19 | **12:39:38** 36:20 | **12:42:14** 38:16 | **12:44:41** 40:13 |
| **12:37:54** 34:20 | **12:39:41** 36:21 | **12:42:17** 38:17 | **12:44:43** 40:14 |
| **12:37:56** 34:21 | **12:39:47** 36:22 | **12:42:18** 38:18 | **12:44:44** 40:15,16 |
| **12:37:58** 34:22 | **12:39:55** 36:23 | **12:42:19** 38:19 | **12:44:45** 40:17 |
| **12:38:01** 34:23 | **12:39:56** 36:24 | **12:42:20** 38:20 | **12:44:48** 40:18,19 |
| **12:38:02** 34:24 | **12:40:00** 36:25 | **12:42:23** 38:21 | **12:44:49** 40:20 |
| **12:38:06** 34:25 | **12:40:03** 37:2 | **12:42:25** 38:22 | **12:44:50** 40:21 |
| **12:38:07** 35:2 | **12:40:05** 37:3 | **12:42:27** 38:23 | **12:44:52** 40:22 |
| **12:38:09** 35:3 | **12:40:06** 37:4 | **12:42:29** 38:24 | **12:44:55** 40:23 |
| **12:38:12** 35:4 | **12:40:09** 37:5 | **12:42:31** 38:25 | **12:44:59** 40:24 |
| **12:38:14** 35:5 | **12:40:11** 37:6 | **12:42:32** 39:2 | **12:45:02** 40:25 |
| **12:38:17** 35:6 | **12:40:12** 37:7 | **12:42:34** 39:3 | **12:45:05** 41:2 |
| **12:38:19** 35:7,8 | **12:40:14** 37:8 | **12:42:43** 39:4 | **12:45:09** 41:3 |
| **12:38:21** 35:9 | **12:40:16** 37:9 | **12:42:48** 39:5 | **12:45:17** 41:4 |
| **12:38:22** 35:10 | **12:40:23** 37:10 | **12:42:56** 39:6 | **12:45:21** 41:5 |

| | | | |
|---|---|---|---|
| **12:45:26** 41:6 | **12:47:14** 43:3 | **12:49:26** 44:25 | **12:51:44** 46:24,25 |
| **12:45:28** 41:7 | **12:47:15** 43:4 | **12:49:28** 45:2 | **12:51:46** 47:2 |
| **12:45:30** 41:8 | **12:47:17** 43:5 | **12:49:32** 45:3 | **12:51:48** 47:3 |
| **12:45:32** 41:9 | **12:47:19** 43:6 | **12:49:40** 45:4 | **12:51:49** 47:4,5 |
| **12:45:35** 41:10 | **12:47:22** 43:7 | **12:49:43** 45:5 | **12:51:50** 47:6,7 |
| **12:45:39** 41:11 | **12:47:23** 43:8 | **12:49:47** 45:6 | **12:51:57** 47:8 |
| **12:45:42** 41:12 | **12:47:25** 43:9 | **12:49:52** 45:7 | **12:52:03** 47:9 |
| **12:45:44** 41:13 | **12:47:27** 43:10 | **12:50:02** 45:8 | **12:52:05** 47:10 |
| **12:45:47** 41:14 | **12:47:34** 43:11 | **12:50:04** 45:9 | **12:52:07** 47:11 |
| **12:45:52** 41:15 | **12:47:36** 43:12 | **12:50:07** 45:10 | **12:52:08** 47:12 |
| **12:45:53** 41:16 | **12:47:37** 43:13 | **12:50:11** 45:11 | **12:52:11** 47:13 |
| **12:45:55** 41:17 | **12:47:38** 43:14 | **12:50:22** 45:12 | **12:52:13** 47:14 |
| **12:45:57** 41:18 | **12:47:40** 43:15 | **12:50:25** 45:13 | **12:52:18** 47:15 |
| **12:45:59** 41:19 | **12:47:43** 43:16 | **12:50:29** 45:14 | **12:52:23** 47:16 |
| **12:46:01** 41:20 | **12:47:48** 43:17 | **12:50:33** 45:15 | **12:52:26** 47:17 |
| **12:46:04** 41:21 | **12:47:51** 43:18 | **12:50:35** 45:16 | **12:52:27** 47:18 |
| **12:46:05** 41:22 | **12:47:52** 43:19 | **12:50:36** 45:17 | **12:52:28** 47:19 |
| **12:46:08** 41:23 | **12:47:53** 43:20 | **12:50:39** 45:18 | **12:52:30** 47:20 |
| **12:46:12** 41:24 | **12:47:55** 43:21 | **12:50:41** 45:19 | **12:52:32** 47:21 |
| **12:46:18** 41:25 | **12:47:56** 43:22 | **12:50:42** 45:20 | **12:52:34** 47:22 |
| **12:46:21** 42:2 | **12:48:01** 43:23 | **12:50:44** 45:21 | **12:52:36** 47:23 |
| **12:46:22** 42:3 | **12:48:04** 43:24 | **12:50:47** 45:22 | **12:52:39** 47:24 |
| **12:46:25** 42:4 | **12:48:07** 43:25 44:2 | **12:50:49** 45:23 | **12:52:41** 47:25 48:2 |
| **12:46:30** 42:5 | **12:48:12** 44:3 | **12:50:51** 45:24 | **12:52:42** 48:3 |
| **12:46:35** 42:6 | **12:48:15** 44:4 | **12:50:57** 45:25 | **12:52:45** 48:4 |
| **12:46:38** 42:7 | **12:48:17** 44:5 | **12:51:01** 46:2 | **12:52:48** 48:5 |
| **12:46:41** 42:8 | **12:48:20** 44:6 | **12:51:04** 46:3 | **12:52:50** 48:6 |
| **12:46:45** 42:9 | **12:48:22** 44:7 | **12:51:07** 46:4,5 | **12:52:51** 48:7 |
| **12:46:46** 42:10 | **12:48:28** 44:8 | **12:51:08** 46:6 | **12:52:52** 48:8 |
| **12:46:47** 42:11 | **12:48:30** 44:9 | **12:51:10** 46:7 | **12:52:53** 48:9 |
| **12:46:50** 42:12 | **12:48:32** 44:10 | **12:51:12** 46:8 | **12:52:55** 48:10 |
| **12:46:51** 42:13 | **12:48:35** 44:11 | **12:51:13** 46:9 | **12:52:56** 48:11 |
| **12:46:52** 42:14 | **12:48:38** 44:12 | **12:51:15** 46:10 | **12:52:58** 48:12 |
| **12:46:54** 42:15 | **12:48:42** 44:13 | **12:51:16** 46:11 | **12:52:59** 48:13 |
| **12:46:55** 42:16 | **12:48:54** 44:14 | **12:51:18** 46:12 | **12:53** 49:9 |
| **12:46:57** 42:17 | **12:48:56** 44:15 | **12:51:19** 46:13 | **12:53:00** 48:14 |
| **12:46:59** 42:18 | **12:48:58** 44:16 | **12:51:23** 46:14 | **12:53:01** 48:15 |
| **12:47:01** 42:19 | **12:49:01** 44:17 | **12:51:27** 46:15 | **12:53:03** 48:16 |
| **12:47:02** 42:20 | **12:49:03** 44:18 | **12:51:30** 46:16 | **12:53:04** 48:17 |
| **12:47:03** 42:21 | **12:49:08** 44:19 | **12:51:32** 46:17,18 | **12:53:09** 48:18 |
| **12:47:04** 42:22 | **12:49:11** 44:20 | **12:51:34** 46:19 | **12:53:12** 48:19 |
| **12:47:07** 42:23 | **12:49:13** 44:21 | **12:51:36** 46:20 | **12:53:14** 48:20 |
| **12:47:08** 42:24 | **12:49:15** 44:22 | **12:51:38** 46:21 | **12:53:16** 48:21 |
| **12:47:11** 42:25 | **12:49:19** 44:23 | **12:51:40** 46:22 | **12:53:18** 48:22 |
| **12:47:12** 43:2 | **12:49:23** 44:24 | **12:51:42** 46:23 | **12:53:20** 48:23 |

| | | | |
|---|---|---|---|
| **12:53:22** 48:24 | **12:55:48** 51:2 | **12:57:55** 53:2 | **12:59:38** 54:25 |
| **12:53:25** 48:25 | **12:55:51** 51:3 | **12:57:56** 53:3,4 | **12:59:41** 55:2 |
| **12:53:29** 49:2 | **12:55:52** 51:4 | **12:57:58** 53:5 | **12:59:42** 55:3 |
| **12:53:32** 49:3 | **12:55:55** 51:5 | **12:58:00** 53:6 | **12:59:44** 55:4 |
| **12:53:37** 49:4 | **12:56:03** 51:6,7 | **12:58:02** 53:7 | **12:59:46** 55:5 |
| **12:53:49** 49:5 | **12:56:09** 51:8 | **12:58:04** 53:8 | **12:59:48** 55:6 |
| **12:53:50** 49:6,7 | **12:56:12** 51:9 | **12:58:11** 53:9,10 | **12:59:49** 55:7 |
| **12:53:51** 49:8,9 | **12:56:15** 51:10 | **12:58:13** 53:11 | **12:59:50** 55:8 |
| **12:53:53** 49:10 | **12:56:18** 51:11 | **12:58:16** 53:12 | **12:59:52** 55:9 |
| **12:54** 49:12 | **12:56:19** 51:12 | **12:58:17** 53:13 | **12:59:56** 55:10 |
| **12:54:27** 49:11,12 | **12:56:20** 51:13 | **12:58:19** 53:14 | **13** 32:19,21 67:16 |
| **12:54:31** 49:13 | **12:56:24** 51:14 | **12:58:21** 53:15 | 68:5 78:18 79:11 |
| **12:54:32** 49:14 | **12:56:26** 51:15 | **12:58:25** 53:16 | 83:10 121:9 |
| **12:54:35** 49:15 | **12:56:29** 51:16 | **12:58:26** 53:17 | 151:24 152:6 |
| **12:54:39** 49:16 | **12:56:32** 51:17 | **12:58:27** 53:18 | 190:12 193:18 |
| **12:54:40** 49:17 | **12:56:37** 51:18 | **12:58:30** 53:19 | 210:17 |
| **12:54:42** 49:18 | **12:56:39** 51:19,20 | **12:58:34** 53:20 | **13th** 62:7 63:5 155:9 |
| **12:54:44** 49:19 | **12:56:41** 51:21 | **12:58:35** 53:21 | **13:00:01** 55:11 |
| **12:54:45** 49:20 | **12:56:46** 51:22 | **12:58:37** 53:22 | **13:00:04** 55:12 |
| **12:54:47** 49:21 | **12:56:47** 51:23 | **12:58:39** 53:23 | **13:00:06** 55:13 |
| **12:54:48** 49:22 | **12:56:48** 51:24 | **12:58:42** 53:24 | **13:00:09** 55:14 |
| **12:54:49** 49:23 | **12:56:50** 51:25 | **12:58:46** 53:25 | **13:00:15** 55:15 |
| **12:54:51** 49:24 | **12:56:53** 52:2 | **12:58:53** 54:2 | **13:00:18** 55:16 |
| **12:54:52** 49:25 | **12:56:56** 52:3 | **12:58:57** 54:3 | **13:00:20** 55:17 |
| **12:54:56** 50:2 | **12:56:57** 52:4 | **12:58:58** 54:4 | **13:00:21** 55:18 |
| **12:54:58** 50:3 | **12:57:03** 52:5 | **12:58:59** 54:5 | **13:00:24** 55:19 |
| **12:55:00** 50:4,5 | **12:57:07** 52:6 | **12:59:00** 54:6 | **13:00:26** 55:20 |
| **12:55:01** 50:6 | **12:57:09** 52:7 | **12:59:03** 54:7 | **13:00:29** 55:21 |
| **12:55:03** 50:7,8,9 | **12:57:10** 52:8 | **12:59:05** 54:8 | **13:00:32** 55:22 |
| **12:55:04** 50:10 | **12:57:14** 52:9 | **12:59:07** 54:9 | **13:00:33** 55:23 |
| **12:55:07** 50:11 | **12:57:20** 52:10 | **12:59:11** 54:10 | **13:00:35** 55:24 |
| **12:55:09** 50:12 | **12:57:22** 52:11 | **12:59:14** 54:11 | **13:00:40** 55:25 |
| **12:55:12** 50:13 | **12:57:26** 52:12 | **12:59:15** 54:12 | **13:00:43** 56:2 |
| **12:55:14** 50:14 | **12:57:29** 52:13 | **12:59:17** 54:13 | **13:00:47** 56:3 |
| **12:55:17** 50:15 | **12:57:31** 52:14 | **12:59:19** 54:14 | **13:00:49** 56:4 |
| **12:55:21** 50:16 | **12:57:33** 52:15 | **12:59:21** 54:15 | **13:00:54** 56:5 |
| **12:55:23** 50:17 | **12:57:35** 52:16 | **12:59:23** 54:16 | **13:00:55** 56:6 |
| **12:55:27** 50:18 | **12:57:37** 52:17 | **12:59:26** 54:17 | **13:00:57** 56:7 |
| **12:55:31** 50:19 | **12:57:41** 52:18 | **12:59:30** 54:18 | **13:01:00** 56:8 |
| **12:55:33** 50:20 | **12:57:43** 52:19 | **12:59:31** 54:19 | **13:01:02** 56:9 |
| **12:55:35** 50:21 | **12:57:46** 52:20 | **12:59:32** 54:20 | **13:01:04** 56:10 |
| **12:55:39** 50:22 | **12:57:49** 52:21 | **12:59:33** 54:21 | **13:01:05** 56:11 |
| **12:55:42** 50:23 | **12:57:50** 52:22 | **12:59:34** 54:22 | **13:01:07** 56:12 |
| **12:55:45** 50:24 | **12:57:51** 52:23 | **12:59:35** 54:23 | **13:01:09** 56:13 |
| **12:55:46** 50:25 | **12:57:54** 52:24,25 | **12:59:37** 54:24 | **13:01:15** 56:14 |

| | | | |
|---|---|---|---|
| **13:01:21** 56:15 | **13:03:53** 58:13 | **13:06:20** 60:12 | **13:08:38** 62:11 |
| **13:01:26** 56:16 | **13:03:54** 58:14 | **13:06:21** 60:13 | **13:08:39** 62:12 |
| **13:01:28** 56:17 | **13:03:57** 58:15 | **13:06:25** 60:14 | **13:08:48** 62:13 |
| **13:01:30** 56:18,19 | **13:04:01** 58:16 | **13:06:27** 60:15 | **13:08:49** 62:14 |
| **13:01:38** 56:20 | **13:04:05** 58:17 | **13:06:33** 60:16 | **13:08:50** 62:15 |
| **13:01:41** 56:21 | **13:04:19** 58:18 | **13:06:35** 60:17 | **13:08:52** 62:16 |
| **13:01:44** 56:22 | **13:04:22** 58:19 | **13:06:38** 60:18 | **13:08:54** 62:17 |
| **13:01:45** 56:23 | **13:04:25** 58:20 | **13:06:44** 60:19 | **13:08:55** 62:18 |
| **13:01:48** 56:24 | **13:04:28** 58:21 | **13:06:49** 60:20 | **13:08:57** 62:19 |
| **13:01:51** 56:25 | **13:04:32** 58:22 | **13:06:59** 60:21 | **13:08:58** 62:20 |
| **13:01:53** 57:2 | **13:04:33** 58:23,24 | **13:07:04** 60:22 | **13:08:59** 62:21 |
| **13:01:57** 57:3 | **13:04:35** 58:25 | **13:07:06** 60:23 | **13:09:02** 62:22 |
| **13:02:04** 57:4 | **13:04:37** 59:2 | **13:07:07** 60:24 | **13:09:04** 62:23 |
| **13:02:09** 57:5 | **13:04:39** 59:3 | **13:07:10** 60:25 | **13:09:06** 62:24 |
| **13:02:16** 57:6 | **13:04:41** 59:4 | **13:07:11** 61:2 | **13:09:08** 62:25 |
| **13:02:23** 57:7 | **13:04:43** 59:5,6 | **13:07:13** 61:3 | **13:09:09** 63:2,3 |
| **13:02:28** 57:8 | **13:04:44** 59:7 | **13:07:15** 61:4 | **13:09:12** 63:4 |
| **13:02:33** 57:9 | **13:04:45** 59:8 | **13:07:17** 61:5 | **13:09:14** 63:5 |
| **13:02:34** 57:10 | **13:04:46** 59:9 | **13:07:18** 61:6 | **13:09:24** 63:6 |
| **13:02:38** 57:11 | **13:04:47** 59:10 | **13:07:21** 61:7 | **13:09:25** 63:7 |
| **13:02:44** 57:12 | **13:04:51** 59:11 | **13:07:22** 61:8 | **13:09:35** 63:8 |
| **13:02:51** 57:13 | **13:04:54** 59:12 | **13:07:25** 61:9,10 | **13:09:37** 63:9 |
| **13:02:52** 57:14 | **13:05:00** 59:13 | **13:07:27** 61:11,12 | **13:09:41** 63:10,11 |
| **13:02:53** 57:15 | **13:05:04** 59:14 | **13:07:31** 61:13 | **13:09:43** 63:12 |
| **13:02:56** 57:16 | **13:05:07** 59:15 | **13:07:33** 61:14 | **13:09:46** 63:13 |
| **13:02:57** 57:17 | **13:05:12** 59:16 | **13:07:35** 61:15 | **13:09:52** 63:14 |
| **13:02:59** 57:18,19 | **13:05:17** 59:17 | **13:07:46** 61:16 | **13:09:55** 63:15 |
| **13:03** 76:6 217:15 | **13:05:19** 59:18 | **13:07:47** 61:17 | **13:09:56** 63:16 |
| **13:03:06** 57:20 | **13:05:21** 59:19 | **13:07:51** 61:18 | **13:09:57** 63:17 |
| **13:03:08** 57:21 | **13:05:26** 59:20 | **13:07:53** 61:19 | **13:09:59** 63:18 |
| **13:03:10** 57:22 | **13:05:28** 59:21 | **13:07:55** 61:20 | **13:10:00** 63:19 |
| **13:03:13** 57:23 | **13:05:30** 59:22 | **13:08:01** 61:21 | **13:10:01** 63:20 |
| **13:03:16** 57:24 | **13:05:33** 59:23 | **13:08:02** 61:22 | **13:10:05** 63:21,22 |
| **13:03:18** 57:25 | **13:05:35** 59:24 | **13:08:07** 61:23 | **13:10:07** 63:23 |
| **13:03:21** 58:2 | **13:05:41** 59:25 | **13:08:14** 61:24 | **13:10:08** 63:24 |
| **13:03:25** 58:3 | **13:05:42** 60:2 | **13:08:17** 61:25 | **13:10:10** 63:25 |
| **13:03:28** 58:4 | **13:05:46** 60:3 | **13:08:21** 62:2 | **13:10:13** 64:2 |
| **13:03:29** 58:5 | **13:05:49** 60:4 | **13:08:22** 62:3 | **13:10:16** 64:3 |
| **13:03:34** 58:6 | **13:05:52** 60:5 | **13:08:23** 62:4 | **13:10:18** 64:4 |
| **13:03:41** 58:7 | **13:05:53** 60:6 | **13:08:24** 62:5 | **13:10:20** 64:5 |
| **13:03:42** 58:8 | **13:05:57** 60:7 | **13:08:25** 62:6 | **13:10:22** 64:6 |
| **13:03:43** 58:9 | **13:06:02** 60:8 | **13:08:27** 62:7 | **13:10:24** 64:7 |
| **13:03:44** 58:10 | **13:06:05** 60:9 | **13:08:31** 62:8 | **13:10:25** 64:8 |
| **13:03:45** 58:11 | **13:06:06** 60:10 | **13:08:34** 62:9 | **13:10:27** 64:9 |
| **13:03:51** 58:12 | **13:06:08** 60:11 | **13:08:36** 62:10 | **13:10:28** 64:10 |

| | | | |
|---|---|---|---|
| **13:10:31** 64:11 | **13:12:40** 66:14 | **13:14:45** 68:12 | **13:17:23** 70:11 |
| **13:10:32** 64:12 | **13:12:44** 66:15 | **13:14:50** 68:13 | **13:17:25** 70:12 |
| **13:10:34** 64:13,14 | **13:12:46** 66:16 | **13:14:51** 68:14 | **13:17:27** 70:13 |
| **13:10:38** 64:15,16 | **13:12:48** 66:17 | **13:14:53** 68:15 | **13:17:29** 70:14 |
| **13:10:39** 64:17,18 | **13:12:49** 66:18 | **13:14:56** 68:16 | **13:17:30** 70:15 |
| **13:10:41** 64:19,20 | **13:12:50** 66:19 | **13:14:57** 68:17 | **13:17:31** 70:16 |
| **13:10:43** 64:21 | **13:12:52** 66:20 | **13:15:00** 68:18 | **13:17:32** 70:17 |
| **13:10:45** 64:22 | **13:12:54** 66:21 | **13:15:02** 68:19 | **13:17:34** 70:18 |
| **13:10:46** 64:23 | **13:12:57** 66:22 | **13:15:07** 68:20 | **13:17:36** 70:19 |
| **13:10:47** 64:24 | **13:13:01** 66:23 | **13:15:14** 68:21 | **13:17:38** 70:20 |
| **13:10:50** 64:25 | **13:13:04** 66:24 | **13:15:20** 68:22 | **13:17:40** 70:21 |
| **13:10:53** 65:2 | **13:13:05** 66:25 | **13:15:22** 68:23 | **13:17:46** 70:22 |
| **13:10:57** 65:3 | **13:13:07** 67:2 | **13:15:24** 68:24 | **13:17:51** 70:23 |
| **13:11:04** 65:4 | **13:13:08** 67:3 | **13:15:26** 68:25 | **13:17:53** 70:24 |
| **13:11:10** 65:5,6 | **13:13:11** 67:4 | **13:15:27** 69:2 | **13:18:01** 70:25 |
| **13:11:12** 65:7 | **13:13:13** 67:5 | **13:15:28** 69:3 | **13:18:02** 71:2 |
| **13:11:14** 65:8 | **13:13:15** 67:6 | **13:15:30** 69:4 | **13:18:04** 71:3 |
| **13:11:19** 65:9 | **13:13:19** 67:7 | **13:15:35** 69:5 | **13:18:05** 71:4 |
| **13:11:24** 65:10 | **13:13:22** 67:8 | **13:15:38** 69:6 | **13:18:07** 71:5 |
| **13:11:27** 65:11 | **13:13:25** 67:9 | **13:15:40** 69:7 | **13:18:10** 71:6 |
| **13:11:29** 65:12 | **13:13:27** 67:10 | **13:15:41** 69:8 | **13:18:15** 71:7 |
| **13:11:33** 65:13 | **13:13:29** 67:11 | **13:15:42** 69:9,10 | **13:18:19** 71:8 |
| **13:11:36** 65:14 | **13:13:31** 67:12 | **13:15:45** 69:11 | **13:18:27** 71:9 |
| **13:11:38** 65:15 | **13:13:41** 67:13 | **13:15:47** 69:12 | **13:18:29** 71:10 |
| **13:11:40** 65:16 | **13:13:42** 67:14 | **13:15:49** 69:13 | **13:18:31** 71:11 |
| **13:11:44** 65:17 | **13:13:45** 67:15 | **13:15:53** 69:14 | **13:18:34** 71:12 |
| **13:11:47** 65:18 | **13:13:49** 67:16 | **13:16:02** 69:15 | **13:18:37** 71:13 |
| **13:11:51** 65:19 | **13:13:52** 67:17 | **13:16:04** 69:16 | **13:18:42** 71:14 |
| **13:11:54** 65:20 | **13:13:56** 67:18,19 | **13:16:07** 69:17 | **13:18:46** 71:15 |
| **13:11:57** 65:21 | **13:13:58** 67:20 | **13:16:12** 69:18 | **13:18:49** 71:16 |
| **13:12:00** 65:22 | **13:13:59** 67:21 | **13:16:16** 69:19 | **13:18:54** 71:17 |
| **13:12:04** 65:23 | **13:14:00** 104:6 | **13:16:21** 69:20 | **13:18:57** 71:18 |
| **13:12:09** 65:24 | **13:14:03** 67:22 | **13:16:24** 69:21 | **13:19:04** 71:19 |
| **13:12:11** 65:25 | **13:14:05** 67:23 | **13:16:32** 69:22 | **13:19:10** 71:20 |
| **13:12:14** 66:2 | **13:14:10** 67:24 | **13:16:36** 69:23 | **13:19:16** 71:21 |
| **13:12:15** 66:3,4 | **13:14:14** 67:25 | **13:16:43** 69:24 | **13:19:22** 71:22 |
| **13:12:19** 66:5 | **13:14:18** 68:2 | **13:16:50** 69:25 | **13:19:25** 71:23,24 |
| **13:12:21** 66:6 | **13:14:22** 68:3 | **13:16:57** 70:2 | **13:19:28** 71:25 |
| **13:12:22** 66:7 | **13:14:27** 68:4 | **13:16:58** 70:3 | **13:19:32** 72:2 |
| **13:12:25** 66:8 | **13:14:30** 68:5 | **13:17:04** 70:4 | **13:19:34** 72:3 |
| **13:12:27** 66:9 | **13:14:34** 68:6 | **13:17:07** 70:5,6 | **13:19:40** 72:4 |
| **13:12:30** 66:10 | **13:14:37** 68:7 | **13:17:08** 70:7 | **13:19:44** 72:5 |
| **13:12:32** 66:11 | **13:14:39** 68:8 | **13:17:09** 70:8 | **13:19:47** 72:6,7 |
| **13:12:34** 66:12 | **13:14:40** 68:9 | **13:17:14** 70:9 | **13:19:48** 72:8 |
| **13:12:38** 66:13 | **13:14:42** 68:10,11 | **13:17:16** 70:10 | **13:19:50** 72:9 |

| | | | |
|---|---|---|---|
| **13:19:52** 72:10 | **13:22:00** 74:11 | **13:38:38** 76:17 | **13:40:42** 78:16 |
| **13:19:54** 72:11 | **13:22:03** 74:12 | **13:38:40** 76:18 | **13:40:46** 78:17 |
| **13:19:56** 72:12 | **13:22:05** 74:13 | **13:38:46** 76:19 | **13:40:50** 78:18 |
| **13:19:59** 72:13 | **13:22:09** 74:14 | **13:38:50** 76:20 | **13:40:56** 78:19 |
| **13:20:01** 72:14 | **13:22:11** 74:15 | **13:38:52** 76:21 | **13:40:59** 78:20,21 |
| **13:20:05** 72:15 | **13:22:12** 74:16 | **13:38:53** 76:22 | 78:22,23 |
| **13:20:08** 72:16 | **13:22:13** 74:17 | **13:38:55** 76:23 | **13:41:01** 78:24 |
| **13:20:10** 72:17 | **13:22:16** 74:18 | **13:38:57** 76:24 | **13:41:02** 78:25 |
| **13:20:11** 72:18 | **13:22:18** 74:19,20 | **13:39:01** 76:25 | **13:41:05** 79:2 |
| **13:20:14** 72:19 | **13:22:19** 74:21 | **13:39:02** 77:2 | **13:41:06** 79:3 |
| **13:20:19** 72:20 | **13:22:25** 74:22 | **13:39:03** 77:3 | **13:41:07** 79:4 |
| **13:20:21** 72:21 | **13:22:31** 74:23 | **13:39:04** 77:4 | **13:41:09** 79:5 |
| **13:20:22** 72:22 | **13:22:32** 74:24 | **13:39:09** 77:5 | **13:41:10** 79:6 |
| **13:20:23** 72:23 | **13:22:36** 74:25 75:2 | **13:39:12** 77:6 | **13:41:11** 79:7 |
| **13:20:25** 72:24 | 75:3 | **13:39:16** 77:7 | **13:41:13** 79:8 |
| **13:20:33** 72:25 | **13:22:39** 75:4 | **13:39:22** 77:8 | **13:41:16** 79:9 |
| **13:20:36** 73:2 | **13:22:43** 75:5 | **13:39:25** 77:9 | **13:41:17** 79:10 |
| **13:20:42** 73:3 | **13:22:45** 75:6 | **13:39:27** 77:10 | **13:41:20** 79:11 |
| **13:20:45** 73:4 | **13:22:48** 75:7 | **13:39:28** 77:11 | **13:41:26** 79:12 |
| **13:20:47** 73:5 | **13:22:52** 75:8 | **13:39:32** 77:12 | **13:41:27** 79:13 |
| **13:20:49** 73:6 | **13:22:54** 75:9 | **13:39:34** 77:13,14 | **13:41:28** 79:14 |
| **13:20:52** 73:7 | **13:22:56** 75:10 | **13:39:35** 77:15 | **13:41:29** 79:15 |
| **13:20:53** 73:8 | **13:23:00** 75:11 | **13:39:37** 77:16 | **13:41:31** 79:16 |
| **13:20:55** 73:9,10,11 | **13:23:02** 75:12 | **13:39:40** 77:17 | **13:41:33** 79:17 |
| **13:20:57** 73:12 | **13:23:05** 75:13 | **13:39:46** 77:18 | **13:41:34** 79:18 |
| **13:20:59** 73:13 | **13:23:12** 75:14 | **13:39:48** 77:19 | **13:41:38** 79:19 |
| **13:21:05** 73:14 | **13:23:17** 75:15 | **13:39:49** 77:20 | **13:41:42** 79:20 |
| **13:21:11** 73:15 | **13:23:20** 75:16 | **13:39:50** 77:21 | **13:41:44** 79:21 |
| **13:21:16** 73:16 | **13:23:22** 75:17 | **13:39:52** 77:22 | **13:41:45** 79:22 |
| **13:21:17** 73:17 | **13:23:23** 75:18 | **13:39:54** 77:23 | **13:41:46** 79:23 |
| **13:21:23** 73:18 | **13:23:27** 75:19 | **13:40:01** 77:24 | **13:41:47** 79:24 |
| **13:21:27** 73:19 | **13:23:31** 75:20 | **13:40:02** 77:25 | **13:41:49** 79:25 80:2 |
| **13:21:29** 73:20 | **13:23:32** 75:21 | **13:40:03** 78:2 | **13:41:50** 80:3 |
| **13:21:32** 73:21 | **13:23:34** 75:22 | **13:40:04** 78:3,4 | **13:41:51** 80:4 |
| **13:21:33** 73:22 | **13:23:35** 75:23 | **13:40:07** 78:5 | **13:41:55** 80:5 |
| **13:21:36** 73:23 | **13:23:38** 75:24 | **13:40:09** 78:6 | **13:41:58** 80:6 |
| **13:21:38** 73:24,25 | **13:23:40** 75:25 | **13:40:13** 78:7 | **13:41:59** 80:7 |
| **13:21:41** 74:2 | **13:24:19** 76:2,3,4 | **13:40:14** 78:8 | **13:42:01** 80:8 |
| **13:21:43** 74:3 | **13:35:53** 76:5,6,7 | **13:40:15** 78:9 | **13:42:02** 80:9 |
| **13:21:44** 74:4 | **13:35:54** 76:8,9,10 | **13:40:17** 78:10 | **13:42:06** 80:10 |
| **13:21:45** 74:5 | **13:38:29** 76:11,12 | **13:40:19** 78:11 | **13:42:10** 80:11 |
| **13:21:47** 74:6 | **13:38:32** 76:13 | **13:40:23** 78:12 | **13:42:12** 80:12 |
| **13:21:50** 74:7 | **13:38:33** 76:14 | **13:40:27** 78:13 | **13:42:13** 80:13 |
| **13:21:54** 74:8 | **13:38:34** 76:15 | **13:40:33** 78:14 | **13:42:18** 80:14,15 |
| **13:21:57** 74:9,10 | **13:38:36** 76:16 | **13:40:35** 78:15 | **13:42:19** 80:16 |

| | | | |
|---|---|---|---|
| **13:42:21** 80:17 | **13:44:29** 82:15 | **13:46:33** 84:16 | **13:48:52** 86:14 |
| **13:42:27** 80:18 | **13:44:34** 82:16 | **13:46:35** 84:17 | **13:48:58** 86:15 |
| **13:42:29** 80:19 | **13:44:36** 82:17 | **13:46:41** 84:18 | **13:49:00** 86:16 |
| **13:42:30** 80:20 | **13:44:40** 82:18 | **13:46:47** 84:19 | **13:49:03** 86:17 |
| **13:42:31** 80:21 | **13:44:41** 82:19 | **13:46:52** 84:20 | **13:49:04** 86:18 |
| **13:42:33** 80:22 | **13:44:43** 82:20 | **13:46:55** 84:21 | **13:49:07** 86:19 |
| **13:42:36** 80:23 | **13:44:46** 82:21 | **13:46:56** 84:22 | **13:49:10** 86:20 |
| **13:42:39** 80:24 | **13:44:50** 82:22 | **13:46:57** 84:23 | **13:49:11** 86:21 |
| **13:42:42** 80:25 | **13:44:53** 82:23 | **13:46:59** 84:24,25 | **13:49:12** 86:22 |
| **13:42:45** 81:2 | **13:44:56** 82:24 | **13:47:04** 85:2 | **13:49:13** 86:23 |
| **13:42:47** 81:3 | **13:44:57** 82:25 | **13:47:11** 85:3 | **13:49:15** 86:24 |
| **13:42:51** 81:4 | **13:44:58** 83:2 | **13:47:13** 85:4 | **13:49:19** 86:25 |
| **13:42:54** 81:5 | **13:45:00** 83:3 | **13:47:16** 85:5 | **13:49:22** 87:2 |
| **13:42:59** 81:6 | **13:45:05** 83:4 | **13:47:20** 85:6 | **13:49:25** 87:3 |
| **13:43:00** 81:7 | **13:45:06** 83:5 | **13:47:21** 85:7 | **13:49:28** 87:4 |
| **13:43:03** 81:8 | **13:45:07** 83:6 | **13:47:22** 85:8 | **13:49:35** 87:5 |
| **13:43:05** 81:9 | **13:45:11** 83:7 | **13:47:26** 85:9 | **13:49:39** 87:6 |
| **13:43:08** 81:10 | **13:45:15** 83:8 | **13:47:27** 85:10 | **13:49:47** 87:7 |
| **13:43:13** 81:11 | **13:45:18** 83:9 | **13:47:28** 85:11 | **13:49:50** 87:8 |
| **13:43:15** 81:12 | **13:45:20** 83:10 | **13:47:30** 85:12 | **13:49:56** 87:9 |
| **13:43:17** 81:13 | **13:45:23** 83:11 | **13:47:32** 85:13 | **13:50:00** 87:10 |
| **13:43:20** 81:14 | **13:45:24** 83:12 | **13:47:33** 85:14 | **13:50:04** 87:11 |
| **13:43:23** 81:15 | **13:45:25** 83:13 | **13:47:36** 85:15 | **13:50:05** 87:12 |
| **13:43:26** 81:16 | **13:45:26** 83:14 | **13:47:38** 85:16 | **13:50:10** 87:13 |
| **13:43:27** 81:17 | **13:45:27** 83:15 | **13:47:40** 85:17 | **13:50:14** 87:14 |
| **13:43:28** 81:18 | **13:45:29** 83:16,17 | **13:47:43** 85:18 | **13:50:18** 87:15 |
| **13:43:29** 81:19 | **13:45:30** 83:18 | **13:47:45** 85:19 | **13:50:19** 87:16 |
| **13:43:32** 81:20 | **13:45:34** 83:19 | **13:47:50** 85:20 | **13:50:21** 87:17 |
| **13:43:35** 81:21 | **13:45:37** 83:20 | **13:47:51** 85:21 | **13:50:24** 87:18 |
| **13:43:40** 81:22 | **13:45:43** 83:21 | **13:47:52** 85:22 | **13:50:27** 87:19 |
| **13:43:43** 81:23 | **13:45:45** 83:22 | **13:47:53** 85:23 | **13:50:31** 87:20 |
| **13:43:46** 81:24 | **13:46:00** 83:23 | **13:47:54** 85:24 | **13:50:37** 87:21 |
| **13:43:47** 81:25 | **13:46:01** 83:24 | **13:47:57** 85:25 | **13:50:38** 87:22 |
| **13:43:51** 82:2 | **13:46:04** 83:25 | **13:48:02** 86:2 | **13:50:44** 87:23 |
| **13:43:54** 82:3 | **13:46:07** 84:2 | **13:48:04** 86:3 | **13:50:47** 87:24 |
| **13:43:57** 82:4 | **13:46:09** 84:3 | **13:48:07** 86:4 | **13:50:50** 87:25 |
| **13:44:02** 82:5 | **13:46:11** 84:4 | **13:48:10** 86:5 | **13:50:51** 88:2 |
| **13:44:04** 82:6 | **13:46:13** 84:5 | **13:48:12** 86:6 | **13:50:53** 88:3 |
| **13:44:07** 82:7 | **13:46:16** 84:6 | **13:48:15** 86:7 | **13:50:55** 88:4 |
| **13:44:11** 82:8 | **13:46:18** 84:7,8 | **13:48:16** 86:8 | **13:50:56** 88:5 |
| **13:44:15** 82:9 | **13:46:20** 84:9,10 | **13:48:21** 86:9 | **13:50:58** 88:6 |
| **13:44:18** 82:10 | **13:46:23** 84:11 | **13:48:24** 86:10 | **13:50:59** 88:7 |
| **13:44:25** 82:11 | **13:46:26** 84:12 | **13:48:27** 86:11 | **13:51:00** 88:8,9 |
| **13:44:26** 82:12,13 | **13:46:29** 84:13 | **13:48:39** 86:12 | **13:51:04** 88:10 |
| **13:44:27** 82:14 | **13:46:31** 84:14,15 | **13:48:46** 86:13 | **13:51:33** 88:11 |

| | | | |
|---|---|---|---|
| **13:51:34** 88:12 | **13:54:11** 90:12 | **13:56:38** 92:10 | **13:58:45** 94:9 |
| **13:51:36** 88:13 | **13:54:12** 90:13 | **13:56:39** 92:11 | **13:58:47** 94:10,11 |
| **13:51:41** 88:14 | **13:54:14** 90:14 | **13:56:40** 92:12 | **13:58:48** 94:12 |
| **13:51:50** 88:15 | **13:54:15** 90:15 | **13:56:41** 92:13 | **13:58:57** 94:13 |
| **13:51:53** 88:16 | **13:54:17** 90:16 | **13:56:43** 92:14 | **13:59:01** 94:14 |
| **13:52:03** 88:17 | **13:54:20** 90:17 | **13:56:45** 92:15 | **13:59:05** 94:15 |
| **13:52:05** 88:18 | **13:54:22** 90:18 | **13:56:46** 92:16 | **13:59:14** 94:16 |
| **13:52:07** 88:19 | **13:54:25** 90:19 | **13:56:47** 92:17 | **13:59:15** 94:17 |
| **13:52:20** 88:20 | **13:54:26** 90:20 | **13:56:48** 92:18 | **13:59:17** 94:18 |
| **13:52:21** 88:21 | **13:54:28** 90:21 | **13:56:49** 92:19 | **13:59:20** 94:19 |
| **13:52:24** 88:22,23 | **13:54:31** 90:22 | **13:56:52** 92:20 | **13:59:21** 94:20 |
| **13:52:25** 88:24 | **13:54:35** 90:23 | **13:56:53** 92:21 | **13:59:23** 94:21 |
| **13:52:32** 88:25 | **13:54:39** 90:24 | **13:56:57** 92:22 | **13:59:24** 94:22 |
| **13:52:36** 89:2 | **13:54:43** 90:25 | **13:56:58** 92:23 | **13:59:26** 94:23 |
| **13:52:42** 89:3 | **13:54:50** 91:2 | **13:56:59** 92:24 | **13:59:33** 94:24 |
| **13:52:45** 89:4 | **13:54:52** 91:3 | **13:57:06** 92:25 | **13:59:35** 94:25 |
| **13:52:47** 89:5 | **13:54:54** 91:4,5 | **13:57:09** 93:2 | **13:59:37** 95:2 |
| **13:52:51** 89:6 | **13:55:01** 91:6 | **13:57:13** 93:3 | **13:59:41** 95:3 |
| **13:52:52** 89:7 | **13:55:07** 91:7 | **13:57:19** 93:4 | **13:59:44** 95:4,5 |
| **13:52:55** 89:8 | **13:55:09** 91:8 | **13:57:21** 93:5 | **13:59:46** 95:6 |
| **13:52:58** 89:9 | **13:55:11** 91:9 | **13:57:23** 93:6 | **13:59:48** 95:7 |
| **13:53:04** 89:10,11 | **13:55:13** 91:10 | **13:57:28** 93:7 | **13:59:50** 95:8 |
| **13:53:05** 89:12 | **13:55:15** 91:11 | **13:57:33** 93:8 | **13:59:51** 95:9 |
| **13:53:12** 89:13 | **13:55:18** 91:12 | **13:57:37** 93:9 | **13:59:53** 95:10 |
| **13:53:15** 89:14 | **13:55:20** 91:13 | **13:57:38** 93:10 | **13:59:57** 95:11 |
| **13:53:18** 89:15 | **13:55:23** 91:14 | **13:57:40** 93:11 | **13:59:59** 95:12 |
| **13:53:20** 89:16 | **13:55:27** 91:15 | **13:57:47** 93:12 | **1350** 220:4 |
| **13:53:21** 89:17 | **13:55:28** 91:16 | **13:57:53** 93:13 | **14-month** 166:3,5 |
| **13:53:25** 89:18 | **13:55:31** 91:17 | **13:57:58** 93:14 | **14:00:01** 95:13 |
| **13:53:29** 89:19 | **13:55:40** 91:18 | **13:57:59** 93:15 | **14:00:04** 95:14 |
| **13:53:35** 89:20 | **13:55:42** 91:19 | **13:58:01** 93:16 | **14:00:08** 95:15 |
| **13:53:36** 89:21 | **13:55:49** 91:20 | **13:58:03** 93:17,18 | **14:00:10** 95:16 |
| **13:53:39** 89:22 | **13:55:59** 91:21 | **13:58:06** 93:19 | **14:00:11** 95:17 |
| **13:53:42** 89:23 | **13:56:04** 91:22 | **13:58:14** 93:20 | **14:00:13** 95:18 |
| **13:53:43** 89:24 | **13:56:06** 91:23 | **13:58:16** 93:21 | **14:00:14** 95:19 |
| **13:53:50** 89:25 | **13:56:11** 91:24 | **13:58:18** 93:22,23 | **14:00:15** 95:20 |
| **13:53:55** 90:2 | **13:56:20** 91:25 | **13:58:19** 93:24 | **14:00:16** 95:21 |
| **13:53:56** 90:3 | **13:56:21** 92:2 | **13:58:21** 93:25 | **14:00:21** 95:22 |
| **13:53:57** 90:4 | **13:56:23** 92:3 | **13:58:23** 94:2 | **14:00:24** 95:23 |
| **13:53:58** 90:5 | **13:56:29** 92:4 | **13:58:27** 94:3 | **14:00:27** 95:24 |
| **13:54:02** 90:6 | **13:56:31** 92:5 | **13:58:28** 94:4 | **14:00:33** 95:25 |
| **13:54:03** 90:7 | **13:56:32** 92:6 | **13:58:29** 94:5 | **14:00:36** 96:2 |
| **13:54:06** 90:8 | **13:56:33** 92:7 | **13:58:37** 94:6 | **14:00:39** 96:3 |
| **13:54:07** 90:9,10 | **13:56:34** 92:8 | **13:58:38** 94:7 | **14:00:44** 96:4 |
| **13:54:08** 90:11 | **13:56:35** 92:9 | **13:58:39** 94:8 | **14:00:45** 96:5 |

| | | | |
|---|---|---|---|
| **14:00:46** 96:6 | **14:03:21** 98:6 | **14:05:38** 100:5 | **14:07:34** 102:4 |
| **14:00:48** 96:7 | **14:03:25** 98:7 | **14:05:39** 100:6 | **14:07:35** 102:5 |
| **14:00:49** 96:8 | **14:03:31** 98:8 | **14:05:41** 100:7 | **14:07:38** 102:6 |
| **14:00:54** 96:9 | **14:03:36** 98:9 | **14:05:45** 100:8 | **14:07:41** 102:7 |
| **14:00:55** 96:10 | **14:03:38** 98:10 | **14:05:48** 100:9 | **14:07:43** 102:8 |
| **14:00:57** 96:11 | **14:03:40** 98:11 | **14:05:50** 100:10 | **14:07:44** 102:9 |
| **14:00:59** 96:12 | **14:03:41** 98:12 | **14:05:54** 100:11 | **14:07:47** 102:10 |
| **14:01:07** 96:13 | **14:03:43** 98:13 | **14:05:56** 100:12 | **14:07:51** 102:11 |
| **14:01:09** 96:14 | **14:03:54** 98:14 | **14:05:59** 100:13 | **14:07:52** 102:12 |
| **14:01:12** 96:15 | **14:03:55** 98:15 | **14:06:05** 100:14 | **14:07:54** 102:13 |
| **14:01:13** 96:16 | **14:03:57** 98:16 | **14:06:07** 100:15 | **14:07:59** 102:14 |
| **14:01:15** 96:17 | **14:04:00** 98:17 | **14:06:10** 100:16 | **14:08:01** 102:15 |
| **14:01:18** 96:18 | **14:04:03** 98:18 | **14:06:13** 100:17 | **14:08:03** 102:16 |
| **14:01:26** 96:19 | **14:04:12** 98:19 | **14:06:15** 100:18,19 | **14:08:08** 102:17 |
| **14:01:34** 96:20 | **14:04:14** 98:20,21 | **14:06:17** 100:20 | **14:08:10** 102:18 |
| **14:01:39** 96:21 | **14:04:17** 98:22 | **14:06:19** 100:21 | **14:08:12** 102:19 |
| **14:01:45** 96:22 | **14:04:20** 98:23 | **14:06:20** 100:22 | **14:08:13** 102:20 |
| **14:01:51** 96:23 | **14:04:22** 98:24 | **14:06:21** 100:23 | **14:08:14** 102:21 |
| **14:01:53** 96:24 | **14:04:24** 98:25 | **14:06:23** 100:24 | **14:08:16** 102:22 |
| **14:01:56** 96:25 | **14:04:26** 99:2,3 | **14:06:26** 100:25 | **14:08:19** 102:23 |
| **14:01:59** 97:2 | **14:04:28** 99:4 | **14:06:29** 101:2 | **14:08:21** 102:24 |
| **14:02:00** 97:3 | **14:04:29** 99:5 | **14:06:32** 101:3 | **14:08:22** 102:25 |
| **14:02:02** 97:4,5 | **14:04:31** 99:6 | **14:06:38** 101:4 | **14:08:23** 103:2 |
| **14:02:04** 97:6 | **14:04:35** 99:7 | **14:06:39** 101:5 | **14:08:27** 103:3 |
| **14:02:07** 97:7 | **14:04:38** 99:8 | **14:06:41** 101:6 | **14:08:30** 103:4 |
| **14:02:09** 97:8 | **14:04:41** 99:9 | **14:06:42** 101:7 | **14:08:32** 103:5 |
| **14:02:11** 97:9 | **14:04:44** 99:10 | **14:06:43** 101:8 | **14:08:34** 103:6 |
| **14:02:13** 97:10 | **14:04:45** 99:11 | **14:06:45** 101:9 | **14:08:36** 103:7 |
| **14:02:14** 97:11 | **14:04:48** 99:12 | **14:06:46** 101:10 | **14:08:38** 103:8 |
| **14:02:16** 97:12 | **14:04:51** 99:13 | **14:06:48** 101:11 | **14:08:41** 103:9 |
| **14:02:26** 97:13 | **14:04:52** 99:14 | **14:06:50** 101:12 | **14:08:44** 103:10 |
| **14:02:28** 97:14 | **14:04:56** 99:15 | **14:06:52** 101:13,14 | **14:08:49** 103:11 |
| **14:02:30** 97:15 | **14:05:01** 99:16 | **14:06:54** 101:15 | **14:08:51** 103:12 |
| **14:02:33** 97:16 | **14:05:06** 99:17 | **14:06:55** 101:16 | **14:08:54** 103:13,14 |
| **14:02:36** 97:17,18 | **14:05:08** 99:18 | **14:06:57** 101:17 | **14:08:57** 103:15 |
| **14:02:37** 97:19 | **14:05:12** 99:19 | **14:06:58** 101:18 | **14:08:59** 103:16 |
| **14:02:39** 97:20 | **14:05:15** 99:20 | **14:07:01** 101:19 | **14:09:01** 103:17,18 |
| **14:02:52** 97:21,22 | **14:05:20** 99:21 | **14:07:02** 101:20 | 103:19,20 |
| **14:02:55** 97:23 | **14:05:22** 99:22 | **14:07:05** 101:21 | **14:09:02** 103:21 |
| **14:03:01** 97:24 | **14:05:24** 99:23 | **14:07:12** 101:22 | **14:09:03** 103:22 |
| **14:03:07** 97:25 | **14:05:25** 99:24 | **14:07:18** 101:23 | **14:09:04** 103:23 |
| **14:03:10** 98:2 | **14:05:28** 99:25 | **14:07:23** 101:24 | **14:09:06** 103:24 |
| **14:03:12** 98:3 | **14:05:30** 100:2 | **14:07:25** 101:25 | **14:09:07** 103:25 |
| **14:03:18** 98:4 | **14:05:33** 100:3 | **14:07:27** 102:2 | 104:2 |
| **14:03:19** 98:5 | **14:05:36** 100:4 | **14:07:30** 102:3 | **14:09:24** 104:3 |

| | | | |
|---|---|---|---|
| **14:14:21** 104:4 | **14:16:01** 106:6 | **14:18:01** 108:4 | **14:20:04** 110:2 |
| **14:14:22** 104:5 | **14:16:07** 106:7 | **14:18:05** 108:5 | **14:20:06** 110:3 |
| **14:14:25** 104:7 | **14:16:09** 106:8 | **14:18:08** 108:6 | **14:20:10** 110:4 |
| **14:14:27** 104:8 | **14:16:10** 106:9 | **14:18:10** 108:7 | **14:20:12** 110:5 |
| **14:14:29** 104:9 | **14:16:12** 106:10 | **14:18:11** 108:8 | **14:20:14** 110:6 |
| **14:14:33** 104:10 | **14:16:15** 106:11 | **14:18:13** 108:9 | **14:20:16** 110:7 |
| **14:14:35** 104:11 | **14:16:16** 106:12 | **14:18:15** 108:10 | **14:20:18** 110:8 |
| **14:14:37** 104:12 | **14:16:19** 106:13 | **14:18:19** 108:11 | **14:20:20** 110:9 |
| **14:14:38** 104:13 | **14:16:24** 106:14 | **14:18:25** 108:12 | **14:20:23** 110:10 |
| **14:14:41** 104:14 | **14:16:30** 106:15 | **14:18:27** 108:13 | **14:20:26** 110:11 |
| **14:14:43** 104:15 | **14:16:33** 106:16 | **14:18:29** 108:14 | **14:20:32** 110:12 |
| **14:14:46** 104:16 | **14:16:37** 106:17 | **14:18:30** 108:15 | **14:20:39** 110:13 |
| **14:14:49** 104:17 | **14:16:39** 106:18 | **14:18:32** 108:16 | **14:20:44** 110:14 |
| **14:14:51** 104:18 | **14:16:42** 106:19,20 | **14:18:35** 108:17 | **14:20:46** 110:15 |
| **14:14:53** 104:19 | **14:16:43** 106:21 | **14:18:39** 108:18 | **14:20:48** 110:16 |
| **14:14:54** 104:20 | **14:16:47** 106:22 | **14:18:42** 108:19 | **14:20:50** 110:17 |
| **14:14:56** 104:21 | **14:16:57** 106:23 | **14:18:43** 108:20 | **14:20:51** 110:18,19 |
| **14:14:58** 104:22 | **14:16:59** 106:24 | **14:18:44** 108:21 | **14:20:56** 110:20 |
| **14:15:01** 104:23 | **14:17:02** 106:25 | **14:18:47** 108:22 | **14:20:59** 110:21 |
| **14:15:02** 104:24 | 107:2 | **14:18:48** 108:23 | **14:21:04** 110:22 |
| **14:15:03** 104:25 | **14:17:03** 107:3 | **14:18:50** 108:24 | **14:21:05** 110:23 |
| **14:15:04** 105:2 | **14:17:05** 107:4 | **14:18:51** 108:25 | **14:21:06** 110:24 |
| **14:15:06** 105:3 | **14:17:07** 107:5 | **14:18:55** 109:2,3 | **14:21:07** 110:25 |
| **14:15:09** 105:4 | **14:17:09** 107:6 | **14:18:57** 109:4 | **14:21:08** 111:2 |
| **14:15:11** 105:5,6 | **14:17:13** 107:7 | **14:19:00** 109:5 | **14:21:10** 111:3,4 |
| **14:15:12** 105:7 | **14:17:17** 107:8 | **14:19:02** 109:6 | **14:21:12** 111:5 |
| **14:15:14** 105:8 | **14:17:19** 107:9 | **14:19:03** 109:7 | **14:21:14** 111:6 |
| **14:15:15** 105:9,10 | **14:17:22** 107:10 | **14:19:05** 109:8 | **14:21:16** 111:7 |
| **14:15:17** 105:11 | **14:17:24** 107:11 | **14:19:08** 109:9 | **14:21:17** 111:8 |
| **14:15:19** 105:12,13 | **14:17:26** 107:12 | **14:19:12** 109:10 | **14:21:19** 111:9 |
| **14:15:21** 105:14,15 | **14:17:27** 107:13 | **14:19:14** 109:11 | **14:21:21** 111:10 |
| **14:15:22** 105:16 | **14:17:29** 107:14 | **14:19:16** 109:12 | **14:21:25** 111:11 |
| **14:15:26** 105:17 | **14:17:31** 107:15 | **14:19:17** 109:13 | **14:21:27** 111:12 |
| **14:15:29** 105:18 | **14:17:32** 107:16 | **14:19:21** 109:14 | **14:21:28** 111:13 |
| **14:15:30** 105:19 | **14:17:34** 107:17 | **14:19:24** 109:15 | **14:21:30** 111:14,15 |
| **14:15:32** 105:20 | **14:17:36** 107:18 | **14:19:27** 109:16 | **14:21:32** 111:16 |
| **14:15:35** 105:21 | **14:17:39** 107:19 | **14:19:28** 109:17 | **14:21:33** 111:17 |
| **14:15:37** 105:22 | **14:17:42** 107:20 | **14:19:30** 109:18 | **14:21:34** 111:18,19 |
| **14:15:38** 105:23 | **14:17:45** 107:21 | **14:19:37** 109:19 | **14:21:36** 111:20,21 |
| **14:15:42** 105:24 | **14:17:48** 107:22 | **14:19:42** 109:20 | **14:21:37** 111:22 |
| **14:15:47** 105:25 | **14:17:50** 107:23 | **14:19:44** 109:21 | **14:21:39** 111:23 |
| **14:15:51** 106:2 | **14:17:52** 107:24 | **14:19:52** 109:22 | **14:21:40** 111:24 |
| **14:15:55** 106:3 | **14:17:54** 107:25 | **14:19:55** 109:23 | **14:21:41** 111:25 |
| **14:15:58** 106:4 | **14:17:56** 108:2 | **14:20:00** 109:24 | **14:21:42** 112:2 |
| **14:16:00** 106:5 | **14:17:57** 108:3 | **14:20:02** 109:25 | **14:21:44** 112:3 |

| | | | |
|---|---|---|---|
| **14:21:46** 112:4 | **14:23:51** 114:3 | **14:26:14** 116:5 | **14:28:13** 118:3 |
| **14:21:49** 112:5 | **14:23:52** 114:4 | **14:26:15** 116:6 | **14:28:14** 118:4 |
| **14:21:51** 112:6 | **14:23:53** 114:5 | **14:26:16** 116:7 | **14:28:18** 118:5 |
| **14:21:54** 112:7 | **14:23:56** 114:6 | **14:26:17** 116:8 | **14:28:24** 118:6 |
| **14:21:59** 112:8 | **14:23:59** 114:7 | **14:26:18** 116:9 | **14:28:26** 118:7 |
| **14:22:02** 112:9 | **14:24:01** 114:8 | **14:26:21** 116:10 | **14:28:29** 118:8 |
| **14:22:05** 112:10 | **14:24:02** 114:9 | **14:26:25** 116:11 | **14:28:32** 118:9 |
| **14:22:06** 112:11 | **14:24:06** 114:10 | **14:26:28** 116:12 | **14:28:35** 118:10 |
| **14:22:08** 112:12 | **14:24:10** 114:11 | **14:26:30** 116:13 | **14:28:38** 118:11 |
| **14:22:13** 112:13 | **14:24:17** 114:12,13 | **14:26:38** 116:14 | **14:28:42** 118:12 |
| **14:22:17** 112:14,15 | **14:24:19** 114:14 | **14:26:39** 116:15 | **14:28:47** 118:13 |
| **14:22:21** 112:16 | **14:24:22** 114:15 | **14:26:41** 116:16 | **14:28:49** 118:14 |
| **14:22:26** 112:17 | **14:24:25** 114:16 | **14:26:45** 116:17 | **14:28:50** 118:15 |
| **14:22:29** 112:18 | **14:24:30** 114:17 | **14:26:48** 116:18 | **14:28:51** 118:16 |
| **14:22:33** 112:19 | **14:24:32** 114:18 | **14:26:50** 116:19 | **14:28:55** 118:17 |
| **14:22:35** 112:20 | **14:24:34** 114:19 | **14:26:52** 116:20 | **14:28:56** 118:18 |
| **14:22:41** 112:21 | **14:24:36** 114:20 | **14:26:56** 116:21 | **14:29:09** 118:19 |
| **14:22:42** 112:22 | **14:24:42** 114:21 | **14:27:00** 116:22 | **14:29:12** 118:20 |
| **14:22:43** 112:23 | **14:24:45** 114:22 | **14:27:02** 116:23 | **14:29:14** 118:21 |
| **14:22:45** 112:24 | **14:24:47** 114:23 | **14:27:03** 116:24 | **14:29:15** 118:22 |
| **14:22:46** 112:25 | **14:24:50** 114:24 | **14:27:12** 116:25 | **14:29:17** 118:23 |
| **14:22:51** 113:2 | **14:24:53** 114:25 | **14:27:14** 117:2 | **14:29:18** 118:24 |
| **14:22:52** 113:3 | **14:24:57** 115:2 | **14:27:17** 117:3 | **14:29:19** 118:25 |
| **14:22:53** 113:4 | **14:25:00** 115:3,4 | **14:27:19** 117:4 | **14:29:20** 119:2 |
| **14:22:55** 113:5 | **14:25:02** 115:5 | **14:27:21** 117:5 | **14:29:22** 119:3 |
| **14:22:58** 113:6 | **14:25:04** 115:6,7,8 | **14:27:22** 117:6 | **14:29:24** 119:4 |
| **14:23:01** 113:7 | **14:25:06** 115:9 | **14:27:28** 117:7 | **14:29:26** 119:5 |
| **14:23:04** 113:8 | **14:25:37** 115:10 | **14:27:31** 117:8 | **14:29:27** 119:6 |
| **14:23:08** 113:9 | **14:25:38** 115:11 | **14:27:34** 117:9 | **14:29:30** 119:7 |
| **14:23:09** 113:10 | **14:25:41** 115:12 | **14:27:35** 117:10 | **14:29:33** 119:8 |
| **14:23:11** 113:11 | **14:25:43** 115:13,14 | **14:27:36** 117:11 | **14:29:35** 119:9 |
| **14:23:13** 113:12 | **14:25:45** 115:15 | **14:27:37** 117:12 | **14:29:38** 119:10 |
| **14:23:16** 113:13 | **14:25:47** 115:16 | **14:27:39** 117:13 | **14:29:41** 119:11 |
| **14:23:19** 113:14 | **14:25:48** 115:17 | **14:27:42** 117:14 | **14:29:43** 119:12 |
| **14:23:23** 113:15 | **14:25:49** 115:18 | **14:27:43** 117:15 | **14:29:45** 119:13 |
| **14:23:30** 113:16 | **14:25:51** 115:19 | **14:27:48** 117:16 | **14:29:48** 119:14 |
| **14:23:31** 113:17 | **14:25:55** 115:20 | **14:27:49** 117:17,18 | **14:29:50** 119:15 |
| **14:23:35** 113:18 | **14:25:57** 115:21 | **14:27:51** 117:19 | **14:29:55** 119:16 |
| **14:23:37** 113:19 | **14:26:00** 115:22 | **14:27:55** 117:20 | **14:29:58** 119:17 |
| **14:23:41** 113:20 | **14:26:02** 115:23 | **14:27:58** 117:21 | **14:29:59** 119:18 |
| **14:23:43** 113:21 | **14:26:03** 115:24 | **14:28:01** 117:22 | **14:30:01** 119:19 |
| **14:23:44** 113:22 | **14:26:07** 115:25 | **14:28:02** 117:23 | **14:30:03** 119:20 |
| **14:23:45** 113:23 | **14:26:10** 116:2 | **14:28:06** 117:24 | **14:30:04** 119:21 |
| **14:23:46** 113:24,25 | **14:26:12** 116:3 | **14:28:09** 117:25 | **14:30:05** 119:22,23 |
| **14:23:48** 114:2 | **14:26:13** 116:4 | **14:28:10** 118:2 | **14:30:07** 119:24 |

| | | | |
|---|---|---|---|
| **14:30:09** 119:25 | **14:32:06** 122:3 | **14:34:01** 124:8 | **14:36:15** 126:5 |
| **14:30:17** 120:2,3 | **14:32:08** 122:4 | **14:34:05** 124:9 | **14:36:16** 126:6 |
| **14:30:18** 120:4 | **14:32:10** 122:5 | **14:34:08** 124:10 | **14:36:18** 126:7 |
| **14:30:20** 120:5,6 | **14:32:15** 122:6 | **14:34:13** 124:11 | **14:36:19** 126:8 |
| **14:30:21** 120:7,8 | **14:32:16** 122:7 | **14:34:15** 124:12 | **14:36:20** 126:9 |
| **14:30:24** 120:9 | **14:32:17** 122:8 | **14:34:18** 124:13 | **14:36:22** 126:10 |
| **14:30:27** 120:10 | **14:32:18** 122:9 | **14:34:19** 124:14 | **14:36:23** 126:11 |
| **14:30:30** 120:11 | **14:32:19** 122:10,11 | **14:34:21** 124:15 | **14:36:28** 126:12 |
| **14:30:33** 120:12 | **14:32:24** 122:12 | **14:34:23** 124:16 | **14:36:31** 126:13 |
| **14:30:40** 120:13 | **14:32:25** 122:13,14 | **14:34:26** 124:17 | **14:36:33** 126:14 |
| **14:30:41** 120:14 | **14:32:26** 122:15 | **14:34:27** 124:18 | **14:36:35** 126:15 |
| **14:30:43** 120:15 | **14:32:28** 122:16 | **14:34:29** 124:19 | **14:36:36** 126:16 |
| **14:30:44** 120:16 | **14:32:31** 122:17 | **14:34:31** 124:20 | **14:36:38** 126:17 |
| **14:30:45** 120:17 | **14:32:33** 122:18 | **14:34:34** 124:21 | **14:36:41** 126:18 |
| **14:30:47** 120:18 | **14:32:35** 122:19 | **14:34:36** 124:22 | **14:36:43** 126:19 |
| **14:30:48** 120:19,20 | **14:32:37** 122:20,21 | **14:34:38** 124:23 | **14:36:45** 126:20 |
| **14:30:49** 120:21 | **14:32:39** 122:22 | **14:34:42** 124:24 | **14:36:46** 126:21 |
| **14:30:52** 120:22 | **14:32:43** 122:23 | **14:34:45** 124:25 | **14:36:47** 126:22 |
| **14:30:55** 120:23 | **14:32:46** 122:24 | **14:34:46** 125:2 | **14:36:50** 126:23 |
| **14:31:02** 120:24 | **14:32:49** 122:25 | **14:34:47** 125:3 | **14:36:52** 126:24 |
| **14:31:08** 120:25 | **14:32:52** 123:2,3 | **14:34:49** 125:4 | **14:36:59** 126:25 |
| **14:31:09** 121:2 | **14:32:54** 123:4 | **14:34:51** 125:5 | **14:37:00** 127:2 |
| **14:31:11** 121:3 | **14:32:58** 123:5 | **14:34:57** 125:6 | **14:37:03** 127:3 |
| **14:31:12** 121:4 | **14:33:01** 123:6 | **14:35:01** 125:7 | **14:37:08** 127:4 |
| **14:31:14** 121:5 | **14:33:03** 123:7 | **14:35:06** 125:8 | **14:37:10** 127:5 |
| **14:31:16** 121:6 | **14:33:06** 123:8,9 | **14:35:13** 125:9 | **14:37:14** 127:6,7 |
| **14:31:18** 121:7 | **14:33:07** 123:10 | **14:35:14** 125:10 | **14:37:15** 127:8,9 |
| **14:31:19** 121:8 | **14:33:09** 123:11 | **14:35:18** 125:11 | **14:37:17** 127:10 |
| **14:31:21** 121:9 | **14:33:12** 123:12 | **14:35:21** 125:12 | **14:37:22** 127:11 |
| **14:31:25** 121:10 | **14:33:13** 123:13 | **14:35:24** 125:13 | **14:37:24** 127:12 |
| **14:31:28** 121:11 | **14:33:19** 123:14 | **14:35:28** 125:14 | **14:37:27** 127:13 |
| **14:31:29** 121:12 | **14:33:22** 123:15 | **14:35:34** 125:15 | **14:37:35** 127:14 |
| **14:31:31** 121:13 | **14:33:25** 123:16 | **14:35:35** 125:16 | **14:37:37** 127:15 |
| **14:31:33** 121:14 | **14:33:28** 123:17 | **14:35:37** 125:17 | **14:37:41** 127:16 |
| **14:31:42** 121:15 | **14:33:31** 123:18 | **14:35:38** 125:18 | **14:37:43** 127:17 |
| **14:31:43** 121:16,17 | **14:33:34** 123:19,20 | **14:35:42** 125:19 | **14:37:44** 127:18 |
| **14:31:46** 121:18 | **14:33:37** 123:21 | **14:35:43** 125:20 | **14:38:09** 127:19 |
| **14:31:48** 121:19 | **14:33:39** 123:22 | **14:35:44** 125:21 | **14:38:10** 127:20 |
| **14:31:50** 121:20 | **14:33:41** 123:23,24 | **14:35:47** 125:22 | **14:38:17** 127:21 |
| **14:31:53** 121:21 | **14:33:43** 123:25 | **14:35:51** 125:23 | **14:38:20** 127:22 |
| **14:31:56** 121:22 | **14:33:49** 124:2 | **14:35:54** 125:24 | **14:38:21** 127:23,24 |
| **14:31:58** 121:23 | **14:33:52** 124:3,4 | **14:36:00** 125:25 | **14:38:22** 127:25 |
| **14:32:00** 121:24 | **14:33:53** 124:5 | **14:36:04** 126:2 | **14:38:25** 128:2 |
| **14:32:01** 121:25 | **14:33:56** 124:6 | **14:36:06** 126:3 | **14:38:26** 128:3 |
| **14:32:03** 122:2 | **14:33:59** 124:7 | **14:36:10** 126:4 | **14:38:33** 128:4 |

| | | | |
|---|---|---|---|
| **14:38:41** 128:5 | **14:41:08** 130:2 | **14:52:57** 132:2 | **14:54:45** 134:3 |
| **14:38:51** 128:6 | **14:41:11** 130:3 | **14:53:00** 132:3 | **14:54:48** 134:4 |
| **14:38:55** 128:7 | **14:41:12** 130:4 | **14:53:03** 132:4 | **14:54:52** 134:5,6 |
| **14:38:57** 128:8 | **14:41:14** 130:5 | **14:53:05** 132:5 | **14:54:54** 134:7 |
| **14:39:03** 128:9 | **14:41:15** 130:6 | **14:53:12** 132:6 | **14:54:55** 134:8 |
| **14:39:04** 128:10 | **14:41:20** 130:7 | **14:53:14** 132:7 | **14:54:56** 134:9 |
| **14:39:07** 128:11 | **14:41:22** 130:8 | **14:53:17** 132:8 | **14:55:00** 134:10 |
| **14:39:11** 128:12 | **14:41:24** 130:9 | **14:53:18** 132:9 | **14:55:02** 134:11 |
| **14:39:17** 128:13 | **14:41:27** 130:10 | **14:53:20** 132:10 | **14:55:05** 134:12 |
| **14:39:20** 128:14 | **14:41:28** 130:11 | **14:53:22** 132:11 | **14:55:09** 134:13 |
| **14:39:23** 128:15 | **14:41:31** 130:12 | **14:53:25** 132:12 | **14:55:11** 134:14 |
| **14:39:24** 128:16 | **14:41:33** 130:13 | **14:53:27** 132:13 | **14:55:15** 134:15 |
| **14:39:25** 128:17 | **14:41:35** 130:14 | **14:53:30** 132:14 | **14:55:18** 134:16 |
| **14:39:33** 128:18 | **14:41:36** 130:15 | **14:53:33** 132:15 | **14:55:19** 134:17 |
| **14:39:35** 128:19 | **14:41:37** 130:16 | **14:53:34** 132:16 | **14:55:21** 134:18 |
| **14:39:37** 128:20 | **14:41:38** 130:17 | **14:53:37** 132:17 | **14:55:26** 134:19 |
| **14:39:39** 128:21 | **14:41:39** 130:18 | **14:53:41** 132:18 | **14:55:29** 134:20 |
| **14:39:42** 128:22 | **14:41:41** 130:19 | **14:53:42** 132:19 | **14:55:31** 134:21 |
| **14:39:43** 128:23 | **14:41:43** 130:20 | **14:53:43** 132:20 | **14:55:35** 134:22 |
| **14:39:48** 128:24 | **14:41:45** 130:22 | **14:53:45** 132:21 | **14:55:38** 134:23 |
| **14:39:50** 128:25 | **14:41:49** 130:23 | **14:53:49** 132:22 | **14:55:44** 134:24,25 |
| **14:39:53** 129:2 | **14:41:52** 130:24 | **14:53:52** 132:23,24 | **14:55:46** 135:2 |
| **14:39:56** 129:3 | **14:41:55** 130:25 | **14:53:53** 132:25 | **14:55:49** 135:3 |
| **14:39:58** 129:4 | **14:41:56** 131:2 | **14:53:55** 133:2 | **14:55:51** 135:4 |
| **14:40:01** 129:5 | **14:41:58** 131:3 | **14:54:02** 133:3 | **14:55:54** 135:5,6,7 |
| **14:40:03** 129:6 | **14:41:59** 131:4 | **14:54:04** 133:4 | **14:55:56** 135:8 |
| **14:40:05** 129:7 | **14:42:00** 131:5 | **14:54:06** 133:5 | **14:56:01** 135:9 |
| **14:40:07** 129:8 | **14:42:05** 131:6 | **14:54:08** 133:6 | **14:56:03** 135:10 |
| **14:40:09** 129:9 | **14:52:10** 131:7 | **14:54:09** 133:7 | **14:56:07** 135:11 |
| **14:40:26** 129:10 | **14:52:11** 131:8 | **14:54:12** 133:8 | **14:56:09** 135:12 |
| **14:40:28** 129:11 | **14:52:14** 131:9 | **14:54:15** 133:9 | **14:56:12** 135:13 |
| **14:40:32** 129:12 | **14:52:16** 131:10,11 | **14:54:20** 133:10 | **14:56:15** 135:14 |
| **14:40:36** 129:13 | **14:52:17** 131:12 | **14:54:22** 133:11 | **14:56:17** 135:15 |
| **14:40:39** 129:14 | **14:52:18** 131:13 | **14:54:24** 133:12 | **14:56:19** 135:16 |
| **14:40:41** 129:15 | **14:52:20** 131:14 | **14:54:25** 133:13,14 | **14:56:22** 135:17 |
| **14:40:42** 129:16 | **14:52:22** 131:15 | **14:54:27** 133:15 | **14:56:23** 135:18 |
| **14:40:44** 129:17 | **14:52:25** 131:16,17 | **14:54:29** 133:16 | **14:56:24** 135:19 |
| **14:40:46** 129:18 | **14:52:28** 131:18 | **14:54:30** 133:17 | **14:56:25** 135:20 |
| **14:40:48** 129:19 | **14:52:30** 131:19 | **14:54:31** 133:18,19 | **14:56:31** 135:21 |
| **14:40:50** 129:20 | **14:52:34** 131:20 | **14:54:33** 133:20 | **14:56:33** 135:22 |
| **14:40:52** 129:21 | **14:52:38** 131:21 | **14:54:35** 133:21 | **14:56:37** 135:23 |
| **14:40:54** 129:22 | **14:52:42** 131:22 | **14:54:37** 133:22 | **14:56:39** 135:24 |
| **14:40:59** 129:23 | **14:52:43** 131:23 | **14:54:38** 133:23,24 | **14:56:41** 135:25 |
| **14:41:01** 129:24 | **14:52:50** 131:24 | **14:54:40** 133:25 | **14:56:46** 136:2 |
| **14:41:03** 129:25 | **14:52:54** 131:25 | **14:54:42** 134:2 | **14:56:47** 136:3 |

| | | | |
|---|---|---|---|
| **14:56:50** 136:4 | **14:58:31** 137:25 | **15:00:37** 139:24 | **15:02:31** 141:23 |
| **14:56:51** 136:5 | **14:58:33** 138:2 | **15:00:38** 139:25 | **15:02:33** 141:24 |
| **14:56:52** 136:6 | **14:58:35** 138:3 | **15:00:42** 140:2 | **15:02:35** 141:25 |
| **14:56:56** 136:7 | **14:58:37** 138:4 | **15:00:43** 140:3 | **15:02:39** 142:2 |
| **14:57:01** 136:8 | **14:58:40** 138:5 | **15:00:45** 140:4 | **15:02:40** 142:3 |
| **14:57:05** 136:9 | **14:58:44** 138:6 | **15:00:50** 140:5 | **15:02:45** 142:4 |
| **14:57:06** 136:10 | **14:58:49** 138:7 | **15:00:54** 140:6 | **15:02:48** 142:5 |
| **14:57:07** 136:11 | **14:58:52** 138:8 | **15:01:00** 140:7 | **15:02:53** 142:6 |
| **14:57:09** 136:12 | **14:58:55** 138:9,10 | **15:01:04** 140:8 | **15:02:58** 142:7 |
| **14:57:10** 136:13 | **14:58:58** 138:11,12 | **15:01:06** 140:9 | **15:02:59** 142:8 |
| **14:57:14** 136:14 | **14:59:01** 138:13 | **15:01:08** 140:10 | **15:03:00** 142:9 |
| **14:57:17** 136:15 | **14:59:04** 138:14 | **15:01:10** 140:11 | **15:03:02** 142:10 |
| **14:57:19** 136:16 | **14:59:09** 138:15,16 | **15:01:13** 140:12 | **15:03:04** 142:11 |
| **14:57:20** 136:17 | **14:59:11** 138:17 | **15:01:15** 140:13 | **15:03:08** 142:12 |
| **14:57:22** 136:18 | **14:59:17** 138:18 | **15:01:17** 140:14 | **15:03:12** 142:13 |
| **14:57:23** 136:19 | **14:59:20** 138:19 | **15:01:20** 140:15 | **15:03:13** 142:14 |
| **14:57:24** 136:20 | **14:59:22** 138:20 | **15:01:22** 140:16 | **15:03:14** 142:15 |
| **14:57:27** 136:21 | **14:59:27** 138:21 | **15:01:26** 140:17 | **15:03:16** 142:16 |
| **14:57:29** 136:22 | **14:59:30** 138:22 | **15:01:31** 140:18 | **15:03:18** 142:17 |
| **14:57:31** 136:23 | **14:59:31** 138:23 | **15:01:38** 140:19 | **15:03:20** 142:18 |
| **14:57:32** 136:24 | **14:59:33** 138:24 | **15:01:42** 140:20 | **15:03:24** 142:19 |
| **14:57:33** 136:25 | **14:59:37** 138:25 | **15:01:44** 140:21 | **15:03:28** 142:20 |
| **14:57:35** 137:2 | **14:59:43** 139:2 | **15:01:46** 140:22 | **15:03:29** 142:21 |
| **14:57:41** 137:3 | **14:59:45** 139:3 | **15:01:50** 140:23 | **15:03:31** 142:22 |
| **14:57:44** 137:4 | **14:59:48** 139:4 | **15:01:51** 140:24 | **15:03:34** 142:23 |
| **14:57:47** 137:5 | **14:59:50** 139:5 | **15:01:53** 140:25 | **15:03:38** 142:24 |
| **14:57:49** 137:6 | **14:59:52** 139:6 | **15:01:55** 141:2 | **15:03:41** 142:25 |
| **14:57:51** 137:7 | **14:59:55** 139:7 | **15:01:56** 141:3 | **15:03:45** 143:2 |
| **14:57:52** 137:8 | **14:59:59** 139:8 | **15:01:57** 141:4 | **15:03:48** 143:3 |
| **14:57:54** 137:9 | **15** 157:19 178:10 | **15:01:59** 141:5 | **15:03:53** 143:4 |
| **14:57:56** 137:10 | 185:17 | **15:02:01** 141:6 | **15:03:55** 143:5 |
| **14:57:58** 137:11 | **15:00:04** 139:9 | **15:02:05** 141:7 | **15:04:00** 143:6 |
| **14:57:59** 137:12 | **15:00:05** 139:10 | **15:02:07** 141:8 | **15:04:07** 143:7 |
| **14:58:01** 137:13 | **15:00:07** 139:11 | **15:02:08** 141:9 | **15:04:12** 143:8 |
| **14:58:02** 137:14 | **15:00:08** 139:12 | **15:02:09** 141:10 | **15:04:14** 143:9 |
| **14:58:03** 137:15 | **15:00:11** 139:13,14 | **15:02:10** 141:11 | **15:04:16** 143:10 |
| **14:58:06** 137:16 | **15:00:12** 139:15 | **15:02:12** 141:12 | **15:04:17** 143:11 |
| **14:58:08** 137:17 | **15:00:16** 139:16 | **15:02:14** 141:13 | **15:04:18** 143:12,13 |
| **14:58:10** 137:18 | **15:00:18** 139:17 | **15:02:17** 141:14 | **15:04:19** 143:14 |
| **14:58:13** 137:19 | **15:00:19** 139:18 | **15:02:19** 141:15 | **15:04:27** 143:15 |
| **14:58:17** 137:20 | **15:00:25** 139:19 | **15:02:20** 141:16 | **15:04:29** 143:16 |
| **14:58:22** 137:21 | **15:00:27** 139:20 | **15:02:24** 141:17 | **15:04:32** 143:17 |
| **14:58:25** 137:22 | **15:00:32** 139:21 | **15:02:25** 141:18,19 | **15:04:35** 143:18 |
| **14:58:26** 137:23 | **15:00:34** 139:22 | **15:02:26** 141:20 | **15:04:37** 143:19 |
| **14:58:30** 137:24 | **15:00:36** 139:23 | **15:02:29** 141:21 | **15:04:41** 143:20 |

| | | | |
|---|---|---|---|
| **15:04:43** 143:21 | **15:06:36** 145:21 | **15:08:11** 147:21 | **15:09:58** 149:20,21 |
| **15:04:46** 143:22 | **15:06:39** 145:22,23 | **15:08:14** 147:22 | **15:10:00** 149:22 |
| **15:04:50** 143:23 | **15:06:40** 145:24 | **15:08:16** 147:23 | **15:10:02** 149:23 |
| **15:04:53** 143:24 | **15:06:41** 145:25 | **15:08:18** 147:24 | **15:10:06** 149:24 |
| **15:04:57** 143:25 | **15:06:46** 146:2 | **15:08:21** 147:25 | **15:10:08** 149:25 |
| **15:05:01** 144:2 | **15:06:47** 146:3 | **15:08:22** 148:2 | **15:10:09** 150:2 |
| **15:05:04** 144:3 | **15:06:49** 146:4 | **15:08:24** 148:3 | **15:10:10** 150:3 |
| **15:05:07** 144:4 | **15:06:50** 146:5 | **15:08:26** 148:4 | **15:10:15** 150:4 |
| **15:05:09** 144:5 | **15:06:56** 146:6 | **15:08:28** 148:5 | **15:10:18** 150:5 |
| **15:05:12** 144:6 | **15:06:59** 146:7 | **15:08:29** 148:6 | **15:10:24** 150:6 |
| **15:05:13** 144:7 | **15:07:01** 146:8 | **15:08:30** 148:7 | **15:10:27** 150:7 |
| **15:05:14** 144:8 | **15:07:02** 146:9 | **15:08:31** 148:8 | **15:10:31** 150:8 |
| **15:05:15** 144:9,10 | **15:07:03** 146:10 | **15:08:34** 148:9 | **15:10:33** 150:9 |
| **15:05:17** 144:11 | **15:07:04** 146:11 | **15:08:35** 148:10,11 | **15:10:38** 150:10 |
| **15:05:20** 144:12 | **15:07:05** 146:12 | **15:08:37** 148:12 | **15:10:39** 150:11 |
| **15:05:21** 144:13,14 | **15:07:07** 146:13,14 | **15:08:39** 148:13 | **15:10:41** 150:12 |
| **15:05:24** 144:15 | **15:07:10** 146:15 | **15:08:40** 148:14 | **15:10:43** 150:13 |
| **15:05:27** 144:16 | **15:07:11** 146:16 | **15:08:41** 148:15 | **15:10:44** 150:14 |
| **15:05:29** 144:17 | **15:07:14** 146:17 | **15:08:42** 148:16 | **15:10:45** 150:15 |
| **15:05:32** 144:18 | **15:07:17** 146:18 | **15:08:43** 148:17 | **15:10:46** 150:16 |
| **15:05:34** 144:19 | **15:07:19** 146:19 | **15:08:47** 148:18 | **15:10:47** 150:17 |
| **15:05:36** 144:20 | **15:07:22** 146:20 | **15:08:48** 148:19 | **15:10:50** 150:18 |
| **15:05:38** 144:21 | **15:07:25** 146:21 | **15:08:52** 148:20 | **15:10:52** 150:19,20 |
| **15:05:40** 144:22 | **15:07:27** 146:22 | **15:08:57** 148:21 | **15:10:54** 150:21 |
| **15:05:42** 144:23 | **15:07:29** 146:23 | **15:08:58** 148:22 | **15:10:56** 150:22 |
| **15:05:47** 144:24 | **15:07:31** 146:24 | **15:09:01** 148:23 | **15:10:58** 150:23 |
| **15:05:49** 144:25 | **15:07:32** 146:25 | **15:09:05** 148:24 | **15:11:14** 150:24 |
| **15:05:51** 145:2 | **15:07:35** 147:2 | **15:09:06** 148:25 | **15:11:15** 150:25 |
| **15:05:52** 145:3,4 | **15:07:38** 147:3 | **15:09:09** 149:2 | **15:11:18** 151:2 |
| **15:05:54** 145:5 | **15:07:39** 147:4 | **15:09:10** 149:3 | **15:11:21** 151:3 |
| **15:05:55** 145:6 | **15:07:42** 147:5 | **15:09:12** 149:4 | **15:11:28** 151:4,5,6,7 |
| **15:05:56** 145:7 | **15:07:44** 147:6 | **15:09:13** 149:5 | **15:11:31** 151:8,9 |
| **15:06:00** 145:8 | **15:07:45** 147:7 | **15:09:17** 149:6 | **15:11:32** 151:10 |
| **15:06:01** 145:9 | **15:07:46** 147:8 | **15:09:19** 149:7 | **15:11:33** 151:11 |
| **15:06:02** 145:10 | **15:07:48** 147:9 | **15:09:21** 149:8 | **15:11:34** 151:12,13 |
| **15:06:06** 145:11 | **15:07:49** 147:10 | **15:09:25** 149:9 | **15:12:25** 151:14 |
| **15:06:11** 145:12 | **15:07:50** 147:11,12 | **15:09:28** 149:10 | **15:12:26** 151:15 |
| **15:06:12** 145:13 | **15:07:52** 147:13 | **15:09:31** 149:11 | **15:12:28** 151:16 |
| **15:06:20** 145:14 | **15:07:53** 147:14 | **15:09:34** 149:12 | **15:12:29** 151:17 |
| **15:06:21** 145:15 | **15:07:56** 147:15 | **15:09:38** 149:13 | **15:12:31** 151:18 |
| **15:06:23** 145:16 | **15:07:59** 147:16 | **15:09:43** 149:14 | **15:12:33** 151:19 |
| **15:06:26** 145:17 | **15:08:02** 147:17 | **15:09:46** 149:15,16 | **15:12:37** 151:20 |
| **15:06:28** 145:18 | **15:08:06** 147:18 | **15:09:49** 149:17 | **15:12:40** 151:21 |
| **15:06:33** 145:19 | **15:08:08** 147:19 | **15:09:53** 149:18 | **15:12:43** 151:22 |
| **15:06:35** 145:20 | **15:08:09** 147:20 | **15:09:55** 149:19 | **15:12:44** 151:23 |

| | | | |
|---|---|---|---|
| **15:12:47** 151:24 | **15:14:40** 153:21 | **15:16:37** 155:20 | **15:19:08** 157:19 |
| **15:12:50** 151:25 | **15:14:43** 153:22 | **15:16:39** 155:21 | **15:19:12** 157:20 |
| **15:12:51** 152:2 | **15:14:44** 153:23 | **15:16:43** 155:22 | **15:19:13** 157:21 |
| **15:12:52** 152:3 | **15:14:45** 153:24 | **15:16:44** 155:23 | **15:19:16** 157:22 |
| **15:12:54** 152:4 | **15:14:48** 153:25 | **15:16:48** 155:24 | **15:19:18** 157:23 |
| **15:12:55** 152:5 | 154:2 | **15:17:04** 155:25 | **15:19:25** 157:24,25 |
| **15:12:57** 152:6 | **15:14:49** 154:3 | **15:17:06** 156:2 | **15:19:27** 158:2 |
| **15:13:01** 152:7 | **15:14:51** 154:4 | **15:17:12** 156:3 | **15:19:30** 158:3 |
| **15:13:02** 152:8 | **15:14:53** 154:5,6 | **15:17:16** 156:4 | **15:19:31** 158:4 |
| **15:13:06** 152:9 | **15:14:55** 154:7 | **15:17:20** 156:5 | **15:19:35** 158:5 |
| **15:13:10** 152:10 | **15:14:56** 154:8 | **15:17:26** 156:6 | **15:19:36** 158:6 |
| **15:13:14** 152:11 | **15:15:00** 154:9 | **15:17:33** 156:7 | **15:19:38** 158:7 |
| **15:13:16** 152:12 | **15:15:01** 154:10 | **15:17:34** 156:8,9 | **15:19:43** 158:8 |
| **15:13:17** 152:13 | **15:15:04** 154:11 | **15:17:38** 156:10 | **15:20:01** 158:9 |
| **15:13:19** 152:14 | **15:15:11** 154:12 | **15:17:41** 156:11 | **15:20:04** 158:10 |
| **15:13:22** 152:15 | **15:15:12** 154:13 | **15:17:45** 156:12 | **15:20:11** 158:11,12 |
| **15:13:26** 152:16 | **15:15:14** 154:14 | **15:17:50** 156:13 | **15:20:14** 158:13 |
| **15:13:31** 152:17 | **15:15:17** 154:15 | **15:17:54** 156:14 | **15:20:17** 158:14 |
| **15:13:33** 152:18 | **15:15:24** 154:16 | **15:17:57** 156:15 | **15:20:21** 158:15 |
| **15:13:36** 152:19 | **15:15:28** 154:17 | **15:17:59** 156:16 | **15:20:24** 158:16 |
| **15:13:38** 152:20 | **15:15:33** 154:18 | **15:18:02** 156:17,18 | **15:20:27** 158:17 |
| **15:13:41** 152:21 | **15:15:36** 154:19 | **15:18:03** 156:19 | **15:20:30** 158:18 |
| **15:13:44** 152:22 | **15:15:38** 154:20 | **15:18:07** 156:20 | **15:20:31** 158:19 |
| **15:13:46** 152:23 | **15:15:41** 154:21 | **15:18:16** 156:21 | **15:20:32** 158:20 |
| **15:13:47** 152:24 | **15:15:45** 154:22 | **15:18:17** 156:22 | **15:20:33** 158:21 |
| **15:13:48** 152:25 | **15:15:46** 154:23,24 | **15:18:18** 156:23 | **15:20:35** 158:22 |
| **15:13:53** 153:2 | **15:15:48** 154:25 | **15:18:19** 156:24 | **15:20:41** 158:23 |
| **15:13:55** 153:3 | **15:15:56** 155:2 | **15:18:21** 156:25 | **15:20:43** 158:24 |
| **15:13:58** 153:4 | **15:15:57** 155:3 | **15:18:22** 157:2 | **15:20:46** 158:25 |
| **15:14:01** 153:5 | **15:16:00** 155:4 | **15:18:25** 157:3 | **15:20:49** 159:2 |
| **15:14:04** 153:6 | **15:16:05** 155:5 | **15:18:27** 157:4 | **15:20:55** 159:3 |
| **15:14:07** 153:7 | **15:16:08** 155:6 | **15:18:30** 157:5 | **15:20:57** 159:4 |
| **15:14:08** 153:8 | **15:16:09** 155:7 | **15:18:33** 157:6 | **15:20:58** 159:5 |
| **15:14:10** 153:9 | **15:16:10** 155:8 | **15:18:35** 157:7 | **15:20:59** 159:6 |
| **15:14:12** 153:10 | **15:16:14** 155:9 | **15:18:37** 157:8 | **15:21:00** 159:7 |
| **15:14:14** 153:11 | **15:16:15** 155:10 | **15:18:39** 157:9 | **15:21:01** 159:8 |
| **15:14:16** 153:12 | **15:16:17** 155:11 | **15:18:42** 157:10 | **15:21:02** 159:9 |
| **15:14:20** 153:13 | **15:16:19** 155:12 | **15:18:45** 157:11 | **15:21:04** 159:10 |
| **15:14:22** 153:14 | **15:16:20** 155:13 | **15:18:48** 157:12 | **15:21:05** 159:11 |
| **15:14:24** 153:15 | **15:16:22** 155:14 | **15:18:50** 157:13 | **15:21:09** 159:12 |
| **15:14:27** 153:16 | **15:16:24** 155:15 | **15:18:54** 157:14 | **15:21:12** 159:13 |
| **15:14:30** 153:17 | **15:16:25** 155:16 | **15:18:56** 157:15 | **15:21:14** 159:14 |
| **15:14:32** 153:18 | **15:16:27** 155:17 | **15:19:00** 157:16 | **15:21:18** 159:15 |
| **15:14:33** 153:19 | **15:16:33** 155:18 | **15:19:03** 157:17 | **15:21:21** 159:16 |
| **15:14:37** 153:20 | **15:16:36** 155:19 | **15:19:05** 157:18 | **15:21:23** 159:17 |

| | | | |
|---|---|---|---|
| **15:21:26** 159:18 | **15:23:35** 161:18 | **15:25:32** 163:17 | **15:27:46** 165:14 |
| **15:21:28** 159:19 | **15:23:41** 161:19 | **15:25:33** 163:18 | **15:27:53** 165:15 |
| **15:21:30** 159:20 | **15:23:45** 161:20 | **15:25:34** 163:19 | **15:27:57** 165:16 |
| **15:21:31** 159:21 | **15:23:46** 161:21 | **15:25:46** 163:20 | **15:27:58** 165:17 |
| **15:21:33** 159:22 | **15:23:48** 161:22 | **15:25:48** 163:21 | **15:28:00** 165:18 |
| **15:21:34** 159:23 | **15:23:49** 161:23 | **15:25:52** 163:22 | **15:28:03** 165:19 |
| **15:21:37** 159:24 | **15:23:50** 161:24 | **15:25:57** 163:23 | **15:28:08** 165:20 |
| **15:21:40** 159:25 | **15:23:55** 161:25 | **15:25:59** 163:24 | **15:28:10** 165:21 |
| **15:21:42** 160:2 | **15:23:59** 162:2 | **15:26:02** 163:25 | **15:28:12** 165:22 |
| **15:21:45** 160:3 | **15:24:02** 162:3 | **15:26:03** 164:2 | **15:28:16** 165:23 |
| **15:21:49** 160:4 | **15:24:08** 162:4 | **15:26:06** 164:3 | **15:28:19** 165:24 |
| **15:21:51** 160:5 | **15:24:09** 162:5 | **15:26:09** 164:4 | **15:28:21** 165:25 |
| **15:21:52** 160:6 | **15:24:10** 162:6 | **15:26:13** 164:5 | **15:28:29** 166:2 |
| **15:21:57** 160:7 | **15:24:12** 162:7 | **15:26:14** 164:6 | **15:28:41** 166:3 |
| **15:22:00** 160:8 | **15:24:15** 162:8 | **15:26:17** 164:7 | **15:28:45** 166:4 |
| **15:22:01** 160:9 | **15:24:17** 162:9 | **15:26:24** 164:8 | **15:28:47** 166:5 |
| **15:22:02** 160:10 | **15:24:18** 162:10 | **15:26:28** 164:9 | **15:28:49** 166:6 |
| **15:22:04** 160:11 | **15:24:19** 162:11 | **15:26:30** 164:10 | **15:28:50** 166:7 |
| **15:22:07** 160:12 | **15:24:21** 162:12 | **15:26:34** 164:11 | **15:28:51** 166:8 |
| **15:22:13** 160:13,14 | **15:24:23** 162:13 | **15:26:36** 164:12 | **15:28:52** 166:9 |
| **15:22:14** 160:15 | **15:24:26** 162:14 | **15:26:40** 164:13 | **15:28:53** 166:10 |
| **15:22:15** 160:16 | **15:24:29** 162:15 | **15:26:41** 164:14 | **15:28:55** 166:11 |
| **15:22:23** 160:17 | **15:24:31** 162:16 | **15:26:43** 164:15 | **15:28:58** 166:12 |
| **15:22:26** 160:18 | **15:24:34** 162:17 | **15:26:44** 164:16 | **15:29:00** 166:13 |
| **15:22:32** 160:19 | **15:24:37** 162:18 | **15:26:46** 164:17 | **15:29:01** 166:14 |
| **15:22:33** 160:20 | **15:24:38** 162:19 | **15:26:50** 164:18 | **15:29:03** 166:15 |
| **15:22:38** 160:21 | **15:24:39** 162:20 | **15:26:53** 164:19 | **15:29:05** 166:16 |
| **15:22:39** 160:22 | **15:24:41** 162:21 | **15:26:54** 164:20 | **15:29:06** 166:17 |
| **15:22:42** 160:23 | **15:24:42** 162:22 | **15:26:56** 164:21 | **15:29:08** 166:18 |
| **15:22:44** 160:24 | **15:24:43** 162:23 | **15:27:02** 164:22 | **15:29:09** 166:19 |
| **15:22:47** 160:25 | **15:24:45** 162:24 | **15:27:05** 164:23 | **15:29:11** 166:20 |
| **15:22:51** 161:2 | **15:24:48** 162:25 | **15:27:09** 164:24 | **15:29:14** 166:21 |
| **15:22:53** 161:3 | **15:24:51** 163:2 | **15:27:11** 164:25 | **15:29:16** 166:22 |
| **15:22:57** 161:4,5 | **15:24:53** 163:3 | **15:27:14** 165:2 | **15:29:17** 166:23 |
| **15:23:00** 161:6 | **15:24:59** 163:4 | **15:27:15** 165:3 | **15:29:20** 166:24 |
| **15:23:03** 161:7 | **15:25:00** 163:5 | **15:27:18** 165:4 | **15:29:54** 166:25 |
| **15:23:10** 161:8 | **15:25:02** 163:6 | **15:27:22** 165:5 | 167:2 |
| **15:23:12** 161:9 | **15:25:04** 163:7,8 | **15:27:25** 165:6 | **15:29:56** 167:3,4 |
| **15:23:14** 161:10 | **15:25:06** 163:9 | **15:27:29** 165:7 | **15:29:58** 167:5 |
| **15:23:17** 161:11 | **15:25:10** 163:10 | **15:27:31** 165:8 | **15:33:17** 167:6 |
| **15:23:19** 161:12 | **15:25:12** 163:11 | **15:27:32** 165:9 | **15:43:51** 167:7 |
| **15:23:23** 161:13,14 | **15:25:14** 163:12 | **15:27:33** 165:10 | **15:43:58** 167:9 |
| **15:23:24** 161:15 | **15:25:25** 163:13 | **15:27:35** 165:11 | **15:44:00** 167:10 |
| **15:23:27** 161:16 | **15:25:27** 163:14 | **15:27:38** 165:12 | **15:44:02** 167:11 |
| **15:23:29** 161:17 | **15:25:31** 163:15,16 | **15:27:42** 165:13 | **15:44:04** 167:12 |

| | | | |
|---|---|---|---|
| **15:44:08** 167:13 | **15:52:56** 169:15 | **15:54:42** 171:15 | **15:56:57** 173:13 |
| **15:44:10** 167:14 | **15:52:57** 169:16 | **15:54:46** 171:16 | **15:57:02** 173:14 |
| **15:44:13** 167:15,16 | **15:53:00** 169:17 | **15:54:48** 171:17 | **15:57:03** 173:15 |
| **15:44:15** 167:17,18 | **15:53:01** 169:18 | **15:54:51** 171:18 | **15:57:05** 173:16 |
| 167:19 | **15:53:04** 169:19 | **15:54:54** 171:19 | **15:57:08** 173:17 |
| **15:44:23** 167:20,21 | **15:53:05** 169:20,21 | **15:54:59** 171:20 | **15:57:09** 173:18,19 |
| **15:44:25** 167:22 | **15:53:06** 169:22 | **15:55:01** 171:21 | 173:20,21,22 |
| **15:51:11** 167:23 | **15:53:09** 169:23 | **15:55:03** 171:22 | **15:57:10** 173:23 |
| **15:51:26** 167:24 | **15:53:11** 169:24 | **15:55:07** 171:23 | **15:57:12** 173:24 |
| **15:51:27** 168:2 | **15:53:12** 169:25 | **15:55:08** 171:24 | **15:57:15** 173:25 |
| **15:51:29** 168:3 | **15:53:13** 170:2 | **15:55:10** 171:25 | 174:2 |
| **15:51:30** 168:4 | **15:53:16** 170:3 | **15:55:11** 172:2 | **15:57:17** 174:3 |
| **15:51:31** 168:5 | **15:53:17** 170:4,5 | **15:55:12** 172:3 | **15:57:19** 174:4 |
| **15:51:36** 168:6 | **15:53:20** 170:6 | **15:55:15** 172:4,5 | **15:57:22** 174:5 |
| **15:51:38** 168:7 | **15:53:23** 170:7 | **15:55:17** 172:6 | **15:57:25** 174:6 |
| **15:51:42** 168:8 | **15:53:25** 170:8 | **15:55:20** 172:7 | **15:57:26** 174:7 |
| **15:51:43** 168:9 | **15:53:27** 170:9 | **15:55:21** 172:8 | **15:57:27** 174:8 |
| **15:51:44** 168:10 | **15:53:29** 170:10 | **15:55:22** 172:9 | **15:57:29** 174:9 |
| **15:51:48** 168:11 | **15:53:31** 170:11 | **15:55:23** 172:10 | **15:57:32** 174:10,11 |
| **15:51:49** 168:12 | **15:53:32** 170:12 | **15:55:27** 172:11 | **15:57:34** 174:12 |
| **15:51:51** 168:13 | **15:53:35** 170:13 | **15:55:32** 172:12 | **15:57:35** 174:13 |
| **15:51:53** 168:14 | **15:53:38** 170:14 | **15:55:34** 172:13 | **15:57:39** 174:14 |
| **15:51:56** 168:15 | **15:53:41** 170:15 | **15:55:36** 172:14 | **15:57:40** 174:15 |
| **15:52:00** 168:16 | **15:53:47** 170:16 | **15:55:39** 172:15 | **15:58:01** 174:16 |
| **15:52:05** 168:17 | **15:53:48** 170:17 | **15:55:44** 172:16 | **15:58:02** 174:17 |
| **15:52:08** 168:18 | **15:53:49** 170:18 | **15:55:49** 172:17 | **15:58:04** 174:18 |
| **15:52:11** 168:19 | **15:53:50** 170:19 | **15:55:53** 172:18 | **15:58:06** 174:19,20 |
| **15:52:12** 168:20 | **15:53:51** 170:20 | **15:56:07** 172:19 | **15:58:09** 174:21,22 |
| **15:52:14** 168:21,22 | **15:53:55** 170:21 | **15:56:08** 172:20 | **15:58:10** 174:23 |
| **15:52:16** 168:23 | **15:53:57** 170:22 | **15:56:11** 172:21 | **15:58:19** 174:24 |
| **15:52:17** 168:24 | **15:53:59** 170:23 | **15:56:13** 172:22 | **15:58:21** 174:25 |
| **15:52:18** 168:25 | **15:54:01** 170:24 | **15:56:15** 172:23 | **15:58:23** 175:2,3 |
| **15:52:21** 169:2 | **15:54:03** 170:25 | **15:56:17** 172:24 | **15:58:25** 175:4 |
| **15:52:24** 169:3 | **15:54:05** 171:2 | **15:56:20** 172:25 | **15:58:26** 175:5 |
| **15:52:27** 169:4 | **15:54:08** 171:3 | **15:56:21** 173:2 | **15:58:29** 175:6 |
| **15:52:31** 169:5 | **15:54:10** 171:4 | **15:56:27** 173:3 | **15:58:30** 175:7 |
| **15:52:33** 169:6 | **15:54:12** 171:5 | **15:56:30** 173:4 | **15:58:34** 175:8 |
| **15:52:35** 169:7 | **15:54:13** 171:6 | **15:56:33** 173:5 | **15:58:38** 175:9 |
| **15:52:40** 169:8 | **15:54:16** 171:7 | **15:56:37** 173:6 | **15:58:41** 175:10 |
| **15:52:41** 169:9 | **15:54:18** 171:8 | **15:56:38** 173:7 | **15:58:42** 175:11 |
| **15:52:43** 169:10 | **15:54:28** 171:9 | **15:56:40** 173:8 | **15:58:44** 175:12 |
| **15:52:45** 169:11 | **15:54:30** 171:10 | **15:56:43** 173:9 | **15:58:46** 175:13 |
| **15:52:46** 169:12 | **15:54:34** 171:11,12 | **15:56:49** 173:10 | **15:58:48** 175:14 |
| **15:52:52** 169:13 | **15:54:35** 171:13 | **15:56:50** 173:11 | **15:58:54** 175:15 |
| **15:52:53** 169:14 | **15:54:40** 171:14 | **15:56:53** 173:12 | **15:58:56** 175:16 |

| | | | |
|---|---|---|---|
| **15:59:00** 175:17 | **16:01:45** 177:21 | **16:04:03** 180:3 | **16:08:17** 182:4 |
| **15:59:03** 175:18 | **16:01:48** 177:22,23 | **16:04:07** 180:4 | **16:08:22** 182:5 |
| **15:59:06** 175:19 | **16:01:49** 177:24 | **16:04:08** 180:5 | **16:08:28** 182:6 |
| **15:59:09** 175:20 | **16:01:52** 177:25 | **16:04:12** 180:6,7 | **16:08:35** 182:7 |
| **15:59:18** 175:21 | **16:01:53** 178:2 | **16:04:14** 180:8 | **16:08:38** 182:8 |
| **15:59:20** 175:22,23 | **16:01:55** 178:3 | **16:04:16** 180:9 | **16:08:41** 182:9 |
| **15:59:22** 175:24 | **16:01:56** 178:4 | **16:04:17** 180:10 | **16:08:43** 182:10 |
| **15:59:27** 175:25 | **16:01:58** 178:5 | **16:04:18** 180:11 | **16:08:45** 182:11 |
| **15:59:31** 176:2 | **16:02:00** 178:6 | **16:04:21** 180:12 | **16:08:47** 182:12 |
| **15:59:37** 176:3 | **16:02:01** 178:7 | **16:04:25** 180:13 | **16:08:48** 182:13 |
| **15:59:39** 176:4 | **16:02:02** 178:8 | **16:04:29** 180:14 | **16:08:50** 182:14 |
| **15:59:42** 176:5 | **16:02:05** 178:9 | **16:04:30** 180:15,16 | **16:08:52** 182:15 |
| **15:59:46** 176:6 | **16:02:07** 178:10 | 180:17 | **16:08:55** 182:16 |
| **15:59:48** 176:7 | **16:02:11** 178:11 | **16:05:03** 180:18 | **16:08:57** 182:17 |
| **15:59:51** 176:8 | **16:02:14** 178:12 | **16:05:04** 180:19 | **16:08:59** 182:18 |
| **15:59:53** 176:9 | **16:02:16** 178:13,14 | **16:05:06** 180:20 | **16:09:01** 182:19 |
| **15:59:54** 176:10,11 | 178:15,16,17 | **16:05:08** 180:21 | **16:09:02** 182:20 |
| 176:12,13 | **16:02:38** 178:19 | **16:05:09** 180:22,23 | **16:09:03** 182:21 |
| **151** 217:22 | **16:02:39** 178:20 | **16:05:21** 180:24 | **16:09:04** 182:22 |
| **16** 197:13 | **16:02:41** 178:21 | **16:07:16** 180:25 | **16:09:05** 182:23 |
| **16:00:07** 176:14 | **16:02:42** 178:22 | **16:07:17** 181:2 | **16:09:06** 182:24 |
| **16:00:08** 176:15 | **16:02:43** 178:23 | **16:07:20** 181:3 | **16:09:08** 182:25 |
| **16:00:17** 176:16 | **16:02:47** 178:24,25 | **16:07:21** 181:4 | **16:09:10** 183:2 |
| **16:00:46** 176:17 | **16:02:48** 179:2,3 | **16:07:25** 181:5 | **16:09:11** 183:3 |
| **16:00:47** 176:18 | **16:02:50** 179:4 | **16:07:27** 181:6 | **16:09:12** 183:4 |
| **16:00:49** 176:19 | **16:02:53** 179:5,6 | **16:07:28** 181:7 | **16:09:13** 183:5 |
| **16:00:52** 176:20 | **16:02:55** 179:7 | **16:07:30** 181:8 | **16:09:14** 183:6 |
| **16:00:56** 176:21 | **16:02:57** 179:8 | **16:07:32** 181:9 | **16:09:16** 183:7,8 |
| **16:00:57** 176:22 | **16:02:58** 179:9 | **16:07:34** 181:10 | **16:09:18** 183:9 |
| **16:00:59** 176:23 | **16:03:19** 179:10 | **16:07:35** 181:11 | **16:09:19** 183:10 |
| **16:01:00** 176:24,25 | **16:03:23** 179:11 | **16:07:36** 181:12,13 | **16:09:21** 183:11 |
| **16:01:03** 177:2 | **16:03:24** 179:12 | **16:07:37** 181:14 | **16:09:24** 183:12 |
| **16:01:07** 177:3 | **16:03:25** 179:13 | **16:07:39** 181:15 | **16:09:28** 183:13,14 |
| **16:01:08** 177:4 | **16:03:26** 179:14 | **16:07:40** 181:16 | **16:09:30** 183:15 |
| **16:01:12** 177:5 | **16:03:31** 179:15 | **16:07:44** 181:17 | **16:09:33** 183:16 |
| **16:01:13** 177:6 | **16:03:33** 179:16 | **16:07:47** 181:18 | **16:09:46** 183:17 |
| **16:01:17** 177:7 | **16:03:36** 179:17 | **16:07:49** 181:19 | **16:09:47** 183:18 |
| **16:01:19** 177:8,9,10 | **16:03:39** 179:18,19 | **16:07:52** 181:20 | **16:09:49** 183:19 |
| 177:11,12,13 | **16:03:42** 179:20 | **16:07:54** 181:21 | **16:09:52** 183:20 |
| **16:01:23** 177:14 | **16:03:43** 179:21 | **16:07:55** 181:22 | **16:09:53** 183:21 |
| **16:01:35** 177:15,16 | **16:03:46** 179:22 | **16:08:00** 181:23 | **16:09:54** 183:22 |
| **16:01:37** 177:17 | **16:03:48** 179:23 | **16:08:02** 181:24 | **16:09:58** 183:23 |
| **16:01:38** 177:18 | **16:03:51** 179:24 | **16:08:03** 181:25 | **16:10:01** 183:24 |
| **16:01:39** 177:19 | **16:03:53** 179:25 | **16:08:12** 182:2 | **16:10:03** 183:25 |
| **16:01:43** 177:20 | **16:03:55** 180:2 | **16:08:15** 182:3 | 184:2 |

| | | | |
|---|---|---|---|
| **16:10:05** 184:3 | **16:12:15** 186:2 | **16:15:34** 188:3 | **16:19:01** 189:25 |
| **16:10:08** 184:4 | **16:12:22** 186:3 | **16:15:36** 188:4 | 190:2 |
| **16:10:14** 184:5 | **16:12:26** 186:4,5 | **16:15:41** 188:5 | **16:19:05** 190:3 |
| **16:10:18** 184:6 | **16:12:28** 186:6 | **16:15:42** 188:6 | **16:33:21** 190:4 |
| **16:10:23** 184:7 | **16:12:29** 186:7 | **16:15:43** 188:7 | **16:33:22** 190:5 |
| **16:10:26** 184:8 | **16:12:30** 186:8 | **16:15:44** 188:8 | **16:33:35** 190:6 |
| **16:10:28** 184:9 | **16:12:52** 186:9,10 | **16:15:48** 188:9 | **16:33:37** 190:7,8 |
| **16:10:34** 184:10 | **16:13:00** 186:11 | **16:15:56** 188:10 | **16:33:39** 190:9 |
| **16:10:38** 184:11 | **16:13:02** 186:12 | **16:16:01** 188:11 | **16:33:41** 190:10 |
| **16:10:41** 184:12 | **16:13:07** 186:13 | **16:16:07** 188:12 | **16:33:44** 190:11 |
| **16:10:43** 184:13 | **16:13:16** 186:14 | **16:16:13** 188:13 | **16:33:47** 190:12 |
| **16:10:47** 184:14 | **16:13:20** 186:15 | **16:16:25** 188:14 | **16:33:50** 190:13 |
| **16:10:48** 184:15 | **16:13:21** 186:16 | **16:16:37** 188:15 | **16:33:55** 190:14 |
| **16:10:49** 184:16 | **16:13:23** 186:17,18 | **16:16:38** 188:16 | **16:33:58** 190:15 |
| **16:10:51** 184:17 | **16:14:08** 186:19 | **16:16:39** 188:17 | **16:34:00** 190:16 |
| **16:10:52** 184:18 | **16:14:11** 186:20 | **16:16:42** 188:18 | **16:34:02** 190:17 |
| **16:10:53** 184:19 | **16:14:14** 186:21 | **16:16:47** 188:19 | **16:34:08** 190:18 |
| **16:10:56** 184:20 | **16:14:17** 186:22 | **16:16:48** 188:20 | **16:34:13** 190:19 |
| **16:10:57** 184:21 | **16:14:21** 186:23 | **16:16:50** 188:21 | **16:34:15** 190:20 |
| **16:10:58** 184:22 | **16:14:25** 186:24 | **16:16:51** 188:22 | **16:34:18** 190:21 |
| **16:11:00** 184:23 | **16:14:26** 186:25 | **16:16:52** 188:23 | **16:34:23** 190:22 |
| **16:11:07** 184:24 | 187:2 | **16:16:56** 188:24 | **16:34:25** 190:23 |
| **16:11:09** 184:25 | **16:14:28** 187:3 | **16:16:58** 188:25 | **16:34:30** 190:24 |
| **16:11:10** 185:2 | **16:14:29** 187:4 | **16:17:03** 189:2 | **16:34:33** 190:25 |
| **16:11:11** 185:3 | **16:14:30** 187:5 | **16:17:06** 189:3 | **16:34:34** 191:2 |
| **16:11:14** 185:4,5 | **16:14:32** 187:6 | **16:17:07** 189:4,5 | **16:34:37** 191:3,4 |
| **16:11:15** 185:6 | **16:14:34** 187:7 | **16:17:09** 189:6 | **16:34:38** 191:5,6 |
| **16:11:25** 185:7,8 | **16:14:35** 187:8 | **16:17:10** 189:7 | **16:34:41** 191:7 |
| **16:11:27** 185:9 | **16:14:37** 187:9,10 | **16:17:19** 189:8 | **16:34:43** 191:8 |
| **16:11:28** 185:10 | **16:14:38** 187:11 | **16:17:21** 189:9 | **16:34:44** 191:9 |
| **16:11:30** 185:11 | **16:14:41** 187:12 | **16:17:23** 189:10 | **16:34:47** 191:10 |
| **16:11:33** 185:12 | **16:14:43** 187:13 | **16:17:27** 189:11 | **16:34:50** 191:11 |
| **16:11:36** 185:13 | **16:14:45** 187:14 | **16:17:29** 189:12 | **16:34:53** 191:12 |
| **16:11:42** 185:14 | **16:14:46** 187:15 | **16:17:34** 189:13 | **16:34:54** 191:13 |
| **16:11:43** 185:15 | **16:14:50** 187:16 | **16:17:38** 189:14 | **16:34:56** 191:14 |
| **16:11:45** 185:16 | **16:14:51** 187:17 | **16:17:40** 189:15 | **16:35:01** 191:15 |
| **16:11:49** 185:17 | **16:14:52** 187:18 | **16:17:43** 189:16 | **16:35:05** 191:16 |
| **16:11:52** 185:18 | **16:14:54** 187:19 | **16:17:46** 189:17 | **16:35:11** 191:17 |
| **16:11:53** 185:19 | **16:14:55** 187:20 | **16:17:48** 189:18 | **16:35:15** 191:18 |
| **16:11:57** 185:20 | **16:14:57** 187:21 | **16:17:52** 189:19 | **16:35:22** 191:19 |
| **16:11:58** 185:21 | **16:15:00** 187:22 | **16:17:53** 189:20 | **16:35:27** 191:20 |
| **16:12:05** 185:22 | **16:15:12** 187:23 | **16:17:58** 189:21 | **16:35:29** 191:21 |
| **16:12:07** 185:23 | **16:15:15** 187:24 | **16:17:59** 189:22 | **16:35:37** 191:22 |
| **16:12:09** 185:24 | **16:15:18** 187:25 | **16:18:58** 189:23 | **16:35:41** 191:23 |
| **16:12:11** 185:25 | **16:15:29** 188:2 | **16:18:59** 189:24 | **16:35:44** 191:24 |

| | | | |
|---|---|---|---|
| **16:35:51** 191:25 | **16:38:39** 193:25 | **16:40:53** 195:22 | **16:45:05** 197:23 |
| **16:36:01** 192:2 | 194:2 | **16:40:55** 195:23 | **16:45:06** 197:24 |
| **16:36:08** 192:3 | **16:38:42** 194:3 | **16:41:00** 195:24 | **16:45:07** 197:25 |
| **16:36:17** 192:4 | **16:38:43** 194:4 | **16:41:04** 195:25 | **16:45:08** 198:2,3 |
| **16:36:23** 192:5 | **16:38:47** 194:5 | **16:41:05** 196:2 | **16:45:11** 198:4 |
| **16:36:26** 192:6 | **16:38:48** 194:6 | **16:41:07** 196:3 | **16:45:13** 198:5,6 |
| **16:36:31** 192:7 | **16:38:50** 194:7 | **16:41:10** 196:4 | **16:45:15** 198:7 |
| **16:36:35** 192:8 | **16:38:51** 194:8 | **16:41:11** 196:5,6 | **16:45:16** 198:8 |
| **16:36:38** 192:9 | **16:38:52** 194:9 | **16:41:12** 196:7 | **16:45:21** 198:9 |
| **16:36:43** 192:10 | **16:38:55** 194:10 | **16:41:40** 196:8 | **16:45:22** 198:10 |
| **16:36:44** 192:11 | **16:39:02** 194:11 | **16:41:43** 196:9 | **16:45:23** 198:11 |
| **16:36:48** 192:12 | **16:39:03** 194:12 | **16:41:47** 196:10 | **16:45:27** 198:12 |
| **16:36:51** 192:13 | **16:39:04** 194:13 | **16:41:50** 196:11 | **16:45:31** 198:13,14 |
| **16:36:52** 192:14 | **16:39:16** 194:14 | **16:41:57** 196:12 | **16:45:32** 198:15 |
| **16:36:55** 192:15 | **16:39:30** 194:15 | **16:42:02** 196:13 | **16:45:33** 198:16 |
| **16:36:58** 192:16 | **16:39:31** 194:16 | **16:42:13** 196:14 | **16:45:34** 198:17 |
| **16:37:06** 192:17 | **16:39:37** 194:17 | **16:42:20** 196:15 | **16:45:39** 198:18 |
| **16:37:09** 192:18 | **16:39:43** 194:18 | **16:42:23** 196:16 | **16:45:40** 198:19 |
| **16:37:11** 192:19 | **16:39:47** 194:19 | **16:42:31** 196:17 | **16:45:44** 198:20 |
| **16:37:13** 192:20 | **16:39:51** 194:20 | **16:42:34** 196:18 | **16:45:45** 198:21 |
| **16:37:17** 192:21 | **16:39:53** 194:21 | **16:42:38** 196:19,20 | **16:45:47** 198:22 |
| **16:37:21** 192:22 | **16:39:59** 194:22 | **16:42:39** 196:21 | **16:45:49** 198:23 |
| **16:37:26** 192:23 | **16:40:01** 194:23 | **16:42:42** 196:22 | **16:45:50** 198:24 |
| **16:37:29** 192:24 | **16:40:06** 194:24 | **16:42:47** 196:23 | **16:45:51** 198:25 |
| **16:37:33** 192:25 | **16:40:09** 194:25 | **16:42:50** 196:24 | **16:45:53** 199:2 |
| **16:37:37** 193:2 | **16:40:13** 195:2 | **16:43:19** 196:25 | **16:45:55** 199:3,4 |
| **16:37:42** 193:3 | **16:40:15** 195:3 | **16:43:20** 197:2 | **16:45:56** 199:5 |
| **16:37:43** 193:4 | **16:40:18** 195:4 | **16:43:25** 197:3 | **16:45:57** 199:6 |
| **16:37:47** 193:5 | **16:40:19** 195:5 | **16:43:37** 197:4 | **16:45:58** 199:7 |
| **16:37:51** 193:6,7 | **16:40:21** 195:6 | **16:43:41** 197:5 | **16:46:02** 199:8 |
| **16:37:57** 193:8,9 | **16:40:22** 195:7 | **16:43:47** 197:6 | **16:46:06** 199:9 |
| **16:37:58** 193:10 | **16:40:23** 195:8 | **16:43:50** 197:7 | **16:46:12** 199:10 |
| **16:37:59** 193:11 | **16:40:25** 195:9 | **16:43:51** 197:8,9,10 | **16:46:16** 199:11 |
| **16:38:00** 193:12 | **16:40:28** 195:10 | **16:44:22** 197:11 | **16:46:19** 199:12 |
| **16:38:02** 193:13 | **16:40:30** 195:11 | **16:44:23** 197:12 | **16:46:22** 199:13 |
| **16:38:08** 193:14 | **16:40:33** 195:12 | **16:44:24** 197:13 | **16:46:28** 199:14 |
| **16:38:13** 193:15 | **16:40:34** 195:13 | **16:44:27** 197:14 | **16:46:32** 199:15 |
| **16:38:19** 193:16 | **16:40:35** 195:14 | **16:44:36** 197:15 | **16:46:36** 199:16 |
| **16:38:21** 193:17 | **16:40:39** 195:15 | **16:44:40** 197:16 | **16:46:38** 199:17 |
| **16:38:25** 193:18 | **16:40:40** 195:16 | **16:44:46** 197:17 | **16:46:40** 199:18 |
| **16:38:29** 193:19 | **16:40:42** 195:17 | **16:45:00** 197:18 | **16:46:43** 199:19 |
| **16:38:30** 193:20 | **16:40:44** 195:18 | **16:45:01** 197:19 | **16:46:48** 199:20 |
| **16:38:32** 193:21,22 | **16:40:46** 195:19 | **16:45:02** 197:20 | **16:46:55** 199:21 |
| **16:38:35** 193:23 | **16:40:48** 195:20 | **16:45:03** 197:21 | **16:46:57** 199:22 |
| **16:38:37** 193:24 | **16:40:51** 195:21 | **16:45:04** 197:22 | **16:47:04** 199:23 |

| | | | |
|---|---|---|---|
| **16:47:08** 199:24 | **16:49:23** 202:4 | **16:53:30** 204:3 | **16:56:08** 206:4 |
| **16:47:11** 199:25 | **16:49:25** 202:5 | **16:54:01** 204:4 | **16:56:09** 206:5 |
| 200:2 | **16:49:28** 202:6 | **16:54:04** 204:5 | **16:56:13** 206:6 |
| **16:47:15** 200:3 | **16:49:38** 202:7 | **16:54:06** 204:6 | **16:56:15** 206:7 |
| **16:47:18** 200:4 | **16:49:39** 202:8 | **16:54:08** 204:7 | **16:56:16** 206:8 |
| **16:47:21** 200:5 | **16:49:49** 202:9 | **16:54:11** 204:8 | **16:56:18** 206:9 |
| **16:47:26** 200:6 | **16:51:06** 202:10 | **16:54:13** 204:9,10 | **16:56:22** 206:10 |
| **16:47:29** 200:7 | **16:51:08** 202:11 | 204:11 | **16:56:23** 206:11,12 |
| **16:47:34** 200:8 | **16:51:14** 202:12 | **16:54:17** 204:12 | **16:56:25** 206:13 |
| **16:47:35** 200:9 | **16:51:19** 202:13 | **16:54:20** 204:13 | **16:56:28** 206:14 |
| **16:47:36** 200:10 | **16:51:22** 202:14 | **16:54:23** 204:14 | **16:56:32** 206:15 |
| **16:47:40** 200:11 | **16:51:27** 202:15 | **16:54:26** 204:15 | **16:56:36** 206:16 |
| **16:47:42** 200:12 | **16:51:28** 202:16 | **16:54:32** 204:16 | **16:56:39** 206:17 |
| **16:47:44** 200:13 | **16:51:29** 202:17 | **16:54:35** 204:17 | **16:56:40** 206:18,19 |
| **16:47:45** 200:14 | **16:51:30** 202:18 | **16:54:40** 204:18 | **16:56:41** 206:20 |
| **16:47:46** 200:15 | **16:51:36** 202:19,20 | **16:54:43** 204:19 | **16:56:46** 206:21,22 |
| **16:47:47** 200:16,17 | **16:51:39** 202:21 | **16:54:44** 204:20 | **16:56:47** 206:23 |
| **16:48:04** 200:18 | **16:51:42** 202:22 | **16:54:45** 204:21 | **16:56:48** 206:24 |
| **16:48:06** 200:19,20 | **16:51:47** 202:23 | **16:54:48** 204:22 | **16:56:51** 206:25 |
| **16:48:12** 200:21 | **16:51:49** 202:24 | **16:54:49** 204:23 | **16:56:52** 207:2 |
| **16:48:14** 200:22 | **16:51:56** 202:25 | **16:54:52** 204:24 | **16:56:54** 207:3 |
| **16:48:18** 200:23 | **16:52:01** 203:2 | **16:54:55** 204:25 | **16:56:57** 207:4 |
| **16:48:24** 200:24 | **16:52:03** 203:3 | **16:54:56** 205:2,3 | **16:57:00** 207:5 |
| **16:48:27** 200:25 | **16:52:05** 203:4 | **16:54:58** 205:4 | **16:57:01** 207:6 |
| **16:48:37** 201:2 | **16:52:07** 203:5 | **16:55:00** 205:5 | **16:57:04** 207:7 |
| **16:48:41** 201:3 | **16:52:10** 203:6 | **16:55:01** 205:6 | **16:57:06** 207:8 |
| **16:48:44** 201:4,5 | **16:52:11** 203:7 | **16:55:03** 205:7 | **16:57:07** 207:9 |
| **16:48:45** 201:6 | **16:52:17** 203:8 | **16:55:08** 205:8 | **16:57:08** 207:10 |
| **16:48:49** 201:7 | **16:52:21** 203:9 | **16:55:11** 205:9 | **16:57:13** 207:11 |
| **16:48:50** 201:8 | **16:52:24** 203:10 | **16:55:16** 205:10 | **16:57:16** 207:12 |
| **16:48:52** 201:9 | **16:52:25** 203:11 | **16:55:18** 205:11 | **16:57:32** 207:13 |
| **16:48:57** 201:10 | **16:52:26** 203:12 | **16:55:19** 205:12 | **16:57:35** 207:14 |
| **16:48:58** 201:11 | **16:52:28** 203:13 | **16:55:20** 205:13 | **16:57:39** 207:15 |
| **16:49:00** 201:12 | **16:52:30** 203:14 | **16:55:21** 205:14 | **16:57:42** 207:16 |
| **16:49:01** 201:13 | **16:52:33** 203:15 | **16:55:23** 205:15 | **16:57:45** 207:17 |
| **16:49:02** 201:14 | **16:52:40** 203:16 | **16:55:25** 205:16 | **16:57:47** 207:18 |
| **16:49:03** 201:15,16 | **16:52:42** 203:17 | **16:55:30** 205:17 | **16:57:48** 207:19 |
| **16:49:04** 201:17 | **16:53:01** 203:18 | **16:55:32** 205:18 | **16:57:49** 207:20 |
| **16:49:06** 201:18 | **16:53:03** 203:19 | **16:55:34** 205:19 | **16:57:51** 207:21 |
| **16:49:10** 201:19,20 | **16:53:09** 203:20 | **16:55:35** 205:20,21 | **16:57:54** 207:22 |
| **16:49:12** 201:21 | **16:53:10** 203:21 | **16:55:44** 205:22 | **16:57:57** 207:23,24 |
| **16:49:13** 201:22,23 | **16:53:12** 203:22,23 | **16:55:54** 205:23,24 | **16:57:58** 207:25 |
| **16:49:15** 201:24,25 | **16:53:23** 203:24 | **16:56:01** 205:25 | **16:58:15** 208:2 |
| 202:2 | **16:53:24** 203:25 | **16:56:03** 206:2 | **16:58:18** 208:3 |
| **16:49:18** 202:3 | **16:53:26** 204:2 | **16:56:06** 206:3 | **16:58:24** 208:4 |

| | | | |
|---|---|---|---|
| **16:58:28** 208:5 | **17:00:38** 210:3 | **17:03:06** 212:2 | **17:05:03** 213:24,25 |
| **16:58:31** 208:6 | **17:00:40** 210:4,5 | **17:03:09** 212:3 | **17:05:05** 214:2 |
| **16:58:32** 208:7 | **17:00:41** 210:6 | **17:03:12** 212:4 | **17:05:06** 214:3 |
| **16:58:33** 208:8 | **17:00:45** 210:7 | **17:03:15** 212:5 | **17:05:08** 214:4 |
| **16:58:35** 208:9 | **17:00:47** 210:8 | **17:03:17** 212:6 | **17:05:14** 214:5 |
| **16:58:39** 208:10 | **17:00:48** 210:9,10 | **17:03:18** 212:7 | **17:05:17** 214:6 |
| **16:58:46** 208:11 | **17:00:54** 210:11 | **17:03:20** 212:8 | **17:05:19** 214:7 |
| **16:58:47** 208:12 | **17:00:56** 210:12 | **17:03:22** 212:9 | **17:05:21** 214:8 |
| **16:58:48** 208:13 | **17:00:59** 210:13 | **17:03:25** 212:10 | **17:05:23** 214:9 |
| **16:58:50** 208:14 | **17:01:02** 210:14 | **17:03:29** 212:11 | **17:05:27** 214:10 |
| **16:58:51** 208:15 | **17:01:06** 210:15 | **17:03:31** 212:12 | **17:05:30** 214:11 |
| **16:58:56** 208:16 | **17:01:08** 210:16 | **17:03:33** 212:13 | **17:05:31** 214:12 |
| **16:58:59** 208:17 | **17:01:10** 210:17 | **17:03:34** 212:14 | **17:05:35** 214:13 |
| **16:59:02** 208:18 | **17:01:14** 210:18 | **17:03:35** 212:15 | **17:05:39** 214:14 |
| **16:59:07** 208:19 | **17:01:18** 210:19 | **17:03:37** 212:16 | **17:05:40** 214:15,16 |
| **16:59:10** 208:20 | **17:01:19** 210:20 | **17:03:38** 212:17,18 | **17:05:42** 214:17 |
| **16:59:13** 208:21 | **17:01:23** 210:21 | 212:19 | **17:05:43** 214:18 |
| **16:59:17** 208:22 | **17:01:25** 210:22 | **17:03:42** 212:20 | **17:05:46** 214:19 |
| **16:59:22** 208:23 | **17:01:29** 210:23 | **17:03:46** 212:21 | **17:05:48** 214:20 |
| **16:59:25** 208:24 | **17:01:34** 210:24 | **17:03:49** 212:22 | **17:05:50** 214:21 |
| **16:59:31** 208:25 | **17:01:36** 210:25 | **17:03:52** 212:23 | **17:05:52** 214:22 |
| 209:2 | **17:01:40** 211:2 | **17:03:55** 212:24 | **17:05:54** 214:23 |
| **16:59:33** 209:3 | **17:01:44** 211:3 | **17:03:57** 212:25 | **17:05:55** 214:24 |
| **16:59:37** 209:4 | **17:01:47** 211:4 | **17:03:59** 213:2 | **17:05:56** 214:25 |
| **16:59:40** 209:5 | **17:01:52** 211:5 | **17:04:03** 213:3 | 215:2,3,4,5 |
| **16:59:42** 209:6 | **17:01:57** 211:6 | **17:04:11** 213:4 | **17:05:59** 215:6 |
| **16:59:44** 209:7 | **17:02:03** 211:7 | **17:04:14** 213:5 | **17:06:00** 215:7 |
| **16:59:46** 209:8 | **17:02:04** 211:8 | **17:04:17** 213:6 | **17:06:01** 215:8 |
| **16:59:48** 209:9 | **17:02:06** 211:9 | **17:04:20** 213:7 | **17:06:02** 215:9,10 |
| **16:59:50** 209:10 | **17:02:08** 211:10 | **17:04:23** 213:8 | **17:06:03** 215:11,12 |
| **16:59:52** 209:11 | **17:02:13** 211:11 | **17:04:26** 213:9 | **17:06:04** 215:13 |
| **16:59:54** 209:12 | **17:02:18** 211:12 | **17:04:28** 213:10 | **17:06:05** 215:14 |
| **16:59:57** 209:13 | **17:02:19** 211:13 | **17:04:29** 213:11 | **17:06:10** 215:15 |
| **165** 197:13 | **17:02:24** 211:14 | **17:04:30** 213:12 | **173** 218:5 |
| **17** 81:5 | **17:02:30** 211:15 | **17:04:32** 213:13 | **176** 218:8 |
| **17:00:02** 209:14 | **17:02:33** 211:16 | **17:04:34** 213:14 | **177** 218:12 |
| **17:00:04** 209:15 | **17:02:35** 211:17 | **17:04:36** 213:15 | **178** 218:18 |
| **17:00:07** 209:16 | **17:02:39** 211:18 | **17:04:39** 213:16 | **18** 128:7 |
| **17:00:12** 209:17 | **17:02:44** 211:19 | **17:04:43** 213:17 | **18-month** 121:9 |
| **17:00:14** 209:18,19 | **17:02:48** 211:20 | **17:04:45** 213:18 | **180** 218:23 |
| **17:00:15** 209:20 | **17:02:53** 211:21 | **17:04:51** 213:19 | **19** 164:12 |
| **17:00:24** 209:21,22 | **17:02:55** 211:22 | **17:04:53** 213:20 | **197** 219:5 |
| **17:00:26** 209:23,24 | **17:02:58** 211:23 | **17:04:54** 213:21 | **1973** 88:24 |
| **17:00:28** 209:25 | **17:03:00** 211:24 | **17:04:57** 213:22 | **1976** 89:8,19 90:7 |
| **17:00:37** 210:2 | **17:03:04** 211:25 | **17:04:59** 213:23 | **1978** 91:25 |

**1980** 92:24
**1981** 71:5
**1983** 99:12 105:19
180:3
**1984** 94:8 205:16
**1985** 94:23 95:18
96:10,16,24
100:13 107:17
117:22 120:21
123:13 179:15
**1986** 119:10 120:22
**1988** 107:24 108:21
109:4 110:3 119:6
**1989** 110:3
**1991** 113:17,19
116:8
**1992** 42:4 43:10
48:11 49:23 53:14
82:20 83:18 86:23
87:12 116:13,16
121:2 124:5
127:10 171:18
**1993** 42:4 43:10
48:11 49:23 82:20
86:23 87:12 124:5
127:10 171:18
**1994** 121:6,20,23
122:11
**1995** 173:17 175:7
**1996** 183:6
**1998** 123:11 124:16
124:24 126:11,16
127:16 129:11
130:6 133:11
136:6,7 138:8
145:11 146:19
147:8,12 162:20
162:25 165:22
172:10 176:2
186:20 188:17
202:24
**1999** 130:6

———————
**2**
———————
**2** 67:14 73:13,22

76:5,13 78:19
217:15
**2:09** 104:2
**2:14** 104:5
**2:25** 115:8,11
**2:41** 131:5
**2:52** 131:8
**20** 71:2 109:21,23
110:12,13 111:6,8
111:10 125:18,20
176:2 204:24
**200** 220:4
**2000** 138:12,14
142:11,15 143:6
143:17 144:4
145:11 146:19
147:12 158:9,9,22
159:2,16 160:17
162:20,25 163:16
163:17 165:22,25
172:10 186:20
188:18 196:16
200:22,23 202:4
202:25 205:9
206:4,9
**2001** 161:11
**2007** 177:7
**2008** 32:19,20,21
34:8,18 67:16 68:5
78:18 79:11
151:24 169:10
178:10 190:12
193:18 199:15
210:17
**2009** 1:16 4:7
216:22 217:2
220:6,23 221:20
**204** 217:7
**210** 217:7
**212** 217:8
**215** 217:8
**23:59:57** 130:21
141:22 178:18
**24** 102:6
**25** 98:18 101:20

204:24
**27** 173:16 175:7
**27th** 121:18
**29** 2:4
**29th** 23:15 136:14

———————
**3**
———————
**3** 76:8 131:9 190:11
210:16 217:17
**3-8394** 173:9,20
177:4,11 178:12
178:16 218:7,15
218:21
**3:03** 32:19 67:16
68:5,18 78:19
79:12
**3:29** 167:4
**3:30** 68:7
**3:43** 167:7
**3:44** 167:21
**3:51** 167:24
**30** 71:2

———————
**4**
———————
**4** 78:11,20 80:4
168:17 179:15
190:6 217:19
**4:05** 180:23
**4:07** 181:2
**4:19** 190:2
**4:33** 190:5
**4:47** 200:17
**4:48** 200:20
**4:55** 205:21,24
**40s** 110:6
**425** 1:15 2:20 4:11
**450** 23:15 88:16
136:14 138:17

———————
**5**
———————
**5** 98:16,25 100:21
101:2,20 106:7,9
107:14 108:10
110:11 151:2,4
168:17 177:7

217:6,22
**5,000** 182:5
**5:06** 215:14
**50** 41:11 112:8,11
112:12,17 113:15
117:6 125:5
**50/50** 109:25 112:6
112:7,16
**57th** 2:4

———————
**6**
———————
**6** 173:18,24 218:5
**61** 173:8,19 218:5
**65** 197:3,9 219:5

———————
**7**
———————
**7** 89:17,17,18,24
95:7,9 175:24
176:10,15,18
218:8
**7th** 110:6
**74** 88:25
**76** 89:2 217:13,15
217:17
**78** 90:21 91:15
217:19
**79** 92:14

———————
**8**
———————
**8** 151:25 176:25
177:8 218:12
**80** 134:15
**80s** 185:14
**81** 93:3
**83** 6:3 99:22
**84** 23:21 205:7,9
206:3
**85** 23:21 95:11
105:23 107:18,21
108:3,7 109:13
119:9
**86** 105:20,25
**88** 108:3,14,16
109:14,14 110:21
116:9 118:12

164:13,14
**89** 109:15 110:8
113:18

---

**9**

**9** 1:16 4:7 178:8,13
217:2 218:18
220:6
**9th** 221:20
**9:47** 32:21 62:8 63:5
76:9 190:13
210:18 217:17
**90** 110:8 113:19
**90s** 30:15 85:2,9
182:6
**919** 2:9
**92** 15:3 41:2 46:14
53:4 72:12 124:7
131:15
**93** 15:3 41:2 46:14
53:4,14 72:12
117:2 124:7
131:15
**94** 88:14 116:20
117:3,4 118:6,12
121:8 122:16
123:15,17 132:13
134:12 164:13,14
**95** 123:14,14
**96** 183:9
**98** 87:22 124:18
126:4 131:23
138:14 145:7
165:25 196:16

# EXHIBIT 108

# FILED UNDER SEAL

# EXHIBIT 109

# FILED UNDER SEAL

# Exhibit 110

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

INDEPENDENT AUDITORS' REPORT ON

INTERNAL CONTROL

YEAR ENDED OCTOBER 31, 2006

FRIEHLING & HOROWITZ
CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL

CONFIDENTIAL

BDO_S_0003891

BDO_T_0003891

Exhibit
Trustee 40
Eileen Mulvenna 10-10-12

INDEPENDENT AUDITORS' REPORT ON INTERNAL CONTROL

Gentlemen:

In planning and performing our audit of the financial statements of Bernard L. Madoff Investment Securities LLC (the "Company"), for the fiscal year ended October 31, 2006, we considered its internal control, including control activities for safeguarding securities, in order to determine our auditing procedures for the purpose of expressing our opinion on the financial statements and not to provide assurance on the internal control.

Also, as required by rule 17a-5(g)(1) of the Securities and Exchange Commission (SEC), we have made a study of the practices and procedures followed by the Company, including tests of compliance with such practices and procedures that we considered relevant to the objectives stated in rule 17a-5(g), in the following:

1. Making the periodic computations of aggregate debits and net capital under rule 17a-3(a)(11) and the reserve required by rule 15c3-3(e)

2. Making the quarterly securities examinations, counts, verifications, and comparisons, and the recordation of differences required by rule 17a-13

3. Complying with the requirements for prompt payment for securities under Section 8 of Federal Reserve Regulation T of the Board of Governors of the Federal Reserve System

4. Obtaining and maintaining physical possession or control of all fully paid and excess margin securities of customers as required by rule15c3-3

The management of the Company is responsible for establishing and maintaining a system of internal control and the practices and procedures referred to in the preceding paragraph. In fulfilling this responsibility, estimates and judgements by management are required to assess the expected benefits and related costs of controls, and of the practices and procedures referred to in the preceding paragraph, and to assess whether those practices and procedures can be expected to achieve the SEC's above-mentioned objectives. Two of the objectives of internal control and the practices and procedures are to provide management with reasonable but not absolute assurance that assets for which the Company has responsibility are safeguarded against loss from unauthorized use or disposition, and that transactions are executed in accordance with management's authorization and recorded properly to permit the preparation of financial statements in accordance with generally accepted accounting principles. Rule 17a-5(g) lists additional objectives of the practices and procedures listed in the preceding paragraph.

Because of inherent limitations in internal control or the practices and procedures referred to above, error or fraud may occur and not be detected. Also, projection of any evaluation of them to future periods is subject to the risk that they may become inadequate because of changes in conditions or that the effectiveness of their design and operation may deteriorate. Our consideration of internal control would not necessarily disclose all matters in internal control that

FRIEHLING & HOROWITZ
CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL

CONFIDENTIAL

BDO_S_0003892

BDO_T_0003892

might be material weaknesses under standards established by the American Institute of Certified Public Accountants. A material weakness is a condition in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements caused by error or fraud in amounts that would be material in relation to the financial statements being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions. However, we noted no matters involving internal control, including control activities for safeguarding securities, that we consider to be material weaknesses as defined above.

We understand that practices and procedures that accomplish the objectives referred to in the second paragraph of this report are considered by the SEC to be adequate for its purposes in accordance with the Securities Exchange Act of 1934 and related regulations, and that practices and procedures that do not accomplish such objectives in all material respects indicate a material inadequacy for such purposes. Based on this understanding and on our study, we believe that the Company's practices and procedures were adequate at October 31, 2006 to meet the SEC's objectives.

This report is intended solely for the information and use of the Company's management, the SEC, the National Association of Securities Dealers, Inc. and other regulatory agencies that rely on rule 17a-5(g) under the Securities Exchange Act of 1934 in their regulation of registered brokers and dealers, and is not intended to be and should not be used by anyone other than these specified parties.

Friehling & Horowitz, CPA's, P.C.

New City, New York
December 18, 2006

**FRIEHLING & HOROWITZ**
CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL

CONFIDENTIAL

BDO_S_0003893

BDO_T_0003893