| | |
|---|---|
| **UNITED STATES BANKRUPCTY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **Hearing Date: Dec. 16, 2015**<br>**Response Date: Dec. 8, 2015** |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of EUNICE CHERVONY; ELAINE S. STEIN; ELAINE S. STEIN REVOCABLE TRUST; JAMAT COMPANY, LLC; THE MESTRO COMPANY; TRUST U/W/O DAVID L. FISHER; TRUST U/T/A 8/20/90; and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90,<br><br>          Defendants. | Adv. Pro. No. 10-05259 (SMB)<br><br><br><br>**NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 12(c) & FED. R. BANKR. P. 7012 FOR JUDGMENT ON THE <u>PLEADINGS</u>** |

**PLEASE TAKE NOTICE** that Defendants Neal M. Goldman ("Goldman"), Linda Sohn ("Sohn"), Trust U/W/O David L. Fisher, Trust U/T/A 8/20/90, and Evelyn Fisher, individually and in her capacity as Trustee for Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90 (the "Fisher Defendants," and together with Goldman and Sohn, "Defendants"), will move this Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 723, New York, New York 10004-1408, at a hearing on **December 16, 2015, at 10:00 a.m.,** for an Order dismissing the Amended Complaint in this adversary proceeding pursuant to Fed. R. Civ. P. Rule 12(c) (made applicable by Fed. R. Bankr. P. 7012).

The instant motion is based upon accompanying Memorandum of Law and the Declaration of Terence W. McCormick, and all the exhibits annexed thereto, all pleadings and papers filed in these proceedings, including the Omnibus Decision of this Court dated June 2, 2015 [ECF Doc. 138], and the Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, entered on July 16, 2015 [ECF Doc. 143], and any other matters that may properly come before the Court in connection with this motion.

Dated: New York, New York
       October 9, 2015

**MINTZ & GOLD LLP**

/s/ Terence W. McCormick
Steven G. Mintz
Terence W. McCormick
600 Third Avenue
25th Floor
New York, N.Y. 10016
Tel: (212) 696-4848
mccormick@mintzandgold.com
*Attorneys for Defendants*
*Neal M. Goldman, Linda Sohn and*
*the Fisher Defendants*