**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of EUNICE CHERVONY; ELAINE S. STEIN; ELAINE S. STEIN REVOCABLE TRUST; JAMAT COMPANY, LLC; THE MESTRO COMPANY; TRUST U/W/O DAVID L. FISHER; TRUST U/T/A 8/20/90; and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90,<br><br>    Defendants. | Adv. Pro. No. 10-05259 (SMB)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

      I, Terence W. McCormick, hereby certify that on this 9th day of October, 2015, I caused a true and correct copy of the foregoing Notice of Motion Pursuant to Fed. R. Civ. P. 12(c) & Fed. R. Bankr. P. 7012 for Judgment on the Pleadings, along with the accompanying Declaration of Terence W. McCormick, Esq., together with the exhibit annexed thereto, and the Memorandum of Law of Defendants Neal M. Goldman, Linda Sohn, and the Fisher Defendants to be served upon the other parties to this proceeding by filing the foregoing documents through the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") for service upon registered users of the CM/ECF System.

      I further caused a paper copy of the same to be served by mail by delivering a true copy of the same in a properly addressed, pre-paid envelope into the custody of the United States Postal Service for first class mail delivery to Stanley I. Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS, 7333 Morocca Lake Drive, Delray Beach, Florida 33446.

Dated:    New York, New York
              October 9, 2015

                                                      /s/ Terence W. McCormick
                                                      Terence W. McCormick