Hearing Date:  TBD
Objections Due:  10/29/2015
Replies Due:  11/11/2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION : 
CORPORATION, :
: Adv. Pro. No. 08-1789 (SMB)
Plaintiff, :
: SIPA LIQUIDATION
v. :
: (substantively consolidated)
BERNARD L. MADOFF INVESTMENT SECURITIES, :
LLC :
:
Defendant. :
------------------------------------------------------------------------X
:
In re: :
:
BERNARD MADOFF, :
:
Debtor. :
:
------------------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation of: :
Bernard L. Madoff Investment Securities LLC, : Adv. No. 10-04311 (SMB)
:
Plaintiff, :
:
v. :
:
ANDREW H. COHEN, :
:
Defendant. :
------------------------------------------------------------------------X

<u>**NOTICE OF MOTION TO INTERVENE ON COMMON LEGAL ISSUES**</u>

PLEASE TAKE NOTICE that, upon (i) the accompanying Memorandum of Law in

Support of Motion to Intervene on Common Legal Issues (the "Memorandum of Law"); (ii) the

accompanying Declaration of P. Gregory Schwed, dated October 9, 2015 and the exhibits

NY1372445.1
217250-10001

thereto; as well as other pleadings and proceedings relating thereto, certain Good-Faith

Customers ("Customers") will move the United States Bankruptcy Court for the Southern

District of New York, before Hon. Stuart M. Bernstein, at the Courthouse located at One

Bowling Green, New York, New York 10004, as soon as counsel can be heard, for entry of an

Order pursuant to Rule 24 of the Federal Rules of Civil Procedure as made applicable by

Bankruptcy Rule 7024, to intervene on limited common legal issues (the "Motion").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion

must be in writing, conform to applicable rules of this Court and be filed with the Clerk of the

United States Bankruptcy Court, either electronically or at One Bowling Green, New York, New

York 10004, in accordance with General Order 242 by no later than 5:00 p.m. on October 29,

2015 (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the

Honorable Stuart M. Bernstein), and must be served upon each of the undersigned counsel to

Customers at the addresses set forth in the signature blocks below, *so as to be received* by the

Objection Deadline.  Any objections must state the interest the objecting party has in these

proceedings and the specific factual and legal bases for such objection.

PLEASE TAKE FURTHER NOTICE that any replies to any objections filed to the

Motion shall be filed with the Clerk of the Bankruptcy Court, either electronically or at the

address set forth above, by no later than 5:00 p.m. November 11, 2015 (with a courtesy copy

delivered to the Chambers of the Honorable Stuart M. Bernstein).

Dated: New York, New York
October 9, 2015

Respectfully submitted[1],

LOEB & LOEB LLP

By: /s/ Gregory Schwed
    Gregory Schwed
    345 Park Avenue
    New York, New York 10154
    Tel: (212) 407-4000
    Email: gschwed@loeb.com

BAKER & MCKENZIE LLP

By: /s/ Richard A. Kirby
    Richard A. Kirby
    815 Connecticut Avenue, N.W.
    Washington, District of Columbia  20006
    Tel:  (202) 452-7020
    Email:  richard.kirby@bakermckenzie.com

MILBERG LLP

By: /s/ Matthew A. Kupillas
    Matthew A. Kupillas
    One Pennsylvania Plaza 49th Floor
    New York, New York  10119
    Tel:  (212) 613-5697
    Email:  mkupillas@milberg.com

DENTONS US LLP

By: /s/ Carole Neville
    Carole Neville
    1221 Avenue of the Americas
    New York, New York  10020-1089
    Tel: (212) 768-6889
    Email:  carole.neville@dentons.com

PRYOR CASHMAN LLP

By: /s/ Richard Levy, Jr.
    Richard Levy, Jr.
    7 Times Square
    New York, NY  10036.
    Tel:  (212) 326-0886
    Email:  rlevy@pryorcashman.com

---

[1] *See* Schedule 1 to the Memorandum of Law for list of clients.