**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| | : |
| Plaintiff, | : Adv. Pro. No. 08-1789 (SMB) |
| | : |
| v. | : SIPA LIQUIDATION |
| | : |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC | : (substantively consolidated) |
| | : |
| Defendant. | : |
| | : |
| In re: | : |
| | : |
| BERNARD MADOFF, | : |
| | : |
| Debtor. | : |
| | : Adv. No. 10-04311 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of: Bernard L. Madoff Investment Securities LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ANDREW H. COHEN, | : |
| | : |
| Defendant. | : |

------------------------------------------------------------------------X

**DECLARATION OF GREGORY SCHWED IN SUPPORT OF MOTION**
**TO INTERVENE ON LIMITED COMMON LEGAL ISSUES**

I, Gregory Schwed, hereby declare under 17 U.S.C. § 1746 as follows:

1.  I am an attorney licensed to practice law in the State of New York and am admitted to practice in the Southern District of New York. I am a Partner in the Bankruptcy Department at Loeb & Loeb LLP.

2.  This declaration is made in support of the Motion of various customer/defendants ("Customers") in avoidance actions brought by the above referenced trustee ("Trustee") to intervene in the above-referenced adversary proceeding.[1] If called as a witness, I could and would testify to the following, from personal knowledge, except as otherwise indicated:

3.  Upon information and belief, Customers are defendants in 57 adversary proceedings brought by the Trustee; these complaints seek to avoid and recover, in the aggregate, about $197 million distributed to Customers by Madoff Securities.

4.  Upon information and belief, all Customers are "good faith" defendants – that is, the Trustee has never alleged that any of them had any knowledge or notice of the fraud perpetrated by Madoff Securities and its principal, Bernard Madoff.

5.  Customers asked the Trustee to consent to the proposed intervention, and provided the Trustee with the information he requested about the nature and number of proposed intervenors. The Trustee declined to consent. A preliminary hearing was held on September 30, at which Court allowed Customers to file this motion to intervene.

6.  A true and correct copy of the uncorrected transcript of the "conference regarding certain parties' request to intervene" held before the Court on September 30, 2015 is attached hereto as **Exhibit 1.**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Memorandum of Law in support of the Motion.

2

7. A true and correct copy of an email dated September 11, 2015 from Gregory Schwed of Loeb & Loeb to various attorneys at BakerHostetler is attached hereto as **Exhibit 2**.

8. A true and correct copy of an email dated September 14, 2015 from Nicholas Cremona at BakerHostetler to Gregory Schwed is attached hereto as **Exhibit 3**.

9. A true and correct copy of an email dated September 14, 2015 from Gregory Schwed to Nicholas Cremona is attached hereto as **Exhibit 4**.

10. A true and correct copy of an email dated September 17, 2015 from Gregory Schwed to Nicholas Cremona is attached hereto as **Exhibit 5**.

11. A true and correct copy of an email dated September 18, 2015 from Nicholas Cremona to Gregory Schwed is attached as **Exhibit 6**.

12. A true and correct copy of an email dated September 20, 2015 from Gregory Schwed to Nicholas Cremona is attached hereto as **Exhibit 7.**

13. A true and correct copy of an email dated September 21, 2015 from Nicholas Cremona to Gregory Schwed is attached hereto as **Exhibit 8**.

14. A true and correct copy of a letter dated September 24, 2015 from Gregory Schwed to Bankruptcy Judge Stuart M. Bernstein is attached hereto as **Exhibit 9.** (also Dkt. No. 56).

15. A true and correct copy of a letter dated September 25, 2015 from Nicholas Cremona to Bankruptcy Judge Stuart M. Bernstein is attached hereto as **Exhibit 10** (also Dkt. No. 57).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2015
New York, New York.

/s/ Gregory Schwed
Gregory Schwed

NY1372192.1