# EXHIBIT 4

**From:** Gregory Schwed
**Sent:** Monday, September 14, 2015 2:13 PM
**To:** 'Cremona, Nicholas'; Rollinson, James H.; Wang, Ona Theresa
**Cc:** Paul Z. Lewis - Lewis & McKenna (PLewis@lewismckenna.com); ggoett@lewismckenna.com; Richard A Kirby (richard.kirby@bakermckenzie.com); Clinton, Laura K (Laura.Clinton@bakermckenzie.com); Daniel B. Besikof
**Subject:** RE: Madoff – Picard v. Cohen - Adv. No. 10-04311 (SMB)

**Nick,**

**Given that today and tomorrow are Rosh Hashana and several members of our group are observant, our response to your requests will likely be later in the week.**

**Greg Schwed**
**Loeb & Loeb LLP**
**345 Park Avenue**
**New York, NY 10154**
**Tel: 212-407-4815**
**Fax: 212-937-4689**

**From:** Cremona, Nicholas [mailto:ncremona@bakerlaw.com]
**Sent:** Monday, September 14, 2015 9:59 AM
**To:** Gregory Schwed; Rollinson, James H.; Wang, Ona Theresa
**Cc:** Paul Z. Lewis - Lewis & McKenna (PLewis@lewismckenna.com); ggoett@lewismckenna.com; Richard A Kirby (richard.kirby@bakermckenzie.com); Clinton, Laura K (Laura.Clinton@bakermckenzie.com); Daniel B. Besikof
**Subject:** RE: Madoff – Picard v. Cohen - Adv. No. 10-04311 (SMB)

Greg,

We are in receipt of your email and are considering your request. We expect to provide a response later this week. In the meantime, it would be helpful for the Trustee if you could identify the defendants on whose behalf you are seeking to intervene and the particular cases you are seeking to join to the Cohen proceeding. In addition, it would also be helpful if you could identify the similarly situated counsel you have been in contact with, the defendants they represent and which cases they are seeking to join to this proceeding to assist us in considering the scope of your request.

We look forward to hearing from you.

Thank you,
Nick


**Nicholas J. Cremona** | **BakerHostetler**
45 Rockefeller Plaza | New York, NY 10111-0100
T 212.589.4682 | F 212.589.4201
ncremona@bakerlaw.com


**From:** Gregory Schwed [mailto:gschwed@loeb.com]
**Sent:** Friday, September 11, 2015 2:22 PM
**To:** Rollinson, James H.; Cremona, Nicholas; Wang, Ona Theresa

1

**Cc:** Paul Z. Lewis - Lewis & McKenna (PLewis@lewismckenna.com); ggoett@lewismckenna.com; Richard A Kirby (richard.kirby@bakermckenzie.com); Clinton, Laura K (Laura.Clinton@bakermckenzie.com); Daniel B. Besikof
**Subject:** Madoff – Picard v. Cohen - Adv. No. 10-04311 (SMB)

**We represent various good-faith defendants in avoidance actions brought by the Trustee. It's recently come to our attention that the above-referenced adversary proceeding is scheduled for trial on October 14-16, 2015. See Revised Joint Pretrial Order dated August 28, 2015 (Dkt. No. 11154; 080-1789-SMB).**

**The Pretrial Order indicates that the issues to be tried include the applicability and nature of (1) the "value" defense and (2) prejudgment interest, if any.**

**These are issues that vitally affect our clients (and many other good-faith defendants). On behalf of our clients (and speaking for certain other similarly situated counsel who we have been in contact with), we ask if the Trustee would consent to our motion to intervene in this case.**

**We would seek to intervene only for the limited purpose of having an opportunity to brief these legal issues. Our intervention would have no effect on the trial schedule, or the trial witnesses or exhibits. (According to the Pretrial Order, it appears as if any briefing would take place only after the trial itself.)**

**Defendant has consented to such an intervention.**

**Needless to say, I'm happy to discuss the matter or provide more information, at your request.**

**Greg Schwed**
**Loeb & Loeb LLP**
**345 Park Avenue**
**New York, NY 10154**
**Tel: 212-407-4815**
**Fax: 212-937-4689**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.