**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>ARNOLD SHAPIRO 11/9/96 TRUST; FIRST MARITAL TRUST UNDER THE ARNOLD SHAPIRO TRUST 11/9/96 TRUST; SECOND MARITAL TRUST UNDER THE ARNOLD SHAPIRO 11/9/96 TRUST; DOUGLAS SHAPIRO, in his capacity as Successor Trustee for the Arnold Shapiro 11/9/96 Trust and in capacity as Trustee for the First Marital Trust under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust under the Arnold Shapiro 11/9/96 Trust; MURIEL SHAPIRO, in her capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust; and ALAN ABRAMSON, in his capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust under the Arnold Shapiro 11/9/96Trust,<br><br>         Defendants. | Adv. Pro. No. 10-05053 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including November 20, 2015.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 12, 2015
         New York, New York

| | |
|---|---|
| */s/Nicholas J. Cremona* | */s/Brendan M. Scott* |
| Baker & Hostetler LLP | Klestadt Winter Jureller Southard & Stevens, LLP |
| 45 Rockefeller Plaza | 570 Seventh Avenue, 17th Floor |
| New York, NY 10111 | New York, NY 10018-6314 |
| Telephone: 212.589.4200 | Telephone: 212.972.3000 |
| Facsimile: 212.589.4201 | Tracy L. Klestadt |
| David J. Sheehan | tklestadt@klestadt.com |
| E-mail: dsheehan@bakerlaw.com | Brendan M. Scott |
| Nicholas J. Cremona | bscott@klestadt.com |
| E-mail: ncremona@bakerlaw.com | |
| *Attorneys for Irving H. Picard Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Arnold Shapiro 11/9/96 Trust; First Marital Trust Under Arnold Shapiro 11/9/96 Trust; Second Marital Trust Under Arnold Shapiro 11/9/96 Trust; Douglas Shapiro, in his capacity as Successor Trustee for the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust Under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust Under the Arnold Shapiro 11/9/96 Trust; Muriel Shapiro, in her capacity as Successor Trustee of the Arnold Shapiro 11/9/96 Trust; and Alan Abramson, in his capacity as Successor Trustee for the Arnold Shapiro 11/9/96 Trust and in his capacity as Trustee for the First Marital Trust Under the Arnold Shapiro 11/9/96 Trust and the Second Marital Trust Under the Arnold Shapiro 11/9/96 Trust* |