# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>LILYAN BERKOWITZ, individually, as trustee of the Abraham B. Berkowitz QTIP GST Trust, the Gordon Michael Berkowitz Revocable Trust, the Harold S. Miller Irrevocable Trust, and the Gordon Michael Berkowitz Family Trust and/or Gordon Michael Family Trust (Exempt), as settlor and trustee of the Lilyan Berkowitz Trust and the Lilyan Berkowitz Revocable Trust and as executor of the estate of Gordon Michael Berkowitz; STEVEN M. BERKOWITZ, individually and as settlor and trustee of the Steven M. Berkowitz Trust and as trustee of the Steven M. Berkowitz Irrevocable Trust; JAMES L. BERKOWITZ, as trustee of the James L. Berkowitz Irrevocable Trust and the Gordon Michael Berkowitz Irrevocable Trust;  SUSAN NEEDLEMAN, as trustee of the Lilyan Berkowitz Trust; HELEN S. BERKOWITZ, as trustee of the Steven M. Berkowitz Trust; DAVID ANDELMAN, as trustee of the James | Adv. Pro. No. 10-05279 (SMB) |

Berkowitz 2004 Generation-Skipping Trust, the Gordon Michael Berkowitz 2004 Generation-Skipping Trust, the Steven M. Berkowitz 2004 Generation-Skipping Trust and the Abraham B. Berkowitz QTIP GST Trust; THE ESTATE OF GORDON MICHAEL BERKOWITZ, LILYAN AND ABRAHAM BERKOWITZ FAMILY LLC; LILFAM LLC; LILYAN BERKOWITZ TRUST; STEVEN M. BERKOWITZ TRUST; ABRAHAM B. BERKOWITZ QTIP GST TRUST; JAMES BERKOWITZ 2004 GENERATION-SKIPPING TRUST; JAMES L. BERKOWITZ IRREVOCABLE TRUST; GORDON MICHAEL BERKOWITZ 2004 GENERATION-SKIPPING TRUST; GORDON MICHAEL BERKOWITZ IRREVOCABLE TRUST; GORDON MICHAEL BERKOWITZ REVOCABLE TRUST; STEVEN M. BERKOWITZ 2004 GENERATION SKIPPING TRUST; STEVEN M. BERKOWITZ IRREVOCABLE TRUST; GORDON MICHAEL BERKOWITZ FAMILY TRUST; and GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT),

                    Defendants.