**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>              v.<br><br>KRELLENSTEIN FAMILY LIMITED PARTNERSHIP II OF 1999, a Delaware limited partnership, KRELLENSTEIN FAMILY ENTERPRISES, INC., a Delaware corporation, ELY KRELLENSTEIN REVOCABLE TRUST OF 1994, a Florida trust, ELY KRELLENSTEIN, as settlor, as trustee, and as an individual, SHIRLEY KRELLENSTEIN REVOCABLE TRUST OF 1994, a Florida trust, and SHIRLEY KRELLENSTEIN, as settlor, as trustee, and as an individual,<br><br>                              Defendants. | Adv. Pro. No. 10-04661 (SMB) |

300370553

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 18, 2015.

2. Fact Discovery shall be completed by: July 17, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: September 25, 2017.

4. The Disclosure of Rebuttal Experts shall be due: October 25, 2017.

5. The Deadline for Completion of Expert Discovery shall be: November 30, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 7, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before December 21, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before April 20, 2018.

Dated: New York, New York
October 13, 2015

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*