**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
David J. Sheehan
Keith R. Murphy
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br>v.<br><br>MILTON DAVIS NON EXEMPT MARITAL TRUST U/A 12/13/84,<br><br>MARCIA CASTLEMAN,<br><br>HOWARD L. CASTLEMAN, and | Adv. Pro. No. 10-04566 (SMB) |

| KAREN DAVIS, |
| Defendants. |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Milton Davis Non Exempt Marital Trust U/A 12/13/84, Marcia Castleman, Howard L. Castleman, and Karen Davis (collectively, the "Defendants"), by and through their counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendants, which sought the avoidance of transfers from BLMIS to the Defendants made between two and six years prior to December 11, 2008.

2. On July 7, 2011, Defendants served an answer on the Trustee.

3. On June 22, 2015, the Supreme Court of the United States denied *certiorari* of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust*, 14-1128 and *Picard v. Ida Fishman Revocable Trust*, 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to this adversary proceeding.

4. Based on the foregoing, in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and to dismissing the adversary proceeding.

2

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 13, 2015

| **BAKER & HOSTETLER LLP** | **WHITEFORD TAYLOR & PRESTON L.L.P.** |
|---|---|
| s/ *Keith R. Murphy* | s/ *Paul M. Nussbaum* |
| 45 Rockefeller Plaza | 7 Saint Paul Street |
| New York, New York 10111 | Baltimore, Maryland 21202-1636 |
| Telephone: (212) 589-4200 | Telephone: (410) 347-8700 |
| Facsimile: (212) 589-4201 | Facsimile: (410) 625-7510 |
| David J. Sheehan | Brent C. Strickland, Esq. |
| Email: dsheehan@bakerlaw.com | Email: bstrickland@wtplaw.com |
| Keith R. Murphy | Paul M. Nussbaum, Esq. |
| Email: kmurphy@bakerlaw.com | Email: pnussbaum@wtplaw.com |
| Jessie A. Kuhn | Kenneth Oestreicher, Esq. |
| Email: jkuhn@bakerlaw.com | Email: koestreicher@wtplaw.com |
| Anat Maytal | |
| Email: amaytal@bakerlaw.com | *Attorneys for Defendants* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

**LEVIN & GANN, P.A.**

s/ *Stanford g. Gann, Sr.*
Stanford G. Gann, Sr., Esq.
502 Washington Avenue
8th Floor
Towson, Maryland 21204
Telephone: (410) 321-0600
Fax: (410) 339-5762
Email: sgann@levingann.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated:  October 13th, 2015
New York, New York