UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                    :
                                                          :
BERNARD L. MADOFF INVESTMENT      :    Case No. 08-99000 (SMB)
SECURITIES LLC,                              :    Adv. Proc. No. 08-01789 (SMB)
                                                          :    SIPA LIQUIDATION
                    Debtor.                      :
-------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation   :
of Bernard L. Madoff Investment Securities LLC, :
                                                          :
                    Plaintiff,                    :
                                                          :    Adv. Proc. No. 10-04311 (SMB)
ANDREW COHEN,                              :
                                                          :
                    Defendant.                 :
-------------------------------------------------------------X

## POST-TRIAL SCHEDULING ORDER

The Court having tried this matter on October 14, 2015, it is hereby

ORDERED, that the parties shall submit proposed findings of fact and conclusions of law in accordance with the following schedule:

1. The plaintiff's submission, not to exceed 40 pages, must be served and filed by November 12, 2015;

2. The defendant's submission, not to exceed 40 pages, must be served and filed by December 9, 2015; and

3. The plaintiff's reply, not to exceed 20 pages, must be served and filed by December 31, 2015, after which the matter will be deemed fully submitted and *sub judice*, and no further submissions shall be permitted except upon order of the Court; and it is further

ORDERED, that proposed findings of fact contained in each party's initial submission must be set forth in separately numbered paragraphs, and each proposed finding must include one or more references to the trial record (*e.g.*, "PX" for plaintiff's exhibits and "DX" for

defendant's exhibits) that support the proposed finding, but the parties' proposed conclusions of law and the plaintiff's reply may be presented in memorandum form; and it is further

ORDERED, that following the submission of plaintiff's reply, each party shall provide chambers with a disc containing its submission or submissions in Word format and a disc containing any exhibit cited in its submission or submissions.

Dated: New York, New York
October 14, 2015

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge