**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT D. ANGEL AND CAROL A. ANGEL, individually and as joint tenants,<br><br>Defendants. | Adv. Pro. No. 10-0560 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL AND TO BE REMOVED FROM ECF**

Upon consideration of the application of Skoloff & Wolfe, P.C. (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants Albert D. and Carole A. Angel (the "Angels"); and due and adequate notice of the Application having been given to the Angels and to counsel for the Trustee under the circumstances; and the

Court having reviewed all papers submitted in connection with the Application; and based upon the record in this case; and the Court having determined that the relief requested is appropriate; and good and sufficient appearing therefor; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Skoloff & Wolfe, P.C. is hereby withdrawn as counsel for the Angels and that the Clerk of the Court shall remove Barbara A. Schweiger, Esq. ([bschweiger@skoloffwolfe.com](bschweiger@skoloffwolfe.com)) from ECF notice.


Dated: October _____, 2015
       New York, New York            _____
                                     Hon. Stuart M. Bernstein
                                     UNITED STATES BANKRUPTCY JUDGE