**SKOLOFF & WOLFE, P.C.**
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone:  (212) 858-7522
Fax:  (212) 858-7750
bschweiger@skoloffwolfe.com

*Attorneys for Defendants Albert D. Angel*
*and Carole A. Angel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT D. ANGEL AND CAROL A. ANGEL, individually and as joint tenants, <br><br> Defendants. | Adv. Pro. No. 10-0560 (SMB) |

## CERTIFICATION OF SERVICE

I, Barbara A. Schweiger, hereby certify that on October 14, 2015, I caused true and correct copies of the following documents to be filed electronically and served upon the parties in this action who receive electronic service through CM/ECF:

1. Notice of Presentment of an Order Granting Application to Withdraw as Counsel and Be Removed from ECF;

2. Declaration of Barbara A. Schweiger in support of the application; and

3. A proposed order.

In addition, copies of the same documents were emailed to Albert D. Angel and Carole A. Angel; and counsel for the Trustee, Baker & Hostetler LLP, Nicholas J. Cremona, Esq. at ncremona@bakerlaw.com. Hard copies were also mailed to Albert D. & Carole A. Angel at 100 West 57th Street, Unit 15E, New York, New York 10019.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 14, 2015          SKOLOFF & WOLFE, P.C.
      New York, New York

                      By:   */s/ Barbara A. Schweiger*
                           Barbara A. Schweiger (6448)
                           140 Broadway Center
                           New York, New York 10005
                           Telephone:  (212) 858-7522
                           Fax:  (212) 858-7750
                           bschweiger@skoloffwolfe.com
                           *Attorneys for Defendants Albert D. & Carole A. Angel*