**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br>  v.<br><br>ESTATE OF ROBERT RIMSKY, RIMSKY FAMILY LIMITED PARTNERSHIP, L. RIMSKY, INC., ARTICLE THIRD TRUST U/W JEANNE RIMSKY, ARTICLE FOURTH TRUST SECTION ONE, ARTICLE FOURTH TRUST SECTION THREE, ARTICLE FIFTH TRUST SECTION ONE, DOUGLAS JAY RIMSKY, RENA RIMSKY WING, LEE COOPER RIMSKY, DON HARRIS RIMSKY, | Adv. Pro. No. 10-04388 (SMB) |

| |
|---|
| RENEE RIMSKY, MARGARET RIMSKY, SARAH RIMSKY LEVITIN, KENNETH WING, GABRIELLE JAFFE, ADAM BEER, JONATHAN WING, JULIETTE BEER, BARRY MEYERS, HARRIET L. MEYERS, ERIC RIMSKY, LIZA RIMSKY, KATE RIMSKY, K.A.L., A.R.L., J.L.W., and T. RANDOLPH HARRIS, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY, |
| Defendants. |

### SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: November 13, 2015

2. The Disclosure of Case-in-Chief Experts shall be due: January 25, 2016

3. The Disclosure of Rebuttal Experts shall be due: February 25, 2016

4. The Deadline for Completion of Expert Discovery shall be: May 13, 2016

5. Deadline for Service of a Notice of Mediation Referral shall be: July 13, 2016

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 27, 2016

7. The Deadline for Conclusion of Mediation shall be: November 28, 2016

Dated: New York, New York
October 14, 2015

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*