**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Aspen Company (the "Claimant"), having filed an objection (the "Objection", Docket No. 452) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009528), hereby gives notice that it withdraws such Objection.

Dated: October 14, 2015

/s/ Matthew A. Kupillas
Matthew A. Kupillas
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York  10119
Telephone: (212) 613-5697
Email: MKupillas@milberg.com

300366883.1