**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>ESTATE OF STEVEN I. HARNICK, THE STEVEN I. HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, a Florida trust, BARBARA JUNE LANG, as personal representative, as trustee, as an individual, and as joint tenant, MICHELLE GLATER, and PAMELA HARNICK,<br><br>        Defendants. | Adv. Pro. No. 10-04867 (SMB) |

300370457

# **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: March 17, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: June 9, 2017.

4. The Disclosure of Rebuttal Experts shall be due: August 9, 2017.

5. The Deadline for Completion of Expert Discovery shall be: September 8, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 15, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before September 29, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before January 31, 2018.

Dated: New York, New York
October 14, 2015

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300370457