**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>               Plaintiff,<br><br>      v.<br><br>JOSEPH S. POPKIN REVOCABLE TRUST DATED FEBRUARY 9, 2006, a Florida trust, ESTATE OF JOSEPH S. POPKIN, ROBIN POPKIN LOGUE, as trustee of the Joseph S. Popkin Revocable Trust Dated February 9, 2006, as the personal representative of the Estate of Joseph S. Popkin, and as an individual, SHARON POPKIN, DARA N. SIMONS (a.k.a. DARA | Adv. Pro. No. 10-04712 (SMB) |

300370472

L. SIMONS) and MARK POPKIN,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: December 21, 2015.

2.      Fact Discovery shall be completed by: February 24, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due: May 18, 2017.

4.      The Disclosure of Rebuttal Experts shall be due: July 18, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: August 17, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 24, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before September 7, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before January 8, 2018.

Dated: New York, New York
         October 14, 2015

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and for the Estate of Bernard L. Madoff*

300370472