UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>   v.<br><br>JEROME GOODMAN, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1,<br><br>GOODMAN CAPITAL PARTNERS L.P.,<br><br>THE JEROME GOODMAN CHILDREN'S GRAT #1,<br><br>KEVIN GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P.,<br><br>PETER GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., | Adv. Pro. No. 10-04545 (SMB) |

ABBEY GOODMAN, as Beneficiary of The Jerome
Goodman Children's GRAT #1 and as Limited Partner
of Goodman Capital Partners L.P.,

PHILIP GOODMAN, as Limited Partner of Goodman
Capital Partners L.P., and

GOODMAN HOLDINGS, INC., as General Partner of
Goodman Capital Partners L.P.,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.    The Initial Disclosures shall be due: December 21, 2015.

2.    Fact Discovery shall be completed by:  January 17, 2017.

3.    The Disclosure of Case-in-Chief Experts shall be due: April 18, 2017.

4.    The Disclosure of Rebuttal Experts shall be due: June 19, 2017.

5.    The Deadline for Completion of Expert Discovery shall be: July 19, 2017.

6.    The Deadline for Service of a Notice of Mediation Referral shall be: On or before July
      26, 2017.

7.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
      or before August 9, 2017.

8.    The Deadline for Conclusion of Mediation shall be:  On or before December 7, 2017.

[*Signature Page To Follow*]

Dated: New York, New York
      October 15, 2015

BAKER & HOSTETLER LLP

By:  *s/ Dominic A. Gentile*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Dominic A. Gentile
Email: dgentile@bakerlaw.com
Joshua B. Rog
Email: jrog@bakerlaw.com

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*