**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> ESTATE OF DORIS M. PEARLMAN; HEIDI PEARLMAN AND JILL BETH PEARLMAN, in their capacity as the Personal Representatives of the Estate of Doris Pearlman, in their capacity as co-trustees of the Doris M. Pearlman Revocable Trust, and as subsequent beneficiaries; DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary; and MARVIN A. GOLDENBERG, as a subsequent beneficiary, <br><br> Defendants. | Adv. Pro. No. 10-04504 (SMB) |

**ORDER GRANTING REQUEST TO WITHDRAW AS ATTORNEYS OF RECORD**

It appearing that Philip M. Guess and Joanne M. Hepburn have appeared and been admitted *pro hac vice* as the attorneys of record for the Defendants Estate of Doris M. Pearlman; Heidi Pearlman and Jill Beth Pearlman, in their capacity as the Personal Representatives of the Estate of Doris Pearlman, in their capacity as co-trustees of the Doris M. Pearlman Revocable Trust, and as subsequent beneficiaries; Doris M. Pearlman Revocable Trust, as a subsequent beneficiary; and Marvin A. Goldenberg, as a subsequent beneficiary (hereinafter referred to as "Defendants") in the above-referenced matter, and it further

- 2 -

appearing that Philip M. Guess and Joanne M. Hepburn have filed a Request to Withdraw as Attorneys of Record, and it further appearing that Defendants are represented by Richard A. Kirby of Baker & McKenzie, remaining as attorney of record in this proceeding; it is hereby

ORDERED that the Request to Withdraw as Attorneys of Record is granted. Philip M. Guess and Joanne M. Hepburn are hereby withdrawn as attorneys for Defendants, and Richard A. Kirby of Baker & McKenzie, remains as attorney of record for Defendants in this proceeding. It is further

ORDERED that Philip M. Guess and Joanne M. Hepburn be removed from any and all mailing matrixes, service lists and Notices of Electronic Filing in the above-referenced matter.

Dated: October 15th 2015
New York, New York

                                          /s/ STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE