

Answer sent by Priority mail w/ attached letter-APN 10-05160 Picard v Lanny Rose Rev. Trust
L. ROSE
to:
Bernstein.chambers@nysb.uscourts.gov
10/15/2015 05:38 PM
Hide Details
From: "L. ROSE" <lroseinc@yahoo.com>

To: "Bernstein.chambers@nysb.uscourts.gov" <Bernstein.chambers@nysb.uscourts.gov>

Please respond to "L. ROSE" <lroseinc@yahoo.com>

October 15, 2015
VIA Express Mail and electronic mail to:
Bernstein.chambers@nysb.uscourts.gov

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling green, Room 723
New York, New York 10004-1408
Re: Picard v The Lanny Rose Revocable trust, et al Adv Pro No 10-05160

Dear Judge Bernstein,
I am writing to you to seek relief and to reach settlement /mediation for my case. I received the attached email, from the attorney who no longer represents me, saying I was facing default.(It was extended to Oct. 16,2015) I cannot afford an attorney to represent me in litigation. My only asset is my home that I obtained 4 years ago with the only funds I had left. The trustee attorneys in December, 2013 indicated they would get back to me with settlement information but I never heard from them after that.

The trustee attorney finally got back to me this week saying they wanted $450,000. $100,000 now and $350,000 from house sale proceeds when house is sold. I agreed to $350,000 .( This is in spite of the fact that Fla. has homestead exemption and protects homeowners .) This is unreasonable in my current health and financial condition. I have requested mediation several times and they have refused. I have attached an answer to the complaint as well.

Even though I fulfilled many of the hardship qualifications, the trustee has not approved my hardship. I have no assets, but was willing to approach friends and relatives to give me some funds to settle with the trustee. I also offered life insurance on myself as well, since the trustee was willing to wait until I die to receive payment and they have refused that as well. Of the 90% of the principal money I had in Madoff many $millions was paid in taxes to the IRS that I cannot get back or was stolen by another hedge fund (KL FUND- $6mil) This was a major factor for hardship, in addition to my health issues, but I was still denied hardship, in spite of the monetary and health issues I face. Over 17 years I used only a small portion of the funds personally- thinking the rest would go to charity. Now I have nothing.

Please, Judge Bernstein, help me, so I can resolve this and end almost 7 years of grief and stress that I have been through, after losing almost everything. Thank you for your consideration.

Sincerely,

Lanny Rose


**Email received from Michael Matthias**

**From:** Matthias, Michael [mailto:mmatthias@bakerlaw.com]
**Sent:** Thursday, October 01, 2015 6:34 PM
**To:** Barry Lax; Brian Neville
**Cc:** Lovullo, Lisa
**Subject:** APN 10-05160 The Lanny Rose Revocable Trust

Barry and Brian,

Our records indicate that no answer has been filed on behalf of the defendants in this adversary proceedings and that defendants are currently in default.

The docket indicates that you both are counsel of record for the defendants, although Gabrielle Pretto was recently relieved as counsel of record after she left your firm.

This notice is given to you as a professional courtesy before we seek entry of default against the defendants. Please be advised that the Trustee will request entry of default on October 13, 2015, if an answer is not filed on or before October 12, 2015.

Michael
**Please note Mr Matthias extended the answer date to Oct. 16**

---

file:///C:/Users/mpaek/AppData/Local/Temp/notes142542/~web8787.htm                    10/15/2015

**Michael Matthias | BakerHostetler**
11601 Wilshire Boulevard | Suite 1400 | Los Angeles, CA 90025-0509
T 310.442.8802 | F 310.820.8859
mmatthias@bakerlaw.com