**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

   – against –

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

SIPA LIQUIDATION

Adv. Pro. No. 08-01789 (SMB)

------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

                Debtor.

Case No. 09-11893 (SMB)

------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

   – against–

THE LANNY ROSE REVOCABLE TRUST, a
Florida Trust, and LANNY ROSE, as trustor, as
Trustee, and as an individual,

                Defendants.

Adv. P. No. 10-05160

------------------------------------------------------------X

**NOTICE OF HEARING**

The Court having received a letter dated October 15, 2015 from the defendant Lanny Rose (ECF Doc. # 60), a hearing will be held before the undersigned in Courtroom 723 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on October 28, 2015, at 10:00 a.m., to discuss the issues raised in Mr. Rose's letter. Counsel for the plaintiff and the defendants are directed to appear. Mr. Rose may appear telephonically through Court

Call but must arrange that appearance.

Dated: New York, New York
       October 16, 2015

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

TO:

Marc E. Hirschfield, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: bhaa@bakerlaw.com

Barry R. Lax, Esq.
Lax & Neville LLP
1412 Broadway
Suite 1407
New York, NY 10018
Email: blax@laxneville.com

Mr. Lanny Rose
Email: lroseinc@yahoo.com