**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04406 (SMB) |
| Plaintiff, | |
| v. | |
| TRIANGLE PROPERTIES #39; ROBERT YAFFE, individually, and in his capacity as General Partner of TRIANGLE PROPERTIES #39; and BEVERLY YAFFE, individually, and in her capacity as General Partner of TRIANGLE PROPERTIES #39, | |
| Defendants. | |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due:  December 21, 2015.

2.     Fact Discovery shall be completed by:  March 3, 2017.

3.     The Disclosure of Case-in-Chief Experts shall be due:  May 25, 2017.

4.     The Disclosure of Rebuttal Experts shall be due:  July 25, 2017.

5.     The Deadline for Completion of Expert Discovery shall be:  August 23, 2017.

6.     The Deadline for Service of a Notice of Mediation Referral shall be:  August 30, 2017.

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 13, 2017.

8.     The Deadline for Conclusion of Mediation shall be:  January 11, 2018.

Dated: New York, New York
      October 15, 2015

WINDELS MARX LANE & MITTENDORF, LLP
By: /s/ Howard L. Simon
Howard L. Simon
Kim M. Longo
John J. Tepedino
156 West 56th Street
New York, NY 10019
212-237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*