**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>v.<br><br>REALTY NEGOTIATORS DEFINED BENEFIT PENSION PLAN; DAVID ABEL, individually, and in his capacity as Trustee for REALTY NEGOTIATORS DEFINED BENEFIT PENSION PLAN,<br><br>     Defendants. | Adv. Pro. No. 10-05438 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  December 21, 2015.

2. Fact Discovery shall be completed by:  March 23, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due:  June 12, 2017.

4. The Disclosure of Rebuttal Experts shall be due:  August 14, 2017.

5. The Deadline for Completion of Expert Discovery shall be:  September 13, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: September 20, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 4, 2017.

8. The Deadline for Conclusion of Mediation shall be:  February 1, 2018.

Dated: New York, New York  
October 15, 2015

WINDELS MARX LANE & MITTENDORF, LLP  
By: /s/ Howard L. Simon  
Howard L. Simon  
Kim M. Longo  
John J. Tepedino  
156 West 56th Street  
New York, NY 10019  
212-237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*