**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF FLORENCE W. SHULMAN; ALAN M. GOLDBERG, in his capacity as Personal Representative of the Estate of Florence W. Shulman; KEVIN SHULMAN in his capacity as Trustee of the Florence Shulman Pourover Trust; CARAN RUGA ROSS, in her capacity as Trustee of the Florence Shulman Pourover Trust; | Adv. Pro. No. 10-04606 (SMB) |

FLORENCE SHULMAN POUROVER TRUST, in
its own capacity and in its capacity as a Limited
Partner of FAS Partners, L.P.; FAS PARTNERS,
L.P.; SHULMAN FAMILY CORPORATION, in
its capacity as General Partner of FAS Partners,
L.P.; ALVIN E. SHULMAN POUROVER
TRUST, in its capacity as Limited Partner of FAS
Partners, L.P.; and ALVIN E. SHULMAN, in his
capacity as Trustee for the Alvin E. Shulman
Pourover Trust,

       Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: December 21, 2015.

2.     Fact Discovery shall be completed by: March 3, 2017.

3.     The Disclosure of Case-in-Chief Experts shall be due: May 24, 2017.

4.     The Disclosure of Rebuttal Experts shall be due: July 24, 2017.

5.     The Deadline for Completion of Expert Discovery shall be: August 22, 2017.

6.     The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
August 29, 2017.

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
or before September 12, 2017.

8.     The Deadline for Conclusion of Mediation shall be:  On or before January 10, 2018.

-2-

-3-

Dated: New York, New York
October 16, 2015

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*