**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>TIMOTHY SHAWN TEUFEL AND VALERIE ANN TEUFEL FAMILY TRUST U/T/D 5/24/95, TIMOTHY SHAWN TEUFEL, individually and in his capacity as Trustee for the Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95; and VALERIE ANNE TEUFEL, individually and in her | Adv. Pro. No. 10-04668 (SMB) |

capacity as Trustee for the Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95,

        Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: December 21, 2015.

2.     Fact Discovery shall be completed by: March 31, 2017.

3.     The Disclosure of Case-in-Chief Experts shall be due: June 20, 2017.

4.     The Disclosure of Rebuttal Experts shall be due: August 21, 2017.

5.     The Deadline for Completion of Expert Discovery shall be: September 18, 2017.

6.     The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 25, 2017.

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 9, 2017.

8.     The Deadline for Conclusion of Mediation shall be: On or before February 6, 2018.

| | |
|---|---|
| Dated: New York, New York<br>October 16, 2015 | BAKER & HOSTETLER LLP |
| | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan |
| Of Counsel: | Nicholas J. Cremona<br>45 Rockefeller Plaza |
| **BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |