**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04798 (SMB) |
| v. | |
| JANET JAFFE TRUST UA DTD 4/20/90; ALVIN JAFFE TRUST DTD 4/20/90; and JANET JAFFE, individually and in her capacity as Trustee for the Janet Jaffe Trust UA DTD 4/20/90 and the Alvin Jaffe Trust DTD 4/20/90, | |
| Defendants. | |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: December 21, 2015.

2.     Fact Discovery shall be completed by: February 10, 2017.

3.     The Disclosure of Case-in-Chief Experts shall be due: May 3, 2017.

4.     The Disclosure of Rebuttal Experts shall be due: July 5, 2017.

5.     The Deadline for Completion of Expert Discovery shall be: August 1, 2017.

6.     The Deadline for Service of a Notice of Mediation Referral shall be:  On or before August 8, 2017.

7.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before August 22, 2017.

8.     The Deadline for Conclusion of Mediation shall be:  On or before December 20, 2017.

Dated: New York, New York
       October 16, 2015


Of Counsel:

**BAKER HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP


By: _/s/ Nicholas J. Cremona_____
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*