**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>v.<br><br>FERN C. PALMER REVOCABLE TRUST DTD 12/31/91, AS AMENDED; FERN C. PALMER, individually and in her capacity as Trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended; ESTATE OF BOYER PALMER; DIANE HOLMERS, in her capacity as Personal Representative of the Estate of Boyer Palmer, and | Adv. Pro. No. 10-04397 (SMB) |

BRUCE PALMER, in his capacity as Personal
Representative of the Estate of Boyer Palmer,

     Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: December 21, 2015.

2.      Fact Discovery shall be completed by: January 30, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due: April 21, 2017.

4.      The Disclosure of Rebuttal Experts shall be due: June 20, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: July 20, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before July 27, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before August 10, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before December 8, 2017.

Dated:  New York, New York
        October 16, 2015


Of Counsel:

**BAKER HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP


By: */s/ Nicholas J. Cremona* _
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*