**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br>v.<br><br>SYLVAN ASSOCIATES LLC f/k/a Sylvan Associates Limited Partnership; DONALD R. SHAPIRO, in his capacity as a General Partner of Sylvan Associates Limited Partnership; THE ERIC NATHAN SHAPIRO 1989 TRUST, in its capacity, as a Limited Partner of Sylvan Associates Limited Partnership; THE EMILY LAUREN SHAPIRO | Adv. Pro. No. 10-04961 (SMB) |

1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE JULIE BETH SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE LINDSAY ARIEL SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; ROBIN L. SHAPIRO, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust; ERIC N. SHAPIRO; EMILY L. SHAPIRO; JULIE B. SHAPIRO; and LINDSAY A. SHAPIRO,

      Defendants.

## <u>CASE MANAGEMENT NOTICE</u>

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: February 2, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: April 24, 2017.

4. The Disclosure of Rebuttal Experts shall be due: June 23, 2017.

5. The Deadline for Completion of Expert Discovery shall be: July 24, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before July 31, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before August 14, 2017.

8. The Deadline for Conclusion of Mediation shall be:  On or before December 11, 2017.

Dated: New York, New York
        October 16, 2015


Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP


By: */s/ Nicholas J. Cremona*              
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*