UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Debtor.

-------------------------------------
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                    Plaintiff,
      -v-

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
ASCOT FUND LTD., GABRIEL CAPITAL
CORPORATION,

                  Defendants.
------------------------------------- X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 09-01182 (SMB)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants J. Ezra Merkin and Gabriel Capital Corporation's Motion for Summary Judgment (ECF No. 285) and Defendants Ascot Partners, L.P. and Ascot Fund Ltd.'s Motion for Summary Judgment (ECF No. 283) will be heard on Wednesday, January 27, 2016 at 10:00 a.m. EST before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

Dated:  New York, New York
October 16, 2015

DECHERT LLP

By:  */s/ Neil A. Steiner*
Andrew J. Levander
Neil A. Steiner
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
andrew.levander@dechert.com
neil.steiner@dechert.com

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*