**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> JABA ASSOCIATES LP; ESTATE OF JAMES GOODMAN; AUDREY GOODMAN, in her capacity as a General and Limited Partner of JABA Associates and in her capacity as Personal Representative of the Estate of James Goodman; BRUCE GOODMAN, in his capacity as a General Partner of JABA Associates LP; ANDREW GOODMAN, in his capacity as a General Partner | Adv. Pro. No. 10-05128 (SMB) |

of JABA Associates LP; and GOODMAN
CHARITABLE FOUNDATION, in its capacity as
a Limited Partner of JABA Associates LP,

     Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: December 21, 2015.

2.      Fact Discovery shall be completed by: January 16, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due: April 7, 2017.

4.      The Disclosure of Rebuttal Experts shall be due: June 6, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: July 6, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before July 13, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before July 27, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before November 24, 2017.

Dated:  New York, New York                         BAKER & HOSTETLER LLP
        October 16, 2015


                                                   By: */s/ Nicholas J. Cremona*            _
Of Counsel:                                        David J. Sheehan
                                                   Nicholas J. Cremona
**BAKER HOSTETLER LLP**                            45 Rockefeller Plaza
811 Main, Suite 1100                               New York, NY 10111
Houston, Texas 77002                               Telephone: (212) 589-4200
Telephone: (713) 751-1600                          Facsimile: (212) 589-4201
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com                          *Attorneys for Irving H. Picard, Trustee*
                                                   *for the Substantively Consolidated SIPA*
                                                   *Liquidation of Bernard L. Madoff Investment*
                                                   *Securities LLC and for the Estate of Bernard*
                                                   *L. Madoff*