# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

October 19, 2015

**VIA ECF AND ELECTRONIC MAIL
(bernstein.chambers@nysb.uscourts.gov)**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

Re:    *Picard v. The Lanny Rose Revocable Trust, Adv. Pro. No. 10-05160 (SMB) (Bankr.
       S.D.N.Y.)*

Dear Judge Bernstein:

This joint letter is on behalf of Irving H. Picard, Esq., Trustee for the substantively consolidated
SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L.
Madoff, and defendant Lanny Rose, with respect to Mr. Rose's letter of October 15, 2015,
requesting "relief and to reach settlement/mediation."  We note that the Court has set this for
hearing on October 28, 2015, to discuss the issues raised in Mr. Rose's letter.

As discussed with Chambers on  Friday, October 16, 2015, the Trustee and Mr. Rose have
reached an agreement settling this adversary proceeding in principle.  This agreement in
principle is in the process of being documented.

Based upon the settlement in principle, Mr. Rose hereby withdraws his letter of October 15,
2015, without prejudice, and subject to approval of the Court, requests that the October 28,
2015 hearing be taken off calendar.

Very truly yours,


*/s/ Nicholas J. Cremona*
Nicholas J. Cremona
Partner


*/s/ Lanny Rose*
Lanny Rose

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC