**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

**DECLARATION OF STEPHANIE ACKERMAN IN FURTHER SUPPORT OF THE TRUSTEE'S MOTION AND MEMORANDUM TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN 1973 MASTERS VACATION FUND, BULL MARKET FUND, AND STRATTHAM PARTNERS**

I, Stephanie Ackerman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an associate with Baker & Hostetler LLP, counsel to Irving H. Picard, Esq., trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), and for Bernard L. Madoff ("Madoff") (collectively, "Debtor").

2.    I am fully familiar with this case and the facts set forth herein.

3.    For purposes of Trustee's Motion And Memorandum To Affirm His Determinations Denying Claims Of Claimants Holding Interests In 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners (the "Motion"), the Trustee selected three BLMIS

accounts (collectively, the "Accounts"): 1M0114 held by 1973 Masters Vacation Fund, 1B0081 held by Bull Market Fund, and 1ZB262 held by Strattham Partners (collectively, the "Partnerships").

4. Attached hereto as Exhibit 15 is a true and correct copy of the documents produced to the Trustee in response to requests for production to George and Linda Pallis including 1991 to 2000 and 2002 to 2008 K-1 tax forms as well as a February 16, 2009 letter from David G. Friehling, CPA to Ms. Linda Pallis related to the Pallises' investment in 1973 Masters Vacation Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2015

New York, New York

*/s/ Stephanie Ackerman*
Stephanie Ackerman, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111