# **EXHIBIT A**

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

**Period Ended September 30, 2015**  
*CASH RECEIPTS:*

**Report No. 82**

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | Cumulative Detail General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $27,896,848.04 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 289,841,908.00 | 289,841,908.00 | 289,841,908.00 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,180.59 | 1,843,180.59 | 1,843,180.59 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,316,297.78 | 37,316,297.78 | 37,316,297.78 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 18,001,787.96 | 18,001,787.96 | 18,001,787.96 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 47.26 | 47.26 | 47.26 | | | 4070 |
| - Sports Tickets | 0.00 | 91,037.20 | 91,037.20 | 91,037.20 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,956,852.79 | 7,956,852.79 | 7,956,852.79 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,416,279.52 | 1,416,279.52 | 1,416,279.52 | | | 4075 |
| - Abtech | 0.00 | 795,000.00 | 795,000.00 | 795,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 100,734.60 | 100,734.60 | 100,734.60 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| - Auction Sales | 0.00 | 644,579.15 | 644,579.15 | 644,579.15 | | | 4078 |
| - Other | 0.00 | 11,428.57 | 11,428.57 | 11,428.57 | | | 4079 |
| Administrative Subtenant Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| *Adjusting Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | -531,078.49 | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 62,450.65 | 62,450.65 | 62,450.65 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 442,311.56 | 442,311.56 | 442,311.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - Litigation Related | | | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 0.00 | 112,392,379.79 | 112,392,379.79 | 112,392,379.79 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,903,783,597.98 | 1,903,783,597.98 | 1,903,783,597.98 | | | 4021 |
| - Litigation Settlements | 9,087,470.95 | 7,867,554,151.78 | 7,876,641,622.73 | 7,876,641,622.73 | | | 4022 |
| - Donation Settlements | 0.00 | 875,000.00 | 875,000.00 | 875,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 0.00 | 1,733,488.32 | 1,733,488.32 | 1,733,488.32 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 0.00 | 796,298.73 | 796,298.73 | 796,298.73 | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4110 |
| Earnings on Trustee's Investments | 1,814,706.62 | 32,657,815.02 | 34,472,521.64 | 34,472,521.64 | | | 4120 |
| Interest on Trustee's Savings Accounts | 19,302.87 | 1,603,082.16 | 1,622,385.03 | 1,622,385.03 | | | 4140 |
| **Sub-total General Cash Receipts** | **$10,921,480.44** | **$10,886,010,364.38** | **$10,896,931,844.82** | **$10,896,931,844.82** | | | |
| **Advances from SIPC** | | | | | | | |
| Administration - Advances | 2,132,142.05 | 1,216,320,802.65 | 1,218,452,944.70 | | | 1,218,452,944.70 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu *See Note (4) on Page 3 | 0.00 | 822,880,056.04 | 822,880,056.04 | | | 822,880,056.04 | 2922 |
| **Sub-total SIPC Advances** | **$2,132,142.05** | **$2,039,200,858.69** | **$2,041,333,000.74** | | | **$2,041,333,000.74** | |
| Funds Transferred from Investment Accounts *See Note (2) on Page 3 | 0.00 | 7,487,837,154.23 | 7,487,837,154.23 | | | | 1901 |
| **Total Cash Receipts** | **$13,053,622.49** | **$20,413,048,377.30** | **$20,426,101,999.79** | **$10,896,931,844.82** | **$0.00** | **$2,041,333,000.74** | |

Page 1

**Period Ended September 30, 2015**  Report No. 82
**CASH DISBURSEMENTS:**
*Administrative Disbursements*

| General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---|---|---|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 3,600.00 | 3,600.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 25,860.74 | 25,860.74 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,218,198.85 | 1,218,198.85 | 5046 |
| - Other | 1,941.73 | 12,411.45 | 14,353.18 | 5047 |
| Expenses for Asset Sales | 0.00 | 48,429.09 | 48,429.09 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| - *Adjustment for Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 14,399.50 | 1,034,778.50 | 1,049,178.00 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 0.00 | 63,185.27 | 63,185.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 651,432.76 | 651,432.76 | 5061 |
| Utilities - Electricity | 786.75 | 29,028.41 | 29,815.16 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 0.00 | 311,600.14 | 311,600.14 | 5081 |
| - Postage/Handling/Preparation | 0.00 | 40,961.12 | 40,961.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,865.31 | 3,865.31 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaint | 0.00 | 244,026.52 | 244,026.52 | 5088 |
| - Other | 0.00 | 36,250.63 | 36,250.63 | 5089 |
| Taxes | 0.00 | 555.51 | 555.51 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation *See Note (1) Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 0.00 | 5,159,463.07 | 5,159,463.07 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 666.91 | 666.91 | 5115 |
| Hosting Expense | 350,100.55 | 27,188,071.39 | 27,538,171.94 | 5244 |
| **Sub-total General Admin. Disbursements** | **$367,228.53** | **$51,619,072.66** | **$51,986,301.19** | |

| Professional Fees and Expenses | | | | |
|---|---|---|---|---|
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 7,209,245.72 | 704,058,667.94 | 711,267,913.66 | 5210 |
| Trustee Counsel Expenses (Baker) | 67,618.56 | 13,679,325.45 | 13,746,944.01 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 37,122,384.15 | 37,122,384.15 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 398,953.88 | 398,953.88 | 5213 |
| Special Counsel Fees | 0.00 | 55,207,142.40 | 55,207,142.40 | 5220 |
| Special Counsel Expenses | 0.00 | 12,133,245.20 | 12,133,245.20 | 5221 |
| Consultant Fees | 2,217,130.36 | 339,623,542.42 | 341,840,672.78 | 5240 |
| Consultant Expenses *See Note (1) Below | 33,736.90 | 15,591,258.83 | 15,624,995.73 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 109.90 | 1,489,834.75 | 1,489,944.65 | 5243 |
| Mediator Fees | 71,362.00 | 2,163,333.17 | 2,234,695.17 | 5245 |
| Mediator Expenses | 0.00 | 12,246.24 | 12,246.24 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| **Sub-total Professional Fees and Expenses** | **$9,599,203.44** | **$1,187,547,594.86** | **$1,197,146,798.30** | |
| **Total Administrative Disbursements** | **$9,966,431.97** | **$1,239,166,667.52** | **$1,249,133,099.49** | |

Page 2

* Note (1) See Supporting Schedule on Page 6

**Period Ended September 30, 2015**  
Report No. 82

**CASH DISBURSEMENTS:**

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals Customer Fund | Cumulative Totals General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu *See Note (4) Below | 7,468,828.80 | 7,934,455,146.19 | 7,941,923,974.99 | 7,117,388,579.61 | | 824,535,395.38 | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6000 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6100 |
| General Creditor | | | | | | | 6200 |
| **Sub-total Claim Disbursements** | **$7,468,828.80** | **$7,934,455,146.19** | **$7,941,923,974.99** | **$7,117,388,579.61** | **$0.00** | **$824,535,395.38** | |

**Other Disbursements (except investments)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Constr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | 0.00 | 125,330,632.84 | 125,330,632.84 | 125,330,632.84 | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | **$0.00** | **$125,330,632.84** | **$125,330,632.84** | **$125,330,632.84** | **$0.00** | **$0.00** | |
| Investments by Trustee - Purchases *See Note (2) Below | $1,834,009.49 | $11,086,199,082.71 | $11,088,033,092.20 | | | | 1900 |
| **Sub-total Administrative Disb. - page 2** | **$9,966,431.97** | **$1,239,166,667.52** | **$1,249,133,099.49** | **$0.00** | **$0.00** | **$1,249,133,099.49** | |
| **Total Disbursements** | **$19,269,270.26** | **$20,385,151,529.26** | **$20,404,420,799.52** | **$7,242,719,212.45** | **$0.00** | **$2,073,668,494.87** | |
| Total Receipts less Disbursements | ($6,215,647.77) | $27,896,848.04 | $21,681,200.27 | $3,654,212,632.37 | $0.00 | ($32,335,494.13) | |
| Ending Cash Balance *See Note (3) Below | $21,681,200.27 | | | | | | |

Page 3

* Note (2) Two preferred custody accounts and an insured money market account have been established at Citibank for investment purposes and an additional investment account is maintained at JP Morgan Chase. A Broker's account, which was previously established at Morgan Joseph, was closed in January 2012. Since January 20, 2009, $11,088,033,092.20 of recovered funds have been transferred into these investment accounts and $7,487,837,154.23 of these funds have subsequently been used for interim distributions to customers with allowed claims and for operations. (See Page 5 for more details).

* Note (3) The ending cash balance includes a $ 16,524,355.65 balance in the Citibank Business Checking Account and $ 5,156,844.62 in the Citibank Distribution Account.

* Note (4) The difference between Customer Claim payments of $824,535,395.38 and SIPC Advances of $822,880,056.04 is the result of timing differences between the date the claim was paid and the date the advance was requested.

**Period Ended September 30, 2015**  Report No. 82

SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied | 1,323 | | |
| c. On an account by account basis-Partially Satisfied | 1,229 | | |
|  | 2,552 | - | - |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 110 | | |
| Claims Determined - withdrawn | 402 | | |
| Claims Determined but not yet satisfied | 11 | | |
| Claims under review | - | 49 | 94 |
| Claims Denied: | | | |
| a. Other Denials for which no objections were filed | 9,882 | | |
| b. Denials for which objections were filed: | | | |
| - Trustee's Determinations Affirmed | 2,197 | | |
| - Hearing not yet set | 1,305 | | |
| - Set for Hearing | 48 | | |
|  | 13,967 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
Filing Date Value

Customer name securities distributed
Customer fund securities distributed

$

_____
(Trustee's Signature)

_____
(Accountant's Signature)

10/13/2015
(Date)

10/12/2015
(Date)

Page 4

Period Ended September 30, 2015

Report No. 82

## IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
### Investment Accounts

### Citibank Preferred Custody Account-Original Account

| | Cash Assets/Mutual Funds (6) | U.S. Treasury Bills (5) | U.S. Treasury Notes (5) | Equities (6) | Certificates (6) | Accrued Interest (6) | Account Balance |
|---|---|---|---|---|---|---|---|
| Balance August 31, 2015 | 1,085,363 | 616,327,585 | 325,627,021 | 222 | 5,885,681 | 689,029 | 949,614,901 |
| Maturing of T Bills | 133,340,000 | (133,340,000) | | | | | |
| Maturing of Certificates | | | | | | | |
| Purchase of U.S. Treasury Bills | (133,339,043) | 133,339,043 | | | | | |
| Unrealized Gain or (Loss) | | | 264,460 | (33) | 696 | | 413,528 |
| Realized Gain or (Loss) | | | | | | | |
| Interest and Dividends Earned | | | | | | | |
| Interest | | | 148,405 | | | (675,652) | 138,686 |
| Dividends | 814,338 | | | | | | |
| Funds Transferred to the Citibank Operating Account | | | | | | | |
| Balance September 30, 2015 | 1,900,658 | 616,591,088 | 325,775,426 | 189 | 5,886,377 | 13,377 | 950,167,115 |

### JP Morgan Chase

| | Cash/Escrow Fund (6) | U.S. Treasury Bills (5) | U.S. Treasury Notes (5) | | | | Account Balance |
|---|---|---|---|---|---|---|---|
| Balance August 31, 2015 | 567,298 | 1,241,213,618 | 663,609,798 | | | | 1,905,390,714 |
| Maturing of U.S. Treasury Bills | 512,210,000 | (512,210,000) | | | | | |
| Purchase of U.S. Treasury Bills | (512,716,437) | 512,716,437 | | | | | |
| Unrealized Gain or (Loss) | | 224,599 | 375,065 | | | | 599,664 |
| Interest and Dividends Earned | | | | | | | |
| Interest | 621,626 | | | | | | 621,626 |
| Dividends | | | | | | | |
| Funds Transferred to the Citibank Operating Account | | | | | | | |
| Balance September 30, 2015 | 682,487 | 1,241,944,654 | 663,984,863 | | | | 1,906,612,004 |

### (Citibank continued)

| | Citibank Preferred Custody Account-#2 Cash Assets/Mutual Funds (6) | Citibusiness IMMA Account Account Balance (6) | Total Citibank |
|---|---|---|---|
| Balance August 31, 2015 | 585,844,509 | 156,558,419 | 1,692,017,829 |
| Unrealized Gain or (Loss) | | | 413,528 |
| Interest | 61,917 | 19,303 | 219,906 |
| Balance September 30, 2015 | 585,906,426 | 156,577,722 | 1,692,651,263 |

Page 5

* Note (5) The summation of U.S. Treasury Bills and Notes is $2,848,296,031.

* Note (6) The summation of these short-term investments, money market, escrow, custody, IMMA, certificates of deposit, mutual fund accounts, accrued interest and other minor investments is $ 750,967,236.

**Period Ended September 30, 2015**　　　　　　　　　　　　　　　　　　　　　　　　　　　Report No. 82

### IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
#### Consultant Expenses for Court Related Noticing

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---:|---:|---:|
| Postage / Handling / Preparation | 3,803.45 | 523,248.44 | 527,051.89 |
| Printing |  | 44,945.40 | 44,945.40 |
| Reproduction Costs |  | 762,418.30 | 762,418.30 |
| Supplies |  | 95,600.81 | 95,600.81 |
| **Total  *See Note Below** | **$3,803.45** | **$1,426,212.95** | **$1,430,016.40** |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.