# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**[PROPOSED] ORDER APPROVING A SIXTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING SIXTH INTERIM DISTRIBUTION TO CUSTOMERS**

Upon consideration of the motion, dated April 15, 2015, for an Order Approving the Trustee's Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers, the Affidavit of Vineet Sehgal, executed April 15, 2015 (the "Motion"), and the Notice of Hearing and Supplemental Filing in Further Support of the Trustee's Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers, dated October 20, 2015 (the "Supplemental Filing," together with the Motion, the "Motion"), filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), it appearing that due and proper notice of the Motion and the relief requested therein have been given, and no other or further notice needing to be given; and a

hearing having been held on the Motion; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel and the record in this case; and the Court, as set forth in the transcript of the hearing on the Motion, having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

    **ORDERED**, that the relief requested in the Motion is hereby granted; and it is further

    **ORDERED**, that any objections to the Motion are hereby overruled; and it is further

    **ORDERED**, that all holders of current and future allowed claims are eligible to receive a distribution consistent with the relief granted herein; and it is further

    **ORDERED**, that the Trustee is permitted to distribute the additional amounts received by the estate since the filing of the Motion consistent with the relief granted herein.

Dated: New York, New York
       November __, 2015

                                            _____
                                            HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE