**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   v.<br><br>THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP, HARWOOD HOLDING COMPANY II, INC., ESTELLE HARWOOD REVOCABLE TRUST, and ESTELLE HARWOOD, individually and in her capacity as trustee of the | Adv. Pro. No. 10-04803 (SMB) |

Estelle Harwood Revocable Trust,

                              Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015

2. Fact Discovery shall be completed by: April 6, 2017

3. The Disclosure of Case-in-Chief Experts shall be due: June 26, 2017

4. The Disclosure of Rebuttal Experts shall be due: August 25, 2017

5. The Deadline for Completion of Expert Discovery shall be: September 25, 2017

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before October 2, 2017

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 16, 2017

6. The Deadline for Conclusion of Mediation shall be: On or before February 13, 2018

| | |
|---|---|
| Dated: New York, New York<br>October 20, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona<br>Christa C. Turner<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*<br><br>CHAITMAN LLP<br><br>By: /s/ _Helen Davis Chaitman__<br>465 Park Avenue<br>New York, New York 10022<br>Telephone:  888.759.1114<br>Facsimile:  888.759.1114<br>Helen Davis Chaitman<br>Email:  hchaitman@chaitmanllp.com<br>Leslie Treff<br>Email: ltreff@chaitmanllp.com<br><br>*Attorneys for Defendants* |

300369855.1