**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> MELVIN H. AND LEONA GALE JOINT REVOCABLE LIVING TRUST U/A/D 1/4/94, MELVIN H. GALE, in his capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94 and individually, and LEONA | Adv. Pro. No. 10-04993 (SMB) |

GALE, in her capacity as trustee of the Melvin H. and
Leona Gale Joint Revocable Living Trust u/a/d 1/4/94
and individually,

                                            Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: December 21, 2015

2.      Fact Discovery shall be completed by:  January 23, 2017

3.      The Disclosure of Case-in-Chief Experts shall be due: April 14, 2017

4.      The Disclosure of Rebuttal Experts shall be due:  June 13, 2017

5.      The Deadline for Completion of Expert Discovery shall be: July 13, 2017

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before July 20, 2017

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before August 3, 2017

8.      The Deadline for Conclusion of Mediation shall be:  On or before December 1, 2017

300369820.1

Dated: New York, New York
     October 20, 2015

BAKER & HOSTETLER LLP

By: _/s/ Nicholas J. Cremona_____
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*

**CHAITMAN, LLP**

By: _/s/   Helen Davis Chaitman_
465 Park Avenue
New York, NY 10022
Telephone: 888.759,1114
Facsimile:  888.759,1114
Helen Davis Chaitman
Email: helendavischaitman@gmail.com
Leslie Treff
Email: ltreff@chaitmanllp.com

*Attorney for Defendants Melvin H. and
Leona Gale Joint Revocable Living Trust
u/a/d 1/4/94, Melvin H. Gale, in his capacity
as trustee of the Melvin H. and Leona Gale
Joint Revocable Living Trust u/a/d 1/4/94
and individually, and Leona Gale, in her
capacity as trustee of the Melvin H. and
Leona Gale Joint Revocable Living Trust
u/a/d 1/4/94 and individually*

300369820.1