**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT V. CHEREN,<br><br>    Defendant. | Adv. Pro. No. 10-04448 (SMB) |

**STIPULATION AND ORDER DISMISSING ADVERSARY**
**PROCEEDING WITHOUT PREJUDICE**

WHEREAS, on November 30, 2010, Irving H. Picard, as trustee ("Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively

consolidated estate of Bernard L. Madoff, commenced the above-captioned adversary proceeding

(the "Adversary Proceeding") against Robert V. Cheren ("Defendant") in the United States

Bankruptcy Court for the Southern District of New York; and

WHEREAS, Defendant submitted a hardship application to the Trustee (the "Hardship

Application") requesting that the Trustee agree to dismiss the Adversary Proceeding. In support

of his Hardship Application, Defendant included a listing of all of his monthly expenditures for

the past twelve months and other information, all under penalty of perjury;

WHEREAS, in reliance on the representations made by Defendant in his Hardship Application and other representations and/or materials submitted by Defendant in support of his Hardship Application, the Trustee in the exercise of his due and deliberate discretion has agreed to dismiss this Adversary Proceeding without prejudice under certain terms as set forth in this Stipulation;

IT IS HEREBY agreed and stipulated between the Trustee and Defendant as follows:

1.      Defendant hereby affirms (i) that all representations made by Defendant and all materials provided by Defendant have been submitted by Defendant as true and correct under penalty of perjury and (ii) that the Trustee has relied upon these materials in exercising his discretion to dismiss the Adversary Proceeding.

2.      Defendant hereby agrees that to the extent it is subsequently determined that Defendant deliberately or intentionally submitted materially false and/or misleading representations, statements and/or materials in connection with his Hardship Application or dismissal of the Adversary Proceeding, the Defendant hereby agrees (i) that the Trustee shall have the right to reinstitute the Adversary Proceeding against Defendant and/or pursue other remedies available to him and (ii) that Defendant agrees that this Stipulation and Order shall act to toll any applicable statutes of limitation with respect to the Trustee's commencement of any such claims and notwithstanding section 546(a) of the Bankruptcy Code, Defendant hereby agrees to waive any statute of limitations defense in any such actions or claims commenced by Trustee.

3.      Pursuant to Fed. R. Civ. P. 41(a), made applicable by Fed. R. Bankr. P. 7041(a), the Trustee and Defendant hereby agree that upon approval of this Stipulation and Order by the

Bankruptcy Court, except as set forth in paragraph 2 hereof, this Adversary Proceeding is dismissed without prejudice.

4.      This Agreement may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

5.      This Stipulation and Order is subject to the approval of the Bankruptcy Court, failing which the provisions of the Stipulation and Order shall be void and of no effect.

Dated:  October 20, 2015

[*The Remainder of this Page is Intentionally Left Blank*]

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and  the Estate
of Bernard L. Madoff*

**BERNFELD, DEMATTEO & BERNFELD,
LLP**

By:  /s/ *Jeffrey L. Bernfeld*
Jeffrey L. Bernfeld
600 Third Avenue, 15th Floor
New York, New York 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610

*Attorneys for Defendant Robert V. Cheren*

/s/ *Robert V. Cheren*
**ROBERT V. CHEREN**

**SO ORDERED:**

**Dated: October 20th, 2015**            /s/ STUART M. BERNSTEIN_____
                                        **HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE**

4