**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>            v.<br><br>NICOLETTE WERNICK NOMINEE PARTNERSHIP; MARITAL GST EXEMPT TRUST F/B/O NICOLETTE WERNICK U/ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the | Adv. Pro. No. 10-04616 (SMB) |

1

| |
|---|
| Nicolette Wernick Nominee Partnership; MARITAL GST NON-EXEMPT TRUST F/B/O NICOLETTE WERNICK U/ARTICLE III OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; and NICOLETTE WERNICK, individually and in her capacity as Partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital Non-Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991<br>　　　　　　　　　　　　　　Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    The Initial Disclosures shall be due: December 18, 2015.

2.    Fact Discovery shall be completed by: June 5, 2017.

3.    The Disclosure of Case-in-Chief Experts shall be due: August 30, 2017.

4.    The Disclosure of Rebuttal Experts shall be due: October 12, 2017.

5.    The Deadline for Completion of Expert Discovery shall be: November 14, 2017.

6.    The Deadline for Service of a Notice of Mediation Referral shall be:  On or before November 21, 2017.

7.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before December 5, 2017.

The Deadline for Conclusion of Mediation shall be:  On or before April 7, 2018.

| | |
|---|---|
| Dated: New York, New York<br>October 20, 2015 | **BAKER & HOSTETLER LLP**<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 |
| Of Counsel:<br><br>**BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

3