**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                          Plaintiff,<br><br>           v.<br><br>THE ABBIT FAMILY TRUST; LINDA ANNE ABBIT, individually and in her capacity as Trustee of the Abbit Family Trust 9/7/90; and JEFFREY BRIAN ABBIT, individually and in his capacity as Trustee of the Abbit Family Trust 9/7/90,<br><br>                          Defendants. | Adv. Pro. No. 10-04647 (SMB) |

1

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: <u>December 18, 2015</u>.

2. Fact Discovery shall be completed by: <u>June 5, 2017</u>.

3. The Disclosure of Case-in-Chief Experts shall be due: <u>August 28, 2017</u>.

4. The Disclosure of Rebuttal Experts shall be due: <u>October 12, 2017</u>.

5. The Deadline for Completion of Expert Discovery shall be: <u>November 14, 2017</u>.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before <u>November 21, 2017</u>.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before <u>December 5, 2017</u>.

8. The Deadline for Conclusion of Mediation shall be: On or before <u>April 7, 2018</u>.

| | |
|---|---|
| Dated: New York, New York<br>October 20, 2015 | **BAKER & HOSTETLER LLP** |
| Of Counsel: | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona |
| **BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | 45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |