**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Donna A. Tobin
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>      v.<br><br>TRUST FOR THE BENEFIT OF RYAN TAVLIN,<br><br>HARVEY KRAUSS, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, | Adv. Pro. No. 10-5232 (SMB) |

> DORON TAVLIN, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin,
>
> OMEGA ASSET MANAGEMENT, LLC, and
>
> RYAN TAVLIN, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin
>
>                          Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: April 17, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: July 7, 2017.

4. The Disclosure of Rebuttal Experts shall be due: September 6, 2017.

5. The Deadline for Completion of Expert Discovery shall be: October 6, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before October 13, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before October 27, 2017.

8. The Deadline for Conclusion of Mediation shall be:  On or before February 26, 2018.

| | |
|---|---|
| Dated: New York, New York<br>October 22, 2015 | BAKER & HOSTETLER LLP<br><br>By: *Donna A. Tobin*<br>David J. Sheehan<br>Nicholas J. Cremona<br>Donna A. Tobin<br>Kimberly M. Maynard<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300369908.5