**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Elizabeth A. Scully
Thomas L. Long

*Attorneys for Irving H. Picard., Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01365 (SMB) |
| Plaintiff, | |
| v. | |
| THYBO ASSET MANAGEMENT LIMITED and THYBO STABLE FUND LTD. | |
| Defendants. | |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT AGREEMENT BY AND AMONG THE TRUSTEE, THYBO ASSET MANAGEMENT LIMITED AND THYBO STABLE FUND LTD.**

**Hearing Date: November 18, 2015 at 10:00 a.m.**
**Objection Due: November 11, 2015 at 5:00 p.m.**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78*aaa-lll*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on November 18, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving a certain settlement agreement by and among the Trustee and Thybo Asset Management Limited ("TAM") and Thybo Stable Fund Ltd. ("TSF"), as more particularly set forth in the motion annexed hereto (the "Motion").

PLEASE TAKE FURTHER NOTICE that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on November 11, 2015** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein), and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: Mark A. Kornfeld and Elizabeth A. Scully; (b) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Carmine D. Boccuzzi, Jr.; and (c) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kevin Bell. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

PLEASE TAKE FURTHER NOTICE that failure to file timely objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

Dated:  New York, New York
       October 23, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _s/   Elizabeth A. Scully_
    David J. Sheehan
    E-mail: dsheehan@bakerlaw.com
    Mark A. Kornfeld
    E-mail: mkornfeld@bakerlaw.com
    Thomas L. Long
    E-mail: tlong@bakerlaw.com
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    --and--

    Elizabeth A. Scully (_pro hac_)
    E-mail: escully@bakerlaw.com
    1050 Connecticut Ave., N.W., 1100
    Washington, D.C. 20036
    Telephone: (202) 861-1500
    Facsimile: (202) 861-1783

    _Attorneys for Irving H. Picard,_
    _Trustee for the Substantively Consolidated_
    _SIPA Liquidation of the estate of Bernard L._
    _Madoff Investment Securities LLC and the_
    _Estate of Bernard L. Madoff_