**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:   **070099**

Date Recei **RECEIVED**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

JUL 0 6 2009

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Thybo Stable Fund Ltd.
Mailing Address: c/o Thybo Advisory S.A.M., 24 Boulevard Princesse Charlotte
City: MC-98000 Monaco          State: _____   Zip: _____
Account No.: 1-FR129-3-0, 1-FR129-4-0
Taxpayer I.D. Number (Social Security No.): Exempt

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of **December 11, 2008:**

     a.   The Broker owes me a Credit (Cr.) Balance of       $        0

     b.   I owe the Broker a Debit (Dr.) Balance of           $        0

     c.   If you wish to repay the Debit Balance,
          please insert the amount you wish to repay and
          attach a check payable to "Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC."
          If you wish to make a payment, **it must be enclosed**
          with this claim form.                                $        N/A

     d.   If balance is zero, insert "None."                            None

MWPTAP00045471

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|     |                                | YES | NO |
| --- | ------------------------------ | --- | -- |
| a.  | The Broker owes me securities  | X   |    |
| b.  | I owe the Broker securities    | X   |    |
| c.  | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| --- | --- | --- | --- |
| See Annex A | See Annex A | See Annex A | See Annex A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(Number of Shares or Face Amount of Bonds)

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

2

MWPTAP00045472

**MWPTAP00593515**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | <u>YES</u> | <u>NO</u> |
|-----|-----|:----------:|:---------:|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X* | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

---

\* Please see Annex A for additional detail.

3

MWPTAP00045473

MWPTAP00593516

Please list the full name and address of anyone assisting you in the preparation of this claim form:   Cleary Gottlieb Steen & Hamilton LLP c/o Giovanni Prezioso, Esq., 2000 Pennsylvania Ave, NW, Washington, DC 20006

4

MWPTAP00045474

MWPTAP00593517

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date __30ᵗʰ June 2009__    Signature _____

Carl A. Hughes, Director

Date ___N/A___    Signature ___N/A___

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045475

SIPC v. Bernard L. Madoff Investment Securities, LLC, Case No. 08-01789-BRL

## ANNEX A TO CUSTOMER CLAIM OF
## Thybo Stable Fund Ltd. ("TSF")

The following tables supplement the information provided in the attached claim form with respect to TSF's claim for securities.

### Securities BMIS owes TSF

The following table lists the securities owed by Bernard L. Madoff Investment Securities LLC ("BMIS") to TSF as shown on the November 30, 2008 account statements TSF received from BMIS for account number 1-FR129-3-0, which is attached as Exhibit A to this customer claim, and the market value of such securities, as of December 11, 2008, based on market data available to TSF for that date. November 30, 2008 is the last date with respect to which TSF received a statement of the composition of its accounts, and thus TSF reserves the right to modify its claim to account for transactions that may have occurred between November 30, 2008 and December 11, 2008.

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/6/2008 | Apple Inc | 037833100 | 16,281 | $ 95.00 | $ 1,546,695.00 |
| 11/7/2008 | Apple Inc | 037833100 | 11,268 | 95.00 | 1,070,460.00 |
| 11/10/2008 | Apple Inc | 037833100 | 13,815 | 95.00 | 1,312,425.00 |
| 11/25/2008 | Apple Inc | 037833100 | 5,427 | 95.00 | 515,565.00 |
| | | | 46,791 | | 4,445,145.00 |
| | | | | | |
| 11/6/2008 | AT&T | 00206R102 | 108,540 | 27.94 | 3,032,607.60 |
| 11/7/2008 | AT&T | 00206R102 | 72,616 | 27.94 | 2,028,891.04 |
| 11/10/2008 | AT&T | 00206R102 | 95,170 | 27.94 | 2,659,049.80 |
| 11/25/2008 | AT&T | 00206R102 | 36,180 | 27.94 | 1,010,869.20 |
| | | | 312,506 | | 8,731,417.64 |
| | | | | | |
| 11/6/2008 | Abbott Laboratories | 002824100 | 28,944 | 51.03 | 1,477,012.32 |
| 11/7/2008 | Abbott Laboratories | 002824100 | 20,032 | 51.03 | 1,022,232.96 |
| 11/10/2008 | Abbott Laboratories | 002824100 | 24,560 | 51.03 | 1,253,296.80 |
| 11/25/2008 | Abbott Laboratories | 002824100 | 9,648 | 51.05 | 492,337.44 |
| | | | 83,184 | | 4,244,879.52 |

MWPTAP00045476

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/6/2008 | Altria Group Inc | 02209S103 | 37,989 | 15.02 | 570,594.78 |
| 11/7/2008 | Altria Group Inc | 02209S103 | 26,292 | 15.02 | 394,905.84 |
| 11/10/2008 | Altria Group Inc | 02209S103 | 32,235 | 15.02 | 484,169.70 |
| 11/25/2008 | Altria Group Inc | 02209S103 | 12,663 | 15.02 | 190,198.26 |
| | | | 109,179 | | 1,639,868.58 |
| | | | | | |
| 11/6/2008 | Amgen Inc | 031162100 | 19,899 | 57.25 | 1,139,217.75 |
| 11/7/2008 | Amgen Inc | 031162100 | 13,772 | 57.25 | 788,447.00 |
| 11/10/2008 | Amgen Inc | 031162100 | 16,885 | 57.25 | 966,666.25 |
| 11/25/2008 | Amgen Inc | 031162100 | 6,633 | 57.25 | 379,739.25 |
| | | | 57,189 | | 3,274,070.25 |
| | | | | | |
| 11/6/2008 | Bank of America | 060505104 | 94,068 | 14.91 | 1,402,553.88 |
| 11/7/2008 | Bank of America | 060505104 | 63,852 | 14.91 | 952,033.32 |
| 11/10/2008 | Bank of America | 060505104 | 79,820 | 14.91 | 1,190,116.20 |
| 11/25/2008 | Bank of America | 060505104 | 30,753 | 14.91 | 458,527.23 |
| | | | 268,493 | | 4,003,230.63 |
| | | | | | |
| 11/6/2008 | Bank of New York Mellon Corp | 064058100 | 21,708 | 26.99 | 585,898.92 |
| 11/7/2008 | Bank of New York Mellon Corp | 064058100 | 13,772 | 26.99 | 371,706.28 |
| 11/10/2008 | Bank of New York Mellon Corp | 064058100 | 18,420 | 26.99 | 497,155.80 |
| 11/25/2008 | Bank of New York Mellon Corp | 064058100 | 7,236 | 26.99 | 195,299.64 |
| | | | 61,136 | | 1,650,060.64 |
| | | | | | |
| 11/6/2008 | Baxter International Inc | 071813109 | 10,854 | 50.96 | 553,119.84 |
| 11/7/2008 | Baxter International Inc | 071813109 | 7,512 | 50.96 | 382,811.52 |
| 11/10/2008 | Baxter International Inc | 071813109 | 10,745 | 50.96 | 547,565.20 |
| 11/25/2008 | Baxter International Inc | 071813109 | 3,618 | 50.96 | 184,373.28 |
| | | | 32,729 | | 1,667,869.84 |
| | | | | | |
| 11/6/2008 | Boeing Co | 097023105 | 14,472 | 40.27 | 582,787.44 |

Annex A-2

MWPTAP00045477

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/7/2008 | Boeing Co | 097023105 | 10,016 | 40.27 | 403,344.32 |
| 11/10/2008 | Boeing Co | 097023105 | 12,280 | 40.27 | 494,515.60 |
| | | | 36,768 | | 1,480,647.36 |
| | | | | | |
| 11/6/2008 | Bristol Myers Squibb Company | 110122108 | 36,180 | 21.45 | 776,061.00 |
| 11/7/2008 | Bristol Myers Squibb Company | 110122108 | 25,040 | 21.45 | 537,108.00 |
| 11/10/2008 | Bristol Myers Squibb Company | 110122108 | 32,235 | 21.45 | 691,440.75 |
| 11/25/2008 | Bristol Myers Squibb Company | 110122108 | 12,060 | 21.45 | 258,687.00 |
| | | | 105,515 | | 2,263,296.75 |
| | | | | | |
| 11/6/2008 | Chevron Corp | 166764100 | 37,989 | 79.46 | 3,018,605.94 |
| 11/7/2008 | Chevron Corp | 166764100 | 26,292 | 79.46 | 2,689,162.32 |
| 11/10/2008 | Chevron Corp | 166764100 | 33,770 | 79.46 | 2,683,364.20 |
| 11/25/2008 | Chevron Corp | 166764100 | 12,663 | 79.46 | 1,006,201.98 |
| | | | 110,714 | | 8,297,334.44 |
| | | | | | |
| 11/6/2008 | Cisco Systems Inc | 17275R102 | 110,349 | 16.91 | 1,866,001.59 |
| 11/7/2008 | Cisco Systems Inc | 17275R102 | 73,868 | 16.91 | 1,249,107.88 |
| 11/10/2008 | Cisco Systems Inc | 17275R102 | 93,635 | 16.91 | 1,583,367.85 |
| 11/25/2008 | Cisco Systems Inc | 17275R102 | 36,180 | 16.91 | 611,803.80 |
| | | | 314,032 | | 5,310,281.12 |
| | | | | | |
| 11/6/2008 | Citi Group Inc | 172967101 | 101,304 | 7.57 | 766,871.28 |
| 11/7/2008 | Citi Group Inc | 172967101 | 67,608 | 7.57 | 511,792.56 |
| 11/10/2008 | Citi Group Inc | 172967101 | 87,495 | 7.57 | 662,337.15 |
| 11/25/2008 | Citi Group Inc | 172967101 | 34,974 | 7.57 | 264,753.18 |
| | | | 291,381 | | 2,205,754.17 |
| | | | | | |
| 11/6/2008 | Coca Cola Co | 191216100 | 36,180 | 44.22 | 1,599,879.60 |
| 11/7/2008 | Coca Cola Co | 191216100 | 25,040 | 44.22 | 1,107,268.80 |
| 11/10/2008 | Coca Cola Co | 191216100 | 32,235 | 44.22 | 1,425,431.70 |

Annex A-3

MWPTAP00045478

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/25/2008 | Coca-Cola Co | 191216100 | 12,060 | 44.22 | 533,293.20 |
| | | | 105,515 | | 4,665,873.30 |
| 11/25/2008 | Colgate | 194162103 | 3,015 | 58.56 | 176,558.40 |
| 11/6/2008 | Comcast Corp | 20030N101 | 54,270 | 15.97 | 866,691.90 |
| 11/7/2008 | Comcast Corp | 20030N101 | 36,308 | 15.97 | 579,838.76 |
| 11/10/2008 | Comcast Corp | 20030N101 | 46,050 | 15.97 | 735,418.50 |
| 11/25/2008 | Comcast Corp | 20030N101 | 17,487 | 15.97 | 279,267.39 |
| | | | 154,115 | | 2,461,216.55 |
| 11/6/2008 | Conocophilips | 20825C104 | 28,944 | 52.81 | 1,528,532.64 |
| 11/7/2008 | Conocophilips | 20825C104 | 18,780 | 52.81 | 991,771.80 |
| 11/10/2008 | Conocophilips | 20825C104 | 24,560 | 52.81 | 1,297,013.60 |
| 11/25/2008 | Conocophilips | 20825C104 | 9,648 | 52.81 | 509,510.88 |
| | | | 81,932 | | 4,326,828.92 |
| 11/6/2008 | CVS Caremark Corp | 126650100 | 27,135 | 28.80 | 781,488.00 |
| 11/7/2008 | CVS Caremark Corp | 126650100 | 17,528 | 28.80 | 504,806.40 |
| 11/10/2008 | CVS Caremark Corp | 126650100 | 23,025 | 28.80 | 663,120.00 |
| 11/25/2008 | CVS Caremark Corp | 126650100 | 9,045 | 28.80 | 260,496.00 |
| | | | 76,733 | | 2,209,910.40 |
| 11/6/2008 | The Walt Disney Co. | 254687106 | 36,180 | 22.82 | 825,627.60 |
| 11/7/2008 | The Walt Disney Co. | 254687106 | 23,788 | 22.82 | 542,842.16 |
| 11/10/2008 | The Walt Disney Co. | 254687106 | 29,165 | 22.82 | 665,545.30 |
| 11/25/2008 | The Walt Disney Co. | 254687106 | 11,457 | 22.82 | 261,448.74 |
| | | | 100,590 | | 2,295,463.80 |
| 11/25/2008 | Exelon Corp | 30161N101 | 4,221 | 54.54 | 230,213.34 |

Annex A-4

MWPTAP00045479

MWPTAP00593522

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/6/2008 | Exxon Mobil Corp | 30231G102 | 97,686 | 80.02 | 7,816,833.72 |
| 11/7/2008 | Exxon Mobil Corp | 30231G102 | 66,356 | 80.02 | 5,309,807.12 |
| 11/10/2008 | Exxon Mobil Corp | 30231G102 | 82,890 | 80.02 | 6,632,857.80 |
| 11/25/2008 | Exxon Mobil Corp | 30231G102 | 32,562 | 80.02 | 2,605,611.24 |
| | | | 279,494 | | 22,365,109.88 |
| | | | | | |
| 11/6/2008 | General Electric Co | 369604103 | 193,563 | 17.05 | 3,300,249.15 |
| 11/7/2008 | General Electric Co | 369604103 | 131,460 | 17.05 | 2,241,393.00 |
| 11/10/2008 | General Electric Co | 369604103 | 167,315 | 17.05 | 2,852,720.75 |
| 11/25/2008 | General Electric Co | 369604103 | 66,330 | 17.05 | 1,130,926.50 |
| | | | 558,668 | | 9,525,289.40 |
| | | | | | |
| 11/6/2008 | Goldman Sachs Group Inc | 38141G104 | 7,236 | 69.71 | 504,421.56 |
| 11/7/2008 | Goldman Sachs Group Inc | 38141G104 | 5,008 | 69.71 | 349,107.68 |
| 11/10/2008 | Goldman Sachs Group Inc | 38141G104 | 7,675 | 69.71 | 535,024.25 |
| | | | 19,919 | | 1,388,553.49 |
| | | | | | |
| 11/6/2008 | Google | 38259P508 | 3,618 | 300.22 | 1,086,195.96 |
| 11/7/2008 | Google | 38259P508 | 2,504 | 300.22 | 751,750.88 |
| 11/10/2008 | Google | 38259P508 | 3,070 | 300.22 | 921,675.40 |
| 11/25/2008 | Google | 38259P508 | 1,206 | 300.27 | 362,065.32 |
| | | | 10,398 | | 3,121,687.56 |
| | | | | | |
| 11/6/2008 | Hewlett Packard Co | 428236103 | 45,225 | 34.78 | 1,572,925.50 |
| 11/7/2008 | Hewlett Packard Co | 428236103 | 31,300 | 34.78 | 1,088,614.00 |
| 11/10/2008 | Hewlett Packard Co | 428236103 | 39,910 | 34.78 | 1,388,069.80 |
| 11/25/2008 | Hewlett Packard Co | 428236103 | 15,075 | 34.78 | 524,308.50 |
| | | | 131,510 | | 4,573,917.80 |
| | | | | | |
| 11/6/2008 | Home Depot Inc | 437076102 | 32,562 | 22.99 | 748,600.38 |
| 11/7/2008 | Home Depot Inc | 437076102 | 21,284 | 22.99 | 489,319.16 |

Annex A-5

MWPTAP00045480

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/10/2008 | Home Depot Inc | 437076102 | 27,630 | 22.99 | 635,213.70 |
| 11/25/2008 | Home Depot Inc | 437076102 | 10,251 | 22.99 | 235,670.49 |
| | | | 91,727 | | 2,108,803.73 |
| | | | | | |
| 11/6/2008 | Intel Corp | 458140100 | 103,113 | 14.01 | 1,444,613.13 |
| 11/7/2008 | Intel Corp | 458140100 | 70,112 | 14.01 | 982,269.12 |
| 11/10/2008 | Intel Corp | 458140100 | 90,565 | 14.01 | 1,268,815.65 |
| 11/25/2008 | Intel Corp | 458140100 | 34,974 | 14.01 | 489,985.74 |
| | | | 298,764 | | 4,185,683.64 |
| | | | | | |
| 11/6/2008 | International Business Machs | 459200101 | 25,326 | 80.58 | 2,040,769.08 |
| 11/7/2008 | International Business Machs | 459200101 | 17,528 | 80.58 | 1,412,406.24 |
| 11/10/2008 | International Business Machs | 459200101 | 21,490 | 80.58 | 1,731,664.20 |
| 11/25/2008 | International Business Machs | 459200101 | 8,442 | 80.58 | 680,256.36 |
| | | | 72,786 | | 5,865,095.88 |
| | | | | | |
| 11/6/2008 | J.P. Morgan Chase & Co | 46625H100 | 68,742 | 29.94 | 2,058,135.48 |
| 11/7/2008 | J.P. Morgan Chase & Co | 46625H100 | 47,576 | 29.94 | 1,424,425.44 |
| 11/10/2008 | J.P. Morgan Chase & Co | 46625H100 | 58,330 | 29.94 | 1,746,400.20 |
| 11/25/2008 | J.P. Morgan Chase & Co | 46625H100 | 22,914 | 29.94 | 686,045.16 |
| | | | 197,562 | | 5,915,006.28 |
| | | | | | |
| 11/6/2008 | Johnson & Johnson | 478160104 | 52,461 | 58.25 | 3,055,853.25 |
| 11/7/2008 | Johnson & Johnson | 478160104 | 35,056 | 58.25 | 2,042,012.00 |
| 11/10/2008 | Johnson & Johnson | 478160104 | 44,515 | 58.25 | 2,592,998.75 |
| 11/25/2008 | Johnson & Johnson | 478160104 | 17,487 | 58.25 | 1,018,617.75 |
| | | | 149,519 | | 8,709,481.75 |
| | | | | | |
| 11/6/2008 | Kraft Food Inc | 50075N104 | 28,944 | 26.81 | 775,988.64 |
| 11/7/2008 | Kraft Food Inc | 50075N104 | 18,780 | 26.81 | 503,491.80 |
| 11/10/2008 | Kraft Food Inc | 50075N104 | 24,560 | 26.81 | 658,453.60 |

Annex A-6

MWPTAP00045481

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/25/2008 | Kraft Food Inc | 50075N104 | 9,045 | 26.81 | 242,406.45 |
| | | | 81,329 | | 2,180,430.49 |
| | | | | | |
| 11/6/2008 | McDonalds Corp | 580135101 | 21,708 | 60.87 | 1,321,365.96 |
| 11/7/2008 | McDonalds Corp | 580135101 | 13,772 | 60.87 | 838,301.64 |
| 11/10/2008 | McDonalds Corp | 580135101 | 18,420 | 60.87 | 1,121,225.40 |
| 11/25/2008 | McDonalds Corp | 580135101 | 6,633 | 60.87 | 403,750.71 |
| | | | 60,533 | | 3,684,643.71 |
| | | | | | |
| 11/6/2008 | Medtronic Inc | 585055106 | 21,708 | 30.62 | 664,698.96 |
| 11/7/2008 | Medtronic Inc | 585055106 | 13,772 | 30.62 | 421,698.64 |
| 11/10/2008 | Medtronic Inc | 585055106 | 18,420 | 30.62 | 564,020.40 |
| 11/25/2008 | Medtronic Inc | 585055106 | 7,236 | 30.62 | 221,566.32 |
| | | | 61,136 | | 1,871,984.32 |
| | | | | | |
| 11/6/2008 | Merck & Co | 589331107 | 39,798 | 26.44 | 1,052,259.12 |
| 11/7/2008 | Merck & Co | 589331107 | 27,544 | 26.44 | 728,263.36 |
| 11/10/2008 | Merck & Co | 589331107 | 33,770 | 26.44 | 892,878.80 |
| 11/25/2008 | Merck & Co | 589331107 | 13,266 | 26.44 | 350,753.04 |
| | | | 114,378 | | 3,024,154.32 |
| | | | | | |
| 11/6/2008 | Microsoft Corp | 594918104 | 146,529 | 19.45 | 2,849,989.05 |
| 11/7/2008 | Microsoft Corp | 594918104 | 100,160 | 19.45 | 1,948,112.00 |
| 11/10/2008 | Microsoft Corp | 594918104 | 124,335 | 19.45 | 2,418,315.75 |
| 11/25/2008 | Microsoft Corp | 594918104 | 48,240 | 19.45 | 938,268.00 |
| | | | 419,264 | | 8,154,684.80 |
| | | | | | |
| 11/6/2008 | Occidental Petroleum Corp | 674599105 | 16,281 | 57.83 | 941,530.23 |
| 11/7/2008 | Occidental Petroleum Corp | 674599105 | 10,016 | 57.83 | 579,225.28 |
| 11/10/2008 | Occidental Petroleum Corp | 674599105 | 13,815 | 57.83 | 798,921.45 |
| 11/25/2008 | Occidental Petroleum Corp | 674599105 | 5,427 | 57.83 | 313,843.41 |

Annex A-7

MWPTAP00045482

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
|  |  |  | 45,539 |  | 2,633,520.37 |
| 11/6/2008 | Oracle Corporation | 68389X105 | 74,169 | 16.46 | 1,220,821.74 |
| 11/7/2008 | Oracle Corporation | 68389X105 | 50,080 | 16.46 | 824,316.80 |
| 11/10/2008 | Oracle Corporation | 68389X105 | 62,935 | 16.46 | 1,035,910.10 |
| 11/25/2008 | Oracle Corporation | 68389X105 | 24,120 | 16.46 | 397,015.20 |
|  |  |  | 211,304 |  | 3,478,063.84 |
| 11/6/2008 | Pepsico Inc | 713448108 | 28,944 | 52.71 | 1,525,638.24 |
| 11/7/2008 | Pepsico Inc | 713448108 | 20,032 | 52.71 | 1,055,886.72 |
| 11/10/2008 | Pepsico Inc | 713448108 | 24,560 | 52.71 | 1,294,557.60 |
| 11/25/2008 | Pepsico Inc | 713448108 | 9,648 | 52.71 | 508,546.08 |
|  |  |  | 83,184 |  | 4,384,628.64 |
| 11/6/2008 | Pfizer Inc | 717081103 | 124,821 | 16.56 | 2,067,035.76 |
| 11/7/2008 | Pfizer Inc | 717081103 | 85,136 | 16.56 | 1,409,852.16 |
| 11/10/2008 | Pfizer Inc | 717081103 | 108,985 | 16.56 | 1,804,791.60 |
| 11/25/2008 | Pfizer Inc | 717081103 | 41,607 | 16.56 | 689,011.92 |
|  |  |  | 360,549 |  | 5,970,691.44 |
| 11/6/2008 | Phillip Morris International | 718172109 | 39,798 | 41.95 | 1,669,526.10 |
| 11/7/2008 | Phillip Morris International | 718172109 | 26,292 | 41.95 | 1,102,949.40 |
| 11/10/2008 | Phillip Morris International | 718172109 | 32,235 | 41.95 | 1,352,258.25 |
| 11/25/2008 | Phillip Morris International | 718172109 | 12,663 | 41.95 | 531,212.85 |
|  |  |  | 110,988 |  | 4,655,946.60 |
| 11/6/2008 | Procter & Gamble Co | 742718109 | 56,079 | 58.58 | 3,285,107.82 |
| 11/7/2008 | Procter & Gamble Co | 742718109 | 38,812 | 58.58 | 2,273,606.96 |
| 11/10/2008 | Procter & Gamble Co | 742718109 | 47,585 | 58.58 | 2,787,529.30 |
| 11/25/2008 | Procter & Gamble Co | 742718109 | 18,090 | 58.58 | 1,059,712.20 |
|  |  |  | 160,566 |  | 9,405,956.28 |

Annex A-8

MWPTAP00045483

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/6/2008 | Qualcomm Inc | 747525103 | 30,753 | 32.59 | 1,002,240.27 |
| 11/7/2008 | Qualcomm Inc | 747525103 | 21,284 | 32.59 | 693,645.56 |
| 11/10/2008 | Qualcomm Inc | 747525103 | 26,095 | 32.59 | 850,436.05 |
| 11/25/2008 | Qualcomm Inc | 747525103 | 10,251 | 32.59 | 334,080.09 |
| | | | 88,383 | | 2,880,401.97 |
| | | | | | |
| 11/6/2008 | Schlumberger Ltd | 806857108 | 21,708 | 42.35 | 919,333.80 |
| 11/7/2008 | Schlumberger Ltd | 806857108 | 15,024 | 42.35 | 636,266.40 |
| 11/10/2008 | Schlumberger Ltd | 806857108 | 19,955 | 42.35 | 845,094.25 |
| 11/25/2008 | Schlumberger Ltd | 806857108 | 7,236 | 42.35 | 306,444.60 |
| | | | 63,923 | | 2,707,139.05 |
| | | | | | |
| 11/6/2008 | 3M Company | 88579Y101 | 12,663 | 55.14 | 698,237.82 |
| 11/7/2008 | 3M Company | 88579Y101 | 8,764 | 55.14 | 483,246.96 |
| 11/10/2008 | 3M Company | 88579Y101 | 10,745 | 55.14 | 592,479.30 |
| 11/25/2008 | 3M Company | 88579Y101 | 4,221 | 55.14 | 232,745.94 |
| | | | 36,393 | | 2,006,710.02 |
| | | | | | |
| 11/6/2008 | Time Warner Inc | 887317303 | 66,933 | 22.30 | 1,492,605.90 |
| 11/7/2008 | Time Warner Inc | 887317303 | 45,072 | 22.30 | 1,005,105.60 |
| 11/10/2008 | Time Warner Inc | 887317303 | 55,260 | 22.30 | 1,232,298.00 |
| 11/25/2008 | Time Warner Inc | 887317305 | 22,311 | 22.30 | 497,535.30 |
| | | | 189,576 | | 4,227,544.80 |
| | | | | | |
| 11/6/2008 | US Bancorp | 902973304 | 32,562 | 24.85 | 809,165.70 |
| 11/7/2008 | US Bancorp | 902973304 | 22,536 | 24.85 | 560,019.60 |
| 11/10/2008 | US Bancorp | 902973304 | 27,630 | 24.85 | 686,605.50 |
| 11/25/2008 | US Bancorp | 902973304 | 10,854 | 24.85 | 269,721.90 |
| | | | 93,582 | | 2,325,512.70 |

Annex A-9

MWPTAP00045484

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/6/2008 | United Parcel SVC Inc | 91312106 | 18,090 | 51.83 | 937,604.70 |
| 11/7/2008 | United Parcel SVC Inc | 91312106 | 12,520 | 51.83 | 648,911.60 |
| 11/10/2008 | United Parcel SVC Inc | 91312106 | 15,350 | 51.83 | 795,590.50 |
| 11/25/2008 | United Parcel SVC Inc | 91312106 | 6,030 | 51.83 | 312,534.90 |
| | | | 51,990 | | 2,694,641.70 |
| 11/6/2008 | United Technologies Corp | 91301709 | 18,090 | 47.08 | 851,677.20 |
| 11/7/2008 | United Technologies Corp | 91301709 | 12,520 | 47.08 | 589,441.60 |
| 11/10/2008 | United Technologies Corp | 91301709 | 15,350 | 47.08 | 722,678.00 |
| 11/25/2008 | United Technologies Corp | 91301709 | 6,030 | 47.08 | 283,892.40 |
| | | | 51,990 | | 2,447,689.20 |
| 11/6/2008 | Verizon Communications | 92343V104 | 52,461 | 32.47 | 1,703,408.67 |
| 11/7/2008 | Verizon Communications | 92343V104 | 35,058 | 32.47 | 1,138,268.32 |
| 11/10/2008 | Verizon Communications | 92343V104 | 46,050 | 32.47 | 1,495,243.50 |
| 11/25/2008 | Verizon Communications | 92343V104 | 17,487 | 32.47 | 567,802.89 |
| | | | 151,054 | | 4,904,723.38 |
| 11/6/2008 | Wal-Mart Stores Inc | 931142103 | 41,607 | 54.79 | 2,279,647.53 |
| 11/7/2008 | Wal-Mart Stores Inc | 931142103 | 28,796 | 54.79 | 1,577,732.84 |
| 11/10/2008 | Wal-Mart Stores Inc | 931142103 | 35,305 | 54.79 | 1,934,360.95 |
| 11/25/2008 | Wal-Mart Stores Inc | 931142103 | 13,869 | 54.79 | 759,882.51 |
| | | | 119,577 | | 6,551,623.83 |
| 11/6/2008 | Wells Fargo & Co New | 949746101 | 61,506 | 25.90 | 1,593,005.40 |
| 11/7/2008 | Wells Fargo & Co New | 949746101 | 42,568 | 25.90 | 1,102,511.20 |
| 11/10/2008 | Wells Fargo & Co New | 949746101 | 52,190 | 25.90 | 1,351,721.00 |
| 11/25/2008 | Wells Fargo & Co New | 949746101 | 23,517 | 25.90 | 609,090.30 |
| | | | 179,781 | | 4,656,327.90 |
| 11/25/2008 | Wyeth | 983024100 | 8,442 | 35.55 | 300,113.10 |

Annex A-10

MWPTAP00045485

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

| Trade Date | Security Description | CUSIP | Number of Shares | Market Price per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|
| 11/25/2008 | Fidelity Spartan US Treasury Money Market | 31617H300 | 20,048 | 1.00 | 20,048.00 |
| | AGGREGATE MARKET VALUE OF SECURITIES OWED TO TSF | | | | $   219,005,731 |

Annex A-11

MWPTAP00045486

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

## Options Transactions Credited To TSF's Account

The following table lists the options transactions, both long and short, credited to TSF's account as shown on the November 30, 2008 account statement TSF received from BMIS for account number 1-FR129-4-0 and the market value of such options transactions as of December 11, 2008, based on market data available to TSF for that date. November 30, 2008 is the last date with respect to which TSF received a statement of the composition of its accounts, and thus TSF reserves the right to modify its claim to account for transactions that may have occurred between November 30, 2008 and December 11, 2008.

| Trade Date | Option Transaction Description | Number of Shares Puts (Long) | Number of Shares Calls (Short) | Exercise Price | Expiration Date | Market Value per Share as of 12/11/08 | Total Market Value as of 12/11/08 |
|---|---|---|---|---|---|---|---|
| 11/19/2008 | S&P 100 Index December 420 put | 459,600 | | 30.01 | 12/20/2008 | $ 11.80 | $ 5,423,280 |
| 11/25/2008 | S&P 100 Index December 370 put | 69,300 | | 21.01 | 12/20/2008 | 1.40 | 84,420 |
| | | | | | | | 5,507,700 |
| 11/19/2008 | S&P 100 Index December 430 call | | (459,600) | 25.99 | 12/20/2008 | 9.30 | (4,274,280) |
| 11/25/2008 | S&P 100 Index December 380 call | | (60,300) | 33.99 | 12/20/2008 | 51.00 | (3,075,300) |
| | | | | | | | (7,349,580.00) |
| | AGGREGATE MARKET VALUE OF OPTIONS | | | | | | $ (1,841,880) |

## Net Equity Claim of TSF

Based on the foregoing and information contained in the attached claim form, TSF has a net equity claim of $217,163,851 as of December 11, 2008.

Annex A-12

MWPTAP00045487

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

(Annex A continued)

3.    **Explanation for Item 8**

**Item 8:**    Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers.

**Explanation:** Pursuant to a Trading Authorization Limited to Purchases and Sales of Securities and Options, executed by TSF on October 6, 2006 (the "Trading Authorization"), a copy of which is included in Exhibit C to this customer claim, Bernard L. Madoff, who maintained a business address of 885 Third Avenue, New York, NY 10022, telephone number (212) 230-2424, was designated as an agent and attorney-in-fact for TSF and had the authority to buy, sell and trade in stocks, bonds, options and any other securities on behalf of TSF, in accordance with BMIS's terms and conditions for TSF's accounts.  This Trading Authorization was revoked on December 11, 2008, and a copy of such revocation is attached as Exhibit D.

\*          \*          \*          \*          \*

Thybo Stable Fund Ltd.

By: _____

Name:  Carl A. Hughes
Title:   Director

Annex A-13

MWPTAP00045488

MWPTAP00593531

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

### ANNEX B TO CUSTOMER CLAIM OF
### Thybo Stable Fund Ltd.

The undersigned, Carl A. Hughes, is a Director of Thybo Stable Fund Ltd. ("TSF"), an investment company incorporated in the British Virgin Islands, which has its registered office at Romasco Place, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands. Mr. Hughes is an authorized signatory for TSF, and a copy of a current Certificate of Incumbency and Certified Board Resolutions authorizing the filing of this customer claim is attached as Exhibit B to this customer claim.

### DESCRIPTION OF CLAIM

The customer claim of TSF is for identifiable securities, including options, that were credited by Bernard L. Madoff Investment Securities LLC ("BMIS") to the account of TSF pursuant to a customer agreement between TSF, as customer, and BMIS as broker. On December 11, 2008, the Securities and Exchange Commission filed a complaint against BMIS, and on December 15, 2008, the Securities Investor Protection Corporation ("SIPC") filed for a protective decree against BMIS under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. § 78aaa, et seq. ("SIPA"). On December 15, 2008, the United States District Court for the Southern District of New York entered an order granting SIPC's request for a protective decree and appointing Irving H. Picard as trustee (the "Trustee") for the liquidation of BMIS. Since such order, the Trustee has not returned any securities or options to TSF, or made any payments to TSF in respect of its net equity in its accounts with BMIS. Thus, TSF's customer claim seeks return of all securities and options, or a payment in an amount equal to TSF's net equity, which was $217,163,851 as of December 11, 2008.

MWPTAP00045489

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

## A.   Description of the TSF Brokerage Account at BMIS

As of December 11, 2008, TSF and BMIS were parties to a Customer Agreement (the "Customer Agreement") and an Options Agreement, dated October 6, 2006 (the "Options Agreement," and together with the Customer Agreement, the "Account Agreements"), pursuant to which BMIS maintained two accounts in the name of TSF: account numbers 1-FR129-3-0 with respect to securities (the "TSF Securities Account"), and 1-FR129-4-0 with respect to options transactions (the "TSF Options Account," and together with the TSF Securities Account, the "TSF Accounts"). Copies of the Account Agreements are attached as Exhibit C to this customer claim. TSF also executed a Trading Authorization Limited to Purchases and Sales of Securities and Options, dated October 6, 2006 (the "Trading Authorization"), authorizing Bernard L. Madoff to buy, sell and trade in stocks, bonds, options and other securities under the terms and conditions of the Account Agreements. A copy of the Trading Authorization is also included in Exhibit C.

Pursuant to the Account Agreements and the Trading Authorization, BMIS agreed to receive, acquire and hold securities in the ordinary course of its business as a broker for the TSF Accounts for safekeeping, to facilitate and cover sales, pursuant to purchases, as collateral security and for the purpose of effecting transfers. Accordingly, TSF is a "customer" of BMIS as such term is defined in SIPA, 15 U.S.C. § 78*lll*. BMIS provided TSF with monthly statements of such securities received, acquired and held in the TSF Accounts. A copy of the account statement received for the period ending November 30, 2008 is attached as Exhibit A to this customer claim.

## B.   TSF Claim for Securities and Options or its Net Equity in the TSF Accounts

The securities and options credited to the TSF Accounts, as of November 30, 2008 (the date of the last statement TSF received from BMIS), are detailed in Annex A to this customer claim. TSF's customer claim is for the return of these securities and options, which the Trustee

MWPTAP00045490

MWPTAP00593533

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

has thus far failed to deliver to TSF. As described above, TSF was a "customer" of BMIS for the purposes of SIPA, and thus the securities and options credited to the TSF Accounts by BMIS, including the proceeds of any such securities or options transferred by BMIS, are "customer property" as such term is defined in SIPA, 15 U.S.C. § 78*lll*(4). TSF hereby makes a customer claim for such customer property, and requests that such customer property be returned to TSF as soon as practicable.

If the trustee is unable or elects not to deliver the securities and options to TSF in satisfaction of its customer claim, TSF requests that the Trustee make a payment to TSF in satisfaction of its net equity in the TSF Accounts, in accordance with 15 U.S.C. §§ 78*fff*(a)(1)(B) and 78*fff*-2(b). TSF's "net equity" is equal to the amount that would have been owed by BMIS to TSF if BMIS "had liquidated, by sale or purchase on the filing date, all securities positions of" TSF. 15 U.S.C. § 78*lll*(11). As described in the schedule of securities and options set forth on Annex A, as of December 11, 2008, TSF's net equity, measured by the market value of the securities and options credited to the TSF Accounts, was $217,163,851. TSF reserves the right to modify its claim to account for transactions that may have occurred between November 30, 2008 and December 11, 2008.

## RESERVATION OF RIGHTS

TSF reserves the right to withdraw, amend, clarify, modify or supplement this customer claim to assert additional claims or additional grounds for its claims. TSF also reserves all rights accruing to it against BMIS, and the filing of this customer claim is not intended to be and shall not be construed as (a) an election of remedies or (b) a waiver or limitation of any rights of TSF. If, and only to the extent that, this claim is not allowed as a customer claim, it should be deemed an allowed unsecured claim or general creditor claim against BMIS. In

Annex B-3

MWPTAP00045491

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

addition, TSF reserves the right to supplement this customer claim with relevant documents to the extent necessary. Furthermore, TSF reserves the right to withdraw this customer claim for any reason whatsoever.

This customer claim shall not be deemed to be a waiver of TSF's right (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs or recoupments to which TSF is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses and recoupments TSF expressly reserves. TSF further reserves all of its rights to assert any other objections or defenses that may be available to it in this or any other matter, including without limitation defenses to the exercise of personal or subject matter jurisdiction, and defenses to service of process or taking of evidence other than in accordance with applicable law and international conventions, except to the extent that any such defense is prohibited as a matter of law by the submission of this claim.

This customer claim is in addition to, and does not supersede, any other customer claim or proof of claim filed or to be filed by TSF against BMIS.

Annex B-4

MWPTAP00045492

MWPTAP00593535

SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL

Any notices in connection with this customer claim should be addressed to Carl A. Hughes,

Director of Thybo Stable Fund Ltd., at the address below:

Thybo Stable Fund Ltd.
c/o Thybo Advisory S.A.M.
24 Boulevard Princesse Charlotte
MC-98000 Monaco
Attn: Carl A. Hughes, Director

-and-

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Attn: Giovanni Prezioso, Esq.

Thybo Stable Fund Ltd.

By: _____

Name: Carl A. Hughes
Title:  Director

Annex B-5

MWPTAP00045493

**Exhibit A**

**Account Statements**

MWPTAP00045494

**MWPTAP00593537**



Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

THYEO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    PO BOX 2
291 ROUTE D'ARLON    LUXEMBOURG
LUXEMBOURG L-1150

**YOUR ACCOUNT NUMBER:** 1-FR120-3-0
**DATE:** 11/30/06
**PAGE:** 1

| Date | Amount Received or Delivered | Bought Received or Delivered | Tran | Description | Price or Symbol | Amount Debited to Your Account | Amount Credited to Your Account |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 8,407,451.28 |
| 11/06 | | 76,281 | 10981 | APPLE INC | 105.380 | | 1,716,342.78 |
| 11/06 | | 28,944 | 11216 | ABBOTT LABORATORIES | 55.090 | | 1,595,681.96 |
| 11/06 | | 59,899 | 11455 | AMGEN INC | 60.550 | | 1,201,699.65 |
| 11/06 | | 14,472 | 11686 | BOEING CO | 51.120 | | 740,386.64 |
| 11/06 | | 94,060 | 11921 | BANK OF AMERICA | 23.840 | | 2,246,343.12 |
| 11/06 | | 10,854 | 12156 | BAXTER INTERNATIONAL INC | 62.900 | | 658,186.40 |
| 11/06 | | 21,708 | 12391 | BANK OF NEW YORK MELLON CORP | 32.290 | | 701,819.32 |
| 11/06 | | 36,180 | 12626 | BRISTOL MYERS SQUIBB CO | 20.610 | | 747,516.80 |
| 11/06 | | 12,685 | 12861 | ANHEUSER BUSCH COS INC | 62.430 | | 791,057.09 |
| 11/06 | | 117,324 | 13096 | CITI GROUP INC | 13.530 | | 1,374,695.12 |
| 11/06 | | 54,270 | 13331 | COMCAST CORP CL A | 15.790 | | 859,085.30 |
| 11/06 | | 28,944 | 13566 | CONOCOPHILLIPS | 51.120 | | 1,480,774.28 |
| 11/06 | | 110,349 | 13801 | CISCO SYSTEMS INC | 17.520 | | 1,937,727.68 |
| 11/06 | | 27,135 | 14036 | CVS CAREMARK CORP | 30.510 | | 828,977.85 |
| 11/06 | | 37,989 | 14271 | CHEVRON CORP | 73.740 | | 2,802,827.86 |
| 11/06 | | 193,563 | 14506 | THE WALT DISNEY CO | 24.760 | | 897,263.80 |
| 11/06 | | 3,618 | 14741 | GENERAL ELECTRIC CO | 39.600 | | 3,601,576.80 |
| 11/06 | | 7,236 | 14976 | GOOGLE | 356.520 | | 1,201,033.12 |
| 11/06 | | 32,562 | 15211 | GOLDMAN SACHS GROUP INC | 91.470 | | 645,060.32 |
| 11/06 | | 43,425 | 15446 | HOME DEPOT INC | 23.300 | | 759,996.60 |
| 11/06 | | 25,326 | 15681 | HEWLETT PACKARD CO | 38.310 | | 1,734,376.75 |
| 11/06 | | | 15916 | INTERNATIONAL BUSINESS MACHS | 92.800 | | 2,351,265.80 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045495

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

895 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0)20 7493 6222
Affiliated with

TREBD STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER   PB BOX 2
291 ROUTE D'ARLON   LUXEMBOURG
LUXEMBOURG L-1150

**TRADE DATE** 11/30/06   **PAGE** 2   **YOUR ACCOUNT NUMBER** 1-FR129-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TKT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED/CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1/06 | 103,113 | | 16151 | INTEL CORP | 16.070 | 1,661,149.91 |
| 1/06 | 52,461 | | 16586 | JOHNSON & JOHNSON | 61.310 | 3,218,481.91 |
| 1/06 | 66,742 | | 16621 | J.P. MORGAN CHASE & CO | 40.910 | 2,814,984.22 |
| 1/06 | 28,944 | | 16856 | KRAFT FOOD INC | 29.410 | 843,716.84 |
| 1/06 | 36,180 | | 16891 | COCA COLA CO | 44.690 | 1,616,895.20 |
| 1/06 | 21,708 | | 17326 | MCDONALDS CORP | 57.900 | 1,257,761.20 |
| 1/06 | 21,708 | | 17561 | MEDTRONIC INC | 40.310 | 875,917.48 |
| 1/06 | 17,663 | | 17796 | 3M COMPANY | 65.590 | 805,746.17 |
| 1/06 | 37,689 | | 18051 | ALTRIA GROUP INC | 72.160 | 729,388.24 |
| 1/06 | 39,798 | | 18266 | MERCK & CO | 30.780 | 1,226,573.14 |
| 1/06 | 146,529 | | 18501 | MICROSOFT CORP | 22.310 | 3,274,922.99 |
| 1/06 | 74,769 | | 18736 | ORACLE CORPORATION | 18.150 | 1,366,166.59 |
| 1/06 | 17,261 | | 18741 | OCCIDENTAL PETROLEUM CORP | 51.290 | 886,546.49 |
| 1/06 | 28,944 | | 19676 | PEPSICO INC | 57. | 1,650,965.40 |
| 1/06 | 124,821 | | 19911 | PFIZER INC | 17.690 | 2,215,075.49 |
| 1/06 | 56,079 | | 20146 | PROCTER & GAMBLE CO | 64.570 | 3,625,264.03 |
| 1/06 | 39,798 | | 20381 | PHILLIP MORRIS INTERNATIONAL | 42.720 | 1,602,109.16 |
| 1/06 | 36,753 | | 20616 | QUALCOMM INC | 37.810 | 1,164,000.53 |
| 1/06 | 21,708 | | 20851 | SCHLUMBERGER LTD | 51.760 | 1,424,474.08 |
| 1/06 | 108,540 | | 21086 | AT&T INC | 26.980 | 2,932,750.20 |
| 1/06 | 66,933 | | 21321 | TIME WARNER INC | 33.660 | 1,040,022.98 |
| 1/06 | 18,090 | | 21556 | UNITED PARCEL SVC INC CLASS B | 22.790 | 955,694.10 |
| 1/06 | 32,562 | | 21791 | U S BANCORP | 27.550 | 965,509.10 |
| 1/06 | 18,090 | | 22026 | UNITED TECHNOLOGIES CORP | 54.920 | 994,225.80 |

CONTINUED ON PAGE 3

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THYBO STABLE FUND LTD
c/o UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER   PO BOX 2
291 ROUTE D'ARLON   LUXEMBOURG
LUXEMBOURG L-1150

A

Page 3

CLOSING DATE 11/30/08

| DATE | BOUGHT / RECEIVED AMOUNT | SOLD / DELIVERED AMOUNT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 52,461 | | 22261 | VERIZON COMMUNICATIONS | 29.980 | 1,574,878.78 | |
| 11/06 | 61,506 | | 22496 | WELLS FARGO & CO NEW | 33.660 | 2,072,751.96 | |
| 11/06 | 41,607 | | 22751 | WAL-MART STORES INC | 56.560 | 2,354,955.92 | |
| 11/06 | 97,686 | | 22966 | EXXON MOBIL CORP | 73.680 | 7,201,411.48 | 1.84 |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | | | DIV 11/06/08 | | | .55 |
| | | | | FIDELITY SPARTAN | CW | | |
| 15,654 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | 15,654.00 | |
| 11/06 | | | 10746 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 17,683 | 48263 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 18,450,000 | 46477 | U S TREASURY BILL | 99.989 | | 18,447,970.50 |
| | | | | DUE 12/11/2008 | | | |
| 11/06 | | 19,800,000 | 68690 | U S TREASURY BILL | 99.932 | | 19,786,536.00 |
| | | | | DUE 12/18/2008 | | | |
| 11/06 | | 22,450,000 | 48909 | U S TREASURY BILL | 99.960 | | 22,441,020.00 |
| | | | | DUE 01/08/2009 | | | |
| 11/06 | | 22,450,000 | 49120 | U S TREASURY BILL | 99.946 | | 22,437,877.00 |
| | | | | DUE 01/15/2009 | | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0207 493 8222

THYBO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    PO BOX 2
291 ROUTE D'ARLON    LUXEMBOURG
LUXEMBOURG L-1150

PERIOD ENDING: 11/30/08

PAGE 4

TAX ACCOUNT FRAME: 1-F8129-3-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 22,450,000 | 49335 | U S TREASURY BILL DUE 01/22/2009 | 99.934 | | 22,435,183.00 |
| 11/06 | | 22,450,000 | 49550 | U S TREASURY BILL DUE 1/22/2009 1/29/2009 | 99.928 | | 22,433,836.00 |
| 11/06 | | 6,175,000 | 49758 | U S TREASURY BILL DUE 1/29/2009 2/12/2009 | 99.902 | | 6,168,948.50 |
| 11/06 | 17,100,000 | | 49992 | U S TREASURY BILL DUE 2/12/2009 03/26/2009 | 99.802 | 17,066,142.00 | |
| 11/06 | 17,100,000 | | 50221 | U S TREASURY BILL DUE 3/26/2009 4/02/2009 | 99.751 | 17,057,421.00 | |
| 11/06 | 17,100,000 | | 50450 | U S TREASURY BILL DUE 4/02/2009 04/09/2009 | 99.726 | 17,053,146.00 | |
| 11/07 | 11,268 | | 23502 | APPLE INC | 108.800 | 1,226,408.40 | |
| 11/07 | 20,252 | | 23737 | ABBOTT LABORATORIES | 56.590 | 1,134,411.88 | |
| 11/07 | 13,772 | | 23972 | AMGEN INC | 62.070 | 855,378.04 | |
| 11/07 | 10,016 | | 24207 | BOEING CO | 85.640 | 855,658.24 | |
| 11/07 | 63,852 | | 24442 | BANK OF AMERICA | 23.720 | 1,517,123.44 | |
| 11/07 | 7,512 | | 24677 | BAXTER INTERNATIONAL INC | 61.740 | 464,090.88 | |
| 11/07 | 13,772 | | 24912 | BANK OF NEW YORK MELLON CORP | 34.210 | 471,690.12 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045498

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

TRYBO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    PO BOX 2
291 ROUTE D'ARLON  LUXEMBURG
LUXEMBOURG  L-1150

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | AMOUNT BOUGHT/LONG | TP | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 11/07 | 25,040 | 25147 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 527,341.80 |
| 11/07 | 8,764 | 25332 | ANHEUSER BUSCH COS INC | 64.190 | 562,911.16 |
| 11/07 | 67,605 | 25917 | CITI GROUP INC | 14.410 | 974,935.28 |
| 11/07 | 56,308 | 25852 | COMCAST CORP | 17.590 | 632,848.12 |
| | | | CL A | | |
| 11/07 | 18,780 | 26087 | CONOCOPHILLIPS | 53.060 | 997,217.80 |
| 11/07 | 73,168 | 26582 | CISCO SYSTEMS INC | 17.580 | 301,553.44 |
| 11/07 | 17,528 | 26557 | CVS CAREMARK CORP | 31.780 | 556,939.16 |
| 11/07 | 26,292 | 26792 | CHEVRON CORP | 75.450 | 1,984,782.40 |
| 11/07 | 23,788 | 27007 | THE WALT DISNEY CO | 25.620 | 610,599.56 |
| 11/07 | 131,460 | 27262 | GENERAL ELECTRIC CO | 19.810 | 2,604,480.60 |
| 11/07 | 2,504 | 27697 | GOOGLE | 349.160 | 874,396.64 |
| 11/07 | 5,008 | 27732 | GOLDMAN SACHS GROUP INC | 89.070 | 445,262.56 |
| 11/07 | 21,284 | 27967 | HOME DEPOT INC | 22.480 | 479,315.32 |
| 11/07 | 34,500 | 28210 | HEWLETT PACKARD CO | 38.320 | 1,216,318.00 |
| 11/07 | 17,528 | 28637 | INTERNATIONAL BUSINESS MACHS | 92.430 | 1,620,414.04 |
| 11/07 | 70,112 | 28672 | INTEL CORP | 16.___ | 1,124,596.04 |
| 11/07 | 35,056 | 28907 | JOHNSON & JOHNSON | 61.820 | 2,168,563.92 |
| 11/07 | 47,764 | 29142 | J. P. MORGAN CHASE & CO | 40.960 | 1,956,615.96 |
| 11/07 | 18,780 | 29377 | KRAFT FOOD INC | 32.360 | 607,720.80 |
| 11/07 | 25,040 | 29612 | COCA COLA CO | 46.580 | 1,167,364.20 |
| 11/07 | 13,772 | 29847 | MCDONALDS CORP | 57.510 | 792,577.72 |
| 11/07 | 8,764 | 30082 | MERCK & CO INC | 44.140 | 567,190.08 |
| 11/07 | 8,766 | 30317 | 3M COMPANY | 64.700 | 567,590.32 |
| 11/07 | 26,292 | 30552 | ALTRIA GROUP INC | 19.170 | 510,327.06 |

CONTINUED ON PAGE    6

YOUR ACCOUNT NUMBER  1-FR129-3-0

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045499

MWPTAP00593542

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Limited
11 Berkeley Street
Mayfair, London W1X 6LT
Tel 020 7493 6222

TARGO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER   PO BOX 2
291 ROUTE D'ARLON LUXEMBOURG
LUXEMBOURG L-1150

PAGE: 6
11/30/08
1-FR128-3-0

| Date | Bought or Received | Sold or Delivered | TSN | Description | Price | Amount Debited to Your Account | Amount Credited to Your Account |
|---|---|---|---|---|---|---|---|
| 11/07 | 27,544 | | 30787 | MERCK & CO | 30.480 | 840,662.12 | |
| 11/07 | 100,560 | | 31022 | MICROSOFT CORP | 22.940 | 2,301,676.40 | |
| 11/07 | 50,080 | | 31257 | ORACLE CORPORATION | 18.470 | 926,980.60 | |
| 11/07 | 10,016 | | 31962 | OCCIDENTAL PETROLEUM CORP | 54.380 | 545,070.08 | |
| 11/07 | 20,032 | | 32197 | PEPSICO INC | 58.630 | 1,175,277.16 | |
| 11/07 | 85,136 | | 32432 | PFIZER INC | 18 | 1,535,853.00 | |
| 11/07 | 38,812 | | 32667 | PROCTER & GAMBLE CO | 65.180 | 2,535,318.16 | |
| 11/07 | 26,292 | | 32902 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 1,148,433.88 | |
| 11/07 | 21,284 | | 33137 | QUALCOMM INC | 37.690 | 803,044.96 | |
| 11/07 | 15,024 | | 33372 | SCHLUMBERGER LTD | 51.770 | 778,392.48 | |
| 11/07 | 72,416 | | 33607 | AT&T INC | 28.910 | 2,102,232.56 | |
| 11/07 | 45,072 | | 33842 | TIME WARNER INC | 10.110 | 457,479.92 | |
| 11/07 | 12,520 | | 34077 | UNITED PARCEL SVC INC | 53.680 | 672,573.60 | |
| | | | | CLASS B | | | |
| 11/07 | 22,536 | | 34312 | U S BANCORP | 30.790 | 694,784.44 | |
| 11/07 | 12,520 | | 34547 | UNITED TECHNOLOGIES CORP | 56. | 701,620.00 | |
| 11/07 | 35,056 | | 34782 | VERIZON COMMUNICATIONS | 37.810 | 1,415,533.36 | |
| 11/07 | 62,568 | | 35017 | WELLS FARGO & CO NEW | 34.080 | 1,452,419.44 | |
| 11/07 | 28,766 | | 35252 | WAL-MART STORES INC | 56.730 | 1,654,748.08 | |
| 11/07 | 66,356 | | 35487 | EXXON MOBIL CORP | 75.280 | 4,997,935.66 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | DIV | | |
| | | | | DIV 11/07/07 DB | | | .08 |
| 11/07 | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | CW | | |
| | | | | W/H TAX DIV FDLXX | | | .26 |

CONTINUED ON PAGE   7

MWPTAP00045500

MWPTAP00593543

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THEMO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER PO BOX 2
291 ROUTE D'ARLON LUXEMBOURG
LUXEMBOURG L-1150

| DATE | AMOUNT RECEIVED OR DELIVERED (debit) | AMOUNT RECEIVED OR DELIVERED (credit) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 15,654 | 10989 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,654.00 |
| 11/07 | | 12,150,000 | 11259 | U S TREASURY BILL DUE 02/05/09 | 99.923 | | 12,140,444.50 |
| 11/07 | | 13,975,000 | 11474 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 13,959,208.25 |
| 11/27 | | 13,975,000 | 11587 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 13,959,487.75 |
| 11/07 | | 12,150,000 | 11900 | U S TREASURY BILL DUE 03/05/09 | 99.866 | | 12,133,719.00 |
| 11/07 | | 12,175,000 | 12044 | U S TREASURY BILL DUE 3/12/2009 | 99.840 | | 12,155,520.00 |
| 11/07 | 3,975,000 | | 12234 | U S TREASURY BILL DUE 04/09/2009 | 99.720 | 3,963,870.00 | |
| 11/07 | 3,975,000 | | 12454 | U S TREASURY BILL DUE 4/16/2009 | 99.571 | 3,961,922.25 | |
| 11/07 | 32,699 | | 12679 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 32,699.00 | |
| | | | | CONTINUED ON PAGE 8 | | | |

PERIOD ENDING 11/30/08   PAGE 7   YOUR ACCOUNT NUMBER 1-FL129-3-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THEGO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER   PO BOX 2
291 ROUTE D'ARLON LUXEMBOURG
LUXEMBOURG L-1150

| DATE | AMOUNT BOUGHT/RECEIVED | AMOUNT SOLD/DELIVERED | TSN | DESCRIPTION | PRICE | AMOUNT DEBITED/CREDITED |
|---|---|---|---|---|---|---|
| 11/10 | 13,815 | | 35962 | APPLE INC | 108,720 | 1,502,518.80 |
| 11/10 | 24,580 | | 36597 | ABBOTT LABORATORIES | 28,910 | 1,374,131.60 |
| 11/10 | 3,680 | | 36432 | AMGEN INC | 59,420 | 1,007,368.70 |
| 11/10 | 12,280 | | 36667 | BOEING CO | 92,190 | 641,384.20 |
| 11/10 | 79,820 | | 36902 | BANK OF AMERICA | 24,010 | 1,653,403.00 |
| 11/10 | 10,745 | | 37131 | BAXTER INTERNATIONAL INC | 60,170 | 1,655,492.65 |
| 11/10 | 32,235 | | 37607 | BANK OF NEW YORK MELLON CORP | 33,460 | 617,437.60 |
| 11/10 | 15,745 | | 37842 | BRISTOL MYERS SQUIBB COMPANY | 21,310 | 688,216.85 |
| 11/10 | 87,495 | | 38077 | ANHEUSER BUSCH COS INC | 44,090 | 689,026.65 |
| 11/10 | 46,050 | | 38312 | CITI GROUP INC | 14,270 | 1,253,052.65 |
| | | | | COMCAST CORP | 17,410 | 805,572.50 |
| | | | | CL A | | |
| 11/10 | 24,560 | | 38547 | CONOCOPHILLIPS | 54,730 | 1,330,414.80 |
| 11/10 | 53,635 | | 38782 | CISCO SYSTEMS INC | 16,080 | 1,696,665.80 |
| 11/10 | 28,025 | | 39017 | CVS CAREMARK CORP | 31,300 | 721,603.50 |
| 11/10 | 33,770 | | 39252 | CHEVRON CORP | 76,410 | 2,581,715.70 |
| 11/10 | 29,165 | | 39487 | THE WALT DISNEY CO | 25,660 | 3,749,539.90 |
| 11/10 | 167,315 | | 39722 | GENERAL ELECTRIC CO | 26,530 | 3,404,668.95 |
| 11/10 | 3,490 | | 39957 | GOOGLE INC | 363,580 | 1,146,312.60 |
| 11/10 | 7,675 | | 40192 | GOLDMAN SACHS GROUP INC | 92,680 | 711,626.00 |
| 11/10 | 27,630 | | 40427 | HOME DEPOT INC | 23,050 | 637,423.90 |
| 11/10 | 39,910 | | 40662 | HEWLETT PACKARD CO | 37,710 | 1,659,492.90 |
| 11/10 | 18,400 | | 40897 | INTERNATIONAL BUSINESS MACHS | 92,660 | 1,992,122.40 |
| 11/10 | 90,565 | | 41132 | INTEL CORP | 15,880 | 1,441,794.20 |
| 11/10 | 44,515 | | 41367 | JOHNSON & JOHNSON | 61,320 | 2,731,439.20 |

CONTINUED ON PAGE   9

MWPTAP00045502

MWPTAP00593545

MWPTAP00045503



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York · London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (01) 7493 6222

THEMA STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    PO BOX 2
291 ROUTE D' ARLON    LUXEMBOURG
LUXEMBOURG L-1150

| DATE | AMOUNT DEBITED TO YOUR ACCOUNT | TAX LOT | SECURITY | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 11/10 | 58,230 | 41602 | J.P. MORGAN CHASE & CO | 41.750 | 2,436,415.90 |
| 11/10 | 26,960 | 41837 | KRAFT FOODS INC | 30.100 | 2,720,268.00 |
| 11/10 | 32,235 | 42072 | COCA COLA CO | 45.500 | 1,467,981.50 |
| 11/10 | 18,420 | 42307 | MCDONALDS CORP | 57.230 | 1,054,912.60 |
| 11/10 | 18,420 | 42542 | MEDTRONIC INC | 40.300 | 742,062.00 |
| 11/10 | 10,745 | 42777 | 3M COMPANY | 64.690 | 695,523.05 |
| 11/10 | 32,235 | 43012 | ALTRIA GROUP INC | 18.850 | 610,208.15 |
| 11/10 | 33,770 | 43247 | MERCK & CO | 30.510 | 1,031,672.70 |
| 11/10 | 124,335 | 43482 | MICROSOFT CORP | 23.200 | 2,889,545.00 |
| 11/10 | 62,995 | 43717 | ORACLE CORPORATION | 18.600 | 1,173,108.00 |
| 11/10 | 13,835 | 44422 | OCCIDENTAL PETROLEUM CORP | 56.010 | 774,350.15 |
| 11/10 | 24,560 | 44657 | PEPSICO INC | 57.550 | 1,414,410.00 |
| 11/10 | 108,985 | 44892 | PFIZER INC | 17.960 | 1,961,725.60 |
| 11/10 | 47,185 | 45127 | PROCTER & GAMBLE CO | 65.230 | 3,078,872.55 |
| 11/10 | 32,255 | 45362 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 1,420,596.05 |
| 11/10 | 26,095 | 45597 | QUALCOMM INC | 37.510 | 974,647.45 |
| 11/10 | 19,955 | 45832 | SCHLUMBERGER LTD | 50.500 | 1,008,025.50 |
| 11/10 | 95,100 | 46067 | AT&T INC | 29.200 | 2,776,644.00 |
| 11/10 | 55,240 | 46302 | TIME WARNER INC | 11.010 | 610,622.60 |
| 11/10 | 15,350 | 46537 | UNITED PARCEL SVC INC | 54.420 | 835,961.00 |
| | | | CLASS B | | |
| 11/10 | 27,630 | 46772 | U S BANCORP | 31.510 | 871,726.30 |
| 11/10 | 17,350 | 47007 | UNITED TECHNOLOGIES CORP | 56.430 | 866,814.50 |
| 11/10 | 46,050 | 47242 | VERIZON COMMUNICATIONS | 32 | 1,475,642.00 |
| 11/10 | 52,190 | 47477 | WELLS FARGO & CO NEW | 34.600 | 1,807,861.00 |

CONTINUED ON PAGE  10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00593546

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THEMO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER PO BOX 2
291 ROUTE D'ARLON LUXEMBOURG
LUXEMBOURG L-1150

PERIOD: 11/30/08

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 35,305 | | 47712 | WAL-MART STORES INC | 55.710 | 1,968,253.55 | |
| 11/10 | 82,890 | | 47947 | EXXON MOBIL CORP | 75.800 | 6,286,377.00 | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | | | | DIV 11/10/08 | CW | | 1.77 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | 32,699 | | 12915 | W/H TAX DIV FOLKX | 1 | .53 | |
| | | | | FIDELITY SPARTAN | | | |
| 11/10 | 14,375,000 | | 13294 | U S TREASURY MONEY MARKET | 99.867 | | 32,699.00 |
| | | | | DUE 03/19/2009 | | | |
| | | | | 3/19/2009 | | | |
| 11/10 | 17,100,000 | | 13505 | U S TREASURY BILL | 99.834 | | 14,355,881.25 |
| | | | | DUE 05/26/2009 | | | |
| | | | | 5/26/2009 | | | |
| 11/10 | 17,100,000 | | 13707 | U S TREASURY BILL | 99.770 | | 17,071,614.00 |
| | | | | DUE 4/02/2009 | | | |
| | | | | 4/02/2009 | | | |
| 11/10 | 21,075,000 | | 13926 | U S TREASURY BILL | 99.742 | | 17,060,570.00 |
| | | | | DUE 04/09/2009 | | | |
| | | | | 4/09/2009 | | | |
| 11/10 | 5,975,000 | | 14154 | U S TREASURY BILL | 99.686 | | 21,020,626.50 |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | -3,962,518.50 |

CONTINUED ON PAGE 11

MWPTAP00045504

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◆ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TH780 STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER   PO BOX 2
291 ROUTE D'ARLON   LUXEMBOURG
LUXEMBOURG   L-1150

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TYPE | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 75,000 | | 14376 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 74,764.50 | |
| 11/10 | 6,965 | | 14603 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 6,965.03 | |
| 11/18 | | 372,172 | 49350 | ANHEUSER BUSCH COS INC | 70 | | |
| 11/18 | 2,250,000 | | 49585 | U S TREASURY BILL DUE 4/16/2009 | 99.850 | 2,246,175.00 | 2,252,040.00 |
| 11/18 | 5,865 | | 49825 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,865.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.20 |
| 11/19 | | | | FIDELITY SPARTAN W/H TAX DIV FDLXX | CM | .36 | |
| 11/19 | 12,830 | | 51527 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,830.00 | 12,830.00 |
| 11/19 | 20,400,000 | | 56132 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 20,384,904.00 | |
| 11/20 | 4,843 | | 60566 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 4,843.00 | |
| 11/20 | | | 63799 | U S TREASURY BILL DUE 3/26/2009 | 99.962 | | 20,392,248.00 |

CONTINUED ON PAGE   12

AS OF 11/30/08

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 12    A

TINTO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER PO BOX 2
291 ROUTE D'ARLON LUXEMBOURG
LUXEMBOURG L-1150

YOUR ACCOUNT NUMBER 1-FR129-5-0    11/30/08

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/20 | 20,400,000 | | 64057 | U S TREASURY BILL DUE 4/16/2009 | 99.947 | 20,389,188.00 | |
| 11/20 | 3,060 | | 64276 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,060.00 | |
| 11/25 | 5,421 | | 64577 | APPLE INC | 85.070 | 461,891.89 | |
| 11/25 | 9,648 | | 64755 | ABBOTT LABORATORIES | 54.140 | 522,727.72 | |
| 11/25 | 6,653 | | 64993 | AMGEN INC | 53.630 | 355,902.79 | |
| 11/25 | 30,753 | | 65231 | BANK OF AMERICA | 12.980 | 400,403.94 | |
| 11/25 | 3,618 | | 65469 | BAXTER INTERNATIONAL INC | 52.570 | 190,562.26 | |
| 11/25 | 7,236 | | 65707 | BANK OF NEW YORK MELLON CORP | 24.690 | 178,945.84 | |
| 11/25 | 12,060 | | 65945 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 205,570.40 | |
| 11/25 | 34,974 | | 66183 | CITI GROUP INC | 6.100 | 214,739.40 | |
| 11/25 | 3,015 | | 66421 | COLGATE PALMOLIVE CO | 62.660 | 189,039.90 | |
| 11/25 | 17,487 | | 66659 | COMCAST CORP CL A | 15.970 | 244,982.35 | |
| 11/25 | 9,648 | | 66897 | CONOCOPHILLIPS | 45.100 | 435,505.80 | |
| 11/25 | 36,100 | | 67135 | CISCO SYSTEMS INC | 14.970 | 543,561.60 | |
| 11/25 | 9,045 | | 67373 | CVS CAREMARK CORP | 27.040 | 244,537.80 | |
| 11/25 | 12,663 | | 67611 | CHEVRON CORP | 68.710 | 870,580.73 | |
| 11/25 | 11,457 | | 67849 | THE WALT DISNEY CO | 19.760 | 226,445.32 | |
| 11/25 | 4,337 | | 68087 | EXXON CORP | 44.740 | 205,499.56 | |
| 11/25 | 66,330 | | 68325 | GENERAL ELECTRIC CO | 14.010 | 929,536.30 | |
| 11/25 | 1,206 | | 68563 | GOOGLE | 275 | 331,698.00 | |
| 11/25 | 13,251 | | 68801 | HOME DEPOT INC | 19.530 | 200,612.03 | |

CONTINUED ON PAGE 13

MWPTAP00045506

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliate with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRV00 STABLE FUNC LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER PO BOX 2
291 ROUTE D'ARLON LUXEMBOURG
LUXEMBOURG L-1150

PAGE 13   A

YOUR ACCOUNT NUMBER: 1-FB129-3-0
PERIOD ENDING: 11/30/08

| DATE | BOUGHT Received | SOLD Delivered | DESCRIPTION | TIN | PRICE | AMOUNT DEBITED / CREDITED |
|------|-----------------|----------------|-------------|-----|-------|---------------------------|
| 11/25 | 15,075 | | HEWLETT PACKARD CO | 69059 | 32.990 | 497,927.25 |
| 11/25 | 8,442 | | INTERNATIONAL BUSINESS MACHS | 69277 | 75.080 | 634,162.36 |
| 11/25 | 34,974 | | INTEL CORP | 69515 | 12.270 | 430,385.98 |
| 11/25 | 17,487 | | JOHNSON & JOHNSON | 69753 | 57.650 | 1,008,824.55 |
| 11/25 | 22,916 | | J.P. MORGAN CHASE & CO | 69991 | 27.760 | 637,008.64 |
| 11/25 | 9,065 | | KRAFT FOODS INC | 70229 | 36.900 | 334,466.50 |
| 11/25 | 12,060 | | COCA COLA CO | 70467 | 42.040 | 507,002.40 |
| 11/25 | 6,633 | | MCDONALDS CORP | 70705 | 55 | 365,080.00 |
| 11/25 | 7,236 | | MEDTRONIC INC | 70943 | 30.800 | 223,157.80 |
| 11/25 | 4,221 | | 3M COMPANY | 71181 | 58.280 | 246,167.88 |
| 11/25 | 12,663 | | ALTRIA GROUP INC | 71419 | 16.250 | 206,279.75 |
| 11/25 | 13,266 | | MERCK & CO | 71657 | 25 | 332,180.00 |
| 11/25 | 48,240 | | MICROSOFT CORP | 71895 | 18.100 | 875,073.00 |
| 11/25 | 24,720 | | ORACLE CORPORATION | 72609 | 16.050 | 388,090.00 |
| 11/25 | 5,427 | | OCCIDENTAL PETROLEUM CORP | 72847 | 44.570 | 242,068.39 |
| 11/25 | 9,648 | | PEPSICO INC | 73085 | 51.800 | 500,151.40 |
| 11/25 | 41,697 | | PFIZER INC | 73323 | 15.320 | 639,083.24 |
| 11/25 | 12,662 | | PROCTER & GAMBLE CO | 73561 | 61.940 | 1,204,217.60 |
| 11/25 | | | PHILLIP MORRIS INTERNATIONAL | 73799 | 48.380 | 467,185.94 |
| 11/25 | 10,251 | | QUALCOMM INC | 74037 | 29.850 | 306,402.35 |
| 11/25 | 11,236 | | SCHLUMBERGER LTD | 74275 | 46.270 | 335,098.72 |
| 11/25 | 36,340 | | AT&T INC | 74513 | 25 | 185,947.00 |
| 11/25 | 22,311 | | TIME WARNER INC | 74751 | 8.010 | 179,655.11 |
| 11/25 | 6,050 | | UNITED PARCEL SVC INC | 74989 | 50.760 | 306,323.80 |
| | | | CLASS B | | | |

CONTINUED ON PAGE 14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045507

MWPTAP00593550

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliate with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TMTBO STABLE FUND LTD
c/o UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    P0 BOX 2
25' ROUTE D'ARLON  LUXEMBOURG
LUXEMBURG L-1150

| DATE | BOUGHT RECEIVED (Long) | SOLD DELIVERED (Short) | TR# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | 10,854 | | 75227 | U S BANCORP | 25.400 | 254,417.60 | |
| 11/25 | 6,050 | | 75465 | UNITED TECHNOLOGIES CORP | 44.890 | 270,927.70 | |
| 11/25 | 17,487 | | 75703 | VERIZON COMMUNICATIONS | 26.570 | 465,328.59 | |
| 11/25 | 23,517 | | 75941 | WELLS FARGO & CO NEW | 23.820 | 561,114.94 | |
| 11/25 | 13,869 | | 76179 | WAL-MART STORES INC | 51.450 | 714,114.05 | |
| 11/25 | 8,442 | | 76417 | WYETH | 33 | 278,925.00 | |
| 11/25 | 32,562 | | 76655 | EXXON MOBIL CORP | 72 | 2,345,766.00 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/25/08 | DIV | | |
| 11/25 | | | | FIDELITY SPARTAN | | .22 | |
| | | | | U S TREASURY MONEY MARKET | CW | | |
| | | | | W/H TAX DIV FDLXX | | | |
| 11/25 | 7,903 | | 77228 | FIDELITY SPARTAN | 1 | | 7,903.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/25 | 22,725,000 | | 77486 | U S TREASURY BILL | 99.878 | 22,697,275.50 | |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| 11/25 | 20,048 | | 77770 | FIDELITY SPARTAN | 1 | 20,048.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | | | |
| | | | | NEW BALANCE | | 29,872,929.67 | |
| | | | | | | | |
| | 312,506 | | | SECURITY POSITIONS | | | |
| | | | | AT&T INC | | | .74 |
| | | | | | NET PRICE | | |
| | | | | | 28.560 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE  15 | | | |

PAGE
16

YOUR ACCOUNT NUMBER
1-FR129-3-0

TAX PAYER NO
11/30/08

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045508

MWPTAP00593551



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THYBO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    PO BOX 2
291 ROUTE D'ARLON    LUXEMBOURG
LUXEMBOURG L-1150

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | TRN | DESCRIPTION | YOUR ACCOUNT NUMBER 1-ZM1Z9-3-0 PERIOD ENDING 11/30/08 | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| | 83,184 | | | ABBOTT LABORATORIES | | 52.390 | | |
| | 109,179 | | | ALTRIA GROUP INC | | 16.080 | | |
| | 57,189 | | | AMGEN INC | | 55.540 | | |
| | 46,791 | | | APPLE INC | | 95.670 | | |
| | 266,493 | | | BANK OF AMERICA | | 16.250 | | |
| | 61,136 | | | BANK OF NEW YORK MELLON CORP | | 30.210 | | |
| | 32,729 | | | BAXTER INTERNATIONAL INC | | 52.900 | | |
| | 36,768 | | | BOEING CO | | 42.630 | | |
| | 105,515 | | | BRISTOL MYERS SQUIBB COMPANY | | 20.700 | | |
| | 76,733 | | | CVS CAREMARK CORP | | 28.930 | | |
| | 110,714 | | | CHEVRON CORP | | 79.010 | | |
| | 514,082 | | | CISCO SYSTEMS INC | | 16.540 | | |
| | 291,331 | | | CITI GROUP INC | | 8.290 | | |
| | 105,515 | | | COCA COLA CO | | 46.870 | | |
| | 3,015 | | | COLGATE PALMOLIVE CO | | 65.070 | | |
| | 156,115 | | | COMCAST CORP | | 17.140 | | |
| | | | | A | | | | |
| | 81,932 | | | CONOCOPHILLIPS | | 52.520 | | |
| | 100,590 | | | THE WALT DISNEY CO | | 22.320 | | |
| | 4,221 | | | EXELON CORP | | 56.610 | | |
| | 279,494 | | | EXXON MOBIL CORP | | 80.150 | | |
| | 558,668 | | | GENERAL ELECTRIC CO | | 17.170 | | |
| | 19,919 | | | GOLDMAN SACHS GROUP INC | | 78.990 | | |
| | 10,596 | | | GOOGLE | | 290.960 | | |
| | 131,570 | | | HEWLETT PACKARD CO | | 35.280 | | |

CONTINUED ON PAGE  16.

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045509



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◇ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THFBO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER  PO BOX 2
291 ROUTE D'ARLON  LUXEMBOURG
LUXEMBOURG L-1150

| DATE REASON | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED OR CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 11/30/08 | | | | | |
| Page 16 | | | | | |
| Account number 1-FR152-3-0 | | | | | |
| | 91.727 | | HOME DEPOT INC | 23.110 | |
| | 298.764 | | INTEL CORP | 13.800 | |
| | 72.766 | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 197.562 | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 149.519 | | JOHNSON & JOHNSON | 58.580 | |
| | 81.529 | | KRAFT FOOD INC | 27.210 | |
| | 60.533 | | MCDONALDS CORP | 58.750 | |
| | 61.136 | | MEDTRONIC INC | 30.520 | |
| | 114.378 | | MERCK & CO | 26.720 | |
| | 419.264 | | MICROSOFT CORP | 20.220 | |
| | 45.539 | | OCCIDENTAL PETROLEUM CORP | 54.140 | |
| | 211.304 | | ORACLE CORPORATION | 16.090 | |
| | 83.494 | | PEPSICO INC | 56.700 | |
| | 360.549 | | PFIZER INC | 16.630 | |
| | 110.988 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 100.566 | | PROCTER & GAMBLE CO | 64.350 | |
| | 88.883 | | QUALCOMM INC | 33.570 | |
| | 63.923 | | SCHLUMBERGER LTD | 50.740 | |
| | 20.048 | | FIDELITY SPARTAN | | |
| | 36.393 | | U S TREASURY MONEY MARKET | 1 | |
| | 189.576 | | 3M COMPANY | 66.930 | |
| | 93.582 | | TIME WARNER INC | 9.050 | |
| | 51.990 | | U S BANCORP | 26.980 | |
| | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | CLASS B | | |

CONTINUED ON PAGE  17

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045510

MWPTAP00593553



MWPTAP00045511



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TABBO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER
291 ROUTE D'ARLON  PO BOX 2
LUXEMBOURG L-1150          LUXEMBOURG

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

1,572,687.53
1,362,069,097.47

MWPTAP00045512

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated With:
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

THYBO STABLE FUND LTD
C/O UBS FUND SVCS (LUXEMBOURG)
ATTN: STEVE KIEFFER    PO BOX 2
291 ROUTE D'ARLON  LUXEMBOURG
LUXEMBOURG L-1150

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TR. NO. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 8,407,452.00 |
| 11/06 | 1,809 | | 18971 | S & P 100 INDEX | | | 5,676,461.00 |
| 11/06 | | 1,809 | 19206 | NOVEMBER 470 CALL | 20.300 | | |
| 11/07 | 1,252 | | 31492 | S & P 100 INDEX | 20.500 | | |
| 11/07 | | 1,252 | 31727 | NOVEMBER 470 CALL | 22 | 3,710,259.00 | 2,753,148.00 |
| 11/10 | 1,535 | | 43952 | S & P 100 INDEX | 13.800 | 1,729,012.00 | 1,901,865.00 |
| 11/10 | | 1,535 | 44187 | NOVEMBER 485 CALL | 12.400 | | |
| 11/19 | 4,596 | | 30165 | S & P 100 INDEX | 16.800 | 2,580,335.00 | 11,945,004.00 |
| 11/19 | | 4,596 | 30403 | DECEMBER 430 CALL | 26 | | |
| 11/19 | 3,061 | | 30641 | S & P 100 INDEX | 30 | 13,792,596.00 | |
| 11/19 | | 3,061 | 30879 | NOVEMBER 470 CALL | 1.500 | 462,211.00 | |
| 11/19 | 1,535 | | 31117 | S & P 100 INDEX | .900 | 139,685.00 | |
| 11/19 | | 1,535 | 31355 | NOVEMBER 485 CALL | 45 | | 13,271,439.00 |
| | | | | S & P 100 INDEX | 59 | | 9,054,965.00 |
| | | | | NOVEMBER 475 PUT | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

YOUR ACCOUNT NUMBER
1-FR129-4-0

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045513



MWPTAP00045514

MWPTAP00593557

**Exhibit B**

**Certificate of Incumbency and
Certified Resolutions Authorizing the
Filing of the Customer Claim**

MWPTAP00045515

# CERTIFICATE OF INCUMBENCY
## FOR
## THYBO STABLE FUND LTD.

I, Michael Wood, a signatory of Codan Managements (B.V.I.) Ltd., the corporate secretary of **Thybo Stable Fund Ltd.**, (the "Company") which has been duly organised and exists under the laws of the British Virgin Islands, **DO HEREBY CERTIFY** that the following is a true and correct listing of the Directors and Officers of **the Company**, in full force and effect as of today's date:

**Directors**

Carl A. Hughes
Codan Services (B.V.I.) Ltd.
Markus Herlinghaus

**Officers**

Codan Managements (B.V.I.) Ltd.            Secretary

**IN WITNESS WHEREOF** I hereby set my hand and affix the seal of **Thybo Stable Fund Ltd.**, this 29th day of June, 2009.

_____
Michael Wood
for and on behalf of
Codan Managements (B.V.I.) Ltd.
Secretary of
**Thybo Stable Fund Ltd.**

MWPTAP00045516

# CERTIFIED RESOLUTIONS
## OF
## THYBO STABLE FUND LIMITED

I, Michael A. Wood, an authorized signatory of Codan Managements (B.V.I.) Ltd., the Secretary of **THYBO STABLE FUND LIMITED**, a company duly organised and existing under the laws of the British Virgin Islands, HEREBY CERTIFY that the following are true and correct extracts from the minutes of a meeting of the Board of Directors of the Company held on the 29th day of June, 2009, and the resolutions contained therein are in full force and effect as at the date hereof:

"Filing Claim in SIPC Proceeding

**IT WAS RESOLVED** that the making on behalf of the Fund of a filing in the SIPC Proceeding (the "Filing") be and is hereby approved in such form as any one Director in consultation with CGSH shall determine, which form of Filing be and is hereby approved.

**IT WAS RESOLVED** that CGSH be and is hereby authorised and directed to make the Filing (including any and all such other documents forming part of, or required in conjunction with, the Filing) with the proper authorities no later than the Filing Deadline.

**IT WAS RESOLVED** that, without limitation to the foregoing, any Director be and is hereby authorised for and on behalf of the Fund to execute and deliver all such other documents, instruments and agreements, whether under the seal of the Fund or otherwise, and to do all such acts or things, as may be necessary or desirable to give effect to the Filing."

IN WITNESS HEREOF I hereby set my hand and affix the seal of **THYBO STABLE FUND LIMITED**, this 29th day of June, 2009.

Michael A. Wood
Authorized signatory of
Codan Managements (B.V.I.) Ltd.
Secretary of
**THYBO STABLE FUND LIMITED**

MWPTAP00045517

**MWPTAP00593560**

**Exhibit C**

**Account Agreements and Trading Authorization**

MWPTAP00045518

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments of every kind and nature and related contracts and options. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to (a) the provisions of the Securities Exchange Act of 1934, as amended, and (b) the rules and regulations of (1) the Securities and Exchange Commission and (2) the Board of Governors of the Federal Reserve System.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not affect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

MWPTAP00045519

7. BROKER AS AGENT

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

8. CONFIRMATIONS AND STATEMENTS

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within five days after receipt by the Customer.

9. SUCCESSORS

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

10. CHOICE OF LAWS

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _____New York_____ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF New York.

11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION

By signing below, the Customer represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

12. ARBITRATION DISCLOSURES

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATOR'S AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MAJORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

MWPTAP00045520



**13. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 19, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR AN ARBITRATION FACILITY PROVIDED BY ANY EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. AND IN ACCORDANCE WITH THE RULES PERTAINING TO THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER  ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**14. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

✓ Yes, I do object to the disclosure of information.

___ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) _____
(Customer Signature/Date)

(X) _____
(Customer Signature/Date)

C/o _THYBO STABLE FUND_
(Customer Address)

_1 FR 129_
(Account Number)

C/o UBS (LUXEMBOURG) SA
291 route d'Arlon
Luxembourg L-1150

MWPTAP00045521



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 536-7624
800 336-3343
Fax 212 486-8178

## OPTION AGREEMENT

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer and exercise) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.  I understand, and am well aware, that option trading may be speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold the company, its other divisions, and its officers, directors and agents harmless for such loss.

2.  I understand that any option transaction made for any account of mine is subject to the rules, regulations, customs and usages of The Options Clearing Corporation and of the registered national securities exchange, national securities association, clearing organization or market where such transaction was executed. I agree to abide by such rules, regulations, custom and usages and I agree that, acting individually or in concert with others, I will not exceed any applicable position or exercise limits imposed by such exchange, association, clearing organization or other market with respect to option trading.

3.  If I do not satisfy my transaction obligations on a timely basis, you are authorized in your sole discretion and without notification, to take any and all steps you deem necessary to protect yourself (for any reason) in connection with option transactions for my account including the right to buy and/or sell for my account and risk any part or all of the shares represented by options handled, purchased, sold for my account, or to buy for my account and risk any option as you may deem necessary or appropriate. Any and all expenses or losses incurred in this connection will be reimbursed by me.

4.  In addition to the terms and conditions hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the purchase and sale of securities except to the extent that such other agreements are contrary to or inconsistent herewith.

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020/7493 6222

MWPTAP00045522

5.   This agreement shall apply to all puts or calls which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6.   I have received from the company the most recent risk disclosure document entitled "Characteristics and Risks of Standardized Options". I have read and understand the information contained in this document.

7.   I understand that you assign exercise notices on a random basis. You may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED   6 october 2006                    ACCOUNT NO.   1 FR 129

SIGNATURES

(If a Corporation)                              (If Individuals)

THYBO STABLE FUND
(Name of Corporation)                    _____

By   CARL HUGHES                    (Second Party if Joint Account)

Title   DIRECTOR                         (If a Partnership)

_____

SEAL                                      (Name of Partnership)

By _____

(A Partner)

MWPTAP00045523

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## TRADING AUTHORIZATION LIMITED TO PURCHASES
## AND SALES OF SECURITIES AND OPTIONS

To Whom It May Concern:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.    All purchases, sales or trades shall be executed strictly in accordance with the established trading authorization directive.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue New York, NY.  Such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation.  This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the  personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated: _6 October 2006_

_MONTE CARLO_          _MONACO_
(City)                          (State)

Very truly yours, _____
(Client Signature)

Signature of Authorized Agent: _____

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

MWPTAP00045524

**Exhibit D**

Revocation of Trading Authorization

MWPTAP00045525

**MWPTAP00593568**

# THYBO STABLE FUND LTD.

Jodi Crupi
Bernard L. Madoff Investment Services LLC
885 Third Avenue, New York, NY 1022

Fax 212 838 4061

11.12.2008  19:40 Eastern Standard Time

Dear Jodi,

Re:  Accounts 1-FR129-3-0 & 1-FR129-4-0 'Thybo Stable Fund'.

We revoke, with immediate effect, the Trading Authorization, dated 6th October 2006, and any other power of attorney granted over these accounts to Bernard L. Madoff Investment Securities LLC or affiliates of Bernard L. Madoff Investment Securities LLC.

Please liquidate the assets in the above accounts with immediate effect.

Yours sincerely

Carl Hughes                              Markus Herlinghaus
*Director*                               *Director*

MWPTAP00045526

CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK

PARIS

BRUSSELS

LONDON

MOSCOW

FRANKFURT

COLOGNE

ROME

MILAN

HONG KONG

BEIJING

KENNETH L. BACHMAN, JR.
MARK LEDDY
JOHN C. MURPHY, JR.
GEORGE S. CARY
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. FAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
SHAWN J. CHEN
RESIDENT PARTNERS

DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
JOHN S. MAGNEY
JANET L. WELLER
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
JOYCE E. MCCARTY
COUNSEL

KARLA A. KERR
SCOTT R. GOODWIN
JOHN P. MCGILL, JR.
MATTHEW L. BACHRACK
SENIOR ATTORNEYS

JAMES E. ABELL
NEIL F. ASHAR
JENNIFER M. BABOUNAK'S
NOWELL BAMBERGER
JENNIFER B. BENSON
LEE F. BERGER
KATHLEEN W. BRADISH
ALLISON H. BREAULT
STEVEN C. BRIGGS
DONA JO BURKE
KEVIN P. BURKE
KATIA S. CALLAHAN
KATHLEEN M. CARROLL
JACOB M. CHACHKIN
TAMARA S. CLARK
TODD CONDN
EMILY L. COOKE
DANIEL CULLEY
ALYSON J. DAEE
ALINA D. ELDRED
CARL P. EMIGHOLZ
DESMOND EPPEL
ELAINE EWING
CHRISTOPHER P. FATEKAS
MICHAEL P. HANCIK
RYAN C. GAUBERT
BENJAMIN H. GERBER
MELISSA H. GOLDSCHMID
CAROLINE R. GREENE

REHANA DUGIN
PAUL N. HAYES
ERIC H. HILDEBRANDT
STEPHANIE BUH HINDE
MESHAA A. INNLEP
JAY LEE
COLIN D. LLOYD
COLIN W. LOATMAN
FARRELL MALONE
THOMAS D. MCDONNELL
PATRICIA N. MODERNOS
BENJAMIN MEEKS
YASMIN MEHRAIN
ADAM J. MILLER
DAVID NUSBAUM
AARON MARK PAGE
ANTONIO H. POZOR
ANTONIO J. REYNOLDS
NICOLE ROTHE
KELLY A. RUTEN
PAUL R. ST. LAWRENCE
MINDER EV SCHAEFER
OMAR KERAVELDIN
KELSEY M. SHARNOV
MARGARET E. SHEER
GARY WILBEH
MARISA SMITH
NATHANIEL F. STANKARI
JOSHUA STERN
JEREMY L. STEWART
HIGH VINAYAGAMOORTHI
MARK W. WALKER
JOANNE C. WALLINGTON
JOANNE L. WATTER
MATTHEW R. WINGERTER
ASSOCIATES

*ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE

Writer's Direct Dial: (202) 974-1782
E-Mail: pstlawrence@cgsh.com

June 30, 2009

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FED EX

Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Re: Thybo Stable Fund Ltd. Customer Claim Form

Ladies and Gentlemen:

Please find enclosed the customer claim of Thybo Stable Fund Ltd. in the matter of SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789-BRL (the "TSF Customer Claim Form"). We respectfully request that you accept the enclosed TSF Customer Claim Form for filing.

Sincerely,

Paul St. Lawrence

Enclosure

MWPTAP00045527

MWPTAP00593570



$07.510
06 30 2009
Mailed From 20036
US POSTAGE

RETURN RECEIPT REQUESTED

7008 1830 0003 8619 3654

CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006-1801

Irving H. Picard
Trustee for Bernard L Madoff Investment
Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

MWPTAP00045528

MWPTAP00593571