**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Tatiana Markel
Jessie Kuhn

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>BRUCE LEVNETHAL 2001 IRREVOCABLE TRUST, and BRUCE LEVENTHAL, individually and | Adv. Pro. No. 10-04573 (SMB) |

| | |
|---|---|
| in his Capacity as trustee to the Bruce Leventhal 2001Irrevocable Trust, | |
| | Defendants. |

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 18, 2015.

2. Fact Discovery shall be completed by: June 5, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: August 14, 2017.

4. The Disclosure of Rebuttal Experts shall be due: October 12, 2017.

5. The Deadline for Completion of Expert Discovery shall be: November 14, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 21, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before December 5, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before April 7, 2018.

| | |
|---|---|
| Dated: New York, New York<br>October 23, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/ Keith R. Murphy*<br>David J. Sheehan<br>Nicholas J. Cremona<br>Keith R. Murphy<br>Tatiana Markel<br>Jessie Kuhn<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |

300370584.1