**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>WILLIAM PRESSMAN, INC.; ALICE JACOBS, individually; ILENE MAY, individually; SHIRLEY BLANK, individually; ESTATE OF BEA LAUB; JAVIER ORDAZ, in his capacity as personal representative of the Estate of Bea Laub; ALICE | Adv. Pro. No. 10-05309 (SMB) |

> WEINER, individually; HARRIET BARBUTO, individually; SHERMAN ROSENFIELD, individually; DEBRA TAMBLYN, individually; ALLAN WILSON, individually; JOSEPH AMATURO, individually; and WINIFRED AMATURO, individually
>
> Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: March 20, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: June 8, 2017.

4. The Disclosure of Rebuttal Experts shall be due: August 7, 2017.

5. The Deadline for Completion of Expert Discovery shall be: September 6, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 13, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before September 27, 2017.

6. The Deadline for Conclusion of Mediation shall be: On or before January 25, 2018.

300370476.2

Dated: New York, New York
October 23, 2015

BAKER & HOSTETLER LLP

By: _/s/ Nicholas J. Cremona_____
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

CHAITMAN LLP

By: _/s/_ _Helen Davis Chaitman__
465 Park Avenue
New York, New York 10022
Telephone: 888.759.1114
Facsimile: 888.759.1114
Helen Davis Chaitman
Email: hchaitman@chaitmanllp.com
Leslie Treff
Email: ltreff@chaitmanllp.com

*Attorneys for Defendant Ilene May*

STEPHEN J. SCHLEGEL, LTD.

By: _/s/_ _Stephen J. Schlegel_____
111 W. Washington Street
Suite 1020
Chicago, Illinois 60602
Ph. (312) 346-8385
Fx. (312) 332-1319
Stephen J. Schlegel, ARDC No. 2486903
Email: sjschlegel@schlegelltd.com
Eryk A. Folmer, ARDC No. 6299786
Email: erykfolmer@schlegelltd.com
*Attorneys for Defendant Debra Tambly*

300370476.2