BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 28, 2015 AT 10:00 A.M.**

**SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)**

1. Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners (Filed: 9/15/2015) [Docket No. 11310]

    a. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners (Filed: 9/15/2015) [Docket No. 11311]

    b. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners (Filed: 9/15/2015) [Docket No. 11312]

**RESPONSES:**

2. Memorandum of Law In Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in the 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners (Filed: 9/22/2015) [Docket No. 11436]

3. Objection to Trustee's Motion filed by George G. Pallis, Linda G. Pallis. (Filed: 9/29/2015) [Docket No. 11669]

**REPLY:**

4. Reply Memorandum of Law in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners (Filed: 10/19/2015) [Docket No. 11828]

    a. Declaration of Stephanie Ackerman in Further Support of the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners filed at (Filed: 10/19/2015) [Docket No. 11829]

**RELATED FILINGS:**

5. Affidavit of Service of Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the 1973 Masters Vacation Fund, Bull Market Fund, and Strattham Partners; Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum; and Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum (Filed: 9/16/2015) [Docket No. 11317]

6. Affidavit of Mailing for 9/15/2015 (related document(s)11310, 11311, 11312) filed by AlixPartners LLP (Filed: 9/21/2015) [Docket No. 11416]

Status: This matter is going forward.

**Picard v. Mendelow, et al., Adv. Pro. No. 10-04283 (SMB)**

1. Motion for Judgment on the Pleadings Filed by Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd., and C&P Associates, Inc. (Filed: 05/14/2015) [Docket No. 73]

   a. Memorandum of Law in Support of Motion for Judgment on the Pleadings Filed by Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd., and C&P Associates, Inc. (Filed: 05/14/2015) [Docket No. 74]

**RESPONSE:**

2. The Trustee's Memorandum of Law in Opposition to the Defendants' Motion for Judgment on the Pleadings (Filed: 8/6/2015) [Docket No. 79]

**REPLY:**

3. Reply Memorandum of Law in Further Support of Motion for Judgment on the Pleadings filed by Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd. and C&P Associates, Inc. (Filed: 9/4/2015) [Docket No. 84]

Status: This matter is going forward.

**PRE-TRIAL CONFERENCE**

Status: This matter is going forward.

**RULE 7007 DISCOVERY CONFERENCE**

1. Local Bankruptcy Rule 7007-1(b) Conference

   a. August 11, 2015 Letter to Judge Bernstein Regarding Status Conference for Discovery Filed by Keith R. Murphy on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 8/11/2015) [Docket No. 81]

   b. Letter in response to Plaintiff's 8.11.15 letter Filed by Alex Reisen on behalf of C&P Associates, Inc., C&P Associates, Ltd., Pamela Christian, Cara Mendelow, Nancy Mendelow, Steven B. Mendelow (Filed: 8/13/2015) [Docket No. 82]

Status: This matter is going forward.

**Picard v. Legacy Capital Ltd., et al., Adv. Pro. No. 10-05286 (SMB)**

1. Legacy Capital Ltd.'s Notice of Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 07/30/2015) [Docket No. 115]

    a. Declaration of Nicholas F. Kajon in Support of Legacy Capital Ltd.'s Motion to Dismiss the Amended Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 07/30/2015) [Docket No. 117]

    b. Legacy Capital Ltd.'s Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 07/30/2015) [Docket No. 118]

2. Khronos LLC's Notice of Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 07/30/2015) [Docket No. 120]

    a. Declaration of Eric B. Fisher in Support of Khronos LLC's Motion to Dismiss the Amended Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 07/30/2015) [Docket No. 120-2]

**RESPONSE:**

3. The Trustee's Memorandum of Law in Opposition to the Defendants' to Dismiss the Amended Complaint (Filed: 8/27/2015) [Docket No. 122]

**REPLY:**

4. Legacy Capital Ltd.'s Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Amended Complaint Under Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 9/18/2015) [Docket No. 126]

5. Khronos LLC's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Amended Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (Filed: 9/18/2015) [Docket No. 127]

Status: This matter is going forward.

**PRE-TRIAL CONFERENCE**

Status: This matter is going forward.

**Picard v. 1096-1100 River Road Associates, LLC, et al., Adv. Pro. No. 10-05390 (SMB)**

1. Local Bankruptcy Rule 7007-1(b) Conference

    a. Letter to Honorable Stuart M. Bernstein Requesting Conference filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 9/28/2015) [Docket No. 54]

Status: This matter is going forward.

**Picard v. Ellen Bernfeld, Adv. Pro. No. 10-04918 (SMB)**
**Picard v. Marilyn Bernfeld Trust, Adv. Pro. No. 10-05143 (SMB)**
**10-04841; Picard v. Michael A. Bellini and Judith Bellini, Adv. Pro. No. 10-04841 (SMB)**

1. Local Bankruptcy Rule 7007-1(b) Conference

    a. Letter to Honorable Stuart M. Bernstein Requesting Discovery Conference filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 9/28/2015) [10-04918; Docket No. 14] [10-05143; Docket No. 16] [10-04841; Docket No. 21]

Status: This matter is going forward.

Dated: New York, New York
October 27, 2015

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff

- 5 -