**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>         v.<br><br>O.D.D. INVESTMENT, L.P., D.D.O., INC., DANIEL N. SILNA, OZZIE SILNA, DONALD SCHUPAK, THE ROBIN SILNA 1997 TRUST, ROBIN SILNA, THE JEFFREY SILNA 1997 TRUST, JEFFREY | Adv. Pro. No. 10-05372 (SMB) |

SILNA, THE SILNA FAMILY INTER VIVOS TRUST, SPENCER SILNA, SAMANTHA SILNA, and SOPHIE SILNA,

       Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 13, 2015.

2. Fact Discovery shall be completed by: May 25, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: August 15, 2016.

4. The Disclosure of Rebuttal Experts shall be due: September 14, 2016.

5. The Deadline for Completion of Expert Discovery shall be: October 14, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before October 21, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 4, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before March 6, 2017.

| | |
|---|---|
| Dated: New York, New York<br>October 27, 2015 | BAKER & HOSTETLER LLP<br><br>By: /s/ Nicholas J. Cremona<br>David J. Sheehan<br>Nicholas J. Cremona<br>Jonathan B. New<br>Robertson D. Beckerlegge<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |