**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> PLACON2; ESTATE OF WILLIAM R. COHEN; BETTY COHEN, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen; RONALD COHEN, in his capacity as a Partner of Placon2; ESTATE OF | Adv. Pro. No. 10-04768 (SMB) |

BERNICE PLAFSKY; ESTATE OF NATHAN
PLAFSKY; and ROBERT PLAFSKY, in his capacity
as the Personal Representative of the Estate of Bernice
Plafsky and as Personal Representative of the Estate of
Nathan Plafsky,

                              Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: December 21, 2015.

2.      Fact Discovery shall be completed by: August 15, 2016.

3.      The Disclosure of Case-in-Chief Experts shall be due: October 27, 2016.

4.      The Disclosure of Rebuttal Experts shall be due: December 27, 2016.

5.      The Deadline for Completion of Expert Discovery shall be: January 27, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
February 3, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
or before February 17, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before June 15, 2017.

Dated: New York, New York
      October 28, 2015

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*