BECKER & POLIAKOFF LLP
Julie Gorchkova, Esq.
45 Broadway
New York, NY 10006
(212) 599-3322
jgorchkova@bplegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FOR ECF SERVICE**

  Pursuant to Local Rule 2090-1(2) of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, please withdraw the appearance of Julie Gorchkova of Becker & Poliakoff, LLP in this case. Ms. Gorchkova had appeared for Marsha Peshkin, Sharon Popkin, Nancy Atlas, in her capacity as the Trustee and Beneficiary of the Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, and Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas. Ms. Gorchkova entered her appearance when she worked with a former

{N0094089 }              1

Becker & Poliakoff shareholder, Helen Davis Chaitman. Recently, Ms. Chaitman moved her practice to the law firm of Chaitman LLP, and as a result of the move, Ms. Gorchkova no longer represents any of the parties in this case.

Ms. Gorchkova further requests to be removed from all mailing lists and ECF notice lists in this case. The email addresses to be removed are: jgorchkova@bplegal.com and jgorchkova@becker-poliakoff.com

Dated: New York, New York
October 28, 2015

Respectfully submitted,

BECKER & POLIAKOFF LLP
By /s/ Julie Gorchkova
45 Broadway
New York, NY 10006
(212) 599-3322
jgorchkova@bplegal.com