08-01789-cgm    Doc 11920-1    Filed 10/29/15    Entered 10/29/15 08:46:39    Exhibit
Pg 1 of 2

# EXHIBIT 2 – OBJECTING CLAIMANTS
List of Claimants Invested in the Partnerships Identified in Exhibit 1 with
Outstanding Objections to the Trustee's Determination of Claim

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| 10 Michael Drive Associates | 011211 | 1437 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| 45 South Service Road LLC | 011062 | 1436 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| 125 Bethpage Associates LP | 011213 | 1435 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| 500 Bi-County Associates LP | 011046 | 1434 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| ARC-BDG Setauket Enterprise | 011221 | 1393 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BCC II, LLC | 011226 | 1431 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BDG 115 Broadhollow LP | 011227 | 1430 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BDG Commack LLC | 011060 | 1429 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BDG Deer Park Associates LLC | 011217 | 1428 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BDG Lake Grove I, LLC | 011223 | 1426 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BDG Larkfield Associates, LLC | 011212 | 1425 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| BDG Yaphank | 011222 | 1424 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Debra And Eric Blum | 005559 | 1875 | Pro Se Filing | Bull Market Fund | 1B0081 |
| Anna Blumenfeld | 011061 | 1432 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Edward Blumenfeld | 011216 | 1417 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Brad Blumenfeld Farmindale Trust | 011215 | 1327 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Charleston Enterprises, LLC | 011225 | 1423 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Harvey Cohen | 014580 | 1408 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Heather Cohen | 014577 | 1407 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Jonathan Cohen | 010791 | 1406 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Roberta Cohen | 014579 | 1397 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Sandy Cohen | 014578 | 1395 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Daniel Land Co., LLC | 011210 | 1422 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| David Blumenfeld | 011224 | 1419 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| David Blumenfeld Family Trust | 011218 | 1420 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |

| Claimant | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership Account Number |
|---|---|---|---|---|---|
| David Blumenfeld Farmingdale Trust | 011214 | 1421 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Fisher Davis Blumenfeld Trust | 011219 | 1415 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Anthony Galu | 005198 | 1411 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Gotham Plaza Associates LLC | 011048 | 1409 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| David Kaplan | 010793 | 1418 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Lucas Blumenfeld Trust | 011051 | 1405 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Max Blumenfeld Trust | 011052 | 1403 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Maxrob, L.P. | 011050 | 1399 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Francie Swift | 011053 | 1413 | Clayman & Rosenberg | Bull Market Fund | 1B0081 |
| Peter Barbato | 001205 | 3662 | Pro Se Filing | 1973 Masters Vacation Fund | 1M0114 |
| Colin Chambers | 003911 | 3642 | Pro Se Filing | 1973 Masters Vacation Fund | 1M0114 |
| Alexander Harrell | 002871 | 3643 | Pro Se Filing | 1973 Masters Vacation Fund | 1M0114 |
| Ashley Harrell | 002872 | 3638 | Pro Se Filing | 1973 Masters Vacation Fund | 1M0114 |
| Evan R. Harrell | 002870 | 3639 | Pro Se Filing | 1973 Masters Vacation Fund | 1M0114 |
| Loretta Keane | 005882 | 3644 | Becker & Poliakoff, LLP | 1973 Masters Vacation Fund | 1M0114 |
| George & Linda Pallis | 003115 | 3644 | Becker & Poliakoff, LLP | 1973 Masters Vacation Fund | 1M0114 |
| Anthony F. Russo, Md | 009138 | 4264 | Pro Se Filing | 1973 Masters Vacation Fund | 1M0114 |
| Christopher Altieri Jr | 001834 | 1213 | Pro Se Filing | Strattham Partners | 1ZB262 |
| Christopher J. Altieri | 001911 | 1125 | Pro Se Filing | Strattham Partners | 1ZB262 |
| Lisa And Steve Altieri | 001889 | 1122 | Pro Se Filing | Strattham Partners | 1ZB262 |
| Arlene C. Mortimer | 005505 | 1649 | Pro Se Filing | Strattham Partners | 1ZB262 |
| Neva And Nicholas S. Rosamilia | 004095 | 1179 | Phillips Nizer LLP | Strattham Partners | 1ZB262 |
| Salvatore Rosamilia | 015087 | 1924 | Pro Se Filing | Strattham Partners | 1ZB262 |