**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>      v.<br><br>HHI INVESTMENT TRUST #2;<br><br>KING HARRIS, in his capacity as trustee of the HHI Investment Trust #2, Pam F. Szokol Trust dated 02/18/93, William J. Friend Trust dated 06/22/95, Scott C. Friend Trust of 1984 under Trust Agreement dated 11/21/84, Bette D. Harris Grandchildren's Trust for the Children of Katherine Harris – Pam Friend Szokol under Trust | Adv. Pro. No. 10-05404 (SMB) |

Agreement dated 01/13/59, Bette D. Harris
Grandchildren's Trust for the Children of
Katherine Harris – William Friend under Trust
Agreement dated 01/13/59, Bette D. Harris
Grandchildren's Trust for the Children of King
Harris – John B. Harris under Trust Agreement
dated 01/13/59, Bette D. Harris Grandchildren's
Trust for the Children of Toni Paul under Trust
Agreement dated 01/13/59, Toni Harris Paul
Children's Trust dated 12/15/76, and in his
capacity as custodian for Charles Henry Paul
Under the Illinois Uniform Gifts to Minors Act
under Agreement dated 06/01/79, custodian for
Kelly Lynn Paul Under the Illinois Uniform Gifts
to Minors Act under Agreement dated 10/01/80,
custodian for Alan Harris Paul Under the Illinois
Uniform Gifts to Minors Act under Agreement
dated 12/20/84, and custodian for Laurie Beth Paul
Under the Illinois Uniform Gifts to Minors Act
under Agreement dated 12/20/84;

KATHERINE P. HARRIS, in her capacity as
trustee of the HHI Investment Trust #2, Bette D.
Harris Grandchildren's Trust for the Children of
Katherine Harris – Pam Friend Szokol under Trust
Agreement dated 01/13/59, Bette D. Harris
Grandchildren's Trust for the Children of
Katherine Harris – William Friend under Trust
Agreement dated 01/13/59, Bette D. Harris
Grandchildren's Trust for the Children of King
Harris – John B. Harris under Trust Agreement
dated 01/13/59, Bette D. Harris Grandchildren's
Trust for the Children of Toni Paul under Trust
Agreement dated 01/13/59, King W. W. Harris
Trust for Children under Trust Agreement dated
12/15/76, Toni Harris Paul Children's Trust dated
12/15/76, and in her capacity as custodian for John
B. Harris Under the Illinois Uniform Gifts to
Minors Act under Agreement dated 12/01/76;

TONI H. PAUL, in her capacity as trustee of the
HHI Investment Trust #2;

DENISE SAUL, in her capacity as trustee of the
King W. W. Harris Trust for Children under Trust
Agreement dated 12/15/76;

SIDNEY BARROWS, in his capacity as trustee of

the King W. W. Harris Trust for Children under
Trust Agreement dated 12/15/76;

THE HARRIS FAMILY FOUNDATION;

PAM F. SZOKOL TRUST;

WILLIAM J. FRIEND TRUST DATED 06/22/95;

SCOTT C. FRIEND TRUST OF 1984 UNDER
TRUST AGREEMENT DATED 11/21/84;

BETTE D. HARRIS GRANDCHILDREN'S
TRUST FOR THE CHILDREN OF KATHERINE
HARRIS – PAM FRIEND SZOKOL UNDER
TRUST AGREEMENT DATED 01/13/59;

BETTE D. HARRIS GRANDCHILDREN'S
TRUST FOR THE CHILDREN OF KATHERINE
HARRIS – WILLIAM FRIEND UNDER TRUST
AGREEMENT DATED 01/13/59;

BETTE D. HARRIS GRANDCHILDREN'S
TRUST FOR THE CHILDREN OF KING
HARRIS – JOHN B. HARRIS UNDER TRUST
AGREEMENT DATED 01/13/59;

BETTE D. HARRIS GRANDCHILDREN'S
TRUST FOR THE CHILDREN OF TONI PAUL
UNDER TRUST AGREEMENT DATED
01/13/59;

KING W. W. HARRIS TRUST FOR CHILDREN
UNDER TRUST AGREEMENT DATED
12/15/76;

TONI HARRIS PAUL CHILDREN'S TRUST
DATED 12/15/76;

KATHERINE HARRIS CUSTODIAN FOR
JOHN B. HARRIS UNDER THE ILLINOIS
UNIFORM GIFTS TO MINORS ACT UNDER
AGREEMENT DATED 12/01/76;

KING HARRIS CUSTODIAN FOR CHARLES
HENRY PAUL UNDER THE ILLINOIS
UNIFORM GIFTS TO MINORS ACT UNDER
AGREEMENT DATED 06/01/79;

KING HARRIS CUSTODIAN FOR KELLY
LYNN PAUL UNDER THE ILLINOIS
UNIFORM GIFTS TO MINORS ACT UNDER
AGREEMENT DATED 10/01/80;

KING HARRIS CUSTODIAN FOR ALAN
HARRIS PAUL UNDER THE ILLINOIS
UNIFORM GIFTS TO MINORS ACT UNDER
AGREEMENT DATED 12/20/84;

KING HARRIS CUSTODIAN FOR LAURIE
BETH PAUL UNDER THE ILLINOIS
UNIFORM GIFTS TO MINORS ACT UNDER
AGREEMENT DATED 12/20/84;

JOHN B. HARRIS;

CHARLES HENRY PAUL;

KELLY LYNN PAUL;

ALAN HARRIS PAUL; and

LAURIE BETH PAUL,

                Defendants.

## EIGHTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    Fact Discovery shall be completed by: December 30, 2015

2.    The Disclosure of Case-in-Chief Experts shall be due: April 6, 2016

3.    The Disclosure of Rebuttal Experts shall be due: May 13, 2016

4.    The Deadline for Completion of Expert Discovery shall be: July 29, 2016

5.      The Deadline for Service of a Notice of Mediation Referral shall be: <u>September 30, 2016</u>

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: <u>October 14, 2016</u>

7.      The Deadline for Conclusion of Mediation shall be: <u>February 10, 2017</u>

Dated: New York, New York
       October 30, 2015

BAKER & HOSTETLER LLP

By: <u>_/s/ Nicholas J. Cremona_____</u>
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*