**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>CHERNIS FAMILY LIVING TRUST (2004); SCOTT R. CHERNIS IRREVOCABLE TRUST UNDER INDENTURE OF TRUST 8/15/91; SCOTT R. CHERNIS, individually, in his capacity as Trustee for the Chernis Family Living Trust (2004) and as Settlor for the Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91; GABRIELLE S. | Adv. Pro. No. 10-04755 (SMB) |

CHERNIS, individually and in her capacity as Trustee for the Chernis Family Living Trust (2004); and PETER G. CHERNIS, in his capacity as Trustee for the Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91,

                    Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Chernis Family Living Trust (2004) ("Chernis Family Trust"); Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91 ("Scott Chernis Trust"); Scott R. Chernis, individually, in his capacity as Trustee for the Chernis Family Living Trust (2004) and as Settlor for the Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91 ("Scott Chernis"); Gabrielle S. Chernis, individually and in her capacity as Trustee for the Chernis Family Living Trust (2004) ("Gabrielle Chernis"); and Peter G. Chernis, in his capacity as Trustee for the Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91 ("Peter Chernis"), by and through their counsel, Martin B. Shulkin of Duane Morris LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.    On December 1, 2010, the Trustee filed and served the Complaint against Defendants Chernis Family Trust, Scott Chernis Trust, Scott Chernis, Gabrielle Chernis, and Peter Chernis.

2.    On January 16, 2014, Defendants Chernis Family Trust, Scott Chernis Trust, Scott Chernis, Gabrielle Chernis, and Peter Chernis served an answer on the Trustee.

3.    On September 2, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4.   In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5.   The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.   This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
October 30, 2015

By: /s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: /s/ Martin B. Shulkin
**DUANE MORRIS LLP**
Martin B. Shulkin
100 High Street, Suite 2400
Boston, Massachusetts 02110-1724
Telephone: 857.488.4210
Facsimile: 857.401.3064
Email: mbshulkin@duanemorris.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorney for Chernis Family Trust, Scott Chernis Trust, Scott Chernis, Gabrielle Chernis, and Peter Chernis*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: October 30th, 2015
New York, New York

3