**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04734 (SMB) |
| Plaintiff, | |
| v. | |
| ROBYN G. CHERNIS IRREVOCABLE TRUST U/D/T 7/4/93; PETER G. CHERNIS, in his capacity as Trustee of the Robyn G. Chernis Irrevocable Trust u/d/t 7/4/93; and ROBYN G. CHERNIS, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Robyn G. Chernis Irrevocable Trust U/D/T 7/4/93 ("Robin Chernis Trust"); Peter G. Chernis, in his capacity as Trustee of the Robyn G. Chernis Irrevocable Trust u/d/t 7/4/93 ("Peter Chernis"); and Robyn G. Chernis, by and through their counsel, Martin B. Shulkin of Duane Morris LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Robin Chernis Trust, Peter Chernis, and Robyn G. Chernis.

2. On April 17, 2014, Defendants Robin Chernis Trust, Peter Chernis, and Robyn G. Chernis served an answer on the Trustee.

3. On September 2, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
October 30, 2015

| | |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Martin B. Shulkin* |
| **BAKER & HOSTETLER LLP** | **DUANE MORRIS LLP** |
| 45 Rockefeller Plaza | Martin B. Shulkin |
| New York, New York 10111 | 100 High Street, Suite 2400 |
| Telephone: 212.589.4200 | Boston, Massachusetts 02110-1724 |
| Facsimile: 212.589.4201 | Telephone: 857.488.4210 |
| David J. Sheehan | Facsimile: 857.401.3064 |
| Email: dsheehan@bakerlaw.com | Email: mbshulkin@duanemorris.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorney for Robin Chernis Trust, Peter Chernis, and Robyn G. Chernis* |

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: October 30th, 2015        HON. STUART M. BERNSTEIN
New York, New York               UNITED STATES BANKRUPTCY JUDGE

3