**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; WENDY BROWN; and RBC CENTURA BANK,<br><br>Defendants. | Adv. Pro. No. 10-04468 (SMB) |

01:17920964.1

# AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Melissa L. Romano, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, special counsel for IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned case, and that on the 30th day of October, 2015, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties on the attached service list:

- **Request for Clerk's Entry of Default [Docket No. 62]**

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

_____
Melissa L. Romano

AFFIRMED TO AND SUBSCRIBED before me this ___ day November, 2015.

_____
Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 29, 2016

01:17920964.1

David B. Bernfeld, Esq.
Jeffrey L. Bernfeld, Esq.
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
Email: davidbernfeld@bernfeld-dematteo.com
       jeffreybernfeld@bernfeld-dematteo.com
       dbblaw@hotmail.com

*(Ken-Wen Family Limited Partnership and Wendy Brown)*

**Electrontic Mail & First Class Mail**

Kenneth William Brown
6340 Breckenridge Circle
Lake Worth, FL 33467

**First Class Mail**