**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Donna A. Tobin
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994, INDIVIDUALLY and as BENEFICIARY of ESTATE OF SUZANNE R. MAY; | Adv. Pro. No. 10-5231 (SMB) |

ESTATE OF SUZANNE R. MAY, as SUCCESSOR of SUZANNE R. MAY, in her capacities as CREATOR and TRUSTEE of TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994 and INDIVIDUALLY as BENEFICIARY of TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994;

ESTATE OF ROBERT E. MAY as SUCCESSOR of ROBERT E. MAY, in his capacity as CO-TRUSTEE of TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994, and INDIVIDUALLY as BENEFICIARY OF NTC & CO. LLP, TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994 and ESTATE OF SUZANNE R. MAY;

JEFFREY A. MAY, in his capacity as CO-TRUSTEE of TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994, EXECUTOR of ESTATE OF ROBERT E. MAY and INDIVIDUALLY as BENEFICIARY OF ESTATE OF SUZANNE R. MAY;

CHERYL M. COLEMAN, INDIVIDUALLY as BENEFICIARY of ESTATE OF SUZANNE R. MAY; and

RICHARD A. MAY, INDIVIDUALLY as BENEFICIARY of ESTATE OF SUZANNE R MAY,

Defendants.

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

300369914.3

1. The Initial Disclosures shall be due: December 7, 2015.

2. Fact Discovery shall be completed by: May 12, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: August 3, 2017.

4. The Disclosure of Rebuttal Experts shall be due: September 5, 2017.

5. The Deadline for Completion of Expert Discovery shall be: October 5, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before October 12, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 26, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before February 23, 2018.

Dated: New York, New York
       November 2, 2015

BAKER & HOSTETLER LLP

By: s/ *Donna A. Tobin*
David J. Sheehan
Nicholas J. Cremona
Donna A. Tobin
Kimberly M. Maynard
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*

300369914.3