**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ELLEN BERNFELD,<br><br>        Defendant. | Adv. Pro. No. 10-04918 (SMB) |

## ORDER COMPELLING RESPONSES TO DISCOVERY AND DEEMING ADMITTED REQUESTS FOR ADMISSION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36(a)(3)

**THIS MATTER** came before the Court on the letter request of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff, filed on September 28, 2015 [ECF No. 14] (the "Letter Request") seeking a conference concerning the failure of defendant ("Defendant") in the above captioned adversary proceeding (the "Adversary Proceeding") to serve responses to discovery propounded by the Trustee, and produce documents requested by the Trustee. The Court held a hearing (the "Hearing") on the Letter Request on Wednesday, October 28, 2015, and granted the Trustee's Letter Request as an oral motion for entry of an order that the Trustee's Requests for Admission are deemed admitted and compelling Defendant to serve discovery responses and produce documents. The Court, having granted such motion, it is hereby

**ORDERED** that the Trustee's First Requests for Admission served on July 6, 2015 are deemed admitted pursuant to Federal Rule of Civil Procedure 36(a)(3); it is further

**ORDERED** that Defendant shall respond to the Trustee's First Set of Interrogatories and First Set of Requests for the Production of Documents served on July 6, 2015 by **December 1, 2015**.

Dated: November 2nd, 2015
New York, New York

/s/ STUART M. BERNSTEIN

HONORABLE STUART M. BERNSTEIN