**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>AARON D. LEVEY REVOCABLE LIVING TRUST; JOEL LEVEY, as trustee and individually; WENDY KAPNER, as trustee and individually; and SANDRA MOORE,<br><br>　　　　　Defendants. | Adv. Pro. No.10-05441 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Aaron D. Levey Revocable Living Trust; Joel Levey, as trustee and individually; Wendy Kapner, as trustee and individually and Sandra Moore ("Defendants"), by and through their counsel, Wachtel Missry lLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 12, 2010, the Trustee filed and served the Complaint against Aaron D. Levey Revocable Living Trust; Joel Levey, as trustee and individually; Wendy Kapner, as trustee an individually and Sandra Moore.

2. On June 20, 2011, Defendants, Aaron D. Levey Revocable Living Trust; Joel Levey, as trustee and individually; Wendy Kapner, as trustee an individually and Sandra Moore, served an answer on the Trustee.

3. On June 22, 2015, The United States Supreme Court denied the Trustee's writ of certiorari regarding 11 U.S.C. § 546(e). The Parties hereby stipulate that denial of writ certiorari marks final disposition of the 11 U.S.C. 546(e) issue in the above captioned adversary proceeding.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: November 2, 2015

| **BAKER & HOSTETLER LLP** | **WACHTEL MISSRY LLP** |
|---|---|
| By: /s/ Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Jonathan B. New<br>Email: jnew@bakerlaw.com<br>Robertson D. Beckerlegge<br>Email: rbeckerlegge@bakerlaw.com<br>Christopher B. Gallagher<br>Email cgallagher@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ Howard Kleinhendler<br>One Dag Hammaskjold Plaza<br>885 Second Avenue<br>New York, NY 10017<br>Telephone: (866) 526-2877<br>Fax: (212) 371-0320<br>Howard Kleinhendler<br>Email: hkleinhendler@wmllp.com<br>Sara Spiegelman<br>Email: sspiegelman@wmllp.com<br><br>*Attorneys for Defendants* Aaron D. Levey Revocable Living Trust; Joel Levey, as trustee and individually; Wendy Kapner, as trustee an individually and Sandra Moore |

Dated: November 2nd, 2015
New York, New York

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3