UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff-Applicant,

            v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.

In re:
BERNARD L. MADOFF,
          Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST TO BE REMOVED FROM MASTER SERVICE LIST

PLEASE TAKE NOTICE that, in light of the Stipulation and Order entered on May 28, 2013

(Dkt. No. 5377), the undersigned hereby withdraws her appearance as counsel in the above-

captioned matter and requests that she be removed from the Master Service List pursuant to

the Court's Order Establishing Notice Procedures and Limiting Notice dated December 5, 2011.

Dated: November 3, 2015
       Syracuse, New York

                        BLITMAN & KING LLP

                        s/Jennifer A. Clark
                        Jennifer A. Clark (JC5102)
                        Franklin Center, Suite 300
                        443 North Franklin Street
                        Syracuse, New York 13204-5412
                        Telephone:  (315) 422-7111
                        Facsimile:  (315) 471-2623
                        Email:  jaclark@bklawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2015, the foregoing Notice of Withdrawal of Appearance and Request to be Removed From the Master Service List was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to counsel of record who are CM/ECF participants in this case.

s/ Jennifer A. Clark
Jennifer A. Clark (JC5102)