**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Robertson Beckerlegge
Jonathan New

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZIESES INVESTMENT PARTNERSHIP, MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R. ZIESES, CARYN ZIESES, BARRY INGER, ALLAN INGER, SUSAN B. ALSWAGER, | Adv. Pro. No. 10-04669 (SMB) |

|   |   |
|---|---|
| Defendants. | |

### NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually in this Adversary Proceeding on December 9, 2010 Dkt. No. 2, the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee and Defendants (the "Parties") hereby mutually agree to enter mediation.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

with the Mediation Order. If the Parties are unable to agree on a mediator, the Parties request that the Court appoint one in accordance with the Mediation Order.

Dated: New York, New York
November 3, 2015

| | |
|---|---|
| */s/ Nicholas J. Cremona* | */s/ Helen Davis Chaitman* |
| Baker & Hostetler LLP | Chaitman LLP |
| 45 Rockefeller Plaza | 465 Park Avenue |
| New York, NY 10111 | New York, NY 10022 |
| Telephone: (212) 589-4200 | Telephone: (888) 759-1114 |
| Facsimile: (212) 589-4201 | |
| David Sheehan | Helen Davis Chaitman |
| Email: dsheehan@bakerlaw.com | Email: hchaitman@chaitmanllp.com |
| Nicholas J. Cremona | Leslie Treff |
| Email: ncremona@bakerlaw.com | Email: ltreff@chaitmanllp.com |
| Robertson Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Jonathan New | |
| Email: jnew@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, Susan B. Alswager* |