**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GERTRUDE E. ALPERN REVOCABLE TRUST, ROBERTA SCHWARTZ TRUST, PAUL ALPERN RESIDUARY TRUST, LEWIS ALPERN, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as beneficiary of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, THE ESTATE OF GERTRUDE E. ALPERN, JANE ALPERN, as beneficiary of the Gertrude E. Alpern Revocable Trust, JONATHAN SCHWARTZ, as beneficiary of the Gertrude E. Alpern Revocable Trust, and, ROBERTA SCHWARTZ, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settler and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta Schwartz Trust,<br><br>    Defendants. | Adv. Pro. No. 10-04327 (BRL) |

{00011680 1 }

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Chaitman LLP be and hereby is substituted as counsel of record to Defendants LEWIS ALPERN, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, GERTRUDE E. ALPERN REVOCABLE TRUST ("Alpern Trust"), THE ESTATE OF GERTRUDE E. ALPERN ("Alpern Estate"), and the PAUL ALPERN RESIDUARY TRUST.

It is further stipulated to and agreed that this document may be executed in counterparts, which when taken together, shall constitute one original.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| Dated: New York, New York<br>November 3, 2015<br><br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Outgoing Counsel<br><br>By: */s/ Brendan M. Scott*<br>Tracy L. Klestadt<br>Brendan M. Scott<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br>Email: tklestadt@klestadt.com<br>   *bscott@klestadt.com*<br><br>*Former Attorneys for Defendants Lewis Alpern, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust Gertrude E. Alpern Revocable Trust, The Estate of Gertrude E. Alpern and Paul Alpern Residuary Trust* | Dated: New York, New York<br>November 3, 2015<br><br>CHAITMAN LLP<br>Incoming Counsel<br><br><br>By: */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>465 Park Avenue<br>New York, New York 10022<br>Tel: (908) 303-4568<br>Fax: (888) 759-1114<br>Email: hchaitman@chaitmanllp.com<br><br><br><br>*Attorneys for Defendants Lewis Alpern in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, the Gertrude E. Alpern Revocable Trust, The Estate of Gertrude E. Alpern and Paul Alpern Residuary Trust* |