**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04773 (SMB) |
| Plaintiff, | |
| v. | |
| RYAN EYGES TRUST DTD 12/26/96; MARILYN CHERNIS, in her capacity as Trustee of both the Ryan Eyges Trust dtd 12/26/96 and the Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust, EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR RYAN EYGES TRUST; RICHARD EYGES, in his capacity as Trustee for the | |

Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust; DAVID M. DUCHESNEAU, in his capacity as Trustee for the Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust; and Ryan Eyges,

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Ryan Eyges Trust Dtd 12/26/96, Marilyn Chernis, in her capacity as Trustee of both the Ryan Eyges Trust dtd 12/26/96 and the Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust; Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust; Richard Eyges, in his capacity as Trustee for the Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust; David M. Duchesneau, in his capacity as Trustee for the Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust; and Ryan Eyges ("Defendants") by and through their counsel, Martin B. Shulkin of Duane Morris LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On December 1, 2010, the Trustee filed and served the Complaint against Defendants.

2.      On April 17, 2104, 2014, Defendants served an answer on the Trustee.

3.      On September 9, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary

2

proceeding and dismissing the adversary proceeding.

5.    The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.


New York, New York
November 3, 2015

By: /s/ Nicholas J. Cremona                       By: /s/ Martin B. Shulkin
**BAKER & HOSTETLER LLP**                         **DUANE MORRIS LLP**
45 Rockefeller Plaza                              Martin B. Shulkin
New York, New York 10111                          100 High Street, Suite 2400
Telephone: 212.589.4200                           Boston, Massachusetts 02110-1724
Facsimile:  212.589.4201                          Telephone: 857.488.4210
David J. Sheehan                                  Facsimile: 857.401.3064
Email: dsheehan@bakerlaw.com                      Email: mbshulkin@duanemorris.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com                      *Attorney for Defendants*
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*



                                        SO ORDERED

                                        /s/ STUART M. BERNSTEIN_____
Dated: November 5th, 2015               HON. STUART M. BERNSTEIN
New York, New York                      UNITED STATES BANKRUPTCY JUDGE

C:\Users\fhochmuth\Desktop\APN 10-04773 Stipulation of Dismissal (Ryan Eyges).docx