**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Tracy Cole
Ona T. Wang

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY HINTE,<br><br>    Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## STIPULATION AND ORDER

WHEREAS, on November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

WHEREAS, pursuant to the Order, a Notice of Applicability[1] may be filed in any Avoidance Action upon the mutual consent of the parties.

WHEREAS, on November 4, 2015, a Notice of Applicability was filed by the parties in the above-referenced adversary proceeding [Dkt. No. 62].

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the Order and the procedures set forth thereunder shall now govern the administration of this action. In addition, the parties agree to split the fees and expenses of the mediator should the parties engage in mediation in accordance with General Order M-390, entered by the United States Bankruptcy Court for the Southern District of New York on December 1, 2009.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

---

[1] All terms not defined herein shall have the meaning subscribed to them in the Order.

08-01789-cgm    Doc 11973    Filed 11/05/15    Entered 11/05/15 10:04:37    Main Document
Pg 3 of 3

Dated: New York, New York
      November 4, 2015

| **BAKER & HOSTETLER LLP** | **MARTIN J. AUERBACH, ESQ.** |
|---|---|
| | By: */s/ Martin J. Auerbach* |
| By: */s/ Marc E. Hirschfield* | 1330 Avenue of the Americas, Suite 1100 |
| 45 Rockefeller Plaza | New York, NY 10019 |
| New York, New York 10111 | Telephone: (646) 787-2370 |
| Telephone: 212.589.4200 | Facsimile: (646) 304-0175 |
| Facsimile: 212.589.4201 | Email: auerbach@mjaesq.com |
| David J. Sheehan | |
| Email: dsheehan@bakerlaw.com | and |
| Marc E. Hirschfield | |
| Email: mhirschfield@bakerlaw.com | William P. Weintraub |
| Nicholas J. Cremona | Kizzy L. Jarashow |
| Email: ncremona@bakerlaw.com | GOODWIN PROCTER LLP |
| | The New York Times Building |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | 620 Eighth Avenue |
| | New York, NY 10018 |
| | Telephone: (212) 813-8800 |
| | Facsimile: (212) 355-3333 |
| | Email: wweintraub@goodwinprocter.com |
| |         kjarashow@goodwinprocter.com |
| | |
| | *Attorneys for Defendant Jeffrey Kusama-Hinte* |

So Ordered this 4<u>th</u> day of <u>November</u>, 2015.

                                    /s/ STUART M. BERNSTEIN
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE