# EXHIBIT A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 7, 2015

FGLS Equity LLC
c/o Steve Mendelow
Citrin Cooperman
529 Fifth Avenue
New York, New York 10017

Dear FGLS Equity LLC:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1F0178, designated as Claim No. 011505:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Your claim is **ALLOWED** for $3,450,000.00 which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1 attached hereto.

Your **ALLOWED CLAIM** of $3,450,000.00 will be satisfied in the following manner:

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300000761.5

The enclosed **PARTIAL ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **PARTIAL ASSIGNMENT AND RELEASE**, the Trustee will partially satisfy your **ALLOWED CLAIM** by sending you a check in the amount of $500,000.00, with the funds being advanced by Securities Investor Protection Corporation pursuant to section 78fff-3(a)(1) of SIPA. At this time, you are entitled to $1,683,669.00 (based on 48.802% of your allowed claim) for catch-up distributions the Trustee previously has made. You will also be entitled to additional distributions, if any are made by the Trustee.

**PLEASE TAKE NOTICE:** You did not previously receive a determination letter because your claim was temporarily disallowed pursuant to Bankruptcy Code Section 502(d) in connection with an adversary proceeding pending against you. As a result of the dismissal of the adversary proceeding against you, your claim is now being determined pursuant to this Notice of Trustee's Determination of Claim.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Stuart M. Bernstein, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (SMB) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within **THIRTY DAYS** after October 7, 2015, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:    Arkin Solbakken LLP
       750 Lexington Avenue
       25th Floor
       New York, New York 10022
       Attention:  Lisa Solbakken, Esq.
                   Stanley Arkin, Esq.
                   Alex Reisen, Esq.

       Marc Bogatin, Esq.
       Attorney at Law
       277 Broadway, Suite 900
       New York, New York 10007

| - Table 1 - | | | |
|---|---|---|---|
| DEPOSITS | | | |
| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
| 11/1/2002 | TRANS FROM 1ZA54230 | $3,149,075.00 | $0.00 |
| 1/3/2003 | CHECK | $95,000.00 | $95,000.00 |
| 3/6/2003 | CHECK | $300,000.00 | $300,000.00 |
| 4/9/2003 | CHECK | $40,000.00 | $40,000.00 |
| 4/23/2003 | CHECK | $40,000.00 | $40,000.00 |
| 5/9/2003 | CHECK | $20,000.00 | $20,000.00 |
| 6/5/2003 | CHECK | $90,000.00 | $90,000.00 |
| 6/10/2003 | CHECK | $200,000.00 | $200,000.00 |
| 7/21/2003 | CHECK | $500,000.00 | $500,000.00 |
| 7/31/2003 | CHECK | $300,000.00 | $300,000.00 |
| 8/12/2003 | CHECK | $185,000.00 | $185,000.00 |
| 9/12/2003 | CHECK | $500,000.00 | $500,000.00 |
| 9/23/2003 | CHECK | $525,000.00 | $525,000.00 |
| 10/14/2003 | CHECK | $170,000.00 | $170,000.00 |
| 11/6/2003 | CHECK | $200,000.00 | $200,000.00 |
| 11/26/2003 | CHECK | $615,000.00 | $615,000.00 |
| 12/5/2003 | CHECK | $270,000.00 | $270,000.00 |
| 3/29/2004 | CHECK | $230,000.00 | $230,000.00 |
| 4/21/2004 | CHECK | $500,000.00 | $500,000.00 |
| 7/13/2004 | CHECK | $150,000.00 | $150,000.00 |
| 9/14/2004 | CHECK | $135,000.00 | $135,000.00 |
| 10/1/2004 | CHECK | $460,000.00 | $460,000.00 |
| 10/28/2004 | CHECK | $525,000.00 | $525,000.00 |
| 11/2/2004 | CHECK | $75,000.00 | $75,000.00 |
| 11/8/2004 | CHECK | $550,000.00 | $550,000.00 |
| 11/23/2004 | CHECK | $50,000.00 | $50,000.00 |
| 12/13/2004 | CHECK | $50,000.00 | $50,000.00 |
| 2/11/2005 | CHECK | $150,000.00 | $150,000.00 |
| 5/9/2005 | CHECK | $150,000.00 | $150,000.00 |
| 5/20/2005 | CHECK | $100,000.00 | $100,000.00 |
| 6/14/2005 | CHECK | $1,170,000.00 | $1,170,000.00 |
| 6/24/2005 | CHECK | $425,000.00 | $425,000.00 |
| 7/20/2005 | CHECK | $50,000.00 | $50,000.00 |
| 8/17/2005 | CHECK | $100,000.00 | $100,000.00 |
| 8/24/2005 | CHECK | $170,000.00 | $170,000.00 |
| 9/26/2005 | CHECK | $150,000.00 | $150,000.00 |
| 11/4/2005 | CHECK | $325,000.00 | $325,000.00 |
| 12/2/2005 | CHECK | $1,000,000.00 | $1,000,000.00 |
| 12/23/2005 | CHECK | $75,000.00 | $75,000.00 |
| 1/11/2006 | CHECK | $200,000.00 | $200,000.00 |
| 2/6/2006 | CHECK | $450,000.00 | $450,000.00 |
| 4/4/2006 | CHECK | $100,000.00 | $100,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 5/31/2006 | CHECK | $250,000.00 | $250,000.00 |
| 6/19/2006 | CHECK | $250,000.00 | $250,000.00 |
| 8/15/2006 | CHECK | $200,000.00 | $200,000.00 |
| 9/15/2006 | CHECK | $200,000.00 | $200,000.00 |
| 9/20/2006 | CHECK | $350,000.00 | $350,000.00 |
| 10/18/2006 | CHECK | $275,000.00 | $275,000.00 |
| 12/11/2006 | CHECK | $200,000.00 | $200,000.00 |
| 1/12/2007 | CHECK | $185,000.00 | $185,000.00 |
| 1/16/2007 | CHECK | $240,000.00 | $240,000.00 |
| 1/31/2007 | CHECK | $115,000.00 | $115,000.00 |
| 1/31/2007 | CHECK | $550,000.00 | $550,000.00 |
| 1/31/2007 | CANCEL CHECK | ($550,000.00) | ($550,000.00) |
| 1/31/2007 | CHECK | $55,000.00 | $55,000.00 |
| 2/14/2007 | CHECK | $100,000.00 | $100,000.00 |
| 3/9/2007 | CHECK | $85,000.00 | $85,000.00 |
| 4/2/2007 | CHECK | $175,000.00 | $175,000.00 |
| 4/13/2007 | CHECK | $600,000.00 | $600,000.00 |
| 6/21/2007 | CHECK | $300,000.00 | $300,000.00 |
| 8/14/2007 | CHECK | $50,000.00 | $50,000.00 |
| 9/10/2007 | CHECK | $125,000.00 | $125,000.00 |
| 11/9/2007 | CHECK | $350,000.00 | $350,000.00 |
| 1/16/2008 | CHECK | $125,000.00 | $125,000.00 |
| 2/8/2008 | CHECK | $100,000.00 | $100,000.00 |
| 2/28/2008 | CHECK | $525,000.00 | $525,000.00 |
| 4/7/2008 | CHECK | $700,000.00 | $700,000.00 |
| 4/25/2008 | CHECK | $750,000.00 | $750,000.00 |
| 6/12/2008 | CHECK | $200,000.00 | $200,000.00 |
| 6/30/2008 | CHECK | $500,000.00 | $500,000.00 |
| 8/22/2008 | CHECK | $300,000.00 | $300,000.00 |
| 9/16/2008 | CHECK | $100,000.00 | $100,000.00 |
| 9/29/2008 | CHECK | $850,000.00 | $850,000.00 |
| **Total Deposits:** | | **$22,794,075.00** | **$19,645,000.00** |

| WITHDRAWALS | | | |
|---|---|---|---|
| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
| 12/24/2002 | CHECK | ($100,000.00) | ($100,000.00) |
| 9/4/2003 | CHECK | ($800,000.00) | ($800,000.00) |
| 11/18/2003 | CHECK | ($300,000.00) | ($300,000.00) |
| 12/17/2003 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/16/2004 | CHECK | ($860,000.00) | ($860,000.00) |
| 1/26/2004 | CHECK | ($60,000.00) | ($60,000.00) |
| 2/26/2004 | CHECK | ($150,000.00) | ($150,000.00) |
| 3/4/2004 | CHECK | ($25,000.00) | ($25,000.00) |
| 6/23/2004 | CHECK | ($600,000.00) | ($600,000.00) |
| 1/26/2005 | CHECK | ($500,000.00) | ($500,000.00) |
| 2/25/2005 | CHECK | ($65,000.00) | ($65,000.00) |
| 9/1/2005 | CHECK | ($70,000.00) | ($70,000.00) |

| | | | |
|---|---|---|---|
| 9/7/2005 | CHECK | ($500,000.00) | ($500,000.00) |
| 1/17/2006 | CHECK | ($4,350,000.00) | ($4,350,000.00) |
| 7/26/2006 | CHECK | ($200,000.00) | ($200,000.00) |
| 11/10/2006 | CHECK | ($100,000.00) | ($100,000.00) |
| 11/21/2006 | CHECK | ($300,000.00) | ($300,000.00) |
| 12/19/2006 | CHECK | ($450,000.00) | ($450,000.00) |
| 2/5/2007 | CHECK | ($65,000.00) | ($65,000.00) |
| 4/9/2007 | CHECK | ($50,000.00) | ($50,000.00) |
| 5/7/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/11/2007 | CHECK | ($500,000.00) | ($500,000.00) |
| 5/21/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| 6/8/2007 | CHECK | ($250,000.00) | ($250,000.00) |
| 8/28/2007 | CHECK | ($50,000.00) | ($50,000.00) |
| 9/26/2007 | CHECK | ($50,000.00) | ($50,000.00) |
| 11/30/2007 | CHECK | ($300,000.00) | ($300,000.00) |
| 12/6/2007 | CHECK | ($50,000.00) | ($50,000.00) |
| 12/17/2007 | CHECK | ($250,000.00) | ($250,000.00) |
| 12/19/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| 4/3/2008 | CHECK | ($700,000.00) | ($700,000.00) |
| 5/14/2008 | CHECK | ($200,000.00) | ($200,000.00) |
| 5/28/2008 | CHECK | ($125,000.00) | ($125,000.00) |
| 6/2/2008 | CHECK | ($125,000.00) | ($125,000.00) |
| 6/2/2008 | STOP PAYMENT | $125,000.00 | $125,000.00 |
| 7/30/2008 | CHECK | ($300,000.00) | ($300,000.00) |
| 8/26/2008 | CHECK | ($325,000.00) | ($325,000.00) |
| 9/19/2008 | CHECK | ($1,225,000.00) | ($1,225,000.00) |
| 10/14/2008 | CHECK | ($125,000.00) | ($125,000.00) |
| 10/29/2008 | CHECK | ($250,000.00) | ($250,000.00) |
| 10/31/2008 | CHECK | ($1,200,000.00) | ($1,200,000.00) |
| 11/24/2008 | CHECK | ($400,000.00) | ($400,000.00) |
| **Total Withdrawals:** | | ($16,195,000.00) | ($16,195,000.00) |
| | | | |
| **Total deposits less withdrawals:** | | $6,599,075.00 | $3,450,000.00 |