**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Jessie Kuhn
Dominic Gentile

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                    Plaintiff,<br><br>            v.<br><br>ESTATE OF IRA S. ROSENBERG and DELIA GAIL ROSENBERG,<br><br>                                    Defendants. | Adv. Pro. No. 10-04978 (SMB) |

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.   The Initial Disclosures shall be due: December 7, 2015.

2.   Fact Discovery shall be completed by: June 30, 2017.

3.   The Disclosure of Case-in-Chief Experts shall be due: September 19, 2017.

4.   The Disclosure of Rebuttal Experts shall be due: October 19, 2017.

5.   The Deadline for Completion of Expert Discovery shall be: November 20, 2017.

6.   The Deadline for Service of a Notice of Mediation Referral shall be:  On or before November 27, 2017.

7.   The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before December 11, 2017.

8.   The Deadline for Conclusion of Mediation shall be:  On or before April 10, 2018.

| | |
|---|---|
| Dated: New York, New York<br>November 5, 2015 | BAKER & HOSTETLER LLP<br><br>By: *s/ Keith R. Murphy*<br>David J. Sheehan<br>Keith R. Murphy<br>Jessie Kuhn<br>Dominic Gentile<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff* |

300370449.1