**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE LEEDS PARTNERSHIP, MARGARET AND RICHARD LIPMANSON FOUNDATION, KALEIDOSCOPE FOUNDATION, GERARD LEEDS, as general partner of The Leeds Partnership, LISELOTTE A/K/A LILO LEEDS, as general partner of The Leeds Partnership, RICHARD LEEDS, as general partner of The Leeds Partnership, MICHAEL | Adv. Pro. No. 10-05444 (SMB) |

LEEDS, as general partner of The Leeds Partnership, DANIEL LEEDS, as general partner of The Leeds Partnership, GREGORY JOBIN LEEDS, as general partner of The Leeds Partnership, and JENNIFER LEEDS, as general partner of The Leeds Partnership,

Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled for September 30, 2015 has been further adjourned to **January 27, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above–referenced hearing will be held before the Honorable Judge Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
November 5, 2015

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*
David J. Sheehan
Keith R. Murphy
Peter B. Shapiro
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*