**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>GERTRUDE E. ALPERN REVOCABLE TRUST,<br><br>ROBERTA SCHWARTZ TRUST,<br><br>PAUL ALPERN RESIDUARY TRUST,<br><br>LEWIS ALPERN, in his capacity as successor trustee | Adv. Pro. No. 10-04327 (SMB) |

of the Gertrude E. Alpern Revocable Trust, as beneficiary of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust,

THE ESTATE OF GERTRUDE E. ALPERN,

JANE ALPERN, as beneficiary of the Gertrude E. Alpern Revocable Trust,

JONATHAN SCHWARTZ, as beneficiary of the Gertrude E. Alpern Revocable Trust,

and

ROBERTA SCHWARTZ, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settler and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta Schwartz Trust,

                        Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015

2. Fact Discovery shall be completed by: March 3, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: May 23, 2017.

4. The Disclosure of Rebuttal Experts shall be due: July 24, 2017.

5. The Deadline for Completion of Expert Discovery shall be: August 23, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before August 30, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before September 13, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before January 11, 2018.

Dated: New York, New York
November 5, 2015

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Brett Wall (*admitted pro hac vice*)
Jason Perdion (*admitted pro hac vice*)
David Proaño (*admitted pro hac vice*)
Gretchen Lange (*admitted pro hac vice*)
Darren Crook (*admitted pro hac vice*)
1900 East 9th Street, Suite 3200
Cleveland, OH 44114
Telephone: (216) 861-7834
Facsimile: (216) 696-0740

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*