Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>    v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>           Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ): SS
COUNTY OF NEW YORK )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. November 6, 2015, I served a true and complete copy of *Defendants' Answer to the Amended Complaint* [Docket No. 11986, Adv. Pro. Docket No. 44] by electronic service via the Court's CM/ECF system and by electronic mail on Marc E. Hirschfield, Esq. and Geraldine E. Ponto, Esq., BakerHostetler, 45 Rockefeller Plaza, New York, New York 10111-0100, bhaa@bakerlaw.com.

Dated: New York, New York
       November 6, 2015

_____
Constance Andonian

Sworn to before me on this
6th day of November 2015

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
My Commission Expires May 10, 20__

2

99997.032244 EMF_US 52298297v2