UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Werner Foundation (the "Claimant"), having filed an objection (the "Objection", Docket No. 2394) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#014342), hereby gives notice that it withdraws such Objection.

Dated: 9/30, ___, 2015

BERNFELD, DEMATTEO
& BERNFELD, LLP
Jeffrey L. Bernfeld
600 Third Avenue, 15th Floor
New York, New York 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
Email: jeffreybernfeld@bernfeld-dematteo.com