# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Case No. 09-11893 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>EILEEN BLAKE, individually and tenant in common; and EDWARD BLAKE, individually and tenant in common,<br><br>Defendants. | Adv. Pro. No. 10-04596(SMB) |

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS

PLEASE TAKE NOTICE that the hearing on Defendants' motion to dismiss the Complaint has been adjourned to March 30, 2016 pending the mediation of this matter pursuant to Avoidance Procedure 2(D). If the mediation does not resolve the Avoidance Action, the motion to dismiss the Complaint will be heard on March 30, 2016.

5586134.1

| | |
|---|---|
| Dated: November 4, 2015 | /s/ Ronald L. Israel<br>Ronald L. Israel<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>One Boland Drive<br>West Orange, NJ 07052<br>Telephone: (973) 530-2045<br>Facsimile: (973) 530-2245<br>risrael@csglaw.com<br>Counsel for Defendants,<br>Eileen Blake and Edward Blake |

5586134.1