UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Case No. 09-11893 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>J.D. O'NEILL PARTNERSHIP, LTD. and JOHN D. O'NEILL,<br><br>Defendants. | Adv. Pro. No. 10-04939 (SMB) |

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS

PLEASE TAKE NOTICE that the hearing on Defendants' motion to dismiss the Complaint has been adjourned to March 30, 2016 pending the mediation of this matter pursuant to Avoidance Procedure 2(D). If the mediation does not resolve the Avoidance Action, the motion to dismiss the Complaint will be heard on March 30, 2016.

5586141.1

Dated: November 4, 2015

/s/ Ronald L. Israel
Ronald L. Israel
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2045
Facsimile: (973) 530-2245
risrael@csglaw.com
Counsel for Defendants
J.D. O'Neill Partnership, Ltd.
and John D. O'Neill

5586141.1