**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04543 |
| DOUGLAS SHAPIRO, | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO SELECT A MEDIATOR

This Stipulation Extending Time to Select a Mediator ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must select a mediator in the above-captioned case is extended up to and including November 16, 2015.

The purpose of this Stipulation is to provide time for the Parties to resolve this matter prior to engaging in and incurring the costs and expenses of mediation.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
      November 6, 2015

Of Counsel:                                    By: */s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**                      **Baker & Hostetler LLP**
811 Main, Suite 1100                           45 Rockefeller Plaza
Houston, Texas 77002                           New York, NY 10111
Telephone: (713)751-1600                       Telephone: (212) 589-4200
Facsimile: (713)751-1717                       Facsimile: (212) 589-4201
Dean D. Hunt                                   David J. Sheehan
Email: dhunt@bakerlaw.com                      Email: dsheehand@bakerlaw.com
Farrell A. Hochmuth                            Nicholas J. Cremona
Email: fhochmuth@bakerlaw.com                  Email:  ncremona@bakerlaw.com

                                               *Attorneys for Irving H. Picard, Trustee for the*
                                               *Substantively Consolidated SIPA Liquidation of*
                                               *Bernard L. Madoff Investment Securities LLC and*
                                               *the Estate of Bernard L. Madoff*


                                               By: */s/ Martin B. Shulkin*
                                               **Duane Morris, LLP**
                                               100 High Street, Suite 2400
                                               Boston, MA 02110-1724
                                               Telephone: (857) 448–4210
                                               Facsimile: (857) 401–3064
                                               Martin B. Shulkin
                                               mbshulkin@duanemorris.com

                                               *Attorneys for Defendant Douglas Shapiro*