BECKER & POLIAKOFF LLP
Julie Gorchkova, Esq.
45 Broadway
New York, NY 10006
(212) 599-3322
jgorchkova@bplegal.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>           Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>           Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br>           Plaintiff, <br> v. <br> DEFENDANTS LISTED ON APPENDIX A ATTACHED TO THE ACCOMPANYING PROPOSED FORM OF ORDER, <br>           Defendants. | Adv. Pro. Nos. listed on Appendix A Attached to the Accompanying Proposed Form of Order |

**CERTIFICATE OF SERVICE**

  I, Chelsey Davis, hereby certify that on November 6, 2015 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

{N0094430 }

- Declaration of Julie Gorchkova in Support; and

- Proposed Order

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>Defendants listed on Appendix A attached to the accompanying Proposed Form of Order at the email addresses maintained on file
>
>Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   November 6, 2015                                  */s/ Chelsey Davis*
         New York, New York

{N0094430 }                                  2