**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>           Plaintiff,<br><br>v.<br><br>EILEEN BLAKE, individually and tenant in common; and EDWARD BLAKE, individually and tenant in common,<br><br>           Defendants. | Adv. Pro. No. 10-04596 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Eileen Blake and Edward Blake by and through their counsel, David Hyman of Chiesa Shahinian & Giantomasi PC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Eileen Blake and Edward Blake.

2. On October 21, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding with prejudice.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
November 9, 2015

| By: */s/ Nicholas J. Cremona* | By: */s/ David Hyman* |
|---|---|
| **BAKER & HOSTETLER LLP** | **CHIESA SHAHINIAN & GIANTOMASI PC** |
| 45 Rockefeller Plaza | |
| New York, New York 10111 | David M. Hyman |
| Telephone: 212.589.4200 | One Boland Drive |
| Facsimile: 212.589.4201 | West Orange, NJ 07052 |
| David J. Sheehan | Telephone: 973.530.2009 |
| Email: dsheehan@bakerlaw.com | Facsimile: 973.530.2209 |
| Nicholas J. Cremona | Email: mailto:dhyman@csglaw.com |
| Email: ncremona@bakerlaw.com | |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorney for Eileen and Edward Blake*

SO ORDERED

_s/Stuart M. Bernstein_____

Dated:  November 9, 2015     HON. STUART M. BERNSTEIN
New York, New York     UNITED STATES BANKRUPTCY JUDGE