**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## STATUS REPORT FOR THE AVOIDANCE ACTION
## OMNIBUS HEARING SCHEDULED FOR NOVEMBER 18, 2015

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance action as set forth on the attached Appendix A is scheduled to be heard at the Avoidance Action Omnibus Hearing on November 18, 2015 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for **December 16, 2015 at 10:00 a.m.** The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  November 11, 2015
      New York, New York

By:      */s/ Nicholas J. Cremona*
         **BAKER & HOSTETLER LLP**
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: (212) 589-4200
         Facsimile: (212) 589-4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Nicholas J. Cremona
         Email:  ncremona@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee for the*
         *Substantively Consolidated SIPA Liquidation of*
         *Bernard L. Madoff Investment Securities LLC and*
         *the Estate of Bernard L. Madoff*

## APPENDIX A

1.      10-04425; Picard v. Manuel O. Jaffe

     a.   Notice of Presentment of an Order Granting Application to Withdraw as Counsel filed by Helen Davis Chaitman (Filed: 9/4/2015) [Docket No. 50]

     b.   Objection of Irving H. Picard, Trustee, to Notice of Presentment of an Order Granting Application to Withdraw as Counsel, and Accompanying Declaration of Helen Davis Chaitman (Filed: 9/8/2015) [Docket No. 51]

     c.   Notice of Hearing Regarding the Notice of Presentment of an Order Granting Application to Withdraw as Counsel (Filed: 11/4/2015) [Docket No. 53]