**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT SECURITIES,
LLC

        Defendant.

Adv. Pro. No. 08-1789 (SMB)

SIPA LIQUIDATION

(substantively consolidated)

------------------------------------------------------------------X

In re:

BERNARD MADOFF,

        Debtor.

------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of:
Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

   v.

ANDREW H. COHEN,

        Defendant.

Adv. No. 10-04311 (SMB)

------------------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) SS.
COUNTY OF NEW YORK )

     TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

     1.    I am not a party to this action and am over 18 years of age.

NY1377929.1
217250-10001

2. On October 9, 2015, I electronically filed the Notice of Motion to Intervene on Common Legal Issues, the accompany memorandum of law and the accompanying Declaration of P. Gregory Schwed with the Clerk of the Court using the CM/ECF System which sent notice of such filings to the following parties:

>Marc E. Hirschfield, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10111
>Attorneys for Irving H. Picard
>Trustee
>
>Gregory Goett, Esq.
>Paul Z. Lewis, Esq.
>Lewis & McKenna
>82 East Allendale Road
>Saddle River, New Jersey 07458
>Attorneys for Defendant
>Andrew H. Cohen

_____
Timothy B. Cummins

Sworn to before me this
11th day of November, 2015

_____
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate filed in New York County
Commission Expires January 7, 2019

NY1377929.1
217250-10001

2