**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                     Plaintiff,<br>v.<br><br>Citivic Nominees Ltd.,<br><br>                     Defendant. | Adv. Pro. No. 12-01513 (SMB) |

**SO ORDERED STIPULATION EXTENDING THE DEADLINE TO OBJECT TO THE TRUSTEE'S MOTION FOR ENTRY OF ORDER PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE AS INCORPORATED BY RULE 7015 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT ADDING EUROCLEAR BANK S.A./N.V. AS A DEFENDANT**

      WHEREAS Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, commenced this Adversary Proceeding by filing a complaint against Citivic Nominees Ltd. ("Citivic" or "Defendant") on April 12, 2012; and

      WHEREAS, on September 25, 2015, the Trustee filed a Motion For Leave to File an Amended Complaint Adding Euroclear Bank S.A./N.V. ("Euroclear") as a Defendant in this

proceeding (the "Trustee's Motion"), and which contemplates that the Trustee will dismiss Citivic as a defendant in this action if the Court permits the relief sought in the Trustee's Motion;

WHEREAS, on September 25, 2015, the Trustee delivered an email to the undersigned counsel for Euroclear with a copy of the Trustee's Motion;

WHEREAS, Euroclear has not appeared in, and is not a party to, the above Adversary Proceeding and reserves all objections to jurisdiction and service of process, and Euroclear's counsel is signing this Stipulation for the sole purpose of extending Euroclear's time to object to the Trustee's Motion, including objections to jurisdiction and service of process, if so decided;

WHEREAS, the original deadline to object to the Trustee's Motion was set for October 12, 2015 with a hearing scheduled for October 28, 2015;

WHEREAS, on October 8, 2015, the Court entered a So Ordered Stipulation Extending the Deadline to Object to Trustee's Motion extending the deadline to object to November 11, 2015 and adjourning the hearing until November 18, 2015;

WHEREAS, the Trustee is reviewing additional information identified by Euroclear, and therefore the parties and Euroclear require additional time;

WHEREAS, the parties and Euroclear have agreed through their undersigned counsel to extend the objection deadline and adjourn the hearing on the Trustee's Motion to allow sufficient time for review of the additional information identified by Euroclear; and

NOW, THEREFORE, subject to the approval of the Court, it is hereby STIPULATED AND AGREED that the deadline to object to Trustee's Motion is extended up to and including February 17, 2016, and the hearing on the Trustee's Motion is adjourned to February 24, 2016.

Dated: November 10, 2015
     New York, New York

| BAKER & HOSTETLER LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: */s/ Thomas L. Long*<br>David J. Sheehan<br>dsheehan@bakerlaw.com<br>Thomas L. Long<br>Email: tlong@bakerlaw.com<br>Catherine E. Woltering<br>Email: cwoltering@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | By: */s/ Carmine D. Boccuzzi, Jr.*<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>cboccuzzi@cgsh.com<br><br>*Attorneys for Defendant Citivic Nominees Ltd.* |

ARNOLD & PORTER LLP

By: */s/ Charles G. Berry*
    Charles G. Berry
    Email: Charles.Berry@aporter.com
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 715-1169
    Facsimile: (212) 715-1399

    *Attorneys for Non-Party Euroclear Bank S.A./N.V.*

SO ORDERED this 12th day of November, 2015.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE