IN RE: BLMIS. CASE NO: 08-01789 (SMB)

FOURTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Ronnie Sue Ambrosino | 004082 | 513 | Phillips Nizer LLP | Ronnie Sue Ambrosino | 1L0143 |
| Ronnie Sue Ambrosino | 100354 | 513 | Phillips Nizer LLP | Ronnie Sue Ambrosino | 1L0143 |
| Doreen And Brian Appel | 001080 | 458 | Pro Se Filing | Brian Appel Doreen Appel JT Ten | 1KW382 |
| Doreen And Brian Appel | 015413 | 458 | Pro Se Filing | Brian Appel Doreen Appel JT Ten | 1KW382 |
| Dorothee Shankman; T.O.D. Jeffrey Shankman; & Susan Shankman Banker | 000991 | 1822 | Phillips Nizer LLP | Dorothee Shankman T.O.D. Jeffrey Shankman & Susan Shankman Banker | 1S0189 |
| Barbitta Family Trust | 005498 | 540 | Peter Menoudakos, Jr. | Sophie Barbitta Rev Family Tst | 1RU039 |
| Barbitta Family Trust | 012114 | 540 | Peter Menoudakos, Jr. | Sophie Barbitta Rev Family Tst | 1RU039 |
| Judie Camus Boxill | 000533 | 344 | Pro Se Filing | Judie Camus Boxill C/O Whitney National Bank Attn: Mr Jay Noel | 1ZB055 |
| Judie Camus Boxill | 100062 | 344 | Pro Se Filing | Judie Camus Boxill C/O Whitney National Bank Attn: Mr Jay Noel | 1ZB055 |
| Julie P. Brandes | 005249 | 1801 | Phillips Nizer LLP | Julie P Brandes | 1B0249 |
| The Brodsky Irrevocable Trust Dated March 12, 1990, Linda Anne Abbit and Jeffrey Brian Abbit Trustees | 003958 | 2931 | Becker & Poliakoff, LLP | Brodsky Irrevoc Tst Dt 3/12/90 Linda A Abbit & Jeffrey B Abbit Co-Trustees | 1ZB025 |
| The Brodsky Irrevocable Trust Dated March 12, 1990, Linda Anne Abbit and Jeffrey Brian Abbit Trustees | 100368 | 2931 | Becker & Poliakoff, LLP | Brodsky Irrevoc Tst Dt 3/12/90 Linda A Abbit & Jeffrey B Abbit Co-Trustees | 1ZB025 |
| Ethel L Chambers (IRA) | 000170 | 686 | Pro Se Filing | Millennium Trust Company, LLC FBO Ethel L Chambers (062402) | 1ZR274 |
| S James Chambers | 000168 | 686 | Pro Se Filing | Millennium Trust Company, LLC FBO S James Chambers (124604) | 1ZR337 |
| E L E M Youth In Distress In Israel Inc. C/O Ann E. Bialkin | 002772 | 339 | Abbey Spanier Rodd & Abrams, LLP | E L E M Youth In Distress In Israel Inc | 1CM645 |
| E L E M Youth In Distress In Israel Inc. C/O Ann E. Bialkin | 002773 | 339 | Abbey Spanier Rodd & Abrams, LLP | E L E M Youth In Distress In Israel Inc | 1CM645 |
| Jonathan Fink | 001339 | 376 | Pro Se Filing | Millennium Trust Company, LLC FBO Jonathan D Fink (89784) | 1ZR044 |
| Fred Schwartz 2008 Grantor Retained Annuity Trust | 004599 | 1034 | Bradley E. Turk, Esq. | Fred Schwartz 2008 Grantor Retained Annuity Trust C/O Fred Schwartz | 1S0552 |
| NTC & Co. FBO Gustine Ganes (946698) | 002983 | 1795 | Pro Se Filing | NTC & Co. FBO Gustine Ganes (946698) | 1ZR267 |
| Irving Gerberg | 005350 | 484 | Seeger Weiss LLP | Irving Gerberg | 1ZG029 |
| Irving Gerberg | 014262 | 484 | Seeger Weiss LLP | Irving Gerberg | 1ZG029 |
| Charles Gevirtz | 000054 | 2226 | Pro Se Filing | Charles Gevirtz | 1ZB405 |
| NTC & Co. FBO Elaine Glodstein (24559) | 002757 | 364 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Elaine | 1ZR088 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| | | | | Glodstein (24559) | |
| Yetta Goldman | 001199 | 600 | Pro Se Filing | Ms Yetta Goldman | 1KW128 |
| Hilda F Brody Trustee For The Hilda F Brody Revocable Trust | 003088 | 659 | Pro Se Filing | Hilda F Brody Revocable Trust | 1ZA510 |
| John Malkovich Pension Plan And Trust C/O Harold A Thau | 007013 | 2120 | Milberg LLP | John Malkovich Pension Plan And Trust C/O Harold A Thau | 1ZB131 |
| Kaplow Family Partnership | 004338 | 532 | Okin, Hollander & DeLuca, LLP | Kaplow Family Partnership | 1ZA586 |
| Vicki Kaplow | 004339 | 532 | Okin, Hollander & DeLuca, LLP | Vicki Kaplow | 1ZB285 |
| NTC & Co. FBO Stephen Kaufman (023872) | 001734 | 1050 1070 | Sullivan & Cromwell LLP | Millennium Trust Company, LLC FBO Stephen Kaufman (023872) | 1CM836 |
| Marlene M Knopf | 000781 | 373 | Pro Se Filing | Marlene M Knopf | 1KW316 |
| Lawrence Kaufmann & Janet Ellen Kaufmann J/T WROS | 000372 | 356 | Pro Se Filing | Lawrence Kaufmann & Janet Ellen Kaufmann J/T WROS | 1ZB099 |
| Maurice Levinsky | 000089 | 372 | Pro Se Filing | Millennium Trust Company, LLC FBO Maurice Levinsky (82869) | 1ZR169 |
| David Marzouk | 002751 | 349 | Pro Se Filing | David Marzouk | 1M0179 |
| The Northeast Investment Club | 000361 | 3533 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| Lena Peskin | 001847 | 408 | Pro Se Filing | Lena Peskin I/T/F Sheila Handel Bruce Peskin &Cheryl Grobstein | 1ZB003 |
| Norman Plotnick | 001201 | 334 | Pro Se Filing | Norman Plotnick | 1KW377 |
| Martin Rappaport | 006125 | 259 | Milberg LLP | Martin Rappaport | 1CM701 |
| Ronald Gene Wohl Credit Shelter Trust | 003975 | 528 | Phillips Nizer LLP | Ronald Gene Wohl Credit Shelter Trust C/O Linda Wohl | 1ZB499 |
| Paul Schupak | 006979 | 2117 | Pro Se Filing | Paul Schupak | 1ZA675 |
| Vicki Kaplow Family Tst I | 004337 | 532 | Okin, Hollander & DeLuca, LLP | Vicki Kaplow Family Trust I | 1ZA848 |
| Wachovia Bank, National Association | 001872 | 770 | McCarter & English LLP | Hollyplant Inv Limited Ptnrshp C/O Phyllis Krock General Ptnr | 1H0071 |
| Lois Zenkel | 006584 | 2837 | Becker & Poliakoff, LLP | Lois Zenkel | 1Z0033 |
| Lois Zenkel | 009132 | 2837 | Becker & Poliakoff, LLP | Lois Zenkel | 1Z0033 |