IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## FOURTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 005249 | 1801 | Julie P. Brandes | Julie P Brandes | 1B0249 | Phillips Nizer LLP | 1/20/2010 |
| 002772 | 339 | E L E M Youth In Distress In Israel Inc. C/O Ann E. Bialkin | E L E M Youth In Distress In Israel Inc | 1CM645 | Abbey Spanier Rodd & Abrams, LLP | 7/24/2009 |
| 002773 | 339 | E L E M Youth In Distress In Israel Inc. C/O Ann E. Bialkin | E L E M Youth In Distress In Israel Inc | 1CM645 | Abbey Spanier Rodd & Abrams, LLP | 7/24/2009 |
| 006125 | 259 | Martin Rappaport | Martin Rappaport | 1CM701 | Milberg LLP | 6/12/2009 |
| 001734 | 1050 1070 | NTC & Co. FBO Stephen Kaufman (023872) | Millennium Trust Company, LLC FBO Stephen Kaufman (023872) | 1CM836 | Sullivan & Cromwell LLP | 12/10/2009 12/14/2009 |
| 001872 | 770 | Wachovia Bank, National Association | Hollyplant Inv Limited Ptnrshp C/O Phyllis Krock General Ptnr | 1H0071 | McCarter & English LLP | 11/13/2009 |
| 001199 | 600 | Yetta Goldman | Ms Yetta Goldman | 1KW128 | Pro Se Filing | 11/4/2009 |
| 000781 | 373 | Marlene M Knopf | Marlene M Knopf | 1KW316 | Pro Se Filing | 8/18/2009 |
| 001201 | 334 | Norman Plotnick | Norman Plotnick | 1KW377 | Pro Se Filing | 7/22/2009 |
| 001080 | 458 | Doreen And Brian Appel | Brian Appel Doreen Appel JT Ten | 1KW382 | Pro Se Filing | 9/24/2009 |
| 015413 | 458 | Doreen And Brian Appel | Brian Appel Doreen Appel JT Ten | 1KW382 | Pro Se Filing | 9/24/2009 |
| 004082 | 513 | Ronnie Sue Ambrosino | Ronnie Sue Ambrosino | 1L0143 | Phillips Nizer LLP | 10/14/2009 |
| 100354 | 513 | Ronnie Sue Ambrosino | Ronnie Sue Ambrosino | 1L0143 | Phillips Nizer LLP | 10/14/2009 |
| 002751 | 349 | David Marzouk | David Marzouk | 1M0179 | Pro Se Filing | 7/30/2009 |
| 005498 | 540 | Barbitta Family Trust | Sophie Barbitta Rev Family Tst | 1RU039 | Peter Menoudakos, Jr. | 10/22/2009 |
| 012114 | 540 | Barbitta Family Trust | Sophie Barbitta Rev Family Tst | 1RU039 | Peter Menoudakos, Jr. | 10/22/2009 |
| 000991 | 1822 | Dorothee Shankman; T.O.D. Jeffrey Shankman; & Susan Shankman Banker | Dorothee Shankman T.O.D. Jeffrey Shankman & Susan Shankman Banker | 1S0189 | Phillips Nizer LLP | 1/25/2010 |
| 004599 | 1034 | Fred Schwartz 2008 Grantor Retained Annuity Trust | Fred Schwartz 2008 Grantor Retained Annuity Trust C/O Fred Schwartz | 1S0552 | Bradley E. Turk, Esq. | 11/30/2009 |
| 006584 | 2837 | Lois Zenkel | Lois Zenkel | 1Z0033 | Becker & Poliakoff, LLP | 8/3/2010 |
| 009132 | 2837 | Lois Zenkel | Lois Zenkel | 1Z0033 | Becker & Poliakoff, LLP | 8/3/2010 |
| 003088 | 659 | Hilda F Brody Trustee For The Hilda F Brody Revocable Trust | Hilda F Brody Revocable Trust | 1ZA510 | Pro Se Filing | 11/6/2009 |
| 004338 | 532 | Kaplow Family Partnership | Kaplow Family Partnership | 1ZA586 | Okin, Hollander & DeLuca, LLP | 10/19/2009 |
| 006979 | 2117 | Paul Schupak | Paul Schupak | 1ZA675 | Pro Se Filing | 3/29/2010 |
| 004337 | 532 | Vicki Kaplow Family Tst I | Vicki Kaplow Family Trust I | 1ZA848 | Okin, Hollander & DeLuca, LLP | 10/19/2009 |
| 001847 | 408 | Lena Peskin | Lena Peskin I/T/F Sheila Handel Bruce Peskin &Cheryl Grobstein | 1ZB003 | Pro Se Filing | 8/31/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 003958 | 2931 | The Brodsky Irrevocable Trust Dated March 12, 1990, Linda Anne Abbit and Jeffrey Brian Abbit Trustees | Brodsky Irrevoc Tst Dt 3/12/90 Linda A Abbit & Jeffrey B Abbit Co-Trustees | 1ZB025 | Becker & Poliakoff, LLP | 8/31/2010 |
| 100368 | 2931 | The Brodsky Irrevocable Trust Dated March 12, 1990, Linda Anne Abbit and Jeffrey Brian Abbit Trustees | Brodsky Irrevoc Tst Dt 3/12/90 Linda A Abbit & Jeffrey B Abbit Co-Trustees | 1ZB025 | Becker & Poliakoff, LLP | 8/31/2010 |
| 000533 | 344 | Judie Camus Boxill | Judie Camus Boxill C/O Whitney National Bank Attn: Mr Jay Noel | 1ZB055 | Pro Se Filing | 7/27/2009 |
| 100062 | 344 | Judie Camus Boxill | Judie Camus Boxill C/O Whitney National Bank Attn: Mr Jay Noel | 1ZB055 | Pro Se Filing | 7/27/2009 |
| 000372 | 356 | Lawrence Kaufmann & Janet Ellen Kaufmann J/T WROS | Lawrence Kaufmann & Janet Ellen Kaufmann J/T WROS | 1ZB099 | Pro Se Filing | 8/3/2009 |
| 000361 | 3533 | The Northeast Investment Club | Northeast Investment Club | 1ZB123 | Becker & Poliakoff, LLP | 12/17/2010 |
| 007013 | 2120 | John Malkovich Pension Plan And Trust C/O Harold A Thau | John Malkovich Pension Plan And Trust C/O Harold A Thau | 1ZB131 | Milberg LLP | 4/1/2010 |
| 004339 | 532 | Vicki Kaplow | Vicki Kaplow | 1ZB285 | Okin, Hollander & DeLuca, LLP | 10/19/2009 |
| 000054 | 2226 | Charles Gevirtz | Charles Gevirtz | 1ZB405 | Pro Se Filing | 10/3/2009 |
| 003975 | 528 | Ronald Gene Wohl Credit Shelter Trust | Ronald Gene Wohl Credit Shelter Trust C/O Linda Wohl | 1ZB499 | Phillips Nizer LLP | 10/19/2009 |
| 005350 | 484 | Irving Gerberg | Irving Gerberg | 1ZG029 | Seeger Weiss LLP | 9/29/2009 |
| 014262 | 484 | Irving Gerberg | Irving Gerberg | 1ZG029 | Seeger Weiss LLP | 9/29/2009 |
| 001339 | 376 | Jonathan Fink | Millennium Trust Company, LLC FBO Jonathan D Fink (89784) | 1ZR044 | Pro Se Filing | 8/21/2009 |
| 002757 | 364 | NTC & Co. FBO Elaine Glodstein (24559) | Millennium Trust Company, LLC FBO Elaine Glodstein (24559) | 1ZR088 | Phillips Nizer LLP | 8/13/2009 |
| 000089 | 372 | Maurice Levinsky | Millennium Trust Company, LLC FBO Maurice Levinsky (82869) | 1ZR169 | Pro Se Filing | 8/19/2009 |
| 002983 | 1795 | NTC & Co. FBO Gustine Ganes (946698) | NTC & Co. FBO Gustine Ganes (946698) | 1ZR267 | Pro Se Filing | 1/20/2010 |
| 000170 | 686 | Ethel L Chambers (IRA) | Millennium Trust Company, LLC FBO Ethel L Chambers (062402) | 1ZR274 | Pro Se Filing | 11/10/2009 |
| 000168 | 686 | S James Chambers | Millennium Trust Company, LLC FBO S James Chambers (124604) | 1ZR337 | Pro Se Filing | 11/10/2009 |