IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## FIFTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 014279 | 3005 | Agl Life Assurance Company Separate Account VI 83 | Agl Life Assurance Company Separate Account VI 83 Attn: Kent C Keim | 1A0156 | Pro Se Filing | 9/23/2010 |
| 001798 | 623 | Besse And Louis Bleznak Foundation, Inc. | Besse And Louis M Bleznak Foundation Inc | 1B0219 | Pro Se Filing | 11/4/2009 |
| 009786 | 835 1118 | Elizabeth D French | Elizabeth D French | 1CM008 | SNR Denton US LLP | 11/16/2009 12/23/2009 |
| 013584 | 2230 | Herb And Ruth Gamber C/O Anthony Gamberg, Esq. | Herbert Gamberg Ruth Gamberg J/T WROS 1600 Cambridge St Halifax | 1CM070 | Pro Se Filing | 3/19/2010 |
| 006995 | 2910 | Philip Datlof | Millennium Trust Company, LLC FBO Philip Datlof (99733) | 1CM235 | Morgenstern & Blue, LLC | 8/26/2010 |
| 012833 | 2212 | Cathy Gins | Cathy Gins | 1CM270 | Pro Se Filing | 4/15/2010 |
| 000819 | 822 | Lillian D Gilden | Lillian D Gilden | 1CM282 | Pro Se Filing | 11/13/2009 |
| 000569 | 480 | Linda S Waldman | Linda S Waldman | 1CM300 | Phillips Nizer LLP | 9/29/2009 |
| 010156 | 896 1119 | Robert T Schoen Md And Cynthia B French J/T WROS | Robert T Schoen Md And Cynthia B French J/T WROS P O Box 73 | 1CM305 | SNR Denton US LLP | 11/18/2009 12/23/2009 |
| 000106 | 563 | Paul Allen | Millennium Trust Company, LLC FBO Paul Allen (47025) | 1CM407 | Phillips Nizer LLP | 11/2/2009 |
| 009058 | 2028 | Elirion Associates, Inc. Emp. Pension Plan And Trust | Elirion Associates, Inc Empl Pension Plan & Trust | 1E0142 | Susman Godfrey L.L.P. | 3/11/2010 |
| 001658 | 2402 | Samuel-David Associates LTD. | Samuel-David Associates LTD Attn: Ann M Olesky | 1EM143 | Pro Se Filing | 6/10/2010 |
| 001657 | 2520 | Samuel Olesky | Samuel J Olesky | 1EM317 | Pro Se Filing | 7/6/2010 |
| 000470 | 1001 | Joan W Procter | Joan W Procter | 1EM325 | Pro Se Filing | 11/23/2009 |
| 001656 | 2490 | Ann Malcolm Olesky (IRA) | Millennium Trust Company, LLC FBO Ann Malcom Olesky(44655) | 1EM348 | Pro Se Filing | 6/29/2010 |
| 012192 | 2498 | Kathleen Giamo, Trustee Of Trust Number 6 U/A 12/23/88 | Trust #6 U/A 12/23/88 Kathleen Giamo Trustee C/O Richard Friedman | 1F0132 | Lee J. Mondshein, Esq. | 7/1/2010 |
| 000571 | 1838 | William A. Forrest Revocable Trust | William A Forrest Revocable Trust | 1F0135 | Pro Se Filing | 1/25/2010 |
| 012116 | 2793 | Friedman Partners L.P. | Friedman Partners Limited Partnership | 1F0162 | Katten Muchin Rosenman LLP | 7/21/2010 |
| 012799 | 2793 | Friedman Partners L.P. | Friedman Partners Limited Partnership | 1F0162 | Katten Muchin Rosenman LLP | 7/21/2010 |
| 001113 | 2382 2420 | Murray Gold | Murray Gold, Esq. Money Purchase Pen Plan (H10) | 1G0037 | Pro Se Filing | 6/7/2010 6/11/2010 |
| 001582 | 2380 | Monica Kolzet | Monica Sirotkin Kolzet | 1K0198 | Pro Se Filing | 6/8/2010 |
| 009945 | 2176 | Trust U/W/O Harold Korn F/B/O Marjorie K. Osterman | Harold Korn Trust F/B/O Marjorie K Osterman Lester M Osterman Trustee | 1KW097 | Sterling Equities | 4/7/2010 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000510 | 2158 | William Treiber & Joyce Treiber | William Treiber & Joyce Treiber JT Tenants | 1KW122 | Sterling Equities | 4/7/2010 |
| 009952 | 2158 | William Treiber & Joyce Treiber | William Treiber & Joyce Treiber JT Tenants | 1KW122 | Sterling Equities | 4/7/2010 |
| 010964 | 470 | Martin Lifton C/O The Lifton Company LLC | Martin Lifton C/O The Lifton Company LLC 6001 Broken Sound Pkwy | 1KW162 | Phillips Nizer LLP | 9/26/2009 |
| 009954 | 2159 | Lmo/Mko Family Trust | Lmo/Mko Family Trust C/O Sterling Equities | 1KW181 | Sterling Equities | 4/7/2010 |
| 010951 | 2773 | The Lifton Family Foundation | The Lifton Family Foundation C/O The Lefton Company LLC 6001 Broken Sound Pkwy | 1KW228 | Becker & Poliakoff, LLP | 7/19/2010 |
| 009914 | 2160 | Tepper 1998 Famliy Trust | Tepper Family 1998 Trust | 1KW246 | Sterling Equities | 4/7/2010 |
| 009925 | 2163 | John Thackray | John Thackray | 1KW281 | Sterling Equities | 4/7/2010 |
| 009926 | 2164 | Pat Thackray | Pat Thackray | 1KW282 | Sterling Equities | 4/7/2010 |
| 009594 | 1796 | Jill Marks | Jill Marks | 1M0196 | Pro Se Filing | 1/20/2010 |
| 013920 | 3079 | Pulver Family Foundation, Inc. | Pulver Family Foundation Inc | 1P0050 | Lowenstein Sandler PC | 10/29/2010 |
| 013964 | 491 | Pompart LLC | Pompart LLC C/O John Pomerantz | 1P0100 | Herrick, Feinstein LLP | 9/30/2009 |
| 002618 | 2121 | Joseph Rubino (IRA) | Millennium Trust Company, LLC FBO Joseph Rubino (111259) | 1R0074 | Pro Se Filing | 4/1/2010 |
| 011080 | 892 | S R F Partners | S R F Partners C/O Rush Properties | 1R0098 | SNR Denton US LLP | 11/18/2009 |
| 002613 | 2122 | Joseph Rubino & Kathleen Rubino J/T WROS | Joseph Rubino & Kathleen Rubino J/T WROS | 1R0128 | Pro Se Filing | 4/1/2010 |
| 002376 | 479 | Mike Stein | Mike Stein | 1S0146 | Phillips Nizer LLP | 9/29/2009 |
| 000108 | 848 | Morris Talansky Grat Dated 11/12/02 | Morris Talansky Grat Dated 11/12/02 | 1T0035 | Phillips Nizer LLP | 11/17/2009 |
| 006842 | 1167 | Sheryl Weinstein & Ronald Weinstein J/T WROS | Sheryl Weinstein & Ronald Weinstein J/T WROS | 1W0049 | Kachroo Legal Services | 11/19/2009 |
| 006843 | 1167 | Sheryl L Weinstein | Sheryl L Weinstein | 1W0051 | Kachroo Legal Services | 11/19/2009 |
| 000850 | 1128 | Manfred Franitza Revocable Trust Dated 9/6/05 | Manfred Franitza Revocable Trust Dated 9/6/05 The Shores | 1ZA025 | Pro Se Filing | 12/28/2009 |
| 008052 | 2026 | Ethel S. Wyner | Ethel S Wyner 1 | 1ZA048 | Stone & Magnanini LLP | 3/9/2010 |
| 001821 | 897 | Iris Goodstein Revocable Trust | Iris Goodstein As Tstee Uad 6/23/97 | 1ZA093 | Phillips Nizer LLP | 11/18/2009 |
| 000020 | 731 | Herbert A Medetsky | Herbert A Medetsky | 1ZA125 | Pro Se Filing | 11/12/2009 |
| 000695 | 1177 | David Moskowitz | David Moskowitz | 1ZA178 | Phillips Nizer LLP | 1/5/2010 |
| 000993 | 2227 | Mark Goroff | The Goroff Family Trust Mark Goroff Trustee | 1ZA240 | Pro Se Filing | 10/25/2009 |
| 000400 | 545 | Cynthia Pattison Survivor Trust | Cynthia Pattison Survivor Trust Cynthia Pattison Germaine Tste | 1ZA246 | Pro Se Filing | 10/27/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 005149 | 959 | Marvin Katkin Revocable Trust Marvin Katkin Trustee | Marvin Katkin Revocable Trust Marvin Katkin Trustee 1/13/93 | 1ZA247 | Pro Se Filing | 11/18/2009 |
| 100130 | 959 | Marvin Katkin Revocable Trust Marvin Katkin Trustee | Marvin Katkin Revocable Trust Marvin Katkin Trustee 1/13/93 | 1ZA247 | Pro Se Filing | 11/18/2009 |
| 000041 | 569 | Leslie Goldsmith | Leslie Goldsmith | 1ZA328 | Phillips Nizer LLP | 11/2/2009 |
| 000996 | 723 | Susan Greer | Susan Greer | 1ZA336 | Phillips Nizer LLP | 11/12/2009 |
| 002005 | 842 | Isie Rosen And Carol Rosen Jt/WROS | Isie Rosen And Carol Rosen JT/WROS | 1ZA380 | Yankwitt & Associates LLC | 11/16/2009 |
| 000129 | 1789 | Theodore Seligson | Theodore S Seligson Indenture Of Trust T Seligson Trustee 10/20/78 | 1ZA456 | Pro Se Filing | 1/20/2010 |
| 000837 | 1005 | Irving Wapner & Estelle Wapner J/T | Irving Wapner & Estelle Wapner J/T | 1ZA459 | Pro Se Filing | 11/23/2009 |
| 000604 | 536 | Phyllis Glick | Phyllis Glick | 1ZA492 | Pro Se Filing | 10/20/2009 |
| 001158 | 679 | Joyce Brillante & Michael Brillante Family Acct | Joyce Brillante &Michael Brillante Family Acct | 1ZA565 | Phillips Nizer LLP | 11/10/2009 |
| 000099 | 866 | Carol Silverstein | Carol Silverstein | 1ZA567 | Reitler Kailas & Rosenblatt LLC | 11/17/2009 |
| 001071 | 1781 | Thelma E Barshay Trust; Robert Barshay Thelma Barshay Trustees | Thelma E Barshay Trust Robert Barshay Thelma Barshay Trustees | 1ZA574 | Pro Se Filing | 1/20/2010 |
| 002556 | 975 | Stephen H Stern | Stephen H Stern | 1ZA666 | Pro Se Filing | 11/19/2009 |
| 009833 | 1794 1912 | Steven C Schupak | Steven C Schupak | 1ZA669 | Pro Se Filing | 1/20/2010 12/15/2009 |
| 000587 | 924 | Kathleen Bignell Or Marya Bignell | Kathleen Bignell Or Marya Bignell | 1ZA714 | Pro Se Filing | 11/17/2009 |
| 009662 | 924 | Kathleen Bignell Or Marya Bignell | Kathleen Bignell Or Marya Bignell | 1ZA714 | Pro Se Filing | 11/17/2009 |
| 011430 | 881 | Arnold Goldman And Madeleine Goldman J/T WROS | Arnold Goldman And Madeleine Goldman J/T WROS | 1ZA739 | Ginny L. Goldman, P.A. | 11/18/2009 |
| 013295 | 955 | Elaine Schmutter | Elaine Schmutter 271-10 Grand Central Pkwy | 1ZA772 | Pro Se Filing | 11/18/2009 |
| 004862 | 601 | Richard Most And Stacy Trosch Most Jt WROS | Richard Most And Stacy Trosch Most JT WROS | 1ZA778 | James J. Moylan and Associates P.C. | 11/3/2009 |
| 009507 | 926 | Roy G Perlis Or Arlene Perlis Or Heather Shari Fenchel | Roy G Perlis Or Arlene Perlis Or Heather Shari Fenchel | 1ZA797 | Pro Se Filing | 11/17/2009 |
| 012991 | 3887 | Rosalie Wallenstein And Jan Ellen Lupu Jt/WROS | Rosalie Wallenstein & Jan Ellen Lupu JT/WROS Pod Stephanie Lupu & Matthew Lupu | 1ZA869 | Pryor Cashman LLP | 3/2/2011 |
| 000519 | 4076 | Ruth & Leah Tall J/T WROS Norton | Ruth Norton & Leah Tall J/T WROS I/T/F/ Stephanie Galey | 1ZA871 | Pro Se Filing | 5/16/2011 |
| 011353 | 1069 | Irving I Schupak And/Or Anne Schupak J/T WROS | Irving I Schupak And/Or Anne Schupak J/T WROS | 1ZA950 | Pro Se Filing | 12/15/2009 |
| 001099 | 839 | Donna Lefkowitz Revocable Trust Dtd 12/13/04 | Donna Lefkowitz Revocable Trust Dtd 12/13/04 3771 Environ Blvd | 1ZA966 | Lax & Neville, LLP | 11/16/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000086 | 562 / 919 | James S Werter Revocable Trust Dtd 9/25/03 | James S Werter Revocable Trust Dtd 9/25/03 | 1ZA979 | Pro Se Filing | 11/2/2009 / 11/17/2009 |
| 011242 | 1090 | Michele A Schupak | Michele A Schupak | 1ZA984 | Pro Se Filing | 12/17/2009 |
| 005052 | 1091 | Muriel Goldberg | Muriel Goldberg | 1ZA985 | Pro Se Filing | 12/17/2009 |
| 003140 | 860 | Bianca M Murray | Bianca M Murray | 1ZA986 | Murray & Murray | 11/17/2009 |
| 004168 | 960 | Joseph M Murray | Joseph M Murray 41 A Bedok Ria Crescent 04-54 Stratford Court | 1ZA987 | Pro Se Filing | 11/18/2009 |
| 000862 | 1128 | Franitza Family Limited Partnership ("The Shores") | Franitza Family Limited Partnership The Shores | 1ZB315 | Pro Se Filing | 12/28/2009 |
| 003227 | 1787 | Karen L Rabins | Karen L Rabins | 1ZB406 | Pro Se Filing | 1/20/2010 |
| 000812 | 1128 | Margrit Franitza (IRA) | Millennium Trust Company, LLC FBO Margrit Franitza (70602) | 1ZB520 | Pro Se Filing | 12/28/2009 |
| 000851 | 1128 | Manfred Franitza (IRA) | Millennium Trust Company, LLC FBO Manfred Franitza (70391) | 1ZB521 | Pro Se Filing | 12/28/2009 |
| 008607 | 2019 | Doreen Gargano | Doreen Gargano | 1ZB575 | Adorno & Yoss LLP | 3/5/2010 |
| 008647 | 875 | Ernest Melton (IRA) | Millennium Trust Company, LLC FBO Ernest Melton (29657) | 1ZR043 | Milberg LLP | 11/17/2009 |
| 000126 | 1789 | NTC & Co. FBO Theodore S Seligson 25348 | Millennium Trust Company, LLC FBO Theodore S Seligson 25348 | 1ZR052 | Pro Se Filing | 1/20/2010 |
| 000512 | 1790 | NTC & Co. FBO Rose Seligson (25349) | Millennium Trust Company, LLC FBO Rose Seligson (25349) | 1ZR058 | Pro Se Filing | 1/20/2010 |
| 002352 | 918 | NTC & Co. FBO Calvin Berkowitz | Millennium Trust Company, LLC FBO Calvin Berkowitz (93614) | 1ZR095 | Pro Se Filing | 11/17/2009 |
| 001901 | 1782 | NTC & Co. FBO Vilma Hastings (85553) | Millennium Trust Company, LLC FBO Vilma Hastings (85553) | 1ZR193 | Pro Se Filing | 1/20/2010 |