**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>COHEN POOLED ASSET ACCOUNT *et al.*,<br><br>        Defendants. | Adv. Pro. No. 10-04371 (SMB) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS**

  **PLEASE TAKE NOTICE** that the hearing on Defendants' Motion to Dismiss (ECF No. 87) the Trustee's Complaint has been adjourned from November 18, 2015 to **January 27, 2016** at 10:00 a.m.

  **PLEASE TAKE FURTHER NOTICE** that the pre-trial conference in the above-referenced adversary proceeding has been adjourned from December 16, 2015 **to February 24, 2016** at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing and pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
November 13, 2015

| **BAKER & HOSTETLER LLP** | **SHAPIRO ARATO LLP** |
|---|---|
| By: *s/ Dominic A. Gentile* | By: *s/ Eric S. Olney* |
| 45 Rockefeller Plaza | 500 Fifth Avenue, 40th Floor |
| New York, New York 10111 | New York, New York 10110 |
| Telephone: 212.589.4200 | Telephone: 212.257.4880 |
| Facsimile: 212.589.4201 | Facsimile: 212.202.6417 |
| David J. Sheehan | Eric S. Olney |
| Email: dsheehan@bakerlaw.com | Email: eolney@shapiroarato.com |
| Keith R. Murphy | |
| Email: kmurphy@bakerlaw.com | *Attorneys for Defendants Leon Meyers, Leon Meyers Trust, Harold Cohen Living Trust, Elsa Cohen Living Trust, and H.E. Cohen Foundation* |
| Dominic A. Gentile | |
| Email: dgentile@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |