**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04891 (SMB) |
| v. | |
| THE ROBERT AUERBACH REVOCABLE TRUST, | |
| THE JOYCE C. AUERBACH REVOCABLE TRUST, | |
| ROBERT AUERBACH, individually, and | |

JOYCE C. AUERBACH, individually, as Trustee
of the Robert Auerbach Revocable Trust, and as
Trustee of the Joyce C. Auerbach Revocable Trust,

    Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant

Robert Auerbach; and

**WHEREAS**, Robert Auerbach died on May 31, 2015.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between

the Trustee and Joyce Auerbach, in her capacity as the Personal Representative of the Estate of

Robert Auerbach ("the Estate")[1], as follows:

1.    Joyce Auerbach, in her capacity as the Personal Representative of the Estate, is

hereby substituted into this action in place of Robert Auerbach, deceased, and the complaint shall

be deemed so amended.

2.    The Clerk of the Court is hereby directed to amend the caption to remove Robert

Auerbach and substitute Joyce Auerbach, in her capacity as the Personal Representative of the

Estate, as reflected on Exhibit A to this Stipulation.

3.    Counsel for the undersigned Defendants: (i) expressly represents that he has the

authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives

---

[1] The Estate of Robert Auerbach, Court File No. 2015-2361 in the Surrogate's Court, County of New York, New York.

service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby

waives any defenses based on insufficiency of process or insufficiency of service of process of

the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that

the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal

Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all

rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated: November 13, 2015                    **BAKER & HOSTETLER LLP**


By:  /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for
the Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*


**FOLKENFLIK & McGERITY**


By:  /s/ *Max Folkenflik*
1500 Broadway, 21st Floor
New York, New York 10036
Telephone: (212) 757-0400

Facsimile: (212) 757-2010
Max Folkenflik
Email: mfolkenflik@fmlaw.net

*Attorneys for Defendants Robert Auerbach
Revocable Trust, Joyce C. Auerbach Revocable
Trust, and Joyce C. Auerbach, individually, as
Trustee of the Robert Auerbach Revocable Trust, as
Trustee of the Joyce C. Auerbach Revocable Trust,
and as Personal Representative of the Estate of
Robert Auerbach*

SO ORDERED

/s/ STUART M. BERNSTEIN_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: November 13th, 2015
New York, New York