**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>       Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

<u>**AFFIDAVIT OF MAILING**</u>

STATE OF TEXAS       )
             )  ss:
COUNTY OF DALLAS     )

  JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On November 12, 2015, I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

  1. Trustee's Fourth Omnibus Motion to Overrule Objections of Claimants who Invested More Than They Withdrew [Docket No. 12024]
  2. Declaration of Vineet Sehgal in Support of the Trustee's Fourth Omnibus Motion to Overrule Objections of Claimants who Invested More Than They Withdrew [Docket No. 12025]
  3. Trustee's Fifth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity [Docket No. 12026]
  4. Declaration of Vineet Sehgal in Support of the Trustee's Fifth Omnibus Motion to Overrule Objections of Claimants Who Have No Net Equity [Docket No. 12027]

Executed on _Nov. 13_, 2015

John S. Franks

Sworn to and subscribed before me this _13_ day of _November_, 2015

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
MARCH 27, 2018

(SEAL)

Notary Public _March 27, 2018_

Exhibit A

Exhibit A
November 12, 2015

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---------|----------|----------|------|-------|-----|---------|
|  |  |  |  |  |  |  |

**Exhibit A**

**November 12, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Madoff Claimants | | Cooper and Scully, 900 Jackson Street, Suite 100 | Dallas | TX | 75202 | |
| Madoff Claimants, Abbey Spanier Rodd & Abrams, LLP | Judith L. Spanier | 212 East 29th Street | New York | NY | 10016 | |
| Madoff Claimants, Becker & Poliakoff, LLP | GUSTINE GANES | PO Box 740256 | Boynton Beach | FL | 33474 | |
| Madoff Claimants, Katten Muchin Rosenman LLP | Jan Douglas Atlas | 350 East Las Olas Blvd., Suite 1700 | Ft. Lauderdale | FL | 33301-4217 | |
| Madoff Claimants, Milberg LLP | Jonathan Fink | 4316 Marina City Dr. #427 | Marina Del Rey | CA | 90292 | |
| Madoff Claimants, Phillips Nizer LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| Madoff Claimants, Seeger Weiss LLP | Stephen A Weiss | One William Street | New York | NY | 10004 | |
| [redacted] | | | | | | |

**Exhibit A**

**November 12, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| McCarter & English LLP | Joseph A Filip, Jr. | 610 West Germantown Pike, Suite 460 | Plymouth Meeting | PA | 19462 | |
| [redacted] | | | | | | |

**Exhibit A**

**November 12, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| PRYOR CASHMAN LLP | RICHARD LEVY JR. | 7 TIMES SQUARE | NEW YORK | NY | 10036 | |
| [redacted] | | | | | | |
| Sullivan & Cromwell LLP | Jeff J. Friedman | 575 Madison Avenue | New York | NY | 10022 | |
| [redacted] | | | | | | |