**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>KENNETH L. EVENSTAD REVOCABLE TRUST U/A/D MAY 2, 2000; KENNETH L. EVENSTAD, as grantor and trustee of the Kenneth L. Evenstad Revocable Trust and individually; and GRACE B. EVENSTAD, as trustee of the Kenneth L. Evenstad Revocable Trust and individually, | Adv. Pro. No. 10-04933 (SMB) |

|  |
|---|
| Defendants. |

# SEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on May 16, 2014.

2. Fact Discovery shall be completed by: January 4, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: March 11, 2016.

4. The Disclosure of Rebuttal Experts shall be due: April 11, 2016.

5. The Deadline for Completion of Expert Discovery shall be May 11, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 18, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 1, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before August 30, 2016.

Dated: November 16, 2015

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: */s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Nicholas Cremona<br>Email: ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | By: */s/ Daniel B. Besikof*<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: 212.407.4129<br>Facsimile: 646.417.6335<br>P. Gregory Schwed<br>Email: gschwed@loeb.com<br>Daniel B. Besikof<br>Email: dbesikof@loeb.com<br><br><br><br><br>*Attorneys for Defendants* |