UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (BRL}<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                          Debtor. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM MASTER SERVICE LIST

      PLEASE TAKE NOTICE that, the undersigned hereby withdraws his appearance as counsel in the above- captioned matter and requests that he be removed from the Master Service List pursuant to the Court's Order Establishing Notice Procedures and Limiting Notice dated December 5, 2011.

Dated: November 16, 2015
       New York, New York

                                  Tannenbaum Helpern
                               Syracuse & Hirschtritt LLP

                           By: s/Ralph A. Siciliano

                           Ralph A. Siciliano, Esq.

                           900 Third Avenue
                           New York, New York 10022
                           Telephone: (212) 508-6700
                           Facsimile: (212) 371-1084
                           Email: Siciliano@thsh.com