**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF JACK SHURMAN; ESTATE OF HELEN SHURMAN; PAUL S. SHURMAN, individually, in his capacity as Executor of the Estates of Jack Shurman and Helen Shurman and as beneficiary under the wills of Jack Shurman and Helen Shurman; and WILLIAM A. SHURMAN, individually, in his capacity as Executor of the | Adv. Pro. No. 10-05028 (SMB) |

| | |
|---|---|
| Estates of Jack Shurman and Helen Shurman, and as beneficiary under the wills of Jack Shurman and Helen Shurman,<br><br>                              Defendants. | |

# THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: September 30, 2014.

2. Fact Discovery shall be completed by: January 29, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: April 13, 2016.

4. The Disclosure of Rebuttal Experts shall be due: May 13, 2016.

5. The Deadline for Completion of Expert Discovery shall be: June 13, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: June 20, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 1, 2016.

8. The Deadline for Conclusion of Mediation shall be: October 28, 2016.

Dated: New York, New York
November 17, 2015

| | |
|---|---|
| DENTONS US LLP | BAKER & HOSTETLER LLP |
| By: /s/ Carole Neville<br>Carole Neville<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>carole.neville@dentons.com | By: /s/ Nicholas J. Cremona<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br>Parker G. Jordan<br>Email: pjordan@bakerlaw.com |
| *Attorneys for Defendants* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300373859.1