**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Jonathan B. New
Robertson D. Beckerlegge
Robyn M. Feldstein

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>                v.<br><br>STEVEN B. MENDELOW, NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | Adv. Pro. No. 10-04283 (SMB) |

Defendants.

**STIPULATION SETTING THE BRIEFING SCHEDULE FOR THE
TRUSTEE'S MOTION FOR LEAVE TO AMEND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the briefing schedule for the Trustee's Motion for Leave to Amend will be as follows:

1. The Trustee will file his Motion for Leave to Amend, ("the "Motion") attaching the Proposed Amended Complaint on December 30, 2015;

2. The Defendants' Opposition to the Motion will be due on February 1, 2016;

3. The Trustee's Response to the Defendants' Opposition will be due on February 15, 2016;

IT IS FURTHER STIPULATED AND AGREED, that the oral argument on this Motion shall be heard by the Court on February 24, 2016 at 10:00 am.

This briefing schedule is stipulated to without prejudice. The parties reserve all rights, claims, defenses and objections they may have, and entry into this Stipulation shall not impair or otherwise affect such rights, claims, defenses and objections they may have.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.

Dated as of:  November 17, 2015

| **BAKER & HOSTETLER LLP** | **ARKIN SOLBAKKEN LLP** |
|---|---|
| By: s/ *Jonathan B. New* | By: *s/ Stanley S. Arkin Esq.* |
| 45 Rockefeller Plaza | 590 Madison Avenue |
| New York, New York 10111 | #3500 |
| Telephone: 212.589.4200 | New York, New York 10022 |
| Facsimile: 212.589.4201 | Telephone:  212.333.0200 |
| David J. Sheehan | Facsimile:  212.333.2350 |
| Email: dsheehan@bakerlaw.com | Stanley S. Arkin |
| Jonathan B. New | Email: sarkin@arkin-law.com |
| Email: jnew@bakerlaw.com | Lisa C. Solbakken |
| Robertson Beckerlegge | Email:  lsolbakken@arkin-law.com |
| Email: rbeckerlegge@bakerlaw.com | Alexander Reisen |
|  | Email:  areisen@arkin-law.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Mendelow, C&P Associates, Ltd., and C&P Associates, Inc.* |