BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 18, 2015 AT 10:00 A.M.**

I. **SIPC V. BLMIS, ADV. PRO. NO. 08-01789 (SMB)**

1. Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers (Filed: 4/15/2015) [ECF No. 9807]

    a. Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving the Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers (Filed: 4/15/2015) [ECF No. 9808]

2. Notice of Hearing and Supplemental Filing in Further Support of the Trustee's Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers (Filed: 10/20/2015) [ECF No. 11834]

    a. Affidavit of Vineet Sehgal in Support of the Trustee's Supplemental Filing in Further Support of the Trustee's Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers (Filed: 10/20/2015) [ECF No. 11835]

**RELATED FILINGS:**

3. Affidavit of Service of Notice of Agenda for Matters Scheduled for Hearing on April 16, 2015 at 10:00 A.M., Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers, and Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving the Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers (Filed: 4/15/2015) [ECF No. 9812]

4. Affidavit of Service of Notice of Hearing and Supplemental Filing in Further Support of the Trustee's Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers and Affidavit of Vineet Sehgal in Support of the Trustee's Supplemental Filing (Filed: 10/23/2015) [ECF No. 11886]

Status: This matter is going forward.

**II.    PICARD V. JAFFE, ADV. PRO. NO. 10-04425 (SMB)**

1. Notice of Presentment of an Order Granting Application to Withdraw as Counsel filed by Helen Davis Chaitman (Filed: 9/4/2015) [ECF No. 50]

**RESPONSE:**

2. Objection of Irving H. Picard, Trustee, to Notice of Presentment of an Order Granting Application to Withdraw as Counsel, and Accompanying Declaration of Helen David Chaitman (Filed: 9/8/2015) [ECF No. 51]

**RELATED FILINGS:**

3. Notice of Hearing Regarding the Notice of Presentment of an Order Granting Application to Withdraw as Counsel  (Filed: 11/4/2015) [ECF No. 53]

Status: This matter is going forward.

Dated: New York, New York
November 17, 2015

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff