**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>SHARON A. RADDOCK,<br>       Defendant. | Adv. Pro. No. 10-04494 (SMB) |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures were exchanged on: July 15, 2014.

2.  Fact Discovery shall be completed by: December 18, 2015.

3.  The Disclosure of Case-in-Chief Experts shall be due: February 16, 2016.

4.  The Disclosure of Rebuttal Experts shall be due: March 18, 2016.

5.  The Deadline for Completion of Expert Discovery shall be: June 15, 2016.

6.  The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 15, 2016.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 29, 2016.

8.  The Deadline for Conclusion of Mediation shall be: On or before December 26, 2016.

Dated: New York, New York  
       November 18, 2015

BAKER & HOSTETLER LLP

By: *s/ Keith R. Murphy*  
David J. Sheehan  
Keith R. Murphy  
Robertson D. Beckerlegge  
Jessie A. Kuhn  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300373923.1