**BECKER & POLIAKOFF LLP**
Julie Gorchkova
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
jgorchkova@bplegal.com

*Attorneys for Defendant Manuel O. Jaffe*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL O. JAFFE,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 10-04425 (SMB) |

**SUGGESTION OF DEATH**

{N0095567 }

PLEASE TAKE NOTICE that, upon information and belief, the Defendant, Manuel O. Jaffe, died in June 2013.

Respectfully submitted on November 18, 2015

By: /s/ Julie Gorchkova
Julie Gorchkova
BECKER & POLIAKOFF LLP
45 Broadway, 8th Floor
New York, NY 10006
jgorchkova@bplegal.com

*Attorney for Defendant Manuel O. Jaffe*

## **CERTIFICATE OF SERVICE**

I, Chelsey Davis, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2015                             */s/ Chelsey Davis*