**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          v.<br><br>JUDY L. KAUFMAN, as a tenant in common,<br><br>LISA D. KAVA, as a tenant in common,<br><br>NEAL S. KAUFMAN, as a tenant in common, | Adv. Pro. No. 10-04527 (SMB) |

JENNIFER SPRING MCPHERSON,

                Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: December 21, 2015.

2. The Disclosure of Case-in-Chief Experts shall be due: February 19, 2016.

3. The Disclosure of Rebuttal Experts shall be due: March 23, 2016.

4. The Deadline for Completion of Expert Discovery shall be: June 24, 2016.

5. The Deadline for Service of a Notice of Mediation Referral shall be: August 26, 2016.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 9, 2016.

7. The Deadline for Conclusion of Mediation shall be: January 13, 2017.

Dated: New York, New York  
      November 18, 2015

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*  
David J. Sheehan  
Keith R. Murphy  
Nicholas J. Cremona  
Tatiana Markel  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee  
for the Substantively Consolidated SIPA  
Liquidation of Bernard L. Madoff Investment  
Securities LLC and for the Estate of Bernard  
L. Madoff*