# EXHIBIT 1

Exhibit B

BLMIS ACCOUNT NO. 1S0447 - SOUTH FERRY #2 LP

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/13/2001 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 5,000,000 | - | - | - |
| 9/13/2001 | CHECK WIRE | ███████ | ███████ | | | | ███████ | | | |
| 8/13/2001 | CHECK WIRE | 12,050,000 | 12,050,000 | | | | 23,000,000 | | | |
| 9/11/2001 | CHECK WIRE | ███████ | | ███████ | | | ███████ | | | |
| 1/2/2002 | CHECK WIRE | 5,000,000 | 5,000,000 | | | | 24,000,000 | | | |
| 1/7/2002 | CHECK WIRE | ███████ | ███████ | | | | ███████ | | | |
| 2/13/2002 | CHECK WIRE | 2,000,000 | 2,000,000 | | | | 30,000,000 | | | |
| 6/5/2002 | CHECK WIRE | ███████ | ███████ | | | | ███████ | | | |
| 7/11/2002 | CHECK WIRE | (10,000,000) | | (10,000,000) | | | 25,000,000 | | | |
| 10/25/2002 | CHECK WIRE | ███████ | | ███████ | | | ███████ | | | |
| 1/10/2003 | CHECK WIRE | 2,000,000 | 2,000,000 | | | | 22,000,000 | | | |
| 5/4/2003 | CHECK WIRE | ███████ | | ███████ | | | ███████ | | | |
| 9/5/2003 | CHECK WIRE | 2,000,000 | 2,000,000 | | | | 19,000,000 | | | |
| 2/28/2003 | CHECK WIRE | ███████ | ███████ | | | | ███████ | | | |
| 3/2/2004 | CHECK WIRE | 3,000,000 | 3,000,000 | | | | 20,500,000 | | | |
| 7/13/2004 | CHECK WIRE | ███████ | ███████ | | | | ███████ | | | |
| 10/27/2004 | CHECK WIRE | 13,000,000 | 13,000,000 | | | | 39,500,000 | | | |
| 11/5/2004 | CHECK WIRE | ███████ | ███████ | | | | ███████ | | | |
| 12/23/2004 | CHECK WIRE | (20,000,000) | | (20,000,000) | | | 24,500,000 | | | |
| 5/2/2005 | CHECK WIRE | ███████ | | ███████ | | | ███████ | | | |
| 5/31/2006 | CHECK WIRE | (1,300,000) | | (1,300,000) | | | 28,200,000 | | | |
| 6/2/2006 | CHECK WIRE | ███████ | | ███████ | | | ███████ | | | |
| 10/12/2006 | CHECK WIRE | (5,000,000) | | (5,000,000) | | | 18,200,000 | | | |
| 2/28/2006 | CHECK WIRE | ███████ | | ███████ | | | ███████ | | | |
| 7/2/2007 | CHECK WIRE | (5,000,000) | | (5,000,000) | | | 1,200,000 | | | |
| 1/28/2008 | CHECK WIRE | ███████ | | ███████ | | | ███████ | (6,800,000) | (6,800,000) | (6,800,000) |
| 2/28/2008 | CHECK WIRE | (5,000,000) | | (5,000,000) | | | (11,800,000) | | (5,000,000) | (5,000,000) |
| 3/18/2008 | CHECK WIRE | ███████ | | ███████ | | | ███████ | (5,000,000) | (5,000,000) | (5,000,000) |
| 3/31/2008 | CHECK WIRE | (6,100,000) | | (6,100,000) | | | (21,900,000) | (6,100,000) | (6,100,000) | (6,100,000) |
| 5/7/2008 | CHECK WIRE | ███████ | | ███████ | | | ███████ | (55,000) | (55,000) | (55,000) |
| | Total: | $ 75,000,000 | $ (96,955,000) | $ - | $ - | $ (21,955,000) | $ (21,955,000) | $ (21,955,000) | $ (21,955,000) |

MADC0368_00000002