**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94 and JOEL I. GORDON,<br><br>    Defendants. | Adv. Pro. No. 10-04615 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Joel I. Gordon Revocable Trust U/A/D 5/11/94 (the "Trust") and Joel I. Gordon, (collectively, the "Defendants"), by and through their counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

1.  On December 1, 2010, the Trustee filed and served a complaint against Defendants.

2.  On January 25, 2012, the Trustee filed and served an amended complaint (the "Amended Complaint") against Defendants which sought the avoidance and recovery of transfers from BLMIS to the Defendants.

3.  On April 16, 2014, Defendants served an answer on the Trustee.

4.  The Trust has represented to the Trustee that it has been depleted and has no assets with which to satisfy a judgment.

5.  Defendant Joel I. Gordon passed away on February 10, 2010.

6.  Based on the foregoing, in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and to dismissing the adversary proceeding.

7.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: November 18, 2015

| **BAKER & HOSTETLER LLP** | **DENTONS US LLP** |
|---|---|
| */s/ Keith R. Murphy* | */s/ Carole Neville* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10020 |
| Telephone: (212) 589-4200 | Telephone: (212) 768-6700 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 768-6800 |
| David J. Sheehan | Carole Neville |
| Email: dsheehan@bakerlaw.com | Email: carole.neville@dentons.com |
| Keith R. Murphy | |
| Email: kmurphy@bakerlaw.com | *Attorneys for Defendants* |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Elyssa S. Kates | |
| Email: ekates@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED

_/s/ Stuart M. Bernstein_

Dated: November 19, 2015  HON. STUART M. BERNSTEIN
New York, New York  UNITED STATES BANKRUPTCY JUDGE