# EXHIBIT 1

Exhibit B

BLMIS ACCOUNT NO. 1S0451 - SOUTH FERRY BUILDING COMPANY

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported In Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 8/13/2001 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 2,000,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | [redacted] | - | - | - | [redacted] | - | - | - |
| 12/24/2002 | CHECK WIRE | (5,900,000) | - | (5,900,000) | - | - | (400,000) | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | [redacted] | - | - | - | [redacted] | - | - | - |
| 5/15/2003 | CHECK WIRE | 9,000,000 | 9,000,000 | - | - | - | 10,600,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | - | [redacted] | - | - | [redacted] | - | - | - |
| 8/27/2003 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | 6,900,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | - | [redacted] | - | - | [redacted] | - | - | - |
| 5/11/2004 | CHECK WIRE | 6,000,000 | 6,000,000 | - | - | - | 5,100,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | [redacted] | - | - | - | [redacted] | - | - | - |
| 3/11/2005 | CHECK WIRE | 6,000,000 | 6,000,000 | - | - | - | 15,100,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | - | [redacted] | - | - | [redacted] | - | - | - |
| 3/30/2006 | CHECK WIRE | (5,000,000) | - | (5,000,000) | - | - | 5,100,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | [redacted] | - | - | - | [redacted] | - | - | - |
| 12/28/2006 | CHECK WIRE | (8,000,000) | - | (8,000,000) | - | - | 9,600,000 | - | - | - |
| [redacted] | CHECK WIRE | [redacted] | - | [redacted] | - | - | [redacted] | - | - | - |
| 6/2/2008 | CHECK WIRE | (8,000,000) | - | (8,000,000) | - | - | (6,400,000) | - | (6,400,000) | (6,400,000) |
| [redacted] | CHECK | (220,000) | - | (220,000) | - | - | (6,620,000) | - | (220,000) | (220,000) |
| | Total: | | $ 45,000,000 | $ (51,620,000) | $ - | $ - | $ (6,620,000) | $ - | $ (6,620,000) | $ (6,620,000) |

MADC0369_00000002