EXHIBIT 1

Exhibit B

BLMIS ACCOUNT NO. 1Z0027 - ZWD INVESTMENTS LLC

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported In Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 12/28/2000 | CHECK WIRE | 40,000,000 | 40,000,000 | - | - | - | 40,000,000 | - | - | - |
| 4/19/2001 | CHECK WIRE | (7,500,000) | | (7,500,000) | | | 32,500,000 | | | |
| 7/25/2001 | CHECK WIRE | (2,500,000) | - | (2,500,000) | | | 30,000,000 | | | |
| 7/31/2001 | CHECK WIRE | (4,000,000) | | (4,000,000) | | | 26,000,000 | | | |
| 12/18/2001 | CHECK WIRE | (15,000,000) | | (15,000,000) | | | 11,000,000 | | | |
| 1/9/2002 | CHECK WIRE | (8,500,000) | | (8,500,000) | | | 2,500,000 | | | |
| 2/22/2002 | CHECK WIRE | (2,000,000) | | (2,000,000) | | | 500,000 | | | |
| 3/18/2002 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 10,500,000 | | | |
| 5/1/2002 | CHECK WIRE | (5,000,000) | | (5,000,000) | | | 5,500,000 | | | |
| 6/5/2002 | CHECK WIRE | (2,500,000) | | (2,500,000) | | | 3,000,000 | | | |
| 7/1/2002 | CHECK WIRE | (8,010,062) | | (8,010,062) | | | (5,010,062) | | | |
| 7/22/2002 | MISC CR | 50 | 50 | | | | (5,010,011) | | | |
| 1/5/2004 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 4,989,989 | | | |
| 7/6/2004 | CHECK WIRE | 10,000,000 | 10,000,000 | | | | 14,989,989 | | | |
| 10/27/2004 | CHECK WIRE | (16,000,000) | | (16,000,000) | | | (1,010,011) | | | |
| 1/4/2005 | CHECK WIRE | 6,000,000 | 6,000,000 | | | | 4,989,989 | | | |
| 1/7/2005 | CHECK WIRE | 10,500,000 | 10,500,000 | | | | 15,489,989 | | | |
| 1/12/2005 | CHECK WIRE | 2,000,000 | 2,000,000 | | | | 17,489,989 | | | |
| 3/23/2005 | CHECK WIRE | (5,000,000) | | (5,000,000) | | | 12,489,989 | | | |
| 12/28/2005 | CHECK WIRE | (4,000,000) | | (4,000,000) | | | 7,489,989 | | | |
| 9/27/2006 | CHECK WIRE | (12,685,000) | | (12,685,000) | | | (10,195,011) | | | (10,195,011) |
| 10/4/2006 | CHECK | (60,000) | | (60,000) | | | (10,255,011) | | (60,000) | (60,000) |
| | Total: | | $ 88,500,050 | $ (98,755,062) | $ - | $ - | $ (10,255,011) | $ - | $ (60,000) | $ (10,255,011) |

MADC0375_00000002