**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                 Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                 Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 12, 2015, I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Fourth Omnibus Motion to Overrule Objections of Claimants who Invested More Than They Withdrew [Docket No. 12024]
    2. Declaration of Vineet Sehgal in Support of the Trustee's Fourth Omnibus Motion to Overrule Objections of Claimants who Invested More Than They Withdrew [Docket No. 12025]
    3. Trustee's Fifth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity [Docket No. 12026]
    4. Declaration of Vineet Sehgal in Support of the Trustee's Fifth Omnibus Motion to Overrule Objections of Claimants Who Have No Net Equity [Docket No. 12027]


Executed on  Nov. 19 , 2015

_____
John S. Franks

Sworn to and subscribed before me this 19th day of Nov., 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

_____
Notary Public

# Exhibit A

**Exhibit A**

**November 19, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Abbey Spanier Rodd & Abrams, LLP | Judith L. Spanier | 212 East 29th Street | New York | NY | 10016 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Exhibit A**

**November 19, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | |
| [redacted] | | | | | | |
| McCarter & English LLP | Joseph Lubertazzi, Jr. | 245 Park Avenue, 27th Floor | New York | NY | 10167 | |

**Exhibit A**

**November 19, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | |
| [redacted] | | | | | | |
| Morgenstern & Blue, LLC | Peter D. Morgenstern | 885 Third Avenue | New York | NY | 10022 | |
| [redacted] | | | | | | |
| Okin, Hollander & DeLuca, LLP | Gregory S. Kinoian | One Parker Plaza, 12th Floor | Fort Lee | NJ | 07024 | |
| [redacted] | | | | | | |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | |
| [redacted] | | | | | | |

**Exhibit A**

**November 19, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| PRYOR CASHMAN LLP | RICHARD LEVY JR. | 7 TIMES SQUARE | NEW YORK | NY | 10036 | |
| [redacted] | | | | | | |
| Reitler Kailas & Rosenblatt LLC | Edward P. Grosz | 800 Third Avenue | New York | NY | 10022 | |
| [redacted] | | | | | | |
| Sullivan & Cromwell LLP | Jeffrey T. Scott | 125 Broad Street | New York | NY | 10004 | |
| [redacted] | | | | | | |
| Yankwitt & Associates LLC | Russell M. Yankwitt | 140 Grand Street, Penthouse 2 | White Plains | NY | 10601 | |