**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>     Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>     Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>     Plaintiff,<br>v.<br>DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO,<br>     Defendants. | Adv. Pro. Nos. listed on Appendix A Attached hereto |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**
**TO DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO**

Upon consideration of the application of Becker & Poliakoff LLP ("B&P") (the "Application"), for an order pursuant to Local Rule 2090-1(e) authorizing B&P to withdraw as attorneys of record in connection with the proceedings listed on Appendix A hereto; and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and it furthering appearing that Defendants listed on Appendix A hereto are

{N0094832 }     1

represented by Helen Davis Chaitman of Chaitman LLP, remaining as attorney of record in those proceedings; it is hereby

~~ORDERED that the Application is granted; and it is further~~[SMB: 11/20/15]

**ORDERED** that B&P is granted leave to withdraw as attorneys of record in connection with the proceedings listed on Appendix A and is hereby deemed removed as counsel in those proceedings; and it is further

**ORDERED** that B&P, including its attorneys Julie Gorchkova, Esq., (jgorchkova@bplegal.com and jgorchkova@becker-poliakoff.com) and Peter W. Smith, Eq. (psmith@bplegal.com, and psmith@becker-poliakoff.com) be removed from any and all mailing matrixes, service lists, and Notices of Electronic Filing in connection with the proceedings listed on Appendix A as well as the related main liquidation proceeding (Adv. Pro. No. 08-01789).

Dated:    November 20th, 2015                /s/ STUART M. BERNSTEIN
          New York, New York                 Hon. Stuart M. Bernstein
                                             UNITED STATES BANKRUPTCY JUDGE

APPENDIX A

|  | Adv. Pro. # | Parties Represented by Becker & Poliakoff |
|---|---|---|
| 1. | 10-04292 | Robert Roman |
| 2. | 10-04302 | Joan Roman |
| 3. | 10-04305 | David Shapiro Nominee 4 and David Shapiro, Individually and as president and nominee of David Shapiro Nominee 4 |
| 4. | 10-04306 | Angela Tiletnick |
| 5. | 10-04314 | David Shapiro Nominee 3 And David Shapiro, Individually And As President And Nominee Of David Shapiro Nominee 3 |
| 6. | 10-04321 | Herbert Barbanel and Alice Barbanel |
| 7. | 10-04324 | Barbara Roth, Estate of Mark William Roth, and Barbara Roth, in her capacity as Personal Representative of the Estate of Mark William Roth |
| 8. | 10-04325 | David Shapiro Nominee 2 And David Shapiro, Individually And As President And Nominee Of David Shapiro Nominee 2 |
| 9. | 10-04327 | Roberta Schwartz Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, and Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficialry of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta Schwartz Trust |
| 10. | 10-04328 | David Shapiro Nominee And David Shapiro, Individually And As President And Nominee Of David Shapiro Nominee |
| 11. | 10-04344 | Alexander Sirotkin |
| 12. | 10-04352 | RAR Entrepreneurial Fund, LTD. and Russell Oasis |
| 13. | 10-04362 | Sage Associates; Lillian M. Sage, In Her Capacity As Partner Or Joint Venturer Of Sage Associates And Individually As Beneficiary Of Sage Associates; Malcolm H. Sage, In His Capacity As Partner Or Joint Venturer Of Sage Associates And Individually As Beneficiary Of Sage Associates; Martin A. Sage, In His Capacity As Partner Or Joint Venturer Of Sage Associates And Individually As Beneficiary Of Sage Associates; And Ann M. Sage Passer, In Her Capacity As Partner Or Joint Venturer Of Sage Associates And Individually As Beneficiary Of Sage Associates |
| 14. | 10-04367 | Benjamin T. Heller |
| 15. | 10-04380 | Robert Yaffe |
| 16. | 10-04381 | David Abel |
| 17. | 10-04397 | Fern C. Palmer Revocable Trust DTD 12/31/91, as amended; Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust; Boyer H. Palmer, in his capacity as trustee for the Fern C. Palmer Revocable Trust |

APPENDIX A

| 18. | 10-04400 | Sage Realty; Lillian M. Sage, In Her Capacity As Partner Or Joint Venturer Of Sage Realty And Individually As Beneficiary Of Sage Realty; Malcolm H. Sage, In His Capacity As Partner Or Joint Venturer Of Sage Realty And Individually As Beneficiary Of Sage Realty; Martin A. Sage, In His Capacity As Partner Or Joint Venturer Of Sage Realty And Individually As Beneficiary Of Sage Realty; And Ann M. Sage Passer, In Her Capacity As Partner Or Joint Venturer Of Sage Realty And Individually As Beneficiary Of Sage Realty |
|---|---|---|
| 19. | 10-04406 | Triangle Properties #39, Robert Yaffe, individually and in his capacity as General Partner of Triangle Properties #39, and Beverly Yaffe, individually and in her capacity as General Partner of Triangle Properties #39 |
| 20. | 10-04412 | Judith Rechler |
| 21. | 10-04428 | Allen Meisels |
| 22. | 10-04438 | Estate of Seymour Epstein, Muriel Epstein, as beneficiary and of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, as Executor of the Estate of Seymour Epstein, and as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, Herbert C. Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, and Shelburne Shirt Company, Inc. |
| 23. | 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, Walter B. Kissinger Revocable Trust, Walter B. Kissinger, Eugenie Kissinger, William D. Kissinger, Thomas Van Drooge Kissinger, Dana M. Kissinger-Matray, and John Frans Kissinger |
| 24. | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant, David R. Kamenstein, individually and in his capacity as joint tenant, Sloan G. Kamenstein, and Tracy D. Kamenstein |
| 25. | 10-04474 | Gregg Rechler, Roger Rechler Revocable Trust, Dennis Sprung, in his capacity as Trustee of the Roger Rechler Revocable Trust, Scott Rechler, Todd Rechler, and Evelyn Rechler |

APPENDIX A

| | | |
|---|---|---|
| 26. | 10-04487 | Estate of Audrey Weintraub, and Robert Weintraub, individually and in his capacity as personal representative of the Estate of Audrey Weintraub |
| 27. | 10-04489 | Marlene Krauss |
| 28. | 10-04491 | Elaine Dine Living Trust Dated 5/12/06 and Elaine Dine |
| 29. | 10-04503 | Judd Robbins |
| 30. | 10-04539 | The Gerald and Barbara Keller Family Trust, Gerald E. Keller, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, Barbara Keller, individually and in her capacity as Trustee of the Gerald and Barbara Keller Family Trust |
| 31. | 10-04541 | Felice J. Perlman and Sanford S. Perlman |
| 32. | 10-04545 | Jerome Goodman, individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1, Goodman Capital Partners L.P., The Jerome Goodman Children's GRAT #1, Kevin Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Peter Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Abbey Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Philip Goodman, as Limited Partner of Goodman Capital Partners L.P., and Goodman Holdings, Inc., as General Partner of Goodman Capital Partners L.P. |
| 33. | 10-04562 | Robert F. Ferber |
| 34. | 10-04570 | Jacob M. Dick Rev Living Trust Dtd 4/6/01, Individually And As Tenant In Common, Estate Of Jacob M. Dick, As Grantor Of The Jacob M. Dick Rev Living Trust Dtd 4/6/01, Andrea J. Marks, As Trustee And Beneficiary Of The Jacob M. Dick Rev Living Trust Dtd 4/6/01, As Executor And Beneficiary Of The Estate Of Jacob M. Dick, And As Trustee Of The Article 8.1 Trust Created Under The Jacob M. Dick Rev Living Trust Dtd 4/6/01, R. D. A., A Minor, As Beneficiary Of The Article 8.1 Trust Created Under The Jacob M. Dick Rev Living Trust Dtd 4/6/01, Rio Jocelyn Breen, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Article 8.1 Trust, Suzanne Breen, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
| 35. | 10-04599 | Alvin E. Shulman |

APPENDIX A

| | | |
|---|---|---|
| 36. | 10-04606 | Florence W. Shulman, individually and in her capacity as Trustee of the Florence Shulman Pourover Trust, Florence Shulman Pourover Trust, in its own capacity and in its capacity as a Limited Parter of FAS Partners, L.P., FAS Partners L.P., Shulman Family Corporation, in its capacity as a General Partner of FAS Partners L.P.;, Alvin E. Shulman Pourover Trust, in its capacity as a Limited Partner of FAS Partners, L.P., Alvin E. Shulman, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust |
| 37. | 10-04610 | The Whitman Partnership; Judith Whitman Revocable Living Trust U/A/D 8/5/86; Judith Whitman, In Her Capacity As Grantor And Trustee For The Judith Whitman Revocable Living Trust U/A/D 8/5/86, A Partner In The Whitman Partnership; Bernard Whitman Revocable Living Trust U/A/D 8/5/86; And Bernard Whitman, In His Capacity As Grantor And Trustee For The Bernard Whitman Revocable Living Trust U/A/D 8/5/86, A Partner In The Whitman Partnership |
| 38. | 10-04614 | Robert S. Whitman |
| 39. | 10-04621 | Donald A. Benjamin |
| 40. | 10-04633 | Richard S. Poland |
| 41. | 10-04644 | Russell L. Dusek |
| 42. | 10-04648 | Peter D. Kamenstein |
| 43. | 10-04660 | P.B. Robco, Inc. |
| 44. | 10-04667 | David Gross and Irma Gross |
| 45. | 10-04668 | Timothy Shawn Teufel And Valerie Ann Teufel Family Trust U/T/D 5/24/95, Timothy Shawn Teufel, Individually And In His Capacity As Trustee For The Timothy Shawn Teufel And Valerie Ann Teufel Family Trust U/T/D 5/24/95; And Valerie Anne Teufel, Individually And In Her Capacity As Trustee For The Timothy Shawn Teufel And Valerie Ann Teufel Family Trust U/T/D 5/24/95 |
| 46. | 10-04680 | Chalek Associates LLC; Morton J. Chalek, In His Capacity As Managing Member Of Chalek Associates LLC And As Trustee For The Trust Of Doris Chalek; Trust Of Doris Chalek, In Its Capacity As A Member Of Chalek Associates LLC; Frances Reiss, In His/Her Capacity As A Member Of Chalek Associates LLC; Richard M. Chalek, In His Capacity As A Member Of Chalek Associates LLC; David Chalek, In His Capacity As A Member Of Chalek Associates LLC; Isabel Chalek, In Her Capacity As A Member Of Chalek Associates LLC; Mitchel Chalek, In His Capacity As A Member Of Chalek Associates LLC; Jessica Decker, In Her Capacity As A Member Of Chalek Associates LLC; John Tzannes, In His Capacity As A Member Of Chalek Associates LLC; Peter Tzannes, In His Capacity As A Member Of Chalek Associates LLC; And Robin Tzannes, In His/Her Capacity As A Member Of Chalek Associates LLC |
| 47. | 10-04709 | Andrew M. Goodman |

APPENDIX A

| 48. | 10-04712 | Dara N. Simons |
|---|---|---|
| 49. | 10-04718 | The Jordan H. Kart Revocable Trust; The Estate of Jordan H. Kart; Jonathan J. Kart, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust; and Carolyn J. Kart, individually and in her capacity as executor of the Estate of Jordan H. Kart |
| 50. | 10-04728 | Bruno L. DiGiulian |
| 51. | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, and Lee Hirsch, as an individual, and as joint tenant |
| 52. | 10-04748 | Mark Horowitz, individually and as a joint tenant |
| 53. | 10-04749 | Philip F. Palmedo |
| 54. | 10-04750 | Samdia Family L.P., a Delaware limited partnership, Samuel L. Messing, and Diana L. Messing |
| 55. | 10-04752 | Kuntzman Family LLC., Jacqueline D. Green, In Her Capacity As A Managing Member Of The Kuntzman Family L.L.C. And As Trustee Of The Irrevocable Trust FBO Jennifer Gattegno And The Irrevocable Trust FBO Ethan Siegel, Both Members Of The Kuntzman Family L.L C.; Wayne D. Green, In His Capacity As A Managing Member Of The Kuntzman Family LLC; Judith Gattegno, In Her Capacity As A Member Of The Kuntzman Family LLC; Irrevocable Trust FBO Jennifer Gattegno, In Its Capacity As A Member Of The Kuntzman Family LLC; And Irrevocable Trust FBO Ethan Siegel, In Its Capacity As A Member Of The Kuntzman Family LLC. |
| 56. | 10-04753 | Carla Ginsburg |
| 57. | 10-04762 | Estate of James M. Goodman and Audrey M. Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman |
| 58. | 10-04768 | Placon2; Betty Cohen, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen; Ronald Cohen, in his capacity as a Partner of Placon2; Estate of Bernice Plafsky; Estate of Nathan Plafsky; and Robert Plafsky in his capacity as the Personal Representativeof the Estate of Bernice Plafsky and as Personal Representative of the Estate of Nathan Plafsky; Estate of William R. Cohen |
| 59. | 10-04803 | The Estelle Harwood Family Limited Partnership, Harwood Holding Company II, Inc., Estelle Harwood Revocable Trust, and Estelle Harwood, individually and in her capacity as trustee of the Estelle Harwood Revocable Trust |
| 60. | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, and Myrna L. Kohl, as an individual and as a joint tenant |
| 61. | 10-04809 | Edyne Gordon |
| 62. | 10-04818 | Toby Harwood |

APPENDIX A

| 63. | 10-04823 | Frank Difazio and Carol Difazio, Individually and as Tenants In Common of a Bernard L. Madoff Investment Securities, LLC Account |
|---|---|---|
| 64. | 10-04826 | Boyer Palmer |
| 65. | 10-04837 | Leslie Ehrlich, F/K/A Leslie Harwood, And Stephen Ehrlich |
| 66. | 10-04852 | Alvin E. Shulman Pourover Trust; And Alvin E. Shulman, Individually And In His Capacity As Trustee Of The Alvin E. Shulman Pourover Trust |
| 67. | 10-04859 | Bert Margolies Trust; Laurie Ann Margolies Children's Trust DTD 11/1/08; Laurie Ann Margolies, individually and in her capacity as Trustee for the Bert Margolies Trust and the Laurie Ann Margolies Children's Trust dtd 11/1/08; Nancy Dver Cohen, in her capacity as Trusete for the Bert Margolies Trust; and Fernando C. Colon-Osorio, M.D |
| 68. | 10-04867 | Estate Of Steven I. Harnick, The Steven I. Harnick Revocable Living Trust Dated April 2, 2002, A Florida Trust, Barbara June Lang, As Personal Representative, As Trustee, As An Individual, And As Joint Tenant, Michelle Glater, And Pamela Harnick |
| 69. | 10-04889 | Robert S. Savin |
| 70. | 10-04905 | Train Klan, a Partnership; Felice T. Londa, in her capacity as a Partner in Train Klan; Claudia Helmig, in her capacity as a Partner in Train Klan; Timothy Landres, in his capacity as a Partner in Train Klan; Jessica Londa, in her capacity as a Partner in Train Klan; Peter Londa, in his capacity as a Partner in Train Klan; Timothy Helmig, in his capacity as a Partner in Train Klan; Wendy Landres, in her capacity as a Partner in Train Klan |
| 71. | 10-04912 | Harry Smith Revocable Living Trust, and Laura Ann Smith, as Trustee of The Harry Smith Revocable Living Trust and Individually |
| 72. | 10-04914 | Edyne Gordon |
| 73. | 10-04920 | Glenhaven Limited and Mathew L. Gladstein |
| 74. | 10-04956 | Denis M. Castelli |

APPENDIX A

| 75. | 10-04961 | Sylvan Associates LLC F/K/A Sylvan Associates Limited Partnership; Donald R. Shapiro, In His Capacity As A General Partner Of Sylvan Associates Limited Partnership; The Eric Nathan Shapiro 1989 Trust, In Its Capacity As A Limited Partner Of Sylvan Associates Limited Partnership; The Emily Lauren Shapiro 1989 Trust, In Its Capacity As A Limited Partner Of Sylvan Associates Limited Partnership; The Julie Beth Shapiro 1989 Trust, In Its Capacity As A Limited Partner Of Sylvan Associates Limited Partnership; The Lindsay Ariel Shapiro 1989 Trust, In Its Capacity As A Limited Partner Of Sylvan Associates Limited Partnership; Robin L. Shapiro, In Her Capacity As Trustee For The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust And The Lindsay Ariel Shapiro 1989 Trust; Eric N. Shapiro; Emily L. Shapiro; Julie B. Shapiro; And Lindsay A. Shapiro |
| --- | --- | --- |
| 76. | 10-04979 | James M. New Trust Dtd 3/19/01; James M. New, Individually And In His Capacity As Trustee For The James M. New Trust Dtd 3/19/01; And Laura W. New, In Her Capacity As Trustee For The James M. New Trust Dtd 3/19/01 |
| 77. | 10-04991 | Guiducci Family Limited Partnership, Dino Guiducci, individually and in his capacity as a General Partner of the Guiducci Family Limited Partnership, Mary Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership, and Sandra Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership |
| 78. | 10-04993 | Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94, Melvin H Gale, in his capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94 and individually, and Leona Gale, in her capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94 and individually |
| 79. | 10-04995 | Trust U/ART fourth O/W/O Israel Wilenitz, Evelyn Berezin Wilenitz, individually and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, and Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz |
| 80. | 10-05026 | Walter Freshman Revocable Trust A, a Florida trust, Walter Freshman Revocable Trust DTD 12/31/92, a Florida trust, Frieda Freshman Revocable Trust DTD 12/31/92, a Florida trust, Frieda Freshman, as trustor, as trustee and as an individual, Amanda Lefkowitz And Ian Lefkowitz |
| 81. | 10-05037 | Barbara L. Savin |
| 82. | 10-05051 | Bevro Realty Corp. Defined Benefit Pension Plan, Robert Yaffe, individually, and in his capacity as Trustee of Bevro Realty Corp. Defined Benefit Pension Plan; and Beverly Yaffe, in her capacity as Trustee of Bevro Realty Corp. Defined Benefit Pension Plan |

{N0094832 } 7

APPENDIX A

| 83. | 10-05079 | Estate of James M. Goodman and Audrey M. Goodman, individually, and in her capacity as Personal representative of the Estate of James M. Goodman |
| --- | --- | --- |
| 84. | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust; Gloria Albert Sandler, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust; and Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust |
| 85. | 10-05105 | Robert C. Luker Family Partnership, Robert C. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership, Ruth L. Luker, in her capacity as a partner of the Robert C. Luker Family Partnership, Sharon R. Luker, in her capacity as a Partner of the Robert C. Luker Family Partnership, Carol A. Luker, in her capacity as a partner of the Robert C. Luker Family Partnership, Donald P. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership, and Kenneth S. Luker in his capacity as a partner of the Robert C. Luker Family Partnership |
| 86. | 10-05116 | Leonard J. Oguss Trust, Jane L. Oguss, as Trustee and Individually, Ronald A. Oguss, as Trustee and Individually, and Gerald M. Oguss, as Trustee and Individually |
| 87. | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated 11/20/1991, and Theresa R. Ryan, individually and in her capacities as trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated 11/20/1991 |
| 88. | 10-05127 | Atwood Management Profit Sharing Plan & Trust f/k/a Atwood Regency Money Purchase Pension Plan, in its own right and as a successor-in-interest to the Atwood-Regency Defined Benefit Plan & Trust, and Dino Guiducci and Mary Guiducci, individually and in their capacities as Co-Trustees of the Atwood Regency Profit Sharing Plan & Trust f/k/a the Atwood Regency Money Purchase Plan & Trust, and former Co-Trustees of the Atwood Regency Defined Benefit Plan & Trust |
| 89. | 10-05128 | JABA Associates LP; Estate of James Goodman; Audrey Goodman, in her capacity as a General and Limited Partner of JABA Associates LP; and in her capacity as Personal Representative of the Estate of James Goodman; Bruce Goodman, in his capacity as a General Partner of JABA Associates LP; Andrew Goodman, in his capacity as a General Partner of JABA Associates LP; and Goodman Charitable Foundation, in its capacity as a Limited Partner of JABA Associates LP |

{N0094832 }    8

| 90. | 10-05133 | Boyer H. Palmer, Individually And In His Capacity As The Former General Partner Of B&F Palmer, L.P.; Fern C. Palmer; Pamela K. Marxen; Kurt B.Palmer; And Bruce N. Palmer |
|---|---|---|
| 91. | 10-05135 | Reckson Generation; Todd Rechler, Individually, And In His Capacity As Partner Of Reckson Generation; Trust FBO Todd Rechler; Glenn Rechler, Individually, And In His Capacity As Partner Of Reckson Generation; Trust FBO Glenn Rechler U/W/O William Rechler; Mitchell Rechler, Individually, And In His Capacity As Partner Of Reckson Generation; Trust FBO Mitchell Rechler; Scott Rechler, Individually, And In His Capacity As Partner Of Reckson Generation; Gregg Rechler, Individually, And In His Capacity As Partner Of Reckson Generation; Mark Rechler; Individually, And In His Capacity As Partner Of Reckson Generation; Trust FBO Mark Rechler; And Donald Rechler, As Trustee For Trust FBO Mark Rechler, Trust FBO Glenn Rechler U/W/O William Rechler, Trust FBO Mitchell Rechler, And Trust FBO Todd Rechler |
| 92. | 10-05150 | Plafsky Family LLC Retirement Plan; Robert Plafsky, in his Capacity as Trustee for the Plafsky Family LLC Retirement Plan; Estate of Nathan Plafsky; Robert Plafsky, in his capacity as Personal Representative of the Estaetof Nathan Plafsky; and Edna Kaminski |
| 93. | 10-05151 | Palmer Family Trust; Great Western Bank – Trust Department, In Its Capacity As Trustee Of The Palmer Family Trust; Ryan P. Murray; Kelly Burich; Callie A. Ostenson-Murray; Heidi Holmers; Boyer Palmer; Bret Palmer; Megan Burich; Dana Lefavor; Oscar Palmer; S.P.; And Blake Palmer |
| 94. | 10-05157 | The Harnick Brothers Partnership, Martin R. Harnick & Steven P. Norton Partners, Steven P. Norton and Martin Harnick, individually and in their capacities as general partner of The Harnick Brother Partnership and Martin R. Harnick & Steven P. Norton Partners, The Estate of Steven Harnick, The Steven I. Harnick Revocable Living Trust dated April 2, 2002, Barbara June Lange, individually and in her capacities as the personal representative of the Estate of Steven harnick and trustee of the The Steven Harnick Revocable Living Trust dated April 2, 2022, Michelle Glater, and Pamela Harnick |
| 95. | 10-05184 | Laura Ann Smith Revocable Living Trust; Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust; and Laura Ann Smith, individually |
| 96. | 10-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90; James M. New, in his capacity as Trustee of the Irene Whitman 1990 Trust; and Laura New, in her capacity as executrix of the Estate of Irene Whitman |

APPENDIX A

| 97. | 10-05232 | Trust for the Benefit of Ryan Tavlin; Doron Tavlin, in his capacity as Trustee of the Omega Asset Managmeent, LLC; and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin |
|---|---|---|
| 98. | 10-05312 | Doron Tavlin Turst U/A 2/4/91; Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91; and Omega Asset Management, LLC |
| 99. | 10-05377 | Richard G. Eaton |
| 100. | 10-05420 | Gunther K. Unflat, individually and as joint tenant and Margaret Unflat, individually and as joint tenant |
| 101. | 10-05435 | Keith Schaffer, Jeffrey Schaffer, and Donna Schaffer |
| 102. | 10-05438 | Realty Negotiators Defined Benefit Pension Plan, David Abel, individually, and in his capacity as Trustee for Realty Negotiators Defined Pension Plan |