EXHIBIT B
SUMMARY OF NINETEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2015 THROUGH JULY 31, 2015

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein Eugene | 1965 | 530.00 | 110.70 | 58,671.00 |
| | Picard Irving H. | 1966 | 998.00 | 360.90 | 360,178.20 |
| | Sheehan David J. | 1968 | 998.00 | 657.30 | 655,985.40 |
| | Matthias Michael R | 1973 | 688.00 | 443.20 | 304,921.60 |
| | Bash Brian A | 1975 | 741.00 | 21.90 | 16,227.90 |
| | Greene Bruce R | 1976 | 700.00 | 0.50 | 350.00 |
| | Long Thomas L | 1976 | 915.00 | 685.90 | 627,598.50 |
| | Gibson Wendy J | 1979 | 546.00 | 212.50 | 116,025.00 |
| | Goldman Matthew R | 1979 | 770.00 | 1.00 | 770.00 |
| | Chockley III Frederick W | 1982 | 805.00 | 22.70 | 18,273.50 |
| | Ponto Geraldine E. | 1982 | 900.00 | 594.20 | 534,780.00 |
| | Hannon John P | 1983 | 777.00 | 21.30 | 16,550.10 |
| | McGowan Jr John J | 1984 | 620.00 | 8.40 | 5,208.00 |
| | Smith Elizabeth A | 1985 | 836.00 | 9.70 | 8,109.20 |
| | McDonald Heather J | 1986 | 667.00 | 90.20 | 60,163.40 |
| | Reich Andrew W | 1987 | 618.00 | 435.10 | 268,891.80 |
| | Tobin Donna A. | 1987 | 741.00 | 24.00 | 17,784.00 |
| | Burke John J | 1988 | 725.00 | 53.90 | 39,077.50 |
| | DeLancey Leah E | 1990 | 646.00 | 5.20 | 3,359.20 |
| | Douthett Breaden M | 1991 | 418.00 | 385.40 | 161,097.20 |
| | Goldberg Steven H | 1991 | 921.00 | 81.60 | 75,153.60 |
| | Holovacs, Mary | 1991 | 695.00 | 493.60 | 343,052.00 |
| | Hunt Dean D | 1991 | 662.00 | 273.10 | 180,792.20 |
| | Resnick Lauren J | 1991 | 936.00 | 47.30 | 44,272.80 |
| | Hirschfield Marc E. | 1992 | 885.00 | 463.30 | 410,020.50 |
| | Selby Judy A. | 1992 | 858.00 | 344.20 | 295,323.60 |
| | Warren Thomas D | 1992 | 736.00 | 49.80 | 36,652.80 |
| | Griffin Regina L. | 1993 | 915.00 | 557.90 | 510,478.50 |
| | Kornfeld Mark A. | 1993 | 915.00 | 725.10 | 663,466.50 |
| | Renner Deborah H. | 1993 | 915.00 | 418.50 | 382,927.50 |
| | Brennan Terry M | 1995 | 504.00 | 97.10 | 48,938.40 |
| | Scaletta Anthony J | 1995 | 472.00 | 107.80 | 50,881.60 |
| | Cole Tracy L | 1996 | 777.00 | 544.30 | 422,921.10 |
| | Turner Christa C. | 1996 | 477.00 | 416.20 | 198,527.40 |
| | Hoang Lan | 1997 | 784.00 | 724.20 | 567,772.80 |
| | Murphy Keith R. | 1997 | 915.00 | 647.90 | 592,828.50 |
| | Scully Elizabeth A | 1997 | 667.00 | 62.30 | 41,554.10 |
| | Clark, Eben P | 1998 | 420.00 | 31.60 | 13,272.00 |
| | Fish Eric R. | 1998 | 694.00 | 99.50 | 69,053.00 |
| | New Jonathan B. | 1998 | 910.00 | 190.80 | 173,628.00 |
| | Perdion Jason P | 1998 | 440.00 | 24.90 | 10,956.00 |
| | Rollinson James H | 1998 | 455.00 | 356.80 | 162,344.00 |
| | Rose Jorian L. | 1998 | 833.00 | 269.50 | 224,493.50 |
| | Wall Brett A | 1998 | 487.00 | 104.80 | 51,037.60 |
| | Wang Ona T | 1998 | 766.00 | 304.50 | 233,247.00 |
| | Warshavsky Oren J. | 1998 | 926.00 | 581.30 | 538,283.80 |
| | Fischbach Ryan D | 1999 | 500.00 | 25.70 | 12,850.00 |
| | Pergament Benjamin D | 1999 | 667.00 | 312.50 | 208,437.50 |
| | Bohorquez Jr Fernando A | 2000 | 751.00 | 468.70 | 351,993.70 |
| | Cremona Nicholas J. | 2000 | 818.00 | 743.40 | 608,101.20 |
| | Gruppuso Anthony M. | 2000 | 643.00 | 589.00 | 378,727.00 |
| | Pector Michelle D | 2000 | 565.00 | 61.20 | 34,578.00 |
| | Alaverdi Loura L | 2001 | 592.00 | 398.40 | 235,852.80 |
| | Beckerlegge Robertson D | 2001 | 628.00 | 469.00 | 294,532.00 |
| | Bell Stacey A. | 2001 | 678.00 | 650.40 | 440,971.20 |
| | Burgan Kelly S | 2001 | 510.00 | 88.10 | 44,931.00 |
| | Fokas Jimmy | 2001 | 772.00 | 336.00 | 259,392.00 |
| | Skapof Marc | 2001 | 746.00 | 328.60 | 245,135.60 |
| | Townsend Wendy C. | 2001 | 391.00 | 110.20 | 43,088.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Zeballos Gonzalo S. | 2001 | 831.00 | 491.00 | 408,021.00 |
| | North Geoffrey A. | 2002 | 662.00 | 660.90 | 437,515.80 |
| | Wearsch Thomas M | 2002 | 636.00 | 142.90 | 90,884.40 |
| | Hochmuth Farrell A | 2003 | 482.00 | 520.40 | 250,832.80 |
| | Jacobs Edward J. | 2003 | 661.52 | 694.90 | 459,692.80 |
| | Jenson Karin Scholz | 2003 | 670.00 | 544.40 | 364,748.00 |
| | Malchow Jessica P. | 2003 | 371.00 | 8.40 | 3,116.40 |
| | Malek Sammi | 2003 | 618.00 | 18.10 | 11,185.80 |
| | Oliver Jason S. | 2003 | 636.00 | 602.30 | 383,062.80 |
| | Sherer James A. | 2003 | 592.00 | 405.70 | 240,174.40 |
| | Shields Nkosi D. | 2003 | 492.00 | 650.10 | 319,849.20 |
| | Cohen Dennis O | 2004 | 582.00 | 18.30 | 10,650.60 |
| | Gabriel Jessie M | 2004 | 639.00 | 229.40 | 146,586.60 |
| | Kitchen David E | 2004 | 396.00 | 116.50 | 46,134.00 |
| | Smith Rachel M | 2004 | 447.00 | 381.40 | 170,485.80 |
| | Carvalho Melissa M. | 2005 | 583.00 | 76.40 | 44,541.20 |
| | Chow Teresa C. | 2005 | 438.00 | 81.50 | 35,697.00 |
| | Hartman Ruth E | 2005 | 355.00 | 92.30 | 32,766.50 |
| | Proano David F | 2005 | 355.00 | 89.60 | 31,808.00 |
| | Carlisle Marie L. | 2006 | 429.00 | 563.90 | 241,913.10 |
| | Conley Sylvia J | 2006 | 612.00 | 174.00 | 106,488.00 |
| | Kosack Melissa L. | 2006 | 639.00 | 737.30 | 471,134.70 |
| | Lange Gretchen L | 2006 | 334.00 | 139.70 | 46,659.80 |
| | Vanderwal Amy E. | 2006 | 639.00 | 376.90 | 240,839.10 |
| | Brown Seanna R. | 2007 | 662.00 | 608.10 | 402,562.20 |
| | Giuliani, Esterina | 2007 | 695.00 | 905.70 | 629,461.50 |
| | Zunno Kathryn M. | 2008 | 639.00 | 752.00 | 480,528.00 |
| Partners and of Counsel Total | | | 703.88 | 26,825.20 | 18,881,830.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Bieler Philip | 1994 | 450.00 | 699.00 | 314,550.00 |
| | Kates Elyssa S. | 2000 | 609.00 | 596.10 | 363,024.90 |
| | Song Brian W. | 2002 | 639.00 | 708.60 | 452,795.40 |
| | Hooper Rachel P. | 2003 | 371.00 | 315.30 | 116,976.30 |
| | Wlodek Heather | 2003 | 498.00 | 587.00 | 292,326.00 |
| | Allen Brian F. | 2005 | 477.00 | 310.00 | 147,870.00 |
| | Hiatt, Eric B. | 2005 | 499.00 | 515.70 | 257,334.30 |
| | Moorman, Courtni E | 2005 | 339.00 | 3.90 | 1,322.10 |
| | Stanganelli Maryanne | 2005 | 583.00 | 438.90 | 255,878.70 |
| | Feil Matthew D. | 2006 | 530.00 | 725.70 | 384,621.00 |
| | Longstaff Carrie | 2006 | 535.00 | 607.20 | 324,852.00 |
| | Munoz, Andres A | 2006 | 510.00 | 518.60 | 264,486.00 |
| | Shoshany Lindsey A. | 2006 | 472.00 | 521.20 | 246,006.40 |
| | Calvani Torello H. | 2007 | 609.00 | 563.10 | 342,927.90 |
| | Casey IV James P. | 2007 | 398.00 | 4.00 | 1,592.00 |
| | Forman Jonathan A. | 2007 | 583.00 | 385.60 | 224,804.80 |
| | Goldmark Jena B. | 2007 | 438.00 | 564.20 | 247,119.60 |
| | Kleber Kody | 2007 | 417.00 | 65.40 | 27,271.80 |
| | Klidonas George | 2007 | 477.00 | 600.80 | 286,581.60 |
| | Perlman Julian D. | 2007 | 609.00 | 12.50 | 7,612.50 |
| | Ranade Samir K. | 2007 | 556.00 | 110.90 | 61,660.40 |
| | Schein George W. | 2007 | 380.00 | 4.00 | 1,520.00 |
| | Walrath Jennifer M | 2007 | 514.00 | 0.80 | 411.20 |
| | Carbajal Natacha | 2008 | 530.00 | 333.10 | 176,543.00 |
| | Carpenter Susrut A. | 2008 | 487.00 | 567.40 | 276,323.80 |
| | Day James W. | 2008 | 487.00 | 26.30 | 12,808.10 |
| | Esmont Joseph M. | 2008 | 315.00 | 17.20 | 5,418.00 |
| | Harrigan Sean M. | 2008 | 510.00 | 5.40 | 2,754.00 |
| | Moody Matthew J. | 2008 | 482.00 | 67.30 | 32,438.60 |
| | Rovine Jacqlyn | 2008 | 455.00 | 9.50 | 4,322.50 |
| | Schutte Elizabeth M. | 2008 | 424.00 | 493.90 | 209,413.60 |
| | Sea Nexus U. | 2008 | 487.00 | 489.40 | 238,337.80 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |

| Name | Year | | | |
|---|---|---|---|---|
| Stanley Trevor M. | 2008 | 472.00 | 86.40 | 40,780.80 |
| Thomas Joshua C. | 2008 | 371.00 | 22.40 | 8,310.40 |
| Usitalo Michelle R. | 2008 | 492.00 | 660.80 | 325,113.60 |
| Woltering Catherine E. | 2008 | 466.00 | 738.80 | 344,280.80 |
| Blattmachr Jonathan D. | 2009 | 466.00 | 370.50 | 172,653.00 |
| Campbell Patrick T | 2009 | 477.00 | 153.80 | 73,362.60 |
| Gentile Dominic A. | 2009 | 450.00 | 568.70 | 255,915.00 |
| Hilsheimer Lauren M. | 2009 | 466.00 | 589.30 | 274,613.80 |
| Hinchcliffe Analiese | 2009 | 240.00 | 625.40 | 150,096.00 |
| Hirce Margaret E. | 2009 | 477.00 | 352.40 | 168,094.80 |
| Howe Mary E. | 2009 | 466.00 | 492.00 | 229,272.00 |
| Kessler Dena S. | 2009 | 355.00 | 235.50 | 83,602.50 |
| Kuhn Jessie A. | 2009 | 466.00 | 800.50 | 373,033.00 |
| Markel Tatiana | 2009 | 477.00 | 638.40 | 304,516.80 |
| Mattera, Marshall J. | 2009 | 499.00 | 690.00 | 344,310.00 |
| Maynard Kim M. | 2009 | 424.00 | 261.90 | 111,045.60 |
| McKnight Katherine L. | 2009 | 472.00 | 58.60 | 27,659.20 |
| Molina Marco | 2009 | 466.00 | 649.50 | 302,667.00 |
| Nickodem Robert G. | 2009 | 240.00 | 586.80 | 140,832.00 |
| Ozturk Ferve E. | 2009 | 487.00 | 667.00 | 324,829.00 |
| Perkins Austin, Francesca | 2009 | 499.00 | 741.80 | 370,158.20 |
| Shapiro Peter B. | 2009 | 487.00 | 702.20 | 341,971.40 |
| Sollie Erica | 2009 | 466.00 | 309.00 | 143,994.00 |
| Barnes S. Ben | 2010 | 240.00 | 549.70 | 131,928.00 |
| Biondo, Lindsay J. | 2010 | 240.00 | 616.60 | 147,984.00 |
| Burch Alexander D. | 2010 | 334.00 | 4.90 | 1,636.60 |
| Bushnell Christina M. | 2010 | 240.00 | 596.00 | 143,040.00 |
| Carney Brian W. | 2010 | 240.00 | 640.80 | 153,792.00 |
| Castillon Jesus J. | 2010 | 344.00 | 643.30 | 221,295.20 |
| Chandler Tara R. | 2010 | 240.00 | 567.50 | 136,200.00 |
| Choi David | 2010 | 424.00 | 577.10 | 244,690.40 |
| Clegg Sammantha E. | 2010 | 466.00 | 107.60 | 50,141.60 |
| Fein Amanda E. | 2010 | 466.00 | 651.40 | 303,552.40 |
| Hansford Melissa L. | 2010 | 240.00 | 452.40 | 108,576.00 |
| Hoff Michelle M. | 2010 | 240.00 | 706.00 | 169,440.00 |
| Iannuzzi Michael M. | 2010 | 412.00 | 27.80 | 11,453.60 |
| Kincart, Michael J. | 2010 | 310.00 | 10.50 | 3,255.00 |
| Maytal Anat | 2010 | 440.00 | 502.90 | 221,276.00 |
| McGourty Cara | 2010 | 455.00 | 660.60 | 300,573.00 |
| McMillan David M. | 2010 | 440.00 | 665.30 | 292,732.00 |
| Mosier A. Mackenna | 2010 | 435.00 | 735.30 | 319,855.50 |
| Needham Kelly C. | 2010 | 240.00 | 250.50 | 60,120.00 |
| Noethlich Brian R. | 2010 | 240.00 | 498.90 | 119,736.00 |
| Parente Michael | 2010 | 240.00 | 612.10 | 146,904.00 |
| Rog Joshua B. | 2010 | 424.00 | 570.20 | 241,764.80 |
| Rollins Jennifer B. | 2010 | 240.00 | 572.20 | 137,328.00 |
| Rouach Sophie | 2010 | 438.00 | 601.80 | 263,588.40 |
| Scott Justin T. | 2010 | 344.00 | 118.20 | 40,660.80 |
| Taddeo Luisa | 2010 | 240.00 | 101.40 | 24,336.00 |
| Ubaid Maryland H. | 2010 | 240.00 | 532.40 | 127,776.00 |
| Vasel Denise D. | 2010 | 424.00 | 197.50 | 83,740.00 |
| Ball Stephen L. | 2011 | 398.00 | 527.10 | 209,785.80 |
| Barhorst Damon C. | 2011 | 240.00 | 550.50 | 132,120.00 |
| Bennett Melonia A. | 2011 | 240.00 | 613.20 | 147,168.00 |
| Crook Darren A. | 2011 | 263.00 | 79.10 | 20,803.30 |
| deVries Alan C. | 2011 | 240.00 | 476.60 | 114,384.00 |
| Dortch Justin M. | 2011 | 240.00 | 582.20 | 139,728.00 |
| Durbin Damon M. | 2011 | 240.00 | 573.00 | 137,520.00 |
| Feldstein Robyn M | 2011 | 417.00 | 766.50 | 319,630.50 |
| Gottesman Joel D. | 2011 | 240.00 | 561.50 | 134,760.00 |
| Kahner Tegan E. | 2011 | 240.00 | 522.90 | 125,496.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Krishna Ganesh | 2011 | 440.00 | 773.20 | 340,208.00 |
| | Lee Parker A. | 2011 | 445.00 | 37.20 | 16,554.00 |
| | Oliva Frank M. | 2011 | 418.00 | 344.60 | 144,042.80 |
| | Patrick Stacey M. | 2011 | 240.00 | 598.30 | 143,592.00 |
| | Rose Nicholas M. | 2011 | 398.00 | 134.40 | 53,491.20 |
| | Schechter Jody E. | 2011 | 345.00 | 636.90 | 219,730.50 |
| | Shifrin Maximillian S. | 2011 | 474.00 | 632.80 | 299,947.20 |
| | Sinclair Jordan A. | 2011 | 335.00 | 382.80 | 128,238.00 |
| | Spears Ericka H. | 2011 | 240.00 | 479.40 | 115,056.00 |
| | Vonderhaar Douglas A. | 2011 | 240.00 | 614.70 | 147,528.00 |
| | Wangsgard Kendall E. | 2011 | 398.00 | 307.90 | 122,544.20 |
| | White Jason T. | 2011 | 240.00 | 557.00 | 133,680.00 |
| | Zuberi Madiha M. | 2011 | 440.00 | 377.30 | 166,012.00 |
| | Ackerman Stephanie | 2012 | 408.00 | 736.80 | 300,614.40 |
| | Gallagher Christopher B. | 2012 | 417.00 | 638.00 | 266,046.00 |
| | Hellmuth William W. | 2012 | 334.00 | 99.10 | 33,099.40 |
| | Hough Shawn P. | 2012 | 413.00 | 694.60 | 286,869.80 |
| | Muranovic Sanja | 2012 | 312.00 | 459.10 | 143,239.20 |
| | Quimby P. Alex | 2012 | 285.00 | 58.80 | 16,758.00 |
| | Rice David W. | 2012 | 417.00 | 724.40 | 302,074.80 |
| | Rosenberg C. Zachary | 2012 | 371.00 | 314.70 | 116,753.70 |
| | Choate Hannah C. | 2013 | 371.00 | 274.00 | 101,654.00 |
| | Durkheimer Michael J. | 2013 | 320.00 | 110.10 | 35,232.00 |
| | Felz Jenna N. | 2013 | 371.00 | 327.00 | 121,317.00 |
| | Ferguson Kaitlyn A. | 2013 | 371.00 | 161.10 | 59,768.10 |
| | Fillingame Michael J | 2013 | 335.00 | 75.00 | 25,125.00 |
| | Fradkin Yulia M | 2013 | 386.00 | 177.40 | 68,476.40 |
| | Holder Casey E | 2013 | 314.00 | 273.60 | 85,910.40 |
| | Jordan Parker G. | 2013 | 265.00 | 23.50 | 6,227.50 |
| | Joyce Justin J. | 2013 | 240.00 | 520.20 | 124,848.00 |
| | Smith Jonathan L. | 2013 | 312.00 | 100.30 | 31,293.60 |
| | Thompson Aaron J. | 2013 | 270.00 | 48.40 | 13,068.00 |
| | Borja Jaysen A. | 2014 | 310.00 | 99.80 | 30,938.00 |
| | Dasaro, Stacy A | 2014 | 371.00 | 741.30 | 275,022.30 |
| | Pierson, Amanda R. | 2014 | 335.00 | 206.60 | 69,211.00 |
| | Tranbaugh Mary H. | 2014 | 371.00 | 486.00 | 180,306.00 |
| | Light Samuel M. | 2015 | 360.00 | 591.50 | 212,940.00 |
| | Wallace Kevin M. | 2015 | 360.00 | 472.80 | 170,208.00 |
| | Weinberg Lauren R. | 2015 | 360.00 | 431.60 | 155,376.00 |
| | Cardenas Samantha A. | #N/A | 240.00 | 567.10 | 136,104.00 |
| Associates Total | | | 391.08 | 55,182.50 | 21,580,891.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier James M. | #N/A | 432.00 | 448.70 | 193,838.40 |
| | Belanger Christina I. | #N/A | 315.00 | 1.30 | 409.50 |
| | Bitman Oleg | #N/A | 301.00 | 548.10 | 164,978.10 |
| | Blaber Theresa A | #N/A | 330.00 | 41.20 | 13,596.00 |
| | Bruening Mark P | #N/A | 180.00 | 144.50 | 26,010.00 |
| | Cabrera Ramon C | #N/A | 265.00 | 109.60 | 29,044.00 |
| | Carroll Dylan T. | #N/A | 195.00 | 476.10 | 92,839.50 |
| | Chamberlain David R | #N/A | 180.00 | 14.00 | 2,520.00 |
| | Chan Angeline | #N/A | 252.00 | 65.30 | 16,455.60 |
| | Chapman Jennifer | #N/A | 200.00 | 2.80 | 560.00 |
| | Charlesworth, Leah K. | #N/A | 300.00 | 32.70 | 9,810.00 |
| | Charlotten Magdalena | #N/A | 301.00 | 427.80 | 128,767.80 |
| | Clark Rebecca M. | #N/A | 175.00 | 6.70 | 1,172.50 |
| | Curbelo Gracemary | #N/A | 324.00 | 23.70 | 7,678.80 |
| | Fetzer Jeffrey L | #N/A | 233.00 | 81.90 | 19,082.70 |
| | Fishelman Benjamin D. | #N/A | 413.00 | 434.90 | 179,613.70 |
| | Fredle Vicki M | #N/A | 210.00 | 326.50 | 68,565.00 |
| | Fuller, Shawn L. | #N/A | 195.00 | 582.10 | 113,509.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Gibbons Michael E. | #N/A | 371.00 | 468.40 | 173,776.40 |
| | Glanzman Adam J | #N/A | 340.00 | 197.40 | 67,116.00 |
| | Goehrs Carol M | #N/A | 245.00 | 15.90 | 3,895.50 |
| | Graham Sonya M. | #N/A | 260.00 | 23.00 | 5,980.00 |
| | Grigsby Camilla B. | #N/A | 129.00 | 63.50 | 8,191.50 |
| | Iskhakova Yuliya | #N/A | 350.00 | 756.40 | 264,740.00 |
| | Kinne Tanya M | #N/A | 323.00 | 707.20 | 228,425.60 |
| | Landrio Nikki M. | #N/A | 366.00 | 730.00 | 267,180.00 |
| | Lasko Seth D. | #N/A | 355.00 | 201.80 | 71,639.00 |
| | McIntosh Casey | #N/A | 196.00 | 629.30 | 123,342.80 |
| | McLaughlin Christopher | #N/A | 191.00 | 424.00 | 80,984.00 |
| | Medina Rebecca J. | #N/A | 165.00 | 120.10 | 19,816.50 |
| | Monge Tirsa | #N/A | 339.00 | 573.90 | 194,552.10 |
| | Montani Christine A. | #N/A | 339.00 | 507.80 | 172,144.20 |
| | Nicole M Snyder | #N/A | 175.00 | 5.00 | 875.00 |
| | Nunes Silas T | #N/A | 300.00 | 709.70 | 212,910.00 |
| | Nunez Willie | #N/A | 237.00 | 479.40 | 113,617.80 |
| | Oliver-Weeks Marcella J. | #N/A | 360.00 | 596.80 | 214,848.00 |
| | Paremoud Jana | #N/A | 259.00 | 30.60 | 7,925.40 |
| | Perez, Jr., Pedro J. | #N/A | 300.00 | 44.00 | 13,200.00 |
| | Pulsipher Eric K. | #N/A | 312.00 | 631.10 | 196,903.20 |
| | Remus Amanda | #N/A | 360.00 | 384.80 | 138,528.00 |
| | Reyes Lucinda A. | #N/A | 191.00 | 685.10 | 130,854.10 |
| | Roberts Sarah B. | #N/A | 324.00 | 429.40 | 139,125.60 |
| | Schnarre Nicole L. | #N/A | 424.00 | 559.10 | 237,058.40 |
| | Simpson, Brian K. | #N/A | 260.00 | 4.50 | 1,170.00 |
| | Stephens Shawna M. | #N/A | 129.00 | 479.10 | 61,803.90 |
| | Stone Adrian | #N/A | 297.00 | 562.90 | 167,181.30 |
| | Suffern Anne C. | #N/A | 334.00 | 479.60 | 160,186.40 |
| | Sweet Karen R | #N/A | 237.00 | 156.20 | 37,019.40 |
| | Szalay, Sarah M | #N/A | 190.00 | 222.10 | 42,199.00 |
| | Thomas Theresa K | #N/A | 237.00 | 40.40 | 9,574.80 |
| | Tushaj Diana M. | #N/A | 268.00 | 241.10 | 64,614.80 |
| | Villamayor Fidentino L. | #N/A | 355.00 | 474.70 | 168,518.50 |
| | von Collande Constance M. | #N/A | 335.00 | 545.10 | 182,608.50 |
| | Wallace Dawn L. | #N/A | 323.00 | 508.70 | 164,310.10 |
| | Weaver Scott | #N/A | 300.00 | 673.40 | 202,020.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 298.81 | 18,129.40 | 5,417,286.90 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 703.88 | 26,825.20 | 18,881,830.00 |
| Associates Total | 391.08 | 55,182.50 | 21,580,891.20 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 298.81 | 18,129.40 | 5,417,286.90 |
| Blended Attorney Rate | 493.40 | | |
| Total Fees Incurred | | 100,137.10 | 45,880,008.10 |
| **Less 10% Public Interest Discount** | | | (4,588,000.81) |