EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR NINETEENTH INTERIM
PERIOD OF APRIL 1, 2015 THROUGH JULY 31, 2015

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 21,195.90 | $ 9,006,180.20 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,837.50 | 1,170,328.40 |
| 03 | Feeder Funds | 122.90 | 85,232.50 |
| 04 | Asset Search Recovery and Sale | 7.90 | 5,621.90 |
| 05 | Internal Office Meetings with Staff | 935.80 | 556,694.30 |
| 07 | Billing | 863.90 | 350,201.00 |
| 08 | Case Administration | 2,750.60 | 908,296.50 |
| 09 | Banks | 3.10 | 2,836.50 |
| 11 | Press Inquires and Responses | 284.30 | 133,160.80 |
| 12 | Document Review | 6,137.50 | 1,629,498.20 |
| 13 | Discovery - Depositions and Document Productions | 7,869.90 | 2,670,242.30 |
| 14 | International | 45.60 | 33,140.80 |
| 15 | Charities | 0.20 | 70.00 |
| 19 | Non-Bankruptcy Litigation | 303.10 | 117,926.80 |
| 20 | Governmental Agencies | 7.30 | 6,754.90 |
| 21 | Allocation | 60.80 | 36,978.40 |
| 000003 | Stanley Chais | 157.80 | 121,187.50 |
| 000004 | J. Ezra Merkin | 6,176.80 | 3,143,409.90 |
| 000005 | Customer Claims | 2,413.50 | 1,221,879.80 |
| 000006 | Vizcaya | 1,280.30 | 778,865.90 |
| 000007 | Madoff Family | 2,355.10 | 1,132,417.70 |
| 000009 | Fairfield Greenwich | 786.80 | 434,551.60 |
| 000010 | Harley | 72.20 | 51,154.60 |
| 000011 | Cohmad Securities Corporation | 14,104.70 | 6,208,651.80 |
| 000013 | Kingate | 2,675.20 | 1,696,878.90 |
| 000018 | Thybo | 27.10 | 21,753.40 |
| 000019 | Ruth Madoff | 1.60 | 1,416.00 |
| 000027 | JPMorgan Chase | 5.00 | 2,897.80 |
| 000029 | Rye/Tremont | 883.50 | 488,664.40 |
| 000030 | HSBC | 2,818.80 | 1,571,909.60 |
| 000032 | LuxAlpha/UBS | 2,236.70 | 1,196,051.70 |
| 000033 | Nomura Bank International PLC | 1,149.30 | 608,665.80 |
| 000034 | Citibank | 466.10 | 278,966.60 |
| 000035 | Natixis | 295.50 | 153,598.70 |
| 000036 | Merrill Lynch | 413.00 | 235,712.20 |
| 000037 | ABN AMRO | 1,270.90 | 756,129.80 |
| 000038 | Banco Bilbao | 298.20 | 141,427.20 |
| 000039 | Fortis | 1,308.00 | 624,335.80 |
| 000040 | Medici Enterprise | 610.00 | 310,093.10 |
| 000042 | Equity Trading | 75.70 | 41,518.30 |
| 000043 | Defender | 26.30 | 17,871.00 |
| 000044 | Maccabee | 30.50 | 17,228.60 |
| 000045 | Levey | 271.40 | 145,150.70 |
| 000046 | Glantz | 899.40 | 510,137.90 |
| 000047 | Bonventre | 17.80 | 7,405.30 |
| 000048 | Bongiorno | 19.10 | 13,060.90 |
| 000050 | Pitz | 68.40 | 30,829.20 |
| 000051 | Crupi | 409.00 | 192,555.50 |
| 000052 | Donald Friedman | 264.20 | 137,862.60 |
| 000053 | Magnify | 2,802.00 | 1,425,270.70 |
| 000054 | Mendelow | 1,011.10 | 526,538.30 |
| 000055 | Kugel | 32.00 | 24,409.20 |
| 000056 | Lipkin | 412.70 | 212,421.50 |
| 000057 | Perez/O'Hara | 39.10 | 18,344.10 |
| 000058 | PJ Administrators | 268.40 | 116,321.30 |
| 000059 | Stanley Shapiro | 261.50 | 121,121.30 |
| 000060 | Avellino & Bienes | 903.20 | 513,929.30 |
| 000062 | Subsequent Transfer | 5,471.50 | 2,404,910.20 |
| 000065 | Legacy Capital Ltd | 1,153.80 | 640,238.20 |
| 000066 | Lieberbaum | 12.30 | 4,467.10 |
| 000071 | Square One | 187.00 | 95,839.60 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000072 | Plaza Investments | 114.20 | 92,407.70 |
| 000073 | BNP Paribas | 1,154.10 | 676,386.30 |
| | | | |
| Grand Total | | 100,137.10 | 45,880,008.10 |

| | | |
|---|---:|---:|
| **Less 10% Public Interest Discount** | | (4,588,000.81) |
| | | |
| **Grand Total** | $ | 41,292,007.29 |
| | | |
| **Current Application** | | |
| Interim Compensation Requested | $ | 41,292,007.29 |
| Interim Compensation Paid | | (37,162,806.56) |
| Interim Compensation Deferred | $ | 4,129,200.73 |
| | | |
| **Prior Applications** | | |
| Interim Compensation Requested | $ | 706,993,821.35 |
| Interim Compensation Paid | $ | (685,948,455.95) |
| Interim Compensation Deferred | $ | 21,045,365.40 |