EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR NINETEENTH
INTERIM PERIOD OF APRIL 1, 2015 THROUGH JULY 31, 2015

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | 13,569.63 |
| E102 | Outside Printing (E102) | 1,341.36 |
| E104 | Facsimile (E104) | 1.40 |
| E105 | Telephone (E105) | 1,391.46 |
| E106 | Online Research (E106) | 49,285.12 |
| E107 | Delivery Services/ Messengers (E107) | 7,610.49 |
| E108 | Postage (E108) | 2,512.88 |
| E109 | Local Travel (E109) | 71.83 |
| E110 | Out-of-Town Travel (E110) | 53,505.88 |
| E112 | Court Fees (E112) | 15,959.32 |
| E113 | Subpoena Fees (E113) | 2,435.00 |
| E115 | Deposition Transcripts (E115) | 15,229.45 |
| E116 | Trial Transcripts (E116) | 1,488.33 |
| E119 | Experts (E119) | 11,775.84 |
| E123 | Other Professionals (E123) | 2,922.45 |
| E124 | Other (E124) | 135,958.33 |
| Grand Total | | $ 315,058.77 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded      $ 13,433,452.42