# Exhibit B

SUMMARY OF EIGHTEENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2015 THROUGH JULY 31, 2015

| Name | Year Admitted | Apr-Jul 2015 Standard Hourly Rate | Apr-Jul 2015 Total Hours Billed | Apr-Jul 2015 Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Howard L. Simon | 1977 | 590.00 | 539.70 | $318,423.00 |
| Kim M. Longo | 2002 | 465.00 | 748.40 | $348,006.00 |
| Antonio J. Casas | 1992 | 465.00 | 380.30 | $176,839.50 |
| **Total Partners and Special Counsel** | | | **1,668.40** | **$843,268.50** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 430.00 | 649.00 | $279,070.00 |
| Carol LaFond | 2000 | 410.00 | 464.80 | $190,568.00 |
| Greg Kerr | 1996 | 360.00 | 25.40 | $9,144.00 |
| Brian W. Kreutter | 2003 | 375.00 | 611.90 | $229,462.50 |
| John J. Tepedino | 2004 | 375.00 | 462.90 | $173,587.50 |
| Alan D. Lawn | 2008 | 350.00 | 618.70 | $216,545.00 |
| Alex Jonatowski | 2007 | 345.00 | 674.30 | $232,633.50 |
| Rebekah J. Mott | 2012 | 310.00 | 478.50 | $148,335.00 |
| **Total Associates** | | | **3,985.50** | **$1,479,345.50** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 230.00 | 411.30 | $94,599.00 |
| Jennifer Ryan | | 195.00 | 12.30 | $2,398.50 |
| **Total Paraprofessionals** | | | **423.60** | **$96,997.50** |

| | Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 1,668.40 | $843,268.50 |
| **Associates** | 3,985.50 | $1,479,345.50 |
| **Paraprofessionals** | 423.60 | $96,997.50 |
| **Blended Attorney Rate** | 410.80 | |
| **GRAND TOTAL** | **6,077.50** | **$2,419,611.50** |