## Exhibit C

SUMMARY OF EIGHTEENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2015 THROUGH AND INCLUDING JULY 31, 2015

| Code Description | Amount |
|---|---:|
| Copying | $ 69.43 |
| Telephone | $ 20.14 |
| Postage | $ 191.73 |
| Air Courier/Messenger | $ 1,292.65 |
| Online Research | $ 3,788.68 |
| Filing Fees | $ 4.99 |
| Professional Services | $ 5,902.46 |
| Search Fees | $ 687.50 |
| Transcripts/Deposition Copies | $ 12.00 |
| Process Serving Fees | $ 636.60 |
| **TOTAL** | **$ 12,606.18** |