## Exhibit D

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE EIGHTEENTH INTERIM PERIOD OF APRIL 1, 2015 THROUGH AND INCLUDING JULY 31, 2015

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 604.10 | $ 251,564.00 |
| | | 007 | Fee Application | 119.20 | 41,563.00 |
| | | 020 | Internal Office Meetings | 13.50 | 5,070.00 |
| | | 041 | Discovery, Document Review, Document Production | 1,001.10 | 419,550.50 |
| | | 042 | Bankruptcy Court Litigation | 4.80 | 1,836.00 |
| | | L140 | Document/File Management | 1.00 | 330.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 947.50 | 367,463.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 31.20 | 10,801.50 |
| 12 | Credit Suisse | 010 | Litigation | 915.00 | 350,875.50 |
| 13 | Solon Capital | 010 | Litigation | 122.80 | 43,793.50 |
| 14 | Zephyros | 010 | Litigation | 127.50 | 47,821.00 |
| 15 | Mistral | 010 | Litigation | 196.40 | 77,769.00 |
| 16 | Societe Generale | 010 | Litigation | 308.20 | 120,289.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 537.80 | 203,402.00 |
| 18 | Clariden Leu | 010 | Litigation | 225.90 | 86,163.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 121.20 | 44,342.00 |
| 20 | Coordinated Cases | 010 | Litigation | 800.30 | 346,978.00 |
| | | | **TOTALS** | **6,077.50** | **$ 2,419,611.50** |