Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

Hearing Date: December 17, 2015
Hearing Time: 10:00 a.m. (EST)
Objection Deadline: December 10, 2015
Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON NINETEENTH APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM APRIL 1, 2015 THROUGH JULY 31, 2015**

**PLEASE TAKE NOTICE**, that on **December 17, 2015 at 10:00 a.m.**, a hearing (the

"Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge,

at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the applications for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by applicants from April 1, 2015 through July 31, 2015 (the "Applications") of the following parties:

## FEES REQUESTED[1]

### Applicants

| | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee | Fees: | $41,292,007.29 |
| Baker & Hostetler LLP, Counsel to the Trustee | 90%: | $37,162,806.56 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $315,058.77 |
| | | |
| Schiltz & Schiltz | Fees: | $56,756.52 |
| Special Counsel to the Trustee | 80%: | $45,405.22 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $3,689.17 |
| | Holdback Release: | $88,521.64 |
| | | |
| Higgs & Johnson | Fees: | $2,609.51 |
| Special Counsel to the Trustee | 80%: | $2,087.60 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $27.42 |
| | Holdback Release: | $77,854.49 |
| | | |
| Soroker - Agmon | Fees: | $630,051.41 |
| Special Counsel to the Trustee | 80%: | $504,041.13 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $23,410.31 |
| | Holdback Release: | $138,216.78 |
| | | |
| Graf & Pitkowitz Rechtsanwälte GmbH | Fees: | $45,392.90 |
| Special Counsel to the Trustee | 80%: | $36,314.32 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $291.12 |
| | Holdback Release: | $365,448.11 |
| | | |
| SCA Creque | Fees: | $6,905.00 |
| Special Counsel to the Trustee | 80%: | $5,524.00 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $2,606.00 |
| | Holdback Release: | $82,932.12 |
| | | |
| Young Conaway Stargatt & Taylor, LLP | Fees: | $113,387.85 |
| Special Counsel to the Trustee | 80%: | $90,710.28 |
| (April 1, 2015 through July 31, 2015) | Expenses: | $1,643.95 |
| | Holdback Release: | $52,186.79 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses: | $2,419,611.50<br>$1,935,689.20<br>$12,606.18 |
|---|---|---|

| Williams Barristers & Attorneys<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $229,145.41<br>$183,316.33<br>$0<br>$243,300.98 |
|---|---|---|

| Taylor Wessing<br>Special Counsel to the Trustee | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$4,778,247.44 |
|---|---|---|

| UGGC & Associés<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $64,247.57<br>$51,398.05<br>$11,758.73<br>$78,295.51 |
|---|---|---|

| Triay Stagnetto Neish<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $80,426.94<br>$64,341.55<br>$294.06<br>$45,206.69 |
|---|---|---|

| Werder Vigano<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $27,358.68<br>$21,886.94<br>$304.95<br>$15,657.10 |
|---|---|---|

| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $1,390,823.00<br>$1,112,658.40<br>$21,533.05<br>$421,442.46 |
|---|---|---|

| Eugene F. Collins<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $28,947.74<br>$23,158.20<br>$60.00<br>$34,658.54 |
|---|---|---|

| Ritter & Ritter<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $1,510.33<br>$1,208.26<br>$0<br>$8,863.47 |
|---|---|---|

| Cochran Allan<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $3,728.25<br>$2,982.60<br>$0<br>$1,444.74 |
|---|---|---|

| Kelley Wolter & Scott, P.A.<br>Special Counsel to the Trustee<br>(April 1, 2015 through July 31, 2015) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $765.00<br>$612.00<br>$0<br>$2,381.08 |
|---|---|---|

| La Tanzi, Spaulding & Landreth, P.C. | Fees: | $0 |
| Special Counsel to the Trustee | 80%: | $0 |
| | Expenses: | $0 |
| | Holdback Release: | $557.77 |

| Tarter Krinsky & Drogin LLP | Fees: | $10,575.90 |
| Special Counsel to the Trustee | 80%: | $8,460.72 |
| (April 13, 2015 through July 31, 2015) | Expenses: | $0 |

| Osborne & Osborne. P.A. | Fees: | $0 |
| Special Counsel to the Trustee | 80%: | $0 |
| | Expenses: | $0 |
| | Holdback Release: | $176.69 |

| Bedell Cristin Guernse Partnership | Fees: | $0 |
| Special Counsel to the Trustee | 80%: | $0 |
| | Expenses: | $0 |
| | Holdback Release: | $2,351.12 |

| Kugler Kandestin LLP | Fees: | $0 |
| Special Counsel to the Trustee | 80%: | $0 |
| | Expenses: | $0 |
| | Holdback Release: | $2,327.38 |

| Munari Giudici Maniglio Panfili E Associati | Fees: | $0 |
| Special Counsel to the Trustee | 80%: | $0 |
| | Expenses: | $0 |
| | Holdback Release: | $5,721.49 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Stuart M.

Bernstein, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45

Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities

Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620,

Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on December 10, 2015**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do

not object to the relief requested in the Applications.

Dated: New York, New York
      November 23, 2015

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and estate of Bernard L. Madoff*