**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>        Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>        Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>        Plaintiff, <br> v. <br> PARTIES LISTED ON APPENDIX A ATTACHED HERETO, <br><br>        Defendants. | Adv. Pro. Nos. listed on Appendix A Attached hereto |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**
**IN PROCEEDINGS LISTED ON APPENDIX A ATTACHED HERETO**

   Upon consideration of the application of Becker & Poliakoff LLP ("B&P") (the "Application"), for an order pursuant to Local Rule 2090-1(e) authorizing B&P to withdraw as attorneys of record in connection with the proceedings listed on Appendix A hereto; and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and it furthering appearing that the parties listed on Appendix A hereto are

represented by Helen Davis Chaitman of Chaitman LLP, remaining as attorney of record in those proceedings; it is hereby

**ORDERED** that B&P is hereby deemed removed as counsel of record in connection with the proceedings listed on Appendix A; and it is further

**ORDERED** that the following email addresses be removed from any and all mailing matrixes, service lists, and Notices of Electronic Filing in connection with the proceedings listed on Appendix A as well as the related main liquidation proceeding (Adv. Pro. No. 08-01789):

jgorchkova@bplegal.com;     psmith@bplegal.com;     hchaitman@bplegal.com;

vsirota@bplegal.com.

Dated:   December ___, 2015
         New York, New York                    _____
                                               Hon. Stuart M. Bernstein
                                               UNITED STATES BANKRUPTCY JUDGE

APPENDIX A

|    | Adv. Pro. # | Parties Represented by Becker & Poliakoff |
|----|-------------|-------------------------------------------|
| 1. | 10-04931 | The Estate of Muriel B. Cantor, Nancy Atlas, as Personal Representative of The Estate of Muriel B. Cantor |
| 2. | 10-04885 | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas and Nancy Atlas, in her capacity as the Trustee and Beneficiary of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas |
| 3. | 10-04798 | Janet Jaffe Trust UA dtd 4/20/90; Alvin Jaffe Trust dtd 4/20/90 and Jandt Jaffe individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90 |
| 4. | 10-04655 | Jaffe Family Investment Partnership and Bruce Jaffe |
| 5. | 10-04878 | Lisa Beth Nissenbaum Trust; Neal Kurn, in his capacity as Trustee for the Lisa Beth Nissenbaum Trust; and Lisa B. Nissenbaum |
| 6. | 10-05130 | Barbara Kotlikoff Harman |
| 7. | 10-04658 | Carol Nelson |
| 8. | 10-04377 | Carol Nelson, individually and joint tenant, and Stanley Nelson, individually and as joint tenant |
| 9. | 10-04898 | Helene Saren-Lawrence |
| 10. | 10-04669 | Zieses Investment Partnership, Marshall Zieses, Debra S. Zieses, Neil R. Zieses, Caryn Zieses, Barry Inger, Allan Inger, and susan B. Alswanger |
| 11. | 10-05133 | BOYER H. PALMER, individually and in his capacity as the former general partner of B&F Palmer, L.P.; FERN C. PALMER; PAMELA K. MARXEN; KURT B.PALMER; and BRUCE N. PALMER |
| 12. | 10-05206 | RONALD A. GUTTMAN, individually and in his capacity as a tenant-in-common, and IRENE T. CHENG, individually and in her capacity as a tenant-in-common |
| 13. | 15-01293 | SUSANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS, individually and on behalf of a class of similarly situated Plaintiffs |

{N0095615 }