BECKER & POLIAKOFF LLP
Julie Gorchkova, Esq.
45 Broadway
New York, NY 10006
(212) 599-3322
jgorchkova@bplegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEFENDANTS LISTED ON APPENDIX A ATTACHED TO THE ACCOMPANYING PROPOSED FORM OF ORDER,<br><br>　　　　　　　　　Defendants. | Adv. Pro. Nos. listed on Appendix A Attached to the Accompanying Proposed Form of Order |

## CERTIFICATE OF SERVICE

I, Chelsey Davis, hereby certify that on November 24, 2015 I caused a true and correct

copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

- Declaration of Julie Gorchkova in Support; and

- Proposed Order

to be filed electronically with the Court and served upon the parties in this action who receive

electronic service through CM/ECF, and served by electronic mail upon:

> Defendants listed on Appendix A attached to the accompanying
> Proposed Form of Order at the email addresses maintained on file

> Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:    November 24, 2015                    */s/ Chelsey Davis*
          New York, New York