UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Shoshanna L. Wingate, as Executor of the Will of David A. Wingate (the "Claimant"), hereby withdraws the objection (the "Objection," ECF No. 426) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (##100148, 009781, and 100172) hereby gives notice that she withdraws such Objection.

Dated: November 23, 2015

　　　　　　　　　　　　　　　　FREJKA PLLC

　　　　　　　　　　　　　　　　By: _/s/ Elise S. Frejka_
　　　　　　　　　　　　　　　　Elise S. Frejka
　　　　　　　　　　　　　　　　733 Third Avenue – 15th Floor
　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　Telephone: (212) 641-0800