**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jennifer Kelman Revocable Trust Dated 12/22/04 (the "Claimant"), having filed an objection (the "Objection", ECF No. 810) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009821), hereby gives notice that it withdraws such Objection.

Dated: November 23, 2015

/s/ Carole Neville
Carole Neville
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel. No. (212) 768-6889

300365847.6