UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Michael Most (IRA) (the "Claimant"), having filed an objection (the "Objection", ECF No. 1873) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002158), hereby gives notice that it withdraws such Objection.

Dated: November 20, 2015

Paula J. Warmuth on behalf of Michael Most IRA
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, New York 11738
Tel. No.: 631.732.2000

300372636.3