**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Robert C. Luker Family Partnership, Robert C. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership, the Estate of Ruth L. Luker, in its capacity as a partner of the Robert C. Luker Family Partnership, Sharon R. Luker, in her capacity as a partner of the Robert C. Luker Family Partnership, Carol A. Walsh (formerly Carol A. Luker), in her capacity as a partner of the Robert C. Luker Family Partnership, Donald P. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership, and Kenneth S. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership (the "Claimants"), having filed an objection (the "Objection", Docket No. 2291) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013419), hereby give notice that they withdraw such Objection.

Dated: November __, 24 , 2015

/s/ Helen Davis Chaitman
Helen Davis Chaitman
CHAITMAN LLP
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
Email: hchaitman@chaitmanllp.com

Attorney for: Robert C. Luker Family Partnership, Robert C. Luker, Ruth L. Luker, Sharon R. Luker, Carol A. Walsh, Donald P. Luker, Kenneth S. Luker

2