UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>GLORIA LANDIS and SHELLEY MICHELMORE,<br><br>Defendant. | Adv. Pro. No. 10-04957 (SMB) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Shelley Michelmore (the "Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim (#001541), hereby gives notice that she withdraws such Objection.

Dated: November 23, 2015

/s/ Howard Kleinhendler
Howard Kleinhendler
Wachtel Missry LLP
One Dag Hammorskjold Plaza
New York, NY 10017

2