**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

John Denver Concerts, Inc. Pension Plan Trust and Howard Grossman, in his capacity as Successor Trustee of the John Denver Concerts, Inc. Pension Plan Trust (the "Claimants"), having filed an objection (the "Objection", Docket No. 687) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009526), hereby give notice that they withdraw such Objection.

Dated: August ___, 2015

_____
Matthew A. Kupillas
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 613-5697
Email: MKupillas@milberg.com

Error! No property name supplied.

**TRANSFEREE**

Address:
10990 Wilshire Blvd., 8th FL
Los Angeles, CA  90024

_____
**Howard Grossman, in his capacity as Successor
Trustee of the John Denver Concerts, Inc. Pension
Plan Trust**

With copies to:
Matthew A. Kupillas
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119

Sworn and subscribed before me this
7th day of October, 2015.

_____
Notary Public

BRITT MONIKA BATES
Commission # 2084922
Notary Public - California
Los Angeles County
My Comm. Expires Nov 1, 2018

[TRANSFEREE SIGNATURE PAGE TO SETTLEMENT AGREEMENT]

Error! No property name supplied.