**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

The Lazarus-Schy Family Partnership, Zipora Lazarus, Michael Lazarus and Jared Lazarus (the "Claimants"), having filed objections (the "Objections", Docket Nos. 3597 and 1038) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#010501 and 100200), hereby give notice that they withdraw such Objections.

Dated:  November 24 , 2015

　　　　　　　　　　　　　　　　　　　　Michael I. Goldberg, Esq. on behalf of The
　　　　　　　　　　　　　　　　　　　　Lazarus-Schy Family Partnership, Zipora
　　　　　　　　　　　　　　　　　　　　Lazarus, Michael Lazarus and Jared Lazarus
　　　　　　　　　　　　　　　　　　　　AKERMAN LLP
　　　　　　　　　　　　　　　　　　　　Las Olas Centre II
　　　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　　　350 East Las Olas Boulevard
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　　Tel. No. (954) 463-2700

300362394.5