**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

The Schy Family Partnership, Zipora Lazarus, Ira Schy, Rose Schy, Elan Schy, Lisa Schy, Steve Schy, Doran Schy and Abe Schy (the "Claimants"), having filed objections (the "Objections", Docket Nos. 3599 and 1039) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#010280 and 100184), hereby give notice that they withdraw such Objections.

Dated: November 24, 2015

                                              Michael I. Goldberg, Esq. on behalf of The
Schy Family Partnership, Zipora Lazarus, Ira
Schy, Rose Schy, Elan Schy, Lisa Schy, Steve
Schy, Doran Schy and Abe Schy
AKERMAN LLP
Las Olas Centre II
Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel. No. (954) 463-2700

300362394.5