# EXHIBIT 1

BLMIS ACCOUNT NO. 1ZR218 - NTC & CO. FBO DR MARVIN WIENER **REDACTED**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/8/1993 | ROLLOVER FROM RETIREMENT PLAN (1W0020) | 993,099 [1] | - | - | 12,871 | - | 12,871 | - | - | - |
| 11/16/1993 | TRANS FROM DR WEINER DDS PC (1W0021) | 279,967 [1] | - | - | 21,379 | - | 34,250 | - | - | - |
| 12/9/1993 | ROLLOVER FR RTIREMENT PLAN (1W0020) | 2,223,672 [2] | - | - | - | - | 34,250 | - | - | - |
| 12/20/1993 | CHECK | 13,308 | 13,308 | - | - | - | 47,558 | - | - | - |
| 3/11/1994 | CHECK | (50,000) | - | (50,000) | - | - | (2,442) | - | - | - |
| 8/16/1994 | CHECK | (73,500) | - | (73,500) | - | - | (75,942) | - | - | - |
| 1/17/1995 | CHECK | (75,000) | - | (75,000) | - | - | (150,942) | - | - | - |
| 1/30/1995 | CHECK | (75,000) | - | (75,000) | - | - | (225,942) | - | - | - |
| 1/19/1996 | CHECK | (75,000) | - | (75,000) | - | - | (300,942) | - | - | - |
| 6/13/1996 | CHECK | (532,000) | - | (532,000) | - | - | (832,942) | - | - | - |
| 8/23/1996 | CHECK | (429,975) | - | (429,975) | - | - | (1,262,917) | - | - | - |
| 12/19/1996 | CHECK | (40,000) | - | (40,000) | - | - | (1,302,917) | - | - | - |
| 2/11/1997 | CHECK | (100,000) | - | (100,000) | - | - | (1,402,917) | - | - | - |
| 4/25/1997 | CHECK | (100,000) | - | (100,000) | - | - | (1,502,917) | - | - | - |
| 10/3/1997 | CHECK | 572 | 572 | - | - | - | (1,502,345) | - | - | - |
| 1/20/1998 | CHECK | (100,000) | - | (100,000) | - | - | (1,602,345) | - | - | - |
| 4/15/1998 | CHECK | (100,000) | - | (100,000) | - | - | (1,702,345) | - | - | - |
| 1/5/1999 | CHECK | (150,028) | - | (150,028) | - | - | (1,852,372) | - | - | - |
| 3/24/1999 | CHECK | (200,000) | - | (200,000) | - | - | (2,052,372) | - | - | - |
| 4/13/1999 | CHECK | 20 | 20 | - | - | - | (2,052,352) | - | - | - |
| 11/30/1999 | CHECK | (50,000) | - | (50,000) | - | - | (2,102,352) | - | - | - |
| 1/5/2000 | CHECK | (50,035) | - | (50,035) | - | - | (2,152,387) | - | - | - |
| 3/20/2000 | CHECK | (250,000) | - | (250,000) | - | - | (2,402,387) | - | - | - |
| 9/28/2000 | CHECK | (50,000) | - | (50,000) | - | - | (2,452,387) | - | - | - |
| 1/8/2001 | CHECK | (100,000) | - | (100,000) | - | - | (2,552,387) | - | - | - |
| 3/26/2001 | CHECK | (200,035) | - | (200,035) | - | - | (2,752,422) | - | - | - |
| 9/20/2001 | CHECK | (50,000) | - | (50,000) | - | - | (2,802,422) | - | - | - |
| 1/7/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,902,422) | - | - | - |
| 4/1/2002 | CHECK | (200,000) | - | (200,000) | - | - | (3,102,422) | - | - | - |
| 4/18/2002 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (3,252,422) | - | - | - |
| 9/24/2002 | CHECK | (50,000) | - | (50,000) | - | - | (3,302,422) | - | - | - |
| 1/7/2003 | CHECK | (100,000) | - | (100,000) | - | - | (3,402,422) | - | - | (100,000) |
| 3/20/2003 | CHECK | (250,000) | - | (250,000) | - | - | (3,652,422) | - | - | (250,000) |
| 6/20/2003 | CHECK | (100,000) | - | (100,000) | - | - | (3,752,422) | - | - | (100,000) |
| 7/25/2003 | CHECK | (150,000) | - | (150,000) | - | - | (3,902,422) | - | - | (150,000) |
| 9/23/2003 | CHECK | (50,000) | - | (50,000) | - | - | (3,952,422) | - | - | (50,000) |
| 1/16/2004 | CHECK | (100,000) | - | (100,000) | - | - | (4,052,422) | - | - | (100,000) |
| 3/16/2004 | CHECK | (300,000) | - | (300,000) | - | - | (4,352,422) | - | - | (300,000) |
| 6/17/2004 | CHECK | (175,000) | - | (175,000) | - | - | (4,527,422) | - | - | (175,000) |
| 3/28/2005 | CHECK | (150,000) | - | (150,000) | - | - | (4,677,422) | - | - | (150,000) |
| 6/17/2005 | CHECK | (250,000) | - | (250,000) | - | - | (4,927,422) | - | - | (250,000) |
| 3/28/2006 | CHECK | (150,000) | - | (150,000) | - | - | (5,077,422) | - | - | (150,000) |
| 5/22/2006 | CHECK | (250,000) | - | (250,000) | - | - | (5,327,422) | - | - | (250,000) |
| 6/4/2007 | CHECK | (250,025) | - | (250,025) | - | - | (5,577,447) | - | (250,025) | (250,025) |
| 9/25/2007 | CHECK | (200,000) | - | (200,000) | - | - | (5,777,447) | - | (200,000) | (200,000) |
| 2/28/2008 | CHECK | (400,000) | - | (400,000) | - | - | (6,177,447) | - | (400,000) | (400,000) |
| 11/19/2008 | CHECK | (100,000) | - | (100,000) | - | - | (6,277,447) | - | (100,000) | (100,000) |
| | Total: | | $ 13,900 | $ (6,325,598) | $ 34,250 | $ - | $ (6,277,447) | $ - | $ (950,025) | $ (2,975,025) |

[1] Although BLMIS statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

MADC0003_00000002