# EXHIBIT 2

Exhibit B

BLMIS ACCOUNT NO. 1W0063 - KIDDER FAMILY LIMITED PTR

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/12/1996 | TRANS FROM S WIENER (1W0023) | 1,226,960 [1] | - | - | - | - | - | - | - | - |
| 8/12/1996 | TRANS FROM S WIENER (1W0023) | 344 [1] | - | - | - | - | - | - | - | - |
| 8/22/1996 | REGAL INTL INCTRANS FROM S WEINER | - | - | - | - | - | - | - | - | - |
| 8/22/1996 | TRANS FROM S WIENER (1W0023) | 19,793 [1] | - | - | - | - | - | - | - | - |
| 9/3/1996 | TRANS TO 1W002330 (1W0023) | (2,761) [2] | - | - | - | - | - | - | - | - |
| 1/22/1997 | CHECK | (50,000) | - | (50,000) | - | - | (50,000) | - | - | - |
| 8/20/1997 | CHECK | (50,000) | - | (50,000) | - | - | (100,000) | - | - | - |
| 4/6/1998 | CHECK | (50,000) | - | (50,000) | - | - | (150,000) | - | - | - |
| 6/22/1998 | CHECK | (50,000) | - | (50,000) | - | - | (200,000) | - | - | - |
| 12/2/1998 | CHECK | (50,000) | - | (50,000) | - | - | (250,000) | - | - | - |
| 12/9/1998 | REGAL INTL INCTRANS FROM 1W001920 | - | - | - | - | - | (250,000) | - | - | - |
| 12/15/1998 | TRANS TO 1W001920 (1W0019) | (27,582) [2] | - | - | - | - | (250,000) | - | - | - |
| 12/22/1998 | REGAL INTL INCCXL 12/9/98 | - | - | - | - | - | (250,000) | - | - | - |
| 2/26/1999 | ASIA RESOURCES HOLDINGS LTDREV SPLIT REGAL/ASIA | - | - | - | - | - | (250,000) | - | - | - |
| 2/26/1999 | REGAL INTL INCREV SPLIT REGAL/ASIA | - | - | - | - | - | (250,000) | - | - | - |
| 6/2/1999 | CHECK | (50,000) | - | (50,000) | - | - | (300,000) | - | - | - |
| 9/30/1999 | CHECK | (50,000) | - | (50,000) | - | - | (350,000) | - | - | - |
| 2/10/2000 | CHECK | (50,000) | - | (50,000) | - | - | (400,000) | - | - | - |
| 4/12/2000 | ASIA RESOURCES HOLDINGS LTDNAME CHG ASIA RES/ASIA FIBER | - | - | - | - | - | (400,000) | - | - | - |
| 4/12/2000 | ASIA FIBER HOLDINGS LTDNAME CHG ASIA RES/ASIA FIBER | - | - | - | - | - | (400,000) | - | - | - |
| 10/3/2000 | ASIA FIBER HOLDINGS LTD | 5 | 5 | - | - | - | (399,996) | - | - | - |
| 1/5/2001 | CHECK | (50,000) | - | (50,000) | - | - | (449,996) | - | - | - |
| 7/10/2001 | CHECK | (50,000) | - | (50,000) | - | - | (499,996) | - | - | - |
| 1/17/2002 | CHECK | (50,000) | - | (50,000) | - | - | (549,996) | - | - | - |
| 6/26/2002 | CHECK | (50,000) | - | (50,000) | - | - | (599,996) | - | - | - |
| 1/6/2003 | CHECK | (50,000) | - | (50,000) | - | - | (649,996) | - | - | (50,000) |
| 5/5/2003 | CHECK | (50,000) | - | (50,000) | - | - | (699,996) | - | - | (50,000) |
| 9/30/2003 | CHECK | (50,000) | - | (50,000) | - | - | (749,996) | - | - | (50,000) |
| 2/19/2004 | CHECK | (250,000) | - | (250,000) | - | - | (999,996) | - | - | - |
| 3/5/2004 | STOP PAYMENT | 250,000 | - | 250,000 | - | - | (749,996) | - | - | - |
| 3/8/2004 | CHECK | (250,000) | - | (250,000) | - | - | (999,996) | - | - | (250,000) |
| 8/12/2004 | CHECK | (190,000) | - | (190,000) | - | - | (1,189,996) | - | - | (190,000) |
| 11/5/2004 | CHECK | (50,000) | - | (50,000) | - | - | (1,239,996) | - | - | (50,000) |
| 11/26/2004 | CHECK | (50,000) | - | (50,000) | - | - | (1,289,996) | - | - | (50,000) |
| 7/28/2005 | CHECK | (50,000) | - | (50,000) | - | - | (1,339,996) | - | - | (50,000) |
| 11/29/2005 | CHECK | (145,000) | - | (145,000) | - | - | (1,484,996) | - | - | (145,000) |
| 12/8/2005 | CHECK | (50,000) | - | (50,000) | - | - | (1,534,996) | - | - | (50,000) |
| 4/26/2006 | CHECK | (50,000) | - | (50,000) | - | - | (1,584,996) | - | - | (50,000) |
| 11/7/2006 | CHECK | (190,000) | - | (190,000) | - | - | (1,774,996) | - | - | (190,000) |
| 3/7/2007 | CHECK | (50,000) | - | (50,000) | - | - | (1,824,996) | - | (50,000) | (50,000) |
| 11/6/2007 | CHECK | (190,000) | - | (190,000) | - | - | (2,014,996) | - | (190,000) | (190,000) |
| 2/1/2008 | CHECK | (50,000) | - | (50,000) | - | - | (2,064,996) | - | (50,000) | (50,000) |
| 7/3/2008 | CHECK | (50,000) | - | (50,000) | - | - | (2,114,996) | - | (50,000) | (50,000) |
| 11/28/2008 | CHECK | (200,000) | - | (200,000) | - | - | (2,314,996) | - | (200,000) | (200,000) |
| | Total: | $ 5 | $ (2,315,000) | $ - | $ - | $ (2,314,996) | $ - | $ (540,000) | $ (1,715,000) |

[1] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.