# **<u>EXHIBIT 1</u>**

```
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
       --------------------------------X
       In re:                              SIPA LIQUIDATION

       BERNARD L. MADOFF INVESTMENT       No. 08-01789(SMB)
       SECURITIES LLC.,
                                          (Substantively
                                          Consolidated)
                          Debtor.
       --------------------------------X
       IRVING H. PICARD, Trustee of the
       Liquidation of Bernard L. Madoff
       Investment Securities LLC.,

                          Plaintiff,
                                          Adv. Pro. No.
                                          09-01182(SMB)
              VS.
       J. EZRA MERKIN, GABRIEL
       CAPITAL, L.P., ARIEL FUND LTD.,
       ASCOT PARTNERS, L.P., GABRIEL
       CAPITAL CORPORATION,

                          Defendants.
       --------------------------------X
                   **   REVISED   **

        VIDEOTAPED DEPOSITION OF BRUCE G. DUBINSKY
                Monday, April 27, 2015
             1095 Avenue of the Americas
                  New York, New York


       Reported by:
       AYLETTE GONZALEZ, RPR, CLR, CCR
       JOB NO. 92955
```

1           BRUCE G. DUBINSKY

2    Merkin case or took away.  The report is the

3    report.

4           Q.   Did you consider adding anything

5    specific to the Merkin case?

6           A.   No.  My -- my role for the trustee

7    was kind of an omnibus role across all of the

8    bankruptcy cases to look at the -- to look and

9    see if there was fraud at BLMIS, to determine

10   if it was a Ponzi scheme, to look at the

11   solvency, and to look at whether MSIL, which

12   was the European entity of Madoff, was

13   involved.  So again, it wasn't case specific

14   to any particular Defendant across the board.

15          Q.   Do you -- have you formed any

16   opinions that are not reflected in the report

17   that you issued in this case?

18          A.   Talking about expert opinions?

19          Q.   In -- in your capacity as an expert

20   in this case, have you formed any opinions

21   that aren't reflected in your written report

22   that you've issued in this case?

23          A.   No.  Everything that -- all of my

24   opinions are embodied in the report.

25          Q.   And I take it you don't intend to

1            BRUCE G. DUBINSKY

2   is to you and your support team and then a

3   support team for Dr. Pomerantz?

4        A.   As far as Duff & Phelps is

5   concerned, yes.

6        Q.   And does the 31- or $32 million

7   include the work on both parts of the

8   engagement or is that the work in connection

9   with your services?

10           MS. KOSACK:  Object to form.

11       A.   That's total for the firm, Duff &

12  Phelps.

13       Q.   How much relates to the work that

14  you've performed versus the work that the team

15  supporting Dr. Pomerantz has performed?

16       A.   I would be guessing at this point,

17  I don't know.

18       Q.   Do you have an approximation?

19       A.   I don't.

20       Q.   How many people are working -- is

21  there any overlap in the team that's

22  supporting Dr. Pomerantz and then your team?

23       A.   No, there's not.

24       Q.   How many people are working on the

25  team supporting Dr. Pomerantz?

Page 32

1     BRUCE G. DUBINSKY
2        A.   To the best of my knowledge, three,
3    could have been four people at -- at a time,
4    but I think there's three people that are
5    working on it.
6        Q.   And how many people are working on
7    the team supporting you?
8        A.   Presently I think the team is down
9    to about four to five people.
10       Q.   Has it been bigger than that over
11   time?
12       A.   Yes.
13       Q.   Okay.  How big has it been at its
14   biggest?
15       A.   At its biggest, I had about 75 to
16   80 people working on the case.
17       Q.   How long did you have 75 to 80
18   people working on the case?
19       A.   I would say probably about eight
20   months initially and then the team started
21   getting smaller.
22       Q.   And you had about 75 to 80 people
23   working on the case in relation to the three
24   or four opinions that we've talked about,
25   which is that it was a fraud, it was a Ponzi

1           BRUCE G. DUBINSKY

2    scheme, it was insolvent, and then that MSIL

3    was somehow used in connection with the

4    scheme?

5          A.   That is correct.

6          Q.   And the 75 to 80 people weren't

7    working on anything else other than those four

8    topics?

9          A.   During the time they were working

10   on this case; no, those are the topics they

11   were focusing on.

12         Q.   How much -- and then are there

13   unpaid fees that have either been billed or

14   there's unbilled dollars owed to Duff & Phelps

15   on top of the 31- or $32 million that's been

16   paid?

17         A.   I think there were two questions in

18   there.  Let me take the first one.

19              There are always unpaid bills

20   because I send a bill out that takes about 60

21   to 90 days to get paid, so there are always

22   unpaid bills.

23              And your second question was

24   whether I think there's work in process.  And

25   there currently is work in process.  Again, we

Page 154

1         BRUCE G. DUBINSKY

2  identification, as of this date.)

3      (Dubinsky Exhibit 4D, Document

4  Entitled "Exhibits to Dubinsky Expert

5  Report" was marked for identification,

6  as of this date.)

7      (Whereupon, at 2:05 p.m., the

8  Examination of this Witness was

9  concluded.)

10

11

      _____

12        BRUCE G. DUBINSKY

13

14  Subscribed and sworn to before me

15  This _____ day of _____, 2015.

16

_____

17      NOTARY PUBLIC

18

19

20

21

22

23

24

25