# EXHIBIT 6

1

1       UNITED STATES BANKRUPTCY COURT

2       SOUTHERN DISTRICT OF NEW YORK

3

4   --------------------------------x
    In Re:

5   BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
    SECURITIES LLC,                       08-01789(BRL)

6

7               Debtor.
    --------------------------------x
    IRVING H. PICARD, Trustee for the

8   Liquidation of Bernard L. Madoff
    Investment Securities LLC,

9                                         Adv.Pro.No.
                Plaintiff,                09-01182(BRL)

10

                    v.

11
    J. EZRA MERKIN, GABRIEL CAPITAL,

12  L.P., ARIEL FUND LTD., ASCOT
    PARTNERS, L.P., GABRIEL CAPITAL

13  CORPORATION,

14              Defendants.
    --------------------------------x

15
    IRVING H. PICARD, Trustee for the

16  Liquidation of Bernard L. Madoff
    Investment Securities LLC,

17                                        Adv.Pro.No.
                Plaintiff,                10-05342(BRL)

18
                    v.

19
    MAXAM ABSOLUTE RETURN FUND, L.P.,

20  et al.,
                Defendants.

21
    --------------------------------x

22

23          Deposition of ROBERT ROSENKRANZ

24              October 4, 2012

25

Robert Rosenkranz                    10/4/12                    Picard v. Merkin/Maxam

22

1          Q.          Have you had any contact with Josh

2      Nash since Mr. -- since Jack Nash's death?

3          A.          No.

4          Q.          Did you ever have any communications

5      with Jack Nash regarding BLMIS?

6          A.          No.

7          Q.          Did you ever have any communications

8      with Jack Nash regarding investments with

9      Mr. Merkin?

10          A.          No.

11          Q.          Do you know a Howard Gottlieb?

12          A.          Howard Gottlieb?

13          Q.          Yes.

14          A.          I don't believe so.

15          Q.          Do you know a Daniel Gottlieb?

16          A.          No.

17          Q.          Going back to Acorn Partners, why did

18      you found Acorn Partners?

19          A.          I was interested in an investment

20      vehicle for my own money that would be relatively

21      low risk and uncorrelated with the stock market.

22          Q.          What is Acorn Partners' investment

23      strategy?

24          A.          It's to identify a group of

25      diversified hedge funds in a variety of strategies

Robert Rosenkranz                10/4/12                Picard v. Merkin/Maxam

37

1    higher the Sharpe Ratio, the better the relationship

2    of rewards to risk.

3           Q.      Do you know if others in the

4    investment industry use Sharpe Ratio?

5           A.      Yes.  That's a standard technique.

6           Q.      How long has that been a standard

7    technique?

8           A.      A long time.

9           Q.      Since you started Acorn?

10          A.      I don't know that long, but certainly

11   the last 10 or 15 years.

12          Q.      Are you familiar with the Sortino

13   Ratio?

14          A.      Yes.

15          Q.      What's the Sortino Ratio?

16          A.      I believe that looks more at upside

17   and downside volatility separately.

18          Q.      And do you use the Sortino Ratio in

19   your evaluation of money managers?

20          A.      Not especially.

21          Q.      Why not?

22          A.      I just don't think it -- I'm not sure

23   that it gives that much relevant information.

24          Q.      Do you do any other types of

25   comparative analysis?

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

38

1      A.      Yeah, one of the things we focus on

2   is manager size.  Because I think one -- a lot of

3   track records are established with relatively small

4   assets under management, so you always have to be

5   very sensitive to the idea that they can't be

6   replicated as managers attract more assets.

7      Q.      Is that a scaleability issue?

8      A.      Yeah, that's another way of putting

9   it.

10     Q.      You mentioned earlier you look at the

11  volatility of a manager?

12     A.      Yes.

13     Q.      How do you do that?

14     A.      Well, there are volatility statistics

15  that will -- that are incorporated into the

16  calculation of the Sharpe Ratio, and so that's the

17  way you would consider volatility.

18     Q.      Why is volatility important?

19     A.      Volatility is at least one measure of

20  risk.  It's one indication, if a manager has big ups

21  and downs, it gives you a warning that he might be

22  taking excessive risk.  If you see a pattern of

23  returns that has very low volatility, it implies

24  that there's less risk.  It's not the end of the

25  inquiry but it's a sign that you're dealing with

Robert Rosenkranz                10/4/12              Picard v. Merkin/Maxam

39

1    somebody who is relatively low risk in his approach.

2          Q.        Do you know Bernie Madoff?

3          A.        I do not.

4          Q.        Have you ever heard of Bernie Madoff?

5          A.        I have.

6          Q.        When did you first become familiar

7    with the name Bernie Madoff?

8          A.        He's been a known name in the

9    financial world for at least a couple of decades.

10         Q.        What do you recall about Mr. Madoff's

11   reputation from when you first heard of Mr. Madoff?

12         A.        Well, when I first heard of him, he

13   was a market maker who would establish an

14   over-the-counter trading business that did

15   over-the-counter trading in New York Stock Exchange

16   listed stocks, and he was a pioneer in that

17   strategy, or that approach to business.

18         Q.        Did there come a point in time that

19   you learned additional information about Mr. Madoff?

20         A.        Yeah, I was aware that he --

21   subsequently, I became aware that he had -- was

22   purported to have clients for whom they ran money.

23         Q.        And when did you become aware of the

24   fact that he had clients or that he purported to run

25   money for?

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

                                                                          40

1           A.      Oh, again, at least 20 years ago.

2           Q.      Do you recall how you became familiar

3     with that fact?

4           A.      I mean, just anybody who was a

5     professional investor in hedge funds would have

6     heard of Madoff.

7           Q.      What was your understanding of

8     Mr. Madoff's reputation as a money manager?

9           A.      At what point are we talking?

10          Q.      When you first -- when you first

11    learned of him.

12          A.      I really hadn't focused much on him

13    at the beginning.

14          Q.      Was there a point in time when that

15    changed?

16          A.      Yeah.

17          Q.      When was that?

18          A.      I want to say sometime around 2002,

19    2003.  2003, give or take.  We were offered some

20    capacity in -- to invest with Madoff.  In the $100

21    million capacity, as I recall.  And at that point I

22    wanted to get serious about evaluating it.

23          Q.      In this time frame, 2002 to 2003,

24    what was your understanding of Mr. Madoff's

25    reputation?

**Robert Rosenkranz**                    **10/4/12**                    **Picard v. Merkin/Maxam**

41

1          A.        There were a lot of sophisticated

2     investors who thought he was very good, and I was

3     aware that Jack Nash had invested with him and

4     recommended him to others.

5          Q.        Did you have any conversations with

6     Mr. Nash regarding your opportunity to invest with

7     Mr. Madoff?

8          A.        No, I did not.

9          Q.        When did you know that Mr. Nash had

10    invested with Mr. Madoff?

11         A.        I don't remember exactly.  But prior

12    to that time.

13         Q.        Do you know whether or not Mr. Nash

14    ever withdrew his investments from Mr. Madoff?

15         A.        I do not know.

16         Q.        In 2002 to 2003 what was your

17    understanding of Mr. Madoff's purported investment

18    strategy?

19         A.        The strategy purported to be -- I

20    think it was described as trading in options on

21    stocks and hedging stocks versus options hedging

22    options versus indices.

23         Q.        How did you come to this

24    understanding?

25         A.        There was some descriptive

Robert Rosenkranz                    10/4/12                    Picard v. Merkin/Maxam

47

1           A.      I would say from the time we first

2    become aware of a manager to the time we pulled the

3    trigger, it would probably be several months.

4           Q.      How often does your investment

5    strategy group meet?

6           A.      Weekly, in general.

7           Q.      Why do you perform all of these

8    analyses as part of your due diligence?

9                   MR. STEINER:  Objection to form.

10          A.      You perform them because you want to

11   avoid any kind of risks that you haven't -- you want

12   to be aware of all the types of risks that you might

13   be assuming when you make an investment.  These all

14   go to risk mitigation.

15          Q.      Do you have an obligation to conduct

16   due diligence?

17          A.      I certainly think you do.

18          Q.      What's the basis for your belief?

19          A.      I mean, that's what you're charging

20   people money for.  If you're managing their money

21   and putting people's money into hedge funds, it's

22   your basic obligation, is to allocate that money

23   after reasonable diligence.

24          Q.      Mr. Rosenkrantz, I want to go back to

25   this opportunity that you had to invest with BLMIS

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

50

1                      (Exhibit Rosenkrantz-4 marked for

2        identification.)

3              Q.        Mr. Rosenkrantz, the court reporter

4        has handed you what's been marked as Rosenkrantz

5        Exhibit 4.  I apologize for the small font, but this

6        is how it was produced to us.  Let me know when

7        you've had an opportunity to review it.

8              A.        Yes.

9              Q.        Do you recognize this document?

10             A.        I do.

11             Q.        What is it?

12             A.        It is a letter that we send to our

13       investors shortly after the Madoff fraud became

14       known.

15             Q.        Do you know who wrote this document?

16             A.        I was the author of it, yes.

17             Q.        And why did you send this to your

18       investors?

19             A.        I sent it to them really for two

20       purposes.  One, to -- because anybody who was

21       investing in hedge funds at that time was concerned

22       whether you had Madoff exposure; so I wanted to

23       assure them that we did not.  But also, I wanted

24       them to kind of appreciate the quality of our due

25       diligence process.

Robert Rosenkranz                    10/4/12                Picard v. Merkin/Maxam

51

1          Q.        We're going to take some time with

2     this document.

3          A.        Sure.

4          Q.        I want to first focus your attention

5     on the second paragraph that states:  "We had

6     considered investing in a Madoff managed account,

7     and decided to pass for reasons that give a useful

8     insight into our due diligence process."

9                    Did I read that correctly?

10         A.        Yes.

11         Q.        What opportunity were you --

12    withdrawn.

13                   What were you referring to here when

14    you said, "We had considered investing in a Madoff

15    managed account"?

16         A.        Well, the form in which people

17    invested with Madoff was unlike the typical hedge

18    fund.  You had a managed account with his Madoff

19    Securities, and he would just manage the assets in

20    that account.  And so that's what this refers to.

21         Q.        Were you also referring to the 100

22    million dollar opportunity in 2002-2003?

23         A.        Yeah, that's what this refers to.

24         Q.        Okay.  And then the next paragraph

25    says:  "First, we ascertained that the description

Robert Rosenkranz                10/4/12              Picard v. Merkin/Maxam

52

1     of the strategy, purchase of large cap stocks versus

2     sale of out of the money calls, appeared to be

3     inconsistent with the pattern of returns in the

4     track record, which showed no monthly losses."

5                     Did I read that correctly?

6          A.       You did.

7          Q.       Is the description of the strategy

8     referenced here the same as what you described

9     earlier is your understanding of what Mr. Madoff's

10    strategy was?

11         A.       Yes, exactly -- essentially.

12         Q.       What do you do to determine that the

13    strategy was inconsistent with the returns?

14                  MR. STEINER:  Object to the form.

15         A.       Well, it's just -- it's in the nature

16    of any kind of option spreading strategy that there

17    will be periods of time when you lose money in

18    rapid -- you know, if the market has sharp up

19    movements or sharp down movements, you should get a

20    pattern of making money most of the time but losing

21    money occasionally.  You just weren't seeing that

22    pattern here.  So it made me wonder whether the

23    description accurately reflected what he was doing.

24         Q.       The next paragraph says:  "Second, we

25    persuaded a Madoff investor to share with us several

Robert Rosenkranz                    10/4/12                    Picard v. Merkin/Maxam

53

1                         CONFIDENTIAL PORTION

2      months of his account statements with Madoff.  These

3      revealed a pattern of purchases at or close to daily

4      lows and sales at or close to daily highs, which is

5      virtually impossible to achieve.  Moreover, the

6      trading volumes reflected in the account, projected

7      to reflect his account's share Madoff's purported

8      assets under management at the time, were vastly in

9      excess of actually reported trading volumes."

10                     Did I read that correctly?

11          A.        You did.

12          Q.        Who is the investor that shared his

13     account statements with you?

14          A.        I'll answer that question, but I'd

15     like that to be kept in confidence.

16                     MR. BLOCKER:  Brian, I'm going to

17     designate your question and his answer as

18     confidential pursuant to section 6 of the protective

19     order, but if you want a clean record, you can ask

20     it again but it will be under the confidentiality

21     order.

22                     MR. SONG:  Sure.

23     

24     

25

Robert Rosenkranz                    10/4/12                    Picard v. Merkin/Maxam

54

1                      CONFIDENTIAL PORTION

2        ████████████████████

3                  MR. BLOCKER:  And just so the record

4    is clear again, the last question and the answer I'm

5    designating as confidential.

6                  MR. SONG:  May want to designate this

7    portion confidential.

8                  MR. BLOCKER:  I'm going to designate

9    every question that relates to this as confidential.

10                 MR. STEINER:  And I think the

11   protective order procedure, maybe someone on that

12   side of the table can correct me if I'm wrong, I

13   think the protective order procedure provides that

14   there's a period of time where the entire transcript

15   is confidential.

16                 MR. BLOCKER:  I understand that.

17                 MR. STEINER:  And then you can --

18                 MR. BLOCKER:  I understand that.  I'm

19   just doing it now in an abundance of caution.

20   BY MR. SONG:

21        Q.       What types of documents did ████████

22   share with you?

23        A.       He shared with us several months of

24   account statements that included records of every

25   transaction that took place during those months.

BENDISH REPORTING, INC.
877.404.2193

**Robert Rosenkranz**                    **10/4/12**                    **Picard v. Merkin/Maxam**

55

```
 1                    CONFIDENTIAL PORTION

 2          Q.        Did he share any trade confirmations

 3   with you?

 4          A.        Yes.

 5          Q.        Did he share any other documents with

 6   you?

 7          A.        Well, it was the monthly statement

 8   and trade confirmations.

 9          Q.        When did you first meet ███████?

10          A.        ████████████████████

11          Q.        Do you know how ████████ was

12   invested with Mr. Madoff?

13          A.        I believe he was invested personally.

14   Strike that.  I'm not sure.

15          Q.        Do you know what ████████████

16   ██████ is?

17          A.        It's an affiliate of █████████.

18          Q.        Do you know who ████████ is?

19          A.        Yes.

20          Q.        Who is ██████████?

21          A.        ████████████ ██████

22          Q.        Do you recall how many months of

23   statements and confirmations you received from

24   ████████?

25          A.        I think it was three or four.
```

Robert Rosenkranz                10/4/12                Picard v. Merkin/Maxam

56

1                      CONFIDENTIAL PORTION

2          Q.       Do you recall what the years were?

3          A.       I don't, but I think they were quite

4    recent statements.  So if this was 2003, it would

5    have been maybe 2003 statements.

6          Q.       And after you received the account

7    documents from ████████, what did you do with them?

8          A.       Well, it was a stack literally this

9    high (indicating) for three months.  And I --

10   initially I was going to ask our accounting staff to

11   kind of review them, but then I thought, let me just

12   do something quick and dirty myself.  So I picked 10

13   or 12 confirmation slips out at random from this

14   huge stack, and looked at those individual trades,

15   and what I found was what I describe here, that the

16   trades that reflected purchases were purchasing at

17   or near the lows of the day; the trades that

18   reflected sales were sales at or near the highs of

19   the day.  And that was extraordinarily -- I mean,

20   there's just no way you can be systematically buying

21   at lows and selling at highs, so that made me

22   extremely suspicious.

23         Q.       And how did you make the

24   determination that they were purchasing or selling

25   at low -- purchasing at the lows of the day and

57

1                       CONFIDENTIAL PORTION

2      selling at the highs of the day?

3              A.        You just look up Bloomberg trading

4      for that day.

5              Q.        Is that what you did?

6              A.        Yes.

7              Q.        Are you familiar with the term VWAP?

8              A.        Yes.

9              Q.        What is VWAP?

10             A.        Volume weighted average price.

11             Q.        What does volume weighted average

12     price mean?  What is it used for?

13             A.        It's a measure of how well you've

14     bought and sold stocks during the course of the day.

15     So, there are prices at which the shares trade in

16     the course of the day.  There's a certain volume of

17     shares traded at each of those prices.  If you

18     weight the prices by the volume, you would get

19     volume weighted average price.  And that's a -- it's

20     a number that's used to, you know, if you're buying

21     securities, you expect you're going to pay a little

22     bit more than VWAP.  If you're selling, you expect

23     you're going to pay a little bit less, or receive a

24     little bit less.  But it's kind of used to measure

25     the efficiency of your executions.

58

1                        CONFIDENTIAL PORTION

2          Q.        And did you compare ████████

3    trading record against VWAP?

4          A.        No.

5          Q.        Do you have an opinion based on what

6    you saw from trading confirms that you reviewed as

7    to what ████████      trading records would have been

8    against VWAP?

9                    MR. STEINER:  Objection to form.

10         A.        Well, sure.  If you bought everything

11   at the lows and you sold at the highs, you would

12   have done much better than VWAP.

13         Q.        Is that statistically possible?

14                   MR. STEINER:  Objection to form.

15         A.        I mean, it's possible, it's possible

16   you can buy a stock at the low and it's possible you

17   can sell it at the high.  But can you do that ten

18   times in a row or a hundred times in a row?  I mean,

19   I don't think it's possible.

20         Q.        Have you ever seen anybody

21   consistently beat VWAP?

22         A.        I think you might -- a professional

23   trade -- I mean, there are trading strategies that

24   could beat VWAP by a tiny amount consistently.

25         Q.        Other than looking at the Bloomberg

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

59

1                    CONFIDENTIAL PORTION

2      Terminal, did you do anything else to analyze

3      ███████    account statements?

4           A.        That's really all you needed to do.

5           Q.        Do you know if Bloomberg Terminals

6      are commonly used by investment professionals?

7           A.        Yes, I believe they are.

8           Q.        Do you know of a single reputable

9      investment manager that doesn't have access to a

10     Bloomberg Terminal?

11                    MR. HAN:  Objection.

12                    MR. STEINER:  Objection to form.

13          A.        No.  I think they're in universal

14     use.

15          Q.        You said in this paragraph that the

16     trading volumes reflected in the account were vastly

17     in excess of the actually reported trading volumes.

18     Again, how did you make that determination?

19          A.        Well, again the Bloomberg Terminal

20     will tell you how many shares are traded in a day.

21     So, as an example, let's say ██████ confirmation

22     showed that he purchased 5,000 shares of General

23     Motors at 24 dollars and maybe that was very close

24     to the low of the day, and maybe there was 5,000

25     shares traded that day, at that price, or ten

60

CONFIDENTIAL PORTION

1
2    thousand, let's say.  But, ████ is 20 million --
3    this was a 20 million dollar account at a time when
4    somebody -- when Madoff was purportedly running 20
5    billion.  So, yeah, the account statements I saw
6    showed prices and volumes that were consistent with
7    what was on Bloomberg, but you couldn't multiply it
8    by a thousand.
9         Q.        What was the basis for your belief
10   that Mr. Madoff was managing $20 billion?
11        A.        That was sort of the, sort of general
12   common knowledge in the industry.
13        Q.        Is that information that you received
14   from or during this opportunity to invest with
15   Mr. Madoff?
16        A.        I would have known that before.
17        Q.        Did you come to any other conclusions
18   as a result of your review from ████████
19   statements and confirms?
20                  MR. STEINER:  Object to the form.
21        A.        Well, it made me very -- I mean, it
22   just didn't seem -- those statements just didn't
23   seem credible.  I couldn't fathom what -- how it was
24   possible or, frankly, it seemed to me like it was --
25   the conclusion I came to was that this was very

61

CONFIDENTIAL PORTION

1

2    likely to just be an operation that was printing

3    confirmation slips, as opposed to reflecting actual

4    real world trades.

5          Q.        Did you also review the options

6    trading volume in █████████  statements?

7          A.        I don't recall whether I did that.

8          Q.        And how long did you spend reviewing

9    ████████  account statements and confirms?

10         A.        Took no more than a couple of hours.

11         Q.        The fifth paragraph in your email

12   says:  "Third, we noted that Madoff operated through

13   managed accounts, rather than by setting up a hedge

14   fund of his own.  That was suspicious inasmuch as

15   hedge fund fees are typically much higher than the

16   brokerage commissions Madoff was meant to be

17   charging.  We suspected the requirements for annual

18   hedge fund audits was the reason he wanted to avoid

19   that approach.  We knew that when his clients are

20   audited, their auditors simply look at the account

21   statements and transaction reports generated by the

22   brokerage firm.  They don't investigate the books of

23   the brokerage firm itself."

24              Did I read that correctly?

25         A.     You did.

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

                                                                            62

1                           CONFIDENTIAL PORTION

2          Q.        How did you note that Mr. Madoff

3    operated through managed accounts?

4          A.        Again, that was common knowledge.

5          Q.        And why -- what is the basis for your

6    belief that setting up his own hedge fund would have

7    been more favorable?

8                    MR. STEINER:  Objection to form.

9          A.        Well, hedge fund fees at that point

10   were typically two percent of assets under

11   management, plus 20 percent of profits, which is a

12   much bigger, much larger amount of money than what a

13   market maker could make, or at least I thought it

14   would be.

15         Q.        And how did you know what

16   Mr. Madoff's compensation would be?

17         A.        I didn't know for sure.  It was just

18   kind of an educated guess.

19         Q.        Do you know whether or not Mr. Madoff

20   charged an investment advisory fee?

21         A.        We never got so far as to really see

22   what the advisor relationship would have been with

23   them.

24         Q.        Is there anything else regarding

25   Mr. Madoff's compensation arrangement that struck

63

1                    CONFIDENTIAL PORTION

2    you as suspicious?

3                    MR. STEINER:  Objection to the form.

4                    MR. HAN:  Objection.

5         A.        Well, it wasn't so much the

6    compensation arrangement that was suspicious.  It

7    was just the form.  I mean, why would you want to

8    have hundreds of separate managed accounts to worry

9    about, when you could roll everything into one, have

10   a single hedge fund and probably make a lot more

11   money with a lot less administrative hassle.  It was

12   pretty unusual for people to even want to do managed

13   accounts, no less somebody running a large -- that

14   kind of money that successfully.

15        Q.        Do you know how many -- at the time

16   in 2003, did you know how many managed accounts

17   Mr. Madoff purportedly had?

18        A.        No, but I mean, if you took -- I

19   mean, ████████████ account was around 20 million,

20   and that had to be, I would have imagined that that

21   was bigger than average.  So that would imply more

22   than a thousand.

23        Q.        Did you have any conversations with

24   ██████████ about the number of managed accounts at

25   BLMIS?

Robert Rosenkranz                10/4/12              Picard v. Merkin/Maxam

64

1                    CONFIDENTIAL PORTION

2          A.        No.

3          Q.        Did you have any conversations with

4    ████████   regarding other investors in BLMIS?

5          A.        I don't recall, no.

6          Q.        Can you explain to me what you meant

7    when you said, "We suspected the requirement for

8    annual hedge fund audits was the reason he wanted to

9    avoid that approach"?

10         A.        Yeah.  I mean, if you -- if you have

11   a hedge fund, your auditor is going to want to see

12   that you have all of the securities that you -- you

13   know, your books will reflect certain security

14   positions, and the way the auditor will try to

15   confirm that you actually have those security

16   positions is by asking your broker.  So if you have

17   a brokerage account with Goldman Sachs, they'll say,

18   Goldman, do you have -- the client says he has XYZ,

19   can you confirm that, and Goldman will confirm it

20   and that's the end of the inquiry.  They'd never

21   think to go beyond that to look at Goldman's books.

22               So, similarly, if you're running a

23   managed account, let's say we had opened a managed

24   account, our auditors looked at the performance of

25   that managed account, they'd ask Madoff Securities,

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

65

1                          CONFIDENTIAL PORTION

2       do you -- can you confirm these balances?  And of

3       course Madoff Securities would say, yeah.  But our

4       auditors wouldn't go beyond the Madoff Securities --

5       they wouldn't try to audit Madoff Securities, just

6       as they wouldn't audit Goldman Sachs, if you had an

7       account with Goldman Sachs.  So it kind of stopped

8       the inquiry at the level of Madoff Securities.  It

9       wouldn't go beyond that.

10           Q.        When did you reach -- when did you

11      reach this conclusion regarding the auditors?

12                     MR. STEINER:  Objection to the form.

13           A.        And I don't quite understand the

14      question.

15           Q.        Sure.  Let me rephrase.

16                     Did you come to this conclusion in

17      2002?

18                     MR. STEINER:  Objection to form.

19           A.        This conclusion meaning the

20      suspicion.

21           Q.        Your suspicion regarding the

22      annual -- the requirement for annual hedge fund

23      audits.

24           A.        Well, it was -- yes, it was a

25      suspicion that I came to at the time as opposed to a

Robert Rosenkranz                    10/4/12                    Picard v. Merkin/Maxam

66

1                        CONFIDENTIAL PORTION

2     conclusion, but, yes, it was all part and parcel of

3     the -- of our due diligence on Madoff.

4          Q.        The next paragraph in the email says:

5     "Fourth, although brokerage firms are required to

6     provide annual audit reports, the investor appeared

7     not to have any --" I'm sorry, "not to have received

8     any.  With considerable perseverance, we obtained

9     audit reports filed with the SEC which were prepared

10    by an utterly obscure accounting firm located in

11    Rockland County, New York."

12                   Did I read that correctly?

13         A.        You did.

14         Q.        You stated that brokerage firms are

15    required to provide annual audit reports.  Why did

16    you expect ████████ to have a copy of the annual

17    audit report?

18         A.        Because as a client of that brokerage

19    firm he should have received one in the ordinary

20    course, and would have filed it.  Again, just

21    ordinary course of business.

22         Q.        And how did you obtain the audit

23    reports?

24         A.        We had a law firm actually get it for

25    us from the SEC.  I'm not exactly sure how they did

67

1                    CONFIDENTIAL PORTION
2    it, but it was an SEC filing and they were able to
3    obtain it.
4          Q.        Do you know if these reports are also
5    referred to as focus reports?
6          A.        I don't think it's the same thing.
7          Q.        Did you know that Mr. Madoff's
8    auditor was called Friehling & Horowitz?
9          A.        I mean, I don't remember the specific
10   name of the firm, but it was a firm that struck me
11   as very obscure.
12         Q.        When did you discover the identity of
13   Mr. Madoff's --
14         A.        When I got the audit report.
15         Q.        And what did you do -- how did you
16   discover it?  How did you discover that it was an
17   obscure accounting firm located in Rockland County,
18   New York?
19                   MR. STEINER:  Object to the form.
20         A.        It would have said on the report,
21   this is a report -- standard audit report says the
22   name of the auditor that prepared it, and in this
23   case it was a firm that I had never heard of that
24   had an address in some shopping mall in Rockland
25   County.

Robert Rosenkranz                  10/4/12          Picard v. Merkin/Maxam

68

1                          CONFIDENTIAL PORTION

2          Q.        Did you try to contact the firm?

3           A.       No.

4          Q.        Were you aware that the firm was a

5    three-person accounting firm?

6           A.        I was aware that it was a very small

7    firm.  I didn't know the exact size.

8          Q.        Why were you surprised that a small

9    firm was auditing Mr. Madoff?

10          A.        It would just be an unusual choice

11   for a pretty substantial business to pick a firm

12   that's that small.  I mean, almost any other company

13   I've ever looked at in the investment world is using

14   one of maybe seven or eight firms.  The Big Five or

15   Big Eight, it's gotten smaller and smaller, but

16   there's a relatively small handful of firms that 99

17   percent of investment operations rely on, and this

18   was certainly not one of them.

19          Q.        The next paragraph in the email says:

20   "Fifth, we reviewed the audit report itself which

21   showed no evidence of customer activity whatsoever,

22   neither accounts payables to or accounts receivable

23   from customers.  They appeared to be the reports of

24   a market maker, not of a firm that at the time was

25   meant to have some 20 billion dollars of customer

Robert Rosenkranz                    10/4/12              Picard v. Merkin/Maxam

69

1                    CONFIDENTIAL PORTION

2       accounts."

3                    Did I read that correctly?

4            A.      You did.

5            Q.      What did you expect to see in the

6       customer -- for customer activity in the audit

7       report that you reviewed?

8                    MR. STEINER:  Object to the form.

9            A.      Well, this is just -- the face of an

10      audited statement of an investment firm, if you're

11      trading on behalf of clients, if you have clients

12      you have amounts receivable from your clients for

13      securities they purchased, you have amounts payable

14      to your clients for securities they sold.  You're

15      always going to see items on the balance sheet of

16      due to clients, due from clients.  It's just a

17      standard item you would expect to see on any -- on

18      the audited report of any firm that had clients.

19      And the fact that there were absolutely none here

20      was just shocking.  I mean it, to me, was -- I mean,

21      I was highly suspicious before that, but if you had

22      numbers of any kind on the statement, you wouldn't

23      know whether those numbers were accurate or not.

24      But seeing that there was no evidence whatsoever of

25      customer activity, that to me made it just

Robert Rosenkranz                10/4/12                Picard v. Merkin/Maxam

70

1                    CONFIDENTIAL PORTION

2       extraordinarily highly likely that there was -- that

3       my first surmise, which is that all of these

4       confirmation slips and account statements were just

5       the product of a printing process as opposed to real

6       transactions on the books of a firm, was sort of

7       proven or proven to at least a high probability by

8       looking at this and seeing that there simply was no

9       evidence of customer activity.

10          Q.       Do you recall when you reviewed the

11      audited financials in relation to your review of

12      ████████    statements and confirms?

13          A.       Yeah.  It took a couple of months.

14      It took a lot of perseverance to get these

15      statements and I think it was a three or four-month

16      process, perhaps.

17          Q.       Are you aware that Mr. Madoff was

18      supposedly liquidating his positions and moving to a

19      money market at the end of every quarter?

20              MR. HAN:  Objection.

21          A.       No.

22          Q.       If this was in fact the case, that he

23      was moving into a money market at the end of every

24      quarter, would that explain why there was no

25      customer activity?

71

```
 1                    CONFIDENTIAL PORTION

 2                    MR. HAN:  Objection.

 3                    MR. STEINER:  Objection to form.

 4          A.       I don't think it would have.

 5          Q.       Does the fact that Mr. Madoff

 6    supposedly went to cash or went to a money market at

 7    the end of a quarter raise any other concerns for

 8    you?

 9                    MR. STEINER:  Objection to form.

10          A.       Well, I wasn't aware of -- I wasn't

11    aware of that, actually.  Can't really comment on

12    it.

13          Q.       So the five items, the five

14    paragraphs that are listed in your email that we

15    just went over, did you reach these -- did you come

16    to these opinions in connection with your due

17    diligence in 2003?

18          A.       Yes.

19          Q.       The last paragraph of this email

20    says:  "Taken together, these were not merely

21    warning lights but a smoking gun, and the only

22    plausible explanation we can conceive was that the

23    account statements and trade confirmations were not

24    bona fide, but were generated as part of some sort

25    of fraudulent or improper activity."
```

72

1                    CONFIDENTIAL PORTION

2                    Did I read that correctly?

3         A.        You did.

4         Q.        And did you reach this conclusion in

5    2003?

6                    MR. STEINER:  Object to the form.

7         A.        Yes.  I believe it was 2003, but yes.

8         Q.        At the time of your investment

9    opportunity with Mr. Madoff?

10        A.        Yes.

11        Q.        Did you ever ask to conduct a site

12   visit at BLMIS?

13        A.        No.

14        Q.        How long after you completed your due

15   diligence review that you described did it take you

16   to make a decision as to whether or not to invest?

17        A.        Well, we were -- I mean, I had pretty

18   much decided not to invest right at point 1 where I

19   thought that the track record was inconsistent with

20   the description, but the track record was so

21   alluring, I mean, he was making, at least the

22   statements seemed to suggest, around one percent a

23   month returns for years and years without a down

24   month and I thought it was at least possible that he

25   was doing something that was really brilliant that

Robert Rosenkranz                 10/4/12           Picard v. Merkin/Maxam

73

1                      CONFIDENTIAL PORTION

2      the market hadn't figured out, that the returns were

3      legitimate, and I wanted to see if I could figure

4      out what he was doing.  Which is why I pursued it.

5      But I mean, I had skepticism right from the

6      beginning, but I thought maybe there's -- maybe he's

7      giving kind of a misleading description in order to

8      protect something brilliant and proprietary.  So

9      that was my sort of first thought.  And I was trying

10     to see what that brilliant proprietary thing was,

11     and then came to the conclusion that in fact it was

12     fraudulent.

13          Q.      You earlier described your due

14     diligence process for Acorn's other investments.

15     Why didn't you implement those types of due

16     diligence techniques when evaluating Mr. Madoff?

17                  MR. STEINER:  Objection to the form.

18          A.      I'd appreciate more specificity.

19     What do you mean?

20          Q.      Sure.  You were talking about

21     earlier, for example having Ms. Fleming's group

22     conduct operational due diligence.  Why didn't you

23     have a similar due diligence process when evaluating

24     Mr. Madoff's?

25          A.      Well, if I recall correctly, Dick had

**Robert Rosenkranz**                    **10/4/12**                    **Picard v. Merkin/Maxam**

145

1          A.        I don't believe so.

2                    MR. HAN:  Thank you, Mr. Rosenkranz.

3     That's all I have.

4                    THE WITNESS:  Okay.

5                    THE VIDEOGRAPHER:  Going off the

6     record, the time is 1:31.

7                    (Deposition concluded 1:31 p.m.)

8                              -o0o-

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25