# EXHIBIT 14

Page 1

1        CONFIDENTIAL - MATTHEW GREENBLATT

2          UNITED STATES DISTRICT COURT

3         SOUTHERN DISTRICT OF NEW YORK

4    --------------------------------x

     In re:                         SIPA LIQUIDATION
5

     BERNARD L. MADOFF INVESTMENT    No. 08-01789(BRL)
6    SECURITIES LLC,

7                                    (Substantively
                                     Consolidated)

8              Debtor.

     --------------------------------x

9    IRVING H. PICARD, Trustee of the
     Liquidation of Bernard L. Madoff
10   Investment Securities LLC,

11             Plaintiff,

                                     Adv. Pro. No.
12        vs.                        09-01182(BRL)

13   J. EZRA MERKIN, GABRIEL
     CAPITAL, L.P., ARIEL FUND LTD.,
14   ASCOT PARTNERS, L.P., GABRIEL
     CAPITAL CORPORATION,

15

               Defendants.
16   --------------------------------x

17            ***CONFIDENTIAL***

18   VIDEOTAPED DEPOSITION OF MATTHEW GREENBLATT

19            New York, New York

20            August 17, 2015

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 96625

1            CONFIDENTIAL - MATTHEW GREENBLATT

2    the IRS were necessitated by fictitious activity

3    in the accounts?

4            MR. SONG:  Object to the form.

5       A.    I would say yes.

6       Q.    And those tax payments were not made

7    at the request of account holders, correct?

8            MR. SONG:  Object to the form.

9       A.    I don't know whether or not they ever

10   said, "Pay them on my behalf or not."  The

11   calculation, though, goes to the books and

12   records and a reconstruction of the items on the

13   books and records as to what transactions

14   actually transpired with respect to cash and

15   principal.  So those payments were made on

16   behalf of account holders by BLMIS and,

17   therefore, have been concluded were reductions

18   of their principal.

19      Q.    And you're not offering an opinion as

20   to the appropriateness of deductions of the tax

21   payments from the net equity; that was

22   determined by counsel, right?

23           MR. SONG:  Object to the form.

24      A.    As I said before, the net equity

25   determinations are essentially a legal

CONFIDENTIAL - MATTHEW GREENBLATT

1    conclusion, and from the very beginning, I was

2    asked by counsel to the trustee to identify cash

3    and principal transactions and to apply this

4    methodology of inflows and outflows.

5        Q.    You're not offering an opinion as to

6    the appropriateness of that methodology,

7    correct?

8        A.    That's correct.

9        Q.    Was there any other analysis that you

10   had done that was altered before -- before

11   issuing your final reports?

12           MR. SONG:  Object to the form.

13       A.    I don't think -- I can't think of any,

14   no.

15       Q.    Are you being compensated for your

16   time spent on the Merkin and Madoff cases?

17       A.    Yes.

18       Q.    How are you being compensated?

19       A.    Me, personally, or my firm?

20       Q.    How are you personally being

21   compensated?

22       A.    I draw a salary and bonus over time.

23       Q.    How is the amount of your bonus

24   determined?

1                BRUCE G. DUBINSKY

2    the fraud; it's going in and objectively

3    looking at the facts and circumstances of a

4    situation and then determining whether or not

5    fraud existed; or if there's evidence to show

6    that it's not fraud, to conclude that there

7    wasn't fraud.

8        Q.   And -- and in every instance it

9    starts with the premise that you have to

10   believe that there's a fraud; is that right?

11       A.   Yes.  And I think that from the

12   standpoint it makes sense because if there's

13   not evidence or -- or some sort of allegation

14   of fraud inquiry, why would I be doing an

15   investigation.  I think the ACFE, when they

16   put that in their ethics, wanted to make sure

17   its members weren't on just a fishing

18   expedition, but were doing work that was

19   focused on there was some allegation of fraud.

20       Q.   So you don't, for example, pull

21   some random sampling of situations and say,

22   let me see whether there's fraud in any of

23   them or what percentage of cases there's

24   fraud, you start from there's some allegation

25   of fraud and see if you can prove it?

1          BRUCE G. DUBINSKY

2          MS. KOSACK:  Object to form.

3      A.   Yeah, I didn't understand your

4  question.  It sounded like you were talking

5  about sampling or some sort of research.

6      Q.   Sure.  I take it you never start

7  from the kind of neutral hypothesis of I'm

8  going to take ten companies or ten investment

9  advisers and investigate whether there's any

10  fraud at any of them; you start -- you always

11  start from the premise of I believe that

12  there's fraud at this particular one, let me

13  see what I can prove?

14      A.   As to me, I've never been hired in

15  the -- the former example you gave; I've

16  always been hired when a client believes there

17  was some problem and then I'm hired.

18      Q.   And I take it it is your belief

19  that most fraud is uncovered as a result of

20  some confession or some whistleblower and

21  not -- well, strike.

22          That -- that most fraud is

23  uncovered as a result of either a confession

24  by the perpetrator or some whistleblower; is

25  that right?

CONFIDENTIAL - MATTHEW GREENBLATT

1

2          We have identified all of those line

3    items where funds were attempted to be

4    transferred from one to the other, and then we

5    look at how much principal was available in the

6    account at the time of that transfer and move

7    over only those funds up to the balance of

8    principal available in the transferor's account

9    at the time.

10       Q.     What about the transfer of securities

11   between BLMIS accounts, did you factor that into

12   the principal balance calculation?

13       A.     Those have all been reviewed and

14   considered, but as the fictitious trading has

15   been identified within Madoff, the securities

16   were not actually purchased, no securities

17   actually existed, so the securities could not be

18   moved from one account to another because they

19   didn't exist.  So those have all been considered

20   and excluded from the calculation.

21       Q.     And did you make the determination to

22   exclude the transfer of securities between BLMIS

23   accounts?

24       A.     It was not my decision to be made.  It

25   was part of the methodology that the trustee and

1          CONFIDENTIAL - MATTHEW GREENBLATT

2    his team had determined was the appropriate

3    method with which to calculate the net equity

4    balances.

5              So I identified all of those instances

6    of inter-account transfers of funds and

7    identified principal available in everybody's

8    account, and I identified all the instances of

9    transfers of reportedly held but fictitious

10   securities; and the decision was made that the

11   fictitious trading activity and the fictitious

12   securities, any fictitious gains generated, all

13   of the fictitious activity couldn't be moved

14   from one account to another, and only funds in

15   the form of principal could be moved in the

16   inter-account transfers.

17       Q.    And you're not offering any opinion as

18   to the appropriateness of excluding the transfer

19   of securities between BLMIS accounts, correct?

20       A.    It calls for a legal conclusion, so

21   all I'm offering is the calculation of the

22   methodology that accounts only for principal.

23       Q.    Did you ever discuss factoring in the

24   transfer of securities between BLMIS accounts

25   into your principal balance calculation?

Page 62

CONFIDENTIAL - MATTHEW GREENBLATT

1

2   A.   I performed the calculation where it

3  was determined that the appropriate method to

4  calculate net equity or determine net equity was

5  to account for all actual cash and principal

6  transactions on the face of the BLMIS documents

7  on the books and records that we were

8  reconstructing in an effort to calculate the

9  reality of the Madoff situation and to disallow

10  any of the fictitious trading activity.

11   Q.   You're the expert who signed these

12  reports, correct?

13   A.   Yes.

14   Q.   And as the expert, you made the

15  determination to exclude those transactions from

16  the principal balance calculation, correct?

17   MR. SONG:  Object to the form.  Asked

18   and answered.

19   A.   I don't agree with that, no.

20   Q.   Where in your report do you say that

21  you're excluding the transfer of securities

22  between BLMIS accounts from your principal

23  balance calculation?

24   A.   It's captured in paragraph 18, where

25  it says, "The principal balance calculation does

1      CONFIDENTIAL - MATTHEW GREENBLATT

2    not include trading activity reflected on

3    customer statements.  At the direction of

4    Trustee's counsel, no credit is given or removed

5    for gains or losses resulting from trades

6    reflected on customer statements."

7        Q.    Is the transfer of securities from one

8    BLMIS account to another a trade?

9              MR. SONG:  Object to the form.

10       A.    No, I wouldn't call it a trade.

11       Q.    So where in your report do you say

12   that you're excluding the transfers of

13   securities between BLMIS accounts from your

14   principal balance calculation?

15       A.    It's implied in that sentence.  It

16   doesn't use the words, but the principal balance

17   calculation doesn't include the trading

18   activity.  The direction I was provided was to

19   prepare a calculation based on the inflows and

20   the outflows that are in paragraph 17 and to not

21   give any credit to any of the fictitiously

22   purchased securities or any of the fictitious

23   gains from fictitious sales of securities or any

24   of that related trading activity.

25              So, in situations where securities

1          CONFIDENTIAL - MATTHEW GREENBLATT

2     that don't exist are attempted to be moved from

3     Account A to Account B, the principal that

4     exists in an account is not ignored; it's left

5     in the transfer -- the principal is left in the

6     transferor's account because the securities

7     can't be moved.

8          Q.    Paragraph 17 says you considered

9     non-cash deposits, correct?

10         A.    It says that, yes.

11         Q.    Is a security that's being transferred

12    from one BLMIS to another a non-cash deposit of

13    principal?

14         A.    In certain cases, yes.  There are

15    instances where BLMIS customers deposited real

16    bonds or real securities from other brokerage

17    accounts, and those were granted as principal to

18    those account holders because they represented

19    real non-cash deposits.

20              The fictitiously reported purchases of

21    securities are treated differently because the

22    fictitious trading never took place, so the

23    securities listed on the vast majority of

24    customer statements that were falsely reported

25    as purchased, those securities never existed,

1      CONFIDENTIAL - MATTHEW GREENBLATT

2   BLMIS never had custody of those shares, and

3   therefore, those shares couldn't be moved from

4   Account A to Account B.

5      Q.    When cash was transferred from one

6   BLMIS account to another, was there actual cash

7   being transferred?

8      A.    And I never used the word "cash" being

9   transferred because, no, cash was not

10   transferred in inter-account transfers.  It was

11   a book entry, where liquid --

12   liquidly-available-looking funds were moved, but

13   no cash ever changed hands.

14      Q.    So it was just a book entry that you

15   included in your principal balance calculation?

16      A.    For the inter-account transfers?

17   Question mark.

18      Q.    Yes, for the inter-account transfers,

19   it was just a book entry that you included in

20   your principal balance calculation, correct?

21      A.    Those inter-account transfers that are

22   reflected in the principal balance calculation

23   are book entries made to move funds from one

24   account to another, and then the analysis that I

25   described earlier was put on each one of those.

Page 66

CONFIDENTIAL - MATTHEW GREENBLATT

1

2    Q.    And did the cash reflected in those

3    book entries actually exist?

4         MR. SONG:  Object to the form.

5    A.    They weren't cash transactions.

6    Q.    What do you mean by that?

7    A.    No cash changed hands.  If he

8    transferred funds from Account A to Account B,

9    there was never any cash that changed hands.

10   Only movements in a customer's account related

11   to those funds, and for that we looked to see

12   whether or not actual principal existed, not

13   cash.

14   Q.    And when securities were traded

15   between BLMIS accounts, those were just book

16   entries too, right?

17        MR. SONG:  Object to the form.

18   A.    I don't understand what you mean by

19   "when securities were traded between accounts."

20   Q.    I apologize.

21        When the customer statements showed

22   securities being transferred from one BLMIS

23   account to another, do you know whether there

24   were -- those securities actually existed?

25   A.    Well, I'll first say that, in most of

CONFIDENTIAL - MATTHEW GREENBLATT

1    those transactions, they didn't show that they

2    were being transferred.  The customer statements

3    usually reflected delivery on one end and

4    receipt on the other end, and those securities

5    did not exist.  So delivery could not have

6    happened and, therefore, receipt could not have

7    happened.

8         Q.    Just like the cash transferred between

9    BLMIS accounts didn't actually exist, correct?

10        A.    But it's not reported as cash.

11             MR. SONG:  Object to the form.

12        Q.    So the book entries are just a symbol

13   of the cash -- of cash being transferred from

14   one BLMIS account to another, correct?

15             MR. SONG:  Object to the form.

16        A.    I don't use the word "cash" in that

17   description in any way.  It's -- it's value or

18   funds available in an account, but no cash ever

19   changes hands on these inter-account transfers.

20        Q.    Did the transferor of securities from

21   one BLMIS account to another believe that they

22   have transfer value?

23             MR. SONG:  Object to the form.

24        A.    I don't know in those situations the

CONFIDENTIAL - MATTHEW GREENBLATT

1    calcu- -- my report and the calculation that I

2    prepared doesn't factor in what the account

3    holders knew or should have known.

4        Q.    If the owner of one BLMIS account had

5    transferred all of the securities in that

6    account to another BLMIS account, could the

7    owner then have withdrawn anything from that

8    account, assuming there was no cash in the

9    account?

10        MR. SONG:  Object to the form.

11        A.    Yeah, I'm going to need you to do that

12   again.  When you say the "owner," are you still

13   referring to the transferor?

14        Q.    Yes.

15        A.    So could you repeat that?  So if the

16   transferor?

17        Q.    Let's say someone owns a BLMIS

18   account, it has some securities and no cash, and

19   that person transfers all of the securities to

20   another BLMIS account.  After that transfer

21   occurs, can that person then withdraw value from

22   his or her BLMIS account?

23        MR. SONG:  Object to the form.

24        A.    It's a more complicated question

1          CONFIDENTIAL - MATTHEW GREENBLATT

2     the transferor of those securities now claim

3     that he or she has a principal balance in that

4     account?

5          A.     In that same situation, we have to --

6     there's multiple factors.  Did they have valid

7     principal in the account?  Because the

8     securities held is not directly --

9          Q.     Assume they had -- sorry.

10         A.     -- reconcilable to the principal

11    available in an account, so we need a few more

12    variables filled in.

13         Q.     Assuming they had principal balance

14    equivalent to the securities transferred outside

15    of the account, can that transferor then claim a

16    principal balance?

17         A.     The transferor, in that situation,

18    yes, because the principal stays with the

19    transferor's account.  If a fictitious security

20    is moved from A to B, and that security never

21    existed, can't be delivered and can't be

22    received by the transferee, the principal

23    remains in the transferor's account and can be

24    drawn down.

25         Q.     And it's your expert opinion that

1          CONFIDENTIAL - MATTHEW GREENBLATT

2    Account A to Account B.

3          Q.    And you think even though the result

4    of that is that someone who believes they have

5    transferred all of the securities out of their

6    account then has a principal balance left in the

7    account?

8          MR. SONG:  Object to the form.

9          A.    If I understood the question correct,

10   I would say yes, because the transferor

11   shouldn't be punished by a transfer that didn't

12   exist and couldn't have taken place.  So the

13   principal still exists within the four walls of

14   the BLMIS estate, but it still belongs to the

15   transferor.

16         Q.    But what about the transferee; is it

17   appropriate that, although the transferor

18   intended to transfer everything in their account

19   to the transferee, the transferee then has no

20   principal balance as a result?

21         MR. SONG:  Object to the form.

22         A.    The calculation itself doesn't factor

23   in any account holder's intent in any

24   transaction.  So I don't think that that is any

25   different than those situations where funds are

1               BRUCE G. DUBINSKY

2    representing to me on the record and for

3    purposes of your questions, I'll assume it is,

4    but I don't know.

5         Q.   And do you have appendices in your

6    binders that are in front of you somewhere?

7         A.   I don't think the appendices -- let

8    me see.  Let me check one other place.  No,

9    these don't have the appendix.  They would

10   have been attached as part of the report.

11        Q.   Well, I will represent to you that

12   this, to the best of my knowledge, is

13   Exhibit B that was from the report produced by

14   the -- or sent to us by the trustee, but

15   attached to your report that's Exhibit 1.

16        A.   Okay.

17        Q.   And is this -- you said that you

18   had provided a detailed list of the documents

19   that you considered.  Assuming this is in fact

20   the Exhibit B that was attached to the report

21   in this case, would this be that list?

22        A.   Yes, it is.

23        Q.   And it has a long list.  For

24   example, it starts with some articles and

25   books, and it goes to a list of pleadings; is

Page 78

1          CONFIDENTIAL - MATTHEW GREENBLATT

2     L.P. were each net losers as of December 2008,

3     correct?

4          A.    And I want to say "yes" to that, but

5     the term "net loser" I guess is a term of art in

6     that situation.  So when you say "net loser,"

7     what do you mean?

8          Q.    What do you think I mean?

9          A.    I think you mean that they had

10    deposited more than they had withdrawn when the

11    Ponzi scheme came to an end.

12         Q.    And do you agree that Ascot Partners,

13    Ariel Fund Limited, Gabriel Capital, L.P. had

14    all deposited more than they had withdrawn?

15         A.    I'm just going to confirm that answer,

16    but "yes" is my answer.  When you say Ariel

17    Fund, Ariel -- did you say Ariel Fund or Ariel

18    Capital?

19         Q.    Ariel Fund Limited.

20         A.    Yes.

21         Q.    And turning to Exhibit 3D in your

22    March 20 report.

23         A.    Yes.

24         Q.    You found that Ascot Partners had over

25    $226 million of principal left in its account in

1          CONFIDENTIAL - MATTHEW GREENBLATT

2     December 11, 2008, correct?

3          A.     Correct.

4          Q.     And turning to Exhibit 3E, you

5     determined that Ariel Fund had more than $175

6     million of principal left in its account on

7     December 11, 2008, correct?

8          A.     The -- and there were several Ariel

9     funds, some of which ended previously with zero

10    balances, but Ariel Fund Account 1FR070, yes.

11         Q.     And turning to Exhibit 3F, you

12    determined that Gabriel Capital, L.P. had more

13    than $163 million of principal left in its

14    account on December 11, 2008, correct?

15         A.     Correct.

16         Q.     And so, as you defined it, all three

17    of these accounts were net losers, correct?

18         A.     Correct.

19         Q.     And turning to paragraph 96 of your

20    report, your March 20 report, you also

21    determined that of the more than $974 million in

22    total principal invested in Ascot Partners'

23    account, only about $490 million was ever

24    withdrawn, correct?

25              MR. SONG:  Object to the form.

Page 84

CONFIDENTIAL - MATTHEW GREENBLATT

1

2     Q.     But you only credited just over $221

3   million to the Ascot Partners' account principal

4   balance because that was the available principal

5   balance that you had calculated to be in Ascot

6   Fund's account as of January 8, 2003, correct?

7     A.     Correct.

8     Q.     Okay.  Please turn to Exhibit 40 of

9   your March 20 report.

10     A.     Okay.

11     Q.     And do you see that on the last page

12   of that exhibit, there is the other side of that

13   transaction, where Ascot Partners is

14   transferring funds -- I mean where Ascot Fund is

15   transferring funds to Ascot Partners, correct?

16     A.     I see it, yes.

17     Q.     And columns 7 and 8 show the total

18   principal balance that you had calculated Ascot

19   Fund to have on January 8, 2003, correct?

20          MR. SONG:  Object to the form.

21     A.     Yes, column 8 shows the principal

22   available.  Column 7 shows the principal then

23   that was transferred to the transferee.

24     Q.     Okay.  And one of the transfers that

25   you factored into that total of $221 million in

              CONFIDENTIAL - MATTHEW GREENBLATT

1  principal available in January of 2003 appears

2  on page 2 of Exhibit 4O at the top; it's a

3  transfer from account number 1FN0430 dated

4  January 4, 1993, correct?

5

6     A.   It was -- I think you missed one zero.

7  1FN00430, yes.

8     Q.   Okay.  And was this a transfer from

9  Ariel Fund to Ascot Fund?

10     A.   Yes.

11     Q.   And this transfer, according to the

12  customer statements, was in the amount of $35

13  million, correct?

14     A.   And change, yes.

15     Q.   And but you only credited about $13.6

16  million to Ascot Fund's principal balance,

17  correct?

18     A.   Correct.

19     Q.   And you only attributed that amount

20  because you had calculated that, as of January

21  4, 1993, Ariel Fund only had $13 --

22  approximately $13.6 million in principal balance

23  on that date, correct?

24     A.   Correct.

25     Q.   Okay.  Let's turn to Exhibit 4A of

Page 86

1              CONFIDENTIAL - MATTHEW GREENBLATT

2    your March 20 report, and on page 3, toward the

3    bottom, is that transfer from Ariel Fund of

4    about $35 million to Ascot Fund on January 4,

5    1993, correct?

6         A.    Yes.

7         Q.    And then in column 8 is your

8    calculation of the principal balance available

9    in Ariel Fund in January of 1993, correct?

10        A.    Correct.

11        Q.    Please turn to page 2 of Exhibit A,

12   4A, of your March 20 report.

13        A.    Okay.

14        Q.    You credit a number of inter-account

15   transfers to Ariel Fund in calculating its

16   principal balance, correct?

17        A.    A number of transfers into?

18        Q.    You calculate -- yes.  In

19   calculating -- in calculating the principal

20   balance available in Ariel Fund in January 1993,

21   there are two transfers of principal credited to

22   Ariel Fund, correct?

23        A.    There are two transfers of principal

24   in, yes.

25        Q.    One of these transfers is a March 31,

CONFIDENTIAL - MATTHEW GREENBLATT

1   1992 transfer from BLMIS Account 1FN033?

3   A.   Correct, which you will see from that

4   line item at the time had the Account Number

5   105121-3-0.

6   Q.   And that's a Shalvah account, correct?

7   A.   That is correct.

8   Q.   And did you credit any other transfers

9   from Shalvah Fund to Ariel Fund --

10   A.   Yes.

11   Q.   -- in calculating the principal

12   balance?

13   A.   Yes.

14   Q.   Okay.  Where is that?

15   A.   The last line item, on May 29, 1992,

16   the last line item on page 2.

17   Q.   Were there any other transfers from

18   Shalvah to Ariel Fund included in your principal

19   balance calculation to Ariel Fund?

20   A.   Those were the only two transfers of

21   funds from Shalvah to Ariel Fund.  There was, as

22   we've been talking about for a while, there was

23   a transfer or a delivery of fictitiously

24   reported securities from Shalvah to Ariel, but

25   the securities didn't exist and, therefore,

1          CONFIDENTIAL - MATTHEW GREENBLATT

2    aren't included on this calculation.

3        Q.    Did the funds exist?

4        A.    The column 8 will tell you how much

5    principal was available in the account at the

6    time of each of those transfers.  So, yes, there

7    were -- they were in a positive principal

8    balance at the time, but, as we discussed

9    earlier, because the fictitious securities

10   didn't exist, they couldn't be delivered.

11       Q.    And you understand that Shalvah's

12   account was closed in about 1992, correct?

13           MR. SONG:  Object to the form.

14       A.    I know that the account activity

15   ceased, and I'm not sure whether or not it was

16   closed officially within Madoff's system or not,

17   but I know the account activity ceased and that

18   this was the account holder's final -- final set

19   of transactions within that account.

20       Q.    And as BLMIS operated, there was

21   nothing left in the account as of 1992, correct?

22           MR. SONG:  Object to the form.

23       A.    I believe that's the case, yes.  I'm

24   not sure when in 1992.  I believe in October or

25   November of 1992, yes.

CONFIDENTIAL - MATTHEW GREENBLATT

1

2     Q.    But you calculated that Shalvah had a

3  principal balance of 9. -- about $9.7 million in

4  October of 1992, correct?

5     A.    Correct.

6     Q.    And based on your calculations, you

7  would credit a principal balance of $9.7 million

8  to Shalvah as of December 11, 2008, correct?

9     A.    Correct, that's their principal

10  balance from October of 1992 continuing through

11  to December 11 of 2008.

12     Q.    And that's because you didn't reduce

13  that balance based on the securities transferred

14  out of the Shalvah account, correct?

15     A.    Because the fictitious securities

16  didn't exist, correct.

17     Q.    And you did not give Ariel Fund credit

18  for the transfer of those securities, correct?

19     A.    Correct.

20        MS. BRONEN:  Let's take a five-minute

21     break.

22        THE VIDEOGRAPHER:  We are going off

23     the record.  The time is 1:19 p.m.

24        (Recess.)

25        THE VIDEOGRAPHER:  The time is 1:33