# EXHIBIT 19

**Exhibit 19 to the Declaration of Lan Hoang in Support of Trustee's Opposition to Defendants' Motions for Summary Judgment is available for review upon written or telephone request to:**

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Brian Song, Esq.**
**Tel: (212) 271-1505**
**Email: bsong@bakerlaw.com**