# **EXHIBIT 20**

1

```
 1
 2
 3
 4                      MERKIN MATTERS
 5           Transcription of Selected Telephone
 6                       Conversations
 7
 8
 9
10      Caller:  Unknown
11      Callee:  Unknown.
12      Date of the call:  Unknown.
13      Time of the call:  Unknown.
14      Name of the file:  bd.mp3 and bd_RXset1
15
16
17
18
19
20
21
22
23
24
25
```


EXHIBIT
TRUSTEE 368
2/25/15
PENGAD 800-631-6989

```
 1                    [START bd.mp3 and bd_RXset1]
 2                    MALE VOICE 1.   ...that I ----
 3                    MALE VOICE 2:   ---- I'm here to start
 4    that.
 5                    MALE VOICE 1:   Right, exactly.
 6                    MALE VOICE 2:   Right.
 7                    MALE VOICE 1:   I would, I would, it'd
 8    make my life much easier...
 9                    MALE VOICE 2:   Um-hum.
10                    MALE VOICE 1:   ...if I don't do that.
11    You have no idea how interested I am as a general
12    and specific ---- in making your life easier.
13                    MALE VOICE 2:   Okay.
14                    MALE VOICE 1:   All right.  I, I did,
15    you know, did I think about it a lot?  No, I didn't.
16    I would -- you know, the idea is I just, you know,
17    it's just, I, you know.  The whole thought of doing
18    that and getting involved in this stuff is something
19    that I really prefer not to do, and as long as --
20                    MALE VOICE 2:   Right.
21                    MALE VOICE 1:   -- it's not going to
22    change your lifestyle, which it's not, then I'm
23    gonna pass on that.
24                    [END bd.mp3 and bd_RXset1]
25
```

3

C E R T I F I C A T E

I, NANCY C. BENDISH, a Certified Court Reporter, RMR, CRR and Notary Public of the States of New York and New Jersey, do hereby certify that the foregoing is a transcription of audio files transcribed by me to the best of my ability.

_____
NANCY C. BENDISH

Dated:  February 23, 2015