# **EXHIBIT 21**

1

1
2
3
4                    MERKIN MATTERS
5       Transcription of Selected Telephone
6                    Conversations
7
8
9
10      Caller:  Unknown
11      Callee:  Unknown.
12      Date of the call:  Unknown.
13      Time of the call:  Unknown.
14      Name of the file:  1bf.mp3 and 1bf_RXset1
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT
TRUSTEE 369
2/25/15  TB

```
 1                [START 1bf.mp3 and 1bf_RXset1]
 2                MALE VOICE 1.  ...but nothing puts
 3  her to sleep, except me. (Laughter)  The only -- she
 4  said the best sleeping pill's when I start talking
 5  about payment for auto flow (phonetic), but I
 6  haven't spoken about that for years, so I mean...
 7  (Laughter)  So, her problem is she's, she's, she's,
 8  uh, she's up.
 9                MALE VOICE 2:  Right.
10                MALE VOICE 1:  Anyhow...
11                MALE VOICE 2:  We should reinstitute
12  ---- just for her benefit.
13                MALE VOICE 1:  Huh?
14                MALE VOICE 2:  We should reinstitute
15  that just for her benefit.
16                MALE VOICE 1:  Right, exactly.
17  Exactly.
18                MALE VOICE 2:  All right.  If I can
19  help you with that, that'd be worth something, and
20  you'll let me know.
21                MALE VOICE 1:  No.  Hopefully I'm
22  gonna finish ---- do.  How's everything else?  All
23  right?
24                MALE VOICE 2:  Everything is okay.
25                MALE VOICE 1:  Okay.
```

1          MALE VOICE 2:  We got our share of a
2  couple of questions about Bayou, which I'm sure you
3  got one too, and...
4          MALE VOICE 1:  Questions from who?
5          MALE VOICE 2:  You know, I always
6  tell people, as soon as there is a scam in the hedge
7  fund industry, someone's gonna call about Bernie.
8          MALE VOICE 1:  Oh.
9          MALE VOICE 2:  It's guaranteed.  So--
10         MALE VOICE 1:  Oh, you mean from your
11 investors, you mean?
12         MALE VOICE 2:  Yeah, yeah.
13         [END 1bf.mp3 and 1bf_RXset1]
14
15
16
17
18
19
20
21
22
23
24
25

4

# CERTIFICATE

I, NANCY C. BENDISH, a Certified Court Reporter, RMR, CRR and Notary Public of the States of New York and New Jersey, do hereby certify that the foregoing is a transcription of audio files transcribed by me to the best of my ability.

_____
NANCY C. BENDISH

Dated: February 23, 2015