# **EXHIBIT 22**

**From:** J. Ezra Merkin
**Sent:** Fri, 31 Mar 2006 18:47:23 GMT
**To:** AUTERA, MIKE
**Subject:** Re: MADOFF

Nothing coming from Ramaz.
I left a message on Adam's tape.
I spoke to Bernie, apologized, and smoothed things over.

-----Original Message-----
From: AUTERA, MIKE <AUTERAM@GABRIELCAPITAL.com>
To: J. Ezra Merkin <JEMerkin@gabrielcapital.com>
Sent: Fri Mar 31 13:32:19 2006
Subject: RE: MADOFF

Adam Gleacher is 212-980-5448.   Regarding MSG, they received a $2mm subscription from the boys and now $1mm from AF Deferred.   I sent MSG docs to Ramaz, but they have heard nothing from them.   FYI

-----Original Message-----
From: J. Ezra Merkin
Sent: Friday, March 31, 2006 1:21 PM
To: AUTERA, MIKE
Subject: Re: MADOFF

Meeting over, I am in a car on the way to the airport.  I'll call Bernie.

Do you have Adam Gleicher's direct dial?

-----Original Message-----
From: AUTERA, MIKE <AUTERAM@GABRIELCAPITAL.com>
To: J. Ezra Merkin <JEMerkin@gabrielcapital.com>
Sent: Fri Mar 31 12:43:22 2006
Subject: MADOFF

Approximately 10 minutes after I spoke to Frank about pulling out the money, Bernie called me to find out what the story was.   I told him we were dealing with redemptions in Ascot.

He asked that you call him as soon as you get a chance.

Confidential                                                                                                                         GCC-NYAG 0062158
CONFIDENTIAL                                                                                                                  BS00340382