# **EXHIBIT 23**

08-01789-cgm    Doc 12134-23    Filed 11/25/15    Entered 11/25/15 14:28:47    Exhibit 23
Pg 2 of 6

Page 1705

AMERICAN ARBITRATION ASSOCIATION
NEW YORK, NEW YORK - COMMERCIAL RULES
- - - - - - - - - - - - - - - - - - - - -x
BENJAMIN J. JESSELSON,
Individually and as Trustee, on behalf of
a 1983 JESSELSON FAMILY TRUST,
                Claimants,

    v.        Arbitration No.
           13 148 Y 01912 10

J. EZRA MERKIN,
                Respondent.
- - - - - - - - - - - - - - - - - - - - -x
JJS ASSOCIATES, L.P.,
                Claimant,

    v.        Arbitration No.
           13 148 Y 012802 10

J. EZRA MERKIN,
                Respondent.
- - - - - - - - - - - - - - - - - - - - -x
         Arent Fox LLP
         1675 Broadway
         New York, New York 10019
         September 19, 2011
         9:35 a.m.


B E F O R E:

BEATRICE K. LEBER, ESQ. - The Chairwoman

THOMAS J. FLEMING, ESQ. - Panel Member

STEPHEN W. GREINER, ESQ. - Panel Member




    Amy Klein Campion - Hearing Reporter

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

```
 1        M. Autera - Cross/Bamberger
 2      Q.    I'm sorry.
 3            You'd always received paper
 4  confirmations?  Excuse me.
 5            Is that right?
 6      A.    Yes.
 7      Q.    In the last year, such as
 8  2007/2008, they came in earlier in time
 9  after trades than they did, let's say, in
10  the early part of the 2000s; is that
11  right?
12      A.    No.
13      Q.    It was a consistent pattern?
14      A.    During the 2000s, yes.
15      Q.    Generally, correct to say that
16  the transaction confirms would come in
17  three, four, five business days after the
18  trade; is that a good estimate?
19      A.    Yes.
20      Q.    When those confirms came in,
21  what would you do?
22      A.    Well, they were received in the
23  mail, and they would have been given to
24  whomever in the office who was
25  inputting -- who had the responsibility of
```

1           M. Autera - Direct/Steiner

2       Q.    Following that review, did

3   Mr. Matlin's client either become an

4   investor or maintain his investment in

5   Ascot?

6       A.    I don't recall any change as a

7   result of that review.

8       Q.    To your knowledge, the person

9   was an investor and maintained the

10  investment after the review?

11      A.    Yes.

12      Q.    Mr. Bamberger asked you some

13  questions about the UBP meeting in the

14  fourth quarter of 2008.  Do you remember

15  that?

16      A.    Yes.

17      Q.    Was UBP a significant investor

18  in Ascot?

19      A.    Yes, it was.

20      Q.    Do you remember whether UBP had

21  discussions or provided notices suggesting

22  that they might redeem their investment in

23  Ascot at the end of 2008?

24      A.    Yes.  They were interested in

25  redeeming at the end of 2008.

```
 1        M. Autera - Direct/Steiner
 2        Q.    And the order of magnitude, was
 3   that going to be a significant redemption?
 4        A.    Yes, it was.
 5        Q.    Do you remember what happened
 6   after the four UBP representatives had an
 7   opportunity to meet with Mr. Madoff and
 8   ask their questions to Mr. Madoff?
 9        A.    I don't recall the exact amount,
10   but I think they rescinded approximately
11   50 percent of what they wanted to
12   originally redeem, which was 100
13   percent -- almost 100 percent of their
14   investment.
15        Q.    And that was as a result of
16   whatever questions and answers they got in
17   the meeting in the fourth quarter?
18        A.    I'm not sure, but it came right
19   after the meeting.
20        Q.    Did --
21              (Telephonic interruption.)
22              MR. STEINER:  Should we stop?
23              (Discussion off the record.)
24   BY MR. STEINER:
25        Q.    Did Mr. Merkin ever ask you to
```

Page 2086

```
 1                  Proceedings
 2     money out from Madoff.
 3            But your question may have been
 4     answered by the exhibit submitted
 5     today.
 6            MR. FLEMING:  The chart looked
 7     like it covered that.
 8            I don't think we need to do
 9     anything more.
10            THE CHAIRWOMAN:  Do you have
11     anything else to say?
12            Mr. Greiner?
13            MR. GREINER:  No, I that's it.
14            THE CHAIRWOMAN:  Okay.  Thank
15     you very much.
16            MR. STEINER:  Thank you very
17     much.
18            MR. BAMBERGER:  Thank you very
19     much.
20            (Time noted:  5:40 p.m.)
21
22
23
24
25
```