# **EXHIBIT 24**

```
AMERICAN ARBITRATION ASSOCIATION
NEW YORK, NEW YORK - COMMERCIAL RULES
No. 13 148 Y 01803 10
- - - - - - - - - - - - - - - - - - - - -x
MORRY WEISS, Individually, JUDY WEISS
Individually and as Trustee,
IRVING I. STONE FOUNDATION and
SAPIRSTEIN-STONE-WEISS FOUNDATION,

                    Claimants,

        vs.

J. EZRA MERKIN,

                    Respondent.
- - - - - - - - - - - - - - - - - - - - -x
            Pryor Cashman LLP
            Seven Times Square
            New York, New York 10003-6569

            August 10, 2011
            10:03 a.m.

B E F O R E:

   JOHN R. HOLSINGER, ESQ. - The Chairman
   THOMAS J. FLEMING, ESQ. - Panel Member
   DONALD S. ZAKARIN, ESQ. - Panel Member


   Amy Klein Campion - Hearing Reporter
```

```
 1      J. E. Merkin - Cross/Bamberger
 2   came in; true?
 3      A.   I, to be honest, didn't open the
 4   mail, so I just don't know.
 5      Q.   Nor did you give instruction to
 6   anyone who was opening the mail to date
 7   stamp the confirms that came in from the
 8   Madoff organization, correct?
 9      A.   I don't remember the
10   instruction.
11      Q.   So it's not possible as you sit
12   here today to find out the date on which
13   you received these confirms; true?
14      A.   I'm just not sure.  I don't
15   know.
16           THE CHAIRMAN:  You mentioned
17      earlier you got daily reports, trades.
18           THE WITNESS:  Yeah, if there
19      were trades.  There were many days we
20      didn't get reports.
21           THE CHAIRMAN:  Not reports, but
22      you got the trades.
23           THE WITNESS:  We got
24      confirmations of every trade.
25           THE CHAIRMAN:  Every day?  It
```

1    J. E. Merkin - Cross/Bamberger

2    was the trade on that date?

3        MR. BAMBERGER:  No.  Not at all.

4        In fact, that was the problem.

5    They were sent by mail.  They did not

6    have electronic access.

7        THE CHAIRMAN:  I'm hearing very

8    different things.  I just need to

9    understand what you told me before.

10        I had the impression -- maybe I

11    was wrong -- that the information

12    about the trades, the documents you

13    got from Madoff about the trades, came

14    in daily about that day's trades.

15        Is that true or not?

16        THE WITNESS:  So there are two

17    things about that that are not

18    correct.

19        First, there wasn't daily

20    activity.

21        THE CHAIRMAN:  Well, when there

22    was activity and there was a trade,

23    did you get a document from Madoff the

24    day of the trade, or the day after, or

25    a week later, or a month later?

1      J. E. Merkin - Cross/Bamberger

2            THE WITNESS:  I would say

3      roughly two days later by mail.

4            THE CHAIRMAN:  Two days later by

5       mail, okay.  Thanks.

6   BY MR. BAMBERGER:

7      Q.    And you testified elsewhere that

8   it took two to four business days, and

9   that was a shorter period than it was

10  previously.  It had previously been four

11  to six days, and then it became shorter,

12  to two to four days after the trades,

13  right?

14     A.    I don't remember testifying to

15  that.  And if you told me it took a day

16  longer than two days, I'm sure it did on

17  occasion.

18     Q.    Sometimes confirms came in two

19  weeks later, correct?

20     A.    I think so rarely as to be

21  basically almost never.

22     Q.    But if they ever came in, that

23  would be a cause for concern, would it

24  not?

25     A.    Just depended what happened in

1    J. E. Merkin - Cross/Bamberger

2  between. But there would be something

3  that we might pay some attention to.

4    Q.   Correct to say that you did not

5  ask Mr. Madoff for electronic access to

6  Ascot's accounts at Madoff Securities;

7  true?

8    A.   I did not.

9    Q.   Why did you never ask for

10  electronic access?

11    A.   I had basically the -- the

12  reporting that I wanted, which was

13  activity reported the day it happened was

14  sent to us, might then take another two

15  days to arrive.

16        Any electronic access we would

17  have had I don't think would have been

18  real-time. It just would have been a

19  summary at the end of the day of what the

20  positions were or weren't, if they changed

21  for that day. And I got that a day or two

22  later anyway.

23        It just wasn't important --

24        MR. FLEMING: While the tickets

25    were in the mail, did you know what

1  J. E. Merkin - Cross/Bamberger

2  they certainly weren't shelved.

3  THE CHAIRMAN: I assume this

4  finishes that line of questioning?

5  MR. BAMBERGER: It does.

6  THE CHAIRMAN: Let's go off the

7  record for a minute.

8  (Discussion off the record.)

9  THE CHAIRMAN: We're in recess

10  until 9 o'clock tomorrow morning.

11  Actually before, so we can get started

12  sharp at 9 and move quickly.

13  MR. BAMBERGER: Yes.

14  MR. FLEMING: Sounds like a

15  plan.

16  THE CHAIRMAN: Thank you.

17  (Time noted: 5:34 p.m.)

18

19

20

21

22

23

24

25