# **EXHIBIT 26**

AMERICAN ARBITRATION ASSOCIATION
NEW YORK, NEW YORK - COMMERCIAL RULES
- - - - - - - - - - - - - - - - - - - -x
BENJAMIN J. JESSELSON,
Individually and as Trustee, on behalf of
a 1983 JESSELSON FAMILY TRUST,
                Claimants,

    v.        Arbitration No.
            13 148 Y 01912 10

J. EZRA MERKIN,
                Respondent.
- - - - - - - - - - - - - - - - - - - -x
JJS ASSOCIATES, L.P.,
                Claimant,

    v.        Arbitration No.
            13 148 Y 012802 10

J. EZRA MERKIN,
                Respondent.
- - - - - - - - - - - - - - - - - - - -x

        Arent Fox LLP
        1675 Broadway
        New York, New York 10019
        September 16, 2011
        8:37 a.m.


B E F O R E:

BEATRICE K. LEBER, ESQ. - The Chairwoman

THOMAS J. FLEMING, ESQ. - Panel Member

STEPHEN W. GREINER, ESQ. - Panel Member




    Amy Klein Campion - Hearing Reporter

```
 1        J. Balsam - Cross/Bamberger
 2   that it was getting confirmations and
 3   account statements?
 4       A.    That's my understanding.
 5       Q.    And you say here:  "We can't
 6   imagine a hypothetical manager who has had
 7   stupendous risk-adjusted returns for many
 8   years."
 9             That would certainly be a proper
10   and accurate characterization of
11   Mr. Madoff as of April 2004, correct?
12       A.    I would not have thought of it
13   that way.
14       Q.    Do you agree that Mr. Madoff had
15   a proprietary black box approach?
16       A.    I'm not sure I agree with that
17   either, because he did disclose what
18   trades he was purportedly making.
19       Q.    But not the signals, right?  Not
20   when he placed the trades?
21       A.    Well, he certainly didn't tell
22   people in advance.
23       Q.    "No one outside of his firm
24   really understands how results are
25   achieved."  That's also an accurate
```

1     F. Hohmann - Redirect/Bamberger

2  but he was not -- it wasn't a minus 1 to a

3  plus 2 because there were almost no

4  minuses.  The minuses that occurred were

5  quite de minimis.

6     Q.    So Mr. Merkin was actually

7  overstating the amount of risk that the

8  portfolio was assuming in his comments?

9           MR. MENNITT:  Objection to the

10      leading, but...

11     A.    I believe so.

12           MR. BAMBERGER:  I have nothing

13      else for you.

14           MR. MENNITT:  No further

15      questions.

16           THE CHAIRWOMAN:  Any questions?

17           MR. GREINER:  No.

18           MR. FLEMING:  No.

19           (Witness excused.)

20           THE CHAIRWOMAN:  So we are now

21      at five of 4.  We should probably

22      break here today.  We can go off the

23      record.

24           (Discussion off the record.)

25              (Time noted:  3:56 p.m.)