# **EXHIBIT 27**

1

1            C O N F I D E N T I A L

2           UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF NEW YORK

3

4     --------------------------------x
      In Re:

5
      BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
6     SECURITIES LLC,                       08-01789(BR L)

7              Debtor.
      --------------------------------x
8     IRVING H. PICARD, Trustee for the
      Liquidation of Bernard L. Madoff
9     Investment Securities LLC,

10             Plaintiff,                    Adv.Pro.No.
                                             09-1182(BRL)
11             v.

12    J. EZRA MERKIN, GABRIEL CAPITAL,
      L.P., ARIEL FUND LTD., ASCOT
13    PARTNERS, L.P., GABRIEL CAPITAL
      CORPORATION,

14
               Defendants.
15    --------------------------------x

16

17             DEPOSITION of ANDREW GORDON, as taken

18    by and before NANCY MAHONEY, Certified Court

19    Reporter, RPR and Notary Public of the States of New

20    York and New Jersey, at the offices of Baker &

21    Hostetler, 45 Rockefeller Plaza, New York, New York

22    on Monday, August 16, 2011, commencing at 10 a.m.

23

24

25

IRVING H. PICARD v. J. EZRA MERKIN          CONFIDENTIAL          ANDREW GORDON 8/16/11

36

1     Q.        Now, when you were involved in

2    reconciling trades, you explained to me earlier how

3    you would get information from Victor Teicher or his

4    people --

5        A.        Traders, yeah.

6        Q.        -- and you would get information from

7    Morgan Stanley who would be, what, the prime broker?

8        A.        Prime broker, yeah.

9        Q.        And you would reconcile that

10   information?

11       A.        Correct.

12       Q.        From those two independent sources,

13   correct?

14       A.        Correct.

15       Q.        All right.  Now, in terms of

16   Mr. Madoff, was there an independent source against

17   which you reconciled the information you got from

18   him?

19       A.        No.  I mean, there was BDO, right,

20   who audited, I think, at the end, but, no.

21              Basically I got the tickets, I would

22   put them in the system and then reconcile with their

23   month end statements.

24       Q.        With Madoff's own month end

25   statements?

**BENDISH REPORTING, INC.**
**877.404.2193**

37

1          A.          Yeah, correct.

2          Q.          Did you ever hear through the

3     grapevine or in any other way that the Ralph who

4     replaced you at Gabriel Capital had committed

5     suicide in early 2009?

6          A.          I did.

7          Q.          From whom did you hear that?

8          A.          It could have only been Dan or Mark.

9          Q.          Dan Hess --

10          A.          Right.

11          Q.          -- or Mark --

12          A.          Mark Weiner.

13          Q.          -- Mark Weiner?

14          A.          It would have been one of those two.

15     I think it was Dan.

16          Q.          And do you remember when you heard

17     about it, was it more or less at the time when it

18     took place or sometime later?

19          A.          I don't recall, but I think it was

20     probably, you know, sometime soon after.

21          Q.          What do you remember Dan telling you

22     about it?

23          A.          I really don't.  I don't know.  I

24     mean, I know he said basically what you said.

25          Q.          That Ralph had committed suicide?

IRVING H. PICARD v. J. EZRA MERKIN          CONFIDENTIAL          ANDREW GORDON 8/16/11

44

1    happens is you would get them in the mail, and I

2    just would figure that I didn't get them.

3            Q.        Let me see if I understand this.

4                      You said that there were some months

5    when the numbers wouldn't tie at the end of the

6    month.

7                      What do you mean by that, the numbers

8    wouldn't tie?

9            A.        So, you know, I would get my tickets

10   and put them in the system and you get a certain

11   amount.  So then at the end of the month -- it

12   didn't happen too often, but every once in a while

13   it would happen where the numbers didn't tie to what

14   I was getting from the statement.

15           Q.        So the daily tickets would not tie

16   with the monthly statement?

17           A.        Right.

18           Q.        Okay.  And --

19           A.        I don't think that they're daily -- I

20   always thought of them as confirmations, but

21   whatever they were.

22           Q.        The confirmations wouldn't tie --

23           A.        Right.

24           Q.        -- with the monthly statement?

25                     And you said you would call.  Who

IRVING H. PICARD v. J. EZRA MERKIN          CONFIDENTIAL          ANDREW GORDON 8/16/11

45

1    would you call?

2          A.      What's his name?

3          Q.      Frank DiPascalli?

4          A.      Yeah.

5          Q.      So you call Frank DiPascalli who

6    worked for Madoff.  And then what would happen, he

7    would get --

8          A.      We would try and figure out what

9    the problem -- I mean, things happened like that in

10   all the accounts that things didn't tie out.  This

11   isn't a one -- so things didn't tie and then, you

12   know, I would get a ticket or would get tickets to

13   make the numbers tie.

14                 So the tickets -- it would be like I

15   was missing confirmations somehow.

16         Q.      Okay.  So at the end of the month,

17   the monthly statement didn't tie with the tickets

18   that you would put into the system.  You would call

19   Frank DiPascalli and then he would send you

20   additional --

21         A.      We would go and try and figure it

22   out, yeah.

23         Q.      And then they would send you

24   additional tickets that would make the numbers tie?

25         A.      Or maybe it was something that I did

**BENDISH REPORTING, INC.**
**877.404.2193**

IRVING H. PICARD v. J. EZRA MERKIN          CONFIDENTIAL          ANDREW GORDON 8/16/11

46

1    that was wrong, but, either way, there were times

2    where I got tickets.

3         Q.       And would these tickets be corrected

4    tickets from what you got previously or would they

5    be additional or supplemental tickets or might they

6    be either?

7         A.       They would be supplemental tickets.

8         Q.       And you said you also experienced

9    this not only with Madoff but also with some of the

10   other funds?

11        A.       Yeah, generally it would be, you

12   know, the ticket was on the desk and maybe I didn't

13   get it in that hour or, you know, it was, you know,

14   just a daily course of events where we would --

15   where numbers wouldn't tie, but generally they did.

16        Q.       Let me ask:  With regard to the other

17   funds, was there ever a situation in which they sent

18   you supplemental tickets to make the numbers tie

19   out?

20        A.       Yes, but it would probably be because

21   for some reason I didn't get the ticket, but it

22   wasn't -- maybe it was on the desk and, you know, it

23   was never handed to me for some reason, but it would

24   get done pretty quickly.  The next day, you would

25   get something in from Morgan Stanley saying, oh, we

**BENDISH REPORTING, INC.**
**877.404.2193**

47

1   did this extra trade, oh, it's on the blotter, but I
2   didn't get the ticket, so let's figure out, you
3   know, where it was and it got reconciled.
4         Q.      Were the problems more frequent with
5   the Madoff account than with the other accounts?
6         A.      I wouldn't say more frequent, but it
7   was just different because I was in the office with
8   the guys, so, you know -- I was really working for
9   the Gabriel account and it was easier to go to the
10  guys that were on the desk and say did you do these
11  trades.
12        Q.      So with the Gabriel and Ariel
13  account, it was easier to get the people to verify
14  the information promptly?
15        A.      I would just say that -- yeah, I
16  mean, with the other stuff, also, it was on a
17  monthly basis, right, so I'm kind of getting -- with
18  Madoff, I was getting it on a monthly basis, so I
19  was -- you know, you're getting it -- you're
20  reconciling every month, besides reconciling every
21  day or T plus five, you know, three or five days.
22        Q.      So how is that different from what
23  you were doing with the in-house traders?
24        A.      With the in-house traders, you're
25  reconciling more on a daily basis versus a monthly

IRVING H. PICARD v. J. EZRA MERKIN          CONFIDENTIAL          ANDREW GORDON 8/16/11

48

1   basis.  Like, I was getting the statement at the end

2   of the month, so I wouldn't know middle month if

3   there was an issue, right.

4        Q.      So you get more to reconcile with

5   Madoff at the end of the month?

6        A.      Yeah.  I mean, it was -- yeah, it

7   was -- more to reconcile?

8        Q.      I'm just trying to understand.  I got

9   the sense that you were doing the other ones on a

10  daily basis?

11       A.      Right.

12       Q.      But with Madoff, you had to --

13       A.      It was on a monthly basis, right.

14       Q.      Okay.  So you had a bigger pile of

15  material to reconcile.

16               Is that right?

17       A.      Yeah, but, I mean, as I got the

18  confirms, you know, I would put them in, right, so

19  it wasn't -- it wasn't a lot of work.  It was pretty

20  easy to do.

21       Q.      About how often would you have these

22  issues arise where --

23       A.      It wasn't often.

24       Q.      Let me finish.

25               How often did you have these issues

IRVING H. PICARD v. J. EZRA MERKIN        CONFIDENTIAL        ANDREW GORDON 8/16/11

52

1   place, shortly after the arrest?

2        A.      Yeah, shortly after the arrest.

3        Q.      And was it on the phone?

4        A.      There was one conversation on the

5   phone, and then we went out and we met -- I met him

6   out, I met him out.

7        Q.      And you talked about it again when

8   you met him out?

9        A.      Yeah, very, very -- I mean, it was

10  pretty topical stuff, but I talked -- yeah, we

11  talked out a little bit.

12       Q.      Well, let me ask you this:  In either

13  the phone conversation or when you met with

14  Mr. Hess, did you have any discussion about things

15  either of you may have noticed that in retrospect

16  made you think that Madoff may not have been

17  legitimate?

18       A.      No.  You know, I did bring up the

19  trade tickets.  I'm pretty sure I brought up the

20  trade tickets in the conversation just saying, oh,

21  you know -- again, it was just kind of speculatio n,

22  you know, after hearing something like that.

23       Q.      What did you say about the trade

24  tickets?

25       A.      You know, again, I don't recall.  It

**BENDISH REPORTING, INC.**
**877.404.2193**

IRVING H. PICARD v. J. EZRA MERKIN        CONFIDENTIAL        ANDREW GORDON 8/16/11

53

1  was something to the effect of, you know, the late

2  tickets, or something like that.

3          Q.        Late tickets meaning?

4          A.        Meaning that the trade ticket came

5  late.  It didn't come that month.  It came a little

6  bit after the month.

7          Q.        And why did you bring that up?

8          A.        You know something, I don't know.

9  You're kind of thinking back on everything and, you

10 know, you think you have -- I don't know.  It was

11 just complete speculation.

12         Q.        Did Mr. Hess bring up anything in

13 that conversation?

14         A.        You know, I don't recall.  I don't

15 think he -- I don't recall.  I'm trying to be exact

16 on what I say, and I just don't recall.

17         Q.        Specifically with regard to the trade

18 tickets, did you mention to him sometimes they would

19 arrive late?  Is that what you said to Mr. Hess?

20         A.        I probably said something like that.

21         Q.        The Madoff trade tickets would arrive

22 late from time to time?

23         A.        I probably mentioned something like

24 that, yes.

25         Q.        Did you have any discussion with

IRVING H. PICARD v. J. EZRA MERKIN          CONFIDENTIAL          ANDREW GORDON 8/16/11

64

1     doing business with someone who was engaged in a

2     massive fraud?

3          A.     A hundred percent.

4          Q.     Did Mr. Merkin ever ask you to hide

5     the funds' involvement with Madoff from anyone?

6          A.     No.

7          Q.     Did he ever ask you to hide

8     information from the funds -- from Gabriel or

9     Ascot's auditors?

10          A.     No.  I didn't talk too much to

11    Mr. Merkin.

12          Q.     Did anyone at Gabriel Capital

13    Corporation --

14          A.     No.

15          Q.     -- ask you to do either of those

16    things?

17          A.     No.

18          MR. STEINER:  I have no further

19    questions.

20          MR. LAFFEY:  We have no questions at

21    this time, but reserve our rights.

22          MS. MALASKA:  No questions, but

23    reserve our rights.

24          MR. COLOMBO:  Okay.

25          (Deposition concluded 11:20 a.m.)