# EXHIBIT 28

1

```
1            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF NEW YORK
2       ------------------------------x
        In Re:
3
        BERNARD L MADOFF              Adv. Pro. No.
4       INVESTMENT SECURITIES LLC,    08-01789 (BRL)
5               Debtor.
        ------------------------------x
6       IRVING H. PICARD, Trustee
        for the Liquidation of
7       Bernard L. Madoff Investment
        Securities LLC,
8                                     Adv. Pro. No.
                Plaintiff,            09-1182 (BRL)
9            v.
10      J. EZRA MERKIN, GABRIEL CAPITAL,
        L.P., ARIEL FUND LTD., ASCOT
11      PARTNERS, L.P., GABRIEL CAPITAL
        CORPORATION,
12
                Defendants.
13      ------------------------------x
14                        October 10, 2012
                          10:07 a.m.
15
16          VIDEOTAPED DEPOSITION of ROBERT CASTRO,
17      a 30(b)(6) witness and individually, taken by
18      Plaintiffs, pursuant to Subpoenas, held at the
19      offices of Edwards Wildman Palmer, LLC,
20      750 Lexington Avenue, New York, New York, before
21      Eileen Mulvenna, CSR/RMR/CRR, Certified Shorthand
22      Reporter, Registered Merit Reporter, Certified
23      Realtime Reporter and Notary Public of the State
24      of New York.
25
```

PICARD v. MERKIN                              ROBERT CASTRO   10/10/12

26

1        A.      A hundred or so a year.

2        Q.      Now, did BDO USA conduct audits of

3    any of the defendants during the time period of

4    2002 to 2008?

5        A.      I believe it did.

6        Q.      Do you recall which ones?

7        A.      I believe all of those except for

8    Ezra personally.  We did audits on Ariel,

9    Gabriel, and Ascot.

10        Q.      Generally speaking, what is the size

11    of the audit team involved in an audit of a hedge

12    fund?

13        A.      In a hedge fund?

14        Q.      When BDO USA audits a hedge fund,

15    how many people does it use in order to conduct

16    that audit?

17        A.      Usually one per fund.  One per fund

18    or one for a group of funds.

19        Q.      And that one person actually

20    conducts the audit; correct?

21        A.      Let me clarify.  There's a team,

22    which consists of a senior, either a manager or

23    senior manager, and a partner.  I'm talking

24    about -- when I'm talking about execution, I'm

25    talking about fieldwork.  I'm talking about

PICARD v. MERKIN                              ROBERT CASTRO   10/10/12

27

1    senior level.

2         Q.     So can you tell me who else -- who

3    is on the audit team?  Who would make up the

4    audit team?

5         A.     For those funds?

6         Q.     Just a typical engagement.

7         A.     It would be a senior; a manager or a

8    senior manager, sometimes both, depending; and a

9    partner.

10        Q.     Does the size of an audit team vary

11   from fund to fund?

12        A.     Generally not.

13        Q.     Are there any circumstances in which

14   you would have a bigger team?

15        A.     Yes, if there were 40 funds, you

16   might have 40 different people doing the fund

17   each, depending on the infrastructure of the

18   client.  But generally the infrastructure of the

19   companies wouldn't support that.

20        Q.     What is the role of a senior on an

21   audit team?

22        A.     Day-to-day execution of the audit.

23        Q.     What is the role of the senior

24   manager?

25        A.     Senior manager or manager would be

PICARD v. MERKIN                                    ROBERT CASTRO   10/10/12

28

1    day-to-day supervision of the senior and overall

2    execution of the audit plan.

3           Q.     You mentioned fieldwork earlier.

4    What does fieldwork mean?

5           A.     That's when the senior is actually

6    in the field gathering evidence to support the

7    opinion.

8           Q.     By "in the field," do you mean at

9    the client site?

10          A.     Generally, yes.  Yes.

11          Q.     What is the first thing that a --

12   that the audit team does in a typical audit of a

13   hedge fund?

14          A.     I'm not so sure -- I don't

15   understand the question.

16          Q.     How does an engagement begin?

17          A.     The first thing that would occur is

18   the manager and/or senior would look at the

19   current financial position of the company and

20   from that lay out an audit plan.

21          Q.     Once they've laid out an audit plan,

22   what do they do next?

23          A.     It would be reviewed and approved by

24   the -- assuming the senior laid it out, it would

25   be reviewed and approved by the manager,

PICARD v. MERKIN                                    ROBERT CASTRO   10/10/12

53

1    that's being referenced here?

2          A.     I don't know offhand, but either

3    Ezra or an Ezra-controlled entity.

4          Q.     By "Ezra" you mean Mr. Merkin?

5          A.     I do.

6          Q.     Why do you have a statement in this

7    letter that says that the financial records and

8    financial statements are the responsibility of

9    Mr. Merkin?

10         A.     Because --

11                MR. STEINER:  Objection to form.

12                THE WITNESS:  Because that's the

13         literature and that's what's required.

14         They're the ones who take ownership of it.

15         It has to be their responsibility.

16   BY MR. SONG:

17         Q.     The next sentence says, "In that

18   regard, management is responsible for

19   establishing and maintaining effective internal

20   control over financial reporting, establishing

21   and maintaining proper accounting records,

22   selecting appropriate accounting principles,

23   safeguarding partnership assets, and complying

24   with relevant laws and regulations."

25                Did I read that correctly?

PICARD v. MERKIN                    ROBERT CASTRO  10/10/12

54

1        A.     You did.

2        Q.     What does that sentence mean?

3        A.     Again, it's a basic tenet under GAAS

4    and GAAP that the financial statements are the

5    company's responsibilities, and safeguarding and

6    recording of the books is the company's

7    responsibilities.

8        Q.     Just so the record is clear, what is

9    GAAS and GAAP?

10        A.     GAAP is generally accept accounting

11    principles.  And GAAS is general accepted

12    auditing standards.

13        Q.     Do you see in the next paragraph it

14    says, "Our responsibility is to express an

15    opinion on the financial statements based on our

16    audit.  An audit includes examining on a test

17    basis evidence supporting the amounts and

18    disclosures in the financial statements,

19    assessing the accounting principles used and

20    significant estimates made by management, and

21    evaluating the overall financial statement

22    presentation"?

23            Did I read that correctly?

24            MR. GREENBERG:  You don't have to

25        ask him if you read it correctly.  Somebody

PICARD v. MERKIN                                    ROBERT CASTRO   10/10/12

                                                                      56
1       fraud that would have a material effect on the

2       financial statements"?

3              A.     Yes.

4              Q.     What type of fraud are you looking

5       for?

6              A.     I'm not sure I understand the

7       question.

8              Q.     How do you design an audit to -- how

9       do you design your audit to detect errors or

10      fraud?

11             A.     Again, it's a matter of how you

12      sample the population and then what procedures

13      you undertake to examine the documentation.

14             Q.     Is your audit designed to detect

15      errors or fraud committed by people at Gabriel

16      Capital?

17             A.     It's designed to protect -- to

18      detect fraud committed at the entity level, yes.

19             Q.     Is your audit designed to detect

20      errors or fraud that's committed outside of

21      Gabriel Capital?

22             A.     No.

23             Q.     Why not?

24             A.     A GAAS audit is a set of

25      commercially -- commercially reasonable

**PICARD v. MERKIN**                    **ROBERT CASTRO   10/10/12**

57

 1    procedures necessary to form an opinion.  There

 2    are different types of audits, for instance.  A

 3    fraud audit, where you're actively looking for

 4    fraud, but then you would still be looking within

 5    the entity.  We have no ability to go outside the

 6    entity, to start auditing other entities for

 7    which it does business with.  If that were the

 8    case, I'd still be working on the first audit I

 9    started out of college.

10         Q.    What do you mean by that?

11         A.    It's never ending.  I can go to --

12    assuming I could even get into an entity doing

13    business with this entity, it can take years to

14    unravel their financials.  And I'd have to look

15    at their customers to make sure that their

16    customers can pay and so on and so forth.  And

17    after you're done with that, you've audited the

18    whole world.

19         Q.    Is the difference between a GAAS

20    audit and a fraud audit, as you just described,

21    described anywhere in the engagement letter?

22         A.    No, but it does say we're going to

23    perform the audit under the generally accepted

24    auditing standards in the US.

25         Q.    You see on the -- approximately

PICARD v. MERKIN                                ROBERT CASTRO   10/10/12

                                                                    90

 1      trade date statements were available from

 2      Mr. Madoff?

 3              A.      I think they were.  They usually

 4      are.

 5              Q.      Under number 2, the third bullet,

 6      you see where it says, "Perform a price test of

 7      securities"?  It's the second sentence in the

 8      third bullet.

 9              A.      Yes.

10              Q.      What does that mean?

11              A.      We would take the positions and

12      independently test them to Bloomberg or some

13      other source for the pricing.

14                      (Discussion off the record.)

15              Q.      Why did you use an independent

16      source?

17              A.      It's best practices.

18              Q.      What were you looking for when you

19      conducted these tests?

20              A.      That the valuation agreed with the

21      valuation as recorded in the company's books and

22      records.

23              Q.      Was this test for the

24      end-of-the-year balance?

25              A.      Yes.

PICARD v. MERKIN                    ROBERT CASTRO   10/10/12

91

1        Q.      Did you test the price of securities

2    on a day-to-day basis from the brokerage

3    statements?

4        A.      To the extent that they appeared in

5    another account where we would need to do that,

6    then the answer would be yes.

7        Q.      Can you explain to me what that

8    means?

9        A.      Sure.  If you are testing realized

10   gains and a position was unwound or sold

11   somewhere during the year, you would trace back

12   to the market price at that date.

13       Q.      Would there be any other occasions

14   in which you test the market price on a specific

15   date?

16       A.      Not likely.

17       Q.      The next bullet says, "Trace and

18   agree the selected positions within the scope to

19   broker statements to verify existence."

20       A.      Right.

21       Q.      What does that mean?

22       A.      The auditor takes the company's

23   books and records and traces to the independent

24   confirmation to see that the amount and

25   quantities agree.

PICARD v. MERKIN                           ROBERT CASTRO   10/10/12

                                                                101

1     or Ascot?

2          A.     It was trading on behalf of the

3     company.

4          Q.     How do you have that understanding?

5          A.     From doing the audits, from the

6     account agreements.

7          Q.     From your previous answer when

8     you're referring to "the company," you mean

9     Gabriel Capital and Ascot Partners?

10         A.     Correct.

11         Q.     Do you have the same understanding

12    for Ascot Fund and Ariel?

13         A.     For the entire group, yes.

14         Q.     Do you have an understanding of what

15    Mr. Madoff's trading strategy was on behalf of

16    defendant funds?

17         A.     Yes.  At the time I did, yes.

18         Q.     What is your understanding?

19         A.     That he was long/short trader

20    trading options and stocks.

21         Q.     How did you gain that understanding?

22         A.     From actually seeing a portfolio as

23    well as the account agreements.

24         Q.     As part of the audit of Gabriel and

25    Ascot Partners, did BDO check to see if the

102

1      trading strategy -- I should say the purported

2      trading strategy of Mr. Madoff was consistent

3      with Mr. Merkin's investment strategy?

4          A.    Yes.

5          Q.    How did you do that?

6          A.    By looking at the COM.

7          Q.    What is a COM?

8          A.    Confidential offering memorandum,

9      sometimes called a private placement memo.

10         Q.    What confidential offering

11     memorandums did you review?

12         A.    Whatever -- whatever document was

13     out there that he used to -- to provide his

14     partners when they came on board.

15         Q.    Did you review the confidential

16     offering memorandums every year?

17         A.    To the extent they were amended,

18     yes.

19         Q.    Did you review the confidential

20     offering memorandums for each of the four funds?

21         A.    To the extent -- yes.

22         Q.    And that's Gabriel, Ariel, Ascot

23     Partners, and Ascot Fund?

24         A.    That's correct.

25         Q.    Did BDO draw any conclusions from

PICARD v. MERKIN                    ROBERT CASTRO   10/10/12

                                                        103

1      its review of any confidential offering

2      memorandum and its analysis -- withdrawn.

3              Did BDO have any understanding as to

4      what -- as to whether or not the investment

5      strategy as outlined in the confidential offering

6      memorandums was consistent with Mr. Madoff's

7      purported investment strategy?

8          A.    The -- we simply looked for whether

9      the strategy would be in violation of that

10     memorandum, and it was not.

11         Q.    How did you determine that?

12         A.    By reading what they were allowed to

13     invest in and comparing to what they did invest

14     in.

15         Q.    Did you do anything else to evaluate

16     Mr. Madoff's purported investment strategy?

17         A.    No.

18         Q.    Are there any requirements under

19     GAAS or GAAP that required you to do any

20     additional evaluation of Mr. Madoff's investment

21     strategy?

22         A.    No.

23         Q.    Do you recall earlier this morning I

24     asked you what the general steps were for an

25     audit -- for BDO when they conducted a hedge fund

PICARD v. MERKIN                          ROBERT CASTRO   10/10/12

104

1    audit?

2           A.      Yes.

3           Q.      Did BDO follow that process in its

4    audits of Gabriel and Ascot?

5           A.      Yes.

6           Q.      As part of BDO's audit of Gabriel

7    and Ascot, did the audit review team -- sorry --

8    did the audit team review account statements that

9    it received from Madoff Securities?

10          A.      Yes.

11          Q.      Did BDO's audit team also receive

12   any trade confirmations?

13          A.      BDO's audit team would not likely

14   receive trade confirmations.

15          Q.      Did BDO's audit team review any

16   trade confirmations from Madoff Securities?

17          A.      Probably.

18          Q.      How do you know that?

19          A.      How do I know probably?

20          Q.      Yes.

21          A.      Because they would have tested

22   realized gains and losses and, in doing that,

23   they probably traced to a confirmation on a trade

24   for pricing and quantity.

25          Q.      So would BDO's audit team have

**PICARD v. MERKIN**                    **ROBERT CASTRO   10/10/12**

105

1    reviewed a selection of trade confirmations?

2         A.    That's correct.

3         Q.    And BDO would not have reviewed

4    every trade confirmation for Ascot or Gabriel --

5    Ascot Partners or Gabriel from Madoff Securities?

6         A.    No more than a handful on each

7    engagement.

8         Q.    How did -- how did BDO USA receive

9    documents related to the Madoff Securities

10   accounts?

11        A.    I received documents pursuant to its

12   confirmation request.  I received the year-end

13   statements and the other documents that were

14   received from the company.

15        Q.    Did the funds themselves request

16   that Madoff Securities send to you, BDO USA, the

17   account statements that we've been talking about?

18        A.    I'm sorry, repeat the question.

19        Q.    Did the funds themselves, meaning

20   did Ariel -- sorry, did Gabriel and Ascot

21   directly request from Madoff Securities that

22   Madoff Securities send to you, BDO USA, the

23   account statements that we're talking about?

24             MR. STEINER:  Objection to form.

25             THE WITNESS:  Funds would sign a

PICARD v. MERKIN                    ROBERT CASTRO  10/10/12

116

1        Q.      Did BDO conduct any testing to

2    confirm that the trades reported on the trade

3    confirmations from Madoff Securities actually

4    occurred?

5        A.      Repeat that.  I'm sorry.

6        Q.      Sure.

7                Did BDO conduct any testing to

8    confirm that the trades reported on the trade

9    confirmations from Madoff Securities actually

10   occurred?

11       A.      I don't understand that question.

12       Q.      Was there any testing that BDO

13   conducted on the trade tickets it reviewed in

14   connection with its audits of Gabriel and Ascot

15   Partners investments with Madoff Securities to

16   determine whether or not the trades actually

17   occurred?

18               MR. STEINER:  Objection to form.

19               THE WITNESS:  Other than inspecting

20          the trade certificate -- trade ticket and

21          tying it back to the brokerage statement,

22          there's nothing else that could be done.

23   BY MR. SONG:

24       Q.      What is your understanding of what a

25   trade ticket is?

PICARD v. MERKIN                              ROBERT CASTRO   10/10/12

117

1        A.      It's the particulars of what was

2   traded, the date it was traded, the amount it was

3   trade, the price it was traded at.

4        Q.      Do you know if that's also referred

5   to as trade confirmation?

6        A.      It could be, yes.

7        Q.      How did you select the transactions

8   that you would test?

9        A.      The work papers would be clear to

10  that, but there would be some sort of random

11  sample.

12       Q.      Did BDO ever conduct any examination

13  of the reported trading volumes associated with

14  the trades at Madoff Securities as part of your

15  audit?

16       A.      No.

17       Q.      Why not?

18       A.      We'd have no reason to.

19       Q.      Is there any requirement under GAAS

20  or GAAP to look at trade volumes?

21       A.      No.

22       Q.      If you were told that Madoff

23  Securities was actually an investment adviser to

24  the four defendant funds, would have changed the

25  process you used to audit the funds' investments?

PICARD v. MERKIN                          ROBERT CASTRO   10/10/12

132

 1              MR. GREENBERG:  I don't mean to make
 2         things difficult, but the question seemed
 3         ambiguous to me.
 4     BY MR. SONG:
 5         Q.    Prior to December 2008, did you have
 6     an understanding as to who the auditor was for
 7     Madoff Securities?
 8         A.    I likely -- I probably knew who it
 9     was, sure.
10         Q.    And how did you get that
11     understanding?
12         A.    We would normally ask for internal
13     control letters.  So from that basis, we would
14     know who the auditor was; but we're not really
15     taking note whether it's Eisner, BDO or
16     Friehling & Horowitz.
17         Q.    Why wouldn't you take note of the
18     identity of the auditor?
19         A.    Because it wasn't the relevant
20     purpose of getting the internal control letter.
21              MR. SONG:  Give me 20.
22              (Trustee's Exhibit 40, Bates Nos.
23         BDO_T_0003891 through 93, Bernard L. Madoff
24         Independent Auditor's Report Year Ended
25         October 31, 2006, marked for

PICARD v. MERKIN                          ROBERT CASTRO   10/10/12

134

1        Q.     Why did you have Mr. Autera request

2    this internal control report?

3        A.     As a standard audit procedure in

4    every hedge fund, we requested the

5    broker/dealer's internal control report.

6        Q.     What's the purpose of this internal

7    control report?

8        A.     Just to make sure that they're not

9    reporting any internal control problems.

10        Q.     Did BDO take any steps to

11    investigate the authenticity of this internal

12    control report?

13        A.     No.

14        Q.     Did BDO take any steps to verify

15    whether or not the internal control report issued

16    by Friehling & Horowitz is accurate?

17        A.     No.

18        Q.     Why not?

19        A.     Firstly, we couldn't possibly do

20    that because to do that, we'd have to do the

21    audit of Madoff ourselves.

22        Q.     Anything else?

23        A.     There was no GAAS requirement to do

24    that.  There's not a GAAS requirement to even get

25    this document.

PICARD v. MERKIN                    ROBERT CASTRO   10/10/12

135

1          Q.     If there's no GAAS requirement to

2     get the document, why did BDO request it?

3          A.     Because you can't get --

4     broker/dealers do not -- prior to recent, did not

5     do SAS 70 reports, with the sole exception of

6     Goldman Sachs did one for a couple of years.  So

7     in lieu of that, we would ask for the internal

8     control reports.

9          Q.     In connection with the audits for

10    Ascot and Gabriel, did you request internal

11    control reports from any other financial

12    institutions?

13         A.     Any financial institution, any

14    broker/dealer they dealt with we would have asked

15    for.

16         Q.     Was the identity of the auditors

17    for -- was the identity of the auditor who

18    drafted the internal control report of any

19    significance to BDO's audit?

20               MR. STEINER:  Objection to form.

21               THE WITNESS:  No.

22    BY MR. SONG:

23         Q.     Why not?

24         A.     Because we weren't relying on the

25    auditor for anything.

PICARD v. MERKIN                           ROBERT CASTRO   10/10/12

136

1        Q.      What do you mean by the statement

2   that you weren't relying on the auditor for

3   anything?

4        A.      We didn't use his report in

5   determining -- to the extent or the timing or the

6   nature of our substantive tests.

7        Q.      Did you ever recall a time in which

8   BDO ever scrutinized an auditor of a hedge fund

9   client's broker/dealer or investment adviser?

10            MR. GREENBERG:  I'm having trouble

11         hearing with the noise outside.  Can you

12         try that again.

13   BY MR. SONG:

14        Q.      Do you ever recall a time in which

15   BDO ever scrutinized an auditor of a hedge fund

16   client's broker/dealer or investment adviser?

17            MR. GREENBERG:  Objection to form.

18            THE WITNESS:  No.

19            (Discussion off the record.)

20   BY MR. SONG:

21        Q.      Did BDO USA have any oversight over

22   BDO Tortuga's audits into Ariel or Ascot Fund?

23        A.      No.

24        Q.      Do you know if BDO Tortuga conducted

25   testing similar to that of BDO USA on the Madoff

PICARD v. MERKIN                          ROBERT CASTRO   10/10/12

139

1   funds, it would take approximately four to six

2   weeks to complete an audit?

3        A.    Yes.

4        Q.    Do you recall how much BDO charged

5   the defendant funds to conduct the audit?

6        A.    50, 60 grand a fund.

7        Q.    Was that consistent throughout the

8   time period in which you were the engagement

9   partner?

10       A.    Yes, I would say so.

11       Q.    And did that price compare -- how

12  did that price compare to other funds of similar

13  size and complexity?

14       A.    Almost every fund we did we're at

15  our standard rates.  The hours would be

16  approximately the same.  They would be in the

17  same price range.

18            (Discussion held off the record.)

19       Q.    During the four to six weeks in

20  which the audit process was taking place, can you

21  estimate how much time was spent examining the

22  records from Madoff Securities?

23       A.    When you say "records" --

24       Q.    I mean the account statements or

25  trade tickets that you were talking about

140

1    earlier.

2         A.      It would be difficult to say, but it

3    wouldn't be more than a couple of days, if that

4    much.  That's depending on how many positions

5    there are.

6         Q.      What do you mean, "how many

7    positions there are"?

8         A.      Let's take an example.  Let's say I

9    have a billion-dollar fund.  And I get the

10   statement from Morgan Stanley or broker -- or

11   Madoff, and that billion dollars is in a stock

12   called IBM, one position, it wouldn't take more

13   than five minutes to deal with that.

14            If I have a hundred-thousand-dollar

15   fund and a hundred different positions, that's a

16   whole different ball game.  So when I say you

17   have to look at the size and complexity, those

18   are the things you're looking at.

19            In most cases, it's probably not

20   more than a day or two, at the most complex

21   sense, just tying it in and then price testing

22   it.

23        Q.      During your time at BDO USA, are you

24   aware of any policies or procedures that BDO had

25   in place that would preclude an employee from

PICARD v. MERKIN                              ROBERT CASTRO   10/10/12

144

1    services?

2          A.      We provide due diligence reports,

3    yes.

4          Q.      Do you know what those due diligence

5    reports consist of?

6          A.      They are usually fact-intensive.  So

7    it would depend on what you're looking at and

8    what procedures you agree to do with the company

9    itself.

10         Q.      For example, do they examine a

11   particular money manager?

12         A.      Who's "they"?

13         Q.      Well, that's a good question.

14                 Who provides these due diligence

15   services at BDO USA?

16         A.      Well, they could be done by anybody

17   with the proper skill-sets.  So I could tell you

18   that that would be our group.  And to my

19   knowledge, we have never provided due diligence

20   services or investigated the reputation of an

21   investment adviser or an underwriter or a

22   broker/dealer or any other entity including

23   investments at our client's request or anybody

24   else's.

25                 MR. SONG:  Can you give me 22.

BENDISH REPORTING, INC.
877.404.2193

148

1        those procedures to verify the accuracy, the

2        valuation and existence of the assets.  You can

3        call it what you want, but it's an audit

4        procedure.

5              Q.     Do you consider any difference

6        between an audit procedure and due diligence on

7        hedge funds?

8              A.     Again, "due diligence" is a term of

9        art.  It doesn't have any prescribed

10       methodologies.  They differ from firm to firm,

11       people to people and are generally agreed upon

12       between the auditor or the provider of service

13       and the company as to what procedures are deemed

14       adequate for them under the circumstances for due

15       diligence.  And that's why those reports are so

16       different from an audit report which is in

17       accordance with GAAS.

18             Q.     Did you consider -- do you consider

19       the testing and other analysis that you did on

20       the account documents related to Madoff

21       Securities to be due diligence?

22                   MR. STEINER:  Objection to form.

23                   THE WITNESS:  Due diligence of

24          Madoff?

25

PICARD v. MERKIN                            ROBERT CASTRO   10/10/12

149

1     BY MR. SONG:

2          Q.     Of Madoff.

3          A.     Oh, no.

4          Q.     So the prior testimony you gave

5     regarding due diligence, that is with respect

6     to --

7          A.     The financial statements of the

8     company.

9          Q.     In this case Gabriel or Ascot?

10         A.     Correct.

11                MR. STEINER:  Object to the form.

12                MR. SONG:  Why don't we go ahead and

13         go off the record.

14                THE VIDEOGRAPHER:  Going off the

15         record.  The time is 2:18.  This ends Tape

16         No. 3.

17                (Recess from the record.)

18                THE VIDEOGRAPHER:  We are back on

19         the record.  The time is 2:25.  This is

20         Tape No. 4.

21     BY MR. SONG:

22         Q.     Mr. Castro, do you know what the

23     Sharpe ratio is?

24         A.     I have heard of it, yes.

25         Q.     What is your understanding of the

PICARD v. MERKIN                          ROBERT CASTRO   10/10/12

164

1          A.      That's correct.

2          Q.      And part of BDO's audit process

3    was -- would be to confirm the year-end balances

4    in those accounts; right?

5          A.      That's correct.

6          Q.      And to do that, BDO would request

7    written confirmations of those balances be sent

8    directly to BDO from Madoff Securities; right?

9          A.      Correct.

10         Q.      And each year, BDO received such

11   confirmations directly from Madoff Securities?

12         A.      I believe so, yes.

13         Q.      And BDO relied on Madoff Securities'

14   confirmations of the account balances?

15         A.      For the existence, yes.

16         Q.      And why did BDO rely on those

17   written confirmations?

18         A.      Because there's no higher audit

19   procedure than to confirm with a third party, and

20   especially since he was -- he was a regulated

21   entity holding those assets.

22         Q.      And the fact that he was

23   regulated -- that Madoff Securities was an

24   SEC-regulated broker/dealer was a significant

25   fact in BDO's reliance on statements and

PICARD v. MERKIN                          ROBERT CASTRO   10/10/12

169

 1   BY MR. STEINER:

 2        Q.     Sure.

 3               BDO was aware that the independent

 4   auditor's statement of internal controls on

 5   Madoff Securities were issued by Friehling &

 6   Horowitz; right?

 7        A.     I would doubt highly if you asked

 8   anybody a week later who the auditor of Morgan

 9   Stanley or Madoff were.  So the question of

10   awareness, at the time that they looked at that

11   piece of evidence, they were aware, yes.

12        Q.     And those statements of internal

13   controls would be maintained within BDO's work

14   papers?

15        A.     If we received them, yes.

16        Q.     And if during the course of the

17   audit, you suspected or were in any way concerned

18   that Madoff Securities was operating a massive

19   fraud or a Ponzi scheme, you would have

20   investigated that circumstance; right?

21        A.     If we believed that were the case,

22   yes.

23        Q.     And you would have brought it to the

24   attention of Mr. Merkin or others at Gabriel

25   Capital Corporation?

PICARD v. MERKIN                                    ROBERT CASTRO   10/10/12

176

1    BY MR. SONG:

2         Q.    When you were examining the prices

3    for the trade -- for trades conducted by Madoff

4    Securities, did you test to see how often those

5    trades occurred at the highs or the lows of the

6    reported day?

7         A.    No.

8         Q.    Do you remember Mr. Steiner asked

9    you whether or not investors in Merkin's funds

10   could take comfort in the audits performed by

11   BDO?

12        A.    Yes.

13        Q.    Does that comfort extend to the

14   assets placed by the funds with Madoff

15   Securities?

16             MR. STEINER:  Objection to form.

17             THE WITNESS:  Can you repeat that

18        again, please.

19   BY MR. SONG:

20        Q.    Sure.

21             Should investors take comfort in

22   BDO's audit of Merkin's -- of the funds

23   associated with Mr. Merkin in connection with the

24   assets that were placed with Madoff Securities?

25             MR. GREENBERG:  Note my objection to

PICARD v. MERKIN                    ROBERT CASTRO   10/10/12

177

1           that also.

2                    But go ahead and answer it.

3                    MR. STEINER:  Objection.

4                    THE WITNESS:  Firstly, I think we

5           said that they might take comfort, not they

6           could take comfort.  That's something they

7           have to decide, whether to take comfort in

8           our financial statements as part of the due

9           diligence or even if they use our financial

10          statements as part of the due diligence.

11          But certainly anything that we are talking

12          about at the entity level does not extend

13          to outside the entity.

14                   MR. SONG:  Okay.  That's it.  No

15          further questions.

16                   MR. GREENBERG:  Anyone else?

17                   As I previously said, we'll -- we

18          will read and sign.

19                   MR. SONG:  That's fine.

20                   MR. GREENBERG:  Thank you.

21                   MR. SONG:  Thank you.

22                   THE VIDEOGRAPHER:  Going off the

23          record.  The time is 3:16.

24                   (Examination concluded.)

25