# EXHIBIT 30

1

<pre>
 1              UNITED STATES BANKRUPTCY COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3     ---------------------------------x
       In Re:
 4
       BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
 5     SECURITIES LLC,                       08-01789(BRL)

 6              Debtor.
       ---------------------------------x
 7     IRVING H. PICARD, Trustee for the
       Liquidation of Bernard L. Madoff
 8     Investment Securities LLC,

 9              Plaintiff,                    Adv.Pro.No.
                                             09-1182(BRL)
10              v.

11     J. EZRA MERKIN, GABRIEL CAPITAL,
       L.P., ARIEL FUND LTD., ASCOT
12     PARTNERS, L.P., GABRIEL CAPITAL
       CORPORATION,

13
                Defendants.
14     ---------------------------------x

15

16

17          VIDEOTAPED DEPOSITION of JOSHUA L. NASH, as

18     taken by and before NANCY C. BENDISH, Certified

19     Court Reporter, RMR, CRR and Notary Public of the

20     States of New York and New Jersey, at the offices of

21     WEIL, GOTSHAL & MANGES, 767 Fifth Avenue, New York,

22     New York on Thursday, October 18, 2012, commencing

23     at 2:11 p.m.

24

25
</pre>

PICARD v. MERKIN                           JOSHUA L. NASH      10/18/12

                                                                    28

1          A.      I don't recall.

2          Q.      Based on your review of the account

3    statements, were you able to understand the strategy

4    that Mr. Madoff was using?

5                  MS. PRINC:  Object to form.

6          A.      No.

7          Q.      Did you discuss this with your

8    father?

9          A.      Yes.

10         Q.      What did you discuss?

11         A.      We discussed how we didn't understand

12   how, by buying stocks, selling calls and buying

13   puts, one would have made money every month.

14         Q.      Did you reach out to anyone at BLMIS

15   after reviewing the statements?

16         A.      I didn't.

17         Q.      Did your father?

18         A.      He didn't reach out.

19         Q.      Okay.  What did he do?

20         A.      He told Mr. Spring, who had

21   introduced him, that he wanted to get his money back

22   because he didn't understand how the money was being

23   made, thanked him for the introduction, but that he

24   was going to withdraw his account.

25         Q.      And how did Mr. Spring react to this

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

29

1    discussion?

2                 MS. PRINC:   Object to form.

3         A.      I don't recollect.

4         Q.      Did you ever visit Mr. Madoff at his

5    office after reviewing the account statements?

6         A.      Yes.

7         Q.      Did you go with your father?

8         A.      Yes.

9         Q.      How many times did you visit

10   Mr. Madoff at his office?

11        A.      Once, I believe.

12        Q.      Do you know the approximate date of

13   that meeting?

14        A.      On or around the time that my father

15   withdrew, closed the account.  So I would guess

16   eight months after this was signed, but that's an

17   approximation.

18        Q.      Do you know how that meeting was set

19   up?

20        A.      Yes.

21        Q.      How?

22        A.      Mr. Spring told my father that if he

23   was willing to come over, Mr. Madoff would like to

24   explain how he made his money.

25        Q.      Did you ask Mr. Madoff how he was

**PICARD v. MERKIN**                    **JOSHUA L. NASH**   **10/18/12**

30

1   able to make the money?

2           MR. ALLERHAND:  Why don't you

3   describe what happened at the meeting, rather

4   than...

5        A.     My father and I went over to the

6   Lipstick Building, met with Mr. Madoff, Mr. Madoff

7   discussed his money making -- excuse me, market

8   making activities, as well as discussed some option

9   activities.  And that was the substance of him

10  discussing his investment approach.

11       Q.     Did Mr. Madoff describe to you his

12  investment strategy?

13          MS. PRINC:  Object to form.

14       A.     Vaguely.  He said he had lots of

15  orders coming through, had a view and a look at the

16  market through a lot of orders that he got from

17  brokers, both in stocks and options and, therefore,

18  he was able to put these positions on.

19       Q.     Were you satisfied with his

20  explanation?

21          MS. PRINC:  Object to form.

22       Q.     Let me rephrase.  Were you

23  comfortable with his explanation?

24       A.     No.

25          MS. PRINC:  Object to form.

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

31

1        Q.        Why were you not comfortable with his

2   explanation?

3        A.        It wasn't, it wasn't clear to us how

4   he made the money.  It also wasn't clear to us how

5   all these trades translated into individual

6   accounts.

7        Q.        Did you ask Mr. Madoff how all the

8   trades translated into individual accounts?

9        A.        Yes.  Either I asked or my father

10   asked.  I don't recall which of us asked.

11       Q.        What was Mr. Madoff's response?

12       A.        Something to the effect of, I

13   wouldn't worry about that because it all balances at

14   the end of the year.  Balances or evens out,

15   something to that, I don't remember the exact words,

16   but that was the gist of it.

17       Q.        What was your reaction to that

18   explanation by Mr. Madoff?

19                 MS. PRINC:  Object to form.

20       A.        I don't know what my reaction -- I

21   don't know what the specific reaction was, but from

22   a business that was used to a formula of how one

23   allocated trades, it wasn't -- didn't seem a

24   satisfactory answer.

25       Q.        Is there anything else you recall

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

32

1    about the meeting that you had with your father and

2    Mr. Madoff that we haven't already covered?

3           A.      We had some discussion about the

4    accounting firm.  My father in particular raised the

5    issue that why didn't Mr. Madoff have what at the

6    time was the Big Eight, a Big Eight accounting firm

7    for customer money.

8           Q.      What is the Big Eight accounting firm

9    for customer money?

10          A.      Well, there used to be.  Now it's

11   what, the Big Four, the Big Three?  There used to

12   be --

13                  MR. ALLERHAND:  The Final Four.

14          A.      Final Four.  There used to be eight

15   accounting firms that were regarded as the top major

16   firms, the Deloittes, Touche Ross.  Many of these

17   have merged.  Alan Andersen.

18                  MR. ALLERHAND:  Arthur Andersen.

19          A.      Arthur Andersen.  So that's what he

20   was referring to.

21          Q.      Did your father expect that

22   Mr. Madoff would use one of the Big Eight accounting

23   firms?

24                  MS. PRINC:  Object to form.

25          A.      We used Deloitte and most of the

PICARD v. MERKIN                    JOSHUA L. NASH    10/18/12

33

1    partnerships we invested in used major accounting

2    firms.

3            Q.        And why is that?

4            A.        Whether it was true or not, it gave a

5    certain sense of satisfaction and comfort to

6    investors.

7            Q.        When did you find out about

8    Mr. Madoff's accounting firm?

9            A.        When my father asked the question --

10           Q.        At the meeting?

11           A.        -- at the meeting.

12           Q.        Do you know who that accounting firm

13   was?

14           A.        It had two or three names in it that

15   I didn't recognize.

16           Q.        Were you concerned that Mr. Madoff

17   was not using one of the Big Eight accounting firms?

18                     MS. PRINC:  Object to form.

19           A.        Yes.

20           Q.        Why were you concerned?

21           A.        Because most other firms used Big

22   Eight accounting firms and they were firms that one

23   knew about.  Didn't mean they couldn't make

24   mistakes, but they were large, independent,

25   reputable firms.

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

34

1          Q.       What did you know about Mr. Madoff's
2    accounting firm?
3          A.       Nothing.
4          Q.       Did it concern you that you knew
5    nothing about Mr. Madoff's accounting firm?
6                   MS. PRINC:  Object to form.
7          A.       Yes.
8          Q.       Did you at any time learn that
9    Mr. Madoff began the practice of exiting all
10   investments and holding only treasury bills at the
11   end of each quarter?
12                  MS. PRINC:  Object to form.
13         A.       Yes.
14         Q.       When did you become aware of that?
15         A.       Don't recall.
16         Q.       How did you become aware of that?
17         A.       Don't recall.
18         Q.       What was your reaction?
19                  MS. PRINC:  Object to form.
20         A.       Didn't make sense.
21         Q.       Why didn't it make sense?
22         A.       Because I don't know what would be
23   magic about an end of a quarter or end of the year
24   that would, as part of an investment strategy, would
25   have one go to cash always at that period.

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

35

1          Q.        So, did you see any reason why any

2    trading strategy would involve consistently exiting

3    the market at the end of every quarter?

4                    MS. PRINC:  Object to form.

5          A.        I can't think of one.

6          Q.        Why do you think Mr. Madoff

7    purportedly exited the market at the end of each

8    quarter?

9                    MS. PRINC:  Object to form.

10         A.        No idea.

11         Q.        Do you think that reduced

12   transparency into how Mr. Madoff's investment

13   strategy worked?

14                   MS. PRINC:  Object to form.

15                   MR. ALLERHAND:  I just have an

16   objection.  He's here as a fact witness, not to

17   speculate as to why Mr. Madoff did or didn't do

18   certain things.  I mean, any question you want to

19   ask about what he knows, what he discussed, what he

20   thought at the time.  But I don't think he's here as

21   an expert witness to speculate as to why Madoff did

22   or didn't do certain things.

23         Q.        Did your father withdraw his money

24   from BLMIS?

25         A.        Yes.

PICARD v. MERKIN                    JOSHUA L. NASH    10/18/12

36

1          Q.          Do you know when that was?

2          A.          I said, approximately eight months

3     after investing.  Eight, ten, something like that.

4          Q.          Why did your father redeem his

5     investment with BLMIS?

6          A.          He wasn't comfortable.

7          Q.          Do you know how much money your

8     father invested with BLMIS?

9          A.          Something around a million, a million

10    and a half dollars, something of that size.

11         Q.          Do you know how much money your

12    father redeemed from BLMIS?

13         A.          He redeemed the investment plus the

14    profit that was generated over that eight, ten,

15    12-month period.

16         Q.          Do you know how much profit he

17    redeemed?

18         A.          I recall it was approximately 12 or

19    14 percent.

20         Q.          Did you know anyone else who was

21    invested at BLMIS?

22         A.          Over the years I've met people who

23    were invested.

24         Q.          Who?

25         A.          Mr. Merkin.  Mr. Spring, others.

PICARD v. MERKIN                    JOSHUA L. NASH    10/18/12

40

1        Q.      Who is Mr. Merkin?

2        A.      Who is?  He is represented by counsel

3   here.  He is an individual in the State of New York

4   who was an investor and managed a series of

5   partnerships.

6        Q.      Did your father know Mr. Merkin?

7        A.      Yes.

8        Q.      Can you describe your father's

9   relationship with Mr. Merkin?

10               MS. PRINC:  Object to form.

11       A.      My father knew his father and so, I

12  believe, met Mr. Ezra Merkin first through his

13  father and then through investing, Wall Street.

14       Q.      Can you describe your relationship

15  with Mr. Merkin.

16       A.      Long relationship, knew him very

17  well.  Used to talk to him about investments.  Would

18  occasionally see him socially.  Invested together in

19  some things.

20       Q.      What investments would you and

21  Mr. Merkin talk about?

22       A.      Lots of investments.  We served on

23  investment committees together, so we would talk

24  about investments that that particular institution

25  had, as well as prospective investments, other

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

41

1    managers.  So, many investments.

2         Q.        When did you first meet Mr. Merkin?

3         A.        In mid to late '80s.

4         Q.        How did you meet Mr. Merkin?

5         A.        I was doing risk arbitrage at a firm

6    and he was doing risk arbitrage at a firm, and I

7    don't remember exactly, but we met somewhere.

8         Q.        Approximately how often did you meet

9    Mr. Merkin in person?

10        A.        I don't recall.  It also depends very

11   much on what time period.

12        Q.        In the '80s did you meet with him in

13   person?

14        A.        Rarely, if at all.

15        Q.        How about in the early 1990s?

16        A.        Not often.

17        Q.        In the late 1990s did you meet with

18   Mr. Merkin?

19        A.        More often, maybe -- again, this is a

20   recollection from ancient histories -- maybe once --

21   make it three, four times a year.

22        Q.        And since 2000 how often have you met

23   with Mr. Merkin?

24        A.        I would guess in 2000 to 2007 or '8,

25   maybe once a month, because we were on committees

PICARD v. MERKIN                    JOSHUA L. NASH    10/18/12

47

1        A.        We discussed that it had an

2   investment with Madoff, how much it had, and what

3   would happen to the fund going forward.

4        Q.        When did you learn that Gabriel

5   Capital was invested with Madoff?

6        A.        That night when I called him after

7   Madoff was arrested.

8        Q.        How did you react to finding that

9   Gabriel Capital was invested with Madoff?

10            MS. PRINC:  Object to form.

11       A.        I was shocked and not pleased.

12       Q.        Why were you shocked and not pleased?

13       A.        I wasn't pleased because I just lost

14   some money.  And I was shocked because I thought I

15   knew Ezra well and thought I knew what he did and

16   didn't expect to have Madoff in that fund.

17       Q.        What did Mr. Merkin do that made you

18   surprised that he had Madoff in that fund?

19            MS. PRINC:  Object to form.

20       A.        Well, I wouldn't say it's what he

21   did, but he was an investor.  I'd known him for a

22   long time.  I had known him as an investor both in

23   risk arbitrage, which he began with, as well as

24   distressed debt.  And I thought that was the

25   principal investing activities of Gabriel Capital.

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

48

1        Q.        You thought risk arbitrage and

2     distressed debt were the principal investment

3     activities of Gabriel Capital?

4        A.        Correct.

5        Q.        What is risk arbitrage?

6        A.        Risk arbitrage is arbitraging two

7     securities generally in a context of a merger

8     transaction or a recapitalization.

9                  So, by way of example, if one company

10    is buying another for stock, it generally trades at

11    a discount to the ultimate deal price, so a risk

12    arbitrager would buy the selling company and

13    potentially sell short or use options on the

14    acquiring company.  It's a form of investment.

15       Q.        And what is distressed debt?

16       A.        Distressed debt is credit or debt

17    securities or loans, whether they be senior or not,

18    that is of a company that is in some form of

19    distress, generally over-levered, having difficulty.

20    It's again a form of -- it's a type of investment,

21    it's an investment strategy.

22       Q.        Prior to Mr. Madoff's arrest, had you

23    and Mr. Merkin at any time discussed Madoff?

24       A.        Yes.

25       Q.        How many times?

PICARD v. MERKIN                          JOSHUA L. NASH        10/18/12

                                                                    49

 1        A.        I would be guessing, but numerous

 2   times.

 3        Q.        Do you recall when you discussed

 4   Mr. Madoff with Mr. Merkin?

 5        A.        No.  It's not one conversation, so I

 6   don't recall one specific one, but he came up in

 7   many different contexts.

 8        Q.        Do you recall the first time

 9   Mr. Madoff came up in a discussion with Mr. Merkin?

10        A.        I don't remember the first time.  I

11   don't remember sequences, chronologically.

12        Q.        Can you generally describe these

13   discussions with Mr. Merkin about Mr. Madoff?

14        A.        There were generally two types of

15   discussions.  One, periodically -- periodically, you

16   know, infrequently, but once in a while Ezra would

17   call up and in the midst of a discussion would cite

18   Mr. Madoff and say something to the effect of, you

19   know, Bernie's gotten very bullish to market.  And I

20   would say, well, what do you mean by that and he

21   would say, well, Bernie has been out of the market

22   for a long period of time and Bernie three days ago

23   started buying stocks.  And Bernie's always been

24   very good at timing the market, and just thought

25   you'd want to know that here's the smart guy's

**PICARD v. MERKIN**                    **JOSHUA L. NASH**   10/18/12

50

1   bullish.  So it would sometimes be a context like

2   that.

3                Other times it would be in the

4   context of a discussion about investment managers,

5   my guesses would be around investment committees.

6   So we might be -- I was on UJA, I was not on

7   Yeshiva, which was another one Ezra chaired.  So we

8   might -- I might have asked Ezra how is UJA doing in

9   relation to how Yeshiva is doing; and there were

10  quite a number of times that, discussions like that,

11  should we look at other managers, what are you

12  looking at, what are we not.  And there were a

13  number of occasions where the Yeshiva performance

14  may have been better and when I asked why, he would

15  say, Ezra would say, because Yeshiva has Madoff.  So

16  those were the types of conversations we would have.

17       Q.       So was it your understanding that UJA

18  did not have Madoff investments?

19       A.       I was on the UJA committee and I knew

20  they didn't have it.  So, yes.

21       Q.       How did you respond to Mr. Merkin's

22  descriptions of Mr. Madoff?

23                MS. PRINC:  Object to form.

24       A.       When he talked about the market, I

25  don't -- you know, I don't recall whether I

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

51

1    commented or anything.  In terms of the Yeshiva,

2    there were a couple of times I said, well, that's a

3    non-starter.  Because as a fiduciary I wouldn't be

4    comfortable being a fiduciary of an endowment and

5    having investment in Madoff.

6            Q.      As a fiduciary, why wouldn't you be

7    comfortable being a fiduciary and having investment

8    in Madoff?

9            MS. PRINC:  Object to form.

10           A.      My principal reason was the

11   accounting firm.  As an individual, if one invests

12   with somebody and they don't have auditing

13   accounting firms or it's very highly speculative,

14   you have nobody to blame but yourself and if you

15   lose money, it's your own money.  If you're a

16   fiduciary, you have a burden in a degree for others

17   and I did not feel comfortable if something were to

18   happen, that to me this was a potential flag.  But

19   that was my personal view.

20           Q.      You just said, to me this was a

21   personal flag?

22           A.      No.  The lack of a major accounting

23   firm to me was a red flag.  But that was my

24   personal -- what I'm saying is that was my personal

25   view.  Not everybody necessarily weighed that and

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

52

1   shared it and viewed it in the same way.  For me, I

2   was not comfortable as a fiduciary, and wouldn't be,

3   with that.

4          Q.      That was your personal opinion?

5          A.      Correct.

6          Q.      And you shared this opinion with

7   Mr. Merkin?

8          A.      Yes.

9          Q.      Were there any other red flags about

10  Mr. Madoff that you shared with Mr. Merkin?

11                 MS. PRINC:  Object to form.

12         A.      I wouldn't call them red flags.  He

13  knew I was skeptical of it.  I don't recall any

14  specific other red flags.

15         Q.      You mentioned that for Yeshiva Madoff

16  was a non-starter?

17         A.      For UJA.

18         Q.      I'm sorry.  For UJA.

19         A.      For UJA was a non-starter.

20         Q.      I'm sorry, for UJA Madoff was a non-

21  starter?

22         A.      Um-hum.

23         Q.      Did you object to UJA investing with

24  Madoff?

25         A.      It never came to a vote.

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

56

1              MS. PRINC:  Object to form.

2         A.      Not to my knowledge.

3         Q.      Are you aware that Ariel Capital was

4    invested in Madoff?

5         A.      I'm aware now.

6         Q.      When did you become aware of that?

7         A.      Same time I became aware Gabriel was,

8    which was the night Mr. Madoff was arrested.

9         Q.      Were any of the other investment

10   committee members of UJA aware that Ariel Capital

11   had investments with Madoff?

12             MS. PRINC:  Object to the form.

13        A.      I don't know.  Although at the time

14   of the arrest, UJA had no investment in Ariel.  The

15   investment predated this period.

16        Q.      You testified that you were invested

17   in Gabriel Capital Fund?

18        A.      Yes.

19        Q.      Did you use an investment vehicle to

20   place money with Gabriel?

21             MS. PRINC:  Object to form.

22        A.      I was invested personally, as well as

23   the Nash Family Partnership, and I believe

24   originally Jack Nash, which then became JNJN or the

25   estate of Jack Nash.  But through no other vehicles,

PICARD v. MERKIN                    JOSHUA L. NASH      10/18/12

57

1   to my knowledge.

2        Q.        When did you initially invest in

3   Gabriel?

4        A.        My initial investment was mid to late

5   '90s.  I think '97, if I would guess.  The other

6   entities we discussed had different dates.  I think

7   Jack Nash, the first one, was 1989.

8        Q.        And when did the Nash Family

9   Partnership begin investing?

10       A.        Don't recall.

11       Q.        Why did you personally decide to

12  invest with Gabriel?

13       A.        I got to know Ezra, I thought he was

14  smart.  I thought that -- I liked the strategies as

15  I understood them, being risk arbitrage and

16  distressed.  I like to invest with smart people and

17  strategies I understand.

18       Q.        How much did you personally have

19  invested with Gabriel?

20       A.        The initial investment I believe was

21  a million and a half or $2 million.

22       Q.        And over time did you continue to

23  place money with Gabriel?

24       A.        I may have added once and I know I

25  took -- I withdrew some capital at one point, as

**PICARD v. MERKIN**                    **JOSHUA L. NASH**    **10/18/12**

67

 1          A.      Well, I think that any time somebody

 2    invested in something that turned out they were

 3    defrauded, in some measure, yes, they had the wool

 4    pulled over their eyes.

 5          Q.      You testified that it was your

 6    understanding that Gabriel Capital invested in risk

 7    arbitrage and distressed debt; is that correct?

 8          A.      Yes.

 9          Q.      What is the basis for your

10    understanding of that investment strategy of

11    Gabriel?

12          A.      Conversations with Mr. Merkin,

13    reading of his letters, financial statements, things

14    of that sort.  Offering document.

15                  (Exhibit Trustee 82 marked for

16    identification.)

17          Q.      Before you is a document that has

18    been marked Trustee's exhibit number 82.  Do you

19    recognize this document?

20          A.      Yes.

21          Q.      Can you please describe this

22    document.

23          A.      This is an offering memorandum.

24    Hedge funds, private partnerships and the like

25    provide this to prospective investors.  As well as,

**PICARD v. MERKIN**                    **JOSHUA L. NASH    10/18/12**

68

1    obviously, their existing investors.  It discusses

2    the summary of terms, summary of investment

3    philosophy, other ways of operating the fund.  And

4    oftentimes has the partnership agreement as well.

5         Q.       You testified that you gained an

6    understanding of Gabriel Capital's investment

7    strategy based on an offering document.  Is this the

8    offering document you were referring to?

9                  MS. PRINC:  Object to form.

10        A.       No.  Because I invested -- this is

11   March 2006 and I invested way before then.  I would

12   have got -- as an investor when it was amended, I

13   would have been sent this document.

14        Q.       You also testified that you gained an

15   understanding of Gabriel Capital's investment

16   strategy by reading letters and reading financial

17   statements?

18        A.       Um-hum.  Yes.

19        Q.       Did any of these materials ever

20   mention Mr. Madoff?

21        A.       No.

22                 MS. PRINC:  Object to form.

23        A.       Not to my knowledge.

24        Q.       Did any of these materials that you

25   received and relied upon ever mention BLMIS?

PICARD v. MERKIN                    JOSHUA L. NASH    10/18/12

69

1              MS. PRINC:  Object to form.

2         A.      Not to my knowledge.

3         Q.      Do you know if Cerberus Capital

4    Management managed any portion of Gabriel's funds at

5    any point in time?

6              MS. PRINC:  Object to form.

7         A.      I know Ezra -- that Gabriel Capital

8    had lots of investments with Cerberus.  How exactly

9    it was structured and whether Cerberus was legally

10   the manager, I don't know.  But, yes, they invested

11   with Cerberus.  And that was often in letters and I

12   believe was in the financial statements as well.

13   And Ezra would talk about it frequently.

14        Q.      Was Cohanzick Capital, LP ever

15   mentioned in any of the letters and financial

16   statements of Gabriel Capital?

17             MS. PRINC:  Object to form.

18        A.      Don't know.

19        Q.      Who did you believe managed the funds

20   in Gabriel?

21             MS. PRINC:  Object to form.

22        A.      I believed Ezra and people who worked

23   for Ezra, meaning he had people in offices, I didn't

24   know whether -- which of those people had investment

25   authority, but employees of Gabriel, as well as

**PICARD v. MERKIN**                    **JOSHUA L. NASH**   **10/18/12**

89

1       Q.       Can you think of any?

2                MS. TRUONG:  Object to form.

3       A.       Not off the top but, you know, when

4    you evaluate managers, stocks, investments, there

5    are lots of things you decide to do and lots of

6    things you decide not to do.

7                MS. PRINC:  No further questions.

8    Thank you.

9                MS. TRUONG:  Thank you again,

10   Mr. Nash.

11               THE WITNESS:  You're welcome.

12               THE VIDEOGRAPHER:  Going off the

13   record, the time is 4:57.

14               (Deposition concluded.)

15                      -o0o-

16

17

18

19

20

21

22

23

24

25