# **EXHIBIT 31**

### Page 1

```
 1  SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF NEW YORK
 2  ------------------------------------X
    CRT INVESTMENTS, LIMITED, and
 3  MORTIMER ZUCKERMAN,
 4          Plaintiffs,
                            Index No.
 5     -against-            601052/09
 6  J. EZRA MERKIN, GABRIEL CAPITAL
    CORPORATION, BDO SEIDMAN, LLP, and
 7  BDO TORTUGA f/k/a BDO CAYMAN ISLANDS,
 8          Defendants.
 9  ------------------------------------X
    SUPERIOR COURT
10  JUDICIAL DISTRICT OF STAMFORD/NORWALK
    AT STAMFORD
11  ------------------------------------X
    THE CALIBRE FUND, LLC
12          Plaintiff,
                            Docket Number
13              X05-FST-CV-09-5012119-S
       -against-
14
    BDO SEIDMAN, LLP
15          Defendant.
    ------------------------------------X
16
              Susman Godfrey LLP
17            654 Madison Avenue
              New York, New York 10065
18
              May 3, 2010
19            2:33 p.m.
20
21      DEPOSITION OF MICHAEL ANDREOLA, pursuant to
22  Agreement, taken at the above place, date and time,
23  before Dawn Matera, a Registered Professional
24  Reporter and Notary Public within and for the
25  State of New York.
```

### Page 2

```
 1  A P P E A R A N C E S:
 2
 3  SUSMAN GODFREY LLP
       Attorneys for Plaintiffs
 4       1000 Louisiana Street, Suite 5100
         Houston, Texas 77002-5096
 5  BY: HARRY P. SUSMAN, ESQ.
 6
 7
 8  EDWARDS ANGELL PALMER & DODGE LLP
       Attorneys for BDO Seidman and the witness
 9       750 Lexington Avenue
         New York, New York 10022
10  BY: IRA G. GREENBERG, ESQ.
11
12
13  DECHERT LLP
       Attorneys for J. Ezra Merkin and
14     Gabriel Capital Corp.
         1095 Avenue of the Americas
15       New York, New York 10036-6797
    BY: GARY J. MENNITT, ESQ.
16
17
18
19
20
21  ALSO PRESENT:
22  Harris Teran, Videographer
    Merrill Legal Solutions
23
24
25
```

### Page 3

```
 1  S T I P U L A T I O N S:
 2          IT IS HEREBY STIPULATED AND AGREED, by
 3  and between the respective parties hereto, that all
 4  rights provided by the Civil Practice Law and Rules
 5  3116 and 3117, including the right to object to any
 6  question, except as to form, or to move to strike any
 7  testimony of this examination are reserved, and, in
 8  addition, the failure to object to any question,
 9  shall not be a bar or waiver to make such motion at,
10  and is reserved for, the trial.
11          IT IS FURTHER STIPULATED AND AGREED,
12  that this examination may be signed and sworn to by
13  the witness being examined before a Notary Public
14  other than the Notary Public before whom this
15  examination was begun, but the failure to do so,
16  or to return the original of this examination to
17  counsel, shall not be deemed a waiver of any rights
18          IT IS FURTHER STIPULATED AND AGREED,
19  that the filing of the original of this examination
20  is waived and that a copy of the transcript shall be
21  furnished to the attorney for the witness being
22  examined, without charge therefor.
23
24
25
```

### Page 4

```
 1          THE VIDEOGRAPHER: Good afternoon.
 2  We are now on the record.
 3          My name is Harris Teran, of Merrill
 4  Legal Solutions Houston. Today is May 3rd,
 5  2010. The time is currently 2:33 p.m.
 6          We are at the offices of Susman
 7  Godfrey, 654 Madison Avenue, New York City,
 8  to take the videotaped deposition of
 9  Mr. Michael Andreola, in the matters CRT
10  Investments Limited, et al. v J. Ezra
11  Merkin, et al., in the Supreme Court of the
12  State of New York for the County of New
13  York, Index Number 601052/09.
14          We are also here for the Caliber
15  Fund, LLC v BDO Seidman LLP in the Superior
16  Court, Judicial District of
17  Stamford/Norwalk at Stamford, Docket Number
18  X-05-FST-CV-09-5012119-S.
19          Will counsel present please identify
20  themselves for the record.
21          MR. SUSMAN: Harry Susman, Susman
22  Godfrey for the Plaintiffs.
23          MR. GREENBERG: Ira G. Greenberg,
24  Edwards Angell Palmer & Dodge LLP for
25  Defendant BDO Seidman LLP and for
```

CONFIDENTIAL    BDO_S_0043030

CONFIDENTIAL    BDO_T_0043030

Page 5

```
 1   Mr. Andreola.
 2          MR. MENNITT: Gary Mennitt of
 3   Dechert LLP for Defendants J. Ezra Merkin
 4   and Gabriel Capital Corp.
 5          THE VIDEOGRAPHER: Our court
 6   reporter is Dawn Matera.
 7          Ms. Court Reporter, would you please
 8   swear in the witness.
 9
10   MICHAEL ANDREOLA, herein, having been first duly
11   sworn by a Notary Public within and for the
12   State of New York, was examined and testified as
13   follows:
14
15   EXAMINATION BY MR. SUSMAN:
16      Q.   Mr. Andreola, for whom do you work?
17      A.   BDO Seidman LLP.
18      Q.   How long have you worked for BDO
19   Seidman?
20      A.   More than 25 years.
21      Q.   When did you first meet Ezra Merkin?
22      A.   A little bit over 20 years ago.
23      Q.   And how did you meet him?
24      A.   He was a client of the firm.
25      Q.   Okay. At the time, did he have
```

Page 6

```
 1   Gabriel Capital Corporation in existence?
 2      A.   No.
 3      Q.   When you say "He was a client of the
 4   firm," was it him personally, or was it
 5   corporations that he ran or both?
 6      A.   He was an individual client of a
 7   family group.
 8      Q.   So in his personal capacity he was a
 9   client of the firm, at that point?
10      A.   Yes.
11      Q.   Him and his family; is that right?
12      A.   Yes.
13      Q.   Okay. Had BDO Seidman done work for
14   his father, Mr. Hermann Merkin?
15      A.   Yes.
16      Q.   Do you know how long BDO Seidman has
17   had a relationship with the Merkin family?
18      A.   Has to be more than 50 years.
19      Q.   How old is BDO Seidman as a firm?
20      A.   We'll be 100 years old this year.
21      Q.   When you first started working for
22   Mr. Merkin, was it doing tax work?
23      A.   Yes.
24      Q.   At some point, did you start working
25   for Mr. Merkin's -- for entities that Mr. Merkin
```

Page 7

```
 1   controlled that dealt with business other than
 2   family business?
 3      A.   Yes.
 4      Q.   When did that start?
 5      A.   More than 15 years ago.
 6      Q.   Did it begin with the formation of
 7   Gabriel Capital Corporation and its predecessor,
 8   I think it was called Ariel?
 9      A.   Yes.
10      Q.   I gather you first met Mr. Merkin
11   sometime around the late '80s/early '90s; is
12   that right?
13      A.   Probably around mid-'80s.
14      Q.   Mid-'80s, okay. When did you first
15   learn that Mr. Merkin had any relationship with
16   Bernard Madoff, in any capacity?
17      A.   Mr. Merkin many years ago had a
18   broker/dealer relationship with Mr. Madoff.
19      Q.   And by that you mean Mr. Merkin
20   personally?
21      A.   His entity Ascot.
22      Q.   Okay. Prior to Ascot were you aware
23   of any investment Mr. Merkin had with
24   Mr. Madoff?
25      A.   No.
```

Page 8

```
 1      Q.   Okay. Since you -- over the past,
 2   say, 10 years, how many times would you talk
 3   with Mr. Merkin in an average month?
 4      A.   I used to meet with Mr. Merkin maybe
 5   three or four times a year.
 6      Q.   That would be in his office?
 7      A.   In his office.
 8      Q.   Okay. And would that be -- would
 9   the purpose of those meetings be to discuss just
10   his personal business, or both personal and his
11   entities that he ran, their business as well?
12      A.   It would be for tax planning
13   primarily for him.
14      Q.   Okay. But in addition to doing work
15   for Mr. Merkin, personally, you also did work
16   for Ascot Partners, correct?
17      A.   We did tax work for Ascot Partners.
18      Q.   And you did tax work for Gabriel
19   Capital LP, too?
20      A.   Yes.
21      Q.   Have you personally ever invested
22   with Ezra Merkin in any capacity?
23      A.   No.
24      Q.   Over the years that you've known
25   Mr. Merkin, did you ever meet with a man named
```

CONFIDENTIAL                                                                  BDO_S_0043031

CONFIDENTIAL                                                                  BDO_T_0043031

Page 9

1  Victor Teicher?
2     A.    Yes.
3     Q.    In what capacity did you meet him?
4     A.    Victor was a client of the firm.
5     Q.    A client of BDO's?
6     A.    Yes.
7     Q.    Is he still a client?
8     A.    We do tax work for Victor Teicher.
9     Q.    Do you personally do that work?
10    A.    Yes.
11    Q.    You continue to do that work?
12    A.    Yes.
13    Q.    Have you had any discussions with
14 Mr. Teicher about Mr. Merkin's situation with
15 Mr. Madoff?
16    A.    I just don't remember.
17    Q.    Do you have any discussions with
18 Mr. Teicher ever about the subject of Bernard
19 Madoff and Ezra Merkin?
20    A.    I just don't remember.
21    Q.    Okay. In the past year, since
22 Mr. Madoff was arrested, you don't -- are you
23 telling me that you have not had any
24 conversations with Mr. Teicher about Mr. Merkin
25 and Mr. Madoff, or simply you don't remember if

Page 10

1 you had them?
2     A.    I don't remember having any
3 conversations with Mr. Teicher regarding
4 Mr. Merkin and Mr. Madoff.
5     Q.    Now, in addition to doing tax work
6 for Mr. -- for the hedge funds, you did tax work
7 for Mr. Merkin personally, right?
8     A.    Yes.
9     Q.    Okay. How about for Gabriel Capital
10 Corporation?
11    A.    Yes.
12    Q.    How about for Abelco?
13    A.    No.
14    Q.    Do you know who did the tax work for
15 Abelco?
16    A.    No.
17    Q.    BDO audited Abelco, correct?
18    A.    No.
19    Q.    It did not, okay. Who audited
20 Abelco?
21    A.    I just don't know.
22    Q.    Did you do tax work for something
23 called Hobby Farm?
24    A.    Yes.
25    Q.    What is Hobby Farm?

Page 11

1     A.    Hobby Farm is an investment vehicle
2 of Mr. Merkin.
3     Q.    Who owns Hobby Farm?
4     A.    I just don't remember.
5     Q.    Does Ezra Merkin own Hobby Farm?
6     A.    Don't remember.
7     Q.    Does he control Hobby Farm?
8     A.    I just don't remember.
9     Q.    What about Piping Brook, do you work
10 for that entity?
11    A.    We do tax work for Piping Brook.
12    Q.    What is Piping Brook?
13    A.    It's an investment vehicle of
14 Mr. Merkin.
15    Q.    And who owns Piping Brook?
16    A.    I just don't remember.
17    Q.    And who controls Piping Brook?
18    A.    I just don't remember.
19    Q.    Do you do tax work for something
20 called the J. Ezra Merkin 1992 Trust?
21    A.    I believe so.
22    Q.    Who is the trustee of that trust?
23    A.    I just don't remember.
24    Q.    Did you help create that trust?
25    A.    No.

Page 12

1     Q.    Do you know why it was created?
2     A.    I just don't remember.
3     Q.    Do you know who the beneficiaries
4 are?
5     A.    I just don't remember.
6     Q.    Did you do work for the J. Ezra
7 Merkin 2000 Trust?
8     A.    Yes.
9     Q.    Do you know who the trusty is of
10 that trust?
11    A.    I just don't remember.
12    Q.    Do you know who the beneficiaries
13 are?
14    A.    I just don't remember.
15    Q.    Did you help create that trust?
16    A.    No.
17    Q.    Do you know why it was created?
18    A.    No.
19    Q.    What is Gotham Asset Management; do
20 you know?
21    A.    I just don't remember.
22    Q.    Does BDO do work for them?
23    A.    No.
24    Q.    What is Loan Cascade? You ever
25 heard of that?

Andreola, Michael (5/3/10)                                                    Pages 9 - 12

CONFIDENTIAL                                                                  BDO_S_0043032

CONFIDENTIAL                                                                  BDO_T_0043032

Page 13

1    A.   No.
2    Q.   Oldstand Real Estate, you know what
3  that is?  Ever heard of it?
4    A.   I just don't remember.
5    Q.   Did BDO do work for them?
6    A.   No.
7    Q.   Sevin Rosen Fund, you know what that
8  is?
9    A.   No.
10   Q.   How about Spring Mountain Capital,
11 do you know what that is?
12   A.   I just don't remember.
13   Q.   Does BDO do work for them?
14   A.   I don't believe so.
15   Q.   What about STYX Associates, do you
16 know what that is?
17   A.   No.
18   Q.   Have you ever met a man named David
19 Sherman?
20   A.   Yes.
21   Q.   Do you do tax work for him?
22   A.   No.
23   Q.   How did you meet David Sherman?
24   A.   I met him up at Mr. Merkin's office.
25   Q.   What did you understand Mr. Sherman

Page 14

1  did at Mr. Merkin's office?
2    A.   He ran some hedge funds.
3    Q.   When is the last time you talked to
4  Mr. Merkin?
5    A.   About two months ago.
6    Q.   Okay.  What did you talk to him
7  about?
8    A.   Resigning from his tax engagement.
9    Q.   Did you resign or did he fire you?
10   A.   We resigned.
11   Q.   You resigned.  And that was two
12 months ago?
13   A.   Around two months ago.
14   Q.   And what caused that to happen?
15   A.   I was informed by legal that we
16 couldn't do his work no more.
17   Q.   Does that include just Mr. Merkin or
18 does it also include all of his family members?
19   A.   Could you please clarify the
20 question?
21   Q.   Yeah.  In addition to doing tax work
22 for Mr. Merkin, did you do tax work -- or BDO,
23 are you aware, do other tax work for other
24 family members of Mr. Merkin, such as Sol
25 Merkin?

Page 15

1    A.   Yes.
2    Q.   What other family members are you
3  aware of that you do work for other than Sol
4  Merkin?
5    A.   We do work for the rest of his
6  brothers and sisters.
7    Q.   And is the reason -- did you -- did
8  Mr. Merkin -- strike that.
9         Did BDO essentially inherit the
10 Merkin children from Hermann Merkin, their work?
11 In other words, you do work for the father, and
12 then all the children continued to keep BDO on?
13   A.   Yes.
14   Q.   When you broke your relationship
15 with Mr. Merkin this year, did you also stop
16 doing work for the rest of his brothers and
17 sisters?
18   A.   No.
19   Q.   How about his wife or any of her
20 trusts?
21   A.   We don't do any work for his wife or
22 any of the trusts.
23   Q.   Do you do any work for any of
24 Mr. Merkin's children or their trusts?
25   A.   I don't believe we do the children.

Page 16

1  I don't know about the trusts that are related
2  to the family office.
3    Q.   In other words, there are some other
4  trusts that Hermann Merkin established that
5  you -- for whom the beneficiaries are his
6  decendents, that you, BDO, continue to do work
7  for?
8    A.   His grandchildren.
9    Q.   For Mr. Hermann Merkin's
10 grandchildren?
11   A.   Right.
12   Q.   Okay.  Did you have any
13 conversations with Mr. Merkin's new accountant
14 or have you had any?
15   A.   One conversation.
16   Q.   Okay.  The new accountant's name is
17 David Kahn?
18   A.   Yes.
19   Q.   When did you have your conversation
20 with Mr. Kahn?
21   A.   A few weeks back.
22   Q.   And what was the nature of that
23 discussion?
24   A.   Transition of the locators for the
25 tax returns.

Andreola, Michael (5/3/10)                                    Pages 13 - 16

CONFIDENTIAL                                              BDO_S_0043033

CONFIDENTIAL                                              BDO_T_0043033

Page 17

1   Q.   Did you have any discussions with
2 Mr. Kahn about his investment with Mr. Merkin?
3   A.   No.
4   Q.   Do you recall an entity called 61
5 Associates?
6   A.   No.
7   Q.   Do you know a man named David
8 Zahner, Z-A-H-N-E-R?
9   A.   No.
10  Q.   How about Richard Scheuer,
11 S-C-H-E-U-E-R?
12  A.   No.
13  Q.   Or Bill Ritzel, R-I-T-Z-E-L?
14  A.   No.
15  Q.   Let me just show you this real
16 quick.
17       (Plaintiffs' Exhibit 108, document,
18       Bates stamped GCC-CA0000069 through 73, was
19       marked for identification as of this date.)
20 BY MR. SUSMAN:
21  Q.   This is Exhibit 108.  The reason I
22 am showing you this document is in the Comments
23 someone has written "To Andreola" in the fax
24 cover sheet.  You see that?
25  A.   Yes.

Page 18

1   Q.   I am just wondering if you recall
2 seeing this?
3   A.   No.
4   Q.   And you have no idea what 61
5 Associates would be?
6   A.   I don't recall 61 Associates.
7   Q.   Does looking at this refresh your
8 memory at all about 61 Associates, or a man
9 named David Zahner or anything?
10  A.   No.
11  Q.   Okay.  Did you -- while doing your
12 work for Ascot, did you have any understanding
13 as what Ascot did, as far as an investment
14 strategy?
15  A.   They did trading through
16 broker/dealers of buying and selling
17 investments.
18  Q.   Do you know who made the trading
19 decisions?
20  A.   No.
21  Q.   Did you know that -- up until
22 Mr. Madoff confessed and there was a bunch of
23 publicity, did you know that Mr. Merkin was
24 giving all of Ascot's money to Bernard Madoff to
25 manage?

Page 19

1   A.   No.
2   Q.   Did you ever recommend Ascot
3 Partners as an investment to any of your clients
4 or associates?
5   A.   No.
6   Q.   Do you know a man named Keith
7 Rosenbloom?
8   A.   No.
9   Q.   Do you know a firm called
10 Commonwealth Advisors?
11  A.   No.
12  Q.   Did you know what Gabriel Capital's
13 investment strategy was?
14  A.   Buying and selling securities.
15  Q.   Okay.  Did you know that Gabriel had
16 a significant investment with Bernard Madoff?
17       MR. GREENBERG:  Objection to form.
18       You can answer.  You may go ahead and
19       answer the question.
20  A.   No.
21  Q.   Did you ever recommend Gabriel
22 Capital as an investment option to any of your
23 clients or acquaintances?
24  A.   No.
25  Q.   Did you have other tax clients who

Page 20

1 had direct accounts with Bernard Madoff,
2 directed brokerage accounts where Mr. Madoff
3 traded on their behalf?
4   A.   I don't recall.
5   Q.   You don't recall having any; is that
6 right?
7   A.   I don't recall.
8   Q.   Since Madoff was arrested and
9 everything has come to light, did you come to
10 learn that you did have -- that there were
11 clients of yours that were invested with Madoff
12 and have had losses?
13  A.   I just don't recall.
14      MR. SUSMAN:  Let me take a quick
15      break so I can get one thing.  And we'll be
16      very quick.
17      THE VIDEOGRAPHER:  Off the record,
18      2:54 p.m.
19      (Off the record.)
20      THE VIDEOGRAPHER:  Back on the
21      record.  The time is 3:02 p.m.
22 BY MR. SUSMAN:
23  Q.   Let me show you Exhibit 109.
24      (Plaintiffs' Exhibit 109, e-mail
25      from Mike Autera to J. Ezra Merkin, Bates

Andreola, Michael (5/3/10)                              Pages 17 - 20

CONFIDENTIAL                                            BDO_S_0043034

CONFIDENTIAL                                            BDO_T_0043034

Page 21

1  stamped GCC-G0003087, was marked for
2  identification as of this date.)
3  Q. Drawing your attention, this is an
4  e-mail from Mike Autera to J. Ezra Merkin.
5     You know Mr. Autera, right?
6  A. Yes.
7  Q. It says "Ezra, This guy called me
8  requesting information on our 'Madoff feeder
9  product' at the suggestion of Mike Andreola."
10 And then it talks about Keith Rosenbloom in this
11 e-mail.
12    Does this refresh your memory that
13 you knew someone named Keith Rosenbloom?
14 A. I don't know a Keith Rosenbloom.
15 Q. So it must have been some
16 misunderstanding here?
17    MR. GREENBERG: Objection to the
18    form. You can answer it.
19 A. Probably.
20 Q. If Mr. Merkin has testified that he
21 thought you had recommended clients to invest in
22 Ascot, he was mistaken about that, too?
23    MR. GREENBERG: Objection to form.
24    You can answer.
25 A. I generally don't recommend clients.

Page 22

1  Q. Okay. What I am asking you is in
2  the case of Ascot, you did not do it?
3  A. I did not do it.
4  Q. You testified that you did not
5  remember that -- you did not know that Ascot was
6  invested in Bernard Madoff, right?
7     MR. GREENBERG: Objection to form.
8     You can answer.
9  A. That Mr. Madoff was a broker/dealer
10 in which Ascot executed transactions.
11 Q. You, I believe, testified that prior
12 to all this controversy coming out, did not
13 realize that Mr. Merkin had given all of Ascot's
14 assets to Mr. Madoff to invest; is that right?
15    MR. MENNITT: Objection to the form.
16    MR. GREENBERG: Note mine too. Go
17    ahead, you can answer yes.
18 Q. Prior to Mr. Madoff being arrested
19 and stories coming out of Mr. Merkin having
20 operating a feeder fund in effect to Madoff?
21    MR. GREENBERG: Objection to the
22    form.
23 Q. Did you know that was going on?
24    MR. GREENBERG: Objection to form.
25    MR. MENNITT: Objection to form.

Page 23

1     MR. GREENBERG: You can answer.
2  A. Ascot wasn't a feeder fund.
3  Q. Did you know that substantially all
4  of Ascot's assets were entrusted to Bernard
5  Madoff?
6     MR. MENNITT: Objection to the form.
7  A. I understood that Mr. Madoff was a
8  broker/dealer executing transactions for
9  Mr. Merkin.
10 Q. Let me show you Exhibit 110.
11    (Plaintiffs' Exhibit 110, e-mail
12    chain, dated December 11th, 2008, Bates
13    stamped BDO0033550 through 51, was marked
14    for identification as of this date.)
15 BY MR. SUSMAN:
16 Q. This is a chain of e-mails from
17 December 11th, 2008, which is the date that
18 Mr. Madoff was arrested, right?
19    (Witness reviews document.)
20    MR. GREENBERG: Do the question
21    again, please.
22 Q. The question is: This is a series
23 of e-mails from December 11th, which is when
24 Mr. Madoff was arrested, right?
25 A. Yes.

Page 24

1  Q. Someone sent you an e-mail of a
2  story from the Wall Street Journal of Mr. Madoff
3  having been arrested?
4  A. Yes.
5  Q. And one of the first things you did
6  upon seeing that news was to forward it to
7  Mr. Castro, because you knew that Ascot had
8  probably lost all of its money with Mr. Madoff,
9  right?
10 A. I forwarded it to Mr. Castro because
11 I knew that Ascot used Bernard Madoff as a
12 broker/dealer. I did not know the magnitude.
13 Q. Okay. Do you recall you had a
14 client named Khronos that had -- LLC, that had a
15 direct account with Madoff?
16 A. I just don't recall.
17    MR. SUSMAN: Exhibit 111.
18    (Plaintiffs' Exhibit 111, internal
19    e-mail to BDO Seidman from January of 2009,
20    Bates stamped BDO0035965 through 66, was
21    marked for identification as of this date.)
22 Q. This is an internal e-mail to BDO
23 Seidman from January of 2009, right? And it
24 talks about the fact that one of your clients,
25 Khronos, invested with Mr. Madoff, right?

Andreola, Michael (5/3/10)                Pages 21 - 24

CONFIDENTIAL                                BDO_S_0043035

CONFIDENTIAL                                BDO_T_0043035

Page 25

1  MR. GREENBERG: Are you asking him
2  whether that's what this thing says?
3  MR. SUSMAN: Yes.
4  MR. GREENBERG: All right. Go
5  ahead.
6  Object to the form. You can answer
7  it.
8  A. That's what it says.
9  Q. Okay. Does this refresh your memory
10 that Khronos is one of your clients who had an
11 investment with Madoff?
12 A. I just don't, I just don't recall.
13 Q. Okay. You recall whether they had a
14 direct investment or if there was some other
15 kind of fund?
16 A. I just don't recall.
17 Q. Okay. Let me show you Exhibit 112.
18     (Plaintiffs' Exhibit 112, draft of a
19     letter by Mr. Andreola, dated January 2009,
20     Bates stamped BDO0031474 through 135, was
21     marked for identification as of this date.)
22 Q. Exhibit 112 is a draft of a letter
23 you were going to send out to a potential client
24 to try to get their business, right?
25 A. Yes.

Page 26

1  Q. This is from January of 2009, so
2  it's about a month after Mr. Madoff's arrest,
3  right?
4  A. Yes.
5  Q. And the letter lists Select List of
6  New York Office Financial Services Clients, sort
7  of references, in other words, on Page 2?
8  A. Yes.
9  Q. And one of them is Gabriel Capital
10 LP, right?
11 A. Yes.
12 Q. And then you have written back to
13 Ms. Gershengoren that she should take out
14 Gabriel as a reference from both proposals.
15     Why did you tell her to do that?
16 A. I just don't recall.
17 MR. MENNITT: Harry, did you mean
18 for the last page to be on this, 33282?
19 MR. SUSMAN: No. I meant that to be
20 separate.
21 Q. Exhibit 113.
22     (Plaintiffs' Exhibit 113, e-mail
23     from I. Greenberg at North Winds Advisors
24     to Mr. Andreola, dated December 16th, Bates
25     stamped BDO0033282, was marked for

Page 27

1     identification as of this date.)
2  BY MR. SUSMAN:
3  Q. This is an e-mail from I. Greenberg
4  at North Winds Advisors to you, December 16th.
5  It says "Oops. That is Sol's brother, isn't it,
6  the one who gave so much money to Madoff?"
7      Do you know what this is a reference
8  to?
9  A. I don't recall. I don't recall this
10 e-mail.
11 Q. Do you recall -- who is
12 Mr. Greenberg?
13 A. An acquaintance of mine.
14 Q. Okay. Sol's brother is --
15 Mr. Merkin's brother is named Sol, one of them?
16 A. Yes.
17 Q. And wasn't Mr. Greenberg -- did you
18 understand what he was saying to you is that he
19 knew, and he was saying isn't Sol's brother the
20 guy who gave all the money to Madoff?
21 A. I just don't recall.
22 Q. Okay. Did you ever have any direct
23 communications with anyone at Bernard Madoff
24 Investment Securities?
25 A. No.

Page 28

1  Q. While doing any tax work for
2  Mr. Merkin, or Ascot or Gabriel, you never had
3  any cause to communicate with Madoff Investment
4  Securities?
5  A. No.
6  Q. How about on behalf of any other
7  clients, did you ever have any cause to
8  communicate with him?
9  A. No.
10 Q. In doing the tax work for Gabriel
11 Capital Corporation, you would have to see its
12 revenue and its expenses every year; is that
13 right?
14 A. Yes.
15 Q. If I could, I am going to show you
16 Exhibit 107, which was previously marked.
17     (Plaintiffs' Exhibit 107, work paper
18     for the Gabriel audit for 2007, Bates
19     stamped BDO0005212 through 5215, was
20     previously marked and shown to the
21     witness.)
22 Q. If you could, in Exhibit 107, for
23 what it's worth, do you know what PBC stands
24 for?
25 A. Prepared by client.

Andreola, Michael (5/3/10)                                      Pages 25 - 28

CONFIDENTIAL                                                    BDO_S_0043036

CONFIDENTIAL                                                    BDO_T_0043036

Page 29

1   Q.   Okay.  And if you turn to Page 3 of
2  this document, which is BDO 5214, do you recall
3  seeing a profit and loss statement like this
4  from Gabriel Capital Corporation for 2007?
5   A.   I just don't recall.
6   Q.   Do you recall whether Gabriel
7  Capital Corporation would allocate all of its
8  overhead out to the four of the funds that it
9  managed, in particular, Gabriel, Ariel,
10 Millennium and Amber?
11  A.   I just don't recall.
12  Q.   Does reviewing this document refresh
13 your memory that that's what Gabriel did?
14  A.   No.
15  Q.   This document shows that in
16 connection, that for Ascot -- on the income
17 line, the largest income item by far is the
18 Ascot management fee in 2007; correct?
19  A.   Yes.
20  Q.   Okay.  Is that consistent with your
21 recollection that typically the largest single
22 contributor to income for Gabriel Capital would
23 be the management fee for Ascot Partners?
24  A.   I just don't recall.
25  Q.   Do you recall whether there was any

Page 30

1  expenses ever incurred in connection with
2  earning that fee?
3   A.   I just don't recall.
4   Q.   When it says here "Compensation
5  owner," as an expense item for Gabriel Capital
6  Corporation, a payment of 39 million dollars,
7  that would be a payment to, personally to
8  Mr. Merkin, correct?
9   A.   I just don't recall.
10  Q.   Well, who is the owner of Gabriel
11 Capital Corporation?
12  A.   Mr. Merkin.
13  Q.   So who could that payment have been
14 to, other than Mr. Merkin?
15  A.   It should have been to Mr. Merkin,
16 if this is correct.
17  Q.   Okay.  Do you know, just ballpark
18 now, how much in fees BDO Seidman received
19 annually from the Merkin family and all the
20 entities that Mr. Merkin controlled?
21  A.   Only tax fees.
22  Q.   Okay.  How much in tax fees?
23  A.   Approximately, 100,000.
24  Q.   100,000 a year for doing the taxes
25 for the Merkins?

Page 31

1   A.   Yes.
2   Q.   Other than tax work and the audit
3  work that was done for funds controlled by
4  Mr. Merkin, did BDO, to your knowledge, provide
5  other services to the Merkin family?
6   A.   I just don't recall.
7   Q.   Do you know if any sort of
8  consulting services were provided or any estate
9  planning services were provided?
10  A.   I just don't recall.
11  Q.   Does BDO provide estate planning
12 services to wealthy clients?
13  A.   Sometimes.
14  Q.   Advice about creating charitable
15 trusts, family limited partnerships, those sorts
16 of things?
17  A.   Sometimes.
18  Q.   And were you ever involved in any of
19 those sorts of discussions with Mr. Merkin or
20 any of his family members?
21  A.   I just don't recall.
22  Q.   Prior to Mr. Madoff's arrests, were
23 you aware that he was managing money for people,
24 in addition to just functioning as a
25 broker/dealer?

Page 32

1   A.   No.
2   Q.   Have you given testimony in
3  connection with this Madoff/Merkin mess, other
4  than what you have done today?
5   A.   No.
6   Q.   And have you talked to anyone --
7  strike that.
8        Since Mr. Madoff was arrested, how
9  many conversations have you had with Mr. Merkin?
10  A.   Probably two.
11  Q.   You told me about one where you
12 discussed your resigning.
13       What was the other discussion about?
14  A.   Just called up to say hello.
15  Q.   In what capacity did you call up to
16 say hello to him?
17  A.   Just to call up to say hello to see
18 how he was doing.  And that was it.  It was a
19 short conversation.
20  Q.   Over the years, have you socialized
21 with Mr. Merkin?
22  A.   No.
23  Q.   Ever been to dinner with him?
24  A.   Probably one dinner.
25       MR. SUSMAN:  Well, I think that is

Andreola, Michael (5/3/10)                         Pages 29 - 32

CONFIDENTIAL                                       BDO_S_0043037

CONFIDENTIAL                                       BDO_T_0043037

Page 33

1  it, all of my questions. I pass the
2  witness.
3      MR. MENNITT: We have no questions,
4  at this time.
5      MR. GREENBERG: Nor do we, either.
6  Thank you very much, Mr. Andreola.
7      THE VIDEOGRAPHER: This concludes
8  today's videotaped deposition. The time is
9  currently 3:21 p.m.
10     This is going to be the end of tape
11 1 of 1. We are now off the record.
12     (Off the record.)

Page 34

1      WITNESS'S CORRECTION SHEET
2  PAGE \ LINE \ CORRECTION
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
       _____
20       MICHAEL ANDREOLA
21
22 Subscribed and sworn to before me
23 this _____ day of _____, 2010
24 _____, Notary Public.
25

Page 35

1  STATE OF NEW YORK   )
2                      ) SS:
3  COUNTY OF NEW YORK  )
4      I, MICHAEL ANDREOLA, herein, do hereby
5  certify that having been first duly sworn to testify
6  to the truth, the whole truth, and nothing but the
7  truth, gave the above deposition, which was recorded
8  stenographically and reduced to this original
9  transcript.
10     I FURTHER CERTIFY that the foregoing
11 transcript of the said deposition is a true and
12 correct transcript of the testimony given by me at
13 the time and place specified hereinbefore.
14     I FURTHER CERTIFY that any corrections or
15 changes to this testimony have been made by me on the
16 page provided for that purpose captioned "Witness's
17 Correction Sheet," which has also been signed by me
18 before a Notary Public.
19
       _____
20       MICHAEL ANDREOLA
21
   Subscribed and sworn to before me this
22
   _____ day of _____ 2010.
23
   _____, Notary Public.
24
25

Page 36

        INDEX
              PG  LN

WITNESS: MICHAEL ANDREOLA
EXAMINATION BY MR. SUSMAN..................5  15
    EXHIBITS MARKED:
Plaintiffs' Exhibit 108, document, Bates stamped
GCC-CA0000069 through 73..................17  17

Plaintiffs' Exhibit 109, e-mail from Mike Autera to
J. Ezra Merkin, Bates stamped GCC-G0003087.20  24
Plaintiffs' Exhibit 110, e-mail chain,
dated December 11th, 2008, Bates stamped
BDO0033550 through 51....................23  11
Plaintiffs' Exhibit 111, internal e-mail
to BDO Seidman from January of 2009, Bates
stamped BDO0035965 through 66............24  18
Plaintiffs' Exhibit 112, draft of a letter
by Mr. Andreola, dated January 2009, Bates
stamped BDO0031474 through 135...........25  18
Plaintiffs' Exhibit 113, e-mail from
I. Greenberg at North Winds Advisors to
Mr. Andreola, dated December 16th, Bates
stamped BDO0033282.......................26  22

PREVIOUSLY MARKED EXHIBITS SHOWN TO THE WITNESS:

Plaintiffs' Exhibit 107, work paper for the
Gabriel audit for 2007, Bates stamped
BDO0005212 through 5215..................28  17

CONFIDENTIAL                                  BDO_S_0043038
CONFIDENTIAL                                  BDO_T_0043038

```
                            Page 37
 1              CERTIFICATE
 2        I, DAWN MATERA, a Registered Professional
 3   Reporter and Notary Public within and for the State
 4   of New York, do hereby certify:
 5
 6        That MICHAEL ANDREOLA, the witness whose
 7   deposition is hereinbefore set forth, was duly sworn
 8   by me and that the within transcript is a true record
 9   of the testimony given by such witness.
10
11        I further certify that I am not related to
12   any of the parties to this action by blood or
13   marriage and that I am in no way interested in the
14   outcome of this matter.
15
16        IN WITNESS WHEREOF, I have hereunto set my hand
17   this _____ day of _____, 2010.
18
19
20        _____
21            Dawn Matera, RPR
22
23
24
25
```

CONFIDENTIAL                                              BDO_S_0043039

CONFIDENTIAL                                              BDO_T_0043039