**EXHIBIT 34**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
SECURITIES LLC,                       08-01789(BRL)

        Debtor.
-----------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

        Plaintiff,              Adv.Pro.No.
                        09-1182(BRL)

        v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

        Defendants.
-----------------------------------x

           *  *  *

VIDEOTAPED DEPOSITION

OF JEFFREY M. WEINGARTEN

           *  *  *

TRANSCRIPT of testimony as reported by NANCY C. BENDISH, Certified Court Reporter, RMR, CRR and Notary Public of the State of New York, at the offices of Baker Hostetler, 45 Rockefeller Plaza, New York, New York, on Wednesday, July 15, 2015, commencing at 10:10 a.m.

 1   client?
 2       A.    Well, if you're referring to the
 3   Sheinman period, probably less so.  Once I went
 4   to Wertheim and I began specializing in a number
 5   of industries, then, yes, I would generally
 6   write up all of the companies in that industry.
 7   I'd write reports on all of the companies in the
 8   industry.
 9              There were some, in some cases
10   they were either private, in which case I didn't
11   write them up, or they were too small for us to
12   do much with, and so I sometimes didn't write
13   those up as well.  But I would still talk to
14   them.
15       Q.    Okay.  You said that you did this
16   research on companies.  Did any of those
17   companies run hedge funds or fund of funds?
18       A.    No.  They were industrial
19   companies.
20       Q.    And how long were you at Sheinman?
21       A.    Let's see.  So, it was two days
22   after I graduated, until -- I'd have to
23   remember.  I think it was June or July, so maybe
24   it was about 15, 14, 15, months, something like
25   that.

Page 23

```
 1   about?
 2       A.     Yes.
 3       Q.     At any time when you were at
 4   Wertheim did you ever conduct due diligence on a
 5   hedge fund or a fund of funds company?
 6       A.     No.  I'm trying to think if there
 7   actually were even any hedge funds.  There were
 8   a few, but they were clients of mine.
 9       Q.     Okay.
10       A.     So I had exposure to them but I
11   didn't do due diligence.
12       Q.     While you were at Wertheim --
13   strike that.  Let me take that back.
14              When did you leave Wertheim?
15       A.     I left Wertheim end of July 1977.
16       Q.     Okay.  And where did you go after
17   Wertheim?
18       A.     Goldman Sachs.
19       Q.     Was there any break periods in
20   between going from Wertheim to Goldman?
21       A.     I had about two or three days off,
22   I believe.  I was supposed to have a week off
23   but I couldn't stand around doing nothing so I
24   went back to work.
25       Q.     You couldn't think of a million
```

```
 1    performance would be above a benchmark.
 2                So they would provide you with a
 3    hypothetical benchmark and say, for example, if
 4    you were doing a global fund -- or, sorry, an
 5    international fund, what would you expect your
 6    performance would be above an international
 7    stock market index.  And we would provide an
 8    answer, generally speaking, based on that.
 9         Q.    In your hypothetical, how would
10    you quantify how much you would be above what
11    the market would do?
12         A.    Again, so that I'm clear, do you
13    want to know how we would arrive at a number
14    or --
15         Q.    Yes.
16         A.    Okay.
17                So, again, we would do it, getting
18    back to the fundamentals of what we did, which
19    was fundamental analysis of companies.  And we
20    would -- and depending on the product, but most
21    of our products in the early stages were what I
22    would refer to as long-only product.  They were
23    not hedge products.
24                So we would be very fully invested
25    on the long side, meaning that we would only
```

```
 1   have long positions in our portfolio.  And
 2   because some of these, for example, were '40 Act
 3   funds, we would have to be pretty fully invested
 4   at all time.  So we would have constant market
 5   exposure.
 6                  And what we would say, and indeed
 7   what we intended to do, since we always said
 8   what we intended to do, and we always did what
 9   we said we were going to do, was we would try to
10   identify businesses that would grow somewhat
11   faster than the economy, and had positions in
12   their industry that were consistently better
13   than their competitors, and try to buy those
14   securities at what we thought were no worse than
15   market valuations.
16                  So that if we bought businesses
17   that did better and were priced attractively,
18   then we would be able to out-perform the index.
19        Q.     Okay.  And how did you quantify if
20   one business was going to do better than another
21   business?
22        A.     Well, I'll take the time to
23   explain that, but...
24                  So what we would attempt to do is
25   find businesses that were generating above
```

```
 1   were -- other funds or other investments that
 2   you had experience with?
 3        A.     I'd have to be sure of this, but
 4   I -- as I remember, the track record that I had
 5   at Goldman, because I ran funds at Goldman, I
 6   don't remember being able to use that in any
 7   sort of formal way.
 8               So, I relied on my telling them
 9   what I intended to do.  I relied on telling them
10   how I intended to do it.  I introduced them to
11   the people with whom I was going to do it, and
12   then made some comments as to the kinds of
13   returns I would expect to get out of this
14   product.
15        Q.     And how did you determine the
16   kinds of returns that you expected to get out of
17   this product?
18        A.     Well, again, this was slightly
19   different from what I was doing at Goldman
20   Sachs, because at Goldman Sachs I didn't have a
21   hedge fund product.  So I was not able to and,
22   indeed in those days, partners of the firm
23   personally were not allowed to short.
24               So, I had not run a long-short
25   product.  So I determined the long side so the
```

1    limited prior to the settlement?
2         A.    I don't believe so.
3               MS. HOANG:  Okay.  Mr. Weingarten,
4    thank you very much for your time.  I have no
5    further questions.
6               THE WITNESS:  Thank you.
7               MR. STEINER:  No questions.
8               THE VIDEOGRAPHER:  This concludes
9    the deposition.  The time is 6:38 p.m., going
10   off the record.
11              (Deposition concluded.)
12                    -o0o-
13
14
15
16
17
18
19
20
21
22
23
24
25