# EXHIBIT 36

1

**\*\*\*\* CONFIDENTIAL \*\*\*\***

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


----------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)


        Debtor.

----------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,


        Plaintiff,          Adv.Pro.No.

                         09-1182(BRL)

        v.


J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,

        Defendants.

----------------------------------x



        VIDEOTAPED DEPOSITION of JOEL

EHRENKRANZ, as taken by and before Monique Vouthouris,

Certified Court Reporter, RPR, CRR and Notary Public

of the States of New York and New Jersey, at the

offices of BAKER HOSTETLER, 45 Rockefeller Plaza, New

York, New York, on Thursday, March 20, 2014,

commencing at 10:07 a.m.

43

1    hour.  This is a decent break point, if you would

2    like, or I'm happy to continue.

3                    THE WITNESS:  We can go on, if it's

4    okay with everyone.

5    BY MR. KITCHEN:

6        Q.      Mr. Ehrenkranz, do you know Bernard

7    Madoff?

8        A.      Please tell me the word "know."

9    Explain the word.

10       Q.      Sure.  Have you ever met him?

11       A.      Yes, sir.

12       Q.      When did you meet him?  When did you

13   first meet him?

14       A.      I met him for the only time probably

15   about 1991, '2.

16       Q.      And why did you meet him at that time?

17       A.      I met him at Ezra's suggestion to

18   consider investing with him.

19       Q.      Were you considering investing with

20   Mr. Madoff at that time?

21       A.      That is why I considered meeting him.

22       Q.      Do you recall anything said by

23   Mr. Merkin at that time regarding Madoff?

24       A.      Other than the fact that he suggested

25   that we meet with him because he considered Mr. Madoff

Picard v. Merkin                    **Confidential**                    Joel Ehrenkranz  3-20-14

44

1    to be a good investor.

2          Q.        Did you have any understanding at that

3    time of any relationship between Mr. Merkin and

4    Mr. Madoff?

5          A.        I think Mr. Merkin referred to how he

6    would speak with Mr. Madoff about where the markets

7    were.

8          Q.        Did you have an understanding of

9    whether Merkin and his funds were invested with

10   Mr. Madoff at that time?

11         A.        No.

12         Q.        At the time of that meeting, did you

13   have an understanding of BLMIS' investment strategy,

14   or at least, looking back, its purported investment

15   strategy?

16         A.        Yes, it was explained to me and I

17   understood the idea of the strategy.

18         Q.        How was it explained to you?

19         A.        It was explained to me as a strategy I

20   think which is currently called a covered call

21   strategy, where Mr. Madoff would buy a stock, sell it,

22   call against it and take those proceeds, buy a put,

23   thereby protecting the downside.

24         Q.        And who explained that to you?

25         A.        Mr. Madoff.

48

1    calls, puts and other transactions, ending balance,

2    and I thought it was a -- a wonderfully transparent

3    report.

4            Q.        Did anything that you discussed at that

5    meeting raise concerns with you?

6            A.        Yes.  The slips which he sent out, he

7    described that he would send slips were from Madoff

8    and company, and the statement, the monthly statement

9    was from Madoff and company.

10           Q.        And why was that a concern?

11           A.        Because I said where is the independent

12   verification?  And I said to him that this is -- his

13   strategy was a very interesting strategy for us, and

14   that we could be an investor with him if he cleared

15   his trades through some entity like a Merrill Lynch or

16   a Morgan Stanley or Goldman Sachs or one of the major

17   clearing firms.

18           Q.        Was it typical of you to inquire into

19   potential investors -- I'm sorry, investment managers

20   as to whether or not there was independent

21   verification of trades?

22           A.        Absolutely.

23           Q.        Why?

24           A.        Because that's the only way you can

25   assure yourself that, in fact, what is occurring, what

49

1    you believe is occurring, is, in fact, occurring.

2          Q.        So even though you believed that he

3    gave his clients significant amount of transparency,

4    that's what you testified to before, you still had a

5    concern because that transparency was not

6    independently verified.  Is that accurate?

7          A.        Yes.

8          Q.        Did you discuss any other concerns with

9    Mr. Madoff?

10         A.        No, other than probably how big he

11   could be in the -- in the -- in what he was doing, and

12   there was some recollection, which I'm not as clear

13   about, about the auditing firm that audited the

14   statements.  I was not as clear about it because I

15   cared about the independent verification.

16         Q.        What do you recall about -- I assume

17   you're talking about Mr. Madoff's auditor?

18         A.        Yes.  I don't really recall much of

19   that conversation other than asking -- or having seen

20   the auditor and having it not be a name of any

21   recognition and having that as what I'm going to call

22   a minor concern.

23               My big issue was if it was done through

24   a Merrill Lynch or Morgan Stanley, I would have had a

25   somewhat different point of view.  I might have

55

1      A.        My brother reporting to me --

2                MR. STEINER:  Objection to form.

3      A.        -- that Mr. Madoff said he wasn't going

4  to do it for the very reason I reported.

5      Q.        Did you ultimately decide not to invest

6  with Mr. Madoff then?

7      A.        Correct.

8      Q.        Following that meeting and phone call,

9  do you recall having discussions with anyone at

10  Ehrenkranz regarding your discussions with Madoff?

11      A.        Other than we probably reported to

12  Larry Cohen our meeting.

13      Q.        Did you express to him the concerns

14  that you had had --

15      A.        Of course.

16      Q.        Do you recall after that having any

17  discussions with Ezra Merkin regarding --

18      A.        Definitely telling him we weren't doing

19  it for those reasons.

20      Q.        And specifically the reasons as to

21  clearing?

22      A.        Yes.

23      Q.        And the auditor?

24      A.        Yes.  Not the auditor, but the reasons

25  of the independent clearing.

56

1      Q.      Do you remember what Mr. Merkin's

2   response was, if anything?

3      A.      No.

4      Q.      Did you express to Mr. Merkin the

5   possibility of using an independent clearing fund as

6   you had --

7      A.      Would you repeat that question?

8      Q.      Sure.  Your proposal to Mr. Madoff that

9   he independently clear through Goldman or Merrill

10  Lynch --

11     A.      Yes.

12     Q.      -- did you discuss that possibility

13  with Ezra Merkin as well?

14             MR. STEINER:  Objection to form.

15     A.      I'm going to answer it by saying we

16  probably said that to Ezra Merkin in reporting on what

17  the meeting was.

18     Q.      Do you remember if Mr. Merkin ever

19  expressed whether your concerns were valid or

20  reasonable?

21             MR. STEINER:  Objection to form.

22     A.      No, no.

23     Q.      Did he ever express whether he,

24  himself, had discussed those issues with Mr. Madoff?

25     A.      No.

58

1       Q.       Did he ever suggest that you invest

2   with Mr. Madoff indirectly through Ascot?

3       A.       Yes.

4       Q.       When did he make that recommendation?

5       A.       I'm going to guess that was the year --

6   I'm going to put it in '94.

7       Q.       And what did he say?

8       A.       He said that he was creating a fund to

9   invest with Mr. Madoff and that he encouraged us to

10  invest in that fund and that he would provide the

11  independent verification that we found lacking in a

12  satisfactory mode.

13      Q.       Did he explain how that independent

14  verification would be done?

15      A.       He said he was going to have someone in

16  his office go ahead and monitor the trades that were

17  made by Mr. Madoff at the time he made them and have

18  an accounting firm go ahead and monitor it also, give

19  independent verification of it, a recognized

20  accounting firm.

21      Q.       Do you recall who that firm was?

22      A.       I don't.

23      Q.       Do you recall if they had a

24  relationship with Mr. Madoff, I'm sorry, with

25  Mr. Merkin or his --

64

1      Q.      Sure.  You said you recalled paying a

2   management fee but not an incentive fee.

3      A.      To Ascot?

4      Q.      To Ascot, correct.

5      A.      But your question related to something

6   else.

7      Q.      I appreciate that.  Let me rephrase.

8            Why did you pay that fee?  What was its

9   purpose?

10     A.      Well, we paid a fee to Mr. Merkin,

11  Ascot Fund to him to do the due diligence, arrange the

12  auditing and do all the things that had to be done

13  with governance of any pool of assets.

14     Q.      Was it your understanding that

15  Mr. Merkin kept that fee himself or at least his

16  management company kept that fee?

17            MR. STEINER:  Objection to form.

18     A.      I assume that, sure.

19     Q.      Did he ever express that that fee was

20  being passed along to Mr. Madoff?

21     A.      No.

22     Q.      You previously testified that DIS fully

23  redeemed from Ascot Partners towards the end of 1995.

24  Is that correct?  Why did you redeem then?

25     A.      I don't remember the markets as well in

Picard v. Merkin                    **Confidential**                    Joel Ehrenkranz  3-20-14

65

1   that period of time.  But the stability of the returns

2   began to belie any understanding of how it was

3   possible to achieve, and we just became sufficiently

4   uncomfortable with the whole idea of his ability to do

5   this.  And notwithstanding Merkin's feeling that it

6   was okay, we just were sufficiently uncomfortable.  We

7   just didn't want to be there.

8          Q.        Okay.  Can you explain further what you

9   mean by stability of the return?

10         A.        It's hard, it's almost unimaginable in

11  the financial markets to go ahead and get the kind of

12  positive returns on a monthly basis that Mr. Madoff

13  seemed to be able to get, and at some point in time it

14  just belied logic and it had belied logic, and I

15  really couldn't care less, if we weren't invested,

16  hearing about it.  But once we were invested, it

17  really was -- it made us very, very uncomfortable, and

18  there is no reason to be uncomfortable.

19         Q.        Did you have any discussions with

20  Mr. Merkin regarding that?

21         A.        Oh, yes, many.

22         Q.        What did you say to him?

23         A.        I said what I just said, that it was

24  very hard to achieve these kinds of returns and just

25  almost impossible.  And Mr. Merkin thought Mr. Madoff

66

1    had a wonderful touch, I guess, and had indicated all

2    that he was doing this our great concern about the

3    independent verification.  But, nevertheless, was very

4    cordial and gentlemanly when we said we really would

5    like to be out.

6              Q.        Did he ever provide an explanation for

7    the reason for Mr. Madoff's consistency?

8              A.        No.

9              Q.        Did he ever provide an explanation for

10   how BLMIS could generate positive returns even in a

11   down market?

12             A.        No.

13             Q.        During the time of that investment, did

14   you maintain your -- the concerns we previously

15   discussed about the clearing firm and the auditor?

16                       MR. STEINER:  Objection to form.

17             A.        No.  It was -- during the term that we

18   were invested?

19             Q.        Yes.

20             A.        No, no.  We relied upon Mr. Merkin.

21             Q.        Did you continue to discuss those

22   issues with Mr. Merkin at all?

23             A.        If I can take your question to be, you

24   used the word "continue," did we ever once again

25   during that period of time discuss that, I don't

98

1    Gabriel had been invested with BLMIS during that time?

2           A.        One minute ago as you just described

3    it.

4           Q.        When was the first time that you

5    learned that Ariel and Gabriel had ever had exposure

6    to BLMIS?

7           A.        At today's meeting.

8           Q.        Okay.  Did Mr. Merkin inform you of

9    that following Mr. Madoff's arrest?

10          A.        No.

11          Q.        Okay.  So you didn't know until you

12   came in today that Gabriel and Ariel were invested

13   with BLMIS?

14          A.        Correct.

15          Q.        Prior to today, do you remember having

16   any discussions with anyone at Ehrenkranz regarding

17   the question of whether or not Ariel or Gabriel were

18   ever invested with BLMIS?

19          A.        No.

20          Q.        No.  If you had known at any point in

21   time in which you were invested with Ariel and Gabriel

22   that they, themselves, were placing assets with BLMIS,

23   would you have maintained that investment?

24                    MR. STEINER:  Objection to form.

25          A.        Highly hypothetical.  I don't know.  I

99

1   don't know about that.

2          Q.          Would you have had the same concerns

3   with regard to Ariel and Gabriel investing with BLMIS

4   as you had had concerning Ascot's investment with

5   BLMIS?

6                      MR. STEINER:  Objection to form.

7          A.          Yes.

8          Q.          Okay.  During the time that you

9   invested with Ariel and Gabriel, we'll say at least

10  from 1996 through 2003, was Mr. Merkin aware of your

11  concerns and desire not to be invested with BLMIS?

12                     MR. STEINER:  Objection to form.

13         A.          Would you state the dates, please.

14         Q.          Sure.  Between 1996, the time you

15  redeemed from Ascot --

16         A.          Yes.  Thank you.  Yes.

17         Q.          -- through 2003, the time you redeemed

18  from Ariel and Gabriel, was Mr. Merkin aware that you

19  did not want to be invested with BLMIS?

20         A.          Yes.

21                     MR. STEINER:  Objection to form.

22         Q.          How did he know that?  Did you tell

23  him?

24                     MR. STEINER:  Objection to form.

25         A.          Only reason he would know that because

97

1      A.      Of course.

2      Q.      What did he say?

3      A.      Don't remember what he said, but I

4 believe he acted as a gentleman at all times.

5      Q.      Did you continue to have a favorable

6 view of Mr. Merkin from the point in time of that

7 redemption at least through December of 2008?

8      A.      Yes.

9      Q.      Did you continue to refer potential

10 investors to Ariel and Gabriel during that time

11 period?

12      A.      No.

13      Q.      Why not?

14      A.      For the same reasons that we exited.

15      Q.      That reason being performance?

16      A.      Performance.

17      Q.      Okay.  At the time that your funds and

18 those of the joint venture redeemed from Ariel and

19 Gabriel, were you aware that Ariel and Gabriel had

20 investments with BLMIS?

21      A.      No.

22      Q.      Were you aware that they had been

23 invested with BLMIS since at least August of 2000?

24      A.      No.

25      Q.      When did you first learn that Ariel and

98

1    Gabriel had been invested with BLMIS during that time?

2          A.      One minute ago as you just described

3    it.

4          Q.      When was the first time that you

5    learned that Ariel and Gabriel had ever had exposure

6    to BLMIS?

7          A.      At today's meeting.

8          Q.      Okay.  Did Mr. Merkin inform you of

9    that following Mr. Madoff's arrest?

10         A.      No.

11         Q.      Okay.  So you didn't know until you

12   came in today that Gabriel and Ariel were invested

13   with BLMIS?

14         A.      Correct.

15         Q.      Prior to today, do you remember having

16   any discussions with anyone at Ehrenkranz regarding

17   the question of whether or not Ariel or Gabriel were

18   ever invested with BLMIS?

19         A.      No.

20         Q.      No.  If you had known at any point in

21   time in which you were invested with Ariel and Gabriel

22   that they, themselves, were placing assets with BLMIS,

23   would you have maintained that investment?

24                 MR. STEINER:  Objection to form.

25         A.      Highly hypothetical.  I don't know.  I

48

1    calls, puts and other transactions, ending balance,

2    and I thought it was a -- a wonderfully transparent

3    report.

4          Q.       Did anything that you discussed at that

5    meeting raise concerns with you?

6          A.       Yes.  The slips which he sent out, he

7    described that he would send slips were from Madoff

8    and company, and the statement, the monthly statement

9    was from Madoff and company.

10         Q.       And why was that a concern?

11         A.       Because I said where is the independent

12   verification?  And I said to him that this is -- his

13   strategy was a very interesting strategy for us, and

14   that we could be an investor with him if he cleared

15   his trades through some entity like a Merrill Lynch or

16   a Morgan Stanley or Goldman Sachs or one of the major

17   clearing firms.

18         Q.       Was it typical of you to inquire into

19   potential investors -- I'm sorry, investment managers

20   as to whether or not there was independent

21   verification of trades?

22         A.       Absolutely.

23         Q.       Why?

24         A.       Because that's the only way you can

25   assure yourself that, in fact, what is occurring, what

49

1    you believe is occurring, is, in fact, occurring.

2         Q.        So even though you believed that he

3    gave his clients significant amount of transparency,

4    that's what you testified to before, you still had a

5    concern because that transparency was not

6    independently verified.  Is that accurate?

7         A.        Yes.

8         Q.        Did you discuss any other concerns with

9    Mr. Madoff?

10        A.        No, other than probably how big he

11   could be in the -- in the -- in what he was doing, and

12   there was some recollection, which I'm not as clear

13   about, about the auditing firm that audited the

14   statements.  I was not as clear about it because I

15   cared about the independent verification.

16        Q.        What do you recall about -- I assume

17   you're talking about Mr. Madoff's auditor?

18        A.        Yes.  I don't really recall much of

19   that conversation other than asking -- or having seen

20   the auditor and having it not be a name of any

21   recognition and having that as what I'm going to call

22   a minor concern.

23                  My big issue was if it was done through

24   a Merrill Lynch or Morgan Stanley, I would have had a

25   somewhat different point of view.  I might have

55

1          A.          My brother reporting to me --

2                      MR. STEINER:  Objection to form.

3          A.          -- that Mr. Madoff said he wasn't going

4     to do it for the very reason I reported.

5          Q.          Did you ultimately decide not to invest

6     with Mr. Madoff then?

7          A.          Correct.

8          Q.          Following that meeting and phone call,

9     do you recall having discussions with anyone at

10    Ehrenkranz regarding your discussions with Madoff?

11         A.          Other than we probably reported to

12    Larry Cohen our meeting.

13         Q.          Did you express to him the concerns

14    that you had had --

15         A.          Of course.

16         Q.          Do you recall after that having any

17    discussions with Ezra Merkin regarding --

18         A.          Definitely telling him we weren't doing

19    it for those reasons.

20         Q.          And specifically the reasons as to

21    clearing?

22         A.          Yes.

23         Q.          And the auditor?

24         A.          Yes.  Not the auditor, but the reasons

25    of the independent clearing.

56

1    Q.      Do you remember what Mr. Merkin's

2    response was, if anything?

3    A.      No.

4    Q.      Did you express to Mr. Merkin the

5    possibility of using an independent clearing fund as

6    you had --

7    A.      Would you repeat that question?

8    Q.      Sure.  Your proposal to Mr. Madoff that

9    he independently clear through Goldman or Merrill

10   Lynch --

11   A.      Yes.

12   Q.      -- did you discuss that possibility

13   with Ezra Merkin as well?

14           MR. STEINER:  Objection to form.

15   A.      I'm going to answer it by saying we

16   probably said that to Ezra Merkin in reporting on what

17   the meeting was.

18   Q.      Do you remember if Mr. Merkin ever

19   expressed whether your concerns were valid or

20   reasonable?

21           MR. STEINER:  Objection to form.

22   A.      No, no.

23   Q.      Did he ever express whether he,

24   himself, had discussed those issues with Mr. Madoff?

25   A.      No.

64

1    Q.      Sure.  You said you recalled paying a

2  management fee but not an incentive fee.

3    A.      To Ascot?

4    Q.      To Ascot, correct.

5    A.      But your question related to something

6  else.

7    Q.      I appreciate that.  Let me rephrase.

8            Why did you pay that fee?  What was its

9  purpose?

10   A.      Well, we paid a fee to Mr. Merkin,

11 Ascot Fund to him to do the due diligence, arrange the

12 auditing and do all the things that had to be done

13 with governance of any pool of assets.

14   Q.      Was it your understanding that

15 Mr. Merkin kept that fee himself or at least his

16 management company kept that fee?

17           MR. STEINER:  Objection to form.

18   A.      I assume that, sure.

19   Q.      Did he ever express that that fee was

20 being passed along to Mr. Madoff?

21   A.      No.

22   Q.      You previously testified that DIS fully

23 redeemed from Ascot Partners towards the end of 1995.

24 Is that correct?  Why did you redeem then?

25   A.      I don't remember the markets as well in

65

1    that period of time.  But the stability of the returns

2    began to belie any understanding of how it was

3    possible to achieve, and we just became sufficiently

4    uncomfortable with the whole idea of his ability to do

5    this.  And notwithstanding Merkin's feeling that it

6    was okay, we just were sufficiently uncomfortable.  We

7    just didn't want to be there.

8         Q.        Okay.  Can you explain further what you

9    mean by stability of the return?

10        A.        It's hard, it's almost unimaginable in

11   the financial markets to go ahead and get the kind of

12   positive returns on a monthly basis that Mr. Madoff

13   seemed to be able to get, and at some point in time it

14   just belied logic and it had belied logic, and I

15   really couldn't care less, if we weren't invested,

16   hearing about it.  But once we were invested, it

17   really was -- it made us very, very uncomfortable, and

18   there is no reason to be uncomfortable.

19        Q.        Did you have any discussions with

20   Mr. Merkin regarding that?

21        A.        Oh, yes, many.

22        Q.        What did you say to him?

23        A.        I said what I just said, that it was

24   very hard to achieve these kinds of returns and just

25   almost impossible.  And Mr. Merkin thought Mr. Madoff

66

1   had a wonderful touch, I guess, and had indicated all

2   that he was doing this our great concern about the

3   independent verification.  But, nevertheless, was very

4   cordial and gentlemanly when we said we really would

5   like to be out.

6        Q.      Did he ever provide an explanation for

7   the reason for Mr. Madoff's consistency?

8        A.      No.

9        Q.      Did he ever provide an explanation for

10  how BLMIS could generate positive returns even in a

11  down market?

12       A.      No.

13       Q.      During the time of that investment, did

14  you maintain your -- the concerns we previously

15  discussed about the clearing firm and the auditor?

16            MR. STEINER:  Objection to form.

17       A.      No.  It was -- during the term that we

18  were invested?

19       Q.      Yes.

20       A.      No, no.  We relied upon Mr. Merkin.

21       Q.      Did you continue to discuss those

22  issues with Mr. Merkin at all?

23       A.      If I can take your question to be, you

24  used the word "continue," did we ever once again

25  during that period of time discuss that, I don't

126

1    Acquisition Fund invested?

2           A.      Yes.

3           Q.      And, again, you don't disclose the

4    underlying investments made by each of those maybe 8

5    or 10 funds.  Right?

6           A.      Yes.

7                   MR. KITCHEN:  Objection to form.

8           A.      Correct.

9                   MR. STEINER:  I have no further

10   questions.

11                  MR. SCOTT:  No questions here.

12                  MR. KLOTZ:  I have no questions.

13                  MR. KITCHEN:  Nothing further from the

14   Trustee.

15                  THE VIDEOGRAPHER:  Off the record 1:37.

16                  (Time noted: 1:37 p.m.)

17                      *    *    *

18

19

20

21

22

23

24

25