# EXHIBIT 39

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


---------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT            Adv.Pro.No.

SECURITIES LLC,                         08-01789(BRL)

          Debtor.
---------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

          Plaintiff,                    Adv.Pro.No.

                                        09-1182(BRL)

          v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


          Defendants.

---------------------------------x



     VIDEOTAPED DEPOSITION of JASON L. ORCHARD, as

reported by NANCY C. BENDISH, Certified Court

Reporter, RMR, CRR and Notary Public of the States

of New York and New Jersey, at the offices of BAKER

HOSTETLER, 45 Rockefeller Plaza, New York, New York

on Tuesday, October 8, 2013, commencing at 10 a.m.

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

19

10:19:04  1    quantitative analysis that you conducted?

10:19:07  2         A.         Examining monthly returns,

10:19:09  3    determining how they -- the correlation of these

10:19:12  4    returns to different markets and benchmarks, what

10:19:16  5    the Sharpe Ratio of the fund may be, the volatility

10:19:20  6    of the fund, and examining that relative to other

10:19:24  7    funds and opportunities.  Those types of

10:19:27  8    quantitative analysis.

10:19:30  9         Q.         After you left Rutherford, what did

10:19:32 10    you do next?

10:19:33 11         A.         I joined Spring Mountain Capital.

10:19:36 12         Q.         And what is Spring Mountain Capital?

10:19:40 13         A.         Spring Mountain Capital is an

10:19:42 14    alternative investment firm.  At the time I joined,

10:19:45 15    its primary business was investing in hedge funds

10:19:49 16    and private equity funds.

10:19:50 17         Q.         And are you still there today?

10:19:52 18         A.         I am.

10:19:53 19         Q.         Has Spring Mountain Capital's primary

10:19:56 20    business changed since the time you joined?

10:19:58 21              MR. KREISSMAN:  Object to form.  You

10:19:59 22    can answer.

10:20:01 23         A.         It's evolved.  We have three lines of

10:20:04 24    business today:  Hedge funds -- hedge fund

10:20:06 25    investing, private equity investing, and municipal

Picard v. Merkin                                   Jason Orchard    10-8-13

24

10:26:13  1    you started at Spring Mountain Capital?

10:26:17  2           A.       Investment analyst.

10:26:19  3           Q.       And what were your roles and

10:26:20  4    responsibilities at the time?

10:26:25  5           A.       I was brought in to help perform due

10:26:31  6    diligence on hedge fund managers.

10:26:40  7           Q.       Specifically what type of due

10:26:46  8    diligence were you asked to conduct on hedge fund

10:26:48  9    managers?

10:26:48 10                    MR. KREISSMAN:  Object to form,

10:26:50 11    vague.

10:26:52 12           A.       I was asked to help perform both

10:26:57 13    qualitative and quantitative due diligence

10:27:01 14    functions.

10:27:08 15           Q.       Did there come a time when your

10:27:10 16    position changed at Spring Mountain Capital?

10:27:13 17           A.       Over time it has changed.  I was

10:27:18 18    promoted first to an investment associate, I believe

10:27:21 19    it was.  Then a principal.  And today I'm the

10:27:27 20    managing -- a managing director in charge of the

10:27:30 21    hedge fund group.  I also am the CFO of the firm.

10:27:43 22           Q.       Do you recall when you were promoted

10:27:45 23    to investment associate?

10:27:50 24           A.       2006.

10:27:52 25           Q.       And what were your responsibilities

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

                                                                            61

11:39:22  1    by its customers?

11:39:23  2                    MS. PRINC:  Object to form.

11:39:25  3              Q.        Let me rephrase.

11:39:26  4                    Do you know how BLMIS was compensated

11:39:29  5    by its investment advisory customers?

11:39:36  6              A.        No.

11:39:37  7              Q.        Were you aware that Mr. Madoff did

11:39:39  8    not charge a management or performance fee to its

11:39:42  9    investment advisory customers?

11:39:44  10                   MS. PRINC:  Object to form.

11:39:45  11             A.        Yes.

11:39:46  12             Q.        How were you made aware of that?

11:39:50  13             A.        Well, I understood that to be the

11:39:52  14   case for Ascot.  Again, as my understanding.

11:39:57  15             Q.        So you understood that BLMIS did not

11:39:59  16   charge Ascot a management or performance fee?

11:40:04  17                   MS. PRINC:  Object to form.

11:40:05  18             A.        I understood that, yes.

11:40:06  19             Q.        How did you come about that

11:40:09  20   understanding?

11:40:10  21             A.        I believe Ezra mentioned that to me.

11:40:15  22             Q.        Do you recall when Mr. Merkin

11:40:17  23   mentioned that to you for the first time?

11:40:20  24             A.        I suppose it was in our diligence

11:40:23  25   meeting in November of 2005 with him.

**Picard v. Merkin**                              **Jason Orchard   10-8-13**

62

11:40:27  1          Q.          Did Mr. Merkin explain to you how

11:40:31  2    Ascot compensated BLMIS?

11:40:38  3          A.          The understanding was that the assets

11:40:42  4    invested within that strategy helped the market

11:40:46  5    making business, and so that was how -- why

11:40:52  6    Mr. Madoff was willing to do this.

11:41:03  7          Q.          And that's something Mr. Merkin

11:41:07  8    explained to you?

11:41:10  9          A.          I believe that to be the case.

11:41:16 10          Q.          Do you recall the first time you met

11:41:18 11    with Mr. Merkin?

11:41:24 12          A.          The first time I met with Mr. Merkin

11:41:26 13    was probably not long after I started at Spring

11:41:32 14    Mountain Capital.

11:41:34 15          Q.          And what were the circumstances of

11:41:35 16    that meeting?

11:41:38 17          A.          An introduction, as I had just joined

11:41:43 18    Spring Mountain Capital and I think I was with

11:41:49 19    Launny and Greg and there was no specific agenda.

11:41:55 20          Q.          And where was Spring Mountain

11:41:57 21    Capital's offices at the time?

11:41:59 22          A.          At that time we were at 450 Park

11:42:03 23    Avenue on the 23rd floor.

11:42:05 24          Q.          And do you know if Mr. Merkin had

11:42:06 25    offices in that same building?

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

65

11:44:53  1                    MR. KREISSMAN:  Object to form.

11:44:55  2                    MS. PRINC:  Objection.

11:44:56  3         A.        No, I don't believe he had any

11:44:57  4     reviews -- or any input in any of that.

11:45:10  5         Q.        Do you know whether Spring Mountain

11:45:11  6     Capital had any investments with any funds

11:45:14  7     associated with Mr. Merkin?

11:45:17  8         A.        Yes.

11:45:20  9         Q.        This is between 2004 and 2008.

11:45:23 10         A.        Okay.

11:45:23 11         Q.        What funds did Spring Mountain

11:45:26 12     Capital have investments with Mr. Merkin?

11:45:32 13         A.        We had both onshore and offshore

11:45:35 14     funds, so all the four fund of fund products that

11:45:39 15     Ezra offered, Ascot LP, Ascot Limited, Gabriel and

11:45:43 16     Ariel.

11:45:51 17         Q.        Which of those funds are the onshore

11:45:54 18     funds?

11:45:54 19         A.        Ascot Fund LP and Gabriel.

11:45:57 20         Q.        And which are the offshores?

11:46:01 21         A.        Ascot Fund Limited and Ariel Fund,

11:46:04 22     Ltd.

11:46:06 23         Q.        Was there any difference between the

11:46:09 24     investment strategies of Ariel and Gabriel?

11:46:14 25                    MR. KREISSMAN:  Object to form.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Merkin**                              **Jason Orchard   10-8-13**

78

12:06:28  1          Q.        And what is it?

12:06:32  2          A.        It is an email from Takahashi-san, a

12:06:39  3     member of the fund investment group at Aozora Bank,

12:06:45  4     requesting or mentioning the results of an internal

12:06:48  5     audit they had and some recommendations that were

12:06:53  6     made.  And them asking for -- asking for help in

12:07:01  7     setting up a meeting with Bernie Madoff.

12:07:04  8          Q.        Do you see that the date is October

12:07:05  9     30th, 2005, correct?

12:07:07 10          A.        Yes.

12:07:08 11          Q.        Do you know whether or not this email

12:07:11 12     predated the investment advisory agreement between

12:07:15 13     Spring Mountain Capital and the Aozora Bank?

12:07:23 14          A.        This email I believe --

12:07:29 15                    MR. KREISSMAN:  Just tell him what

12:07:30 16     you know.

12:07:31 17          A.        No, I don't remember, no.

12:07:33 18          Q.        Do you know if Aozora Bank had

12:07:36 19     started a client relationship with Spring Mountain

12:07:39 20     Capital before finalizing an investment advisory

12:07:43 21     agreement?

12:07:44 22          A.        Can you repeat the question?

12:07:45 23          Q.        Sure.  Do you know whether Aozora

12:07:48 24     Bank started a client relationship with Spring

12:07:51 25     Mountain Capital before formalizing the investment

Picard v. Merkin                                    Jason Orchard   10-8-13

84

12:15:35 1          A.      He was going to speak to Mr. Merkin.

12:15:40 2          Q.      And then the last page of this

12:15:41 3   document, 893 is Mr. Saitou's response.  The first

12:15:48 4   line says:  "Peter and Launny had a conversation

12:15:50 5   about Ascot.  Maybe you have already heard the story

12:15:55 6   from Launny."

12:15:56 7               Do you have any recollection of a

12:15:59 8   conversation that Mr. Steffens had with you about

12:16:04 9   his conversation with Mr. Hagan?

12:16:07 10              MS. PRINC:  Object to form.

12:16:08 11              MR. KREISSMAN:  Same objection.  I

12:16:09 12  assume you mean in or around the time of this email?

12:16:11 13              MR. SONG:  As referenced in this

12:16:13 14  email.

12:16:13 15              MS. PRINC:  Object to form.

12:16:15 16         A.      I don't have any specific

12:16:16 17  recollection.

12:16:19 18         Q.      Okay.  Do you know whether or not

12:16:30 19  Aozora Bank ever got to -- ever had a meeting with

12:16:33 20  Mr. Madoff?

12:16:34 21              MS. PRINC:  Object to form.

12:16:36 22         A.      I don't believe a meeting with

12:16:37 23  Mr. Madoff ever happened.

12:16:50 24              MR. SONG:  Okay.  We can take a

12:16:51 25  break.

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

102

| | | |
|---|---|---|
01:31:15 1   to mind at this point.

01:31:35 2           Q.        At this point in November of 2005,

01:31:37 3   what did you understand Mr. Madoff's business to be?

01:31:46 4   We had previously talked about to your understanding

01:31:48 5   it was a market maker and an investment advisor.

01:31:53 6   Did you have the same understanding in 2005?

01:31:56 7                   MS. PRINC:  Objection to form.

01:31:57 8                   MR. BARRACK:  Objection.

01:31:59 9           A.        Mr. Madoff's business?

01:32:00 10          Q.        Yes.

01:32:01 11          A.        Yes.

01:32:07 12          Q.        Do you see in the line where it says,

01:32:09 13  "For the most part, the fund trades stocks in the

01:32:12 14  S & P 100"?

01:32:14 15          A.        Which paragraph?  Oh, yes, I see it.

01:32:19 16          Q.        Okay.  What did you understand "for

01:32:22 17  the most part" to mean?

01:32:24 18                  MR. KREISSMAN:  Well, I object to

01:32:26 19  form.  Do you mean what did he mean when he wrote

01:32:30 20  "for the most part"?

01:32:33 21          Q.        Well, where did you get -- who

01:32:35 22  provided the information to you that for the most

01:32:37 23  part the fund trades stocks in the S & P 100?

01:32:42 24                  MS. PRINC:  Object to form.

01:32:42 25          A.        I believe this report reflects my

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

                                                                      103

01:32:44   1    conversation with Ezra Merkin.  It was notes taken

01:32:47   2    from my conversation with him.

01:32:49   3         Q.        And what did you understand

01:32:53   4    Mr. Merkin to mean by "for the most part"?

01:32:57   5                   MS. PRINC:  Object to form.

01:32:58   6         A.        That most of the time the trades

01:33:01   7    employed would be around stocks in the S & P 100.

01:33:09   8         Q.        And did Mr. Merkin explain to you

01:33:11   9    what the other times, what other investments Ascot

01:33:15  10    would be in?

01:33:16  11                   MS. PRINC:  Object to form.

01:33:18  12         A.        No.  The other times they may trade

01:33:21  13    stocks that were outside of the S & P 100, but it

01:33:24  14    was -- the focus of the fund and the strategy

01:33:26  15    because of the liquidity was on those larger stocks.

01:33:33  16         Q.        In that same paragraph, sentence that

01:33:37  17    begins, "Positions are typically held for three to

01:33:39  18    six months and can be taken off in a variety of

01:33:43  19    ways."  Did Mr. Merkin explain to you that Ascot's

01:33:48  20    positions were typically held for three to six

01:33:50  21    months?

01:33:54  22                   MS. PRINC:  Object to form.

01:33:55  23         A.        He did.

01:33:55  24         Q.        And did you have an understanding

01:33:57  25    that those positions were held for less than three

**Picard v. Merkin**                                      **Jason Orchard   10-8-13**

                                                                    105

| | |
|---|---|
| 01:35:21 1 | MS. PRINC:  Object to form. |
| 01:35:23 2 | MR. KREISSMAN:  Join. |
| 01:35:24 3 | A.      I believe it does. |
| 01:35:26 4 | Q.      Where it says, "Cash balances are |
| 01:35:28 5 | held at Morgan Stanley and are not aggressively |
| 01:35:31 6 | managed," do you have an understanding as to what |
| 01:35:35 7 | that means? |
| 01:35:35 8 | A.      I do. |
| 01:35:36 9 | Q.      What does that mean? |
| 01:35:37 10 | A.      When the fund is not invested, it |
| 01:35:41 11 | would be in cash and we understood that those |
| 01:35:43 12 | balances were held at a Morgan Stanley account. |
| 01:35:49 13 | Q.      Did Mr. Merkin explain to you that he |
| 01:35:51 14 | would withdraw cash from BLMIS and place it in |
| 01:35:55 15 | Morgan Stanley? |
| 01:35:57 16 | MS. PRINC:  Object to form. |
| 01:35:58 17 | A.      It was understood or it was explained |
| 01:35:59 18 | to me that when the funds were not invested, they |
| 01:36:05 19 | were in cash at Morgan Stanley and the cash would be |
| 01:36:08 20 | held there. |
| 01:36:22 21 | Q.      Over the next three pages from 01 |
| 01:36:26 22 | through 03 there are four numbered paragraphs. |
| 01:36:34 23 | Number 1 is a bull spread trade; number 2 is a bear |
| 01:36:40 24 | spread trade; number 3 starts with a third strategy; |
| 01:36:42 25 | and number 4 is the fourth strategy.  Do you see |

**Picard v. Merkin**                                    **Jason Orchard  10-8-13**

106

| | | |
|---|---|---|
| 01:36:45 | 1 | those paragraphs? |
| 01:36:47 | 2 | A.        I do. |
| 01:36:47 | 3 | Q.        Can you tell me what those paragraphs |
| 01:36:50 | 4 | describe? |
| 01:36:51 | 5 | A.        They are descriptions of trade |
| 01:36:54 | 6 | strategies that Merkin and Madoff would employ to |
| 01:37:02 | 7 | take advantage of arbitrage opportunities in the |
| 01:37:06 | 8 | marketplace. |
| 01:37:07 | 9 | Q.        What is the bull spread trade? |
| 01:37:12 | 10 | A.        It is a strategy that one employs |
| 01:37:15 | 11 | with a typically longer stock, longer put option and |
| 01:37:19 | 12 | shorter call option to take advantage of some skew |
| 01:37:23 | 13 | and mispricing in the marketplace, primarily around |
| 01:37:27 | 14 | options, while limiting your risk. |
| 01:37:29 | 15 | Q.        And the description of the bull |
| 01:37:31 | 16 | spread trade as listed here, was that provided to |
| 01:37:34 | 17 | you by Mr. Merkin? |
| 01:37:35 | 18 | MS. PRINC:  Object to form. |
| 01:37:37 | 19 | A.        It was. |
| 01:38:05 | 20 | Q.        The paragraph that starts with, |
| 01:38:06 | 21 | "Ultimately, although the trade is termed a bull |
| 01:38:10 | 22 | spread trade," do you see where the next sentence |
| 01:38:13 | 23 | says, "As Ezra described it, essentially Ascot is no |
| 01:38:17 | 24 | different than flipping a coin, but trades are |
| | 25 | structured so that Ascot can be right only 25 |

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

107

01:38:21  1    percent of the time and still be able to break

01:38:23  2    even."

01:38:24  3              A.      I see it, yes.

01:38:26  4              Q.      Do you recall whether or not

01:38:28  5    Mr. Merkin provided a flipping of a coin analogy?

01:38:34  6              A.      He did.

01:38:40  7              Q.      And when it references, in the

01:38:54  8    sentence prior to that, when it references that,

01:38:58  9    "the fund is not establishing a position based on

01:39:00  10   the manager's market sentiment," do you understand

01:39:06  11   what market sentiment means?

01:39:09  12             A.      I do.

01:39:09  13             Q.      And what is that?

01:39:12  14             A.      That was meant to refer to the

01:39:16  15   manager's position of whether the market would go up

01:39:18  16   or down.

01:39:31  17             Q.      When references are made to the

01:39:33  18   manager in this document, who is that referring to?

01:39:35  19                     MS. PRINC:  Object to form.

01:39:40  20             A.      It's referring to Mr. Merkin and

01:39:44  21   ultimately the guidelines he established for

01:39:49  22   Mr. Madoff.

01:39:56  23             Q.      Did Mr. Merkin indicate how often he

01:39:58  24   put on a bull spread trade for Ascot?

01:40:01  25                     MS. PRINC:  Object to form.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

108

01:40:03  1             MR. KREISSMAN:  Again, at this

01:40:04  2     meeting you're asking about?

01:40:06  3             MR. SONG:  At this meeting.

01:40:11  4         A.      He didn't specifically say how often

01:40:13  5     that trade was employed, but it was implied that

01:40:16  6     that trade was the most commonly used trade of the

01:40:23  7     four strategies he described.

01:40:31  8         Q.      And the second trade strategy, the

01:40:34  9     bear spread trade, could you explain what that means

01:40:37 10     in this context.

01:40:39 11         A.      It's a trade that's constructed in

01:40:42 12     the exact opposite fashion as the bull spread trade

01:40:45 13     and it's meant to take advantage of mispricings when

01:40:50 14     the market oversells or panics.

01:40:53 15         Q.      And did Mr. Merkin indicate to you

01:40:55 16     that Ascot had used bear spread trades in the past?

01:41:01 17             MS. PRINC:  Object to form.

01:41:03 18         A.      He suggested that they had.

01:41:04 19         Q.      Did Mr. Merkin provide any specific

01:41:05 20     examples of the times that he used a bear spread

01:41:10 21     trade?

01:41:11 22         A.      Did not give examples of the times he

01:41:14 23     used it, no.

01:41:20 24         Q.      And the third strategy that's

01:41:27 25     mentioned here in paragraph number 3, can you

**Picard v. Merkin**                                    **Jason Orchard    10-8-13**

114

01:47:49  1    you can clarify for the witness.

01:47:50  2                    MR. SONG:  Well, I'm correcting my

01:47:51  3    earlier question between Merkin and BLMIS.

01:47:54  4        Q.        I'm saying the fund.  Whether the

01:47:55  5    fund had a trading directive with BLMIS.

01:47:58  6        A.        Yes, I understood that the fund had a

01:48:00  7    trading directive with BLMIS.

01:48:02  8        Q.        Did you ever see the trading

01:48:03  9    directive between Ascot and BLMIS?

01:48:05 10        A.        No.

01:48:05 11        Q.        Did you ever ask to review it?

01:48:07 12        A.        No.

01:48:11 13        Q.        Did Mr. Merkin ever tell you that he

01:48:15 14    told Mr. Madoff when to be invested?

01:48:18 15                    MS. PRINC:  Object to form.

01:48:23 16        A.        No.  Mr. Merkin told us that he

01:48:29 17    established guidelines in which Mr. Madoff could

01:48:33 18    then -- could then invest, as long as the

01:48:39 19    opportunities fell within those guidelines or

01:48:41 20    parameters.

01:48:42 21        Q.        But you don't have an

01:48:44 22    understanding -- strike that.

01:48:46 23                    Do you know what those guidelines

01:48:47 24    were as far as when to invest in the market?

01:48:51 25        A.        Specifically, no.

**Picard v. Merkin**                                      **Jason Orchard   10-8-13**

116

01:50:51  1          Q.          Did Mr. Merkin ever explain to you

01:50:53  2     why Mr. Madoff was better at executing trades?

01:50:58  3                      MS. PRINC:  Object to form.

01:51:06  4          A.          He suggested that because he was --

01:51:08  5     Mr. Madoff was trading options regularly, he had

01:51:14  6     better execution in saleabilities.

01:51:24  7          Q.          The next line says:  "In executing

01:51:27  8     any one particular trade, the fund has a 12-minute

01:51:30  9     rule --" I'm sorry, 12 m-i-n, which I understand is

01:51:33 10     minute, "in which Ezra or Bernie have to establish

01:51:36 11     all three legs of the typical trade within 12

01:51:39 12     minutes, otherwise the trade legs established are

01:51:43 13     sold."

01:51:44 14                      Is that information something you got

01:51:46 15     from Mr. Merkin?

01:51:48 16          A.          It is.

01:51:48 17          Q.          And did Mr. Merkin elaborate on why

01:51:53 18     he established a 12-minute rule?

01:51:56 19                      MS. PRINC:  Object to form.

01:51:58 20          A.          The trades were generally meant to be

01:52:00 21     as low risk as possible.  By establishing all three

01:52:06 22     legs, you've essentially created an arbitrage

01:52:12 23     position without taking much risk or having a

01:52:15 24     defined risk level.  If you're unable to execute one

01:52:18 25     particular part of the leg, you have exposure, which

Picard v. Merkin                          Jason Orchard   10-8-13

                                                          117

01:52:25  1    could ultimately put your position at risk to go

01:52:29  2    outside of those risk parameters you've established.

01:52:32  3             So, if the position was not able to

01:52:34  4    be fully constructed within 12 minutes, it was

01:52:39  5    understood or explained to me that the trade -- the

01:52:44  6    legs of the trade that were put on were unwound to

01:52:47  7    reduce risk potential.

01:52:50  8        Q.        Was this one of the parameters or

01:52:52  9    guidelines that Mr. Merkin gave to Mr. Madoff?

01:52:57 10             MS. PRINC:  Object to form.

01:53:00 11        A.        It wasn't specifically explained to

01:53:02 12    me that way, but it was a parameter that was

01:53:05 13    explained to me that the fund had established or a

01:53:09 14    guideline that was established by the fund.

01:53:20 15        Q.        Under the Return Comments and Outlook

01:53:25 16    section, first sentence says:  "Ezra told us that

01:53:27 17    the Ascot strategy has always benchmarked and

01:53:30 18    attempted to achieve a return greater than twice the

01:53:33 19    30-year Treasury."

01:53:36 20             Do you know why Mr. Merkin is using

01:53:38 21    the 30-year Treasury as a benchmark?

01:53:41 22             MS. PRINC:  Object to form.

01:53:42 23             MR. KREISSMAN:  Object to form, calls

01:53:44 24    for speculation.

01:53:46 25        A.        I don't know why.

**Picard v. Merkin**                                          **Jason Orchard   10-8-13**

118

01:54:00   1          Q.          Next paragraph starts with, "Ezra did
01:54:02   2   say that he believes the Ascot strategy will stop
01:54:05   3   working one day."
01:54:07   4          Do you have -- do you recall
01:54:09   5   conversation with Mr. Merkin regarding Ascot -- the
01:54:12   6   Ascot strategy stopping working one day?
01:54:15   7          A.          Yes.
01:54:16   8          Q.          And what did Mr. Merkin tell you?
01:54:19   9          A.          As with most arbitrage strategies,
01:54:24  10   they're generally -- a true arbitrage strategy is a
01:54:28  11   strategy in which risk is limited or where there's
01:54:30  12   very little risk at all.  As more and more capital
01:54:35  13   is employed to exploit that arbitrage, it eventually
01:54:40  14   goes away.
01:54:43  15          Q.          And did Mr. Merkin have a time
01:54:47  16   horizon in mind for which Ascot might stop working?
01:54:50  17                      MR. KREISSMAN:  Objection to form.
01:54:51  18                      MS. PRINC:  Objection.
01:54:52  19                      MR. KREISSMAN:  Calls for
01:54:55  20   speculation.
01:54:56  21          A.          I don't recall.
01:55:13  22          Q.          In that same paragraph where it says,
01:55:15  23   "The manager will either have to conceive of new
01:55:18  24   trading strategies or wind down as investment
01:55:21  25   opportunities become rarer and returns retreat to

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

125

| | | |
|---|---|---|
| 02:04:21 | 1 | Q.       Did you have any concerns regarding |
| 02:04:24 | 2 | the -- regarding BLMIS self-clearing? |
| 02:04:28 | 3 | MR. KREISSMAN:  At what time frame? |
| 02:04:30 | 4 | MR. SONG:  Between 2004 and 2008. |
| 02:04:35 | 5 | A.       It was, no.  No, it wasn't a concern. |
| 02:04:43 | 6 | Q.       Next sentence says, or two sentences |
| 02:04:46 | 7 | down says:  "We know that they are audited." |
| 02:04:49 | 8 | Do you remember having any |
| 02:04:51 | 9 | discussions with anyone at Aozora Bank regarding the |
| 02:04:53 | 10 | auditors for BLMIS? |
| 02:04:55 | 11 | MS. PRINC:  Object to form. |
| 02:04:56 | 12 | A.       No. |
| 02:05:15 | 13 | Q.       Back on 305, you forwarded this email |
| 02:05:18 | 14 | to Mr. Merkin on November 30th, 2005; is that |
| 02:05:22 | 15 | correct? |
| 02:05:22 | 16 | A.       Correct. |
| 02:05:23 | 17 | Q.       Why did you forward it to Mr. Merkin? |
| 02:05:28 | 18 | A.       Because I -- the bank wanted to -- |
| 02:05:34 | 19 | had further follow-up questions and Launny and Greg |
| 02:05:38 | 20 | were traveling and so it was discussed that I would |
| 02:05:42 | 21 | just forward this to Ezra to let them -- to give |
| 02:05:44 | 22 | them a preview of what those questions or follow-ups |
| 02:05:49 | 23 | may be. |
| 02:05:49 | 24 | Q.       And did Mr. Merkin ever reply to you? |
| 02:05:52 | 25 | A.       I don't recall that he did. |

**Picard v. Merkin**                          **Jason Orchard   10-8-13**

126

02:05:52  1          Q.        Do you recall having any

02:05:54  2    conversations with Mr. Merkin regarding following

02:05:58  3    this email with regards to setting up a due

02:06:01  4    diligence meeting with Mr. Madoff?

02:06:04  5                    MS. PRINC:  Object to form.

02:06:05  6          A.        I don't recall having a conversation

02:06:06  7    with Mr. Merkin, no.

02:06:07  8          Q.        Do you know why Aozora Bank --

02:06:10  9    withdrawn.

02:06:11  10                   Did Aozora Bank ever get a due

02:06:14  11   diligence meeting with Mr. Madoff?

02:06:16  12                   MS. PRINC:  Object to form.

02:06:17  13         A.        No.

02:06:18  14         Q.        Do you know why they never got that

02:06:19  15   meeting?

02:06:19  16                   MR. KREISSMAN:  Object to form, calls

02:06:21  17   for speculation.

02:06:22  18         A.        I don't know specifically, no.

02:06:24  19         Q.        Do you know why generally?

02:06:26  20         A.        No, I don't know why.

02:06:31  21         Q.        Did you have any conversations with

02:06:33  22   Mr. Ho or Mr. Steffens regarding a due diligence

02:06:39  23   meeting Aozora Bank requested after November 30th,

02:06:43  24   2005?

02:06:44  25         A.        Yes.

**Picard v. Merkin**                                    **Jason Orchard   10-8-13**

168

| | | |
|---|---|---|
| 03:47:07 | 1 | Do you see that? |
| 03:47:08 | 2 | A.        I do. |
| 03:47:09 | 3 | Q.        Were you previously aware that |
| 03:47:10 | 4 | Mr. Autera had told representatives of Aozora that |
| 03:47:13 | 5 | Ariel had accounts with Madoff? |
| 03:47:18 | 6 | A.        No. |
| 03:47:20 | 7 | MS. PRINC:  Okay.  Thank you.  I have |
| 03:47:22 | 8 | no further questions. |
| 03:47:23 | 9 | MR. SONG:  Nothing. |
| 03:47:23 | 10 | MR. KREISSMAN:  Nothing from us.  We |
| 03:47:25 | 11 | are concluded -- anyone else?  Last chance. |
| 03:47:28 | 12 | We are concluded.  Thank you |
| 03:47:29 | 13 | everybody. |
| 03:47:30 | 14 | THE VIDEOGRAPHER:  Off at 3:47. |
| | 15 | (Deposition concluded.) |
| | 16 | -o0o- |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |