# EXHIBIT 46

1

1            **C O N F I D E N T I A L**
             UNITED STATES BANKRUPTCY COURT
2            SOUTHERN DISTRICT OF NEW YORK

3    -----------------------------------x
     In Re:
4    BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
     SECURITIES LLC,                       08-01789(BRL)
5                   Debtor.
     -----------------------------------x
6    IRVING H. PICARD, Trustee for the
     Liquidation of Bernard L. Madoff
7    Investment Securities LLC,
                    Plaintiff,             Adv.Pro.No.
8            v.                            09-1182(BRL)
     J. EZRA MERKIN, GABRIEL CAPITAL,
9    L.P., ARIEL FUND LTD., ASCOT
     PARTNERS, L.P., GABRIEL CAPITAL
10   CORPORATION,
                    Defendants.
11   -----------------------------------x

12

13

14           The videotaped deposition of DANIEL

15   GOTTLIEB, called for examination, taken pursuant

16   to the Federal Rules of Civil Procedure of the

17   United States Bankruptcy Courts pertaining to

18   the taking of depositions, taken before ANDREA

19   L. CARTER, CSR No. 84-3722, a Certified

20   Shorthand Reporter of said state, at Suite 3100,

21   191 North Wacker Drive, Chicago, Illinois, on

22   the 22nd day of October, A.D. 2012, at 10:03

23   a.m.

24

25

PICARD v. MERKIN                    CONFIDENTIAL            DANIEL GOTTLIEB 10/22/12

11

1    about the litigation protective order?

2            A.        No.

3            Q.        Are you familiar with Bernard

4    L. Madoff?

5            A.        I don't personally know him,

6    but, yes, I am familiar with him.

7            Q.        And are you familiar with

8    Bernard L. Madoff Investment Securities LLC?

9            A.        Yeah.

10           Q.        During our conversations

11   today, I may refer to the entity Bernard L.

12   Madoff Investment Securities LLC as BLMIS, and

13   when I am referring to Mr. Madoff in his

14   personal capacity, I will say Mr. Madoff.  Is

15   that okay?

16           A.        Okay, yeah.

17           Q.        Can you please state your full

18   name.

19           A.        Daniel Isaac Gottlieb.

20           Q.        What's your current address?

21           A.        My current address is 615

22   Harvard Street, Wilmette, Illinois.

23           Q.        Where were you born?

24           A.        New York City.

25           Q.        What is your occupation

12

1   currently?

2        A.        I am the chief investment

3   officer for Glen Eagle.

4        Q.        Could you briefly describe

5   your educational history?

6        A.        I have a bachelor's degree in

7   religion from Swathmore College.  I have an

8   M.B.A. from Yale University.

9        Q.        Any other degrees?

10        A.        No.

11        Q.        From the time you finished

12   your M.B.A., could you briefly walk me through

13   in chronological order your employment history?

14        A.        I worked as a consultant for a

15   firm called AMS Planning and Research from the

16   summer of 2001 essentially through the summer

17   of 2005.  At the end of the summer of 2005, I

18   took a sabbatical to work with Glen Eagle

19   Partners.  I became officially and sort of

20   permanently employed by Glen Eagle at the

21   beginning of 2006.

22        Q.        What is the Anne and Howard

23   Gottlieb Family Foundation?

24        A.        It is a family foundation that

25   was essentially endowed with capital by my

37

1    relationship with Jeff's father-in-law going

2    back I think literally to when they were in

3    grade school, and he just wanted to sit down

4    and talk about the state of the world.

5         Q.        Did Mr. Moskowitz recommend

6    Mr. Merkin as a possible investment?

7         A.        Yes, he did.

8         Q.        Did you meet Mr. Merkin?

9         A.        I did.

10        Q.        When?

11        A.        I believe the first time was

12   at the very end of 2005, either November or

13   December.

14        Q.        Do you consider yourself

15   friends with Mr. Merkin?

16        A.        No.

17        Q.        Would it be fair to say --

18   would it be fair to describe your relationship

19   to him as professional?

20        A.        Yes.

21        Q.        Okay.  Apart from the social

22   connection you just described, do you have any

23   other ties to Mr. Merkin of a professional

24   nature?

25        A.        Well, again, the connection

41

1      Q.      Any others?

2      A.      No.

3      Q.      When -- what was the

4   approximate date of that investment?

5      A.      I'm -- I'm really not sure.

6      Q.      You stated that you first met

7   Mr. Merkin towards the end of 2005; is that

8   correct?

9      A.      Yes.

10      Q.      Was it in a relatively short

11   time frame after that meeting, say a year?

12      A.      Well, I met him again in I

13   think I believe February of 2006, and I think

14   we invested fairly soon thereafter.

15      Q.      Did the family foundation

16   invest in any of Mr. Merkin's funds?

17      A.      The family foundation invested

18   in Ascot.

19      Q.      When did that invest occur?

20      A.      I think that was a couple

21   months after -- it may have been that Gabriel

22   could take money monthly and Ascot could

23   quarterly or something like that.  I don't

24   remember the details.

25      Q.      Were those two investments

PICARD v. MERKIN                CONFIDENTIAL              DANIEL GOTTLIEB 10/22/12

44

1    non-taxable capital, that he thought it was an

2    interesting place to have money.

3            Q.        What do you mean by "ordinary

4    income"?

5            A.        Interest income.  Income taxed

6    at a 35 percent rate.

7            Q.        What was the basis of

8    Mr. Merkin's recommendation that it was not an

9    appropriate investment vehicle for a taxable --

10           MR. STEINER:  Objection, form.

11   BY THE WITNESS:

12           A.        That was it.  Some combination

13   of reasonably low return and reasonably high

14   tax rates.

15   BY MR. JACOBS:

16           Q.        The meeting you are referring

17   to was the meeting you described earlier in

18   late 2005?

19           A.        I believe that conversation

20   was in the meeting we had at the beginning of

21   2006, but I'm not 100 percent certain of that.

22           Q.        Okay.  Let's focus on your

23   first meeting with Mr. Merkin.

24                     Can you describe for me in as

25   much detail as you can recall the circumstances

45

1   of that meeting.

2        A.       I just have a -- it's very

3   hard for me to separate out the two

4   conversations.

5        Q.       Okay.

6        A.       I remember where the meeting

7   was.  You know, it was in his office.  We

8   talked more about sort of general stuff as

9   opposed to getting into nitty-gritty

10  investment, but I don't really have much

11  recollection of specifics.

12       Q.       All right.  Do you have any

13  recollection of what you discussed at that

14  meeting?

15       A.       I know that we -- I mean, we

16  talked about things that had absolutely nothing

17  to do with the investments.  I actually

18  remember something specific about I guess one

19  of his daughters was thinking about going to

20  Bryn Mawr College.  For some reason, that

21  sticks in my mind.

22                You know, we talked about sort

23  of general investing.  He asked about my

24  family, about the connection to Max Palevsky's

25  family, and we talked about Cerberus and

PICARD v. MERKIN                CONFIDENTIAL                DANIEL GOTTLIEB 10/22/12

46

1    AbleCo, and we talked about Gabriel Capital.

2            Q.        Do you recall any specifics

3    about your discussion about Gabriel Capital?

4            A.        No, not any -- not any sort of

5    very specific things, no.

6            Q.        Approximately how long did

7    your meeting last?

8            A.        I assume it was an hour, but I

9    don't know.

10           Q.        And the second time you met

11   Mr. Merkin was in February of 2006; is that

12   correct?

13           A.        Yes, I believe so.

14           Q.        Can you describe for me in as

15   much detail as you can what you recall about

16   that meeting.

17           A.        Again, it was in his office.

18   You know, I remember him -- there was a

19   specific conversation about the Yeshiva

20   endowment.  There was a conversation about both

21   Gabriel and Ascot.

22                     I remember him talking about

23   sort of the endowment performance relative to

24   other endowments, and he was very proud of the

25   fact that they were pushing up against, you

47

1    know, sort of the Harvard, Yale type from a

2    return perspective, and, you know, so there was

3    that sort -- that was a new sort of avenue in

4    the conversation that I don't believe was a

5    part of the 2000 -- the earlier meeting.

6              Q.        Do you have any connection to

7    Yeshiva?

8              A.        No.

9              Q.        Did Mr. Merkin provide any

10   specifics as to -- as to explain the success of

11   the Yeshiva endowment?

12             MR. STEINER:   Objection to form.

13   BY THE WITNESS:

14             A.        No.

15   BY MR. JACOBS:

16             Q.        I have just been informed we

17   have about ten minutes on the -- left on the

18   tape.  So I might another question or two, and

19   then we will take a short break.  Is that okay?

20             A.        Sure, yeah.

21             Q.        Approximately how long after

22   your second meeting with Mr. Merkin did you

23   recommend the investment in Ascot?

24             A.        I believe it was in the sort

25   of following couple or few months, but I'm not

PICARD v. MERKIN                CONFIDENTIAL                DANIEL GOTTLIEB 10/22/12

48

1    sure.

2          Q.        Approximately how long after

3    you recommended the investment did the family

4    foundation invest?

5          A.        Again, I believe it was, you

6    know, within a few months.

7                MR. JACOBS:  I think we should take

8    our break, if that's okay.

9                THE VIDEOGRAPHER:  Going off the

10   video record at 10:54 a.m. at the end of tape

11   1.

12                    (WHEREUPON, a recess was had at

13                    10:54 a.m. until 11:08 a.m.)

14                THE VIDEOGRAPHER:  Going back on

15   the video record at 11:08 a.m. at the beginning

16   of tape 2.

17                    (WHEREUPON, a certain document

18                    was marked Trustee Deposition

19                    Exhibit No. 95, for

20                    identification, as of

21                    10/22/12.)

22   BY MR. JACOBS:

23          Q.        Mr. Gottlieb, I am handing you

24   what I am -- what I have marked as Trustee

25   Exhibit 95.

PICARD v. MERKIN                    CONFIDENTIAL                 DANIEL GOTTLIEB 10/22/12

50

1          A.      Yeah.

2          Q.      Do you recognize this

3    document?

4          A.      Sure.

5          Q.      What is this document?

6          A.      This is the email between

7    myself and Mike Autera about the Glen Eagle

8    investment in Gabriel and the foundation

9    investment in Ascot.

10         Q.      What was the amount of the

11   initial investment in Ascot?

12         A.      500,000?  Yes, 500,000.

13         Q.      What was the amount of the

14   initial investment in Gabriel?

15         A.      A million.

16         Q.      At the top of the chain,

17   Mr. Autera writes:  "We are hoping to have the

18   documents back from the lawyers by Friday.  I

19   will forward them to you as soon as they are

20   available."

21                 Do you see that?

22         A.      Yeah.

23         Q.      Do you recall receiving

24   documents from Mr. Autera?

25         A.      I have no idea.

PICARD v. MERKIN                    CONFIDENTIAL                    DANIEL GOTTLIEB 10/22/12

51

```
 1              Q.        At the time you recommended

 2     the investment in Ascot to the family

 3     foundation, were you aware that the Ascot Fund

 4     was invested with Madoff?

 5              A.        No.

 6              Q.        At any time did you come to

 7     learn that the Ascot Fund was invested with

 8     Madoff?

 9              A.        Yeah, when we got the letter

10     from -- I believe it was from Mr. Merkin in

11     December of 2008.

12              Q.        Did you receive that letter

13     after Mr. Madoff had been arrested?

14              A.        Yeah, I mean, because Mr. --

15     Mr. Madoff was arrested like immediately when

16     the -- when the news broke.  So, yes, it would

17     have been after.

18              Q.        After that initial $500,000

19     investment, do you know if the family

20     foundation made any subsequent investments in

21     Ascot?

22              A.        I don't believe so.

23              Q.        Are you -- at the time --

24     strike that.

25                        Are you aware that the Ascot
```

PICARD v. MERKIN                CONFIDENTIAL         DANIEL GOTTLIEB 10/22/12

52

1    Fund existed solely as a feeder fund to

2    Mr. Madoff?

3              MR. STEINER:  Objection to form.

4    BY THE WITNESS:

5              A.      I -- I understand that the

6    overall majority of the capital was invested

7    with Madoff.  I guess I couldn't say for

8    certain that it was solely.

9    BY MR. JACOBS:

10             Q.      When did you come to that

11   understanding?

12             A.      When we received the letter

13   from Mr. Merkin.

14             Q.      That's the 2000 --

15             A.      End of 2008.

16             Q.      -- December of 2008?

17             A.      Yeah, 2008.

18             Q.      What was your reaction when

19   you received that letter?

20             A.      Shocked.

21             Q.      Why were you shocked?

22             A.      Because we had been talking a

23   lot about Bernie Madoff in the office, and one

24   of the things we said is, boy, you know, for

25   all the crap that we are dealing with right now

PICARD v. MERKIN                 CONFIDENTIAL              DANIEL GOTTLIEB 10/22/12

53

1      at the end of 2008, I am glad we are not

2      involved in this one.

3             Q.       At any time did Mr. Merkin

4      inform you that the Ascot Fund was invested

5      with Madoff?

6                    MR. STEINER:  Objection to form.

7      BY THE WITNESS:

8             A.       Prior to the letter, no.

9      BY MR. JACOBS:

10            Q.       Prior to December of 2008, did

11     you have any reason to suspect that the Ascot

12     Fund might be invested with Madoff?

13                   MR. STEINER:  Objection to form.

14     BY THE WITNESS:

15            A.       Not that I -- no.

16     BY MR. JACOBS:

17            Q.       Did you receive an Ascot Fund

18     Offering Memorandum?

19            A.       I assume so.  Yeah, I would

20     assume that we did.  I would assume that the

21     foundation did.

22     BY MR. JACOBS:

23            Q.       Do you recall personally ever

24     reviewing the Ascot --

25            A.       No.

PICARD v. MERKIN                    CONFIDENTIAL                    DANIEL GOTTLIEB 10/22/12

86

1    one?

2            A.        Not that I can recall, no.

3            Q.        Did you exchange any emails

4    with Mr. Merkin after this one?

5            A.        No.

6            Q.        Okay.  Would it be fair to

7    characterize the Ascot Fund as a fund of funds?

8                 MR. STEINER:  Object to the form.

9    BY THE WITNESS:

10           A.        No.

11   BY MR. JACOBS:

12           Q.        Why not?

13           A.        Fund of funds has multiple

14   underlying funds.

15           Q.        Okay.  Do you have any reason

16   to believe that Mr. Merkin would have known

17   about your grandfather's skepticism of Bernie

18   Madoff?

19                 MR. STEINER:  Objection to form.

20   BY THE WITNESS:

21           A.        No, no.

22   BY MR. JACOBS:

23           Q.        Turning to the -- turning to

24   Glen Eagle Partners investment in Gabriel.

25           A.        Yeah.

PICARD v. MERKIN                CONFIDENTIAL                DANIEL GOTTLIEB 10/22/12

87

1          Q.          Prior to Mr. Madoff's arrest

2     in December of 2008 --

3          A.          Yes.

4          Q.          -- did you have any knowledge

5     that the Gabriel Fund was invested with

6     Mr. Madoff?

7          A.          No.

8          Q.          Did you learn about Gabriel's

9     exposure to Madoff in December of 2008?

10          A.          I believe so, yeah.

11          Q.          Okay.  In the late 2005, 2006

12     meetings you had with Mr. Merkin --

13          A.          Yeah.

14          Q.          -- did he disclose to you that

15     the Gabriel Fund was invested with Madoff?

16          A.          No.

17          Q.          Did Mr. Merkin disclose to you

18     that the Gabriel Fund was invested with any

19     other money managers?

20          A.          My understanding of Gabriel is

21     that it was a distressed debt credit fund, and

22     that they would on occasion co-invest in

23     specific deals that Cerberus was involved in

24     which for whatever reason had some additional

25     capacity or because of the Cerberus exposure

PICARD v. MERKIN              CONFIDENTIAL          DANIEL GOTTLIEB 10/22/12

88

1    they weren't able to take the whole deal, but

2    that the majority of the capital was being done

3    by his guys in-house.

4         Q.      Okay.  Was that understanding,

5    in fact, true?

6              MR. STEINER:  Objection to form.

7    BY THE WITNESS:

8         A.      No, it was not.

9    BY MR. JACOBS:

10        Q.      Why not?

11        A.      My understanding is that most

12   of the money was actually with Cerberus.  That

13   part of it was with Madoff, and I believe there

14   was a third investor, but that the amount of

15   money that they were investing directly was de

16   minimus, if any.

17        Q.      Did Mr. Merkin explain any of

18   that to you when you met with him?

19        A.      No.

20             MR. STEINER:  Objection to form.

21   BY MR. JACOBS:

22        Q.      Okay.  Would you consider

23   those facts to be important in deciding whether

24   to invest in Gabriel?

25             MR. STEINER:  Objection to form.

PICARD v. MERKIN                    CONFIDENTIAL                    DANIEL GOTTLIEB 10/22/12

90

1          Q.        Have you seen this document

2     before?

3          A.        Yeah.

4          Q.        Do you recall when you first

5     saw it?

6          A.        I may have seen it in 2006.  I

7     definitely reviewed it at the end of 2008.

8          Q.        Were you reviewing this

9     document in December of 2008 to see if

10    Mr. Madoff's involvement in the Gabriel Fund

11    was disclosed?

12               MR. STEINER:  Objection to the

13    form.

14    BY THE WITNESS:

15         A.        We were reviewing it to just

16    get a better sense of what had been going on at

17    Gabriel.  Although, I mean, given the fact that

18    we were no longer investors with Gabriel, it

19    was certainly not as high on our list as Ascot

20    was.

21    BY MR. JACOBS:

22         Q.        So just the initial investment

23    in Gabriel of a million dollars; is that

24    correct?

25         A.        Yes, that's correct.

91

```
 1              Q.        Was made in 2006?

 2              A.        Yes.

 3              Q.        Were any subsequent

 4      investments made in Gabriel?

 5              A.        No.

 6              Q.        You just mentioned that in

 7      December 2008 you were no longer or Glen

 8      Eagle -- Glen Eagle Partners was no longer

 9      invested --

10              A.        Correct.

11              Q.        -- with Gabriel.

12                        When did Glen Eagle Partners

13      fully divest itself of that investment?

14              A.        I believe we withdrew in the

15      spring of 2008.

16              Q.        Okay.  Prior to the spring of

17      2008, did Glen Eagle Partners redeem any

18      portion of its investment?

19              A.        I don't think so, no.

20              Q.        Why did Glen Eagle Partners

21      redeem its investment in approximately I

22      believe you said the spring of 2008?

23              A.        You know, the fund had been

24      doing okay, and we had looked at it as --

25      essentially, I had invested in it with the idea
```

PICARD v. MERKIN                CONFIDENTIAL            DANIEL GOTTLIEB 10/22/12

115

1    someone who there was a reason to withdraw from

2    and that reason never manifested itself.

3          Q.       Did that reason ever manifest

4    itself?

5          MR. STEINER:  Objection to form.

6    BY THE WITNESS:

7          A.       Well, certainly in 2008 it

8    did, but I mean it was still a huge surprise,

9    huge surprise.

10   BY MR. JACOBS:

11         Q.       Do you believe that Mr. Merkin

12   intentionally concealed the Ascot Fund's

13   exposure to Madoff from you?

14         MR. STEINER:  Objection to form.

15   BY THE WITNESS:

16         A.       I don't see how he couldn't

17   have.  I just -- I believe that I was supposed

18   to think that there was trading going on at --

19   I don't even know the name of the umbrella

20   organization under which Gabriel and Ariel and

21   Ascot all set, but there were people there that

22   were engaging in a whole variety of strategies

23   from the sort of less liquid stuff that Gabriel

24   was doing to the more liquid stuff that Ascot

25   was doing.  And I thought it was going on in

PICARD v. MERKIN                 CONFIDENTIAL            DANIEL GOTTLIEB 10/22/12

116

1    the offices and at the terminals that I saw

2    when I went there.

3              Q.        What -- what reasons do you

4    believe Mr. Merkin might have had to conceal

5    the Madoff exposure in the Ascot Fund from you?

6              MR. STEINER:  Objection to form.

7    BY THE WITNESS:

8              A.        I don't know because, you

9    know, other people knew this.  I found out

10   after the fact that, you know, some people

11   thought it was common knowledge that Ascot was

12   invested in Madoff, and, in fact, they were

13   just as surprised that it wasn't common

14   knowledge as we were that it was.  So I

15   can't -- I have no idea.

16   BY MR. JACOBS:

17             Q.        Do you believe that Mr. Merkin

18   was actively concealing from you Gabriel's

19   Madoff exposure?

20             MR. STEINER:  Objection to form.

21   BY THE WITNESS:

22             A.        I believe that -- that he was

23   misleading that the capital was being run by

24   third-party managers.  I can't say that he was

25   specifically hiding the Madoff exposure per se

PICARD v. MERKIN                  CONFIDENTIAL                  DANIEL GOTTLIEB 10/22/12

155

1    Mr. Steiner's characterization of there being

2    inaccuracies in this article?

3              MR. STEINER:  Objection to form.

4    BY THE WITNESS:

5              A.      I think that, you know, we are

6    dancing around semantics about what it means to

7    approach the foundation.  So the foundation did

8    not know about Ascot until Mr. Merkin

9    introduced the idea to me while I was in his

10   office for a meeting regarding Gabriel.

11             MR. JACOBS:  Thank you very much.

12   I have no further questions.

13             MR. STEINER:  I guess we didn't ask

14   them on the phone, but do you either of you

15   have any questions?

16             MR. SCOTT:  This is John Scott.  No

17   questions from me.

18             MR. NEWCOMB:  Ascot has no

19   questions either.

20             THE VIDEOGRAPHER:  Going off the

21   video record at 1:22 p.m. at the end of tape 4.

22                (WHEREUPON, the deposition was

23                concluded at 1:22 p.m.)

24

25