# EXHIBIT 48

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)

            Debtor.

---------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

            Plaintiff,               Adv.Pro.No.

                                09-1182(BRL)

            v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,

            Defendants.

---------------------------------x

    VIDEOTAPED DEPOSITION of MORRIS SMITH, as

reported by NANCY MAHONEY, Certified Court Reporter,

RPR, CLR and Notary Public of the States of New York

and New Jersey, at the offices of BAKER HOSTETLER,

45 Rockefeller Plaza, New York, New York on Tuesday,

March 4, 2014, commencing at 10:14 a.m.

**Picard v. Merkin**                                **Morris Smith  3-4-14**

12

10:16:42 1          A.        In 1979.

10:16:43 2          Q.        What degree did you -- were you

10:16:45 3   awarded?

10:16:45 4          A.        I think it was a BA or BS, I don't

10:16:48 5   recall, in accounting and in economics.

10:16:49 6          Q.        And did you go to graduate school

10:16:52 7   afterwards?

10:16:53 8          A.        Yes, I went to the Wharton School of

10:16:55 9   Business, University of Pennsylvania, where I

10:16:58 10  graduated in May 1982.

10:16:59 11         Q.        And what degree were you awarded from

10:17:02 12  Wharton?

10:17:02 13         A.        An MBA in finance.

10:17:04 14         Q.        Did you have -- did you attend any

10:17:06 15  other graduate classes?

10:17:08 16         A.        No.

10:17:09 17         Q.        Do you have any professional licenses

10:17:11 18  or certificates?

10:17:11 19         A.        I had a Certified Public Accountancy

10:17:15 20  license, but it's been inactive for many years.

10:17:18 21         Q.        After you graduated from Wharton,

10:17:21 22  where did you begin employment?

10:17:23 23         A.        At Fidelity Investments in Boston.

10:17:25 24         Q.        And approximately when was that?

10:17:27 25         A.        1982.

Picard v. Merkin                                    Morris Smith   3-4-14

13

10:17:28  1          Q.          And if you could walk us through your

10:17:30  2     time at Fidelity, what positions did you hold at

10:17:32  3     Fidelity?

10:17:33  4          A.          Sure.  I held positions as a security

10:17:35  5     analyst and then as a portfolio manager; first two

10:17:39  6     years were primarily analyst, the last eight years

10:17:42  7     were primarily portfolio management.

10:17:44  8          Q.          What were your duties and

10:17:46  9     responsibilities as an analyst at Fidelity?

10:17:48 10          A.          The way Fidelity was structured, we

10:17:51 11     covered industries and the primary responsibility

10:17:54 12     was to analyze companies and have recommendation of

10:17:58 13     stocks that we think that we should purchase or

10:18:02 14     sell, if we own them, to the various fund managers

10:18:05 15     in the different groups.

10:18:06 16          Q.          And approximately how long did you

10:18:08 17     hold that position?

10:18:09 18          A.          Approximately two years.

10:18:10 19          Q.          And did there come a time that you

10:18:12 20     were asked to take over Fidelity's Leisure Select

10:18:17 21     Fund?

10:18:17 22          A.          Right, I was asked to take that over

10:18:19 23     -- actually the fund started in 1984, and I was told

10:18:22 24     to start to manage that in 1984.

10:18:25 25          Q.          And what did that fund invest in?

**Picard v. Merkin**                                        **Morris Smith   3-4-14**

14

10:18:27  1          A.          Primarily leisure and entertainment

10:18:32  2    securities.

10:18:33  3          Q.          And, if you know, approximately how

10:18:35  4    much money was under management in that fund?

10:18:37  5          A.          When I started, it had about half a

10:18:39  6    million dollars that was seeded internally; when I

10:18:43  7    finished, it was about $350 million in 1986.

10:18:46  8          Q.          After you finished in 1986, did there

10:18:49  9    come a time that you took over the over-the-counter

10:18:51 10    fund at Fidelity?

10:18:53 11          A.          That is correct.

10:18:53 12          Q.          And what type of fund is that?

10:18:54 13          A.          Invested primarily in

10:18:56 14    over-the-counter securities.

10:18:57 15          Q.          And, again, how much money

10:18:59 16    approximately was under management?

10:19:00 17          A.          Roughly a billion dollars.

10:19:02 18          Q.          And how long did you manage that

10:19:05 19    fund?

10:19:05 20          A.          For four years.

10:19:06 21          Q.          Now, after four years, what fund did

10:19:10 22    you take over next?

10:19:11 23          A.          Took over the Fidelity Magellan Fund.

10:19:14 24          Q.          What is the Fidelity Magellan Fund?

10:19:17 25          A.          At that time it was the largest

**Picard v. Merkin**                                    **Morris Smith   3-4-14**

15

10:19:20  1    equity fund, I guess in the world, and the fund, I

10:19:23  2    think, at that time consisted of $13 billion of

10:19:26  3    assets.

10:19:27  4            Q.       Who did you take it over from?

10:19:29  5            A.       Peter Lynch.

10:19:30  6            Q.       And you said it was $13 billion when

10:19:32  7    you started.  How long did you manage that fund?

10:19:34  8            A.       Two years.

10:19:35  9            Q.       And what was the value of the fund

10:19:37 10    when -- after two years?

10:19:37 11            A.       The size of it was $21 billion.

10:19:43 12            Q.       Did there come a time that you left

10:19:47 13    Fidelity?

10:19:48 14            A.       In 1992.

10:19:50 15            Q.       And what, if anything, did you do

10:19:52 16    after you left Fidelity?

10:19:53 17            A.       I went with my family for seven

10:19:57 18    years, we lived in Israel from 1992 to 1999.

10:20:00 19            Q.       Did you return to the United States

10:20:02 20    in 1999?

10:20:03 21            A.       That is correct.

10:20:04 22            Q.       And what, if any, other positions

10:20:05 23    have you held since your return to the United States

10:20:07 24    in 1999?

10:20:08 25            A.       I've done work as a consultancy for

Picard v. Merkin                                          Morris Smith  3-4-14

19

10:22:47  1    developed a personal relationship with Mr. Merkin?

10:22:49  2         A.    I think that evolved over that time

10:22:53  3    period.  As you get to meet the person, maybe

10:22:54  4    formally, informally, you develop somewhat of a

10:22:57  5    social relationship also.

10:22:59  6         Q.    And, again, what period of time are

10:23:00  7    we talking about?

10:23:02  8         A.    Late '80s, early '90s, not specific.

10:23:06  9         Q.    Did there come a time that you

10:23:07 10    developed a business relationship with Mr. Merkin?

10:23:11 11         A.    I guess if you're going to describe

10:23:13 12    that as a investment in his funds, is that your

10:23:16 13    description?  I need clarification of that.

10:23:18 14         Q.    Did you ever deal with him in a

10:23:20 15    professional capacity?

10:23:21 16         A.    As far as money management, no, not

10:23:25 17    that I recall.

10:23:26 18         Q.    So let me ask you about -- you

10:23:29 19    brought up investment.  Did there come a time that

10:23:31 20    you decided to invest with Mr. Merkin?

10:23:33 21         A.    Yes.

10:23:33 22         Q.    Approximately when was that?

10:23:34 23         A.    Approximately 1992.

10:23:36 24         Q.    And how did you choose to invest with

10:23:38 25    Mr. Merkin?

Picard v. Merkin                                    Morris Smith  3-4-14

20

10:23:39  1         A.      I think from speaking to him about

10:23:41  2     the investment product -- I don't have specific

10:23:43  3     recall of the conversation, but I believe it was in

10:23:47  4     1992 relating to investing in hedge funds, as I

10:23:50  5     start to -- I think in that time period is when I

10:23:53  6     started to look at investing in hedge funds.

10:23:55  7         Q.      All right.  So in 1992, did

10:23:58  8     Mr. Merkin describe to you any particular hedge fund

10:24:00  9     products?

10:24:00 10         A.      Yeah, I believe the one that I

10:24:02 11     invested in was Ascot Partners.

10:24:05 12         Q.      And did you have a conversation with

10:24:07 13     Mr. Merkin about Ascot?

10:24:09 14         A.      I'm sure I did.  I don't have

10:24:11 15     specific recall.  I recall the general parameters,

10:24:14 16     but I don't recall specifically exactly where, what

10:24:17 17     date, et cetera.

10:24:18 18         Q.      So, generally, to the best of your

10:24:20 19     recollection, what did you talk about in 1992 with

10:24:22 20     regard to Ascot Fund?

10:24:24 21             MR. STEINER:  Objection to form.

10:24:25 22         A.      The -- the discussion related to

10:24:29 23     exactly what the product was, and Ezra described it

10:24:34 24     that it was an option-based trading strategy, a

10:24:37 25     strategy that would never knock the socks off -- you

Picard v. Merkin                                    Morris Smith   3-4-14

21

10:24:41  1    know, sort of never have outlandish returns but very

10:24:45  2    strong steady returns over time.  And he described

10:24:47  3    the basic strategy -- I'm not much of an options

10:24:50  4    person, but he described the basic strategies where,

10:24:54  5    you know, when he would want to -- he would be

10:24:57  6    bullish on stocks, you know, you would buy stocks

10:24:59  7    and you can write a call and buy a put to protect

10:25:02  8    your downside and you're -- when you're negative in

10:25:04  9    the market, you can do the opposite of that and you

10:25:06  10   can also be in cash.  So that was his basic

10:25:08  11   strategy.  And it sounded like a good alternative

10:25:11  12   use of cash.  So that was probably the first time I

10:25:13  13   invested in it.

10:25:15  14        Q.        And during the -- I'm asking you

10:25:19  15   prior -- during these initial conversations that

10:25:22  16   you're describing now, did there come a time that

10:25:24  17   Mr. Merkin indicated to you who would actually be

10:25:27  18   executing the strategies of Ascot?

10:25:30  19                  MR. STEINER:  Objection to form.

10:25:31  20        A.        As far as I remember for that

10:25:33  21   conversation, I believe it was Ezra Merkin.

10:25:37  22        Q.        At any time prior to your investing

10:25:39  23   with Ascot, did he indicate that Ascot Partners

10:25:42  24   would use third-party managers to implement their

10:25:44  25   strategy?

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

22

10:25:45  1        A.        No.

10:25:50  2        Q.        And did you ultimately choose to

10:25:52  3    invest in Ascot Partners?

10:25:53  4        A.        I did.

10:25:54  5        Q.        Now, I want to ask you:  When you

10:26:00  6    invested, did you invest -- did you open an account

10:26:03  7    in your own name or did you open an account -- what

10:26:06  8    account did you open up?

10:26:07  9        A.        I believe initially it was my own --

10:26:08 10    myself and my wife.

10:26:11 11        Q.        Are you familiar with an entity

10:26:13 12    called the Brook Road Trust?

10:26:15 13        A.        Right, that may have been the entity

10:26:16 14    that was utilized -- I don't recall -- but that was

10:26:19 15    set up for me when I was living in Israel, which --

10:26:22 16    again, I don't know the date of the first investment

10:26:25 17    in Ascot, but this is definitely related to my

10:26:28 18    timing of leaving Fidelity, we moved to Israel, and

10:26:33 19    the setting up of Brook Road Nominee Trust was done

10:26:36 20    for tax purposes within Israel.

10:26:38 21        Q.        So is Brook Road Trust an entity that

10:26:42 22    you manage or control?

10:26:43 23        A.        I think my mother may be the formal

10:26:45 24    trustee, but in a sense that would be correct.

10:26:48 25        Q.        How about the SJM Pension, are you

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

23

10:26:50  1    familiar with that entity?

10:26:51  2            A.      Right, that was set up probably

10:26:54  3    somewhere in the 2000s.

10:26:56  4            Q.      Is that also an entity that you

10:26:58  5    manage or control?

10:26:59  6            A.      Yes, I'm the president.

10:27:01  7            Q.      How about an entity called the Smith

10:27:04  8    Exemption Trust, are you familiar with that entity?

10:27:07  9            A.      Yes.

10:27:08 10            Q.      Is that also an entity that you have

10:27:10 11    -- that you manage or control?

10:27:12 12            A.      My wife is the trustee.

10:27:15 13            Q.      Okay.  And your wife's name is?

10:27:18 14            A.      Devora, D-e-v-o-r-a.

10:27:20 15            Q.      Devora Smith?

10:27:22 16            A.      Yes.

10:27:29 17            Q.      Did you -- did there ever come a time

10:27:32 18    that you invested in any other investment products

10:27:34 19    through Mr. Merkin?

10:27:35 20            A.      Yes, I invested in Gabriel Capital.

10:27:38 21    I do not know the date that that investment was

10:27:44 22    made.  And then I also invested in a number of

10:27:51 23    Cerberus products which he was associated with,

10:27:55 24    depending on the product itself.  I was an investor

10:27:57 25    in Abelco, which is a company that I believe he's

**Picard v. Merkin**                                    **Morris Smith   3-4-14**

24

10:28:01   1    one of the general partners with Steve Feinberg, if

10:28:04   2    I'm not mistaken.

10:28:05   3         Q.        Who is Steve Feinberg?

10:28:07   4         A.        He's the -- I believe the managing

10:28:09   5    partner of Cerberus.

10:28:13   6         Q.        Prior to investing in Gabriel

10:28:16   7    funds -- Gabriel Capital, did you have a

10:28:18   8    conversation with Mr. Merkin concerning the strategy

10:28:22   9    employed in that product?

10:28:23   10        A.        I'm sure I did.

10:28:25   11        Q.        And what, if anything, did he tell

10:28:27   12   you about Gabriel?

10:28:28   13        A.        I think what was -- the investment

10:28:31   14   purpose was to invest in distressed securities, out

10:28:35   15   of favor securities, high income type of bond sort

10:28:40   16   of investments, different products like -- different

10:28:44   17   investment areas like that.

10:28:47   18        Q.        Did Mr. Merkin indicate who would be

10:28:51   19   implementing Gabriel's strategy?

10:28:52   20             MR. STEINER:  Objection to form.

10:28:53   21        A.        Yeah, he would be the fund manager.

10:28:57   22        Q.        During your conversation with

10:28:59   23   Mr. Merkin prior to investing, did Mr. Merkin

10:29:03   24   indicate that he would ever use third-party managers

10:29:05   25   to implement Gabriel's strategy?

**Picard v. Merkin**                                    **Morris Smith   3-4-14**

25

10:29:07  1                A.        No.

10:29:08  2                          MR. STEINER:  Objection to form.

10:29:09  3                A.        No.

10:29:11  4                Q.        Let me ask you:  Are you familiar

10:29:13  5      with an individual by the name of Victor Teicher?

10:29:16  6                A.        Yes.

10:29:18  7                Q.        Did Mr. Merkin ever mention that name

10:29:20  8      to you?

10:29:21  9                A.        Yes.

10:29:21  10               Q.        What, if anything, did he tell you

10:29:23  11     about Mr. Teicher?

10:29:25  12               A.        Nothing specific that I recall.

10:29:28  13               Q.        Did he ever indicate to you that

10:29:31  14     Mr. Teicher managed money on behalf of Gabriel?

10:29:33  15                         MR. STEINER:  Objection to form.

10:29:34  16               A.        Not that I recall.

10:29:35  17               Q.        You mentioned Stephen Feinberg

10:29:37  18     before.  Did Mr. Merkin ever mention Stephen

10:29:40  19     Feinberg to you?

10:29:42  20               A.        Yes.

10:29:44  21               Q.        What did he say about Mr. Feinberg?

10:29:46  22               A.        Well, I knew he was his partner in

10:29:49  23     Abelco.

10:29:50  24               Q.        Did he ever indicate to you that he

10:29:52  25     managed money on behalf of Gabriel?

**Picard v. Merkin**                                    **Morris Smith   3-4-14**

32

10:36:10  1        A.        Yes, it is.

10:36:11  2        Q.        And what types of information would

10:36:13  3   these letters contain?

10:36:15  4        A.        I guess the information we see here,

10:36:18  5   basically how your investment did during the month

10:36:20  6   -- the quarter, I should say, and this appears to be

10:36:23  7   representative.

10:36:27  8        Q.        Do these letters contain information

10:36:29  9   regarding the performance of the fund?

10:36:31 10        A.        Yes.

10:36:31 11        Q.        Do these letters contain any

10:36:34 12   information regarding the strategy employed by the

10:36:36 13   fund?

10:36:36 14        A.        Not that I can see.

10:36:38 15        Q.        Do they have what you -- do they have

10:36:41 16   any of the information that you described as

10:36:43 17   Mr. Merkin's musings?

10:36:45 18        A.        No.

10:36:53 19        Q.        Let me ask you:  After your initial

10:36:55 20   investment in Ascot Fund, did you ever have an

10:36:59 21   opportunity to speak to Mr. Merkin further about the

10:37:03 22   fund's strategy?

10:37:04 23        A.        Yes.

10:37:05 24        Q.        When did you speak to him?

10:37:08 25        A.        A number of times over the 15 -- 15,

**Picard v. Merkin**                                    **Morris Smith   3-4-14**

33

| | |
|---|---|
| 10:37:13 1 | 16-year period, I'd say. |
| 10:37:14 2 | Q.        Do you recall approximately how many |
| 10:37:16 3 | times you spoke to him? |
| 10:37:17 4 | A.        I'm going to guess.  Maybe two or |
| 10:37:19 5 | three times.  I don't have specific recall to that. |
| 10:37:23 6 | Q.        What, if anything, did -- let me try |
| 10:37:26 7 | to break the conversations up. |
| 10:37:27 8 | Do you recall, were you still in |
| 10:37:31 9 | Israel when you spoke to him initially after your |
| 10:37:33 10 | investment or had you come back to the United |
| 10:37:36 11 | States? |
| 10:37:36 12 | A.        I used to travel back and forth.  So |
| 10:37:38 13 | I don't -- my guess is, if I had a discussion about |
| 10:37:41 14 | exactly what Ascot is doing, it would have been |
| 10:37:44 15 | here, not on the phone. |
| 10:37:45 16 | Q.        And you testified you returned from |
| 10:37:46 17 | Israel in 1999? |
| 10:37:48 18 | A.        Correct. |
| 10:37:49 19 | Q.        What did -- what, if anything, did |
| 10:37:50 20 | Mr. Merkin tell you about the strategy employed by |
| 10:37:54 21 | Ascot Fund? |
| 10:37:54 22 | A.        There were no material changes as far |
| 10:37:57 23 | as the strategy goes.  I don't remember -- I don't |
| 10:38:00 24 | recall him ever deviating from the strategy.  He |
| 10:38:06 25 | mentioned a number -- a couple of times about |

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

34

10:38:08   1    capacity constraints, but I don't remember any

10:38:11   2    changes about strategy.

10:38:13   3         Q.       Let me ask you about this capacity

10:38:16   4    constraints.  What -- what did he say about these

10:38:22   5    capacity constraints?

10:38:23   6         A.       There were -- I remember him

10:38:25   7    mentioning at least once, maybe twice, that there

10:38:28   8    were -- he felt like there were times they were

10:38:30   9    bumping up against the limits of being able to do

10:38:32  10    the trades profitably.

10:38:33  11         Q.       What did you understand that to mean?

10:38:35  12         A.       The thinness of the market as far as

10:38:39  13    being able to execute the option trades related to

10:38:42  14    owning -- owning or shorting the stocks underneath.

10:38:47  15         Q.       Did he ever give you any indication

10:38:49  16    of what he thought the limit of Ascot's trading

10:38:51  17    strategy in the options market were?

10:38:53  18         A.       I believe I heard once the number of

10:38:55  19    about a billion dollars.

10:38:58  20         Q.       During any of your conversation --

10:39:01  21    subsequent conversations with Mr. Merkin, did he

10:39:03  22    discuss how he determined when to be in or out of

10:39:07  23    the market?

10:39:07  24              MR. STEINER:  Objection to form.

10:39:09  25         A.       It seemed to be based on his feel in

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

35

10:39:11  1    the market.  He would occasionally ask me how I feel

10:39:14  2    about the market, since I was obviously involved, so

10:39:17  3    we would have discussions about the stock market.

10:39:20  4    That, I guess, you know, just his discussions with

10:39:22  5    other investors, et cetera and how he felt about the

10:39:25  6    environment.

10:39:25  7          Q.        Did he ever discuss with you how he

10:39:28  8    got -- whether he got any reports or trading runs

10:39:32  9    from any individuals that would give him insight

10:39:34 10    into the market?

10:39:34 11          A.        Yeah, he had -- I remember a person

10:39:38 12    named Ken, who I thought had worked, I think, at

10:39:43 13    Oppenheimer, because he was once -- Ezra was once

10:39:46 14    discussing the runs, the computer runs, that he was

10:39:48 15    looking to evaluate some of the trades.

10:39:50 16          Q.        And what would Ken -- what, if

10:39:51 17    anything, would Ken provide to Mr. Merkin?

10:39:52 18          A.        I have no idea.  I just remember a

10:39:54 19    conversation -- I do remember that part of a

10:39:57 20    conversation.

10:39:58 21          Q.        Did Mr. Merkin indicate what he would

10:40:00 22    do with these runs from Oppenheimer Fund?

10:40:02 23          A.        Not specifically, but I'm assuming he

10:40:05 24    was using those for investment criteria.

10:40:09 25          Q.        During any subsequent conversation

**Picard v. Merkin**                                            **Morris Smith  3-4-14**

36

10:40:11  1      with Mr. Merkin, did he ever discuss who the

10:40:14  2      custodian of Ascot Fund was?

10:40:15  3              A.        Yeah, the custodian he had told me

10:40:19  4      was -- for all of his assets was Morgan Stanley.

10:40:23  5              Q.        And during any of these conversations

10:40:26  6      did he indicate who, in fact, was executing the

10:40:29  7      strategies --

10:40:30  8                        MR. STEINER:  Objection to form.

10:40:30  9              Q.        -- for Ascot Fund?

10:40:31 10              A.        So I'm not sure when this was, but

10:40:34 11      the name Bernie Madoff or Madoff security -- I don't

10:40:38 12      recall specifically -- came up somewhere along the

10:40:41 13      way that they were, in a sense, the executing broker

10:40:43 14      of the strategies.  You know, that -- I think back

10:40:49 15      to -- that's why -- I remember the discussion about

10:40:52 16      the computer runs.  That was, I'm guessing, the late

10:40:56 17      '90s, early 2000s, that's what I recalled about

10:40:59 18      that, but he had mentioned that somewhere along the

10:41:01 19      way.

10:41:01 20              Q.        Let me ask you:  Prior to

10:41:03 21      December 2008, were you familiar with Mr. Bernard

10:41:05 22      Madoff?

10:41:06 23              A.        I never met him.

10:41:06 24              Q.        Did you have an understanding of who

10:41:09 25      he was?

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

37

10:41:09  1          A.        No -- actually, I was aware that he

10:41:14  2     was on the board of trustees, possibly -- he was

10:41:18  3     involved with Yeshiva University on some sort of --

10:41:21  4     some sort of trustee board level, because it had

10:41:25  5     come up in one of our investment committee meetings.

10:41:29  6          Q.        How about Bernard L. Madoff

10:41:33  7     Investment Securities, were you familiar with that

10:41:35  8     entity prior to December 2008?

10:41:36  9          A.        No.

10:41:39 10          Q.        And you said that at some point

10:41:44 11     during your conversations with Mr. Merkin he

10:41:46 12     indicated to you that Mr. Merkin was the executing

10:41:48 13     broker for Ascot?

10:41:49 14          A.        Yes.

10:41:52 15          Q.        Did he give you any more information

10:41:56 16     about the relationship between Mr. Madoff and Ascot

10:41:59 17     Fund?

10:41:59 18          A.        Not that I recall.

10:42:03 19          Q.        What was your understanding of the

10:42:05 20     role of an executing broker?

10:42:08 21          A.        Basically that he would put up the

10:42:10 22     trades, he would -- and in a sense he would --

10:42:12 23     whatever looked attractive for him, he would

10:42:15 24     implement as trades and Ezra would have told him to

10:42:19 25     be in the market or not to be in the market, and

Picard v. Merkin                                    Morris Smith  3-4-14

38

10:42:21  1    based upon the attractiveness of the trades and

10:42:24  2    Ezra's guidance, he would go ahead and do those.

10:42:26  3            Q.        Now, does the executing broker have

10:42:29  4    discretion to make trades?

10:42:34  5                      MR. STEINER:  Objection to form.

10:42:34  6            Q.        Let me rephrase that.

10:42:36  7                      Based on your understanding of the

10:42:39  8    relationship between Mr. Madoff and Ascot Fund, what

10:42:45  9    was your understanding of who was actually

10:42:48 10    determining which investments to make?

10:42:50 11                      MR. STEINER:  Objection to form.

10:42:50 12            A.        My impression was that Ezra was

10:42:55 13    making the decisions to be in and out of the market

10:42:58 14    and Madoff was setting up the trades for him.

10:43:02 15            Q.        And where did you get this

10:43:04 16    understanding from?

10:43:04 17            A.        From our conversations.

10:43:06 18            Q.        The conversations between you and

10:43:07 19    Mr. Merkin?

10:43:08 20            A.        Right.

10:43:11 21            Q.        I want to show you -- mark this

10:43:15 22    Trustee's Exhibit 237.

10:43:16 23                      (Deposition Trustee Exhibit 237

         24    marked for identification.)

10:43:39 25    BY MR. ALLEN:

**Picard v. Merkin**                    **Morris Smith   3-4-14**

40

10:44:35   1    be rolled over or sent over to Ezra to understand

10:44:37   2    what the actual net profits were in the fund for the

10:44:43   3    month.

10:44:43   4         Q.        And what was your understanding of

10:44:44   5    the role between Mr. Madoff and Ascot?

10:44:46   6                   MR. STEINER:  Objection to the form.

10:44:47   7         A.        Again, that Madoff was doing all the

10:44:49   8    trades during the month for him.

10:44:51   9         Q.        Under whose direction?

10:44:54  10                   MR. STEINER:  Objection to form.

10:44:55  11         A.        Under the direction from Ezra Merkin

10:44:57  12    as far as when to be in and out of the market.  But,

10:45:01  13    again, Madoff doing the trades as far as rolling, I

10:45:04  14    guess, in and out of these trades.

10:45:09  15         Q.        Now, I want to take you on the first

10:45:14  16    page of this document where the lower portion says,

10:45:16  17    "I was just told by Madoff that they will not have

10:45:19  18    final November numbers until tomorrow morning."

10:45:22  19                   What did you understand that

10:45:24  20    statement to mean?

10:45:24  21         A.        They hadn't finished doing the --

10:45:25  22    understand what the net P&L was for the month.

10:45:29  23         Q.        And were these statements -- these

10:45:31  24    statements were from Mr. Autera.

10:45:33  25                   Is that correct?

**Picard v. Merkin**                              **Morris Smith  3-4-14**

43

10:47:39  1    actually all the firms on Wall Street were in

10:47:43  2    questionable financial status at that point.

10:47:47  3         Q.      Why were you concerned about Morgan

10:47:50  4    Stanley specifically with respect to your Ascot

          5    investment?

10:47:51  6         A.      Because they were the custodian of

10:47:54  7    the funds.

10:47:55  8         Q.      And did Mr. Merkin respond to your

10:47:57  9    concerns?

10:47:57 10         A.      He did respond to the concerns.

10:47:59 11         Q.      What, if anything, did he say?

10:48:01 12         A.      He said I shouldn't really have to

10:48:03 13    worry about this because he was in the process of

10:48:05 14    setting up desig -- specifically designated accounts

10:48:09 15    at the federal -- at the Fed where each account will

10:48:13 16    have specific attachment to the person's investment

10:48:17 17    and the cash will be transferred into direct deposit

10:48:22 18    sort of treasury accounts.

10:48:23 19         Q.      The Fed is the United States

10:48:25 20    Treasury?

10:48:25 21         A.      Correct.

10:48:27 22         Q.      And what was the effect of this type

10:48:32 23    of movement of capital by Mr. Merkin, what would

10:48:34 24    that have -- what effect would that have?

10:48:36 25              MR. STEINER:  Objection to form.

**Picard v. Merkin**                                      **Morris Smith  3-4-14**

44

10:48:37  1          A.       It was a tremendous relief.  I -- I

10:48:42  2     was just grateful that he was considering the risks

10:48:43  3     that I thought were in the marketplace, he himself

10:48:46  4     was concerned about them.

10:48:49  5          Q.       And why would moving capital into the

10:48:51  6     Fed give you an added sense of security?

10:48:54  7          A.       They print -- they basically -- you

10:48:56  8     know, they guarantee the viability of the United

10:49:01  9     States currencies, it's about as safe a place as you

10:49:03 10     could find.

10:49:08 11          Q.       Was Ezra's decision to move the --

10:49:14 12     his assets -- the assets of his -- of the fund into

10:49:18 13     the treasury, did that include Gabriel Fund or just

10:49:21 14     Ascot?

10:49:22 15          A.       I just recall discussing Ascot.

10:49:26 16          Q.       And after Mr. Merkin told you that

10:49:28 17     your Ascot investment would be held at the treasury,

10:49:32 18     did this information affect your decision on whether

10:49:34 19     or not to liquidate?

10:49:36 20                   MR. STEINER:  Objection to form.  I

10:49:37 21     think it misstates the witness' testimony.

10:49:39 22          Q.       Again, what did Mr. Merkin tell you

10:49:41 23     that he was going to do with the funds of Ascot?

          24          A.       He said --

10:49:43 25                   MR. STEINER:  Objection to form.

Picard v. Merkin                                    Morris Smith  3-4-14

45

10:49:44   1              Go ahead.

10:49:45   2       A.        He said he was going to move the

10:49:46   3   funds into specifically designated accounts by the

10:49:51   4   federal -- by the -- by the Fed, U.S. Fed, and in a

10:49:56   5   sense what would be like a direct deposit account,

10:49:59   6   which I was aware of because my mother had direct

10:50:01   7   deposit accounts, and that gave me a tremendous

10:50:04   8   amount of comfort related to all -- related to other

10:50:06   9   investments that I had that I was very concerned

10:50:08  10   about that at least these funds were going to be

10:50:11  11   protected.

10:50:11  12       Q.        And after Mr. Merkin told you this,

10:50:14  13   did that information affect your decision to

10:50:17  14   liquidate your Ascot investments?

10:50:19  15       A.        I didn't liquidate them.

10:50:29  16       Q.        I want to -- I want to ask you some

10:50:30  17   questions about your time on the Yeshiva investment

10:50:36  18   committee.

          19       A.        Um-hum.

10:50:37  20       Q.        Do you recall approximately when you

10:50:38  21   joined the Yeshiva investment committee?

10:50:40  22       A.        2000, roughly.

10:50:42  23       Q.        Okay.  And do you recall

10:50:45  24   approximately what the first meeting that you

10:50:47  25   attended was?

Picard v. Merkin                                    Morris Smith  3-4-14

46

10:50:49   1          A.      I don't -- I just don't recall.

10:50:51   2          Q.      Okay.  Let me show you Trustee's

10:50:54   3     Exhibit 238.

10:51:14   4                  (Deposition Trustee Exhibit 238

           5     marked for identification.)

10:51:17   6     BY MR. ALLEN:

10:51:17   7          Q.      Do you recognize what I've just

10:51:18   8     handed to you?

10:51:20   9          A.      Not specifically, but, yes -- we

10:51:22  10     typically had minutes circulated after every

10:51:26  11     meeting.

10:51:27  12          Q.      And I want you to take a look at the

10:51:29  13     first page of this document.

          14          A.      Okay.

10:51:32  15          Q.      And does this refresh your

10:51:34  16     recollection as to when the first meeting that you

10:51:36  17     attended on the investment committee of Yeshiva

10:51:40  18     University?

10:51:40  19          A.      I -- I feel comfortable in saying I

10:51:43  20     was a member of the committee as of August 30th,

10:51:46  21     2000.

10:51:46  22          Q.      Okay.

10:51:49  23                  How did you come to join the

10:51:52  24     investment committee?

10:51:52  25          A.      Ezra asked me if I would be

**Picard v. Merkin**                                        **Morris Smith  3-4-14**

47

| | | |
|---|---|---|
| 10:51:55 | 1 | interested in doing that. |
| 10:51:56 | 2 | Q.        And how long did you serve on the |
| 10:51:58 | 3 | committee? |
| 10:51:58 | 4 | A.        Till, I believe, January of 2009. |
| 10:52:02 | 5 | Q.        Now, on August 30th of 2000, who was |
| 10:52:07 | 6 | serving as chairman of the committee? |
| 10:52:09 | 7 | A.        Ezra was. |
| 10:52:10 | 8 | Q.        And did that position -- |
| 10:52:11 | 9 | A.        As far as I recall -- yeah, it says |
| 10:52:15 | 10 | it here, so I'm assuming so. |
| 10:52:16 | 11 | Q.        Did that position ever change while |
| 10:52:18 | 12 | you were a member of the investment committee? |
| 10:52:20 | 13 | A.        Not that I recall. |
| 10:52:21 | 14 | Q.        Are you familiar with an individual |
| 10:52:23 | 15 | by the name of Robert Belfer? |
| 10:52:25 | 16 | A.        Yeah, just from the board, correct. |
| 10:52:27 | 17 | Q.        Is he -- was he a member of the |
| 10:52:30 | 18 | investment committee in 2000? |
| 10:52:31 | 19 | A.        Yes. |
| 10:52:31 | 20 | Q.        How about Ludwig Bravmann? |
| 10:52:34 | 21 | A.        Yes. |
| 10:52:35 | 22 | Q.        Was he also a member of the |
| 10:52:37 | 23 | investment committee? |
| 10:52:37 | 24 | A.        Yes. |
| 10:52:38 | 25 | Q.        David Gottesman? |

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

64

11:10:39  1        A.        Yes.

11:10:39  2        Q.        Who is Launny Steffens?

11:10:41  3        A.        He, I believe, was the managing

11:10:44  4   partner of Spring Mountain Capital.

11:10:46  5        Q.        What is Spring Mountain Capital?

11:10:48  6        A.        Is, I think, a fund-of-funds, hedge

11:10:50  7   fund-of-funds.

11:10:51  8        Q.        Greg Ho, are you familiar with that

11:10:53  9   name?

11:10:53 10        A.        I think he was Launny's partner.

11:10:55 11        Q.        At Spring Mountain Capital?

11:10:58 12        A.        Yes.

11:10:59 13        Q.        And what would cause -- why would --

11:11:00 14   do you know why Launny Steffens or Greg Ho would be

11:11:03 15   invited to an investment committee meeting?

11:11:04 16        A.        They really were -- I guess you would

11:11:08 17   call them consultants to the investment committee.

11:11:11 18   I don't recall their exact relationship, but they

11:11:13 19   helped us vet and look at different investments that

11:11:16 20   we had.

11:11:16 21        Q.        And how did they come to be

11:11:18 22   consultants?

11:11:18 23        A.        I think Ezra introduced them to us.

11:11:25 24        Q.        Let me ask you:  At any point while

11:11:50 25   you were a member of the investment committee, did

**Picard v. Merkin**                                    **Morris Smith   3-4-14**

65

11:11:52  1   the committee discuss Mr. Bernard Madoff with

11:11:55  2   respect to any of its investments?

11:11:57  3            A.      The only discussion I recall from any

11:11:59  4   of the meetings was something once related to him

11:12:02  5   with Yeshiva University, again, from the formal

11:12:05  6   perspective of being on the board.  I don't remember

11:12:07  7   the exact discussion.

11:12:11  8            Q.      At any point while you were a member

11:12:13  9   of the investment committee, was Ascot Partners ever

11:12:16 10   referred to as Bernie?

11:12:18 11                    MR. STEINER:  Objection to form.

11:12:19 12            A.      I don't have specific recall, no.

11:12:21 13            Q.      At any point while you were on the

11:12:23 14   investment committee, was Ascot Fund ever referred

11:12:26 15   to as Madoff & Company?

11:12:28 16            A.      No.

11:12:28 17                    MR. STEINER:  Objection to form.

11:12:29 18            A.      Not that I recall.

11:12:33 19            Q.      I'm sorry, Ascot -- at any point

11:12:35 20   while you were on the investment committee, was

11:12:37 21   Ascot Partners ever referred to as Bernie?

11:12:39 22                    MR. STEINER:  Objection to form.

11:12:40 23            A.      Not that I recall.

11:12:41 24            Q.      At any point while you were on the

11:12:44 25   investment committee, was Ascot Partners referred to

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

66

11:12:47  1   as Madoff?

11:12:47  2                   MR. STEINER:  Objection to form.

11:12:48  3           A.        Not that I recall.

11:12:49  4           Q.        At any point while you were on the

11:12:50  5   investment committee, was Ascot Partners referred to

11:12:53  6   by any other name?

11:12:54  7                   MR. STEINER:  Objection to form.

11:12:55  8           A.        Not that I recall.

11:13:04  9           Q.        When did you learn that Mr. Madoff

11:13:06 10   was arrested?

11:13:09 11           A.        On Thursday -- I don't recall the

11:13:11 12   exact date -- December 6th, 8th.  You probably know

11:13:14 13   better than I, but ...

11:13:15 14           Q.        How did you learn of his arrest?

11:13:18 15           A.        I think I got a phone call from a

11:13:20 16   friend of mine.

11:13:25 17           Q.        After his arrest, did you receive any

11:13:27 18   news accounts with respect to -- that concerned

11:13:30 19   Ascot or Gabriel?

11:13:32 20           A.        I don't recall specific news

11:13:35 21   accounts, but I was aware from the news flow, et

11:13:38 22   cetera, that he apparently had done this incredible

11:13:42 23   Ponzi scheme.

11:13:43 24           Q.        Did you send -- did there come a time

11:13:46 25   that you sent Mr. Merkin an email --

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

67

11:13:49 1          A.        I don't recall --

11:13:51 2          Q.        -- regarding your Gabriel investment?

11:13:53 3          A.        I don't -- right, I don't recall the

11:13:55 4   specific email, but I know I was concerned.

11:13:59 5          Q.        Let me show you Trustee's -- what I'm

11:14:01 6   asking to be marked as Trustee's Exhibit 243.

11:14:18 7                    (Deposition Trustee Exhibit 243

11:14:18 8   marked for identification.)

11:14:24 9          A.        Um-hum, okay.

11:14:26 10         Q.        Do you recognize that?

11:14:27 11         A.        Yeah, I'm assuming this is from me,

11:14:30 12  yes.

11:14:30 13         Q.        What do you recognize it to be?

11:14:32 14         A.        An email from me to Mike Autera and

11:14:36 15  Ezra Merkin.

11:14:39 16         Q.        And when was that email sent?

11:14:40 17         A.        December 12, the day after -- so

11:14:42 18  December 11, I'm gathering, was the date of the

11:14:45 19  arrest -- I'm not sure again.  I'm -- the day of

11:14:51 20  Bernie Madoff's arrest was -- I don't recall.

11:14:54 21         Q.        But when you -- but you recall -- if

11:14:58 22  I heard you correctly, you recall sending this email

11:15:00 23  the day after?

11:15:01 24         A.        I'm assuming I sent this email.  It's

11:15:02 25  from me.

**BENDISH REPORTING, INC.**
**877.404.2193**

**Picard v. Merkin**                    **Morris Smith  3-4-14**

68

1              Q.          Okay.

11:15:03   2              A.          I don't specifically remember typing

11:15:04   3       it and sending it off.

11:15:07   4              Q.          Do you have any reason to doubt this

11:15:09   5       is not your email?

11:15:10   6              A.          No, I have no reason to doubt this is

11:15:12   7       not true.

11:15:12   8              Q.          I want to direct your attention to

11:15:15   9       the subject line of this email.  It reads, "Gabriel

11:15:17  10       Capital — is ALSO affected by Madoff?"

11:15:22  11              A.          Right.

11:15:23  12              Q.          What did you understand that phrase

11:15:25  13       to mean?

11:15:26  14              A.          That apparently I had found out

11:15:29  15       sometime after the announcement till now that

11:15:31  16       Gabriel had a certain percent of their assets that

11:15:34  17       were being managed or, I guess, had actually been

11:15:38  18       physically at Madoff Securities and that was also

11:15:41  19       gone.

11:15:43  20              Q.          Was that news consistent with your

11:15:45  21       understanding of the custodian of Gabriel Capital?

11:15:52  22                          MR. STEINER:  Objection to form.

11:15:53  23              A.          No.

11:15:54  24              Q.          What was your understanding of

11:15:56  25       Madoff's role in Gabriel when you sent this email?

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

69

11:15:59  1         A.       I never knew there was any role at

11:16:03  2    all.

11:16:03  3         Q.       Did Mr. Merkin respond to this email?

11:16:06  4         A.       I don't have any response on here, so

11:16:09  5    I -- I don't know.

11:16:12  6         Q.       Did you ever have an opportunity to

11:16:14  7    speak to Mr. Merkin by telephone at any time

11:16:17  8    following Mr. Madoff's arrest?

11:16:19  9         A.       I believe we spoke twice on the day

11:16:23 10    of the arrest, late that afternoon -- I don't

11:16:26 11    remember the exact time period of that -- and then I

11:16:29 12    spoke to him, I believe, on the Tuesday, I think it

11:16:32 13    was, five days later, roughly.

11:16:35 14         Q.       I want to ask you specifically about

11:16:37 15    the phone call on the date of Mr. Madoff's arrest.

        16         A.       Um-hum.

11:16:42 17         Q.       What, if anything, did you say to

11:16:44 18    Mr. Merkin during that phone call?

11:16:46 19         A.       I don't remember all the specifics.

11:16:48 20    What I do recall clearly was that I didn't

11:16:53 21    understand like what happened to the money and --

11:16:58 22         Q.       What -- do you recall what you said

11:17:00 23    to him?

11:17:00 24         A.       I don't recall the specific

11:17:02 25    conversation, but I recall saying to him, like, you

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

70

| | | |
|---|---|---|
| 11:17:07 | 1 | know, I don't -- I couldn't -- I couldn't process |
| 11:17:10 | 2 | the fact that the money wasn't there, especially -- |
| 11:17:15 | 3 | I do recall specifically saying to him that I |
| 11:17:18 | 4 | thought all the money had been in designated |
| 11:17:22 | 5 | accounts by the treasury, so how could the money be |
| 11:17:25 | 6 | lost? |
| 11:17:26 | 7 | Q.       And when you're talking about the |
| 11:17:27 | 8 | money, are you -- |
| 11:17:28 | 9 | A.       The investment in Ascot Partners. |
| 11:17:34 | 10 | Q.       And how, if at all, did Mr. Madoff -- |
| 11:17:36 | 11 | did Mr. Merkin respond to your concerns? |
| 11:17:39 | 12 | A.       His response was that he had decided |
| 11:17:42 | 13 | to get back invested in the market. |
| 11:17:43 | 14 | Q.       Who did? |
| 11:17:44 | 15 | A.       That Mr. Merkin had and had given the |
| 11:17:47 | 16 | funds back to Madoff, which was clear at this point |
| 11:17:52 | 17 | that the funds were being held by Madoff and not by |
| 11:17:56 | 18 | the treasury, Morgan Stanley or anyone else. |
| 11:17:59 | 19 | Q.       What, if anything else, did you |
| 11:18:01 | 20 | discuss during that phone call on the date of |
| 11:18:04 | 21 | Mr. Madoff's arrest? |
| 11:18:06 | 22 | A.       I don't recall specifically. |
| 11:18:07 | 23 | Q.       Now I want to direct your attention |
| 11:18:09 | 24 | to the second phone call that you had with |
| 11:18:12 | 25 | Mr. Merkin -- |

**Picard v. Merkin**                                        **Morris Smith   3-4-14**

71

1          A.          Right.

11:18:13   2          Q.          -- approximately five days later.

11:18:15   3          A.          I don't recall whether the

11:18:17   4   conversation I said right now was the first and/or

11:18:19   5   second conversation.  I'm not clear in my own mind.

11:18:33   6          Q.          During either of these two phone

11:18:36   7   calls, did you bring up -- did you discuss with

11:18:44   8   Mr. Merkin your understanding that the custodian of

11:18:48   9   Ascot Partners was Morgan Stanley?

11:18:50  10          A.          No, I brought up the fact that I

11:18:51  11   thought the money was at the treasury.

11:18:53  12          Q.          And what did he say to that?

11:18:55  13          A.          He said he had moved it back to be

11:18:57  14   invested in the market.  He moved it back to Madoff,

11:19:00  15   I believe was his quote.

11:19:01  16          Q.          And what was your understanding of

11:19:03  17   who the custodian of the assets were?

11:19:05  18          A.          Well, my --

          19                      MR. STEINER:  Objection to form.

11:19:07  20          A.          -- my understanding at that point was

11:19:09  21   it was at the treasury, but that -- that the

11:19:11  22   custodian before then had been Morgan Stanley.

11:19:14  23          Q.          Following these two phone calls with

11:19:15  24   Mr. Merkin, what was your understanding of who, in

11:19:18  25   fact, was the custodian of -- of your assets?

**Picard v. Merkin**                                    **Morris Smith  3-4-14**

72

11:19:21  1          A.          Was --

11:19:23  2                       MR. STEINER:  Objection to form.

11:19:23  3          A.          -- apparently Bernie Madoff.  I could

11:19:26  4     figure it out because I had no more money left.

11:19:29  5          Q.          Now, was this the first time that --

11:19:33  6     did Mr. Merkin explain to you that the funds were in

11:19:37  7     Mr. Madoff's custody?

11:19:39  8          A.          On that phone call?

11:19:40  9          Q.          Yeah, during those two phone calls.

11:19:43 10          A.          I just remember him saying he moved

11:19:45 11     it back to Madoff.

11:19:45 12          Q.          And what did you understand that to

11:19:47 13     mean?

11:19:47 14          A.          At this point?

11:19:48 15          Q.          Yeah.

11:19:48 16          A.          Oh, I clearly understood now that

11:19:50 17     Madoff had the funds.

11:19:56 18                       MR. ALLEN:  We're just going to take

11:19:58 19     a five-minute break, if that's okay.

11:20:01 20                       THE VIDEOGRAPHER:  Off the record,

11:20:06 21     11:24.

11:20:08 22                       (Recess taken.)

11:31:06 23                       THE VIDEOGRAPHER:  Back on, 11:35.

11:31:57 24                       MR. ALLEN:  And, Mr. Steiner, I just

11:31:58 25     want to memorialize what we just discussed.  You had

**Picard v. Merkin**                                          **Morris Smith  3-4-14**

88

| | |
|---|---|
| 11:50:54 1 | MR. ALLEN:  Objection to form. |
| 11:50:55 2 | A.        Right, that would be correct. |
| 11:50:58 3 | MR. STEINER:  Can we just take a |
| 11:50:59 4 | quick break?  I think I'm done, but let me consult. |
| 11:51:04 5 | THE VIDEOGRAPHER:  Off the record, |
| 11:51:05 6 | 11:51. |
| 11:51:08 7 | (Recess taken.) |
| 11:57:05 8 | THE VIDEOGRAPHER:  Back on, 12:01. |
| 11:57:10 9 | MR. STEINER:  Thank you, Mr. Smith, I |
| 11:57:12 10 | have no further questions at this time. |
| 11:57:14 11 | EXAMINATION BY MR. ALLEN: |
| 11:57:15 12 | Q.        One final question. |
| 11:57:16 13 | As you sit here today, do you know |
| 11:57:18 14 | whether or not your Ascot Partners investment was |
| 11:57:20 15 | ever placed into a directed account at the Fed -- |
| 16 | (Multiple speakers.) |
| 17 | (Clarification for the Reporter.) |
| 11:57:28 18 | Q.        -- at the U.S. treasury? |
| 11:57:30 19 | MR. STEINER:  Objection to form. |
| 11:57:32 20 | A.        I have no -- I have no idea. |
| 11:57:33 21 | MR. ALLEN:  Thank you very much.  I |
| 11:57:35 22 | have nothing further. |
| 11:57:36 23 | THE VIDEOGRAPHER:  Off the record, |
| 11:57:37 24 | 12:01. |
| 11:57:39 25 | (Deposition concluded.) |

**BENDISH REPORTING, INC.**
**877.404.2193**