# **EXHIBIT 49**

| | |
|---|---|
| **From:** | J. Ezra Merkin [JEMerkin@gabrielcapital.com] |
| **Sent:** | Wednesday, September 07, 2005 7:38 PM |
| **To:** | J. Ezra Merkin; 'Rick Annis'; Launny Steffens; Greg Ho; Gottesman, David S. |
| **Subject:** | Issues we should of asking each of our money managers |

Subject: Issues we should of asking each of our money managers

(1) Clearing firm
(2) Unusual, unconventional, or self-owned broker-dealer relationships
(3) Auditing firm
(4) Law Firm
(5) Use of leverage
(6) Pricing of Fund (level of marketable securities, marketable but thin, and privates)

1

Confidential Treatment Requested by Spring Mountain Capital LP    SMC-NYAGE0148630

CONFIDENTIAL    BS00224244