# **EXHIBIT 51**



```
                                                            220
 1
 2                       ERRATA SHEET
             VERITEXT/NEW YORK REPORTING, INC.
 3                      1-800-727-6396
 4   200 OLD COUNTRY ROAD        1350 BROADWAY
     MINEOLA, NEW YORK 11501  NEW YORK, NEW YORK 10018
 5
 6   NAME OF CASE:       NYU VS. ARIEL
     DATE OF DEPOSITION: FEBRUARY 9, 2009
 7   NAME OF DEPONENT:   VICTOR TEICHER
 8
 9   PAGE  LINE(S)   CHANGE              REASON
10   ___|_____|__ See Attached. _|_____
11   ___|_____|_____|_____
12   ___|_____|_____|_____
13   ___|_____|_____|_____
14   ___|_____|_____|_____
15   ___|_____|_____|_____
16   ___|_____|_____|_____
17   ___|_____|_____|_____
18   ___|_____|_____|_____
19   ___|_____|_____|_____
20
21                              VICTOR TEICHER
22   Subscribed and sworn to before me
23   this 30 day of March, 2009.
                                      Don Curtis
24                                    Notary Public
                                My Commission Expires July 31, 2012.
25   _____

              VERITEXT REPORTING COMPANY
    (212) 279-9424    www.veritext.com    (212) 490-3430
```

EXHIBIT
Trustee-158
Date: 10-29-13
NANCY MAHONEY, CCR/RPR

ERRATA SHEET FOR VICTOR TEICHER'S FEBRUARY 9, 2009 DEPOSITION

| | |
|---|---|
| p. 19, line 18 | Should be "exaggerate things that may not" [underlined change from "and" to "that"] |
| p. 45, lines 20-22 | Add in "I believe I did discuss self-clearing with Ezra." Also, strike the testimony which follows at pages 45-46 which suggests that I don't know if Ezra was aware of self-clearing because I do believe I had a conversation with him about that. |
| p. 50, line 17 | Should be "were coming in regularly" [strike "not" after "were"] |
| p. 54, lines 6-8 | Should be "when I talk to one person, I talk to others about the same thing" [the same person should be "others"] |
| p. 90, line 4 | Should be "No" |
| p. 107, line 11 | Should be "was only concerned with the substance not the form" ["of" should be "not"] |
| p. 112, lines 21-22 | Add "I thought we were moving towards a partnership, but that was not happening so I decided to treat him as a customer" |
| p. 116, line 13-14 | Should be "I managed all of the funds in Ariel and Gabriel. I never had a role with Ascot" [This was clarified later but I would like this here to be clear] |
| p. 119, line 22 | "he" to "it" |
| p. 134, lines 13-20 | Add "Except for Bruce Kallins, who came to work with me" |
| p. 135, line 12 | Delete "it was not invested" |
| p. 143, lines 13-14 | Should be "there was a decision that basically said that I can't carry on..." [word change] |
| p. 143, line 19 | Should be "I couldn't continue" ["could" should be "couldn't"] |
| p. 164, line 8 | Should be: "I don't recall that he discussed particular holdings, other than I recall that he would discuss allocations among various managers. I do not recall the details" |
| p. 168, line 16 | Change "as I said" to "Ezra said" |
| p. 191, line 18 | Change to "mat on a table, making that attractive to..." [words were missing] |

| p. 196, line 19 | Add "Ezra paid me or Ithaca's general partner, which was me. In either case he paid me." |
| p. 199, line 12 | Should read "we were working together" [word change] |

These changes are being made to correct either transcription errors or my own errors in speaking, as well as to clarify certain testimony.

2