# **EXHIBIT 52**

10:27:49

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
SECURITIES LLC,                           08-01789(BRL)

       Debtor.

---------------------------------x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

       Plaintiff,                         Adv.Pro.No.
                                          09-1182(BRL)

       v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

       Defendants.

---------------------------------x


    VIDEOTAPED DEPOSITION of VICTOR TEICHER, as
reported by NANCY MAHONEY, Certified Court Reporter,
RPR, CLR and Notary Public of the States of New York
and New Jersey, at the offices of BAKER HOSTETLER,
45 Rockefeller Plaza, New York, New York on Tuesday,
October 29, 2013, commencing at 10:50 a.m.

```
11:44:26  1   way or another.
11:44:26  2         Q.      Do you recall in your prior testimony
11:44:29  3   that you discussed conversations with Mr. Merkin
11:44:31  4   regarding the consistency of Mr. Madoff's returns?
11:44:33  5         A.      Yes.
11:44:34  6         Q.      Do you recall you testified that you
11:44:37  7   believe Mr. Madoff's returns were consistent?
11:44:39  8         A.      Yes, were excessively consistent.
11:44:41  9         Q.      And what did you mean by that?
11:44:43 10         A.      Well, basically that if you looked at
11:44:47 11   the returns and you looked at the standard deviation
11:44:49 12   of the returns, it was -- resulted in a very high
11:44:54 13   Sharpe ratio.  I mean, we might -- I don't recall
11:44:57 14   speaking with Ezra about the -- the Sharpe ratio of
11:45:00 15   those returns, but there was very, very little
11:45:03 16   volatility to those returns and -- from one year to
11:45:08 17   the next.  And my recollection is it wasn't much
11:45:12 18   volatility from one month to the next.
11:45:20 19         Q.      In discussing this with -- with
11:45:24 20   Mr. Merkin, the consistency of Mr. Madoff's returns,
11:45:27 21   did you consider that -- his returns to be
11:45:29 22   materially different from the consistency of your
11:45:32 23   own returns?
11:45:32 24                 MS. PEERCE:  Objection to form.
11:45:33 25                 MR. STEINER:  Object to the form.
```

52

```
11:45:38   1          A.     I considered them to be materially
11:45:40   2   different from the consistency of anyone's returns.
11:45:42   3          Q.     How so?
11:45:47   4          A.     How so?
11:45:48   5          Q.     Yes.
11:45:50   6          A.     Well, no one -- I don't know of
11:45:56   7   anyone who has returns that are -- pretty much don't
11:46:01   8   vary from one month to -- to another; and
11:46:04   9   particularly year over year, the returns are fairly
11:46:08  10   consistent one year to the next.
11:46:18  11          Q.     In discussing the consistency of
11:46:33  12   Mr. Madoff's returns, you just mentioned a term
11:46:35  13   "Sharpe ratio."  What is that?
11:46:37  14          A.     That is the -- the return divided by
11:46:42  15   the standard deviation of the return.
11:46:48  16          Q.     Do you recall any discussions with
11:46:50  17   Mr. Merkin regarding the Sharpe ratio?
11:46:53  18          A.     No, I don't think he and I discussed
11:46:55  19   that.
11:46:56  20          Q.     In general, not specifically in
11:46:58  21   regards to Mr. Madoff's returns?
11:46:59  22          A.     No, I don't think so.
11:47:01  23                 MS. PEERCE:  Object to the form.
11:47:17  24          Q.     Do you recall considering the Sharpe
11:47:22  25   ratio when you had those discussions with
```

109

| | | |
|---|---|---|
| 02:06:02 | 1 | conversations did you have? |
| 02:06:03 | 2 |     A.    I -- I recall we had a conversa -- |
| 02:06:04 | 3 | had several conversations about it and -- we had |
| 02:06:11 | 4 | several conversations about it.  I mean, what -- |
| 02:06:13 | 5 | what's the sum and substance?  I thought it was a -- |
| 02:06:18 | 6 | that the -- that the Madoff track record didn't |
| 02:06:25 | 7 | sound right, didn't smell right. |
| 02:06:27 | 8 |     Q.    So you remember that conversation in |
| 02:06:29 | 9 | which -- |
| 02:06:30 | 10 |     A.    I don't remember the specific |
| 02:06:31 | 11 | conversation.  I remember the -- conceptually the |
| 02:06:34 | 12 | conversation. |
| 02:06:34 | 13 |     Q.    Do you remember where those |
| 02:06:35 | 14 | conversations took place? |
| 02:06:40 | 15 |     A.    My recollection is in the office. |
| 02:06:44 | 16 |     Q.    Do you recall if anyone else was |
| 02:06:46 | 17 | present for any of those conversations, other than |
| 02:06:49 | 18 | yourself and Mr. Merkin? |
| 02:06:52 | 19 |     A.    Perhaps Mike Autera was there, |
| 02:06:55 | 20 | perhaps not. |
| 02:06:55 | 21 |     Q.    Is it possible that Jack Mayer was |
| 02:06:57 | 22 | also there? |
| 02:06:58 | 23 |     A.    Possible. |
| 02:06:59 | 24 |     Q.    He was in the same office, correct? |
| 02:07:01 | 25 |     A.    Yes, the same premises, yes. |

| | |
|---|---|
| 02:18:13  1 | another, but he was sufficiently reliable. |
| 02:18:15  2 | Q.    Did you find him to be honest? |
| 02:18:18  3 | A.    Impeccably. |
| 02:18:29  4 | Q.    Do you recall any discussions between |
| 02:18:30  5 | yourself and Mr. Merkin at which Mr. Mayer was |
| 02:18:33  6 | present in which you discussed the possibility that |
| 02:18:35  7 | Mr. Madoff could be a fraud? |
| 02:18:40  8 | A.    I don't have any specific |
| 02:18:42  9 | recollection of a conversation like that, but it |
| 02:18:46 10 | wouldn't surprise me if a conversation like that |
| 02:18:48 11 | happened. |
| 02:18:50 12 | Q.    Would you give the same answer if I |
| 02:18:53 13 | asked about a conversation in which it was discussed |
| 02:18:55 14 | whether or not Mr. Madoff could be running a Ponzi |
| 02:18:58 15 | scheme? |
| 02:18:59 16 | A.    I don't recall that the issue of |
| 02:19:02 17 | Ponzi scheme ever came up. |
| 02:19:04 18 | Q.    But the possibility of fraud may have |
| 02:19:06 19 | come up? |
| 02:19:17 20 | A.    Yeah, the possibility that it wasn't |
| 02:19:19 21 | what it seemed to be. |
| 02:19:20 22 | Q.    Are you -- are you aware that within |
| 02:19:21 23 | this action, Mr. Mayer has provided testimony saying |
| 02:19:25 24 | that he was present at a conversation in which you |
| 02:19:28 25 | told Mr. Merkin that Madoff and BLMIS could be a |

08-01789-cgm   Doc 12134-52   Filed 11/25/15   Entered 11/25/15 14:28:47   Exhibit 52
Pg 7 of 7

153

```
03:19:35  1   pulled from the docket from the Supreme Court of the
03:19:39  2   State of New York for this particular case.  We're
03:19:43  3   not sure that there's any differences between this
03:19:46  4   and the version that was produced to us by the Ariel
03:19:49  5   and Gabriel receiver, but if there is, we thought it
03:19:51  6   best to introduce both of these.
03:19:55  7                   MR. KITCHEN:  So I'll mark -- I'll
03:19:55  8   mark that with the next deposition exhibit.
          9                   THE REPORTER:  173.
03:20:10 10                   MR. KITCHEN:  173.
03:20:12 11                   (Deposition Trustee Exhibit 173
03:20:19 12   marked for identification.)
03:20:19 13   BY MR. KITCHEN:
03:20:20 14       Q.     Ask you to look at that and,
03:20:21 15   realizing you can't read every word of it right now,
03:20:24 16   answer whether or not it appears to be the testimony
03:20:27 17   you provided in 2009?
03:20:29 18       A.     Yes, it does.
03:20:32 19                   MR. KITCHEN:  With that, then I have
03:20:35 20   no further questions.
03:20:36 21                   MR. MENNITT:  We will reserve our
03:20:38 22   questions.
03:20:43 23                   THE VIDEOGRAPHER:  Off the record,
03:20:44 24   3:22.
         25                   (Deposition concluded.)
```