# **EXHIBIT 54**

```
                                                                  1
 1              UNITED STATES BANKRUPTCY COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4    ------------------------------------x
      In Re:
 5
      BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
 6    SECURITIES LLC,                           08-01789(BRL)

 7              Debtor.
      ------------------------------------x
 8    IRVING H. PICARD, Trustee for the
      Liquidation of Bernard L. Madoff
 9    Investment Securities LLC,

10              Plaintiff,                      Adv.Pro.No.
                                                09-1182(BRL)
11         v.

12    J. EZRA MERKIN, GABRIEL CAPITAL,
      L.P., ARIEL FUND LTD., ASCOT
13    PARTNERS, L.P., GABRIEL CAPITAL
      CORPORATION,
14
                Defendants.
15    ------------------------------------x

16

17         DEPOSITION of JACK N. MAYER, as taken

18    by and before NANCY C. BENDISH, Certified Court

19    Reporter, RMR, CRR and Notary Public of the States

20    of New York and New Jersey, at the offices of

21    BAKER & HOSTETLER, 45 Rockefeller Plaza, New York,

22    New York on Tuesday, October 11, 2011, commencing at

23    10 a.m.

24

25
```

64

1   number 3, the 1998 opinion, you did not understand
2   in 1998 that that was in effect until the appeals
3   had been finished?
4                   MR. STEINER:   Objection.
5       A.      Correct.
6       Q.      Can you tell me each instance, each
7   conversation you've had with Mr. Teicher in which
8   there is a discussion of concerns with Mr. Madoff?
9       A.      I can't.
10      Q.      Do you recall any such conversations?
11      A.      Yes.
12      Q.      Can you tell me the ones you do
13  remember.
14      A.      I remember generally an initial one,
15  in which the subject came up, and in which he
16  expressed the concern that it could be a Ponzi
17  scheme.
18      Q.      Do you remember when that took place,
19  that conversation?
20      A.      My general recollection is sometime
21  in the early '90s.
22      Q.      So before he went to prison?
23      A.      Yes.
24      Q.      Was Mr. Merkin involved in that
25  conversation as well?

1           A.      My recollection is yes.
2           Q.      And you do remember him using the
3    phrase "Ponzi scheme"?
4           A.      Yes.
5           Q.      Was there any discussion as to what
6    he meant by that?
7           A.      No.
8           Q.      What's your understanding of why he
9    used the phrase "Ponzi scheme"?
10                  MR. VINEGRAD:  What's the question?
11          Q.      What's your understanding of why he
12   used that phrase?
13                  MR. VINEGRAD:  You can answer.
14          A.      Because that's what he thought it
15   was, or could be.
16          Q.      Why did he say that he thought it
17   could be that?
18                  MR. STEINER:  Objection to form.
19          A.      I recall him referring to the
20   steadiness of the returns and their size.
21          Q.      So he was aware of the returns that
22   Madoff purported to provide?
23                  MR. STEINER:  Objection to form.
24                  MR. VINEGRAD:  "He" meaning
25   Mr. Teicher?

131

1    this time for the receiver for Ascot but we reserve
2    rights as well.
3                    MR. STEINER:  And none at this time
4    for Mr. Merkin or GCC.
5                    (Deposition adjourned 1:15 p.m.)
6                            -o0o-