# **EXHIBIT 56**

Page 394

AMERICAN ARBITRATION ASSOCIATION

NEW YORK, NEW YORK - COMMERCIAL RULES

No. 13 148 Y 01799 10

------------------------------------x

RICHARD BORN, RICHARD BORN TRUST,

and BORN REALTY, L.P.,

        Claimants,

    vs.

J. EZRA MERKIN,

        Respondent.

------------------------------------x


        Pryor Cashman LLP

        Seven Times Square

        New York, New York 10003-6569

        July 15, 2011

        10:07 a.m.


B E F O R E:

NORMAN H. ROSEN, ESQ. - The Chairman

THOMAS J. FLEMING, ESQ. - Panel Member

DONALD S. ZAKARIN, ESQ. - Panel Member


   Amy Klein Campion - Hearing Reporter

1    E.J. Merkin - Direct - Mr. Bamberger (Cont'd)
2        is on, sir.
3            A.    Okay.
4                 THE CHAIRMAN:  Let's go on.
5            Q.    We'll look at that.
6                 Now this article asks a question
7        which you must have asked yourself,
8        correct, by this time, which was if Madoff
9        is so successful as a money manager for so
10       long, why isn't he pocketing himself the
11       hundreds of millions of dollars in
12       management fees and incentive fees that
13       folks like yourself and Fairfield Sentry
14       and all of the feeder funds are
15       collecting, right?
16           A.    No.  I knew what Mr. Madoff's
17       compensation was, what his commission
18       schedule was.  I could, if I bothered,
19       thought about trying to translate that
20       number into some other number into a
21       dollar number across the broad book of his
22       business.
23                But he was making fortunes and
24       fortunes and fortunes in commissions and
25       had the wholesale business that was making

Page 740

1  E.J. Merkin - Direct - Mr. Bamberger (Cont'd)

2             (Discussion off the record.)

3             MR. LEVANDER:  It's three

4      minutes to 5:00.  I want to suggest

5      that we stop for the day.

6             THE CHAIRMAN:  Maybe that's a

7      good idea.

8             Can we stop at this point?

9             I agree.

10            Especially since Mr. Merkin

11     seems to be running down a bit.

12            MR. LEVANDER:  He has a fever.

13            THE WITNESS:  I have a fever, so

14     I don't mind taking advantage of your

15     offer and maybe stopping five minutes

16     earlier.

17            THE CHAIRMAN:  Can we pick up

18     Monday morning?

19            MR. LEVANDER:  This doesn't have

20     to be on the record.

21            (Discussion off the record.)

22            [TIME NOTED:  4:54 p.m.]

23

24

25

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

Page 744

AMERICAN ARBITRATION ASSOCIATION

NEW YORK, NEW YORK - COMMERCIAL RULES

No. 13 148 Y 01799 10

------------------------------------x

RICHARD BORN, RICHARD BORN TRUST,

and BORN REALTY, L.P.,

        Claimants,

    vs.

J. EZRA MERKIN,

        Respondent.

------------------------------------x


        Pryor Cashman LLP

        Seven Times Square

        New York, New York 10003-6569

        July 18, 2011

        10:01 a.m.


B E F O R E:

NORMAN H. ROSEN, ESQ. - The Chairman

THOMAS J. FLEMING, ESQ. - Panel Member

DONALD S. ZAKARIN, ESQ. - Panel Member


Amy Klein Campion - Hearing Reporter

1    J.E. Merkin - Cross - Mr. Levander

2        A.   The Greenblatt family had sold
3    the family business, and Joel decided, if
4    not absolutely exclusively, overwhelmingly
5    to simply invest family money that had
6    become available through the proceeds of
7    the sale of the business.
8        Q.   Do you continue to have a
9    relationship with Joel today?
10       A.   Yes.  We are very good friends.
11       Q.   So in the late 1980s, after you
12   left Gotham, what did you go do?
13       A.   Basically I formed a pooled
14   vehicle called Ariel Capital, which
15   continued much of the investment program
16   of Gotham and then to some extent even
17   Halcyon.
18       Q.   Did Ariel eventually split into
19   two different named entities?
20       A.   Yes.  Ariel had a domestic
21   limited partnership then called Ariel
22   Capital Partnership LP, and an offshore
23   fund called Ariel Fund Limited.
24            One was a Delaware limited
25   partnership and one was a Cayman

1      J.E. Merkin - Cross - Mr. Levander

2   corporation.

3      Q.    Did the domestic company get

4   renamed at some point?

5      A.    Yes.  We renamed Ariel Capital

6   Gabriel Capital, primarily as a result of

7   a money management firm in Chicago that

8   was then named and probably still is named

9   Ariel-something.

10     Q.    Got it.

11           And I think you just said a

12  moment ago that the Ariel/Gabriel

13  continued to focus on bankruptcies,

14  distressed debts and other kinds of

15  investments?

16     A.    And merger arbitrage, with

17  speculating in the underwriting of

18  announced acquisitions and thereby

19  creating a rate of return.

20     Q.    At what time did you begin to

21  manage other funds?

22     A.    Beyond those strategies?

23     Q.    Yes.

24     A.    In the early nineties, probably

25  around '92, Ascot was formed.  And then

Page 1132

```
 1      J.E. Merkin - Cross - Mr. Levander
 2              "Question:  Same thing?
 3              "Answer:  Same thing.
 4              "Question:  Uh-hum.
 5              "Answer:  It's Madoff account.
 6      You use different terminology, but it
 7      amounts to the same thing."
 8              THE CHAIRMAN:  Who is this?
 9              MR. LEVANDER:  Leon Meyer.
10              MR. BAMBERGER:  Meyers.
11              MR. LEVANDER:  Mr. Meyers.
12      Thank you.
13              THE CHAIRMAN:  Tomorrow morning,
14      10 o'clock.
15              MR. LEVANDER:  Thank you.
16              (Time noted:  5:32 p.m.)
17
18
19
20
21
22
23
24
25
```