# **EXHIBIT 63**

abort

ORIGINAL

1

---------------------------------------------------------x

IN THE MATTER OF

MADOFF CHARITIES INVESTIGATION

---------------------------------------------------------x

                        120 Broadway
                        New York, New York

                        January 30, 2009
                        10:02 a.m.


      EXAMINATION UNDER OATH of J. EZRA MERKIN, pursuant to Subpoena, held at the above place, date and time, before Alice Schulman, a Notary Public of the State of New York.

CONFIDENTIAL                                               BS00001025

13

1   J. E. Merkin

2   Gabriel Capital L.P. It's possible that

3   was Gabriel Capital L.P. or Ariel Capital

4   L.P., it's possible.

5   Q.   One thing that would be helpful,

6   if you would explain how the split strike

7   strategy evolved over time, at least your

8   understanding of it.

9   A.   The evolution over time was, I

10  think, one very specific change and that

11  is rather than do individual stocks with

12  their own options contracts, meaning the

13  puts beneath and the calls above, the

14  strategy evolved toward what Mr. Madoff

15  called baskets, meaning that a larger and

16  larger number of stocks, of components in

17  the basket, the qualifying characteristic

18  of each and every one of them being they

19  were all part of the S&P 100.

20       Each of the stocks was one of

21  the S&P 100, were the stocks, and instead

22  of having the puts and calls, as I

23  previously described, OEX puts and OEX

24  calls -- let me give you an example. OEX

25  puts were purchased and OEX calls were

CONFIDENTIAL                                            BS00001037

14

1       J. E. Merkin
2  sold, so that OEX are options struck on
3  the S&P 100.
4       And we would have as many as 50
5  or more individual stocks that were all
6  part of the S&P 100 as our longs, long
7  puts, but now just puts that belong to the
8  individual stocks, but the OEX puts
9  beneath them and the OEX calls sold above
10 them.
11      Q.   Is it fair to say that it was
12 the same basic strategy but instead of
13 individual stocks, it was using baskets of
14 stocks?
15      MR. LEVANDER:   That's not
16   exactly what he said.
17      MR. MARKOWITZ:   I'm asking him.
18      A.   Just repeat the question.
19      Q.   Is it fair to say that the same
20 basic strategy stayed the same with the
21 exception of employing the strategy with
22 respect to individual stocks, Mr. Madoff
23 employed the strategy to baskets of
24 stocks?
25      A.   What you described is what the

CONFIDENTIAL                                BS00001038

42

1                J. E. Merkin

2  were offering us, both in terms of risk

3  rewards and in terms of liquidity.

4            Our positions were moving toward

5  less liquid things, and within the 25

6  percent maximum constraint, the liquidity

7  adjusted return was still there.

8       Q.   Now, with respect to these funds

9  that invested in Madoff, what was the

10 economic relationship between those funds

11 and Mr. Madoff?

12           MR. LEVANDER:  I'm not sure I

13      understand that question.

14      Q.   What fees were incurred as a

15 result of being with Mr. Madoff?

16      A.   In the narrow sense of fees, I'm

17 not trying to parse your question, we

18 didn't pay Madoff fees at all.  We paid

19 commissions, that's an economic quip.

20           So to answer your question, we

21 paid commissions on the stocks, on the

22 shares we paid commissions, on the option

23 contracts, and we didn't pay any other

24 fees.

25      Q.   Didn't that strike you as

CONFIDENTIAL                                    BS00001066

                                                                222
1                       J. E. Merkin
2    is that right?
3         A.     I don't think so unless it was
4    very briefly in the beginning in a small
5    way.  Sometimes I think when you say
6    Ariel, I think you mean Gabriel.  If you
7    mean Ariel Fund Ltd., which is what I mean
8    by Ariel, unless it was at the beginning
9    Ariel Fund and Gabriel Capital L.P. each
10   had their own account at Madoff and didn't
11   come in by investing in Ascot.  They had
12   their own managed accounts, their own
13   trades, their known slips and their own
14   monthlies.  That's why the audit shows up
15   the way it does.
16        Q.     Okay, we'll have more than that
17   but I want to keep my pledge to get you
18   out at 3:30.
19             MR. LEVANDER:  Thanks.
20        A.     Thank you for keeping your
21   pledge.
22             [Time noted: 3:27 p.m.]
23        _____
24                  J. EZRA MERKIN
25

CONFIDENTIAL                                          BS00001246