# EXHIBIT 64

```
                                                              1

 1
 2   AMERICAN ARBITRATION ASSOCIATION
 3   NEW YORK, NEW YORK - COMMERCIAL RULES
 4   ------------------------------------x
 5   MOSHAEL J. STRAUS,
 6              Claimant,
 7
 8         v.              Arbitration No.
 9                         13 148 Y 01800 10
10   J. EZRA MERKIN,
11              Respondent.
12   ------------------------------------x
13              June 21, 2011
14              Cravath, Swaine & Moore LLP
15              Worldwide Plaza
16              825 Eighth Avenue
17              New York, New York
18              10:05 a.m.
19
20   B E F O R E :
21   WILLIAM A. DREIER, P.J.A.D. (ret.) - The Chairman
22   THOMAS J. FLEMING, ESQ. - Panel Member
23   RORY O. MILLSON, ESQ. - Panel Member
24
25      Amy Klein Campion - Hearing Reporter
```

CONFIDENTIAL

GCC-P 0494401

**Page 234**

Merkin - Direct/Bamberger

2  A.  I can think of several reasons.
3  Q.  The market opens hours earlier.
4  Just before the market in the U.S. opens,
5  people bicker about price, they agree on a
6  price, that's the price that gets
7  confirmed, and that has nothing to do with
8  what happens hours later in Chicago,
9  correct?
10  A.  No.  I guess -- if that's what
11  you meant, I would say not only could I
12  think of several reasons why it should, I
13  would, broadly speaking, disagree with
14  you.
15      I think there's every reason to
16  think it has something to do with what's
17  happening in the American markets.
18  Q.  Correct to say that the CUSIP
19  number on the confirms that your
20  organization received for the options
21  transactions was always the CBOE CUSIP for
22  the OEX 100; true?
23  A.  The CUSIP number for the listed
24  options we received?
25  Q.  Well, good question.

**Page 235**

Merkin - Direct/Bamberger

2  You only received one confirm
3  for a transaction, correct?  For an
4  options transaction?
5  A.  I don't know about all the time.
6  Q.  Well, your records speak for
7  themselves.
8      But there was never any division
9  within a given trade between a CBOE trade
10  and an over-the-counter trade; you know
11  that, right?
12  A.  If you're asking me what the
13  confirmations looked like?
14  Q.  Yes.
15  A.  I would not have seen the
16  confirmations.  I would have looked at our
17  system.
18  Q.  On page 17 of the article --
19  well, page 17 of MARHedge, 4925 -- on the
20  bottom, the right-hand side --
21  A.  Yes, sir.
22  Q.  -- it says:  "'The worst market
23  to operate in using the strategy,' he
24  adds -- that would be Madoff -- "'would be
25  a protracted bear market or a flat dull

**Page 236**

Merkin - Direct/Bamberger

2  market.'"
3      Do you see that?
4  A.  Yes.
5  Q.  From May 2001.  This was, I
6  guess -- what?  Six months or less before
7  9/11?
8  A.  I didn't catch you -- I got the
9  quote.  After that I didn't hear what you
10  said.  I'm sorry.
11  Q.  What I said:  After May of 2001
12  we experienced just that, a protracted
13  bear market in the U.S.?
14  A.  No.
15  Q.  We didn't?
16  A.  I don't think this is what this
17  gets at.  What this gets at would be --
18  either side of the word "or" in that
19  paragraph is no volatility.
20      He needs volatility to get his
21  program to work.  He needs volatility to
22  catch the turn.  So a flat dull market has
23  no volatility, and a protracted bear
24  market, which is straight down, won't help
25  much.  You need to be able to catch turns

**Page 237**

Merkin - Direct/Bamberger

2  within a bear market.
3  Q.  Because not only was the
4  strategy participating in arbitrage, it
5  was always going to revert to the mean.
6  If the market went down a little bit on
7  Monday, it was sure to go up on Friday,
8  right?  Because markets always revert to
9  the mean?
10  A.  I have no idea what you're
11  asking me.
12  Q.  All right.
13  A.  You have to define --
14  Q.  I'll withdraw it if I'm not
15  clear.
16      Both these articles speak of
17  Madoff's business being up to $6 or $7
18  billion during this period.
19      Do you see that?
20  A.  Yes.
21  Q.  I will represent that both
22  articles use that figure --
23  A.  No.
24  Q.  Was that consistent with your
25  understanding of the size of the accounts

60 (Pages 234 to 237)

CONFIDENTIAL                                    GCC-P 0494450

**Page 238**

1  Merkin - Direct/Bamberger
2  managed --
3  A. When? This is 2000 --
4  Q. It's May of 2001, sir.
5  A. I can't quite work it out.
6  We were, at the end, something
7  like 3½ or 4 percent of its capital. And
8  I want to see if that works with what we
9  were then. I just can't remember.
10  When I say "at the end," at the
11  end of the end, when the bomb went off in
12  December of '08, given what we were, and
13  given what was reported under management
14  we were about 4 percent of that figure.
15  Q. Correct to say that when you
16  read this, that he did not deny that he
17  was managing 6 to $7 billion, that was not
18  a surprise to you, that it had grown that
19  large?
20  A. I don't remember that being a
21  surprise.
22  Q. That he would be among the three
23  largest hedge funds in the world, had he
24  been a hedge fund; that would not be a
25  surprise to you?

**Page 239**

1  Merkin - Direct/Bamberger
2  A. I'm not so sure that would make
3  him one of the three largest at that time.
4  Q. Can you turn to 63, please.
5  (The witness complies.)
6  MR. BAMBERGER: I apologize, 61
7  and 62 is in evidence, Mr. Levander.
8  MR. LEVANDER: I've objected to
9  neither.
10  MR. BAMBERGER: So 61 and 62 are
11  in evidence.
12  (Claimant's Exhibit 62, received
13  in evidence.)
14  BY MR. BAMBERGER:
15  Q. Now, sir, what I tried to do in
16  63 is try to put in a single place all the
17  handwritten notes that I can find that
18  were in your diligence file.
19  And if you remember, in the
20  prior go-around with the arbitration your
21  counsel had pointed out one that I had
22  missed, and I'll represent to you that
23  I've included it in here this time.
24  I've also included in here a
25  letter that seems to have been co-signed

**Page 240**

1  Merkin - Direct/Bamberger
2  both by Roman, who you referred to
3  earlier, and by a Paul Olin, who signed as
4  head of structural risk of UBP Alternative
5  Investments.
6  Do you see that?
7  A. I don't, but I'm sure it's here.
8  Q. Now, there did come a time when
9  UBP called upon you to arrange a meeting
10  at the lipstick building with Bernie
11  Madoff, correct?
12  A. That's not quite the way it came
13  about. Such a meeting did come about. I
14  offered it to them.
15  Q. And they took you up on it?
16  A. Yes.
17  Q. Did Mr. Olin, the risk manager,
18  did he actually attend that meeting?
19  A. I believe so. There were four,
20  five people there from UBP. I'm not sure
21  exactly who was whom.
22  Mr. Igolnikov was there.
23  Q. This is about two months before
24  Mr. Madoff is arrested, correct?
25  A. Yeah -- it's in the fourth

**Page 241**

1  Merkin - Direct/Bamberger
2  quarter.
3  Q. Now, is it correct to say that
4  Mr. Madoff shared with you from time to
5  time that he was facing massive
6  redemptions, especially in the second half
7  of calendar year 2008?
8  A. No.
9  Q. Did the subject ever arise
10  between you and him?
11  A. "The subject" being...?
12  Q. The level of redemptions that he
13  was seeing.
14  A. Once, that I can remember.
15  Q. When?
16  A. He and I began to have a
17  conversation in the fourth quarter of '08,
18  when I began to give him a sense of what
19  our year-end redemptions might be.
20  Q. Right.
21  A. And I asked him, you know, how
22  are you handling redemptions.
23  Meaning, are they under control.
24  Q. Right.
25  A. And he said yes.

61 (Pages 238 to 241)

CONFIDENTIAL    GCC-P 0494451

394

```
 1        Merkin - Direct/Bamberger
 2   to Moshael Straus?
 3       A.   I don't know.  I don't know the
 4   answer to the question.  I believe we sent
 5   it to everybody.  I'm sure Moshael was on
 6   the list.  I'm sure we sent it to him.
 7       Q.   You're sure of all that?
 8       A.   I'm sure he got it.
 9       Q.   Where's the list?
10       A.   As I sit here right now?  I have
11   no idea where it is.  It's not in my
12   pocket.  I have no idea where it is.
13       Q.   Why would you produce the
14   Gabriel offering memorandum of 2006 in
15   connection with Modan and not produce
16   Ascot, if you had it?
17       A.   Are you telling me he doesn't
18   have it?
19       Q.   Yes.
20       A.   That's news to me.  Or news to
21   me today.
22       Q.   Why would you send an offering
23   memorandum to an investor that's not
24   making a fresh investment in Ascot?
25       A.   Who is --
```

395

```
 1        Merkin - Direct/Bamberger
 2       Q.   Not indicating a desire to make
 3   a new investment in Ascot.
 4       A.   I'm missing something pretty
 5   basic.  We're in '06?
 6       Q.   Yes.
 7       A.   In '06 we're telling every
 8   single investor, I think, that we are
 9   changing the lockup, and then we're
10   telling them we're not.
11       Q.   Right.  That's in the
12   partnership agreement.  You don't need to
13   send the offering memorandum to do that,
14   correct?
15       A.   I don't know.
16       Q.   An explanatory letter that sends
17   along the new LPA would tell them why
18   you're sending them the new LPA.
19            There would be no reason to
20   confuse an investor by sending him an
21   offering memorandum that he neither
22   wanted, nor sought, nor needs; true?
23       A.   No.  I think we would have sent
24   them an offering memorandum if that had
25   been the advice of our counsel.
```

396

```
 1        Merkin - Direct/Bamberger
 2       Q.   You send offering memo --
 3       A.   Why would that confuse an
 4   investor?
 5            THE CHAIRMAN:  Mr. Bamberger,
 6   you're arguing with the witness.
 7            MR. BAMBERGER:  You've been more
 8   than kind with me.
 9            THE CHAIRMAN:  You had one more
10   question to ask about 15 minutes ago.
11            We will adjourn now until
12   10 o'clock tomorrow.
13            [Time noted:  5:19 p.m.]
```

REDACTED