# EXHIBIT 66

```
                                                              1

 1
 2    SUPREME COURT OF THE STATE OF NEW YORK
 3    COUNTY OF NEW YORK
 4    INDEX NO. 08603803/2008                    CONFIDENTIAL
      Justice Richard B. Lowe
 5
      ------------------------------------x
 6
 7    NEW YORK UNIVERSITY,
 8              Plaintiff,
 9         - against -
10    ARIEL FUND LIMITED, GABRIEL CAPITAL
      CORPORATION, J. EZRA MERKIN, FORTIS BANK
11    (CAYMAN) LTD., FORTIS PRIME SOLUTIONS
      (CAYMAN) LTD., FORTIS BANK, BDO TORTUGA,
12    and BDO INTERNATIONAL,
13              Defendants.
      ------------------------------------x
14              February 9, 2009
                9:59 a.m.
15
                CONFIDENTIAL TRANSCRIPT
16
17         Videotaped deposition of J.
18    EZRA MERKIN, pursuant to Subpoena, held at
19    the offices of Scott & Scott, LLP, 29 West
20    57th Street, New York, New York, before
21    Jineen Pavesi, a Registered Professional
22    Reporter, Registered Merit Reporter,
23    Certified Realtime Reporter and Notary
24    Public of the State of New York.
25
```

CONFIDENTIAL                                              BS00004120

Page 162

1  MERKIN - CONFIDENTIAL
2  Steffens about Madoff in his days at        01:44:17PM
3  Merrill.                                    01:44:19PM
4      MR. LEVANDER: The question is           01:44:21PM
5  broader, it is any --                       01:44:21PM
6      A.  Any human being, certainly John     01:44:24PM
7  Steffens.                                   01:44:26PM
8      Q.  When did you discuss it with        01:44:27PM
9  John Steffens?                              01:44:29PM
10     A.  Over a period of years,             01:44:30PM
11 probably starting at around 2000, 2001,     01:44:32PM
12 early 2000s.                                01:44:35PM
13     MS. KASWAN: Why don't we break          01:44:42PM
14 for lunch.                                  01:44:44PM
15     MR. LEVANDER: Are you finished          01:44:45PM
16 with your answer?                           01:44:46PM
17     THE WITNESS: I can't imagine I          01:44:49PM
18 am; any other human being in the world?     01:44:51PM
19     MR. LEVANDER: Yes.                      01:44:53PM
20     THE WITNESS: There are                  01:44:56PM
21 investors, prospective investors, there     01:44:56PM
22 were prospective investors who didn't come  01:44:59PM
23 in.                                         01:45:02PM
24     MR. LEVANDER: Money managers.           01:45:02PM
25     THE WITNESS: Other money                01:45:03PM

Page 163

1  MERKIN - CONFIDENTIAL
2  managers.                                   01:45:05PM
3      It is not a short list nor do I        01:45:06PM
4  have it handy in my head.                   01:45:08PM
5      MS. KASWAN: Let's break for             01:45:11PM
6  lunch.                                      01:45:12PM
7      THE VIDEO TECHNICIAN: Time on          01:45:13PM
8  the video monitor is 1:45 p.m., off the     01:45:14PM
9  record, this ends Tape No. 3.               01:45:17PM
10     (Lunch recess: 1:45 p.m.)               02:13:19PM

Page 164

1
2      AFTERNOON SESSION                       02:13:19PM
3      2:39 p.m.                               02:13:19PM
4      THE VIDEO TECHNICIAN: Back on          02:38:59PM
5  the record, time on the video monitor is   02:38:59PM
6  2:39 p.m.                                   02:39:01PM
7      This starts Tape No. 4.                 02:39:02PM
8  J. E Z R A  M E R K I N, resumed.           02:39:02PM
9  CONTINUED EXAMINATION                       02:39:02PM
10 BY MS. KASWAN:                              02:39:05PM
11     Q.  Mr. Merkin, actually I will ask    02:39:05PM
12 you a couple of more questions about        02:39:09PM
13 Merkin Exhibit 1.                           02:39:10PM
14     The third bullet on the page           02:39:13PM
15 20876 refers to Friehling & Horowitz.       02:39:16PM
16     That's not the same                     02:39:26PM
17 Mr. Horowitz that you referred to earlier,  02:39:28PM
18 is it?                                      02:39:30PM
19     A.  I don't think so.                   02:39:30PM
20     Q.  Do you know whether or not he      02:39:32PM
21 is any relation?                            02:39:33PM
22     A.  I don't have the slightest          02:39:34PM
23 idea.                                       02:39:35PM
24     Q.  Did you ever speak to anybody      02:39:35PM
25 at Friehling & Horowitz?                    02:39:37PM

Page 165

1  MERKIN - CONFIDENTIAL
2      A.  I did not.                          02:39:38PM
3      Q.  To your knowledge, did anybody     02:39:39PM
4  at BDO ever speak to them?                  02:39:41PM
5      A.  BDO has workpapers that             02:39:44PM
6  describe the ambit of what they have to do  02:39:47PM
7  and I just don't know whether this is on   02:39:50PM
8  that or isn't on that.                      02:39:52PM
9      Q.  Did you ever do any due            02:39:54PM
10 diligence with respect to Friehling &       02:39:57PM
11 Horowitz?                                   02:39:59PM
12     A.  I have had conversations with       02:39:59PM
13 Mr. Madoff about Friehling & Horowitz as    02:40:01PM
14 recently as I think November of 2008.       02:40:04PM
15     Q.  What did Mr. Madoff tell you        02:40:12PM
16 about Friehling & Horowitz?                 02:40:14PM
17     A.  Well, it is important to sort       02:40:15PM
18 of make sure you understand the setting of  02:40:17PM
19 that meeting.                               02:40:19PM
20     As I often did with investors          02:40:21PM
21 of ours, I brought them with me to a        02:40:25PM
22 meeting with Mr. Madoff, this was a group   02:40:28PM
23 from UBP, Union Banque Privee, and a group  02:40:31PM
24 of due diligence specialists within Union   02:40:36PM
25 Banque Privee, who were investors of ours   02:40:39PM

CONFIDENTIAL                                                    BS00004161

### Page 330

```
 1         MERKIN - CONFIDENTIAL
 2    appendix relate to the categories on the    06:38:18PM
 3    front page of the letter and I would say    06:38:20PM
 4    almost all the time his assets or his       06:38:27PM
 5    investment strategies were likely to        06:38:31PM
 6    appear in arbitrage of related securities,  06:38:34PM
 7    sticking with the front page for the        06:38:37PM
 8    moment, and perhaps occasionally in cash.   06:38:39PM
 9         MR. LEVANDER: Are we done?             06:38:46PM
10         MS. KASWAN: Well, I would              06:38:48PM
11    prefer to continue for another half hour,   06:38:51PM
12    but I'm done with this exhibit.             06:38:53PM
13         MR. LEVANDER: Thank you very           06:38:54PM
14    much.                                       06:38:55PM
15         (Continued on next page.)              06:38:55PM
```

### Page 331

```
 1         MERKIN - CONFIDENTIAL
 2         THE VIDEO TECHNICIAN: Time on          06:39:01PM
 3    the video monitor is 6:39 p.m., off the     06:39:05PM
 4    record, this ends the deposition for        06:39:08PM
 5    today.                                      06:39:09PM
 6         (Time noted: 6:39 p.m.)                06:40:50PM

12         _____
              J. EZRA MERKIN

14    Subscribed and sworn to before me
15    this    day of        , 2009.
```

### Page 332

```
            CERTIFICATION


      I, Jineen Pavesi, a Registered
Professional Reporter, Registered Merit
Reporter, Certified Realtime Reporter and
a Notary Public, do hereby certify that
the foregoing witness, J. EZRA MERKIN, was
duly sworn on the date indicated, and that
the foregoing is a true and accurate
transcription of my stenographic notes.
      I further certify that I am not employed
by nor related to any party to this
action.




         JINEEN PAVESI, RPR, RMR, CRR
```

### Page 333

```
              EXHIBITS

Merkin
EXHIBIT    DESCRIPTION           PAGE

Exhibit 1    Bates No. GCC           93
             0020875 through 77
Exhibit 2    Bates No. GCC 2390     116
             through 2402
Exhibit 3    Bates No. 12104        119
             through 106
Exhibit 4    Bates No. GCC 12309    139
             through 12310
Exhibit 5    Bates Nos. 12301       140
             through 12304
Exhibit 6    Bates No. 7769         170
             through 70
Exhibit 7    December 12, 2008,     180
             e-mail from Mike
             Autera
Exhibit 8    e-mail dated           191
             December 11, 2008,
             purporting to be
             from Victor Teicher
```

                                84 (Pages 330 to 333)