# EXHIBIT 71

**Picard v. Merkin**                                         **D. Seymour 1-13-15**

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)

       Debtor.

--------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

       Plaintiff,                     Adv.Pro.No.

                     09-1182(BRL)


       v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


       Defendants.

--------------------------------x



    VIDEOTAPED DEPOSITION OF DON M. SEYMOUR, as

taken by and before Nancy C. Bendish, Certified

Court Reporter, RMR, CRR, Realtime Systems

Administrator and Notary Public of the State of

New York, at the offices of HSM CHAMBERS,

Buckingham Square, 720 West Bay Road, Grand

Cayman, Cayman Islands, on Tuesday, January 13,

2015, commencing at 10:09 a.m.

**Picard v. Merkin**                                    **D. Seymour  1-13-15**

35

10:46:44  1    you mean?

10:46:45  2          Q.      We can pull an article, but I

10:46:47  3    recall reading a Financial Times article

10:46:50  4    recently that you were quoted saying that you

10:46:52  5    use computer systems to help you with your

10:46:54  6    services.  Do you use computer systems to help

10:46:58  7    you with your directorship services?

10:47:01  8          A.      Okay, yeah.  That wasn't the

10:47:02  9    question you asked.

10:47:03 10          Q.      Okay.  I'll withdraw the previous

10:47:04 11    question.

10:47:05 12                  Do you use computer systems to

10:47:07 13    help you with your director services?

10:47:09 14          A.      Yes, we do.

10:47:10 15          Q.      Just generally describe those

10:47:12 16    systems to me.

10:47:14 17          A.      We use a system called DMS

10:47:17 18    Tracker.

10:47:18 19          Q.      And what is DMS Tracker?

10:47:21 20          A.      It's a practice management system.

10:47:25 21    It tracks all of our interactions with the funds

10:47:28 22    and their service providers.

10:47:49 23          Q.      Prior to December 2008 had you

10:47:56 24    ever heard of Bernard L. Madoff?

10:47:58 25          A.      No.

**Picard v. Merkin**                                          **D. Seymour 1-13-15**

36

10:47:59  1          Q.      Do you recall when you first heard

10:48:00  2    about Mr. Madoff?

10:48:01  3          A.      In December of 2008.

10:48:03  4          Q.      And how did you first hear about

10:48:05  5    Mr. Madoff?

10:48:06  6          A.      In the press when the scheme was

10:48:11  7    revealed.

10:48:41  8          Q.      Do you now have an understanding

10:48:42  9    that BLMIS purportedly ran an investment

10:48:46 10    advisory business and a separate broker-dealer

10:48:50 11    market-making business?

10:48:53 12                  MR. STEINER:  Objection to form.

10:48:54 13          A.      Yes, I have that understanding.

10:49:00 14          Q.      And what was the basis of your

10:49:01 15    understanding?

10:49:03 16                  MR. SIEV:  I just want to caution

10:49:05 17    you in this question and other questions that

10:49:09 18    may deal with interactions after you learned of

10:49:13 19    the Madoff Ponzi scheme.  Just think about

10:49:18 20    whether your answers are based on communications

10:49:21 21    with counsel and, if so, you can state that fact

10:49:25 22    and if we need to we'll take a break.  But

10:49:28 23    otherwise if you read it in the paper, for

10:49:30 24    example, obviously feel free to answer.  I just

10:49:32 25    want you to think about -- because I assume he's

**Picard v. Merkin**                                    **D. Seymour  1-13-15**

38

| | |
|---|---|
| 10:50:50  1 | Mr. Ezra Merkin? |
| 10:50:54  2 |      A.    No.  I'm aware of him, yes. |
| 10:51:00  3 |      Q.    And when did you first -- or have |
| 10:51:02  4 | you ever met Mr. Merkin? |
| 10:51:05  5 |      A.    I've since met -- well, yes, I |
| 10:51:07  6 | have met him. |
| 10:51:08  7 |      Q.    And when did you first meet |
| 10:51:10  8 | Mr. Merkin? |
| 10:51:14  9 |      A.    I think it was sometime in 2009. |
| 10:51:18 10 |      Q.    And prior to meeting him in 2009, |
| 10:51:23 11 | when did you first hear about Mr. Merkin? |
| 10:51:30 12 |      A.    Well, Mr. Merkin was described in |
| 10:51:34 13 | the constitutive documents of the Ascot and the |
| 10:51:39 14 | Ariel Fund as the general partner, so I was |
| 10:51:42 15 | aware of his role with the funds. |
| 10:51:52 16 |      Q.    Okay.  And have you ever heard of |
| 10:51:55 17 | GCC? |
| 10:51:57 18 |      A.    Yes, in a similar vein. |
| 10:52:02 19 |      Q.    Did you ever meet with anybody |
| 10:52:05 20 | else from Mr. Merkin's office? |
| 10:52:08 21 |      A.    Mr. Mike Autera. |
| 10:52:10 22 |      Q.    And when did you meet Mr. Autera? |
| 10:52:13 23 |      A.    I don't recall. |
| 10:52:23 24 |      Q.    Did you ever visit Mr. Merkin's |
| 10:52:25 25 | office? |

**Picard v. Merkin**                                   **D. Seymour  1-13-15**

39

| | | |
|---|---|---|
| 10:52:26 1 | A. | Yes. |
| 10:52:27 2 | Q. | When? |
| 10:52:30 3 | A. | At the time I met him. |
| 10:52:33 4 | Q. | Around 2009? |
| 10:52:35 5 | A. | Around 2009. |

10:52:36  6        Q.        Okay.  And you said you don't

10:52:38  7   recall when you last met Mr. Autera.  Did you

10:52:41  8   meet Mr. Autera in person?

10:52:49  9        A.        I don't recall when I met Mike for

10:52:54 10   the first time.

10:52:55 11        Q.        But have you ever met him in

10:52:57 12   person?

10:52:58 13        A.        Yes, I have.  I don't recall when.

10:53:00 14        Q.        Was it prior to 2008?

10:53:03 15        A.        I don't recall.

10:53:19 16        Q.        Do you recall how many times you

10:53:20 17   would have met with Mr. Autera?

10:53:23 18        A.        No, I don't recall.

10:53:31 19        Q.        How did you specifically come to

10:53:33 20   join the board of Ascot Fund?

10:53:38 21        A.        I was referred by Fortis, who was

10:53:47 22   the registering transfer agent.

10:53:50 23        Q.        When was this?

10:53:53 24        A.        This was in 2001.

10:54:02 25        Q.        And do you remember who at Fortis

**Picard v. Merkin**                                    **D. Seymour  1-13-15**

65

| | | |
|---|---|---|
| 11:49:08  1 | Q. | Do you recognize these documents? |
| 11:49:11  2 | A. | Yes.  These are invoices from DMS |
| 11:49:17  3 | Management to Ascot Fund Limited. | |
| 11:49:19  4 | Q. | Okay. |
| 11:49:20  5 | A. | As of 2009. |
| 11:49:24  6 | Q. | And if we look at the second one, |
| 11:49:27  7 | Exhibit 332, is that your annual director fee, | |
| 11:49:30  8 | 7,500? | |
| 11:49:32  9 | A. | Yes. |
| 11:49:50 10 | Q. | And the first one is dated |
| 11:49:57 11 | September 29, 2008 through May 18, 2009; is that | |
| 11:50:01 12 | correct? | |
| 11:50:02 13 | A. | Yes. |
| 11:50:03 14 | Q. | And the fee is $3,240? |
| 11:50:08 15 | A. | Yes. |
| 11:50:09 16 | Q. | And it says for services rendered; |
| 11:50:12 17 | is that correct? | |
| 11:50:13 18 | A. | Yes. |
| 11:50:13 19 | Q. | Do you recall what services were |
| 11:50:14 20 | rendered? | |
| 11:50:18 21 | A. | This is likely what we call an |
| 11:50:19 22 | extraordinary invoice.  If there was time or | |
| 11:50:27 23 | circumstances that were beyond our usual service | |
| 11:50:32 24 | level expectation. | |
| 11:50:34 25 | Q. | And what would those -- so did you |

**Picard v. Merkin**                                      **D. Seymour  1-13-15**

77

| | |
|---|---|
| 12:13:23  1 | record. |
| 12:13:52  2 | Q.      And to your knowledge did Ascot |
| 12:13:54  3 | Partners ever actually invest in any of these |
| 12:13:59  4 | strategies? |
| 12:14:00  5 | A.      I have no governance |
| 12:14:01  6 | responsibility over Ascot Partners. |
| 12:14:04  7 | Q.      Okay.  That's not -- my question |
| 12:14:08  8 | was -- |
| 12:14:09  9 | A.      Well, how can I know anything |
| 12:14:11 10 | about something I have no responsibility for? |
| 12:14:16 11 | Q.      Okay.  So -- you say you had no |
| 12:14:20 12 | responsibility for.  What do you mean? |
| 12:14:25 13 | MR. SIEV:  Objection to the form. |
| 12:14:27 14 | A.      You're familiar with the way the |
| 12:14:28 15 | master feeder structure works? |
| 12:14:31 16 | Q.      Please explain it to me. |
| 12:14:36 17 | A.      The governance of the master is by |
| 12:14:39 18 | the general partner.  I was not the general |
| 12:14:42 19 | partner of Ascot Partners.  I was a director of |
| 12:14:48 20 | Ascot Fund.  The fund invests in the general |
| 12:14:54 21 | partner, of which I have no responsibility for. |
| 12:14:59 22 | And that was under the complete discretion of |
| 12:15:02 23 | Mr. Merkin, as the general partner. |
| 12:15:06 24 | So you're asking me about |
| 12:15:08 25 | something of which I have no knowledge about -- |

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Merkin**                                          **D. Seymour  1-13-15**

92

| | | |
|---|---|---|
| 12:36:28 | 1 | statements, which I think was your specific |
| 12:36:30 | 2 | question. |
| 12:36:30 | 3 | Q.    And paragraph 92?  Who had the |
| 12:36:43 | 4 | ability to remove a director from office? |
| 12:36:50 | 5 | A.    The voting shares of this fund was |
| 12:36:52 | 6 | held by the general partner and that was |
| 12:36:55 | 7 | Mr. Merkin in this case.  And the voting shares |
| 12:36:57 | 8 | actually controlled the fund, including the |
| 12:37:04 | 9 | board. |
| 12:37:05 | 10 | Q.    And so who had the ability to |
| 12:37:09 | 11 | appoint any directors, paragraph 93? |
| 12:37:17 | 12 | MR. STEINER:  Objection to form. |
| 12:37:18 | 13 | A.    Well, this is as it's stated here. |
| 12:37:21 | 14 | So it says that the company may by -- the |
| 12:37:25 | 15 | company may, by a resolution, appoint a person. |
| 12:37:34 | 16 | So it's plain. |
| 12:37:35 | 17 | Q.    And who had the voting shares of |
| 12:37:36 | 18 | the company? |
| 12:37:37 | 19 | A.    The voting shares were held by |
| 12:37:38 | 20 | Mr. Merkin. |
| 12:37:42 | 21 | Q.    Can you look at paragraph 99, |
| 12:38:12 | 22 | please. |
| 12:38:25 | 23 | A.    Okay. |
| 12:38:26 | 24 | Q.    Did the directors at any time |
| 12:38:28 | 25 | elect or remove a chairman? |

**Picard v. Merkin**                                    **D. Seymour  1-13-15**

96

12:43:34  1              Can you look at paragraph 122.

12:44:11  2        A.        Okay.

12:44:12  3        Q.        Can you explain to me what steps

12:44:13  4    as director you took to ensure that Ascot Fund

12:44:18  5    kept proper books as it's stated here.

12:44:24  6        A.        The fund would -- well, Gabriel

12:44:28  7    Capital Corporation was engaged to perform the

12:44:30  8    day-to-day accounting of the fund, and then

12:44:35  9    they -- those records were -- and also Fortis,

12:44:40 10    by the way, for the capital side for the

12:44:42 11    accounting and valuation and then the register

12:44:45 12    and transfer agency, and then those records were

12:44:48 13    audited on an annual basis by BDO.

12:45:00 14        Q.        Did you ever review any of the

12:45:08 15    day-to-day accounting of the fund?

12:45:13 16              MR. SIEV:  Objection to the form.

12:45:14 17        A.        That's not the role of the board.

12:45:24 18        Q.        How was Gabriel -- you stated that

12:45:27 19    Gabriel Capital Corporation was engaged to

12:45:29 20    perform the day-to-day accounting of the fund.

12:45:34 21    How were they engaged to do so?

12:45:36 22        A.        I was part of, I recall the

12:45:40 23    investment advisory agreement that existed

12:45:43 24    before, in relation to Ascot.  So that was one

12:45:48 25    of the services that they provided under that

**Picard v. Merkin**                                                 **D. Seymour  1-13-15**

97

| | |
|---|---|
| 12:45:51 1 | agreement.  And after that agreement ceased, |
| 12:45:54 2 | there was a limited partnership agreement and |
| 12:45:59 3 | they continued to provide basically the same |
| 12:46:02 4 | services under a different agreement. |
| 12:46:36 5 | MR. KRISHNA:  Will the court |
| 12:46:37 6 | reporter please mark this as Trustee Exhibit |
| 12:46:41 7 | 338. |
| 12:46:57 8 | (Exhibit Trustee 338 marked for |
| 12:47:02 9 | identification.) |
| 12:47:03 10 | Q.    It's Bates stamped AF 26. |
| 12:47:25 11 | A.    Do you want me to read it out |
| 12:47:29 12 | aloud?  Just kidding. |
| 12:47:47 13 | Is there a particular section you |
| 12:47:49 14 | want me to look at? |
| 12:47:50 15 | Q.    Just, do you recognize this |
| 12:47:52 16 | document? |
| 12:47:53 17 | A.    Yeah.  It's the confidential |
| 12:47:56 18 | offering memorandum for Ascot Fund Limited, and |
| 12:48:00 19 | it's as of October 2006. |
| 12:48:02 20 | Q.    Okay.  Were you involved in the |
| 12:48:03 21 | creation of this document? |
| 12:48:05 22 | A.    No. |
| 12:48:07 23 | Q.    Do you know why this offering |
| 12:48:11 24 | memorandum was updated? |
| 12:48:14 25 | A.    I don't recall. |

**Picard v. Merkin**                                   **D. Seymour  1-13-15**

                                                                        101

12:52:40 1          A.      I don't.

12:53:35 2                  MR. KRISHNA:  If we can go off the

12:53:37 3     record.

12:53:37 4                  THE VIDEOGRAPHER:  Off the record,

12:53:40 5     12:53.

12:53:56 6                  (Luncheon recess taken.)

01:59:35 7                  THE VIDEOGRAPHER:  We're back on,

01:59:42 8     1:59.

01:59:44 9     BY MR. KRISHNA:

01:59:45 10         Q.      Mr. Seymour, are you aware that

01:59:47 11    Ascot Fund maintained an account at BLMIS when

01:59:50 12    you joined the board in 2001?

01:59:52 13         A.      I was not aware.

01:59:54 14         Q.      Are you aware that substantially

01:59:56 15    all of Ascot Fund's assets at that time were

01:59:59 16    invested with BLMIS?

02:00:02 17                 MR. SIEV:  Objection to the form.

02:00:04 18         A.      I was not aware.

02:00:05 19         Q.      Are you aware that Ascot Fund's

02:00:08 20    BLMIS account was closed after about a year

02:00:10 21    after you were appointed to the director in

02:00:13 22    2003?

02:00:14 23         A.      I was not aware.

02:00:17 24         Q.      Now we're going to shift to Ariel

02:00:20 25    Fund.  How do you specifically -- how did you

**Picard v. Merkin**                                          **D. Seymour  1-13-15**

108

02:08:49  1                         MR. SIEV:  Same objection.

02:08:51  2          A.       I don't recall.

02:08:55  3          Q.       If there were loans made by Ariel

02:08:58  4   Fund, would the board have to approve them?

02:09:02  5                         MR. STEINER:  Objection to form.

02:09:05  6          A.       If the loans were legally binding

02:09:08  7   on Ariel Fund and no one else had been

02:09:11  8   authorized to, because in certain circumstances

02:09:16  9   the investment advisor or manager can be

02:09:19 10   delegated that responsibility to take decisions

02:09:25 11   on behalf of the fund.  But in the absence of

02:09:27 12   that, then the Board of Directors would have

02:09:31 13   been responsible.  However, I don't recall any

02:09:33 14   of those transactions.

02:09:40 15          Q.       Who was the investment advisor for

02:09:43 16   Ariel Fund?

02:09:44 17          A.       Investment advisor was Gabriel

02:09:48 18   Capital Corporation.

02:10:01 19          Q.       Did you hold any board meetings on

02:10:03 20   behalf of Ariel Fund?

02:10:05 21          A.       I don't recall.  When?  I don't

02:10:09 22   recall the board meetings.

02:10:11 23          Q.       If you did hold board meetings,

02:10:13 24   would those meetings have been documented?

02:10:16 25          A.       Formal board meetings would be

**Picard v. Merkin**                                    **D. Seymour  1-13-15**

109

02:10:18  1    documented.

02:10:18  2         Q.      In the form of meeting minutes?

02:10:20  3         A.      In the form of minutes.

02:10:21  4         Q.      And would those meeting minutes be

02:10:24  5    maintained in your files?

02:10:25  6         A.      Yes, they would have been.

02:10:26  7         Q.      And would those files have been

02:10:28  8    produced to counsel?

02:10:28  9              MR. SIEV:  Wait, I'm sorry, Don,

02:10:30 10    did you finish your last answer?

02:10:33 11         A.      Yeah.  Although to be clear, the

02:10:36 12    minutes of the meeting are -- the responsibility

02:10:40 13    is with the registered office of the fund.  And

02:10:43 14    to be clear, DMS did not maintain the registered

02:10:48 15    office of the fund.  So it's likely we would

02:10:50 16    have had a copy, but the responsibility for

02:10:53 17    maintaining the minute book and the meetings are

02:10:57 18    with the -- and the minutes, are with the

02:11:00 19    registered office.  Yes, and those should have

02:11:03 20    been produced to you.

02:11:05 21         Q.      Did you have any informal board

02:11:07 22    meetings?

02:11:09 23              MR. SIEV:  Objection to the form.

02:11:13 24         A.      Well, we may have had informal

02:11:15 25    meetings.  There's really not a -- can't really

**Picard v. Merkin**                              **D. Seymour  1-13-15**

110

02:11:22  1    have an informal board meeting.  You may have an

02:11:25  2    informal meeting, but I don't recall the

02:11:29  3    particular meetings of the fund.

02:11:50  4            Q.      Who was Ariel Fund's auditor?

02:11:54  5            A.      The auditor was BDO.

02:11:56  6            Q.      And who was Ascot Fund's auditor?

02:11:59  7            A.      Auditor was BDO.

02:12:02  8            Q.      Do you recall when BDO was first

02:12:06  9    retained for Ariel Fund?

02:12:08 10            A.      I don't recall.

02:12:11 11            Q.      Do you recall when they were first

02:12:14 12    retained for Ascot Fund?

02:12:16 13            A.      I don't recall.

02:12:17 14            MR. KRISHNA:  I'd like the court

02:12:19 15    reporter to please mark this as Trustee Exhibit

02:12:27 16    346.  It's Bates stamped -- I'm sorry.  340.

02:12:29 17    It's Bates stamped AF 472.

02:12:41 18            (Exhibit Trustee 340 marked for

02:12:50 19    identification.)

02:13:02 20            A.      Okay.

02:13:03 21            Q.      Do you recognize this document?

02:13:04 22            A.      This document is an agreement to

02:13:07 23    provide services from BDO to the Ascot Fund

02:13:12 24    Limited as of January 4th, 2007.

02:13:15 25            Q.      And is that your signature on the

**Picard v. Merkin**                                      **D. Seymour  1-13-15**

                                                                          **142**

03:16:53  1             MR. KRISHNA:  Objection to the

03:16:54  2     form.

03:16:55  3             MR. SIEV:  Objection to form.

03:16:55  4        A.     Could you elaborate on that a

03:16:58  5     little more, Neil?

03:16:58  6        Q.     Sure.  You're aware that

03:16:59  7     liquidators could enter into agreements with

03:17:02  8     GCC, correct?

03:17:02  9             MR. KRISHNA:  Object to form.

03:17:04 10             MR. SIEV:  Objection.

03:17:04 11        A.     Yes.

03:17:05 12        Q.     And you don't know one way or the

03:17:06 13     other whether the liquidators have any such

03:17:08 14     agreements with GCC?

03:17:10 15             MR. KRISHNA:  Object to form.

03:17:12 16        A.     I would not.

03:17:13 17        Q.     What was that?

03:17:14 18        A.     I would not know.

03:17:16 19             MR. STEINER:  Okay.  No further

03:17:17 20     questions.

03:17:18 21             MR. KRISHNA:  Thank you very much.

03:17:20 22     Appreciate your time today.

03:17:22 23             THE VIDEOGRAPHER:  Off the record

03:17:24 24     at 3:17.

03:17:30 25             (Deposition concluded.)