**EXHIBIT 72**

AF00000140

# REGISTER OF DIRECTORS AND OFFICERS
## OF
## ASCOT FUND LIMITED

11 October 2011

| Name | Address | Office Held | Date Elected | Date Resigned | Date Registrar Notified Appointment | Date Registrar Notified Resignation |
|---|---|---|---|---|---|---|
| Adrian Pope | P.O. Box 309 GT, Ugland House South Church Street George Town, Grand Cayman Cayman Islands | Director | 10 Feb 1992 | 10 Feb 1992 | 27 Feb 1992 | 27 Feb 1992 |
| ABN AMRO Management (Cayman) Limited (formerly known as MeesPierson Management (Cayman) Limited) | PO Box 2003 GT, Grand Cayman | Director | 10 Feb 1992 | 28 Dec 2001 | 27 Feb 1992 | 12 Jan 2002 |
| ABN AMRO Nominees (Cayman) Limited (formerly known as MeesPierson Nominees (Cayman) Limited) | PO Box 2003 GT, Grand Cayman | Secretary | 20 Feb 1992 | 28 Dec 2001 | 27 Feb 1992 | 12 Jan 2002 |
| Don Seymour | dms Management Ltd. 2nd Floor, Ansbacher House 20 Genesis Close, PO Box 31910 SMB George Town Grand Cayman, Cayman Islands | Director | 28 Dec 2001 | | 12 Jan 2002 | |
| Peter Young | PO Box 31910SMB 179 West Bay Road Queens Court Plaza Grand Cayman, Cayman Islands | Director | 28 Dec 2001 | 30 Nov 2002 | 12 Jan 2002 | 7 Jan 2003 |
| Fortis Fund Services (Cayman) Limited | P.O. Box 2003 GT, Grand Pavilion Commercial Centre, Bougainvillea Way, 802 West Bay Road, Grand Cayman, Cayman Islands | Secretary | 28 Dec 2001 | 18 Dec 2009 | 12 Jan 2002 | 21 Dec 2009 |
| Aldo Ghisletta | c/o dms Management Ltd., PO Box 31910 dms House 20 Genesis Close Grand Cayman KY1-1208 Cayman Islands | Director | 30 Nov 2002 | | 7 Jan 2003 | |

Maples Corporate Services Limited
Billing Attorney: Beckett, Daniel
Client Ref: 018200-000
Incorp: 41963



CERTIFIED A TRUE COPY OF THE ORIGINAL.
For and on behalf of
Maples Corporate Services Limited
PO Box 309, Ugland House
Grand Cayman, KY1-1104
Cayman Islands
Date 11/10/2011

Page 1 of 1