# **EXHIBIT 76**

01/04/2007 14:04 FAX 212 838 9603 ☒001/001

# GABRIEL CAPITAL GROUP

450 Park Avenue
New York, NY 10022
TELEPHONE 212 838-7200
FACSIMILE 212 838-9603

**Fax Cover Sheet**

DATE: January 4, 2007

TO: Frank DiPascali
Bernard L. Madoff & Co.
212-838-4061

FROM: Michael E. Autera, Jr.
Gabriel Capital Corp.
Gabriel Capital Group

RE.: Capital Allocations

Dear Frank,

Following up on our conversation, in addition to the $10,000,000 already wired from Ascot last week, we would like to make the following changes in our accounts as of January 1, 2007:

| | | | |
|---|---|---|---|
| Additional Capital | $18,500,000 | Ariel Fund | a/c #1-FR070-3 |
| Additional Capital | $26,500,000 | Gabriel Capital | a/c #1-G0321-3 |
| Withdrawn Capital | $45,000,000 | Ascot Partners | a/c #1-a0058-3 |

These changes should all be made via <u>journals</u> between the three accounts. Please give me a call if any questions arise or if additional information is needed.

Best regards,

Michael E. Autera, Jr.
Chief Financial Officer



AMF00076288

CONFIDENTIAL