# **EXHIBIT 77**

```
ASCOT PARTNERS LP                                              1-A0058-3-0    ******3341          1/31/07        1
450 PARK AVENUE #3201
NEW YORK          NY 10022

              BALANCE FORWARD                                                                                   .20
1/02   MERCK & CO                                      DIV                                              235,894.50
       DIV 12/08/06 1/02/07
1/02   PEPSICO INC                                     DIV                                              143,839.80
       DIV 12/08/06 1/02/07
1/02   WAL-MART STORES INC                             DIV                                              118,876.76
       DIV 12/15/06 1/02/07
1/03   HEWLETT PACKARD CO                              DIV                                               63,206.72
       DIV 12/13/06 1/03/07
1/04   TRANS TO 1FR07030                               CW                 18,500,000.00
1/04   TRANS TO 1G032130                               CW                 26,500,000.00
1/04   UNITED PARCEL SVC INC                           DIV                                              119,959.92
       CLASS B
1/05   DIV 11/27/06 1/04/07
       SCHLUMBERGER LTD                                DIV                                               43,285.13
       DIV 12/06/06 1/05/07
1/09   FIDELITY SPARTAN                                DIV                                                    7.13
       U S TREASURY MONEY MARKET
1/09   DIV 01/09/07
       FIDELITY SPARTAN                                                                                   5,067.00
       U S TREASURY MONEY MARKET
1/09   5,067  9894                                              1
       U S TREASURY BILL                                                        98.918             114,349,208.00
       DUE 3/29/2007
                                                                     3/29/2007
1/09   115,600,000  11111
       U S TREASURY BILL
                 CONTINUED ON PAGE  2
```



MDPTPP00020630

```
ASCOT PARTNERS LP                                              1/31/07      2
450 PARK AVENUE #3201
NEW YORK           NY 10022                        1-A0058-3-0   *******3341


1/09  70,250,000            11739  U S TREASURY BILL              98.721
                                   DUE  4/12/2007
                                        4/12/2007                            69,351,502.50
1/09       2,779            12530  FIDELITY SPARTAN                    1
                                   U S TREASURY MONEY MARKET                      2,779.00
1/10                               ALTRIA GROUP INC                  DIV
                                   DIV 12/27/06 1/10/07                             141,646.30
1/12                               THE WALT DISNEY CO               DIV
                                   DIV 12/15/06 1/12/07                             187,123.75
1/25                               GENERAL ELECTRIC CO              DIV
                                   DIV 12/26/06 1/25/07                             481,488.56
1/29                               FIDELITY SPARTAN                  DIV
                                   U S TREASURY MONEY MARKET                              7.09
1/29       2,779     15014         FIDELITY SPARTAN                    1
                                   U S TREASURY MONEY MARKET                         2,779.00
1/29  115,525,000    15196         U S TREASURY BILL               99.924
                                   DUE  02/01/2007
                                        2/01/2007                           115,437,201.00
1/29  115,525,000    15377         U S TREASURY BILL               99.833
                                   DUE  02/08/2007
                                        2/08/2007                           115,332,073.25
1/29  115,525,000    15558         U S TREASURY BILL               99.736
                                   DUE  2/15/2007
                                        2/15/2007                           115,220,014.00

                                   CONTINUED ON PAGE    3
```

MDPTPP00020631

ASCOT PARTNERS LP

450 PARK AVENUE #3201
NEW YORK            NY 10022

1-A0058-3-0         1/31/07        3
                    ******3341

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 1/29 | | 115,525,000 | 15739 | U S TREASURY BILL DUE 2/22/2007 2/22/2007 | 99.637 | 115,105,644.25 |
| 1/29 | 117,175,000 | | 15921 | U S TREASURY BILL DUE 5/17/2007 5/17/2007 | 98.503 | 115,420,890.25 |
| 1/29 | 117,175,000 | | 16103 | U S TREASURY BILL DUE 5/24/2007 5/24/2007 | 98.406 | 115,307,230.50 |
| 1/29 | 117,175,000 | | 16285 | U S TREASURY BILL DUE 5/31/2007 5/31/2007 | 98.312 | 115,197,086.00 |
| 1/29 | 117,175,000 | | 16467 | U S TREASURY BILL DUE 06/07/2007 6/07/2007 | 98.216 | 115,084,598.00 |
| 1/29 | | 75,000 | 16649 | U S TREASURY BILL DUE 06/07/2007 6/07/2007 | 98.216 | 73,662.00 |
| 1/29 | | 14,252 | 16780 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,252.00 |
| 1/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/31/07 | DIV | 3.65 |
| 1/31 | 14,252 | | 17455 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,252.00 |

CONTINUED ON PAGE    4

MDPTPP00020632

```
ASCOT PARTNERS LP                                                           1/31/07        4
450 PARK AVENUE #3201
NEW YORK          NY 10022                                       1-A0058-3-0    ******3341
```

| Date | | | Description | MKT PRICE | |
|---|---|---|---|---|---|
| | | | SECURITY POSITIONS | 1 | |
| | | | FIDELITY SPARTAN | | |
| | | | U S TREASURY MONEY MARKET | | |
| | 115,525,000 | | U S TREASURY BILL DUE 3/01/2007 | 99.605 | |
| | 115,525,000 | | U S TREASURY BILL DUE 3/08/2007 | 99.507 | |
| | 115,525,000 | | U S TREASURY BILL DUE 3/15/2007 | 99.409 | |
| | 115,525,000 | | U S TREASURY BILL DUE 3/22/2007 | 99.313 | |
| | 115,600,000 | | U S TREASURY BILL DUE 4/5/2007 | 99.116 | |
| | | | | | .76 |
| | | | NEW BALANCE | | |
| 1/31 | | 14,767 | FIDELITY SPARTAN | | |
| | | | U S TREASURY MONEY MARKET | 1 | 14,767.00 |
| 1/31 | 1,550,000 | | U S TREASURY BILL DUE 4/12/2007 | 99.020 | 1,534,810.00 |
| 1/31 | | 14,767 | FIDELITY SPARTAN | | |
| | | | U S TREASURY MONEY MARKET 4/12/2007 | | |

CONTINUED ON PAGE 5

MDPTPP00020633

ASCOT PARTNERS LP

450 PARK AVENUE #3201
NEW YORK                NY 10022

1-A0058-3-0    ******3341    1/31/07    5

| Quantity | Security | Price |
|---|---|---|
| 187,325,000 | U S TREASURY BILL DUE 4/12/2007 | 99.020 |
| 115,525,000 | U S TREASURY BILL DUE 4/19/2007 | 98.923 |
| 115,525,000 | U S TREASURY BILL DUE 4/26/2007 | 98.824 |
| 115,525,000 | U S TREASURY BILL DUE 5/3/2007 | 98.727 |
| 115,525,000 | U S TREASURY BILL DUE 5/10/2007 | 98.633 |
| 117,175,000 | U S TREASURY BILL DUE 5/17/2007 | 98.537 |
| 117,175,000 | U S TREASURY BILL DUE 5/24/2007 | 98.440 |
| 117,175,000 | U S TREASURY BILL DUE 05/31/2007 | 98.343 |
| 117,250,000 | U S TREASURY BILL DUE 06/07/2007 | 98.250 |

MARKET VALUE OF SECURITIES
LONG    1,677,366,503.25
SHORT

MDPTPP00020634

ASCOT PARTNERS LP
450 PARK AVENUE #3201
NEW YORK          NY 10022

1-A0058-3-0    ******3341    1/31/07    6

YEAR-TO-DATE SUMMARY

DIVIDENDS                           1,535,339.31
GROSS PROCEEDS FROM SALES             575,444,140.50

MDPTPP00020635