**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>　　　　　　　　Plaintiff-Applicant, <br>v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br>SIPA LIQUIDATION <br><br>(Substantively Consolidated) |
| In re: <br>BERNARD L. MADOFF, <br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>　　　　　　　　Plaintiff, <br>v. <br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, <br><br>　　　　　　　　Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**DECLARATION OF
MATTHEW B. GREENBLATT**

I, Matthew B. Greenblatt, declare under penalty of perjury:

1.  I am a Senior Managing Director in the Forensic and Litigation Consulting practice of FTI Consulting, Inc. ("FTI"). I have been designated as an expert witness in the above-captioned adversary proceeding ("Adversary Proceeding") on behalf of Irving H. Picard ("Trustee"), trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78 aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff"). I submit this declaration in support of the Trustee's Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment in this Adversary Proceeding.

2.  I have more than 20 years of accounting industry experience including: auditing and accounting matters; litigation consulting; forensic accounting and internal investigations; post-acquisition and shareholder disputes; anti-money laundering; and advising troubled companies.

3.  I received a Bachelor of Science degree in Accounting from Lehigh University. I am a Certified Public Accountant ("CPA"), Certified in Financial Forensics ("CFF"), and a Certified Fraud Examiner ("CFE"). I am also a member of the American Institute of Certified Public Accountants, the New York State Society of Certified Public Accountants, and the Association of Certified Fraud Examiners. Attached as **Exhibit 1** is a true and correct copy of my curriculum vitae, which includes a listing of the publications I have authored in the past ten years and a listing of the matters on which I have testified over the past four years.

4.  I, along with a team of FTI professionals working under my direct supervision, was specifically tasked with compiling chronological listings of all cash and principal transactions for every BLMIS customer account. These chronological listings consist of cash

2

and principal transactions derived from data maintained within BLMIS's computer systems. Such systems generated monthly customer statements (the "Customer Statements"), which were used by FTI and reconciled with third-party bank records where available. These chronological listings provided the foundation to calculate every BLMIS customer account holder's principal balance on a daily basis for all dates during the period from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").[1]

5. A detailed explanation of the methodology utilized in the Principal Balance Calculation across all BLMIS customer accounts and a description of the relevant documents and data sources used in connection with that methodology are included in my expert report, titled Methodology for the Principal Balance Calculation (and exhibits), dated November 15, 2012 (the "Principal Balance Calculation Report"). The Principal Balance Calculation Report is attached as **Exhibit 2**. I hereby incorporate by reference the contents of the Principal Balance Calculation Report as my sworn testimony as if fully set forth herein.

6. A true and accurate description of my background and qualifications is set forth in the Principal Balance Calculation Report at ¶¶ 1-3.

7. I further describe my retention in this matter in the Principal Balance Calculation Report at ¶¶ 4-9.

8. The findings, statements, conclusions, and opinions rendered in the Principal Balance Calculation Report and the bases for each are detailed in various sections of my Principal Balance Calculation Report, including but not limited to ¶¶ 10-56, which identify the (a) methodology that I employed and/or supervised in connection with the analyses performed,

---

[1] The first monthly Customer Statement which reported dollar amounts for any securities allegedly held at month end was March of 1981. Therefore, the full period in which the Principal Balance Calculation could be performed covered the time period from April 1, 1981 through December 11, 2008.

and (b) sources of information and data that form the basis of my findings, conclusions and opinions.

9. In addition, and more specifically, I was tasked with calculating the principal balance for the BLMIS accounts associated with J. Ezra Merkin, Gabriel Capital, L.P., Ariel Fund Ltd., Ascot Partners, L.P., Ascot Fund Ltd., and Gabriel Capital Corporation (collectively, the "Defendants") in connection with the Adversary Proceeding.

10. Attached as **Exhibit 3** is a true and correct copy of my expert report, titled Principal Balance Calculation as Applied to the Merkin Defendants (and exhibits), dated March 20, 2015 (the "Merkin Expert Report"). The Merkin Expert Report specifically applies the methodology of the Principal Balance Calculation to the BLMIS accounts associated with the Defendants. I hereby incorporate by reference the contents of the Merkin Expert Report as my sworn testimony as if fully set forth herein.

11. The findings, statements, conclusions, and opinions rendered in the Merkin Expert Report and the bases for each are detailed in various sections of the Merkin Expert Report, including but not limited to ¶¶ 7-135, which provides (a) a list of BLMIS accounts associated with the Defendants (the "Merkin Accounts"); (b) summary of specific issues relevant to the Principal Balance Calculation for the Merkin Accounts; and (c) description of the activity in the Merkin Accounts and the Principal Balance Calculation.

12. I affirm that the findings, statements, conclusions, and opinions in the Principal Balance Calculation Report, Merkin Expert Report and in this declaration are truthful at the time given and continue to be true and accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge that the foregoing is true and correct.

Dated: New York, New York
November 25, 2015

_____
Matthew B. Greenblatt, CPA/CFF, CFE