**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>WILLIAM DIAMOND,<br><br>        Defendant. | Adv. Pro. No. 10-04717 (SMB) |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant William Diamond; and

**WHEREAS**, William Diamond died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Jeffrey A. Diamond, as Personal Representative of the Estate of William Diamond, as follows:

1. The Estate of William Diamond and Jeffrey A. Diamond, in his capacity as Personal Representative of the Estate of William Diamond (collectively, the "Defendants"), are hereby substituted into this action in place of William Diamond, deceased, and the complaint shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption to remove William Diamond and substitute the Estate of William Diamond and Jeffrey A. Diamond, in in his capacity as Personal Representative of the Estate of William Diamond, as reflected on Exhibit A to this Stipulation.

3. Counsel for the undersigned Defendants expressly represents that they have the authority to accept service of the Amended Complaint on behalf of Defendants, and expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.  This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  November 25, 2015
New York, New York

| **BAKER & HOSTETLER LLP** | **BERNFELD, DEMATEEO & BERNFELD LLP** |
|---|---|
| By:  /s/ *Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Marc E. Hirschfield <br> Email:  mhirschfield@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By:  /s/ *Jeffrey L. Bernfeld* <br> 600 Third Avenue <br> New York, New York 10016 <br> Telephone: 212.661.1661 <br> Facsimile: 212.557.9610 <br> David B. Bernfeld <br> Email: davidbernfeld@bernfeld-dematteo.com <br> Jeffrey L. Bernfeld <br> Email: jeffreybernfeld@bernfeld-dematteo.com <br><br> *Attorneys for Defendants* |

SO ORDERED.
Dated: November 25th, 2015
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE