# **EXHIBIT 13**

1

```
          UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF NEW YORK


-----------------------------------x
In Re:


BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
SECURITIES LLC,                       08-01789(BRL)
          Debtor.
-----------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

          Plaintiff,                  Adv.Pro.No.
                                      09-1182(BRL)

          v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,


          Defendants.
-----------------------------------x
```

     Videotaped Deposition of MICHAEL E. AUTERA,
JR., as reported by Nancy C. Bendish, CCR, RMR,
CRR, Realtime Systems Administrator and Notary
Public of the States of New York and New Jersey,
at the offices of BAKER HOSTETLER, 45 Rockefeller
Plaza, New York, New York on Wednesday, October
22, 2014, commencing at 9:45 a.m.

Picard v. Merkin                                    Michael Autera, Jr.   10-22-14

40

1       Q.      Why was GCC incurring expenses on

2   behalf of Ascot Partners?

3       A.      Again, it would be direct expenses

4   that related to Ascot Partners, an auditing bill,

5   there could be expenses.

6       Q.      Did GCC have -- what was GCC's

7   relationship to Ascot Partners?

8       A.      GCC had no formal legal connection

9   with Ascot Partners, other than that Ezra Merkin,

10  as the individual general partner of Ascot

11  Partners, was also the sole owner and shareholder

12  of Gabriel Capital Corp.

13      Q.      Was GCC fulfilling the back office

14  support functions for Ascot Partners?

15      A.      Personnel at GCC was performing

16  services for Ascot Partners, accounting and things

17  like that, yes.

18      Q.      And the same is true with Gabriel;

19  GCC was fulfilling that same function with Gabriel

20  Capital?

21      A.      Yes.

22      Q.      When Ascot Partners sent payments

23  to GCC, how were those payments made?

24      A.      Again, they'd be -- generally they

25  would be wire transfers between Ascot Partners'

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

42

1    Morgan Stanley account.

2         Q.        Did Ascot Fund ever send management

3    fees directly to Mr. Merkin?

4         A.        I don't think so.

5         Q.        And who at Ascot Fund authorized

6    those payments?

7         A.        Again, it would have been either

8    myself or Ezra Merkin.

9         Q.        And between the years '93 and 2002,

10   did Ascot Fund send any other types of payments to

11   GCC?

12        A.        Similar to what I said before for

13   the other three funds, Ascot Fund would have --

14   could have reimbursed Gabriel Capital Corp. for

15   any expenses that GCC paid on its behalf.

16        Q.        And what about from the years 2003

17   to 2008; did Ascot Fund send any payments to GCC?

18        A.        It, again, could have reimbursed

19   GCC for direct expenses that GCC incurred on its

20   behalf.

21        Q.        What function was GCC fulfilling to

22   Ascot Fund between the years 2003 and 2008?

23        A.        Same function, it was its

24   investment advisor.

25        Q.        So between 2003 --

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

43

1    A.        Well, Ascot -- in 2002 Ascot Fund

2    became a feeder into the -- into Ascot Partners,

3    LP.  So the roles of investment advisor, at that

4    point, ended for Ascot Fund and GCC.

5         Q.        Did GCC provide any back office

6    support to Ascot Fund after the master feeder

7    structure was put in place?

8         A.        Yes.

9         Q.        What types of support did it

10   provide?

11        A.        There was accounting records

12   performed, interactions with Ascot Fund's

13   directors in the Cayman Islands dealing with the

14   auditors, things like that.

15        Q.        Did the amount of support that GCC

16   provided to Ascot Fund after 2003 change -- I'm

17   sorry.  Did the amount of support that GCC

18   provided Ascot Fund as a result of the change in

19   the master feeder structure differ in any way from

20   the amount of support it provided between 1993 and

21   2002?

22             MS. ROSSAN:  Objection to form.

23        A.        Well, Ascot Fund Limited was no

24   longer maintaining its own brokerage accounts at

25   that point, so there was less accounting and

Picard v. Merkin                    Michael Autera, Jr.  10-22-14

44

1    reconciliation work associated with that.  Other

2    than the back office, the rest of the back office

3    work continued, the type of functions that I

4    described just before.

5         Q.     For Ascot Partners, the

6    transactions between Ascot Partners and GCC, where

7    would those transactions be recorded?

8         A.     They'd be recorded in the

9    accounting system for both Ascot Partners and GCC.

10        Q.     Same question for Ascot Fund.  The

11   transactions from Ascot Fund to GCC, where would

12   those be recorded?

13        A.     Same answer, Ascot Fund's

14   accounting records and GCC's accounting records.

15             (Exhibit Trustee 263 marked for

16   identification.)

17        Q.     Mr. Autera, the court reporter has

18   handed you what's been marked as Trustee Exhibit

19   263.  It is Bates number GCC-P 0646935 through

20   938.  Do you recognize this document?

21        A.     This is a copy of a bank statement

22   for Gabriel Capital Corp.'s account at JPMorgan.

23        Q.     And is this the JPMorgan account

24   that you were referring to earlier for GCC?

25        A.     I believe so.

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

                                                                    85

1   transfers?

2          A.       Not that I'm aware of.

3                   (Exhibit Trustee 270 marked for

4   identification.)

5          Q.       Mr. Autera, the court reporter has

6   handed you what's been marked as Trustee's Exhibit

7   270.  It's Bates number is MSMERKIN-00006467

8   through 6475.

9          A.       Okay.

10         Q.       Do you recognize this document?

11         A.       This a copy of a brokerage

12  statement for an Ascot Partners, LP account

13  maintained at Morgan Stanley.

14         Q.       Did Ascot Partners have more than

15  one brokers account at Morgan Stanley?

16         A.       Yes.

17         Q.       Is account ███████ the primary

18  account for Ascot Partners?

19         A.       I'm not sure.  It's one of the

20  primary accounts.

21         Q.       Okay.  Do you know if Ascot

22  Partners received transfers from BLMIS into its

23  Morgan Stanley accounts?

24         A.       Yes, it did.

25         Q.       Do you know if it's account ███████?

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

86

1    A.    I just -- I can't recall if it was

2  necessarily this account.

3    Q.    Did Ascot Partners send payments

4  out of this account?

5    A.    It did send payments out of this

6  account.

7    Q.    And who were those payments made

8  to?

9    A.    Would be the same.  It would be

10  redemptions to limited partners.  Could be

11  expenses that were paid, could be payment of fees.

12    Q.    And did Ascot Partners send its

13  investment -- its management fee expense to GCC

14  from this account?

15    MS. ARCHER:  Objection to form.

16    A.    I'm not sure.

17    Q.    Did Ascot Partners receive funds

18  from GCC in this account or its other Morgan

19  Stanley account?

20    A.    It would -- I'm sorry, could you

21  repeat your question?

22    Q.    Sure.  Did Ascot Partners receive

23  funds from GCC in this Morgan Stanley account or

24  its other primary Morgan Stanley account?

25    MR. STEINER:  Objection to form.

Picard v. Merkin                    Michael Autera, Jr.  10-22-14

162

1    been told that they weren't entitled to the

2    redemption.  I don't recall specific examples of

3    that, but that could have happened.

4         Q.     How did the funds determine -- let

5    me rephrase the question.

6               When a redemption request came into

7    Ascot Partners, how did Ascot Partners determine

8    whether it had the cash necessary to satisfy that

9    request?

10        A.     The accounting records would have

11   reflected the level of cash at any given time.  So

12   we would know from the accounting records what

13   cash was available.

14        Q.     And did Ascot Partners pay

15   redemption requests with available cash on hand?

16               MR. STEINER:  Objection to form.

17        A.     Yes.

18        Q.     Do you know -- was there a time in

19   which Ascot Partners made a redemption request

20   from BLMIS to meet its own investor redemption

21   demands?

22               MR. STEINER:  Objection to form.

23               MR. ANELLO:  I didn't understand

24   the question.

25               MR. SONG:  Let me break it up.

Picard v. Merkin                    Michael Autera, Jr.  10-22-14

163

1      Q.      Between 1993 and 2008 did Ascot

2   Partners make redemption requests from BLMIS?

3              MR. STEINER:  Objection to form.

4      A.      It requested funds be taken from

5   the account, yes.

6      Q.      And was there a time in which Ascot

7   Partners made the request for funds from BLMIS in

8   order to meet Ascot Partners' investor redemption

9   requests?

10     A.      I think so.

11     Q.      And who made the determination to

12  request funds from BLMIS to meet Ascot Partners

13  investor demands?

14             MR. STEINER:  Objection to form, I

15  think you're again outside of the 30(b)(6) topics.

16  If you want Mr. Autera to try to answer to his

17  knowledge, that's how you want to spend your time,

18  you can go ahead.

19     A.      Again, I don't recall specific

20  examples where that happened, but we would have

21  seen where available cash was and ultimately it

22  would be Ezra Merkin's decision where to generate

23  cash from.

24     Q.      Did Ascot Partners ever borrow

25  money from Gabriel and Ariel to meet redemption

**Picard v. Merkin**                                    **Michael Autera, Jr.   10-22-14**

167

1    transactions and then how were those recorded.

2                    MR. STEINER:  How were

3    communications recorded?

4                    MR. SONG:  Yes.

5                    MR. STEINER:  That's not part of

6    your -- that's not part of the deposition notice.

7                    MR. SONG:  Regarding the

8    investments, it is.

9                    MR. ANELLO:  Let me just

10   understand, because I'm going to take the position

11   that if he's not -- if he's going to be directed

12   by counsel for the entity not to respond as a

13   30(b)(6), that he's not here in his personal

14   capacity.

15                   So, if you two don't come to an

16   agreement that it's within the scope of 30(b)(6),

17   I'm going to direct him not to answer the

18   question.  So I don't know how you feel on this

19   particular question.

20                   MR. STEINER:  I just think this is

21   a ridiculous waste of time because it's not within

22   the 30(b)(6).  If it's how you want to spend the

23   limited amount of time you have, I object that

24   it's outside the 30(b)(6), and reserve whatever

25   rights we have as to whether it's inside or

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

168

1    outside.

2              If the witness wants to answer

3    sitting here, that's fine, but I just think that

4    you're way beyond this and if we're going to have

5    hours and hours of this, then we're going to move

6    to terminate this and not bring him back for

7    another day because you're not asking him

8    questions that are covered by the notice.

9              MR. SONG:  I disagree with your

10   position.

11             MR. STEINER:  It's your time, you

12   know.

13             Would you like the question read

14   back?

15             MR. ANELLO:  I sure hope he doesn't

16   remember it.

17             THE WITNESS:  Please.

18             (The following question was read:

19   "Did GCC communicate with BLMIS regarding

20   financial transactions?")

21        A.    We would communicate with personnel

22   at Madoff Securities when we were going to put

23   money in the accounts or take money out of the

24   accounts.

25        Q.    And when you were going to make a

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

174

1    one of the accounts we used for this type of

2    transaction.

3         Q.    Why was Ariel increasing its

4    capital allocation 38 million?

5         A.    I don't know.

6         Q.    Why was Gabriel increasing its

7    capital allocation by 59 million?

8              MR. STEINER:  Again, I object.

9    That's beyond the scope of the 30(b)(6).

10        A.    I'm not sure.

11        Q.    And why was the 38 and 59 million

12   dollars respectively sent from Ascot Partners'

13   account?

14             MR. STEINER:  Same objection.

15        A.    I'm not sure.

16        Q.    Who directed the transfers between

17   the defendant funds' BLMIS accounts?

18             MR. STEINER:  Objection to form.

19        A.    I did.

20        Q.    But you don't know why that

21   direction was made?

22        A.    For this particular transaction, I

23   don't recall.

24        Q.    As a result of Ascot sending $38

25   million to Ariel -- $38 million from its BLMIS

Picard v. Merkin                                    Michael Autera, Jr.  10-22-14

                                                                        175

1     account to Ariel's BLMIS account, did Ascot

2     Partners receive $38 million in return from Ariel?

3          A.      It should have, yes.

4          Q.      And would that have come from

5     Ariel's Morgan Stanley account going to Ascot's

6     Morgan Stanley account?

7          A.      I think so.

8          Q.      And how is that booked in the

9     respective QuickBooks?

10         A.      As a transfer of cash from -- a

11    transfer out for the one account and a transfer in

12    for the other account.  It would appear in both

13    Ascot and Ariel's books.

14         Q.      Turn to Ascot's QuickBooks file.

15              MR. ANELLO:  Which exhibit number

16    was that, Paul; do you know?

17              Brian.  What did I call you; Paul?

18              MR. SONG:  Yeah.

19              MR. ANELLO:  Oh, I'm sorry.

20              MR. SONG:  That's all right.  Close

21    enough.

22              MR. ANELLO:  I don't know where

23    Paul came from.

24    BY MR. SONG:

25         Q.      Bates number is 222.  It's Exhibit

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

187

1    identification.)

2         Q.       Mr. Autera, we've handed you what's

3    been marked as Trustee's 285.  It is Bates

4    numbered AMF00076288.  I will represent to counsel

5    that this is a document within a larger Bates

6    range from BLMIS's AMF files.  The Bates range is

7    AMF00076286 through 6314.

8                   MR. STEINER:  What are the AMF

9    files?

10                  MR. SONG:  Those are the BLMIS

11   customer files.

12                  MR. STEINER:  And AMF is?

13                  MS. FELDSTEIN:  Account management

14   file.

15                  MR. SONG:  That's the base prefix.

16        Q.       Mr. Autera, do you recognize

17   Exhibit 285?

18        A.       It appears to be a fax that I sent

19   to Frank DiPascali.

20                  MR. STEINER:  I take it you're

21   asking about the text without the handwriting?

22                  MR. SONG:  Well, I do want --

23        Q.       Do you recognize the handwriting on

24   this page?

25        A.       I do not.

Picard v. Merkin                           Michael Autera, Jr.   10-22-14

193

1       A.      Yes.

2       Q.      And it appears that Ascot

3  Partners -- the money for Ariel and Gabriel is

4  coming from a withdrawal from Ascot Partners?

5       A.      Ascot Partners is withdrawing $45

6  million.  Those capital changes are being

7  accomplished through transfers between the Madoff

8  accounts.

9       Q.      So Ascot Partners is sending 18.5

10  million from its account to Ariel's account and

11  26.5 million from its account to Gabriel's

12  account?

13      A.      Yes.

14      Q.      Going back to Ascot Partners'

15  QuickBooks page, on page 309 you see at the top of

16  the page there is a 45 million dollar entry with

17  memo "withdrawal from Madoff"?

18      A.      Yes.

19      Q.      Can you tell me what that is?

20      A.      That's the money coming out of,

21  coming out of Ascot's Madoff account.

22      Q.      And then the next entry is

23  "withdrawal from Madoff (GC)."  Do you see that?

24      A.      Yes.

25      Q.      That's the 26.5 million?

Picard v. Merkin                                  Michael Autera, Jr.  10-22-14

194

1        A.       Yes.

2        Q.       And can you tell me why that's

3   entered in Ascot Partners' QuickBooks?

4        A.       That's the other side of the --

5   that's the other side of the $45 million coming

6   out.  That's 26.5 million coming into Ascot

7   Partners' Morgan Stanley account.

8        Q.       And that's indicated by the fact

9   that it's under the deposit at brokers account?

10       A.       Yes.

11       Q.       And the next line, "withdrawal from

12  Madoff AF"?  See that?

13       A.       Yes.

14       Q.       Is that the withdrawal -- is that

15  the transfer of 18.5 million to Ariel's account?

16       A.       Ascot's account is getting $18.5

17  million at Morgan Stanley.

18       Q.       As a result of Ascot's transfer of

19  18.5 million from its BLMIS account to Ariel's

20  account?

21            MR. STEINER:  Objection to form.

22       A.       It's the other side of that.

23            (Exhibit Trustee 286 marked for

24  identification.)

25       Q.       Mr. Autera, I've handed you what's

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Merkin**                              **Michael Autera, Jr.  10-22-14**

195

1    been marked as Trustee's Exhibit 286.  It has

2    Bates number MSMERKIN 04869, all the way through

3    to 4968.

4              Take your time and look through it.

5    I'll tell you it is Ascot Partners' account ████

6    ████ monthly statements between January 01, 2007

7    through December 31, 2007.

8         A.    Okay.

9         Q.    Can you turn to page 4872.

10        A.    Okay.

11        Q.    This is the -- part of the January,

12   2007 monthly statement, and I apologize for the

13   smallness of the type, but do you see the credit

14   amount of 18.5 on January 4th?

15        A.    I do.

16        Q.    And that's a result -- in the memo

17   field -- sorry, description field, it says,

18   "January 1, 2007, Madoff reallocate."

19              Do you see that?

20        A.    Yes.

21        Q.    Again, do you know how Morgan

22   Stanley got the description for this transaction?

23              MR. STEINER:  Objection to form.

24        A.    I don't know exactly, but we would

25   have instructed Morgan Stanley to wire the funds

**Picard v. Merkin**                    **Michael Autera, Jr.  10-22-14**

196

1    from Ariel and Gabriel to Ascot.  We may have on

2    those wire requests had some sort of notification.

3         Q.     Is there a description field in the

4    wire requests to Morgan Stanley?

5         A.     No.

6         Q.     And this 18.5 million is deposited

7    into Ascot Partners from Ariel, correct?

8         A.     Based on Exhibit 285, yes.

9         Q.     And on Ascot Partners' QuickBooks?

10   Based on 285 and from what you saw in Ascot

11   Partners' QuickBooks?

12        A.     Because the memo said AF, yes.

13        Q.     And the 26.5 million that's

14   underneath it also has a January 1, 2007 Madoff

15   reallocates.  Do you see that?

16        A.     Yes.

17        Q.     And that's the 26.5 million that

18   Ascot Partners received from Gabriel Capital?

19        A.     Yes.

20        Q.     If you could turn quickly to

21   Ariel's QuickBooks, and turn to page 125.

22        A.     I'm sorry, what page?

23        Q.     125.

24        A.     Okay.

25        Q.     If you go all the way to the bottom

Picard v. Merkin                                      Michael Autera, Jr.  10-22-14

197

1    of that page, there are two memo fields with

2    "additional capital Madoff."  Do you see that?

3         A.      Yes.

4         Q.      Is this the 18.5 million that Ariel

5    sent to Ascot Partners?

6         A.      I believe it is.  It's the increase

7    of 18.5 million in their Madoff account and the

8    decrease in their Morgan account.

9         Q.      And again, looking at Ariel's

10   QuickBooks, would you be able to tell that Ariel

11   sent 18.5 million directly to BLMIS?

12        A.      Just looking at this journal

13   entry --

14              MR. STEINER:  Objection to form.

15        A.      Just looking at the journal entry,

16   no.

17              MR. STEINER:  Especially because

18   that's not what happened.

19        Q.      Well, could you tell looking

20   from -- at this entry, whether Ariel sent 18.5

21   million to Ascot's Morgan Stanley account?

22        A.      Not looking just at this journal

23   entry, no.

24        Q.      If you can go to Gabriel's

25   QuickBooks.  Go to page 448.  About the middle of

Picard v. Merkin                    Michael Autera, Jr.   10-22-14

198

1    that page there's a -- two January 4, 2007

2    transactions.  One transaction but two entries,

3    additional capital in Madoff.  You see that's 26.5

4    million?

5          A.      Yes.

6          Q.      So, is that the -- is that

7    Gabriel's record of the 26.5 million dollar

8    transfer to Ascot Partners?

9          A.      It's the entry of Gabriel Capital's

10   increase of 26.5 million in its Madoff account and

11   a decrease in its Morgan Stanley account of a like

12   amount.

13         Q.      And from looking at the journal

14   entries, are you able to determine whether or not

15   Gabriel sent the $26.5 million to Ascot Partners

16   or if they sent it to BLMIS?

17         A.      Looking at this journal entry, I

18   can't tell.

19         Q.      If you can flip back to Ascot

20   Partners' QuickBooks.  Sorry for all the flipping.

21                 If you would go to page 309.  At

22   the top of the page underneath the transactions

23   that we've already talked about, do you see on

24   January 4th of '7 in the memo field it's "1/1

25   Dist — Ascot Fund" and the amount is $12,750,000?

Picard v. Merkin                          Michael Autera, Jr.  10-22-14

206

1    it's likely that this was just one journal entry

2    that -- and the first part of that journal entry

3    was deposit at Madoff, which is up at the top.

4    It's the $45 million.  It likely -- the system

5    probably fills the split account.

6          Q.      Okay.

7                  With investor contributions, were

8    you given any advance notice of possible investor

9    contributions prior to their entry into the

10   QuickBooks?

11         A.      Yes.

12         Q.      And did you create an informal list

13   for investor contributions as well?

14         A.      It's the same informal list.  It

15   would include redemptions and subscriptions.

16   Potential redemptions and subscriptions.

17         Q.      So you did the same process with

18   subscriptions that you did with redemptions?

19         A.      Yes.  The same process as far as

20   posting to my informal list.

21                 MR. SONG:  See if I can get through

22   one more document.

23                 (Exhibit Trustee 287 marked for

24   identification.)

25         Q.      Mr. Autera, we've handed you what's

Picard v. Merkin                    Michael Autera, Jr.  10-22-14

207

1    been marked as Trustee's Exhibit 287.  It's Bates

2    number is MDPTPP00020630, ending at 635.  Do you

3    recognize this document?

4          A.      Again, I don't recognize the

5    document, but it appears to reflect the activity

6    in Ascot Partners' Madoff account for January

7    2007.

8          Q.      And do you see the balance forward

9    in January of 2007 is 20 cents?

10         A.      Yes.

11         Q.      And the available cash at the

12   beginning of the year is 20 cents in Ascot

13   Partners' account?

14         A.       That's the cash balance for this

15   account, according to this document.

16         Q.       And then you see the account

17   received certain dividends on January 2nd and

18   January 3rd?

19         A.       That's what this states, yes.

20         Q.       And it's -- and those dividends add

21   up to about $561,000 in cash on January 3rd?

22         A.       Okay.

23         Q.       You see on January 4th there's a

24   transfer to 1-FR0703 of 18.5 million?

25         A.       Yup.

**BENDISH REPORTING**
**877.404.2193**

Picard v. Merkin                                    Michael Autera, Jr.  10-22-14

208

1        Q.      That's the transfer out of Ascot's

2   BLMIS account to Ariel's BLMIS account?

3        A.      From -- that's money coming in from

4   Ariel's account into Ascot's account.  Going out,

5   I'm sorry.  The other way around.

6        Q.      Yes.

7        A.      Yup.

8        Q.      And we saw that transaction in the

9   books and records already.

10       A.      Yes.

11       Q.      And then underneath that there's a

12  26.5 million dollar transfer to Gabriel's 1-G03213

13  account.  Do you see that?

14       A.      Yes.

15       Q.      So Ascot Partners was able to

16  transfer out $45 million on January 4th, but did

17  not have $45 million in available cash on that

18  date.  Do you see that?

19              MR. STEINER:  Objection to form.

20       A.      That's what this document shows.

21       Q.      And the account shows that it

22  didn't have available cash, the available cash to

23  make that 45 million dollar transfer until January

24  9th when it received a little over 114 million in

25  proceeds from a treasury sale.  Do you see that?

Picard v. Merkin                                Michael Autera, Jr.   10-22-14

210

1    is the account, because it's not his document.

2    But if you're saying the way you add up the

3    numbers on this document, I understand the

4    question.

5    BY MR. SONG:

6        Q.      From the cash transactions that you

7    see on this document, if Ascot Partners was in a

8    negative cash position from January 4th to January

9    9th and BLMIS charged margin interest, would that

10   be recorded in Ascot Partners' books and records?

11               MR. STEINER:  Objection to form.

12       A.      If BLMIS charged Ascot Partners

13   margin interest, we would have reflected it in our

14   reports, our records.

15               MR. SONG:  I think this is a good

16   break point, knowing counsel has a 5 o'clock hard

17   stop time.

18               THE VIDEOGRAPHER:  Off the record,

19   4:30.

20               (Deposition adjourned.)

21                       -oOo-

22

23

24

25