# **EXHIBIT 59**

```
DEPARTMENT OF THE TREASURY              DATE OF THIS NOTICE: 01-04-93
INTERNAL REVENUE SERVICE                NUMBER OF THIS NOTICE: CP 575 H
HOLTSVILLE NY  00501                    EMPLOYER IDENTIFICATION NUMBER: [REDACTED]
                                        FORM: TELE-TIN    TAX PERIOD: 12
                                        1916808778   B

                                        FOR ASSISTANCE PLEASE
                                        WRITE TO US AT:

                                        INTERNAL REVENUE SERVICE
                                        HOLTSVILLE NY  00501
ASCOT PARTNERS L P
MERKIN EZRA GEN PTR                     BE SURE TO ATTACH THE
450 PARK AVE STE 3201                   BOTTOM PART OF NOTICE
NEW YORK NY  10022
                                        OR YOU MAY CALL US AT:

                                        732-0100 BX., MAN.
                                        596-3770 ST. ISLAND
                                        1-800-829-1040  OTHER NY

                                        TAX FORMS YOU MUST FILE:

                                        1065
```

NOTICE OF NEW EMPLOYER IDENTIFICATION NUMBER ASSIGNED

Thank you for your Tele-TIN phone call. The Employer Identification Number (EIN) assigned to you is shown above. It will be used to identify your business account, tax returns and documents, even if you don't have employees.

1. Keep a copy of the number in your permanent records.
2. Use your name and the number exactly as shown above on all Federal tax forms.
3. Use the number on all tax payments and tax-related correspondence or documents.

Using a variation of your name or number may result in delays or errors in posting payments to your account. It also could result in the assignment of more than one Employer Identification Number.

We have established the filing requirements and tax period shown above for your account based upon the information provided. If you need help to determine your required tax year, get publication 538, Accounting Periods and Methods, which is available at most IRS offices.

If you haven't done so, please send your completed Form SS-4, Application for Employer Identification Number, to the service center address shown above. Be sure it's properly signed and dated. Also be sure your EIN shown at the top of this notice is written in the upper right-hand corner of the form.

Thank you for your cooperation.

Keep this part for your records.                    CP 575 H (Rev. 8-90)

---

Only return this part with your correspondence if you have any questions so we may identify your account.                    CP 575 H
Please correct any errors in your name or address.
                                                                        1916808778

```
YOUR TELEPHONE NUMBER  BEST TIME TO CALL   DATE OF THIS NOTICE: 01-04-93
(   )   -                                  EMPLOYER IDENTIFICATION NUMBER: [REDACTED]
_____      _____   FORM NUMBER: TELE-TIN
                                           TAX PERIOD: 12


INTERNAL REVENUE SERVICE                   ASCOT PARTNERS L P
HOLTSVILLE NY  00501                       MERKIN EZRA GEN PTR
                                           450 PARK AVE STE 3201
                                           NEW YORK NY  10022
```

CONFIDENTIAL                                              GCC-NYAG 0027492
CONFIDENTIAL                                              BS00305716



| Form **SS-4** (Rev. April 1991) Department of the Treasury Internal Revenue Service | Application for Employer Identification Number (For use by employers and others. Please read the attached instructions before completing this form.) | EIN ▓▓▓▓▓ OMB No 1545-0003 Expires 4-30-94 |
|---|---|---|

1 Name of applicant (True legal name) (See instructions.) **Ascot Partners, L.P.**

2 Trade name of business, if different from name in line 1

3 Executor, trustee, "care of" name

4a Mailing address (street address) (room, apt., or suite no.) **450 Park Ave. #3201**

5a Address of business (See instructions.)

4b City, state, and ZIP code **New York, NY 10022**

5b City, state, and ZIP code

6 County and state where principal business is located **New York, New York**

7 Name of principal officer, grantor, or general partner (See instructions.) ▶ **J. Ezra Merkin**

8a Type of entity (Check only one box.) (See Instructions.)
- ☐ Estate
- ☐ Individual SSN
- ☐ Plan administrator SSN
- ☐ Trust
- ☑ Partnership
- ☐ REMIC
- ☐ Personal service corp.
- ☐ Other corporation (specify)
- ☐ Farmers' cooperative
- ☐ State/local government
- ☐ National guard
- ☐ Federal government/military
- ☐ Church or church controlled organization
- ☐ Other nonprofit organization (specify) ___ If nonprofit organization enter GEN (if applicable) ___
- ☐ Other (specify) ▶

8b If a corporation, give name of foreign country (if applicable) or state in the U.S. where incorporated ▶    Foreign country    State

9 Reason for applying (Check only one box.)
- ☑ Started new business
- ☐ Changed type of organization (specify) ▶
- ☐ Purchased going business
- ☐ Hired employees
- ☐ Created a trust (specify) ▶
- ☐ Created a pension plan (specify type) ▶
- ☐ Banking purpose (specify) ▶
- ☐ Other (specify) ▶

10 Date business started or acquired (Mo., day, year) (See instructions.) **12/31/92**

11 Enter closing month of accounting year. (See instructions.) **December**

12 First date wages or annuities were paid or will be paid (Mo., day, year). Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (Mo., day, year) ▶ **NO Employees**

13 Enter highest number of employees expected in the next 12 months. Note: If the applicant does not expect to have any employees during the period, enter "0." ▶   Nonagricultural **0**   Agricultural **0**   Household **0**

14 Principal activity (See instructions.) ▶ **Investments**

15 Is the principal business activity manufacturing? ☐ Yes ☑ No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check the appropriate box.
☑ Public (retail)   ☐ Other (specify) ▶ **Accredited Investors**   ☐ Business (wholesale)   ☐ N/A

17a Has the applicant ever applied for an identification number for this or any other business? ☐ Yes ☑ No
Note: If "Yes," please complete lines 17b and 17c.

17b If you checked the "Yes" box in line 17a, give applicant's true name and trade name, if different than name shown on prior application.
True name ▶    Trade name ▶

17c Enter approximate date, city, and state where the application was filed and the previous employer identification number if known.
Approximate date when filed (Mo., day, year)   City and state where filed   Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief it is true, correct, and complete.   Telephone number (include area code) **212-838-7200**

Name and title (Please type or print clearly.) ▶ **J. Ezra Merkin — General Partner**

Signature ▶ *[signed] Ezra Merkin*   Date ▶ **12/23/92**

Note: Do not write below this line.   For official use only.

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|

For Paperwork Reduction Act Notice, see attached instructions.   Cat. No. 16055N   Form **SS-4** (Rev 4-91)

12/22/92   10:49   ☏212 838 4932   KELLY & ROTH   → → → VICTOR   ☒002

CONFIDENTIAL
CONFIDENTIAL

GCC-NYAG 0027493
BS00305717

516-447-4955

516-447-4991
Fx

CONFIDENTIAL

CONFIDENTIAL

GCC-NYAG 0027494

BS00305718

STATUS OF DOCUMENTATION
1/1/93

| ENTITY | POTENTIAL INVESTOR | AMOUNT | MONEY REC'D | SUBSCRPTN DOCS REC'D | MADOFF TRANSFER AUTHORIZE REC'D | LIQUIDATION AND FEE AUTHORIZE REC'D |
|---|---|---|---|---|---|---|
| ASCOT L.P.: | GABRIEL CAPITAL | $25,175,800.00 | NA | OK | X | OK |
|  | ▉▉▉▉▉▉▉▉▉▉ | $1,454,400.00 | NA |  |  |  |
|  | ERIC BRUELL TRUST - GREGORY | $838,400.00 | NA | X | NA | NA |
|  | ▉▉▉▉▉▉▉▉▉▉ | $838,400.00 | NA | X | NA | NA |
|  | MANNY WEISS | $3,091,200.00 | NA |  | NA | NA |
|  | ▉▉▉▉▉▉▉▉▉▉ | $500,000.00 | X | X | NA | NA |
|  | ▉▉▉▉▉▉▉▉▉▉ | $500,000.00 | X | X | NA | NA |
|  | LYNTON | $2,088,100.00 | X | X |  |  |
|  | GERI FABRIKANT | $250,000.00 |  | X |  |  |
|  | YESHIVAU (YUEF) | $5,000,000.00 |  | X |  |  |
|  | MARY THOMAJAN | $750,000.00 |  | X |  |  |
|  |  | $40,486,300.00 |  |  |  |  |

CAPITAL CHANGES
1/1/93

| ENTITY | POTENTIAL INVESTOR | AMOUNT | MONEY REC'D | SUBSCRPTN DOCS REC'D | MADOFF TRANSFER AUTHORIZE REC'D | LIQUIDATION AND FEE AUTHORIZE REC'D |
|---|---|---|---|---|---|---|
| ASCOT LTD.: | ARIEL FUND | $34,264,600.00 | NA | OK | X | OK |
|  | LANGHAM | $2,002,400.00 | NA | X | X | X |
|  | EBRO | $3,820,400.00 | NA | X | X | OK |
|  | ▉▉▉▉▉▉▉▉▉▉ | $5,672,060.00 | NA | OK | X | X |
|  | ▉▉▉▉▉▉▉▉▉▉ | $2,889,700.00 | NA | X | X | X |
|  | DUNRAVEN | $5,353,400.00 | NA | X |  |  |
|  | ▉▉▉▉▉▉▉▉▉▉ | $3,207,200.00 | NA |  |  |  |
|  | ▉▉▉▉▉▉▉▉▉▉ | $2,138,000.00 | NA | X | X |  |
| ASCOT LTD.: | DARCHY NOAM | $9,058,250.00 | NA | NA | NA |  |
|  | KESTENBAUM | $522,050.00 | NA | NA | NA |  |
|  | ▉▉▉▉▉▉▉▉▉▉ | $2,088,100.00 | NA | NA | NA |  |
|  | DANIEL DREYFUS | $786,000.00 |  |  | N/A | N/A |
|  |  | $71,802,100.00 |  |  |  |  |

CONFIDENTIAL
CONFIDENTIAL
GCC-NYAG 0027495
BS00305719

TRADING REVENUES
SUMMARY OF ACCOUNT ALLOCATIONS

30-Nov-92

| | 1/1/92 CAPITAL | 3/3&3/11 1992 CAPITAL | 7/1/92 CAPITAL | 9/1/92 CAPITAL | 9/21/92 CAPITAL | 11/20/92 CAPITAL | TOTAL CONTRIBUTIONS | YEAR TO DATE TRADING REVENUES | TOTAL EQUITY | RETURNS YTD | ANNLZD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MADOFF - AF & AFS | $24,800,970 | $2,590,000 | ($5,314,000) | | $3,954,703 | $4,039,000 | $30,070,673 | $4,193,927 | $34,264,600 | | |
| MADOFF - AC | $10,555,693 | $1,110,000 | $5,314,000 | | $2,957,922 | $2,961,000 | $22,898,615 | $2,277,185 | $25,175,800 | | |
| MADOFF - SHALVAH | $11,387,533 | | | ($5,501,522) | ($7,221,691) | | ($1,335,680) | $1,335,680 | ($0) | 11.73% | 17.24% |
| MADOFF - LANG | $1,729,157 | | | | | | $1,729,157 | $273,243 | $2,002,400 | 15.80% | 17.21% |
| MADOFF - EBRO | $3,299,881 | | | | | | $3,299,881 | $520,519 | $3,820,400 | 15.77% | |
| MADOFF - ▓▓▓▓ | $2,500,000 | $2,500,000 | | | | | $5,000,000 | $672,000 | $5,672,000 | | |
| MADOFF - ▓▓▓▓ | $2,500,000 | | | $2,500,000 | | | $2,500,000 | $389,700 | $2,889,700 | 15.59% | 17.01% |
| MADOFF - ASCOT | $4,000,000 | $4,000,000 | | | | | $10,500,000 | $1,168,400 | $11,668,400 | | |
| TOTAL MADOFF | $60,773,234 | $10,200,000 | $0 | ($3,001,522) | ($309,066) | $7,000,000 | $74,662,646 | $10,830,654 | $85,493,300 | | |
| MADOFF - HIRSCH | | $1,500,000 | | | | | $1,500,000 | $176,800 | $1,676,800 | 11.79% | 15.72% |
| MADOFF - ▓▓▓▓ | | $1,300,000 | | | | | $1,300,000 | $154,400 | $1,454,400 | 11.88% | 15.84% |
| MADOFF - DUNRAVEN | | | $5,000,000 | | | | $5,000,000 | $353,400 | $5,353,400 | 7.07% | 16.96% |
| MADOFF - WRS | | | $3,000,000 | | | | $3,000,000 | $207,200 | $3,207,200 | 6.91% | 16.58% |
| MADOFF - CD | | | $2,000,000 | | | | $2,000,000 | $138,000 | $2,138,000 | 6.90% | 16.56% |
| MADOFF - MHW | | | | $3,000,000 | | | $3,000,000 | $91,200 | $3,091,200 | 3.04% | 12.16% |
| | $0 | $2,800,000 | $10,000,000 | $3,000,000 | ($1,522) | $0 | $15,800,000 | $1,121,000 | $16,921,000 | | |
| | $60,773,234 | $13,000,000 | $10,000,000 | | ($309,066) | $7,000,000 | $90,462,646 | $11,951,654 | $102,414,300 | | |

CONFIDENTIAL
CONFIDENTIAL

GCC-NYAG 0027496
BS00305720

MADOFF & COMPANY
SUMMARY OF ACCOUNT ALLOCATIONS

30-Nov-92

| | TOTAL 1992 CONTRIBUTIONS | YEAR TO DATE TRADING REVENUES | TOTAL EQUITY NOV 30, 1992 | CHANGES JAN 1, 1992 | ESTIMATED TOTAL EQUITY JAN 1, 1992 |
|---|---|---|---|---|---|
| **FOREIGN – ASCOT LTD:** | | | | | |
| MADOFF – ARIEL | $30,070,673 | $4,193,927 | $34,264,600 | | $34,264,600 |
| MADOFF – SHALVAH | ($1,335,680) | $1,335,680 | ($0) | | ($0) |
| MADOFF – LANG | $1,729,157 | $273,243 | $2,002,400 | | $2,002,400 |
| MADOFF – EBRO | $3,299,881 | $520,519 | $3,820,400 | | $3,820,400 |
| MADOFF – HEATON | $5,000,000 | $672,000 | $5,672,000 | | $5,672,000 |
| MADOFF – ASCOT LTD | $2,500,000 | $389,700 | $2,889,700 | | $2,889,700 |
| MADOFF – DUNRAVEN | $10,500,000 | $1,168,400 | $11,668,400 | ($2,088,100) | $9,580,300 |
| MADOFF – | $5,000,000 | $353,400 | $5,353,400 | | $5,353,400 |
| MADOFF – | $3,000,000 | $207,200 | $3,207,200 | | $3,207,200 |
| MADOFF – | $2,000,000 | $138,000 | $2,138,000 | | $2,138,000 |
| **ASCOT LTD TOTAL** | $61,764,031 | $9,252,069 | $71,016,100 | ($2,088,100) | $68,928,000 |
| **US DOMESTIC – ASCOT LTD:** | | | | | |
| MADOFF – GABRIEL | $22,898,615 | $2,277,185 | $25,175,800 | | $25,175,800 |
| MADOFF – | $1,500,000 | $176,800 | $1,676,800 | | $1,676,800 |
| MADOFF – HIRSCH | $1,300,000 | $154,400 | $1,454,400 | | $1,454,400 |
| MADOFF – MHW | $3,000,000 | $91,200 | $3,091,200 | | $3,091,200 |
| MADOFF – PACK | | | $0 | $500,000 | $500,000 |
| MADOFF – | | | $0 | $0 | $0 |
| MADOFF – | | | $0 | $2,088,100 | $2,088,100 |
| **ASCOT LP TOTAL** | $28,698,615 | $2,699,585 | $31,398,200 | $2,588,100 | $33,986,300 |
| **MADOFF TOTAL** | $90,462,646 | $11,951,654 | $102,414,300 | $500,000 | $102,914,300 |

CONFIDENTIAL
CONFIDENTIAL

GCC-NYAG 0027497
BS00305721

# GABRIEL CAPITAL GROUP

450 Park Avenue
New York, New York 10022
TELEPHONE 212 838-7200
FACSIMILE 212 838-9603

December 22, 1992

Gabriel Capital, L.P.
450 Park Avenue
32nd Floor
New York, New York 10022

Dear Sirs:

During 1992 you maintained a managed account at Bernard L. Madoff & Company that was administered by Ariel Management Corporation. As previously agreed, Ariel Management Corporation is entitled to an investment advisory fee relating to this managed account.

The 1992 investment advisory fee relating to your account at Madoff & Company is approximately $128,328. This amount is 1% of your estimated ending account balance (pro rated for mid-year investments, if any).

By signing in the space provided below, you are authorizing the payment of this fee (calculated as described above) to Ariel Management Corporation as of the last business day of the fiscal year. Signing below also confirms your understanding and agreement that at January 1, 1992, your managed account with Madoff & Company will be liquidated and the proceeds will be used to purchase a limited partnership interest in Ascot Partners, L.P. Ascot's sole asset will be a managed account at Madoff & Company.

Please do not hesitate to call if any questions arise or if additional information is needed.

Sincerely,
Ariel Management Corporation

J. Ezra Merkin
President

Agreed and Accepted:

By: _____

Date: _____

CONFIDENTIAL
CONFIDENTIAL

GCC-NYAG 0027498
BS00305722

## Delaware Charter Guarantee & Trust Company

June 27, 1997

MICHAEL AUTERA
450 PARK AVENUE # 3201
NEW YORK NY  10022

RE:   Ascot Partners L. P.

Dear Mr. Autera:

Thank you for taking the time to review our operational investment requirements. We have received your signed agreement to act in accordance with the outlined provisions. Please accept this letter as your confirmation that we will allow Ascot Partners L. P. as an investment within Delaware Charter's retirement plans.

We would like to take a moment to remind you that we are not licensed to give investment advice and, accordingly, do not endorse or review specific investments for their legal or financial suitability. Also, this letter is not an authorization to make or complete a purchase for any of our customers.

If you have any questions or require additional confirmation, please call me on extension 427.

Sincerely,

*Tina Miller*
Tina Miller
Special Products

TM/xt

1013 Centre Road, P.O. Box 8963 ● Wilmington, Delaware 19899-8963
Phone (302) 995-2131 ● (800) 209-9010 ● Fax (302) 999-9554

CONFIDENTIAL                                                                                           GCC-NYAG  0027499
CONFIDENTIAL                                                                                           BS00305723