**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br> v.<br><br>ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and ESTATE OF MARK D. MADOFF,<br><br>       Defendants. | Adv. Pro. No. 09-01503 (SMB) |

**SECOND STIPULATION AND ORDER FURTHER EXTENDING THE NOTICE OF PENDENCY FILED AGAINST CERTAIN REAL PROPERTY IN NEW YORK COUNTY FORMERLY OWNED BY DECEASED DEFENDANT <u>ANDREW H. MADOFF</u>**

  WHEREAS, on October 2, 2009, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), filed a complaint in the above-captioned adversary proceeding;

WHEREAS, the Trustee subsequently filed an Amended Complaint and a Second Amended Complaint (the "SAC") in the above-captioned adversary proceeding, on November 7, 2011 and May 4, 2012, respectively;

WHEREAS, the SAC presently remains the operative complaint in the above-captioned proceeding;

WHEREAS, the SAC alleges, among other things, that certain transfers of Customer Property (as defined by SIPA § 78*lll*(4)) from BLMIS were used to purchase real property for deceased Defendant Andrew H. Madoff located at 433 East 74th Street, Apartment 5A, New York, New York 10021-3901 (the "433 East 74th Street Property");

WHEREAS, on July 10, 2012, the Trustee filed the notice of pendency attached hereto as Exhibit A (the "Notice of Pendency") against the 433 East 74th Street Property in the New York County Clerk's Office;

WHEREAS, pursuant to section 6513 of the New York Civil Practice Law and Rules ("CPLR 6513"), a notice of pendency is effective for a period of three years from the date of filing, and, in accordance with CPLR 6513, the Trustee's Notice of Pendency original expiration date was July 10, 2015;

WHEREAS, on July 1, 2015, this Court entered a Stipulation and Order extending the Notice of Pendency to January 1, 2016 (Dkt. No. 221);

WHEREAS, on July 2, 2015, the Trustee filed the Stipulation and Order extending the Notice of Pendency in the New York County Clerk's Office; and

WHEREAS, the parties are engaged in settlement discussions and negotiations, but neither such discussions and negotiations nor this adversary proceeding will conclude before the Notice of Pendency expires on January 1, 2016.

**IT IS HEREBY STIPULATED, AGREED AND ORDERED that:**

1.  The Trustee has established good cause for further extension of the Notice of Pendency, as required by CPLR 6513.

2.  Pursuant to CPLR 6513, the Notice of Pendency is extended for an additional six-month period from the date upon which this Second Stipulation and Order is entered.

3.  The New York County Clerk's Office shall file, record and index this Second Stipulation and Order prior to the expiration of the Notice of Pendency.

4.  This Second Stipulation and Order shall be effective and enforceable immediately upon entry.

5.  This Second Stipulation and Order is intended by all parties hereto to be solely for the purpose of further extending the Notice of Pendency.  The parties to this Second Stipulation and Order reserve all rights, claims and/or defenses they may have, and entry into this Second Stipulation and Order shall not impair or otherwise affect any such rights, claims and/or defenses.

*[Remainder of page intentionally left blank]*

6.     This Second Stipulation and Order may be executed in counterparts and original signatures are not required as copies or facsimile of executed counterparts of this Second Stipulation and Order are deemed an original and binding. All such counterparts shall together constitute one and the same agreement.

Dated: December 1, 2015  
       New York, New York

BAKER & HOSTETLER LLP

By: */s/ David J. Sheehan*  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Lauren J. Resnick  
Email: lresnick@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

MARTIN FLUMENBAUM

By: */s/ Martin Flumenbaum*  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Telephone: (212) 373-3191  
Facsimile: (212) 492-0191  
Martin Flumenbaum  
Email: mflumenbaum@paulweiss.com  
Andrew Ehrlich  
Email: aehrlich@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

DAVID BLUMENFELD

By: */s/ David Blumenfeld*
    101 Whitney Lane
    Old Westbury, New York 11568

*Successor Executor of the Estate of Mark D. Madoff*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Andrew Ehrlich*
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3191
    Facsimile: (212) 492-0191
    Martin Flumenbaum
    Email: mflumenbaum@paulweiss.com
    Andrew Ehrlich
    Email: aehrlich@paulweiss.com

*Attorneys for Defendants the Estate of Andrew H. Madoff, Martin Flumenbaum, as Executor, and the Estate of Mark D. Madoff, David Blumenfeld as Executor*

SO ORDERED:

Dated: <u>December 1st</u>, 2015    /s/ STUART M. BERNSTEIN
New York, New York    HONORABLE STUART M. BERNSTEIN
    UNITED STATES BANKRUPTCY JUDGE