**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　Plaintiff,<br>v.<br>MANUEL O. JAFFE,<br>　　　　　　　Defendant. | Adv. Pro. No. 10-04425 (SMB) |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Becker & Poliakoff LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant Manuel O. Jaffe, (the "BP Defendant"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and the Trustee's objection to the Application having been withdrawn; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Becker & Poliakoff LLP is granted leave to withdraw as counsel for the BP Defendants and is hereby deemed removed as counsel for the BP Defendant in this proceeding.

{N0089772 }

Dated: December 1st, 2015        /s/ STUART M. BERNSTEIN
       New York, New York        Hon. Stuart M. Bernstein
                                         UNITED STATES BANKRUPTCY JUDGE