# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Edward J. Jacobs
direct dial: 212.589.4674
ejacobs@bakerlaw.com

December 1, 2015

**VIA ECF AND FIRST CLASS MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   *Picard v. Wiener*, Adv. Pro. No. 10-04293 (SMB)
      *Picard v. Wiener Family Ltd. P'ship*, Adv. Pro. No. 10-04323 (SMB)

Dear Judge Bernstein:

    We are counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the estate of Bernard L. Madoff.  We write in opposition to Ms. Chaitman's request, by letter dated November 30, 2015, to be heard at the discovery conference currently scheduled on December 16, 2015 in the above-referenced matters.

    As an initial matter, neither Ms. Chaitman nor any of the unidentified defendants in "over 100" unspecified adversary proceedings she purports to represent are litigants, third-party or otherwise, in the instant disputes.  Accordingly, Ms. Chaitman can offer no information that would be of assistance to the Court in its adjudication of the specific disputes currently before the Court.

    Furthermore, to the extent Ms. Chaitman wishes to initiate a discovery dispute concerning any defendant she may represent, the Trustee respectfully requests that the Court require Ms. Chaitman to follow Local Rule 7007-1 prior to attempting to do so.  At a minimum, the Trustee is entitled to advance notice of any actual, pending disputes—which includes the identification of the defendants and adversary proceeding at issue—in addition to an opportunity to resolve any such actual dispute outside of Court.

    Accordingly, the Trustee objects to Ms. Chaitman's request to be heard in connection with a discovery dispute, in which she represents no actual litigant, as procedurally improper,

The Honorable Stuart M. Bernstein
December 1, 2015
Page 2

disruptive to the Trustee's efforts to adjudicate cases in an orderly and efficient fashion, and prejudicial to the Trustee. The Trustee respectfully submits that such request should be summarily denied.

Respectfully submitted,

*/s/ Edward J. Jacobs*

Edward J. Jacobs

cc:     Helen Davis Chaitman, Esq. (via ECF and email)
        Ernest E. Badway, Esq. (via ECF and email)
        Lauren J. Talan, Esq. (via ECF and email)

300374866.6