**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC,<br><br>                   Plaintiff,<br><br>      v.<br><br>ESTATE OF BERNARD J. KESSEL; THE BERNARD KESSEL INC. PENSION PLAN AND TRUST; and IRIS STEEL, in her capacity as Trustee of the Bernard Kessl Inc. Pension Plan and Trust and as Executrix of the Steve & Paul Bernard J. Kessel Estate,<br><br>                     Defendants. | |

## **MEDIATOR'S FINAL REPORT**

Keith N. Costa, the court-appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9019-1

and section 3.4 of the Procedures Governing Mediation of Matters of the United State Bankruptcy Court for the Southern District of New York and reports as follows:

1. The mediation of the Adversary Proceeding took place in person on October 27, 2015 at the offices of Baker & Hostetler LLP in New York, New York.

2. The parties negotiated in good faith and complied with all relevant orders governing the mediation including the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order, yet failed to reach a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding.

3. The mediator has concluded that there would be no further point to continuing the Mediation and by agreement of the parties and the mediator, this Mediation is hereby concluded.

Dated: November 30, 2015
      New York, New York
                                              /s/ Keith N. Costa
                                           Keith N. Costa, Mediator

4674888v1