BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> DORADO INVESTMENT COMPANY; MARSHALL D. MILLER, in his capacity as a General Partner of Dorado Investment Company; DAVID J. MILLER, in his capacity as a General Partner of Dorado Investment Company; STEVEN L. MILLER, in his capacity as a General Partner of | Adv. Pro. No. 10-04333 (SMB) |

> Dorado Investment Company; and
> SUSAN MILLER, in her capacity as a General Partner
> of Dorado Investment Company,
>                                            Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for December 16, 2015, has been adjourned to **February 24, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Date:  New York, New York
       December 2, 2015

| Of Counsel: | By: */s/ Nicholas J. Cremona* |
|---|---|
| | Baker & Hostetler LLP |
| Baker & Hostetler LLP | 45 Rockefeller Plaza |
| 811 Main, Suite 1100 | New York, New York 10111 |
| Houston, Texas 77002 | Telephone: 212.589.4200 |
| Telephone: 713.751-1600 | Facsimile: 212.589.4201 |
| Facsimile: 713.751-1717 | David J. Sheehan |
| Dean D. Hunt | Email:  dsheehan@bakerlaw.com |
| Email: dhunt@bakerlaw.com | Nicholas J. Cremona |
| Farrell A. Hochmuth | Email:  ncremona@bakerlaw.com |
| Email: fhochmuth@bakerlaw.com | |
| | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |