UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

In re:

BERNARD L. MADOFF,

        Debtor.

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF RACHEL M. SMITH

Upon the motion of Rachel M. Smith, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced case and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the Texas, U.S. Court of Appeals, Fifth Circuit and U.S. District Courts, Southern District of Texas, Western District of Texas, and Northern District of Texas, it is hereby

**ORDERED**, that Rachel M. Smith, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case and in any related adversary proceedings, to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing

fee has been paid.

Dated: New York, New York
December 2nd 2015

                                      /s/ STUART M. BERNSTEIN
                                      HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE