# DAVID GROSS



7248 BALLANTRAE CT.
BOCA RATON
FLORIDA, 33497.

[Email]

November 29, 2015

BAKER & HOSTETLER LLP

45 ROCKEFELLER PLAZA      212 589 4200      FACSIMILE   212 589 4201

NEW YORK, NY 10111

HEATHER WLODEK  == JUDGE STUART M. BERNSTEIN

MARC E. HIRSCHFIELD    ----    BLK CHEEMA --- MILLKENNIUM TRUST COMPANY LLP

DAVID J. SHEEHAN     ==CLERK OF THE UNITED STATES BANRUPTCY COURE

JOHN W. MOSCOE          SOTHERN DISTRICT OF NEW YORK

OREN J. WARSHAVSKY           ONE BOWLING GREEN , NEW YORK, NEW YORK 10004

IRVING H. PICARD

CLAIM PROCESSING CENTER    2100 MC KINNEY AVE.   DALLAS , TEXAS 75201

ALIXPARTNERS LLP   == VINEET SCHGAL   ==

U.S. DEPARTMENT OF JUSTICE  === SOTHERN DISTRICT OF NEW YORK=

ONE ST ANDREWS PLAZA – NEW YORK, NY 10007 PHONE 212 637 1028

TO ALL CONCERNED AND INVOLVED WITH THE DAVID GROSS RETIREMENT ACCOUNTS.

#1 LETTER DATED JANUARY 18,2013  IN REFERENCE TO COHMAD  REPRESENTATIVE AND

   AND INVESTED FUNDS WITH MADOFF

#2  A COURT ORDER PUTTING ON A STAY ON AN ARBITRATION FOR PROOF THAT

    WOULD IDENTIFY THAT MY INFORMATION WAS CONTRARY TO LETTERTS

    GIVEN TO JUDGE LIFLAND BY OREN J. WARSHAVSKY.



#3 LETTER FROM FINRA IDENTIFING ARBITRATION NUMBER 13-00344

   IT SEEMS THAT , I AM ADVISED BY ONE TRUSTEE ATTORNEY AND ANOTHER

   TRUSTEE ATTORNEY INTERFEARS WITH MY GOING FORWARD.

#4 LETTER DATED NOVEMBER 25, 2015 FROM MILLENNIUM TRUST COMPANY

   INDICATING THAT I DAVID GROSS IRA ACCOUNT SHOULD HAVE THE FUNDS

   FORWARDED THROUGH THEM AND THIS LETTER IS SELF EXPLANITARY

   AND I WOULD AGREE.

#5 A COPY OF RETIREMENT ACCT INC CUST IRA DATED 4/30/97 ACCOUNT 1-CM302-3-0

#6 A LETTER DATED OCTOBER 1, 2009 IDENTIFYING ACCONT O19400910001

   PERTAING TO DAVID GROSS IRA

#7 COPY OF A STATEMENT DATED 10/31/94 SHOWING ANOTHER RETIREMENT

   ACCOUNT 1-CM051-3-0 . THIS SHOWS THAT I DAVID GROSS HAVE DOCUMENTS OF THREE

   IRA ACCOUNTS PLEASE HELP ME EXPLAIN

#8 ITEM INDICATING THAT COHMAD WAS RESPONSIBLE BY PART TAKING IN THE FRAUD

I DAVID GROSS HAS PREVIOUSLY SENT THES DOCUMENT AND MANY MORE WITH

   NO RESPONSE.

SINCERELY,

   DAVID GROSS

PS , I WOULD LIKE TO SEE MORE INFORMATION ON MY RETIREMENT ACCOUNTS;


Page 02

# BakerHostetler

Baker&Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 18, 2013

Mr. Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Re: Bernard L. Madoff Investment Securities LLC ("BLMIS") Bankr. S.D.N.Y., No. 08-1789 (BRL)

Dear Mr. Gross:

The Trustee has referred to me your most recent letter dated January 11, 2013.

We have revisited the books and records of BLMIS which indicate that your account, 1CM404, was opened on June 24, 1996. If you are in possession of information evidencing a BLMIS account prior to this date, please send it to us at your convenience.

We have no information pertaining to an account you may have had with Cohmad. Irving Picard, is the Trustee only for the substantively consolidated liquidation of BLMIS and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor") under the Securities Investor Protection Act ("SIPA") and not for Cohmad. If you have questions about an account with Cohmad, you should take them up directly with representatives of that entity.

Sincerely,

Bik Cheema

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

cc: NIAP
Becker & Poliakoff LLP

USO David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422
★ SUPPORT OUR TROOPS ★

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

*[Handwritten annotations:]* 11/16/2015 ✗✓ ADV. PRO NO. 08-1789 (SMB) SIPA LIQUIDATION APPENDIX A #44 AWAITING THE COURTS RESPONSE AS PER TRUSTEE ATT: HON STUART M BERNSTEIN UNITED STATE BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant.

In re:

BERNARD L. MADOFF,

Debtor.

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of DAVID GROSS; DAVID GROSS and IRMA GROSS Individually and as Joint Tenants,

Defendants.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-4667 (BRL)

**ORDER ENFORCING AUTOMATIC STAY AND ISSUING PRELIMINARY INJUNCTION**

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

Upon consideration of the Motion for Enforcement of the Automatic Stay and Issuance of a Preliminary Injunction (the "Motion")[1] in the above-captioned adversary proceeding by Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll and the estate of Bernard L. Madoff, individually; and upon the accompanying the Notice of the Motion; Memorandum of Law; the Declaration of Jessie A. Kuhn; the Declaration of Maurice J. Cohn; the Declaration of Richard G. Spring; and all of the pleadings and prior proceedings in this and related actions; and upon the hearing held on December 4, 2013; and after due deliberation of the foregoing:

THE COURT HEREBY FINDS AND DETERMINES THAT:

1. This Court has jurisdiction to grant the relief effected by this order.
2. The FINRA Action is violative of the automatic stay provisions of Bankruptcy Code § 362(a), SIPA § 78eee(b)(2)(B)(i) and at least one of the related orders entered by the United States District Court for the Southern District of New York dated December 15, 2008, December 18, 2008, and February 9, 2009.
3. The Trustee will suffer irreparable harm if the FINRA Action continues.
4. The Trustee has shown a strong probability of success on the merits.
5. The FINRA Action threatens the Court's jurisdiction and the administration of the estate, and an injunction is necessary to preserve and protect the estate.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Motion is granted.



DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

---

[1] All terms not otherwise defined herein will be given the meaning ascribed to them in the Motion.

2. Pursuant to section 105(a) of the Bankruptcy Code, Defendant David Gross is hereby preliminarily enjoined from proceeding with the FINRA Action against Cohmad Securities Corp., Maurice J. Cohn and Richard G. Spring (collectively, the "Cohmad Defendants"), until the completion of the Trustee's action in Picard v. Cohmad Securities Corp., et al., Adv. Pro. No. 09-1305 (BRL), including the satisfaction by the Cohmad Defendants of any settlement or judgment obtained by the Trustee.

3. This Court shall retain exclusive jurisdiction over the implementation and interpretation of this Order.

PLEASE ADVISE ABOUT ITEM
THE UNDER LINE
ABOVE

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

Dated: December 4, 2013
New York, New York
at 10:28AM

/s/ Burton R. Lifland

Burton R. Lifland
United States Bankruptcy Judge

# FINRA

Financial Industry Regulatory Authority

June 11, 2013

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Subject: FINRA Dispute Resolution Arbitration Number 13-00344
David Gross vs. Cohmad Securities Corp, Maurice Cohn and Richard Spring

Dear Mr. Gross:

The claimant in this case has filed a claim against Maurice Jay Cohn. FINRA's records show that this party's registration status with FINRA is terminated.

The claimant should be aware that arbitration awards against barred, revoked, suspended or terminated individuals have a much higher incidence of non-payment than those against active associated persons. FINRA has only limited disciplinary authority over inactive associated persons who fail to satisfy arbitration awards. We are advising you of FINRA's limited jurisdiction over former associated persons so that the claimant may decide how to proceed against these parties.

Please call this office if you have any questions.

Very truly yours,

Steeve David Encaoua
Case Administrator
Phone: 561-416-0277
Fax: 301-527-4868
FL-Main@finra.org

SDE:na:LC36C
idr: 09/21/2009

RECIPIENTS:

David Gross
7248 Ballantrae Ct., Boca Raton, FL 33496-1422

---

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Dispute Resolution
Southeast Regional Office
Boca Center Tower 1
5200 Town Center Circle
Suite 200
Boca Raton, FL 33486-1015

t 561 416 0277
f 561 527 4868
www.finra.org

Investor protection. Market integrity.

* SUPPORT OUR TROOPS *

[Handwritten notes, partially legible:]
Please forward to My attorney J. Wernikovsky
Phone: 954-483-4249
Has no records of my life
Lost at Rockees
Please Mr. Cross

 

**MILLENNIUM TRUST COMPANY**
THE SMART ALTERNATIVE

mtrustcompany.com

November 25, 2015

#4

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

Re: Important Notice Concerning Your IRA's Madoff Claim

Dear Client:

Millennium Trust Company (MTC) recently received Bernard L. Madoff Investment Securities LLC (BLMIS) Securities Investor Protection Act (SIPA) Liquidation notices pertaining to your IRA's Madoff investment claim. In case you did not receive copies directly, electronic copies of the notices listed below can be viewed on the Madoff Recovery Initiative website at www.madofftrustee.com/docket-06.html. For your convenience, we have listed each document and their exact links on our website. You can view this at: www.mtrustcompany.com/court-filings.

- Notice of Hearing and Supplemental Filing in Further Support of the Trustee's Motion for an Order Approving Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers
- Affidavit of Vineet Sehgal in Support of the Trustee's Supplemental Filing in Further Support of the Trustee's Motion for an Order Approving the Sixth Allocation of Property to the Fund of Customer Property and Authorizing Sixth Interim Distribution to Customers

If you have any questions or concerns about the status of your claim or any actions you should take, please contact your tax advisor or your attorney. If you wish to speak to a MTC representative, please contact our Client Service Team at 800-618-6177 during regular business hours, Monday - Friday from 8:00 am - 4:30 pm Central time.

All payouts on claims for IRA investments should be made directly to your IRA custodian. If you receive payouts directly, it may be considered a taxable IRA distribution which may be eligible for a tax free "rollover" to your MTC IRA or another IRA custodian within 60 days, subject to certain restrictions. Please consult a professional tax advisor regarding your rollover options and the tax consequences of directly receiving a distribution. MTC acts solely as a directed custodian and does not offer legal, tax or investment advice.

Sincerely,
Millennium Trust Company

2001 Spring Road • Suite 700 • Oak Brook, IL 60523
630.368.5600 • 800.258.7878

# BERNARD L. MADOFF
### Investment Securities
### New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

**IN ACCOUNT WITH**

RETIREMENT ACCTS INC CUST IRA
F/B/O DAVID GROSS (40092)
ROLLOVER
P O BOX 173785
DENVER                    CO   80217

YOUR ACCOUNT NUMBER: 1-CM302-3-0
DATED: 4/30/97
YOUR TAX PAYER IDENTIFICATION NUMBER: 59-1609927
PAGE: 7

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,868.58 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,587,986.79 |

David Gross
7248 Ballantrae Ct.
Boca Raton FL 33496-1432

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Investment Support Services

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422
★ SUPPORT OUR TROOPS ★

Toll Free: 800-962-4238

October 1, 2009

#6

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

RE:   DAVID GROSS
      Account # 019400910001

DOCUMENTS FORWARDED

Dear Sir or Madam

Fiserv Investment Support Services ("Fiserv ISS") is sending you this notification because we serve as custodian for your account. We recently received the enclosed documents related to an asset held in your account and we are forwarding the documentation to you.

For questions concerning the documents enclosed, please contact the party indicated in the correspondence. If you require additional information, please contact us at 1-800-962-4238.

Sincerely,

Fiserv Investment Support Services



Handwritten annotations:
- Account # CM 51-3-0
- 1-CM 302-3-0
- Enclosed are documents for three account numbers where are the Pollmas and photo copy records

NICE - davidgross63@gmail.com - Page 2 of 2

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422
SUPPORT OUR WOUNDED HEROES

#1 How to get that just's fax
The account disputed
The account
Retirement account

CM/ESI-3-0

EXCELLENT TRUCKING CO INC
PENSION PLAN D/GROSS TTEE
72 MORGAN DRIVE
OLD WESTBURY

(212) 934-13-13
TELEX: ABE 120
FAX (212) 406-8170

Your account number: 1-CM051-3-0

DAY 11/5/90

| BOUGHT RECEIVED ON LOAN | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE |
|---|---|---|---|---|
| 250 | | | COCA-COLA CO | 50 3/8 |
| 105 | | | DISNEY (WALT) PRODUCTS | 90 1/2 |
| 150 | | | DOW CHEMICAL CO | 72 1/2 |
| 155 | | | DU PONT E I DE NEMOURS & CO | 66 5/8 |
| 65 | | | EASTMAN KODAK CO | 48 1/8 |
| 235 | | | EXXON CORP | 62 7/8 |
| | 60,7727 | | FIDELITY CASH RESERVES SBI | 1 |
| 390 | | | FORD MOTOR COMPANY | 29 1/2 |
| 345 | | | GENERAL ELECTRIC CO | 64 |
| 50 | | | GENERAL MOTORS CORP | 39 1/2 |
| 80 | | | HEWLETT PACKARD CO | 47 3/4 |
| 110 | | | INTEL CORP | 62 1/8 |
| 125 | | | INTERNATIONAL BUSINESS MACHS | 76 1/2 |
| 125 | | | JOHNSON & JOHNSON | 54 5/8 |
| 195 | | | MCI COMMUNICATIONS CORP | 23 |
| 265 | | | MCDONALDS CORP | 26,7/8 |
| 80 | | | MERCK & CO | 55 5/8 |
| 80 | | | MINNESOTA MING & MFG CO | 86 1/2 |
| 350 | | | PEPSICO INC | 25 |
| 45 | | | SEARS ROEBUCK & CO | 40 1/2 |
| 620 | | | WAL-MART STORES INC | 22 1/2 |
| | | | BARNEY VALUE OF SECURITIES LONG/SHORT | 809,550.10 |

9/22/2015

Bernard Madoff's 'Stealth Sales Force' Charged with Fraud       Page 1 of 3

*[handwritten: A+ 8]*

TEAM USA
David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

# Bernard Madoff's 'Stealth Sales Force' Charged with Fraud

By KATE MCCARTHY
June 22, 2009

*[handwritten: COHMAD  RICHARD SPRING PART OF MADOFF]*

abcnews.go.com



**SEC Alleges Employees of Feeder Fund Funneled "Billions of Dollars" to Madoff**

A Bernard Madoff feeder fund and three of its employees were charged with securities fraud by the Securities and Exchange Commission on Monday. The SEC alleges they acted as a "stealth sales force" and "knowingly or recklessly" participated in the Ponzi scheme by funneling billions of dollars to Bernard L. Madoff Investment Securities Corporation LLC.

Cohmad and three of its employees, Maurice Cohn, Marcia Cohn and Robert Jaffe, were "instrumental to the success of Madoff's scheme" for more than 20 years, according to documents filed in the United States District Court in the Southern District of New York.

The SEC alleges the defendants specifically recruited "affluent but financially unsophisticated investors."

"Madoff communicated to the Defendants that he would not accept investments from anyone who worked in the finance or banking industry. Madoff communicated his concern to Cohmad and the Cohns that sophisticated investors would ask 'too many questions,'" according to the civil complaint.

The three defendants were paid an excess of $100 million in fees for recruiting investors who accounted for more than 800 accounts at Madoff's investment advisory business.

The complaint alleges that Robert Jaffe was paid directly through his personal account at Bernard L. Madoff Investment Securities and received "outsized" returns of up to 46% despite the fact that the clients he referred received returns of 12% to 18%.

Jaffe withdrew at least $150 million from his accounts between 1996 and 2008 and "made specific request to BMIS seeking a specific dollar amount of gains for a given period," according to the SEC.

"The complaint filed today by the Securities and Exchange Commission, which we learned about only from the press, smacks of impulsiveness and efforts at self-justification. It is unfair, baseless in the law, and is inaccurate in its understanding of the facts and of Mr. Jaffe," Jaffe's lawyer said in a statement.

Lawyers for the Maurice and Marcia Cohn did not return calls for comment.

**Ruth Madoff Withdrew $15.5M from Cohmad** *[handwritten: ← RICHARD SPRING]*

Ruth Madoff withdrew $15.5 million from an account at Cohmad prior to her husband's

David Gross
7248 Ballantrae Ct
Boca Raton FL 33496-1422

*[signature] David Gross  561-483-4722*

---------- Forwarded message ----------
From: "Network For Investor Action" <admin@investoraction.org>
Date: Nov 19, 2015 1:00 PM
Subject: NIAP: Daily News 11-19-15
To: <davidgross63@gmail.com>
Cc:

# NIAP
*Network for Investor Action and Protection*

**Daily News Clips
November 19th, 2015**

### ALERT: H.R. 1982 - New Co-sponsorettlement of $497 million

H.R. 1982: Restoring Main Street Investor Protection and Confidence Act - Congressman Steven Palazzo [R-MS4] has signed on to co-sponsor H.R. 1982. The bill now has 50 cosponsors (40 Republicans, 10 Democrats).

### Madoff Investors to Get Over $1 Billion in Added Recoveries

Two judges on Wednesday approved a $1 billion-plus payout to victims of Bernard Madoff's massive Ponzi scheme, including those who invested with New York money manager J. Ezra Merkin. More in the Wall Street Journal here.

Visit Us Online!
www.investoraction.org

*Will you put funds back in my IRA*

This message was sent to davidgross63@gmail.com from:

Network For Investor Action | admin@investoraction.org | Network For Investor Action and Protection | P.O. Box 2159 | Halesite, NY 11743

Manage Your Subscription

Email Marketing by
**iContact**
TRY IT FOR FREE ▶

,

We love the look of this stationery just the way it is. But you can add your own personal touch in almost no time.

On the Design tab of the ribbon, check out the Themes, Colors, and Fonts galleries to preview different looks from a variety of choices. Then just click to apply the one you like.

We've also created styles that let you match the formatting you see in this letter with just a click. On the Home tab of the ribbon, check out the Styles gallery for all styles used in this letter.

Ready to add your digits? No problem. Just double-click the header area to add your contact information.

Warm regards,
DAVID GROSS


