**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT YAFFE,<br><br>                    Defendant. | Adv. Pro. No. 10-04380 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  January 22, 2016.

2. Fact Discovery shall be completed by:  August 1, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due:  October 20, 2016.

4. The Disclosure of Rebuttal Experts shall be due:  December 21, 2016.

5. The Deadline for Completion of Expert Discovery shall be:  January 23, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  January 30, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 13, 2017.

8. The Deadline for Conclusion of Mediation shall be:  June 13, 2017.

Dated: New York, New York  
December 8, 2015

WINDELS MARX LANE & MITTENDORF, LLP  
By /s/ Howard L. Simon  
Howard L. Simon  
Kim M. Longo  
John J. Tepedino  
156 West 56th Street  
New York, NY 10019  
212-237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2