**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, Plaintiff, v. ESTATE OF RAANAN SMELIN; BETTY SMELIN, individually and in her capacity as Executrix of the Estate of Raanan Smelin; ANICE MILLS; DAVID SMELIN; and ADAM SMELIN, Defendants. | Adv. Pro. No. 10-04622 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Estate of Raanan Smelin, Betty Smelin, individually and in her capacity as Executrix of the Estate of Ranaan Smelin, Anice Mills, David Smelin and Adam Smelin ("Defendants") by and through their counsel, Steven D. Feinstein of Feinstein & Naishtut, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served a Complaint against NTC & Co, LLP as former custodian of an Individual Retirement Account for the benefit of Raanan Smelin and Raanan Smelin.

2. On April 25, 2011, NTC & Co. LLP was voluntarily dismissed without prejudice.

3. Defendant Raanan Smelin died on February 7, 2010.

4. On July 29, 2011 an Amended Complaint was filed against Defendants.

5. On January 17, 2013, Defendants served an answer on the Trustee.

6. On October 22, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

7. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding without prejudice and without costs to either Party, subject to the right of the Trustee to move to re-open this adversary proceeding in the event of an uncured default relating to the Secured Settlement Amount and Security

Agreement provided for in the Settlement Agreement.

8. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

9. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
December 8, 2015

By: /s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ Steven D. Feinstein
**FEINSTEIN & NAISHTUT, LLP**
Steven D. Feinstin
211 South Ridge Street
Rye Brook, New York 10573
Telephone: 914.939.0002 (Ext. 111)
Facsimile: 914.939.4253
Email: sfeinstein@gfnlaw.com

*Attorney for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: December 8th, 2015
New York, New York

3