UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>                Plaintiff,<br><br>   v.<br><br>ADELE ADESS REVOCABLE LIVING TRUST DTD 10/16/01; THE ADESS FAMILY TRUST; ADELE ADESS, individually and in her capacity as Trustee for the Adele Adess Revocable Living Trust DTD 10/16/01 and as Trustee for The Adess Family Trust; BILLIE BAREN, in her capacity as Trustee for The Adess Family Trust; and NANCY ADESS, in her capacity as Trustee for The Adess Family Trust,<br><br>                Defendants. | Adv. Pro. No. 10-04727 (SMB) |

## STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE

WHEREAS, on December 1, 2010, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively consolidated estate of Bernard L. Madoff, commenced the above-captioned adversary proceeding

(the "Adversary Proceeding") against Adele Adess Revocable Living Trust DTD 10/16/01; The Adess Family Trust; Adele Adess, individually, in her capacity as Trustee for the Adele Adess Revocable Living Trust DTD 10/16/01 and as Trustee for The Adess Family Trust; Billie Baren, in her capacity as Trustee for The Adess Family Trust; and Nancy Adess, in her capacity as Trustee for The Adess Family Trust (the "Defendants") in the United States Bankruptcy Court for the Southern District of New York; and

WHEREAS, Defendants Adele Adess and Nancy Adess submitted to the Trustee hardship applications (the "Hardship Applications") requesting that the Trustee agree to dismiss them from the Adversary Proceeding. In support of the Hardship Applications, Defendants submitted to the Trustee financial statements and other information, all under penalty of perjury;

WHEREAS, in reliance on the representations made by Defendants in the Hardship Applications and other representations and/or materials submitted by Defendants in support of the Hardship Applications, the Trustee in the exercise of his due and deliberate discretion determined to dismiss Defendant Adele Adess from the Adversary Proceeding;

WHEREAS Defendants have affirmatively represented to the Trustee that during the lifetime of Defendant Adele Adess, none of the transfers referenced in Exhibit B to the Complaint were received by Defendants Nancy Adess or Billie Baren, either as initial transfers from BLMIS or subsequent transfers from any of the Defendants,

WHEREAS Defendants have affirmatively represented to the Trustee that at the time of Defendant Adele's death on February 7, 2013, neither the Adele Adess Revocable Living Trust DTD 10/16/01 nor The Adess Family Trust was funded; and

2

WHEREAS the Trustee, on the basis of the foregoing representations, has agreed to dismiss this Adversary Proceeding without prejudice under certain terms as set forth in this Stipulation;

IT IS HEREBY agreed and stipulated between the Trustee and Defendants as follows:

1. Defendants hereby affirm (i) that all representations made by Defendants and all materials provided by Defendants have been submitted by Defendants as true and correct under penalty of perjury and (ii) that the Trustee has relied upon these materials in exercising his discretion to dismiss the Adversary Proceeding.

2. Defendants hereby agree that (i) to the extent it is subsequently determined that Defendants deliberately or intentionally submitted materially false and/or misleading representations, statements and/or materials in connection with the Hardship Applications or dismissal of the Adversary Proceeding, (ii) should the Trustee discover that fictitious profits were transferred to Defendants Nancy Adess or Billie Baren, or (iii) should the Trustee discover that either Defendants the Adele Adess Revocable Living Trust DTD 10/16/01 or The Adess Family Trust was funded as of the date of Defendant Adele Adess's death, the Defendants hereby agree (i) that the Trustee shall have the right to reinstitute the Adversary Proceeding against Defendants and/or pursue other remedies available to him and (ii) that Defendants agree that this Stipulation and Order shall act to toll any applicable statutes of limitation with respect to the Trustee's commencement of any such claims and notwithstanding section 546(a) of the Bankruptcy Code, Defendants hereby agree to waive any statute of limitations defense in any such actions or claims commenced by Trustee.

3. Pursuant to Fed. R. Civ. P. 41(a), made applicable by Fed. R. Bankr. P. 7041(a), the Trustee and Defendants hereby agree that upon approval of this Stipulation and Order by the

3

Bankruptcy Court, except as set forth in paragraph 2 hereof, Trustee's claims against Defendants are dismissed without prejudice.

4.  This Agreement may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

5.  This Stipulation and Order is subject to the approval of the Bankruptcy Court, failing which the provisions of the Stipulation and Order shall be void and of no effect.

Date: December 9, 2015

| | |
|---|---|
| IRVING H. PICARD, TRUSTEE FOR THE SIPA LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC<br><br>By: /s/ *Nicholas J. Cremona*<br>   David J. Sheehan<br>   Marc E. Hirschfield<br>   Nicholas J. Cremona<br>   BAKER & HOSTETLER LLP<br>   45 Rockefeller Plaza<br>   New York, New York<br>   Telephone: (212) 589-4200<br>   Fax: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | /s/ *Billie Baren*_____<br>Adele Adess Revocable Living Trust DTD 10/16/01<br>By: Billie Baren<br>Its: Trustee<br><br><br>/s/ *Nancy Adess*_____<br>Adele Adess Revocable Living Trust DTD 10/16/01<br>By: Nancy Adess<br>Its: Trustee<br><br><br>/s/ *Billie Baren*_____<br>The Adess Family Trust<br>By: Billie Baren<br>Its: Trustee<br><br><br>/s/ *Nancy Adess*_____<br>The Adess Family Trust<br>By: Nancy Adess<br>Its: Trustee<br><br><br>/s/ *Nancy Adess*_____<br>Adele Adess, individually and in her capacity as Trustee for the Adele Adess Revocable Living Trust DTD 10/16/01 and as Trustee for The Adess Family Trust<br>By: Nancy Adess<br>Her attorney-in-fact and primary beneficiary<br><br><br>/s/ *Nancy Adess*_____<br>Nancy Adess, in her capacity as Trustee for The Adess Family Trust<br><br><br>/s/ *Billie Baren*_____<br>Billie Baren, in her capacity as Trustee for The Adess Family Trust |

5

|  | By: /s/ *Jeffrey L. Bernfeld*_____<br>Jeffrey L. Bernfeld<br>BERNFELD, DEMATTEO & BERNFELD, LLP<br>600 Third Avenue, 15th Floor<br>New York, New York 10016<br>Telephone: 212.661.1661<br>Facsimile:  212.557.9610<br>Email: jeffreybernfeld@bernfeld-dematteo.com<br><br>*Attorneys for Defendants Adele Adess Revocable Living Trust DTD 10/16/01; The Adess Family Trust; Adele Adess, individually and in her capacity as Trustee for the Adele Adess Revocable Living Trust DTD 10/16/01 and as Trustee for The Adess Family Trust; Billie Baren, in her capacity as Trustee for The Adess Family Trust; and Nancy Adess, in her capacity as Trustee for The Adess Family Trust* |
|---|---|

**SO ORDERED:**


**By: /s/ STUART M. BERNSTEIN**          Date: **December 9th, 2015**
     **HON. STUART M. BERNSTEIN**
     **UNITED STATES BANKRUPTCY JUDGE**