**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
: 
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
: Adv. Pro. No. 08-1789 (SMB)
           Plaintiff, :
: SIPA LIQUIDATION
  v. :
: (substantively consolidated)
BERNARD L. MADOFF INVESTMENT SECURITIES, :
LLC :
:
           Defendant. :
---------------------------------------------------------------------------X
:
In re: :
:
BERNARD MADOFF, :
:
           Debtor. :
:
---------------------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation of: :
Bernard L. Madoff Investment Securities LLC, : Adv. No. 10-04311 (SMB)
:
           Plaintiff, :
:
  v. :
:
ANDREW H. COHEN, :
:
           Defendant. :
---------------------------------------------------------------------------X

## **DECLARATION OF SERVICE**

    I, LINDSAY CHASTAIN, being not a party to this action and over 18 years of age, declare under penalty of perjury that on December 9, 2015, I electronically filed the Memorandum of Law (Provisional) of Intervenor-Customers on Value Defense Issues with the

Clerk of the Court using the CM/ECF System which sent notice of such filings to the following parties:

> Marc E. Hirschfield, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> Attorneys for Irving H. Picard
> Trustee
>
> Gregory Goett, Esq.
> Paul Z. Lewis, Esq.
> Lewis & McKenna
> 82 East Allendale Road
> Saddle River, New Jersey 07458
> Attorneys for Defendant
> Andrew H. Cohen

December 9, 2015
Washington, D.C.

> */s/ Lindsay Chastain*
> Lindsay Chastain