# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 10, 2015

Jessie A. Kuhn
direct dial: 212.847.2833
jkuhn@bakerlaw.com

**VIA FEDERAL EXPRESS & ECF**

Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

Re:   *Picard v. Gross, et al.; Adv. Pro. No. 10-04667*

Dear Mr. Gross:

We are in receipt of your November 29, 2015 letter (the "Letter"). As with past correspondences, you recently filed the Letter in the above-referenced adversary proceeding. It is our understanding that Ms. Helen Chaitman, copied here, represents you in this proceeding. As such, and in compliance with all applicable rules, we directed our response to the last correspondence we received from you to Ms. Chaitman. Going forward, please direct all related communications to your attorney.

We have been advised that there will be a conference before the Honorable Stuart M. Bernstein to address the issues raised in your Letter and past correspondences filed with the Court on December 16, 2015. If you would like, you can coordinate with your attorney to obtain telephonic participation, which the Court can accommodate.

Sincerely,

Jessie A. Kuhn

cc:   The Honorable Stuart M. Bernstein, United States Bankruptcy Judge (via ECF)
      Helen Chaitman, Esq. (via ECF & e-mail)

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*