**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR DECEMBER 16, 2015**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [ECF No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance action as set forth on the attached Appendix A is scheduled to be heard at the Avoidance Action Omnibus Hearing on December 16, 2015 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for **January 27, 2016 at 10:00 a.m.** The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  December 10, 2015
       New York, New York

By:  */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

# **APPENDIX A**

1.    10-05390; Picard v. 1096-11-00 River Road Associates, LLC et al.

    a. Notice of Settlement of an Order (Filed: 11/2/2015) [ECF No. 57]

    b. Letter Filed by Richard J. Abrahamsen on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC (Filed: 11/6/2015) [ECF No. 61]

    c. Letter to Honorable Stuart M. Bernstein in response to November 6, 2015 letter (Filed: 11/9/2015) [ECF No. 62]

    d. Notice of Hearing regarding Notice of Settlement of an Order (Filed: 11/16/2015) [ECF No. 66]

2.    10-04323; Picard v. Sondra M. Wiener Trust, et al.

    a. Letter requesting conference to address discovery dispute filed by Ernest E. Badway on behalf of Marvin M. Wiener, Sondra M. Wiener, Wiener Family Holding Corporation, Wiener Family Limited Partnership (Filed: 11/19/2015) [ECF No. 39]

    b. Letter re: November 19, 2015 letter requesting conference filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 11/24/2015) [ECF No. 40]

    c. Letter filed by Helen Davis Chaitman on behalf of Helene Saren-Lawrence (Filed: 11/30/2015) [ECF No. 42]

    d. Letter re: November 30, 2015 letter from Helen Davis Chaitman filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 12/1/2015) [ECF No. 43]

    e. Letter filed by Helen Davis Chaitman on behalf of Helene Saren-Lawrence (Filed: 12/2/2015) [ECF No. 45]

    f. Letter re: December 2, 2015 letter from Helen Davis Chaitman filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 12/3/2015) [ECF No. 46]

3. 10-04293; Picard v. Wiener

   a. Letter requesting conference to address discovery dispute filed by Ernest E. Badway on behalf of Marvin M. Wiener (Filed: 11/19/2015) [ECF No. 39]

   b. Letter re: November 19, 2015 letter requesting conference filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 11/24/2015) [ECF No. 40]

4. 10-04986; Picard v. Sharon Knee

   a. Pre-Trial Conference

5. 10-04667; Picard v David Gross, et al.

   a. Letter dated November 29, 2015 re: Retirement Accounts Filed by David Gross (Filed: 12/7/2015) [ECF No. 64]

   b. Letter filed by David Gross (Filed: 12/8/2015) [ECF No. 65]

   c. Letter to Mr. David Gross regarding Court Conference regarding Correspondence (Filed: 12/10/2015) [ECF No. 66]