**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>v.<br><br>FITERMAN INVESTMENT FUND, *et al.*,<br><br>              Defendants. | Adv. Pro. No. 10-04354 (SMB) |

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 29, 2014

2. Fact Discovery shall be completed by: January 15, 2016

3. The Disclosure of Case-in-Chief Experts shall be due: March 16, 2016

4. The Disclosure of Rebuttal Experts shall be due: April 15, 2016

5. The Deadline for Completion of Expert Discovery shall be: June 3, 2016

6. The Deadline to File a Notice of Mediation Referral shall be: August 3, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 17, 2016

8. The Deadline for Conclusion of Mediation shall be: December 16, 2016

Dated: New York, New York
December 11, 2015

WINDELS MARX LANE & MITTENDORF, LLP
By:/s/ Howard L. Simon
Howard L. Simon
Kim M. Longo
John J. Tepedino
156 West 56th Street
New York, NY 10019
212-237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*