| | |
|---|---|
| **Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Jorian L. Rose<br>Amy E. Vanderwal<br>George Klidonas<br>Stephanie A. Ackerman | Hearing Date: January 27, 2016<br>Hearing Time: 10:00 a.m. (EST)<br>Objections Due: January 5, 2016<br>Objection Time: 4:00 p.m. (EST) |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>          Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**<u>NOTICE OF HEARING ON TRUSTEE'S SIXTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW</u>**

**PLEASE TAKE NOTICE** that on December 11, 2015, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor") in the above-captioned SIPA liquidation proceeding, by and through his undersigned

counsel, filed the Trustee's motion (the "Sixth Omnibus Motion") seeking to have the Court overrule objections filed by or on behalf of claimants ("Claimants") that withdrew less money from BLMIS than they deposited and are, in the parlance of this case, net losers, and affirm the Trustee's claims calculation. The Sixth Omnibus Motion will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **January 27, 2016 at 10:00 a.m.,** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Sixth Omnibus Motion must be filed with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than 4:00 p.m., on **January 5, 2016** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq. so as to be received on or before **January 5, 2016** (the "Response Deadline"). Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Sixth Omnibus Motion.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Sixth Omnibus Motion, the Trustee may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Sixth Omnibus Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

| | |
|---|---|
| Dated: New York, New York<br>December 11, 2015 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Amy E. Vanderwal<br>Email : avanderwal@bakerlaw.com<br>George Klidonas<br>Email : gklidonas@bakerlaw.com<br>Stephanie A. Ackerman<br>Email: sackerman@bakerlaw.com<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York  10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |