IN RE: BLMIS. CASE NO: 08-01789 (SMB)

SIXTH OMNIBUS MOTION: EXHIBIT A

CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| 2427 Parent Corporation | 005311 | 1020 | Milberg LLP | 2427 PARENT CORPORATION | 1T0058 |
| Advent Management Corp. Pension Plan and Trust | 009527 | 3266 | Milberg LLP | ADVENT MANAGEMENT CORP PENSION PLAN AND TRUST | 1ZA466 |
| Albert Family Retirement LP | 006902 | 1019 | Milberg LLP | ALBERT FAMILY RETIREMENT L P | 1CM379 |
| ALLEN GOULD HOLDINGS INC; MILDRED GOULD HOLDINGS INC; BEN GOULD HOLDINGS, INC | 004106 | 443 | Pro Se Filing | ALLEN GOULD HOLDINGS INC MILDRED GOULD HOLDINGS INC | 1FN083 |
| Coronado SA | 002126 | 3108 | Lax & Neville, LLP | CORONADO S A P O BOX 20183 | 1FR023 |
| ANN DENVER | 009710 | 409 | Milberg LLP | ANN DENVER | 1ZA470 |
| EXPORT TECHNICIANS INC | 005351 | 436 | Seeger Weiss LLP | EXPORT TECHNICIANS INC | 1ZA794 |
| EXPORT TECHNICIANS INC | 014260 | 436 | Seeger Weiss LLP | EXPORT TECHNICIANS INC | 1ZA794 |
| NTC & CO. FBO MYRON FEUER (026129) | 000165 | 326 441 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO MYRON FEUER (026129) | 1F0173 |
| NTC & CO. FBO MYRON FEUER (026129) | 011566 | 326 441 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO MYRON FEUER (026129) | 1F0173 |
| Judith Rock Goldman | 009794 | 396 | Milberg LLP | MILLENNIUM TRUST COMPANY, LLC FBO JUDITH ROCK GOLDMAN 94320 | 1ZW013 |
| ALLAN GOLDSTEIN | 008197 | 404 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO ALLAN GOLDSTEIN (049350) | 1CM450 |
| GERTRUDE GORDON | 001449 | 490 | Pro Se Filing | GERTRUDE I GORDON REVOCABLE LIVING TRUST | 1ZA216 |
| ALLEN ROBERT GREENE | 002525 | 375 | Lax & Neville, LLP | ALLEN ROBERT GREENE | 1ZB462 |
| NTC & CO. FBO JERRY GUBERMAN (96210) | 001630 | 382 | Milberg LLP | MILLENNIUM TRUST COMPANY, LLC FBO JERRY GUBERMAN (96210) | 1ZR060 |
| NTC & CO. FBO JERRY GUBERMAN (96210) | 010171 | 382 | Milberg LLP | MILLENNIUM TRUST COMPANY, LLC FBO JERRY GUBERMAN (96210) | 1ZR060 |
| Dori Kamp | 001387 | 1992 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO DORI KAMP (97360) | 1ZR086 |
| ANITA KARIMIAN | 010930 | 397 | Milberg LLP | MILLENNIUM TRUST COMPANY, LLC FBO ANITA KARIMIAN (94936) | 1ZW019 |
| ANDREW KATZ & DEBORAH KATZ JT TEN | 001850 | 2014 | Milberg LLP | ANDREW KATZ DEBORAH KATZ JT TEN | 1KW342 |
| ANDREW KATZ & DEBORAH KATZ JT TEN | 015093 | 2014 | Milberg LLP | ANDREW KATZ DEBORAH KATZ JT TEN | 1KW342 |
| LAURENCE KAYE | 008400 | 374 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO LAURENCE KAYE (094808) | 1K0142 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| JOHN G. MALKOVICH | 009529 | 3601 | Milberg LLP | JOHN G MALKOVICH | 1ZB237 |
| Martin Rappaport Charitable Remainder Unitrust | 005197 | 1017 | Seeger Weiss LLP | MARTIN RAPPAPORT CHARITABLE REMAINDER UNITRUST | 1CM718 |
| Morse Family Foundation, Inc. | 008401 | 543 | Lax & Neville, LLP | MORSE FAMILY FOUNDATION INC | 1M0177 |
| Orthopaedic Specialty Group | 006261 | 502 | Seeger Weiss LLP | ORTHOPAEDIC SPECIALTY GRP PC DEFINED CONTRIBUTION PENSION | 1O0004 |
| PASIFIN CO. INC. | 003585 | 2015 2016 | Covington & Burling | PASIFIN CO INC C/O MORGAN & MORGAN TST CORP | 1FR001 |
| PAUL J ROBINSON | 000469 | 370 371 | Seeger Weiss LLP | PAUL J ROBINSON | 1EM299 |
| PAUL J ROBINSON | 014257 | 370 371 | Seeger Weiss LLP | PAUL J ROBINSON | 1EM299 |
| David Alan Schustack | 004980 | 505 | Rosen & Associates, P.C. | DAVID ALAN SCHUSTACK | 1ZA061 |
| Robert Jason Schustack | 004986 | 515 | Rosen & Associates, P.C. | ROBERT JASON SCHUSTACK | 1ZA066 |
| SIENNA PARTNERSHIP LP | 011547 | 1073 | Moses & Singer LLP | SIENNA PARTNERSHIP LP | 1FR041 |
| Westben Corp. | 008931 | 2185 | Milberg LLP | MELVYN I WEISS/WESTBEN | 1CM336 |
| ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | 008618 | 415 | Lax & Neville, LLP | ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | 1ZA886 |
| ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | 015084 | 415 | Lax & Neville, LLP | ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | 1ZA886 |