IN RE: BLMIS. CASE NO: 08-01789 (SMB)

SIXTH OMNIBUS MOTION: EXHIBIT B

CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 008931 | 2185 | Westben Corp. | MELVYN I WEISS/WESTBEN | 1CM336 | Milberg LLP | 4/9/2010 |
| 006902 | 1019 | Albert Family Retirement LP | ALBERT FAMILY RETIREMENT L P | 1CM379 | Milberg LLP | 11/25/2009 |
| 008197 | 404 | ALLAN GOLDSTEIN | MILLENNIUM TRUST COMPANY, LLC FBO ALLAN GOLDSTEIN (049350) | 1CM450 | Lax & Neville, LLP | 9/2/2009 |
| 005197 | 1017 | Martin Rappaport Charitable Remainder Unitrust | MARTIN RAPPAPORT CHARITABLE REMAINDER UNITRUST | 1CM718 | Seeger Weiss LLP | 11/24/2009 |
| 000469 | 370 371 | PAUL J ROBINSON | PAUL J ROBINSON | 1EM299 | Seeger Weiss LLP | 8/18/2009 |
| 014257 | 370 371 | PAUL J ROBINSON | PAUL J ROBINSON | 1EM299 | Seeger Weiss LLP | 8/18/2009 |
| 000165 | 326 441 | NTC & CO. FBO MYRON FEUER (026129) | MILLENNIUM TRUST COMPANY, LLC FBO MYRON FEUER (026129) | 1F0173 | Lax & Neville, LLP | 7/14/2009 9/21/2009 |
| 011566 | 326 441 | NTC & CO. FBO MYRON FEUER (026129) | MILLENNIUM TRUST COMPANY, LLC FBO MYRON FEUER (026129) | 1F0173 | Lax & Neville, LLP | 7/14/2009 9/21/2009 |
| 004106 | 443 | ALLEN GOULD HOLDINGS INC; MILDRED GOULD HOLDINGS INC; BEN GOULD HOLDINGS, INC | ALLEN GOULD HOLDINGS INC MILDRED GOULD HOLDINGS INC | 1FN083 | Pro Se Filing | 9/16/2009 |
| 003585 | 2015 2016 | PASIFIN CO. INC. | PASIFIN CO INC C/O MORGAN & MORGAN TST CORP | 1FR001 | Covington & Burling | 3/5/2010 |
| 002126 | 3108 | Coronado SA | CORONADO S A P O BOX 20183 | 1FR023 | Lax & Neville, LLP | 11/4/2010 |
| 011547 | 1073 | SIENNA PARTNERSHIP LP | SIENNA PARTNERSHIP LP | 1FR041 | Moses & Singer LLP | 12/16/2009 |
| 008400 | 374 | LAURENCE KAYE | MILLENNIUM TRUST COMPANY, LLC FBO LAURENCE KAYE (094808) | 1K0142 | Lax & Neville, LLP | 8/20/2009 |
| 001850 | 2014 | ANDREW KATZ & DEBORAH KATZ JT TEN | ANDREW KATZ DEBORAH KATZ JT TEN | 1KW342 | Milberg LLP | 3/4/2010 |
| 015093 | 2014 | ANDREW KATZ & DEBORAH KATZ JT TEN | ANDREW KATZ DEBORAH KATZ JT TEN | 1KW342 | Milberg LLP | 3/4/2010 |
| 008401 | 543 | Morse Family Foundation, Inc. | MORSE FAMILY FOUNDATION INC | 1M0177 | Lax & Neville, LLP | 10/27/2009 |
| 006261 | 502 | Orthopaedic Specialty Group | ORTHOPAEDIC SPECIALTY GRP PC DEFINED CONTRIBUTION PENSION | 1O0004 | Seeger Weiss LLP | 10/9/2009 |
| 005311 | 1020 | 2427 Parent Corporation | 2427 PARENT CORPORATION | 1T0058 | Milberg LLP | 11/25/2009 |
| 004980 | 505 | David Alan Schustack | DAVID ALAN SCHUSTACK | 1ZA061 | Rosen & Associates, P.C. | 10/12/2009 |
| 004986 | 515 | Robert Jason Schustack | ROBERT JASON SCHUSTACK | 1ZA066 | Rosen & Associates, P.C. | 10/14/2009 |
| 001449 | 490 | GERTRUDE GORDON | GERTRUDE I GORDON REVOCABLE LIVING TRUST | 1ZA216 | Pro Se Filing | 9/28/2009 |
| 009527 | 3266 | Advent Management Corp. Pension | ADVENT MANAGEMENT CORP | 1ZA466 | Milberg LLP | 12/1/2010 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| | | Plan and Trust | PENSION PLAN AND TRUST | | | |
| 009710 | 409 | ANN DENVER | ANN DENVER | 1ZA470 | Milberg LLP | 9/3/2009 |
| 005351 | 436 | EXPORT TECHNICIANS INC | EXPORT TECHNICIANS INC | 1ZA794 | Seeger Weiss LLP | 9/16/2009 |
| 014260 | 436 | EXPORT TECHNICIANS INC | EXPORT TECHNICIANS INC | 1ZA794 | Seeger Weiss LLP | 9/16/2009 |
| 008618 | 415 | ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | 1ZA886 | Lax & Neville, LLP | 9/10/2009 |
| 015084 | 415 | ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | ROGER WILLIAMS & MIRIAM L WILLIAMS J/T WROS | 1ZA886 | Lax & Neville, LLP | 9/10/2009 |
| 009529 | 3601 | JOHN G. MALKOVICH | JOHN G MALKOVICH | 1ZB237 | Milberg LLP | 12/29/2010 |
| 002525 | 375 | ALLEN ROBERT GREENE | ALLEN ROBERT GREENE | 1ZB462 | Lax & Neville, LLP | 8/20/2009 |
| 001630 | 382 | NTC & CO. FBO JERRY GUBERMAN (96210) | MILLENNIUM TRUST COMPANY, LLC FBO JERRY GUBERMAN (96210) | 1ZR060 | Milberg LLP | 8/26/2009 |
| 010171 | 382 | NTC & CO. FBO JERRY GUBERMAN (96210) | MILLENNIUM TRUST COMPANY, LLC FBO JERRY GUBERMAN (96210) | 1ZR060 | Milberg LLP | 8/26/2009 |
| 001387 | 1992 | Dori Kamp | MILLENNIUM TRUST COMPANY, LLC FBO DORI KAMP (97360) | 1ZR086 | Lax & Neville, LLP | 2/23/2010 |
| 009794 | 396 | Judith Rock Goldman | MILLENNIUM TRUST COMPANY, LLC FBO JUDITH ROCK GOLDMAN 94320 | 1ZW013 | Milberg LLP | 8/28/2009 |
| 010930 | 397 | ANITA KARIMIAN | MILLENNIUM TRUST COMPANY, LLC FBO ANITA KARIMIAN (94936) | 1ZW019 | Milberg LLP | 8/28/2009 |