# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## SEVENTH OMNIBUS MOTION: EXHIBIT A

### CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & CO. FBO MARY ALBANESE (44965) | 002227 | 734 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO MARY ALBANESE (44965) | 1ZR260 |
| Nancy J Alciatore and Gaston A Alciatore J/T WROS | 004611 | 974 | Pro Se Filing | NANCY J ALCIATORE & GASTON A ALCIATORE J/T WROS | 1CM003 |
| BROW FAMILY PARTNERSHIP | 013499 | 2282 | Lax & Neville, LLP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 |
| BROW FAMILY PARTNERSHIP | 013770 | 2282 | Lax & Neville, LLP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 |
| BROW FAMILY PARTNERSHIP | 015292 | 2282 | Lax & Neville, LLP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 |
| BROW FAMILY PARTNERSHIP | 015307 | 2282 | Lax & Neville, LLP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 |
| BROW FAMILY PARTNERSHIP | 015338 | 2282 | Lax & Neville, LLP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 |
| NTC & CO. FBO MARVIN F BRUCE (46421) | 013905 | 812 | SNR Denton US LLP | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN F BRUCE (46421) | 1CM399 |
| Anna Cohn (IRA) | 009769 | 567 | Phillips Nizer LLP | MILLENNIUM TRUST COMPANY, LLC FBO ANNA COHN (89349) | 1ZR115 |
| SHIRLEY SCHUSTACK CONRAD | 005592 | 843 | Rosen & Associates, P.C. | SHIRLEY SCHUSTACK CONRAD | 1ZA057 |
| Coronado SA | 000933 | 2386 | Lax & Neville, LLP | CORONADO S A P O BOX 20183 | 1FN015 |
| Judith G Damron | 001150 | 574 | Milberg LLP | JUDITH G DAMRON | 1ZA244 |
| NTC & CO. FBO JACOB DAVIS (25722) | 010610 | 786 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO JACOB DAVIS (25722) | 1ZR008 |
| DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | 000838 | 1772 | Lax & Neville, LLP | RUTH MECHANECK | 1ZB506 |
| DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | 001026 | 1772 | Lax & Neville, LLP | THE MECHANECK REV LIV TRUST DTD 5/11/94 | 1ZA413 |
| DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | 001713 | 1772 | Lax & Neville, LLP | THE MECHANECK REV LIV TRUST DTD 5/11/94 | 1ZA413 |
| DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | 070176 | 1772 | Lax & Neville, LLP | RUTH MECHANECK | 1ZB506 |
| Dorothy B Seldon Revocable Living Trust | 006616 | 696 | Milberg LLP | DOROTHY B SELDON REVOCABLE LIVING TRUST | 1ZA437 |
| Eleanor P Cohen Trustee Dated 11/14/89 FBO Eleanor P Cohen | 009607 | 726 | Lax & Neville, LLP | ELEANOR P COHEN TRUSTEE DATED 11/14/89 FBO ELEANOR P COHEN | 1ZB381 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 007981 | 895 | SNR Denton US LLP | ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 1CM255 |
| ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 009493 | 895 | SNR Denton US LLP | ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 1CM255 |
| FAMMAD LLC C/O CDL FAMILY OFFICE SERVICES | 012126 | 787 | Lax & Neville, LLP | FAMMAD LLC | 1F0201 |
| CLAUDIA FARIS | 000689 | 1074 | Gibbons P.C. | CLAUDIA FARIS | 1ZA689 |
| CLAUDIA FARIS | 000899 | 1074 | Gibbons P.C. | CLAUDIA FARIS | 1ZA689 |
| CLAUDIA FARIS | 100083 | 1074 | Gibbons P.C. | CLAUDIA FARIS | 1ZA689 |
| Forecast Designs Retirement Trust | 008441 | 1047 | Milberg LLP | FORECAST DESIGNS RETIREMENT TRUST | 1F0140 |
| FOX FAMILY PARTNERSHIP LLC | 001609 | 1037 | Lax & Neville, LLP | FOX FAMILY PARTNERSHIP LLC | 1ZB478 |
| Herbert Fox or Helen Fox J/T WROS | 000818 | 661 1102 | Pro Se Filing | HERBERT FOX OR HELEN FOX J/T WROS | 1ZA167 |
| Jerome Fox (IRA) | 001458 | 736 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO JEROME FOX (95328) | 1ZW017 |
| Selma Fox (IRA) | 001455 | 737 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO SELMA FOX (96078) | 1ZW045 |
| Amy Thau Friedman | 009525 | 669 | Milberg LLP | AMY THAU FRIEDMAN | 1ZA468 |
| Constance Friedman | 008505 | 2880 | Lax & Neville, LLP | CONSTANCE FRIEDMAN | 1F0098 |
| Sol Ganes | 011246 | 641 | Phillips Nizer LLP | NTC & CO. FBO SOL GANES (90437) | 1ZR173 |
| NTC & CO. FBO Doris Glantz | 014432 | 900 | Milberg LLP | NTC & CO. FBO DORIS GLANTZ (25737) | 1ZW054 |
| Phyllis Glick | 000604 | 855 | Pro Se Filing | PHYLLIS GLICK | 1ZA492 |
| Sidney Glodstein | 002710 | 2241 | Pro Se Filing | MILLENNIUM TRUST COMPANY, LLC FBO SIDNEY GLODSTEIN (24548) | 1ZR083 |
| Gary S Goldberg | 001341 | 560 | Pro Se Filing | GARY S GOLDBERG | 1ZB394 |
| HARRIET K MEISS TRUST, HARRIET K MEISS TRUSTEE | 015098 | 666 | Lax & Neville, LLP | HARRIET K MEISS TRUST HARRIET K MEISS TRUSTEE | 1ZA465 |
| HARRIET K MEISS TRUST, HARRIET K MEISS TRUSTEE | 015357 | 666 | Lax & Neville, LLP | HARRIET K MEISS TRUST HARRIET K MEISS TRUSTEE | 1ZA465 |
| Sanford Harwood (IRA) | 005661 | 644 | Phillips Nizer LLP | MILLENNIUM TRUST COMPANY, LLC FBO SANFORD HARWOOD (90291) | 1ZR066 |
| Bruce P Hector MD | 000615 | 782 | Lax & Neville, LLP | BRUCE P HECTOR M D | 1ZA317 |
| NTC & CO. FBO SIDNEY HOROWITZ (46854) | 010209 | 814 | SNR Denton US LLP | MILLENNIUM TRUST COMPANY, LLC FBO SIDNEY HOROWITZ (46854) | 1CM408 |
| JAY M. IZES (IRA) | 011734 | 2035 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO JAY M IZES (025271 | 1ZR311 |
| JAY M. IZES (IRA) | 100381 | 2035 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO JAY M IZES (025271 | 1ZR311 |
| JAY M. IZES (IRA) | 100388 | 2035 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO JAY M IZES (025271 | 1ZR311 |
| Julia Greene Allen Robert Greene as Cust | 002708 | 664 | Lax & Neville, LLP | JULIA GREENE ALLEN ROBERT GREENE AS CUST | 1ZA919 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & CO. FBO HOWARD L KAMP (44480) | 001403 | 714 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO HOWARD L KAMP (44480) | 1ZR257 |
| MATTHEW S KANSLER | 012197 | 739 | Lax & Neville, LLP | MATTHEW S KANSLER | 1ZB420 |
| MATTHEW S KANSLER | 015290 | 739 | Lax & Neville, LLP | MATTHEW S KANSLER | 1ZB420 |
| MATTHEW S KANSLER | 015340 | 739 | Lax & Neville, LLP | MATTHEW S KANSLER | 1ZB420 |
| NTC & CO. FBO Harry Kassel | 000783 | 1006 | Pro Se Filing | MILLENNIUM TRUST COMPANY, LLC FBO HARRY KASSEL (82616) | 1ZR149 |
| NTC & CO FBO Marvin Katkin | 010699 | 957 | Pro Se Filing | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN KATKIN (23967) | 1ZR036 |
| NTC & CO FBO Marvin Katkin | 100191 | 957 | Pro Se Filing | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN KATKIN (23967) | 1ZR036 |
| ELLIOT S. KAYE | 002548 | 783 | Lax & Neville, LLP | MR ELLIOT S KAYE | 1ZA316 |
| Kenneth D Bane 2006 Trust | 010437 | 671 | Milberg LLP | KENNETH D BANE TSTEE KENNETH D BANE 2006 TST | 1B0217 |
| NTC & CO. FBO DONALD S KENT (117638) | 012920 | 791 | Lax & Neville, LLP | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 |
| NTC & CO. FBO DONALD S KENT (117638) | 013768 | 791 | Lax & Neville, LLP | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 |
| NTC & CO. FBO DONALD S KENT (117638) | 015302 | 791 | Lax & Neville, LLP | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 |
| NTC & CO. FBO DONALD S KENT (117638) | 015348 | 791 | Lax & Neville, LLP | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 |
| DALE KLEINMAN | 012198 | 795 | Lax & Neville, LLP | DALE KLEINMAN | 1ZA993 |
| DALE KLEINMAN | 015296 | 795 | Lax & Neville, LLP | DALE KLEINMAN | 1ZA993 |
| DALE KLEINMAN | 015343 | 795 | Lax & Neville, LLP | DALE KLEINMAN | 1ZA993 |
| RONALD M. LAZARUS (IRA) | 009754 | 1173 | Phillips Nizer LLP | NTC & CO. FBO RONALD M LAZARUS (94048) | 1ZR001 |
| RONALD M. LAZARUS (IRA) | 100199 | 1173 | Phillips Nizer LLP | NTC & CO. FBO RONALD M LAZARUS (94048) | 1ZR001 |
| Rose Less | 002402 | 713 | Lax & Neville, LLP | ROSE LESS | 1ZB293 |
| Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | 012919 | 2398 | Lax & Neville, LLP | MADELAINE R KENT LIVING TRUST | 1EM098 |
| Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | 013769 | 2398 | Lax & Neville, LLP | MADELAINE R KENT LIVING TRUST | 1EM098 |
| Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | 015298 | 2398 | Lax & Neville, LLP | MADELAINE R KENT LIVING TRUST | 1EM098 |
| Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | 015347 | 2398 | Lax & Neville, LLP | MADELAINE R KENT LIVING TRUST | 1EM098 |
| JASON MICHAEL MATHIAS | 002904 | 1759 | PRO SE FILING | JASON MICHAEL MATHIAS | 1M0097 |
| LEE MELLIS | 000218 | 817 2505 | Stanley Dale Cohen (3466) | LEE MELLIS | 1ZA448 |
| Lee Mellis (IRA) | 000182 | 2505 | Stanley Dale Cohen (3466) | MILLENNIUM TRUST COMPANY, LLC FBO LEE MELLIS (95508) | 1ZR082 |
| NTC & CO. FBO LEE MELLIS (95508) | 000182 | 817 | Stanley Dale Cohen (3466) | MILLENNIUM TRUST COMPANY, LLC FBO LEE MELLIS (95508) | 1ZR082 |
| Melton Family LLC | 008649 | 876 | Milberg LLP | MELTON FAMILY LLC | 1ZA894 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| FBO William S Mishkin | 004167 | 609 | Phillips Nizer LLP | MILLENNIUM TRUST COMPANY, LLC FBO WILLIAM S MISHKIN (22186) | 1ZR007 |
| Grace Mishkin (IRA) | 009157 | 607 | Phillips Nizer LLP | MILLENNIUM TRUST COMPANY, LLC FBO GRACE MISHKIN (29315) | 1ZW003 |
| Barbara Moore | 001560 | 2275 | Becker & Poliakoff, LLP | MILLENNIUM TRUST COMPANY, LLC FBO BARBARA G MOORE (91629) | 1ZR045 |
| Morrey Berkwitz Keogh Account | 000362 | 565 | Phillips Nizer LLP | MORREY BERKWITZ KEOGH ACCT | 1ZA043 |
| David Moskowitz | 004093 | 1970 | Becker & Poliakoff, LLP | MILLENNIUM TRUST COMPANY, LLC FBO DAVID MOSKOWITZ (43400) | 1ZW002 |
| Murray Gold, Esq. Money Purchase Plan | 001113 | 2863 | Bernfeld, Dematteo & Bernfeld, LLP | MURRAY GOLD, ESQ. MONEY PURCHASE PEN PLAN (H10) | 1G0037 |
| NUR C GANGJI TRUSTEE UNDER NUR C GANGJI | 008827 | 854 | Milberg LLP | NUR C GANGJI TRUSTEE UNDER NUR C GANGJI | 1ZA201 |
| Michael H Ostrove and Lisa Ostrove J/T WROS | 008589 | 670 | Milberg LLP | MICHAEL H OSTROVE AND LISA OSTROVE J/T WROS | 1CM360 |
| P J F N Investors LP | 008177 | 927 | Lax & Neville, LLP | P J F N INVESTORS L P ATTN: GILBERT FISCH | 1ZA081 |
| Peds Retirement Trust | 005625 | 906 | Lax & Neville, LLP | PEDS RETIREMENT TRUST GILBERT R FISCH AND | 1P0085 |
| Robert Horowitz & Harlene Horowitz as Trustees of the Horowitz Family Trust | 009145 | 885 | Milberg LLP | ROBERT HOROWITZ & HARLENE HOROWITZ AS TTEES OF | 1H0084 |
| ROBERT KEHLMANN & DIANA TOSTO KEHLMANN LIVING TST U/A DTD 3/19/90 | 008634 | 800 | Lax & Neville, LLP | ROBERT KEHLMANN & DIANA TOSTO KEHLMANN | 1ZA708 |
| Robert Kehlmann Trustee Trust FBO Ephraim Kehlmann U/A DTD 12/30/72 | 008636 | 802 | Lax & Neville, LLP | ROBERT KEHLMANN TRUSTEE TRUST FBO EPHRAIM KEHLMANN | 1ZA710 |
| Robert Kehlmann Tstee Trust UW William Kehlmann 1/23/65 | 008637 | 801 | Lax & Neville, LLP | ROBERT KEHLMANN TSTEE TST UW WILLIAM KEHLMANN | 1ZA709 |
| ROBERT KEHLMANN, TRUSTEE FOR ZIPORA WAGREICH LIVING TRUST U/A DTD 11/6/90 | 008635 | 871 | Lax & Neville, LLP | ZIPORA WAGREICH TRUSTEE U/A DTD 11/6/90 | 1ZB096 |
| ROBERT L SCHWARTZ 2004 REVOCABLE TRUST | 010611 | 464 | Lax & Neville, LLP | ROBERT L SCHWARTZ 2004 REVOCABLE TRUST | 1S0227 |
| JOAN AND HARVEY ROSENBLATT | 000300 | 2066 | Pro Se Filing | HARVEY ROSENBLATT & JOAN ROSENBLATT J/T | 1KW106 |
| Kenneth E. Roth | 004000 | 2514 | Lax & Neville, LLP | KENNETH E ROTH | 1R0213 |
| Lynda Roth | 000721 | 2374 | Milberg LLP | LYNDA ROTH | 1R0054 |
| Michael Roth | 000715 | 2373 | Milberg LLP | MICHAEL ROTH | 1R0057 |
| Michael Roth | 000722 | 2272 3524 | Milberg LLP | MILLENNIUM TRUST COMPANY, LLC FBO MICHAEL ROTH (41051) | 1R0102 |
| Donald G Rynne | 000690 | 459 | Gibbons P.C. | DONALD G RYNNE | 1ZB349 |
| Donald G Rynne | 000908 | 459 | Gibbons P.C. | DONALD G RYNNE | 1ZB349 |
| Donald G Rynne | 100072 | 459 | Gibbons P.C. | DONALD G RYNNE | 1ZB349 |
| Jean Pomerantz and Bonita Savitt | 001806 | 2505 | Stanley Dale Cohen (3466) | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 |
| Jean Pomerantz and Bonita Savitt | 009512 | 2505 | Stanley Dale Cohen (3466) | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 |
| JEAN POMERANTZ T.O.D. BONITA SAVITT | 001806 | 817 | Stanley Dale Cohen (3466) | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| JEAN POMERANTZ T.O.D. BONITA SAVITT | 009512 | 817 | Stanley Dale Cohen (3466) | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 |
| IRIS SCHAUM | 004219 | 1762 | FOX ROTHSCHILD | IRIS SCHAUM | 1S0320 |
| NTC & CO FBO Marvin Schlachter | 010954 | 913 | Milberg LLP | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN SCHLACHTER (99786) | 1S0185 |
| Robert Jason Schustack | 004982 | 515 | Rosen & Associates, P.C. | ROBERT JASON SCHUSTACK | 1ZA064 |
| RICHARD SCHWARTZ | 001429 | 2103 | Pro Se Filing | LESLIE SCHWARTZ FAM PARTNERS | 1CM359 |
| Bernard Seldon (IRA) | 006615 | 453 | Seeger Weiss LLP | MILLENNIUM TRUST COMPANY, LLC FBO BERNARD SELDON (82199) | 1ZR050 |
| Dr. Lynn Lazarus Serper | 010195 | 2346 | Milberg LLP | DR LYNN LAZARUS SERPER | 1EM243 |
| Thomas A Sherman (IRA) | 001431 | 694 | Phillips Nizer LLP | MILLENNIUM TRUST COMPANY, LLC FBO THOMAS A SHERMAN (094396) | 1EM378 |
| LEO SILVERSTEIN | 000097 | 865 | Reitler Kailas & Rosenblatt LLC | LEO SILVERSTEIN | 1ZA566 |
| Michael Silverstein & Sandra Silverstein J/T WROS | 004678 | 548 | Milberg LLP | MICHAEL SILVERSTEIN & SANDRA SILVERSTEIN J/T WROS | 1ZA569 |
| NTC & CO. FBO LEO SILVERSTEIN (84108) | 000098 | 865 | Reitler Kailas & Rosenblatt LLC | MILLENNIUM TRUST COMPANY, LLC FBO LEO SILVERSTEIN (84108) | 1ZR110 |
| NTC & CO. FBO LEO SILVERSTEIN (84108) | 009711 | 865 | Reitler Kailas & Rosenblatt LLC | MILLENNIUM TRUST COMPANY, LLC FBO LEO SILVERSTEIN (84108) | 1ZR110 |
| Paul Sirotkin (IRA) | 006104 | 621 | Pro Se Filing | MILLENNIUM TRUST COMPANY, LLC FBO PAUL SIROTKIN (042958) | 1S0244 |
| Amy Beth Smith | 004981 | 943 | Rosen & Associates, P.C. | AMY BETH SMITH | 1ZA063 |
| Amy Beth Smith | 004988 | 943 | Rosen & Associates, P.C. | AMY BETH SMITH | 1ZA065 |
| NTC & CO. FBO BERYL H STEVENS (23984) | 001874 | 1962 | Pro Se Filing | MILLENNIUM TRUST COMPANY, LLC FBO BERYL H STEVENS (23984) | 1ZR118 |
| Michael E Thau | 009524 | 676 | Milberg LLP | MICHAEL E THAU | 1ZB275 |
| ANGELO VIOLA | 001100 | 868 | Lax & Neville, LLP | ANGELO VIOLA | 1ZA297 |
| NTC & CO. FBO ANGELO VIOLA (39315) | 001101 | 869 | Lax & Neville, LLP | MILLENNIUM TRUST COMPANY, LLC FBO ANGELO VIOLA (39315) | 1ZR232 |
| NTC & CO FBO Edith Wasserman (Deceased) | 002763 | 902 | Phillips Nizer LLP | MILLENNIUM TRUST COMPANY, LLC FBO EDITH WASSERMAN DEC'D | 1W0052 |
| Yolanda Greer Trust U/A 9/1/90, Yolanda Greer Trustee | 000049 | 973 | Pro Se Filing | YOLANDA GREER TRUST U/A 9/1/93 YOLANDA GREER TTEE | 1ZA306 |