IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## SEVENTH OMNIBUS MOTION: EXHIBIT B

## CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 010437 | 671 | Kenneth D Bane 2006 Trust | KENNETH D BANE TSTEE KENNETH D BANE 2006 TST | 1B0217 | Milberg LLP | 11/10/2009 |
| 004611 | 974 | Nancy J Alciatore and Gaston A Alciatore J/T WROS | NANCY J ALCIATORE & GASTON A ALCIATORE J/T WROS | 1CM003 | Pro Se Filing | 11/19/2009 |
| 007981 | 895 | ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 1CM255 | SNR Denton US LLP | 11/18/2009 |
| 009493 | 895 | ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 1CM255 | SNR Denton US LLP | 11/18/2009 |
| 001429 | 2103 | RICHARD SCHWARTZ | LESLIE SCHWARTZ FAM PARTNERS | 1CM359 | Pro Se Filing | 3/26/2010 |
| 008589 | 670 | Michael H Ostrove and Lisa Ostrove J/T WROS | MICHAEL H OSTROVE AND LISA OSTROVE J/T WROS | 1CM360 | Milberg LLP | 11/10/2009 |
| 013905 | 812 | NTC & CO. FBO MARVIN F BRUCE (46421) | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN F BRUCE (46421) | 1CM399 | SNR Denton US LLP | 11/16/2009 |
| 010209 | 814 | NTC & CO. FBO SIDNEY HOROWITZ (46854) | MILLENNIUM TRUST COMPANY, LLC FBO SIDNEY HOROWITZ (46854) | 1CM408 | SNR Denton US LLP | 11/16/2009 |
| 012919 | 2398 | Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | MADELAINE R KENT LIVING TRUST | 1EM098 | Lax & Neville, LLP | 6/10/2010 |
| 013769 | 2398 | Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | MADELAINE R KENT LIVING TRUST | 1EM098 | Lax & Neville, LLP | 6/10/2010 |
| 015298 | 2398 | Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | MADELAINE R KENT LIVING TRUST | 1EM098 | Lax & Neville, LLP | 6/10/2010 |
| 015347 | 2398 | Madelaine R. Kent, as trustee for the Madelaine R. Kent Living Trust | MADELAINE R KENT LIVING TRUST | 1EM098 | Lax & Neville, LLP | 6/10/2010 |
| 010195 | 2346 | Dr. Lynn Lazarus Serper | DR LYNN LAZARUS SERPER | 1EM243 | Milberg LLP | 5/28/2010 |
| 001431 | 694 | Thomas A Sherman (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO THOMAS A SHERMAN (094396) | 1EM378 | Phillips Nizer LLP | 11/10/2009 |
| 008505 | 2880 | Constance Friedman | CONSTANCE FRIEDMAN | 1F0098 | Lax & Neville, LLP | 8/19/2010 |
| 008441 | 1047 | Forecast Designs Retirement Trust | FORECAST DESIGNS RETIREMENT TRUST | 1F0140 | Milberg LLP | 12/8/2009 |
| 012126 | 787 | FAMMAD LLC C/O CDL FAMILY OFFICE SERVICES | FAMMAD LLC | 1F0201 | Lax & Neville, LLP | 11/13/2009 |
| 000933 | 2386 | Coronado SA | CORONADO S A P O BOX 20183 | 1FN015 | Lax & Neville, LLP | 6/9/2010 |
| 001113 | 2863 | Murray Gold, Esq. Money Purchase Plan | MURRAY GOLD, ESQ. MONEY PURCHASE PEN PLAN (H10) | 1G0037 | Bernfeld, Dematteo & Bernfeld, LLP | 8/11/2010 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 009145 | 885 | Robert Horowitz & Harlene Horowitz as Trustees of the Horowitz Family Trust | ROBERT HOROWITZ & HARLENE HOROWITZ AS TTEES OF | 1H0084 | Milberg LLP | 11/18/2009 |
| 012920 | 791 | NTC & CO. FBO DONALD S KENT (117638) | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 | Lax & Neville, LLP | 11/13/2009 |
| 013768 | 791 | NTC & CO. FBO DONALD S KENT (117638) | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 | Lax & Neville, LLP | 11/13/2009 |
| 015302 | 791 | NTC & CO. FBO DONALD S KENT (117638) | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 | Lax & Neville, LLP | 11/13/2009 |
| 015348 | 791 | NTC & CO. FBO DONALD S KENT (117638) | NTC & CO. FBO DONALD S KENT (117638) | 1K0160 | Lax & Neville, LLP | 11/13/2009 |
| 000300 | 2066 | JOAN AND HARVEY ROSENBLATT | HARVEY ROSENBLATT & JOAN ROSENBLATT J/T | 1KW106 | Pro Se Filing | 3/22/2010 |
| 002904 | 1759 | JASON MICHAEL MATHIAS | JASON MICHAEL MATHIAS | 1M0097 | PRO SE FILING | 1/13/2010 |
| 005625 | 906 | Peds Retirement Trust | PEDS RETIREMENT TRUST GILBERT R FISCH AND | 1P0085 | Lax & Neville, LLP | 11/18/2009 |
| 000721 | 2374 | Lynda Roth | LYNDA ROTH | 1R0054 | Milberg LLP | 6/7/2010 |
| 000715 | 2373 | Michael Roth | MICHAEL ROTH | 1R0057 | Milberg LLP | 6/7/2010 |
| 000722 | 2272 3524 | Michael Roth | MILLENNIUM TRUST COMPANY, LLC FBO MICHAEL ROTH (41051) | 1R0102 | Milberg LLP | 5/11/2010 12/16/2010 |
| 004000 | 2514 | Kenneth E. Roth | KENNETH E ROTH | 1R0213 | Lax & Neville, LLP | 7/7/2010 |
| 010954 | 913 | NTC & CO FBO Marvin Schlachter | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN SCHLACHTER (99786) | 1S0185 | Milberg LLP | 11/18/2009 |
| 010611 | 464 | ROBERT L SCHWARTZ 2004 REVOCABLE TRUST | ROBERT L SCHWARTZ 2004 REVOCABLE TRUST | 1S0227 | Lax & Neville, LLP | 9/25/2009 |
| 006104 | 621 | Paul Sirotkin (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO PAUL SIROTKIN (042958) | 1S0244 | Pro Se Filing | 11/5/2009 |
| 004219 | 1762 | IRIS SCHAUM | IRIS SCHAUM | 1S0320 | FOX ROTHSCHILD | 1/14/2010 |
| 002763 | 902 | NTC & CO FBO Edith Wasserman (Deceased) | MILLENNIUM TRUST COMPANY, LLC FBO EDITH WASSERMAN DEC'D | 1W0052 | Phillips Nizer LLP | 11/18/2009 |
| 000362 | 565 | Morrey Berkwitz Keogh Account | MORREY BERKWITZ KEOGH ACCT | 1ZA043 | Phillips Nizer LLP | 11/2/2009 |
| 005592 | 843 | SHIRLEY SCHUSTACK CONRAD | SHIRLEY SCHUSTACK CONRAD | 1ZA057 | Rosen & Associates, P.C. | 11/17/2009 |
| 004981 | 943 | Amy Beth Smith | AMY BETH SMITH | 1ZA063 | Rosen & Associates, P.C. | 11/18/2009 |
| 004982 | 515 | Robert Jason Schustack | ROBERT JASON SCHUSTACK | 1ZA064 | Rosen & Associates, P.C. | 10/14/2009 |
| 004988 | 943 | Amy Beth Smith | AMY BETH SMITH | 1ZA065 | Rosen & Associates, P.C. | 11/18/2009 |
| 008177 | 927 | P J F N Investors LP | P J F N INVESTORS L P ATTN: GILBERT FISCH | 1ZA081 | Lax & Neville, LLP | 11/18/2009 |
| 000818 | 661 1102 | Herbert Fox or Helen Fox J/T WROS | HERBERT FOX OR HELEN FOX J/T WROS | 1ZA167 | Pro Se Filing | 11/9/2009 12/21/2009 |
| 008827 | 854 | NUR C GANGJI TRUSTEE UNDER NUR C GANGJI | NUR C GANGJI TRUSTEE UNDER NUR C GANGJI | 1ZA201 | Milberg LLP | 11/17/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001150 | 574 | Judith G Damron | JUDITH G DAMRON | 1ZA244 | Milberg LLP | 11/2/2009 |
| 001100 | 868 | ANGELO VIOLA | ANGELO VIOLA | 1ZA297 | Lax & Neville, LLP | 11/17/2009 |
| 000049 | 973 | Yolanda Greer Trust U/A 9/1/90, Yolanda Greer Trustee | YOLANDA GREER TRUST U/A 9/1/93 YOLANDA GREER TTEE | 1ZA306 | Pro Se Filing | 10/30/2009 |
| 002548 | 783 | ELLIOT S. KAYE | MR ELLIOT S KAYE | 1ZA316 | Lax & Neville, LLP | 11/13/2009 |
| 000615 | 782 | Bruce P Hector MD | BRUCE P HECTOR M D | 1ZA317 | Lax & Neville, LLP | 11/13/2009 |
| 001026 | 1772 | DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | THE MECHANECK REV LIV TRUST DTD 5/11/94 | 1ZA413 | Lax & Neville, LLP | 1/15/2010 |
| 001713 | 1772 | DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | THE MECHANECK REV LIV TRUST DTD 5/11/94 | 1ZA413 | Lax & Neville, LLP | 1/15/2010 |
| 006616 | 696 | Dorothy B Seldon Revocable Living Trust | DOROTHY B SELDON REVOCABLE LIVING TRUST | 1ZA437 | Milberg LLP | 11/10/2009 |
| 000218 | 817 2505 | LEE MELLIS | LEE MELLIS | 1ZA448 | Stanley Dale Cohen (3466) | 11/13/2009 6/30/2010 |
| 015098 | 666 | HARRIET K MEISS TRUST, HARRIET K MEISS TRUSTEE | HARRIET K MEISS TRUST HARRIET K MEISS TRUSTEE | 1ZA465 | Lax & Neville, LLP | 11/9/2009 |
| 015357 | 666 | HARRIET K MEISS TRUST, HARRIET K MEISS TRUSTEE | HARRIET K MEISS TRUST HARRIET K MEISS TRUSTEE | 1ZA465 | Lax & Neville, LLP | 11/9/2009 |
| 009525 | 669 | Amy Thau Friedman | AMY THAU FRIEDMAN | 1ZA468 | Milberg LLP | 11/10/2009 |
| 013499 | 2282 | BROW FAMILY PARTNERSHIP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 | Lax & Neville, LLP | 5/17/2010 |
| 013770 | 2282 | BROW FAMILY PARTNERSHIP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 | Lax & Neville, LLP | 5/17/2010 |
| 015292 | 2282 | BROW FAMILY PARTNERSHIP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 | Lax & Neville, LLP | 5/17/2010 |
| 015307 | 2282 | BROW FAMILY PARTNERSHIP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 | Lax & Neville, LLP | 5/17/2010 |
| 015338 | 2282 | BROW FAMILY PARTNERSHIP | BROW FAMILY PARTNERSHIP C/O MILDRED S WANG | 1ZA482 | Lax & Neville, LLP | 5/17/2010 |
| 000604 | 855 | Phyllis Glick | PHYLLIS GLICK | 1ZA492 | Pro Se Filing | 11/17/2009 |
| 000097 | 865 | LEO SILVERSTEIN | LEO SILVERSTEIN | 1ZA566 | Reitler Kailas & Rosenblatt LLC | 11/17/2009 |
| 004678 | 548 | Michael Silverstein & Sandra Silverstein J/T WROS | MICHAEL SILVERSTEIN & SANDRA SILVERSTEIN J/T WROS | 1ZA569 | Milberg LLP | 10/28/2009 |
| 000689 | 1074 | CLAUDIA FARIS | CLAUDIA FARIS | 1ZA689 | Gibbons P.C. | 12/16/2009 |
| 000899 | 1074 | CLAUDIA FARIS | CLAUDIA FARIS | 1ZA689 | Gibbons P.C. | 12/16/2009 |
| 100083 | 1074 | CLAUDIA FARIS | CLAUDIA FARIS | 1ZA689 | Gibbons P.C. | 12/16/2009 |
| 008634 | 800 | ROBERT KEHLMANN & DIANA TOSTO KEHLMANN LIVING TST U/A DTD 3/19/90 | ROBERT KEHLMANN & DIANA TOSTO KEHLMANN | 1ZA708 | Lax & Neville, LLP | 11/13/2009 |
| 008637 | 801 | Robert Kehlmann Tstee Trust UW William Kehlmann 1/23/65 | ROBERT KEHLMANN TSTEE TST UW WILLIAM KEHLMANN | 1ZA709 | Lax & Neville, LLP | 11/13/2009 |
| 008636 | 802 | Robert Kehlmann Trustee Trust FBO Ephraim Kehlmann U/A DTD | ROBERT KEHLMANN TRUSTEE TRUST FBO EPHRAIM KEHLMANN | 1ZA710 | Lax & Neville, LLP | 11/13/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| | | 12/30/72 | | | | |
| 008649 | 876 | Melton Family LLC | MELTON FAMILY LLC | 1ZA894 | Milberg LLP | 11/17/2009 |
| 002708 | 664 | Julia Greene Allen Robert Greene as Cust | JULIA GREENE ALLEN ROBERT GREENE AS CUST | 1ZA919 | Lax & Neville, LLP | 11/9/2009 |
| 012198 | 795 | DALE KLEINMAN | DALE KLEINMAN | 1ZA993 | Lax & Neville, LLP | 11/13/2009 |
| 015296 | 795 | DALE KLEINMAN | DALE KLEINMAN | 1ZA993 | Lax & Neville, LLP | 11/13/2009 |
| 015343 | 795 | DALE KLEINMAN | DALE KLEINMAN | 1ZA993 | Lax & Neville, LLP | 11/13/2009 |
| 001806 | 817 | JEAN POMERANTZ T.O.D. BONITA SAVITT | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 | Stanley Dale Cohen (3466) | 11/13/2009 |
| 001806 | 2505 | Jean Pomerantz and Bonita Savitt | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 | Stanley Dale Cohen (3466) | 6/30/2010 |
| 009512 | 817 | JEAN POMERANTZ T.O.D. BONITA SAVITT | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 | Stanley Dale Cohen (3466) | 11/13/2009 |
| 009512 | 2505 | Jean Pomerantz and Bonita Savitt | JEAN POMERANTZ T.O.D. BONITA SAVITT | 1ZB017 | Stanley Dale Cohen (3466) | 6/30/2010 |
| 008635 | 871 | ROBERT KEHLMANN, TRUSTEE FOR ZIPORA WAGREICH LIVING TRUST U/A DTD 11/6/90 | ZIPORA WAGREICH TRUSTEE U/A DTD 11/6/90 | 1ZB096 | Lax & Neville, LLP | 11/17/2009 |
| 009524 | 676 | Michael E Thau | MICHAEL E THAU | 1ZB275 | Milberg LLP | 11/10/2009 |
| 002402 | 713 | Rose Less | ROSE LESS | 1ZB293 | Lax & Neville, LLP | 11/11/2009 |
| 000690 | 459 | Donald G Rynne | DONALD G RYNNE | 1ZB349 | Gibbons P.C. | 9/24/2009 |
| 000908 | 459 | Donald G Rynne | DONALD G RYNNE | 1ZB349 | Gibbons P.C. | 9/24/2009 |
| 100072 | 459 | Donald G Rynne | DONALD G RYNNE | 1ZB349 | Gibbons P.C. | 9/24/2009 |
| 009607 | 726 | Eleanor P Cohen Trustee Dated 11/14/89 FBO Eleanor P Cohen | ELEANOR P COHEN TRUSTEE DATED 11/14/89 FBO ELEANOR P COHEN | 1ZB381 | Lax & Neville, LLP | 11/12/2009 |
| 001341 | 560 | Gary S Goldberg | GARY S GOLDBERG | 1ZB394 | Pro Se Filing | 10/30/2009 |
| 012197 | 739 | MATTHEW S KANSLER | MATTHEW S KANSLER | 1ZB420 | Lax & Neville, LLP | 11/12/2009 |
| 015290 | 739 | MATTHEW S KANSLER | MATTHEW S KANSLER | 1ZB420 | Lax & Neville, LLP | 11/12/2009 |
| 015340 | 739 | MATTHEW S KANSLER | MATTHEW S KANSLER | 1ZB420 | Lax & Neville, LLP | 11/12/2009 |
| 001609 | 1037 | FOX FAMILY PARTNERSHIP LLC | FOX FAMILY PARTNERSHIP LLC | 1ZB478 | Lax & Neville, LLP | 12/6/2009 |
| 000838 | 1772 | DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | RUTH MECHANECK | 1ZB506 | Lax & Neville, LLP | 1/15/2010 |
| 070176 | 1772 | DEBORAH & RUTH MECHANECK, CO-TRUSTEES, MECHANECK LIVING TRUST DTD 5/11/94 | RUTH MECHANECK | 1ZB506 | Lax & Neville, LLP | 1/15/2010 |
| 009754 | 1173 | RONALD M. LAZARUS (IRA) | NTC & CO. FBO RONALD M LAZARUS (94048) | 1ZR001 | Phillips Nizer LLP | 1/5/2010 |
| 100199 | 1173 | RONALD M. LAZARUS (IRA) | NTC & CO. FBO RONALD M LAZARUS (94048) | 1ZR001 | Phillips Nizer LLP | 1/5/2010 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 004167 | 609 | FBO William S Mishkin | MILLENNIUM TRUST COMPANY, LLC FBO WILLIAM S MISHKIN (22186) | 1ZR007 | Phillips Nizer LLP | 11/4/2009 |
| 010610 | 786 | NTC & CO. FBO JACOB DAVIS (25722) | MILLENNIUM TRUST COMPANY, LLC FBO JACOB DAVIS (25722) | 1ZR008 | Lax & Neville, LLP | 11/13/2009 |
| 010699 | 957 | NTC & CO FBO Marvin Katkin | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN KATKIN (23967) | 1ZR036 | Pro Se Filing | 11/18/2009 |
| 100191 | 957 | NTC & CO FBO Marvin Katkin | MILLENNIUM TRUST COMPANY, LLC FBO MARVIN KATKIN (23967) | 1ZR036 | Pro Se Filing | 11/18/2009 |
| 001560 | 2275 | Barbara Moore | MILLENNIUM TRUST COMPANY, LLC FBO BARBARA G MOORE (91629) | 1ZR045 | Becker & Poliakoff, LLP | 5/12/2010 |
| 006615 | 453 | Bernard Seldon (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO BERNARD SELDON (82199) | 1ZR050 | Seeger Weiss LLP | 9/24/2009 |
| 005661 | 644 | Sanford Harwood (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO SANFORD HARWOOD (90291) | 1ZR066 | Phillips Nizer LLP | 11/6/2009 |
| 000182 | 817 | NTC & CO. FBO LEE MELLIS (95508) | MILLENNIUM TRUST COMPANY, LLC FBO LEE MELLIS (95508) | 1ZR082 | Stanley Dale Cohen (3466) | 11/13/2009 |
| 000182 | 2505 | Lee Mellis (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO LEE MELLIS (95508) | 1ZR082 | Stanley Dale Cohen (3466) | 6/30/2010 |
| 002710 | 2241 | Sidney Glodstein | MILLENNIUM TRUST COMPANY, LLC FBO SIDNEY GLODSTEIN (24548) | 1ZR083 | Pro Se Filing | 5/5/2010 |
| 000098 | 865 | NTC & CO. FBO LEO SILVERSTEIN (84108) | MILLENNIUM TRUST COMPANY, LLC FBO LEO SILVERSTEIN (84108) | 1ZR110 | Reitler Kailas & Rosenblatt LLC | 11/17/2009 |
| 009711 | 865 | NTC & CO. FBO LEO SILVERSTEIN (84108) | MILLENNIUM TRUST COMPANY, LLC FBO LEO SILVERSTEIN (84108) | 1ZR110 | Reitler Kailas & Rosenblatt LLC | 11/17/2009 |
| 009769 | 567 | Anna Cohn (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO ANNA COHN (89349) | 1ZR115 | Phillips Nizer LLP | 11/2/2009 |
| 001874 | 1962 | NTC & CO. FBO BERYL H STEVENS (23984) | MILLENNIUM TRUST COMPANY, LLC FBO BERYL H STEVENS (23984) | 1ZR118 | Pro Se Filing | 2/17/2010 |
| 000783 | 1006 | NTC & CO. FBO Harry Kassel | MILLENNIUM TRUST COMPANY, LLC FBO HARRY KASSEL (82616) | 1ZR149 | Pro Se Filing | 11/20/2009 |
| 011246 | 641 | Sol Ganes | NTC & CO. FBO SOL GANES (90437) | 1ZR173 | Phillips Nizer LLP | 11/6/2009 |
| 001101 | 869 | NTC & CO. FBO ANGELO VIOLA (39315) | MILLENNIUM TRUST COMPANY, LLC FBO ANGELO VIOLA (39315) | 1ZR232 | Lax & Neville, LLP | 11/17/2009 |
| 001403 | 714 | NTC & CO. FBO HOWARD L KAMP (44480) | MILLENNIUM TRUST COMPANY, LLC FBO HOWARD L KAMP (44480) | 1ZR257 | Lax & Neville, LLP | 11/11/2009 |
| 002227 | 734 | NTC & CO. FBO MARY ALBANESE (44965) | MILLENNIUM TRUST COMPANY, LLC FBO MARY ALBANESE (44965) | 1ZR260 | Lax & Neville, LLP | 11/12/2009 |
| 011734 | 2035 | JAY M. IZES (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO JAY M IZES (025271 | 1ZR311 | Lax & Neville, LLP | 3/16/2010 |
| 100381 | 2035 | JAY M. IZES (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO JAY M IZES (025271 | 1ZR311 | Lax & Neville, LLP | 3/16/2010 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 100388 | 2035 | JAY M. IZES (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO JAY M IZES (025271 | 1ZR311 | Lax & Neville, LLP | 3/16/2010 |
| 004093 | 1970 | David Moskowitz | MILLENNIUM TRUST COMPANY, LLC FBO DAVID MOSKOWITZ (43400) | 1ZW002 | Becker & Poliakoff, LLP | 2/22/2010 |
| 009157 | 607 | Grace Mishkin (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO GRACE MISHKIN (29315) | 1ZW003 | Phillips Nizer LLP | 11/4/2009 |
| 001458 | 736 | Jerome Fox (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO JEROME FOX (95328) | 1ZW017 | Lax & Neville, LLP | 11/12/2009 |
| 001455 | 737 | Selma Fox (IRA) | MILLENNIUM TRUST COMPANY, LLC FBO SELMA FOX (96078) | 1ZW045 | Lax & Neville, LLP | 11/12/2009 |
| 014432 | 900 | NTC & CO. FBO Doris Glantz | NTC & CO. FBO DORIS GLANTZ (25737) | 1ZW054 | Milberg LLP | 11/18/2009 |