**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Elizabeth A. Scully
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01365 (SMB) |
| Plaintiff, | |
| v. | |
| THYBO ASSET MANAGEMENT LIMITED and THYBO STABLE FUND LTD. | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

WHEREAS:

A.     On October 23, 2015, Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78*aaa-lll*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff") and Defendants Thybo Stable Funds Ltd. and Thybo Asset Management Limited, reached a settlement agreement (the "Agreement") resolving the claims at issue in the above-captioned adversary proceeding.  On that same day the Trustee filed with this Court a Motion seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving the Agreement (the "9019 Motion").  The 9019 Motion was set to be heard on November 18, 2015.

B.     On November 17, 2015 this Court entered an Order granting the 9019 Motion and approving the Agreement.  (ECF No. 96).

NOW, THEREFORE, it is hereby STIPULATED AND AGREED that:

In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Trustee and Defendants Thybo Stable Funds Ltd. and Thybo Asset Management Limited hereby stipulate to a dismissal of the above-captioned adversary proceeding with prejudice, with each party bearing its own costs, attorneys' fees, and expenses.

Dated: December 11, 2015

| BAKER & HOSTETLER LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By:  */s/ Elizabeth A. Scully*  <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  (212) 589-4200 | By:  */s/ Carmine D. Boccuzzi, Jr.*  <br> One Liberty Plaza <br> New York, New York 10006 |

<div style="columns:2">

Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Mark A. Kornfeld
E-mail:  mkornfeld@bakerlaw.com
Thomas L. Long
E-mail:  tlong@bakerlaw.com

--and--

Elizabeth A. Scully (*pro hac*)
E-mail:  escully@bakerlaw.com
1050 Connecticut Ave., N.W., 1100
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of the estate of Bernard L.*
*Madoff Investment Securities LLC and the*
*Estate of Bernard L. Madoff*

Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
Carmine D. Boccuzzi, Jr.
Email: cboccuzzi@cgsh.com

*Attorneys for Defendants Thybo Stable Funds*
*Ltd. and Thybo Asset Management Limited*

</div>

Dated: New York, New York
       December 14<u>th</u>, 2015


SO ORDERED.


/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE