**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE ARTICLE FOURTH NON-EXEMPT TRUST CREATED UNDER THE LEO M. KLEIN TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, a Florida trust, THE LEO M. KLEIN REVOCABLE TRUST DATED JUNE 14, 1989 AS AMENDED AND | Adv. Pro. No. 10-04513 (SMB) |

300374751

RESTATED, a Florida trust, GLORIA C. KLEIN
REVOCABLE TRUST DATED APRIL 16, 1990,
AS AMENDED, a Florida trust, ESTATE OF LEO
M. KLEIN, ESTATE OF GLORIA C. KLEIN,
GLORIA C. KLEIN TRUST F/B/O JANE KLEIN,
a Florida trust, JANE A. KLEIN, as trustee,
personal representative, and as an individual,
GLORIA C. KLEIN TRUST F/B/O DEBORAH
KLEIN PATTON, a Florida trust, DEBORAH
KLEIN PATTON, as trustee and as an individual,
and JUSTIN ANDREW KLEIN,

Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to

the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this

Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance

procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on November 30, 2015 the Trustee filed with this

Court the Notice of Mediation Referral [Dkt. No. 34], wherein the adversary proceeding was

referred to mediation upon completion of discovery without further court order.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

300374751

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Trustee and Defendants (the "Parties") upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Judge Francis G. Conrad (USBJ, Ret.) of Cross-Continental Arbitration and Mediation Service, to act as Mediator in this matter. The Parties further agree to contact Judge Conrad as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York
     December 14, 2015

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

3

300374751

**JASPAN SCHLESINGER LLP**

By: *s/ Ryan E. Cronin*
300 Garden City Plaza
Garden City, New York 11530
Telephone: 516.393.8275
Steven R. Schlesinger
Email: SSchlesinger@jaspanllp.com
Ryan E. Cronin
Email: RCronin@jaspanllp.com
Shannon A. Scott
Email: SScott@jaspanllp.com

*Attorneys for Defendants*

4