BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2015 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.   Nineteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 for Baker & Hostetler,

        L.L.P., Trustee's Attorney, Period: 4/1/2015 to 7/31/2015, Fees: $41,292,007.29, Expenses: $315058.77. Filed by Baker & Hostetler, LLP (Filed: 11/23/2015) [Docket No. 12089]

B.    Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Schiltz & Schiltz, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fees: $56,756.52, Expenses: $3,689.17. Filed by Schiltz & Schiltz (Filed: 11/23/2015) [Docket No. 12090]

C.    Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Higgs & Johnson, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $2,609.51, Expenses: $27.42. Filed by Higgs & Johnson (Filed: 11/23/2015) [Docket No. 12091]

D.    Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Sorokor - Agmon, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $630,051.41, Expenses: $23,410.31. Filed by Sorokor – Agmon (Filed: 11/23/2015) [Docket No. 12092]

E.    Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $45,392.90, Expenses: $291.12. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 11/23/2015) [Docket No. 12093]

F.    Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for SCA Creque, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $6,905.00, Expenses: $2,606.00. Filed by SCA Creque (Filed: 11/23/2015) [Docket No. 12094]

G.    Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Young Conaway Stargatt & Taylor, LLP, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $113,387.85, Expenses: $1,643.95. Filed by Young Conaway Stargatt & Taylor, LLP

(Filed: 11/23/2015) [Docket No. 12095]

H.     Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Williams, Barristers & Attorneys, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $229,145.41, Expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 11/23/2015) [Docket No. 12096]

I.     Final Application of Taylor Wessing as Special Counsel to the Trustee for Reimbursement of Fees Previously Held Back by SIPC. Filed by Taylor Wessing (Filed: 11/23/2015) [Docket No. 12097]

J.     Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for UGGC & Associes, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $64,247.57, Expenses: $11,758.73. Filed by UGGC & Associes (Filed: 11/23/2015) [Docket No. 12098]

K.     Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Triay Stagnetto Neish, Special Counsel, period: 4/1/2015 to 7/31/2015, Fee: $80,426.94, Expenses: $294.06. Filed by Triay Stagnetto Neish (Filed: 11/23/2015) [Docket No. 12099]

L.     Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Werder Vigano, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $27,358.68, Expenses: $304.95. Filed by Werder Vigano (Filed: 11/23/2015) [Docket No. 12100]

M.     Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Browne Jacobson, LLP, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $1,390,823.00, Expenses: $21,533.05. Filed by Browne Jacobson, LLP (Filed: 11/23/2015) [Docket No. 12101]

N.     Eighteenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $2,419,611.50, Expenses: $12,606.18. Filed by Windels Marx Lane & Mittendorf, LLP

(Filed: 11/23/2015) [Docket No. 12102]

O. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Eugene F. Collins, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $28,947.74, Expenses: $60. Filed by Eugene F. Collins (Filed: 11/23/2015) [Docket No. 12103]

P. Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Ritter & Ritter Advokatur, Special Counsel, period: 4/1/2015 to 7/31/2015, Fee: $1,510.33, Expenses: $0. Filed by Ritter & Ritter Advokatur (Filed: 11/23/2015) [Docket No. 12104]

Q. Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Cochran Allan, Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $3,728.25, Expenses: $0. Filed by Cochran Allan (Filed: 11/23/2015) [Docket No. 12105]

R. Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2015 through July 31, 2015 and for Release of a Portion of Fees Previously Held Back for Kelley, Wolter & Scott, P.A., Special Counsel, Period: 4/1/2015 to 7/31/2015, Fee: $765.00, Expenses: $0. Filed by Kelley, Wolter & Scott, P.A. (Filed: 11/23/2015) [Docket No. 12106]

S. Application of La Tanzi, Spaulding & Landreth, P.C. as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by La Tanzi, Spaulding & Landreth, P.C.
(Filed: 7/22/2015) (Filed: 11/23/2015) [Docket No. 12107]

T. Application of Tarter Krinsky & Drogin LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 13, 2015 through July 31, 2015 for Tarter Krinsky & Drogin LLP, Special Counsel, Period: 4/13/2015 to 7/31/2015, Fee: $10,575.90, Expenses: $0. Filed by Tarter Krinsky & Drogin LLP (Filed: 11/23/2015) [Docket No. 12108]

U. Application of Osborne & Osborne, P.A. as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by Osborne & Osborne, P.A. (Filed: 11/23/2015) [Docket No. 12109]

V.   Application of Bedell Cristin Guernsey Partnership as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by Bedell Cristin Guernsey Partnership (Filed: 11/23/2015) [Docket No. 12110]

W.   Application of Kugler Kandestin, L.L.P., as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by Kugler Kandestin, L.L.P. (Filed: 11/23/2015) [Docket No. 12111]

X.   Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by Munari Giudici Maniglio Panfili E Associati (Filed: 11/23/2015) [Docket No. 12112]

Related Documents:

1.   Notice of Hearing on Nineteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from April 1, 2015 through July 31, 2015. Filed by David J. Sheehan (Filed: 11/23/2015) [Docket No. 12113]

Responses Filed:

2.   Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Final and Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/9/2015) [Docket No. 12205]

3.   Recommendation of the Securities Investor Protection Corporation in Support of Application of La Tanzi Spaulding & Landreth, P.C., for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/9/2015) [Docket No. 12206]

4.   Recommendation of the Securities Investor Protection Corporation in Support of Application of Osborne & Osborne, P.A., for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/9/2015) [Docket No. 12207]

5.   Recommendation of the Securities Investor Protection Corporation in Support of Nineteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/9/2015) [Docket No. 12208]

6.   Recommendation of the Securities Investor Protection Corporation in Support of

        First Application of Tarter, Krinsky & Drogin LLP for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/9/2015) [Docket No. 12209]

7. Recommendation of the Securities Investor Protection Corporation in Support of Fourteenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/9/2015) [Docket No. 12210]

8. Recommendation of the Securities Investor Protection Corporation in Support of the Eighteenth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/9/2015) [Docket No. 12211]

9. Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of Kelley, Wolter & Scott, P.A., for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/9/2015) [Docket No. 12212]

10. Recommendation of the Securities Investor Protection Corporation in Support of Fourth Application of Cochran Allan for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/9/2015) [Docket No. 12213]

  <u>Objections Due</u>:   December 10, 2015

  <u>Objections Filed</u>:   NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York   Respectfully submitted,
   December 15, 2015

             */s/ David J. Sheehan*
             Baker & Hostetler LLP
             45 Rockefeller Plaza
             New York, New York 10111
             Telephone: (212) 589-4200
             Facsimile: (212) 589-4201
             David J. Sheehan
             Email: <u>dsheehan@bakerlaw.com</u>
             Seanna R. Brown
             Email: <u>sbrown@bakerlaw.com</u>
             Heather R. Wlodek
             Email: <u>hwlodek@bakerlaw.com</u>

             *Attorneys for Irving H. Picard, Trustee for the*
             *Substantively Consolidated SIPA Liquidation*
             *of Bernard L. Madoff Investment Securities*
             *LLC and the Estate of Bernard L. Madoff*

300376004.1