## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 15, 2015

By ECF and Electronic Mail to
bernstein.chambers@nysb.uscourts.gov

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

      Re:    Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC., No. 08-1789 (SMB)

Dear Judge Bernstein:

      I am writing concerning the proceedings pursuant to the Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (ECF 8800), as amended.

      In a letter dated October 7, 2015, I advised the Court that I would be presenting the oral argument on behalf of the moving defendants, and the hearing is now scheduled for tomorrow, December 16.  In light of subsequent developments I have advised the defendants' counsel that I was asking another one of the liaison counsel, Franklin Velie of Sullivan & Worcester LLP, to handle the argument in my place, and defense counsel have been working with him to prepare for the argument.  I have also advised the Trustee's counsel of this change.

      Respectfully submitted,

      /s/ Robinson B. Lacy

      Robinson B. Lacy

The Honorable Stuart M. Bernstein                                                                                        -2-

cc (by e-mail):

    David Sheehan, Esq.
     Baker & Hostetler LLP

    Kevin H. Bell, Esq.
     Securities Investor Protection Corporation

    Franklin B. Velie, Esq.
     Sullivan & Worcester LLP

    Counsel for the Transferee Defendants