## EXHIBIT F

## SUMMARY CHART OF DEFENDANTS' DOCUMENT PRODUCTION

| Bates number | Document description |
| --- | --- |
| 000001–000483 | Corporate transaction documents for 2006 secured loan described in Interrogatory Responses, including mortgage agreements, pledge agreements, letters, certificates, and assignments |
| 000484–002144 | Customer statements for BLMIS Account Nos. 1CM566, 1CM660, and 1G0385 for various years |