**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01001 (SMB) |
| v. | |
| DOUGLAS HALL; STEVEN HEIMOFF; BOTTLEBRUSH INVESTMENTS, L.P.; LEGHORN INVESTMENTS LTD.; and KAMALA D. HARRIS, solely in her capacity as Attorney General for the State of California, | |
| Defendants. | |

## STIPULATION AND ORDER CONCERNING SCHEDULING

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation

of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by

and through his counsel, and Douglas Hall; Steven Heimoff; Bottlebrush Investments, Ltd.;

Leghorn Investments Ltd.; and Kamala D. Harris, solely in her capacity as Attorney General for

the State of California (collectively, the "Defendants"), by and through their respective counsel

(collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on January 4, 2012, the Trustee commenced the above-referenced adversary proceeding by filing a complaint ("Complaint") and application ("Application") seeking a declaration that state-court actions commenced by the Defendants are void *ab initio* as violative of the automatic stay and seeking to preliminarily enjoin the continued litigation of such actions;

WHEREAS, on July 18, 2012, the Court issued an order directing that the Parties enter mediation concerning the subject matter of the Application and related proceedings;

WHEREAS, on July 31, 2012, November 8, 2012, December 13, 2012, February 27, 2013, June 4, 2013, September 11, 2013, November 26, 2013, March 25, 2014, June 24, 2014, October 16, 2014, January 22, 2015, and September 22, 2015, the Court so-ordered stipulations extending the Defendants' time to respond to the Complaint;

WHEREAS, the Parties have agreed that the Defendants' time to respond to the Complaint should be further extended;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE TRUSTEE AND DEFENDANTS:

1.      The Defendants' time to respond to the Complaint is extended to **February 24, 2016**.

2.      Nothing contained herein can or shall be construed as an adjudication on the merits of any claims that the Trustee and/or Defendants may have against each other or any other party, or as an admission or acknowledgement of any claim or defense as against the other by the Trustee or Defendants, with all such claims and defenses preserved.

  /s/ Alexandra Robert Gordon_____
Kamala Harris
Attorney General of California
Alexandra Robert Gordon
Deputy Attorney General
Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-7004
Email:  alexandra.robertgordon@doj.ca.gov

*Attorneys for The People of the State of
California*

  _/s/ Marvin Gelfand_____
Marvin Gelfand, Esq.
Weintraub Tobin Chediak Coleman Grodin
Law Corporation
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California  90212
Email:  mgelfand@weintraub.com

*Attorneys for Bottlebrush Investments and
Leghorn Investments, Inc.*

  /s/ Barry Weprin_____
Barry Weprin, Esq.
Leigh Smith, Esq.
Joshua E. Keller, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
Email: bweprin@milberg.com
        lsmith@milberg.com
        jkeller@milberg.com

Jeff S. Westerman, Esq.
Michelle Furukawa, Esq.
Milberg LLP
One California Plaza

  /s/ Marc E. Hirschfield_____
David J. Sheehan
Marc E. Hirschfield
Deborah H. Renner
Keith R. Murphy
Tracy L. Cole
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
        mhirschfield@bakerlaw.com
        drenner@bakerlaw.com
        kmurphy@bakerlaw.com
        tcole@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the estate of Bernard L.
Madoff*

<table>
<tr>
<td>

300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Email: jwesterman@milberg.com
       mfurukawa@milberg.com


Stephen A. Weiss, Esq.
Christopher M. Van de Kieft, Esq.
Seeger Weiss LLP
One William Street
New York, New York 10004
Email: sweiss@seegerweiss.com
       cvandekieft@seegerweiss.com



Martin R. Cramer, Esq.
623 Maitland Avenue
Teaneck, New Jersey 07666
Email: martcramer@gmail.com

*Attorneys for Douglas Hall, as Co-Trustee of the Vivian H. Hall IRA and Derivatively on Behalf of Crescent Securities, and Steven Heimoff, Derivatively on Behalf of Marloma Securities*

</td>
<td>

</td>
</tr>
</table>

SO ORDERED

Dated: December 15th, 2015
      New York, New York

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4