**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>VIZCAYA PARTNERS LIMITED, BANQUE JACOB SAFRA (GIBRALTAR) LTD, a/k/a BANK J SAFRA LIMITED, ASPHALIA FUND LIMITED, and ZEUS PARTNERS LIMITED,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 09-01154 (SMB) |

## STIPULATION ADJOURNING PRE-TRIAL CONFERENCE

It is hereby stipulated and agreed, pursuant to the Court's June 4, 2015 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences [Case No. 08-01789 (SMB), ECF No. 10106], that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for December 16, 2015 is adjourned and will be held on **January 27, 2016 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 15, 2015
New York, New York

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | BAKER & HOSTETLER LLP |
| BY: */s/Jeffrey T. Scott*<br>Jeffrey T. Scott<br>scottj@sullcrom.com<br>Joshua J. Fritsch<br>fritschj@sullcrom.com<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>*Attorneys for Defendant Bank. J. Safra (Gibraltar) Limited* | BY: */s/Oren J. Warshavsky*<br>Oren J. Warshavsky<br>owarshavsky@bakerlaw.com<br>Robertson D. Beckerlegge<br>rbeckerlegge@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>(212) 589-4200<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

KATTEN MUCHIN ROSENMAN LLP

BY:    */s/ Anthony L. Paccione*
Anthony L. Paccione
anthony.paccione@kattenlaw.com
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800

*Attorney for Defendant
Zeus Partners Limited*