**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA,<br><br>    Defendant. | Adv. Pro. No. 11-01725 (SMB) |

## STIPULATION ADJOURNING PRE-TRIAL CONFERENCE

It is hereby stipulated and agreed, pursuant to the Court's June 4, 2015 Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences [Case No. 08-01789 (SMB), ECF No. 10106], that the pre-trial conference in the above-captioned adversary proceeding previously scheduled for December 16, 2015 is adjourned and will be held on **January 27, 2016 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 15, 2015
       New York, New York

| SULLIVAN & CROMWELL LLP | BAKER & HOSTETLER LLP |
|---|---|
| BY:  */s/ Jeffrey T. Scott*  <br>Jeffrey T. Scott  <br>scottj@sullcrom.com  <br>Joshua J. Fritsch  <br>fritschj@sullcrom.com  <br>125 Broad Street  <br>New York, New York 10004  <br>(212) 558-4000  <br><br>*Attorneys for Defendant Banque J. Safra (Suisse) SA* | BY:  */s/ Oren J. Warshavsky*  <br>Oren J. Warshavsky  <br>owarshavsky@bakerlaw.com  <br>Robertson D. Beckerlegge  <br>rbeckerlegge@bakerlaw.com  <br>45 Rockefeller Plaza  <br>New York, NY 10111  <br>(212) 589-4200  <br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |