**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Graybow Group, Inc. f/k/a Graybow Communications Group, Inc., and ABG Partners (the "Claimants"), having filed an objection (the "Objection", ECF Nos. 949, 950, and 2460) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim no. 06258 hereby give notice that they withdraw such Objection.

Dated: December 15, 2015

**GOULSTON & STORRS, P.C.**

By: /s/ Peter Bilowz
400 Atlantic Avenue
Boston, MA 02110
(617) 574-4128
James F. Wallack
jwallack@goulstonstorrs.com
Peter Bilowz
pbilowz@goulstonstorrs.com

*Attorneys for Bruce Graybow and ABG Partners*