**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05105 (SMB) |
| Plaintiff, | |
| v. | |
| ROBERT C. LUKER FAMILY PARTNERSHIP; ROBERT C. LUKER, in his capacity as a partner of the Robert C. Luker Family Partnership; RUTH L. LUKER, in her capacity as a partner of the Robert C. Luker Family Partnership; SHARON R. LUKER, in her capacity as a partner of the Robert C. Luker Family Partnership; CAROL A. LUKER, in her | |

capacity as a partner of the Robert C. Luker Family Partnership; DONALD P. LUKER, in his capacity as a partner of the Robert C. Luker Family Partnership; and KENNETH S. LUKER, in his capacity as a partner of the Robert C. Luker Family Partnership,

                    Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Robert C. Luker Family Partnership, Robert C. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership and as executor of Defendant Estate of Ruth L. Luker, in its capacity as a partner of the Robert C. Luker Family Partnership; Sharon R. Luker, in her capacity as a partner of the Robert C. Luker Family Partnership; Carol A. Walsh (formerly Carol A. Luker), in her capacity as a partner of the Robert C. Luker Family Partnership; Donald P. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership; and Kenneth S. Luker, in his capacity as a partner of the Robert C. Luker Family Partnership, ("Defendants") by and through their counsel, Helen Davis Chaitman, Chaitman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

    1.    On December 2, 2010, the Trustee filed and served the Complaint against Defendants.

    2.    On August 13, 2015, Defendants served an answer on the Trustee.

    3.    On November 18, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

2

4.  In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

5.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
December 15, 2015

By: /s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ Helen Davis Chaitman
Helen Davis Chaitman
**CHAITMAN LLP**
465 Park Avenue
New York, NY 10022
Telephone: 888-759-1114
hchaitman@chaitmanllp.com

*Attorney for Robert C. Luker Family Partnership, Robert C. Luker, Ruth L. Luker, Sharon R. Luker, Carol A. Walsh, Donald P. Luker, Kenneth S. Luker*

3

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: December 16th, 2015           HON. STUART M. BERNSTEIN
New York, New York                   UNITED STATES BANKRUPTCY JUDGE

4