**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION                    :
CORPORATION,                                                        :    Adv. Pro. No. 08-01789 (SMB)
                                                                                  :
       Plaintiff-Applicant,                                  :    SIPA LIQUIDATION
                                                                                  :
v.                                                                              :    (Substantively Consolidated)
                                                                                  :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC,                                                   :
                                                                                  :
       Defendant.                                              :
---------------------------------------------------------------x
                                                                                  :
In re:                                                                        :
                                                                                  :
BERNARD L. MADOFF,                                        :
                                                                                  :
       Debtor.                                                    :
---------------------------------------------------------------x
                                                                                  :
IRVING H. PICARD, Trustee for the Liquidation   :
of Bernard L. Madoff Investment Securities LLC, :
                                                                                  :
       Plaintiff,                                                   :
                                                                                  :
v.                                                                              :    Adv. Pro. No. 10-04986 (SMB)
                                                                                  :
SHARON KNEE,                                                  :
                                                                                  :
       Defendant.                                              :
---------------------------------------------------------------x

## ORDER GRANTING WITHDRAWAL OF BRIAN A. DALEY AS ATTORNEY OF RECORD FOR SHARON KNEE

       Upon consideration of Sharon Knee's Motion to Withdraw Brian A. Daley as counsel of record for Sharon Knee, it is hereby:

{W2620421}

**ORDERED**, that Brian A. Daley, Esq., is withdrawn as counsel of record for Sharon

Knee in the above referenced case.

Dated: December 16, 2015          /s/ STUART M. BERNSTEIN
       New York, New York          UNITED STATES BANKRUPTCY JUDGE

{W2620421}