**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Jessie A. Kuhn

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                    Plaintiff,<br><br>            v.<br><br>SHARON A. RADDOCK,<br>                                    Defendant. | Adv. Pro. No. 10-04494 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were exchanged on: July 15, 2014.

2.      Fact Discovery shall be completed by: January 19, 2016.

3.      The Disclosure of Case-in-Chief Experts shall be due: March 23, 2016.

4.      The Disclosure of Rebuttal Experts shall be due: April 25, 2016.

5.      The Deadline for Completion of Expert Discovery shall be: July 25, 2016.

6.      The Deadline for Service of a Notice of Mediation Referral shall be: On or before September 14, 2016.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before September 28, 2016.

8.      The Deadline for Conclusion of Mediation shall be: On or before January 25, 2017

Dated: New York, New York
            December 16, 2015

BAKER & HOSTETLER LLP


By: *s/ Keith R. Murphy*
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Jessie A. Kuhn
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*