**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants David Gross and Irma Gross
Individually and as Joint Tenants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-1789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  DAVID GROSS and IRMA GROSS Individually and as Joint Tenants,  Defendants. | Adv. Pro. No. 10-04667 (SMB) |

## ORDER GRANTING DEFENDANTS TIME TO RETAIN NEW COUNSEL

{00017150 1 }

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) granting the Defendants 30 days to retain new counsel; and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the C Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Defendants are granted a 30-day stay of the litigation in order to retain new counsel.

Dated:   December ___, 2015
         New York, New York

                                              _____
                                              Hon. Stuart M. Bernstein
                                              UNITED STATES BANKRUPTCY JUDGE

{00017150 1 }