**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants David Gross and Irma Gross Individually and as Joint Tenants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04667 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID GROSS and IRMA GROSS Individually and as Joint Tenants, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

{00017149 1 }

I hereby certify under penalty of perjury that I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Defendants Time to Retain New Counsel;

- Declaration of Helen Davis Chaitman in Support of an Application for an Order Granting Defendants Time to Retain New Counsel; and

- Proposed Order Granting Defendants Time to Retain New Counsel,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail and United Parcel Service (UPS) upon:

> David and Irma Gross
> Davidgross63@gmail.com
> 7248 Ballantrae Court
> Boca Raton, FL 334986-1422
> (561) 483-4543

and by electronic mail:

> Marc E. Hirschfield, Esq.
> mhirschfield@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York  10111

Dated:   December 17, 2015              */s/ Helen Davis Chaitman*
         New York, New York

{00017149 1 }