# EXHIBIT A TO NINETEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: April 1, 2015 – July 31, 2015 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 11/23/2015 ECF No. 12089 | 04/01/2015 – 07/31/2015 | $41,292,007.29 | $41,292,007.29 | $37,162,806.56 | $0 | $37,162,806.56 | $315,058.77 | $315,058.77 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/23/2015 ECF No.12090 | 04/01/2015 – 07/31/2015 | $56,756.52 | $56,756.52 | $45,405.22 | $88,521.64 | $133,926.86 | $3,689.17 | $3,689.17 |
| Higgs & Johnson, Special Counsel to the Trustee | 11/23/2015 ECF No.12091 | 04/01/2015 – 07/31/2015 | $2,609.51 | $2,609.51 | $2,087.60 | $77,854.49 | $79,942.09 | $27.42 | $27.42 |
| Soroker – Agmon, Special Counsel to the Trustee | 11/23/2015 ECF No.12092 | 04/01/2015 – 07/31/2015 | $630,051.41 | $630,051.41 | $504,041.13 | $138,216.78 | $642,257.91 | $23,410.31 | $23,410.31 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 11/23/2015 ECF No.12093 | 04/01/2015 – 07/31/2015 | $45,392.90 | $45,392.90 | $36,314.32 | $365,448.11 | $401,762.43 | $291.12 | $291.12 |
| SCA Creque, Special Counsel to the Trustee | 11/23/2015 ECF No.12094 | 04/01/2015 – 07/31/2015 | $6,905.00 | $6,905.00 | $5,524.00 | $82,932.12 | $88,456.12 | $2,606.00 | $2,606.00 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/23/2015 ECF No.12095 | 04/01/2015 – 07/31/2015 | $113,387.85 | $113,387.85 | $90,710.28 | $52,186.79 | $142,897.07 | $1,643.95 | $1,643.95 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/23/2015 ECF No.12102 | 04/01/2015 – 07/31/2015 | $2,419,611.50 | $2,419,611.50 | $1,935,689.20 | $0 | $1,935,689.20 | $12,606.18 | $12,606.18 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/23/2015 ECF No.12096 | 04/01/2015 – 07/31/2015 | $229,145.41 | $229,145.41 | $183,316.33 | $243,300.98 | $426,617.31 | $0 | $0 |
| Taylor Wessing, Special Counsel to the Trustee | 11/23/2015 ECF No.12097 | | $0 | $0 | $0 | $4,778,247.44 | $4,778,247.44 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 11/23/2015 ECF No.12098 | 04/01/2015 – 07/31/2015 | $64,247.57 | $64,247.57 | $51,398.05 | $78,295.51 | $129,693.56 | $11,758.73 | $11,758.73 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | 11/23/2015 ECF No.12099 | 04/01/2015 – 07/31/2015 | $80,426.94 | $80,426.94 | $64,341.55 | $45,206.69 | $109,548.24 | $294.06 | $294.06 |
| Werder Vigano, Special Counsel to the Trustee | 11/23/2015 ECF No.12100 | 04/01/2015 – 07/31/2015 | $27,358.68 | $27,358.68 | $21,886.94 | $15,657.10 | $37,544.04 | $304.95 | $304.95 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Browne Jacobson LLP, Special Counsel to the Trustee | 11/23/2015 ECF No.12101 | 04/01/2015 – 07/31/2015 | $1,390,823.00 | $1,390,823.00 | $1,112,658.40 | $421,442.46 | $1,534,100.86 | $21,533.05 | $21,533.05 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/23/2015 ECF No.12103 | 04/01/2015 – 07/31/2015 | $28,947.74 | $28,947.74 | $23,158.20 | $34,658.54 | $57,816.74 | $60.00 | $60.00 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | 11/23/2015 ECF No.12104 | 04/01/2015 – 07/31/2015 | $1,510.33 | $1,510.33 | $1,208.26 | $8,863.47 | $10,071.73 | $0 | $0 |
| Cochran Allan, Special Counsel to the Trustee | 11/23/2015 ECF No.12105 | 04/01/2015 – 07/31/2015 | $3,728.25 | $3,728.25 | $2,982.60 | $1,444.74 | $4,427.34 | $0 | $0 |
| Kelley, Wolter & Scott Special Counsel to the Trustee | 11/23/2015 ECF No.12106 | 04/01/2015 – 07/31/2015 | $765.00 | $765.00 | $612.00 | $2,381.08 | $2,993.08 | $0 | $0 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | 11/23/2015 ECF No.12107 | | $0 | $0 | $0 | $557.77 | $557.77 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | 11/23/2015 ECF No.12108 | 04/13/2015 – 07/31/2015 | $10,575.90 | $10,575.90 | $8,460.72 | $0 | $8,460.72 | $0 | $0 |

| **Applicant** | **Date and ECF No. of Application** | **Compensation Period** | **Interim Compensation Requested** | **Interim Compensation Awarded** | **Interim Compensation To Be Paid For Current Fee Period** | **Interim Compensation To Be Paid For Prior Fee Periods** | **Interim Compensation To Be Paid** | **Expenses Requested** | **Expenses Awarded** |
|---|---|---|---|---|---|---|---|---|---|
| Osborne & Osborne P.A. Special Counsel to the Trustee | 11/23/2015 ECF No.12109 | | $0 | $0 | $0 | $176.69 | $176.69 | $0 | $0 |
| Bedell Cristin Guernse Partnership Special Counsel to the Trustee | 11/23/2015 ECF No.12110 | | $0 | $0 | $0 | $2,351.12 | $2,351.12 | $0 | $0 |
| Kugler Kandestin LLP Special Counsel to the Trustee | 11/23/2015 ECF No.12111 | | $0 | $0 | $0 | $2,327.38 | $2,327.38 | $0 | $0 |
| Munari Giudici Maniglio Panfili E Associati Special Counsel to the Trustee | 11/23/2015 ECF No.12112 | | $0 | $0 | $0 | $5,721.49 | $5,721.49 | $0 | $0 |

Schedule A(1)    DATE: 12/17/2015    INITIALS: SMB USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates