# EXHIBIT B TO NINETEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $748,285,828.64 | $748,285,828.64 | $723,111,262.51[1] | $13,748,511.19 | $13,748,511.19 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $554,077.25 | $554,077.25 | $477,920.38 | $45,972.71 | $45,972.71 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,397,993.67 | $1,397,993.67 | $1,206,916.61 | $109,614.37 | $109,614.37 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,182,223.02 | $1,182,223.02 | $1,023,632.90 | $120,610.47 | $120,610.47 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $30,538.02 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $5,582,485.46 | $5,582,485.46 | $4,831,436.48 | $236,465.47 | $236,465.47 |
| SCA Creque, Special Counsel to the Trustee | $1,263,452.33 | $1,263,452.33 | $1,093,694.01 | $10,042.30 | $10,042.30 |

---

[1] Exhibit B to the Eighteenth Interim Fee Order listed the Total Paid to the Trustee and B&H for all compensation periods as $673,948,455.95. That amount did not include a release of $12,000,000.00 from the holdback, which was approved in connection with the Eighteenth Interim Fee Application. The $723,111,262.51 listed for Total Paid to the Trustee and B&H in the current schedule includes $37,162,806.56 in interim compensation to be paid to the Trustee and B&H for the current period and $685,948,455.95 in interim compensation that was paid to the Trustee and B&H for prior periods.

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $904,096.81 | $904,096.81 | $775,464.23 | $33,027.75 | $33,027.75 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $47,754,421.16 | $47,754,421.16 | $39,428,081.40 | $346,973.40 | $346,973.40 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $3,915,523.96 | $3,915,523.96 | $3,375,720.16 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| UGGC & Associés, Special Counsel to the Trustee | $1,250,543.23 | $1,250,543.23 | $1,078,730.10 | $62,112.13 | $62,112.13 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,318.33 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $264,587.47 | $264,587.47 | $227,327.07 | $1,475.62 | $1,475.62 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Soroker - Agmon, Special Counsel to the Trustee | $2,724,243.93 | $2,724,243.93 | $2,317,611.71 | $45,953.65 | $45,953.65 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $7,776,314.87 | $7,776,314.87 | $6,642,494.36 | $749,952.97 | $749,952.97 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $7,318.57 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $765,376.80 | $765,376.80 | $657,508.13 | $32,738.89 | $32,738.89 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $135,805.37 | $135,805.37 | $117,507.76 | $3,506.94 | $3,506.94 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $30,849.49 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,689.21 | $86,689.21 | $75,072.86 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $36,841.95 | $36,841.95 | $31,854.64 | $560.00 | $560.00 |
| Cochran Allan, Special Counsel to the Trustee | $25,616.25 | $25,616.25 | $21,937.34 | $0 | $0 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $10,575.90 | $10,575.90 | $8,460.72 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |

Schedule B(1)                    DATE: 12/17/2015                    INITIALS: SMB_ USBJ