**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>ESTATE OF ROBERT RIMSKY, RIMSKY FAMILY LIMITED PARTNERSHIP, L. RIMSKY, INC., ARTICLE THIRD TRUST U/W JEANNE RIMSKY, ARTICLE FOURTH TRUST SECTION ONE, ARTICLE FOURTH TRUST SECTION THREE, ARTICLE FIFTH TRUST SECTION ONE, DOUGLAS JAY RIMSKY, RENA RIMSKY WING, LEE COOPER RIMSKY, DON HARRIS RIMSKY, | Adv. Pro. No. 10-04388 (SMB) |

|  |
|---|
| RENEE RIMSKY, MARGARET RIMSKY, SARAH RIMSKY LEVITIN, KENNETH WING, GABRIELLE JAFFE, ADAM BEER, JONATHAN WING, JULIETTE BEER, BARRY MEYERS, HARRIET L. MEYERS, ERIC RIMSKY, LIZA RIMSKY, KATE RIMSKY, K.A.L., A.R.L., J.L.W., and T. RANDOLPH HARRIS, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY, <br><br>                    Defendants. |

## NOTICE OF ADJOURNMENT OF THE PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference in the above-referenced adversary proceeding, which was previously scheduled for December 23, 2015, has been adjourned to **January 27, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced proceeding will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

[*The Remainder of this Page is Intentionally Left Blank*]

Dated: New York, New York  
December 18, 2015

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*