# Exhibit A

DUPLICATE

**CUSTOMER CLAIM**



Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES

RECEIVED

JUN 10 2009

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *(212) 768-6889*

HOME:_____

Taxpayer I.D. Number (Social Security No.)
_____

Account Number: **1-CM255**

**ELLIOTT J. GOLDSTEIN MD PC**
**MONEY PURCHASE PENSION TRUST**
**ELLIOTT GOLDSTEIN**
**230 NORTH CRAIG STREET**
**PITTSBURGH, PA 15213**

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
       a.    The Broker owes me a Credit (Cr.) Balance of          $_____
       b.    I owe the Broker a Debit (Dr.) Balance of          $_____

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                                  $_____

d.   If balance is zero, insert "None."                    ___NONE_____

2.      Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | ✓ | |
| b.   I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number **of** Shares or Face Amount of Bonds The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| **SEE STATEMENT DATED NOVEMBER 30, 2008** | | ✓ | |
| | Net Balance: $13,172,848 | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or**

10202191 V-1

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

10202191 V-1

9.          Have you or any member of your family
            ever filed a claim under the Securities
            Investor Protection Act of 1970? if                                        ✓
            so, give name of that broker.                          _____     _____

            Please list the full name and address of anyone assisting you in the
            preparation of this claim form: _Carole Neville, Sonnenschein Nath &
            Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020_.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY**

**INFORMATION AND BELIEF.** *

Date ___3/17/07___          Signature _____

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

---

* This customer form includes and incorporates in full the attached Addendum.
Customer reserves the right to amend the form for any purpose, including, without
limitation, to include interest, taxes and other costs related to this account. Social
security number withheld based upon concern about identity theft. Information
available on request.

19202191 V-1

## CLAIM ADDENDUM

**Customer:**     **Elliot J. Goldstein MD PC**
           **Money Purchase Pension Trust**
           **Elliott Goldstein**

**Address:**     **230 North Craig Street**
           **Pittsburgh, PA  15213**

**Account #:**    **1-CM255-3**
           **1-CM255-4**

Document index:[1]

1.  Statement dated 11/30/08

2.  Investment Documents

    a.    Portfolio Management Report dated 12/31/93     $26,842.29
          (Initial Investment)

    b.    Portfolio Management Report dated 12/31/93     $1,968,841.48

    c.    Portfolio Management Report dated 12/31/97     $52,659.62

    d.    Portfolio Management Report dated 06/30/98     $31,571.57

3.  Transfer Documents

    a.   Portfolio Management Report dated 12/31/05     $150,000.00

    b.   Portfolio Management Report dated 12/31/06     $510,000.00

    c.   Portfolio Management Report dated 12/31/07     $460,000.00

    d.   Account Statement dated 03/31/08     $150,000.00

    e.   Account Statement dated 03/31/08     $200,000.00

    f.   Withdrawal post 11/30/08     $ 60,000.00
         Documentation missing

Total Investments: $2,079,914.96

Total Transfers:    $1,530,000.00

---

[1] Note that certain documents containing personal information of the claimant or related parties have been redacted for the protection and privacy of the claimant and/or such related parties.

# STATEMENT DATED NOVEMBER 30, 2008

**BERNARD L. MADOFF**
MLDF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DJ
Tel (020) 7493 6222

PAGE **1**

PERIOD ENDING **11/30/06**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*2697**

YOUR ACCOUNT NUMBER **1-CM255-3-0**

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST
230 NORTH CRAIG STREET
PITTSBURGH          PA    15213

*New 7~2.00 %*
*long 7~ 10.39 %*

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 797,291.28 | |
| 11/12 | 7,358 | | 2325 | WAL-MART STORES INC | 55.830 | 411,091.14 | |
| 11/12 | 4,811 | | 2827 | INTERNATIONAL BUSINESS MACHS | 87.270 | 420,047.97 | |
| 11/12 | 17,829 | | 6651 | EXXON MOBIL CORP | 72.830 | 1,300,090.52 | |
| 11/12 | 19,527 | | 7153 | INTEL CORP | 14.510 | 284,117.77 | |
| 11/12 | 9,339 | | 11479 | JOHNSON & JOHNSON | 59.580 | 556,790.62 | |
| 11/12 | 12,735 | | 15805 | J.P. MORGAN CHASE & CO | 38.530 | 491,188.55 | |
| 11/12 | 6,792 | | 20130 | COCA COLA CO | 44.660 | 303,601.72 | |
| 11/12 | 3,962 | | 24456 | MCDONALDS CORP | 55.370 | 219,533.94 | |
| 11/12 | 7,358 | | 28782 | MERCK & CO | 28.550 | 210,364.90 | |
| 11/12 | 26,885 | | 33108 | MICROSOFT CORP | 21.810 | 587,436.85 | |
| 11/12 | 13,584 | | 37434 | ORACLE CORPORATION | 17.300 | 235,546.20 | |
| 11/12 | 5,377 | | 50412 | PEPSICO INC | 56.410 | 303,531.57 | |
| 11/12 | 3,113 | | 50914 | APPLE INC | 100.780 | 313,852.14 | |
| 11/12 | 22,923 | | 54738 | PFIZER INC | 16.940 | 389,231.62 | |
| 11/12 | 5,377 | | 55240 | ABBOTT LABORATORIES | 54.610 | 293,852.97 | |
| 11/12 | 10,188 | | 59064 | PROCTER & GAMBLE CO | 64.080 | 653,254.04 | |
| 11/12 | 3,679 | | 59566 | AMGEN INC | 59.160 | 217,796.64 | |
| 11/12 | 7,075 | | 63390 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 308,753.00 | |
| 11/12 | 16,980 | | 63892 | BANK OF AMERICA | 21.590 | 367,277.20 | |
| 11/12 | 5,660 | | 67716 | QUALCOMM INC | 33.770 | 191,364.20 | |
| 11/12 | 18,395 | | 68218 | CITI GROUP INC | 12.510 | 230,856.45 | |
| 11/12 | 4,245 | | 72042 | SCHLUMBERGER LTD | 49.480 | 210,211.60 | |
| 11/12 | 10,188 | | 72544 | COMCAST CORP CL A | 16.510 | 168,610.88 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST
230 NORTH CRAIG STREET
PITTSBURGH      PA   15213

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | 1-CM255-3-0 | ******2697 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 20,093 | | 76368 | AT&T INC | 27 | 543,314.00 | |
| 11/12 | 5,094 | | 76870 | CONOCOPHILIPS | 52.510 | 267,688.94 | |
| 11/12 | 3,396 | | 80094 | UNITED PARCEL SVC INC CLASS B | 52.040 | 176,862.84 | |
| 11/12 | 20,659 | | 81196 | CISCO SYSTEMS INC | 16.730 | 346,451.07 | |
| 11/12 | 5,943 | | 85020 | U S BANCORP | 29.530 | 175,733.79 | |
| 11/12 | 7,075 | | 85522 | CHEVRON CORP | 73.430 | 519,800.25 | |
| 11/12 | 3,396 | | 89346 | UNITED TECHNOLOGIES CORP | 53.160 | 180,666.36 | |
| 11/12 | 35,941 | | 89848 | GENERAL ELECTRIC CO | 19.630 | 706,958.83 | |
| 11/12 | 9,622 | | 93672 | VERIZON COMMUNICATIONS | 30.410 | 292,989.02 | |
| 11/12 | 849 | | 94174 | GOOGLE | 337.400 | 286,485.60 | |
| 11/12 | 11,886 | | 97998 | WELLS FARGO & CO NEW | 29.800 | 354,677.80 | |
| 11/12 | 8,490 | | 98500 | HEWLETT PACKARD CO | 34.900 | 296,640.00 | |
| 11/12 | | 100,000 | 19758 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 99,942.00 |
| 11/12 | | 12,800,000 | 20611 | U S TREASURY BILL 12/18/2008 DUE 2/12/2009 | 99.936 | | 12,791,808.00 |
| 11/12 | | | | 2/12/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 16.11 |
| 11/12 | | 30,595 | 15709 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,595.00 |
| 11/12 | 48,525 | | 25078 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,525.00 | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH        PA    15213

| PAGE | 3 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******2697 |
| YOUR ACCOUNT NUMBER | 1-CM255-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 48,525 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 48,525.00 |
| 11/19 | 875,000 | | 50334 | FIDELITY SPARTAN U S TREASURY MONEY BILL DUE 03/26/2009 | 1 | 874,352.50 | |
| 11/19 | 22,046 | | 54972 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 99.926 | 22,046.00 | |
| 11/19 | | | 59375 | FIDELITY SPARTAN U S TREASURY MONEY MARKET   3/26/2009 | 1 | | |
| | | | | NEW BALANCE | | 1,587,993.45 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,093 | | | AT&T INC | 28.560 | | |
| | 5,377 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 3,679 | | | AMGEN INC | 55.540 | | |
| | 3,113 | | | APPLE INC | 92.670 | | |
| | 16,980 | | | BANK OF AMERICA | 16.250 | | |
| | 7,075 | | | CHEVRON CORP | 79.010 | | |
| | 20,659 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 18,395 | | | CITI GROUP INC | 8.290 | | |
| | 6,792 | | | COCA COLA CO | 46.870 | | |
| | 10,188 | | | COMCAST CORP CL A | 17.340 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
□ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE **4**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER ********2697**

YOUR ACCOUNT NUMBER **1-CM255-3-0**

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH       PA    15213

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 5,094 | | | CONOCOPHILIPS | 52.520 | | |
| | 17,829 | | | EXXON MOBIL CORP | 80.150 | | |
| | 35,941 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 849 | | | GODGLE | 292.960 | | |
| | 8,490 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 19,527 | | | INTEL CORP | 13.800 | | |
| | 4,011 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 12,735 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 9,339 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,962 | | | MCDONALDS CORP | 58.750 | | |
| | 7,358 | | | MERCK & CO | 26.720 | | |
| | 26,885 | | | MICROSOFT CORP | 20.220 | | |
| | 13,584 | | | ORACLE CORPORATION | 16.090 | | |
| | 5,377 | | | PEPSICO INC | 56.700 | | |
| | 22,923 | | | PFIZER INC | 16.430 | | |
| | 7,075 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 10,188 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 5,660 | | | QUALCOMM INC | 33.570 | | |
| | 4,245 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 22,046 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 5,943 | | | U S BANCORP | 26.980 | | |
| | 3,396 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 875,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **5**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*2697**

YOUR ACCOUNT NUMBER **1-CM255-3-0**

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH      PA    15213

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,396 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 9,622 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 7,358 | | | WAL-MART STORES INC | 55.880 | | |
| | 11,886 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 13,365,288.32 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PAGE**
6

**PERIOD ENDING**
11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER**
******2697

**YOUR ACCOUNT NUMBER**
1-CM255-3-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH          PA    15213

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 88,980.5 |
| | | | | GROSS PROCEEDS FROM SALES | | | 88,299,209 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE **1**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*2697**

YOUR ACCOUNT NUMBER **1-CM255-4-0**

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH          PA    15213

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 797,292.00 |
| 11/12 | | 283 | 41760 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 446,857.00 |
| 11/12 | 283 | | 46086 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 504,023.00 | |
| 11/19 | | 283 | 32191 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 735,517.00 |
| 11/19 | 283 | | 36516 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 849,283.00 | |
| 11/19 | 283 | | 40841 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 85,183.00 | |
| 11/19 | | 283 | 45166 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 1,046,817.00 |
| | | | | NEW BALANCE | | | 1,587,994.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 283 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 466,950.00 | | | |

SHORT
— 659,390.00 —
+ 466.950
— 192,440

.I RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# INVESTMENT DOCUMENTS

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/93

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

EMPLOYEES TST PSYCHIATRIC ASSC          1-CM255-3
ELLIOT J GOLDSTEIN MD TRUSTEE

230 NORTH CRAIG STREET
PITTSBURG          PA 15213

| | | |
|---|---|---|
| STARTING EQUITY | 10/01/93 | 26,842.29CR |
| CAPITAL ADDITIONS | | 1,968,841.48CR |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | 63,735.28CR |
| CURRENT CASH BALANCE | | .55CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 2,059,418.50 |
| TOTAL EQUITY | | 2,059,419.05CR    NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR          13.68 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

EMPLOYEES TST PSYCHIATRIC ASSC          1-CM255-3
ELLIOT J GOLDSTEIN MD TRUSTEE

230 NORTH CRAIG STREET
PITTSBURGH        PA  15213

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,019,801.43CR |
| CAPITAL ADDITIONS | 52,659.62CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 644,694.12CR |
| CURRENT CASH BALANCE | .17CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,717,155.00      NET LONG |
| TOTAL EQUITY | 3,717,155.17CR |

ANNUALIZED RETURN FOR CURRENT YEAR      21.25 %

CAPITAL ADDITIONS

Contributions

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

EMPLOYEES TST PSYCHIATRIC ASSC      1-CM255-3
ELLIOT J GOLDSTEIN MD TRUSTEE

230 NORTH CRAIG STREET
PITTSBURGH        PA 15213

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,717,155.17CR |
| CAPITAL ADDITIONS | 31,571.57CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 266,437.18CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 137,691.62CR |
| CURRENT CASH BALANCE | .88CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 4,152,854.66    NET LONG |
| TOTAL EQUITY | 4,152,855.54CR |

ANNUALIZED RETURN FOR CURRENT YEAR    21.88 %

# TRANSFER DOCUMENTS

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELLIOT J GOLDSTEIN MD PC          1-CM255-3
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH        PA  15213

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 9,759,438.26CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 150,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 970,768.47CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .73CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 10,580,205.00   NET LONG |
| TOTAL EQUITY | 10,580,205.73CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.07 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELLIOT J GOLDSTEIN MD PC          1-CM255-3
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH       PA 15213

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 10,580,206.73CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 510,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 1,415,910.52CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .25CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 11,486,117.00    NET LONG |
| TOTAL EQUITY | 11,486,117.25CR |

ANNUALIZED RETURN FOR CURRENT YEAR     13.64 %

YEAR END STATEMENTS

withdrawals

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELLIOT J GOLDSTEIN MD PC          1-CM255-3
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH        PA  15213

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 11,486,117.25CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 460,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 1,318,728.74CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .49CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 12,344,845.50   NET LONG |
| TOTAL EQUITY | 12,344,845.99CR |

ANNUALIZED RETURN FOR CURRENT YEAR     11.63 %



*(handwritten: WITHDRAWALS)*

*(handwritten: 2008)*

*(handwritten: TOTAL WITH = $350,000)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH        PA        15213

**PERIOD ENDING:** 3/31/08    **PAGE:** 1

**YOUR ACCOUNT NUMBER:** 1-CM255-3-0    **YOUR TAX PAYER IDENTIFICATION NUMBER:** *****2697

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | .5( |
| 3/07 | | | | CHECK | CK | 150,000.00 | |
| 3/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/07/00 | DIV | | 21.2( |
| 3/07 | | 7,281 | 10826 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 7,281.0( |
| 3/07 | | 150,000 | 10847 | U S TREASURY BILL DUE 04/03/2008 | 99.878 | | 149,817.0( |
| 3/07 | 7,119 | | 10870 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/03/2008 | 1 | | |
| 3/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/19/08 | DIV | 7,119.00 | 5.0( |
| 3/19 | | 7,119 | 24770 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 7,119.0( |
| 3/19 | | 12,300,000 | 29098 | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.954 | | 12,294,342.0( |
| 3/19 | 12,350,000 | | 33562 | U S TREASURY BILL DUE 7/31/2008 7/31/2008 | 99.576 | 12,297,636.00 | |
| 3/19 | 3,830 | | 37908 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,830.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH          PA    15213

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/08 | 2 |

YOUR ACCOUNT NUMBER: 1-CM255-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******2697

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/31 | | | | CHECK | CW | 200,000.00 | |
| 3/31 | | | | FIDELITY SPARTAN US TREASURY MONEY MARKET DIV 03/31/08 | DIV | | 2.3 |
| 3/31 | | 3,830 | 44903 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 1 | | 3,830.0( |
| 3/31 | | 200,000 | 45170 | US TREASURY BILL DUE 7/31/2008 7/31/2008 | 99.539 | | 199,078.0( |
| 3/31 | 2,911 | | 45679 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 1 | 2,911.00 | |
| | | | | NEW BALANCE | | | .21 |

SECURITY POSITIONS

| | BOUGHT Received or Long | SOLD Delivered or Short | DESCRIPTION | MKT PRICE |
|---|---|---|---|---|
| | 2,911 | | FIDELITY SPARTAN US TREASURY MONEY MARKET | 1 |
| | 12,150,000 | | US TREASURY BILL DUE 7/31/2008 7/31/2008 | 99.546 |

MARKET VALUE OF SECURITIES
LONG                    SHORT
12,097,750.00

12,247,750°
SSD



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

230 NORTH CRAIG STREET
PITTSBURGH            PA   15213

PERIOD ENDING: 3/31/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ******2697

YOUR ACCOUNT NUMBER: 1-CM255-3-0

PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,514.71 |
| | | | | GROSS PROCEEDS FROM SALES | | | 12,643,237.04 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES