**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Maximillian S. Shifrin

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>                    v.<br><br>MARK B. EVENSTAD REVOCABLE TRUST u/a dated January 30, 2003; MARK B. EVENSTAD in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust; SHANNON MAHONEY EVENSTAD in her capacity as Trustee for the Mark B. Evenstad Revocable Trust; | Adv. Pro. No. 10-04512 (SMB) |

300286296.1

MARK B. EVENSTAD individually; and
SHANNON MAHONEY EVENSTAD
individually,

Defendants.

# EIGHTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on May 16, 2014.

2. Fact Discovery shall be completed by: March 4, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: May 3, 2016.

4. The Disclosure of Rebuttal Experts shall be due: June 2, 2016.

5. The Deadline for Completion of Expert Discovery shall be: July 8, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 15, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 29, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before December 28, 2016.

Dated:  December 21, 2015

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
| By: /s *Nicholas J. Cremona* | By:  /s/ *Daniel B. Besikof* |
| 45 Rockefeller Plaza | 345 Park Avenue |
| New York, New York 10111 | New York, New York 10154 |
| Telephone:  212.589.4200 | Telephone: 212.407.4129 |
| Facsimile:  212.589.4201 | Facsimile:  646.417.6335 |
| David J. Sheehan | P. Gregory Schwed |
| Email:  dsheehan@bakerlaw.com | Email:  gschwed@loeb.com |
| Nicholas Cremona | Daniel B. Besikof |
| Email:  ncremona@bakerlaw.com | Email:  dbesikof@loeb.com |
| Email: kmurphy@bakerlaw.com | |
| Maximillian S. Shifrin | |
| Email: mshifrin@bakerlaw.com | |
| | *Attorneys for Defendants* |
| *Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

300376741.1