**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DANIEL STONE and SUSAN JANE STONE,<br><br>          Defendants. | Adv. Pro. No. 10-05084 (SMB) |

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.   Fact Discovery shall be completed by: March 30, 2016.

2.   The Disclosure of Case-in-Chief Experts shall be due: June 7, 2016.

3.   The Disclosure of Rebuttal Experts shall be due: July 7, 2016.

4.   The Deadline for Completion of Expert Discovery shall be: August 5, 2016.

5.   The Deadline for Service of a Notice of Mediation Referral shall be: August 12, 2016.

6.   The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 26, 2016.

7.   The Deadline for Conclusion of Mediation shall be: December 9, 2016.

Dated:  December 18, 2015

| | |
|---|---|
| FREJKA PLLC | BAKER & HOSTETLER LLP |
| By:*/s/ Elise S. Frejka*_____<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 641-0800<br>Elise S. Frejka<br>Email:  efrejka@frejka.com<br>Jason S. Rappaport<br>Email: jrappaport@frejka.com<br><br>*Attorneys for Defendants* | By: */s/ Nicholas J. Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email:  ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff* |

300376643.1