**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> HILLARY JENNER GHERTLER, as executrix of the Estate of Monte Ghertler, and in her individual capacity; and THE ESTATE OF MONTE GHERTLER, <br><br> Defendants. | Adv. Pro. No. 10-04635 (SMB) |

# FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: February 22, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: May 11, 2016.

3. The Disclosure of Rebuttal Experts shall be due: June 13, 2016.

4. The Deadline for Completion of Expert Discovery shall be: September 9, 2016.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before November 4, 2016.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 18, 2016.

7. The Deadline for Conclusion of Mediation shall be: On or before March 17, 2017.

| | |
|---|---|
| Dated: New York, New York<br>December 21, 2015 | BAKER & HOSTETLER LLP<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email ncremona@bakerlaw.com<br>Andrew W. Reich<br>Email: areich@bakerlaw.com<br>Kendall E. Wangsgard<br>Email: kwangsgard@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |