**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicolas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOROTHY ERVOLINO,<br><br>Defendant. | Adv. Pro. No. 10-04300 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendant Dorothy Ervolino ("Defendant"), by and through her counsel, Otterbourg P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 26, 2010, the Trustee filed the Complaint. The Trustee filed an Amended Complaint against Defendant on November 29, 2010.

2. On September 12, 2011, Defendant filed an Answer to the Amended Complaint.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal of the adversary proceeding with prejudice.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

New York, New York
Dated:  December 22, 2015

          **BAKER & HOSTETLER LLP**

          By:  */s/ Nicholas J. Cremona*
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone:  212.589.4200
          Facsimile:  212.589.4201
          David J. Sheehan
          Email:  dsheehan@bakerlaw.com
          Nicholas J. Cremona
          Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**OTTERBOURG P.C.**

By: */s/ Richard G. Haddad*
230 Park Avenue
New York, New York 10169
Telephone:  212.661.9100
Facsimile:  212.682.6104
Richard G. Haddad
Email: rhaddad@otterbourg.com

*Attorneys for Defendant Dorothy Ervolino*


          SO ORDERED

          /s/ STUART M. BERNSTEIN
Dated:  December 22nd, 2015    HON. STUART M. BERNSTEIN
New York, New York          UNITED STATES BANKRUPTCY JUDGE