**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUST F/B/O MELISSA PERLEN U/A DATED 9/12/1979; STUART PERLEN and MYRA PERLEN, in their capacities as Trustees for the Trust f/b/o Melissa Perlen u/a dated 9/12/1979; and MELISSA PERLEN (a/k/a MELISSA PERLEN GREENBAUM), in her capacity as Grantor of the | Adv. Pro. No. 10-05203 (SMB) |

Trust f/b/o Melissa Perlen u/a dated 9/12/1979 and individually,

                        Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants, Trust f/b/o Melissa Perlen u/a dated 9/12/1979 (the "Melissa Perlen Trust"), Stuart Perlen and Myra Perlen, in their capacities as trustees for the Melissa Perlen Trust, and Melissa Perlen (a/k/a Melissa Perlen Greenbaum), in her individual capacity and as grantor of the Melissa Perlen Trust (collectively, "Defendants"), and with the Trustee, the "Parties", by and through their counsel, hereby stipulate and agree to the following:

1. On December 3, 2010, the Trustee commenced this adversary proceeding against Defendants.

2. On December 10, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181] (the "Settlement Agreement").

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the

2

benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: December 22, 2015

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

By: s/ *Jonathan L. Flaxer*_____
  GOLENBOCK EISEMAN
  ASSOR BELL & PESKOE LLP
  437 Madison Avenue
  New York, New York 10222
  Telephone:  212.907.7300
  Facsimile:  212.754.0777
  Jonathan L. Flaxer
  Email:  jflaxer@golenbock.com
  Michael S. Weinstein
  Email:  mweinstein@golenbock.com

  *Attorneys for Defendants*

SO ORDERED

Dated: December 22nd, 2015

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE