**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |

**ORDER GRANTING MOTION COMPELLING THE TRUSTEE TO**
**ALLOW AARON BLECKER'S SIPC CLAIM**

This matter came before the Court on January 27, 2016 on the motion (the "Motion") of Aaron Blecker ("Claimant") for an order compelling Irving H. Picard, Esq. ("Trustee"), Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("Debtor") to allow Claimant's SIPC claim filed with the Court on December 28, 2015; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Motion; it is hereby

**ORDERED** that the Motion is granted and the Trustee is ordered, within 20 days, to pay to Blecker $200,000 plus interest at ___% from January 1, 2010 to the date of payment.


Dated:　January __, 2016
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

{00017509 1 }