**CHAITMAN LLP**

Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com

*Attorneys for Aaron Blecker*

Hearing Date: January 27, 2016
Time: 10:00 a.m.

Objection Due: January 13,2016

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>       Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL) <br> SIPA LIQUIDATION <br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>       Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I caused a true and correct copy of the

following documents:

- Notice of Motion for an Order Granting Aaron Blecker's Motion to Compel the Trustee to Allow his SIPC claim,

- Memorandum of Law in Support,

- Declaration of Bernard L. Madoff, and

- Proposed order,

1

to be filed electronically with the Court and served upon the parties in this action who receive

electronic service through CM/ECF, and upon the parties by the means indicated as follows:

by electronic mail and hand delivery upon:

David Sheehan, Esq.
dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, New York  10111

by electronic mail and UPS upon:

Kevin H. Bell, Esq.
kbell@sipc.org
Securities Investor Protection Corporation
8005 Fifteenth Street, NW, Suite 800
Washington, DC 20005

Dated:    December 28, 2015
          New York, New York

*/s/ Helen Davis Chaitman*