**EXHIBIT A**

# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

October 1, 2015

**VIA Email: nshields@bakerlaw.com**

Nkosi D. Shields, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

> Re: **Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 (SMB)**
> **Profit Withdrawal Issue**

Dear Mr. Shields:

As per Judge Bernstein's order dated June 25, 2015 [ECF #10266], we hereby provide you with notice that the claimants listed on the attached Exhibits A and B wish to continue to litigate the Profit Withdrawal Issue.

Sincerely,

Lourdes Blanco
Paralegal to Helen Davis Chaitman

Encls.

cc: Helen Davis Chaitman

CHAITMAN LLP

Name
Subject
Date
2

Chaitman, LLP
EXHIBIT A

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name / Claimants** | **Adv. Pro. No.** |
| 100324 | SOL CHALEK | n/a |
| 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT | n/a |
| 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT | n/a |
| 101904 | MAURICE SAGE TRUST | n/a |
| 101924 | LAURI SCHWARTZ & MARGARET SCHWARTZ ROBERTA A SCHWARTZ A/C | n/a |
| 102611 | REBECCA ZAB3 C/O TAVLIN | n/a |
| 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN | n/a |
| 1A0103 | THE SARA ALPERN FAMILY TRUST U/A DTD 5/18/89 AS AMENDED JOAN ROMAN & RUTH MADOFF TTEES | n/a |
| 140104 | THE SARA ALPERN "EIMMPT MARITAL TRUST" U/A DTD 5/18/89 AS AMENDED RUTH & JOAN ROMAN | n/a |
| 1A0105 | THE SARA ALPERN "NON-EXEMPT MARITAL TRUST' U/A DTD 5/18/89 AS AMENDED JOAN ROMAN & RUTH | n/a |
| 1B0002 | HERBERT BARBANEL & ALICE BARBANEL ET WROS | n/a |
| 1B0003 | LAURI ANN SCHWARTZ-BARBANEL | n/a |
| 1B0022 | AARON BLECKER | n/a |
| 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | n/a |
| 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK | n/a |
| 101044 | MORTON CHALEK | n/a |
| 1E0111 | BARBARA ENGEL | n/a |
| 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS | n/a |
| 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B 0 ADELE FOX | n/a |
| 1F0044 | WALTER FRESHMAN | n/a |
| 1F0058 | CAROLYN FRUCHT | n/a |
| 1F0059 | HOWARD L FRUCHT M D | n/a |
| 1F0070 | FRIEDA FRESHMAN | n/a |
| 1110008 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT4B | n/a |
| 1110022 | BEN HELLER | 10-04367 |
| 1110035 | NORMA HILL | n/a |
| 1110060 | TRUST U/W/O ROSE HELLER C/O BEN HELLER | n/a |
| 1K0011 | DAVID SHAPIRO NOMINEE 4 | n/a |
| 1K0014 | JORDON H KART TRUSTEE UIT/A DID 1/26194 | n/a |
| 1L0045 | CAREN LOW | n/a |
| 1L0047 | ROBERT K LOW | n/a |
| 1L0048 | WARREN LOW | n/a |

Chaitman, LLP
EXHIBIT A

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name / Claimants** | **Adv. Pro. No.** |
| 1L0069 | FRIEDA LOW | n/a |
| 1M0027 | RONA MAST & JEFF MAST PT WROS | n/a |
| 1M0032 | ALLEN MEISELS GARDEN STATE BUSINESS MACHINES | n/a |
| 1M0037 | EDWIN MICHALOVE | n/a |
| 1P0052 | FELICE J PERLMAN AND SANFORD S PERLMAN TIC | n/a |
| 1R0003 | BURNETT H RADOSH & KATHERINE M RADOSH ET WROS | n/a |
| 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS | n/a |
| 1R0044 | BARBARA ROTH & MARK ROTH PT WROS | n/a |
| 1R0072 | LAWRENCE I RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 | n/a |
| 1R0073 | THERESA R RYAN LAWRENCE I RYAN TRUSTEES UID/T 11/20/91 | n/a |
| 1R0083 | DANIEL RYAN | n/a |
| 180004 | SAGE ASSOCIATES C/O LILLIAN SAGE | 10-04362 |
| 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | n/a |
| 180052 | ROBERTA SCHWARTZ | n/a |
| 180062 | DEBORAH SHAPIRO #2 | n/a |
| 150063 | ADELE SHAPIRO | n/a |
| 150064 | DAVID SHAPIRO | n/a |
| 150065 | DAVID SHAPIRO NOMINEE | n/a |
| 150066 | DAVID SHAPIRO NOMINEE #2 | n/a |
| 180067 | DAVID SHAPIRO NOMINEE NOMINEE #3 | n/a |
| 1 50068 | DEBORAH SHAPIRO | n/a |
| 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST | n/a |
| 150078 | FLORENCE W SHULMAN REVOCABLE TRUST | n/a |
| 180117 | LAURA ANN SMITH | n/a |
| 150170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | n/a |
| 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | n/a |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name / Claimants** | **Adv. Pro. No.** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Eligible Account Name** |
| 1A0083 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST | n/a | 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN |
| 1B0156 | AARON BLECKER REV TRUST U/A/D 3/15/07 | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 1B0022 | AARON BLECKER |
|  |  |  | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1B0157 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
|  |  |  | 1H0023 | FREDERICK P HELLER |
|  |  |  | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1C1229 | CHALEK ASSOCIATES LLC C/O MORTON CHALEK | 10-04680 | 100324 | SOL CHALEK |
|  |  |  | 1C1041 | CHALEK EQUITIES INC |
|  |  |  | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
|  |  |  | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
|  |  |  | 1C1044 | MORTON CHALEK |
|  |  |  | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1CM154 | MARIE S RAUTENBERG | 10-04876 | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM188 | ISRAEL WILENITZ & EVELYN BEREZIN TIC | n/a | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
|  |  |  | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM682 | BETH FELDMAN | n/a | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM806 | EVELYN BEREZIN WILENITZ | 10-04995 | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
|  |  |  | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM807 | ESTATE OF ISRAEL WILENITZ C/O EVELYN WILENITZ | n/a | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
|  |  |  | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM837 | TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ EVELYN BEREZIN | 10-04995 | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
|  |  |  | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1E0143 | BARBARA ENGEL | n/a | 100124 | AVELLINO & ALPERN |
|  |  |  | 1A0028 | WILLIAM ALPERN TRUST |
|  |  |  | 1E0111 | BARBARA ENGEL |
| 1EM152 | RICHARD S POLAND | 10-04633 | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER |
| 1F0015 | CAROL FISHER | n/a | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E |
|  |  |  | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| 1F0071 | NTC & CO. FBO HOWARD L FRUCHT (99235) | n/a | 1H0049 | HUNTINGTON GASTROENTEROLOGY RETIREMENT TRUST FBO HOWARD L FRUCHT |
| 1F0091 | FAS PARTNERSHIP LP C/O ALVIN E SHULMAN 19333 W COUNTRY CLUB DRIVE | 10-04606 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
|  |  |  | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1F0092 | FRIEDA FRESHMAN TRUSTEE WALTER FRESHMAN TRUST "A" 12/31/92 | 10-05026 | 1F0044 | WALTER FRESHMAN |
| 1F0093 | FRIEDA FRESHMAN TRUSTEE FRIEDA FRESHMAN REV TRUST 12/31/92 | 10-05026 | 1F0044 | WALTER FRESHMAN |
|  |  |  | 1F0070 | FRIEDA FRESHMAN |
|  |  |  | 1F0037 | MICHAEL FRENCHMAN |
|  |  |  | 1F0039 | MICHAEL FRENCHMAN & LAURIE FRENCHMAN J/T WROS |
|  |  |  | 1F0042 | SIDNEY FRENCHMAN MICHAEL FRENCHMAN & BARRY FRENCHMAN J/T WROS |
| 1F0105 | CAROLYN FRUCHT | n/a | 1F0058 | CAROLYN FRUCHT |
| 1F0106 | HOWARD L FRUCHT AND CAROLYN FRUCHT REV TRUST | n/a | 1F0058 | CAROLYN FRUCHT |
|  |  |  | 1F0059 | HOWARD L FRUCHT M D |
| 1F0116 | CAROL FISHER | n/a | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E |
|  |  |  | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
|  |  |  | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| 1F0122 | ADELE FOX AND RONNI FOX HARRELL J/T WROS | n/a | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS |
| 1F0123 | ADELE FOX TRUSTEE UDT 3/5/90 F/B/O ADELE FOX | n/a | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS |
|  |  |  | 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE FOX |

1

Chaitman, LLP
EXHIBIT B

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name / Claimants | Adv. Pro. No. | BLMIS Related Direct Eligible Account No. | BLMIS Related Direct Eligible Account Name |
| 1H0075 | PATRICIA R HELLER | n/a | 1H0022 | BEN HELLER |
| 1H0085 | BEN HELLER REVOCABLE TRUST 2000 | n/a | 1H0022 | BEN HELLER |
| 1H0096 | TRUST U/W/O ROSE HELLER C/O BEN HELLER | n/a | 1H0060 | TRUST U/W/O ROSE HELLER C/O BEN HELLER |
| 1H0099 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT 4B | 10-05130 | 1H0008 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT4B |
| | | | 1H0009 | MR HARRY J HARMAN |
| | | | 1H0010 | TOBY HARMAN |
| | | | 1H0010 | TOBY HARMAN |
| 1H0104 | NORMA HILL | n/a | 1H0035 | NORMA HILL |
| 1H0161 | THE HARNICK BROTHERS PARTNERSHIP C/O GARY HARNICK | 10-05157 | 1B0066 | SYLVIA H BRODSKY |
| 1H0166 | BENJAMIN T HELLER IRREVOCABLE TRUST | n/a | 1H0022 | BEN HELLER |
| 1K0118 | DAVID SHAPIRO NOMINEE 4 | 10-04305 | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| 1K0129 | JORDAN H KART TRUSTEE U/T/A DTD 1/26/94 | 10-04718 | 1K0014 | JORDON H KART TRUSTEE U/T/A DTD 1/26/94 |
| 1K0206 | SAULIUS KAJOTA | n/a | 1R0027 | NICOLE RICHARDSON |
| 1L0146 | CAREN LOW | n/a | 1L0045 | CAREN LOW |
| | | | 1L0046 | GARY LOW |
| 1L0147 | FRIEDA LOW | 10-04862 | 1L0047 | ROBERT K LOW |
| | | | 1L0069 | FRIEDA LOW |
| 1L0149 | ROBERT K LOW | 10-05035 | 1L0047 | ROBERT K LOW |
| 1L0150 | WARREN LOW | n/a | 1L0046 | GARY LOW |
| | | | 1L0048 | WARREN LOW |
| 1M0066 | MMRN ASSOCIATES C/O MALCOM SAGE | n/a | 101904 | MAURICE SAGE TRUST |
| | | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1M0099 | ALLEN MEISELS GARDEN STATE BUSINESS MACHINES | n/a | 1M0032 | ALLEN MEISELS GARDEN STATE BUSINESS MACHINES |
| 1M0101 | RONA MAST | n/a | 100124 | AVELLINO & ALPERN |
| | | | 1C1092 | CLAIRE COVNER REVOCABLE LIVING TRUST |
| | | | 1M0027 | RONA MAST & JEFF MAST J/T WROS |
| 1M0105 | EDWIN MICHALOVE | 10-04786 | 100813 | IRWIN K HOROWITZ |
| | | | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 |
| | | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| | | | 1M0037 | EDWIN MICHALOVE |
| 1P0074 | KENNETH W PERLMAN FELICE J PERLMAN AND SANFORD S PERLMAN TIC | 10-04541 | 1P0052 | FELICE J PERLMAN AND SANFORD S PERLMAN TIC |
| 1P0105 | LAUREL PAYMER | n/a | 1J0006 | JG KNITS INC C/O M WEINGARTEN |
| | | | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN |
| 1R0090 | RADOSH PARTNERS RADOSH BURNETT H GEN PTNR | 10-05073 | 101803 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST A |
| | | | 1R0003 | BURNETT H RADOSH & KATHERINE M RADOSH J/T WROS |
| | | | 1R0005 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST B |
| 1R0123 | BARBARA ROTH & MARK ROTH J/T WROS | 10-04324 | 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS |
| | | | 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS |
| 1R0124 | BARBARA ROTH & MARK ROTH J/T WROS | n/a | 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS |
| 1R0133 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 | 10-05124 | 100124 | AVELLINO & ALPERN |
| | | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | | 1H0023 | FREDERICK P HELLER |
| | | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name / Claimants** | **Adv. Pro. No.** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Eligible Account Name** |
| | | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0134 | DANIEL RYAN | n/a | 100124 | AVELLINO & ALPERN |
| | | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | | 1H0023 | FREDERICK P HELLER |
| | | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | | 1R0083 | DANIEL RYAN |
| | | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0136 | BURNETT H RADOSH & KATHERINE M RADOSH J/T WROS | n/a | 101803 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST A |
| | | | 1R0003 | BURNETT H RADOSH & KATHERINE M RADOSH J/T WROS |
| 1R0171 | LAWRENCE J.RYAN BY-PASS TRUST UNDER DECLARATION OF TST DTD NOV 20,1991 THERESA R. RYAN | 10-05124 | 100124 | AVELLINO & ALPERN |
| | | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | | 1H0023 | FREDERICK P HELLER |
| | | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1S0260 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | n/a | 100324 | SOL CHALEK |
| | | | 1C1041 | CHALEK EQUITIES INC |
| | | | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
| | | | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
| | | | 1C1044 | MORTON CHALEK |
| | | | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1S0267 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | 10-05104 | 1A0011 | HENRIETTA ALBERT TRUST C/O GLORIA SANDLER |
| | | | 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST |
| 1S0268 | SANDY SANDLER | 10-04800 | 1S0024 | S ALAN SANDLER SANDY M SANDLER AND LORI B SANDLER |
| 1S0294 | DEBORAH SHAPIRO #2 | n/a | 1S0062 | DEBORAH SHAPIRO #2 |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0295 | ADELE SHAPIRO | n/a | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | | 1S0063 | ADELE SHAPIRO |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0296 | DAVID SHAPIRO | 10-04305 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | | 1K0011 | DAVID SHAPIRO NOMINEE 4 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name / Claimants** | **Adv. Pro. No.** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Eligible Account Name** |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0297 | DAVID SHAPIRO NOMINEE | 10-04328 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | | 1S0063 | ADELE SHAPIRO |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0298 | DAVID SHAPIRO NOMINEE #2 | 10-04325 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | | 1S0063 | ADELE SHAPIRO |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0299 | DAVID SHAPIRO NOMINEE NOMINEE #3 | 10-04314 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | | 1S0063 | ADELE SHAPIRO |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0301 | DEBORAH SHAPIRO | n/a | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | | 1S0062 | DEBORAH SHAPIRO #2 |
| | | | 1S0064 | DAVID SHAPIRO |
| | | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | | 1S0068 | DEBORAH SHAPIRO |
| | | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0316 | SAGE REALTY C/O LILLIAN SAGE | 10-04400 | 101904 | MAURICE SAGE TRUST |
| | | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1S0324 | ROBERTA SCHWARTZ TRUST U/A/D 2/11/08 | 10-04327 | 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | | 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | | 1S0049 | DOROTHY S SCHWARTZ |
| | | | 1S0052 | ROBERTA SCHWARTZ |
| 1S0353 | LAURA ANN SMITH REVOCABLE TRUST | 10-05184 | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | | 1S0117 | LAURA ANN SMITH |
| | | | 1S0120 | ROBERT W SMITH |
| 1S0355 | HARRY SMITH REV LIV TST LAURA SMITH TTEE UAD 12/2/96 | 10-04912 | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | | 1S0120 | ROBERT W SMITH |
| 1S0370 | ROBERT B SEDGWICK AND NICHOLAS J SEDGWICK TIC | n/a | 1H0022 | BEN HELLER |
| 1S0516 | ALVIN E SHULMAN POUROVER TRUST ALVIN E SHULMAN AS TRUSTEE APT #722 | 10-04852 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0517 | FLORENCE SHULMAN POUROVER TST FLORENCE W SHULMAN TRUSTEE APT #722 | 10-04606 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0547 | SAGE ASSOCIATES C/O LILLIAN SAGE | 10-04362 | 101904 | MAURICE SAGE TRUST |
| | | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |

Chaitman LLP
EXHIBIT B

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name / Claimants** | **Adv. Pro. No.** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Eligible Account Name** |
| 1T0003 | DORON TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 10-05312 | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0007 | RYAN TAVLIN TRUST C/O DORAN TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0030 | MARILYN TURK AS TRUSTEE U/A 12/30/94 C/O ANDREA KRINGSTEIN | 10-05041 | 100813 | IRWIN K HOROWITZ |
|  |  |  | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 |
|  |  |  | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| 1T0031 | DORON A TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0032 | DORON TAVLIN TRUST | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0033 | RYAN TAVLIN TRUST C/O DORON TAVLIN | n/a | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0036 | RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 10-05232 | 102611 | REBECCA ZAID C/O TAVLIN |
|  |  |  | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1U0017 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | 10-05420 | 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS |