# EXHIBIT A

Page 1

1

2      UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK
3    ———————————————————————————————————————
4    SECURITIES INVESTOR PROTECTION
     CORPORATION,
5
                              Plaintiff
6                             Applicant
7            -against-
8    BERNARD L. MADOFF INVESTMENT SECURITIES,
     LLC,
9
                              Defendant.
10
     Adv. Pro. No. 08-01789(SMB)
11   ———————————————————————————————————————
12                July 1, 2014
                  11:57 a.m.
13
                  50 Gristmill Lane
14                Great Neck, New York
15
16                DEPOSITION
17   of AARON BLECKER, a Witness herein, held
18   at the above-noted time and place before
19   Josephine Winter, Certified Shorthand
20   Reporter and a Notary Public of the State
21   of New York.
22
23
24
25

1

2                    *        *        *

3

A  P  P  E  A  R  A  N  C  E  S:

4

5       BECKER & POLIAKOFF, ESQS.
        Attorneys for Witness AARON BLECKER

6            45 Broadway
             New York, New York  10006

7       BY:   HELEN DAVIS CHAITMAN, ESQ.
              hchaitman@beckerny.com

8

9       BAKER & HOSTETLER, LLP
        Attorneys for Trustee IRVING PICARD

10           45 Rockefeller Plaza
             New York, New York  10111

11      BY:   AMY E. VANDERWAL, ESQ.
              avanderwal@bakerlaw.com

12            and
              BIK CHEEMA, ESQ.

13            bcheema@bakerlaw.com

14

        ALSO PRESENT:

15            EDWARD FORD, Videographer
              ROBERT BLECKER

16

17                   *        *        *

18

19

20

21

22

23

24

25

Page 3

1

2          THE VIDEOGRAPHER:  Good morning.          11:57:19

3          Please note the microphones are          11:57:20

4     sensitive and may pick up whispering          11:57:21

5     and please turn off your cell phones          11:57:23

6     or place them away from the          11:57:25

7     microphones.          11:57:27

8          This is tape one of the          11:57:27

9     videotaped deposition of Aaron Blecker          11:57:29

10    taken by defendant in the matter of          11:57:32

11    Securities Investor Protection          11:57:34

12    Corporation, Plaintiff Applicant,          11:57:38

13    versus Bernard L. Madoff Investment          11:57:40

14    Securities, LLC, Defendant, in the          11:57:44

15    United States Bankruptcy Court,          11:57:47

16    Southern District of New York, case          11:57:48

17    number 08-01789(SMB).          11:57:51

18          This deposition is being held at          11:57:56

19    the home of Aaron Blecker, 50          11:57:57

20    Gristmill Lane, Great Neck, New York,          11:58:00

21    on July 1, 2014.  The time is 11:58          11:58:03

22    a.m.          11:58:07

23          My name is Ed Ford.  I'm the          11:58:07

24    videographer.  The court reporter is          11:58:09

25    Josephine Winter.  We are in          11:58:11

Page 4

1              A. Blecker

2       association with Veritext.                11:58:13

3              For the record, will counsel       11:58:15

4       please introduce themselves.              11:58:16

5            MS. CHAITMAN:  Helen Davis           11:58:18

6       Chaitman on behalf of Mr. Blecker from    11:58:20

7       Becker & Poliakoff.                       11:58:20

8            MS. VANDERWAL:  Amy Vanderwal        11:58:25

9       from on behalf of the Trustee Irving      11:58:25

10      Picard.                                   11:58:28

11            THE VIDEOGRAPHER:  Now will the     11:58:30

12      court reporter please swear in the        11:58:32

13      witness.                                  11:58:33

14              *     *     *                     11:58:34

15   A A R O N    B L E C K E R, having been      11:58:34

16   first duly sworn by a Notary Public of the   11:58:34

17   State of New York, upon being examined,      11:58:34

18   testified as follows:                        11:58:43

19   EXAMINATION BY                               11:58:43

20   MS. CHAITMAN:                                11:58:45

21      Q    Mr. Blecker, I'm going to be         11:58:45

22   very rude and ask you how old you are.       11:58:47

23   Can you tell us how old you are?             11:58:55

24            MR. R. BLECKER:  How old are        11:58:56

25      you?                                      11:58:57

Page 5

```
 1              A. Blecker
 2      Q    Can you tell us how old you are?      11:58:58
 3      A    I'm 103 years old.  I was born        11:58:59
 4  1911, July 27.                                 11:59:02
 5      Q    Do you recall that I prepared a       11:59:06
 6  Declaration for you to review and sign         11:59:11
 7  that I submitted to the Bankruptcy Court?      11:59:14
 8      A    Yes.  You prepared a brief for        11:59:16
 9  me which I signed.                             11:59:18
10      Q    And did you review -- I'm going       11:59:19
11  to hand you what I'm going to mark as          11:59:22
12  Exhibit 1 of your deposition and this is       11:59:23
13  the Declaration that I prepared for you.       11:59:27
14          Do you recall reviewing this          11:59:31
15  Declaration?                                   11:59:32
16      A    Yes, I remember now.                  11:59:33
17      Q    Okay.                                 11:59:34
18          And you recall that you signed        11:59:35
19  it?                                            11:59:39
20      A    Absolutely.                           11:59:39
21      Q    Okay.                                 11:59:40
22          And when you reviewed it, did         11:59:41
23  you consider whether it was accurate?          11:59:42
24      A    Absolutely.                           11:59:44
25      Q    And was this --                       11:59:46
```

Page 6

1              A. Blecker

2     A     In every respect.              11:59:48

3     Q     It was accurate?              11:59:52

4     A     Absolutely it was.            11:59:53

5     Q     Now, do you recall that after   11:59:55

6  Madoff confessed, you submitted a claim to   12:00:00

7  the Trustee Mr. Picard?                12:00:03

8     A     Correct.                      12:00:06

9     Q     And do you recall that you told   12:00:07

10  the Trustee that you had never withdrawn   12:00:10

11  any funds from your account?           12:00:13

12         MS. VANDERWAL:  Objection.      12:00:15

13     A    I didn't.  I said I never       12:00:16

14  withdrew any.  I didn't want to withdraw   12:00:18

15  any money.  I felt it was such a good   12:00:20

16  investment and I felt this would be my   12:00:22

17  retirement and I'd have the funds       12:00:24

18  available for my grandchildren's college   12:00:27

19  tuition in the future.                 12:00:29

20     Q    Do you recall that the Trustee   12:00:32

21  claimed that you withdrew money from the   12:00:35

22  account in the 1980's and the 1990's?   12:00:38

23  That he claimed that?                  12:00:42

24     A    That's what he claimed and I    12:00:43

25  asked him to prove it to me, that I wanted   12:00:45

Page 7

1              A. Blecker

2    to see some checks with my signature on          12:00:48

3    it.  He had nothing to prove.  They said         12:00:51

4    the burden of proof was on me.  I never          12:00:54

5    received any check, never asked for any          12:00:56

6    check because I always felt it was a good        12:00:59

7    investment and I thought it would be there       12:01:01

8    for the rest of my time until my                 12:01:04

9    retirement and I never withdrew any, never       12:01:06

10   requested any money for retirement, never        12:01:10

11   drew a penny.                                     12:01:12

12          And, as a matter of fact, if I            12:01:13

13   had withdrawn money, why would Madoff keep       12:01:16

14   crediting my account and adding to my            12:01:18

15   investment?  If I had no money there, he         12:01:20

16   wouldn't have bothered with me.  He would        12:01:23

17   have discarded me.  In the meantime after        12:01:25

18   all the years he kept increasing my              12:01:27

19   investment, showed a profit return on my         12:01:30

20   investment and that's why it kept                12:01:34

21   accumulating.                                     12:01:36

22      Q    Now, you had to pay taxes each           12:01:37

23   year on the appreciation in your account?        12:01:39

24      A    Oh, absolutely.                           12:01:41

25          MS. VANDERWAL:  Objection.                12:01:42

Page 8

1            A. Blecker

2     A     All the profits that Madoff          12:01:43

3   earned for me I reported it in my tax        12:01:45

4   return showing I -- I made up a schedule     12:01:50

5   of transactions, stocks bought and sold      12:01:52

6   and showing profit from the stocks plus      12:01:57

7   the reporting dividend income that I         12:01:59

8   received on those securities and that was    12:02:02

9   reported each year.                          12:02:04

10    Q     Where did you get the money to       12:02:05

11  pay the taxes?  Did you take it out of       12:02:08

12  your Madoff account?  The money --           12:02:11

13    A     No.  I had my own funds that I       12:02:14

14  accumulated.  I had -- fortunately, I had    12:02:16

15  some money that I accumulated.  I put all    12:02:19

16  my money into Madoff, so I had my checking   12:02:23

17  account, whenever taxes were due, I sent a   12:02:27

18  check to the government with estimated       12:02:29

19  payments four times a year and that's how    12:02:32

20  I paid my taxes.  I had nothing from         12:02:35

21  Madoff.  I had no correspondence, no         12:02:38

22  requests from them and no requests to        12:02:41

23  them.                                        12:02:43

24    Q     Okay.                                12:02:44

25          Are you absolutely certain that      12:02:45

Page 9

```
 1                 A. Blecker
 2   you never withdrew any money from your      12:02:47
 3   Madoff account?                             12:02:49
 4       A     Unequivocally.  Never received a  12:02:50
 5   dime.  I never intended to withdraw.  I     12:02:53
 6   always felt it was going to be my future    12:02:56
 7   investment forever, and it didn't turn out  12:02:58
 8   that way, unfortunately.                    12:03:00
 9       Q     Now, there was a point in time    12:03:02
10   when your wife had an account with Madoff   12:03:04
11   with you; is that right?                    12:03:06
12       A     That's right.  Yes.               12:03:07
13       Q     And --                            12:03:09
14       A     She had an account.  I had an     12:03:09
15   account, and then Madoff suggested we       12:03:11
16   consolidate into one account, so that's     12:03:15
17   what we did.                                12:03:17
18       Q     Now, did your wife ever withdraw  12:03:18
19   any money from Madoff?                      12:03:21
20       A     Of course -- she never handled    12:03:23
21   any of the financials.  My wife was rather  12:03:26
22   shy.  I handled all the financial           12:03:29
23   arrangements, all the financials of the     12:03:30
24   family.  She was a good mother, as he can   12:03:32
25   attest to, and a hard-working mother and    12:03:35
```

Page 10

| | | |
|---|---|---|
| 1 | A. Blecker | |
| 2 | watched out for the children.  My job was | 12:03:39 |
| 3 | to provide the financial security for the | 12:03:43 |
| 4 | family. | 12:03:45 |
| 5 | Q    Are you certain she never | 12:03:45 |
| 6 | withdrew any funds from the Madoff | 12:03:47 |
| 7 | account? | 12:03:49 |
| 8 | A    Absolutely.  She had nothing to | 12:03:49 |
| 9 | do with it.  She wouldn't know who to | 12:03:51 |
| 10 | call. | 12:03:53 |
| 11 | Q    Okay. | 12:03:53 |
| 12 | Now, did you keep your bank | 12:03:54 |
| 13 | records from the 1980's? | 12:03:59 |
| 14 | A    I tried to reconstruct them, but | 12:04:02 |
| 15 | Chase told me they don't go back more than | 12:04:06 |
| 16 | five years and they have no record so far | 12:04:08 |
| 17 | back, so they have no record they can | 12:04:11 |
| 18 | accommodate me. | 12:04:13 |
| 19 | Q    So you went ahead and asked them | 12:04:14 |
| 20 | you wanted to try to get the records? | 12:04:16 |
| 21 | A    The records to show that I never | 12:04:17 |
| 22 | received any Madoff -- any funds from | 12:04:23 |
| 23 | Madoff, no check, that the only checks | 12:04:27 |
| 24 | made out -- and that was Madoff's bank | 12:04:28 |
| 25 | account and I never saw it.  They made out | 12:04:32 |

Page 11

```
 1                    A. Blecker
 2     the checks for the stocks they bought on        12:04:34
 3     the account.  I never saw any checks, any       12:04:36
 4     deposits.                                       12:04:39
 5            All they did on my statement I           12:04:40
 6     received a list of the stocks they bought       12:04:42
 7     that month, what was sold and the money         12:04:43
 8     was automatically deposited in the              12:04:46
 9     account.  I received no money.  If I            12:04:49
10     received any money, there wouldn't have         12:04:52
11     been any money for deposits.  All the           12:04:54
12     money was in securities sold and remained       12:04:56
13     in the bank account and Madoff handled it       12:04:58
14     all.  I never saw any of the funds.  I          12:05:00
15     just got a statement showing what               12:05:02
16     transactions had occurred.                      12:05:05
17        Q    Now, Mr. Picard claims that            12:05:06
18     checks were made out to you in uneven           12:05:10
19     amounts like $3,230.02.                         12:05:15
20        A    Madoff would never have done my        12:05:22
21     bookkeeping.  If I wanted to get money          12:05:24
22     from Madoff, if I needed money to pay           12:05:26
23     bills, I wouldn't have asked Madoff to do       12:05:29
24     it.  If I wanted money, I would withdraw a      12:05:31
25     couple of hundred thousand dollars since I      12:05:34
```

Page 12

1                    A. Blecker

2     had a substantial amount.  I wouldn't have        12:05:37

3     withdrawn a few dollars.  I would have            12:05:38

4     withdrawn substantial.  All of those              12:05:41

5     checks were not to me.  They were for             12:05:42

6     payments of securities that they purchased        12:05:45

7     for my account.                                   12:05:47

8         Q     Okay.                                   12:05:48

9               Now, based on your experience if        12:05:48

10    a check had been made out to you and sent         12:05:51

11    to you from Madoff and it was for                 12:05:53

12    $2,330.04 and it was made out to Health           12:06:03

13    South or General Motors or AT&T, what             12:06:06

14    could you have done with that check?              12:06:09

15              MS. VANDERWAL:  Objection.              12:06:11

16        A     I couldn't have done anything.          12:06:11

17    Bank would never have accepted an                 12:06:13

18    endorsement of mine when it's made out to         12:06:14

19    another payee, so I never would have              12:06:17

20    received any checks and I would never             12:06:19

21    deposit such a check.  I never got.  I            12:06:21

22    never saw such a check.  Those were all           12:06:23

23    Madoff's records.  All I got was a                12:06:27

24    statement from him.  No financial                 12:06:29

25    instruments.                                      12:06:30

Page 13

```
1              A. Blecker
2       Q    Okay.  I have no further          12:06:36
3   questions.                                 12:06:39
4           MS. CHAITMAN:  Do you have any     12:06:39
5       questions?                             12:06:39
6           MS. VANDERWAL:  I do.              12:06:39
7   EXAMINATION BY                             12:06:39
8   MS. VANDERWAL:                             12:06:40
9       Q    As you know, we are reserving     12:06:40
10  our right to ask additional questions once  12:06:41
11  we had a time to complete our review and    12:06:44
12  look over documents.  Today I really just   12:06:46
13  want to clarify something I believe you     12:06:49
14  already stated.                             12:06:51
15          You received statements from       12:06:51
16  BLMIS?                                      12:06:55
17      A    Yes.                               12:06:56
18          MS. CHAITMAN:  Just spell it       12:06:58
19      out.                                    12:06:59
20      A    Well, I received statements from  12:07:00
21  Bernard Madoff at the time.  I didn't hear  12:07:02
22  BLMIS.  I don't remember receiving it.  It  12:07:06
23  was all Bernard Madoff and they were        12:07:08
24  verified by their accountants, confirmed    12:07:10
25  by Avellino & Bienes and that was it and    12:07:12
```

Page 14

1                    A. Blecker

2    that's the only correspondence I received        12:07:18

3    from Madoff.                                      12:07:19

4         Q      And you reviewed those               12:07:20

5    statements?                                       12:07:21

6         A      What's that?                          12:07:21

7         Q      Did you review those statements?      12:07:22

8         A      I checked the statements to make      12:07:24

9    sure that whatever securities they charged        12:07:25

10   with, that was on their statement and the         12:07:29

11   profits I couldn't correct.  They gave me         12:07:31

12   the prices and then that was it.                  12:07:33

13        Q      That's all I have.                    12:07:37

14        A      That's why as far as I could          12:07:38

15   check whatever they -- I could only check         12:07:40

16   from their statements, so I was really            12:07:42

17   going over their work, which I had no way         12:07:44

18   to prove whether it was correct or not,           12:07:45

19   but I assumed what they put on my                 12:07:48

20   statement must have been in my account.           12:07:51

21   And that's how I confirmed it.                    12:07:52

22            And Avellino & Bienes confirmed          12:07:55

23   it, so I felt that it was probably taken          12:07:57

24   care of and there wouldn't be any worry           12:08:01

25   about it and at that time there was no            12:08:03

Page 15

```
 1              A. Blecker

 2   concern about Madoff, so you didn't have        12:08:05

 3   to worry about checking the statement           12:08:08

 4   carefully.  It was a definite thing we all      12:08:11

 5   thought.                                        12:08:17

 6          MS. CHAITMAN:  Do you have               12:08:20

 7      anything else?                               12:08:21

 8          MS. VANDERWAL:  Thank you.               12:08:22

 9      That's all I have.                           12:08:23

10   EXAMINATION BY                                  12:08:24

11   MS. CHAITMAN:                                   12:08:24

12      Q    Mr. Blecker, were you introduced        12:08:24

13   to Madoff through Avellino & Bienes?            12:08:27

14      A    No.  I was introduced to Madoff         12:08:30

15   through his father-in-law Sol Levine and        12:08:32

16   his mother-in-law Pia (phonetic) Levine.        12:08:37

17          MR. R. BLECKER:  No.  Alpern,            12:08:41

18      dad.                                         12:08:43

19      Q    Alpern --                               12:08:43

20      A    Now I knew -- Alpern was the            12:08:43

21   brother-in-law of Sol Levine.  All very         12:08:46

22   good things.  We all played golf together.      12:08:49

23   And that's what my wife said, as long as        12:08:51

24   we're with Madoff and we're with the            12:08:53

25   family, he's not gonna defraud the family.      12:08:56
```

Page 16

```
 1              A. Blecker
 2   Why don't we go in too?  So we went in.        12:08:59
 3              And there was all good              12:09:01
 4   intentions on everybody's part.  We            12:09:02
 5   thought it was a wonderful thing.  We had      12:09:04
 6   wonderful times together socialing with        12:09:06
 7   each other.  Even Madoff had a party at        12:09:08
 8   Rockefeller Center and invited the family,     12:09:11
 9   invited us.  We were friends.                  12:09:15
10              So we knew the young Madoff sons    12:09:17
11   when they went to visit them.  We saw them     12:09:23
12   when they were youngsters.  Not that they      12:09:26
13   remembered me later, but that was it.          12:09:29
14      Q    Wasn't the man's name Sol             12:09:33
15   Alpern?                                        12:09:39
16      A    Sol Alpern?                           12:09:39
17      Q    Yes.                                  12:09:41
18      A     No, it was not Sol Alpern.  Sol      12:09:43
19   Alpern.  Sol Levine.  Sol Levine was the       12:09:47
20   father-in-law.  Sol Alpern was his             12:09:51
21   brother-in-law.                                12:09:53
22              We were friends with all of        12:09:54
23   them, both of them.  We played golf            12:09:58
24   together.  Families knew each other.  The      12:09:59
25   children knew each other.  We socialized,      12:10:02
```

Page 17

```
 1              A. Blecker

 2    went to hotels together and very close.        12:10:05

 3       Q    Okay.                                   12:10:10

 4            MS. CHAITMAN:  I have no further         12:10:11

 5       questions.                                   12:10:12

 6            Do you have anything else.              12:10:13

 7            MS. VANDERWAL:  No.  Thank you.         12:10:14

 8            THE VIDEOGRAPHER:  Okay.  The           12:10:16

 9       time is 12:10 p.m., July 1, 2014.           12:10:17

10       This is the end of tape one.                12:10:20

11            We're off the record.                  12:10:21

12            (TIME NOTED:  12:10 p.m.)

13    _____

14    (Signature of witness)

15    Subscribed and sworn to

16    before me this_____

17    day of_____,

18    20  .

19    _____

20

21              *     *     *

22

23

24

25
```

Page 18

1

2

3                    I N D E X

4

WITNESS              EXAMINED BY          PAGE

5   A. Blecker         H.D. Chaitman       4, 15

                       A.E. Vanderwal      13

6

7                *      *      *

8

                   E X H I B I T

9            (retained by counsel)

10  EXHIBIT FOR

IDENTIFICATION                          PAGE

11  Exhibit 1  Blecker Declaration     5

12

               *      *      *

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2              CERTIFICATION BY REPORTER

3

4       I, Josephine Winter, a Notary Public

5    of the State of New York, do hereby

6    certify:

7       That the testimony in the within

8    proceeding was held before me at the

9    aforesaid time and place;

10      That said witness was duly sworn

11   before the commencement of the testimony,

12   and that the testimony was taken

13   stenographically by me, then transcribed

14   under my supervision, and that the within

15   transcript is a true record of the

16   testimony of said witness.

17      I further certify that I am not

18   related to any of the parties to this

19   action by blood or marriage, that I am not

20   interested directly or indirectly in the

21   matter in controversy, nor am I in the

22   employ of any of the counsel.

23      IN WITNESS WHEREOF, I have hereunto

24   set my hand this  day of          , 20  .

25      _____

Page 20

1

2                    ERRATA SHEET
            VERITEXT LEGAL SOLUTIONS

3

   330 Old Country Road      1250 Broadway
4  Mineola, NY  11501        New York, New York
                             10001

5

   NAME OF CASE:  SIPC vs Madoff
6  DATE OF DEPOSITION:  July 1, 2014
   NAME OF DEPONENT:  Aaron Blecker

7

   PAGE    LINE        CHANGE              REASON
8  ___ 9 _ / _8,9_ / _Add_ "N oT" ___ / _omitted by Stenographer_

9  ___ / _____ / _____ / _____

10 __ 8 _ / _18_ / _add - "Did Not"_ / _omitted by Stenographer_

11 ___ / _____ / _____ / _____

12 ___ / _____ / _____ / _____

13 ___ / _____ / _____ / _____

14 ___ / _____ / _____ / _____

15 ___ / _____ / _____ / _____

16 ___ / _____ / _____ / _____

17 ___ / _____ / _____ / _____

18 ___ / _____ / _____ / _____

19

20 _____ Aaron Blecker _____

21 AARON BLECKER

22 SUBSCRIBED AND SWORN TO BEFORE ME
   THIS 10th DAY OF July _____ , 2014 .

23
                              6/20/2015
   _____         _____

24 NOTARY PUBLIC    JONATHAN LEE    MY COMMISSION EXPIRES
25               Notary Public, State of New York
                 Qualified In Nassau County
                 No. 01LE6243386
                 My Commission Expires 06-20-2015

Page 8

1              A. Blecker

2      A      All the profits that Madoff          12:01:43

3   earned for me I reported it in my tax          12:01:45

4   return showing I -- I made up a schedule       12:01:50

5   of transactions, stocks bought and sold        12:01:52

6   and showing profit from the stocks plus        12:01:57

7   the reporting dividend income that I           12:01:59

8   received on those securities and that was      12:02:02

9   reported each year.                            12:02:04

10     Q      Where did you get the money to        12:02:05

11  pay the taxes?  Did you take it out of         12:02:08

12  your Madoff account?  The money --            12:02:11

13     A      No.  I had my own funds that I        12:02:14

14  accumulated.  I had -- fortunately, I had      12:02:16

15  some money that I accumulated.  I put all      12:02:19

16  my money into Madoff, so I had my checking     12:02:23

17  account, whenever taxes were due, I sent a     12:02:27

18  check to the government with estimated         12:02:29

19  payments four times a year and that's how      12:02:32

20  I paid my taxes.  I had nothing from           12:02:35

21  Madoff.  I had no correspondence, no           12:02:38

22  requests from them and no requests to          12:02:41

23  them.                                          12:02:43

24     Q      Okay.                                 12:02:44

25            Are you absolutely certain that       12:02:45

Page 9

```
 1              A. Blecker
 2   you never withdrew any money from your        12:02:47
 3   Madoff account?                               12:02:49
 4        A     Unequivocally.  Never received a   12:02:50
 5   dime.  I never intended to withdraw.  I       12:02:53
 6   always felt it was going to be my future      12:02:56
 7   investment forever, and it didn't turn out    12:02:58
 8   that way, unfortunately.                      12:03:00
 9        Q     Now, there was a point in time     12:03:02
10   when your wife had an account with Madoff     12:03:04
11   with you; is that right?                      12:03:06
12        A     That's right.  Yes.                12:03:07
13        Q     And --                             12:03:09
14        A     She had an account.  I had an      12:03:09
15   account, and then Madoff suggested we         12:03:11
16   consolidate into one account, so that's       12:03:15
17   what we did.                                  12:03:17
18        Q     Now, did your wife ever withdraw   12:03:18
19   any money from Madoff?                        12:03:21
20        A     Of course -- she never handled  (48) 12:03:23
21   any of the financials.  My wife was rather    12:03:26
22   shy.  I handled all the financial            12:03:29
23   arrangements, all the financials of the       12:03:30
24   family.  She was a good mother, as he can     12:03:32
25   attest to, and a hard-working mother and      12:03:35
```

Page 17

1              A. Blecker

2    went to hotels together and very close.        12:10:05

3        Q    Okay.                                 12:10:10

4              MS. CHAITMAN:  I have no further      12:10:11

5    questions.                                     12:10:12

6              Do you have anything else.           12:10:13

7              MS. VANDERWAL:  No.  Thank you.       12:10:14

8              THE VIDEOGRAPHER:  Okay.  The         12:10:16

9    time is 12:10 p.m., July 1, 2014.              12:10:17

10    This is the end of tape one.                  12:10:20

11              We're off the record.               12:10:21

12              (TIME NOTED:  12:10 p.m.)

13    _____

14    (Signature of witness)

15    Subscribed and sworn to

16    before me this

17    day of

18    20

19

20

21              *      *      *

22

23

24

25

JONATHAN LEE
Notary Public, State of New York
Qualified in Nassau County
No. 01LE6243386
My Commission Expires 06-20-2015

[& - correspondence]                                                        Page 1

**&**

**&**  2:5,9 4:7 13:25
14:22 15:13

**0**

**08-01789**  1:10 3:17

**1**

**1**  1:12 3:21 5:12
17:9 18:11 20:6
**10001**  20:4
**10006**  2:6
**10111**  2:10
**103**  5:3
**11501**  20:4
**11:57**  1:12
**11:58**  3:21
**1250**  20:3
**12:10**  17:9,12
**13**  18:5
**15**  18:5
**1911**  5:4
**1980's**  6:22 10:13
**1990's**  6:22

**2**

**2,330.04**  12:12
**20**  17:18 19:24
20:22
**2014**  1:12 3:21 17:9
20:6
**27**  5:4

**3**

**3,230.02.**  11:19
**330**  20:3

**4**

**4**  18:5
**45**  2:6,10

**5**

**5**  18:11
**50**  1:13 3:19

**a**

**a.e.**  18:5

**a.m.**  1:12 3:22
**aaron**  1:17 2:5 3:9
3:19 20:6,21
**absolutely**  5:20,24
6:4 7:24 8:25 10:8
**accepted**  12:17
**accommodate**  10:18
**account**  6:11,22
7:14,23 8:12,17 9:3
9:10,14,15,16 10:7
10:25 11:3,9,13
12:7 14:20
**accountants**  13:24
**accumulated**  8:14
8:15
**accumulating**  7:21
**accurate**  5:23 6:3
**action**  19:19
**adding**  7:14
**additional**  13:10
**adv**  1:10
**aforesaid**  19:9
**ahead**  10:19
**alpern**  15:17,19,20
16:15,16,18,19,20
**amount**  12:2
**amounts**  11:19
**amy**  2:11 4:8
**applicant**  1:6 3:12
**appreciation**  7:23
**arrangements**  9:23
**asked**  6:25 7:5
10:19 11:23
**association**  4:2
**assumed**  14:19
**at&t**  12:13
**attest**  9:25
**attorneys**  2:5,9
**automatically**  11:8
**available**  6:18
**avanderwal**  2:11
**avellino**  13:25 14:22
15:13

**b**

**b**  4:15 18:8
**back**  10:15,17
**baker**  2:9
**bakerlaw.com**  2:11
2:13
**bank**  10:12,24 11:13
12:17
**bankruptcy**  1:2
3:15 5:7
**based**  12:9
**bcheema**  2:13
**becker**  2:5 4:7
**beckerny.com**  2:7
**behalf**  4:6,9
**believe**  13:13
**bernard**  1:8 3:13
13:21,23
**bienes**  13:25 14:22
15:13
**bik**  2:12
**bills**  11:23
**blecker**  1:17 2:5,15
3:9,19 4:1,6,21,24
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1,12,17
16:1 17:1 18:5,11
20:6,21
**blmis**  13:16,22
**blood**  19:19
**bookkeeping**  11:21
**born**  5:3
**bothered**  7:16
**bought**  8:5 11:2,6
**brief**  5:8
**broadway**  2:6 20:3
**brother**  15:21 16:21
**burden**  7:4

**c**

**c**  2:3 4:15
**call**  10:10
**care**  14:24

**carefully**  15:4
**case**  3:16 20:5
**cell**  3:5
**center**  16:8
**certain**  8:25 10:5
**certification**  19:2
**certified**  1:19
**certify**  19:6,17
**chaitman**  2:7 4:5,6
4:20 13:4,18 15:6
15:11 17:4 18:5
**change**  20:7
**charged**  14:9
**chase**  10:15
**check**  7:5,6 8:18
10:23 12:10,14,21
12:22 14:15,15
**checked**  14:8
**checking**  8:16 15:3
**checks**  7:2 10:23
11:2,3,18 12:5,20
**cheema**  2:12
**children**  10:2 16:25
**claim**  6:6
**claimed**  6:21,23,24
**claims**  11:17
**clarify**  13:13
**close**  17:2
**college**  6:18
**commencement**
19:11
**commission**  20:24
**complete**  13:11
**concern**  15:2
**confessed**  6:6
**confirmed**  13:24
14:21,22
**consider**  5:23
**consolidate**  9:16
**controversy**  19:21
**corporation**  1:4
3:12
**correct**  6:8 14:11,18
**correspondence**
8:21 14:2

[counsel - matter]                                                          Page 2

**counsel** 4:3 18:9 19:22
**country** 20:3
**couple** 11:25
**course** 9:20
**court** 1:2 3:15,24 4:12 5:7
**crediting** 7:14

**d**

**d** 18:3
**dad** 15:18
**date** 20:6
**davis** 2:7 4:5
**day** 17:17 19:24 20:22
**declaration** 5:6,13 5:15 18:11
**defendant** 1:9 3:10 3:14
**definite** 15:4
**defraud** 15:25
**deponent** 20:6
**deposit** 12:21
**deposited** 11:8
**deposition** 1:16 3:9 3:18 5:12 20:6
**deposits** 11:4,11
**dime** 9:5
**directly** 19:20
**discarded** 7:17
**district** 1:2 3:16
**dividend** 8:7
**documents** 13:12
**dollars** 11:25 12:3
**drew** 7:11
**due** 8:17
**duly** 4:16 19:10

**e**

**e** 2:3,3,11 4:15,15 18:3,8
**earned** 8:3
**ed** 3:23
**edward** 2:15

**employ** 19:22
**endorsement** 12:18
**errata** 20:2
**esq** 2:7,11,12
**esqs** 2:5
**estimated** 8:18
**everybody's** 16:4
**examination** 4:19 13:7 15:10
**examined** 4:17 18:4
**exhibit** 5:12 18:10 18:11
**experience** 12:9
**expires** 20:24

**f**

**fact** 7:12
**families** 16:24
**family** 9:24 10:4 15:25,25 16:8
**far** 10:16 14:14
**father** 15:15 16:20
**felt** 6:15,16 7:6 9:6 14:23
**financial** 9:22 10:3 12:24
**financials** 9:21,23
**first** 4:16
**five** 10:16
**follows** 4:18
**ford** 2:15 3:23
**forever** 9:7
**fortunately** 8:14
**four** 8:19
**friends** 16:9,22
**funds** 6:11,17 8:13 10:6,22 11:14
**further** 13:2 17:4 19:17
**future** 6:19 9:6

**g**

**general** 12:13
**go** 10:15 16:2
**going** 4:21 5:10,11 9:6 14:17

**golf** 15:22 16:23
**gonna** 15:25
**good** 3:2 6:15 7:6 9:24 15:22 16:3
**government** 8:18
**grandchildren's** 6:18
**great** 1:14 3:20
**gristmill** 1:13 3:20

**h**

**h** 18:8
**h.d.** 18:5
**hand** 5:11 19:24
**handled** 9:20,22 11:13
**hard** 9:25
**hchaitman** 2:7
**health** 6:12
**hear** 13:21
**held** 1:17 3:18 19:8
**helen** 2:7 4:5
**hereunto** 19:23
**home** 3:19
**hostetler** 2:9
**hotels** 17:2
**hundred** 11:25

**i**

**identification** 18:10
**income** 8:7
**increasing** 7:18
**indirectly** 19:20
**instruments** 12:25
**intended** 9:5
**intentions** 16:4
**interested** 19:20
**introduce** 4:4
**introduced** 15:12,14
**investment** 1:8 3:13 6:16 7:7,15,19,20 9:7
**investor** 1:4 3:11
**invited** 16:8,9
**irving** 2:9 4:9

**j**

**job** 10:2
**josephine** 1:19 3:25 19:4
**july** 1:12 3:21 5:4 17:9 20:6

**k**

**k** 4:15
**keep** 7:13 10:12
**kept** 7:18,20
**knew** 15:20 16:10 16:24,25
**know** 10:9 13:9

**l**

**l** 1:8 3:13 4:15
**lane** 1:13 3:20
**law** 15:15,16,21 16:20,21
**legal** 20:2
**levine** 15:15,16,21 16:19,19
**line** 20:7
**list** 11:6
**llc** 1:8 3:14
**llp** 2:9
**long** 15:23
**look** 13:12

**m**

**madoff** 1:8 3:13 6:6 7:13 8:2,12,16,21 9:3,10,15,19 10:6 10:22,23 11:13,20 11:22,23 12:11 13:21,23 14:3 15:2 15:13,14,24 16:7,10 20:5
**madoff's** 10:24 12:23
**man's** 16:14
**mark** 5:11
**marriage** 19:19
**matter** 3:10 7:12 19:21

**[microphones - statement]**                                                              Page 3

**microphones**  3:3,7
**mine**  12:18
**mineola**  20:4
**money**  6:15,21 7:10
  7:13,15 8:10,12,15
  8:16 9:2,19 11:7,9
  11:10,11,12,21,22
  11:24
**month**  11:7
**morning**  3:2
**mother**  9:24,25
  15:16
**motors**  12:13

**n**

**n**  2:3 4:15 18:3
**name**  3:23 16:14
  20:5,6
**neck**  1:14 3:20
**needed**  11:22
**never**  6:10,13 7:4,5
  7:9,9,10 9:2,4,5,20
  10:5,21,25 11:3,14
  11:20 12:17,19,20
  12:21,22
**new**  1:2,14,21 2:6,6
  2:10,10 3:16,20
  4:17 19:5 20:4,4
**notary**  1:20 4:16
  19:4 20:24
**note**  3:3
**noted**  1:18 17:12
**number**  3:17
**ny**  20:4

**o**

**o**  4:15
**objection**  6:12 7:25
  12:15
**occurred**  11:16
**oh**  7:24
**okay**  5:17,21 8:24
  10:11 12:8 13:2
  17:3,8
**old**  4:22,23,24 5:2,3
  20:3

**once**  13:10

**p**

**p**  2:3,3
**p.m.**  17:9,12
**page**  18:4,10 20:7
**paid**  8:20
**part**  16:4
**parties**  19:18
**party**  16:7
**pay**  7:22 8:11 11:22
**payee**  12:19
**payments**  8:19 12:6
**penny**  7:11
**phones**  3:5
**phonetic**  15:16
**pia**  15:16
**picard**  2:9 4:10 6:7
  11:17
**pick**  3:4
**place**  1:18 3:6 19:9
**plaintiff**  1:5 3:12
**played**  15:22 16:23
**plaza**  2:10
**please**  3:3,5 4:4,12
**plus**  8:6
**point**  9:9
**poliakoff**  2:5 4:7
**prepared**  5:5,8,13
**present**  2:14
**prices**  14:12
**pro**  1:10
**probably**  14:23
**proceeding**  19:8
**profit**  7:19 8:6
**profits**  8:2 14:11
**proof**  7:4
**protection**  1:4 3:11
**prove**  6:25 7:3 14:18
**provide**  10:3
**public**  1:20 4:16
  19:4 20:24
**purchased**  12:6
**put**  8:15 14:19

**q**

**questions**  13:3,5,10
  17:5

**r**

**r**  2:3 4:15,15,24
  15:17
**really**  13:12 14:16
**reason**  20:7
**recall**  5:5,14,18 6:5
  6:9,20
**received**  7:5 8:8 9:4
  10:22 11:6,9,10
  12:20 13:15,20 14:2
**receiving**  13:22
**reconstruct**  10:14
**record**  4:3 10:16,17
  17:11 19:15
**records**  10:13,20,21
  12:23
**related**  19:18
**remained**  11:12
**remember**  5:16
  13:22
**remembered**  16:13
**reported**  8:3,9
**reporter**  1:20 3:24
  4:12 19:2
**reporting**  8:7
**requested**  7:10
**requests**  8:22,22
**reserving**  13:9
**respect**  6:2
**rest**  7:8
**retained**  18:9
**retirement**  6:17 7:9
  7:10
**return**  7:19 8:4
**review**  5:6,10 13:11
  14:7
**reviewed**  5:22 14:4
**reviewing**  5:14
**right**  9:11,12 13:10
**road**  20:3

**robert**  2:15
**rockefeller**  2:10
  16:8
**rude**  4:22

**s**

**s**  2:3
**saw**  10:25 11:3,14
  12:22 16:11
**schedule**  8:4
**securities**  1:4,8 3:11
  3:14 8:8 11:12 12:6
  14:9
**security**  10:3
**see**  7:2
**sensitive**  3:4
**sent**  8:17 12:10
**set**  19:24
**sheet**  20:2
**shorthand**  1:19
**show**  10:21
**showed**  7:19
**showing**  8:4,6 11:15
**shy**  9:22
**sign**  5:6
**signature**  7:2 17:14
**signed**  5:9,18
**sipc**  20:5
**smb**  1:10 3:17
**socialing**  16:6
**socialized**  16:25
**sol**  15:15,21 16:14
  16:16,18,18,19,19
  16:20
**sold**  8:5 11:7,12
**solutions**  20:2
**sons**  16:10
**south**  12:13
**southern**  1:2 3:16
**spell**  13:18
**state**  1:20 4:17 19:5
**stated**  13:14
**statement**  11:5,15
  12:24 14:10,20 15:3

[statements - youngsters]                                                                   Page 4

**statements**  13:15,20
  14:5,7,8,16
**states**  1:2 3:15
**stenographically**
  19:13
**stocks**  8:5,6 11:2,6
**submitted**  5:7 6:6
**subscribed**  17:15
  20:22
**substantial**  12:2,4
**suggested**  9:15
**supervision**  19:14
**sure**  14:9
**swear**  4:12
**sworn**  4:16 17:15
  19:10 20:22

**t**

**t**  18:8
**take**  8:11
**taken**  3:10 14:23
  19:12
**tape**  3:8 17:10
**tax**  8:3
**taxes**  7:22 8:11,17
  8:20
**tell**  4:23 5:2
**testified**  4:18
**testimony**  19:7,11
  19:12,16
**thank**  15:8 17:7
**thing**  15:4 16:5
**things**  15:22
**thought**  7:7 15:5
  16:5
**thousand**  11:25
**time**  1:18 3:21 7:8
  9:9 13:11,21 14:25
  17:9,12 19:9
**times**  8:19 16:6
**today**  13:12
**told**  6:9 10:15
**transactions**  8:5
  11:16

**transcribed**  19:13
**transcript**  19:15
**tried**  10:14
**true**  19:15
**trustee**  2:9 4:9 6:7
  6:10,20
**try**  10:20
**tuition**  6:19
**turn**  3:5 9:7

**u**

**unequivocally**  9:4
**uneven**  11:18
**unfortunately**  9:8
**united**  1:2 3:15

**v**

**vanderwal**  2:11 4:8
  4:8 6:12 7:25 12:15
  13:6,8 15:8 17:7
  18:5
**verified**  13:24
**veritext**  4:2 20:2
**versus**  3:13
**videographer**  2:15
  3:2,24 4:11 17:8
**videotaped**  3:9
**visit**  16:11
**vs**  20:5

**w**

**want**  6:14 13:13
**wanted**  6:25 10:20
  11:21,24
**watched**  10:2
**way**  9:8 14:17
**went**  10:19 16:2,11
  17:2
**whereof**  19:23
**whispering**  3:4
**wife**  9:10,18,21
  15:23
**winter**  1:19 3:25
  19:4
**withdraw**  6:14 9:5
  9:18 11:24

**withdrawn**  6:10
  7:13 12:3,4
**withdrew**  6:14,21
  7:9 9:2 10:6
**witness**  1:17 2:5
  4:13 17:14 18:4
  19:10,16,23
**wonderful**  16:5,6
**work**  14:17
**working**  9:25
**worry**  14:24 15:3

**x**

**x**  18:3,8

**y**

**year**  7:23 8:9,19
**years**  5:3 7:18 10:16
**york**  1:2,14,21 2:6,6
  2:10,10 3:16,20
  4:17 19:5 20:4,4
**young**  16:10
**youngsters**  16:12