## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## FIFTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Agl Life Assurance Company Separate Account Vl 83 | 014279 | 3005 | Pro Se Filing | Agl Life Assurance Company Separate Account Vl 83 Attn: Kent C Keim | 1A0156 |
| Paul Allen | 000106 | 563 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Paul Allen (47025) | 1CM407 |
| NTC & Co. FBO Calvin Berkowitz | 002352 | 918 | Pro Se Filing | Millennium Trust Company, LLC FBO Calvin Berkowitz (93614) | 1ZR095 |
| Besse And Louis Bleznak Foundation, Inc. | 001798 | 623 | Pro Se Filing | Besse And Louis M Bleznak Foundation Inc | 1B0219 |
| Kathleen Bignell Or Marya Bignell | 000587 | 924 | Pro Se Filing | Kathleen Bignell Or Marya Bignell | 1ZA714 |
| Kathleen Bignell Or Marya Bignell | 009662 | 924 | Pro Se Filing | Kathleen Bignell Or Marya Bignell | 1ZA714 |
| Joyce Brillante & Michael Brillante Family Acct | 001158 | 679 | Phillips Nizer LLP | Joyce Brillante &Michael Brillante Family Acct | 1ZA565 |
| Cynthia Pattison Survivor Trust | 000400 | 545 | Pro Se Filing | Cynthia Pattison Survivor Trust Cynthia Pattison Germaine Tste | 1ZA246 |
| Philip Datlof | 006995 | 2910 | Morgenstern & Blue, LLC | Millennium Trust Company, LLC FBO Philip Datlof (99733) | 1CM235 |
| Donna Lefkowitz Revocable Trust Dtd 12/13/04 | 001099 | 839 | Lax & Neville, LLP | Donna Lefkowitz Revocable Trust Dtd 12/13/04 3771 Environ Blvd | 1ZA966 |
| Elirion Associates, Inc. Emp. Pension Plan And Trust | 009058 | 2028 | Susman Godfrey L.L.P. | Elirion Associates, Inc Empl Pension Plan & Trust | 1E0142 |
| Roy G Perlis Or Arlene Perlis Or Heather Shari Fenchel | 009507 | 926 | Pro Se Filing | Roy G Perlis Or Arlene Perlis Or Heather Shari Fenchel | 1ZA797 |
| Franitza Family Limited Partnership ("The Shores") | 000862 | 1128 | Pro Se Filing | Franitza Family Limited Partnership The Shores | 1ZB315 |
| Manfred Franitza (IRA) | 000851 | 1128 | Pro Se Filing | Millennium Trust Company, LLC FBO Manfred Franitza (70391) | 1ZB521 |
| Margrit Franitza (IRA) | 000812 | 1128 | Pro Se Filing | Millennium Trust Company, LLC FBO Margrit Franitza (70602) | 1ZB520 |
| Elizabeth D French | 009786 | 835 1118 | SNR Denton US LLP | Elizabeth D French | 1CM008 |
| Robert T Schoen Md And Cynthia B French J/T WROS | 010156 | 896 1119 | SNR Denton US LLP | Robert T Schoen Md And Cynthia B French J/T WROS P O Box 73 | 1CM305 |
| Friedman Partners L.P. | 012116 | 2793 | Katten Muchin Rosenman LLP | Friedman Partners Limited Partnership | 1F0162 |
| Friedman Partners L.P. | 012799 | 2793 | Katten Muchin Rosenman LLP | Friedman Partners Limited Partnership | 1F0162 |
| Herb And Ruth Gamber C/O Anthony Gamberg, Esq. | 013584 | 2230 | Pro Se Filing | Herbert Gamberg Ruth Gamberg J/T WROS 1600 Cambridge St Halifax | 1CM070 |
| Doreen Gargano | 008607 | 2019 | Adorno & Yoss LLP | Doreen Gargano | 1ZB575 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Lillian D Gilden | 000819 | 822 | Pro Se Filing | Lillian D Gilden | 1CM282 |
| Cathy Gins | 012833 | 2212 | Pro Se Filing | Cathy Gins | 1CM270 |
| Phyllis Glick | 000604 | 536 | Pro Se Filing | Phyllis Glick | 1ZA492 |
| Murray Gold | 001113 | 2382 2420 | Pro Se Filing | Murray Gold, Esq. Money Purchase Pen Plan (H10) | 1G0037 |
| Muriel Goldberg | 005052 | 1091 | Pro Se Filing | Muriel Goldberg | 1ZA985 |
| Arnold Goldman And Madeleine Goldman J/T WROS | 011430 | 881 | Ginny L. Goldman, P.A. | Arnold Goldman And Madeleine Goldman J/T WROS | 1ZA739 |
| Leslie Goldsmith | 000041 | 569 | Phillips Nizer LLP | Leslie Goldsmith | 1ZA328 |
| Mark Goroff | 000993 | 2227 | Pro Se Filing | The Goroff Family Trust Mark Goroff Trustee | 1ZA240 |
| Susan Greer | 000996 | 723 | Phillips Nizer LLP | Susan Greer | 1ZA336 |
| NTC & Co. FBO Vilma Hastings (85553) | 001901 | 1782 | Pro Se Filing | Millennium Trust Company, LLC FBO Vilma Hastings (85553) | 1ZR193 |
| Iris Goodstein Revocable Trust | 001821 | 897 | Phillips Nizer LLP | Iris Goodstein As Tstee Uad 6/23/97 | 1ZA093 |
| James S Werter Revocable Trust Dtd 9/25/03 | 000086 | 562 919 | Pro Se Filing | James S Werter Revocable Trust Dtd 9/25/03 | 1ZA979 |
| Kathleen Giamo, Trustee Of Trust Number 6 U/A 12/23/88 | 012192 | 2498 | Lee J. Mondshein, Esq. | Trust #6 U/A 12/23/88 Kathleen Giamo Trustee C/O Richard Friedman | 1F0132 |
| Monica Kolzet | 001582 | 2380 | Pro Se Filing | Monica Sirotkin Kolzet | 1K0198 |
| The Lifton Family Foundation | 010951 | 2773 | Becker & Poliakoff, LLP | The Lifton Family Foundation C/O The Lefton Company LLC 6001 Broken Sound Pkwy | 1KW228 |
| Lmo/Mko Family Trust | 009954 | 2159 | Sterling Equities | LMO/MKO Family Trust C/O Sterling Equities | 1KW181 |
| Rosalie Wallenstein And Jan Ellen Lupu Jt/WROS | 012991 | 3887 | Pryor Cashman LLP | Rosalie Wallenstein & Jan Ellen Lupu JT/WROS Pod Stephanie Lupu & Matthew Lupu | 1ZA869 |
| Manfred Franitza Revocable Trust Dated 9/6/05 | 000850 | 1128 | Pro Se Filing | Manfred Franitza Revocable Trust Dated 9/6/05 The Shores | 1ZA025 |
| Jill Marks | 009594 | 1796 | Pro Se Filing | Jill Marks | 1M0196 |
| Martin Lifton C/O The Lifton Company LLC | 010964 | 470 | Phillips Nizer LLP | Martin Lifton C/O The Lifton Company LLC 6001 Broken Sound Pkwy | 1KW162 |
| Marvin Katkin Revocable Trust Marvin Katkin Trustee | 005149 | 959 | Pro Se Filing | Marvin Katkin Revocable Trust Marvin Katkin Trustee 1/13/93 | 1ZA247 |
| Marvin Katkin Revocable Trust Marvin Katkin Trustee | 100130 | 959 | Pro Se Filing | Marvin Katkin Revocable Trust Marvin Katkin Trustee 1/13/93 | 1ZA247 |
| Herbert A Medetsky | 000020 | 731 | Pro Se Filing | Herbert A Medetsky | 1ZA125 |
| Ernest Melton (IRA) | 008647 | 875 | Milberg LLP | Millennium Trust Company, LLC FBO Ernest Melton (29657) | 1ZR043 |
| Morris Talansky Grat Dated 11/12/02 | 000108 | 848 | Phillips Nizer LLP | Morris Talansky Grat Dated 11/12/02 | 1T0035 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| David Moskowitz | 000695 | 1177 | Phillips Nizer LLP | David Moskowitz | 1ZA178 |
| Richard Most And Stacy Trosch Most Jt WROS | 004862 | 601 | James J. Moylan and Associates P.C. | Richard Most And Stacy Trosch Most JT WROS | 1ZA778 |
| Bianca M Murray | 003140 | 860 | Murray & Murray | Bianca M Murray | 1ZA986 |
| Joseph M Murray | 004168 | 960 | Pro Se Filing | Joseph M Murray 41 A Bedok Ria Crescent 04-54 Stratford Court | 1ZA987 |
| Ruth & Leah Tall J/T WROS Norton | 000519 | 4076 | Pro Se Filing | Ruth Norton & Leah Tall J/T WROS I/T/F/ Stephanie Galey | 1ZA871 |
| Ann Malcolm Olesky (IRA) | 001656 | 2490 | Pro Se Filing | Millennium Trust Company, LLC FBO Ann Malcom Olesky(44655) | 1EM348 |
| Samuel Olesky | 001657 | 2520 | Pro Se Filing | Samuel J Olesky | 1EM317 |
| Trust U/W/O Harold Korn F/B/O Marjorie K. Osterman | 009945 | 2176 | Sterling Equities | Harold Korn Trust F/B/O Marjorie K Osterman Lester M Osterman Trustee | 1KW097 |
| Pompart LLC | 013964 | 491 | Herrick, Feinstein LLP | Pompart LLC C/O John Pomerantz | 1P0100 |
| Joan W Procter | 000470 | 1001 | Pro Se Filing | Joan W Procter | 1EM325 |
| Pulver Family Foundation, Inc. | 013920 | 3079 | Lowenstein Sandler PC | Pulver Family Foundation Inc | 1P0050 |
| Karen L Rabins | 003227 | 1787 | Pro Se Filing | Karen L Rabins | 1ZB406 |
| Isie Rosen And Carol Rosen Jt/WROS | 002005 | 842 | Yankwitt & Associates LLC | Isie Rosen And Carol Rosen JT/WROS | 1ZA380 |
| Joseph Rubino & Kathleen Rubino J/T WROS | 002613 | 2122 | Pro Se Filing | Joseph Rubino & Kathleen Rubino J/T WROS | 1R0128 |
| Joseph Rubino (IRA) | 002618 | 2121 | Pro Se Filing | Millennium Trust Company, LLC FBO Joseph Rubino (111259) | 1R0074 |
| S R F Partners | 011080 | 892 | SNR Denton US LLP | S R F Partners C/O Rush Properties | 1R0098 |
| Samuel-David Associates LTD. | 001658 | 2402 | Pro Se Filing | Samuel-David Associates LTD Attn: Ann M Olesky | 1EM143 |
| Elaine Schmutter | 013295 | 955 | Pro Se Filing | Elaine Schmutter 271-10 Grand Central Pkwy | 1ZA772 |
| Irving I Schupak And/Or Anne Schupak J/T WROS | 011353 | 1069 | Pro Se Filing | Irving I Schupak And/Or Anne Schupak J/T WROS | 1ZA950 |
| Michele A Schupak | 011242 | 1090 | Pro Se Filing | Michele A Schupak | 1ZA984 |
| Steven C Schupak | 009833 | 1794 1912 | Pro Se Filing | Steven C Schupak | 1ZA669 |
| NTC & Co. FBO Rose Seligson (25349) | 000512 | 1790 | Pro Se Filing | Millennium Trust Company, LLC FBO Rose Seligson (25349) | 1ZR058 |
| NTC & Co. FBO Theodore S Seligson 25348 | 000126 | 1789 | Pro Se Filing | Millennium Trust Company, LLC FBO Theodore S Seligson 25348 | 1ZR052 |
| Theodore Seligson | 000129 | 1789 | Pro Se Filing | Theodore S Seligson Indenture Of Trust T Seligson Trustee 10/20/78 | 1ZA456 |
| Carol Silverstein | 000099 | 866 | Reitler Kailas & Rosenblatt LLC | Carol Silverstein | 1ZA567 |
| Mike Stein | 002376 | 479 | Phillips Nizer LLP | Mike Stein | 1S0146 |

3

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Stephen H Stern | 002556 | 975 | Pro Se Filing | Stephen H Stern | 1ZA666 |
| Tepper 1998 Famliy Trust | 009914 | 2160 | Sterling Equities | Tepper Family 1998 Trust | 1KW246 |
| John Thackray | 009925 | 2163 | Sterling Equities | John Thackray | 1KW281 |
| Pat Thackray | 009926 | 2164 | Sterling Equities | Pat Thackray | 1KW282 |
| Thelma E Barshay Trust; Robert Barshay Thelma Barshay Trustees | 001071 | 1781 | Pro Se Filing | Thelma E Barshay Trust Robert Barshay Thelma Barshay Trustees | 1ZA574 |
| William Treiber & Joyce Treiber | 000510 | 2158 | Sterling Equities | William Treiber & Joyce Treiber JT Tenants | 1KW122 |
| William Treiber & Joyce Treiber | 009952 | 2158 | Sterling Equities | William Treiber & Joyce Treiber JT Tenants | 1KW122 |
| Linda S Waldman | 000569 | 480 | Phillips Nizer LLP | Linda S Waldman | 1CM300 |
| Irving Wapner & Estelle Wapner J/T | 000837 | 1005 | Pro Se Filing | Irving Wapner & Estelle Wapner J/T | 1ZA459 |
| Sheryl L Weinstein | 006843 | 1167 | Kachroo Legal Services | Sheryl L Weinstein | 1W0051 |
| Sheryl Weinstein & Ronald Weinstein J/T WROS | 006842 | 1167 | Kachroo Legal Services | Sheryl Weinstein & Ronald Weinstein J/T WROS | 1W0049 |
| William A. Forrest Revocable Trust | 000571 | 1838 | Pro Se Filing | William A Forrest Revocable Trust | 1F0135 |
| Ethel S. Wyner | 008052 | 2026 | Stone & Magnanini LLP | Ethel S Wyner 1 | 1ZA048 |