**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. JOYCE G. MOSCOE, individually and in her capacity as Grantor and Trustee of the Joyce G. Moscoe Revocable Trust Agreement; DONALD S. MOSCOE, in his capacity as Trustee of the Joyce G. Moscoe Revocable Trust Agreement; THOMAS MOSCOE, in his capacity as Trustee of the Joyce G. Moscoe Revocable Trust Agreement; and JOYCE G. MOSCOE REVOCABLE TRUST AGREEMENT, Defendants. | Adv. Pro. No. 10-05140 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and Joyce G. Moscoe Revocable Trust Agreement, Joyce G. Moscoe, individually and as Grantor and Trustee of the Joyce G. Moscoe Revocable Trust Agreement, and Thomas Moscoe, in his capacity as Trustee of the Joyce G. Moscoe Revocable Trust Agreement ("Defendants"),[1] by and through their counsel, Frejka PLLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendants.

2. On April 17, 2014, Defendants served an answer on the Trustee.

3. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on October 16, 2015.

4. Pursuant to the terms of the Settlement Agreement and Release, and in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

---

[1] Defendant Donald S. Moscoe is deceased and is therefore not a party to this Stipulation.

2

08-01789-cgm    Doc 12334    Filed 12/30/15    Entered 12/30/15 16:54:11    Main Document
Pg 3 of 4

the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: December 30, 2015

    New York, New York

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713)751-1600<br>Facsimile: (713)751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com<br>Farrell A. Hochmuth<br>Email: fhochmuth@bakerlaw.com | By: */s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**FREJKA PLLC**

By: */s/ Elise S. Frejka*
733 Third Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 641-0800
Elise S. Frejka
EFrejka@frejka.com
Jason S. Rappaport
jrappaport@frejka.com

*Attorneys for Joyce G. Moscoe Revocable Trust Agreement, Joyce G. Moscoe, individually and in her capacity as Grantor and Trustee of the Joyce G. Moscoe Revocable Trust Agreement, and Thomas Moscoe, in his capacity as Trustee of the Joyce G. Moscoe Revocable Trust Agreement*

**SO ORDERED**

**Dated: December 30, 2015**

**New York, New York**

      **/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

4