**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Benjamin D. Pergament

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

### CERTIFICATE OF NO OBJECTION OF TRUSTEE'S NOTICE OF PRESENTMENT OF ORDER CONCERNING DOCUMENTS PRODUCED PURSUANT TO THE DECEMBER 11, 2013 <u>LETTER OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION</u>

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, submit this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1. On December 18, 2015, the Trustee filed the Notice of Presentment of Order Concerning Documents Produced Pursuant to the December 11, 2013 Letter of Request Under the Hague Evidence Convention (the "Notice of Presentment") (ECF No. 12287).

2. The deadline for filing objections to the Notice of Presentment expired on December 29, 2015 at 11:30 a.m.

3. Notice of the Notice of Presentment was provided by U.S. Mail, postage prepaid or email to (i) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (ii) all parties that have filed a notice of appearance in this case; (iii) the SEC; (iv) the IRS; (v) the United States Attorney for the Southern District of New York; and (vi) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4. Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Notice of Presentment appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Notice of Presentment.

5. Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Court enter, without a hearing, an Order authorizing the release to the Trustee of the documents produced by the Fondation Bettencourt Scheuller to the French Ministry of Justice, and subsequently transmitted to this Court pursuant to the Honorable Burton R. Lifland's December 11, 2013 letter of request issued upon the Court's order of the same date [ECF No. 5601], granting the Trustee's Motion for Issuance of Letters of Request Under the Hague Evidence Convention, dated November 4, 2013 [ECF No. 5556].

Dated: New York, New York
January 4, 2016

By: */s/ Benjamin D. Pergament*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Benjamin D. Pergament
Email: bpergament@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*