**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          v.<br><br>D. STONE INDUSTRIES, INC. PROFIT SHARING PLAN; and DANIEL STONE, MICHAEL STONE and SUSAN STONE, individually and in their capacities as trustees of D. Stone Industries, Inc. Profit Sharing Plan,<br>                              Defendants. | Adv. Pro. No. 10-05068 (SMB) |

# **FOURTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: March 30, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: June 7, 2016.

3. The Disclosure of Rebuttal Experts shall be due: July 7, 2016.

4. The Deadline for Completion of Expert Discovery shall be: August 5, 2016.

5. The Deadline for Service of a Notice of Mediation Referral shall be: August 12, 2016.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 26, 2016.

7. The Deadline for Conclusion of Mediation shall be: December 9, 2016.

[*The remainder of this page intentionally left blank*]

300376645.1

Dated: January 4, 2016

| | |
|---|---|
| BAKER & HOSTETLER LLP | FREJKA PLLC |
| By: */s/ Nicholas J. Cremona* | By: */s/ Elise S. Frejka* |
| 45 Rockefeller Plaza | 733 Third Avenue |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: 212.589.4200 | Telephone: (212) 641-0800 |
| Facsimile: 212.589.4201 | Elise S. Frejka |
| David J. Sheehan | Email: efrejka@frejka.com |
| Email: dsheehan@bakerlaw.com | Jason S. Rappaport |
| Nicholas J. Cremona | Email: jrappaport@frejka.com |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | *Attorneys for Defendants* |
| Email: cturner@bakerlaw.com | |
| Parker G. Jordan | |
| Email: pjordan@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300376645.1