**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

**ORDER CONCERNING DOCUMENTS PRODUCED**
**PURSUANT TO THE DECEMBER 11, 2013 LETTER OF**
**REQUEST UNDER THE HAGUE EVIDENCE CONVENTION**

By notice of presentment dated December 18, 2015, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, by and through his counsel, sought entry of an order authorizing the United States Bankruptcy Court to release to the Trustee documents produced by the Fondation Bettencourt Scheuller to the French Ministry of Justice (the "Documents"), and subsequently transmitted to this Court pursuant to the Honorable Burton R. Lifland's December 11, 2013 letter of request, issued upon the Court's order of the same date [ECF No. 5601], granting the Trustee's Motion for Issuance of Letters of Request Under the Hague Evidence Convention, dated November 4, 2013 [ECF No. 5556]; and due and proper notice having been given; and it appearing that no other or further notice need be given; and after due deliberation, it is hereby

**ORDERED**, that the Bankruptcy Court shall release the Documents to the Trustee but the Trustee is directed to arrange to retrieve the Documents from the law clerk; and it is further

**ORDERED**, that the Clerk of Court is directed to take all actions necessary to effectuate the relief granted by this Order; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating the interpretation or implementation of this Order.


Dated: New York, New York  /s/ STUART M. BERNSTEIN
       January 4th, 2016  HONORABLE STUART M. BERNSTEIN
                                                        UNITED STATES BANKRUPTCY JUDGE