# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>  v.<br><br>COHMAD SECURITIES CORPORATION, MAURICE J. COHN, MARCIA B. COHN, ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, JONATHAN GREENBERG, MORTON KURZROK, LINDA SCHOENHEIMER MCCURDY, RICHARD SPRING, ROSALIE BUCCELLATO, MILTON S. COHN, MARILYN COHN, JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT, CAROLE DELAIRE, EDWARD H KOHLSCHREIBER, EDWARD H KOHLSCHREIBER SR REV MGT TRUST, JOYCE BERMAN INDIVIDUALLY AND IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, S & J | Adv. Pro. No. 09-01305 (SMB) |

PARTNERSHIP, ESTATE OF JANET JAFFIN, MILTON COOPER IN HIS CAPACITY AS TRUSTEE OF THE JANET JAFFIN DISPOSITIVE TRUST AND AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, MATTHEW GREENBERG, AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, LOIS LEVINE AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, THE SPRING FAMILY TRUST, JEANNE T. SPRING TRUST, THE JOINT TENANCY OF THE ESTATE OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER, THE JOINT TENANCY OF ROBERT PINCHOU AND FABIAN GUENZBURGER, and ELIZABETH M. MOODY,

                Defendants.