**CHAITMAN LLP**  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

Hearing Date: January 27, 2016  
Time: 10:00 a.m. EST

*Attorneys for Defendants David Gross and Irma Gross*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>     Plaintiff,<br>  v.<br><br>DAVID GROSS and IRMA GROSS,<br><br>     Defendants. | Adv. Pro. No. 10-04667 (SMB) |

**DEFENDANTS DAVID GROSS AND IRMA GROSS NOTICE OF HEARING**

  **PLEASE TAKE NOTICE** that on **January 27, 2016, at 10:00 a.m.,** a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, Courtroom 723, New York, New York 10004, concerning the Notice of Presentment of An

{00017769 1 }

Order Granting Defendants Time to Retain New Counsel filed on December 17, 2015 (ECF No. 67) along with the Declaration of Helen Davis Chaitman In Support of An Application for An Order Granting Defendants Time to Retain New Counsel and Proposed Order Granting Defendants Time to Retain New Counsel.

Dated:  January 5, 2016           **CHAITMAN LLP**
        New York, New York

                                  By:  */s/ Helen Davis Chaitman*
                                       Helen Davis Chaitman, Esq.
                                       hchaitman@chaitmanllp.com
                                       465 Park Avenue
                                       New York, New York 10022
                                       Phone & Fax: 888-759-1114

                                       *Attorneys for Defendants David Gross and Irma Gross*

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated:   January 5, 2016
         New York, New York                    */s/ Helen Davis Chaitman*