**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04436 (SMB) |
| Plaintiff, | |
| v. | |
| SIDNEY LADIN REVOCABLE TRUST DATED 12/30/96; SIDNEY R. LADIN GRANTOR RETAINED ANNUITY TRUST 11/3/04; SIDNEY R. LADIN, individually and in his capacity as Grantor and Trustee of the Sidney Ladin Revocable Trust dated 12/30/96 and the Sidney R. Ladin Grantor Retained Annuity Trust dated 11/3/04; SHARLENE LADIN, in her capacity as Trustee of | |

the Sidney Ladin Revocable Trust dated 12/30/96;
and SIDNEY KAPLAN, in his capacity as Trustee
of the Sidney R. Ladin Grantor Retained Annuity
Trust dated 11/3/04,

                                    Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on December 23 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 29] wherein the Trustee and Defendants jointly agreed to enter mediation without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Ted A. Berkowitz from the law firm of Farrell Fritz, P.C., to act as Mediator in this matter. The Parties further agree to contact Mr. Berkowitz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York

January 5, 2016

Of Counsel:                                    By: */s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**                      **Baker & Hostetler LLP**
811 Main, Suite 1100                           45 Rockefeller Plaza
Houston, Texas 77002                           New York, NY 10111
Telephone: (713)751-1600                       Telephone: (212) 589-4200
Facsimile: (713)751-1717                        Facsimile: (212) 589-4201
Dean D. Hunt                                   David J. Sheehan
Email: dhunt@bakerlaw.com                      Email: dsheehand@bakerlaw.com
Farrell A. Hochmuth                            Nicholas J. Cremona
Email: fhochmuth@bakerlaw.com                  Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

3

By: */s/* Brendan Scott
**Klestadt Winters Jureller**
**Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Tracy L. Klestadt
Email: tklestadt@klestadt.com
Brendan M. Scott
Email: bscott@klestadt.com

By: */s/* Allen Saeks
**Stinson Leonard Street LLP**
150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1587
Blake Shepard
Email: blake.shepard@leonard.com
Allen Saeks
Email: allen.saeks@leonard.com

*Attorneys for Defendants Sidney Ladin Revocable
Trust Dated 12/30/96; Sidney R. Ladin Grantor
Retained Annuity Trust 11/3/04; Sidney R. Ladin,
individually and in his capacity as Grantor and
Trustee of the Sidney Ladin Revocable Trust dated
12/30/96 and the Sidney R. Ladin Grantor Retained
Annuity Trust dated 11/3/04; Sharlene Ladin, in her
capacity as Trustee of the Sidney Ladin Revocable
Trust dated 12/30/96; and  Sidney Kaplan, in his
capacity as Trustee of the Sidney R. Ladin Grantor
Retained Annuity Trust dated 11/3/04*