**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                            Plaintiff,<br><br>          v.<br><br>DAVID S. WALLENSTEIN,<br><br>                            Defendant. | Adv. Pro. No. 10-04467 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY**
**DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendant David S. Wallenstein ("Defendant") by and through his counsel, Brian J. Neville of Lax & Neville LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.    On November 30, 2010, the Trustee filed and served the Complaint against

Defendant.

2. On September 18, 2015, Defendant served an answer on the Trustee.

3. On December 15, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default in the installment payments to seek entry of judgment pursuant to the Stipulation for Entry of Judgment, as set forth in the Settlement Agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
January 6, 2016

| | |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Brian J. Neville* |
| **BAKER & HOSTETLER LLP** | **LAX & NEVILLE LLP** |
| 45 Rockefeller Plaza | 1450 Broadway, 35th Floor |
| New York, New York 10111 | New York, NY 10018 |
| Telephone: 212.589.4200 | Telephone: 212.696.1999 |
| Facsimile: 212.589.4201 | Facsimile: 212.566.4531 |
| David J. Sheehan | Brian J. Neville |
| Email: dsheehan@bakerlaw.com | Email: bneville@laxneville.com |
| Nicholas J. Cremona | Raquel Kraus |

2

Email: ncremona@bakerlaw.com

Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

Email: rkraus@laxneville.com

*Attorneys for David S. Wallenstein*

SO ORDERED

Dated: January 6, 2016
New York, New York

\_/s/Stuart M. Bernstein\_\_\_\_\_
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3