UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RIP INVESTMENTS, LP, VILLAGE HOOK, LLC, as General Partner, SIDNEY KIMMEL REVOCABLE TRUST DATED MAY 17, 2001, and SIDNEY KIMMEL, Individually and as Trustee,<br><br>　　　　Defendants. | Adv. Pro. No. 10-05289 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and

defendants, RIP Investments, LP, Sidney Kimmel Revocable Trust dated May 17, 2001, Sidney Kimmel, individually and as trustee, and Village Hook, LLC (collectively, "Defendants," and with the Trustee, the "Parties"), by and through their counsel Frejka PLLC, hereby stipulate and agree to the following:

1. On December 7, 2010, the Trustee commenced this adversary proceeding against Defendants.

2. On January 17, 2014, the Defendants filed their Answer to the Complaint.

3. On December 14, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181] (the "Settlement Agreement").

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 6, 2016

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com
Jessie A. Kuhn
Email: jkuhn@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*


By: */s/ Elise S. Frejka*
FREJKA PLLC
733 Third Avenue
New York, NY 10017
Telephone: (212) 641-0800
Elise S. Frejka
Email: EFrejka@frejka.com
Jason Rappaport
Email: jrappaport@frejka.com

*Attorneys for Defendants*

SO ORDERED

Dated: January 6, 2016

   /s/Stuart M. Bernstein_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3