UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Ronald Guritzky (the "Claimant"), having filed an objection (the "Objection", Docket No. 0002797) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001049), hereby gives notice that he withdraws such Objection.

Dated: November 2, 2015

Hunter T. Carter on behalf of Ronald Guritzky
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
Attn: Hunter T. Carter, Esq.
Tel. No. (212) 484-3946