**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The LDP Profit Sharing Plan and Trust (the "Claimant"), having filed on November 18, 2009 an objection (the "Objection", Docket No. 905) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #006424, hereby gives notice that it withdraws such Objection.

Dated: December, 7, 2015

Shannon A. Scott on behalf of The LDP Profit Sharing Plan and Trust
JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 746-8000

[Type text]
SXS/D1080395v1/M057783/C0154570
300374216.1
300375106.2