UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Estate of Elizabeth H. Kahn, Jean A. Kahn as Executrix (the "Claimant"), having filed an objection (the "Objection", ECF No. 2292) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002798), hereby gives notice that it withdraws such Objection.

Dated: December 9, 2015

                     Barry R. Lax on behalf of Jean A. Kahn
                     LAX & NEVILLE, LLP
                     1450 Broadway, 35th Floor
                     New York, New York 10018
                     Tel: (212) 696-1999

300373969.2