UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Guritzky Family Partnership LP (the "Claimant"), having filed objections (the "Objections", Docket Nos. 0002187, 0002798, 0002799, 0002800) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (#001027, #001150, #001106), hereby gives notice that it withdraws such Objections.

Dated:  November , 2 , 2015

                 _____
                 Hunter T. Carter on behalf of The Guritzky
                 Family Partnership LP
                 Arent Fox LLP
                 1675 Broadway
                 New York, NY 10019-5820
                 Tel. No. (212) 484-3946