**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Magnus A. Unflat (the "Claimant"), having filed an objection (the "Objection", Docket No. 2851) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#005096 and #010622), hereby gives notice that he withdraws such Objection.

Dated: December 10, 2015

　　　　　　　　　　　　　　　　　　　　/s/ Michael R. Lastowski
　　　　　　　　　　　　　　　　　　　　Michael R. Lastowski on behalf of Magnus A. Unflat
　　　　　　　　　　　　　　　　　　　　Duane Morris LLP
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1659
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 657-4942

DMADMIN\3365264.2