**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Trust f/b/o Melissa Perlen u/a dated 9/12/1979 and Stuart Perlen, in his capacity as the Trustees for the Trust f/b/o Melissa Perlen u/a dated 9/12/1979 (the "Claimants"), having filed an objection (the "Objection", Docket No. 828) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#009385), hereby gives notice that they withdraw such Objection.

22

300374096.1
2420061.1

Dated: \_\_\_\_December 14\_\_, 2015

/s/ Michael S. Weinstein
GOLENBOCK EISEMAN
ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10222
Telephone: 212.907.7300
Facsimile: 212.754.0777
Jonathan L. Flaxer
Email: jflaxer@golenbock.com
Michael S. Weinstein
Email: mweinstein@golenbock.com

*Attorneys for Claimants*