**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

The Myra Perlen Revocable Trust and Stuart Perlen in his capacity as Trustee of the Myra Perlen Revocable Trust (the "Claimants"), having filed an objection (the "Objection", Docket No. 468) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#009379 and #011760), hereby gives notice that they withdraw such Objection.

22

2420067.1

Dated: December 14, 2015

/s/ Michael S. Weinstein
GOLENBOCK EISEMAN
ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10222
Telephone: 212.907.7300
Facsimile: 212.754.0777
Jonathan L. Flaxer
Email: jflaxer@golenbock.com
Michael S. Weinstein
Email: mweinstein@golenbock.com

*Attorneys for Claimants*