**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Stuart Perlen Revocable Trust dtd 1/4/08, and Stuart Perlen in his capacity as Grantor and Trustee for the Stuart Perlen Revocable Trust (the "Claimants"), having filed an objection (the "Objection", Docket No. 467) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#009371 and #011762), hereby gives notice that they withdraw such Objection.

22

300374403.1
2420065.1

Dated: December 14, 2015

/s/ Michael S. Weinstein
GOLENBOCK EISEMAN
ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10222
Telephone: 212.907.7300
Facsimile: 212.754.0777
Jonathan L. Flaxer
Email: jflaxer@golenbock.com
Michael S. Weinstein
Email: mweinstein@golenbock.com

*Attorneys for Defendants*

23

300374403.1
2420065.1