# EXHIBIT  E

K&L Gates LLP
Richard A. Kirby (*Pro Hac Vice*)
1601 K Street
Washington, DC 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Joanne M. Hepburn (*Pro Hac Vice*)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                  Plaintiff,<br><br>v.<br><br>ESTATE OF DORIS M. PEARLMAN; HEIDI PEARLMAN AND JILL BETH PEARLMAN, in their capacity as the Personal Representatives of the Estate of Doris Pearlman, in their capacity as cotrustees of the Doris M. Pearlman Revocable Trust, and as subsequent beneficiaries; DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary; and MARVIN A. GOLDENBERG, as a subsequent beneficiary,<br><br>                                  Defendants. | Adv. Pro. No. 10-04504 (SMB)<br><br>**DECLARATION OF HEIDI PEARLMAN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

4/25/15 Heidi Pearlman

I, Heidi Pearlman, declare as follows:

1.    I am the daughter of Doris M. Pearlman and serve as a cotrustee of the Doris M. Pearlman Revocable Trust and as a personal representative for the Estate of Doris M. Pearlman (the "Estate"). I am over the age of 18 years and competent to testify. I make this Declaration in support of Defendants' Motion for Partial Summary Judgment. I have personal knowledge of the facts stated herein.

2.    My mother made annual gifts to me for many years. Since December 11, 2006, she transferred a total of $63,000 to me. In 2007 and 2008, she transferred $12,000 to me each year, and in 2009, 2010, and 2011, she transferred $13,000 to me each year. I have not received any other transfers from my mother or her Estate (which has become insolvent due to litigation expenses in this case) since December 11, 2006. The only exception to this is that I inherited a one-half interest, valued at $172,726 at the time of my mother's death, in an IRA that originated from my father's pension plan assets.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 25 day of April, 2015 at Centennial, Colorado.

_Heidi Pearlman_
Heidi Pearlman

- 2 -