# EXHIBIT K

**From:** Smith, Rachel M.
**Sent:** Wednesday, December 30, 2015 3:20 PM
**To:** Clinton, Laura K; Pierson, Amanda Roberts; Kirby, Richard A
**Cc:** Hochmuth, Farrell; Hunt, Dean D.
**Subject:** RE: Adv. Pro. No. 10-04504; Picard v. Estate of Doris Pearlman: Subpoena Notice

Laura,

I'm available on Monday. Let's plan for 12:30ET. As detailed in our correspondence of December 21, the subpoenas and DiNitale's deposition was necessitated by your clients' deposition testimony. Please be advised that we are working to schedule DiNitale's deposition.

Please use the dial-in below for Monday's call:

**Dial In:** 866-468-2930
**Conference Code:** 7136461386

Best regards,

Rachel

---

**From:** Clinton, Laura K [mailto:Laura.Clinton@bakermckenzie.com]
**Sent:** Wednesday, December 30, 2015 2:23 PM
**To:** Pierson, Amanda Roberts; Kirby, Richard A
**Cc:** Smith, Rachel M.; Hochmuth, Farrell; Hunt, Dean D.
**Subject:** RE: Adv. Pro. No. 10-04504; Picard v. Estate of Doris Pearlman: Subpoena Notice

Rachel, I was surprised to see this new discovery in the Pearlman matter. We agreed to extend the fact discovery deadline in the case for the sole purpose of wrapping up the then-extant discovery requests and noted depositions. Your assurances on that issue were a condition of our agreement to the existing case schedule.

Please advise as to your availability for a meet and confer on Monday, January 4th, after noon EST.

Thank you.

Laura K. Clinton
Admitted in Washington Only
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, DC 20006
Tel: +1 202 452 7023
Fax: +1 202 416 7223
laura.clinton@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

---

**From:** Pierson, Amanda Roberts [mailto:apierson@bakerlaw.com]
**Sent:** Tuesday, December 29, 2015 3:57 PM
**To:** Clinton, Laura K; Kirby, Richard A
**Cc:** Smith, Rachel M.; Hochmuth, Farrell; Hunt, Dean D.
**Subject:** Adv. Pro. No. 10-04504; Picard v. Estate of Doris Pearlman: Subpoena Notice

Dear Counsel:

Attached please find correspondence concerning Adv. Pro. No. 10-04504, *Trustee, Irving Picard v. The Estate of Doris Pearlman, et al.* A hard copy of the same will be sent to your attention via First Class Mail.

Best regards,

Amanda Pierson

**My Bio** | **Web site** | **vCard**

T 713.646.1368
F 713.751.1717
www.bakerlaw.com

**Amanda Pierson**
apierson@bakerlaw.com

BakerHostetler
811 Main Street
Suite 1100
Houston, TX 77002-6111

BakerHostetler

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.