**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04960 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF ELIZABETH H. KAHN aka BETTY KAHN, JEAN A. KAHN, as executrix and as an individual, RUTH E. KAHN, GERARD HESLIN, THOMAS HESLIN, RENFORD WILLIAMS, CYNTHIA SWASO, and JANN JONES, | |
| Defendants. | |

300377966

## <u>NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS</u>
## <u>WITHOUT PREJUDICE</u>

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, et seq., and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the

Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure applicable in adversary proceedings), hereby dismisses Gerald Heslin, Thomas

Heslin, Renford Williams and Cynthia Swaso as defendants in the above-captioned adversary

proceeding without prejudice.  Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is

permitted to voluntarily dismiss these parties as defendants in this adversary proceeding without

further order of the Court by filing this Notice of Dismissal as, as of the date hereof, said parties

have not served either an answer or a motion for summary judgment.

Dated:  January 6, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

BAKER & HOSTETLER LLP

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*