**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01503 (SMB) |
| Plaintiff, | |
| v. | |
| ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, and THE ESTATE OF MARK D. MADOFF, | |
| Defendants. | |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for February 24, 2016, has been

adjourned to **May 25, 2016, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
        January 7, 2016

Of Counsel:                                      By: */s/ Marc E. Hirschfield*_____

BAKER & HOSTETLER LLP                            **BAKER & HOSTETLER LLP**
Jimmy Fokas                                      45 Rockefeller Plaza
Email: jfokas@bakerlaw.com                       New York, New York 10111
Sammi Malek                                      Telephone: (212) 589-4200
Email: smalek@bakerlaw.com                       Facsimile: (212) 589-4201
Patrick T. Campbell
Email: pcampbell@bakerlaw.com                    David J. Sheehan
                                                 Email: dsheehan@bakerlaw.com
                                                 Lauren Resnick
                                                 Email: lresnick@bakerlaw.com
                                                 Marc E. Hirschfield
                                                 Email: mhirschfield@bakerlaw.com
                                                 Keith R. Murphy
                                                 Email: kmurphy@bakerlaw.com

                                                 *Attorneys for Irving H. Picard,*
                                                 *Trustee for the Substantively Consolidated SIPA*
                                                 *Liquidation of Bernard L. Madoff Investment*
                                                 *Securities LLC and the Estate of Bernard L. Madoff*