**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
David J. Sheehan
Keith R. Murphy
George Klidonas
Jessie A. Kuhn
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HARRY SCHICK,<br><br>       Defendant. | Adv. Pro. No. 10-05096 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Harry Schick, by and through his counsel, Frejka PLLC, (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against Defendant, which sought the avoidance of transfers from BLMIS to the Defendant made two years prior to December 11, 2008.

2. On April 17, 2014, Defendant served an answer on the Trustee.

3. On December 16, 2015, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each

2

of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 7, 2016

| **BAKER & HOSTETLER LLP** | **FREJKA PLLC** |
|---|---|
| /s/ *Keith R. Murphy* | /s/ *Elise S. Frejka* |
| 45 Rockefeller Plaza | 733 Third Avenue |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: (212) 589-4200 | Telephone: (212) 641-0800 |
| Facsimile: (212) 589-4201 | Elise S. Frejka |
| David J. Sheehan | Email: efrejka@frejka.com |
| Email: dsheehan@bakerlaw.com | Jason Rappaport |
| Keith R. Murphy | Email: jrappaport@frejka.com |
| Email: kmurphy@bakerlaw.com | |
| George Klidonas | |
| Email: gklidonas@bakerlaw.com | *Attorneys for Harry Schick* |
| Jessie A. Kuhn | |
| Email: jkuhn@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

                                        SO ORDERED

                                        /s/ STUART M. BERNSTEIN

Dated: January 7th, 2016         HON. STUART M. BERNSTEIN
New York, New York               UNITED STATES BANKRUPTCY JUDGE

3