EUNICE CHERVONY LEHRER

7333 Morocca Lake Drive

Delray Beach, FL 33446

Tel. (561) 4552856

Cell. (847) 858 7724

Appearing Pro Se

<u>Hearing Date</u>: Jan. 27, 2016 at 10:00 a.m.
<u>Objection Deadline</u>: Jan. 20, 2016 at 5:00 p.m.



RECEIVED

JAN 1 1 2016

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; ELAINE S. STEIN; ELAINE S. STEIN REVOCABLE TRUST; JAMAT | Adv. Pro. No. 10-05259 (SMB)  #159 |

COMPANY, LLC; THE MESTRO COMPANY;
TRUST U/W/O DAVID L. FISHER; TRUST U/T/A
8/20/90; and EVELYN FISHER, individually, and in
her capacity as Trustee for TRUST U/W/O DAVID L.
FISHER and TRUST U/T/A 8/20/90,

                    Defendants.

OBJECTION TO NOTICE OF MOTION AND MOTION FOR ENTRY OF

AN ORDER GRANTING THE TRUSTEE LEAVE TO FILE A SECOND

                    AMENDED COMPLAINT


PLEASE TAKE NOTICE that this is an objection by Eunice Chervony Lehrer to the Trustee's motion for
leave to file a Second Amended Complaint. My interest in these proceedings is that I am named as a
defendant in the proposed Amended Complaint and among the relief sought by the motion is to
reinstate me as a Subsequent Transferee Defendant.


I am not a member of the bar of this or any other court. I have appeared in this action pro se in the
Answer I filed in response to the Amended Complaint. I was previously granted permission to use the U
S Postal Service in lieu of this court's electronic filing procedures. Accordingly all those required to be
served with my objections will be served prior to the Objection Deadline through the U S Postal Service.
Those to be so served are the United State Bankruptcy Court for the Southern District of New York (with
a courtesy copy to the Chambers of the Honorable Stuart M. Bernstein),Windels, Marx, Lane &
Mittendorf. LLP Attn Howard L Simon and Securities Investor Corporation, Attn Kevin H. Bell.


Dated: Delray Beach, Florida

January 7, 2016

                    By: _Eunice Chervony Lehrer_

                        Eunice Chervony Lehrer (eunicelhrr1@gmail.com)

                        Appearing Pro Se

                        7333 Morocca Lake Drive

                        Delray Beach, FL 33446