| | |
|---|---|
| MINTZ & GOLD LLP<br>Terence W. McCormick<br>600 Third Avenue<br>25th Floor<br>New York, N.Y. 10016<br>Tel: (212) 696-4848<br>mccormick@mintzandgold.com<br><br>*Attorneys for Defendants*<br>*Neal M. Goldman, Linda Sohn and*<br>*the Fisher Defendants* | Hearing Date: Jan. 27, 2016 at 10:00 a.m.<br>Objection Deadline: Jan. 20, 2016 at 5:00 p.m. |

## UNITED STATES BANKRUPCTY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of | Adv. Pro. No. 10-05259 (SMB)<br><br><br><br><br><br><br><br>**NOTICE WITHDRAWING MOTION** |

| |
|---|
| ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of EUNICE CHERVONY; ELAINE S. STEIN; ELAINE S. STEIN REVOCABLE TRUST; JAMAT COMPANY, LLC; THE MESTRO COMPANY; TRUST U/W/O DAVID L. FISHER; TRUST U/T/A 8/20/90; and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90,<br>                    Defendants. |

**PLEASE TAKE NOTICE** that Defendants Neal M. Goldman ("Goldman"), Linda Sohn ("Sohn"), Trust U/W/O David L. Fisher, Trust U/T/A 8/20/90, and Evelyn Fisher, individually and in her capacity as Trustee for Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90 (the "Fisher Defendants," and together with Goldman and Sohn, "Defendants"), hereby withdraw without prejudice the motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and Fed. R. Bankr. P. 7012, which motion was filed on October 9, 2015 [Docket No. 147-149].

Dated: New York, New York
       January 12, 2016                    **MINTZ & GOLD LLP**

                                           /s/ Terence W. McCormick
                                           Steven G. Mintz
                                           Terence W. McCormick
                                           600 Third Avenue
                                           25th Floor
                                           New York, N.Y. 10016
                                           Tel: (212) 696-4848
                                           mccormick@mintzandgold.com
                                           *Attorneys for Defendants*
                                           *Neal M. Goldman, Linda Sohn and*
                                           *the Fisher Defendants*

2