Picard v. Helen Saren-Lawrence, Adv. Pro. No. 10-04898 – Additional Exhibits to Letter to Honorable Stuart M. Bernstein regarding discovery