**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PANAGIOTIS SAKELLARIOU SETTLEMENT, an irrevocable trust u/a/d 12/17/92, and SG HAMBROS BANK & TRUST (BAHAMAS) LIMITED, in its capacity as trustee of the Panagiotis Sakellariou Settlement an irrevocable trust u/a/d 12/17/92, ,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04392 (SMB) |

1

## AGREED AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions, (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, and (3) stipulation of the parties under Rule 29 of the Federal Rules of Civil Procedure—made applicable to this proceeding under Rule 7029 of the Federal Rules of Bankruptcy Procedure—to amend the prior Case Management Notice filed in this proceeding [Dkt. No. 95], the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: March 31, 2016.

2. Fact Discovery shall be completed by: July 18, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: October 5, 2017.

4. The Disclosure of Rebuttal Experts shall be due: November 6, 2017.

5. The Deadline for Completion of Expert Discovery shall be: December 4, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be on or before: December 11, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 4, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before May 4, 2018.

Dated: January 26, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: /s/ Nicholas Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**AGREED:**

*/s/ John F. Zulack*
John F. Zulack
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Email: jzulack@fzwz.com