Chaitman LLP
Helen Davis Chaitman
Lance Gotthoffer
465 Park Ave
New York, New York 10022
(888) 759-1114

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, Individually and on behalf of a class of similarly situated Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| SUSANNE STONE MARSHALL, ADDELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>          Plaintiffs,<br><br>  v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM | Adv. Pro. No. 15-01293 (SMB) |

{00018182 2 }

```
```
---

INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

                                                   Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the January 29, 2016, Declaration of Helen Davis Chaitman, Esq. and exhibits thereto, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Plaintiffs, by their undersigned counsel, will move for an order to strike the letter briefs submitted by Defendants' counsel on January 28, 2016, before the Honorable Stewart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 at hearing to be held on the motion as set by the Court.

Dated:   January 29, 2016  
             New York, New York

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*  
Helen Davis Chaitman Lance Gotthoffer  
hchaitman@chaitmanllp.com  
lgotthoffer@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, Individually and on behalf of a class of similarly situated Plaintiffs*

{00018182 2 }