**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Manfred Franitza (the "Claimant"), having filed an objection (the "Objection", ECF No. 3240) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 000851 hereby gives notice that Claimant withdraws such Objection.

Dated: February 1, 2016

                                                **LAX & NEVILLE, LLP**

                                                By: */s/ Brian J. Neville*
                                                1450 Broadway, 35th Floor
                                                New York, New York 10018
                                                Telephone: 212.696.1999
                                                Facsimile: 212.566.4531
                                                Brian J. Neville
                                                Email: bneville@laxneville.com
                                                Barry R. Lax
                                                Email: blax@laxneville.com

                                                *Attorneys for Claimant*