**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Franitza Family Limited Partnership "The Shores" (the Claimant"), having filed an objection (the "Objection", ECF No. 3241) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 000862 hereby gives notice that Claimant withdraws such Objection.

Dated: February 1, 2016

                                              **LAX & NEVILLE, LLP**

                                              By: */s/ Brian J. Neville*
                                              1450 Broadway, 35th Floor
                                              New York, New York 10018
                                              Telephone: 212.696.1999
                                              Facsimile: 212.566.4531
                                              Brian J. Neville
                                              Email: bneville@laxneville.com
                                              Barry R. Lax
                                              Email: blax@laxneville.com

                                              *Attorneys for Claimant*