**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Manfred Franitza Revocable Trust Dated 9/6/05 (the "Claimant"), having filed an objection (the "Objection", ECF No. 3238) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 000850 hereby gives notice that Claimant withdraws such Objection.

Dated: February 1, 2016

                                                        **LAX & NEVILLE, LLP**

                                                        By: */s/ Brian J. Neville*
                                                        1450 Broadway, 35th Floor
                                                        New York, New York 10018
                                                        Telephone: 212.696.1999
                                                         Facsimile: 212.566.4531
                                                        Brian J. Neville
                                                         Email: bneville@laxneville.com
                                                         Barry R. Lax
                                                         Email: blax@laxneville.com

                                                         *Attorneys for Claimant*