**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges U/D/T 10/6/1986 (the "Claimant"), having filed an objection (the "Objection", ECF No. 2182) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 004582 hereby gives notice that Claimant withdraws such Objection.

Dated: February 1, 2016

　　　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　　　By: */s/ Martin B. Shulkin*
　　　　　　　　　　　　　　　　　　Martin B. Shulkin
　　　　　　　　　　　　　　　　　　100 High Street, 24th Floor
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210-1724
　　　　　　　　　　　　　　　　　　Telephone: (857) 488-4126
　　　　　　　　　　　　　　　　　　Facsimile: (857) 401-3034
　　　　　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　　　　　New York, New York 10036-4086
　　　　　　　　　　　　　　　　　　Telephone: 212.692.1000
　　　　　　　　　　　　　　　　　　Email: MBShulkin@duanemorris.com

　　　　　　　　　　　　　　　　　　*Attorneys for Claimant*