**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Chernis Family Limited Trust (the "Claimant"), having filed an objection (the "Objection", ECF No. 2177) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim no. 005828 hereby gives notice that Claimant withdraws such Objection.

Dated: February 1, 2016

**DUANE MORRIS LLP**

By: */s/ Martin B. Shulkin*
Martin B. Shulkin
100 High Street, 24th Floor
Boston, Massachusetts 02210-1724
Telephone: (857) 488-4126
Facsimile: (857) 401-3034
1540 Broadway
New York, New York 10036-4086
Telephone: 212.692.1000
Email: MBShulkin@duanemorris.com

*Attorneys for Claimant*