Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| STANLEY I LEHRER & STUART M STEIN J/T WROS | 1L0013 |

MADC1064_00000001