BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers | 2-Year Principal Transfers |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 1,545,525 [1] | 1,545,525 | - | - | - | 1,545,525 | - | - |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 290,310 [1] | 290,310 | - | - | - | 1,835,835 | - | - |
| 3/9/1982 | CHECK | (750) | - | (750) | - | - | 1,835,085 | - | - |
| 3/11/1982 | CHECK | (750) | - | (750) | - | - | 1,834,335 | - | - |
| 3/15/1982 | CHECK RET | 750 | - | 750 | - | - | 1,835,085 | - | - |
| 7/13/1982 | CHECK | (50,478) | - | (50,478) | - | - | 1,784,607 | - | - |
| 10/27/1982 | TRANS TO H SQUADRON *(1S0135)* | (200,000) | - | - | - | (200,000) | 1,584,607 | - | - |
| 1/28/1983 | CHECK | 151,111 | 151,111 | - | - | - | 1,735,718 | - | - |
| 7/18/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,660,718 | - | - |
| 7/28/1983 | CHECK | (25,000) | - | (25,000) | - | - | 1,635,718 | - | - |
| 8/15/1983 | CHECK | (85,000) | - | (85,000) | - | - | 1,550,718 | - | - |
| 2/8/1984 | CHECK | 63,315 | 63,315 | - | - | - | 1,614,033 | - | - |
| 4/5/1984 | CHECK | 15,000 | 15,000 | - | - | - | 1,629,033 | - | - |
| 5/17/1985 | CHECK | (1,633) | - | (1,633) | - | - | 1,627,400 | - | - |
| 3/17/1986 | CHECK | (2,139) | - | (2,139) | - | - | 1,625,261 | - | - |
| 3/27/1987 | CHECK | (4,000) | - | (4,000) | - | - | 1,621,261 | - | - |
| 1/22/1988 | CHECK | (254,654) | - | (254,654) | - | - | 1,366,607 | - | - |
| 2/1/1988 | CHECK | 154,654 | 154,654 | - | - | - | 1,521,261 | - | - |
| 2/11/1988 | CHECK | 100,000 | 100,000 | - | - | - | 1,621,261 | - | - |
| 4/18/1988 | CHECK | (4,000) | - | (4,000) | - | - | 1,617,261 | - | - |
| 2/1/1989 | TRANS TO 10191510 *(101915)* | (2,175,926) [2] | - | - | - | (1,617,261) | - | - | - |
| 3/2/1989 | CHECK | (4,000) | - | (4,000) | - | - | (4,000) | - | - |
| 7/12/1989 | CHECK | 100,000 | 100,000 | - | - | - | 96,000 | - | - |
| 1/3/1990 | CHECK | 500,000 | 500,000 | - | - | - | 596,000 | - | - |
| 2/2/1990 | TRANS FROM 10191510 *(101915)* | 1,436,087 [3] | - | - | 861,609 | - | 1,457,609 | - | - |
| 2/2/1990 | TRANS FROM 10191510 *(101915)* | 1,259,482 [3] | - | - | 755,651 | - | 2,213,261 | - | - |
| 2/13/1990 | CHECK | (50,000) | - | (50,000) | - | - | 2,163,261 | - | - |
| 2/22/1990 | CHECK | (12,000) | - | (12,000) | - | - | 2,151,261 | - | - |
| 3/1/1990 | CANCEL CHECK 02/22/90 | 12,000 | - | 12,000 | - | - | 2,163,261 | - | - |
| 3/2/1990 | CHECK | (5,000) | - | (5,000) | - | - | 2,158,261 | - | - |
| 6/11/1990 | TRANS TO H&A SQUADRON *(1S0136)* | (1,600,000) | - | - | - | (1,600,000) | 558,261 | - | - |
| 6/29/1990 | CHECK | (90,000) | - | (90,000) | - | - | 468,261 | - | - |
| 11/26/1990 | TRANS FR 10177410 A/O 11/16/90 *(1S0136)* | 13,093 | - | - | 13,093 | - | 481,354 | - | - |
| 1/11/1991 | CHECK | (480,000) | - | (480,000) | - | - | 1,354 | - | - |
| 2/15/1991 | CHECK | (5,000) | - | (5,000) | - | - | (3,646) | - | - |
| 7/2/1991 | CHECK | (160,000) | - | (160,000) | - | - | (163,646) | - | - |
| 7/3/1991 | STOP PAYMENT CHECK 7/2/91 | 160,000 | - | 160,000 | - | - | (3,646) | - | - |
| 7/3/1991 | CHECK | (160,000) | - | (160,000) | - | - | (163,646) | - | - |
| 2/19/1992 | CHECK | (5,000) | - | (5,000) | - | - | (168,646) | - | - |
| 1/11/1993 | CHECK | 100,000 | 100,000 | - | - | - | (68,646) | - | - |
| 3/16/1993 | CHECK | (6,000) | - | (6,000) | - | - | (74,646) | - | - |
| 3/25/1993 | STOP PAYMENT | 6,000 | - | 6,000 | - | - | (68,646) | - | - |
| 3/26/1993 | CHECK | (6,000) | - | (6,000) | - | - | (74,646) | - | - |
| 4/1/1993 | CHECK | 150,000 | 150,000 | - | - | - | 75,354 | - | - |
| 12/31/1993 | CHECK WIRE | 176,000 | 176,000 | - | - | - | 251,354 | - | - |
| 4/12/1994 | CHECK | (7,000) | - | (7,000) | - | - | 244,354 | - | - |

BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS

| Column 1 Date | Column 2 Transaction Description as Reported in Customer Statement | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 2-Year Fraudulent Transfers | Column 10 2-Year Principal Transfers |
|---|---|---|---|---|---|---|---|---|---|
| 6/9/1994 | CHECK | (165,000) | - | (165,000) | - | - | 79,354 | - | - |
| 12/8/1994 | CHECK | (2,050,000) | - | (2,050,000) | - | - | (1,970,646) | - | - |
| 3/16/1995 | CHECK | (7,000) | - | (7,000) | - | - | (1,977,646) | - | - |
| 3/31/1995 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,877,646) | - | - |
| 6/16/1995 | CHECK | (175,000) | - | (175,000) | - | - | (2,052,646) | - | - |
| 2/28/1996 | CHECK | (7,000) | - | (7,000) | - | - | (2,059,646) | - | - |
| 3/15/1996 | CHECK | (195,654) | - | (195,654) | - | - | (2,255,300) | - | - |
| 4/26/1996 | CHECK | (61,531) | - | (61,531) | - | - | (2,316,831) | - | - |
| 6/18/1996 | ROLLOVER TO 1S023130 (1S0231) | (308,130) [4] | - | - | - | - | (2,316,831) | - | - |
| 6/18/1996 | ROLLOVER TO 1L010530 (1L0013) | (2,389,967) | - | - | - | - | (2,316,831) | - | - |
| 6/24/1996 | ROLLOVER A/O 6/18/96 (1L0105) | (2,389,267) [4] | - | - | - | - | (2,316,831) | - | - |
| 6/24/1996 | CANCEL 6/18 C&S (1L0013) | 2,389,967 | - | - | - | - | (2,316,831) | - | - |
| 6/26/1996 | ROLLOVER TO 1S023130 (1S0231) | (370,403) [4] | - | - | - | - | (2,316,831) | - | - |
| 7/2/1996 | ROLLOVER TO 1S023130 (1S0231) | (706,954) [4] | - | - | - | - | (2,316,831) | - | - |
| 7/9/1996 | CHECK | (30,000) | - | (30,000) | - | - | (2,346,831) | - | - |
| 9/16/1996 | CHECK | (3,446) | - | (3,446) | - | - | (2,350,277) | - | - |
| 9/17/1996 | CHECK | (50,000) | - | (50,000) | - | - | (2,400,277) | - | - |
| 9/24/1996 | CHECK | (78,000) | - | (78,000) | - | - | (2,478,277) | - | - |
| 12/16/1996 | TRANS TO 1S023130 (1S0231) | (101,294) [4] | - | - | - | - | (2,478,277) | - | - |
| 12/16/1996 | TRANS TO 1L010530 (1L0105) | (174,677) [4] | - | - | - | - | (2,478,277) | - | - |
| 12/31/1996 | CHECK WIRE | 75,000 | 75,000 | - | - | - | (2,403,277) | - | - |
| 1/2/1997 | TRANS TO 1P006230 (1P0062) | (616,018) [4] | - | - | - | - | (2,403,277) | - | - |
| 1/3/1997 | CHECK | (4,416,669) | - | (4,416,669) | - | - | (6,819,946) | - | - |
| 1/3/1997 | CHECK | (400,000) | - | (400,000) | - | - | (7,219,946) | - | - |
| 1/17/1997 | CHECK | (50,000) | - | (50,000) | - | - | (7,269,946) | - | - |
| 2/19/1997 | CHECK | (193,959) | - | (193,959) | - | - | (7,463,905) | - | - |
| 3/27/1997 | CHECK | (150,000) | - | (150,000) | - | - | (7,613,905) | - | - |
| 4/4/1997 | CHECK | (100,000) | - | (100,000) | - | - | (7,713,905) | - | - |
| 4/14/1997 | CHECK | (150,000) | - | (150,000) | - | - | (7,863,905) | - | - |
| 5/30/1997 | CHECK | (30,000) | - | (30,000) | - | - | (7,893,905) | - | - |
| 6/10/1997 | CHECK | 20,000 | 20,000 | - | - | - | (7,873,905) | - | - |
| 6/13/1997 | CHECK | (42,500) | - | (42,500) | - | - | (7,916,405) | - | - |
| 7/25/1997 | TRANS TO 1L014130 (1L0141) | (3,664,425) [4] | - | - | - | - | (7,916,405) | - | - |
| 8/28/1997 | CHECK | (160,000) | - | (160,000) | - | - | (8,076,405) | - | - |
| 11/19/1997 | TRANS TO 1P006230 (1P0062) | (761,185) [4] | - | - | - | - | (8,076,405) | - | - |
| 11/19/1997 | TRANS FROM 1P006230 (1P0062) | 761,185 | - | - | - | - | (8,076,405) | - | - |
| 11/19/1997 | CANCEL (1P0062) | (761,185) | - | - | - | - | (8,076,405) | - | - |
| 11/26/1997 | CHECK | (30,000) | - | (30,000) | - | - | (8,106,405) | - | - |
| 12/11/1997 | TRANS FROM 1L010530 (1L0105) | 100,000 [5] | - | - | - | - | (8,106,405) | - | - |
| 12/12/1997 | CHECK WIRE | 50,000 | 50,000 | - | - | - | (8,056,405) | - | - |
| 12/17/1997 | CHECK | (100,000) | - | (100,000) | - | - | (8,156,405) | - | - |
| 12/24/1997 | CHECK RETURNED | 100,000 | - | 100,000 | - | - | (8,056,405) | - | - |
| 2/27/1998 | CHECK | (33,898) | - | (33,898) | - | - | (8,090,304) | - | - |
| 3/5/1998 | CHECK | (200,000) | - | (200,000) | - | - | (8,290,304) | - | - |
| 4/2/1998 | CHECK | (175,000) | - | (175,000) | - | - | (8,465,304) | - | - |

08-01789-cgm    Doc 12574-2    Filed 02/01/16    Entered 02/01/16 15:16:01    Exhibit B
Pg 3 of 7

**BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS**

| Column 1 Date | Column 2 Transaction Description as Reported in Customer Statement | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 2-Year Fraudulent Transfers | Column 10 2-Year Principal Transfers |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/1998 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (8,365,304) | - | - |
| 5/22/1998 | CHECK | (60,000) | - | (60,000) | - | - | (8,425,304) | - | - |
| 7/6/1998 | CHECK | (50,000) | - | (50,000) | - | - | (8,475,304) | - | - |
| 7/16/1998 | CHECK | (75,000) | - | (75,000) | - | - | (8,550,304) | - | - |
| 10/6/1998 | CHECK | (20,000) | - | (20,000) | - | - | (8,570,304) | - | - |
| 11/17/1998 | TRANS TO 1P006230 (*1P0062*) | (912,570) [4] | - | - | - | - | (8,570,304) | - | - |
| 12/3/1998 | CHECK | (150,000) | - | (150,000) | - | - | (8,720,304) | - | - |
| 12/18/1998 | TRANS FROM 1L010530 (*1L0105*) | 250,000 [5] | - | - | - | - | (8,720,304) | - | - |
| 12/23/1998 | CHECK | (200,000) | - | (200,000) | - | - | (8,920,304) | - | - |
| 12/23/1998 | TRANS TO 1S038730 (*1S0387*) | (2,241,458) [4] | - | - | - | - | (8,920,304) | - | - |
| 1/7/1999 | CHECK | (200,000) | - | (200,000) | - | - | (9,120,304) | - | - |
| 2/11/1999 | CHECK | (100,000) | - | (100,000) | - | - | (9,220,304) | - | - |
| 3/2/1999 | CHECK | (17,000) | - | (17,000) | - | - | (9,237,304) | - | - |
| 3/24/1999 | CHECK | (130,000) | - | (130,000) | - | - | (9,367,304) | - | - |
| 4/8/1999 | CHECK | (40,000) | - | (40,000) | - | - | (9,407,304) | - | - |
| 4/13/1999 | CHECK | (50,000) | - | (50,000) | - | - | (9,457,304) | - | - |
| 4/14/1999 | TRANS TO 1S028730 (*1S0287*) | (90,193) [4] | - | - | - | - | (9,457,304) | - | - |
| 5/26/1999 | CHECK | (150,000) | - | (150,000) | - | - | (9,607,304) | - | - |
| 12/6/1999 | TRANS TO 1P006230 (*1P0062*) | (1,466,484) [4] | - | - | - | - | (9,607,304) | - | - |
| 12/8/1999 | CHECK | (20,000) | - | (20,000) | - | - | (9,627,304) | - | - |
| 12/31/1999 | TRANS TO 1E015830 (*1E0158*) | (2,000,000) [4] | - | - | - | - | (9,627,304) | - | - |
| 1/3/2000 | CHECK | (200,000) | - | (200,000) | - | - | (9,827,304) | - | - |
| 1/11/2000 | TRANS FROM 1L010530 A/O 12/31 (*1L0105*) | 200,000 [5] | - | - | - | - | (9,827,304) | - | - |
| 1/12/2000 | CHECK | (120,000) | - | (120,000) | - | - | (9,947,304) | - | - |
| 1/21/2000 | CHECK | 83,000 | 83,000 | - | - | - | (9,864,304) | - | - |
| 2/1/2000 | TRANS TO 1P006230 (*1P0062*) | (84,171) [4] | - | - | - | - | (9,864,304) | - | - |
| 2/2/2000 | CHECK | (17,500) | - | (17,500) | - | - | (9,881,804) | - | - |
| 3/1/2000 | CHECK | (200,000) | - | (200,000) | - | - | (10,081,804) | - | - |
| 3/1/2000 | CHECK | (280,000) | - | (280,000) | - | - | (10,361,804) | - | - |
| 5/22/2000 | CHECK | (100,000) | - | (100,000) | - | - | (10,461,804) | - | - |
| 5/31/2000 | CHECK | (140,000) | - | (140,000) | - | - | (10,601,804) | - | - |
| 6/30/2000 | CHECK WIRE | 25,000 | 25,000 | - | - | - | (10,576,804) | - | - |
| 8/29/2000 | CHECK | (195,000) | - | (195,000) | - | - | (10,771,804) | - | - |
| 11/7/2000 | CHECK | (4,050,000) | - | (4,050,000) | - | - | (14,821,804) | - | - |
| 12/19/2000 | CHECK | (100,000) | - | (100,000) | - | - | (14,921,804) | - | - |
| 12/29/2000 | CHECK | (150,000) | - | (150,000) | - | - | (15,071,804) | - | - |
| 12/29/2000 | TRANS FROM 1L010530 (*1L0105*) | 200,000 [5] | - | - | - | - | (15,071,804) | - | - |
| 1/2/2001 | CHECK | (100,000) | - | (100,000) | - | - | (15,171,804) | - | - |
| 1/23/2001 | CHECK | 75,000 | 75,000 | - | - | - | (15,096,804) | - | - |
| 2/8/2001 | CHECK | (19,500) | - | (19,500) | - | - | (15,116,304) | - | - |
| 2/9/2001 | CHECK | (100,000) | - | (100,000) | - | - | (15,216,304) | - | - |
| 2/13/2001 | CHECK | 40,000 | 40,000 | - | - | - | (15,176,304) | - | - |
| 2/20/2001 | CHECK | (240,000) | - | (240,000) | - | - | (15,416,304) | - | - |
| 2/22/2001 | TRANS TO 1S043730 (*1S0437*) | (640,682) [4] | - | - | - | - | (15,416,304) | - | - |
| 2/22/2001 | TRANS TO 1G032530 (*1G0325*) | (795,195) [4] | - | - | - | - | (15,416,304) | - | - |

Page 3 of 7 - 1L0013

MADC1064_00000004

Exhibit B

**BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS**

| Column 1 Date | Column 2 Transaction Description as Reported in Customer Statement | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 2-Year Fraudulent Transfers | Column 10 2-Year Principal Transfers |
|---|---|---|---|---|---|---|---|---|---|
| 3/13/2001 | CHECK | (35,000) | - | (35,000) | - | - | (15,451,304) | - | - |
| 3/30/2001 | CHECK | (100,000) | - | (100,000) | - | - | (15,551,304) | - | - |
| 5/1/2001 | CHECK | (180,000) | - | (180,000) | - | - | (15,731,304) | - | - |
| 5/15/2001 | CHECK | (90,000) | - | (90,000) | - | - | (15,821,304) | - | - |
| 6/26/2001 | TRANS TO 1G032530 (1G0325) | (19,545) [4] | - | - | - | - | (15,821,304) | - | - |
| 6/26/2001 | TRANS TO 1S043730 (1S0437) | (15,747) [4] | - | - | - | - | (15,821,304) | - | - |
| 8/30/2001 | CHECK | (150,000) | - | (150,000) | - | - | (15,971,304) | - | - |
| 11/9/2001 | CHECK | (100,000) | - | (100,000) | - | - | (16,071,304) | - | - |
| 12/28/2001 | CHECK | (100,000) | - | (100,000) | - | - | (16,171,304) | - | - |
| 12/31/2001 | TRANS FROM 1L010530 (1L0105) | 225,000 [5] | - | - | - | - | (16,171,304) | - | - |
| 1/17/2002 | CHECK | (150,000) | - | (150,000) | - | - | (16,321,304) | - | - |
| 2/4/2002 | STOP PAYMENT | 150,000 | - | 150,000 | - | - | (16,171,304) | - | - |
| 2/5/2002 | CHECK | (150,000) | - | (150,000) | - | - | (16,321,304) | - | - |
| 2/6/2002 | CHECK | (19,500) | - | (19,500) | - | - | (16,340,804) | - | - |
| 2/25/2002 | CHECK | (240,000) | - | (240,000) | - | - | (16,580,804) | - | - |
| 3/26/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,635,804) | - | - |
| 4/30/2002 | CHECK | 190,000 | 190,000 | - | - | - | (16,445,804) | - | - |
| 5/16/2002 | CHECK | (100,000) | - | (100,000) | - | - | (16,545,804) | - | - |
| 5/22/2002 | CHECK | (100,000) | - | (100,000) | - | - | (16,645,804) | - | - |
| 6/17/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,700,804) | - | - |
| 8/1/2002 | CHECK | (50,000) | - | (50,000) | - | - | (16,750,804) | - | - |
| 9/13/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,805,804) | - | - |
| 11/27/2002 | CHECK | (30,000) | - | (30,000) | - | - | (16,835,804) | - | - |
| 12/2/2002 | CHECK | (65,000) | - | (65,000) | - | - | (16,900,804) | - | - |
| 12/11/2002 | CHECK | (55,000) | - | (55,000) | - | - | (16,955,804) | - | - |
| 12/31/2002 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (16,955,804) | - | - |
| 1/2/2003 | CHECK | (100,000) | - | (100,000) | - | - | (17,055,804) | - | - |
| 1/29/2003 | CHECK | (20,500) | - | (20,500) | - | - | (17,076,304) | - | - |
| 2/7/2003 | CHECK | (150,000) | - | (150,000) | - | - | (17,226,304) | - | - |
| 3/3/2003 | CHECK | 25,000 | 25,000 | - | - | - | (17,201,304) | - | - |
| 3/21/2003 | CHECK | (300,000) | - | (300,000) | - | - | (17,501,304) | - | - |
| 4/29/2003 | CHECK | 30,000 | 30,000 | - | - | - | (17,471,304) | - | - |
| 6/2/2003 | CHECK | (200,000) | - | (200,000) | - | - | (17,671,304) | - | - |
| 6/16/2003 | CHECK | (985,000) | - | (985,000) | - | - | (18,656,304) | - | - |
| 6/23/2003 | CHECK WIRE | 800,000 | 800,000 | - | - | - | (17,856,304) | - | - |
| 8/4/2003 | CHECK WIRE | 500,000 | 500,000 | - | - | - | (17,356,304) | - | - |
| 8/15/2003 | CHECK | (150,000) | - | (150,000) | - | - | (17,506,304) | - | - |
| 9/11/2003 | CHECK WIRE | 99,970 | 99,970 | - | - | - | (17,406,334) | - | - |
| 10/1/2003 | CHECK | (50,000) | - | (50,000) | - | - | (17,456,334) | - | - |
| 12/1/2003 | CHECK | (250,000) | - | (250,000) | - | - | (17,706,334) | - | - |
| 12/2/2003 | CHECK | 10,000 | 10,000 | - | - | - | (17,696,334) | - | - |
| 12/10/2003 | CHECK | (75,000) | - | (75,000) | - | - | (17,771,334) | - | - |
| 12/17/2003 | CHECK | (50,000) | - | (50,000) | - | - | (17,821,334) | - | - |
| 12/30/2003 | CHECK | 191,000 | 191,000 | - | - | - | (17,630,334) | - | - |
| 12/31/2003 | TRANS FROM 1L010530 (1L0105) | 300,000 [5] | - | - | - | - | (17,630,334) | - | - |
| 1/23/2004 | CHECK | (100,000) | - | (100,000) | - | - | (17,730,334) | - | - |

**BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS**

| Column 1 Date | Column 2 Transaction Description as Reported in Customer Statement | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 2-Year Fraudulent Transfers | Column 10 2-Year Principal Transfers |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/2004 | CHECK | (121,500) | - | (121,500) | - | - | (17,851,834) | - | - |
| 3/2/2004 | CHECK | (150,000) | - | (150,000) | - | - | (18,001,834) | - | - |
| 3/3/2004 | CHECK | (55,000) | - | (55,000) | - | - | (18,056,834) | - | - |
| 3/5/2004 | CHECK | (150,000) | - | (150,000) | - | - | (18,206,834) | - | - |
| 4/15/2004 | CHECK | (25,000) | - | (25,000) | - | - | (18,231,834) | - | - |
| 5/11/2004 | CHECK | (925,000) | - | (925,000) | - | - | (19,156,834) | - | - |
| 6/3/2004 | CHECK | (55,000) | - | (55,000) | - | - | (19,211,834) | - | - |
| 6/28/2004 | CHECK | (100,000) | - | (100,000) | - | - | (19,311,834) | - | - |
| 8/3/2004 | CHECK | (75,000) | - | (75,000) | - | - | (19,386,834) | - | - |
| 8/4/2004 | CHECK | (75,000) | - | (75,000) | - | - | (19,461,834) | - | - |
| 8/9/2004 | RETURNED CHECK | 75,000 | - | 75,000 | - | - | (19,386,834) | - | - |
| 8/19/2004 | CHECK | (369,000) | - | (369,000) | - | - | (19,755,834) | - | - |
| 9/2/2004 | CHECK | (55,000) | - | (55,000) | - | - | (19,810,834) | - | - |
| 9/28/2004 | CHECK | 50,000 | 50,000 | - | - | - | (19,760,834) | - | - |
| 9/28/2004 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (19,760,834) | - | - |
| 9/30/2004 | CHECK | (100,000) | - | (100,000) | - | - | (19,860,834) | - | - |
| 10/20/2004 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (19,860,834) | - | - |
| 11/1/2004 | TRANS TO 1L010530 (1L0105) | (1,000,000) [4] | - | - | - | - | (19,860,834) | - | - |
| 11/3/2004 | CHECK | (1,255,000) | - | (1,255,000) | - | - | (21,115,834) | - | - |
| 11/16/2004 | CHECK | (120,000) | - | (120,000) | - | - | (21,235,834) | - | - |
| 12/13/2004 | CHECK | (55,000) | - | (55,000) | - | - | (21,290,834) | - | - |
| 12/30/2004 | CHECK | (100,000) | - | (100,000) | - | - | (21,390,834) | - | - |
| 12/31/2004 | CHECK | (1,535,311) | - | (1,535,311) | - | - | (22,926,145) | - | - |
| 12/31/2004 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (22,926,145) | - | - |
| 1/24/2005 | CHECK | (150,000) | - | (150,000) | - | - | (23,076,145) | - | - |
| 2/9/2005 | CHECK | (375,000) | - | (375,000) | - | - | (23,451,145) | - | - |
| 2/25/2005 | CHECK | (22,500) | - | (22,500) | - | - | (23,473,645) | - | - |
| 3/17/2005 | CHECK | (1,016,000) | - | (1,016,000) | - | - | (24,489,645) | - | - |
| 3/24/2005 | CHECK | (100,000) | - | (100,000) | - | - | (24,589,645) | - | - |
| 4/29/2005 | CHECK | (2,500,000) | - | (2,500,000) | - | - | (27,089,645) | - | - |
| 5/26/2005 | CHECK | (192,500) | - | (192,500) | - | - | (27,282,145) | - | - |
| 7/19/2005 | CHECK | 50,000 | 50,000 | - | - | - | (27,232,145) | - | - |
| 7/22/2005 | CHECK | (50,000) | - | (50,000) | - | - | (27,282,145) | - | - |
| 8/26/2005 | CHECK | (180,000) | - | (180,000) | - | - | (27,462,145) | - | - |
| 9/16/2005 | CHECK | (150,000) | - | (150,000) | - | - | (27,612,145) | - | - |
| 9/21/2005 | CHECK | (250,000) | - | (250,000) | - | - | (27,862,145) | - | - |
| 9/26/2005 | CHECK | 25,000 | 25,000 | - | - | - | (27,837,145) | - | - |
| 10/3/2005 | CHECK | (400,000) | - | (400,000) | - | - | (28,237,145) | - | - |
| 10/18/2005 | CHECK | 50,000 | 50,000 | - | - | - | (28,187,145) | - | - |
| 12/1/2005 | CHECK | (35,000) | - | (35,000) | - | - | (28,222,145) | - | - |
| 12/6/2005 | CHECK | (110,000) | - | (110,000) | - | - | (28,332,145) | - | - |
| 12/16/2005 | CHECK | (50,000) | - | (50,000) | - | - | (28,382,145) | - | - |
| 12/30/2005 | TRANS FROM 1L010530 (1L0105) | 500,000 [5] | - | - | - | - | (28,382,145) | - | - |
| 1/3/2006 | CHECK | (250,000) | - | (250,000) | - | - | (28,632,145) | - | - |
| 1/31/2006 | CHECK | (1,050,000) | - | (1,050,000) | - | - | (29,682,145) | - | - |
| 2/3/2006 | CHECK | (50,000) | - | (50,000) | - | - | (29,732,145) | - | - |

BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers | 2-Year Principal Transfers |
| 3/1/2006 | CHECK | (198,500) | - | (198,500) | - | - | (29,930,645) | - | - |
| 3/31/2006 | CHECK | (255,000) | - | (255,000) | - | - | (30,185,645) | - | - |
| 5/31/2006 | CHECK | (915,000) | - | (915,000) | - | - | (31,100,645) | - | - |
| 6/13/2006 | CHECK | (50,000) | - | (50,000) | - | - | (31,150,645) | - | - |
| 6/26/2006 | CHECK | 420,000 | 420,000 | - | - | - | (30,730,645) | - | - |
| 7/18/2006 | CHECK | (150,000) | - | (150,000) | - | - | (30,880,645) | - | - |
| 8/1/2006 | CHECK | (900,000) | - | (900,000) | - | - | (31,780,645) | - | - |
| 9/1/2006 | CHECK | (155,000) | - | (155,000) | - | - | (31,935,645) | - | - |
| 9/7/2006 | CHECK | (30,000) | - | (30,000) | - | - | (31,965,645) | - | - |
| 11/3/2006 | CHECK | (100,000) | - | (100,000) | - | - | (32,065,645) | - | - |
| 12/27/2006 | CHECK | 15,000 | 15,000 | - | - | - | (32,050,645) | - | - |
| 12/29/2006 | CHECK | (55,000) | - | (55,000) | - | - | (32,105,645) | (55,000) | - |
| 1/2/2007 | STOP PAYMENT | 90,000 | - | 90,000 | - | - | (32,015,645) | - | - |
| 1/2/2007 | CHECK | (90,000) | - | (90,000) | - | - | (32,105,645) | (90,000) | - |
| 1/2/2007 | CHECK | (90,000) | - | (90,000) | - | - | (32,195,645) | - | - |
| 1/19/2007 | CHECK | (100,000) | - | (100,000) | - | - | (32,295,645) | (100,000) | - |
| 2/8/2007 | CHECK | (50,000) | - | (50,000) | - | - | (32,345,645) | (50,000) | - |
| 2/22/2007 | CHECK | (25,000) | - | (25,000) | - | - | (32,370,645) | (25,000) | - |
| 3/5/2007 | CHECK | (40,000) | - | (40,000) | - | - | (32,410,645) | (40,000) | - |
| 3/15/2007 | CHECK | (625,000) | - | (625,000) | - | - | (33,035,645) | (625,000) | - |
| 5/10/2007 | CHECK | (125,000) | - | (125,000) | - | - | (33,160,645) | (125,000) | - |
| 6/5/2007 | CHECK | (335,000) | - | (335,000) | - | - | (33,495,645) | (335,000) | - |
| 8/16/2007 | CHECK | (10,000) | - | (10,000) | - | - | (33,505,645) | (10,000) | - |
| 8/22/2007 | CHECK | (80,000) | - | (80,000) | - | - | (33,585,645) | (80,000) | - |
| 8/31/2007 | CHECK | (1,250,000) | - | (1,250,000) | - | - | (34,835,645) | (1,250,000) | - |
| 9/27/2007 | CHECK | (175,000) | - | (175,000) | - | - | (35,010,645) | (175,000) | - |
| 10/29/2007 | CHECK | 30,000 | 30,000 | - | - | - | (34,980,645) | - | - |
| 11/19/2007 | CHECK | (50,000) | - | (50,000) | - | - | (35,030,645) | (50,000) | - |
| 11/28/2007 | CHECK | (10,000) | - | (10,000) | - | - | (35,040,645) | (10,000) | - |
| 12/7/2007 | CHECK | (55,000) | - | (55,000) | - | - | (35,095,645) | (55,000) | - |
| 12/27/2007 | CHECK | (98,000) | - | (98,000) | - | - | (35,193,645) | (98,000) | - |
| 12/31/2007 | TRANS FROM 1L010530 (1L0105) | 650,000 [5] | - | - | - | - | (35,193,645) | - | - |
| 1/2/2008 | CHECK | (300,000) | - | (300,000) | - | - | (35,493,645) | (300,000) | - |
| 2/4/2008 | CHECK | (100,000) | - | (100,000) | - | - | (35,593,645) | (100,000) | - |
| 2/8/2008 | CHECK | (40,000) | - | (40,000) | - | - | (35,633,645) | (40,000) | - |
| 2/22/2008 | CHECK | (25,000) | - | (25,000) | - | - | (35,658,645) | (25,000) | - |
| 3/4/2008 | CHECK | (220,000) | - | (220,000) | - | - | (35,878,645) | (220,000) | - |
| 3/19/2008 | CHECK | (225,000) | - | (225,000) | - | - | (36,103,645) | (225,000) | - |
| 3/26/2008 | CHECK | (85,000) | - | (85,000) | - | - | (36,188,645) | (85,000) | - |
| 4/25/2008 | CHECK | (107,500) | - | (107,500) | - | - | (36,296,145) | (107,500) | - |
| 5/28/2008 | CHECK | (120,000) | - | (120,000) | - | - | (36,416,145) | (120,000) | - |
| 7/18/2008 | CHECK | (85,000) | - | (85,000) | - | - | (36,501,145) | (85,000) | - |
| 8/11/2008 | CHECK | (80,000) | - | (80,000) | - | - | (36,581,145) | (80,000) | - |
| 8/22/2008 | CHECK | 175,173 | 175,173 | - | - | - | (36,405,972) | - | - |
| 8/26/2008 | CHECK | (50,000) | - | (50,000) | - | - | (36,455,972) | (50,000) | - |
| 8/27/2008 | CHECK | (90,000) | - | (90,000) | - | - | (36,545,972) | (90,000) | - |
| 8/28/2008 | CHECK RETURNED | (175,173) | (175,173) | - | - | - | (36,721,145) | - | - |

**BLMIS ACCOUNT NO. 1L0013 (FORMERLY 101964) - STANLEY I LEHRER & STUART M STEIN J/T WROS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers | 2-Year Principal Transfers |
| 9/8/2008 | CHECK | 175,173 | 175,173 | - | - | - | (36,545,972) | - | - |
| 9/8/2008 | CHECK | (55,000) | - | (55,000) | - | - | (36,600,972) | (55,000) | - |
| 9/26/2008 | TRANS TO 1E015830 *(1E0158)* | (2,500,000) [4] | - | - | - | - | (36,600,972) | - | - |
| 9/29/2008 | TRANS FROM 1E015830 *(1E0158)* | 400,000 | - | - | 400,000 | - | (36,200,972) | - | - |
| 10/20/2008 | CHECK | (160,000) | - | (160,000) | - | - | (36,360,972) | (160,000) | - |
| 11/19/2008 | CHECK | (40,000) | - | (40,000) | - | - | (36,400,972) | (40,000) | - |
| 12/2/2008 | CHECK | 20,000 | 20,000 | - | - | - | (36,380,972) | - | - |
| | Total: | | $ 6,595,058 | $ (41,589,122) | $ 2,030,354 | $ (3,417,261) | $ (36,380,972) | $ (4,955,500) | $ - |

[1] Exhibit B sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978 in some circumstances, there is less financial information on those BLMIS Customer Statements. Accordingly, the attached cash flow analysis provides the accountholder(s) with a beneficial presumption that the cash and securities on a historical cost basis in the account(s) as of March 1981 were principal and did not include any fictitious profits.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[4] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[5] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

MADC1064_00000008