**SUBSEQUENT TRANSFERS TO RONI L. STEIN AND STUART M. STEIN**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 3/26/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (215,000) |
| 9/6/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (80,000) |
| 10/4/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (175,000) |
| 1/9/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (150,000) |
| 2/15/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (40,000) |
| 4/2/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (85,000) |
| 6/6/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (65,000) |
| 9/5/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (90,000) |
| | **Total:** | **$ (900,000)** |