**Exhibit D**

**SUBSEQUENT TRANSFERS TO ARTHUR J. FEIBUS**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 10/5/2007 | Stuart M. Stein & Roni L. Stein | (175,000) |
| 2/19/2008 | Stuart M. Stein & Roni L. Stein | (40,000) |
| | Total: | $ (215,000) |