**Exhibit E**

**SUBSEQUENT TRANSFERS TO ARTHUR M. SISKIND**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 2/7/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (100,000) |
| | **Subtotal:** | **$ (100,000)** |