**SUBSEQUENT TRANSFERS TO LINDA SOHN**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 3/29/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (150,000) |
| 3/14/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (220,000) |
| | Total: $ | (370,000) |

MADC1064_00000012