**Exhibit G**

**SUBSEQUENT TRANSFERS TO NEIL M. GOLDMAN**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 6/3/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (107,500) |
| | **Total:** | **$ (107,500)** |