## SUBSEQUENT TRANSFERS TO ELAINE STEIN ROBERTS

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 5/24/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (125,000) |
| 9/19/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (1,000,000) |
| | Total: | $ (1,125,000) |