**SUBSEQUENT TRANSFERS TO STANLEY I. LEHRER**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 1/11/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (90,000) |
| 1/11/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (55,000) |
| 2/21/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (50,000) |
| 3/22/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (40,000) |
| 3/23/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (260,000) |
| 6/13/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (335,000) |
| 8/28/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (5,000) |
| 8/30/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (5,000) |
| 9/10/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (250,000) |
| 11/28/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (50,000) |
| 12/6/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (10,000) |
| 12/13/2007 | Stanley I Lehrer & Stuart M Stein Joint Venture | (55,000) |
| 1/7/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (15,000) |
| 1/7/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (150,000) |
| 2/11/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (100,000) |
| 3/27/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (225,000) |
| 6/4/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (55,000) |
| 7/28/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (85,000) |
| 8/21/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (80,000) |
| 9/8/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (50,000) |
| 9/15/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (55,000) |
| 10/31/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (160,000) |
| 11/18/2008 | Stanley I Lehrer & Stuart M Stein Joint Venture | (40,000) |
| | **Total:** | **$ (2,220,000)** |