**SUBSEQUENT TRANSFERS TO EUNICE CHERVONY LEHRER**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 6/1/2007 | Stanley I Lehrer | (30,000) |
| 11/30/2007 | Stanley I Lehrer | (15,000) |
| 1/7/2008 | Stanley I Lehrer | (83,000) |
| | Total: | $ (128,000) |