**SUBSEQUENT TRANSFERS TO EVELYN FISHER**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 12/31/2006 | Stanley I Lehrer | (55,000) |
| 3/15/2007 | Stanley I Lehrer | (55,000) |
| 6/1/2007 | Stanley I Lehrer | (55,000) |
| 8/31/2007 | Stanley I Lehrer | (55,000) |
| 12/15/2007 | Stanley I Lehrer | (55,000) |
| 3/15/2008 | Stanley I Lehrer | (55,000) |
| 6/1/2008 | Stanley I Lehrer | (55,000) |
| 9/15/2008 | Stanley I Lehrer | (55,000) |
| | **Total:** | **$ (440,000)** |