Chaitman LLP
Helen Davis Chaitman
Lance Gotthoffer
465 Park Ave
New York, New York 10022
(888) 759-1114

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, Individually and on behalf of a class of similarly situated Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| SUSANNE STONE MARSHALL, ADDELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>              Plaintiffs,<br><br>       v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. | Adv. Pro. No. 15-01293 (SMB) |

{00018205 1}                                                      1

PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Defendants.

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that on February 1, 2016, at 4:19 p.m. I caused a true and correct copy of the following documents:

- Plaintiffs' Memorandum In Support of Motion to Strike;
- Declaration of Helen Davis Chaitman with Exhibits A- C;
- Notice of Motion with Exhibit; and
- Order to Show Cause

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

SCHULTE, ROTH & ZABEL LLP

Jennifer Opheim
Email: Jennifer.opheim@srz.com
Marcy Ressler Harris
Email: marcy.harris@srz.com
Mark Richardson
Email: mark.richardson@srz.com
Michael Y. Kwon
Email: michael.kwon@srz.com

BAKER & HOSTETLER LLP

David Sheehan
Email: dsheehan@beckerlaw.com

I declare under penalty and perjury that the forgoing statements are true and correct.

{00018205 1}                                              2

Dated: New York, New York
      February 2, 2016

                                      /s/ Helen Davis Chaitman
                                      Helen Davis Chaitman