**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 09-01305 (SMB) |
| v. | |
| COHMAD SECURITIES CORPORATION, *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF DEFENDANT THE JOINT TENANCY OF THE ESTATE OF PHYLLIS
GUENZBURGER AND FABIAN GUENZBURGER AND DEFENDANT THE JOINT
TENANCY OF ROBERT PINCHOU AND FABIAN GUENZBURGER FROM
ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendants The Joint Tenancy of the Estate

of Phyllis Guenzburger and Fabian Guenzburger, and The Joint Tenancy of Robert Pinchou and

Fabian Guenzburger, by and through their counsel, The Hoffinger Firm, PLLC (collectively, the

"Parties"), hereby stipulate and agree to the following:

1.      On June 22, 2009, the Trustee commenced this adversary proceeding (the

"Adversary Proceeding") against, among others, The Joint Tenancy of Phyllis Guenzburger and

Fabian Guenzburger, and The Joint Tenancy of Robert Pinchou and Fabian Guenzburger by

filing his original complaint (ECF No. 1).

2.      On October 8, 2009, the Trustee filed his First Amended Complaint (the

"Complaint") in the Adversary Proceeding against, among others, The Joint Tenancy of Phyllis

Guenzburger and Fabian Guenzburger, and The Joint Tenancy of Robert Pinchou and Fabian

Guenzburger (ECF No. 82).

3.      After the disposition of proceedings on motions to withdraw the reference and

motions to dismiss the Complaint in whole or in part, The Joint Tenancy of Phyllis Guenzburger

and Fabian Guenzburger, and The Joint Tenancy of Robert Pinchou and Fabian Guenzburger

filed an answer to the Complaint on September 19, 2011 (ECF No. 234), an amended answer on

October 10, 2011 (ECF No. 248), and a second amended answer on May 14, 2012 (ECF No. 295).

4.      Phyllis Guenzburger died on December 13, 2014.  The Joint Tenancy of the Estate of Phyllis Guenzburger and Fabian Guenzburger was substituted as a defendant in place of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger by Order dated September 17, 2015 (ECF No. 352).

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii) and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all of the Trustee's claims against defendant The Joint Tenancy of the Estate of Phyllis Guenzburger and Fabian Guenzburger and defendant The Joint Tenancy of Robert Pinchou and Fabian Guenzburger.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective estates, personal representatives, executors, administrators, heirs, successors and assigns, and upon all creditors and parties in interest.

7.      This Stipulation may be signed by the Parties, through their counsel, in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8.      Upon the dismissal of defendant The Joint Tenancy of the Estate of Phyllis Guenzburger and Fabian Guenzburger and defendant The Joint Tenancy of Robert Pinchou and Fabian Guenzburger, the caption of the Adversary Proceeding is hereby amended to delete defendant The Joint Tenancy of the Estate of Phyllis Guenzburger and Fabian Guenzburger and defendant The Joint Tenancy of Robert Pinchou and Fabian Guenzburger from the caption.  The

amended caption shall appear as indicated in Exhibit A to this Stipulation.


Dated:  February 2, 2016
        New York, New York

| **BAKER HOSTETLER LLP** | **THE HOFFINGER FIRM PLLC** |
|---|---|
| By: *s/ Esterina Giuliani* | By: *s/ Fran Hoffinger* |
| Esterina Giuliani | Fran Hoffinger |
| 45 Rockefeller Plaza | 150 East 58th Street |
| New York, New York 10111 | 16th Floor |
| Telephone: 212.589.4200 | New York, NY 10155 |
| Facsimile: 212.589.4201 | Telephone: 212.421.4000 ext. 233 |
| Email: egiuliani@bakerlaw.com | Facsimile:  212.223.3857 |
| David J. Sheehan | Email:fhoffinger@hoffingerlaw.com |
| Email: dsheehan@bakerlaw.com | |
| Kathryn M. Zunno | *Attorneys for defendants The Joint* |
| Email: kzunno@bakerlaw.com | *Tenancy of the Estate of Phyllis* |
| | *Guenzburger and Fabian* |
| *Attorneys for Plaintiff Irving H. Picard,* | *Guenzburger and The Joint Tenancy* |
| *Trustee for the Substantively Consolidated* | *of Robert Pinchou and Fabian* |
| *SIPA Liquidation of Bernard L. Madoff* | *Guenzburger* |
| *Investment Securities LLC  and the estate* | |
| *of Bernard L. Madoff* | |

**SO ORDERED** this 2nd day of February 2016.

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge