**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>DANIEL SILNA, individually and in his capacity as general partner of White Lake Associates, WHITE LAKE ASSOCIATES, JOAN SILNA, as partner of White Lake Associates, AMY SILNA, | Adv. Pro. No. 10-04472 (SMB) |

SHAFRON TRUST, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. TRUST, as partner of White Lake Associates, TRACY SILNA ZUR, as partner of White Lake Associates, C.Z. TRUST, as partner of White Lake Associates, K.Z. TRUST, as partner of White Lake Associates, L.Z. TRUST, as partner of White Lake Associates, as partner of White Lake Associates,

      Defendants.

## STIPULATION AND ORDER DISMISSING DEFENDANTS FROM ADVERSARY PROCEEDING WITHOUT PREJUDICE

  Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Daniel Silna, individually and in his capacity as general partner of White Lake Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, C.Z. Trust, as partner of White Lake Associates, K.Z. Trust, as partner of White Lake Associates, L.Z. Trust, as partner of White Lake Associates, Guy Colaneri, as partner of White Lake Associates, and Carol Colaneri, as partner of White Lake Associates, ("Defendants"), by and through their counsel, Wachtel Missry (collectively, the "Parties"), hereby stipulate and agree to the following:

  1. On November 30, 2010, the Trustee filed the Complaint against Daniel Silna, individually and in his capacity as general partner of White Lake Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. Trust, as partner

2

of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, C.Z. Trust, as partner of White Lake Associates, K.Z. Trust, as partner of White Lake Associates, L.Z. Trust, as partner of White Lake Associates, Guy Colaneri, as partner of White Lake Associates, and Carol Colaneri, as partner of White Lake Associates.  The Complaint was served on February 2, 2011.

2. On September 16, 2011, the Trustee entered into a stipulation and order to dismiss defendant Guy Colaneri and Carol Colaneri from the Adversary Proceeding.  The stipulation was so ordered on September 20, 2011.

3. On August 17, 2015, Daniel Silna, individually and in his capacity as general partner of White Lake Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, C.Z. Trust, as partner of White Lake Associates, K.Z. Trust, as partner of White Lake Associates, L.Z. Trust, as partner of White Lake Associates filed and served an answer on the Trustee.

4. On January 29, 2016, the Parties entered into a partial settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Daniel Silna in his individual capacity in the above-captioned Adversary Proceeding.

6. This stipulation has no effect on the Adversary Proceeding against Daniel Silna, in his capacity as general partner of White Lake Associates, White Lake Associates, Joan Silna,

3

as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, C.Z. Trust, as partner of White Lake Associates, K.Z. Trust, as partner of White Lake Associates, L.Z. Trust, as partner of White Lake Associates.  The Adversary Proceeding remains pending.

7.     Upon dismissal of Daniel Silna in his individual capacity, the caption of the Adversary Proceeding is hereby amended to delete Daniel Silna in his individual capacity.  The amended caption of the Adversary Proceeding shall appear in Exhibit A to this Stipulation and Order.

8.     The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

9.     This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: February 2, 2016

**BAKER & HOSTETLER LLP**

By: /s/  Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Christopher B. Gallagher
Email: cgallagher@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**WACHTEL MISSRY LLP**

By:  /s/ Howard Kleinhendler
One Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017
Telephone: 212.909.9522
Facsimile: 212.909.9417
Howard Kleinhendler
Email: hkleinhendler@wmllp.com

*Attorneys for Defendants the Daniel Silna, individually and in his capacity as general partner of White Lake Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, C.Z. Trust, as partner of White Lake Associates, K.Z. Trust, as partner of White Lake Associates, L.Z. Trust, as partner of White Lake Associates*

5

**SO ORDERED**

**Dated: February 2nd, 2016**
**New York, New York**

                                             **/s/ STUART M. BERNSTEIN**
                                             **HONORABLE STUART M. BERNSTEIN**
                                             **UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>DANIEL SILNA, in his capacity as general partner of White Lake Associates, WHITE LAKE ASSOCIATES, JOAN SILNA, as partner of White Lake Associates, AMY SILNA, SHAFRON TRUST, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. TRUST, as partner of White Lake Associates, TRACY SILNA ZUR, as partner of White Lake Associates, C.Z. TRUST, as partner of White Lake Associates, K.Z. TRUST, as partner of White Lake Associates, L.Z. TRUST, as partner of White Lake Associates, as partner of White Lake Associates,<br>　　　　Defendants. | Adv. Pro. No. 10-04472 (SMB) |

7