# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>DANIEL SILNA, in his capacity as general partner of White Lake Associates, WHITE LAKE ASSOCIATES, JOAN SILNA, as partner of White Lake Associates, AMY SILNA, SHAFRON TRUST, as partner of White Lake Associates, E.S. Trust, as partner of White Lake Associates, N.S. TRUST, as partner of White Lake Associates, TRACY SILNA ZUR, as partner of White Lake Associates, C.Z. TRUST, as partner of White Lake Associates, K.Z. TRUST, as partner of White Lake Associates, L.Z. TRUST, as partner of White Lake Associates, as partner of White Lake Associates,<br>       Defendants. | Adv. Pro. No. 10-04472 (SMB) |