**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> JOHN CHAPMAN STOLLER, individually and in his capacity as Grantor and Trustee of the John Chapman Stoller Revocable Trust dtd 10/5/1988; SHEILA PATRICIA STOLLER, individually and in her capacity as Trustee of the John Chapman Stoller | Adv. Pro. No. 10-04714 (SMB) |

| | |
|---|---|
| Revocable Trust dtd 10/5/1988; and JOHN CHAPMAN STOLLER REVOCABLE TRUST DTD 10/5/1988,<br>                              Defendants. | |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 19, 2016.

2. Fact Discovery shall be completed by: November 14, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: February 3, 2017.

4. The Disclosure of Rebuttal Experts shall be due: March 6, 2017.

5. The Deadline for Completion of Expert Discovery shall be: April 5, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before April 12, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before April 26, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before August 24, 2017.

Dated: New York, New York  
      February 4, 2016

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
Dean D. Hunt  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*