**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                    Plaintiff,<br>          v.<br><br>HELEN SAREN-LAWRENCE,<br><br>                                        Defendant. | Adv. Pro. No. 10-04898 (SMB) |

**DECLARATION IN FURTHER SUPPORT OF MOTION FOR SANCTIONS
AGAINST THE TRUSTEE FOR UNLAWFULLY SERVING SUBPOENAE ON BANKS
IN THIS AND SEVERAL OTHER CASES**

      I, HELEN DAVIS CHAITMAN, declare pursuant to 28 U.S.C. § 1746, that the following is true based upon my personal knowledge and documents I possess:

      1.    I submit this declaration in further support of my motion to dismiss the complaint in this action and in every action in which the Trustee has violated his own representation to the Court.

      2.    Annexed hereto as Exhibit 1 is the February 2, 2016 letter from Edward J. Jacobs to the Court in this matter. In this letter, in the second paragraph, Mr. Jacobs states:

{00018287 1}                                                            1

        As an initial matter, the scope of the representation we presented at the January 27, 2016 conference was that we would hold the subpoenas for cases handled by M s. Chaitman in abeyance for 30 days from the Trustee's service of requests for admissions to provide the Defendants an Opportunity to admit to the relevant transfers and relevant account activity.

        3.      The Trustee's counsel have violated this undisputed representation. Annexed hereto as Exhibit 2 is an email I received yesterday from the Trustee's counsel serving me with discovery in the *Wilenitz* case and informing me that the Trustee intended to serve Citibank with a subpoena for all of the account holders' bank records the very next day, February 9, 2016.

February 9, 2016

                                                   /s/ *Helen Davis Chaitman*

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document with exhibits to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail and by hand delivery upon:

> BAKER & HOSTETLER
> David J. Sheehan
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York  
        February 9, 2016

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

*Attorneys for Helen Saren-Lawrence*