TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
Lori V. Vaughan (LV4555)
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Telephone: (813) 223-7474
Facsimile: (813) 229-6553

*Attorneys for Jonathan Sobin*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (smb) |
| Plaintiff-Applicant,<br>v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04540 (smb) |
| Plaintiff,<br>v. | |
| JONATHAN SOBIN, | |
| Defendant. | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND  ORDER**

PLEASE TAKE NOTICE that the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., 101 E. Kennedy Blvd., Suite 2700, Tampa, Florida 33602, shall be substituted in place of Seeger Weiss LLP, 77 Water Street, 26th Floor, New York, NY 10005 **and** Milberg LLP, One Pennsylvania Plaza, New York, NY 10119, as counsel of record for Defendant, Jonathan Sobin (the "Defendant"), in this adversary proceeding.  All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
LORI V. VAUGHAN, ESQ.
Telephone: (813) 223-7474
Primary Email: lvaughan@trenam.com
Secondary Email: lfloyd@trenam.com

Please take further notice that the Defendant has knowledge of and consents to this substitution of counsel.

Dated: December 2, 2015
    Tampa, Florida

/s/ Lori V. Vaughan_____
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
LORI V. VAUGHAN
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553
lvaughan@trenam.com

Dated: December 2, 2015
    New York, New York

/s/ Parvin K. Aminolroaya
SEEGER WEISS LLP
Parvin K. Aminolroaya
Stephen A. Weiss
77 Water Street, 26th Floor
New York, NY 10005
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799
paminolroaya@seegerweiss.com

/s/ Matthew A. Kupillas
MILBERG LLP
Matthew A. Kupillas
Joshua E. Keller

1

One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Dated: February 9th, 2016
      New York, New York

SO ORDERED:

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE