**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS        )
                      )  ss:
COUNTY OF DALLAS      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 27, 2016, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Memorandum of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in Black River Associates LP, MOT Family Investors LP, Rothschild Family Partnership, and Ostrin Family Partnership [Docket No. 12533]

Executed on Jan. 29, 2016

_____
John S. Franks

Sworn to and subscribed before me this 29th day of Jan, 2016



(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A

January 27, 2016

| Contact | Address1 | Address2 | City | State | ZIP |
|---------|----------|----------|------|-------|-----|

**Exhibit A**

**January 27, 2016**

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 |
| Millberg LLP | Jennifer L. Young | One Pennsylvania Plaza, 48th Fl | New York | NY | 10119 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Seeger Weiss LLP | Stephen A Weiss | One William Street | New York | NY | 10004 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |