**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
David Proaño (*admitted pro hac vice*)

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>  v.<br><br>GERTRUDE E. ALPERN REVOCABLE TRUST, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-04327 (SMB)<br><br>**NOTICE OF SETTLEMENT OF ORDER** |

**PLEASE TAKE NOTICE** that pursuant to the request of plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff, filed on February 2, 2016 (ECF No. 87) (the "Request"), and Local Rule 9074-1, and upon direction of the Court at a conference held on February 11, 2016 at 10:00 a.m., the undersigned counsel to the Trustee will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on **February 17, 2016 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or objections to the proposed order must be in writing and must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than **February 16, 2016 at 3:00 p.m.** (with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the proposed order. Unless a counter-proposed order and/or written objection to the proposed order are received before the objection deadline, the proposed order may be signed and entered.

Dated:  New York, New York
       February 12, 2016                    */s/ Nicholas J. Cremona*

300381187.1

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
David Proaño (*admitted pro hac vice*)
Email: dproano@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

TO:

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, NY 10022
Phone: (908) 303-4568
Facsimile: (888) 759-1114
hchaitman@chaitmanllp.com

300381187.1