**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br><br>Citivic Nominees Ltd.,<br><br>    Defendant. | Adv. Pro. No. 12-01513 (SMB) |

**SO ORDERED STIPULATION EXTENDING THE DEADLINE TO OBJECT**
**TO THE TRUSTEE'S MOTION FOR ENTRY OF ORDER PURSUANT**
**TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE AS**
**INCORPORATED BY RULE 7015 OF THE FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE GRANTING MOTION FOR LEAVE TO FILE AN**
**AMENDED COMPLAINT ADDING EUROCLEAR BANK S.A./N.V. AS A DEFENDANT**

  WHEREAS Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, commenced this Adversary Proceeding by filing a complaint against Citivic Nominees Ltd. ("Citivic" or "Defendant") on April 12, 2012; and

  WHEREAS, on September 25, 2015, the Trustee filed a Motion For Leave to File an Amended Complaint Adding Euroclear Bank S.A./N.V. ("Euroclear") as a Defendant in this

proceeding (the "Trustee's Motion"), and which contemplates that the Trustee will dismiss Citivic as a defendant in this action if the Court permits the relief sought in the Trustee's Motion;

WHEREAS, on September 25, 2015, the Trustee delivered an email to the undersigned counsel for Euroclear with a copy of the Trustee's Motion;

WHEREAS, Euroclear has not appeared in, and is not a party to, the above Adversary Proceeding and reserves all objections to jurisdiction and service of process, and Euroclear's counsel is signing this Stipulation for the sole purpose of extending Euroclear's time to object to the Trustee's Motion, including objections to jurisdiction and service of process, if so decided;

WHEREAS, the original deadline to object to the Trustee's Motion was set for October 12, 2015 with a hearing scheduled for October 28, 2015;

WHEREAS, on October 8, 2015, the Court entered a So Ordered Stipulation Extending the Deadline to Object to Trustee's Motion extending the deadline to object to November 11, 2015 and adjourning the hearing until November 18, 2015;

WHEREAS, on November 12, 2015, the Court entered a So Ordered Stipulation Extending the Deadline to Object to Trustee's Motion extending the deadline to object to February 17, 2016 and adjourning the hearing until February 24, 2016;

WHEREAS, the parties and Euroclear have agreed through their undersigned counsel to extend the objection deadline and adjourn the hearing on the Trustee's Motion to allow for the Trustee's continued investigation; and

NOW, THEREFORE, subject to the approval of the Court, it is hereby STIPULATED AND AGREED that the deadline to object to Trustee's Motion is extended up to and including April 27, 2016, and the hearing on the Trustee's Motion is adjourned to May 25, 2016.

Dated: February 12, 2016
New York, New York

| BAKER & HOSTETLER LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: /s/ Thomas L. Long<br>David J. Sheehan<br>dsheehan@bakerlaw.com<br>Thomas L. Long<br>Email: tlong@bakerlaw.com<br>Catherine E. Woltering<br>Email: cwoltering@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | By: /s/ Carmine D. Boccuzzi, Jr.<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>cboccuzzi@cgsh.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendant Citivic Nominees Ltd.* |

ARNOLD & PORTER LLP

By: /s/ Charles G. Berry
Charles G. Berry
Email: Charles.Berry@aporter.com
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1169
Facsimile: (212) 715-1399

*Attorneys for Non-Party Euroclear Bank S.A./N.V.*

SO ORDERED this 16th day of February, 2016.

/s/ Stuart M. Bernstein
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE