**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALFRED B. REISCHER TRUST; PHYLLIS REISCHER, individually and in her capacity as Trustee for the Alfred B. Reischer Trust; LISA R. PAYTON, individually and in her capacity as Trustee for the Alfred B. Reischer Trust; and PAUL VOYNOW, in his capacity as Trustee for the Alfred B. Riescher Trust,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-05192 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Alfred B. Reischer Trust; Phyllis Reischer, individually and in her capacity as Trustee for the Alfred B. Reischer Trust; Lisa R. Payton, individually and in her capacity as Trustee for the Alfred B. Reischer Trust; and Paul Voynow, in his capacity as Trustee for the Alfred B. Riescher Trust ("Defendants") by and through their counsel, Martin B. Shulkin of Duane Morris LLP and Steven Kapustin of Chernow Kapustin LLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 3, 2010, the Trustee filed and served the Complaint against Defendants.

2. On April 17, 2015, Defendants served answers on the Trustee.

3. On January 31, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default in the installment payments to seek entry of judgment pursuant to the Stipulation for Entry of Judgment, as set forth in the Settlement Agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
February 16, 2016

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **DUANE MORRIS LLP** |
| By: s/ *Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Marc E. Hirschfield <br> Email: mhirschfield@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ *Martin Shulkin* <br> 100 High Street, 24th Floor <br> Boston, Massachusetts 02210-1724 <br> Telephone: 857.488.4216 <br> Facsimile: 857.401.3034 <br> Martin B. Shulkin <br> Email: MBShulkin@duanemorris.com <br><br> *Attorneys for Defendants Alfred B. Reischer Trust; Phyllis Reischer, individually and in her capacity as Trustee for the Alfred B. Reischer Trust; and Lisa R. Payton, individually and in her capacity as Trustee for the Alfred B. Reischer Trust* <br><br> **CHERNOW KAPUSTIN LLC** <br><br> By: /s/ *Steven Kapustin* <br> 721 Dresher Road, Suite 1100 <br> Horsham, Pennsylvania 19044 <br> Telephone: 215.659.3600 <br> Steven Kapustin <br> Email: skapustin@chernowkpa.com <br><br> *Attorneys for Defendant Paul Voynow, in his capacity as Trustee for the Alfred B. Riescher Trust* |

4

SO ORDERED

Dated: February 16, 2016  
New York, New York

　　　　　　　　　　　　　/s/ Stuart M. Bernstein  
　　　　　　　　　　　　　HON. STUART M. BERNSTEIN  
　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

5