HOGAN LOVELLS US LLP
Erin M. Meyer
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
*Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION                  :
CORPORATION,                                    :
                                                :
        Plaintiff-Applicant,                 :   Adv. Pro. No. 08-01789 (SMB)
  v.                                           :
                                                :   SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT                    :
SECURITIES LLC,                                 :   (Substantively Consolidated)
                                                :
        Defendant.                           :
------------------------------------------------------------x
In re:                                          :
                                                :
BERNARD L. MADOFF,                              :
                                                :
        Debtor.                              :
------------------------------------------------------------x
IRVING H. PICARD, Trustee for the               :
Liquidation of Bernard L. Madoff Investment     :
Securities LLC, and Bernard L. Madoff,          :
                                                :
        Plaintiff,                           :   Adv. Pro. No. 11-02569 (SMB)
  v.                                           :
                                                :
BARCLAYS BANK (SUISSE) S.A.,                    :
BARCLAYS BANK S.A., and BARCLAYS                :
PRIVATE BANK & TRUST LIMITED,                   :
                                                :
        Defendants.                          :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST IN THIS CASE

PLEASE TAKE NOTICE that Erin M. Meyer, associated with the law firm Hogan Lovells US LLP, hereby withdraws her appearance as counsel in the above-captioned actions for Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited (collectively, the "Barclays Defendants").

PLEASE TAKE FURTHER NOTICE that Erin M. Meyer requests that she be removed from any and all mailing matrices and service lists in the above-referenced matter on behalf of the Barclays Defendants.

This notice and request is precipitated by Ms. Meyer's departure from the firm Hogan Lovells US LLP effective February 28, 2016. All other counsel of record at Hogan Lovells US LLP on behalf of the Barclays Defendants will remain the same.

Dated: February 17, 2016
New York, New York

    Respectfully submitted,

    By: ___/s/ Erin M. Meyer_____
        Erin M. Meyer
    **HOGAN LOVELLS US LLP**
    875 Third Avenue
    New York, NY 10022
    Telephone (212) 918-3000
    Facsimile (212) 918-3100
    erin.meyer@hoganlovells.com

    *Attorneys for Defendants Barclays Bank*
    *(Suisse) S.A., Barclays Bank S.A.,*
    *and Barclays Private Bank & Trust Limited*