**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>            Plaintiff,<br><br>v.<br><br>THE JOSEPH BERGMAN REVOCABLE TRUST, JOSEPH BERGMAN, individually and in his capacity as trustee of the JOSEPH BERGMAN REVOCABLE TRUST,<br><br>            Defendants. | Adv. Pro. No. 10-05134 (SMB) |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: PASSED.

2. Fact Discovery shall be completed by: PASSED.

3. The Disclosure of Case-in-Chief Experts shall be due: March 21, 2016.

4. The Disclosure of Rebuttal Experts shall be due: April 20, 2016.

5. The Deadline for Completion of Expert Discovery shall be: May 20, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 27, 2016.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 10, 2016.

8. The Deadline for Conclusion of Mediation shall be: On or before October 10, 2016.

Dated: New York, New York
       February 19, 2016

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*