**Settlement Deadline: February 24, 2016 at 12:00 PM**
**Objection Deadline: February 23, 2016 at 12:00 PM**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>A & G GOLDMAN PARTNERSHIP and PAMELA GOLDMAN,<br><br>                Defendants. | Adv. Pro. No. 14-02407 (SMB)<br>**(Lead)** |
| CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. | Adv. Pro. No. 14-02408 (SMB) |

PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower,

       Plaintiffs,

  v.

PAMELA GOLDMAN and A & G GOLDMAN PARTNERSHIP,

       Defendants.

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Enjoining Prosecution of Defendants' Action Against the Picower Parties, entered by this Court in the above-referenced adversary proceeding, Adv. Pro. No. 14-02407, on February 17, 2016 (ECF No. 42) and upon direction of the Court, the undersigned counsel to Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **February 24, 2016.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or objections to the proposed order must be in writing and must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than **February 23, 2016** (with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., and (c) Schulte Roth & Zabel LLP, counsel for the Picower Parties,[1] 919 Third Avenue, New York, NY

---

[1] The "Picower Parties" are Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; the Picower Foundation; the Picower Institute of Medical Research; the Trust F/B/O Gabrielle H. Picower; and

10022, Attn: Marcy Ressler Harris, Esq.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the proposed order.  Unless a counter-proposed order and/or written objection to the proposed order are received before the objection deadline, the proposed order may be signed and entered.

Dated: New York, New York
February 19, 2016

/s/ Keith R. Murphy

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Ferve E. Ozturk
Email: fozturk@bakerlaw.com
Samuel M. Light
Email: slight@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

To:

Joshua J. Angel
Hanh V. Huynh
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
Email: jangel@herrick.com
Email: hhuynh@herrick.com

---

Barbara Picower, individually, and as executor of the estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust F/B/O Gabrielle H. Picower.

2

James W. Beasley, Jr.
Joseph G. Galardi
Andrew S. Kwan
Beasley Hauser Kramer & Galardi, P.A.
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Email: Beasley@beasleylaw.net
Email: Galardi@beasleylaw.net
Email: Kwan@beasleylaw.net

Richard Lee Stone
Blackner, Stone & Associates
123 Australian Avenue
Palm Beach, Florida 33480
Email: rstoneesq@aol.com

*Counsel for A & G Goldman Partnership and Pamela Goldman*

William D. Zabel
Marcy R. Harris
Jennifer Opheim
Michael Kwon
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Phone: 212-756-2000
Fax: 212-593-5955
Email:  marcy.harris@srz.com
Email:  jennifer.opheim@srz.com
Email:  michael.kwon@srz.com

*Counsel for the Picower Parties*