**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

Hearing Date: March 23, 2016
Hearing Time: 10:00 a.m.

Objection Date: March 9, 2016

*Attorneys for Defendants on Exhibit A annexed hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>       Plaintiff,<br><br>  v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ANNEXED HERETO,<br><br>       Defendants. | Adv. Pro. Nos. on Exhibits A annexed hereto |

**NOTICE OF MOTION FOR AN ORDER DISMISSING THE COMPLAINTS PURSUANT TO FED. R. CIV. P. 37(b). 41(b) BASED UPON THE TRUSTEE'S WRONGFUL CONDUCT AND TO QUASH AND FOR THE ENTRY OF A <u>PROTECTIVE ORDER</u>**

{00018777 1 }

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Helen Davis Chaitman, Esq. and exhibits thereto, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Defendants listed on Exhibit A annexed hereto by their undersigned counsel, will move for an order dismissing the complaints pursuant to Fed. R. Civ. P. 37(b), 41(b) based upon the wrongful conduct of the Trustee, Irving H. Picard, and to quash and for the entry of a protective order, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on March 23, 2016 at 10:00 a.m.

Dated: New York, New York
February 26, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants listed on Exhibit A to Notice of Motion*

{00018777 1 }

**EXHIBIT A**

| Adv. Pro. No. | Defendants represented by Chaitman LLP |
|---|---|
| 10-04292 | Robert Roman |
| 10-04302 | Joan Roman |
| 10-04321 | Herbert Barbanel, and<br><br>Estate of Alice Barbanel, and<br><br>Herbert Barbanel, in his capacity as the Personal Representative of the Estate of Alice Barbanel |
| 10-04327 | Gertrude E. Alpern Revocable Trust,<br><br>Robert Schwartz Trust,<br><br>Paul Alpern Residuary Trust,<br><br>Lewis Alpern, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust,<br><br>The Estate of Gertrude E. Alpern,<br><br>Jane Alpern, as beneficiary of the Gertrude E. Alpern Revocable Trust,<br><br>Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, and<br><br>Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settler and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta Schwartz Trust |
| 10-04324 | Barbara Roth,<br><br>Estate of Mark William Roth, and<br><br>Barbara Roth, in her capacity as personal representative of the Estate of Mark William Roth |
| 10-04328 | David Shapiro Nominee, and<br><br>David Shapiro, individually and as president and nominee of David Shapiro Nominee |
| 10-04325 | David Shapiro Nominee 2, and<br><br>David Shapiro, individually and as president and nominee of David Shapiro Nominee 2 |

### EXHIBIT A

| Adv. Pro. No. | Defendants represented by Chaitman LLP |
|---|---|
| 10-04314 | David Shapiro Nominee 3, and |
| | David Shapiro, individually and as president and nominee of David Shapiro Nominee 3 |
| 10-04305 | David Shapiro Nominee 4, and |
| | David Shapiro, individually and as president and nominee of David Shapiro Nominee 4 |
| 10-04995 | Trust U/ART Fourth O/W/O Israel Wilenitz, |
| | Evelyn Berezin Wilenitz, individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, and |
| | Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, |