# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

March 1, 2016

**VIA ECF, CHAMBER'S EMAIL, AND HAND DELIVERY**

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10006

Re: *SIPC v. Bernard L. Madoff Inv. Secs. LLC*, No. 08-1789 (SMB), *Picard v. Ceretti, et al.*, Adv. Proc. No. 09-1161 (SMB) (Bankr. S.D.N.Y.)

Dear Judge Bernstein:

We represent Irving H. Picard, as Trustee and Plaintiff in the above-referenced proceeding. Counsel for the Kingate Funds' Joint Liquidators today has written to the Court to request a discovery-related chambers conference before the Court [09-0611 ECF No. 240], to occur, if possible, before March 17, 2016.

I have appeared at the two prior chambers conferences in this proceeding before Your Honor and would like to attend the next conference. However, I will be out of the office on March 9, and out of the country from March 10 through March 20, 2016. If the Court's schedule permits, it would be greatly appreciated if the conference could be scheduled, therefore, before March 9, 2016, or after March 23, 2016. Mr. Loigman also informs me that he is unavailable before the afternoon of March 3, and again unavailable on March 8, 2016.

The Honorable Stuart M. Bernstein
March 1, 2016
Page 2

The consideration of the Court is greatly appreciated.

Respectfully submitted,

/s/ Geraldine E. Ponto

Geraldine E. Ponto

cc:    Robert S. Loigman (*by e-mail*)
       Rex Lee
       Lindsay Weber
       Jordan Harap

300383026.1