# EXHIBIT S

## Ponto, Geraldine E.

| | |
|---|---|
| **From:** | Ponto, Geraldine E. |
| **Sent:** | Wednesday, January 20, 2016 6:37 PM |
| **To:** | 'Robert Loigman' |
| **Cc:** | Rex Lee; Lindsay Weber; Sheehan, David J.; Zeballos, Gonzalo S.; Jenson, Karin Scholz |
| **Subject:** | RE: Picard v. Ceretti et al., Adv. No. 09-01161 (SMB) |
| **Importance:** | High |

Bob,

Thank you for your quick response. To clarify, however, you are not at liberty to share this proposal with the BVI Court unless we *first* have a stipulation that is so ordered by Judge Bernstein in compliance with the LPO, to which the Funds are subject. Neither the Funds nor the Trustee can violate that order. Moreover, while we appreciate the fact that you have changed your position about the Funds' consenting to the Trustee's counsel attending the BVI hearing—whether in the courtroom or in chambers—it is important that if the Trustee is barred from attending due to an objection by the court or a party, then the Trustee has no one to speak for him before the BVI Court. You cannot represent to the BVI Court that the Trustee has consented to anything, because we are not authorizing anyone to speak for the Trustee but us. The proposal states clearly that the Funds' counsel commits *not* to speak for the Trustee or about his consent to maintain the certain documents within the Voluntary Production as confidential.

There are conditions precedent to the consent to enhanced confidentiality and limitations on the documents to which it applies.

We will send you a proposed stipulation tomorrow that incorporates the terms and scope of the Trustee's consent.

Best wishes,

Gerry

---

**From:** Robert Loigman [mailto:robertloigman@quinnemanuel.com]
**Sent:** Wednesday, January 20, 2016 6:09 PM
**To:** Ponto, Geraldine E.
**Cc:** Rex Lee; Lindsay Weber; Sheehan, David J.; Zeballos, Gonzalo S.; Jenson, Karin Scholz
**Subject:** RE: Picard v. Ceretti et al., Adv. No. 09-01161 (SMB)

Gerry: Please see the attached response letter.

Regards,
Bob

---

**From:** Ponto, Geraldine E. [mailto:gponto@bakerlaw.com]
**Sent:** Tuesday, January 19, 2016 7:50 PM
**To:** Robert Loigman <robertloigman@quinnemanuel.com>
**Cc:** Rex Lee <rexlee@quinnemanuel.com>; Lindsay Weber <lindsayweber@quinnemanuel.com>; Sheehan, David J. <dsheehan@bakerlaw.com>; Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>; Jenson, Karin Scholz

1

<kjenson@bakerlaw.com>
**Subject:** Picard v. Ceretti et al., Adv. No. 09-01161 (SMB)

Bob,

Please see my letter attached. Thank you.

Best wishes,
Gerry


My Bio    Web site    vCard

T 212.589.4690           Geraldine E. Ponto
F 212.589.4201           gponto@bakerlaw.com
www.bakerlaw.com
                         BakerHostetler
                         45 Rockefeller Plaza
                         New York, NY 10111-0100

# BakerHostetler



BakerHostetler
EXPERIENCE FOR TOMORROW

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.