**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
S. Jeanine Conley

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05086 (SMB) |
| v. | |
| BEASER INVESTMENT COMPANY LP; BEASER INVESTMENT MANAGEMENT COMPANY LLC, as general partner of the Beaser Investment Company LP; RICHARD S. BEASER, as general partner of the Beaser Investment | |

Company LP and individually; SHIRLEY B.
BEASER, as general partner of the Beaser
Investment Company LP; and ROBERT H.
BEASER, as general partner of the Beaser
Investment Company LP

Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on February 19, 2016, the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 41], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to or upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register the Honorable Francis G. Conrad to act as Mediator in this matter. The Parties further agree to

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

contact Judge Conrad as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated:        New York, New York
              March 4, 2016

_/s/ Nicholas J. Cremona_                        _/s/ Ryan Cronin_
Baker & Hostetler LLP                     Jaspan Schlesinger LLP
45 Rockefeller Plaza                      300 Garden City Plaza
New York, NY 10111                        Garden City, NY 11530
Telephone: (212) 589-4200                 New York, NY 10174
Facsimile: (212) 589-4201                 Telephone:  (516) 393-8275
David J. Sheehan                          Facsimile: (516) 393-8282
Email: dsheehan@bakerlaw.com              Ryan Cronin
Keith R. Murphy                           Email:  rcronin@jaspanllp.com
Email:  kmurphy@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
S. Jeanine Conley                         _Attorneys for Defendants_
Email:  jconley@bakerlaw.com

_Attorneys for Irving H. Picard, Trustee for the_
_Substantively Consolidated SIPA Liquidation_
_of Bernard L. Madoff Investment Securities_
_LLC and the Estate of Bernard L. Madoff_