**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants on Exhibit A annexed to
Notice of Motion*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                    Plaintiff,<br>          v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ANNEXED TO NOTICE OF MOTION,<br><br>                    Defendants. | Adv. Pro. Nos. on Exhibit A annexed to Notice of Motion |

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Upon the annexed declaration of Helen Davis Chaitman dated March 3, 2016, along

with exhibits, Memorandum of Law, and Notice of Motion filed in connection therewith, it

{00018895 1 }

is hereby:

**ORDERED,** that counsel for the Trustee, Irving Picard, show cause at a hearing to be held before the Honorable Stuart M. Bernstein in Courtroom No. 723 at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on March 9, 2016 at 10:00 a.m., why an order should not be entered staying enforcement of Subpoenas served by the Trustee pending resolution of the parties' competing discovery motions and for a temporary and permanent injunction preventing the Trustee from ever using information obtained pursuant to the Subpoenas to frame a complaint against a subsequent transferee;

~~**IT IS FURTHER ORDERED** that, pending a hearing and determination of Defendants' Motion, enforcement of the Subpoenas is stayed and the Trustee is enjoining from using the information obtained pursuant to the Subpoenas to frame a complaint against a subsequent transferee;~~ **[SMB:3/4/16]**

**IT IS FURTHER ORDERED that** the Trustee file his papers in opposition to Defendants' Motion on March 8, 2016 by 4:00 p.m. EST; and

**IT IS FURTHER ORDERED, that no later than 5:00 p.m. on March 7, 2016, the movants shall file and deliver to chambers a single chart that identifies, by each case, the date, if any, the Trustee served either a Notice to Admit or a proposed factual stipulation relating to the transfers at issue and the date by which the movant must respond to the Notice to Admit or the stipulation; and in the event the movant has already responded to the Notice to Admit or entered into a factual stipulation with the Trustee, a copy of the response to the Notice to Admit or the stipulation; and [SMB:3/4/16]**

**IT IS FURTHER ORDERED** that service of a copy of this Order and the annexed

{00018895 1 }

declaration, Memorandum, and Notice of Motion by email upon the Defendants' counsel on or

before March 4, 2016, by 5:00 pm shall be deemed good and sufficient service thereof.


Dated: New York, New York
      March 4, 2016

                                 *Stuart M. Bernstein*
                                  Stuart M. Bernstein
                          United States Bankruptcy Judge