**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants on Exhibit A to Notice of Motion*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br>  v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ANNEXED HERETO,<br><br>      Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the following documents:

- Notice of Motion

{00018933 1 }

- Memorandum of Law in Support

- Declaration in Support with Exhibits 1 to 11 and

- Order signed by Hon. Stuart M. Bernstein,

to be served by electronic mail upon the parties listed below:

> David Sheehan, Esq.
> dsheehan@bakerlaw.com
> Edward Jacobs
> ejacobs@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York  10111
>
> Barry J. Glickman, Esq.
> bglickman@zeklaw.com
> Zeichner Ellman & Krause LLP
> 575 Lexington Avenue
> New York, New York 10022
>
> Karen M. Cullen, Esq.
> kcullen@windelsmarx.com
> Windels Marx Lane & Mittendorf, LLP
> 156 West 56th Street
> New York, New York 10019
>
> Kevin H. Bell, Esq.
> kbell@sipc.org
> Securities Investor Protection Corporation
> 8005 Fifteenth Street, NW, Suite 800
> Washington, DC 20005

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   March 4, 2016                                         */s/ Helen Davis Chaitman*
         New York, New York

{00018933 1 }