UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       DEFENDANT. | NO. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED) |
| IN RE:<br>BERNARD L. MADOFF,<br>       DEBTOR. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>       PLAINTIFF<br><br>V.<br><br>FEDERICO CERETTI, *ET AL.*<br><br>       DEFENDANTS. | Adv. Pro. No. 09-1161 (SMB)<br><br>Civ. Pro. No. 15-7086 |

**CERTIFICATE OF SERVICE**

    I, Lindsay M. Weber, hereby certify that on the 1st of March 2016, I caused a true and correct copy of the letter dated March 1, 2016 from Robert Loigman on behalf of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. to Judge Bernstein requesting a discovery conference with the Court to be served upon counsel of record for parties to the *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Liquidation Action* (No. 08-01789 (SMB)) and parties to the *Picard v. Federico Ceretti, et al.*, adversary

proceeding (Adv. Pro. No. 09-1161 (SMB)) via filing on CM/ECF and upon counsel to the parties listed on Schedule A to this certificate via electronic mail. On March 1, 2016, I also notified the parties listed on Schedule A to this certificate via electronic mail that the Court had set the conference for March 7, 2016 at 11:00 am. On March 4, 2016, I also notified the parties listed on Schedule A to this certificate via electronic mail that the Court had rescheduled the conference for March 7, 2016 at 10:00 am.

Dated:  March 4, 2016
        New York, New York

/s/ Lindsay M. Weber
LINDSAY M. WEBER

## SCHEDULE A

David Sheehan
Geraldine E. Ponto
Gonzalo S. Zeballos
Baker & Hostetler LLP
dsheehan@bakerlaw.com
gponto@bakerlaw.com
gzeballos@bakerlaw.com
Counsel to Plaintiff Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC

Andreas A. Frischknecht
Erin E. Valentine
Peter R. Chaffetz
Scott Reynolds
Chaffetz Lindsey LLP
Andreas.frischknecht@chaffetzlindsey.com
erin.valentine@chaffetzlindsey.com
peter.chaffetz@chaffetzlindsey.com
scott.reynolds@chaffetzlindsey.com
Counsel to Defendant Kingate Management Limited

David E. Brodsk
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
dbrodsky@cgsh.com
tmoloney@cgsh.com
Counsel to Defendant HSBC Bank Bermuda Limited

Andrew Martin
Mello Jones & Martin
amartin@mjm.bm
Counsel to Defendant HSBC Bank Bermuda Limited

Barry G Sher
Jodi Aileen Kleinick
Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
barrysher@paulhastings.com
jodikleinick@paulhastings.com
morwetzler@paulhastings.com
Counsel to Defendants Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Samuel L. Raymond
Cleary Gottlieb Steen & Hamilton LLP
Email: sraymond@cgsh.com
Counsel to Defendant Citi Hedge Fund Services Limited

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
timothy.harkness@freshfields.com
Counsel to Defendants Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby Holding Services Limited, Ashby Investment Services Limited, Individually and as Trustees of The Ashby Trust, El Prela Group Holding Services, El Prela Trading Investments Limited, El Prela Trust, First Peninsula, Individually and as Trustees of the Ashby Trust, Port of Hercules Ltd., Individually and as Trustee of the El Prela Trust, The Ashby Trust