**CHAITMAN LLP**
Gregory M. Dexter
gdexter@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendant Helene Saren-Lawrence*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br>  v.<br><br>HELENE SAREN-LAWRENCE,<br><br>    Defendant. | Adv. Pro. No. 10-04898 (SMB) |

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Gregory M. Dexter, Esq., an attorney of the firm Chaitman LLP, hereby appears in the above-captioned case as counsel for Defendant HELENE SAREN-LAWRENCE.

{00018715 1 }

Dated: March 9, 2016
      New York, New York

**CHAITMAN LLP**

By: */s/ Gregory M. Dexter*
    Gregory M. Dexter
    gdexter@chaitmanllp.com
    465 Park Avenue
    New York, New York 10022
    Phone & Fax: 888-759-1114

*Attorneys for Defendant Helene Saren-Lawrence*

## CERTIFICATE OF SERVICE

I, Gregory M. Dexter, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2016
      New York, New York         */s/ Gregory M. Dexter*