**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No.10-05084 (SMB) |
| v. | |
| DANIEL STONE AND SUSAN JANE STONE, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING DISMISSAL OF CERTAIN
## CLAIMS AND DEFENDANT, SUSAN STONE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Daniel Stone and Susan Jane Stone, (individually and collectively, the "Defendants"), by and through their counsel, Frejka PLLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the Complaint against the Defendants.

2. On April 17, 2014, Defendants filed their Answer to the Complaint.

3. Numerous defendants in other related adversary proceedings, but not Defendants, filed motions to dismiss (the "Motions to Dismiss") complaints or amended complaints filed against them by the Trustee.

4. On June 2, 2015, the Bankruptcy Court granted in part and denied in part the Motions to Dismiss for reasons set forth in its Memorandum Decision Regarding Omnibus Motions to Dismiss (the "Decision") [ECF No. 10089 in Adv. Pro. No. 08-01789 (SMB)].

5. On June 22, 2015, the Supreme Court of the United States denied *certiorari* of the Trustee's appeal of *SIPC v. Ida Fishman Revocable Trust*, 14-1128 and *Picard v. Ida Fishman Revocable Trust*, 14-1129 (the "Supreme Court Decision"), and thus section 546(e) of the Bankruptcy Code applies to this Adversary Proceeding.

6. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee's claims in Counts One through Four and Counts Six through Ten of the Complaint are hereby dismissed

2

with prejudice against Defendants in the Adversary Proceeding.  This Stipulation has no effect on the Trustee's remaining Counts in the Complaint.

7.      Based on the dismissal of the Trustee's claims in Counts One through Four and Counts Six through Ten of the Complaint, this Adversary Proceeding is hereby dismissed with prejudice as to Defendant, Susan Stone.

8.      Upon the dismissal of the Trustee's claims in Counts One through Four and Counts Six through Ten of the Complaint and Defendant, Susan Stone, the caption of the Adversary Proceeding is hereby amended to delete Defendant, Susan Stone, from the caption. The amended caption of the Adversary Proceeding is indicated in Exhibit A to this Stipulation.

9.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  March 9, 2016

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**FREJKA PLLC**

By:  /s/ *Elise S. Frejka*_____
205 East 42nd Street – 20th Floor
New York, NY   10017
Telephone: 212.641.0800
Elise S. Frejka
Email:  efrejka@frejka.com
Jason S. Rapport
Email: jrappaport@frejka.com

*Attorneys for Defendants Daniel and Susan Jane Stone*

SO ORDERED

/s/ STUART M. BERNSTEIN_____
Dated: March 9th, 2016          HON. STUART M. BERNSTEIN
New York, New York          UNITED STATES BANKRUPTCY JUDGE