**CHAITMAN LLP**　　　　　　　　　　　　　　　　Hearing Date: March 23, 2016
Helen Davis Chaitman　　　　　　　　　　　　　　Hearing Time: 10:00 a.m.
Gregory M. Dexter
465 Park Avenue　　　　　　　　　　　　　　　　Objection Date: March 16, 2016
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Customers on Exhibit A annexed hereto*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DEPOSITION OF
<u>BERNARD L. MADOFF</u>**

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Customers listed on Exhibit A annexed hereto by their undersigned counsel, will move for an order authorizing the deposition of Bernard L. Madoff pursuant to Fed. R. Civ. P. 30(a)(2)(B) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York

{000190011 1 }

10004, on March 23, 2016 at 10:00 a.m.

Dated: New York, New York  
       March 9, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
Gregory M. Dexter  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  
hchaitman@chaitmanllp.com  
gdexter@chaitmanllp.com

*Attorneys for Customers listed on Exhibit A annexed hereto*