UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |

**PROPOSED ORDER AUTHORIZING THE DEPOSITION OF BERNAD L. MADOFF**

**THIS MATTER** having come before the Court on the request of Chaitman, LLP, counsel for the Customers listed on Exhibit A annexed hereto ("Customers"), with respect to the motion authorizing the deposition of Bernard L. Madoff pursuant to Fed. R. Civ. P. 30(a)(2)(B); and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

The Customers, through their attorneys Chaitman LLP, are authorized to take the deposition of Bernard L. Madoff.

New York, New York
Dated:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

{00019019 1 }