BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> KBC INVESTMENTS LIMITED, <br><br> Defendant. | Adv. Pro. No. 11-02761 (SMB) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for March 30, 2016 has been adjourned to **May 25, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: March 10, 2016
       New York, New York

           By:    /s/ Thomas L. Long
                   Baker & Hostetler LLP
                   45 Rockefeller Plaza
                   New York, New York 10111
                   Telephone: 212.589.4200
                   Facsimile: 212.589.4201
                   David J. Sheehan
                   Email: dsheehan@bakerlaw.com
                   Thomas L. Long
                   Email: tlong@bakerlaw.com

                   *Attorneys for Irving H. Picard, Trustee for the*
                   *Substantively Consolidated SIPA Liquidation*
                   *of Bernard L. Madoff Investment Securities LLC*
                   *and the Estate of Bernard L. Madoff*