**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Judith Rechler (the "Claimant"), having filed an objection (the "Objection", Docket No. 2248) to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim (#011093) hereby gives notice that she withdraws such Objection.

Dated: January 28, 2016

David N. Yaffe, Esq. on behalf of Judith Rechler
Hamburger, Maxson, Yaffe & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747
Tel: (631) 694-2400 x 209