UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

David Abel (the "Claimant"), having filed an objection (the "Objection", Docket No. 1862) to the Notice of Trustee's Determination of Claim respecting Claimant's customer claims (#009615 and #100156) hereby gives notice that he withdraws such Objection.

Dated: January 2?, 2016

David N. Yaffe, Esq. on behalf of David Abel
Hamburger, Maxson, Yaffe & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747
Tel: (631) 694-2400 x 209