**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Triangle Properties # 39 (the "Claimant"), having filed an objection (the "Objection", Docket No. 651) to the Notice of Trustee's Determination of Claim respecting Claimant's customer claims (#009611, #100141, and #100160), hereby gives notice that it withdraws such Objection.

Dated: January 27, 2016

David N. Yaffe, Esq. on behalf of Triangle Properties # 39
Hamburger, Maxson, Yaffe & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747
Tel: (631) 694-2400 x 209