UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

Robert Yaffe (the "Claimant"), having filed objections to the Notice of Trustee's Determination of Claim respecting Claimant's customer claims #009613, #100138, and #100152 (Docket No. 2006) and the Notice of Trustee's Determination of Claim respecting Claimant's customer claims #009612, #100113, and #100151 (Docket No. 652) (together, the "Objections") hereby gives notice that he withdraws such Objections.

Dated: January 29, 2016

David N. Yaffe, Esq. on behalf of Robert Yaffe
Hamburger, Maxson, Yaffe & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747
Tel: (631) 694-2400 x 209