BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>         v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>                              Defendant. | Adv. Pro. No. 12-01047 (SMB) |

<u>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**</u>

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for March 30, 2016 has been adjourned to

**May 25, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference

will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: March 10, 2016
       New York, New York

By:     /s/ Thomas L. Long
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: 212.589.4200
        Facsimile: 212.589.4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Thomas L. Long
        Email: tlong@bakerlaw.com

        *Attorneys for Irving H. Picard, Trustee for the*
        *Substantively Consolidated SIPA Liquidation*
        *of Bernard L. Madoff Investment Securities LLC*
        *and the Estate of Bernard L. Madoff*