**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Customers on Exhibit A annexed hereto*

Hearing Date: March 23, 2016
Hearing Time: 10:00 a.m.

Objection Date: March 16, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |

## CERTIFICATE OF SERVICE

  I hereby certify that on March 9, 2016, I caused a true and correct copy of the following documents:

- Notice of Motion,
- Proposed Order, and
- Memorandum of Law in Support

to be served by electronic mail upon the parties listed below:

{00019035 1 }

>David Sheehan, Esq.
>dsheehan@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza, 11th Floor
>New York, New York  10111
>
>Kevin H. Bell, Esq.
>kbell@sipc.org
>Securities Investor Protection Corporation
>805 Fifteenth Street, NW, Suite 800
>Washington, DC 20005

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   March 11, 2016                             */s/ Helen Davis Chaitman*
         New York, New York