**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jimmy Fokas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>   v.<br><br>WIENER FAMILY LIMITED PARTNERSHIP, WIENER FAMILY HOLDING CORPORATION, MARVIN M. WIENER and SONDRA M. WIENER,<br><br>         Defendants. | Adv. Pro. No. 10-04323 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE that, pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the Case Management Notice filed in this adversary proceeding on September 16, 2015 is hereby amended and the following deadlines are now applicable to this adversary proceeding:

1. Fact Discovery shall be completed by or on June 15, 2016.

2. The disclosure of Case-in-Chief Experts shall be served by or on August 24, 2016.

3. The disclosure of Rebuttal Experts shall be served by or on September 23, 2016.

4. Expert Discovery shall be completed by or on December 22, 2016.

5. The Notice of Mediation Referral shall be served by or on January 20, 2017.

6. A Mediator must be chosen and the Notice of Mediator Selection shall be filed by or on February 3, 2017.

7. Mediation shall be concluded by or on June 2, 2017.

| | |
|---|---|
| Dated: New York, New York<br>March 11, 2016 | BAKER & HOSTETLER LLP<br><br>By: */s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Jimmy Fokas<br>Email: jfokas@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |