**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>O.D.D. INVESTMENT, L.P., D.D.O., INC., DANIEL N. SILNA, OZZIE SILNA, DONALD SCHUPAK, THE ROBIN SILNA 1997 TRUST, ROBIN SILNA, THE JEFFREY SILNA 1997 | Adv. Pro. No. 10-05372 (SMB) |

| TRUST, JEFFREY SILNA, THE SILNA FAMILY INTER VIVOS TRUST, SPENCER SILNA, SAMANTHA SILNA, and SOPHIE SILNA, |
|---|
| Defendants. |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF DEFENDANT DONALD SCHUPAK FROM ADVERSARY PROCEEDING
WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants O.D.D. Investments, L.P., D.D.O., Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, the Robin Silna 1997 Trust, Robin Silna, the Jeffrey Silna 1997 Trust, Jeffrey Silna, The Silna Family Inter Vivos Trust, Spencer Silna, Samantha Silna, and Sophie Silna, by and through their counsel, Wachtel Missry (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 9, 2010, the Trustee filed the complaint against O.D.D. Investments, L.P., D.D.O., Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, the Robin Silna 1997 Trust, Robin Silna, the Jeffrey Silna 1997 Trust, Jeffrey Silna, The Silna Family Inter Vivos Trust, Spencer Silna, Samantha Silna, and Sophie Silna.  The complaint was served on March 14, 2011.

2. On September 17, 2015, O.D.D. Investments, L.P., D.D.O., Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, the Robin Silna 1997 Trust, Robin Silna, the Jeffrey Silna 1997 Trust, Jeffrey Silna, The Silna Family Inter Vivos Trust, Spencer Silna, Samantha Silna, and Sophie Silna served an answer on the Trustee.

3. On January 29, 2016, the Parties entered into a settlement agreement pursuant to

2

the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4.  In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against defendant Donald Schupak in the above-captioned adversary proceeding.

5.  The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.  This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: March 14, 2016

**BAKER & HOSTETLER LLP**

By: /s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Christopher B. Gallagher
Email: cgallagher@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**WACHTEL MISSRY LLP**

By: /s/ Howard Kleinhendler
One Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017
Telephone: 212.909.9522
Facsimile: 212.909.9417
Howard Kleinhendler
Email: hkleinhendler@wmllp.com

*Attorneys for Defendants O.D.D. Investments, L.P., D.D.O., Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, the Robin Silna 1997 Trust, Robin Silna, the Jeffrey Silna 1997 Trust, Jeffrey Silna, The Silna Family Inter Vivos Trust, Spencer Silna, Samantha Silna, and Sophie Silna*

**SO ORDERED**

**Dated: March 14th, 2016**
**New York, New York**

                                        **/s/ STUART M. BERNSTEIN**
                                        **HONORABLE STUART M. BERNSTEIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**