**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>BENJAMIN W. ROTH;<br>and MARION B. ROTH,<br><br>       Defendants. | Adv. Pro. No. 10-05284 (SMB) |

300385210.1

### NOTICE OF ADJOURNMENT OF HEARING ON DEFENDANTS' MOTION TO VACATE CLERK'S ENTRIES OF DEFAULT AND DISMISS THE THIRD COUNT

**PLEASE TAKE NOTICE** that the hearing in the above-referenced adversary proceeding which was previously scheduled for March 23, 2016 has been adjourned to **April 27, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
       March 14, 2016

By:  *s/ Nicholas J. Cremona*
     BAKER & HOSTETLER LLP
     45 Rockefeller Plaza
     New York, New York 10111
     Telephone: (212) 589-4200
     Facsimile: (212) 589-4201
     David J. Sheehan
     Email: dsheehan@bakerlaw.com
     Nicholas J. Cremona
     Email: ncremona@bakerlaw.com
     Heather J. McDonald
     Email: hmcdonald@bakerlaw.com
     Kimberly M. Maynard
     Email: kmaynard@bakerlaw.com

     *Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*