**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>BNP PARIBAS S.A.,<br><br>BNP PARIBAS (SUISSE) S.A., Individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank,<br><br>BNP PARIBAS ARBITRAGE SNC,<br><br>BNP PARIBAS BANK & TRUST CAYMAN LIMITED, | Adv. Pro. No. 12-01576 (SMB)<br><br><br><br>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE** |

| |
|---|
| BGL BNP PARIBAS LUXEMBOURG S.A., as Successor in Interest to BNP Paribas Luxembourg S.A., <br><br> BNP PARIBAS SECURITIES SERVICES— SUCCURSALE DE LUXEMBOURG, and <br><br> BNP PARIBAS SECURITIES SERVICES S.A., <br><br>                              Defendants. |

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for March 30, 2016 has been adjourned to **May 25, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  March 15, 2016
       New York, New York

                                               By:  */s/ David J. Sheehan*
                                                        Baker & Hostetler LLP
                                                        45 Rockefeller Plaza
                                                        New York, New York 10111
                                                        Telephone: 212.589.4200
                                                        Facsimile: 212.589.4201
                                                        David J. Sheehan
                                                        Email:  dsheehan@bakerlaw.com
                                                        Mark A. Kornfeld
                                                        Email: mkornfeld@bakerlaw.com

                                                        *Attorneys for Irving H. Picard, Trustee for the*
                                                        *Substantively Consolidated SIPA Liquidation*
                                                        *of Bernard L. Madoff Investment Securities LLC*
                                                        *and the Estate of Bernard L. Madoff*

2