**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>MARJA LEE ENGLER, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity;<br><br>NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of Marja Lee Engler;<br><br>THE MENDEL J. ENGLER REVOCABLE TRUST UNDER AGREEMENT AND RESTATEMENT DATED JULY 8, 1993; and<br><br>THE MARJA LEE ENGLER 2003 | Adv. Pro. No. 10-04935 (SMB) |

LEGAL\26128360\1

| | |
|---|---|
| GRANTOR RETAINED ANNUITY TRUST,<br><br>            Defendants. | |

### ORDER GRANTING NOTICE AND STIPULATION FOR SUBSTITUTION OF COUNSEL

Cozen O'Connor moved to substitute as counsel of record for Marja Lee Engler, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity, the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993 and the Marja Lee Engler 2003 Grantor Retained Annuity Trust (collectively, the "Defendants"). Joshua A. Berman, Esq. of Troutman Sanders LLP and the Defendants consent to the substitution of Cozen O'Connor.

ORDERED that Joshua A. Berman, Esq. of Troutman Sanders LLP is granted leave to withdraw as counsel of record for Defendants and Cozen O'Connor is substituted in its stead; and it is further

ORDERED that the Clerk of the Court is directed to amend the docket in this adversary proceeding to reflect the withdrawal and substitution.

Date:  March 16th, 2016
       New York, New York

                                        **/s/ STUART M. BERNSTEIN**
                                        STUART M. BERNSTEIN
                                        United States Bankruptcy Judge

2

LEGAL\26128360\1