**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Elyssa S. Kates
Joshua B. Rog
Jacqlyn Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>HELENE R. CAHNERS KAPLAN, *et al.*,<br><br>               Defendants. | Adv. Pro. No. 10-05042 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on July 15, 2014.

2. Fact Discovery shall be completed by May 9, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due July 7, 2016.

4. The Disclosure of Rebuttal Experts shall be due August 8, 2016.

5. The Deadline for Completion of Expert Discovery shall be November 4, 2016.

6. The Deadline for Service of a Notice of Mediation Referral shall be January 3, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be January 17, 2017.

8. The Deadline for Conclusion of Mediation shall be May 17, 2017.

[Remainder of Page Intentionally Left Blank]

Dated: New York, New York  
       March 16, 2016

BAKER & HOSTETLER LLP

By: */s/ Keith M. Murphy*  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com  
Elyssa S. Kates  
Email: ekates@bakerlaw.com  
Joshua B. Rog  
Email: jrog@bakerlaw.com  
Jacqlyn Rovine  
Email: jrovine@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300385360.1