**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Tatiana Markel
Jacqlyn Rovine

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04241 (SMB) |
| v. | |
| THE M&B WEISS FAMILY LIMITED PARTNERSHIP OF 1996 C/O MELVYN I. WEISS, | |
| BERSHAD INVESTMENT GROUP LP, | |
| MELVYN I. WEISS, individually and in his capacity as a Joint Tenant, | |

300378320.2

DAVID J. BERSHAD,

BARBARA J. WEISS, individually and in her
capacity as a Joint Tenant,

STEPHEN A. WEISS,

LESLIE WEISS and

GARY M. WEISS,

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE FROM ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the

Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure applicable in adversary proceedings), hereby dismisses defendants The M&B

Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J.

Weiss, Stephen A. Weiss, Leslie Weiss, and Gary M. Weiss (the "Dismissed Defendants") from

the above-captioned adversary proceeding with prejudice.

On December 18, 2015 the Parties entered into a settlement agreement pursuant to the

Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss

Defendants from this adversary proceeding without further order of the Court by filing this

Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a

motion for summary judgment.   The adversary proceeding shall proceed against all other

defendants other than the Dismissed Defendants.

Upon the dismissal of Dismissed Defendants, the caption of the above-referenced

adversary proceeding shall appear as indicated in Exhibit A to this Notice.

Date: March 17, 2016
     New York, New York               **BAKER & HOSTETLER LLP**

By: *s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*