UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re,<br><br>FAIRFIELD SENTRY LIMITED, et al.<br><br>   Debtor in Foreign Proceedings. | Chapter 15 Case<br><br><br><br>Case No. 10-13164<br>(SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>      Plaintiff,<br><br>   -against-<br><br>JORGE HERMAN MELGUIZO, LINA MARIA MELGUIZO, TATIANA MELGUIZO and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF JORGE HERMAN MELGUIZO, LINA MARIA MELGUIZO and TATIANA MELGUIZO 1-100<br><br><br><br>      Defendants. | Adv. Pro. No. 11-01607 |

## STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS

WHEREAS, Laurence May has been lead counsel for the Defendants since the

commencement of this Adversary Proceeding; and

WHEREAS, Mr. May has withdrawn as a member of Cole Schotz, P.C., current

counsel for Defendants; and

WHEREAS, Defendants have retained Mr. May and his current firm, Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. as substitute counsel and have consented to this substitution, now, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that, pursuant to Local District Rule 1.4 and Local Bankruptcy Rule 2090-1, the firm of Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., 805 Third Avenue, New York, New York, 10022, be substituted as counsel of record in this Adversary Proceeding for Defendants Jorge Herman Melguizo, Lina Maria Melguizo, Tatiana Melguizo and the "Beneficial Owners Of Accounts Held In The Name Of Jorge Herman Melguizo, Lina Maria Melguizo and Tatiana Melguizo" as place and stead of Cole Schotz P.C.

Dated: March 8, 2016

| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C. | COLE SCHOTZ P.C. |
|---|---|
| By: /s/ Laurence May | By: /s/ Glenn Kazlow |
| Laurence May, Esq. | A Member of the Firm |
| 805 Third Avenue | 1325 Avenue of the Americas |
| New York, New York 10022 | New York, New York 10022 |
| 212-752-1000 | 212-752-8000 |
| *Substituted Attorneys* | *Retiring Attorneys* |
| *For Defendants* | *for Defendants.* |

**SO ORDERED** on this 18<u>th</u> day of March 2016,

**/s/ STUART M. BERNSTEIN**
Hon. Stuart M. Bernstein