**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE LUSTIG FAMILY 1990 TRUST; and DAVID I. LUSTIG, individually and in his capacity as Trustee for The Lustig Family 1990 Trust, <br><br> Defendants. | Adv. Pro. No. 10-04417 (SMB) |

## STIPULATION TO AMENDMENT OF TRUSTEE'S COMPLAINT

**WHEREAS**, on November 30, 2010, the plaintiff, Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, commenced the above-captioned adversary proceeding (the "Adversary Proceeding") in the Bankruptcy Court against defendants The Lustig Family 1990 Trust and David Ivan Lustig, individually and in his capacity as Trustee for The Lustig Family 1990 Trust ("Defendants", and together with the Trustee, the "Parties") and Eileen A. Lustig, and thereafter Eileen A. Lustig was dismissed from the Adversary Proceeding;

**WHEREAS**, on February 21, 2014, the Bankruptcy Court entered a Case Management Order Regarding Certain Pending Motions to Dismiss in hundreds of adversary proceedings pending before the Court, not including this Adversary Proceeding (the "Omnibus Proceedings");

**WHEREAS**, on December 22, 2014, Defendants filed a motion to dismiss the Adversary Proceeding;

**WHEREAS**, on June 2, 2015, the Bankruptcy Court granted in part and denied in part the motions to dismiss in the Omnibus Proceedings (the "Omnibus Motion to Dismiss Decision"). *Securities Investor Protection Corp. v. Bernard L. Madoff Inv. Sec. LLC*, 531 B.R. 439 (Bankr. S.D.N.Y. 2015);

**WHEREAS**, on June 22, 2015, the Supreme Court of the United States denied the Trustee's writ of certiorari regarding 11 U.S.C. § 546(e) (the "Supreme Court 546(e) Denial"), therefore 11 U.S.C. § 546(e) is applicable to this proceeding. *Picard v. Ida Fishman Revocable Trust*, 135 S. Ct. 2859 (2015);

2

**WHEREAS**, although Defendants were neither parties to, nor joined in the Omnibus Proceedings, the unresolved issues between the Parties are closely analogous to those considered by the Bankruptcy Court in the Omnibus Proceedings, and Defendants' motion to dismiss incorporates all the arguments set forth by similarly situated defendants in the Omnibus Proceedings; and

**WHEREAS**, on March 9, 2016, the Trustee filed a Motion for Entry of Order Pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, as Incorporated by Rules 7015 and 7021 of the Federal Rules of Bankruptcy Procedure, Granting the Trustee Leave to File a First Amended Complaint and for Related Relief (the "Motion for Leave to File a First Amended Complaint");

**IT IS HEREBY STIPULATED** by the undersigned herein, and ordered that:

1. In light of the Omnibus Motion to Dismiss Decision and the Supreme Court 546(e) Denial, and pursuant to Federal Rule of Civil Procedure 15(a)(2) and Federal Rule of Bankruptcy Procedure 7015, the Trustee has requested Defendants' consent to an amendment of the Trustee's Complaint in the form attached hereto as Exhibit A, which consent Defendants have provided. This Stipulation confirms Defendants' consent in this regard.

2. The Amended Complaint attached hereto as Exhibit A is hereby filed as of the date this Stipulation is So Ordered by the Court. Defendants shall file an answer to the Trustee's Amended Complaint within forty-five (45) days thereof. The Adversary Proceeding will move forward thereafter on a schedule to be established by further order of the Court after consultation among the Parties in accordance with the applicable rules of procedure.

3. The Trustee's Motion for Leave to File a First Amended Complaint is hereby withdrawn.

4. This Stipulation may be signed by the Parties in any number of counterparts, each

of which shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
       March 18, 2016

Respectfully submitted,

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-0518
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

*/s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111-0100
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*/s/ Bryan Ha*
**LAW OFFICE OF RICHARD E. SIGNORELLI**
799 Broadway, Suite 539
New York, NY 10003
Telephone: 212.254.4218
Facsimile: 212.254.1396
Richard E. Signorelli
Email: rsignorelli@aol.com and
rsignorelli@nyclitigator.com
Bryan Ha
Email: bhanyc@gmail.com

*Attorneys for Defendants The Lustig Family 1990 Trust and David Ivan Lustig*

**SO ORDERED**

**Dated: March 18th, 2016**
**New York, New York**

        **/s/ STUART M. BERNSTEIN**
        **HONORABLE STUART M. BERNSTEIN**
        **UNITED STATES BANKRUPTCY JUDGE**

4