**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants on Exhibit A annexed hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ANNEXED HERETO<br><br>              Defendants. | Adv. Pro. Nos.<br>10-04352 (SMB)<br>10-04377 (SMB)<br>10-04644 (SMB)<br>10-04658 (SMB)<br><br>Appeal No. _____ |

**NOTICE OF MOTION FOR LEAVE TO APPEAL ORDER IMPLEMENTING COURT'S MARCH 17, 2016 BENCH RULING GRANTING PROTECTIVE ORDER**

{00019279 1 }

**PLEASE TAKE NOTICE** that, upon a Memorandum of Law in Support and the Declaration of Helen Davis Chaitman, Esq., together with exhibits annexed thereto, defendants RAR Entrepreneurial Fund, Ltd., Russell Oasis, Carol Nelson, individually and as joint tenant; and Stanley Nelson, individually and as joint tenant, and Russell L. Dusek (the "Movants"), by their undersigned counsel, hereby move the Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an Order pursuant to 28 U.S.C. § 158(a)(3) and the Federal Rules of Bankruptcy Procedure 8001 and 8003: (1) granting leave to appeal the *Order Implementing Court's March 17, 2016 Bench Ruling Granting Protective Order* entered on March 18, 2016 on the 08-01789 (SMB) docket [ECF No. 12912] of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein); and (2) granting such other further relief in the Movants' favor as the Court deems just and proper.

In view of the exceptional circumstances and importance of the issue presented in this appeal, Movants respectfully requests oral argument in connection with this motion. *See* Fed. R. Bankr. P. 8003(b).

Dated:   New York, New York  
        March 31, 2016

**CHAITMAN LLP**

By:   */s/ Helen Davis Chaitman*  
    Helen Davis Chaitman  
    Gregory M. Dexter  
    465 Park Avenue  
    New York, New York 10022  
    Phone & Fax: 888-759-1114  
    hchaitman@chaitmanllp.com  
    gdexter@chaitmanllp.com

    *Attorneys for Defendants listed on Exhibit A annexed hereto*

{00019279 1 }

## EXHIBIT A

| Adv. Pro. No. | Defendants represented by Chaitman LLP |
|---|---|
| 10-04352 | RAR Entrepreneurial Fund, Ltd., and Russell Oasis |
| 10-04377 | Carol Nelson, individually and as joint tenant; and Stanley Nelson, individually and as joint tenant |
| 10-04644 | Russell L. Dusek |
| 10-04658 | Carol Nelson |

{00019279 1 }