**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>ELAINE S. STEIN<br><br>      Defendant. | Adv. Pro. No. 10-04360 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of AKERMAN LLP, 350 East Las Olas Boulevard, Suite 1600, Fort Lauderdale, Florida 33301, shall be substituted in place of the law firm of GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, 437 Madison Avenue, New York, New York 10022 as counsel of record for ELAINE S. STEIN (the "Defendant") in this adversary proceeding. All notices given or required to be given in the adversary proceeding shall be given to and served upon the following:

{37950546;1}

**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Attention:  Michael I. Goldberg
Catherine E. Douglas
Phone:  (954) 463-2700
Fax:  (954) 463-2224
Email: michael.goldberg@akerman.com
catherine.douglas@akerman.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, NY
April 1, 2016

| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | AKERMAN LLP |
|---|---|
| By: /s/ Michael Weinstein<br>    Michael Weinstein<br>    Email: mweinstein@golenbock.com<br>    437 Madison Avenue<br>    New York, NY  10022<br>    Phone: 212-907-7340<br>    Fax: 212-754-0777 | By: /s/ Michael I. Goldberg<br>    Michael I. Goldberg<br>    Email: michael.goldberg@akerman.com<br>    Email: catherine.douglas@akerman.com<br>    Las Olas Centre II, Suite 1600<br>    350 East Las Olas Boulevard<br>    Fort Lauderdale, FL  33301-2229<br>    Phone:  (954) 463-2700<br>    Fax:  (954) 463-2224 |
| Dated: New York, NY<br>April 1, 2016 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE S. STEIN,<br><br>    Defendant. | Adv. Pro. No. 10-04360 (SMB) |

<u>DECLARATION OF MICHAEL I. GOLDBERG</u>

I, MICHAEL I. GOLDBERG declare as follows:

    1. I am a member of the firm of Akerman LLP and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Akerman LLP for Golenbock Eiseman Assor Bell & Peskoe LLP as counsel for Elaine S. Stein (the "Defendant") in the above-

{37950546;1}

captioned adversary proceeding. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court of the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      April 1, 2016

By: /s/ Michael I. Goldberg
     Michael I. Goldberg