**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-1789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. BARBARA ROTH, ESTATE OF MARK WILLIAM ROTH, and BARBARA ROTH, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATEOF MARK WILLIAM ROTH, Defendants. | Adv. Pro. No. 10-04324 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Barbara Roth, Estate of Mark William Roth, and Barbara Roth, in her capacity as personal representative of the Estate of Mark William Roth, (the "Defendants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers

{000019301 1 }

filed and submitted in connection with the Application; and based upon the record of the case; and the Court having heard oral argument on March 23, 2016 and having determined that the relief requested in the Application is in the best interests of the Defendants; and the Court having made a bench ruling on March 23, 2016 granting the Application and instructing Chaitman LLP to submit an order so indicating; and good and sufficient cause appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding;

**ORDERED** that Defendants have until April 27th to obtain new counsel; and it is further

**ORDERED** that any subpoenas served by the Trustee seeking Defendants bank records are to be held in abeyance until April 27th.

Dated:   April 4th, 2016          /s/ STUART M. BERNSTEIN
         New York, New York       Hon. Stuart M. Bernstein
                                  UNITED STATES BANKRUPTCY JUDGE