**Settlement Deadline: April 6, 2016 at 12:00 PM**
**Objection Deadline: April 5, 2016 at 12:00 PM**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Seanna R. Brown

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF SETTLEMENT OF ORDER AUTHORIZING THE DEPOSITION OF**
**BERNARD L. MADOFF WITH CERTAIN LIMITATIONS**

PLEASE TAKE NOTICE that pursuant to the bench ruling of this Court issued during

the hearing on March 23, 2016 on the Motion for an Order Authorizing the Deposition of

Bernard L. Madoff, ECF No. 12799, in the above-referenced proceeding, and upon direction of

the Court, the undersigned counsel to Plaintiff Irving H. Picard, as trustee (the "Trustee") for the

substantively consolidated liquidation of the business of Bernard L. Madoff Investment

Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the

estate of Bernard L. Madoff, individually, will present the attached proposed order to the

Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in

his Chambers located at the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004 on **April 6, 2016.**

      **PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or

objections to the proposed order must be in writing and must be filed with the Clerk of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004 by no later than **April 5, 2016** (with a courtesy copy delivered to

the chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker &

Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn:

David J. Sheehan, Esq., (b) the Securities Investor Protection Corporation, 1667 K St. N.W.,

Suite 1000, Washington, D.C. 20006, Attn: Kevin H. Bell, Esq., and (c) Schulte Roth & Zabel

LLP, counsel for the Picower Parties,[1] 919 Third Avenue, New York, NY 10022, Attn: Marcy

Ressler Harris, Esq.  Any objections must specifically state the interest that the objecting party

has in these proceedings and the specific basis of any objection to the proposed order.  Unless a

counter-proposed order and/or written objection to the proposed order are received before the

objection deadline, the proposed order may be signed and entered.

---

[1] The "Picower Parties" are Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; the Picower Foundation; the Picower Institute of Medical Research; the Trust F/B/O Gabrielle H. Picower; and Barbara Picower, individually, and as executor of the estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust F/B/O Gabrielle H. Picower.

Dated: New York, New York
         April 4, 2016

                                        _/s/ Seanna R. Brown_____

                                        Baker & Hostetler LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Seanna R. Brown
                                        Email: sbrown@bakerlaw.com

                                        *Attorneys for Irving H. Picard, Trustee for the*
                                        *Substantively Consolidated SIPA Liquidation*
                                        *of Bernard L. Madoff Investment Securities*
                                        *LLC and the Estate of Bernard L. Madoff*

To:

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, NY 10022
Telephone: 888-759-1114
Email hchaitman@chaitmanllp.com

Richard Kirby
Laura Clinton
Baker & McKenzie
815 Connecticut Avenue, NW
Washington, D.C. 20006
Telephone: (202) 452-7020
Email: richard.kirby@bakermckenzie.com
Email: laura.clinton@bakermckenzie.com

*Counsel for Participating Claimants*

Marcy R. Harris
Michael Kwon
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Telephone: 212-756-2000
Email: marcy.harris@srz.com
Email: michael.kwon@srz.com

*Counsel for the Picower Parties*