**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren J. Resnick

Hearing Date: April 27, 2016
Time: 10:00 a.m.

Objection Deadline: April 20, 2016
Time: 5:00 p.m.

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 09-01503 (SMB) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER UNDER SECTION 6513 OF THE NEW YORK CIVIL PRACTICE LAW AND RULES EXTENDING THE NOTICE OF PENDENCY FILED AGAINST CERTAIN REAL PROPERTY IN NEW YORK COUNTY OWNED BY DECEASED DEFENDANT ANDREW H. MADOFF**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **April 27, 2016, at 10:00a.m.**, or as soon thereafter as counsel may be heard, seeking the entry of an order pursuant section 6513 of the New York Civil Practice Law and Rules extending the Notice of Pendency, annexed to the accompanying affidavit of David J. Sheehan as Exhibit A, filed by the Trustee in the New York County Clerk's Office against deceased defendant Andrew Madoff's real property located at 433 East 74th Street, Apartment 5A, New York, New York 10021-3901, for an additional three-year period from the date upon which the order is entered.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be: (i) in writing, conforming to the applicable rules of this Court and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in accordance with General Order M-399 by no later than 5:00p.m. on April 20, 2016 (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein); and (ii) served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Lauren Resnick; and (b) Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1260Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed and served with respect to the Motion, the Motion shall be deemed uncontested and an order granting the requested relief may be entered with no further notice or opportunity to be heard offered to any party.

Date: April 6, 2016
New York, New York

**BAKER & HOSTETLER LLP**

BY:  /s/ David J. Sheehan
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lauren J. Resnick
Email: lresnick@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**Of Counsel:**
Jimmy Fokas
Email: jfokas@bakerlaw.com
Melissa M. Carvalho
Email: mcarvalho@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com

3