# **EXHIBIT B**

## Carvalho, Melissa M.

**From:** Carvalho, Melissa M.
**Sent:** Tuesday, March 22, 2016 1:14 PM
**To:** 'aehrlich@paulweiss.com'
**Cc:** Campbell, Patrick T.
**Subject:** Madoff

Andrew:

Please advise by <u>5:00pm Monday, March 28th</u> whether you would agree to extend the Notice of Pendency (dated July 10, 2012) on 433 East 74th Street, Apt. 5A, New York, New York (expiring June 1, 2016) for a 1 year period -- through June 1, 2017. If your clients do not agree to the extension, we intend to file a motion with the Court.

Regards,
Melissa

**Melissa Carvalho**
Counsel

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T 212.589.4289

mcarvalho@bakerlaw.com
bakerlaw.com



1