**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren J. Resnick

Hearing Date:  May 25, 2016
Time:  10:00 a.m.

Objection Deadline:  May 18, 2016
Time:  5:00 p.m.

*Attorneys for Irving H. Picard, Trustee for the substantively
consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01503 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff. | |
| Defendants. | |

**NOTICE OF MOTION TO SUBSTITUTE DAVID BLUMENFELD FOR DECEASED
DEFENDANT ANDREW MADOFF, AS EXECUTOR OF THE
ESTATE OF MARK D. MADOFF, IN THIS PROCEEDING**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will move before

the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States

Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York,

New York 10004, on **May 25, 2016, at 10:00a.m.**, or as soon thereafter as counsel may be

heard, seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as

incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure,

granting the Trustee's motion to substitute David Blumenfeld for deceased Defendant Andrew

Madoff, in his capacity as Executor of the Estate of Mark D. Madoff, in this proceeding, on the

grounds and for the reasons set forth in the accompanying Memorandum of Law in Support of

Trustee's Motion to Substitute David Blumenfeld for deceased Defendant Andrew Madoff, as

Executor of the Estate of Mark D. Madoff, in this Proceeding.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion

must be:  (i) in writing, conforming to the applicable rules of this Court and be filed with the

Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004,

in accordance with General Order M-399 by no later than 5:00p.m. on May 18, 2016 (the

"Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable

Stuart M. Bernstein); and (ii) served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45

Rockefeller Plaza, New York, New York 10111, Attn: Lauren Resnick; and (b) Securities

Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1260

Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed and served with respect to the Motion, the Motion shall be deemed uncontested and an order granting the requested relief may be entered with no further notice or opportunity to be heard offered to any party.

Date:    April 7, 2016
     New York, New York

**BAKER & HOSTETLER LLP**

BY:    */s/ David J. Sheehan*
     45 Rockefeller Plaza
     New York, New York 10111
     Telephone: (212) 589-4200
     Facsimile: (212) 589-4201
     David J. Sheehan
     Email: dsheehan@bakerlaw.com
     Lauren J. Resnick
     Email: lresnick@bakerlaw.com
     Jimmy Fokas
     Email: jfokas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**Of Counsel:**

Melissa M. Carvalho
Email: mcarvalho@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com