**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03485 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF FAMILY LLC, THE ESTATE OF MARK D. MADOFF, ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff, THE ESTATE OF ANDREW H. MADOFF and MARTIN FLUMENBAUM, solely in his capacity as Executor of the Estate of Andrew H. Madoff. | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S
MOTION FOR SUBSTITUTION**

THIS MATTER, having come before the Court on Plaintiff's motion for entry of an

Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding

by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion to

substitute David Blumenfeld for deceased defendant Andrew Madoff, as Executor of the Estate

of Mark D. Madoff, in this proceeding [ECF No. 81], and the Court having considered the submissions in support of and in opposition (if any) to the Motion, and the Court having found good cause for the relief sought in the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.

SO ORDERED.

Dated: _____, 2016      _____
       New York, New York           HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE