COZEN O'CONNOR
*Attorneys for the Defendants*
33 S. 6th Street
Suite 4640
Minneapolis, MN 55402
(612) 260-9000
(612) 260-9080 (fax)
hmarx@cozen.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04935 (SMB) |
| Plaintiff, | |
| v. | |
| MARJA LEE ENGLER, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity; | |
| NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of Marja Lee Engler; | |

LEGAL\26442023\1

|   |
|---|
| THE MENDEL J. ENGLER REVOCABLE TRUST UNDER AGREEMENT AND RESTATEMENT DATED JULY 8, 1993; and |
| THE MARJA LEE ENGLER 2003 GRANTOR RETAINED ANNUITY TRUST, |
| Defendants. |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Heather L. Marx, to be admitted, *pro hac vice*, to represent Marja Lee Engler, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity, the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993 and the Marja Lee Engler 2003 Grantor Retained Annuity Trust (collectively, the "Defendants"), in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, and the bars of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that Heather L. Marx is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 13th, 2016
New York, New York               /s/ STUART M. BERNSTEIN
                                 HON. STUART M. BERNSTEIN
                                 UNITED STATES BANKRUPTCY JUDGE

LEGAL\26442023\1