# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amy E. Vanderwal
direct dial: 212.589.4612
avanderwal@bakerlaw.com

April 14, 2016

**VIA ECF AND ELECTRONIC MAIL TO**
**bernstein.chambers@nysb.uscourts.gov**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:     *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities
        LLC,* Adv. Pro. No. 08-01789 (SMB), *Picard v. RAR Entrepreneurial Fund, Ltd., et al.,*
        Adv. Pro. No. 10-04352 (SMB), *Picard v. Carol Nelson,* Adv. Pro. No. 10-04377 (SMB),
        *Picard v. Carol Nelson, et al.,* Adv. Pro. No. 10-04644 (SMB), *Picard v. Dusek,* Adv.
        Pro. No. 10-04658 (SMB)

Dear Judge Bernstein:

       We are counsel to Irving H. Picard, Esq., the Trustee for the substantively consolidated
SIPA liquidation proceedings of Bernard L. Madoff Investment Securities LLC and the estate of
Bernard L. Madoff. We write in connection with movants RAR Entrepreneurial Fund, Ltd.,
Russell Oasis, Carol Nelson, individually and as joint tenant, Stanley Nelson, individually and as
joint tenant, and Russell L. Dusek's (collectively, "Movants") motion for leave to appeal the
"Order Implementing the Court's March 17, 2016 Bench Ruling Granting Protective Order" (the
"Discovery Order") (ECF No. 12912).

       This Court entered the Discovery Order on March 18, 2016. On March 31, 2016, on
behalf of Movants, Chaitman LLP filed the Motion for Leave to Appeal the Order and a Notice
of Appeal (the "Motion for Leave") (ECF No. 13010).

       Although the Motion for Leave was filed with the Bankruptcy Court, it has not been
transmitted to the District Court. It appears that Movants failed to file the requisite civil cover
sheet, as required by the Bankruptcy Court's Procedural Guidelines and Policies on Appeals.
Because the Motion for Leave has not yet been transmitted to the District Court, the Trustee filed
his opposition to the Motion for Leave in the Bankruptcy Court today. The Trustee will take
appropriate steps to refile the opposition with the District Court after the Motion for Leave is
transmitted there.

April 14, 2016
Page 2

        The Securities Investor Protection Corporation ("SIPC") has authorized the Trustee to represent to the Court that SIPC will also file its opposition in the Bankruptcy Court.

Respectfully submitted,

*/s/ Amy E. Vanderwal*

cc (via email):
        David J. Sheehan
        Kevin H. Bell
        Helen Davis Chaitman