**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Hearing Date: May 18, 2016
Time: 10:00 a.m.

Objection Deadline: May 4, 2016
Time: 5:00 p.m.

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-01161 (SMB) |

## NOTICE OF TRUSTEE'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND PARTICIPATE IN DISCOVERY

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC, and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will move before

the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States

Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York,

New York 10004, on **May 18, 2016, at 10:00 a.m.**, or as soon thereafter as counsel may be

heard, seeking entry of an Order under Rule 37 of the Federal Rules of Civil Procedure (made

applicable by Rule 7037 of the Federal Rules of Bankruptcy Procedure) for entry of an Order:

(i) striking General Objection # 21, as asserted by defendants Kingate Global Fund, Ltd.

("Kingate Global") and Kingate Euro Fund, Ltd. ("Kingate Euro") in their respective Responses

and Objections to the Trustee's First Requests for Production; (ii) compelling Kingate Global

and Kingate Euro to produce to the Trustee all documents within their respective possession,

custody, or control responsive to Request # 38 of the Trustee's First Set of Requests for

Production of Documents and Things directed to Kingate Global and Kingate Euro, respectively;

(iii) compelling Kingate Global and Kingate Euro to produce to the Trustee all documents within

their respective possession, custody, or control responsive to Requests ## 1-37 and ## 39-43 of

the Trustee's First Set of Requests for Production of Documents and Things directed to Kingate

Global and Kingate Euro, respectively; (iv) compelling defendants Kingate Management Limited

("KML"), defendants FIM Limited and FIM Advisers LLP (collectively, "FIM"), defendants

Federico Ceretti and Carlo Grosso, and defendants First Peninsula Trustees Limited, Port of

Hercules Trustees Limited, Alpine Trustees Limited, Ashby Holding Services Limited, Ashby

Investment Services Limited, El Prela Group Holding Services Limited, and El Prela Trading

Investments Limited (collectively, the "Trust Defendants," and with KML,  FIM, Ceretti and

Grosso, the "Bermuda Non-Fund Defendants") to produce to the Trustee all documents within their respective possession, custody, or control responsive to Request # 3 of the Trustee's First Set of Requests for Production of Documents and Things, as respectively directed to each of the Bermuda Non-Fund Defendants; and (v) directing the Bermuda Non-Fund Defendants, defendants The Ashby Trust and El Prela Trust (through their respective trustees), defendant Citi Hedge Fund Services Limited, and defendant HSBC Bank Bermuda Limited to confer with the Funds and the Trustee and to submit a joint Case Management Plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be:  (i) in writing, conforming to the applicable rules of this Court and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in accordance with General Order M-399 by no later than 5:00p.m. on May 4, 2016 (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein); and (ii) served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Geraldine E. Ponto; and (b) Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1260 Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served with respect to the Motion, the Motion shall be deemed uncontested and an order granting the requested relief may be entered with no further notice or opportunity to be heard offered to any party.

Date:  April 15, 2016
      New York, New York

**BAKER & HOSTETLER LLP**

By: _/s/ David J. Sheehan_
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Geraldine E. Ponto
    Email:  gponto@bakerlaw.com
    Gonzalo S. Zeballos
    Email:  gzeballos@bakerlaw.com
    Anthony M. Gruppuso
    Email:  agruppuso@bakerlaw.com
    Marshall Mattera
    Email:  mmattera@bakerlaw.com

    _Attorneys for Irving H. Picard, Trustee for the_
    _substantively consolidated SIPA Liquidation of_
    _Bernard L. Madoff Investment Securities LLC_
    _and the estate of Bernard L. Madoff_