**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: (888)-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendant Helene Saren-Lawrence*
*and James Lawrence*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>       Plaintiff,<br><br>   v.<br><br>HELENE SAREN-LAWRENCE,<br><br>       Defendant. | Adv. Pro. No. 10-04898 (SMB)<br><br><br><br>Appeal No. _____ |

## NOTICE OF APPEAL

Defendant Helene Saren-Lawrence and her non-defendant husband James Lawrence

(collectively, "Movants"), by their counsel, Chaitman LLP, appeal under 28 U.S.C. § 158(a)

from the *Order Implementing the Court's March 23, 2016 Bench Ruling (i) Denying Defendants'*

*Motion to Dismiss Pursuant to Fed. R. Civ. P. 37(b), 41(b), and Cross-Motion to Quash and for*

*Protective Order; (ii) Denying Defendants' Motion for Temporary Restraining Order and Stay of*

*Enforcement of Subpoenas; and (iii) Granting the Trustee's Motion to Compel* entered on April

4, 2016 on the 08-01789 (SMB) docket [ECF No. 13028] (attached to the Declaration of Helen

Davis Chaitman as **Exhibit A**).

     The names of parties to the order appealed from and the names, addresses, and telephone

numbers of their respective attorneys are as follows:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4616
*Attorneys for the Trustee*

Chaitman LLP
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
*Attorneys for Defendants Helene Saren-
Lawrence*

Dated:  New York, New York
       April 15, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    Gregory M. Dexter
    465 Park Avenue
    New York, New York 10022
    Phone & Fax: 888-759-1114
    hchaitman@chaitmanllp.com

    *Attorneys for Defendant Helene Saren-
    Lawrence and James Lawrence*

{00019483 1 }