# EXHIBIT 3

## Apr 15 Email Correspondence

# Rich, Robert A.

| | |
|---|---|
| **From:** | Rich, Robert A. |
| **Sent:** | Friday, April 15, 2016 1:28 PM |
| **To:** | 'Shifrin, Maximillian S.' |
| **Subject:** | RE: Picard v. Zraick, Adv. Pro. No. 10-05257 |

Understood.  So we're clear, we ask that you hold service pending a court conference which we will request, and so your service of these subpoenas will be over our objection.

**From:** Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
**Sent:** Friday, April 15, 2016 1:24 PM
**To:** Rich, Robert A.
**Subject:** RE: Picard v. Zraick, Adv. Pro. No. 10-05257

Rob,

Yes, we will serve the subpoenas today with an April 29 return date.

Max

**From:** Rich, Robert A. [mailto:RRich2@hunton.com]
**Sent:** Friday, April 15, 2016 12:59 PM
**To:** Shifrin, Maximillian S.
**Subject:** RE: Picard v. Zraick, Adv. Pro. No. 10-05257

Max,

Attached for your consideration is a draft stipulated protective order.

For purposes of determining the urgency of any conference regarding communications to subpoenaed parties, I assume the Trustee has or still intends to serve the Subpoenas today.  Please let me know if this is not the case.

**From:** Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
**Sent:** Friday, April 15, 2016 12:37 PM
**To:** Rich, Robert A.
**Subject:** RE: Picard v. Zraick, Adv. Pro. No. 10-05257

Rob,

I confirm your request below.  If you would like a hearing on the GLB issue, that is your burden to raise with the Court.  We have already advised you of Judge Bernstein's directives as to communications with subpoenaed parties.  If you contravene those directives, we will act accordingly.

Max

**From:** Rich, Robert A. [mailto:RRich2@hunton.com]
**Sent:** Friday, April 15, 2016 11:54 AM
**To:** Shifrin, Maximillian S.
**Subject:** RE: Picard v. Zraick, Adv. Pro. No. 10-05257

1

Max,

As we've requested over a month ago, we want any records you may obtain from these banks treated as confidential. Stipulating that those records will be deemed "confidential" works for us. Please confirm that any records you obtain in the meantime will be subject to such a stipulation to be negotiated. I can send a draft later today.

If your position is that we are barred from communicating our GLBA issues to the banks, we will need an expedited hearing on that issue.

- Rob

**From:** Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
**Sent:** Friday, April 15, 2016 11:43 AM
**To:** Rich, Robert A.
**Subject:** RE: Picard v. Zraick, Adv. Pro. No. 10-05257

Rob,

Please see attached.

Best,
Max

**From:** Rich, Robert A. [mailto:RRich2@hunton.com]
**Sent:** Thursday, April 14, 2016 12:26 AM
**To:** Shifrin, Maximillian S.
**Subject:** RE: Picard v. Zraick, Adv. Pro. No. 10-05257

Max,

Please see attached.

**Robert A. Rich** | Hunton & Williams LLP | 200 Park Avenue | New York, NY 10166
212 309 1132 tel | 212 309 1100 fax | rrich2@hunton.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies.

**From:** Roberts, Sarah [mailto:sroberts@bakerlaw.com]
**Sent:** Tuesday, April 12, 2016 4:02 PM
**To:** Rich, Robert A.; Norton, Richard P.
**Cc:** Shifrin, Maximillian S.
**Subject:** Picard v. Zraick, Adv. Pro. No. 10-05257

Dear Counsel:

2

We are counsel to Irving H. Picard, Esq., Trustee for the substantively consolidated SIPA liquidation proceedings of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff.

Please find attached correspondence from Mr. Shifrin regarding the above-referenced adversary proceeding.

**Sarah Roberts**
Paralegal



45 Rockefeller Plaza
New York, NY 10111-0100
T 212.847.6854

sroberts@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.