Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>    Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ): SS
COUNTY OF NEW YORK  )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On April 18, 2016, I served a true and complete copies of (1) *Zraick Defendants' Motion for Entry of an Order (A) Clarifying that Defendants May Communicate with Their Financial Institutions; and (B) Designating any Bank Records Produced in Response to the Trustee's Subpoenas as Confidential (Adv. Pro. No. 10-05257)* [Docket No. 13124/Adv. Pro. Docket No. 48], and (2) *Zraick Defendants' Motion to Shorten Notice and for Expedited Hearing on Motion for Entry of an Order (A) Clarifying that Defendants May Communicate with Their Financial Institutions; and (B) Designating any Bank Records Produced in Response to the Trustee's Subpoenas as Confidential (Adv. Pro. No. 10-05257)* [Docket No. 13125/Adv. Pro. Docket No. 49]. by electronic mail on Maximillian S. Shifrin, Esq., BakerHostetler, 45 Rockefeller Plaza, New York, New York 10111-0100, mshifrin@bakerlaw.com.

Dated: New York, New York
April 18, 2016

_____
Constance Andonian

Sworn to before me on this
18th day of April 2016

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
My Commission Expires May 10, 2018

2

99997.032244 EMF_US 52298297v4