# EXHIBIT A – PART 1

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

August 22, 2014

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and First Class Mail**

Timothy Wedeen
Wedeen & Kavanagh
19 Phelps Avenue, 3rd Floor
Tenefly, NJ 07670
Timothy.weeden@gmail.com

Re:   Adv. Pro. No. 10-04918 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Ellen Bernfeld*; In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

In regard to the above referenced matter, enclosed please find the Trustee's Initial Disclosures. Please be advised that we are prepared to produce documents pertaining to this matter upon receipt of executed copies of the enclosed Non-Disclosure Agreement and Undertaking and Consent to Be Bound to Litigation Protective Order. Upon receipt of the same, we will forward to you the Trustee's initial document production.

If you have any questions regarding any of the above, please feel free to contact me or Rachel Smith at 713.646.1386.

Regards,

Dean D. Hunt

Enclosures

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC