# EXHIBIT B

## Holder, Casey

| | |
|---|---|
| **From:** | Holder, Casey |
| **Sent:** | Tuesday, September 23, 2014 8:50 AM |
| **To:** | timothy.wedeen@gmail.com |
| **Cc:** | Smith, Rachel M.; Nunes, Titus |
| **Subject:** | Adv. Pro. Nos. 10-04841 (Picard v. Michael A. Bellini); 10-04918 (Picard v. Ellen Bernfeld); 10-04841 (Picard v. Michael A. Bellini) |

Good Morning Mr. Wedeen,

As you are aware, pursuant to the Case Management Notices filed in the above referenced matters, initial disclosures were to be served on or before August 27, 2014. We provided you with the Trustee's disclosures on August 22, but to date have not received any disclosures from your clients. If you sent them and we somehow missed them, please let me know when and to whom they were sent so I can locate them. If not, we request that you provide us copies of your clients' disclosures as soon as possible.

Additionally, we are prepared to produce documents pertaining to the above referenced matters upon receipt of executed copies of the Non-Disclosure Agreements and Undertaking and Consent to Be Bound to Litigation Protective Order previously provided. Upon receipt of these signed documents, we will forward to you the Trustee's initial document production.

Best regards,
Casey

| Web site | |
|---|---|
| T 713.276.1614<br>F 713.751.1717<br>www.bakerlaw.com | **Casey Holder**<br>cholder@bakerlaw.com<br><br>BakerHostetler<br>811 Main Street<br>Suite 1100<br>Houston, TX 77002-6111<br><br>**BakerHostetler** |

1