# **EXHIBIT D**

## Holder, Casey

| | |
|---|---|
| From: | Holder, Casey |
| Sent: | Monday, January 12, 2015 3:57 PM |
| To: | 'timothy.wedeen@gmail.com' |
| Cc: | Hunt, Dean D.; Smith, Rachel M.; Hochmuth, Farrell; Pector, Michelle |
| Subject: | FW: Adv. Pro. Nos. 10-04918, 10-05143, and 10-04841 - Overdue Initial Disclosures |
| Attachments: | Adv. Pro. Nos. 10-04918, 10-05143, 10-04841 - Conferral Letter to Counsel re Overdue Initial Disclosures - 4 Dec 2014.pdf; Non Disclosure Agreement for E-Data Room 1.pdf; Undertaking and Consent to Be Bound by the LPO.PDF |

Good Afternoon Mr. Wedeen,

Pursuant to our telephone conversation earlier today, I am forwarding my previous correspondence to you relating to Adv. Pro. No. 10-04918, 10-05143, and 10-04841.

Please let me know if you have any questions or concerns.

Best regards,
Casey

---

**From:** Holder, Casey
**Sent:** Thursday, December 04, 2014 12:59 PM
**To:** 'timothy.wedeen@gmail.com'
**Cc:** Hunt, Dean D.; Smith, Rachel M.; Hochmuth, Farrell
**Subject:** Adv. Pro. Nos. 10-04918, 10-05143, and 10-04841 - Overdue Initial Disclosures

Mr. Wedeen,

Please see the attached correspondence relating to Adv. Pro. Nos. 10-04918, 10-05143, and 10-04841. A hard copy of the same is being sent to your office.

Please let me know if you have any questions or concerns.

Best regards,
Casey



| My Bio | Web site | vCard |
|---|---|---|

T 713.276.1614
F 713.751.1717
www.bakerlaw.com

**Casey Holder**
cholder@bakerlaw.com

BakerHostetler
811 Main Street
Suite 1100
Houston, TX 77002-6111

**BakerHostetler**

1