# **EXHIBIT E**

# Holder, Casey

| | |
|---|---|
| **From:** | Holder, Casey |
| **Sent:** | Wednesday, January 14, 2015 9:08 AM |
| **To:** | 'timothy.wedeen@gmail.com' |
| **Subject:** | Adv. Pro. Nos. 10-04918, 10-05143, and 10-04841 - Overdue Initial Disclosures |

Hi Mr. Wedeen,

This message is to confirm that you received my previous email on Monday, January 12, regarding overdue Initial Disclosures in the above referenced matters as well as outstanding forms that need to be signed before the Trustee can produce documents in these matters.

Please confirm that you received this message. Please let me know if you have any questions.

Best regards,
Casey



| My Bio | Web site | vCard |
|---|---|---|
| T 713.276.1614<br>F 713.751.1717<br>www.bakerlaw.com | **Casey Holder**<br>cholder@bakerlaw.com<br><br>BakerHostetler<br>811 Main Street<br>Suite 1100<br>Houston, TX 77002-6111 | |