# **EXHIBIT F**

**BakerHostetler**

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

January 28, 2015

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**VIA EMAIL AND FIRST CLASS MAIL**
Timothy Wedeen (Timothy.weeden@gmail.com)
Wedeen & Kavanagh
19 Phelps Avenue, 3rd Floor
Tenefly, NJ 07670

Re: Adv. Pro. No. 10-04918 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Ellen Bernfeld*; Adv. Pro. No. 10-05143 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Marilyn Bernfeld Trust, et. al.*; Adv. Pro. No. 10-04841 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Michael A. Bellini and Judith Bellini*: In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

Pursuant to Judge Bernstein's Chambers Rules and Rule 7007-1 of the Local Rules of the United States Bankruptcy Court of the Southern District of New York, this letter represents another attempt to confer with you regarding your clients' failure to tender Initial Disclosures in the above-referenced adversary proceeding.

Defendants' Initial Disclosures were due on August 27, 2014. Despite, prior conferral attempts on September 23, 2014, December 4, 2014, and January 9, 2015, Defendants continue to ignore their discovery obligations. Likewise, despite your verbal representation to my colleague, Casey Holder, on January 12, 2015 that Defendants would provide Initial Disclosures, we have yet to receive the disclosures or the executed Non-Disclosure Agreement and Undertaking and Consent to be Bound to the Litigation Protective Order. Defendants' failure to tender Initial Disclosures is a violation of their legal obligations under the Federal Rules of Civil Procedure and the Local Rules of the Bankruptcy Court.

Before resorting to Court intervention as provided for by Judge Bernstein's Chambers' Rules and by the Local Rules, we request that Defendants tender Initial Disclosures to my office by no later than the close of business on Wednesday, February 4, 2015.

Mr. Wedeen
VIA EMAIL AND FIRST CLASS MAIL
Page 2

I look forward to your prompt cooperation in resolving this discovery issue. To the extent you have any questions regarding the above, please contact either me or Rachel Smith at 713-751-1600.

Sincerely,

Dean Hunt