# EXHIBIT G

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

June 24, 2015

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

<u>Via Email: Timothy.weeden@gmail.com</u>
<u>And First Class Mail</u>
Timothy Wedeen
Wedeen & Kavanagh
19 Phelps Avenue, 3rd Floor
Tenefly, NJ 07670

Re:   Adv. Pro. No. 10-04918 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Ellen Bernfeld*; Adv. Pro. No. 10-05143 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Marilyn Bernfeld Trust, et. al.*; Adv. Pro. No. 10-04841 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Michael A. Bellini and Judith Bellini*: In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

Under Judge Bernstein's Chambers Rules and Rule 7007-1 of the Local Rules of the United States Bankruptcy Court, this letter is another attempt to confer with you regarding your clients' failure to tender Initial Disclosures.

Defendants' Initial Disclosures were due on August 27, 2014. Despite prior conferral attempts, copies of which are enclosed, on September 23, 2014, December 4, 2014, January 9, 2015, and January 28, 2015, and several phone calls to your office, Defendants continue to ignore their discovery obligations. On January 12, 2015 you told Casey Holder that Defendants would provide Initial Disclosures. We have not received the disclosures or the executed Non-Disclosure Agreement and Undertaking and Consent to be Bound to the Litigation Protective Order.

Seeking to avoid Court intervention under Judge Bernstein's Chambers' Rules and the Local Rules, please send the Initial Disclosures by Wednesday, August 1, 2015.

Sincerely,

Dean Hunt

Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC