# EXHIBIT H

# Holder, Casey

| | |
|---|---|
| **From:** | Holder, Casey |
| **Sent:** | Wednesday, July 08, 2015 8:20 AM |
| **To:** | Timothy Wedeen |
| **Subject:** | RE: Adv. Pro. No. 10-04918 (Picard v. Ellen Bernfeld) Trustee's First Requests for Admission, Interrogatories, and Requests for Production |
| **Attachments:** | Non Disclosure Agreement for E-Data Room 1.pdf; Undertaking and Consent to Be Bound by the LPO.PDF |

That is correct, and Requests for Admission, Interrogatories, and Requests for Production in the remaining two cases is forthcoming.

As a reminder, we have yet to receive Initial Disclosures in any of the three cases, nor have we received signed Non-Disclosure Agreements or Undertaking and Consent to Be Bound documents. We will not be able to produce documents until we have received these documents, which I have attached here for your convenience.

**Casey Holder | BakerHostetler**
811 Main Street | Suite 1100 | Houston, TX 77002-6111
T 713.276.1614 | F 713.751.1717
cholder@bakerlaw.com


**From:** Timothy Wedeen [mailto:timothy.wedeen@gmail.com]
**Sent:** Tuesday, July 07, 2015 6:28 PM
**To:** Holder, Casey
**Subject:** Re: Adv. Pro. No. 10-04918 (Picard v. Ellen Bernfeld) Trustee's First Requests for Admission, Interrogatories, and Requests for Production

Why only for Ellen Bernfeld?  There are two other cases?

On Mon, Jul 6, 2015 at 6:27 PM, Holder, Casey <cholder@bakerlaw.com> wrote:

Dear Counsel:


Enclosed please find the Trustee's First Set of Requests for Admission, Interrogatories, and Requests for Production to Defendant Ellen Bernfeld in the above referenced adversary proceeding. A hard copy of the same is being sent to your attention via first class mail.


Should you have any questions, please let us know.


Best regards,

Casey

1

**Casey Holder** | **BakerHostetler**
811 Main Street | Suite 1100 | Houston, TX 77002-6111
T 713.276.1614 | F 713.751.1717
cholder@bakerlaw.com

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

--
www.NYCMetroLaw.com

Timothy Wedeen
Wedeen & Kavanagh
41 Union Square West, Suite 325
New York, NY   10003
646-963-6808

19 Phelps Avenue, 3rd Floor
Tenafly, NJ   07670
646-963-6808