# **EXHIBIT L**

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

July 14, 2015

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and First Class Mail**
Timothy Wedeen
Wedeen & Kavanagh
19 Phelps Avenue, 3rd Floor
Tenefly, NJ 07670
Timothy.weeden@gmail.com

Re:   Adv. Pro. No. 10-05143 (SMB); *Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC v. Marilyn Bernfeld Trust, et al.*; In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

Enclosed please find the Trustee's First Set of Requests for Admission, Interrogatories, and Requests for Production to Defendants Marilyn Bernfeld, Thomas Bernfeld, Ellen Bernfeld, the Marilyn Bernfeld Trust, the Herbert Bernfeld Residuary Trust, Bernfeld Joint Venture – A Partnership, and H&E Company – A Partnership.

If you have any questions regarding any of the above, please feel free to contact me or Rachel Smith at 713.646.1386.

Regards,

Dean D. Hunt

Enclosures