# EXHIBIT N

## Holder, Casey

| | |
|---|---|
| **From:** | Timothy Wedeen <timothy.wedeen@gmail.com> |
| **Sent:** | Tuesday, September 01, 2015 7:37 PM |
| **To:** | Holder, Casey |
| **Cc:** | Hunt, Dean D.; Hochmuth, Farrell; Smith, Rachel M.; Pector, Michelle |
| **Subject:** | Re: Adv. Pro. Nos. 10-04918, 10-05143, and 10-04841 |

I am working on it, but I do appreciate your patience (thus far) and I am well aware we are beyond the standard due dates.

I would not recommend calling the Judge on Monday, however, since it is Memorial Day.

On Tue, Sep 1, 2015 at 5:10 PM, Holder, Casey <cholder@bakerlaw.com> wrote:

Mr. Wedeen,


Please see the attached correspondence relating to Adv. Pro. Nos. 10-04918, 10-05143, and 10-04841. A hard copy of the same is being sent to your office.


Please let me know if you have any questions or concerns.


Best regards,

Casey


**Casey Holder** | **BakerHostetler**
811 Main Street | Suite 1100 | Houston, TX 77002-6111
T 713.276.1614 | F 713.751.1717
cholder@bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

--
www.NYCMetroLaw.com

Timothy Wedeen
Wedeen & Kavanagh
41 Union Square West, Suite 325
New York, NY   10003
646-963-6808

19 Phelps Avenue, 3rd Floor
Tenafly, NJ   07670
646-963-6808