# EXHIBIT Q

# Holder, Casey

| | |
|---|---|
| **From:** | Timothy Wedeen <timothy.wedeen@gmail.com> |
| **Sent:** | Tuesday, December 15, 2015 10:14 AM |
| **To:** | Hochmuth, Farrell |
| **Subject:** | RE: Madoff Matters |

Thanks.

On Dec 15, 2015 11:12 AM, "Hochmuth, Farrell" <FHochmuth@bakerlaw.com> wrote:

I'm not going to debate with you.  You asked a question and I answered it.


Farrell


**From:** Timothy Wedeen [mailto:timothy.wedeen@gmail.com]
**Sent:** Tuesday, December 15, 2015 10:05 AM
**To:** Hochmuth, Farrell
**Subject:** RE: Madoff Matters


Why  not, what is the  prejudice to the  Trustee?

On Dec 15, 2015 11:01 AM, "Hochmuth, Farrell" <FHochmuth@bakerlaw.com> wrote:

Mr. Wedeen,


You can correspond with me regarding the Bellini, Bernfeld and Bernfeld Trust matters.


We will not agree to extend the fact discovery deadline.


Farrell


**From:** Timothy Wedeen [mailto:timothy.wedeen@gmail.com]
**Sent:** Tuesday, December 15, 2015 7:18 AM
**To:** Holder, Casey
**Subject:** Madoff Matters

1

Ms. Holder:

I am getting communications from 3 different attorneys at your firm.

My response to the inquiry is that I thought I had until the end of this month to fully respond to the remaining discovery requests. That was my error, not my clients.

Our fact discovery closes as of Friday.

Can we please stipulate to extend fact discovery for a 30 day period (say January 15) with the proviso that I will complete the responses by the end of December?

I have to file a letter with the court now on, regarding this, but I would like to speak with someone first, so I can state that I attempted in good faith to resolve this.

--

www.NYCMetroLaw.com

Timothy Wedeen
Wedeen & Kavanagh
41 Union Square West, Suite 325

New York, NY   10003
646-963-6808

19 Phelps Avenue, 3rd Floor

Tenafly, NJ   07670
646-963-6808

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.