# EXHIBIT R

## Holder, Casey

**From:** Timothy Wedeen <timothy.wedeen@gmail.com>
**Sent:** Thursday, January 14, 2016 9:26 AM
**To:** Hochmuth, Farrell
**Subject:** Re: Madoff Matters

Yes and thank you!

On Thu, Jan 14, 2016 at 9:42 AM, Hochmuth, Farrell <FHochmuth@bakerlaw.com> wrote:

We can postpone the hearing until the February 24 omnibus hearing.  Please confirm you agree to the new date in February and then we will advise the Court.


Good luck with your procedures, Farrell


**From:** Timothy Wedeen [mailto:timothy.wedeen@gmail.com]
**Sent:** Wednesday, January 13, 2016 11:25 AM
**To:** Hochmuth, Farrell
**Subject:** Re: Madoff Matters


We are currently scheduled for the next omnibus date on January 27, 2016.

Last week I was diagnosed with a non-life threatening, but serious enough, medical issue that is requiring me to significantly reduce my schedule and undergo some tests, etc., over the next few weeks.

I understand your desire to move this case along, but I am requesting a 30 day (or whenever the next omnibus motion day is scheduled thereafter) adjournment.

Please let me know if you will consent, otherwise I will have to contact the court.

On Tue, Dec 15, 2015 at 11:01 AM, Hochmuth, Farrell <FHochmuth@bakerlaw.com> wrote:

Mr. Wedeen,

You can correspond with me regarding the Bellini, Bernfeld and Bernfeld Trust matters.

We will not agree to extend the fact discovery deadline.

Farrell

**From:** Timothy Wedeen [mailto:timothy.wedeen@gmail.com]
**Sent:** Tuesday, December 15, 2015 7:18 AM
**To:** Holder, Casey
**Subject:** Madoff Matters

Ms. Holder:

I am getting communications from 3 different attorneys at your firm.

My response to the inquiry is that I thought I had until the end of this month to fully respond to the remaining discovery requests.  That was my error, not my clients.

Our fact discovery closes as of Friday.

Can we please stipulate to extend fact discovery for a 30 day period (say January 15) with the proviso that I will complete the responses by the end of December?

I have to file a letter with the court now on, regarding this, but I would like to speak with someone first, so I can state that I attempted in good faith to resolve this.

--

www.NYCMetroLaw.com

2

Timothy Wedeen
Wedeen & Kavanagh
41 Union Square West, Suite 325

New York, NY   10003
646-963-6808

19 Phelps Avenue, 3rd Floor

Tenafly, NJ   07670
646-963-6808

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

--

www.NYCMetroLaw.com

Timothy Wedeen
Wedeen & Kavanagh
41 Union Square West, Suite 325

New York, NY   10003
646-963-6808

19 Phelps Avenue, 3rd Floor

Tenafly, NJ   07670
646-963-6808

08-01789-cgm    Doc 13127-22    Filed 04/18/16    Entered 04/18/16 15:24:52    Exhibit R
Pg 5 of 5


This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

--
www.NYCMetroLaw.com

Timothy Wedeen
Wedeen & Kavanagh
41 Union Square West, Suite 325
New York, NY   10003
646-963-6808

19 Phelps Avenue, 3rd Floor
Tenafly, NJ   07670
646-963-6808