**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendant Helene Saren-Lawrence and James Lawrence*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                             Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                             Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                             Plaintiff,<br><br>     v.<br><br>HELENE SAREN-LAWRENCE<br><br>                             Defendant. | Adv. Pro. No. 10-04898 (SMB)<br><br>Appeal No. _____ |

**DECLARATION OF HELEN DAVIS CHAITMAN**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAL AND FOR STAY PENDING APPEAL**

      I, Helen Davis Chaitman, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

{00019447 1 }

1. I am a partner with Chaitman LLP, counsel to Defendant Helene Saren-Lawrence ("Defendant") and non-defendant James Lawrence (collectively, "Movants"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in support of Movants' motion for leave to appeal the April 4, 2016 Order of the Bankruptcy Court (Bernstein, J.) (the "Order") implementing the Bankruptcy Court's March 23, 2016 bench ruling denying Movants' motion to quash and for a protective order (ECF No. 63) and granting the Trustee's motion to compel (ECF No. 57), and for a stay pending appeal.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Order.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the subpoena *duces tecum* served on Valley National Bank ("Valley National") demanding the unredacted and unlimited production of Defendant's bank records from December 1, 1992 to December 11, 2008 (the "Subpoena").

5. Attached as **Exhibit C** is a true and accurate copy of the Complaint in the adversary proceeding filed by the Trustee against Defendant (ECF No. 1).

6. Attached as **Exhibit D** is a true and accurate copy of Valley National's response to the Subpoena with bank records produced.

7. Attached hereto as **Exhibit E** is a true and accurate copy of the Trustee's February 2, 2016 Letter to the Bankruptcy Court representing that he "would hold the subpoenas for cases handled by Ms. Chaitman in abeyance for 30 days from the Trustee's service of requests for admissions to provide the Defendants an opportunity to admit to the relevant transfers and relevant account activity.*"*

{00019447 1 }

8.  Attached hereto as **Exhibit F** is a true and correct copy of the February 11, 2016 hearing in which the Bankruptcy Court articulated the Trustee's agreement with regard to the Subpoena.

9.  Attached hereto as **Exhibit G** is a true and accurate copy of Defendant's Objections and Amended Responses to Trustee's First Requests to Admit.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts to the Declaration of Lisa Collura dated July 14, 2015.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the Trustee's Memorandum of Law in Support of his Motion to Compel (ECF No. 58).

12. Attached hereto as **Exhibit J** is a true and correct copy of the March 23, 2016 hearing in which the Bankruptcy Court made its Bench Ruling.

Dated: April 15, 2016                                              /s/ Helen Davis Chaitman

{00019447 1 }