# EXHIBIT D

# Exhibit A

08-01789-scmb Doc 13128-4 Filed 04/18/16 Entered 04/18/16 15:26:20 Exhibit D Pg 3 of 10



Logout

# Picard v. Helene Saren-Lawrence Subpoena to Valley National Bank

From: BKamski@valleynationalbank.com
To: kcullen@windelsmarx.com
Cc: hchaitman@chaitmanllp.com, MPetrucci@valleynationalbank.com, LRooney@valleynationalbank.com
Sent: 1/25/2016 3:09:28 PM
Attachments: 201601251244.pdf

Karen -

I have had Valley's Research area retrieve whatever records were still in the Bank's possession relevant to the time period set forth in your subpoena in the above captioned matter which was served upon Valley on January 7, 2016.

The Bank was able only to retrieve monthly statements for the period January 2007 through June 2007 but was able to retrieve statements, deposited items and checks for the period July 2007 through December 2008. I have reviewed all of these documents. Valley does not maintain any records for this account prior to January 2007.

Also, I am aware you received an email dated January 20, 2016 from Helen Chaitman, who represents Ms. Saren-Lawrence, contesting and objecting to the scope of the subpoena. So all parties are aware of its contents, I am copying Ms. Chaitman with a copy of this email.

Despite the return date of the subpoena, I have spoken with Ms. Chaitman and she has given Valley permission to forward to attached documentation to you. Attached are copies of five checks which were drawn on the account of Bernard L. Madoff and deposited between August 2007 and August 2008 into Ms. Saren-Lawrence's account (an account she maintains jointly with her husband, James Lawrence). These checks total $221,000. The account's 6/29/07 statement reflects a $40,000 deposit on 6/6/07 but, as I previously indicated, the underlying items no longer exist in the Bank's files and cannot be retrieved. Therefore I cannot opine whether this deposit consisted of a check from Mr. Madoff. I also attach a copy of a page of the account statement dated 11/30/07 showing a wire transfer from Ms. Saren-Lawrence's account in the amount of $68,291 with "Bernard L. Madof" (sic) shown as the beneficiary.

Please let me know the outcome of the hearing to be held Wednesday, January 27th and whether Valley will be required to produce any or all of the retrieved documents in their entirety.

Bill   Logout

William J. Kamski
First Vice President
Senior Attorney
Valley National Bank
1455 Valley Road
Wayne, NJ 07470
Phone (973) 305-4054
Fax (973) 305-1605
EMail bkamski@valleynationalbank.com

CONFIDENTIALITY NOTE
The information contained in this electronic mail transmission and its attachments may be confidential and protected from disclosure. If the reader of this message is not the intended recipient (or an individual responsible for delivery of the message to such person), you are strictly prohibited from copying, disseminating or distributing this communication. If you have received this communication in error, please notify the sender immediately and destroy all electronic, paper or other versions. The sender does not waive confidentiality in the event of any inadvertent transmission to an unauthorized recipient. No representation is made by the sender that this communication is virus-free. The recipient alone is responsible for taking appropriate measures to ensure that the e-mail is virus-free. Language contained in this electronic mail transmission and its attachments does not create a binding contract - Valley enters into contracts only on pre-approved forms. Thank you.



DEPOSIT TICKET

HELENE S. LAWRENCE
JAMES G. LAWRENCE

DATE 8/20/07 0318096290 08/21/2007 2 0001827202 018

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

1-679/260
01827202

40000.00

$ 40000.00

Valley National Bank
Merchants Bank Division
434 Broadway, New York, N.Y. 10013

⑆026006790⑆ 01 827202⑈ 05 ⑈0004000000⑈

VALLEY NATL BANK PDD
0212-0138-3
0318096290 08/21/2007 018

TELLER 4305
MADISON 132

Date 08-21-2007 Serial 0 TC 5 TR 26006790 Sequence 318096290
Account 1827202 Amount 40000.00 Branch 0 TellerNumber 0

BERNARD L. MADOFF

62-26
311

188214

8/16 2007

PAY TO THE ORDER OF HELENE SAREN-LAWRENCE 0318096300 08/21/2007 29 0001827202 $ ***40000.00

******FORTY THOUSAND 00/100 DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-ZA620-3

⑈00188214⑈ ⑆031100267⑆ 630 1428151509⑈ ⑈0004000000⑈

VALLEY NATL BANK PDD
0212-0138-3
0318096300 08/21/2007 018

1827202

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Date 08-21-2007 Serial 188214 TC 0 TR 31100267
Sequence 318096300 Account 6301428151509 Amount 40000.00
Branch 0 TellerNumber 0

**Valley National Bank®**

STATEMENT OF ACCOUNT

# COPY

JAMES G LAWRENCE OR 0
HELENE S LAWRENCE
300 E 59TH ST APT 3006
NEW YORK NY 10022-2057

Page: 1
Chks Paid:
EMP Statement Date: 11/30/07
Account Number: 1827202
Street:
City, State, Zip:
Signature:

Indicate to the right any changes of address. Cut at the dotted line and return this form to: Valley Customer Service, 1445 Valley Road, Wayne, NJ 07470

************************* NOW Account    1827202 *************************
Non-Check Transactions

| Date  | Description                                                                                          | Amount     |
|-------|------------------------------------------------------------------------------------------------------|------------|
| 11/20 | FISERV ISS        ACH ENTRY                                                                          | 68,291.00  |
| 11/21 | IMAD:20071121B1B7SM1F000310 BENEFICIARY NAME:BERNARD L MADOF REC BANK:JPMCHASE                       | 68,291.00- |
| 11/21 | Wire Transaction Fee                                                                                 | 25.00-     |



DEPOSIT TICKET

HELENE S. LAWRENCE
JAMES G. LAWRENCE

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

Valley National Bank

CASH 41,000.00

$ 41,000.—

⑆026006790⑆ 01 827202⑈ 05 ⑈0004100000⑈

TELLER 1303

JAN 14 2008

VALLEY NATL BANK POD
0212-0138-3
0050330300 01/14/2008 025

Date 01-14-2008 Serial 0 TC 5 TR 26006790 Sequence 50330300
Account 1827202 Amount 41000.00 Branch 0 TellerNumber 0

BERNARD L. MADOFF 2815-09

193270

1/11 2008

PAY TO THE ORDER OF HELENE SAREN-LAWRENCE $41,000.00

FORTY ONE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-ZA520-3

BERNARD L. MADOFF

⑈00193270⑈ ⑆031100267⑆ 630142815150⑈ ⑈0004100000⑈

VALLEY NATL BANK POD
0212-0138-3
0050330310 01/14/2008 025

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

For Deposit Only
1827202

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Date 01-14-2008 Serial 193270 TC 0 TR 31100267
Sequence 50330310 Account 6301428151509 Amount 41000.00
Branch 0 TellerNumber 0

10-04898-smb    Doc 45-1    Filed 01/26/16    Entered 01/26/16 11:29:17    Exhibit A
Pg 7 of 9

Date 04-21-2008   Serial 196072   TC 0   TR 31100267
Sequence 343476650   Account 6301428151509   Amount 40000.00
Branch 0   TellerNumber 0



Date 06-16-2008   Serial 197155   TC 0   TR 31100267
Sequence 457200   Account 6301428151509   Amount 50000.00
Branch 0   TellerNumber 0



Date 08-29-2008  Serial 0  TC 5  TR 26006790  Sequence 436561240
Account 1827202  Amount 50000.00  Branch 0  TellerNumber 0

Date 08-29-2008  Serial 199254  TC 0  TR 31100267
Sequence 436561250  Account 6301428151509  Amount 50000.00
Branch 0  TellerNumber 0