**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal

 *Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the

business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities

Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), and the estate of Bernard L. Madoff

("Madoff"), by and through his undersigned counsel, hereby gives notice that the Trustee is

withdrawing, without prejudice, the portion of the Trustee's Motion and Memorandum to Affirm

his Determinations Denying Claims of Claimants Holding Interests in the Article Third Trust,

Palmer Family Trust, Maggie Faustin, Estate of Theodore Schwartz, and Miller Trust Partnership

(the "Motion"), filed on March 21, 2016, ECF No. 12947, that seeks to affirm his determination

of Claim No. 006050 filed by Ronald Joseph and Marie Elsie Joseph, which specifically relates

to interest in the Maggie Faustin BLMIS account (1J0034).  The Trustee reserves all rights to

seek to affirm his determination of Claim No. 006050 on any and all appropriate grounds as part

of a future motion.  Counsel for the Trustee and for Ronald and Marie Elsie Joseph have

consulted and counsel for the Josephs has consented to the withdrawal of the claim from the

Motion.  All other matters relating to the Motion will be going forward.


Dated: New York, New York
      April 19, 2016                    Respectfully submitted,


                                        */s/ David J. Sheehan*
                                        Baker & Hostetler LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Nicholas J. Cremona
                                        Email: ncremona@bakerlaw.com
                                        Jorian L. Rose
                                        Email: jrose@bakerlaw.com
                                        Amy E. Vanderwal
                                        Email: avanderwal@bakerlaw.com


                                        *Attorneys for Irving H. Picard, Trustee for the*
                                        *Substantively Consolidated SIPA Liquidation*
                                        *of Bernard L. Madoff Investment Securities*
                                        *LLC and Estate of Bernard L. Madoff*

300387953.2