**CHAITMAN LLP**
Helen Davis Chaitman, Esq.
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendant Helene Saren-Lawrence
and James Lawrence*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>HELENE SAREN-LAWRENCE,<br><br>       Defendant. | Adv. Pro. No. 10-04898 (SMB) |

## CERTIFICATE OF SERVICE

   I hereby certify that on April 18, 2016, I caused a true and correct copy of the following

documents:

{00019505 1}            1

- Notice of Motion for Leave to Appeal the Bankruptcy Court's April 4, 2016 Order Implementing Its March 23, 2016 Bench Ruling and for a Stay Pending Appeal [ECF No. 93];

- Notice of Appeal [ECF No. 94];

- Civil Cover Sheet [ECF No. 95];

- Declaration of Helen Davis Chaitman In Support of Motion for Leave to Appeal and for Stay Pending Appeal with Exhibits A – J [ECF Nos. 96 – 96-10];

- Declaration of James Lawrence [ECF No. 97]; and

- Memorandum of Law in Support of Motion for Leave to Appeal and for a Stay Pending Appeal [ECF No. 98].

to be served by electronic mail upon the party listed below:

>David Sheehan, Esq.
>dsheehan@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza, 11th Floor
>New York, New York  10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   April 19, 2016                             */s/ Helen Davis Chaitman*
         New York, New York

{00019505 1 }                              2