**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>v.<br><br>AGAS COMPANY L.P.,<br><br>FRED SCHWARTZ, individually, as a joint tenant, and as general partner of Agas Company L.P.,<br><br>ALLYNE SCHWARTZ, individually and as a joint tenant,<br><br>ANN J. SCHWARTZ KLUGER, as general partner of Agas Company L.P., | Adv. Pro. No. 10-04431 (SMB) |

> STEVEN SCHWARTZ, as limited partner of Agas Company L.P.,
>
> AMY MADLYN SCHWARTZ, as limited partner of Agas Company L.P., and
>
> GARY PAUL SCHWARTZ, as limited partner of Agas Company L.P.,
>
>                        Defendants.

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures was due: April 30, 2014

2. Fact Discovery was completed by: June 5, 2015[1]

3. The Disclosure of Case-in-Chief Experts was due: October 14, 2015

4. The Disclosure of Rebuttal Experts was due: November 16, 2015

5. The Deadline for Completion of Expert Discovery was: February 15, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: June 14, 2016

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 28, 2016

8. The Deadline for Conclusion of Mediation shall be: October 26, 2016

---

[1] Fact Discovery was completed on June 5, 2015 with the exception of third party discovery directed to JP Morgan Chase Bank, N.A., HSBC Bank USA, N.A., and Bank of America, N.A., which were completed on or before September 15, 2015.

Dated: New York, New York
      April 20, 2016

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*
David J. Sheehan
Keith R. Murphy
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*