**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR APRIL 27, 2016**

　　　　On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [ECF No. 3141].

　　　　Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance actions set forth on the attached Appendix A are scheduled to be heard at the Avoidance Action Omnibus Hearing on April 27, 2016 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for **May 18, 2016 at 10:00 a.m.** The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  April 20, 2016
New York, New York

By:  */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300387997.1

# APPENDIX A

1.  10-04995; Picard v. Wilentiz, et al.

    a. Issue concerning the Trustee's request to issue Rule 45 subpoena as defined in Paragraph 5 of the Order Implementing the Court's March 23, 2016 Bench Ruling (i) Denying Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b), 41(b), and Cross-motion to Quash and For Protective Order; (ii) Denying Defendants' Motion for Temporary Restraining Order and Stay of Enforcement of Subpoenas; and (iii) Granting the Trustee's Motion to Compel (Entered: 4/4/2016) [ECF No. 62]

2.  10-04324; Picard v. Roth
    10-04328; Picard v. David Shapiro Nominee
    10-04325; Picard v. David Shapiro Nominee # 2
    10-04314; Picard v. David Shapiro Nominee # 3
    10-04305; Picard v. David Shapiro, et al.

    a. Issue concerning the Trustee's Rule 45 subpoenas as defined in Paragraph 4 of the Order Implementing the Court's March 23, 2016 Bench Ruling (i) Denying Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b), 41(b), and Cross-motion to Quash and For Protective Order; (ii) Denying Defendants' Motion for Temporary Restraining Order and Stay of Enforcement of Subpoenas; and (iii) Granting the Trustee's Motion to Compel (Entered: 4/4/2016) [10-04324; ECF No. 79] [10-04328; ECF No. 66] [10-04325; ECF No. 69] [10-04314; ECF No. 70] [10-04305; ECF No. 71]

3.  10-04333; Picard v. Dorado Investments Co., et al.

    a. Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreements By and Among the Trustee and Dorado Investment Company, The Phileona Foundation, Marshall D. Miller, David J. Miller, Steven L. Miller, and Susan Miller filed by Nicholas Cremona (Filed: 4/1/2016) [Docket No. 65]

300387997.1