UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S MOTION

Ronald Joseph and Marie Elsie Joseph (the "Claimants"), having filed an objection (the

"Objection," ECF No. 13076) to the Trustee's Motion and Memorandum to Affirm His

Determinations Denying Claims of Claimants Holding Interests in the Article Third Trust,

Palmer Family Trust, Maggie Faustin, Estate of Theodore Schwartz, and Miller Trust Partnership

(the "Motion") respecting Claimants' customer claim (Claim No. 006050), hereby gives notice

that they are withdrawing such Objection.  The basis for the withdrawal is the Trustee's Notice

of Partial Withdrawal of the Motion, ECF No. 013134.

The Claimants' objection to the Trustee's determination of their claim (ECF No. 3248) is

not withdrawn and remains in existence without prejudice or waiver.


Dated: __4/21 2016__, 2016

_____
Marjorie Cajoux, Esq.
Attorney for Ronald Joseph and
Marie Elsie Joseph
406 Atlantic Avenue
Brooklyn, NY 11217

300387967

- 2 -