**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | |
| v. | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA Liquidation |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01513 (SMB) |
| v. | |
| Citivic Nominees Ltd., | |
| Defendant. | |

**SO ORDERED STIPULATION EXTENDING THE DEADLINE TO OBJECT
TO THE TRUSTEE'S MOTION FOR ENTRY OF ORDER PURSUANT
TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE AS
INCORPORATED BY RULE 7015 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE GRANTING MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT ADDING EUROCLEAR BANK S.A./N.V. AS A DEFENDANT**

WHEREAS Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively

consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff,

individually, commenced this Adversary Proceeding by filing a complaint against Citivic

Nominees Ltd. ("Citivic" or "Defendant") on April 12, 2012; and

WHEREAS, on September 25, 2015, the Trustee filed a Motion For Leave to File an

Amended Complaint Adding Euroclear Bank S.A./N.V. ("Euroclear") as a Defendant in this

proceeding (the "Trustee's Motion"), and which contemplates that the Trustee will dismiss Citivic as a defendant in this action if the Court permits the relief sought in the Trustee's Motion;

WHEREAS, on September 25, 2015, the Trustee delivered an email to the undersigned counsel for Euroclear with a copy of the Trustee's Motion;

WHEREAS, Euroclear has not appeared in, and is not a party to, the above Adversary Proceeding and reserves all objections to jurisdiction and service of process, and Euroclear's counsel is signing this Stipulation for the sole purpose of extending Euroclear's time to object to the Trustee's Motion, including objections to jurisdiction and service of process, if so decided;

WHEREAS, the original deadline to object to the Trustee's Motion was set for October 12, 2015 with a hearing scheduled for October 28, 2015;

WHEREAS, on October 8, 2015, the Court entered a So Ordered Stipulation Extending the Deadline to Object to Trustee's Motion extending the deadline to object to November 11, 2015 and adjourning the hearing until November 18, 2015;

WHEREAS, on November 12, 2015, the Court entered a So Ordered Stipulation Extending the Deadline to Object to Trustee's Motion extending the deadline to object to February 17, 2016 and adjourning the hearing until February 24, 2016;

WHEREAS, on February 16, 2016, the Court entered a So Ordered Stipulation Extending the Deadline to Object to Trustee's Motion extending the deadline to object to April 27, 2016 and adjourning the hearing until May 25, 2016;

WHEREAS, the parties and Euroclear have agreed through their undersigned counsel to extend the objection deadline and adjourn the hearing on the Trustee's Motion to allow for the Trustee's continued investigation; and

NOW, THEREFORE, subject to the approval of the Court, it is hereby STIPULATED

AND AGREED that the deadline to object to Trustee's Motion is extended up to and including

September 19, 2016, and the hearing on the Trustee's Motion is adjourned to October 26, 2016.


Dated: April 21, 2016
      New York, New York

BAKER & HOSTETLER LLP

By:  /s/ Thomas L. Long
    David J. Sheehan
    dsheehan@bakerlaw.com
    Thomas L. Long
    Email: tlong@bakerlaw.com
    Catherine E. Woltering
    Email: cwoltering@bakerlaw.com
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    *Attorneys for Irving H. Picard,*
    *Trustee for the Substantively*
    *Consolidated SIPA Liquidation of*
    *Bernard L. Madoff Investment*
    *Securities LLC and the Estate of*
    *Bernard L. Madoff*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/ Carmine D. Boccuzzi, Jr.
    Carmine D. Boccuzzi, Jr.
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999
    cboccuzzi@cgsh.com

    *Attorneys for Defendant Citivic*
    *Nominees Ltd.*

ARNOLD & PORTER LLP

By: /s/ Charles G. Berry
    Charles G. Berry
    Email: Charles.Berry@aporter.com
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 715-1169
    Facsimile: (212) 715-1399

    *Attorneys for Non-Party Euroclear Bank S.A./N.V.*

SO ORDERED this 22nd day of April, 2016.


/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE