**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>        Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 19, 2016, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Notice of Partial Withdrawal of Motion (Docket Number 13134)

Executed on __Apr. 21__, 2016      _____
                                    John S. Franks

Sworn to and subscribed before me this 21st day of Apr, 2016



(SEAL)                              _____
                                    Notary Public

2

# Exhibit A

**Exhibit A**

**April 19, 2016**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 |
| The Law Offices of Marjory Cajoux | Marjory Cajoux | 406 Atlantic Avenue | Brooklyn | NY | 11217 |
| [redacted] | | | | | |