## EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Trusts Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Trust Invested In | Trust BLMIS Account Number |
|---|---|---|---|---|---|
| Patricia Samuels and Amy Joel as remaindermen under the Article 3rd Trust of the L/W/T of Martin J. Joel, Jr. | 008921 | 3709 | Jaspan Schlesinger LLP | Article Third Trust U/W Martin J Joel Jr Deceased | 1A0137 |
| Kelly Burich | 012926 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Megan Burich | 012982 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Megan Burich | 012982 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Kelly Burich | 012926 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Heidi Holmers | 012928 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Heidi Holmers | 012928 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Dana LeFavor | 012931 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Dana LeFavor | 012931 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Ryan Murray | 012917 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Callie Murray | 012927 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Callie Murray | 012927 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Ryan Murray | 012917 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Brett Palmer | 012945 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Blake Palmer | 014215 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Oscar Palmer | 013011 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Sophia Palmer | 013027 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Boyer F. Palmer | 012944 | 2757 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Brett Palmer | 012945 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Blake Palmer | 014215 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Oscar Palmer | 013011 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Sophia Palmer | 013027 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Boyer F. Palmer | 012944 | 3139 | Becker & Poliakoff, LLP | Palmer Family Trust Great Western Bank | 1EM144 |
| Leonard P. Schwartz | 007466 | 3232 | Pro Se Filing | Estate Of Theodore Schwartz | 1S0286 |
| Leonard P. Schwartz | 007465 | 3233 | Pro Se Filing | Estate Of Theodore Schwartz | 1S0286 |
| Alice G. Miller Exemption Trust | 009171 | 3140 | Becker & Poliakoff, LLP | Miller Trust Partnership | 1ZA260 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Trust Invested In | Trust BLMIS Account Number |
|---|---|---|---|---|---|
| Alice G. Miller Marital Trust | 009172 | 3140 | Becker & Poliakoff, LLP | Miller Trust Partnership | 1ZA260 |
| Martin Miller Living Trust | 009173 | 3140 | Becker & Poliakoff, LLP | Miller Trust Partnership | 1ZA260 |