BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Seanna R. Brown
Heather R. Wlodek

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 27, 2016 AT 10:00 A.M.**

**I. Picard v. Andrew Madoff, et al.; Adv. Pro. No. 09-01503 (SMB)**

1. Notice of Motion for Entry of an Order Under Section 6513 of the New York Civil Practice Law and Rules Extending the Notice of Pendency Filed Against Certain Real Property in New York County Owned by Deceased Defendant Andrew H. Madoff (Filed: 4/6/2016) [ECF No. 232]

    a. Declaration of David J. Sheehan in Support of the Trustee's Motion for Entry of an Order Under Section 6513 of the New York Civil Practice Law and Rules

      Extending the Notice of Pendency Filed Against Certain Real Property in New York County Owned by Deceased Defendant Andrew H. Madoff (Filed: 4/6/2016) [ECF No. 233]

    b. Memorandum of Law in Support of the Trustee's Motion for Entry of an Order Under Section 6513 of the New York Civil Practice Law and Rules Extending the Notice of Pendency Filed Against Certain Real Property in New York County Owned by Deceased Defendant Andrew H. Madoff (4/6/2016) [ECF No. 234]

<u>Objections Due</u>:        April 20, 2016

<u>Objections Filed</u>:        NONE

<u>Status</u>: This matter is going forward.

## II. **Picard v. Wilentiz, et al., Adv. Pro. No. 10-04995**

1. Issue concerning the Defendants' production of documents and Trustee's Rule 45 subpoena as defined in Paragraph 5 of the Order Implementing the Court's March 23, 2016 Bench Ruling (i) Denying Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b), 41(b), and Cross-motion to Quash and For Protective Order; (ii) Denying Defendants' Motion for Temporary Restraining Order and Stay of Enforcement of Subpoenas; and (iii) Granting the Trustee's Motion to Compel (Entered: 4/4/2016) [ECF No. 62]

<u>Status</u>: This matter is going forward.

## III. **Picard v. Roth, Adv. Pro. No. 10-04324**
    **Picard v. David Shapiro Nominee, Adv. Pro. No. 10-04328**
    **Picard v. David Shapiro Nominee # 2, Adv. Pro. No. 10-04325**
    **Picard v. David Shapiro Nominee # 3, Adv. Pro. No. 10-04314**
    **Picard v. David Shapiro, et al., Adv. Pro. No. 10-04305**

1. Issue concerning the Trustee's Rule 45 subpoenas as defined in Paragraph 4 of the Order Implementing the Court's March 23, 2016 Bench Ruling (i) Denying Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b), 41(b), and Cross-motion to Quash and For Protective Order; (ii) Denying Defendants' Motion for Temporary Restraining Order and Stay of Enforcement of Subpoenas; and (iii) Granting the Trustee's Motion to Compel (Entered: 4/4/2016) [10-04324; ECF No. 79] [10-04328; ECF No. 66] [10-04325; ECF No. 69] [10-04314; ECF No. 70] [10-04305; ECF No. 71]

<u>Status</u>: This matter is going forward.

## IV. **STATUS CONFERENCES**

1. Picard v. UBS AG, et al., Adv. Pro. No. 10-04285

2. Picard v. UBS AG, UBS (Luxembourg) S.A., et al., Adv. Pro. no. 10-05311

Status: This matter is going forward.

**V. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789 – FEE APPLICATIONS**

1. Twentieth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 8/1/2015 to 11/30/2015, Fee: $36,653,097.33, Expenses: $255,238.19. Filed by Baker & Hostetler, L.L.P. (Filed: 3/23/2016) [Docket No. 12958]

2. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Schiltz & Schiltz, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $21,103.87, Expenses: $1,371.75. Filed by Schiltz & Schiltz (Filed: 3/23/2016) [Docket No. 12959]

3. Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $1,223.64, Expenses: $97.56. Filed by Higgs & Johnson (Filed: 3/23/2016) [Docket No. 12960]

4. Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Sorokor - Agmon, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $624,351.67, Expenses: $26,273.72. Filed by Sorokor – Agmon (Filed: 3/23/2016) [Docket No. 12961]

5. Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $15,505.98, Expenses: $2,402.57. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 3/23/2016) [Docket No. 12962]

6. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for SCA Creque, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $6,112.00, Expenses: $0. Filed by SCA Creque (Filed: 3/23/2016) [Docket No. 12963]

7. Nineteenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $2,479,751.00, Expenses: $36,155.63. Filed by Windels Marx Lane & Mittendorf, LLP (Filed: 3/23/2016) [Docket No. 12964]

8. Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $76,394.70, Expenses: $1,475.68. Filed by Young Conaway Stargatt & Taylor, LLP (Filed: 3/23/2016) [Docket No. 12965]

9. Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Williams, Barristers & Attorneys, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $226,843.37, Expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 3/23/2016) [Docket No. 12966]

10. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for UGGC & Associes, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $114,052.12, Expenses: $5,639.99. Filed by UGGC & Associes (Filed: 3/23/2016) [Docket No. 12967]

11. Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Triay Stagnetto Neish, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $110,346.80, Expenses: $2,815.81. Filed by Triay Stagnetto Neish (Filed: 3/23/2016) [Docket No. 12968]

12. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Werder Vigano, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $14,839.07, Expenses: $24.11. Filed by Werder Vigano (Filed: 3/23/2016) [Docket No. 12969]

13. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Browne Jacobson, LLP, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $1,752,860.64, Expenses: $65,268.50. Filed by Browne Jacobson, LLP

(Filed: 3/23/2016) [Docket No. 12970]

14. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Eugene F. Collins, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $7,238.85, Expenses: $16.76. Filed by Eugene F. Collins (Filed: 3/23/2016) [Docket No. 12971]

15. Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Ritter & Ritter Advokatur, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $2,324.30, Expenses: $46.49. Filed by Ritter & Ritter Advokatur
(Filed: 3/23/2016) [Docket No. 12972]

16. Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Cochran Allan, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $319.95, Expenses: $0. Filed by Cochran Allan (Filed: 3/23/2016) [Docket No. 12973]

17. Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $19,252.80, Expenses: $19.00. Filed by Kelley, Wolter & Scott, P.A.
(Filed: 3/23/2016) [Docket No. 12974]

18. Application of Tarter Krinsky & Drogin LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2015 through November 30, 2015 for Tarter Krinsky & Drogin LLP, Special Counsel, period: 8/1/2015 to 11/30/2015, Fee: $10,340.10, Expenses: $0. Filed by Tarter Krinsky & Drogin LLP
(Filed: 3/23/2016) [Docket No. 12975]

Related Documents:

19. Notice of Hearing on Twentieth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2015 through November 30, 2015. Filed by David J. Sheehan (Filed: 3/23/2016) [Docket No. 12976]

Responses Filed:

20. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Fifth Application of Cochran Allan for Interim Compensation. Filed by

Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/1/2016) [Docket No. 13015]

21. Recommendation of the Securities Investor Protection Corporation in Support of Second Application of Tarter, Krinsky & Drogin LLP for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/1/2016) [Docket No. 13017]

22. Recommendation of the Securities Investor Protection Corporation in Support of Eighth Application of Kelley, Wolter & Scott, P.A., for Interim Compensation. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/1/2016) [Docket No. 13018]

23. Recommendation of the Securities Investor Protection Corporation in Support of Fifteenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/1/2016) [Docket No. 13019]

24. Recommendation of the Securities Investor Protection Corporation in Support of the Nineteenth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/1/2016) [Docket No. 13020]

25. Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Final and Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/1/2016) [Docket No. 13021]

26. Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Final and Interim Compensation and Reimbursement of Expenses. Filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/5/2016) [Docket No. 13033]

<u>Objections Due</u>:              April 20, 2016

<u>Objections Filed</u>:            NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
April 26, 2016

Respectfully submitted,

*/s/ David J. Sheehan*

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*