**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**Adjourned** Hearing Date:  June 7, 2016
Time:  10:00 a.m.

Objection Deadline:  May 20, 2016
Time:  5:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDERICO CERETTI, *et al.*<br><br>             Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**NOTICE OF RESCHEDULED HEARING ON TRUSTEE'S MOTION TO COMPEL**
**DEFENDANTS TO PRODUCE DOCUMENTS AND PARTICIPATE IN DISCOVERY**

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery [ECF Nos. 252-255](the "Motion"), previously scheduled on May 18, 2016, at 10:00 a.m. has been rescheduled to **June 7, 2016 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be: (i) in writing, conforming to the applicable rules of this Court and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in accordance with General Order M-399 on May 20, 2016 (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein); and (ii) served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Geraldine E. Ponto; and (b) Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1260 Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** the Trustee's Reply shall be filed with the Clerk of the United States Bankruptcy Court on May 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served with respect to the Motion, the Motion shall be deemed uncontested and an

order granting the requested relief may be entered with no further notice or opportunity to be

heard offered to any party.

Date:  April 27, 2016
      New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ David J. Sheehan*
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Geraldine E. Ponto
    Email: gponto@bakerlaw.com
    Gonzalo S. Zeballos
    Email: gzeballos@bakerlaw.com
    Anthony M. Gruppuso
    Email: agruppuso@bakerlaw.com
    Marshall Mattera
    Email: mmattera@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*