**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>    v.<br><br>STANLEY SHAPIRO, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05383 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME
TO SERVE OR SUPPLEMENT INITIAL DISCLOSURES**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties in this adversary proceeding, by and through their respective undersigned counsel, that the time by which:

(i) Defendants Stanley Shapiro and Renee Shapiro, individually, as general partners of S&R Investment Co. ("S&R"), as trustees of the LAD Trust, as trustees of the David Shapiro 1989 Trust, as amended (the "David Trust"), and as trustees of the Leslie Shapiro 1985 Trust, as amended (the "Leslie Trust"), S&R, the LAD Trust, the David Trust, the Leslie Trust, and David Shapiro, Leslie Shapiro Citron and Kenneth Citron, individually, (collectively, the "Defendants") shall serve their Rule 26(a)(1)(A) initial disclosures on Plaintiff Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment

Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, under Chapter 7 of the United States Bankruptcy Code, and

(ii) the Trustee shall, to the extent required under Rule 26(e)(1)(A), serve his supplement disclosures on Defendants

shall be extended up to and including May 13, 2016. Under the Case Management Plan (ECF No. 68) entered on March 31, 2016, the Court required the parties to serve their initial or supplemental disclosures on or before April 29, 2016. The purpose of this stipulated extension is not meant for delay but to provide the parties additional time to prepare and exchange their initial or supplemental disclosures.

Dated: April 27, 2016
New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ James H. Rollinson
127 Public Square , Suite 2000
Cleveland, Ohio 44114
Telephone:  216.861.7075
Facsimile:  216.696.0740
James H. Rollinson
Email:  jrollinson@bakerlaw.com

and

45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Fernando A. Bohorquez, Jr.
Email:  fbohorquez@bakerlaw.com

*Attorneys for Plaintiff*

**LAX & NEVILLE LLP**

By: /s/ Barry R. Lax
1450 Broadway, 35th Floor
New York, New York 10018
Telephone:  212.696.1999
Facsimile:  212.566.4531
Barry R. Lax
Email:  blax@laxneville.com
Brian J. Neville
Email:  bneville@laxneville.com

*Attorneys for Defendants*

300388334.1

**SO ORDERED:**

**By: /s/ STUART M. BERNSTEIN**          **Dated: April 27th, 2016**
    **HON. STUART M. BERNSTEIN**
    **UNITED STATES BANKRUPTCY JUDGE**

300388334.1