**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS                  )
                                            ) ss:
COUNTY OF DALLAS           )

       JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 22, 2016, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Certificate of No Objection of Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Article Third Trust, Palmer Family Trust, Maggie Faustin, Estate of Theodore Schwartz, and Miller Trust Partnership (Docket Number 13154)

Executed on Apr. 26, 2016

_____
John S. Franks

Sworn to and subscribed before me this 26th day of April, 2016



(SEAL)

_____
Notary Public

# Exhibit A

**Exhibit A**
**April 22, 2016**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 |
| The Law Offices of Marjory Cajoux | Marjory Cajoux | 406 Atlantic Avenue | Brooklyn | NY | 11217 |
| [redacted] | | | | | |