| | |
|---|---|
| Judith A. Archer<br>Jami Mills Vibbert<br>David B. Schwartz<br>NORTON ROSE FULBRIGHT US LLP<br>666 Fifth Avenue<br>New York, NY  10103<br>Tel.:  (212) 318-3000<br>Fax:  (212) 318-3400<br>judith.archer@nortonrosefulbright.com<br>jami.vibbert@nortonrosefulbright.com<br>david.schwartz@nortonrosefulbright.com | Hearing Date: June 1, 2016<br>Hearing Time:  10:00 a.m. |

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
In re:                                                                               :        Adv. Proc. No. 08-01789 (SMB)
                                                                                         :
BERNARD L. MADOFF INVESTMENT                   :        SIPA LIQUIDATION
SECURITIES LLC,                                                   :
                                                                                         :        (Substantively Consolidated)
                                                                                         :
                                                       Debtor.             :
------------------------------------------------------- :
PERTAINS TO THE FOLLOWING CASE:         :
                                                                                         :
IRVING H. PICARD, Trustee for the                     :
Liquidation of Bernard L. Madoff Investment   :
Securities LLC,                                                         :
                                                                                         :
                                                     Plaintiff,             :        Adv. Proc. No. 09-1182 (SMB)
          -v-                                                                      :
                                                                                         :
J. EZRA MERKIN, GABRIEL CAPITAL,           :
L.P., ARIEL FUND LTD., ASCOT                         :
PARTNERS, L.P., ASCOT FUND LTD.,             :
GABRIEL CAPITAL CORPORATION,             :
                                                                                         :
                                                   Defendants.        :
------------------------------------------------------- X

**<u>NOTICE OF HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**

62027893.1

- 2 -

**PLEASE TAKE NOTICE** that, on **June 1, 2016, at 10:00 a.m.**, a hearing will be held on the Motion for Summary Judgment of Defendants Ascot Partners, L.P., and Ascot Fund Ltd. (Dkt. No. 283) and on the Motion for Summary Judgment of Defendants J. Ezra Merkin and Gabriel Capital Corporation (Dkt. No. 285) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

Dated: New York, New York
May 3, 2016

NORTON ROSE FULBRIGHT US LLP

By:   /s/ Jami Mills Vibbert
      Jami Mills Vibbert
Judith A. Archer
David B. Schwartz
666 Fifth Avenue
New York, New York  10103
Tel.: (212) 318-3000
Fax: (212) 318-3400
jami.vibbert@nortonrosefulbright.com
judith.archer@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*