UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Trustee-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                Trustee,<br>                v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br>                Defendants. | Adv. Pro. No.  10-05353 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND
## AND ADJOURNING THE PRE-TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which the Trustee may respond to the Motions to Dismiss filed by Defendant

Tensyr Limited ("Tensyr") and Defendants Natixis S.A. (in its own capacity and as successor in

interest to Defendant IXIS Corporate & Investment Bank) ("Natixis"), Natixis Financial

Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis FP") and

Bloom Asset Holdings Fund ("Bloom") (collectively, the "Natixis Defendants") is extended up

to and including July 27, 2016.  It is further stipulated and agreed that Tensyr and the Natixis

Defendants shall file their respective replies by October 19, 2016.  The pre-trial conference will

be adjourned from October 26, 2016 at 10:00 a.m. to December 21, 2016 at 10:00 a.m.  The

return date for this matter was previously set for September 28, 2016 at 10:00 a.m., but will be

rescheduled for November 30, 2016 at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time

for the Trustee to respond to the Motions to Dismiss.  The extension of time granted by this

Stipulation is without prejudice to any future extensions of time.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and

defenses the Trustee, the Natixis Defendants, and Tensyr may have, and entry into this

Stipulation shall not impair or otherwise affect such rights and defenses, including without

limitation any defenses based on lack of jurisdiction.  Undersigned counsel for Tensyr and the

Natixis Defendants acknowledge that they have previously waived any defenses based on

insufficiency of process or insufficiency of service of process of the Summons and Complaint on

behalf of Defendant Tensyr and Defendants Natixis, Natixis FP and Bloom.

This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be

deemed an original.  This Stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial

Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 10106).

*[Remainder of page intentionally left blank.]*

Dated: May 5, 2016
      New York, New York


BAKER & HOSTETLER LLP

By: <u>Catherine E. Woltering</u>
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the estate
of Bernard L. Madoff*

FRESHFIELDS BRUCKHAUS DERINGER
US LLP

By:  <u>David Y. Livshiz</u>
601 Lexington Avenue
31st Floor
New York, New York 10022
Telephone: (212) 227-4000
Facsimile: (212) 227-4001
Timothy P. Harkness
Email: timothy.harkness@freshfields.com
David Y. Livshiz
Email: david.livshiz@freshfields.com

*Attorneys for Defendant Tensyr Limited*


DAVIS & GILBERT LLP

By:  <u>Bruce M. Ginsberg</u>
1740 Broadway
New York, New York  10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Bruce M. Ginsberg
Email: bginsberg@dglaw.com
Joseph Cioffi
Email; jcioffi@dglaw.com

*Attorneys for Defendants Natixis S.A. (in its
own capacity and as successor in interest to
IXIS Corporate & Investment Bank), Natixis
Financial Products LLC (as successor in
interest to Natixis Financial Products Inc.) and
Bloom Asset Holdings Fund*