**BAKER & MCKENZIE**

Baker & McKenzie LLP

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm
** In cooperation with Trench, Rossi e Watanabe Advogados

May 5, 2016

**By ECF, and Chambers' Email**

Hon. Stuart M. Bernstein, U.S.B.J.
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:    *SIPA v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789
**Trustee Profit Withdrawal Motion**

Dear Judge Bernstein:

On behalf of Norman Blum, a Participating Claimant, and consistent with Local Rule 7007-1(a) and Chamber Rules, we write to request a conference with the Court regarding a host of deposition notices the Trustee issued this week in violation of the Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue ("**Order**") ECF 10266 (6/25/15). We have conferred with counsel and are unable to resolve the dispute. We request a conference so that we may request leave to move to quash the enclosed deposition notices.

The Order set out a very limited scope of discovery for this proceeding. *See* Order at ¶¶ 3, 4, 6, 7 (allowing document requests and requests for admission). The Order expressly prohibits any other fact discovery without prior court permission: *"No fact discovery other than as specifically provided in Paragraphs 3 through 7 of this Order shall be permitted without leave of Court." Id.* ¶ 8 (emphasis added).

The Order does not provide for any deposition whatsoever except for experts and previously disclosed testifying witnesses. *Id.* ¶ 12 (requiring coordination of "one deposition per expert or declarant" offered by the Trustee and allowing depositions of "witnesses offered by the Participating Claimants"). The Order contemplated that the Trustee would "file declarations ... including declarations from any expert or *other witnesses that will provide testimony on the Profit withdrawal Issue"* with his moving papers in July 2015. *Id.* at ¶ 1 (emphasis added). If the Trustee intended "to supplement any declarations or expert disclosures submitted in support of the Motion or *rely upon any additional witnesses,"* he was required to disclose them on December 17, 2015. *Id.* at ¶ 10 (emphasis added).

We have received notices of deposition for four former Madoff Securities employees: JoAnn Sala, Winnifer Jackson, Dorothy Khan, and Alissa Mui. The Trustee did not file declarations from them last July, nor did he disclose them as witnesses in December. Indeed, prior to this week, the Trustee has not indicated to us any intention to present their testimony. These depositions are not permitted without prior leave of Court.

The Trustee has suggested that the Court's subsequent Order Amending Schedule of Litigation of Profit Withdrawal Issue, ECF 13038 (4/5/16), allows the Trustee to depose any person with potential knowledge of the Profit Withdrawal Issues until June 13, 2016. To the contrary, that

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

BAKER & MCKENZIE

Hon. Stuart M. Bernstein, U.S.B.J.
May 5, 2016
Page 2

Order simply extended the deadline for completion of discovery; it did not expand the scope of fact discovery.

The Trustee has also asserted that the Motion for Order Amending Schedule of Litigation of Profit Withdrawal Issue, ECF 12865, sought leave for the proposed depositions and put Participating Claimants on notice of the Trustee's intentions to take them. But the Motion doesn't mention Ms. Sala, Ms. Jackson, Ms. Khan, or Ms. Mui. Instead, it asserts that "The Trustee seeks relief from the Profit Withdrawal Scheduling Order in order to permit him the opportunity to seek to depose BLMIS employees with knowledge of the Profit Withdrawal Issue." Motion at 2. The appropriate method for the Trustee "to seek to depose" undisclosed potential fact witnesses is to request leave of Court, as set out in the Order.[1]

We object to this discovery as outside the scope of this proceeding. The Trustee's Profit Withdrawal Motion seeks judicial approval of his prior decision relating to the proper calculation of certain customer SIPA claims. The procedures contemplated an orderly process to obtain judicial review of the Trustee's determination, a determination necessarily premised on review of the information that existed and was considered at the time the decision was made. Thus, the Trustee was required to set forth the basis and supporting documentation for the determination, and objectors were required to set out their evidence in opposition. Testimony of former Madoff employees was not information on which the Trustee relied in making the decision now under review and cannot be probative of that decision. For this reason, what an employee might say about profit withdrawal notations is irrelevant to how the Trustee calculated the claim. The Court should not permit the Trustee this fishing expedition.

The Trustee has refused to withdraw the depositions notices or to confirm the number of depositions he intends to take prior to June 13, 2016. (See enclosed correspondence). The Trustee has provided no justification for them other than his own failure to support his original Motion. Under these circumstances, Participating Claimants respectfully request that the Court schedule a conference so that we may request leave to move to quash.

Respectfully,

Baker & McKenzie

By:    /s/ Richard A. Kirby
       Richard A. Kirby

Encl.
cc:    Seanna Brown, Baker & Hostetler LLP (by ECF and email)
       Kevin Bell, SIPC (by ECF and email)
       Helen Chaitman (by ECF and email)

---

[1] The Motion makes one other passing reference to unnamed deponents, stating that the requested extension "would also be used to determine whether other BLMIS employees have knowledge relevant to the Profit Withdrawal Issue and, if so, to depose them." Motion at 3. This is not a request for leave to take innumerable depositions of undisclosed potential witnesses, nor does it suggest that the Trustee would do so without complying with the Order.

## Clinton, Laura K

| | |
|---|---|
| **From:** | Brown, Seanna R. <sbrown@bakerlaw.com> |
| **Sent:** | Wednesday, May 04, 2016 3:23 PM |
| **To:** | Clinton, Laura K; Vanderwal, Amy E. |
| **Cc:** | Kirby, Richard A; hchaitman@chaitmanllp.com |
| **Subject:** | RE: SIPC v. BLMIS; Adv. Pro. No. 08-01789 (SMB) |

Laura,

I confirm that the Trustee only currently intends to take the depositions of the six witnesses you listed below. However, the Trustee reserves his rights to take discovery until such time as discovery closes on June 13, including other depositions.

Regards,
Seanna

---

**From:** Clinton, Laura K [mailto:Laura.Clinton@bakermckenzie.com]
**Sent:** Wednesday, May 04, 2016 2:54 PM
**To:** Brown, Seanna R.; Vanderwal, Amy E.
**Cc:** Kirby, Richard A; hchaitman@chaitmanllp.com
**Subject:** RE: SIPC v. BLMIS; Adv. Pro. No. 08-01789 (SMB)
**Importance:** High

Seanna, as a follow on to our meet and confer this afternoon, I note that the below notices include a new deponent (Ms. Khan). Please confirm whether you intend to take any other depositions beyond the four in dispute (Sala, Jackson, Mui, and Khan), and the two that are the subject of your pending motion (Bongiorno and Crupi). Thanks, Laura

Laura K. Clinton
Admitted in Washington Only
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, DC 20006
Tel: +1 202 452 7023
Fax: +1 202 416 7223
laura.clinton@bakermckenzie.com



#1 MOST CONSIDERED FOR LITIGATION
& MULTI-JURISDICTIONAL LITIGATION
ACRITAS SHARPLEGAL 2015

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Roberts, Sarah [mailto:sroberts@bakerlaw.com]
**Sent:** Tuesday, May 03, 2016 5:56 PM
**To:** david@davidwikstrom.com; Kirby, Richard A; Clinton, Laura K; hchaitman@chaitmanllp.com
**Cc:** Brown, Seanna R.; Vanderwal, Amy E.; Ackerman, Stephanie; Fein, Amanda E.
**Subject:** SIPC v. BLMIS; Adv. Pro. No. 08-01789 (SMB)

1

Dear Counsel,

We are counsel to Irving H. Picard, Esq., Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, plaintiff in the above-referenced adversary proceeding.

In connection with the above referenced matter, attached please find the following Notices of Deposition:

- Notice of Deposition of Winnifer Jackson
- Notice of Deposition of Alethea Mui
- Notice of Deposition of Dorothy Khan

**Sarah Roberts**
Paralegal

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T 212.847.6854

sroberts@bakerlaw.com
bakerlaw.com

BakerHostetler

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF DEPOSITION OF ALETHEA MUI

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and Bernard L. Madoff ("Madoff"), by and through his counsel,

Baker & Hostetler LLP, will take the deposition, upon oral examination, of Alethea Mui before a notary public or other person authorized to administer oaths on **May 25, 2016** at **10:00am** at the offices of Baker & Hostetler LLP located at 45 Rockefeller Plaza, New York, NY 10111, by stenographic means and videotaping. The scope of the deposition will be limited to profit withdrawal transactions and issues related thereto. You are invited to attend and cross-examine.

Date: May 3, 2016
New York, New York

By: /s/ *David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

To: David Wikstrom, Esq.
233 Broadway, Suite 2208
New York, NY 10279
*Attorney for Alethea Mui*

Helen Davis Chaitman, Esq.
Chaitman LLP
465 Park Avenue
New York, NY 10022
*Attorney for Aaron Blecker and Adele Fox*

Richard Kirby, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Attorney for Drs. Joel and Norman Blum*

Margery D. Katz
7949 Amethyst Lake Point
Lake Worth, FL 33467
*Pro Se*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### NOTICE OF DEPOSITION OF WINNIFER JACKSON

PLEASE TAKE NOTICE, that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and Bernard L. Madoff ("Madoff"), by and through his counsel, Baker & Hostetler LLP, will take the deposition, upon oral examination, of Winnifer Jackson

before a notary public or other person authorized to administer oaths on **May 23, 2016** at **10:00am** at the offices of Baker & Hostetler LLP located at 45 Rockefeller Plaza, New York, NY 10111, by stenographic means and videotaping. The scope of the deposition will be limited to profit withdrawal transactions and issues related thereto. You are invited to attend and cross-examine.

Date: May 3, 2016
      New York, New York                    By: /s/ David J. Sheehan

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

To: David Wikstrom, Esq.
    233 Broadway, Suite 2208
    New York, NY 10279
    *Attorney for Winnifer Jackson*

    Helen Davis Chaitman, Esq.
    Chaitman LLP
    465 Park Avenue
    New York, NY 10022
    *Attorney for Aaron Blecker and Adele Fox*

Richard Kirby, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Attorney for Drs. Joel and Norman Blum*

Margery D. Katz
7949 Amethyst Lake Point
Lake Worth, FL 33467
*Pro Se*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF DEPOSITION OF DOROTHY KHAN

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and Bernard L. Madoff ("Madoff"), by and through his counsel,

Baker & Hostetler LLP, will take the deposition, upon oral examination, of Dorothy Khan before a notary public or other person authorized to administer oaths on **May 25, 2016** at **2:00pm** at the offices of Baker & Hostetler LLP located at 45 Rockefeller Plaza, New York, NY 10111, by stenographic means and videotaping. The scope of the deposition will be limited to profit withdrawal transactions and issues related thereto. You are invited to attend and cross-examine.

Date: May 3, 2016
      New York, New York

By: /s/ *David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

To:  David Wikstrom, Esq.
      233 Broadway, Suite 2208
      New York, NY 10279
      *Attorney for Dorothy Khan*

      Helen Davis Chaitman, Esq.
      Chaitman LLP
      465 Park Avenue
      New York, NY 10022
      *Attorney for Aaron Blecker and Adele Fox*

Richard Kirby, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Attorney for Drs. Joel and Norman Blum*

Margery D. Katz
7949 Amethyst Lake Point
Lake Worth, FL 33467
*Pro Se*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF DEPOSITION OF JOANN SALA

PLEASE TAKE NOTICE, that pursuant to Rule 30 and Rule 45 of the Federal Rules of Civil Procedure and Rule 7030 and Rule 9016 of the Federal Rules of Bankruptcy Procedure, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15

U.S.C. §§ 78aaa, et seq. ("SIPA") and Bernard L. Madoff ("Madoff"), by and through his counsel Baker & Hostetler LLP, will take the deposition, upon oral examination, of JoAnn Sala before a notary public or other person authorized to administer oaths on **May 19, 2016** at **10:00am** at 23 Shady Court, Bayshore, NY 11706 by stenographic means and videotaping. You are invited to attend and cross-examine.

Date: May 2, 2016
New York, New York

By: /s/ *David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

To: Ms. JoAnn Sala
23 Shady Court
West Bay Shore, NY 11706
*Pro Se*

Helen Davis Chaitman, Esq.
Chaitman LLP
465 Park Avenue
New York, NY 10022
*Attorney for Aaron Blecker and Adele Fox*

Richard Kirby, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Attorney for Drs. Joel and Norman Blum*

Margery D. Katz
7949 Amethyst Lake Point
Lake Worth, FL 33467
*Pro Se*