# Securities Investor Protection Corporation

# v.

# Bernard L. Madoff Investment Securities LLC

# In re: Bernard L. Madoff Investment Securities and

# Bernard L. Madoff, Debtors

# Case No. 08-01789 (SMB)

# SIPA Liquidation

# (Substantively Consolidated)

# Amended Exhibit 1-3 to the Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in William M. Pressman, Inc. William Pressman Inc. Rollover Account, and AGL Life Assurance Company (ECF No. 13234)