**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren J. Resnick

*Attorneys for Irving H. Picard, Trustee for the substantively
consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

Hearing Date: June 15, 2016
Time: 10:00a.m.

Objection Deadline: June 8, 2016
Time: 5:00p.m.

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, <br><br> Defendants. | Adv. Pro. No. 09-01503 (SMB) |

**NOTICE OF MOTION TO SUBSTITUTE MARTIN FLUMENBAUM, AS EXECUTOR
OF THE ESTATE OF ANDREW H. MADOFF, AND THE ESTATE OF ANDREW H.
MADOFF FOR DECEASED DEFENDANT ANDREW H. MADOFF
IN THIS PROCEEDING**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the

estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will move before

the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States

Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York,

New York 10004, on **June 15, 2016, at 10:00a.m.**, or as soon thereafter as counsel may be

heard, seeking entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, as

incorporated in this proceeding by Rule 7025 of the Federal Rules of Bankruptcy Procedure,

granting the Trustee's motion to substitute Martin Flumenbaum, in his capacity as the Executor

of the Estate of Andrew H. Madoff, and the Estate of Andrew H. Madoff for deceased Defendant

Andrew H. Madoff in this proceeding, on the grounds and for the reasons set forth in the

accompanying Memorandum of Law in Support of Trustee's Motion to Substitute Martin

Flumenbaum, in his Capacity as Executor of the Estate of Andrew H. Madoff, and the Estate of

Andrew H. Madoff for deceased Defendant Andrew H. Madoff in this Proceeding.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion

must be: (i) in writing, conforming to the applicable rules of this Court and be filed with the

Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004,

in accordance with General Order M-399 by no later than 5:00p.m. on June 8, 2016 (the

"Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable

Stuart M. Bernstein); and (ii) served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45

Rockefeller Plaza, New York, New York 10111, Attn: Lauren Resnick; and (b) Securities

2

Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1260

Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed

and served with respect to the Motion, the Motion shall be deemed uncontested and an order

granting the requested relief may be entered with no further notice or opportunity to be heard

offered to any party.

Date:   May 6, 2016                                   **BAKER & HOSTETLER LLP**
        New York, New York


                                            BY:   /s/ David J. Sheehan
                                                  45 Rockefeller Plaza
                                                  New York, New York 10111
                                                  Telephone: (212) 589-4200
                                                  Facsimile: (212) 589-4201
                                                  David J. Sheehan
                                                  Email: dsheehan@bakerlaw.com
                                                  Lauren J. Resnick
                                                  Email: lresnick@bakerlaw.com
                                                  Jimmy Fokas
                                                  Email: jfokas@bakerlaw.com

                                                  *Attorneys for Irving H. Picard, Trustee for the*
                                                  *substantively consolidated SIPA Liquidation of*
                                                  *Bernard L. Madoff Investment Securities LLC*
                                                  *and the Estate of Bernard L. Madoff*

**Of Counsel:**
Patrick T. Campbell
Email: pcampbell@bakerlaw.com
Melissa M. Carvalho
Email: mcarvalho@bakerlaw.com