**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren J. Resnick

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff.<br><br>Defendants. | Adv. Pro. No. 09-01503 (SMB) |

## [PROPOSED] ORDER GRANTING TRUSTEE'S MOTION FOR SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff's motion for entry of an

Order under Rule 25 of the Federal Rules of Civil Procedure, as incorporated in this proceeding

by Rule 7025 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion to

substitute Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff,

and the Estate of Andrew H. Madoff for deceased Defendant Andrew H. Madoff in this

proceeding [ECF No. ___], and the Court having considered the submissions in support of and in

opposition (if any) to the Motion, and the Court having found good cause for the relief sought in

the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.


**SO ORDERED.**

Dated: _____, 2016          _____
        New York, New York                    HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE